AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

LA ALLIANCE FOR HUMAN RIGHTS, (see attached)

_____
*Plaintiff(s)*

v.

CITY OF LOS ANGELES, a municipal entity;
COUNTY OF LOS ANGELES, a municipal entity; and
DOES 1 through 200 inclusive,

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  2:20-cv-02291

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Celia Zavala, Clerk of the Board
County of Los Angeles
500 W. Temple Street, #383
Los Angeles, CA 90012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Matthew Donald Umhofer
Elizabeth Mitchell
Spertus, Landes & Umhofer, LLP
617 W. 7th Street, Suite 200
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  2:20-cv-02291

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____          _____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc:

SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
mumhofer@spertuslaw.com
emitchell@spertuslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association, JOSEPH BURK, HARRY TASHDJIAN, KARYN PINSKY, CHARLES MALOW, CHARLES VAN SCOY, GEORGE FREM, GARY WHITTER, and LEANDRO SUAREZ, individuals, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 200 inclusive, <br><br> Defendants. | Case No. 2:20-cv-02291 <br><br> **COMPLAINT FOR:** <br><br> **(1) Negligence** <br> **(2) Violation of Mandatory Duty (Cal. Gov't Code § 815.6; Welf. & Inst. Code § 17000)** <br> **(3) Violation of Cal. Civ. Code § 3490,** *et seq.* <br> **(4) Violation of Cal. Civ. Code § 3501** *et seq.* <br> **(5) Inverse Condemnation/Violation of Art. I § 19 of California Constitution** <br> **(6) Waste of Public Funds and Resources (Cal. Civ. Proc. Code § 526a)** <br> **(7) Violation of California Environmental Quality Act ("CEQA") (Cal. Pub. Res. Code § 21000** *et seq.***)** <br> **(8) Violation of California Disabled Persons Act (Cal. Civ. Code § 54,** *et seq.***)** <br> **(9) Violation of TITLE II of the Americans with Disabilities Act, 42 U.S.C. §§ 12131** *et seq.* <br> **(10) Violation of Section 504 of the Rehabilitation Act, 29 U.S.C. §§ 791** *et seq.* <br> **(11) Violation of Due Process and Equal Protection (42 U.S.C. § 1983; U.S. Const. amend. V/XIV)** |

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

COMPLAINT

(12)  **Violation of Due Process – State Created Danger Doctrine (42 U.S.C. § 1983; U.S. Const. amend XIV)**

(13)  **Uncompensated Taking (42 U.S.C. § 1983; U.S. Const. amend. V/XIV)**

(14)  **Municipal Liability for Unconstitutional Custom or Policy (42 U.S.C. §1983)**

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

COMPLAINT