NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
Email: mumhofer@spertuslaw.com; emitchell@spertuslaw.com

ATTORNEY(S) FOR: Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS (see attached) <br><br> Plaintiff(s), <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 200 inclusive, <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:20-cv-02291 <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> (Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ LA ALLIANCE FOR HUMAN RIGHTS, et al. _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| LA Alliance for Human Rights | Plaintiff |
| Joseph Burk | Plaintiff |
| Harry Tashdjian | Plaintiff |
| Karyn Pinsky | Plaintiff |
| Charles Malow | Plaintiff |
| Charles Van Scoy | Plaintiff |
| George Frem | Plaintiff |
| Gary Whitter | Plaintiff |
| Leandro Suarez | Plaintiff |
| City of Los Angeles | Defendant |
| County of Los Angeles | Defendant |

| | |
|---|---|
| March 10, 2020 | /s/ Elizabeth A. Mitchell |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs, LA ALLIANCE FOR HUMAN RIGHTS, et al.

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**

SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
mumhofer@spertuslaw.com
emitchell@spertuslaw.com

*Attorneys for Plaintiffs*

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association, JOSEPH BURK, HARRY TASHDJIAN, KARYN PINSKY, CHARLES MALOW, CHARLES VAN SCOY, GEORGE FREM, GARY WHITTER, and LEANDRO SUAREZ, individuals, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 200 inclusive, <br><br> Defendants. | Case No. 2:20-cv-02291 <br><br> **COMPLAINT FOR:** <br><br> (1) **Negligence** <br> (2) **Violation of Mandatory Duty (Cal. Gov't Code § 815.6; Welf. & Inst. Code § 17000)** <br> (3) **Violation of Cal. Civ. Code § 3490,** *et seq.* <br> (4) **Violation of Cal. Civ. Code § 3501** *et seq.* <br> (5) **Inverse Condemnation/Violation of Art. I § 19 of California Constitution** <br> (6) **Waste of Public Funds and Resources (Cal. Civ. Proc. Code § 526a)** <br> (7) **Violation of California Environmental Quality Act ("CEQA") (Cal. Pub. Res. Code § 21000** *et seq.***)** <br> (8) **Violation of California Disabled Persons Act (Cal. Civ. Code § 54,** *et seq.***)** <br> (9) **Violation of TITLE II of the Americans with Disabilities Act, 42 U.S.C. §§ 12131** *et seq.* <br> (10) **Violation of Section 504 of the Rehabilitation Act, 29 U.S.C. §§ 791** *et seq.* <br> (11) **Violation of Due Process and Equal Protection (42 U.S.C. § 1983; U.S. Const. amend. V/XIV)** |

COMPLAINT

**(12)  Violation of Due Process –
State Created Danger Doctrine
(42 U.S.C. § 1983; U.S. Const.
amend XIV)**

**(13)  Uncompensated Taking (42
U.S.C. § 1983; U.S. Const.
amend. V/XIV)**

**(14)  Municipal Liability for
Unconstitutional Custom or
Policy (42 U.S.C. §1983)**

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

COMPLAINT