## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA Alliance for Human Rights et al | CASE NUMBER |
| | 2:20-cv-02291 SVW(SKx) |
| v.          PLAINTIFF(S) | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES)** |
| City of Los Angeles et al | |
| DEFENDANT(S). | |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

March 13, 2020                               David O. Carter   *David O. Carter*

_____Date_____                      _United States District Judge_

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

_____Date_____                      _United States District Judge_

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   8:17-cv-00246 DOC(KESx)   and the present case:

- [ ] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

### NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____Kim_____ to Magistrate Judge _____Scott_____ .

On all documents subsequently filed in this case, please substitute the initials   DOC(KESx)   after the case number in place of the initials of the prior judge, so that the case number will read   2:20-cv-02291 DOC(KESx)   . This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] *Previous Judge*   [ ] *Statistics Clerk*