**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 20-02291-DOC (KESx)                    Date:  March 16, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL V. CITY OF LOS ANGELES ET AL.

PRESENT: THE HONORABLE DAVID O. CARTER, JUDGE

|                Kelly Davis                |               Not Present               |
| :---------------------------------------: | :-------------------------------------: |
|              Courtroom Clerk              |             Court Reporter              |

|  ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| :-------------------------------: | :------------------------------: |
|            None Present           |           None Present           |

**PROCEEDINGS (IN CHAMBERS):    ORDER RE: STATUS CONFERENCE MARCH 19, 2020**

The Court orders Plaintiffs to show proof of service in this action by 12:00PM on Tuesday March 17, 2020. The President of the United States, Governor of the State of California, and Mayor Garcetti have all determined that the COVID-19 pandemic is of sufficient severity and magnitude to warrant an emergency declaration and have initiated measures to protect public health. The homeless population is one of the most vulnerable at this time, and there is significant risk of contracting the virus among the homeless in the city. In light of these events, the Court believes an emergency status conference in this case is necessary and would be beneficial, even though Defendants have not yet appeared in the action nor responded to the complaint. The conference will occur at the FIRST STREET U.S. COURTHOUSE, 350 W 1st Street, Suite 4311, Los Angeles, CA 90012-4565, Courtroom Number 1 at 10:00AM. The Court invites Mayor Garcetti, the LA Board of Supervisors, and relevant legislative officials to attend, as well as any other representatives of the Defendants City and County of Los Angeles or health care officials, but their presence is not ordered, as they have not yet appeared in this action.

MINUTES FORM 11                                                            Initials of Deputy Clerk: kd
CIVIL-GEN