| | |
|---|---|
| *Attorney or Party without Attorney:*<br>SPERTUS, LANDES & UMHOFER, LLP<br>Matthew Donald Umhofer (206607)<br>1990 South Bundy Dr., Suite 705<br>Los Angeles, California 90025<br>   *Telephone No:*   310-826-4700<br><br>   *Attorney For:*   Plaintiff     *Ref. No. or File No.:* | ***For Court Use Only*** |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

*Plaintiff:*   LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated
*Defendant:*   CITY OF LOS ANGELES, a municipal entity, et al.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:20-cv-02291-SVW-SK |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Notice of Assignment to United States Judges, Notice of Related Case, Certification and Notice of Interested Parties (LOCAL RULE 7.1-1), Notice to Parties of Court-Directed ADR Program, Order re Transfer Pursuant to General Order 19-03 (Related Cases)

3.  *a.   Party served:*      CITY OF LOS ANGELES, a municipal entity
    *b.   Person served:*    Crystal Jones, City Clerk, Authorized to Accept Service
    Served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*    200 N. Spring Street, City Hall #395, Los Angeles , CA 90012

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Mar 16 2020 (2) at: 02:40 PM

6.  **Person Who Served Papers:**
    a. Douglas Forrest (5141, Los Angeles)
    b. **FIRST LEGAL**
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
    c. (213) 250-1111

    d. **The Fee** for Service was: $259.95

7.  **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

03/16/2020
*(Date)*                                          *(Signature)*



**PROOF OF
SERVICE**

*4419026*
*(4322531)*