| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SPERTUS, LANDES & UMHOFER, LLP<br>Matthew Donald Umhofer (SBN 206607)<br>617 W. 7th Street, Suite 200<br>Los Angeles, California 90017<br>  Telephone No:   (213) 205-6520<br><br>  Attorney For:   Plaintiff | *Ref. No. or File No.:* | |

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| *Plaintiff:*   LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated<br>*Defendant:*   CITY OF LOS ANGELES, a municipal entity, et al. | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | Case Number:<br>2:20-cv-02291-SVW-SK |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Notice of Assignment to United States Judges, Notice of Related Case, Certification and Notice of Interested Parties (LOCAL RULE 7.1-1), Notice to Parties of Court-Directed ADR Program, Order re Transfer Pursuant to General Order 19-03 (Related Cases)

3.  *a.*   Party served:       COUNTY OF LOS ANGELES, a municipal entity
    *b.*   Person served:     Ruben Khosdikian, Deputy Clerk, Authorized to Accept Service
                                   Served under F.R.C.P. Rule 4.

4.  Address where the party was served:     500 W. Temple Street #383, Los Angeles, CA 90012

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Mar 16 2020 (2) at: 03:04 PM

6. *Person Who Served Papers:*
    a. Douglas Forrest (5141, Los Angeles)              **d.** ***The Fee*** *for Service was:* $259.95
    **b. FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
    c. (213) 250-1111

7.  ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

|  | |
|---|---|
| 03/16/2020 | |
| *(Date)* | *(Signature)* |



**PROOF OF
SERVICE**

*4419044*
*(4322545)*