## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. CV 20-02291-DOC (KESx)                          Date:  March 17, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL V. CITY OF LOS ANGELES ET
AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

|  Kelly Davis  |  Not Present  |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   SUPPLEMENTAL IN RE: STATUS CONFERENCE MARCH 19, 2020**

The President of the United States, Governor of the State of California, and Mayor Garcetti have all determined that the COVID-19 pandemic is of sufficient severity and magnitude to warrant an emergency declaration and have initiated measures to protect public health. The homeless population is one of the most vulnerable at this time, and there is significant risk of contracting the virus among the homeless in the city, which will affect the entire community. To that end, the Court scheduled an emergency status conference for Thursday, March 19, 2020. Given the nature of the issues to be discussed Thursday, the Court further invites Los Angeles Police Chief Michel Moore, Los Angeles Fire Chief Ralph M. Terrazas, Los Angeles District Attorney Jackie Lacey, Los Angeles City Attorney Mike Feuer, Los Angeles Public Health Director Barbara Ferrer, Los Angeles Public Health Officer Dr. Muntu Davis, President of the Los Angeles City Council Nury Martinez, and Interim Executive Director of the LAHSA Heidi Marston to attend the hearing on Thursday, March 19, 2020. Plaintiffs are **ORDERED** to serve this order on the Defendants.

MINUTES FORM 11                                          Initials of Deputy Clerk: kd
CIVIL-GEN