| Attorney or Party without Attorney:<br>SPERTUS, LANDES & UMHOFER, LLP<br>Matthew Donald Umhofer (206607)<br>1990 South Bundy Dr., Suite 705<br>Los Angeles, California 90025<br>  Telephone No:   310-826-4700<br><br>  Attorney For:   Plaintiff | | **For Court Use Only** |
|---|---|---|
| | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff:   LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated<br>Defendant:   CITY OF LOS ANGELES, a municipal entity, et al. | | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | Case Number:<br>2:20-CV-02291 |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Civil Minutes-General, Initial Standing Order Following Assignment Of Civil Case To Judge Carter, Ex Parte Application For Intervention And Appearance At The Conference Set For March 19, 2020

3.  *a.   Party served:*     CITY OF LOS ANGELES, a municipal entity
    *b.   Person served:*   Crystal Jones, City Clerk, Authorized to accept

4.  *Address where the party was served:*   200 N. Spring Street, City Hall #395, Los Angeles , CA 90012

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Mar 17 2020 (2) at: 01:42 PM

6.  ***Person Who Served Papers:***
    a. Douglas Forrest (5141, Los Angeles)                    **d. *The Fee*** for Service was:
    b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
    c. (213) 250-1111

7.  ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

03/17/2020

*(Date)*                                                        *(Signature)*



PROOF OF
SERVICE

*4423699*
*(4324095)*