SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
mumhofer@spertuslaw.com
emitchell@spertuslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association, JOSEPH BURK, HARRY TASHDJIAN, KARYN PINSKY, CHARLES MALOW, CHARLES VAN SCOY, GEORGE FREM, GARY WHITTER, and LEANDRO SUAREZ, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 200 inclusive,<br><br>Defendants. | Case No. 2:20-cv-02291 DOC (KESx)<br><br>*CORRECTED* **PROOF OF EMAIL SERVICE** |

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

PROOF OF EMAIL SERVICE

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA           )
                             )
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 617 West 7th Street, Suite 200, Los Angeles, CA 90017.

On March 17, 2020, I served the foregoing document described as:

1) **MINTUE ORDER RE: STATUS CONFERENCE MARCH 19, 2020 [ECF NO. 12];**
2) **INITIAL STANDING ORDER FOLLOWING ASSIGNMENT OF CIVIL CASE TO JUDGE CARTER [ECF NO. 15];**
3) **EX PARTE APPLICATION FOR INTERVENTION AND APPEARANCE AT THE CONFERENCE SET FOR MARCH 19, 2020 [ECF NO. 16];**
4) **SUPPLEMENTAL IN RE: STATUS CONFERENCE MARCH 19, 2020 [ECF NO. 17];**
5) **ORDER RE: EX PARTE APPLICATION FOR INTERVENTION AND APPEARANCE AT THE CONFERENCE SET FOR MARCH 19, 2020; and**
6) **PROOF OF SERVICE.**

on the interested parties in this action, addressed as follows:

> County of Los Angeles
> c/o Larry Hafetz
> 500 W. Temple Street, 6th Floor
> Los Angeles, CA 90012
> Telephone: 213-974-7546
> lhafetz@counsel.lacounty.gov

**[X]    ELECTRONIC MAIL:** I personally transmitted to the person(s) named in the attached service list. who has/have previously consented in writing to receive documents via electronic mail to the e-mail address(es) shown on the service list, delivered on the date listed below, originating from an electronic e-mail address affiliated with Spertus, Landes & Umhofer.   A true and correct copy of the above-described document(s) was transmitted by electronic transmission through the Spertus, Landes & Umhofer LLP mail server, which did not report any error in sending the transmission.

I declare under penalty of perjury under the laws of the United States of American and the State of California that the above is true and correct.  Executed on March 17, 2020 at Los Angeles, California.

/s/ Elizabeth A. Mitchell
Elizabeth A. Mitchell

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

1

PROOF OF EMAIL SERVICE