| *Attorney or Party without Attorney:* | | | | *For Court Use Only* |
|---|---|---|---|---|
| SPERTUS, LANDES & UMHOFER, LLP<br>Matthew Donald Umhofer (206607)<br>1990 South Bundy Dr., Suite 705<br>Los Angeles, California 90025<br>*Telephone No:*   310-826-4700 | | | | |
| *Attorney For:*   Plaintiff | | *Ref. No. or File No.:* | | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

*Plaintiff:*   LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated
*Defendant:*   CITY OF LOS ANGELES, a municipal entity, et al.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:20-CV-02291 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Minute Order Re: Status Conference March 19, 2020 [ECF NO. 12]; Initial Standing Order Following Assignment Of Civil Case To Judge Carter [ECF NO. 15]; Ex Parte Application For Intervention And Appearance At The Conference Set For March 19, 2020 [ECF NO. 16]; Supplemental In Re: Status Conference March 19, 2020 [ECF NO. 17]; Order Re: Ex Parte Application For Intervention And Appearance At The Conference Ste For March 19, 2020 [ECF NO. 18]

3. *a. Party served:*   CITY OF LOS ANGELES, a municipal entity
   *b. Person served:*   Crystal Jones, City Clerk, Authorized to accept

4. *Address where the party was served:*   200 N. Spring Street, City Hall #395, Los Angeles , CA 90012

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Mar 17 2020 (2) at: 01:42 PM

6. *Person Who Served Papers:*
   a. Douglas Forrest (5141, Los Angeles)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was:

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

03/17/2020
*(Date)*

*(Signature)*



PROOF OF
SERVICE

4423699
(4324095)