Carol A. Sobel (SBN 84483)
**LAW OFFICE OF CAROL A. SOBEL**
725 Arizona Ave.
Santa Monica, California 90401
Tel: (310) 393-3055
Email: carolsobel@aol.com

Shayla R. Myers (SBN 264054)
**LEGAL AID FOUNDATION OF LOS ANGELES**
7000 S. Broadway
Los Angeles, CA 90003
Tel: (213) 640-3983
Fax: (213) 640-3988
Email: smyers@lafla.org

Catherine Sweetser (SBN 271142)
**SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP**
11543 West Olympic Boulevard
Los Angeles, CA 90064
Tel: (310) 396-0731
Fax: (310) 399-7040
Email: csweetser@sshhlaw.com

*Attorneys for Proposed Intervenors.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.<br>　　　　Plaintiff(s),<br><br>vs.<br><br>CITY OF LOS ANGELES, et. al.<br>　　　　Defendant(s). | CASE NO. 20-CV-02291-DOC-KES<br><br>Hon. David O. Carter<br>Courtroom 1<br><br>**PROPOSED INTERVENORS' REQUEST FOR JUDICIAL NOTICE**<br><br>Date: None<br>Time: None<br>Ctrm: 1<br><br>Complaint Filed: March 10, 2020 |

**TO THE COURT, PLAINTIFFS, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 201 of the Federal Rules of Evidence, Proposed Intervenors respectfully request that the Court take judicial notice of the following court documents:

1. Complaint: Civil Rights, *Los Angeles Catholic Worker et al. v. Los Angeles Downtown Industrial District Business Improvement District et al.,* 2:14-cv-07344, Docket No. 1, filed September 19, 2014. A true and correct copy of the complaint is attached as **Exhibit A**.

2. Stipulated Order of Dismissal, *Mitchell et al. v. City of Los Angeles et al.*, CV16-01750 SJO (JPRx), Docket No. 119, filed May 31, 2019. A true and correct copy of the Stipulated Order of Dismissal is attached as **Exhibit B**.

3. Order Denying Motion to Intervene for Lack of Jurisdiction, *Mitchell et al. v. City of Los Angeles et al*. CV16-01750 SJO (JPRx), Docket No. 127, filed August 27, 2019. A true and correct copy of the order is attached as **Exhibit C**.

4. The fact that the City of Los Angeles filed Brief of Amicus Curiae of City of Los Angeles on Petition for Writ of Certiorari to the United States Court of Appeal for the Ninth Circuit on *City of Boise v. Martin*, Case No. 19-247, filed on September 25, 2019. A true and correct copy of the docket of the United States Supreme Court is attached as **Exhibit D**.

5. The County of Los Angeles joined the Brief of Amicus Curiae of California State Association of Counties and 33 California Counties and Cities on Petition for Writ of Certiorari to the United States Court of Appeal for the Ninth Circuit on *City of Boise v. Martin*, Case No. 19-247, filed on September 25, 2019. A true and correct copy of the docket of the United States Supreme Court is attached as **Exhibit D**.

///

6. Central City East Association joined the Brief of Amicus Curiae International Downtown Association, California Downtown Association, Central City East Association Of Los Angeles, Hollywood Property, Owners' Alliance, Historic Business Improvement District, Property Owners Association, and Downtown Property Owner Association in Support of Petitioner for Writ of Certiorari to the United States Court of Appeal for the Ninth Circuit on *City of Boise v. Martin*, Case No. 19-247, filed on September 25, 2019. A true and correct copy of the docket of the United States Supreme Court is attached as **Exhibit D**.

Federal Rule of Evidence ("Fed. R. Evid.") 201 permits a Court to take judicial notice of a "fact that is not subject to reasonable dispute because it (1) is generally known with the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot be reasonably be questioned." Fed. R. Evid. 201(b).

A court "may take judicial notice of undisputed matters of public record, including documents on file in federal or state courts." *Harris v. Cty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) (internal citations omitted)

Proposed Intervenors request this Court take judicial notice of the following documents, which are all on file in federal court.

Dated: March 18, 2020   Respectfully submitted,
　　　　　　　　　　　　LAW OFFICE OF CAROL SOBEL
　　　　　　　　　　　　LEGAL AID FOUNDATION OF LOS ANGELES
　　　　　　　　　　　　SCHONBRUN SEPLOW
　　　　　　　　　　　　HARRIS & HOFFMAN LLP


　　　　　　　　　　　　_____*/s/ Catherine Sweetser*_____
　　　　　　　　　　　　By: Catherine Sweetser
　　　　　　　　　　　　*Attorneys for Plaintiffs for Intervenors*