1  MICHAEL FEUER, City Attorney
2  KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
   SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
3  GABRIEL DERMER, Assistant City Attorney (SBN 229424)
4  ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
   JESSICA MARIANI, Deputy City Attorney (SBN 280748)
5  200 N. Main Street, City Hall East, Room 675
6  Los Angeles, CA 90012
   Telephone (213) 978-6952
7  Facsimile (213) 978-7011
8  arlene.hoang@lacity.org
   jessica.mariani@lacity.org
9
   Attorneys for Defendant CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association, JOSEPH BURK, HARRY TASHDJIAN, KARYN PINSKY, CHARLES MALOW, CHARLES VAN SCOY, GEORGE FREM, GARY WHITTER, and LEANDRO SUAREZ, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02291-DOC-KES<br>Assigned to Judge David O. Carter<br><br>**REQUEST TO REMOVE DOCKET NO. 24** |

Defendant City of Los Angeles respectfully requests that Docket No. 24 be removed from the docket.

Dated: March 18, 2020

MICHAEL N. FEUER, City Attorney
KATHLEEN KENEALY, Chief Assistant City Attorney
SCOTT MARCUS, Senior Assistant City Attorney
ARLENE N. HOANG, Deputy City Attorney
JESSICA MARIANI, Deputy City Attorney

/s/ Jessica Mariani
Deputy City Attorney
Attorneys for Defendant City of Los Angeles