# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES            Date: March 18, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL V. CITY OF LOS ANGELES ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS): IN RESPONSE TO REQUEST [27]**

On March 17, 2020, Defendant City of Los Angeles filed a Statement (Dkt. 24) in opposition to Orange County Catholic Worker's Ex Parte Application to Intervene (Dkt. 16), which application the Court granted (Dkt. 18). On March 18, 2020, Defendant City of Los Angeles filed a Request to Remove Docket No. 24 (Dkt. 27), i.e., its prior Statement.

The Court is inclined to grant the request, and invites the parties to discuss the removal of Docket No. 24 at the March 19, 2020 hearing.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                         Initials of Deputy Clerk: kd
CIVIL-GEN