

SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
mumhofer@spertuslaw.com
emitchell@spertuslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association, JOSEPH BURK, HARRY TASHDJIAN, KARYN PINSKY, CHARLES MALOW, CHARLES VAN SCOY, GEORGE FREM, GARY WHITTER, and LEANDRO SUAREZ, individuals, | Case No. 2:20-cv-02291 DOC (KESx) |
|---|---|
| Plaintiffs, | **PROOF OF EMAIL SERVICE** |
| v. | |
| CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 200 inclusive, | |
| Defendants. | |

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

PROOF OF EMAIL SERVICE

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA        )
                          )
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 617 West 7th Street, Suite 200, Los Angeles, CA 90017.

On March 18, 2020, I served the foregoing document described as:

1) **PROPOSED INTERVENORS' *EX PARTE* APPLICATION FOR INTERVENTION AND APPEARANCE AT MARCH 19, 2020 CONFERENCE [ECF NO. 25];**
2) **[PROPOSED] ORDER GRANTING INTERVENORS' *EX PARTE* APPLICATION TO INTERVENE AS OF RIGHT [ECF NO. 25-1];**
3) **PROPOSED INTERVENORS' REQUEST FOR JUDICIAL NOTICE [ECF NO. 26];**
4) **RJN EXHIBITS A-D [ECF NO. 26-1];**
5) **REQUEST TO REMOVE DOCKET NO. 24 [ECF NO. 27];**
6) **MINUTE ORDER IN RESPONSE TO REQUEST [27] [ECF NO. 28];**
7) **ORDER GRANTING INTERVENORS' *EX PARTE* APPLICATION TO INTERVENE AS OF RIGHT [ECF NO. 29];**
8) **STATUS CONFERENCE REPORT [30]; and**
9) **PROOF OF SERVICE.**

on the interested parties in this action, addressed as follows:

> County of Los Angeles
> c/o Lawrence Hafetz
> 500 W. Temple Street, 6th Floor
> Los Angeles, CA 90012
> Telephone: 213-974-7546
> lhafetz@counsel.lacounty.gov

**[X]    ELECTRONIC MAIL:** I personally transmitted to the person(s) named in the attached service list. who has/have previously consented in writing to receive documents via electronic mail to the e-mail address(es) shown on the service list, delivered on the date listed below, originating from an electronic e-mail address affiliated with Spertus, Landes & Umhofer.   A true and correct copy of the above-described document(s) was transmitted by electronic transmission through the Spertus, Landes & Umhofer LLP mail server, which did not report any error in sending the transmission.

I declare under penalty of perjury under the laws of the United States of American and the State of California that the above is true and correct.  Executed on March 18, 2020 at Los Angeles, California.

_____
Jon E. Powell

1

PROOF OF EMAIL SERVICE

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711