FILED
CLERK, U.S. DISTRICT COURT

MAR 19 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | Case No.: LACV 20-02291-DOC (KESx) <br><br> **ORDER LIMITING NUMBER OF PEOPLE PERMITTED TO ATTEND EMERGENCY STATUS CONFERENCE** |

The Court has scheduled an emergency status conference with the parties and local government officials to discuss immediate mitigation measures to combat the spread of the COVID-19 virus to the vulnerable homeless population. To allow the parties and government officials to meaningfully discuss those measures, to protect the public health, and to comply with the CDC directives reducing the size of public gatherings, the Court hereby **ORDERS** that the number of people permitted to attend the emergency status conference be limited to 50 people and only to those who are necessary to determine and implement the mitigation measures. No more than four representatives from the press

will be permitted to attend the emergency status conference and be present in the courtroom so the public can be advised of what transpired at the emergency status conference.

DATED: March 19, 2020

*[signature]*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE