# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 20-02291-DOC (KESx) | Date | March 19, 2020 |
|---|---|---|---|
| Title | LA Alliance for Human Rights, et al. v. City of Los Angeles, et al. | | |

PRESENT: **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Gabriela Garcia | Debbie Hino-Spaan |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:

Elizabeth Mitchell
Matthew Umhofer

ATTORNEYS PRESENT FOR DEFENDANT:

Mike Feuer
Mary Wickham
Byron McClain
Brandon Young
Thomas Faushnan

**PROCEEDINGS:    EMERGENCY STATUS CONFERENCE (Held and Continued)**

The Honorable James L. Smith (Ret.), various City Officials, Mayors, and Chiefs of Police are present to discuss homeless population of Los Angeles and other cities in the County of Los Angeles.

The Court orders the transcript of the Status Conference held on March 19, 2020, be immediately produced at government expense and billed at the daily rate. The transcript shall be prepared forthwith and filed on the docket with immediate release to the public.

The Court sets a further Status Conference for **MARCH 24, 2020 at 10:00 a.m.**

cc:    Court Reporters Dept.
       Debbie Hino-Spaan
       E-mail:  dhinospaan@yahoo.com
       Transcript Orders:  http://debbiehinospaan.com/

|  | 2 | : | 34 |
|---|---|---|---|
| Initials of Deputy Clerk | | | gga |