# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES                                    Date: March 23, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** **ORDER LIMITING NUMBER OF PEOPLE PERMITTED TO ATTEND SETTLEMENT CONFERENCE**

The Court has scheduled a settlement conference in this matter for Tuesday, March 24, 2020 at 10:00 a.m. The number of individuals in attendance shall be limited, as the Court intends to comply with recent public health guidelines promulgated by Governor Gavin Newsom and Mayor Eric Garcetti. Each party shall be limited to one representative, designated as follows:

(a) Plaintiff LA Alliance may bring one counsel;

(b) Defendants County of Los Angeles and City of Los Angeles may bring one counsel each;

(c) Intervenor Orange County Catholic Worker may bring one counsel;

(d) Intervenors Los Angeles Catholic Worker and Cangress may together bring one counsel (as these Intervenors have the same counsel of record).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES　　　　　　　　　　　　　　　　Date: March 23, 2020
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

The Court also invites the attendance of public officials as follows:

　　(a) One representative from the City of Los Angeles;

　　(b) One representative from the County of Los Angeles;

　　(c) One representative from the County of Los Angeles Department of Public Health;

　　(d) One representative from the County of Los Angeles Department of Health Services;

　　(e) One representative from the County of Los Angeles Department of Mental Health;

　　(f) One representative from the Los Angeles Police Department;

　　(g) One representative from the Los Angeles Homeless Services Authority.

The public and the press will unfortunately be excluded from this settlement conference, due to both the epidemiological dangers of the escalating COVID-19 crisis and the confidential nature of settlement discussions.

　　After the Court conducted its initial hearing in this matter on March 19, 2020, the Central District of California issued its Continuity of Operations Plan ("COOP"), effective March 23, 2020. In order to comply with the COOP and other public health guidance, the parties have agreed to an acceptable off-site location for the March 24 settlement conference. The settlement conference shall be held at the Alexandria Ballrooms, 501 S. Spring St., Los Angeles, CA 90013.

　　The Clerk shall serve this minute order on the parties.

MINUTES FORM 11　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: kd
CIVIL-GEN