# EXHIBIT A



COUNTY OF LOS ANGELES
# Public Health



**BARBARA FERRER, Ph.D., M.P.H., M.Ed.**
Director

**MUNTU DAVIS, M.D., M.P.H.**
County Health Officer

313 North Figueroa Street, Room 806
Los Angeles, California 90012
TEL (213) 288-8117 • FAX (213) 975-1273

www.publichealth.lacounty.gov

**BOARD OF SUPERVISORS**

**Hilda L. Solis**
First District

**Mark Ridley-Thomas**
Second District

**Sheila Kuehl**
Third District

**Janice Hahn**
Fourth District

**Kathryn Barger**
Fifth District

March 20, 2020

Mayor Eric Garcetti
200 North Spring Street
Los Angeles, CA 90012

Dear Mayor Garcetti:

The Los Angeles region is currently impacted by community transmission of the novel coronavirus, which causes the respiratory disease known as COVID-19. The Los Angeles County Department of Public Health (DPH) classifies unsheltered persons experiencing homelessness (PEH) as one of the populations most vulnerable to the spread of this virus, due to high rates of underlying acute health conditions and physical environments that lack access to hygiene and sanitation.

In response to this crisis, Los Angeles City (City) and County, and the Los Angeles Homeless Services Authority (LAHSA) have developed a plan to mitigate the spread of coronavirus among the unhoused population, which includes bringing as many PEH indoors as possible. In addition to deploying additional hygiene assets, the City has designed a Mass Shelter Expansion Plan (MSEP).

DPH recommends that sheltering individuals will assist in reducing the spread of the virus and will protect the individual from potential exposure by allowing the individual access to sanitation tools. The MSEP is designed to facilitate social distancing while ensuring that PEH have access to hygiene facilities to allow for compliance with other best practices to avoid contracting COVID-19, such as frequent handwashing. DPH recommends the City follow the Interim Guidance for Homeless Assistance Providers on Novel Coronavirus issued by the State of California, the Center for Disease Control's Interim Guidance for homeless service providers, and other guidance regularly updated by LAHSA. Finally, DPH recommends that shelter provider staff conduct health screenings prior to persons entering the 42 facilities within the MSEP portfolio, and individuals who are exhibiting symptoms consistent with COVID-19 are triaged to a health provider in lieu of entering the shelter setting.

DPH is committed to supporting the MSEP and will provide ongoing technical guidance to ensure that these facilities protect the health of the City's most vulnerable PEH.

Sincerely,

Barbara Ferrer, Ph.D., M.P.H., M. Ed.
Director