**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES Date: March 24, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS): ORDER LIMITING NUMBER OF PEOPLE PERMITTED TO ATTEND STATUS CONFERENCE**

The Court has scheduled a status conference in this matter for Thursday, March 26, 2020 at 10:00 a.m. The number of individuals in attendance shall be limited, as the Court intends to comply with recent public health guidelines promulgated by Governor Gavin Newsom and Mayor Eric Garcetti. Each party shall be limited to one representative, designated as follows:

(a) Plaintiff LA Alliance may bring one counsel;

(b) Defendants County of Los Angeles and City of Los Angeles may bring one counsel each;

(c) Intervenor Orange County Catholic Worker may bring one counsel;

(d) Intervenors Los Angeles Catholic Worker and Cangress may together bring one counsel (as these Intervenors have the same counsel of record).

The Court also invites the attendance of public officials as follows:

(a) Mayor Eric Garcetti or his designated representative;

(b) Supervisor Kathryn Barger or her designated representative;

(c) Director Barbara Ferrer or her designated representative;

(d) Director Christina Ghaly or her designated representative;

(e) Director Jonathan Sherin or his designated representative;

(f) Police Chief Michel Moore or his designated representative;

(g) Interim Executive Director Heidi Marston or her designated representative;

(h) Sheriff Alex Villanueva or his designated representative.

Designated representatives must have the authority to speak on behalf of their respective principals.

The press will be allowed two representatives at this status conference; the members of the press shall decide amongst themselves as to how these spots will be allocated.

The public will unfortunately be excluded from the status conference, due to the epidemiological dangers of the escalating COVID-19 crisis.

After the Court conducted its initial hearing in this matter on March 19, 2020, the Central District of California issued its Continuity of Operations Plan ("COOP"), effective March 23, 2020. In order to comply with the COOP and other public health guidance, the parties have agreed to an acceptable off-site location for the March 26 status conference. The status conference shall be held at the Alexandria Ballrooms, 501 S. Spring St., Los Angeles, CA 90013.

In order to be prepared to address this issue at Thursday's status conference, the Court requests and encourages the Los Angeles Police Department and the Los Angeles County Sheriff's Office to continue their joint efforts to establish procedures to be implemented for law enforcement personnel involved in facilitating the placement of homeless persons in appropriate shelter facilities in the City of Los Angeles, contract cities, and the unincorporated areas of Los Angeles County.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**



The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk: kd