1  Jeffrey Lewis (Bar No. 183934)
   Sean Rotstan (Bar No. 316041)
2  **JEFF LEWIS LAW**
3  609 Deep Valley Drive, Suite 200
   Rolling Hills Estates, CA 90274
4  Tel. (310) 935-4001
   Fax. (310) 872-5389
5  E-Mail: Jeff@JeffLewisLaw.com

6
7  Attorneys for Proposed Amicus Curae
   VENICE STAKEHOLDERS
   ASSOCIATION
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>    Defendants. | Case No.: 20-CV-02291-DOC-KES<br><br>**PROPOSED AMICUS CURAE EX PARTE APPLICATION FOR LEAVE TO PARTICIPATE IN CASE AND APPEAR AT MARCH 26, 2020 CONFERENCE**<br><br>Date:<br>Time:<br>Crtm:   1 (1st Street Federal Courthouse)<br><br>Hon. David O. Carter<br>Courtroom 1<br><br>Complaint Filed: March 10, 2020 |

TO ALL ATTORNEYS OF RECORD, pursuant to Local Rule 7-19, Proposed Amicus Curae Venice Stakeholders Association ("VSA") files this ex parte application to allow VSA to participate in this action, participate in the March 26, 2020 status conference and submit the proposed declaration of Mark Ryavec filed concurrently herewith.

PROPOSED AMICUS CURAE EX PARTE APPLICATION FOR LEAVE TO PARTICIPATE IN CASE AND APPEAR AT MARCH 26, 2020 CONFERENCE

1  Counsel for VSA advised counsel for plaintiffs, the City of Los Angeles and
2  the County of Los Angeles by email on March 25, 2020 regarding this application.
3  There is no indication of their positions to date regarding the ex parte application.

4  This ex parte application is based on the complaint, the Memorandum of
5  Points and Authorities below, the argument of counsel, and such further evidence as
6  the Court may consider regarding this Application.

7  Pursuant to Local Civil Rule 7-19, VSA provides the following information:

8  Elizabeth Anne Mitchell, Esq.
Matthew Donald Umhofer, Esq.
**SPERTUS LANDES AND UMHOFER LLP**
617 West 7th Street, Suite 200
Los Angeles, CA 90017
Tel. (213) 205-6520

Mary Wickham
**LA COUNTY ATTORNEY**
Hahn Hall of Admin.
500 W. Temple St. # 648
Los Angeles, CA 90017
Tel. (213) 974-1833

Arlene Nancy Hoang, Esq.
Scott D. Marcus, Esq.
Jessica Mariani, Esq.
**LA CITY ATTORNEY'S OFFICE**
200 North Main Street Room 675
Los Angeles, CA 90012
Tel. (213) 978-7558

Byron J. McLain, Esq.
**FOLEY AND LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Tel. (213) 972-4500

Brooke Alyson Weitzman, Esq.
William R. Wise, Jr., Esq.
**ELDER LAW AND DISABILITY RIGHTS CENTER**
1535 East 17th Street Suite 110
Santa Ana, CA 92705
Tel. (714) 617-5353

Brandon D. Young, Esq.
**MANATT PHELPS AND PHILLIPS LLP**
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Tel. (310) 312-4281

Shayla Renee Myers, Esq.
**LEGAL AID FOUNDATION OF LA**
7000 S. Broadway
Los Angeles, CA 90003
Tel. (213) 640-3983

Catherine Elizabeth Sweetser, Esq.
**SCHONBRUN SEPLOW**
11543 West Olympic Boulevard
Los Angeles, CA 90064
Tel. (310) 396-0731

///
///



*Jeff Lewis Law*
*609 Deep Valley Drive, Suite 200*
*Rolling Hills Estates, CA 90274*

Carol A. Sobel, Esq.
Weston C. Rowland, Esq.
**LAW OFFICE OF CAROL A. SOBEL**
725 Arizona Avenue Suite 300
Santa Monica, CA 90401
Tel. (310) 393-3055

DATED: March 25, 2020　　　　**JEFF LEWIS LAW**

　　　　　　　　　　　　　　　By: s/ Jeffrey Lewis
　　　　　　　　　　　　　　　　　 Jeffrey Lewis
　　　　　　　　　　　　　　　　　 Sean C. Rotstan

　　　　　　　　　　　　　　　Attorneys for Amicus Curae
　　　　　　　　　　　　　　　VENICE STAKEHOLDERS
　　　　　　　　　　　　　　　ASSOCIATION

**TABLE OF CONTENTS**

TABLE OF CONTENTS ................................................................................... 4

TABLE OF AUTHORITIES ............................................................................. 5

MEMORANDUM OF POINTS AND AUTHORITIES ..................................... 6

    I.    Standard for Amicus Participation .......................................................... 6

    II.    Interests of VSA ..................................................................................... 6

    III.    Viewpoint of VSA on Solutions Proposed to House the Homeless During Corona Virus are Inadequate Because they do not Allow for Ample and Enforceable Self-Quarantine ..................... 7

    IV.    Conclusion ........................................................................................... 10

# TABLE OF AUTHORITIES

**Cases**

*California by and through Becerra v. United States Department of the Interior*
    381 F.Supp.3d 1153, 1164 (N.D. Cal. 2019) .......................................................... 6

*Citizens Against Casino Gambling in Erie Cty. v. Kempthorne*
    471 F.Supp.2d 295, 311 (W.D.N.Y. 2007) ............................................................ 6

*Hoptowit v. Ray*
    682 F.2d 1237, 1260  (9th Cir. 1982)..................................................................... 6

# MEMORANDUM OF POINTS AND AUTHORITIES

Proposed Amicus Curae Venice Stakeholders Association ("VSA") files this ex parte application to allow VSA to participate in this action, participate in the March 26, 2020 status conference and submit the proposed Declaration by Mark Ryavec. Plaintiff filed this action on March 10, 2020.

## I.   Standard for Amicus Participation

> There are no strict prerequisites that must be established prior to qualifying for amicus status; an individual seeking to appear as amicus must merely make a showing that his participation is useful or otherwise desirable to the court. (Citation.); see *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982) ("The district court has "broad discretion" to permit amicus briefs."). The scope of amicus briefs, however, should be limited to the issues raised by the parties. See *Citizens Against Casino Gambling in Erie Cty. v. Kempthorne*, 471 F.Supp.2d 295, 311 (W.D.N.Y. 2007) ("Amicus participation goes beyond its proper role if the submission is used to present wholly new issues not raised by the parties.").

(*California by and through Becerra v. United States Department of the Interior*, 381 F.Supp.3d 1153, 1164 (N.D. Cal. 2019)).

## II.   Interests of VSA

The VSA, founded in 2009, is a nonprofit organization dedicated to civic improvement. The VSA supports slow growth, the limits of the Venice Local Coastal Specific Plan, neighborhood safety, better traffic circulation, increased parking for residents, neighborhood beautification projects, historic preservation, habitat restoration and protection of coastal waters.

Representing residents in the Venice district of the City of Los Angeles, California, the VSA has grappled with the horrendous impact of the increase of the

homeless population in Venice from approximately 400 persons in 2014 to 1,100 persons now, as documented by the Los Angeles Homeless Services Authority's annual homeless count.

The VSA provides research, education, advocacy and litigation support for Venice Beach residents to ensure that their voices are heard. VSA is presently in litigation against the City of Los Angeles, the California Coastal Commission and the Los Angeles County Metropolitan Transportation Authority over the erection of a 154-bed homeless shelter complex in violation of the California Environmental Quality Act, *VSA v. City of Los Angeles*, Case No. 19STCP00044 and *VSA v. Los Angeles County Metropolitan Transportation Authority*, Case No. 19STCP00629.[1]

**III. Viewpoint of VSA on Solutions Proposed to House the Homeless During Corona Virus are Inadequate Because they do not Allow for Ample and Enforceable Self-Quarantine**

The proposed declaration by VSA represents a viewpoint not presently addressed by either plaintiff or defendant: the urgent need to order the city and county of Los Angeles to focus all temporary housing for the homeless on structures, buildings and tents that allow for ample and enforceable self-quarantine.

The City of Los Angeles is currently re-purposing city recreation centers for use as temporary shelters for the homeless. While the concept of converting recreation centers to shelters appears appropriate in this crisis, it is contraindicated by the nature of the population itself.

At least 50%, and possibly a higher percentage, of the homeless population simply lacks the required self-discipline to abide by any social distancing protocols. Over 50% are either mentally ill, substance addicted and/or anti-

---

[1] Those cases are presently under discretionary writ review by the California Court of Appeal, Second District, *Venice Stakeholders Association v. Superior Court of Los Angeles County*, Case Number B304424.



authoritarian, or just too young to accept the seriousness of the situation (as we saw with partying students on the beach in Florida recently).

One has only to look at the pandemonium at Third and Rose in Venice on March 24th in the following video to see that social distancing is not being observed: https://veniceupdate.com/2020/03/25/25310/

Also, the very nature of living on the streets for prolonged periods with addiction, poor hygiene and sanitation, and lack of medical care, have rendered many in this population immuno-compromised. A larger proportion than the general population have underlying conditions, which puts them more at risk to COVID-19: heart disease, hypertension and/or diabetes.

The result is that placing them in recreation centers on cots on six-foot centers will assure that the virus will spread quickly among the homeless as well as the caregivers who at this time are not expected to have the necessary personal protective gear needed to prevent transmission. It also will put those over 60 and the high percentage that are immuno-compromised or have underlying conditions at greater risk than other options.[2]

Apparently, the County Sheriff understands the need to thin out jail populations to slow the spread of the virus in jails, but Mayor Garcetti and members of the City Council proceed in contradiction to the obvious, packing homeless into recreation centers and Bridge Housing.

All the homeless, but especially those over 60 and/or those with underlying conditions or immuno-compromised systems, should be given a priority in rooms in motels, hotels, student dormitories or military-style tents to self-quarantine.

---

[2] This analysis applies equally to Bridge Housing facilities, which are large communal living facilities, with no possibility to self-quarantine.

At UCLA alone, a student housing blog reports[3] there are beds for over 10,000 students, many of which are empty due to the university's closure. There are thousands of beds at other Los Angeles-area colleges and universities, such USC, Loyola, Pepperdine, etc. These institutions are likely to be closed through the end of August, possibly longer. Students remaining in campus housing may be moved all together in one or two dormitories, freeing up other dormitory rooms for the homeless during this crisis. Major institutions such as UCLA and USC have student health centers which are not now seeing students, which could be moved into action to serve the homeless. Either dormitory kitchens or local, under-utilized restaurants could deliver daily meals. Campus security along with the LAPD could help maintain social distancing.

Similarly, military-style tents set up on 10-foot or even 20-foot centers on the playing fields or parking lots of stadiums, such as the Rose Bowl and Coliseum, with plenty of bathrooms and even showers in players dressing rooms, and food concessions, would be preferable to recreation centers which have little bathroom and shower capacity.

Of course, the best solution would be the State's lease of thousands of now-empty low-priced motel and hotel rooms to allow for self-quarantine, especially for those with the virus or those over 60 and/or with underlying conditions.

In light of all the information coming out of Korea, Taiwan, Singapore and Hong Kong, widespread testing, tracing and self-quarantine for everyone is the only

---

[3] From a UCLA blog on campus housing:
*Ok, so first off, UCLA guarantees on-campus housing for three years, and we are working on guaranteeing a fourth (at which time we will be the only UC to do so). About 10,000 students live on the Hill each year, which is more people than some towns! Holy cow. Of the students living on the Hill, most are first-years. In fact, over 95% of freshmen live on campus.*
(See UCLA Bruin Blog entitled Dorms! Dated August 11, 2011 accessed at https://blog.admissions.ucla.edu/2011/08/11/dorms/ last accessed on March 25, 2020.)



1  path to slow the spread and contain the virus.  This is not possible on sidewalks, in
2  recreation centers (or even in Bridge Housing).

### IV. Conclusion

Based on the foregoing, VSA respectfully requests that the Court grant the application, allow VSA to participate in this proceeding and allow the Declaration of Mark Ryavec be filed. VSA's president, Mark Ryavec, is available to personally or telephonically attend any proceedings at the invitation of the Court.

DATED:  March 25, 2020           **JEFF LEWIS LAW**

By: _____s/ Jeffrey Lewis_____
Jeffrey Lewis
Sean C. Rotstan

Attorneys for Amicus Curae
VENICE STAKEHOLDERS ASSOCIATION

# PROOF OF SERVICE

*LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
U.S. Central District Court Case No. 20-CV-02291-DOC-KES

I, Jason R. Ebbens, declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the within action; my business address is 609 Deep Valley Drive, Suite 200, Rolling Hills Estates, CA 90274.

On **March 25, 2020**, I served the foregoing: **PROPOSED AMICUS CURAE EX PARTE APPLICATION FOR LEAVE TO PARTICIPATE IN CASE AND APPEAR AT MARCH 26, 2020 CONFERENCE** on the interested parties in this action by placing ☐ the original ☒ a true copy thereof, enclosed in a sealed envelope with postage pre-paid, addressed as follows:

*\* See Attached Service List \**

☒  BY ELECTRONIC MAIL. I personally transmitted to the person(s) named in the attached service list who has/have previously consented in writing to receive documents via electronic mail to the e-mail address(es) shown on the service list, delivered on the date listed below, originating from an electronic e-mail address affiliated with Jeff Lewis Law. A true and correct copy of the above-described document(s) was transmitted by electronic transmission through the Jeff Lewis Law mail server, which did not report any error in sending the transmission

☒  (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **March 25, 2020**, in Rolling Hills Estates, California.

                                  s/ Jason R. Ebbens
                                   Jason R. Ebbens

# SERVICE LIST
Page 1 of 4

*LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
U.S. Central District Court Case No. 20-CV-02291-DOC-KES

| | |
|---|---|
| **SPERTUS LANDES AND UMHOFER LLP**<br>617 West 7th Street, Suite 200<br>Los Angeles, CA 90017<br><br>**Matthew Donald Umhofer, Esq.**<br>Email: matthew@spertuslaw.com<br><br>**Elizabeth Anne Mitchell, Esq.**<br>Email: emitchell@spertuslaw.com | *Attorneys for Plaintiffs*:<br><br>**LA Alliance for Human Rights**<br><br>**Charles Malow**<br><br>**Charles Van Scoy**<br><br>**Gary Whitter**<br><br>**George Frem**<br><br>**Harry Tashdjian**<br><br>**Joseph Burk**<br><br>**Karyn Pinsky**<br><br>**Leandro Suarez** |
| **LOS ANGELES CITY ATTORNEY'S OFFICE**<br>City Hall East<br>200 North Main Street Room 675<br>Los Angeles, CA 90012<br><br>**Arlene Nancy Hoang, Esq.**<br>Email: arlene.hoang@lacity.org<br><br>**Scott D. Marcus, Esq.**<br>Email: scott.marcus@lacity.org<br><br>**Jessica Mariani, Esq.**<br>Email: jessica.mariani@lacity.org | *Attorneys for Defendant:*<br><br>**City of Los Angeles** |

# SERVICE LIST
Page 2 of 4
*LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
U.S. Central District Court Case No. 20-CV-02291-DOC-KES

| | |
|---|---|
| **FOLEY AND LARDNER LLP**<br>555 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2411<br><br>**Byron J. McLain, Esq.**<br>Email: bmclain@foley.com<br><br><br>**MANATT PHELPS AND PHILLIPS LLP**<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br><br>**Brandon D. Young, Esq.**<br>Email: bdyoung@manatt.com | *Attorneys for Defendant:*<br><br>**County of Los Angeles** |
| **LEGAL AID FOUNDATION OF LOS ANGELES**<br>7000 S. Broadway<br>Los Angeles, CA 90003<br><br>**Shayla Renee Myers, Esq.**<br>Email: smyers@lafla.org<br><br><br>**SCHONBRUN SEPLOW HARRIS AND HOFFMAN LLP**<br>11543 West Olympic Boulevard<br>Los Angeles, CA 90064<br><br>**Catherine Elizabeth Sweetser, Esq.**<br>Email: csweetser@sshhlaw.com | Attorneys for Intervenor:<br><br>**Cangress** |

Jeff Lewis Law
609 Deep Valley Drive, Suite 200
Rolling Hills Estates, CA 90274

# SERVICE LIST
Page 3 of 4
*LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
U.S. Central District Court Case No. 20-CV-02291-DOC-KES

| | |
|---|---|
| **SCHONBRUN SEPLOW HARRIS AND HOFFMAN LLP**<br>11543 West Olympic Boulevard<br>Los Angeles, CA 90064<br><br>**Catherine Elizabeth Sweetser, Esq.**<br>Email: csweetser@sshhlaw.com<br><br>**Paul L. Hoffman, Esq.**<br>Email:<br><br>**LEGAL AID FOUNDATION OF LOS ANGELES**<br>7000 S. Broadway<br>Los Angeles, CA 90003<br><br>**Shayla Renee Myers, Esq.**<br>Email: smyers@lafla.org<br><br>**LAW OFFICE OF CAROL A. SOBEL**<br>725 Arizona Avenue Suite 300<br>Santa Monica, CA 90401<br><br>**Carol A. Sobel, Esq.**<br>Email: carolsobellaw@gmail.com<br><br>**Weston C. Rowland, Esq.**<br>Email: rowland.weston@gmail.com<br><br>///<br>/// | *Attorneys for Intervenor:*<br><br>**Orange County Catholic Worker** |

# SERVICE LIST
Page 4 of 4
*LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
U.S. Central District Court Case No. 20-CV-02291-DOC-KES

| | |
|---|---|
| **ELDER LAW AND DISABILITY RIGHTS CENTER**<br>1535 East 17th Street Suite 110<br>Santa Ana, CA 92705<br>714-617-5353<br><br>**Brooke Alyson Weitzman, Esq.**<br>Email: bweitzman@eldrcenter.org<br><br>**William R. Wise, Jr.**, **Esq.**<br>Email: bwise@eldrcenter.org | |
| **SCHONBRUN SEPLOW HARRIS AND HOFFMAN LLP**<br>11543 West Olympic Boulevard<br>Los Angeles, CA 90064<br><br>**Catherine Elizabeth Sweetser, Esq.**<br>Email: csweetser@sshhlaw.com | *Attorneys for Intervenor:*<br><br>**Los Angeles Catholic Worker** |