Jeffrey Lewis (Bar No. 183934)
Sean Rotstan (Bar No. 316041)
**JEFF LEWIS LAW**
609 Deep Valley Drive, Suite 200
Rolling Hills Estates, CA 90274
Tel. (310) 935-4001
Fax. (310) 872-5389
E-Mail: Jeff@JeffLewisLaw.com

Attorneys for Proposed Amicus Curae
VENICE STAKEHOLDERS ASSOCIATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No.: 20-CV-02291-DOC-KES<br><br>**DECLARATION OF MARK RYAVEC ON BEHALF OF PROPOSED AMICUS CURAE**<br><br>Date:<br>Time:<br>Crtm:   1 (1st Street Federal Courthouse)<br><br>Hon. David O. Carter<br>Courtroom 1<br><br>Complaint Filed: March 10, 2020 |

I, Mark Ryavec, declare as follows:

1. I am president of proposed Amicus Curae, Venice Stakeholders Association ("VSA.")

2. I have personal knowledge of the truth and accuracy of the facts set forth herein, and if called upon as a witness, I could competently testify thereto. I do not intend to waive the attorney-client privilege or work product doctrine by making any statement herein.

DECLARATION

3. VSA, founded in 2009, is a nonprofit organization dedicated to civic improvement. The VSA supports slow growth, the limits of the Venice Local Coastal Specific Plan, neighborhood safety, better traffic circulation, increased parking for residents, neighborhood beautification projects, historic preservation, habitat restoration and protection of coastal waters.

4. Representing residents in the Venice district of the City of Los Angeles, California, the VSA has grappled with the horrendous impact of the increase of the homeless population in Venice from approximately 400 persons in 2014 to 1,100 persons now, as documented by the Los Angeles Homeless Services Authority's annual homeless count.

5. The VSA provides research, education, advocacy and litigation support for Venice Beach residents to ensure that their voices are heard. VSA is presently in litigation against the City of Los Angeles, the California Coastal Commission and the Los Angeles County Metropolitan Transportation Authority over the erection of a 154-bed homeless shelter complex in violation of the California Environmental Quality Act, *VSA v. City of Los Angeles*, Case No. 19STCP00044 and *VSA v. Los Angeles County Metropolitan Transportation Authority*, Case No. 19STCP00629.[1]

6. VSA urges the Court to order the city and county of Los Angeles to focus all temporary housing for the homeless on structures, buildings and tents that allow for ample and enforceable self-quarantine.

7. As the president of the non-profit VSA for the last ten years I have been deeply involved in addressing the exponential increase in the homeless population in my community. At one point I was the co-chair of the Venice Neighborhood Council's Homelessness Committee and currently serve as a

---

[1] Those cases are presently under discretionary writ review by the California Court of Appeal, Second District, *Venice Stakeholders Association v. Superior Court of Los Angeles County*, Case Number B304424.



Community Officer on the Venice Neighborhood Council. I hold a BA in psychology from UCLA and an MA in Urban Studies from the CORO Foundation/Occidental College. On a personal note, for many years I watched as my parents dealt with my drug- and alcohol-addicted younger brother, who would have been homeless had they not converted their garage for him to live in for most of his life.

8. As you know, the City of Los Angeles is currently re-purposing city recreation centers for use as temporary shelters for the homeless. While the concept of converting recreation centers to shelters appears appropriate in this crisis, it is contraindicated by the nature of the population itself.

9. At least 50%, and possibly a higher percentage, of the homeless population simply lacks the required self-discipline to abide by <u>any</u> social distancing protocols. Over 50% are either mentally ill, substance addicted and/or anti-authoritarian, or just too young to accept the seriousness of the situation (as we saw with partying students on the beach in Florida recently).
One has only to look at the pandemonium at Third and Rose in Venice on March 24th in the following video to see that social distancing is not being observed:
https://veniceupdate.com/2020/03/25/25310/

10. Also, the very nature of living on the streets for prolonged periods with addiction, poor hygiene and sanitation, and lack of medical care, have rendered many in this population immuno-compromised. A larger proportion than the general population have underlying conditions, which puts them more at risk to COVID-19: heart disease, hypertension and/or diabetes.

11. The result is that placing them in recreation centers on cots on six-foot centers will assure that the virus will spread quickly among the homeless as well as the caregivers who at this time are not expected to have the necessary personal protective gear needed to prevent transmission. It also will put those over 60 and the high percentage that are immuno-compromised or have underlying conditions at

greater risk than other options. (I would add that this analysis applies equally to Bridge Housing facilities, which are large communal living facilities, with no possibility to self-quarantine.)

12. Apparently, the County Sheriff understands the need to thin out jail populations to slow the spread of the virus in jails, but Mayor Garcetti and members of the City Council proceed in contradiction to the obvious, packing homeless into recreation centers and Bridge Housing.

13. All the homeless, but especially those over 60 and/or those with underlying conditions or immuno-compromised systems, should be given a priority in rooms in motels, hotels, student dormitories or military-style tents to self-quarantine.

14. At UCLA alone, a student housing blog reports[2] there are beds for over 10,000 students, many of which are empty due to the university's closure. There are thousands of beds at other Los Angeles-area colleges and universities, such USC, Loyola, Pepperdine, etc. These institutions are likely to be closed through the end of August, possibly longer. Students remaining in campus housing may be moved all together in one or two dormitories, freeing up other dormitory rooms for the homeless during this crisis. Major institutions such as UCLA and USC have student health centers which are not now seeing students, which could be moved into action to serve the homeless. Either dormitory kitchens or local, under-utilized restaurants could deliver daily meals. Campus security along with the LAPD could help maintain social distancing.

15. Similarly, military-style tents set up on 10-foot or even 20-foot centers on the playing fields or parking lots of stadiums, such as the Rose Bowl and

---

[2] *Ok, so first off, UCLA guarantees on-campus housing for three years, and we are working on guaranteeing a fourth (at which time we will be the only UC to do so). About 10,000 students live on the Hill each year, which is more people than some towns! Holy cow. Of the students living on the Hill, most are first-years. In fact, over 95% of freshmen live on campus*

Coliseum, with plenty of bathrooms and even showers in players dressing rooms, and food concessions, would be preferable to recreation centers which have little bathroom and shower capacity.

16. Of course, the best solution would be the State's lease of thousands of now-empty low-priced motel and hotel rooms to allow for self-quarantine, especially for those with the virus or those over 60 and/or with underlying conditions.

17. In light of all the information coming out of Korea, Taiwan, Singapore and Hong Kong, wide-spread testing, tracing and self-quarantine for everyone is the only path to slow the spread and contain the virus. This is not possible on sidewalks, in recreation centers (or even in Bridge Housing).

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed this 25th day of March 2019, at Venice, California.

_____
Mark Ryavec

- 5 -
DECLARATION

## PROOF OF SERVICE

*LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
U.S. Central District Court Case No. 20-CV-02291-DOC-KES

I, Jason R. Ebbens, declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the within action; my business address is 609 Deep Valley Drive, Suite 200, Rolling Hills Estates, CA 90274.

On **March 25, 2020**, I served the foregoing: **DECLARATION OF MARK RYAVEC ON BEHALF OF PROPOSED AMICUS CURAE** on the interested parties in this action by placing ☐ the original ☒ a true copy thereof, enclosed in a sealed envelope with postage pre-paid, addressed as follows:

*\* See Attached Service List \**

☒ BY ELECTRONIC MAIL. I personally transmitted to the person(s) named in the attached service list who has/have previously consented in writing to receive documents via electronic mail to the e-mail address(es) shown on the service list, delivered on the date listed below, originating from an electronic e-mail address affiliated with Jeff Lewis Law. A true and correct copy of the above-described document(s) was transmitted by electronic transmission through the Jeff Lewis Law mail server, which did not report any error in sending the transmission

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **March 25, 2020**, in Rolling Hills Estates, California.

s/ Jason R. Ebbens
Jason R. Ebbens

- 6 -
DECLARATION

# SERVICE LIST
Page 1 of 4

*LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
U.S. Central District Court Case No. 20-CV-02291-DOC-KES

| | |
|---|---|
| **SPERTUS LANDES AND UMHOFER LLP**<br>617 West 7th Street, Suite 200<br>Los Angeles, CA 90017<br><br>**Matthew Donald Umhofer, Esq.**<br>Email: matthew@spertuslaw.com<br><br>**Elizabeth Anne Mitchell, Esq.**<br>Email: emitchell@spertuslaw.com | *Attorneys for Plaintiffs*:<br><br>**LA Alliance for Human Rights**<br><br>**Charles Malow**<br><br>**Charles Van Scoy**<br><br>**Gary Whitter**<br><br>**George Frem**<br><br>**Harry Tashdjian**<br><br>**Joseph Burk**<br><br>**Karyn Pinsky**<br><br>**Leandro Suarez** |
| **LOS ANGELES CITY ATTORNEY'S OFFICE**<br>City Hall East<br>200 North Main Street Room 675<br>Los Angeles, CA 90012<br><br>**Arlene Nancy Hoang, Esq.**<br>Email: arlene.hoang@lacity.org<br><br>**Scott D, Marcus, Esq.**<br>Email: scott.marcus@lacity.org<br><br>**Jessica Mariani, Esq.**<br>Email: jessica.mariani@lacity.org | *Attorneys for Defendant:*<br><br>**City of Los Angeles** |

# SERVICE LIST
Page 2 of 4
*LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
U.S. Central District Court Case No. 20-CV-02291-DOC-KES

| | |
|---|---|
| **FOLEY AND LARDNER LLP**<br>555 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2411<br><br>**Byron J. McLain, Esq.**<br>Email: bmclain@foley.com<br><br>**MANATT PHELPS AND PHILLIPS LLP**<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br><br>**Brandon D. Young, Esq.**<br>Email: bdyoung@manatt.com | *Attorneys for Defendant:*<br><br>**County of Los Angeles** |
| **LEGAL AID FOUNDATION OF LOS ANGELES**<br>7000 S. Broadway<br>Los Angeles, CA 90003<br><br>**Shayla Renee Myers, Esq.**<br>Email: smyers@lafla.org<br><br>**SCHONBRUN SEPLOW HARRIS AND HOFFMAN LLP**<br>11543 West Olympic Boulevard<br>Los Angeles, CA 90064<br><br>**Catherine Elizabeth Sweetser, Esq.**<br>Email: csweetser@sshhlaw.com | Attorneys for Intervenor:<br><br>**Cangress** |

- 8 -
DECLARATION

## SERVICE LIST
Page 3 of 4
*LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
U.S. Central District Court Case No. 20-CV-02291-DOC-KES

| | |
|---|---|
| **SCHONBRUN SEPLOW HARRIS AND HOFFMAN LLP**<br>11543 West Olympic Boulevard<br>Los Angeles, CA 90064<br><br>**Catherine Elizabeth Sweetser, Esq.**<br>Email: csweetser@sshhlaw.com<br><br>**Paul L. Hoffman, Esq.**<br>Email:<br><br>**LEGAL AID FOUNDATION OF LOS ANGELES**<br>7000 S. Broadway<br>Los Angeles, CA 90003<br><br>**Shayla Renee Myers, Esq.**<br>Email: smyers@lafla.org<br><br>**LAW OFFICE OF CAROL A. SOBEL**<br>725 Arizona Avenue Suite 300<br>Santa Monica, CA 90401<br><br>**Carol A. Sobel, Esq.**<br>Email: carolsobellaw@gmail.com<br><br>**Weston C. Rowland, Esq.**<br>Email: rowland.weston@gmail.com<br><br>///<br>/// | *Attorneys for Intervenor:*<br><br>**Orange County Catholic Worker** |

# SERVICE LIST
Page 4 of 4

*LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
U.S. Central District Court Case No. 20-CV-02291-DOC-KES

| | |
|---|---|
| **ELDER LAW AND DISABILITY RIGHTS CENTER**<br>1535 East 17th Street Suite 110<br>Santa Ana, CA 92705<br>714-617-5353<br><br>**Brooke Alyson Weitzman, Esq.**<br>Email: bweitzman@eldrcenter.org<br><br>**William R. Wise, Jr., Esq.**<br>Email: bwise@eldrcenter.org | |
| **SCHONBRUN SEPLOW HARRIS AND HOFFMAN LLP**<br>11543 West Olympic Boulevard<br>Los Angeles, CA 90064<br><br>**Catherine Elizabeth Sweetser, Esq.**<br>Email: csweetser@sshhlaw.com | *Attorneys for Intervenor:*<br><br>**Los Angeles Catholic Worker** |