Jeffrey Lewis (Bar No. 183934)
Sean Rotstan (Bar No. 316041)
**JEFF LEWIS LAW**
609 Deep Valley Drive, Suite 200
Rolling Hills Estates, CA 90274
Tel. (310) 935-4001
Fax. (310) 872-5389
E-Mail: Jeff@JeffLewisLaw.com

Attorneys for Proposed Amicus Curae
VENICE STAKEHOLDERS
ASSOCIATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al. | Case No.: 20-CV-02291-DOC-KES |
| Plaintiffs, | **DECLARATION OF JEFFREY LEWIS ON BEHALF OF PROPOSED AMICUS CURAE** |
| vs. | Date: |
| | Time: |
| CITY OF LOS ANGELES, et al., | Crtm:   1 (1st Street Federal Courthouse) |
| Defendants. | Hon. David O. Carter Courtroom 1 |
| | Complaint Filed: March 10, 2020 |

I, Jeffrey Lewis, declare as follows:

    1.    I am counsel for proposed Amicus Curae Venice Stakeholders Association ("VSA.")

    2.    I have personal knowledge of the truth and accuracy of the facts set forth herein, and if called upon as a witness, I could competently testify thereto. I do not intend to waive the attorney-client privilege or work product doctrine by making any statement herein.

Jeff Lewis Law
609 Deep Valley Drive, Suite 200
Rolling Hills Estates, CA 90274

3.      On March 25, 2020 at approximately 1:35 p.m., I caused to be served via email a letter to lead counsel for plaintiffs and defendants detailing VSA's intent to apply ex parte for leave to participate in this matter and attend the March 26, 2020 conference. A true and correct copy of that letter is attached hereto as **Exhibit "1."**

4.      At the time of this filing, counsel for Plaintiffs have notified me that she will not be filing an opposition. No other parties have communicated their intentions.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed this 25th day of March 2019, at Rolling Hills Estates, California.


_____
s/ Jeffrey Lewis
Jeffrey Lewis

Jeff Lewis Law
609 Deep Valley Drive, Suite 200
Rolling Hills Estates, CA 90274



# Exhibit 1



JEFF LEWIS LAW

609 Deep Valley Drive, Suite 200
Rolling Hills Estates, CA 90274
Office (310) 935-4001
JeffLewisLaw.com

March 25, 2020

**VIA E-MAIL ONLY**

Elizabeth Anne Mitchell, Esq.
**SPERTUS LANDES**
617 West 7th Street, Ste. 200
Los Angeles, CA 90017

Mary Wickham, Esq.
**LA COUNTY ATTORNEY**
Hahn Hall of Administration
500 W. Temple St. Rm. 648
Los Angeles, CA 90017

Scott D, Marcus, Esq.
**LA CITY ATTORNEY**
City Hall East
200 North Main St. Rm. 675
Los Angeles, CA 90012

RE:     *LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
        U.S. Central District Court Case No. 20-CV-02291-DOC-KES

Ms. Mitchell, Mr. Marcus and Ms. Wickham,

I am litigation counsel for Venice Stakeholders Association ("VSA.") VSA, founded in 2009, is a nonprofit organization dedicated to civic improvement. The VSA supports slow growth, the limits of the Venice Local Coastal Specific Plan, neighborhood safety, better traffic circulation, increased parking for residents, neighborhood beautification projects, historic preservation, habitat restoration and protection of coastal waters.

Representing residents in the Venice district of the City of Los Angeles, California, the VSA has grappled with the horrendous impact of the increase of the homeless population in Venice from approximately 400 persons in 2014 to 1,100 persons now, as documented by the Los Angeles Homeless Services Authority's annual homeless count.

The VSA provides research, education, advocacy and litigation support for Venice Beach residents to ensure that their voices are heard. VSA is presently in litigation against the City of Los Angeles, the California Coastal Commission and the Los Angeles County Metropolitan Transportation Authority over the erection of a 154-bed homeless shelter complex in violation of the California Environmental Quality Act, *VSA v. City of Los Angeles*, Case No. 19STCP00044 and *VSA v. Los Angeles County Metropolitan Transportation Authority*, Case No. 19STCP00629.

Later today, VSA intends to file an ex parte application for leave to participate in the case as an amicus curae party. Pursuant to Local Rule 7-19, I am requesting that you let me know whether your office will oppose the application.

Very truly yours,

Jeffrey Lewis

**PROOF OF SERVICE**
*LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
U.S. Central District Court Case No. 20-CV-02291-DOC-KES

I, Jason R. Ebbens, declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the within action; my business address is 609 Deep Valley Drive, Suite 200, Rolling Hills Estates, CA 90274.

On **March 25, 2020**, I served the foregoing: **DECLARATION OF JEFFREY LEWIS ON BEHALF OF PROPOSED AMICUS CURAE** on the interested parties in this action by placing ☐ the original ☒ a true copy thereof, enclosed in a sealed envelope with postage pre-paid, addressed as follows:

*\* See Attached Service List \**

☒     BY ELECTRONIC MAIL. I personally transmitted to the person(s) named in the attached service list who has/have previously consented in writing to receive documents via electronic mail to the e-mail address(es) shown on the service list, delivered on the date listed below, originating from an electronic e-mail address affiliated with Jeff Lewis Law. A true and correct copy of the above-described document(s) was transmitted by electronic transmission through the Jeff Lewis Law mail server, which did not report any error in sending the transmission

☒     (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **March 25, 2020**, in Rolling Hills Estates, California.

_____
s/ Jason R. Ebbens
Jason R. Ebbens

Jeff Lewis Law
609 Deep Valley Drive, Suite 200
Rolling Hills Estates, CA 90274

DECLARATION

## SERVICE LIST

Page 1 of 4

*LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
U.S. Central District Court Case No. 20-CV-02291-DOC-KES

| | |
|---|---|
| **SPERTUS LANDES AND UMHOFER LLP**<br>617 West 7th Street, Suite 200<br>Los Angeles, CA 90017<br><br>**Matthew Donald Umhofer, Esq.**<br>Email: matthew@spertuslaw.com<br><br>**Elizabeth Anne Mitchell, Esq.**<br>Email: emitchell@spertuslaw.com | *Attorneys for Plaintiffs*:<br><br>**LA Alliance for Human Rights**<br><br>**Charles Malow**<br><br>**Charles Van Scoy**<br><br>**Gary Whitter**<br><br>**George Frem**<br><br>**Harry Tashdjian**<br><br>**Joseph Burk**<br><br>**Karyn Pinsky**<br><br>**Leandro Suarez** |
| **LOS ANGELES CITY ATTORNEY'S OFFICE**<br>City Hall East<br>200 North Main Street Room 675<br>Los Angeles, CA 90012<br><br>**Arlene Nancy Hoang, Esq.**<br>Email: arlene.hoang@lacity.org<br><br>**Scott D, Marcus, Esq.**<br>Email: scott.marcus@lacity.org<br><br>**Jessica Mariani, Esq.**<br>Email: jessica.mariani@lacity.org | *Attorneys for Defendant:*<br><br>**City of Los Angeles** |

DECLARATION

Jeff Lewis Law
609 Deep Valley Drive, Suite 200
Rolling Hills Estates, CA 90274



1

<u>**SERVICE LIST**</u>
Page 2 of 4
*LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
U.S. Central District Court Case No. 20-CV-02291-DOC-KES

| | |
|---|---|
| **FOLEY AND LARDNER LLP**<br>555 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2411<br><br>**Byron J. McLain, Esq.**<br>Email: bmclain@foley.com<br><br>- - - - - - - - - - - - - - - - - - - - - - - - - - -<br><br>**MANATT PHELPS AND PHILLIPS LLP**<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br><br>**Brandon D. Young, Esq.**<br>Email: bdyoung@manatt.com | *Attorneys for Defendant:*<br><br>**County of Los Angeles** |
| **LEGAL AID FOUNDATION OF LOS ANGELES**<br>7000 S. Broadway<br>Los Angeles, CA 90003<br><br>**Shayla Renee Myers, Esq.**<br>Email: smyers@lafla.org<br><br>- - - - - - - - - - - - - - - - - - - - - - - - - - -<br><br>**SCHONBRUN SEPLOW<br>HARRIS AND HOFFMAN LLP**<br>11543 West Olympic Boulevard<br>Los Angeles, CA 90064<br><br>**Catherine Elizabeth Sweetser, Esq.**<br>Email: csweetser@sshhlaw.com | Attorneys for Intervenor:<br><br>**Cangress** |

Jeff Lewis Law
609 Deep Valley Drive, Suite 200
Rolling Hills Estates, CA 90274

DECLARATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jeff Lewis Law
609 Deep Valley Drive, Suite 200
Rolling Hills Estates, CA 90274

**SERVICE LIST**
Page 3 of 4
*LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
U.S. Central District Court Case No. 20-CV-02291-DOC-KES

| | |
|---|---|
| **SCHONBRUN SEPLOW HARRIS AND HOFFMAN LLP**<br>11543 West Olympic Boulevard<br>Los Angeles, CA 90064<br><br>**Catherine Elizabeth Sweetser, Esq.**<br>Email: csweetser@sshhlaw.com<br><br>**Paul L. Hoffman, Esq.**<br>Email: | *Attorneys for Intervenor:*<br><br>**Orange County Catholic Worker** |
| **LEGAL AID FOUNDATION OF LOS ANGELES**<br>7000 S. Broadway<br>Los Angeles, CA 90003<br><br>**Shayla Renee Myers, Esq.**<br>Email: smyers@lafla.org | |
| **LAW OFFICE OF CAROL A. SOBEL**<br>725 Arizona Avenue Suite 300<br>Santa Monica, CA 90401<br><br>**Carol A. Sobel, Esq.**<br>Email: carolsobellaw@gmail.com<br><br>**Weston C. Rowland, Esq.**<br>Email: rowland.weston@gmail.com | |
| ///<br>/// | |

DECLARATION



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jeff Lewis Law
609 Deep Valley Drive, Suite 200
Rolling Hills Estates, CA 90274

## SERVICE LIST
Page 4 of 4
*LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
U.S. Central District Court Case No. 20-CV-02291-DOC-KES

| | |
|---|---|
| **ELDER LAW AND DISABILITY RIGHTS CENTER**<br>1535 East 17th Street Suite 110<br>Santa Ana, CA 92705<br>714-617-5353<br><br>**Brooke Alyson Weitzman, Esq.**<br>Email: bweitzman@eldrcenter.org<br><br>**William R. Wise, Jr., Esq.**<br>Email: bwise@eldrcenter.org | |
| **SCHONBRUN SEPLOW HARRIS AND HOFFMAN LLP**<br>11543 West Olympic Boulevard<br>Los Angeles, CA 90064<br><br>**Catherine Elizabeth Sweetser, Esq.**<br>Email: csweetser@sshhlaw.com | *Attorneys for Intervenor:*<br><br>**Los Angeles Catholic Worker** |

DECLARATION