Jeffrey Lewis (Bar No. 183934)
Sean Rotstan (Bar No. 316041)
**JEFF LEWIS LAW**
609 Deep Valley Drive, Suite 200
Rolling Hills Estates, CA 90274
Tel. (310) 935-4001
Fax. (310) 872-5389
E-Mail: Jeff@JeffLewisLaw.com

Attorneys for Amicus Curae
VENICE STAKEHOLDERS
ASSOCIATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| LA ALLIANCE FOR HUMAN RIGHTS, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No.: 20-CV-02291-DOC-KES<br><br>**PROPOSED ORDER GRANTING EX PARTE APPLICATION**<br><br>Date:<br>Time:<br>Crtm:    1 (1st Street Federal Courthouse)<br><br>Hon. David O. Carter<br>Courtroom 1<br><br>Complaint Filed: March 10, 2020 |
|---|---|

PROPOSED ORDER GRANTING EX PARTE APPLICATION

1  Upon application of proposed Amicus Curae Venice Stakeholders
2  Association and good cause appearing:
3  IT IS HEREBY ORDERED that Venice Stakeholders Association's
4  proposed Declaration of Mark Ryavec may be filed by the Clerk and thereafter
5  Venice Stakeholders Association may participate in this action without further
6  order.

8  DATED: _____
9  U.S. DISTRICT COURT JUDGE



Jeff Lewis Law
609 Deep Valley Drive, Suite 200
Rolling Hills Estates, CA 90274

- 2 -
PROPOSED ORDER GRANTING EX PARTE APPLICATION

## PROOF OF SERVICE
*LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
U.S. Central District Court Case No. 20-CV-02291-DOC-KES

I, Jason R. Ebbens, declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the within action; my business address is 609 Deep Valley Drive, Suite 200, Rolling Hills Estates, CA 90274.

On **March 25, 2020**, I served the foregoing: **PROPOSED ORDER GRANTING EX PARTE APPLICATION** on the interested parties in this action by placing ☐ the original ☒ a true copy thereof, enclosed in a sealed envelope with postage pre-paid, addressed as follows:

*\* See Attached Service List \**

☒ BY ELECTRONIC MAIL. I personally transmitted to the person(s) named in the attached service list who has/have previously consented in writing to receive documents via electronic mail to the e-mail address(es) shown on the service list, delivered on the date listed below, originating from an electronic e-mail address affiliated with Jeff Lewis Law. A true and correct copy of the above-described document(s) was transmitted by electronic transmission through the Jeff Lewis Law mail server, which did not report any error in sending the transmission

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **March 25, 2020**, in Rolling Hills Estates, California.

          s/ Jason R. Ebbens
          Jason R. Ebbens

# SERVICE LIST
Page 1 of 4

*LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
U.S. Central District Court Case No. 20-CV-02291-DOC-KES

| | |
|---|---|
| **SPERTUS LANDES AND UMHOFER LLP**<br>617 West 7th Street, Suite 200<br>Los Angeles, CA 90017<br><br>**Matthew Donald Umhofer, Esq.**<br>Email: matthew@spertuslaw.com<br><br>**Elizabeth Anne Mitchell, Esq.**<br>Email: emitchell@spertuslaw.com | *Attorneys for Plaintiffs*:<br><br>**LA Alliance for Human Rights**<br><br>**Charles Malow**<br><br>**Charles Van Scoy**<br><br>**Gary Whitter**<br><br>**George Frem**<br><br>**Harry Tashdjian**<br><br>**Joseph Burk**<br><br>**Karyn Pinsky**<br><br>**Leandro Suarez** |
| **LOS ANGELES CITY ATTORNEY'S OFFICE**<br>City Hall East<br>200 North Main Street Room 675<br>Los Angeles, CA 90012<br><br>**Arlene Nancy Hoang, Esq.**<br>Email: arlene.hoang@lacity.org<br><br>**Scott D, Marcus, Esq.**<br>Email: scott.marcus@lacity.org<br><br>**Jessica Mariani, Esq.**<br>Email: jessica.mariani@lacity.org | *Attorneys for Defendant:*<br><br>**City of Los Angeles** |

# SERVICE LIST
Page 2 of 4
*LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
U.S. Central District Court Case No. 20-CV-02291-DOC-KES

| | |
|---|---|
| **FOLEY AND LARDNER LLP**<br>555 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2411<br><br>**Byron J. McLain, Esq.**<br>Email: bmclain@foley.com | *Attorneys for Defendant:*<br><br>**County of Los Angeles** |
| **MANATT PHELPS AND PHILLIPS LLP**<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br><br>**Brandon D. Young, Esq.**<br>Email: bdyoung@manatt.com | |
| **LEGAL AID FOUNDATION OF LOS ANGELES**<br>7000 S. Broadway<br>Los Angeles, CA 90003<br><br>**Shayla Renee Myers, Esq.**<br>Email: smyers@lafla.org<br><br>**SCHONBRUN SEPLOW HARRIS AND HOFFMAN LLP**<br>11543 West Olympic Boulevard<br>Los Angeles, CA 90064<br><br>**Catherine Elizabeth Sweetser, Esq.**<br>Email: csweetser@sshhlaw.com | Attorneys for Intervenor:<br><br>**Cangress** |

Jeff Lewis Law
609 Deep Valley Drive, Suite 200
Rolling Hills Estates, CA 90274



- 5 -
PROPOSED ORDER GRANTING EX PARTE APPLICATION

# SERVICE LIST
Page 3 of 4
*LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
U.S. Central District Court Case No. 20-CV-02291-DOC-KES

| | |
|---|---|
| **SCHONBRUN SEPLOW HARRIS AND HOFFMAN LLP**<br>11543 West Olympic Boulevard<br>Los Angeles, CA 90064<br><br>**Catherine Elizabeth Sweetser, Esq.**<br>Email: csweetser@sshhlaw.com<br><br>**Paul L. Hoffman, Esq.**<br>Email:<br><br>**LEGAL AID FOUNDATION OF LOS ANGELES**<br>7000 S. Broadway<br>Los Angeles, CA 90003<br><br>**Shayla Renee Myers, Esq.**<br>Email: smyers@lafla.org<br><br>**LAW OFFICE OF CAROL A. SOBEL**<br>725 Arizona Avenue Suite 300<br>Santa Monica, CA 90401<br><br>**Carol A. Sobel, Esq.**<br>Email: carolsobellaw@gmail.com<br><br>**Weston C. Rowland, Esq.**<br>Email: rowland.weston@gmail.com<br><br>///<br>/// | *Attorneys for Intervenor:*<br><br>**Orange County Catholic Worker** |

# SERVICE LIST
Page 4 of 4

*LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
U.S. Central District Court Case No. 20-CV-02291-DOC-KES

| | |
|---|---|
| **ELDER LAW AND DISABILITY RIGHTS CENTER**<br>1535 East 17th Street Suite 110<br>Santa Ana, CA 92705<br>714-617-5353<br><br>**Brooke Alyson Weitzman, Esq.**<br>Email: bweitzman@eldrcenter.org<br><br>**William R. Wise, Jr.**, **Esq.**<br>Email: bwise@eldrcenter.org | |
| **SCHONBRUN SEPLOW HARRIS AND HOFFMAN LLP**<br>11543 West Olympic Boulevard<br>Los Angeles, CA 90064<br><br>**Catherine Elizabeth Sweetser, Esq.**<br>Email: csweetser@sshhlaw.com | *Attorneys for Intervenor:*<br><br>**Los Angeles Catholic Worker** |

Jeff Lewis Law
609 Deep Valley Drive, Suite 200
Rolling Hills Estates, CA 90274

- 7 -
PROPOSED ORDER GRANTING EX PARTE APPLICATION