EXHIBIT A

**Estimated Emergency and Observational/Quarantine Capacity Need for the US Homeless Population Related to COVID-19 Exposure by County; Projected Hospitalizations, Intensive Care Units and Mortality**

Dennis Culhane, Dan Treglia & Ken Steif
University of Pennsylvania
Randall Kuhn
University of California Los Angeles
Thomas Byrne
Boston University

March 25, 2020

**Estimated Emergency and Observational/Quarantine Capacity Need for the U.S. Homeless
Population Related to COVID-19 Exposure by County; Projected Hospitalizations,
Intensive Care Units, and Mortality**

Dennis Culhane, Dan Treglia, Ken Steif, Randall Kuhn, & Thomas Byrne

The rapid progression of the severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) pandemic has raised concerns about the potential impact of coronavirus disease (COVID-19) on the homeless population. According to official reports, 575,000 people in the United States meet the U.S. Department of Housing and Urban Development (HUD) definition of homelessness – living in a homeless shelter or a place not fit for human habitation.[1] On any given night New York City and Los Angeles County, two areas heavily impacted by COVID-19, are estimated to have 70,000 and 58,000 homeless individuals, respectively.

In recent days, both the State of California and the City of Los Angeles have made substantial funding allocations to support rapid emergency shelter for unsheltered individuals, outreach for early detection, and quarantine space. Policing reforms have also been put in place to ensure that homeless individuals are able to shelter in place should the need arise. The federal government is in the process of considering additional funding allocations aimed at protecting homeless populations from COVID-19. This report aims to establish the potential mortality and hospitalization costs of inaction along with estimating the funding needs associated with a comprehensive plan of action.

**Potential impacts of COVID-19 on the homeless population**

We estimate the potential impact of COVID-19 on the homeless population and the homeless and healthcare systems caring for them.  We model our estimates on a variety of severity and fatality scenarios informed by the unique health burdens facing the homeless population, applied to the age distribution of the homeless population. Concern has been raised around the potential for widespread transmission of COVID-19 within the homeless population due to inadequate access to hygiene and sanitation and the difficulty of early detection among a population isolated from health care. Yet, given limited understanding around the exact parameters of the virus' transmission, it is difficult to explicitly model the potential transmission, and so we simply model a range of infection rate scenarios.

Less widely known—but considerably more important—is the extraordinarily high susceptibility to symptomatic infection, hospitalization, and fatality among the homeless population due not only to their advanced age, but also the accelerated physical decline and mental weathering that frequently results from repeat exposure to harsh elements. For decades, the single adult homeless population has been dominated by members of the late baby boom cohort (e.g., those born between 1955-1965, approximately), and the age distribution of homeless populations has shifted upwards as this birth cohort phenomenon has persisted into older ages.[2,3]  A recent study of aging trends among homeless populations in New York City, Los Angeles County, and Boston observed that the modal age of homeless clients in all cities was between 50 and 55 years. Studies of COVID-19 severity and case fatality suggest that older populations face risk orders of magnitude higher than those facing younger populations.[4,5]

Concerns over chronological age are magnified by concerns over accelerated physical decline  among homeless populations.[6] Homeless individuals are admitted to the hospital with medical-surgical conditions 10-15 years earlier than comparable, housed individuals,[7]  and with age-related impairments

typical of housed individuals 20 years older.[8] Early studies of COVID-19 risk factors point to comorbidities relating to hypertension, diabetes, cardiac disease, chronic respiratory disease, and cancer.[9] In Los Angeles and other communities on the West Coast, concerns about physical susceptibility are further heightened by high rates of unshelteredness, which are thought to carry both a generalized risk of accelerated age-related decline and specific exposures to poor hygiene and respiratory distress.[10] Existing studies of homeless populations have observed obstructive pulmonary disease prevalence between 20 and 30%,[8,11] compared to 10% for the general adult population. [12]

This study serves two distinct purposes. First, we model potential scenarios of COVID-19 severity, hospitalization and fatality among homeless populations. Second, we estimate additional homeless system capacity – through private units as quickly feasible and scalable and otherwise through current infrastructure that incorporates tenets of social distance and safety - required to manage the acute impact of the COVID-19 pandemic on the existing homeless population. We perform this exercise for all unsheltered persons and homeless individuals in emergency shelter or transitional housing, which generally congregate in nature (no private rooms or partitions) and highly dense. We have excluded families with children, who tend to be sheltered in private rooms or apartments. This exercise outlines the additional homeless system capacity required for a sufficient response to safely care for the existing homeless population; it is not intended to prescribe specific solutions, which should incorporate local conditions and guidance from the CDC and other public health experts.

**Modeling Health Impacts of COVID-19 on the Homeless Population**

*Data and Methods*

Because detailed national age distribution data are not available, we drew on aggregate age distributions for the adult homeless population (age 25+) from the Homeless Management Information Systems (HMIS) of New York City (NYC) for 2017 and Los Angeles County (LAC) for 2018, two municipalities with robust social service data infrastructures for which we could readily access data. (Previous research by this team has found that the age structure of adult homelessness is fairly robust across states).[2,3,13]

The most granular geography at which official homelessness estimates are available is the Continuum of Care (CoC), which is the geographic unit at which federal homeless assistance grants are awarded and local homeless services are coordinated. These geographies do not map uniformly onto county boundaries, and we thus interpolate county estimates of these outcomes from CoC-level data mirroring a process described by Almquist and colleagues.[14]

We built estimates of the distribution of hospitalization, critical care and fatality for five-year age groups by modifying the estimates included in the widely publicized Imperial College report published March 16, 2020.[4] We used nonlinear regression techniques to approximate rates for five-year age groups instead of ten-year groups. To estimate potential impacts on the homeless population, we built on the intuition of existing studies that older homeless populations bear health risks comparable to those of individuals 15 to 20 years older.[7,8] To be conservative, we focused primarily on a 15-year accelerated aging shift while also reporting 10-year and 20-year shift models. A future scientific report will explore a wider range of assumptions.

Figure 1 compares the risk curves for homeless populations to the general population using a model that assumes infected homeless individuals would be twice as likely to be hospitalized, two to four times as likely to require critical care, and two to three times as likely to die.



Figure 1: Age-specific risk for homelessness-adjusted scenarios in comparison to general population

Panel A: Hospitalization

Panel B: Critical Care

Panel C: Fatality

Figure 2 shows the age distribution of the homeless clients of LAC and NYC. The total number of clients age 25+ was 44,914 in NYC and 44,054 in LAC. The modal age group in both areas was 50-54, while the

mean age was 45.6 in NYC and 46.7 in LAC. The proportion over age 65 was 5.8% in NYC and 7.2% in LAC, lower than the national average among the general population. The proportion over age 50, and thus potentially heavily affected by accelerated aging was 39.7% in NYC and 42.5% in LAC.



Figure 2: Age distribution of adult homeless clients, New York and Los Angeles

Source: Los Angeles HMIS, California Policy Lab Secure Data Enclave; New York HMIS, provided by NYC Center for Innovation through Data Intelligence

Table 1 shows the projected number of hospitalizations and critical care and fatality episodes anticipated among the homeless population of the United States. These projections are imposed on the estimated 493,000 single adults experiencing homelessness on a given night (unsheltered PIT counts adjusted *1.4, see later section on unit estimation method), which creates a conservative estimate of COVID-19's impact on the homeless population given that the total number of people experiencing homelessness over the course of a year is likely 3-4 times that. Our estimates assume that 40% of the homeless population will be infected at any given time at the peak of the crisis, and that the U.S. homeless population would have the same age distribution as NYC and LAC grounded in work from a prior study of aging homelessness.

*Findings*

- We estimate that 21,295 people experiencing homelessness, or 4.3% of the U.S. homeless population, could require hospitalization at the peak infection rate of 40%, with a potential range from 2.4% to 10.3% hospitalizations.
- Critical care needs could range from 0.6% to 4.2%, with the midpoint scenario seeing 7,145 in critical care nationally.
- Finally, we estimate a wide range--0.3% to 1.9%-- of potential fatality rates, with the central estimate of 0.7% implying 3,454 homeless deaths. We believe that the true likely fatality outcome would be on the higher end of this range given the challenge of actually getting

homeless clients to the hospital, especially when they are unsheltered, as well as the unusually high mortality risks that prevail among the homeless population.

Table 1: Projected COVID-19 outcomes for U.S. homeless population at a given time assuming peak 40% infection rate

|  | Number of cases | Percent of total population | Range across scenarios |
|---|---|---|---|
| Hospitalization | 21,295 | 4.3% | 2.4%-10.3% |
| Critical Care | 7,145 | 1.4% | 0.6%-4.2% |
| Fatality | 3,454 | 0.7% | 0.3%-1.9% |

Map 1 depicts the proportionate distribution of hospitalizations, ICU admissions, and mortality among homeless individuals across the United States as a result of the COVID-19 pandemic. It is largely reflective of the distribution of the homeless population generally, with cases concentrated in urban areas and most regions seeing very few COVID-19 cases and low mortality.

*Map 1*



Proportionate distribution of hospitalizations, ICU, and mortality among homeless individuals due to COVID-19 pandemic

*Estimates based on 40% infection rate and 15-year accelerated aging*

Degree of COVID-19 impact
- Low
- Moderate
- Medium
- High
- Severe

Source: Age distribution from Los Angeles Homeless Services Agency HMIS 2018;
New York City Department of Social Services HMIS 2017;
CoC data from U.S. Department of Housing and Urban Development 2019 Point-in-Time Estimates of Homelessness;
U.S. Department of Housing and Urban Development 2019 CoC GIS Geodatabase.
Grey areas indicate counties where no data is available.

**Estimating Additional Capacity**

*Data and Methods*

We use data from the U.S. Department of Housing and Urban Development's 2019 Annual Homelessness Assessment Report (AHAR) to create assessments of additional capacity required to manage the acute effects of the COVID-19 crisis on the homeless population. The following assumptions were used to develop bed estimates:

- Adult shelters operate at high density. To reduce density sufficient to enable social distancing by allotting at least 100 square feet per bed, we assume a 50% bed reduction in existing facilities, which would require an offsetting increase in beds or private units.
- The 2019 AHAR unsheltered count reflects persons observed during the PIT count, which is an estimated 40% undercount due to unobserved persons, based on Glynn and colleagues[15].
- New units are estimated to cost $25,000 per year, or $68.50 per night based on current national shelter expenditures[16], although accommodations may be made in other facilities.
- We estimate a peak infection rate of 40% and keep that constant for our estimates and maintain that rate – which we know will vary over time -- for our analyses.
- Finally, for those who are infected or under observation we estimate an additional $7,500 per unit for more private accommodations, including rooms in hotels and motels.

*Findings*

Our estimates suggest the need for an additional 400,000 units to manage the COVID-19 pandemic for the current, estimated homeless population. This includes:

- Approximately 200,000 single adults were sheltered on a given night in January, 2019 (199,531; US HUD, 2019). To reduce density by 50% while maintaining current capacity would require the addition of 100,000 units.
- 211,293 adults and persons in families were enumerated as unsheltered in 2019. Assuming a 40% undercount, approximately 300,000 beds are needed to provide accommodations to all unsheltered persons.
- Of the projected 500,000 total beds needed (300,000 for unsheltered, 200,000 for sheltered), at a 40% infection rate at a given time, 200,000 of these beds should be suitable for observation of symptomatic persons or persons under quarantine.
- At a cost of approximately $25,000 per unit per year, we estimate the annual cost of meeting this need at $10 billion.
- Assuming a premium of $7,500 per unit per year for more private accommodations for persons who are infected or under observation, including placement in hotels and motels, this would require an additional $1.5 billion for those 200,000 beds.
- The total estimated cost to meet the additional need is approximately $11.5 billion annually.

Map 2 shows the need for these additional capacity by U.S. county. This map reflects the geographical heterogeneity in unsheltered and single adult homelessness across the country, with need concentrated in a handful of areas and municipalities. Ten percent of all counties will need only one, single unit or bed to accommodate the additional need, and half will need fewer than 10 additional spaces. The counties in the top 1% of need will each require a minimum of 2,100 additional spaces, with Los Angeles County facing far and away the greatest need at 65,000 new units.

Map 2



Additional capacity required during the COVID-19 pandemic
*County-level need estimated from 2019 HUD Point-in-Time counts*

Additional beds required
0 - 840
841 - 3,149
3,150 - 6,418
6,419 - 11,635
11,636 - 65,705

Source: Author calculations based on CoC data from U.S. Department of Housing & Urban Development 2019 Point-in-Time Estimates of Homelessness;
U.S. Department of Housing and Urban Development 2019 CoC GIS Geodatabase
Grey areas indicate counties where no data is available.

**Options for emergency accommodation and coordination of care**

Given the high transmission rate of COVID-19, concerns have been expressed about the potential risk of congregate shelters, or shelters without private sleeping and bathing facilities. On March 22, the Centers for Disease Control issued Interim Guidance for responding to COVID-19 among people experiencing unsheltered homelessness along with guidelines for homeless shelters and other service providers.

Decisions about the appropriate mix of rapid housing options must be made by individual jurisdictions based on local population needs, capacity for emergency accommodations, including vacant hotels and motels, and local government resources, but it is helpful to consider the basic principles of such an effort:

1) Emergency accommodations with private sleeping and bath space should be the preferred option for all clients and would be especially beneficial for individuals with known risk factors for COVID-19 complications.
2) Individuals in urgent need of protection – including the elderly, those with severe risk factors for COVID-19 complications, and those already presenting with respiratory symptoms – must be accommodated with considerable haste

3) Individuals with known or suspected coronavirus infections must be accommodated in private sleeping and bathing quarters, and such spaces should be made available well in excess of the likely number of infected individuals

This means that most jurisdictions will need to use all potential emergency accommodation options to protect homeless populations from disease risk. We review the specific options individually before suggesting some technologies that would assist in the broader effort.

**Managing Encampments and Unsheltered Homelessness**

The recently posted CDC guidance discourages the clearance of encampments that frequently occurs under normal conditions and can lead to temporary or permanent disruptions that could lead to more harm than benefit. It recommends basic prevention measures for encampments:

1) encampments members should be encouraged to sleep with 12x12 feet of space per individual tent
2) public restrooms with water taps, soap and sanitizer should be made available 24 hours per day, and
3) portable toilets and handwashing facilities should be made available for encampments with encampments with 10 or more people.

The report does not recommend strategies for encampments where these prevention measures cannot be implemented. Nor does it make specific prevention recommendations for individuals living outside of large encampments. We note that in Los Angeles, the city with by far the largest unsheltered population, only 24% of unsheltered homeless individuals actually live in encampments of any size, with a much smaller share living in large encampments. A recent study also found that individuals with longer exposure to homelessness, and thus potential greater health risks, were actually more likely to live in a sidewalk or alley and less likely to live in an encampment.[17] In other words, in many cities, the vast majority of unsheltered homeless individuals, and an even greater share of the most vulnerable, are alone, unprotected, difficult to reach, highly dependent on services that may be unsustainable through the crisis, and unlikely to receive sanitation access.

Those living in encampments or even in individual unsheltered spaces who have the ability and the desire to shelter in place should be encouraged to do so, because this will reduce demand for other emergency accommodations. But concerns about the ability to detect disease, maintain sanitation and meet basic needs – particularly if outreach capacity were to diminish – means that the bar for sheltering in place would ideally be set high. Building on the CDC guidelines, the following conditions should ideally be met for any encampment sheltering in place

- Ability to maintain social distance among encampment residents and from others outside the encampment
- Ability to maintain adequate handwashing and sanitation for a long duration of delayed service
- Ability to assess and report suspected infections, meaning either regular access to outreach workers or to mobile phones with reliable service and electrical power
- Ability to maintain adequate food, water and medicine supplies through local stores or service providers

Encampments or individuals failing to meet these criteria may face severe risk of infection and indirect consequences in the event of a more severe emergency.

**Congregate shelters:** Congregate shelters are the predominant form of emergency accommodation within homelessness assistance systems. Bed densities are often high, and can include bunk beds in many cases. Per the CDC guidelines[18] and FEMA recommendations, 100-110 square feet of space should be allocated per bed, aligned in head-to-toe formation. For many facilities, this will require a reduction in bed capacity in a given location, and the establishment of additional offsetting bed capacity elsewhere to sustain current supply. Consideration should be given to the provision of adequate hygiene and toilet facilities, and frequent, routine cleaning.

**Private accommodations:** The ideal scenario would involve private accommodations for all clients. Private accommodations would dramatically reduce the likely transmission of disease relative to congregate shelters. The problem lies with the supply and the speed at which options can be mobilized. In the initial stages of the pandemic, some municipalities have sought to use campers and a variety of temporary disaster shelters that could be placed in empty areas. This approach is both slow and costly, and also potentially depends on people moving to isolated areas with open space. More recently, a number of cities have begun to scale up the use of hotels. Hotels have the advantage of already existing. Under usual conditions, hotel rooms would be not available. But in the current crisis, the use of hotels for emergency accommodation offers the added benefit of generating revenue for empty hotels and the often low-wage workers who operate hotels. Cities such as San Francisco, San Diego and Philadelphia have already mobilized hotel space for isolate of confirmed or suspected cases. In San Francisco, a group of city Supervisors have mobilized a more ambitious plan to enroll hotels accounting for 8,500 rooms into a proposed program, with buy-in from both owners and worker's unions. This approach may offer a more scalable alternative to constructing shelters.

Finally, we note that a sizable share of unsheltered individuals live in vehicles, some already parked in safe parking sites and others scattered throughout cities. Additional safe parking facilities should be opened, and individuals living in vehicles should be encouraged to move to these locations for safety and security.

**Emergency coordination of care:** Regardless of the exact mix of emergency accommodations, the COVID-19 response would be greatly enhanced by the mobilization of better information and communication technology, evidence, and disease transmission models. In particular, we recommend the rapid adoption of SMS/mobile alert systems that would allow a broad spectrum of emergency outreach activities with relatively simple technologies. Prior research shows that nearly 95% of persons experiencing homelessness own cell phones and the vast majority make use of text messaging,[19] thus highlighting the feasibility of this approach in terms of reach. We also note some specific advantages of this approach, all of which would serve both to enhance the reach of existing methods while also reducing burdens on outreach worker and freeing up their time to support high-need cases:

1) An alert system could remind people of new emergency opportunities as they come onstream, and allow people to link to location-based maps of the nearest facilities.
2) Alert systems could update both the sheltered and unsheltered of any sudden changes in rules or procedure, for instance if lockdown restrictions are tightened, eased or reimplemented.
3) For those who remain unsheltered, surveys pushed out over an alert system would serve as a valuable real-time tool for early detection tool, for monitoring social distancing patterns, and for delivering hygiene, cleanups and medical care to those who request it.
4) For those moving into emergency accommodations, whether shelters or private rooms, the alert system could disseminate surveys to monitor social distancing, personal security and threat perception among those who have received shelter.

5) Over time, needs assessments could be adapted to assess whether unsheltered and sheltered clients have lost access to essential treatments and medicines, in order to avoid indirect consequences of the pandemic.

**Conclusion**

The COVID-19 pandemic is creating a severe and emergent health crisis for the homeless population across the United States, a crisis that our shelter and health systems are simply not adequately prepared to meet. The current virus, when scaffolded on top of the already present crisis of aged homelessness, as well as a myriad of other factors impacting this population, is likely to wreak havoc on this already highly vulnerable group.

For the 500,000 single adults who experience homelessness on a given night, the current crisis is likely to cause upwards of 21,000 hospitalizations and 3,400 deaths. Given an annual shelter turnover rate of at least 3 – meaning that over the course of a year at least three times the PIT-estimate will experience homelessness and the confined and harsh conditions that come with it, the infection, critical care, and fatality rates presented here are almost certainly lower bound estimates. Compounding this, we model these rates and solutions for current (2019) levels of homelessness. While economists are only beginning to quantify the short-and long-term economic impacts of this pandemic, we are almost certain to see a recession resulting from the infection itself, resultant social distancing, and general market uncertainty. Predictions vary widely, but the current record unemployment claims will be followed by additional housing instability and homelessness that will further stretch an already taxed homelessness assistance system.

There are limitations to this study that should be noted. We apply homogenous rates of infections, hospitalizations, critical cases, and mortality across the country, though they will certainly vary by region and county in ways that we were not able to model. Second, we model those rates based on a single Point-in-Time estimate of homelessness though, as noted above, households enter and exit homelessness over the course of a year. Third, this study is notably limited in its scope. It is intended to model potential infection rates and the capacity required to provide every homeless person safe accommodation. It is not meant to prescribe the specifics of those facilities, and policymakers and practitioners are advised to take their cues from research more specifically devoted to that cause, with a particular emphasis on the aforementioned CDC guidelines and the public health community more generally.

There are obvious and immediate steps that we can take to mitigate this situation. By creating adequate and humane accommodations for people living unsheltered, leveraging existing private units like hotels while creating new ones as feasible, and reconfiguring existing facilities to accommodate social distancing and isolate symptomatic individuals, lives can be saved. Federal, state and local governments will need to collaborate around the funding, staffing and siting of facilities. But the urgency is clear, as is the moral imperative to act.

**References**

1.  Development, U. S. D. of H. and U. *The 2019 Annual Homeless Assessment Report (AHAR) to Congress: PART 1 Point-in-Time Estimates of Homelessness.* (2019).

2.  Culhane, D. P., Metraux, S., Byrne, T., Stino, M. & Bainbridge, J. The age structure of contemporary homelessness: Evidence and implications for public policy. *Anal. Soc. Issues Public Policy* **13**, 228–244 (2013).

3.  Culhane, D. *et al. The emerging crisis of aged homelessness: Could housing solutions be funded by avoidance of excess shelter, hospital, and nursing home costs?* (Actionable Intelligence for Social Policy, 2019).

4.  Verity, R. *et al.* Estimates of the severity of COVID-19 disease. *medRxiv* 2020.03.09.20033357 (2020). doi:10.1101/2020.03.09.20033357

5.  Riou, J., Hauser, A., Counotte, M. J. & Althaus, C. L. Adjusted age-specific case fatality ratio during the COVID-19 epidemic in Hubei, China, January and February 2020. *medRxiv* 2020.03.04.20031104 (2020). doi:10.1101/2020.03.04.20031104

6.  Fazel, S., Geddes, J. R. & Kushel, M. The health of homeless people in high-income countries: Descriptive epidemiology, health consequences, and clinical and policy recommendations. *Lancet* **384**, 1529–1540 (2014).

7.  Adams, J., Rosenheck, R., Gee, L., Seibyl, C. L. & Kushel, M. Hospitalized younger: a comparison of a national sample of homeless and housed inpatient veterans. *J. Health Care Poor Underserved* **18**, 173–184 (2007).

8.  Brown, R. T., Kiely, D. K., Bharel, M. & Mitchell, S. L. Geriatric Syndromes in Older Homeless Adults. *J. Gen. Intern. Med.* **27**, 16–22 (2012).

9.  Caramelo, F., Ferreira, N. & Oliveiros, B. Estimation of risk factors for COVID-19 mortality - preliminary results. *medRxiv* 2020.02.24.20027268 (2020). doi:10.1101/2020.02.24.20027268

10. Kuhn, R., Richards, J., Roth, S. & Clair, K. *Homelessness and Public Health in Los Angeles.* (UCLA Fielding School of Public Health).

11. Snyder, L. D. & Eisner, M. D. Obstructive lung disease among the urban homeless. *Chest* **125**, 1719–1725 (2004).

12. Landis, S. H. *et al.* Continuing to Confront COPD International Patient Survey: methods, COPD prevalence, and disease burden in 2012–2013. *Int. J. Chron. Obstruct. Pulmon. Dis.* **9**, 597 (2014).

13. Byrne, T. & Miller, D. P. Health care utilization and costs among older homeless adults: Implications and opportunities for intervention. in *Association of Public Policy and Management Annual Research Conference* (2018).

14. Almquist, Z. W., Helwig, N. E. & You, Y. Connecting Continuum of Care point-in-time homeless counts to United States Census areal units. *Math. Popul. Stud.* (2020). doi:10.1080/08898480.2019.1636574

15. Glynn, C. & Fox, E. B. Dynamics of homelessness in urban America. *Ann. Appl. Stat.* **13**, 573–605 (2019).

16.    Culhane, D. & An, S. *A statistical profile of the "homelessness industry" in 2015: Revenues, expenditures, employment, volunteers, fundraising and executive compensation.* (2020).

17.    Flaming, D., Burns, P. & Carlen, J. Escape routes: Meta-analysis of homelessness in LA. (2018).

18.    Centers for Disease Control and Prevention. *Interim Guidance for Responding to Coronavirus Disease 2019 (COVID-19) among People Experiencing Unsheltered Homelessness*. (2020).

19. Rhoades H, Wenzel SL, Rice E, Winetrobe H, Henwood B. No digital divide? Technology use among homeless adults. *J Soc Distress Homeless*. 2017;26(1):73-77. doi:10.1080/10530789.2017.1305140

**Appendix: Additional Capacity Need and Cost, by Continuum of Care**

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| AK-500, Anchorage | 136 | 702 | 351 | 487 | $12,170,000.00 | $2,513,400.00 | $14,683,400.00 |
| AK-501, Alaska Balance of State | 246 | 416 | 208 | 454 | $11,360,000.00 | $1,987,200.00 | $13,347,200.00 |
| AL-500, Birmingham/Jefferson, St. Clair, Shelby Counties | 456 | 466 | 233 | 689 | $17,235,000.00 | $2,767,200.00 | $20,002,200.00 |
| AL-501 Mobile City & County/Baldwin County | 283 | 150 | 75 | 358 | $8,945,000.00 | $1,298,400.00 | $10,243,400.00 |
| AL-502 Florence/Northwest Alabama | 281 | 182 | 91 | 372 | $9,310,000.00 | $1,390,200.00 | $10,700,200.00 |
| AL-503 Huntsville/North Alabama | 122 | 253 | 127 | 248 | $6,207,500.00 | $1,124,400.00 | $7,331,900.00 |
| AL-504 Montgomery City & County | 80 | 171 | 86 | 165 | $4,132,500.00 | $752,400.00 | $4,884,900.00 |
| AL-505 Gadsden/Northeast Alabama | 209 | 62 | 31 | 240 | $5,990,000.00 | $811,800.00 | $6,801,800.00 |
| AL-506 Tuscaloosa City & County | 0 | 27 | 14 | 14 | $337,500.00 | $81,000.00 | $418,500.00 |
| AL-507 Alabama Balance of State | 237 | 89 | 45 | 281 | $7,027,500.00 | $976,800.00 | $8,004,300.00 |
| AR-500 Little Rock/Central Arkansas | 802 | 355 | 178 | 980 | $24,492,500.00 | $3,471,600.00 | $27,964,100.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| AR-501 Fayetteville/Northwest Arkansas | 332 | 223 | 112 | 443 | $11,082,500.00 | $1,664,400.00 | $12,746,900.00 |
| AR-503 Arkansas Balance of State | 763 | 232 | 116 | 879 | $21,975,000.00 | $2,985,000.00 | $24,960,000.00 |
| AR-505 Southeast Arkansas | 0 | 35 | 18 | 18 | $437,500.00 | $105,000.00 | $542,500.00 |
| AR-508 Fort Smith | 84 | 127 | 64 | 148 | $3,687,500.00 | $633,000.00 | $4,320,500.00 |
| AZ-500 Arizona Balance of State | 1,376 | 682 | 341 | 1,717 | $42,930,000.00 | $6,174,600.00 | $49,104,600.00 |
| AZ-501 Tucson/Pima County | 505 | 639 | 320 | 825 | $20,622,500.00 | $3,433,200.00 | $24,055,700.00 |
| AZ-502 Phoenix, Mesa/Maricopa County | 4,463 | 1,718 | 859 | 5,322 | $133,055,000.00 | $18,543,600.00 | $151,598,600.00 |
| CA-500 San Jose/Santa Clara City & County | 11,091 | 1,089 | 545 | 11,635 | $290,882,500.00 | $36,539,400.00 | $327,421,900.00 |
| CA-501 San Francisco | 7,252 | 2,232 | 1,116 | 8,368 | $209,200,000.00 | $28,452,000.00 | $237,652,000.00 |
| CA-502 Oakland, Berkeley/Alameda County | 8,837 | 1,185 | 593 | 9,429 | $235,732,500.00 | $30,065,400.00 | $265,797,900.00 |
| CA-503 Sacramento City & County | 5,460 | 1,096 | 548 | 6,008 | $150,200,000.00 | $19,668,000.00 | $169,868,000.00 |
| CA-504 Santa Rosa, Petaluma/Sonoma County | 2,740 | 741 | 371 | 3,110 | $77,757,500.00 | $10,442,400.00 | $88,199,900.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| CA-505 Richmond/Contra Costa County | 2,278 | 477 | 239 | 2,516 | $62,907,500.00 | $8,264,400.00 | $71,171,900.00 |
| CA-506 Salinas/Monterey, San Benito Counties | 2,797 | 342 | 171 | 2,968 | $74,205,000.00 | $9,417,600.00 | $83,622,600.00 |
| CA-507 Marin County | 991 | 196 | 98 | 1,089 | $27,230,000.00 | $3,561,600.00 | $30,791,600.00 |
| CA-508 Watsonville/Santa Cruz City & County | 2,380 | 271 | 136 | 2,516 | $62,887,500.00 | $7,953,000.00 | $70,840,500.00 |
| CA-509 Mendocino County | 753 | 152 | 76 | 829 | $20,730,000.00 | $2,715,600.00 | $23,445,600.00 |
| CA-510 Turlock, Modesto/Stanislaus County | 1,523 | 499 | 250 | 1,773 | $44,317,500.00 | $6,066,600.00 | $50,384,100.00 |
| CA-511 Stockton/San Joaquin County | 2,181 | 554 | 277 | 2,458 | $61,455,000.00 | $8,205,600.00 | $69,660,600.00 |
| CA-512 Daly/San Mateo County | 1,261 | 272 | 136 | 1,397 | $34,935,000.00 | $4,600,200.00 | $39,535,200.00 |
| CA-513 Visalia/Kings, Tulare Counties | 1,085 | 188 | 94 | 1,179 | $29,475,000.00 | $3,819,000.00 | $33,294,000.00 |
| CA-514 Fresno City & County/Madera County | 2,897 | 214 | 107 | 3,004 | $75,090,000.00 | $9,331,800.00 | $84,421,800.00 |
| CA-515 Roseville, Rocklin/Placer County | 414 | 202 | 101 | 515 | $12,885,000.00 | $1,849,200.00 | $14,734,200.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| CA-516 Redding/Shasta, Siskiyou, Lassen, Plumas, Del Norte, Modoc, Sierra Counties | 1,128 | 363 | 182 | 1,310 | $32,747,500.00 | $4,474,200.00 | $37,221,700.00 |
| CA-517 Napa City & County | 210 | 125 | 63 | 273 | $6,812,500.00 | $1,005,000.00 | $7,817,500.00 |
| CA-518 Vallejo/Solano County | 1,305 | 148 | 74 | 1,379 | $34,470,000.00 | $4,358,400.00 | $38,828,400.00 |
| CA-519 Chico, Paradise/Butte County | 1,173 | 247 | 124 | 1,297 | $32,417,500.00 | $4,260,600.00 | $36,678,100.00 |
| CA-520 Merced City & County | 403 | 144 | 72 | 475 | $11,880,000.00 | $1,641,600.00 | $13,521,600.00 |
| CA-521 Davis, Woodland/Yolo County | 556 | 124 | 62 | 618 | $15,445,000.00 | $2,039,400.00 | $17,484,400.00 |
| CA-522 Humboldt County | 1,963 | 190 | 95 | 2,058 | $51,445,000.00 | $6,458,400.00 | $57,903,400.00 |
| CA-523 Colusa, Glenn, Trinity Counties | 210 | 3 | 2 | 212 | $5,287,500.00 | $639,000.00 | $5,926,500.00 |
| CA-524 Yuba City & County/Sutter County | 727 | 105 | 53 | 779 | $19,477,500.00 | $2,494,800.00 | $21,972,300.00 |
| CA-525 El Dorado County | 672 | 114 | 57 | 729 | $18,225,000.00 | $2,358,000.00 | $20,583,000.00 |
| CA-526 Amador, Calaveras, Mariposa, Tuolumne Counties | 962 | 56 | 28 | 990 | $24,745,000.00 | $3,053,400.00 | $27,798,400.00 |
| CA-527 Tehama County | 301 | 43 | 22 | 323 | $8,062,500.00 | $1,032,000.00 | $9,094,500.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| CA-529 Lake County | 535 | 10 | 5 | 540 | $13,495,000.00 | $1,634,400.00 | $15,129,400.00 |
| CA-530 Alpine, Inyo, Mono Counties | 276 | 9 | 5 | 280 | $7,007,500.00 | $854,400.00 | $7,861,900.00 |
| CA-531 Nevada County | 351 | 119 | 60 | 411 | $10,272,500.00 | $1,411,200.00 | $11,683,700.00 |
| CA-600 Los Angeles City & County | 59,459 | 6,851 | 3,426 | 62,885 | $1,572,122,500.00 | $198,931,200.00 | $1,771,053,700.00 |
| CA-601 San Diego City and County | 6,266 | 2,361 | 1,181 | 7,447 | $186,172,500.00 | $25,882,200.00 | $212,054,700.00 |
| CA-602 Santa Ana, Anaheim/Orange County | 5,545 | 1,745 | 873 | 6,418 | $160,447,500.00 | $21,871,200.00 | $182,318,700.00 |
| CA-603 Santa Maria/Santa Barbara County | 1,586 | 344 | 172 | 1,758 | $43,955,000.00 | $5,790,600.00 | $49,745,600.00 |
| CA-604 Bakersfield/Kern County | 1,127 | 348 | 174 | 1,301 | $32,525,000.00 | $4,425,000.00 | $36,950,000.00 |
| CA-606 Long Beach | 1,785 | 471 | 236 | 2,021 | $50,512,500.00 | $6,768,000.00 | $57,280,500.00 |
| CA-607 Pasadena | 449 | 144 | 72 | 521 | $13,035,000.00 | $1,780,200.00 | $14,815,200.00 |
| CA-608 Riverside City & County | 2,863 | 490 | 245 | 3,108 | $77,700,000.00 | $10,059,000.00 | $87,759,000.00 |
| CA-609 San Bernardino City & County | 2,688 | 269 | 135 | 2,823 | $70,562,500.00 | $8,871,000.00 | $79,433,500.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| CA-611 Oxnard, San Buenaventura/Ventura County | 1,761 | 221 | 111 | 1,872 | $46,792,500.00 | $5,946,600.00 | $52,739,100.00 |
| CA-612 Glendale | 206 | 30 | 15 | 221 | $5,520,000.00 | $707,400.00 | $6,227,400.00 |
| CA-613 Imperial County | 1,715 | 96 | 48 | 1,763 | $44,075,000.00 | $5,433,000.00 | $49,508,000.00 |
| CA-614 San Luis Obispo County | 1,641 | 173 | 87 | 1,727 | $43,182,500.00 | $5,441,400.00 | $48,623,900.00 |
| CO-500 Colorado Balance of State | 1,117 | 1,085 | 543 | 1,660 | $41,492,500.00 | $6,606,600.00 | $48,099,100.00 |
| CO-503 Metropolitan Denver | 1,324 | 3,390 | 1,695 | 3,019 | $75,485,000.00 | $14,143,200.00 | $89,628,200.00 |
| CO-504 Colorado Springs/El Paso County | 622 | 718 | 359 | 981 | $24,515,000.00 | $4,018,800.00 | $28,533,800.00 |
| CT-503 Bridgeport, Stamford, Norwalk, Danbury/Fairfield County | 137 | 378 | 189 | 326 | $8,155,000.00 | $1,545,600.00 | $9,700,600.00 |
| CT-505 Connecticut Balance of State | 501 | 1,265 | 633 | 1,134 | $28,342,500.00 | $5,298,600.00 | $33,641,100.00 |
| DC-500 District of Columbia | 851 | 3,267 | 1,634 | 2,485 | $62,117,500.00 | $12,354,600.00 | $74,472,100.00 |
| DE-500 Delaware Statewide | 133 | 489 | 245 | 378 | $9,437,500.00 | $1,866,000.00 | $11,303,500.00 |
| FL-500 Sarasota, Bradenton/Manatee, Sarasota Counties | 560 | 584 | 292 | 852 | $21,300,000.00 | $3,432,000.00 | $24,732,000.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| FL-501 Tampa/Hillsborough County | 941 | 508 | 254 | 1,195 | $29,870,000.00 | $4,346,400.00 | $34,216,400.00 |
| FL-502 St. Petersburg, Clearwater, Largo/Pinellas County | 1,168 | 1,133 | 567 | 1,734 | $43,352,500.00 | $6,901,800.00 | $50,254,300.00 |
| FL-503 Lakeland, Winterhaven/Polk County | 160 | 260 | 130 | 290 | $7,240,000.00 | $1,258,800.00 | $8,498,800.00 |
| FL-504 Deltona, Daytona Beach/Volusia, Flagler Counties | 710 | 89 | 45 | 754 | $18,857,500.00 | $2,396,400.00 | $21,253,900.00 |
| FL-505 Fort Walton Beach/Okaloosa, Walton Counties | 328 | 114 | 57 | 385 | $9,615,000.00 | $1,324,800.00 | $10,939,800.00 |
| FL-506 Tallahassee/Leon County | 127 | 669 | 335 | 462 | $11,547,500.00 | $2,389,200.00 | $13,936,700.00 |
| FL-507 Orlando/Orange, Osceola, Seminole Counties | 470 | 932 | 466 | 936 | $23,410,000.00 | $4,207,200.00 | $27,617,200.00 |
| FL-508 Gainesville/Alachua, Putnam Counties | 697 | 198 | 99 | 796 | $19,905,000.00 | $2,685,600.00 | $22,590,600.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| FL-509 Fort Pierce/St. Lucie, Indian River, Martin Counties | 1,883 | 52 | 26 | 1,909 | $47,725,000.00 | $5,805,000.00 | $53,530,000.00 |
| FL-510 Jacksonville-Duval, Clay Counties | 711 | 857 | 429 | 1,140 | $28,492,500.00 | $4,704,600.00 | $33,197,100.00 |
| FL-511 Pensacola/Escambia, Santa Rosa Counties | 248 | 304 | 152 | 400 | $9,995,000.00 | $1,655,400.00 | $11,650,400.00 |
| FL-512 St. Johns County | 280 | 52 | 26 | 306 | $7,650,000.00 | $996,000.00 | $8,646,000.00 |
| FL-513 Palm Bay, Melbourne/Brevard County | 556 | 230 | 115 | 671 | $16,770,000.00 | $2,357,400.00 | $19,127,400.00 |
| FL-514 Ocala/Marion County | 251 | 188 | 94 | 345 | $8,615,000.00 | $1,315,800.00 | $9,930,800.00 |
| FL-515 Panama City/Bay, Jackson Counties | 497 | 116 | 58 | 555 | $13,875,000.00 | $1,839,000.00 | $15,714,000.00 |
| FL-517 Hendry, Hardee, Highlands Counties | 490 | 0 | 0 | 490 | $12,250,000.00 | $1,470,000.00 | $13,720,000.00 |
| FL-518 Columbia, Hamilton, Lafayette, Suwannee Counties | 595 | 58 | 29 | 624 | $15,600,000.00 | $1,959,000.00 | $17,559,000.00 |
| FL-519 Pasco County | 963 | 74 | 37 | 1,000 | $25,005,000.00 | $3,111,600.00 | $28,116,600.00 |
| FL-520 Citrus, Hernando, Lake, Sumter Counties | 463 | 184 | 92 | 555 | $13,885,000.00 | $1,942,200.00 | $15,827,200.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| FL-600 Miami-Dade County | 1,411 | 1,267 | 634 | 2,045 | $51,117,500.00 | $8,034,600.00 | $59,152,100.00 |
| FL-601 Ft Lauderdale/Broward County | 1,890 | 986 | 493 | 2,383 | $59,575,000.00 | $8,628,000.00 | $68,203,000.00 |
| FL-602 Punta Gorda/Charlotte County | 94 | 64 | 32 | 126 | $3,145,000.00 | $473,400.00 | $3,618,400.00 |
| FL-603 Ft Myers, Cape Coral/Lee County | 227 | 129 | 65 | 291 | $7,282,500.00 | $1,067,400.00 | $8,349,900.00 |
| FL-604 Monroe County | 293 | 267 | 134 | 426 | $10,652,500.00 | $1,678,800.00 | $12,331,300.00 |
| FL-605 West Palm Beach/Palm Beach County | 1,316 | 210 | 105 | 1,421 | $35,525,000.00 | $4,578,000.00 | $40,103,000.00 |
| FL-606 Naples/Collier County | 139 | 254 | 127 | 266 | $6,640,000.00 | $1,177,800.00 | $7,817,800.00 |
| GA-500 Atlanta | 1,007 | 2,001 | 1,001 | 2,007 | $50,177,500.00 | $9,022,800.00 | $59,200,300.00 |
| GA-501 Georgia Balance of State | 3,167 | 799 | 400 | 3,566 | $89,157,500.00 | $11,897,400.00 | $101,054,900.00 |
| GA-502 Fulton County | 106 | 330 | 165 | 271 | $6,785,000.00 | $1,309,200.00 | $8,094,200.00 |
| GA-503 Athens-Clarke County | 77 | 106 | 53 | 130 | $3,250,000.00 | $549,000.00 | $3,799,000.00 |
| GA-504 Augusta-Richmond County | 225 | 167 | 84 | 309 | $7,722,500.00 | $1,177,200.00 | $8,899,700.00 |
| GA-505 Columbus-Muscogee | 73 | 165 | 83 | 155 | $3,882,500.00 | $713,400.00 | $4,595,900.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| GA-506 Marietta/Cobb County | 178 | 190 | 95 | 273 | $6,820,000.00 | $1,103,400.00 | $7,923,400.00 |
| GA-507 Savannah/Chatham County | 323 | 347 | 174 | 497 | $12,422,500.00 | $2,011,200.00 | $14,433,700.00 |
| GA-508 DeKalb County | 276 | 64 | 32 | 308 | $7,695,000.00 | $1,019,400.00 | $8,714,400.00 |
| GU-500 Guam | 1,070 | 28 | 14 | 1,084 | $27,090,000.00 | $3,292,800.00 | $30,382,800.00 |
| HI-500 Hawaii Balance of State | 1,732 | 251 | 126 | 1,857 | $46,432,500.00 | $5,948,400.00 | $52,380,900.00 |
| HI-501 Honolulu City and County | 3,364 | 983 | 492 | 3,856 | $96,392,500.00 | $13,041,600.00 | $109,434,100.00 |
| IA-500 Sioux City/Dakota, Woodbury Counties | 10 | 155 | 78 | 87 | $2,182,500.00 | $494,400.00 | $2,676,900.00 |
| IA-501 Iowa Balance of State | 125 | 762 | 381 | 506 | $12,640,000.00 | $2,659,800.00 | $15,299,800.00 |
| IA-502 Des Moines/Polk County | 129 | 452 | 226 | 355 | $8,870,000.00 | $1,742,400.00 | $10,612,400.00 |
| ID-500 Boise/Ada County | 85 | 507 | 254 | 339 | $8,472,500.00 | $1,777,200.00 | $10,249,700.00 |
| ID-501 Idaho Balance of State | 1,294 | 324 | 162 | 1,456 | $36,390,000.00 | $4,852,800.00 | $41,242,800.00 |
| IL-500 McHenry County | 1 | 92 | 46 | 47 | $1,185,000.00 | $280,200.00 | $1,465,200.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| IL-501 Rockford/DeKalb, Winnebago, Boone Counties | 63 | 212 | 106 | 169 | $4,225,000.00 | $825,000.00 | $5,050,000.00 |
| IL-502 Waukegan, North Chicago/Lake County | 45 | 125 | 63 | 107 | $2,682,500.00 | $509,400.00 | $3,191,900.00 |
| IL-503 Champaign, Urbana, Rantoul/Champaign County | 3 | 79 | 40 | 42 | $1,057,500.00 | $245,400.00 | $1,302,900.00 |
| IL-504 Madison County | 45 | 37 | 19 | 63 | $1,582,500.00 | $245,400.00 | $1,827,900.00 |
| IL-506 Joliet, Bolingbrook/Will County | 60 | 138 | 69 | 129 | $3,230,000.00 | $594,600.00 | $3,824,600.00 |
| IL-507 Peoria, Pekin/Fulton, Tazewell, Peoria, Woodford Counties | 21 | 192 | 96 | 117 | $2,925,000.00 | $639,000.00 | $3,564,000.00 |
| IL-508 East St. Louis, Belleville/St. Clair County | 132 | 55 | 28 | 159 | $3,977,500.00 | $559,800.00 | $4,537,300.00 |
| IL-510 Chicago | 1,764 | 2,024 | 1,012 | 2,776 | $69,400,000.00 | $11,364,000.00 | $80,764,000.00 |
| IL-511 Cook County | 147 | 447 | 224 | 371 | $9,262,500.00 | $1,782,000.00 | $11,044,500.00 |
| IL-512 Bloomington/Central Illinois | 85 | 168 | 84 | 169 | $4,235,000.00 | $760,200.00 | $4,995,200.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| IL-513 Springfield/Sangamon County | 35 | 179 | 90 | 125 | $3,112,500.00 | $642,000.00 | $3,754,500.00 |
| IL-514 DuPage County | 14 | 175 | 88 | 102 | $2,537,500.00 | $567,000.00 | $3,104,500.00 |
| IL-515 South Central Illinois | 49 | 32 | 16 | 65 | $1,625,000.00 | $243,000.00 | $1,868,000.00 |
| IL-516 Decatur/Macon County | 15 | 108 | 54 | 69 | $1,735,000.00 | $370,200.00 | $2,105,200.00 |
| IL-517 Aurora, Elgin/Kane County | 63 | 290 | 145 | 208 | $5,200,000.00 | $1,059,000.00 | $6,259,000.00 |
| IL-518 Rock Island, Moline/Northwestern Illinois | 22 | 127 | 64 | 86 | $2,147,500.00 | $448,200.00 | $2,595,700.00 |
| IL-519 West Central Illinois | 3 | 34 | 17 | 20 | $495,000.00 | $110,400.00 | $605,400.00 |
| IL-520 Southern Illinois | 77 | 134 | 67 | 144 | $3,600,000.00 | $633,000.00 | $4,233,000.00 |
| IN-502 Indiana Balance of State | 752 | 2,095 | 1,048 | 1,799 | $44,982,500.00 | $8,540,400.00 | $53,522,900.00 |
| IN-503 Indianapolis | 147 | 1,032 | 516 | 663 | $16,575,000.00 | $3,537,000.00 | $20,112,000.00 |
| KS-502 Wichita/Sedgwick County | 80 | 369 | 185 | 264 | $6,607,500.00 | $1,346,400.00 | $7,953,900.00 |
| KS-503 Topeka/Shawnee County | 95 | 264 | 132 | 227 | $5,680,000.00 | $1,077,600.00 | $6,757,600.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| KS-505 Overland Park, Shawnee/Johnson County | 55 | 70 | 35 | 90 | $2,240,000.00 | $373,800.00 | $2,613,800.00 |
| KS-507 Kansas Balance of State | 328 | 558 | 279 | 607 | $15,165,000.00 | $2,656,800.00 | $17,821,800.00 |
| KY-500 Kentucky Balance of State | 910 | 996 | 498 | 1,408 | $35,200,000.00 | $5,718,000.00 | $40,918,000.00 |
| KY-501 Louisville-Jefferson County | 165 | 691 | 346 | 511 | $12,767,500.00 | $2,568,600.00 | $15,336,100.00 |
| KY-502 Lexington-Fayette County | 15 | 665 | 333 | 348 | $8,697,500.00 | $2,041,200.00 | $10,738,700.00 |
| LA-500 Lafayette/Acadiana | 217 | 122 | 61 | 278 | $6,950,000.00 | $1,017,000.00 | $7,967,000.00 |
| LA-502 Shreveport, Bossier/Northwest Louisiana | 84 | 158 | 79 | 163 | $4,075,000.00 | $726,000.00 | $4,801,000.00 |
| LA-503 New Orleans/Jefferson Parish | 602 | 588 | 294 | 896 | $22,400,000.00 | $3,570,000.00 | $25,970,000.00 |
| LA-505 Monroe/Northeast Louisiana | 24 | 70 | 35 | 59 | $1,470,000.00 | $281,400.00 | $1,751,400.00 |
| LA-506 Slidell/Southeast Louisiana | 106 | 131 | 66 | 172 | $4,297,500.00 | $712,200.00 | $5,009,700.00 |
| LA-507 Alexandria/Central Louisiana | 27 | 68 | 34 | 61 | $1,515,000.00 | $283,800.00 | $1,798,800.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| LA-509 Louisiana Balance of State | 304 | 286 | 143 | 447 | $11,170,000.00 | $1,769,400.00 | $12,939,400.00 |
| MA-500 Boston | 169 | 2,243 | 1,122 | 1,291 | $32,272,500.00 | $7,237,200.00 | $39,509,700.00 |
| MA-502 Lynn | 7 | 73 | 37 | 44 | $1,087,500.00 | $240,000.00 | $1,327,500.00 |
| MA-503 Cape Cod Islands | 53 | 138 | 69 | 122 | $3,055,000.00 | $573,600.00 | $3,628,600.00 |
| MA-504 Springfield/Hampden County | 59 | 324 | 162 | 221 | $5,520,000.00 | $1,148,400.00 | $6,668,400.00 |
| MA-505 New Bedford | 74 | 178 | 89 | 163 | $4,080,000.00 | $756,600.00 | $4,836,600.00 |
| MA-506 Worcester City & County | 237 | 487 | 244 | 480 | $12,002,500.00 | $2,170,800.00 | $14,173,300.00 |
| MA-507 Pittsfield/Berkshire, Franklin, Hampshire Counties | 48 | 328 | 164 | 212 | $5,290,000.00 | $1,126,800.00 | $6,416,800.00 |
| MA-508 Lowell | 22 | 205 | 103 | 125 | $3,122,500.00 | $682,200.00 | $3,804,700.00 |
| MA-509 Cambridge | 81 | 326 | 163 | 244 | $6,105,000.00 | $1,221,600.00 | $7,326,600.00 |
| MA-510 Gloucester, Haverhill, Salem/Essex County | 71 | 203 | 102 | 173 | $4,322,500.00 | $823,200.00 | $5,145,700.00 |
| MA-511 Quincy, Brockton, Weymouth, Plymouth City and County | 18 | 356 | 178 | 196 | $4,905,000.00 | $1,122,600.00 | $6,027,600.00 |
| MA-515 Fall River | 6 | 62 | 31 | 37 | $915,000.00 | $202,800.00 | $1,117,800.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| MA-516 Massachusetts Balance of State | 253 | 324 | 162 | 415 | $10,385,000.00 | $1,732,200.00 | $12,117,200.00 |
| MA-517 Somerville | 14 | 85 | 43 | 57 | $1,412,500.00 | $297,000.00 | $1,709,500.00 |
| MA-519 Attleboro, Taunton/Bristol County | 48 | 38 | 19 | 67 | $1,665,000.00 | $256,800.00 | $1,921,800.00 |
| MD-500 Cumberland/Allegany County | 52 | 58 | 29 | 81 | $2,020,000.00 | $329,400.00 | $2,349,400.00 |
| MD-501 Baltimore | 532 | 1,552 | 776 | 1,308 | $32,700,000.00 | $6,252,000.00 | $38,952,000.00 |
| MD-502 Harford County | 32 | 73 | 37 | 69 | $1,717,500.00 | $315,600.00 | $2,033,100.00 |
| MD-503 Annapolis/Anne Arundel County | 85 | 166 | 83 | 168 | $4,210,000.00 | $754,200.00 | $4,964,200.00 |
| MD-504 Howard County | 101 | 55 | 28 | 128 | $3,207,500.00 | $467,400.00 | $3,674,900.00 |
| MD-505 Baltimore County | 349 | 232 | 116 | 465 | $11,615,000.00 | $1,741,800.00 | $13,356,800.00 |
| MD-506 Carroll County | 32 | 64 | 32 | 64 | $1,605,000.00 | $288,600.00 | $1,893,600.00 |
| MD-507 Cecil County | 31 | 59 | 30 | 60 | $1,507,500.00 | $269,400.00 | $1,776,900.00 |
| MD-508 Charles, Calvert, St.Mary's Counties | 160 | 132 | 66 | 226 | $5,640,000.00 | $874,800.00 | $6,514,800.00 |
| MD-509 Frederick City & County | 109 | 134 | 67 | 176 | $4,405,000.00 | $729,600.00 | $5,134,600.00 |
| MD-510 Garrett County | 1 | 11 | 6 | 7 | $172,500.00 | $37,200.00 | $209,700.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| MD-511 Mid-Shore Regional | 25 | 63 | 32 | 57 | $1,417,500.00 | $264,600.00 | $1,682,100.00 |
| MD-512 Hagerstown/Washington County | 119 | 139 | 70 | 189 | $4,712,500.00 | $774,000.00 | $5,486,500.00 |
| MD-513 Wicomico, Somerset, Worcester Counties | 52 | 161 | 81 | 132 | $3,307,500.00 | $638,400.00 | $3,945,900.00 |
| MD-600 Prince George's County | 102 | 127 | 64 | 166 | $4,142,500.00 | $687,600.00 | $4,830,100.00 |
| MD-601 Montgomery County | 105 | 344 | 172 | 277 | $6,925,000.00 | $1,347,000.00 | $8,272,000.00 |
| ME-500 Maine Statewide | 133 | 1,125 | 563 | 696 | $17,387,500.00 | $3,774,000.00 | $21,161,500.00 |
| MI-500 Michigan Balance of State | 188 | 518 | 259 | 447 | $11,165,000.00 | $2,116,800.00 | $13,281,800.00 |
| MI-501 Detroit | 120 | 1,285 | 643 | 763 | $19,072,500.00 | $4,216,200.00 | $23,288,700.00 |
| MI-502 Dearborn, Dearborn Heights, Westland/Wayne County | 24 | 63 | 32 | 55 | $1,382,500.00 | $260,400.00 | $1,642,900.00 |
| MI-503 St. Clair Shores, Warren/Macomb County | 28 | 175 | 88 | 116 | $2,887,500.00 | $609,000.00 | $3,496,500.00 |
| MI-504 Pontiac, Royal Oak/Oakland County | 60 | 219 | 110 | 170 | $4,242,500.00 | $837,600.00 | $5,080,100.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| MI-505 Flint/Genesee County | 67 | 240 | 120 | 187 | $4,680,000.00 | $921,600.00 | $5,601,600.00 |
| MI-506 Grand Rapids, Wyoming/Kent County | 22 | 419 | 210 | 232 | $5,797,500.00 | $1,324,200.00 | $7,121,700.00 |
| MI-507 Portage, Kalamazoo City & County | 242 | 284 | 142 | 384 | $9,605,000.00 | $1,578,600.00 | $11,183,600.00 |
| MI-508 Lansing, East Lansing/Ingham County | 14 | 287 | 144 | 158 | $3,937,500.00 | $903,000.00 | $4,840,500.00 |
| MI-509 Washtenaw County | 17 | 181 | 91 | 107 | $2,682,500.00 | $593,400.00 | $3,275,900.00 |
| MI-510 Saginaw City & County | 17 | 168 | 84 | 101 | $2,520,000.00 | $554,400.00 | $3,074,400.00 |
| MI-511 Lenawee County | 4 | 57 | 29 | 33 | $817,500.00 | $183,600.00 | $1,001,100.00 |
| MI-512 Grand Traverse, Antrim, Leelanau Counties | 6 | 118 | 59 | 65 | $1,615,000.00 | $370,800.00 | $1,985,800.00 |
| MI-513 Marquette, Alger Counties | 0 | 30 | 15 | 15 | $375,000.00 | $90,000.00 | $465,000.00 |
| MI-514 Battle Creek/Calhoun County | 53 | 114 | 57 | 110 | $2,755,000.00 | $501,600.00 | $3,256,600.00 |
| MI-515 Monroe City & County | 0 | 91 | 46 | 46 | $1,137,500.00 | $273,000.00 | $1,410,500.00 |
| MI-516 Norton Shores, Muskegon City & County | 22 | 71 | 36 | 58 | $1,447,500.00 | $280,200.00 | $1,727,700.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| MI-517 Jackson City & County | 18 | 77 | 39 | 57 | $1,417,500.00 | $285,600.00 | $1,703,100.00 |
| MI-518 Livingston County | 0 | 40 | 20 | 20 | $500,000.00 | $120,000.00 | $620,000.00 |
| MI-519 Holland/Ottawa County | 24 | 113 | 57 | 80 | $2,007,500.00 | $410,400.00 | $2,417,900.00 |
| MI-523 Eaton County | 0 | 3 | 2 | 2 | $37,500.00 | $9,000.00 | $46,500.00 |
| MN-500 Minneapolis/Hennepin County | 844 | 1,441 | 721 | 1,565 | $39,117,500.00 | $6,855,600.00 | $45,973,100.00 |
| MN-501 Saint Paul/Ramsey County | 444 | 752 | 376 | 820 | $20,495,000.00 | $3,587,400.00 | $24,082,400.00 |
| MN-502 Rochester/Southeast Minnesota | 81 | 168 | 84 | 165 | $4,130,000.00 | $747,600.00 | $4,877,600.00 |
| MN-503 Dakota, Anoka, Washington, Scott, Carver Counties | 330 | 185 | 93 | 423 | $10,572,500.00 | $1,546,200.00 | $12,118,700.00 |
| MN-504 Northeast Minnesota | 39 | 19 | 10 | 49 | $1,217,500.00 | $174,600.00 | $1,392,100.00 |
| MN-505 St. Cloud/Central Minnesota | 298 | 174 | 87 | 385 | $9,630,000.00 | $1,416,600.00 | $11,046,600.00 |
| MN-506 Northwest Minnesota | 11 | 116 | 58 | 69 | $1,730,000.00 | $381,600.00 | $2,111,600.00 |
| MN-508 Moorhead/West Central Minnesota | 1 | 96 | 48 | 49 | $1,235,000.00 | $292,200.00 | $1,527,200.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| MN-509 Duluth/St.Louis County | 256 | 146 | 73 | 329 | $8,230,000.00 | $1,206,600.00 | $9,436,600.00 |
| MN-511 Southwest Minnesota | 8 | 24 | 12 | 20 | $510,000.00 | $97,200.00 | $607,200.00 |
| MO-500 St. Louis County | 38 | 257 | 129 | 166 | $4,157,500.00 | $884,400.00 | $5,041,900.00 |
| MO-501 St.Louis City | 74 | 693 | 347 | 421 | $10,517,500.00 | $2,301,600.00 | $12,819,100.00 |
| MO-503 St. Charles City & County, Lincoln, Warren Counties | 178 | 143 | 72 | 249 | $6,232,500.00 | $962,400.00 | $7,194,900.00 |
| MO-600 Springfield/Greene, Christian, Webster Counties | 113 | 254 | 127 | 240 | $6,010,000.00 | $1,102,200.00 | $7,112,200.00 |
| MO-602 Joplin/Jasper, Newton Counties | 69 | 141 | 71 | 139 | $3,477,500.00 | $628,800.00 | $4,106,300.00 |
| MO-603 St. Joseph/Andrew, Buchanan, DeKalb Counties | 52 | 120 | 60 | 112 | $2,795,000.00 | $515,400.00 | $3,310,400.00 |
| MO-604a Kansas City, Independence, Lee's Summit/Jackson, Wyandotte Counties, MO & KS | 448 | 1,070 | 535 | 983 | $24,575,000.00 | $4,554,000.00 | $29,129,000.00 |
| MO-606 Missouri Balance of State | 503 | 595 | 298 | 800 | $20,002,500.00 | $3,292,800.00 | $23,295,300.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| MP-500 Northern Mariana Islands | 2,502 | 18 | 9 | 2,511 | $62,770,000.00 | $7,559,400.00 | $70,329,400.00 |
| MS-500 Jackson/Rankin, Madison Counties | 148 | 240 | 120 | 268 | $6,710,000.00 | $1,165,200.00 | $7,875,200.00 |
| MS-501 Mississippi Balance of State | 265 | 193 | 97 | 361 | $9,027,500.00 | $1,372,800.00 | $10,400,300.00 |
| MS-503 Gulf Port/Gulf Coast Regional | 267 | 46 | 23 | 290 | $7,260,000.00 | $940,200.00 | $8,200,200.00 |
| MT-500 Montana Statewide | 483 | 656 | 328 | 811 | $20,275,000.00 | $3,417,000.00 | $23,692,000.00 |
| NC-500 Winston-Salem/Forsyth County | 34 | 356 | 178 | 212 | $5,290,000.00 | $1,168,800.00 | $6,458,800.00 |
| NC-501 Asheville/Buncombe County | 109 | 467 | 234 | 343 | $8,567,500.00 | $1,728,600.00 | $10,296,100.00 |
| NC-502 Durham City & County | 113 | 175 | 88 | 201 | $5,022,500.00 | $865,200.00 | $5,887,700.00 |
| NC-503 North Carolina Balance of State | 1,190 | 1,456 | 728 | 1,918 | $47,950,000.00 | $7,938,000.00 | $55,888,000.00 |
| NC-504 Greensboro, High Point | 85 | 399 | 200 | 285 | $7,122,500.00 | $1,453,200.00 | $8,575,700.00 |
| NC-505 Charlotte/Mecklenberg | 274 | 1,027 | 514 | 788 | $19,697,500.00 | $3,904,200.00 | $23,601,700.00 |
| NC-506 Wilmington/Brunswick, New Hanover, Pender Counties | 227 | 184 | 92 | 319 | $7,970,000.00 | $1,232,400.00 | $9,202,400.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| NC-507 Raleigh/Wake County | 330 | 462 | 231 | 561 | $14,035,000.00 | $2,377,200.00 | $16,412,200.00 |
| NC-509 Gastonia/Cleveland, Gaston, Lincoln Counties | 101 | 164 | 82 | 183 | $4,570,000.00 | $794,400.00 | $5,364,400.00 |
| NC-511 Fayetteville/Cumberland County | 316 | 12 | 6 | 322 | $8,060,000.00 | $985,200.00 | $9,045,200.00 |
| NC-513 Chapel Hill/Orange County | 41 | 76 | 38 | 79 | $1,965,000.00 | $349,800.00 | $2,314,800.00 |
| NC-516 Northwest North Carolina | 354 | 111 | 56 | 410 | $10,242,500.00 | $1,395,600.00 | $11,638,100.00 |
| ND-500 North Dakota Statewide | 17 | 344 | 172 | 189 | $4,720,000.00 | $1,082,400.00 | $5,802,400.00 |
| NE-500 Nebraska Balance of State | 28 | 289 | 145 | 173 | $4,312,500.00 | $951,000.00 | $5,263,500.00 |
| NE-501 Omaha, Council Bluffs | 64 | 1,061 | 531 | 595 | $14,872,500.00 | $3,376,200.00 | $18,248,700.00 |
| NE-502 Lincoln | 62 | 235 | 118 | 179 | $4,477,500.00 | $889,800.00 | $5,367,300.00 |
| NH-500 New Hampshire Balance of State | 133 | 318 | 159 | 292 | $7,300,000.00 | $1,353,000.00 | $8,653,000.00 |
| NH-501 Manchester | 71 | 221 | 111 | 182 | $4,547,500.00 | $877,200.00 | $5,424,700.00 |
| NH-502 Nashua/Hillsborough County | 4 | 123 | 62 | 66 | $1,642,500.00 | $381,600.00 | $2,024,100.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| NJ-500 Atlantic City & County | 134 | 232 | 116 | 250 | $6,260,000.00 | $1,099,200.00 | $7,359,200.00 |
| NJ-501 Bergen County | 6 | 173 | 87 | 92 | $2,302,500.00 | $535,800.00 | $2,838,300.00 |
| NJ-502 Burlington County | 32 | 216 | 108 | 140 | $3,505,000.00 | $744,600.00 | $4,249,600.00 |
| NJ-503 Camden City & County/Gloucester, Cape May, Cumberland Counties | 307 | 562 | 281 | 588 | $14,690,000.00 | $2,605,800.00 | $17,295,800.00 |
| NJ-504 Newark/Essex County | 473 | 1,035 | 518 | 991 | $24,767,500.00 | $4,524,600.00 | $29,292,100.00 |
| NJ-506 Jersey City, Bayonne/Hudson County | 374 | 458 | 229 | 603 | $15,070,000.00 | $2,495,400.00 | $17,565,400.00 |
| NJ-507 New Brunswick/Middlesex County | 189 | 226 | 113 | 302 | $7,550,000.00 | $1,245,000.00 | $8,795,000.00 |
| NJ-508 Monmouth County | 76 | 156 | 78 | 154 | $3,840,000.00 | $694,800.00 | $4,534,800.00 |
| NJ-509 Morris County | 59 | 183 | 92 | 150 | $3,757,500.00 | $725,400.00 | $4,482,900.00 |
| NJ-510 Lakewood Township/Ocean County | 42 | 151 | 76 | 118 | $2,937,500.00 | $579,000.00 | $3,516,500.00 |
| NJ-511 Paterson/Passaic County | 164 | 170 | 85 | 249 | $6,220,000.00 | $1,001,400.00 | $7,221,400.00 |
| NJ-512 Salem County | 0 | 8 | 4 | 4 | $100,000.00 | $24,000.00 | $124,000.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| NJ-513 Somerset County | 8 | 191 | 96 | 104 | $2,597,500.00 | $598,200.00 | $3,195,700.00 |
| NJ-514 Trenton/Mercer County | 118 | 245 | 123 | 240 | $6,002,500.00 | $1,087,800.00 | $7,090,300.00 |
| NJ-515 Elizabeth/Union County | 55 | 201 | 101 | 155 | $3,877,500.00 | $766,800.00 | $4,644,300.00 |
| NJ-516 Warren, Sussex, Hunterdon Counties | 39 | 212 | 106 | 145 | $3,630,000.00 | $753,600.00 | $4,383,600.00 |
| NM-500 Albuquerque | 794 | 677 | 339 | 1,132 | $28,307,500.00 | $4,412,400.00 | $32,719,900.00 |
| NM-501 New Mexico Balance of State | 969 | 597 | 299 | 1,267 | $31,682,500.00 | $4,697,400.00 | $36,379,900.00 |
| NV-500 Las Vegas/Clark County | 4,644 | 1,877 | 939 | 5,582 | $139,557,500.00 | $19,562,400.00 | $159,119,900.00 |
| NV-501 Reno, Sparks/Washoe County | 316 | 875 | 438 | 754 | $18,847,500.00 | $3,574,200.00 | $22,421,700.00 |
| NV-502 Nevada Balance of State | 370 | 86 | 43 | 413 | $10,315,000.00 | $1,366,800.00 | $11,681,800.00 |
| NY-500 Rochester, Irondequoit, Greece/Monroe County | 49 | 561 | 281 | 330 | $8,237,500.00 | $1,830,000.00 | $10,067,500.00 |
| NY-501 Elmira/Steuben, Allegany, Livingston, Chemung, Schuyler Counties | 10 | 122 | 61 | 71 | $1,770,000.00 | $395,400.00 | $2,165,400.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| NY-503 Albany City & County | 48 | 509 | 255 | 302 | $7,552,500.00 | $1,669,800.00 | $9,222,300.00 |
| NY-504 Cattaragus County | 0 | 26 | 13 | 13 | $325,000.00 | $78,000.00 | $403,000.00 |
| NY-505 Syracuse, Auburn/Onondaga, Oswego, Cayuga Counties | 18 | 539 | 270 | 288 | $7,192,500.00 | $1,671,600.00 | $8,864,100.00 |
| NY-507 Schenectady City & County | 31 | 209 | 105 | 135 | $3,382,500.00 | $719,400.00 | $4,101,900.00 |
| NY-508 Buffalo, Niagara Falls/Erie, Niagara, Orleans, Genesee, Wyoming Counties | 46 | 502 | 251 | 297 | $7,430,000.00 | $1,644,600.00 | $9,074,600.00 |
| NY-510 Ithaca/Tompkins County | 0 | 122 | 61 | 61 | $1,525,000.00 | $366,000.00 | $1,891,000.00 |
| NY-511 Binghamton, Union Town/Broome, Otsego, Chenango, Delaware, Cortland, Tioga Count | 13 | 246 | 123 | 136 | $3,390,000.00 | $775,800.00 | $4,165,800.00 |
| NY-512 Troy/Rensselaer County | 14 | 106 | 53 | 67 | $1,675,000.00 | $360,000.00 | $2,035,000.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| NY-513 Wayne, Ontario, Seneca, Yates Counties | 1 | 135 | 68 | 69 | $1,722,500.00 | $409,200.00 | $2,131,700.00 |
| NY-514 Jamestown, Dunkirk/Chautauqua County | 0 | 55 | 28 | 28 | $687,500.00 | $165,000.00 | $852,500.00 |
| NY-516 Clinton County | 1 | 130 | 65 | 66 | $1,660,000.00 | $394,200.00 | $2,054,200.00 |
| NY-518 Utica, Rome/Oneida, Madison Counties | 20 | 110 | 55 | 75 | $1,865,000.00 | $388,800.00 | $2,253,800.00 |
| NY-519 Columbia, Greene Counties | 6 | 93 | 47 | 52 | $1,302,500.00 | $295,800.00 | $1,598,300.00 |
| NY-520 Franklin, Essex Counties | 4 | 19 | 10 | 14 | $342,500.00 | $69,600.00 | $412,100.00 |
| NY-522 Jefferson, Lewis, St. Lawrence Counties | 6 | 35 | 18 | 23 | $577,500.00 | $121,800.00 | $699,300.00 |
| NY-523 Glens Falls, Saratoga Springs/Saratoga, Washington, Warren, Hamilton Counties Co | 10 | 202 | 101 | 111 | $2,770,000.00 | $635,400.00 | $3,405,400.00 |
| NY-525 New York Balance of State Continuum of Care | 6 | 72 | 36 | 42 | $1,040,000.00 | $232,800.00 | $1,272,800.00 |
| NY-600 New York City | 5,071 | 31,765 | 15,883 | 20,953 | $523,832,500.00 | $110,507,400.00 | $634,339,900.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| NY-601 Poughkeepsie/Dutchess County | 14 | 259 | 130 | 144 | $3,587,500.00 | $819,000.00 | $4,406,500.00 |
| NY-602 Newburgh, Middletown/Orange County | 71 | 200 | 100 | 171 | $4,285,000.00 | $814,200.00 | $5,099,200.00 |
| NY-603 Nassau, Suffolk Counties | 64 | 1,092 | 546 | 610 | $15,260,000.00 | $3,469,200.00 | $18,729,200.00 |
| NY-604 Yonkers, Mount Vernon/Westchester County | 45 | 575 | 288 | 332 | $8,307,500.00 | $1,859,400.00 | $10,166,900.00 |
| NY-606 Rockland County | 60 | 102 | 51 | 111 | $2,780,000.00 | $486,600.00 | $3,266,600.00 |
| NY-607 Sullivan County | 0 | 59 | 30 | 30 | $737,500.00 | $177,000.00 | $914,500.00 |
| NY-608 Kingston/Ulster County | 59 | 130 | 65 | 124 | $3,095,000.00 | $566,400.00 | $3,661,400.00 |
| OH-500 Cincinnati/Hamilton County | 43 | 731 | 366 | 409 | $10,222,500.00 | $2,323,200.00 | $12,545,700.00 |
| OH-501 Toledo/Lucas County | 17 | 337 | 169 | 185 | $4,632,500.00 | $1,061,400.00 | $5,693,900.00 |
| OH-502 Cleveland/Cuyahoga County | 148 | 1,082 | 541 | 689 | $17,235,000.00 | $3,691,200.00 | $20,926,200.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| OH-503 Columbus/Franklin County | 535 | 982 | 491 | 1,026 | $25,645,000.00 | $4,550,400.00 | $30,195,400.00 |
| OH-504 Youngstown/Mahoning County | 13 | 107 | 54 | 66 | $1,652,500.00 | $358,800.00 | $2,011,300.00 |
| OH-505 Dayton, Kettering/Montgomery County | 69 | 496 | 248 | 317 | $7,915,000.00 | $1,693,800.00 | $9,608,800.00 |
| OH-506 Akron, Barberton/Summit County | 122 | 317 | 159 | 280 | $7,007,500.00 | $1,316,400.00 | $8,323,900.00 |
| OH-507 Ohio Balance of State | 1,140 | 1,384 | 692 | 1,832 | $45,790,000.00 | $7,570,800.00 | $53,360,800.00 |
| OH-508 Canton, Massillon, Alliance/Stark County | 24 | 104 | 52 | 76 | $1,895,000.00 | $383,400.00 | $2,278,400.00 |
| OK-500 North Central Oklahoma | 10 | 118 | 59 | 69 | $1,720,000.00 | $383,400.00 | $2,103,400.00 |
| OK-501 Tulsa City & County | 414 | 667 | 334 | 748 | $18,697,500.00 | $3,244,200.00 | $21,941,700.00 |
| OK-502 Oklahoma City | 538 | 692 | 346 | 884 | $22,090,000.00 | $3,688,800.00 | $25,778,800.00 |
| OK-503 Oklahoma Balance of State | 232 | 84 | 42 | 274 | $6,860,000.00 | $949,200.00 | $7,809,200.00 |
| OK-504 Norman/Cleveland County | 301 | 84 | 42 | 343 | $8,575,000.00 | $1,155,000.00 | $9,730,000.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| OK-505 Northeast Oklahoma | 99 | 69 | 35 | 134 | $3,347,500.00 | $505,200.00 | $3,852,700.00 |
| OK-506 Southwest Oklahoma Regional | 31 | 71 | 36 | 66 | $1,657,500.00 | $305,400.00 | $1,962,900.00 |
| OK-507 Southeastern Oklahoma Regional | 106 | 164 | 82 | 188 | $4,710,000.00 | $811,200.00 | $5,521,200.00 |
| OR-500 Eugene, Springfield/Lane County | 2,286 | 374 | 187 | 2,473 | $61,830,000.00 | $7,980,600.00 | $69,810,600.00 |
| OR-501 Portland, Gresham/Multnomah County | 2,852 | 1,673 | 837 | 3,688 | $92,207,500.00 | $13,574,400.00 | $105,781,900.00 |
| OR-502 Medford, Ashland/Jackson County | 510 | 263 | 132 | 641 | $16,027,500.00 | $2,317,800.00 | $18,345,300.00 |
| OR-503 Central Oregon | 860 | 212 | 106 | 966 | $24,140,000.00 | $3,214,800.00 | $27,354,800.00 |
| OR-505 Oregon Balance of State | 7,055 | 1,300 | 650 | 7,705 | $192,615,000.00 | $25,063,800.00 | $217,678,800.00 |
| OR-506 Hillsboro, Beaverton/Washington County | 325 | 187 | 94 | 418 | $10,457,500.00 | $1,535,400.00 | $11,992,900.00 |
| OR-507 Clackamas County | 312 | 178 | 89 | 401 | $10,030,000.00 | $1,470,600.00 | $11,500,600.00 |
| PA-500 Philadelphia | 1,362 | 2,532 | 1,266 | 2,628 | $65,705,000.00 | $11,682,600.00 | $77,387,600.00 |
| PA-501 Harrisburg/Dauphin County | 67 | 220 | 110 | 177 | $4,430,000.00 | $861,600.00 | $5,291,600.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| PA-502 Upper Darby, Chester, Haverford/Delaware County | 67 | 175 | 88 | 155 | $3,867,500.00 | $726,600.00 | $4,594,100.00 |
| PA-503 Wilkes-Barre, Hazleton/Luzerne County | 10 | 90 | 45 | 55 | $1,370,000.00 | $299,400.00 | $1,669,400.00 |
| PA-504 Lower Merion, Norristown, Abington/Montgomery County | 27 | 96 | 48 | 75 | $1,865,000.00 | $367,800.00 | $2,232,800.00 |
| PA-505 Chester County | 28 | 374 | 187 | 215 | $5,375,000.00 | $1,206,000.00 | $6,581,000.00 |
| PA-506 Reading/Berks County | 14 | 445 | 223 | 237 | $5,912,500.00 | $1,377,000.00 | $7,289,500.00 |
| PA-508 Scranton/Lackawanna County | 13 | 122 | 61 | 74 | $1,840,000.00 | $403,800.00 | $2,243,800.00 |
| PA-509 Eastern Pennsylvania | 472 | 758 | 379 | 851 | $21,270,000.00 | $3,689,400.00 | $24,959,400.00 |
| PA-510 Lancaster City & County | 17 | 234 | 117 | 134 | $3,345,000.00 | $752,400.00 | $4,097,400.00 |
| PA-511 Bristol, Bensalem/Bucks County | 29 | 135 | 68 | 97 | $2,422,500.00 | $493,200.00 | $2,915,700.00 |
| PA-512 York City & County | 45 | 147 | 74 | 118 | $2,957,500.00 | $575,400.00 | $3,532,900.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| PA-600 Pittsburgh, McKeesport, Penn Hills/Allegheny County | 67 | 481 | 241 | 308 | $7,692,500.00 | $1,644,600.00 | $9,337,100.00 |
| PA-601 Western Pennsylvania | 48 | 433 | 217 | 264 | $6,602,500.00 | $1,441,800.00 | $8,044,300.00 |
| PA-603 Beaver County | 8 | 46 | 23 | 31 | $785,000.00 | $163,200.00 | $948,200.00 |
| PA-605 Erie City & County | 8 | 241 | 121 | 129 | $3,222,500.00 | $748,200.00 | $3,970,700.00 |
| PR-502 Puerto Rico Balance of Commonwealth | 1,271 | 308 | 154 | 1,425 | $35,630,000.00 | $4,737,600.00 | $40,367,600.00 |
| PR-503 South-Southeast Puerto Rico | 1,389 | 189 | 95 | 1,483 | $37,082,500.00 | $4,733,400.00 | $41,815,900.00 |
| RI-500 Rhode Island Statewide | 99 | 663 | 332 | 431 | $10,772,500.00 | $2,287,200.00 | $13,059,700.00 |
| SC-500 Charleston/Low Country | 179 | 219 | 110 | 289 | $7,217,500.00 | $1,194,600.00 | $8,412,100.00 |
| SC-501 Greenville, Anderson, Spartanburg/Upstate | 708 | 658 | 329 | 1,037 | $25,935,000.00 | $4,099,200.00 | $30,034,200.00 |
| SC-502 Columbia/Midlands | 409 | 705 | 353 | 761 | $19,032,500.00 | $3,341,400.00 | $22,373,900.00 |
| SC-503 Myrtle Beach, Sumter City & County | 1,107 | 278 | 139 | 1,246 | $31,160,000.00 | $4,156,200.00 | $35,316,200.00 |
| SD-500 South Dakota Statewide | 328 | 504 | 252 | 580 | $14,490,000.00 | $2,494,800.00 | $16,984,800.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| TN-500 Chattanooga/Southeast Tennessee | 253 | 202 | 101 | 354 | $8,860,000.00 | $1,366,200.00 | $10,226,200.00 |
| TN-501 Memphis/Shelby County | 81 | 703 | 352 | 433 | $10,817,500.00 | $2,352,600.00 | $13,170,100.00 |
| TN-502 Knoxville/Knox County | 273 | 531 | 266 | 539 | $13,462,500.00 | $2,412,000.00 | $15,874,500.00 |
| TN-503 Central Tennessee | 66 | 219 | 110 | 175 | $4,382,500.00 | $854,400.00 | $5,236,900.00 |
| TN-504 Nashville-Davidson County | 819 | 1,216 | 608 | 1,427 | $35,675,000.00 | $6,105,000.00 | $41,780,000.00 |
| TN-506 Upper Cumberland | 91 | 145 | 73 | 164 | $4,087,500.00 | $708,000.00 | $4,795,500.00 |
| TN-507 Jackson/West Tennessee | 1,191 | 58 | 29 | 1,220 | $30,510,000.00 | $3,748,200.00 | $34,258,200.00 |
| TN-509 Appalachian Regional | 209 | 156 | 78 | 287 | $7,165,000.00 | $1,093,800.00 | $8,258,800.00 |
| TN-510 Murfreesboro/Rutherford County | 227 | 173 | 87 | 313 | $7,832,500.00 | $1,199,400.00 | $9,031,900.00 |
| TN-512 Morristown/Blount, Sevier, Campbell, ke Counties | 427 | 105 | 53 | 480 | $11,987,500.00 | $1,596,000.00 | $13,583,500.00 |
| TX-500 San Antonio/Bexar County | 1,662 | 887 | 444 | 2,105 | $52,632,500.00 | $7,646,400.00 | $60,278,900.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| TX-503 Austin/Travis County | 1,520 | 615 | 308 | 1,828 | $45,697,500.00 | $6,406,200.00 | $52,103,700.00 |
| TX-600 Dallas City & County, Irving | 2,033 | 2,022 | 1,011 | 3,044 | $76,095,000.00 | $12,164,400.00 | $88,259,400.00 |
| TX-601 Fort Worth, Arlington/Tarrant County | 784 | 1,027 | 514 | 1,298 | $32,437,500.00 | $5,433,000.00 | $37,870,500.00 |
| TX-603 El Paso City & County | 256 | 344 | 172 | 428 | $10,705,000.00 | $1,800,600.00 | $12,505,600.00 |
| TX-604 Waco/McLennan County | 97 | 65 | 33 | 129 | $3,227,500.00 | $484,800.00 | $3,712,300.00 |
| TX-607 Texas Balance of State | 6,518 | 1,750 | 875 | 7,393 | $184,835,000.00 | $24,805,200.00 | $209,640,200.00 |
| TX-611 Amarillo | 463 | 296 | 148 | 611 | $15,285,000.00 | $2,278,200.00 | $17,563,200.00 |
| TX-624 Wichita Falls/Wise, Palo Pinto, Wichita, Archer Counties | 88 | 158 | 79 | 167 | $4,180,000.00 | $738,600.00 | $4,918,600.00 |
| TX-700 Houston, Pasadena, Conroe/Harris, Ft. Bend, Montgomery, Counties | 2,260 | 1,304 | 652 | 2,912 | $72,790,000.00 | $10,690,800.00 | $83,480,800.00 |
| TX-701 Bryan, College Station/Brazos Valley | 29 | 74 | 37 | 66 | $1,660,000.00 | $310,200.00 | $1,970,200.00 |
| UT-500 Salt Lake City & County | 270 | 1,125 | 563 | 833 | $20,817,500.00 | $4,185,600.00 | $25,003,100.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| UT-503 Utah Balance of State | 211 | 342 | 171 | 382 | $9,560,000.00 | $1,660,200.00 | $11,220,200.00 |
| UT-504 Provo/Mountainland | 90 | 49 | 25 | 114 | $2,852,500.00 | $415,800.00 | $3,268,300.00 |
| VA-500 Richmond/Henrico, Chesterfield, Hanover Counties | 238 | 194 | 97 | 335 | $8,375,000.00 | $1,296,000.00 | $9,671,000.00 |
| VA-501 Norfolk, Chesapeake, Suffolk/Isle of Wight, Southampton Counties | 120 | 409 | 205 | 325 | $8,122,500.00 | $1,588,200.00 | $9,710,700.00 |
| VA-502 Roanoke City & County, Salem | 21 | 229 | 115 | 136 | $3,387,500.00 | $750,000.00 | $4,137,500.00 |
| VA-503 Virginia Beach | 76 | 136 | 68 | 144 | $3,590,000.00 | $634,800.00 | $4,224,800.00 |
| VA-504 Charlottesville | 36 | 117 | 59 | 95 | $2,372,500.00 | $460,200.00 | $2,832,700.00 |
| VA-505 Newport News, Hampton/Virginia Peninsula | 73 | 252 | 126 | 199 | $4,970,000.00 | $974,400.00 | $5,944,400.00 |
| VA-507 Portsmouth | 15 | 69 | 35 | 50 | $1,247,500.00 | $253,200.00 | $1,500,700.00 |
| VA-508 Lynchburg | 20 | 40 | 20 | 40 | $990,000.00 | $178,800.00 | $1,168,800.00 |
| VA-513 Harrisburg, Winchester/Western Virginia | 39 | 205 | 103 | 142 | $3,542,500.00 | $732,600.00 | $4,275,100.00 |
| VA-514 Fredericksburg/Spotsylvania, Stafford Counties | 50 | 96 | 48 | 98 | $2,460,000.00 | $439,200.00 | $2,899,200.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| VA-521 Virginia Balance of State | 174 | 289 | 145 | 318 | $7,952,500.00 | $1,387,800.00 | $9,340,300.00 |
| VA-600 Arlington County | 50 | 113 | 57 | 107 | $2,672,500.00 | $490,200.00 | $3,162,700.00 |
| VA-601 Fairfax County | 125 | 419 | 210 | 334 | $8,352,500.00 | $1,630,800.00 | $9,983,300.00 |
| VA-602 Loudoun County | 99 | 53 | 27 | 126 | $3,147,500.00 | $457,200.00 | $3,604,700.00 |
| VA-603 Alexandria | 14 | 103 | 52 | 66 | $1,637,500.00 | $351,000.00 | $1,988,500.00 |
| VA-604 Prince William County | 52 | 80 | 40 | 92 | $2,295,000.00 | $395,400.00 | $2,690,400.00 |
| VI-500 Virgin Islands | 325 | 82 | 41 | 366 | $9,145,000.00 | $1,220,400.00 | $10,365,400.00 |
| VT-500 Vermont Balance of State | 92 | 389 | 195 | 287 | $7,172,500.00 | $1,444,200.00 | $8,616,700.00 |
| VT-501 Burlington/Chittenden County | 67 | 180 | 90 | 157 | $3,930,000.00 | $741,600.00 | $4,671,600.00 |
| WA-500 Seattle/King County | 7,319 | 3,540 | 1,770 | 9,089 | $227,230,000.00 | $32,577,600.00 | $259,807,600.00 |
| WA-501 Washington Balance of State | 3,219 | 1,789 | 895 | 4,113 | $102,827,500.00 | $15,022,800.00 | $117,850,300.00 |
| WA-502 Spokane City & County | 441 | 711 | 356 | 797 | $19,912,500.00 | $3,456,000.00 | $23,368,500.00 |
| WA-503 Tacoma, Lakewood/Pierce County | 881 | 520 | 260 | 1,141 | $28,515,000.00 | $4,201,800.00 | $32,716,800.00 |

| CoC Number and Name | Estimated Total Unsheltered | Sheltered Homeless Individuals | Density Reduction Need | Total New Units Required | Cost of New Capacity | Cost of Quarantine Units | Total Additional Cost |
|---|---|---|---|---|---|---|---|
| WA-504 Everett/Snohomish County | 839 | 272 | 136 | 975 | $24,365,000.00 | $3,331,800.00 | $27,696,800.00 |
| WA-508 Vancouver/Clark County | 682 | 220 | 110 | 792 | $19,795,000.00 | $2,705,400.00 | $22,500,400.00 |
| WI-500 Wisconsin Balance of State | 132 | 1,323 | 662 | 793 | $19,827,500.00 | $4,363,800.00 | $24,191,300.00 |
| WI-501 Milwaukee City & County | 160 | 472 | 236 | 396 | $9,890,000.00 | $1,894,800.00 | $11,784,800.00 |
| WI-502 Racine City & County | 17 | 136 | 68 | 85 | $2,120,000.00 | $458,400.00 | $2,578,400.00 |
| WI-503 Madison/Dane County | 105 | 279 | 140 | 245 | $6,112,500.00 | $1,152,000.00 | $7,264,500.00 |
| WV-500 Wheeling, Weirton Area | 13 | 93 | 47 | 59 | $1,477,500.00 | $316,800.00 | $1,794,300.00 |
| WV-501 Huntington/Cabell, Wayne Counties | 69 | 100 | 50 | 119 | $2,965,000.00 | $505,800.00 | $3,470,800.00 |
| WV-503 Charleston/Kanawha, Putnam, Boone, Clay Counties | 3 | 234 | 117 | 120 | $2,995,000.00 | $710,400.00 | $3,705,400.00 |
| WV-508 West Virginia Balance of State | 263 | 484 | 242 | 505 | $12,630,000.00 | $2,241,600.00 | $14,871,600.00 |
| WY-500 Wyoming Statewide | 175 | 329 | 165 | 340 | $8,487,500.00 | $1,512,000.00 | $9,999,500.00 |
| **Total** | **295,810** | **197,598** | **98,799** | **394,609** | **$9,865,230,000.00** | $1,480,224,600.00 | **$11,345,454,600.00** |

EXHIBIT B

March 25, 2020

**SENT VIA EMAIL**

Mayor Garcetti
200 N. Spring St.,
Los Angeles, CA 90012

Dear Honorable Mayor Garcetti:

We are writing this letter as physicians, researchers, and public health specialists with expertise in homelessness and providing care to individuals experiencing homelessness.

We are alarmed at the grave threat Severe Acute Respiratory Syndrome Coronavirus 2 (SARS-CoV-2), otherwise known as COVID-19, poses to individuals experiencing homelessness in Los Angeles County. There are 58,000 people experiencing homelessness in LA County, of which 44,214 are unsheltered.[1] In 2019, more than 1,000 individuals tragically died while homeless in Los Angeles County.[2] Without implementing the public health actions that we describe below, we worry that the number of COVID-19 related deaths among those experiencing homelessness could eclipse this number. A recent paper released by homelessness researchers at the University of Pennsylvania, UCLA, and Boston University estimated that of the 500,000 individuals experiencing homelessness on a given night in the US, 21,295 people could require hospitalization, 7,145 could need critical care, and 3,454 people could die.[3]

Chronic medical conditions and lack of access to healthcare place individuals at greater risk to COVID-19 exposure and to serious complications and death from the illness, as demonstrated from emerging epidemiological data from China.[4] This places people experiencing homelessness among the most vulnerable individuals in our society for COVID-19 exposure and illness.[5] They have high rates of chronic medical conditions including hypertension, diabetes, and cardiovascular disease, and substance use including smoking, which increase the risk for serious COVID-19 illness.[6–9] Decades of research demonstrate that they face considerable barriers to accessing regular quality health care, with resulting high rates of emergency room use.[9–11] Further, the conditions that individuals who are homeless in LA County live in, are ripe for adding fuel to an out-of-control pandemic. Lack of access to housing, handwashing stations, adequate toilets, and showers increase the risk of transmitting COVID-19.

Los Angeles County and California have rightfully enacted social distancing measures to keep the public safe. Yet, these measures are almost impossible to maintain in our unhoused populations. Individuals experiencing homelessness deserve the same rights and chance against contracting COVID-19 as housed members of society. Because of

this, we strongly urge you to take emergency actions to protect the health of individuals experiencing homelessness.

First, and foremost, we call for providing immediate housing to homeless individuals to slow down the spread of COVID-19, including utilizing hotels and motels. We also call for measures to accommodate social distancing and protect individuals who are living in shelters, and shelters to stay open 24/7.

In the acute period there are also several measures that can be taken quickly, as voiced by Services not Sweeps, and other housing advocates in LA, to aid in social distancing, flatten the curve, and protect the unhoused and housed populations:

1. We applaud the decision to suspend the enforcement of provision 56.11 that require tents to come down at 6 am until 9 pm. This provision prevents the ability of individuals to practice social distancing and forces homeless individuals out into the streets, interacting with others, and worsening spread. However, we also urge a moratorium on seizing and confiscating materials greater than 60 gallons, unless hazardous. We fear the seizure of belongings during this critical time will lead to the loss of medical supplies, medications, and necessities needed to keep individuals safe during this emergency. Further, this practice places unnecessary distress and stress to a population with high-rates of trauma and medical conditions, reducing their protection against COVID-19.

2. We strongly urge that the city stop towing RV's and vehicles being used for shelter. These vehicles are a way for homeless individuals to practice social distancing and reduce the risk of virus transmission to others and can be a method for quarantine. The City of San Francisco is already utilizing RV's for self-quarantine measures for individuals who are homeless.

3. We call for a stop on homeless sweeps. These sweeps are known to cause homeless individuals to lose belongings, necessary medical prescriptions, and essential items, causing homeless individuals to become more vulnerable to infection and the ability to care for themselves during this pandemic. Increased interaction with police officers and sanitation workers during sweeps during this pandemic may also heighten the risk of infection and spread.

4. We call for hand washing stations, showers, toilets, supplies, and trash pick-up at all settlements. The recently released CDC guidelines for responding to COVID-19 among individuals experiencing unsheltered homelessness urge the need for access to portable latrines with handwashing stations at encampments, and access to restroom facilities with hand hygiene materials open 24 hours a day.[12]

We are facing a public health crisis that many of us have never experienced in our medical careers, and that we are woefully ill-prepared for in the United States. We are not

the only ones afraid. Our unhoused patients, who face significant health disparities and social inequities in almost every facet of their existence, also now fear for their lives. We urge you to take these measures and help mitigate the risk of COVID-19 to homeless individuals in LA County and to the greater public.

Thank you.

Sincerely,


Roya Ijadi-Maghsoodi, MD, MSHPM
Assistant Professor-in-Residence, UCLA Division of Population Behavioral Health, Jane and Terry Semel Institute for Neuroscience and Human Behavior, UCLA Department of Psychiatry and Biobehavioral Sciences

Enrico Castillo, MD, MSHPM
Assistant Clinical Professor, Jane and Terry Semel Institute for Neuroscience and Human Behavior, UCLA Department of Psychiatry and Biobehavioral Sciences, David Geffen School of Medicine

Lillian Gelberg, MD, MSPH
Professor, UCLA Department of Family Medicine, Department of Health Policy and Management, UCLA Fielding School of Public Health, David Geffen School of Medicine

Sonya Gabrielian, MD, MPH
Assistant Clinical Professor, Jane and Terry Semel Institute for Neuroscience and Human Behavior, UCLA Department of Psychiatry and Biobehavioral Sciences

Caryn Bernstein, MD
Assistant Clinical Professor, Jane and Terry Semel Institute for Neuroscience and Human Behavior, UCLA Department of Psychiatry and Biobehavioral Sciences

Sophie Feller, MD
Resident Physician in Psychiatry, Jane and Terry Semel Institute for Neuroscience and Human Behavior, UCLA Department of Psychiatry and Biobehavioral Sciences

Isabella Morton, MD
Resident Physician in Psychiatry, Jane and Terry Semel Institute for Neuroscience and Human Behavior, UCLA Department of Psychiatry and Biobehavioral Sciences

Emily DeFraites, MD, MPH
Clinical Instructor, UCLA Department of Psychiatry and Biobehavioral Sciences

Ippolytos Kalofonos, MD, PhD, MPH, MHS

Assistant Professor in Residence, UCLA Center for Social Medicine and Humanities, Jane and Terry Semel Institute for Neuroscience and Human Behavior, UCLA Department of Psychiatry and Biobehavioral Sciences

Randall Kuhn, PhD, MA
Associate Professor, Department of Community Health Sciences, UCLA Fielding School of Public Health

*Each signatory is speaking as an individual and statements are our own. University affiliations are provided for identification purposes only and do not indicate endorsement by the institution.

Citations:

1. Los Angeles Homeless Services Authority. (2019). 2019 Greater Los Angeles Homeless Count. Retrieved Jan 25, 2020 from https://www.lahsa.org/documents?id=3437-2019-greater-los-angeles-homeless-count-presentation.pdf
2. Levin, S. (2019). More than 1,000 homeless people died in Los Angeles county last year. The Guardian [newspaper]. Retrieved 23 March, 2020 from https://www.theguardian.com/us-news/2019/oct/30/homeless-deaths-los-angeles-county
3. Culhane, D., Treglia, D., Steif, K., Kuhn, R., & Byrne, T. (2020). Estimated Emergency and Observational/Quarantine Bed Need for the US Homeless Population Related to COVID-19 Exposure by County; Projected Hospitalizations, Intensive Care Units and Mortality. Retrieved 23 March, 2020 from https://endhomelessness.org/wp-content/uploads/2020/03/COVID-paper_clean-636pm.pdf
4. Guan, W. J., Ni, Z. Y., Hu, Y., Liang, W. H., Ou, C. Q., He, J. X., . . . China, M. T. E. G. F. C. (2020). Clinical Characteristics of Coronavirus Disease 2019 in China. *N Engl J Med*. doi:10.1056/NEJMoa2002032
5. Tsai, J., & Wilson, M. (2020). COVID-19: a potential public health problem for homeless populations. *Lancet Public Health*. doi:10.1016/S2468-2667(20)30053-0
6. Rountree, J., Hess, N., & Lyke, A. (2019). Health Conditions Among Unsheltered Adults in the U.S. *California Policy Lab*.
7. Bernstein, R. S., Meurer, L. N., Plumb, E. J., & Jackson, J. L. (2015). Diabetes and hypertension prevalence in homeless adults in the United States: a systematic review and meta-analysis. *Am J Public Health*, *105*(2), e46-60. doi:10.2105/AJPH.2014.302330
8. Baggett, T. P., Rigotti, N. A., & Campbell, E. G. (2016). Cost of Smoking among Homeless Adults. *N Engl J Med*, *374*(7), 697-698. doi:10.1056/NEJMc1508556
9. Baggett, T. P., O'Connell, J. J., Singer, D. E., & Rigotti, N. A. (2010). The unmet health care needs of homeless adults: a national study. *Am J Public Health*, *100*(7), 1326-1333. doi:10.2105/AJPH.2009.180109

10. Lawrence, D., & Kisely, S. (2010). Review: Inequalities in healthcare provision for people with severe mental illness. *Journal of psychopharmacology*, *24*(4 suppl), 61-68. doi:10.1177/1359786810382058
11. Schanzer, B., Dominguez, B., Shrout, P. E., & Caton, C. L. (2007). Homelessness, health status, and health care use. *Am J Public Health*, *97*(3), 464-469. doi:10.2105/AJPH.2005.076190
12. Centers for Disease Control and Prevention. Interim Guidance for Responding to Coronavirus Disease 2019 (COVID-19) among People Experiencing Unsheltered Homelessness. Retrieved 23 March, 2020 from https://www.cdc.gov/coronavirus/2019-ncov/community/homeless-shelters/unsheltered-homelessness.html


EXHIBIT D

# 100 Medical Experts Advocate for More Hotels for the Unhoused, and Quickly

**Increase our hotel capacity so that unhoused people can truly socially distance**

Tuesday, March 24, 2020

We, the undersigned, are health professionals and medical experts who are committed to the health of all people.

As San Francisco's shelter in place order was being enacted, the City had about 30,000 vacant units and 42,000 empty hotel rooms while at least 8,000 people remained unhoused, either in congregate shelters or on the street.

Currently, the City is moving into hotel rooms only those unhoused San Franciscans who test positive for coronavirus or those who show symptoms of COVID-19. This is a vital start. But it is not enough.

Individuals carrying the coronavirus may be contagious for several days before showing symptoms or show few to no symptoms at all[1]. Moreover, the rate of spread for the virus, represented by COVID-19's basic reproduction number (which ranges from 2 to 5 depending on the study[2]), suggests that if even a single person brings the disease into a shelter, an average of 2 to 5 people will be infected, each of whom would, in turn, infect 2 to 5 more.

If we only provide proper accommodation to people *after* they are noticeably ill, the spread could become exponential.

This is why we believe our City and state must prioritize making sufficient hotel rooms available to allow every unhoused person the opportunity to socially distance fully.

The compromised health already suffered by many unhoused people put them at especially high risk for COVID-19. Common conditions among this population include diabetes, hypertension, cardiovascular disease, autoimmune conditions, chronic

---

[1] Transmission of Coronavirus Disease 2019 (COVID-19). (2020, March 4). Retrieved from https://www.cdc.gov/coronavirus/2019-ncov/prepare/transmission.html?CDC_AA_refVal=https://www.cdc.gov/coronavirus/2019ncov/about/transmission.html

[2] Leung, G., & Wu, J. (2020). *Real-time nowcast and forecast on the extent of the Wuhan CoV outbreak, domestic and international spread.* Retrieved from https://www.med.hku.hk/f/news/3549/7418/Wuhancoronavirus-outbreak_AN-UPDATE_20200127.pdf; Yang, Y. E., Lu, Q. E., Liu, M. E., Wang, Y. E., Zhang, A. E., Jalali, N. E., … Fang, L. E. (2020). Epidemiological and clinical features of the 2019 novel coronavirus outbreak in China. doi: 10.1101/2020.02.10.20021675

illnesses, and increased age[3]. Respiratory illnesses such as pneumonia and tuberculosis disproportionately harm the unhoused community. COVID-19 is also a respiratory illness. And among vulnerable populations, its mortality rate is particularly high.

The nation of Italy is currently experiencing the world's highest mortality rate for the disease, at around 8%[4], in part because its population is on average more advanced in years. Yet the impact on Italy could pale in comparison to that on our vulnerable unhoused population.

Social distancing seems to be the only way to protect everyone from such grim statistics. This is why The Centers for Disease Control and Prevention (CDC) has recommended staying away from others who are sick and avoiding crowds[4].

We know the virus spreads via airborne droplets produced when an infected person coughs or sneezes. The conditions in the city's congregate shelters are ideal for the spread of airborne droplets, putting guests at high risk of infection. While spacing beds out and emphasizing good hygiene are important to slow the rate of transmission, they are not the ideal.

The ideal is housing the unhoused. It is vital that we make enough housing units available with all haste, both to avoid mass illness and to provide this most basic human need. Lack of housing is ruinous to health. COVID-19, which is more dangerous to those already vulnerable, underscores this for us yet again.

Homeless adults with medical and behavioral health needs must also be provided nursing and social work support. We need to prevent isolation, even while socially distancing, and tend to chronic medical needs lest they deteriorate. Therefore, various types of housing, in addition to hotels, should be made available for high-need individuals: from single rooms to board and care facilities, and small living arrangements with common areas so that small groups can avoid total isolation and medical staff can efficiently support their needs. It will be critical to provide enough staffing to provide such services.

We need to recognize that the landscape of public health has changed completely. We need to put our resources toward the interventions that work. In Wuhan, where the first outbreaks are now relatively contained and being studied, experts have found that

---

[3] Health, Homelessness, and Racial Disparaties. (2019, April). Retrieved from https://nhchc.org/wpcontent/uploads/2019/08/health-homelessness-and-racial-disparities.pdf
[4] How to Protect Yourself. (2020, March 18). Retrieved from https://www.cdc.gov/coronavirus/2019ncov/about/prevention.html

infection rates only drop enough to mitigate spread when true social distancing is enacted[5].

The Bay Area seems to be taking this lesson to heart. Courageous front-line workers, city officials, and unhoused people themselves are doing their best to protect everyone, and they deserve our unending gratitude.

But in a time when we ask school children to stay home, congregants to worship alone, and workers to prioritize their health, we need to create the same safety for our neighbors experiencing homelessness. It is not only a matter of public health, it is a matter of social justice, a step away from the enduring inequities of the past, in which low-income people of color suffer the brunt of public health disasters time and again.

Right now, with tens of thousands of vacant rooms in the Bay Area, we have a chance and a duty to get it right, before it gets out of hand.

In health and solidarity,

**Institutional titles and facility names provided for identification purposes only, unless otherwise noted. This letter does not necessarily represent the view of organizations such as UCSF, the University of CA, or the Board of Regents.**

*Kevin Grumbach, MD*
*Hellman Endowed Professor and Chair*
*Department of Family and Community*
*Medicine, University of California, San*
*Francisco*

*Molly Cooke, MD*
*Professor of Medicine*
*Internal Medicine*
*University of California, San Francisco*

*Nancy Milliken, MD*
*Director, National Center of Excellence*
*in Women's Health*
*Professor Emerita, Obstetrics,*
*Gynecology and Reproductive Sciences*
*University of California, San Francisco*

*Yakira Teitel, MD, MPH*
*Family Medicine*
*Physician, San Francisco Department of*
*Public Health*

*Judy Young, MPH*
*Co-Director, UCSF Black Women's*
*Health & Livelihood Initiative*
*Executive Director, UCSF National*
*Center of Excellence in Women's Health*
*University of California, San Francisco*

*David Wofsy, MD*
*Professor Medicine and*
*Microbiology/Immunology*
*Associate Dean for Admissions*
*University of California, San Francisco*

---

[5] Wang, C., Liu, L., Hao, X., Guo, H., Wang, Q., Huang, J., … Wu, T. (2020). Evolving Epidemiology and Impact of Non-pharmaceutical Interventions on the Outbreak of Coronavirus Disease 2019 in Wuhan, China. doi: 10.1101/2020.03.03.20030593

Paula Fleisher, MA
Associate Director for Research &
Evaluation, and Education & Training
University of California, San Francisco

Dan Lowenstein, MD
Professor of Neurology
University of California, San Francisco

B. Joseph Guglielmo, Pharm.D.
Professor and Dean
School of Pharmacy, University of
California, San Francisco

Jodi Hirsch, JD
Vice President for Legal Affairs, UCSF
Benioff Children's Hospital Oakland
University of California, San Francisco

Glenn Rosenbluth, MD
Director, Quality and Safety Programs,
GME
Academy Chair in the Scholarship of
Teaching and Learning
Professor of Pediatrics and Orofacial
Sciences
UCSF Benioff Children's Hospital,
University of California, San Francisco

Michelle Guy, MD
Clinical Professor of Medicine
Diplomate American Board of Obesity
Medicine
Director of Diversity for Graduate
Medical Education
University of California, San Francisco

Bhavya Rehani, MD
Assistant Professor
Department of Radiology, University of
California, San Francisco

Chris Shaffer, MS, AHIP
University Librarian
Assistant Vice Chancellor, Academic
Information Management

Adjunct Professor, Department of
Medicine, School of Medicine
University of California, San Francisco

Joseph (Mike) McCune, MD, PhD
Professor Emeritus of Medicine
Division of Experimental Medicine,
University of California, San Francisco

Jyothi Marbin, MD
Associate Professor
University of California, San Francisco

BJ Miller, MD
Palliative Care
Adjunct Professor, University of
California, San Francisco

Elizabeth Ozer, Ph.D.
Professor, Division of Adolescent &
Young Adult Medicine
Department of Pediatrics
UCSF Benioff Children's Hospital,
University of California, San Francisco

Margaret (Meg) McNamara, MD
Director, Pediatric Residency Program
Professor of Pediatrics
University of California, San Francisco

Stephanie Cheng, MD
Assistant Professor of Clinical Medicine
Palliative Medicine, University of
California, San Francisco

Joshua Menke, MD
Assistant Professor of Clinical Medicine
Pathology, University of California, San
Francisco

Elena Hoskin, MPH, CCRA
Program Manager Reproductive
Endocrinology & Infertility
Department of OB/GYN & Reproductive
Sciences, University of California, San
Francisco

Anda Kuo, MD
Professor Pediatrics
Co-Director of the Center for Child and
Community Health
University of California, San Francisco

Mordecai Cohen Ettinger, MA
Founding Director, Health Justice
Commons
Adjunct Faculty, California Institute of
Integral Studies, Critical Science,
Technology, and Medicine Studies

Harold Collard, MD
Professor of Medicine, University of
California, San Francisco

Juliana E. Morris, MD, EdM
Clinical Instructor, Family and
Community Medicine
University of California, San Francisco

David Teitel, MD
Professor of Pediatrics, Cardiology
(emeritus)
University of California, San Francisco

Michael Rabow
Palliative Medicine
Professor, University of California, San
Francisco

Heidi E. Kirsch, MS, MD
Professor of Neurology, University of
California, San Francisco

Helen Loeser, MD, MSc.
Professor Emeritus, Pediatrics
University of California, San Francisco

Alicia Fernandez, MD
University of California, San Francisco;
ZSFG

Maria A. Wamsley MD
Physician
Professor of Medicine

Manu Hegde, MD, PhD
Neurologist (Physician)
Associate Professor of Clinical
Neurology
University of California, San Francisco

Leslie Carstensen Floren, PharmD, MA
Pharmacist

Brian Grady, MD
President, San Francisco Marin Medical
Society*
*Also signed on institutionally

Elaine Hsiang, MD Candidate
University of California, San Francisco

Olivia Park, MD Candidate, MPH
University of California, San Francisco
Harvard School of Public Health

Leigh Kimberg, MD
Professor of Medicine
University of California, San Francisco

Tia Paneet, RN, PHN
Registered Nurse
San Francisco Department of Public
Health

Teresa Palmer, MD
Family Medicine and Geriatrics
Senior and Disability Action

Veronica Pitbladdo, LMFT
Care Coordinator
San Francisco Department of Public
Health

Camille Rogine, MD Candidate
University of California, San Francisco

Noellyn Robleto, RN
Registered Nurse, UCSF Benioff
Children's Hospital Oakland
University of California, San Francisco

Joey Lew, MD Candidate
University of California, San Francisco

Talia Eisenstein, MD
University of California, San Francisco

Olivia deBree, NP
LifeLong Medical Care

Phuoc Le, MD
Physician
University of California, San Francisco

Alexander Bazazi, MD, PhD
Resident Physician, Department of
Psychology
University of California, San Francisco

Samantha Kadin, RN, FNP Candidate
UCSF School of Nursing
University of California, San Francisco

Harrison Alter, MD, MS
Emergency Physician
The Andrew Levitt Center for Social
Emergency Medicine

David Duong, MD, MS
Attending Physician
Highland Hospital Department of
Emergency Medicine

Stephannie Ratcliff
Medical Student
UCSF-UC Berkeley Joint Medical
Program

Sarah Rosenwohl-Mack
Medical Student
Do No Harm Coalition

Elise Cabral, MD Candidate
University of California, San Francisco

Jessica Zitter, MD
Highland Hospital

Anthony Bell, MD Candidate
University of California, San Francisco

Benjamin Jones, MD Candidate
University of California, San Francisco
Do No Harm Coalition

Maegan Morse, RN, CNM/WHP
Candidate
University of California, San Francisco

Ali Zahir, MD Candidate
University of California, San Francisco

Charlotte Young, MD Candidate
University of California, San Francisco

Pardis Esmaeili, DPT
Physical Therapist
University of California, San Francisco

Bradley Frazee, MD
Attending Physician, Department of
Emergency Medicine
Alameda Health System, Highland
Hospital

Jamie Lowe, DPT
Physician, Do No Harm Coalition

Lana Nieves
Executive Director, ILRCSF

Meg Newman, MD
UCSF Senate Emeritus - Medicine
University of California, San Francisco

Kira Levy, MD
Family Medicine Physician
San Francisco Department of Public
Health

Hannah Rees, MD Candidate
University of California, San Francisco

Emerald Mann, MPH

Clinical Research Coordinator
University of California, San Francisco

Ericka Cagampan, MD Candidate
University of California, San Francisco

Kyle Lakatos, MS, MD Candidate
University of California, San Francisco

Lakyn Mayo, MD, PhD Candidate
University of California, San Francisco

Anjana Sharma, MD, MAS
Assistant Professor, Family Community
Medicine
University of California, San Francisco

Jessica Sherry, PhD Candidate
University of California, San Francisco

Eva Raphael, MD, MPH
Clinical Research Fellow
University of California, San Francisco

Emma McCune, MD Candidate
University of California, San Francisco

Nathan Coss, MD Candidate
University of California, San Francisco

Jonathan Li, MD Candidate
University of California, San Francisco

Kiana Nguyen, MD Candidate
University of California, San Francisco

Gwen Hubner, MD
Pediatric Resident
University of California, San Francisco

Diane Qi, MD Candidate
University of California, San Francisco
Do No Harm Coalition

Madeleine Kane, MD Candidate
UCB-UCSF Joint Medical Program

Rachel Kogan, NP
University of California, San Francisco

Amarinder Singh, MD, MPH
Emergency Department Physician
Alameda Health System

Nadia Gaber, PhD, MD Candidate
University of California, San Francisco

Ariana Thompson-Lastad, PhD
Postdoctoral Fellow
University of California, San Francisco

Katharine Walter, PhD
Postdoctoral Scholar
Stanford University

Joshua Fears, RN
San Francisco Department of Public
Health

Virginia Tran, MD
Highland Hospital

Omid Boozarpour, MD Candidate
UCSF

Kris Coontz, MD, MPH
Internal Medicine Faculty
Oakcare

Nebiyu Tegegn, MD
Sutter

Deborah Yip, MD Candidate
UCSF School of Medicine

-last updated 2pm March 24th, 2020


EXHIBIT C



# 109th Rec Center

Write a description for your map.

**Legend**

109th Street Recreation Center

1464 E 109th St

1464 E 109th St

Google Earth

© 2020 Google

100 ft

N



Central Rec Center

1357 E 22nd St

Legend

Google Earth

© 2020 Google

N

100 ft



Cheviot HIlls II

2551 Motor Ave

Legend

Google Earth

© 2020 Google

200 ft



Cheviot Hills Rec Center

Legend

2551 Motor Ave

Google Earth

© 2020 Google

700 ft

N



Granada Hills

16730 Chatsworth St

Legend

Google Earth

© 2020 Google

300 ft

N







Northridge

18300 Lemarsh St

Legend

Google Earth

© 2020 Google

300 ft

N



Pan Pacific

Legend

7600 Beverly Blvd

Google Earth

© 2020 Google

900 ft

N



Westchester

7000 W Manchester Ave

Legend

1000 ft

Google Earth

© 2020 Google



Westwood

Legend

1350 S Sepulveda Blvd

Google Earth

© 2020 Google

400 ft

N



Woodland Hills

5858 Shoup Ave

Legend

Google Earth

© 2020 Google

300 ft

N



Yosemite

Legend

1840 Yosemite Dr

Google Earth

© 2020 Google

700 ft