# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES                     Date: April 1, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER FOR STATUS REPORT**

The Court has received information indicating the lack of sufficient sanitary facilities to meet the basic needs of the homeless community generally referred to as "Skid Row." The Court, moreover, has personally observed these conditions. In this community, there are very few sanitation facilities available, and it appears that no new toilets or sanitation stations have been installed in this area since the advent of the COVID-19 health crisis. If left unchecked, it is likely that the coronavirus will both devastate the vulnerable homeless population and exacerbate the existing public health crisis more generally.

Therefore, the Court hereby ORDERS a status report by Defendants City of Los Angeles and County of Los Angeles to address the timeline for the installation of fifty additional toilets and fifty additional sanitation stations in the Skid Row area. The Special Master has reported that a private-sector entity has reserved these needed toilets and sanitation stations, along with a commitment for their installation. All of the toilets and sanitation stations can be installed by Wednesday, April 8, 2020. Fifty of the toilets and twenty-five of the sanitation stations can be installed by Friday, April 3, 2020. However,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES   Date: April 1, 2020
Page 2

the parties are invited to acquire and install—from whatever source they deem appropriate—the needed units within the timeline outlined above.

Defendants City of Los Angeles and County of Los Angeles shall file the ordered status report, whether separately or jointly, by 4:00 p.m. on April 1, 2020. The Special Master has been ordered to communicate with the parties regarding these issues.

The Clerk shall serve this minute order on the parties.


cc: Christina Miller@lacity.org


MINUTES FORM 11                                                    Initials of Deputy Clerk: kd
CIVIL-GEN