# Exhibit A



# County of Los Angeles
## CHIEF EXECUTIVE OFFICE

Kenneth Hahn Hall of Administration
500 West Temple Street, Room 713, Los Angeles, California 90012
(213) 974-1101
http://ceo.lacounty.gov

**SACHI A. HAMAI**
Chief Executive Officer

Board of Supervisors
HILDA L. SOLIS
First District

MARK RIDLEY-THOMAS
Second District

SHEILA KUEHL
Third District

JANICE HAHN
Fourth District

KATHRYN BARGER
Fifth District

March 31, 2020

The Honorable Board of Supervisors
County of Los Angeles
383 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012

Dear Supervisors:

**UTILIZATION OF COVID-19 EMERGENCY HOMELESSNESS GRANT FUNDING
(ALL SUPERVISORIAL DISTRICTS) (4 VOTES)**

## SUBJECT

Authorize the Chief Executive Officer (CEO), or her designee, to accept and allocate State COVID-19 Emergency Homelessness Grant funding to support new emergency interim housing, hygiene facilities, and the emergency needs of people living in permanent supportive housing as part of an effective Countywide COVID-19 response

### IT IS RECOMMENDED THAT THE BOARD:

1. Authorize the Chief Executive Officer (CEO), or her designee, to accept $10,567,011 in State COVID-19 Emergency Homelessness Grant funding allocated to the County.

2. Authorize the CEO, or her designee, to accept any additional future State COVID-19 Emergency Homelessness Grant funding allocated to the County.

3. Authorize the CEO, or her designee, to immediately begin expending, as necessary, current and future State COVID-19 Emergency Homelessness Grant funding allocated to the County on new emergency interim housing, hygiene facilities, and emergency needs of people living in permanent supportive housing, as described in the Attachment.

4. Authorize the CEO, or her designee, to amend existing agreements between the County and the Los Angeles Homeless Services Authority (LAHSA) and Councils of Government (COGs) to deliver the new interim housing and hygiene facilities and services described in the Attachment.

The Honorable Board of Supervisors
March 31, 2020
Page 2

**PURPOSE/JUSTIFICATION OF RECOMMENDED ACTION**

On March 17, 2020, the Governor signed SB 89, emergency legislation that authorizes $500 million in immediately available funding to help California fight COVID-19 for any purpose related to the March 4, 2020 proclamation of a State of Emergency, including to support local governments to protect the health and safety of homeless populations, reduce the spread of COVID-19 in homeless populations, and provide safe beds for people experiencing homelessness.

On March 18, 2020, the Governor directed the allocation of $100 million from this $500 million COVID-19 emergency funding directly to the 58 counties; 44 Continuums of Care (CoCs); and the 13 cities within California that have populations of 300,000 or more, which include the cities of Los Angeles and Long Beach, for local emergency actions to address COVID-19 among the homeless population.

Approval of Recommendation 1 will enable the CEO to immediately accept the County's COVID-19 Emergency Homelessness Grant allocation of $10,567,011.

Recommendation 2 will enable the CEO to immediately accept any future increases in State COVID-19 emergency funding.

Recommendation 3 will provide the CEO with the authority to immediately expend current and future State COVID-19 Emergency Homelessness Grant funding for any of the uses described in the Attachment .

Recommendation 4 will provide the CEO the authority to amend existing agreements necessary to expedite the effective use of State COVID-19 Emergency Homelessness Grant funding for the uses described in the Attachment.

**IMPLEMENTATION OF STRATEGIC PLAN GOALS**

The recommended actions are consistent with the following goals of the County's Strategic Plan: Goal I - Make Investments that Transform Lives and Goal II - Foster Vibrant and Resilient Communities.

**FISCAL IMPACT/FINANCING**

Approval of these recommendations will have no net County cost impact.

The Honorable Board of Supervisors
March 31, 2020
Page 3


**FACTS AND PROVISIONS/LEGAL REQUIREMENTS**

COVID-19 Emergency Homelessness Grant allocations to local jurisdictions have been made following the methodology used by the State in allocating Homeless Housing, Assistance, and Prevention Program (HHAP) funds previously approved as part of the FY 2019-20 State Budget (AB 101—Chapter 159, Statutes of 2019).

The County and other local jurisdictions have broad discretion to expend these COVID-19 Emergency Homelessness funds as they deem appropriate to address and mitigate the impact of the COVID-19 crisis on populations experiencing homelessness.  The City of Los Angeles, LAHSA, the City of Long Beach, and the Long Beach, Pasadena, and Glendale Continuums of Care (CoCs) are also receiving separate COVID-19 Emergency Homelessness Grant allocations.  The allocations across all seven grantees in Los Angeles County is as follows:

| LA County Grantees | Share of $100 million |
|---|---:|
| 1.  LA County | $10,567,011 |
| 2.  LA City | $19,335,938 |
| 3.  LAHSA | $10,963,460 |
| 4.  Long Beach City | $764,902 |
| 5.  Long Beach CoC | $369,106 |
| 6.  Pasadena CoC | $105,626 |
| 7.  Glendale CoC | $47,356 |
| **TOTAL** | **$42,153,399** |

**IMPACT ON CURRENT SERVICES (OR PROJECTS)**

Approval of these COVID-19 Emergency Homelessness funding recommendations will affirm the County's commitment to protect people experiencing homelessness and who are extremely vulnerable during the current COVID-19 crisis.

Respectfully submitted,



SACHI A. HAMAI
Chief Executive Officer

SAH:FAD:TM:
PA:JR:BT:tv

The Honorable Board of Supervisors
March 31, 2020
Page 4

Attachment

c:     Executive Office, Board of Supervisors
      County Counsel
      Auditor-Controller
      Department of Health Services
      Department of Mental Health
      Department of Public Health
      Los Angeles Homeless Services Authority

**Attachment**

# Proposed Uses of Los Angeles County's COVID-19 Emergency Homeless Grant Allocation

## New Interim Housing

To increase the number of interim housing sites and/or beds to help people experiencing homelessness who are unsheltered to be safe during the COVID-19 emergency.

## Assistance to Cities to Meet the Hygiene Needs of People Experiencing Homelessness

To support cities (other than Los Angeles and Long Beach which are receiving this funding directly from the State) in executing their responsibilities for sanitation during this emergency for people experiencing homelessness. Potential uses of the funding include, but are not limited to:

- Mobile toilet facilities and supplies;
- Mobile shower facilities and supplies;
- Handwashing stations; and
- Staffing, supplies, and services to clean and maintain the above types of emergency hygiene facilities and equipment.

## Emergency Needs of People Living in Permanent Supportive Housing

To ensure the safety of COVID-19 vulnerable populations residing in Permanent Supportive Housing (PSH). Potential uses include, but are not limited to:

- Food and nutrition;
- Staffing costs;
- Transportation costs; and
- Supplies and services to support people in self-isolating in PSH units.