MICHAEL FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
GABRIEL DERMER, Assistant City Attorney (SBN 229424)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 N. Main Street, City Hall East, Room 675
Los Angeles, CA 90012
Telephone (213) 978-4681
Facsimile (213) 978-7011
scott.marcus@lacity.org

Attorneys for Defendant CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity; et al.,<br><br>Defendants. | Case No.: 2:20-cv-02291-DOC-KES<br>Assigned to Judge David O. Carter<br><br>**CITY OF LOS ANGELES STATUS REPORT FOR APRIL 1, 2020** |

Defendant City of Los Angeles ("City") hereby files the following status report in response to the Court's April 1, 2020 Minute Order requiring Defendants to submit a report "to address the timeline for the installation of fifty additional toilets and fifty additional sanitation stations in the Skid Row area." [Dkt. 48.]

The City reports that it will begin deploying (through a vendor) 50 additional portable toilets and 60 additional hand washing stations in the Skid Row community beginning on Thursday, April 2, 2020. The City expects the deployment of these facilities to be completed by the end of the week.

The City recognizes the importance of sanitation facilities to prevent the spread of CORVID-19. As set forth in the March 23, 2020 Status Report filed jointly by the City and Defendant County of Los Angeles, the City began deploying 360 hand-washing stations and 120 portable toilets (with sinks) throughout the City weeks ago. [Dkt. 43, p. 3.] The City will continue to work on making additional hygiene resources available for people experiencing homelessness—not just in Skid Row but throughout the City—as it has since the onset of this crisis.

Dated: April 1, 2020          MICHAEL N. FEUER, City Attorney


*/s/ Scott Marcus*
SCOTT MARCUS, Senior Assistant City Attorney
Attorneys for Defendant City of Los Angeles