# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES            Date: April 4, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER FOR HEARING RE: LACK OF SKID ROW SANITATION FACILITIES**

Since its previous Order in this case (Dkt. 48), issued April 1, 2020, the Court has continued to observe the conditions of the homeless community generally referred to as "Skid Row." The Court attempted to use four of the handwashing stations that were in place prior to the COVID-19 outbreak, and found no water in all four of the tested stations. The Court also attempted to use two of the newly delivered handwashing stations; one was fully functional, and one had soap but no water. Although this sample size is small, the Court's observations raise a strong inference that there are inadequate sanitation facilities available in Skid Row.

The Court, accompanied by Los Angeles Police Department officers, also encountered an employee from Andy Gump, Inc., who advised that he was working on instructions from his employer to remove fifty of the company's existing handwashing stations from Skid Row. Although Defendant City of Los Angeles represents, in its April 1 Status Report (Dkt. 50), that the City is deploying sixty new handwashing stations to Skid Row, if fifty of the existing handwashing stations are removed, Skid Row will see

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES　　　　　　　　　　　　　　　　　　　　　Date: April 4, 2020
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

a net gain of only ten handwashing stations. This minimal increase supports the inference that the sanitation facilities in Skid Row continue to be inadequate to meet the exigencies of the COVID-19 health crisis.

　　　The Court therefore ORDERS a hearing in this matter for Tuesday, April 7, 2020, at 2:00 p.m. In order to comply with the Central District of California's Continuity of Operations Plan and other public health guidance, the hearing shall be held at the Alexandria Ballrooms, 501 S. Spring St., Los Angeles, CA 90013.

　　　The Clerk shall serve this minute order on the parties.

MINUTES FORM 11　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: kd
CIVIL-GEN