**BROOKE WEITZMAN** SBN 301037
**WILLIAM WISE** SBN 109468
**ELDER LAW AND DISABILITY**
**RIGHTS CENTER**
1535 E 17th Street, Suite 110
Santa Ana, California 92705
t. 714-617–5353
e. bweitzman@eldrcenter.org
e. bwise@eldrcenter.org

**CAROL A. SOBEL** SBN 84483         **PAUL L. HOFFMAN** SBN 71244
**WESTON ROWLAND** SBN 327599    **CATHERINE SWEETSER** SBN 271142
**LAW OFFICE OF CAROL SOBEL**    **SCHONBRUN, SEPLOW, HARRIS &**
725 Arizona Avenue, Suite 300         **& HOFFMAN**
Santa Monica, California 90401         11543 W. Olympic Blvd.
T. 310 393 3055                                    Los Angeles, California 90064
e. carolsobellaw@gmail.com             t. 310 396 7031
e. rowland.weston@gmail.com         e. hoffpaul@aol.com
                                                              e. csweetser@sshhlaw.com

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., .<br><br>Plaintiffs,<br>v.<br>CITY OF LOS ANGELES, et al.,<br>Defendants. | Case No.: 2:20-cv-02291 DOC-KES<br><br>INTERVENOR OCCW STATUS REPORT<br><br>Date: April 7, 2020<br>Time: 10:00 a.m.<br>Ctrm: None<br><br>Action filed: March 10, 2020 |

1
INTERVENOR OCCW STATUS REPORT

Intervenor Orange County Catholic Worker submits this Status Report in advance of the hearing set for April 7, 2020. Intervenor OCCW is concerned that the remedies offered as long-term proposals to be approved by the Court address the needs of the unsheltered communities. The unsheltered population in Los Angeles City and County is not a monolith and the immediate response cannot be based on moving individuals en masse to a distant location to shelter individuals on parcels of land remote from jobs and services. In short, responding to the needs of the vast majority of people experiencing homelessness is not a binary choice of low-barrier emergency shelters or Permanent Supportive Housing (PSH).

**THE ADDITIONAL UNITS CREATED BY PROPOSITION HHH**

Intervenor OCCW believes that all of the PSH projects funded by HHH have gone through the initial approval process but very few are currently complete. Twelve of 30 planned "A Bridge Home" emergency shelters are operational, with the VA facility just coming on line, bringing the total number of new shelters to 13. *See* https://www.lamayor.org/ABridgeHome.

The Proposition HHH goals were modest at the outset. Since the passage of the measure, the number of people experiencing homelessness increased dramatically and is likely to do so again both because of the existing housing crisis and the impact of the COVID-19 crisis. So, more must be done immediately to meet the exponentially increasing demand for adequate housing in Southern California, both for those now currently unhoused and those at imminent risk of becoming unhoused.

**THE LOS ANGELES UNSHELTERED COMMUNITY:**

There are several key factors that must inform any plan that the City and County develop for long term solutions. First, a significant percentage of homeless

individuals worked prior to becoming homeless, especially adults in families.  *See* https://www.capolicylab.org/employment-among-la-county-residents-experiencing-homelessness.

Those who worked just before becoming homeless generally had earnings well below the poverty level.  According to the UCLA study, "[f]or all employed homeless, average annual earnings were only $9,970 in the year prior to experiencing homelessness."  *See* https://www.capolicylab.org/wp-content/uploads/2020/02/Employment-Among-the-Homeless-in-Los-Angeles.pdf.  The average earnings of an unsheltered person is approximately 82% of the 2018 Federal Poverty Level (FPL) for a single person household, but only 16% of the Average Median Income (AMI) in Los Angeles County.  *Id.*

This income chasm is especially critical in the Los Angeles region.  In the 2019 Point-in-Time ("PIT") count, Defendants concluded that a person needs to earn at least $47.52 an hour to afford the median monthly rent in Los Angeles.  The risk of falling into homelessness in the region is exceedingly high, with more than 555,000 of the households in the County paying more than half of their monthly income for housing. *Id.*

Second, it bears emphasis that 71 % of the unsheltered population does not have a serious mental illness or a substance use disorder.[1]  Most unsheltered individuals do not require intensive supportive services, if any, connected to their housing.  They require a place that is stable and affordable.

Third, according to the 2019 PIT, half of the unsheltered community in the region are women, the majority of whom report that domestic violence or sexual

---

[1]   https://www.lahsa.org/documents?id=3437-2019-greater-los-angeles-homeless-count-presentation.pdf.

assault or both are significant factors in causing them to become homeless. Housing for women needs to be responsive to the trauma they experienced.

**VACANT CITY-OWNED PROPERTY AVAILABLE FOR DEVELOPMENT:**

At the end of 2019, the Defendant City had 56 publicly owned properties available for land development. The process of approving proposals for these sites is done by the Los Angeles Housing & Community Investment Development ("HCIDLA"). *See* https://hcidla.lacity.org/land-development.[2] Together with the Office of the City Administrative Officer (CAO), HCIDLA administers the City's Comprehensive Homeless Strategy.

The 56 locations include: "1) properties transferred to HCIDLA from the former Community Redevelopment Agency of the City of Los Angeles (CRA/LA); 2) properties acquired by HCIDLA; 3) properties foreclosed upon by HCIDLA, referred to as Real Estate Owned (REO); 4) properties managed and controlled by the City of Los Angeles Department of Transportation (LADOT), and 5) sites identified by the City Administrative Officer as part of the Affordable Housing Opportunity Sites (AHOS) Program.

Since these are designated development sites, the City should readily be able to provide information to the Court as to which could be used immediately in their

---

[2]   HCIDLA is responsible for administering Community Block Development Grants ("CDBG") which apply to a number of programs, including Neighborhood Improvement. *See e.g.*: *https://hcidla.lacity.org/Neighborhood-Development.* Because of the lengthy time for completing those projects – up to five years – those available resources are not addressed in this Status Report. However, to the extent that CDBG funds could be used to address some of the immediate needs, this source should also be considered in informing the Court of the options available. The same is true with regard to the County CDBG funds, which are administered by the Los Angeles County Development Authority ("LACDA").

current condition, which could be made habitable in a few weeks, and which would require bringing in housing to the site – prefab, modular, trailers – and adding utility hook-ups, if necessary, to provide accommodations.

**VACANT CAL TRANS PROPERTY IN LOS ANGELES**

Governor Newsom directed Cal Trans to provide a list of vacant properties available for housing.  At the March 19, 2020 hearing, the Illumination Foundation identified a number of Cal Trans properties in the City and County where facilities could be placed.  The list is also in an interactive map at: https://cadgs.maps.arcgis.com/apps/webappviewer/index.html?id=c7f256b23d5e421885422c518db253b3.  The map shows 19 sites available for free in Los Angeles County, including Los Angeles City.

**HOTELS AND MOTELS:**

Both the City and County should purchase or master lease motels and smaller hotels to provide immediate, appropriate and affordable housing for unhoused individuals and families.  They do not require construction or connections to utilities, they are ready now, they are the equivalent of a Single Room Occupancy facility.  Whether because a person is underemployed or unemployed, on Social Security or disability, the cost of putting a roof over one's head is out of reach for a significant percentage of people in this region.  Any plan for long-term solutions must take into account the reality that the majority of unhoused persons will continue to have monthly income that is inadequate to pay for any housing in this region.

There are numerous properties the City and County could have available immediately for housing, with care not to displace individuals who currently live in low-cost motels and hotels because they are unable to find affordable rental

housing.  The benefit from these properties is that they are already connected to utilities and plumbing.  Most small hotels and motels will have a mini-fridge, microwave and coffee-maker in each unit.  They are generally in areas where there is already access to food resources.

      To give a few examples, there are several motels and hotels in the Westlake area, just outside of downtown and accessible to transportation.   These include a hotel at 1543 W Olympic Blvd, America's Best Value Inn at 1123 W. 7th Street, and the Travel Inn at 401 S. Westlake.  There are similar facilities throughout Los Angeles City and County.  Other examples of potential locations include the Lincoln Park Motel on Parkside Avenue, the Antonio Hotel on Soto Street and America's Best Value Inn in Hollywood.

Dated: April 6, 2020

          Respectfully submitted,
          ELDER LAW & DISABILITY RIGHTS CENTER
          LAW OFFICE OF CAROL A. SOBEL
          SCHONBRUN, SEPLOW, HARRIS & HOFFMAN

          By: /s/    Carol A. Sobel
          CAROL A. SOBEL
          Attorneys for Plaintiffs