Mary C. Wickham, County Counsel (Bar No. 145664)
Rodrigo Castro-Silva, Senior Assistant Counsel (Bar No. 185251)
Lauren Black, Principal Deputy County Counsel (Bar No. 192302)
500 West Temple Street, Suite 468
Los Angeles, CA 90012
Telephone: 213-974-1830
Facsimile: 213-626-7446
Email: lblack@counsel.lacounty.gov

MANATT, PHELPS & PHILLIPS, LLP
Brandon D. Young, Esq. (Bar No. 304342)
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: 310-312-4000
Facsimile: 310-312-4224
Email: BDYoung@manatt.com

FOLEY & LARDNER LLP
Byron J. McLain, Esq. (Bar No. 257191)
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: 310-972-4500
Facsimile: 213-486-0065
Email: bmclain@foley.com

*Attorneys for Defendant*
COUNTY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al, <br><br> Defendants. | No. 2:20-cv-02291 DOC-KES <br><br> Hon. David O. Carter <br><br> **NOTICE OF APPEARANCE** <br><br> Action filed: March 10, 2020 |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Lauren Black (Bar No. 192302) (email: lblack@counsel.lacounty.gov), County of Los Angeles, 500 W. Temple St., Suite 648, Los Angeles, CA 90012, telephone number (213) 974-1830 and facsimile number (213) 626-7446, appears in this action as counsel for the Defendant the COUNTY OF LOS ANGELES.

Dated:      April 6, 2020              COUNTY OF LOS ANGELES


                                      By: */s/ Lauren Black*
                                         Lauren Black
                                         Principal Deputy County Counsel

                                         Attorney for Defendant
                                         COUNTY OF LOS ANGELES

- 2 -                                         2:20-CV-02291 DOC-KES