**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                    Date:  April 8, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

|  |  |
|---|---|
| Kelly Davis | Not Present |
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS):    **ORDER FOR STATUS REPORT RE: MAINTENANCE, OPERABILITY, AND SERVICING OF SANITATION FACILITIES**

After issuing its April 4, 2020 Order for Hearing (Dkt. 51), the Court, accompanied by Los Angeles Police Department officers, continued to observe the conditions of the homeless community generally referred to as "Skid Row." The Court attempted to use four of the handwashing stations that were in place in Skid Row and the surrounding area prior to the COVID-19 outbreak, and found no water in all four of the stations. The Court also attempted to use two of the newly delivered handwashing stations; one was fully functional, and one had soap but no water. Although this sample size is small, the Court's observations raised a strong inference that there are inadequate sanitation facilities available in Skid Row and the surrounding area. The Court also encountered an employee from Andy Gump, Inc., who advised that he was working on instructions from his employer to remove fifty of the company's existing handwashing stations from Skid Row and the surrounding area. This encounter gave further support to the inference that the sanitation facilities in Skid Row and the surrounding area remain inadequate to meet the exigencies of the COVID-19 public health crisis.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                                    Date: April 8, 2020
                                                                              Page 2

        In response to these observed conditions, the Court ordered a hearing scheduled
for April 7, 2020. After the hearing, the Court, accompanied by Los Angeles Police
Department officers, as well as counsel for Defendant County of Los Angeles and
Intervenors Los Angeles Catholic Worker and Cangress, walked through Skid Row and
the surrounding area to observe the availability and functionality of sanitation facilities.
The Court observed that more than 80% of the handwashing stations in the area were
without water. The handwashing stations without water included stations installed since
the onset of the COVID-19 pandemic. The local community once again informed the
Court that the handwashing stations had not been serviced for a significant time. The
Court's observations of handwashing stations without water or regular servicing—in spite
of representations made by Defendants City of Los Angeles and County of Los
Angeles—have caused the Court to become gravely concerned that Skid Row and the
surrounding area do not have adequate sanitation facilities to meet the COVID-19 crisis.

        If left unchecked, it is likely that the coronavirus will both devastate the vulnerable
homeless population and exacerbate the existing public health crisis more generally. In
order to address the ostensibly inadequate sanitation facilities in Skid Row and the
surrounding area, the Court hereby ORDERS Defendants City of Los Angeles and
County of Los Angeles to submit a status report on Defendants' plans for maintaining
and servicing the sanitation facilities, such that the local community will have sufficient
access to functioning sanitation facilities to mitigate the spread of coronavirus.

        Defendants City of Los Angeles and County of Los Angeles shall file the ordered
status report, whether separately or jointly, within 48 hours, i.e., by 12:00 noon on
Friday, April 10, 2020.

        The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                              Initials of Deputy Clerk: kd
CIVIL-GEN