SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
mumhofer@spertuslaw.com
emitchell@spertuslaw.com
lenriquez@spertuslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>                Defendants. | Case No. 2:20-cv-02291-DOC-KES<br><br>**NOTICE OF TRANSCRIPT OF APRIL 7, 2020 HEARING AND INSTRUCTIONS TO ORDER COPIES** |

1 **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF**
2 **RECORD:**
3     Copies of the transcript from the April 7, 2020 hearing are available by
4 request at calendar-la@veritext.com. Please reference Job No. 4052928 and the
5 case title when ordering copies.
6
7 Dated: April 9, 2020           /s/ Elizabeth A. Mitchell
                                          SPERTUS, LANDES & UMHOFER, LLP
8                                           Matthew Donald Umhofer (SBN 206607)
                                          Elizabeth A. Mitchell (SBN 251139)
9
10                                           *Attorneys for Plaintiffs*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
NOTICE OF TRANSCRIPT