Mary C. Wickham, County Counsel (Bar No. 145664)
Rodrigo A. Castro-Silva, Senior Assistant County Counsel (Bar No. 185251)
Thomas J. Faughnan, Senior Assistant County Counsel (Bar No. 155238)
Lauren M. Black, Principal Deputy County Counsel (Bar No. 192302)
500 West Temple Street, Suite 468
Los Angeles, CA 90012
Telephone: 213-974-1830
Facsimile: 213-626-7446
Email: lblack@counsel.lacounty.gov

MANATT, PHELPS & PHILLIPS, LLP
Brandon D. Young, Esq. (Bar No. 304342)
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: 310-312-4000
Facsimile: 310-312-4224
Email: BDYoung@manatt.com

FOLEY & LARDNER LLP
Byron J. McLain, Esq. (Bar No. 257191)
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: 310-972-4500
Facsimile: 213-486-0065
Email: bmclain@foley.com

*Attorneys for Defendant*
COUNTY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al, <br><br> Defendants. | No. 2:20-cv-02291 DOC-KES <br><br> Hon. David O. Carter <br><br> **DEFENDANT COUNTY OF LOS ANGELES APRIL 10, 2020 STATUS REPORT** |

On April 7, 2020, Defendant County of Los Angeles ("County") joined the Court on a two-hour walking tour of Skid Row in downtown Los Angeles. The County shares the Court's concern over meeting and maintaining basic hygiene standards for persons experiencing homelessness on

1  Skid Row, particularly given the health risks posed by COVID-19.  The County understands that
2  the City is working diligently to improve the situation on Skid Row.  For its part, while the City
3  maintains jurisdiction over sanitation on Skid Row, the County also is taking immediate steps to
4  assist the City to improve hygiene in areas of need.  This status report summarizes those efforts.

**I.    OPENING OF COUNTY-CONTROLLED WASHROOMS**

When the Court first identified concerns with hygiene stations on Skid Row, the County undertook a survey of the County-owned properties in the vicinity of Skid Row with washrooms (i.e., rooms with sinks and toilets) that could be opened to the public. On April 7, 2020, the County represented to the Court that two potential County-owned properties might be available for public use by the following week.  As of this filing, the County exceeded its goal by identifying three (not two) locations available for public use on Skid Row.  These locations include: (1) a Department of Mental Health ("DMH") building located at 224 East 6th Street, (2) a facility located at 512 South San Pedro Street subleased by the County to a Skid Row health clinic, and (3) the Department of Public Social Services ("DPSS") Civic Center district office building located at 813 East 4th Place.

First, on Thursday, April 8, 2020, the County opened a washroom facility at 224 East 6th Street.  Attorneys for the County identified this property for the Court during its walking tour of Skid Row.  A single restroom in this facility, with one toilet and one sink, is currently open to the public seven days a week for extended hours from 7:00 a.m. to 10:00 p.m.  Daily on-site security and janitorial staff will be provided.  The County has posted informal signage to alert residents of availability with plans to improve signage.

Second, also on Thursday, April 8, 2020, working with the Center for Community Health Downtown, a health clinic subleasing property from the County, the County identified two toilets and two sinks at 512 South San Pedro Street open to the public.  Persons experiencing homelessness can use the facilities regardless of whether they are patients of the clinic. If a person asks to use the facilities, the only conditions for use are (i) the clinic will ask to take the temperature of that person and (ii) the person has to pass through security screening just like a patient would.  This facility will be open during the business hours of the clinic, which are approximately 9:00 a.m. to 5:00 p.m., Monday through Friday.  On-site security as well as janitorial staff will be provided by the

Center for Community Health Downtown. The clinic operator also has provided a handwashing facility outside of the building for use by people experiencing homelessness.

Third, on Friday evening, April 10, 2020 or soon thereafter, the County plans to open a washroom facility at a DPSS building located at 813 East 4th Place. Work to bring this facility online is in progress. However, as of this filing, the County expects the facility will be available seven days a week for extended hours from 7:00 a.m. to 10:00 p.m. On-site security will be provided during its hours of operation, and janitorial staff will service the facility.

The County appreciates the Court's view that more needs to be done. The County will continue to identify if any additional County-owned facilities are available on and around Skid Row to help the City meet adequate sanitation and hygiene standards for persons experiencing homelessness on Skid Row. The County is also working to address the needs of persons experiencing homelessness throughout the region, especially in smaller cities and parts of the unincorporated County who, unlike the City, have not received State emergency homelessness funding to respond to COVID-19.[1]

## II.     ADDITIONAL AND ONGOING EFFORTS IN SKID ROW

The County is also exploring the possibility of private parties with properties on Skid Row voluntarily opening their restrooms to the public. Thus far, the County has reached out to the Skid Row Housing Trust asking for their help to alleviate the hygiene needs of the Skid Row community. The County has not yet received a response.

The County also recognizes that the Court has a unique platform to make informal requests to private parties to open and staff their restrooms if they have not already done so. In the event that the County believes Court intervention will be useful, the County plans to solicit the support

---

[1] As explained in the County's Status Report dated April 1, 2020 [*see* Dkt. 42], the County has deployed 100 sanitation stations outside of the City. Since the City has jurisdictional control and responsibility for Skid Row as well as state-allotted funding that can be used for hygiene, the City is the lead in procuring hygiene facilities within Skid Row. In turn, the County is working to assist smaller cities and the unincorporated County to meet the hygiene needs among persons experiencing homelessness. As recently as April 4, 2020, the County made $400,000 available for cities in need of funds to address hygiene needs. Los Angeles and Long Beach have received their own direct allocations of homeless emergency funding from the State, which can be used for these purposes.

of the Court to encourage private parties with properties in the region to make their sanitation facilities available on a limited basis.

     Finally, the County is in regular communication with the City to support its efforts on Skid Row. For example, on April 8, 2020, in partnership with Skid Row outreach teams, the County developed a list of fifteen (15) potential sites that are highly trafficked and suitable for hygiene stations. The County shared this list with the City to assist the City's ongoing efforts to improve the sanitation conditions in Skid Row quickly and efficiently.

Dated: April 10, 2020

MARY C. WICKHAM
COUNTY COUNSEL

By: /s/ Lauren M. Black
Lauren M. Black
Principal Deputy County Counsel
Attorney for Defendant
COUNTY OF LOS ANGELES

Dated: April 10, 2020

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Brandon D. Young
Brandon D. Young
Attorney for Defendant
COUNTY OF LOS ANGELES

Dated: April 10, 2020

FOLEY & LARDNER LLP

By: /s/ Byron J. McLain
Byron J. McLain
Attorney for Defendant
COUNTY OF LOS ANGELES