MICHAEL FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
GABRIEL DERMER, Assistant City Attorney (SBN 229424)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 N. Main Street, City Hall East, Room 675
Los Angeles, CA 90012
Telephone (213) 978-4681
Facsimile (213) 978-7011
scott.marcus@lacity.org

Attorneys for Defendant CITY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity; et al.,<br><br>Defendants. | Case No.: 2:20-cv-02291-DOC-KES<br>Assigned to Judge David O. Carter<br><br>**CITY OF LOS ANGELES STATUS REPORT FOR APRIL 10, 2020**<br><br><u>Status Conference</u><br>Date: April 14, 2020<br>Time: 10:00 a.m.<br>Location: 501 S. Spring St. |

Defendant City of Los Angeles ("City") respectfully submits the following status report in response to the Court's April 8, 2020 Minute Order requesting Defendants submit a report on "plans for maintaining and servicing the sanitation facilities, such that the local community will have sufficient access to functioning sanitation facilities [in Skid Row] to mitigate the spread of coronavirus." [Dkt. 58.]

On April 8, 2020, the City, through its Bureau of Sanitation (SAN), independently verified the location of the 56 hand washing stations and 54 portable toilets that it contracted to be deployed in the Skid Row area. The maps of those confirmed locations are attached as Exhibit A to this Report. The City is working with its vendors to provide additional hand washing stations at four "high traffic" locations identified by the County of Los Angeles and its service providers, and expect to have those units deployed by Monday, April 14. (The City had already deployed hand washing stations and portable toilets at the other locations identified as "high traffic" by the County and its providers.)

On April 9, 2020, the City contracted with its primary vendor of portable sanitation facilities in Skid Row, United Site Services, to service all hand washing facilities and all portable toilets in Skid Row on a daily basis.

Another vendor of hand washing stations in Skid Row, Andy Gump, has also agreed to service its units on a daily basis beginning on April 10, 2020.

To ensure that persons experiencing homelessness who are living in Skid Row receive necessary hygiene services during this crisis, the City has also implemented an enhanced monitoring program for the hand washing stations and portable toilets in Skid Row. Each day, SAN employees are dispatched to Skid Row to check on each hand washing station, make sure it is in its designated location, and test whether it is operational with water, soap, and paper towels. The SAN employees also check on the portable toilets, including whether they are stocked with toilet paper. Any deficiencies or problems are recorded and compiled into a daily report that is sent to the vendor. These reports will also be monitored by the City and used to address problem locations or other issues. If there is an immediate health hazard or other serious problem with any of the

units, SAN will call out its own response team to deal with the issue, or contact the vendor for immediate service.

The City is committed to providing hygiene facilities for persons experiencing homelessness in the Skid Row area during these unprecedented times to mitigate the spread of coronavirus. While there can be no guarantee that every portable station will be working 100% of the time every hour of every day, the City continues to work to improve the delivery of these important services to its residents.

Dated: April 10, 2020         MICHAEL N. FEUER, City Attorney

 /s/ Scott Marcus
SCOTT MARCUS, Senior Assistant City Attorney
Attorneys for Defendant City of Los Angeles

# EXHIBIT A



