# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES                                    Date: April 10, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER FOR STATUS REPORT AND HEARING**

On April 8, 2020, the Court ordered Defendants City of Los Angeles and County of Los Angeles to file a status report regarding the maintenance and servicing of sanitation facilities in Skid Row and the surrounding area (Dkt. 58). Defendants filed their status reports on April 10, 2020 (Dkts. 60, 61).

At the April 7, 2020 hearing, Plaintiffs and Intervenors requested, and the Court ORDERED, a status report, which Defendants shall file either jointly or separately by 7:00 p.m. on Monday, April 13, 2020. The status report should give a current update on three topics, with a special emphasis on Skid Row and the surrounding area: (1) the availability of coronavirus testing; (2) ongoing efforts to install, maintain, and service sanitation facilities; and (3) the availability of housing accommodations, including acquired properties, rental properties, and government facilities that can be readily converted.

The Court indicated at the previous hearing that it was going to start settlement discussions immediately. The initial discussion concerned recreational vehicles and

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KESDate: April 10, 2020
Page 2

focused on Skid Row and the surrounding area, up to and including the 10 Freeway. The Court requests that the parties discuss designated areas for recreational vehicles and present possible options to the Court, beginning with Skid Row and the surrounding area. If the parties wish to present a more comprehensive plan covering more of Los Angeles City and County, they are welcome to do so. While the Court will begin settlement discussions with a focus on Skid Row and the surrounding area, the Court intends to quickly broaden the scope of these discussions to encompass more of the City and County. As such, the parties should also be prepared to indicate to the Court when their respective principals will be available for an in-depth settlement discussion.

A hearing to discuss these matters shall be held on Tuesday, April 14, 2020 at 10:00 a.m. In order to comply with the Central District of California's Continuity of Operations Plan and other public health guidance, the hearing shall be held at the Alexandria Ballrooms, 501 S. Spring St., Los Angeles, CA 90013.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11Initials of Deputy Clerk: ts/kd
CIVIL-GEN