**EXHIBIT A**



**Vehicles, Tents, and Makeshift Shelters Counted by Geographic Area**
**2019 Greater Los Angeles Homeless Count**
Prepared by Data & Research Unit (June 12, 2019)

This document contains the total number of vehicles, tents, and makeshift shelters counted during the 2019 Greater Los Angeles Homeless Count, as well as the estimated number of persons in vehicles, tents, and makeshift shelters. Los Angeles Continuum of Care (CoC) is all of LA County, excluding Glendale, Long Beach and Pasadena CoCs.  Further details on the dwelling conversion factors is available at
https://www.lahsa.org/homeless-count/

**Table 1.**
Number of Vehicles, Tents, and Makeshift Shelters by Service Planning Area, Los Angeles Continuum of Care, 2019

| Service Planning Area (SPA) | | | | | | |
|---|---|---|---|---|---|---|
| | **Cars** | **Vans** | **Campers/RVs** | **Tents** | **Makeshift Shelters** | **Total Vehicles, Tents, and Makeshift Shelters** |
| **SPA 1** | 138 | 62 | 531 | 186 | 381 | 1,298 |
| **SPA 2** | 441 | 388 | 1,208 | 301 | 550 | 2,888 |
| **SPA 3** | 193 | 117 | 213 | 126 | 277 | 926 |
| **SPA 4** | 461 | 524 | 594 | 1,731 | 1,428 | 4,738 |
| **SPA 5** | 380 | 287 | 320 | 263 | 255 | 1,505 |
| **SPA 6** | 498 | 465 | 1,086 | 419 | 463 | 2,931 |
| **SPA 7** | 327 | 236 | 435 | 127 | 409 | 1,534 |
| **SPA 8** | 310 | 281 | 486 | 123 | 376 | 1,576 |
| **Grand Total** | **2,748** | **2,360** | **4,873** | **3,276** | **4,139** | **17,396** |



**Table 2.**
Number of Persons in Vehicles, Tents, and Makeshift Shelters by Service Planning Area, Los Angeles Continuum of Care, 2019

| Service Planning Area (SPA) | | | | | | |
|---|---|---|---|---|---|---|
| | Persons in Cars | Persons in Vans | Persons in Campers/RVs | Persons in Tents | Persons in Makeshift Shelters | Total Persons in Vehicles, Tents, and Makeshift Shelters |
| SPA 1 | 147 | 94 | 806 | 197 | 413 | 1,657 |
| SPA 2 | 629 | 612 | 2,046 | 360 | 838 | 4,485 |
| SPA 3 | 299 | 209 | 456 | 205 | 759 | 1,928 |
| SPA 4 | 658 | 891 | 1,163 | 2,304 | 2,674 | 7,690 |
| SPA 5 | 536 | 447 | 572 | 335 | 411 | 2,301 |
| SPA 6 | 681 | 647 | 2,002 | 535 | 563 | 4,428 |
| SPA 7 | 437 | 322 | 809 | 134 | 696 | 2,398 |
| SPA 8 | 614 | 475 | 973 | 155 | 508 | 2,725 |
| **Grand Total** | **4,001** | **3,697** | **8,827** | **4,225** | **6,862** | **27,612** |



**Table 3.**
Number of Vehicles, Tents, and Makeshift Shelters by Supervisorial District, Los Angeles Continuum of Care,
2019

| Los Angeles County Supervisorial District (SD) | | | | | | |
|---|---|---|---|---|---|---|
| | **Cars** | **Vans** | **Campers/RVs** | **Tents** | **Makeshift Shelters** | **Total Vehicles, Tents, and Makeshift Shelters** |
| **SD 1** | 554 | 559 | 872 | 935 | 1,407 | 4,327 |
| **SD 2** | 830 | 734 | 1,565 | 1,342 | 1,042 | 5,513 |
| **SD 3** | 705 | 608 | 1,167 | 644 | 761 | 3,885 |
| **SD 4** | 370 | 307 | 425 | 103 | 427 | 1,632 |
| **SD 5** | 289 | 152 | 844 | 252 | 502 | 2,039 |
| **Grand Total** | **2,748** | **2,360** | **4,873** | **3,276** | **4,139** | **17,396** |

**Table 4.**
Number of Persons in Vehicles, Tents, and Makeshift Shelters by Supervisorial District, Los Angeles Continuum of
Care, 2019

| Los Angeles County Supervisorial District (SD) | | | | | | |
|---|---|---|---|---|---|---|
| | **Persons in Cars** | **Persons in Vans** | **Persons in Campers/RVs** | **Persons in Tents** | **Persons in Makeshift Shelters** | **Total Persons in Vehicles, Tents, and Makeshift Shelters** |
| **SD 1** | 790 | 907 | 1,707 | 1,248 | 2,749 | 7,401 |
| **SD 2** | 1,236 | 1,100 | 2,927 | 1,755 | 1,598 | 8,616 |
| **SD 3** | 1,001 | 968 | 2,009 | 811 | 1,216 | 6,005 |
| **SD 4** | 603 | 481 | 827 | 121 | 632 | 2,664 |
| **SD 5** | 371 | 241 | 1,359 | 288 | 667 | 2,926 |
| **Grand Total** | **4,001** | **3,697** | **8,829** | **4,223** | **6,862** | **27,612** |



**Table 5.**
Number of Vehicles, Tents, and Makeshift Shelters by Council District, City of Los Angeles, 2019

| City of Los Angeles Council District (CD) | | | | | | |
|---|---|---|---|---|---|---|
| | Cars | Vans | Campers/RVs | Tents | Makeshift Shelters | Total Vehicles, Tents, and Makeshift Shelters |
| **CD 1** | 141 | 185 | 181 | 210 | 298 | 1,015 |
| **CD 2** | 98 | 109 | 245 | 61 | 198 | 711 |
| **CD 3** | 43 | 37 | 149 | 27 | 32 | 288 |
| **CD 4** | 41 | 45 | 74 | 59 | 77 | 296 |
| **CD 5** | 51 | 51 | 67 | 69 | 72 | 310 |
| **CD 6** | 100 | 74 | 274 | 95 | 148 | 691 |
| **CD 7** | 79 | 75 | 253 | 64 | 76 | 547 |
| **CD 8** | 106 | 121 | 271 | 70 | 93 | 661 |
| **CD 9** | 126 | 107 | 298 | 309 | 402 | 1,242 |
| **CD 10** | 70 | 71 | 110 | 80 | 103 | 434 |
| **CD 11** | 176 | 187 | 201 | 189 | 150 | 903 |
| **CD 12** | 40 | 31 | 96 | 12 | 15 | 194 |
| **CD 13** | 116 | 152 | 137 | 376 | 286 | 1,067 |
| **CD 14** | 106 | 116 | 165 | 963 | 515 | 1,865 |
| **CD 15** | 134 | 148 | 286 | 95 | 290 | 953 |
| **Grand Total** | **1,427** | **1,509** | **2,807** | **2,679** | **2,755** | **11,177** |

**Table 6.**

Number of Persons in Vehicles, Tents, and Makeshift Shelters by Council District, City of Los Angeles, 2019

| | City of Los Angeles Council District (CD) | | | | | |
|---|---|---|---|---|---|---|
| | Persons in Cars | Persons in Vans | Persons in Campers/RVs | Persons in Tents | Persons in Makeshift Shelters | Total Persons in Vehicles, Tents, and Makeshift Shelters |
| **CD 1** | 201 | 310 | 354 | 279 | 550 | 1,694 |
| **CD 2** | 140 | 172 | 415 | 73 | 302 | 1,102 |
| **CD 3** | 61 | 58 | 252 | 32 | 49 | 452 |
| **CD 4** | 58 | 75 | 129 | 75 | 131 | 468 |
| **CD 5** | 72 | 80 | 119 | 89 | 123 | 483 |
| **CD 6** | 143 | 117 | 464 | 114 | 225 | 1,063 |
| **CD 7** | 113 | 118 | 429 | 77 | 116 | 853 |
| **CD 8** | 145 | 168 | 500 | 89 | 113 | 1,015 |
| **CD 9** | 175 | 154 | 554 | 398 | 634 | 1,915 |
| **CD 10** | 97 | 107 | 207 | 105 | 161 | 677 |
| **CD 11** | 248 | 291 | 360 | 241 | 242 | 1,382 |
| **CD 12** | 57 | 49 | 163 | 14 | 23 | 306 |
| **CD 13** | 166 | 259 | 268 | 500 | 536 | 1,729 |
| **CD 14** | 151 | 197 | 323 | 1,282 | 964 | 2,917 |
| **CD 15** | 249 | 241 | 564 | 120 | 390 | 1,564 |
| **Grand Total** | **2,076** | **2,396** | **5,101** | **3,488** | **4,559** | **17,620** |

5

**EXHIBIT B**

**File No. 10-0014**

**TO THE COUNCIL OF THE**
**CITY OF LOS ANGELES**

**Your**                              **TRANSPORTATION**                              **Committee**

**report as follows:**

GENERAL EXEMPTION, TRANSPORTATION COMMITTEE REPORT and Resolution relative to the establishment of an Overnight Parking District (OPD) on the east side of White Oak Avenue and the west side of Jellico Avenue adjacent to Jesse Owens Park.

Recommendations for Council action:

1.   FIND that the establishment of an OPD, pursuant to Los Angeles Municipal Code (LAMC) Section 80.54, is exempt from the California Environmental Quality Act (CEQA) under the General Exemption (Article II, Section One of the 2002 Los Angeles City CEQA Guidelines).

2.   ADOPT the accompanying Resolution establishing an OPD, pursuant to LAMC Section 80.54 to include the following street segment:

     a.   The 360 foot long segment on the east side of White Oak Avenue between the alley south of Sherman Way and the southerly boundary of Jesse Owens Park.

     b.   The 300 foot long segment on the west side of Jellico Avenue (adjacent to Jesse Owens Park) between the dead-end north of Hart Street to a point approximately 300 feet southerly of the dead end.

3.   AUTHORIZE the following parking restriction for use in this OPD:

     "TOW AWAY; NO PARKING 2 AM TO 6 AM"

4.   FIND that the Los Angeles Police Department should have the primary responsibility for the enforcement of the authorized overnight parking restriction in this OPD, with support from Los Angeles Department of Transportation (LADOT) Parking Enforcement, since the reported problems involve criminal activity.

5.   DIRECT the LADOT to post the authorized overnight parking restriction signs on the following street, except for areas where either parking is currently prohibited at all times in the interest of traffic flow or safety or there are existing parking prohibitions that encompass the 2 AM to 6 AM time period, upon Council action establishing this OPD:

     a.   The 360 foot long segment on the east side of White Oak Avenue between the alley south of Sherman Way and the southerly boundary of Jesse Owens Park.

     b.   The 300 foot long segment on the west side of Jellico Avenue (adjacent to Jesse Owens Park) between the dead-end north of Hart Street to a point approximately 300 feet southerly of the dead end.

6.   AUTHORIZE the LADOT to install or remove the authorized parking restriction signs within this OPD, except for areas where parking is currently prohibited at all times in the interest of traffic flow or safety, upon written instructions from Council District 12 requesting the installation or removal of such signs following Council action establishing the district.

Fiscal Impact Statement:  The LADOT reports that all costs of the Overnight Parking Program are intended to be fully supported by fees charged for Overnight Parking Permits or from other contributions.  Since there will be no Overnight Parking Permits for this OPD and no other contributions have been identified, the cost of parking restriction sign installation will have to be absorbed by the LADOT General Fund budget for Fiscal Year 2009-10.  However, the City may gain additional General Fund revenue from the issuance of parking citations to violators of the OPD's parking restrictions.

Community Impact Statement:  None submitted.

SUMMARY

At a meeting held on January 13, 2010, the Transportation Committee considered the LADOT report regarding the establishment of an OPD on the east side of White Oak Avenue and the west side of Jellico Avenue adjacent to Jesse Owens Park.  An opportunity for public comment was held.  Afterwards, the Committee moved to approve the recommendations contained in the LADOT report.  This matter is now forwarded to the Council for its consideration.

Respectfully submitted,

TRANSPORTATION COMMITTEE

| MEMBER | VOTE |
|---|---|
| ROSENDAHL: | YES |
| LABONGE: | YES |
| ALARCON: | ABSENT |
| KORETZ: | YES |
| PARKS: | YES |

SG
1/19/10
CD 12
#10/10-0014_rpt_tran_1-19-10.doc

**Not Official Until Council Acts**

**EXHIBIT C**

**Los Angeles**
**HOMELESS SERVICES AUTHORITY**
LAHSA Working Together to End Homelessness in Los Angeles

# 2020 SAFE PARKING PROGRAM
# REQUEST FOR PROPOSALS (RFP)

*Revise Per Addendum #1*

**RFP Released:** January 16, 2020
**Mandatory In-Person Proposers' Conference:** February 5, 2020, 1 PM – 3 PM
**Written Questions Due:** February 7, 2020, 2 PM
**Submission Deadline:** February 28, 2020, 2 PM

**Table of Contents**

**A. DESCRIPTION OF WORK** ..............................................................................**3**
*1.    Background* ................................................................................ 3
*2.    Objective* .................................................................................. 3
*3.    Funding Available* ...................................................................... 4
*4.    Eligible Applicants* .................................................................... 4
*5.    Eligibility to Receive Funds* ......................................................... 5
*6.    Contract Term* ........................................................................... 5
*7.    Geographic Area Served* .............................................................. 6
*8.    Eligible Populations* ................................................................... 6
*9.    Core Principles* .......................................................................... 6
*10.   Performance Outcomes* ............................................................... 8
*11.   Budget and Leverage* .................................................................. 8
*12.   Timeliness Standards* .................................................................10
*13.   Joint Offers* .............................................................................10
*14.   Site* .......................................................................................11
*15.   Subcontractors* .........................................................................12
*16.   Proposed Contract* .....................................................................12
*17.   Remedial Action* ........................................................................12
*18.   No Commitment to Award* ............................................................13
**B. PROPOSAL CRITERIA AND EVALUATION PROCESS** ......................**14**
*1.    Overview* ................................................................................14
*2.    Quality Review* .........................................................................14
**C. GENERAL INSTRUCTIONS** .....................................................**18**
*1.    Proposal Submittal* ...................................................................20
*2.    Due Date* .................................................................................21
*3.    Mandatory Proposers' Conference* .................................................21
*4.    RFP Addenda/Clarifications* .........................................................22
*5.    Process Appeals* ........................................................................22
**D. PROPOSAL CONDITIONS AND RESERVATIONS** .........................**24**
**E. CONTRACT CONDITIONS** ........................................................**28**

# A. DESCRIPTION OF WORK

## 1. Background

In the County of Los Angeles, there are thousands of homeless individuals who are living in their vehicles. Vehicles provide a sense of security for some homeless individuals. Throughout the County, several areas designated by ordinances do not allow for overnight vehicle parking. As a result, homeless individuals living in their vehicles must move repeatedly, or face the risk of citations and towing. The lack of safety and stability for individuals living in their vehicles hinders their path to self-sufficiency and housing.

To help alleviate this issue, LAHSA has established a countywide Safe Parking Program that allows for overnight parking at predetermined locations for homeless individuals and/or families who currently dwell in their vehicles. Safe Parking programs further the concept of "No Wrong Door," as the program can be used to connect homeless individuals to service providers and case management services, including the Coordinated Entry System (CES).

## 2. Objective

The Los Angeles Homeless Services Authority (LAHSA) is issuing this Request for Proposals (RFP) to fund Safe Parking services for all populations who are experiencing homelessness within Los Angeles County.

The Safe Parking Program's primary goal is to provide families or individuals who dwell in their vehicles with a safe and legal place to park and sleep at night and ensure participant linkage and access to supportive services and other resources via CES.

Applicants to the Safe Parking Program RFP may either elect to operate one of the County or City-owned sites referenced in Section A.14 or may submit a proposal with their own site.

**Program Models**

Applicants to the Safe Parking Program RFP have the option of proposing to operate a site utilizing one of the two program models listed in *Table 1: Safe Parking Program Models.* LAHSA intends to fund both programs utilizing both models.

| Table 1: Safe Parking Program Models | | |
|---|---|---|
| | **Model 1:** Safe Parking with Case Management | **Model 2:** Safe Parking with Light-touch Case Management |
| Program Overview | • Up to $30 per vehicle per night<br>• No minimum or maximum spaces per lot<br>• Suggested hours of operation: 7pm-7am<br>• Automobile related financial | • Up to $18 per vehicle per night<br>• Minimum 30 per lot<br>• Suggested hours of operation: 7pm-7am<br>• Security |

| | | |
|---|---|---|
| | assistance available for participants (Everyone in the vehicle)<br>• Security<br>• Sanitation | • Sanitation |
| Case Management Requirements | • Client CES Assessments and Enrollments<br>• Warm Hand-Offs and linkages to community resources to include but not limited to: housing, medical, educational, employment, diversion, and assistance with scheduling appointments<br>• On-going Client Engagement | • Client CES Initial Access Tool<br>• Warm Hand-Offs and linkages to community resources to include but not limited to: housing, medical, educational, employment, diversion and assistance with scheduling appointments |
| Eligible Costs | • Case management staff<br>• Security<br>• Sanitation<br>• Financial assistance<br>• Food<br>• Lot fee | • Case management staff<br>• Security<br>• Sanitation<br>• Lot fee |

Proposers funded under this RFP will be required to operate as collaborative partners within the existing CES. Proposers funded under this RFP will utilize LA CoC approved screening and assessment tools and are required to comply with standardized operating policies and procedures developed and adopted by LAHSA and the CES partners.

All projects that are awarded funding under this RFP will be subject to the terms and conditions of this RFP and any LAHSA-issued revisions or addenda to this RFP. Revisions and addenda to this RFP may be issued in response to written questions or to communicate revisions or corrections made by the funder.

## 3. Funding Available

There is $4,136,650 of annual funding available for this RFP. Funding under this RFP is anticipated but not guaranteed through the State of California Homeless Emergency Aid Program (HEAP), County of Los Angeles Measure H Funds, and City of Los Angeles General Funds.

## 4. Eligible Applicants

Government agencies

This RFP is open to all government agencies.

Non-profit Organizations

This RFP is also open to nonprofit organizations that were certified as qualified bidders/proposers through the LAHSA Request for Statement of Qualifications (RFSQ) process before award recommendations are presented for this RFP. Award recommendations are scheduled to be presented at LAHSA's Programs and Evaluation Committee on April 16, 2020. That date is subject to change.

The list of certified agencies can be viewed at the following link:
https://www.lahsa.org/documents?id=1334-exhibit-i-certified-agencies-funding-sources.pdf

Instructions on how to become a LAHSA qualified bidder can be viewed at the following link:
https://www.lahsa.org/news?article=214-request-for-statement-of-qualifications-rfsq-for-certification-as-a-qualified-bidder-for-lahsa-funding-opportunities

## 5. Eligibility to Receive Funds

While government agencies are eligible to apply for this funding opportunity, in order for a government agency to be a recipient of HEAP funds, that city or jurisdiction must have submitted a current shelter crisis declaration pursuant to the requirements of California Government Code 8698, Chapter 7.8, and have submitted a signed copy of that declaration to LAHSA by November 15, 2018. A list of cities/jurisdictions who have declared a homelessness emergency can be seen in *Exhibit B: Jurisdictions with Shelter Declaration.*

Nonprofit proposers must be certified, through the appropriate process, to receive HEAP, Measure H, or City of Los Angeles General Funds (see Table 2 below). For purposes of this RFP, nonprofit proposers who are certified as qualified bidders for L.A. County General Funds will be eligible to receive State HEAP funds.

| Table 2: Potential Funding Sources and Eligibility | | |
|---|---|---|
| Potential Funding Source | Eligible Entities | Eligible Projects |
| State HEAP | • Jurisdictions listed in Exhibit B<br>• Nonprofits certified to receive L.A. County General Funds | Projects in the County of Los Angeles |
| L.A. County Measure H Special Funds | • All government entities<br>• Nonprofits certified for L.A. County Measure H Special Funds | Projects in the County of Los Angeles |
| City of Los Angeles General Funds | • All government entities<br>• Nonprofits certified for City of Los Angeles General Funds | Projects in the City of Los Angeles |

## 6. Contract Term

The contract term for contracts awarded through this RFP is July 1, 2020 to June 30, 2023 with funding authorized on an annual basis at the end of each fiscal year. The initial contract start date may be delayed pending transition of clients from expiring contracts. LAHSA will allow providers to use up to 60-days from their contract start date as startup time. Providers can bill for expenses

incurred during this time even if clients have not yet been served. All expenses must be included in the budget approved by LAHSA. LAHSA reserves the right to authorize funding on an annual basis, based upon, but not limited to, satisfactory contractor performance, availability of funds, and demonstrated geographic need.

## 7. Geographic Area Served

Projects must be located within the County of Los Angeles. Each proposal must clearly identify the site address, the Service Planning Area (SPA) in which the proposed project will be located and demonstrate the ability to serve the identified populations and the entire SPA. Final funding allocation will be made according to the geographic restrictions of the funding, the quality review results, and the need for services in each SPA. See Section B.3 for more information.

LAHSA reserves the right to promote broad geographic distribution of services across SPAs in making funding decisions. If an insufficient number of qualified proposals are received or if the proposals received are deemed non-responsive or not qualified as solely determined by LAHSA, LAHSA reserves the right to either re-issue the RFP, execute a sole-source contract with one or more providers, or otherwise ensure that services are provided by other means in a manner consistent with component requirements.

## 8. Eligible Populations

This RFP seeks to fund Safe Parking services that will serve any of the following groups experiencing homelessness:

- Adults (ages 18 and over)
- Youth (ages 16-24)
- Families

Applicants can propose to serve more than one population group per site.

Each program participant's housing status must be determined and documented according to the Homeless Emergency Assistance and Rapid Transition to Housing Act of 2009 (HEARTH Act) Homeless Definition Final Rule (24 CFR 583.5; 24CFR 583.301(b)).

## 9. Core Principles

***The following principles are required for all system components funded under this RFP. Proposers must review the Scope of Required Services (SRS) for each required activity to develop a response to this RFP. The SRSs can be found in Exhibit A.***

**Housing First**
According to the webinar *Core Principles of Housing First and Rapid Re-Housing* issued by HUD and the Unites States Interagency Council on Homelessness (USICH), the Housing First approach is based on the following principles:

1. Housing is safe and affordable;
2. All people can achieve housing stability in permanent housing; supports may look different;
3. Everyone is "housing ready";
4. Improved quality of life, health, mental health, and employment can be achieved through housing;

5. Right to determination, dignity and respect;
6. Configuration of housing and services based on household's needs and preferences.

For more information, please review the USICH resource at the link below:
https://www.usich.gov/resources/uploads/asset_library/PRS_Housing_First_and_RRH_Webinar_07_22_14.pdf

**Harm Reduction**
Harm reduction policies, procedures, and practices aim to reduce the negative consequences of behaviors that are detrimental to the participant's health and well-being (i.e., abuse of drugs and/or alcohol, failure to be medication compliant, engaging in criminal activity, prostitution, choosing to sleep outside, etc.). In housing settings, harm reduction is intended to prevent a participant's loss of housing and/or termination from the program based solely on his or her inability to stop engaging in harmful behaviors.

Programs incorporating a harm reduction model must utilize all interventions possible, short of termination from the program, to enable the participant to reduce or minimize their risky behaviors, while at the same time assisting them to move into and become stabilized in permanent housing. Harm reduction is not intended to prevent the termination of a participant whose actions or behavior constitute a threat to the safety of other participants and staff. Organizations must develop a set of policies and procedures to be implemented in the event of such behavior on the part of a participant.

**Trauma-Informed Care**
Trauma-informed care requires that every part of the program's design and operation be approached with an understanding of trauma and the impact it has on those receiving services. Traumatic experiences can impact how clients receive services provided and the environment in which those services are delivered.

Establishing a safe and supportive environment are principal aspects of trauma-informed care. To do so, a program must ensure that all staff receive training on traumatic stress and its impact, as well as the relationship between trauma and mental health, substance use, and homelessness. Training should detail how working with trauma survivors can impact staff, and how these issues can impact their work. Staff training in crisis management may include learning how to help clients identify triggers, express their feelings safely, use healthy coping skills, in addition to helping clients develop safety and self-care plans prior to a crisis.

**Cultural Competency**
Programs funded under this RFP must consider cultural and linguistic factors in addressing the needs of populations to be served. Subpopulation identities may include, but are not limited to, race and ethnicity, gender and gender identity, sexual orientation, economic class, age, family status, language spoken and understood, physical and mental disabilities, living situation, etc. Proposers must demonstrate the capacity to accommodate special populations within the proposer's general population (i.e., youth, LGBT, disabled clients, veterans, victims of domestic violence) throughout all levels of the organization, from organizational vision and mission statement, to policy implementation, and to service delivery procedures and philosophies. Effective communication

requires, at a minimum, the provision of service and information in appropriate language, at appropriate educational and literacy levels, and in the context of the individual's cultural identity.

## 10.  Performance Outcomes

Programs funded under this RFP will be expected to achieve the following outcomes during the contract term:

Model 1: Safe Parking with Case Management
1. 20% of program participants exit to a successful destination (interim or permanent housing). This target applies to participants that have been enrolled in the program for at least 7 days.
2. 25% of program participants are given referrals to any Housing Search and Placement services. This target applies to participants that have been enrolled in the program for at least 7 days.
3. Program averages a 95% Occupancy Rate.

Model 2: Safe Parking with Light-touch Case Management

1. 75% of program participants are given referrals. This target applies to participants that have been enrolled in the program for at least 7 days.
2. Program averages a 95% Occupancy Rate.

A more comprehensive explanation of performance outcomes can be seen in the SRS.

## 11.   Budget and Leverage

Proposers are required to submit a competitive budget, for a twelve-month contract term, which will allow them to operate at an optimal level. A budget template has been provided with this RFP that provides for a line item budget by category. Using the budget template provided, proposers must submit a complete budget for the total cost of the proposed project, including the request to LAHSA, and any other funding sources being leveraged. Documentation of leverage, such as a contract, a scanned copy of a check, a commitment letter, or an MOU, must be submitted in MyOrg at the time of the application.

Proposers may request *up to* $30 per vehicle per night for 365 nights (Model 1) or $18 per vehicle per night for 365 nights (Model 2). However, proposers who are able to meet the service requirements by leveraging other funds and request less than the allotted amount per vehicle from LAHSA will receive more points in this category.

Proposers seeking to leverage other funds or services must ensure theses resources have the capacity to absorb the additional workload. For example, if a proposer seeks to leverage an existing case management or navigation program, it must ensure these programs have the capacity to absorb these additional responsibilities while adhering to their own scope of required services.

Funds will be distributed at LAHSA's discretion. The rate for administrative cost reimbursement will be based on the maximum allowable rate of the funder from which you receive funds, up to 12%. The budget template provided includes a 12% administrative cost reimbursement rate, which may be reduced based on the final determination of funding source.

**Leverage**

As part of the Quality Review process, all proposals will be evaluated regarding the level of leveraged funds that are committed to the project. Proposals demonstrating higher leverage will receive additional points within the Program Budget category of Quality Review. To receive full points, documentation of leverage, such as a contract, a scanned copy of a check, a commitment letter, or an MOU, must be submitted in MyOrg.

| Table 3: Safe Parking Program Model 1 Funded Activities and Leveraged Services | | |
|---|---|---|
| **Program Activities** | **Eligible to be Funded by this RFP** | **Eligible to be Funded by Leveraging** |
| OPERATING COSTS | | |
| Site Operations | X | X |
| Space Costs | X | X |
| Maintenance/Repair | X | X |
| Security | X | X |
| Utilities | X | X |
| Food Costs | X | X |
| Insurance | X | X |
| SUPPORTIVE SERVICES | | |
| Financial Assistance - Vehicle repairs, license, insurance, registration | X | X |
| Case Management | X | X |
| Housing Navigation | X | X |
| Outreach Services | | X |
| Life Skills (Outside of Case Management) | | X |
| Alcohol and Drug Abuse Services | | X |
| Mental Health Services | | X |
| AIDS - Related Services | | X |
| Other Health Care Services | | X |
| Education/Literacy | | X |
| Housing Placement | | X |
| Employment Assistance | | X |
| Child Care Services | | X |
| Legal Services | | X |

| Table 4: Safe Parking Model 2 Funded Activities and Leveraged Services | | |
|---|---|---|
| **Program Activities** | **Eligible to be Funded by this RFP** | **Eligible to be Funded by Leveraging** |
| OPERATING COSTS | | |
| Site Operations | X | X |
| Space Costs | X | X |
| Maintenance/Repair | X | X |
| Security | X | X |
| Utilities | X | X |
| Food Costs | | X |
| Insurance | X | X |
| SUPPORTIVE SERVICES | | |
| Financial Assistance - Vehicle repairs, license, insurance, registration | | X |
| Case Management | X | X |
| Housing Navigation | | X |
| Outreach Services | | X |
| Life Skills (Outside of Case Management) | | X |
| Alcohol and Drug Abuse Services | | X |
| Mental Health Services | | X |
| AIDS - Related Services | | X |
| Other Health Care Services | | X |
| Education/Literacy | | X |
| Housing Placement | | X |
| Employment Assistance | | X |
| Child Care Services | | X |
| Legal Services | | X |

Further details regarding eligible activities and program design details can be viewed in the program's Scope of Required Services (SRS) in Exhibit A found at the end of the RFP.

## 12.  Timeliness Standards

The proposer is expected to demonstrate the ability to begin project operation no later than 60 days after the contract start date listed in *Section A.6 Contract Term*, and to fully utilize grant funds within the proposed contract term. Proposals must demonstrate a plan for rapid implementation of the program. The proposer is expected to initiate the approved projects promptly in accordance with the requirements of this RFP and the federal and local regulations governing the awarded funding. Grant terms, and associated grant operations, may not extend beyond the availability of funds.

## 13. Joint Offers

Where two or more proposers desire to submit a single proposal in response to this RFP, they should do so as a prime contractor and subcontractor relationship, rather than as a joint venture or

informal team.   LAHSA intends to contract with single organizations and not with multiple
organizations doing business as a joint venture.

## 14.  Site

**Parking Lots to Bid On**

There are lots being made available through this RFP to use for safe parking. These lots are both
publicly and privately owned. If you are interested in proposing to operate one of these lots made
available through the RFP, site addresses and details on the lots will be posted on the LAHSA
webpage of this RFP. Details include ideal hours of operation, any additional amenities on site, and
maximum number of spots available for safe parking, as well as designated person to contact to
schedule a site visit.  These lots will be made available at no cost to the proposer. However, upon
award, the proposer will be responsible for all other expenses.  Only one proposer will be awarded
for each of these lots. Proposals that intend to apply with one of these lots must indicate the site in
their application. No site control documents are required for this option.

**Proposer owned/leased sites**

Proposers that are applying with their own site must submit site control documents at the time of
application. Acceptable forms of site control at time of application are:

- Permits
- Leases
- Lease options
- Titles/deeds indicating ownership
- Purchase options
- MOU from the property landlord indicating intent to lease
- A letter from the site owner or landlord on company letterhead that commits to leasing or
  selling the facility to the applicant upon award

Qualifying proposers that do not submit a fully executed lease agreement or proof of ownership at
the time of application submission will be recommended for award conditioned upon LAHSA
receiving the documentation within 60 days of award announcement. Documentation must be
submitted in MyOrg before clicking "submit" on the application.

Acceptable forms of site control within 60 days of award announcement:

- Permits
- Leases
- Lease options
- Titles/deeds indicating ownership

If the proposer does not submit site control before the 60-day deadline, LAHSA has the right to
rescind the award and instead recommend the award to the next highest scoring proposal in that
SPA.

The site must be compliant with the Americans with Disabilities Act of 1990 and the American with
Disabilities Act Amendments Act of 2008 (ADA/ADAA). Additionally, proposed facilities need to
adhere to the following requirements (see the Scope of Required Services for the full list of site and
program requirements):

- o On-site restroom facilities that are ADA compliant (portable toilets acceptable)
- o Handwashing station (portable stations acceptable)
- o Well-lit grounds
- o At least one parking space between each vehicle for privacy
- o Suggested hours of operation: 7pm-7am, 7 days a week. (Hours may vary by location)

For program Model 1, LAHSA is not mandating a minimum or maximum number of vehicles per site. However, the maximum nightly rate per vehicle is based on a model of 25 vehicles per site.

For program Model 2, there must be at least 30 vehicles per site.

Larger sites may be able to operate at a lower nightly rate per car; proposals which include a lower nightly rate per vehicle will receive extra points in the evaluation of proposals.

## 15. Subcontractors

All subcontractors proposed to carry out any portion of the performance of services will require LAHSA approval prior to contracting. Proposers must submit the Subcontractor Profile Form by the Proposal Submission Deadline. Proposers must submit a copy of their organization's policies/procedures for selecting and entering into contracts with subcontractors and monitoring subcontractor performance. The proposer must submit a specific plan for monitoring subcontractor(s) in the performance of their subcontract, which includes programmatic and fiscal areas of review, potential corrective actions that will be imposed if the subcontractor is noncompliant or not performing and planned monitoring dates and timetables for resolution of findings.

## 16. Proposed Contract

The proposer, if selected through this RFP and subsequently selected for award, shall be required to enter into a written agreement with LAHSA that will be considered the contract.  The contract will incorporate all pertinent terms and conditions set forth in this RFP, including those added by addendum, and to reflect the proposer's offer or the outcome of the contract negotiations, if any, conducted with the Proposer.  Proposers who are unable or unwilling to comply with LAHSA policies and procedures will not be considered for funding under this RFP.

## 17. Remedial Action

Corrective actions may be imposed on a provider for noncompliance with regulations, contract requirements, and other applicable professional standards.  Should a provider fail for any reason to comply with the contractual obligations of their contract, LAHSA reserves the right to take remedial action at its discretion as set forth in LAHSA's Remedial Action Policy or the policies of LAHSA's funders. LAHSA, at its sole discretion, may impose remedial actions for cause including but not limited to the following: Notice of Noncompliance, Withholding of Payment, Probation, Suspension, Termination and/or, Debarment.

Further information on LAHSA's Remedial Action Policy can be found at the following link: https://www.lahsa.org/documents?id=1546-agency-remedial-action-policy.pdf

## 18. No Commitment to Award

Issuance of this RFP and receipt of proposals is not a commitment to award a contract. LAHSA expressly reserves the right to postpone proposal opening or award for its own convenience, to accept or reject any or all proposals received in response to this RFP, to negotiate with more than one Proposer concurrently, or to cancel all or part of this RFP.

# B. PROPOSAL CRITERIA AND EVALUATION PROCESS

## 1.  Overview

All complete proposals received by the submission deadline will be submitted for a Quality Review, and will be evaluated by a panel, which will be referred to as the "Evaluation Panel." Proposals will be scored independently based on the criteria outlined in section B.2 *Quality Review*. Proposals must receive an aggregate score of 75 points or more to be recommended for funding. Final funding recommendations will be based on the overall score of the proposal and geographic distribution of funds.

Quality review results and final funding recommendations will be posted on the LAHSA website and presented to the LAHSA Commission for approval.

| Table 5: RFP Timeline* ||
| --- | --- |
| **ITEM** | **DATE** |
| RFP Release | January 16, 2020 |
| Mandatory In-Person Proposers' Conference | February 5, 2020, 1 PM – 3 PM |
| Written Questions Due | February 7, 2020, 2 PM |
| Submission Deadline | February 28, 2020, 2 PM |
| Quality Review | March - April 2020 |
| Contract Start | July 1, 2020 |
|  |  |

*Timelines subject to change at LAHSA's sole discretion.

## 2.  Quality Review

Proposals will be evaluated based on program design, CES alignment, organizational capacity and experience, budget, cost efficiency, program readiness, and any other identified priorities. Each proposal's content, responsiveness, conciseness, clarity, relevance, and adherence to the instructions in this RFP will be considered when scoring each category.  Final scoring will be based on the proposal as submitted.

| Table 6:  Quality Review Scoring Matrix ||
| --- | --- |
| **Scoring Area** | **Points Allotted** |
| **Program Requirements** | 15 |
| **Program Design** | 20 |
| **Program Readiness** | 15 |
| **Organizational Experience** | 10 |
| **CES Alignment** | 10 |
| **Program Budget** | 10 |
| **Cost Efficiency** | 10 |
| **Proximity to Vehicular Homeless Population Density** | 10 |
| **Total Points Possible** | 100 |

### *Program Requirements*

The proposal must demonstrate an understanding of program requirements and the needs of the population it proposes to serve. The proposer's compliance with LAHSA's Equal Access and Gender Identity policy and Feedback and Grievance policies is required.

The proposer must adhere to the requirements of the Americans with Disabilities Act (ADA) through their program delivery. The proposer must accommodate participants with mobility, auditory, and visual impairments.

Proposers must commit to entering relevant programmatic information into the LA CoC HMIS.

Proposers should reference LAHSA's Equal Access with Gender Identity Policy (previously known as HUD rule) and the 2010 Service Animal Policy:

https://www.lahsa.org/documents?id=1770-equal-access-and-gender-identity-policy.pdf

https://www.lahsa.org/documents?id=1959-lahsa-service-animal-accommodation-policy.pdf.

The proposer must make the program open to all eligible populations regardless of sexual orientation, gender identity, marital status, race, color, religion, national origin, age, or disability status.

Grievance and feedback policies must be operationalized, accessible to all participants, and aligned with LAHSA policies. More information on LAHSA's Grievance Policies and Procedures can be seen at the following link:

https://www.lahsa.org/documents?id=1237-lahsa-participant-termination-and-grievance-policies-and-procedures-contractor-requirements.pdf

LAHSA's Procurement and Performance Management Department will examine the Program Requirement section of the application, and verify that the proposer commits to the stated requirements. Proposers that submit policies and procedures that demonstrate their adherence to program requirements will receive full points in this category. Proposers that merely state that they commit to program requirements will receive partial points.

### *Program Design*

Proposals will be evaluated on the demonstration of the utilization of best practices in their proposed program and the accessibility of the program to diverse participants.

The proposer's understanding of Housing First, Harm Reduction, and Trauma-Informed Care principles, and the extent to which such concepts are embedded into the proposed program's design will be evaluated.

The Evaluation Panel will examine proposed safety measures. This may include the number of security guards, lighting, and the extent to which general lot characteristics have been contemplated and described within the security plan.

The Evaluation Panel will assess the use of supportive services, staffing and supervision plans to assist clients in achieving successful connection to appropriate services. All proposals should detail clear diversion strategies that are implemented into program design and in alignment with the SRS.

The Evaluation Panel will evaluate the proposed location of the proposed safe parking site. Proposals should justify why the selection of their proposed location is ideal for serving the number of homeless households proposed.

The Evaluation Panel will assess whether the proposal makes the program open to all eligible populations regardless of sexual orientation, gender identity, marital status, race, color, religion, national origin, age, or disability status. Proposers will be evaluated on the extent to which they demonstrate (1) an understanding of the unique demographic challenges of their participants, (2) experience serving these participants, and (3) how their staffing and programming decisions are tailored to meeting the needs of the populations they will be serving.

The proposal should describe a plan to meet the requirements of the Americans with Disabilities Act/ Americans with Disabilities Amendments Act (ADA/ADAA) through their program delivery and site.

Proposers should reference LAHSA's Equal Access with Gender Identity Policy (previously known as HUD rule) and the 2010 Service Animal Policy:
https://www.lahsa.org/documents?id=1770-equal-access-and-gender-identity-policy.pdf
https://www.lahsa.org/documents?id=1959-lahsa-service-animal-accommodation-policy.pdf.

The Evaluation Panel will examine the proposer's plan to serve participants with limited English proficiency and their access to translation services. The Panel will additionally assess the extent to which grievance and feedback policies are operationalized and accessible to its clients.

The Evaluation Panel will evaluate the management/staff structure articulated in the proposal, along with the submitted organization chart. The proposal should detail mechanisms for ongoing and consistent staff supervision and an internal quality assurance monitoring system.

### *Program Readiness*

All proposers will be evaluated on the proposer's ability to achieve full staffing and implement the program by the program start date. Proposers should present a detailed process for ensuring operational effectiveness and quality control of staff. The Evaluation Panel will assess whether the applicant demonstrates a robust plan and clear commitment to transparently engage the neighborhood and surrounding community. This could include, but is not limited to, working with elected officials, advertising the location of site, developing a community grievance process, demonstrating ample experience or partnerships within the community, and membership/attendance to local associations. Proposers who are applying with their own site will receive five points if they submit a letter of support from their local jurisdiction.
The appropriateness of the site/location for serving the proposed number of participants will be evaluated.

The following paragraph outlines the site control scoring that will be used for proposers who are applying with their own site:

The strength of site control at the time of application submission will be evaluated and will be worth five points. The strongest demonstration of site control is evidence that the applicant either owns

the facility or has a fully executed lease agreement. A letter from the site owner or landlord on company letterhead that commits to leasing or selling the facility to the applicant upon award is acceptable at application submission but would gain zero points. Blank or unsigned lease agreements or letters of intent from the applicant to the property owner do not fulfill the site control requirement for this RFP and would result in an incomplete application.

Proposers who elect to operate a lot made available through this RFP do not need to submit documentation of site control or a letter of support from their local jurisdiction. These proposers will automatically receive ten points for this category (five for site control and five for the letter).

### *Organizational Experience*
The proposer's experience successfully performing services related to those listed in this RFP will be taken into consideration. The panel will evaluate the proposed projects based on the ability of the Proposer to meet performance outcomes. Programs that demonstrate the ability to meet or exceed performance outcomes will achieve higher scores than programs that do not. LAHSA and the Evaluation Panel reserve the right to request additional data to verify information submitted with the proposal.

### *Coordinated Entry System Alignment*
Proposals will be evaluated on the extent to which the proposed project is integrated with service and housing providers and coordinated with other systems of care (health care, education, etc.) within the region. Applicants should detail or provide evidence of a history of participation in LA CES coordinated assessment and intake efforts, as well as a plan to collaborate with the LA County CES.

### *Program Budget*
The Evaluation Panel will evaluate the feasibility, reasonableness, and accuracy of the budget. It will also evaluate the extent to which additional funding and resources are committed to the proposed project. The proposal should describe and specify the source and dollar amount of other public and private funding and resources that will be or have been leveraged to complete the proposed project. Strength of financing commitments will also be considered in the proposal evaluation.

### *Cost Efficiency*
Cost efficiency will be determined by dividing the amount of dollars requested by the vehicles served per night. LAHSA will assign 10 points to the most cost-efficient proposal submitted. After determining the most cost-efficient proposal, LAHSA will assign a cost efficiency score from 0 to 10 that is based on the percentile deviation of each proposal from the most cost-efficient proposal.

*Proximity to Vehicular Homeless Population Density[1]*

LAHSA will assign points based on the proposed locations' proximity to locations with a high density of people dwelling in their vehicles as reported in the 2019 Homeless Count.

The following table indicates the intervals that will be used to determine the score awarded to each proposed location for proximity to homeless density:

| Table 7: Proximity to Vehicular Homeless Count Population Density | |
|---|---|
| **Points awarded** | **Homeless Count Population Density** |
| **0** | 0 |
| **1** | 1-3 |
| **2** | 4-5 |
| **3** | 6-8 |
| **4** | 9-12 |
| **5** | 13-16 |
| **6** | 17-24 |
| **7** | 25-34 |
| **8** | 35-51 |
| **9** | 52-88 |
| **10** | 89+ |

Applicants do not need to compute their proposed site's density score. Click on the following link to access the density score for each proposed location. The average score for all proposed locations will be used.

https://lahsa.maps.arcgis.com/apps/ZoneLookup/index.html?appid=801407574bfd419793963b0965673d9c

If the proposed program is located in Pasadena, Glendale, or Long Beach, LAHSA will determine the Proximity to Homeless Population Density score upon receipt of the application using a similar methodology.

A final score for this category will be computed by averaging the individual scores of each submitted location.

---

[1] Vehicular homelessness population density indicates the number of people experiencing vehicular homelessness per square mile within that census tract. Vehicular homelessness includes individuals who are living in cars, vans, and RVs/campers, as a reported in the 2019 Homeless Count.

Density of vehicular homelessness per square mile is preferable to raw count data because the sizes of each census tract differ. Using density of vehicular homelessness per square mile allows for an equal comparison of small and large census tracts.

## 3.   Funding Allocation Strategy

Funding for safe parking programs is distributed based on the need for services in each SPA.

The total amount of LAHSA funding available for safe parking programs has been distributed proportionate to the amount of vehicular homeless density per SPA as stated in the 2019 Greater Los Angeles Homeless Count. The distribution of available funding for this RFP considers the need that is currently being met by safe parking programs whose contracts will extend beyond July 1, 2020 (the start date of programs that will be awarded through this RFP).

Proposals in SPAs 3, 7, and 8 will be prioritized as there is a lack of Safe Parking services in those SPAs. Based on vehicular homeless count, current programming, and total funding available, SPA 1's is already receiving the proportionate amount of funding. The highest scoring proposal in SPA 3, 7, and 8 will be recommended first. Remaining funds will be awarded based on highest score in any SPA up to the amounts listed in Table 8.

| Table 8: Funding Distribution ||
| SPA | Amounts Available per SPA Adjusted based on Homeless Count and Proportional Need |
| --- | --- |
| 1 | $              - |
| 2 | $       946,048 |
| 3 | $       369,476 |
| 4 | $       743,492 |
| 5 | $       472,779 |
| 6 | $       352,524 |
| 7 | $       491,482 |
| 8 | $       760,851 |
| Total | $    4,136,652 |

Any remaining funds will be redistributed based on score. City of Los Angeles funds can only be used to fund programs that operate in the City of Los Angeles.

If an insufficient number of qualified proposals are received, or if the proposals received are deemed non-responsive or not qualified as solely determined by LAHSA's Commission, LAHSA's Commission reserves the right to either re-issue the RFP, execute a sole-source contract with a provider, or otherwise ensure that services are provided by other means in a manner consistent with component requirements.

Agencies proposing to use their own sites and agencies proposing to use a publicly available site will be evaluated against like proposals in two separate and distinct cohorts.  If a site, on the Sites Available for Public Bid in LAHSA's 2020 Safe Parking Request for Proposals list is being proposed in more than one application, the proposed site will be recommended to the highest scoring proposal.

# C. GENERAL INSTRUCTIONS

## 1. Proposal Submittal

**Proposal Application**

The RFP, application documents, and budget template will be made available online at
https://www.lahsa.org/funding following the approval for release from the Programs & Evaluations
Committee. Proposers must respond to this funding opportunity by completing the online
application and submitting supporting documents into MyOrg. Only complete proposals will be
reviewed. For a proposal to be considered complete, all of the following must be completed and
submitted prior to the submission deadline:

**MyOrg Application and Supporting Documents:**
- MyOrg RFP Application
- Program Profile (only accessible after the application is submitted)
- Subcontractor Program Profile uploaded with the MyOrg application
- Budget Template uploaded with the MyOrg application
- Drawing of Site Layout uploaded with the MyOrg application
- Proposed Program Organizational Chart uploaded with the MyOrg application
- Suspension and Debarment Form uploaded with the MyOrg application
- Site Control Documentation uploaded with the MyOrg application (not required for
  proposers electing to operate a County or City-owned site, please see *Section A.14 Site* for
  more information)
- Organization Housing First Policies and Procedures (optional)* uploaded with the MyOrg
  application
- Organization Harm Reduction Policies and Procedures (optional)* uploaded with the MyOrg
  application
- List of Trainings regarding traumatic stress and its impact offered to staff in 2018-2019 (If no
  trainings have been offered, Proposers may attach a plan to train staff) (optional)* uploaded
  with the MyOrg application
- Organization Grievance and Feedback Policies and Procedures (optional)* uploaded with the
  MyOrg application

*Policy and procedures documentation is optional. However, not submitting these documents will result in a loss
of one point for each document.*

Please see instructions on how to upload supporting documents in MyOrg:
https://www.lahsa.org/documents?id=4136-upload-documents-instructions.pdf

**MyOrg**

The RFP application will be available via the MyOrg portal on the LAHSA website at the following link: https://www.lahsa.org/portal/myorg/form/rfp?rfp=1072

## 2. Due Date

Complete proposals must be RECEIVED by electronic delivery no later than **2:00 PM (Pacific Time), February 28, 2020**. A complete proposal includes submission of the online application and any other required items listed in Section C. Applications will not be accepted via facsimile or paper submission. Incomplete proposals will not be reviewed. Electronic Submission is mandatory. Proposals submitted after the deadline will not be accepted.

Proposal amendments and/or addendums submitted to LAHSA after the proposal deadline will not be reviewed. However, LAHSA reserves the right to request clarification of unclear or ambiguous statements made in the proposal.

## 3. Mandatory Proposers' Conference

Proposers are required to attend an in-person Mandatory Proposers' Conference to take place on: **February 5, 2020, 1 PM – 3 PM**

Proposers' Conference Link: https://www.eventbrite.com/e/2020-safe-parking-rfp-mandatory-proposers-conference-tickets-87391966725

**Pre-registration is recommended.**

**Attendance Requirements:** Proposers must sign-in within 15 minutes of the Conference start time. Proposers who sign-in after that time to the Proposers' Conference will not be considered as an attendee.

LAHSA is unable to provide individualized technical assistance during an open RFP. All technical assistance will be provided during the Mandatory Proposers' Conference and through the timely submission of written questions as detailed in this section.

Proposers are encouraged, but not required to submit questions in writing at least two (2) days prior to the Mandatory Proposers' Conference. Questions regarding this RFP may be submitted to fundingopportunities@lahsa.org with the subject line, "2020 Safe Parking Program RFP–Q&A" until **February 7, 2020, 2:00 PM**. LAHSA will post written responses to all received questions on the LAHSA website no later than five (5) business days from the date questions are due.

Proposers are responsible for checking the LAHSA website to obtain current information and responses. Any omission or error made by any Proposer under this RFP for failure to obtain information posted regarding this RFP on the LAHSA website at https://www.lahsa.org/funding is the sole responsibility of proposer and is not a basis for appeal of any adverse score or evaluation under this RFP**.**

**Visit https://www.lahsa.org/contact-us and click on the "Join Our Mailing List" button to opt-in to email communications; select Funding Opportunities from the email lists as well as any others from which you wish to receive updates.**

**Proposers are also encouraged to subscribe to the Funding Opportunities mailing list at
https://www.lahsa.org/ to receive email notices pertaining to this RFP and other funding
opportunities.**

## 4. RFP Addenda/Clarifications

If it becomes necessary to revise any part of this RFP after the RFP is released, a written addendum
will be posted on the LAHSA website at http://www.lahsa.org/funding. It is the responsibility of the
proposer to review any publicly available addendum or information on the LAHSA website prior to
submission of the proposal. If a proposer does not have access to the LAHSA website, they may call
(213) 683-3333 and request a printed copy of any addenda via fax or mail. LAHSA is not responsible
for information requested within three days of the due date of the proposal under this RFP.

## 5. Process Appeals

All appeals must be submitted in writing. Proposers under this RFP may only submit process
appeals, which are appeals based upon LAHSA's failure to abide by its own established procedures
in making funding recommendations. Appeals based on the outcome of the decision-making process
will not be accepted. A disagreement with or objection to the points awarded will not be a sufficient
basis for an appeal.

**Quality Review Appeals**

After the Quality Review phases of the proposal evaluation process, LAHSA staff will notify all
proposers of its findings and recommendations.  **Within two business days after notice of review
results** on the LAHSA website, proposers may file a process appeal in the form of a written
statement specifying the grounds for appeal.

The Process Appeal must be in writing and shall be limited to two (2) typed pages. The appeal must
clearly state the factual grounds on which the appeal is based. All Process Appeal requests must be
on an organization's letterhead and entitled "2019 Safe Parking Program RFP – Process Appeal".
Please do not include cover letters with the appeal request.

Process Appeals will be presented to the Programs and Evaluation Committee of the LAHSA
Commission. The Programs and Evaluation Committee will make a recommendation and forward its
recommendations to the LAHSA Commission. The LAHSA Commission will make the final decision
regarding all Process Appeals. In the situation where the Programs and Evaluation Committee is
unable to meet, the appeals shall be presented directly to the LAHSA Commission.

A Process Appeal must meet all of the following criteria, to be considered.

1. The person or entity requesting the appeal must be a proposer;
2. The request for the appeal must be submitted by the date and time specified by the RFP;
3. The person or entity requesting the appeal must assert in appropriate detail with factual
   reasons that LAHSA materially failed to follow procedures specified in its RFP document.
4. The request for the appeal must set forth sufficient detail to demonstrate that, but for
   LAHSA's alleged failure, the proposer would have been a successful proposer.

All Process Appeals must be in writing and emailed timely to fundingopportunities@lahsa.org or received at the following address:

Chair, Programs and Evaluation Committee
Re: 2019 Safe Parking Program RFP – Quality Review Results Appeals
Los Angeles Homeless Services Authority
811 Wilshire Blvd., 6th Floor
Los Angeles, CA  90017

## D. PROPOSAL CONDITIONS AND RESERVATIONS

A. All costs of proposal preparation shall be borne by the Proposer organization.  LAHSA shall not, in any event, be liable for any pre-contractual expenses incurred by the Proposer in preparation and/or submission of the proposal.  The Proposer shall not include any such expenses as part of the budget in the proposal.

B. Submission of a proposal shall constitute acknowledgment and acceptance of all terms and conditions contained in the RFP.

C. Submission of a proposal shall constitute a firm and fixed offer to LAHSA that will remain open and valid for a minimum of 90 days from the application submission deadline. The proposal should always include the Proposer's best terms and conditions.

D. The proposal must set forth full, accurate, and complete information as required by this RFP.  No changes or additions are allowed after the proposal deadline.

E. LAHSA cannot certify, license or endorse grant writers.  Proposers are free to select any grant writer.  The responsibility for the performance of the grant writer rests with the Proposer.

F. Responses to this RFP become the exclusive property of LAHSA.  All proposals will be considered public documents, subject to review and inspection by the public at LAHSA's discretion, in accordance with the California Public Records Act and other applicable laws. Exceptions will be those pages in each proposal which are designated by the Proposer as business or trade secrets and are marked as "TRADE SECRET" or "CONFIDENTIAL".  LAHSA shall not in any way be liable or responsible for the disclosure of any such records, including, but not limited to, those so marked if the disclosure is deemed to be required by law or by court order.  Selection or rejection of a proposal does not affect these rights.

G. LAHSA reserves the right to communicate in writing with proposers, funders and/or organizations associated with the Proposer to obtain additional clarification of design of program, or Proposer fiscal and programmatic capacities, and to utilize this information in the evaluation process.

H. LAHSA reserves the right to conduct site visits of all proposing agencies if applicable.

I. LAHSA reserves the right to extend the RFP submission deadline should such action be in the best interest of LAHSA.  Proposers may revise and re-submit their proposal in the event the deadline is extended.

J. LAHSA reserves the sole right to reject any or all proposals received in response to this RFP if it is deemed inappropriate or incomplete, it fails to comply with any instruction contained in this RFP, or is not in the best interest of LAHSA.

K. LAHSA reserves the right to withdraw this RFP at any time without prior notice. Further, LAHSA makes no representation that any contract will be awarded to any Proposer responding to this RFP.  LAHSA reserves the right to reject any or all submissions.

L. LAHSA reserves the right to negotiate services and costs with Proposers, including revision of program design as necessary to better meet LAHSA, the City of Los Angeles, County of Los Angeles, or HUD requirements.

M. A Proposer shall not be recommended for funding, regardless of the merits of the proposal submitted, if it has a history of contract non-compliance with LAHSA or any other funding

source, a contract suspension, a termination for cause by LAHSA or any other funding source, or outstanding financial obligations with LAHSA that have not been adequately resolved with LAHSA or any other funding source.  In the event that the Proposer has any contract(s) with LAHSA suspended or terminated, it shall not be eligible for funding under any RFP released by LAHSA for a period of five (5) years starting from the effective date of suspension or termination.

N.  If a Proposer is new and has not had a contract with LAHSA for a period of five (5) years then the organization will be subject to 100% documentation review and quarterly Monitoring visits.

O.  If an agency has been involved in the Remedial Action process as a result of contract noncompliance with LAHSA within the last fifteen (15) years, award will be conditioned upon the agency showing that they have sufficient programmatic and fiscal capacity or finding another LAHSA Contractor in good standing that is willing to serve as a lead agent to administer the LAHSA contract.

P.  Willful misstatements of information will result in non-recommendation for funding, regardless of the merits of the proposal submitted.

Q.  LAHSA reserves the right to verify information submitted in the proposal. The Proposer agrees that the Los Angeles Continuum HMIS will be the primary source of verification of program performance and outcome data for existing programs. LAHSA reserves the right to request additional data to verify information submitted with the proposal, at its sole discretion. If the information in the proposal cannot be verified and if LAHSA determines the errors are not willful, LAHSA reserves the right to adjust the rating points awarded.

R.  If an insufficient number of qualified proposals are received or if the proposals received are deemed non-responsive or not qualified as determined by LAHSA, LAHSA reserves the right to re-issue an RFP, execute a sole-source contract with a vendor, or otherwise ensure that services are provided by other means in a manner consistent with the program requirements.

S.  The Proposer must be in compliance with applicable civil rights laws and Executive Orders. There must be no outstanding findings of noncompliance with civil rights statutes, Executive Orders, or regulations, unresolved secretarial charge of discrimination issued under the Fair Housing Act, no adjudications of civil rights violations on a civil action or deferral of processing of proposals from the sponsor imposed by HUD.

T.  The Proposer shall be ineligible to receive funding under this RFP if any officer or employee of the Proposer who would be involved in the administration of grant funds has been debarred by any government agency or has been convicted of a criminal offense related to the administration of funds or any member of its executive management, key staff, or any officers of its Board of Directors is or has been involved in any litigation or other legal matter that compromises the organization's ability to carry out the project as awarded.

U.  LAHSA reserves the right to fund all or a portion of a proposal and/or request that a Proposer collaborate with another in the provision of a specific service if it is in the best interest of LAHSA, the City of Los Angeles, the County of Los Angeles, or HUD.

V.  LAHSA reserves the right to waive minor technical deficiencies or any informality in a submitted proposal.

W. Proposals may be withdrawn by written request of the authorized signatory on provider letterhead at any time prior to the LAHSA Commission's actions on staff's final recommendation for funding.

X. LAHSA reserves the right to deny funding a proposal for a new project, if the request is made by a current recipient that is found to have significant issues related to capacity, performance, or unresolved audit/monitoring finding related to one or more existing grants.

Y. If a Proposer declines to implement the project or changes significant project specifications which are deemed relevant to the basis on which the award was granted thereby negating the funding award after the LAHSA Commission approves funding award(s) under a LAHSA competitive process, said provider shall not be eligible to apply for any other new project funding for a period of one year from the time of notice.  Changes to significant project specifications include, but are not limited to, a change in the Service Planning Area in which the project is located or a change in the target population which the project serves.  LAHSA may exempt a provider from this policy if it is deemed that the circumstances that facilitated the refusal to implement the project or change to significant project specifications was out of the reasonable control of the provider.

Z. It is improper for any officer, employee or agent of LAHSA to solicit consideration, in any form, from a Proposer with the implication, suggestion or statement that the Proposer's provision of the consideration may secure more favorable treatment for the Proposer in the award of the contract or that the Proposer's failure to provide such consideration may negatively affect the LAHSA's consideration of the Proposer's submission.  A Proposer shall not offer or give, either directly or through an intermediary, consideration, in any form, to an officer, employee or agent of LAHSA for the purpose of securing favorable treatment with respect to the award of the contract.  A Proposer shall immediately report any attempt by an officer, employee or agent of LAHSA to solicit such improper consideration.  The report shall be made to the Executive Director of LAHSA or to the County Auditor-Controller's Employee Fraud Hotline (800) 544-6861.  Failure to report such a solicitation may result in the Proposer's submission being eliminated from consideration.  Among other items, such improper consideration may take the form of cash, discounts, service, the provision of travel or entertainment, or tangible gifts.

AA. Upon the request of LAHSA, a Proposer whose bid is under consideration for the award of the contract shall provide LAHSA with written authorization to request a credit report from a reputable credit agency to gain satisfactory evidence of the Proposer's financial background, stability and condition.

BB. In accordance with Los Angeles County Code, Chapter 2.160 (County Ordinance 93-0031), each person/firm submitting a response to this request for bid/proposal must certify in writing that such Proposer and each County lobbyist and County lobbyist firm, as defined by Los Angeles County Code 2.160.010, retained by the Proposer, is in full compliance with Chapter 2.160 of the Los Angeles County Code.

CC. Notwithstanding a recommendation of a department, agency, individual, or other, the LAHSA Board of Commissioners retains the right to exercise the final decision concerning the selection of a proposal and the terms of any resultant Agreement, and to determine

which proposal best serves the interests of LAHSA.  The Board is the ultimate decision-making body and makes the final determinations.

DD. A bid or proposal containing conditions or limitations regarding the basic program design or operation of the proposed program that are not in alignment with the requirements of the RFP may be deemed irregular (and nonresponsive) and may be rejected by LAHSA, in its sole discretion.

## E. CONTRACT CONDITIONS

Contractors will be required to comply with conditions set forth by LAHSA, the County of Los Angeles, the City of Los Angeles and/or the U. S. Department of Housing and Urban Development (HUD), hereafter referred to as "Funders".  These conditions may include, but are not limited to the following:

A.   The initial recommendation for funding should not be construed as a finding that the proposed program complies with all requirements and conditions for a contract for grants.  LAHSA reserves the right to fund all or a portion of a proposal and/or request that a Proposer collaborate with another in the provision of a specific service if it is in the best interest of LAHSA.  A funding recommendation or offer to contract may be withdrawn upon failure of reasonable attempts to negotiate an agreement.

B.   Contractors shall allow representatives of Funders to inspect facilities that are used in connection with the contracts made to implement system components funded under this RFP.

C.   Successful Proposers will be required to satisfy LAHSA's and other participating provider or entity's insurance requirements.  Additionally, all Proposers must comply with all contractual requirements.  Contractors will name LAHSA and the City and/or County of Los Angeles as additional insured on general liability, professional liability (where required), auto liability (owned and non-owned), workers' compensation, and errors and omissions policies (where required).

D.   Contractors shall make available to representatives of Funders, upon reasonable notice, the fiscal records and/or client data records pertaining to the contract.  Demographic information about clients will be regularly submitted to LAHSA in a manner consistent with agreements protecting client and/or provider confidentiality rights.

E.   Contractors shall comply with reasonable requests from Funders concerning promotional activities related to the system component.

F.   Contractors acknowledge that, as recipients of Federal funds, they will be required to comply with Federal regulations pertaining to the use of such funds.  It will be the Contractor's responsibility to ensure compliance with applicable regulations.

G.   The Contract shall include standard clauses and in some cases, certifications, requiring Contractor's compliance with, but not limited to, the following regulations: non-discrimination, affirmative action, and equal opportunity; separation of church and state; Americans with Disabilities Act (ADA); conflict of interest; restrictions on lobbying; debarment; audits; rights in data; drug-free workplace; lead-based paint and Equal Benefits Ordinance.

H.   Contractors shall maintain any applicable licenses or permits, and meet any facilities code regulations required for the system component(s) funded under the contract.

I.   Contractors shall participate in information networking, training, and coordination meetings as directed by LAHSA or other grant funding sources.

J.   Contractors shall cooperate with related research and evaluation activities as directed by LAHSA or other grant funding sources.

K.   Contractors will be required to submit a Code of Conduct which will address conflict of interest requirements.

L.   Contractors may not enter into an agreement with a subcontractor for the provision of shelter or supportive services under any system component funded under this RFP, unless that subcontractor and its qualifications are fully described in the proposal, and the intention to subcontract is explicitly stated in the proposal or the use of the subcontractor has been approved in writing by LAHSA.   Contractor shall remain liable for the performance of the subcontractor, and will require subcontractor to adhere to all provisions in the contract between LAHSA and Contractor.

M.   Contractors will ensure that an annual financial audit is performed in compliance with Title 2 of the Code of Federal Regulations Part 200 (2 C.F.R. 200 Subpart F – Audit Requirements) Subpart Audit Requirements, if it spends, in aggregate, $750,000 or more of Federal funds per fiscal year.   Contractor shall submit a copy of the audit report to LAHSA within nine months after the end of the contractor's fiscal year.

N.   Each Contractor must comply fully with all of the requirements specified in this RFP and committed to in the proposal, including program leveraging commitments, otherwise Contractor risks immediate termination of contract.

O.   The responsibility for accuracy rests entirely with the Proposer.  If a Proposer knowingly and willfully submits false performance or other false data, LAHSA reserves the right to reject that proposal.  If it is determined that a contract was awarded as a result of false performance, or false financial or other false data submitted in response to this RFP, LAHSA reserves the right to terminate said contract immediately.

P.   Contractor shall have in place an appropriate grievance procedure.   Said grievance procedure must be in compliance with LAHSA's grievance standards stated in the program contract.

Q.   LAHSA reserves the right to extend the duration of the program as well as to renegotiate the terms of the contract if an extension is granted.

R.   Contractor agrees to participate in data collection through the HMIS, or another HUD approved system of record.  Said system shall be implemented during the term of the contract awarded.   LAHSA shall provide Contractor with the basic data collection requirements.

S.   Contractor shall be required to possess a corporate seal. In the absence of a corporate seal, a notary attestation of the Contractors signature must be provided along with the signed contract.

T.   Awards are made subject to receipt of award of funds from Funders by LAHSA.  Contractor agrees that if Funders do not provide funds for program, contract will be deemed null and void.  LAHSA reserves the right to adjust funding levels based on the availability of funds and the quality of proposals received.

U.   Contractor and subcontractor staff working with youth, either as employees or volunteers, who have a supervisory or disciplinary authority over minors must be fingerprinted and pass the background check, as required by California Penal Code Sec. 11105.3 and California Education Code Sec. 45125.1 and Sec. 10911.5 prior to working with youth. Fingerprinting and a background check may be required of other staff and volunteers depending upon how much contact the staff member will have with minors.   The

Contractor shall be responsible for obtaining security clearances for staff whose duties require a sufficient level of interaction with youth.

V.   Contractor shall ensure that all employees and volunteers who have direct contract with clients have an annual tuberculosis (TB) test.  Contractor shall retain documentation of the test results.

W.  Contractors are subject to all applicable City of Los Angeles and/or County of Los Angeles contracting requirements.

X.   Contractors shall be required to submit to LAHSA, or its designee, periodic status reports, including program expenditures, progress reports and recipient information.  Failure to do so may result in termination of the contract.

Y.   The Grant Agreement between LAHSA and its funders may be incorporated by reference into all contracts between LAHSA and the contracting agencies.

Z.   Contractors acknowledge that LAHSA funds are not meant to replace or supplant other local sources of funding.

AA.  The Proposer is hereby notified that, in accordance with LAHSA Rules and Regulations implementing the Contractor Responsibility Ordinance, LAHSA may debar the Proposer from bidding on LAHSA contracts for a period of five (5) years, if the LAHSA Commission finds, in its discretion, that the Proposer does not possess the necessary quality, fitness, or capacity to perform work on LAHSA contracts.

BB.  Contractor shall have in place appropriate policies and procedures relative to service animals for persons with disabilities.  Said service animal policies and procedures must be in compliance with LAHSA's policies and procedures as stated in the program contract. Contractor must participate in training offered by LAHSA regarding service animals and other ADA requirements, within three (3) months of beginning service.

CC.  LAHSA reserves the right to terminate contracts awarded under this RFP if the Contractor is unable to commence services within three (3) months of the effective date of the contract.  If a contract is terminated under these conditions, LAHSA may award the de-obligated funding to remaining Proposers who submitted proposals under the RFP and received fundable scores.


The following contract conditions apply to projects that include funding from HUD:


DD.  Contractors agree that in the event the measurable goals/objectives fall below standard of successful performance measures as specified in the technical submission, LAHSA may suspend any future annual funding of the system component.  Specific benchmarks of accomplishment will be included in the contract.

## EXHIBIT A: REFERENCE MATERIALS

Scope of Required Services (SRS) Model 1: https://www.lahsa.org/documents?id=2890-2019-20-safe-parking-program-srs

Scope of Required Services (SRS) Model 2: https://www.lahsa.org/documents?id=3347-2019-20-safe-parking-program-with-light-touch-case-management-model-2

Program Standards: https://www.lahsa.org/documents?id=2280-lahsa-program-standards

Facility Standards: https://www.lahsa.org/documents?id=2767-lahsa-facility-standards

Glossary of Terms: https://www.lahsa.org/documents?id=2919-rfp-glossary-of-terms.pdf

## EXHIBIT B: JURISDICTIONS WITH A SHELTER DECLARATION

Cities/jurisdictions that have adopted an emergency shelter declaration prior to November 15, 2018:

- Azusa
- Baldwin Park
- Covina
- Duarte
- El Monte
- Glendora
- Los Angeles

- Manhattan Beach
- Pomona
- Redondo Beach
- South El Monte
- South Gate
- Unincorporated Los Angeles County
- West Covina

**EXHIBIT  D**



**Published** October 15, 2019 | **Last updated** April 09, 2020 | 9,820 total views

WHAT IS SAFE PARKING?

The Safe Parking Program provides vehicle dwellers with a safe and legal place to park and sleep at night.

WHY DO SAFE PARKING PROGRAMS EXIST?

- According to the 2019 Greater Los Angeles Homeless Count, vehicular homelessness represents roughly 37% (16,500+) of the total number of unsheltered individuals experiencing homelessness in Los Angeles County.
- Vehicle dwellers are often unaware of safe places to rest at night and often lack access to the homeless services delivery system or connection to available supportive services.
- The Citywide Safe Parking Program is an approved strategy under the City of Los Angeles Comprehensive Homeless Strategy plan to combat homelessness

WHO IS ELIGIBLE FOR THE SAFE PARKING PROGRAM?

Safe Parking Programs may be available to persons who meet the following criteria:

- Individual or family who is experiencing homelessness or actively fleeing domestic violence, living in their vehicle, and has an operable vehicle.

WHAT SERVICES DOES THE SAFE PARKING PROGRAM PROVIDE?

- Access to park a vehicle in a safe parking lot with onsite security and restrooms.
- Access to have a Coordinated Entry System (CES) assessment completed.
- Referrals and linkages to community resources.
- Access to case management, financial assistance and benefit connection.
- Site amenities may vary according to each site.

WHERE CAN I ACCESS THIS PROGRAM?

Safe Parking programs can be accessed by contacting or visiting a **service provider** in your area. A list of LAHSA-funded Safe Parking sites can be found below:

Service Planning Area 1 (Antelope Valley):

| Provider | Hope of the Valley |
| --- | --- |
| Neighborhood | Palmdale |
| # of Available Parking Spaces | 30 |
| Population Served | Adults, Families, Youth |
| Days/Hours of Operation | 7 p.m.-7 a.m. Daily |
| Contact Information | (661) 644-0915 or safeparking1@hopeofthevalley.org |
| Website | N/A |

| | |
|---|---|
| **Provider** | **Hope of the Valley** |
| Amenities | On-site restrooms |
| Are RVs Allowed? | No |

| | |
|---|---|
| **Provider** | **Volunteers of America Los Angeles** |
| Neighborhood | Lancaster |
| # of Available Parking Spaces | 40 |
| Population Served | Adults, Youth |
| Days/Hours of Operation | 8:30 p.m.-6:30 a.m. Daily |
| Contact Information | Debra Hampton at dhampton@voala.org or (562) 273-3179 |
| Website | N/A |
| Amenities | On-site restrooms |
| Are RVs Allowed? | Yes |

Service Planning Area 2 (San Fernando Valley):

| | |
|---|---|
| **Provider** | **North Valley Caring Services** |
| Neighborhood | North Hills |
| # of Available Parking Spaces | 20 |
| Population Served | Adults, Families |
| Days/Hours of Operation | 8:30 p.m-6 a.m.<br><br>Daily (hours may shift slightly depending on the season) |
| Contact Information | (818) 891-0481 x25 |
| Website | www.nvcsinc.org |
| Amenities | Showers, on-site restrooms, food pantry, breakfast, clothing |
| Are RVs Allowed? | Yes |

| | |
|---|---|
| **Provider** | **Safe Parking LA** |
| Neighborhood | North Hollywood |
| # of Available Parking Spaces | 25 |
| Population Served | Adults, Families |
| Days/Hours of Operation | 8:30 p.m-6:30 a.m. Daily |
| Contact Information | (323) 210-3375 |
| Website | www.safeparkingla.org |
| Amenities | Portable restrooms |
| Are RVs Allowed? | As available |

| | |
|---|---|
| **Provider** | **Safe Parking LA** |
| Neighborhood | Reseda |
| # of Available Parking Spaces | 20 |
| Population Served | Adults, Families |

| Provider | Safe Parking LA |
| --- | --- |
| Days/Hours of Operation | 8:30 p.m-6:30 a.m. Daily |
| Contact Information | (323) 210-3375 |
| Website | www.safeparkingla.org |
| Amenities | Portable restrooms |
| Are RVs Allowed? | No |

| Provider | Volunteers of America Los Angeles |
| --- | --- |
| Neighborhood | Van Nuys |
| # of Available Parking Spaces | 20 |
| Population Served | Adults |
| Days/Hours of Operation | 9 p.m.-6 a.m. Daily |
| Contact Information | Debra Hampton at dhampton@voala.org or (562) 273-3179 |
| Website | N/A |
| Amenities | Portable restrooms |
| Are RVs Allowed? | No |

Service Planning Area 4 (Metro Los Angeles):

| Provider | End Homelessness CA/Shower of Hope |
| --- | --- |
| Neighborhood | Glassell Park |
| # of Available Parking Spaces | 20 |
| Population Served | Adults |
| Days/Hours of Operation | 7 p.m-7 a.m. Daily |
| Contact Information | (562) 551-8083; mel@theshowerofhope.org |
| Website | N/A |
| Amenities | Portable restrooms, 3 meals/week |
| Are RVs Allowed? | Yes |

| Provider | End Homelessness CA/Shower of Hope |
| --- | --- |
| Neighborhood | Westlake |
| # of Available Parking Spaces | 20 |
| Population Served | Adults |
| Days/Hours of Operation | 7 p.m-7 a.m. Daily |
| Contact Information | (562) 551-8083; mel@theshowerofhope.org |
| Website | N/A |
| Amenities | Portable restrooms, 3 meals/week |
| Are RVs Allowed? | Yes |

| | |
|---|---|
| **Provider** | **Safe Parking LA** |
| Neighborhood | Koreatown |
| # of Available Parking Spaces | 15 |
| Population Served | Adults, Families |
| Days/Hours of Operation | 7 p.m.-7 a.m. Daily |
| Contact Information | (323) 210-3375 |
| Website | www.safeparkingla.org |
| Amenities | Portable restrooms |
| Are RVs Allowed? | No |

| | |
|---|---|
| **Provider** | **Safe Parking LA** |
| Neighborhood | East Hollywood |
| # of Available Parking Spaces | 25 |
| Population Served | Adults |
| Days/Hours of Operation | 8:30 p.m.-6:30 a.m. Daily |
| Contact Information | (323) 210-3375 |
| Website | www.safeparkingla.org |
| Amenities | Portable restrooms |
| Are RVs Allowed? | As available |

| | |
|---|---|
| **Provider** | **Safe Parking LA** |
| Neighborhood | Echo Park |
| # of Available Parking Spaces | 14 |
| Population Served | Adults, Families, Youth |
| Days/Hours of Operation | 8:30 p.m.-6:30 a.m. Daily |
| Contact Information | (323) 210-3375 |
| Website | www.safeparkingla.org |
| Amenities | Portable restrooms |
| Are RVs Allowed? | No |

| | |
|---|---|
| **Provider** | **Volunteers of America Los Angeles** |
| Neighborhood | Downtown Los Angeles |
| # of Available Parking Spaces | 20 |
| Population Served | Adults, Families, and TAY (Note: During the COVID-19 crisis, this site is available for use by the broader population of people experiencing vehicular homelessness, not only veterans) |
| Days/Hours of Operation | 9 p.m.-6 a.m. Daily |
| Contact Information | Debra Hampton at dhampton@voala.org or (562) 273-3179 |
| Website | N/A |

| Provider | Volunteers of America Los Angeles |
|---|---|
| Amenities | Portable restrooms |
| Are RVs Allowed? | No |

**Service Planning Area 5 (West Los Angeles):**

| Provider | Safe Parking LA |
|---|---|
| Neighborhood | Pico-Robertson |
| # of Available Parking Spaces | 10 |
| Population Served | Adults, Families |
| Days/Hours of Operation | 8:30 p.m.-6:30 a.m. Daily |
| Contact Information | (323) 210-3375 |
| Website | www.safeparkingla.org |
| Amenities | Portable restrooms, Wi-Fi, and bi-weekly community dinners |
| Are RVs Allowed? | No |

| Provider | Safe Parking LA |
|---|---|
| Neighborhood | Sawtelle |
| # of Available Parking Spaces | 15 |
| Population Served | Adults, Families |
| Days/Hours of Operation | 8:30 p.m.-6:30 a.m. Daily |
| Contact Information | (323) 210-3375 |
| Website | www.safeparkingla.org |
| Amenities | Portable restrooms |
| Are RVs Allowed? | No |

| Provider | Safe Parking LA |
|---|---|
| Neighborhood | Westchester |
| # of Available Parking Spaces | 5 |
| Population Served | Women |
| Days/Hours of Operation | 8:30 p.m.-6:30 a.m. Daily |
| Contact Information | (323) 210-3375 |
| Website | www.safeparkingla.org |
| Amenities | Portable restrooms |
| Are RVs Allowed? | No |

| Provider | Safe Parking LA |
|---|---|
| Neighborhood | Westwood |
| # of Available Parking Spaces | 50 |
| Population Served | Veterans (Adults, Families, Youth) |

| Provider | Safe Parking LA |
|---|---|
| Days/Hours of Operation | 8:30 p.m.-6:30 a.m. Daily |
| Contact Information | (323) 210-3375 |
| Website | www.safeparkingla.org |
| Amenities | Portable restrooms |
| Are RVs Allowed? | Yes |

Service Planning Area 6 (South Los Angeles):

| Provider | SSG/HOPICS |
|---|---|
| Neighborhood | South Los Angeles |
| # of Available Parking Spaces | 35 |
| Population Served | Adults, Families |
| Days/Hours of Operation | 8:15 p.m.-7 a.m. Daily |
| Contact Information | (323) 948-0444 x115 |
| Website | www.hopics.org |
| Amenities | Portable restrooms |
| Are RVs Allowed? | No |

| Provider | Watts Labor Community Action Committee (WLCAC) |
|---|---|
| Neighborhood | Watts |
| # of Available Parking Spaces | 30 |
| Population Served | Adults, Youth |
| Days/Hours of Operation | 7 p.m.-7 a.m. Daily |
| Contact Information | (323) 563-4721 |
| Website | N/A |
| Amenities | On-site restrooms |
| Are RVs Allowed? | Yes |

Service Planning Area 7 (Southeast Los Angeles County):

| Provider | Volunteers of America Los Angeles |
|---|---|
| Neighborhood | Whittier |
| # of Available Parking Spaces | 20 |
| Population Served | Adults, Families |
| Days/Hours of Operation | 8 p.m.-6:30 a.m. Daily |
| Contact Information | Debra Hampton at dhampton@voala.org or (562) 273-3179 |
| Website | N/A |
| Amenities | Portable restrooms |

| | |
|---|---|
| **Provider** | **Volunteers of America Los Angeles** |
| **Are RVs Allowed?** | No |

Funding was made possible through the City and County of Los Angeles, Supervisorial District 2, Supervisorial District 3, and the CoC HEAP (Homeless Emergency Aid Program).

EXHIBIT E - F





EXHIBIT G



**EXHIBIT H**

EXHIBIT G



**THE REEF** **1933 S. Broadway**

### PRIVATE PROPERTY

No Parking without property owners permission.

No trespassing - Penal Code 602 - L

Violators will be towed at vehicle owner's expense  C.V.C. 22658A

### HANDICAP PARKING

Unauthorized vehicles parked in designated handicapped spaces, not displaying
distinguishing placards or license plates issued for physically handicapped persons
may be towed away at vehicle owner's expense. Towed vehicle may be reclaimed at:
L.A.P.D. 213 485-3294 • United Carrier, Inc. 213 747 2868

### PARKING CONTRACT LIABILITY

The parking ticket is your parking contract. It licenses you to park and
lock one vehicle in a designated area at your sole risk and at posted rates.
OPERATOR does not guard or assume care, custody, or control of your
vehicle or its contents and is not responsible for fire, theft, damage or loss.
OPERATOR issues this ticket as your contract and for time keeping purposes
only. Only a license to park is granted hereby and no bailment is created.
This is not a claim check. This is your entire contract and no employee may
modify or waive any of this terms. By your acceptance of it you agree to all
foregoing terms.

### OPERATION HOURS

Monday - Friday  7:00 am - 5:00 pm

213-284-7600

**ABM**
Parking Services