# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES            Date: April 14, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER RE: ENVIRONMENTAL REPORT AND HEARING**

Defendant City of Los Angeles is hereby ORDERED to make available those persons responsible for the environmental report concerning Maple and 16th Street by 8:00 p.m. on Tuesday, April 14, 2020 (i.e., this evening).

A hearing to discuss this report and related matters shall be held on Tuesday, April 14, 2020 at 8:00 p.m. In order to comply with the Central District of California's Continuity of Operations Plan and other public health guidance, the hearing shall be held at the Alexandria Ballrooms, 501 S. Spring St., Los Angeles, CA 90013.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                Initials of Deputy Clerk: kd
CIVIL-GEN