<div style="text-align:left; font-size:small;">Jeff Lewis Law<br>609 Deep Valley Drive, Suite 200<br>Rolling Hills Estates, CA 90274</div>

1
2
3 **DENIED BY ORDER
4 OF THE COURT**
5
6
7
8

9                   **UNITED STATES DISTRICT COURT**

10     **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al. | Case No.: 20-CV-02291-DOC-KES |
| Plaintiffs, | **PROPOSED ORDER DENYING EX PARTE APPLICATION** |
| vs. | Date:<br>Time: |
| CITY OF LOS ANGELES, et al., | Crtm: 1 (1st Street Federal Courthouse) |
| Defendants. | Hon. David O. Carter<br>Courtroom 1 |
| | Complaint Filed: March 10, 2020 |



PROPOSED ORDER GRANTING EX PARTE APPLICATION

1  Upon application of proposed Intervenor-Plaintiff Venice Stakeholders
2  Association and good cause appearing:
3  IT IS HEREBY ORDERED that Venice Stakeholders Association's ex parte
4  application to intervene as plaintiff is granted and Venice Stakeholders Association
5  may participate in this action without further order.

**DENIED BY ORDER OF THE COURT**

7  DATED: _____
8  U.S. DISTRICT COURT JUDGE

Jeff Lewis Law
609 Deep Valley Drive, Suite 200
Rolling Hills Estates, CA 90274

- 2 -
PROPOSED ORDER GRANTING EX PARTE APPLICATION