# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES            Date: April 15, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **AMENDED ORDER FOR STATUS REPORT AND HEARING RE: PROPOSED SETTLEMENT**

During the April 14, 2020 status conference, the parties indicated that they had reached a proposed settlement agreement regarding the use of the site at 16th and Maple as a parking area for recreational vehicles, vans, and cars being resided in by homeless persons. The Court then learned, at the last minute, that the proposed agreement in question was subject to evaluation of any environmental concerns that the site may present.

The parties shall file a joint status report on or before 4:00 p.m. on Tuesday, April 21, 2020, addressing the following items:

(a) the status of the environmental review, including any tentative findings and conclusions; and

(b) any non-environmental issues remaining unresolved, as pertain to the proposed settlement agreement announced to the Court.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES
Date: April 15, 2020
Page 2

    The Court hereby schedules a hearing for Thursday, April 23 at 10:00 a.m. In order to comply with the Central District of California's Continuity of Operations Plan and other public health guidance, the hearing shall be held at the Alexandria Ballrooms, 501 S. Spring St., Los Angeles, CA 90013.

    The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN
Initials of Deputy Clerk: kd