```
1  MICHAEL N. FEUER, City Attorney (SBN 111529)
2  KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
   SCOTT MARCUS, Chief, Civil Litigation Branch (SBN 184980)
3  GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
4  ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
   JESSICA MARIANI, Deputy City Attorney (SBN 280748)
5  200 North Main Street, City Hall East, 6th Floor
6  Los Angeles, California 90012
   Telephone: 213-978-7508
7  Facsimile: 213-978-7011
8  Email:  Arlene.Hoang@lacity.org
9
   Attorneys for Defendant
10 CITY OF LOS ANGELES
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>　　　　Defendants. | Case No. CV 20-02291 DOC (KES)<br><br>**NOTICE OF TRANSCRIPT OF APRIL 14, 2020 HEARING AND INSTRUCTIONS TO ORDER COPIES**<br><br>**Hon. David O. Carter**<br>**United States District Judge** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE BE ADVISED copies of the transcript from the April 14, 2020 hearing are available by request at calendar-la@veritext.com. Please note job number 4080633 and the case title when ordering copies.

DATED: April 16, 2020     MICHAEL N. FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Asst City Attorney
SCOTT MARCUS, Chief, Civil Litigation Branch
GABRIEL S. DERMER, Assistant City Attorney
ARLENE N. HOANG, Deputy City Attorney
JESSICA MARIANI, Deputy City Attorney

By: /s/_____
ARLENE N. HOANG, Deputy City Attorney
Counsel for Defendant City of Los Angeles, a Municipal Entity