UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES　　　　　　　　　　　　Date: April 19, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):  ORDER REGARDING REQUEST FOR EMERGENCY STATUS CONFERENCE [72]**

　　　The Project Roomkey program—a joint undertaking by the City of Los Angeles, the County of Los Angeles, and the State of California—seeks to secure hotel and motel rooms in the local community to provide safe isolation for the vulnerable homeless population during this unprecedented pandemic. As part of this program, over 250 hotel and motel owners have been contacted by City and County officials, and currently the County of Los Angeles has entered into contracts for over 2500 beds.

　　　The implementation of the Room Key Program will require cooperation of state and local government at all levels. The Court, recognizes the powers vested in the executive branch of government at all levels, including officials of the cities in which these hotels and motels are located. Concerns have been expressed by the cities of Lawndale and Bell Gardens regarding how this program is to be implemented. These concerns include, but are not necessarily limited to, the perceived lack of notice and an opportunity to be heard by the cities in which the hotels are located.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                             Date: April 19, 2020
                                                                                              Page 2

      The County of Los Angeles has requested an emergency status conference. Given the time-sensitive nature of the program and the concerns raised, the Court, to facilitate the discussion of these issues, respectfully invites the attendance of the following individuals at the previously scheduled status conference on Thursday April 23, 2020:

- City of Bell Gardens: Mayor Alejandra Cortez;

- City of Lawndale: Mayor Robert Pullen-Miles;

- Chairperson of the Los Angeles County Board of Supervisors, Kathryn Barger; and

- Not more than one (1) representative from each party in this action.

      In order to comply with the Central District of California's Continuity of Operations Plan and other public health guidance, the status conference shall be held at the Alexandria Ballrooms, 501 S. Spring St., Los Angeles, CA 90013. To ensure social distancing and compliance with public health guidelines, the above participants are urged to limit the number persons appearing on their behalf.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                               Initials of Deputy Clerk: kd
CIVIL-GEN