MICHAEL FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
GABRIEL DERMER, Assistant City Attorney (SBN 229424)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 N. Main Street, City Hall East, Room 675
Los Angeles, CA 90012
Telephone (213) 978-6952
Facsimile (213) 978-7011
arlene.hoang@lacity.org
jessica.mariani@lacity.org

Attorneys for Defendant CITY OF LOS ANGELES

MANATT, PHELPS & PHILLIPS, LLP
Brandon D. Young (Bar No. 304342)
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: 310-312-4000
Facsimile: 310-312-4224
Email: BDYoung@manatt.com

FOLEY & LARDNER LLP
Byron J. McLain, Esq. (Bar No. 257191)
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: 310-972-4500
Facsimile: 213-486-0065
Email: bmclain@foley.com

Attorneys for Defendant COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No.: 2:20-cv-02291-DOC-KES <br> Assigned to Judge David O. Carter <br><br> **JOINT STATUS REPORT** <br><br> <u>Status Conference</u> <br> Date: April 23, 2020 <br> Time: 10:00 a.m. <br> Location: 501 S. Spring St. |

BROOKE WEITZMAN SBN 301037
WILLIAM WISE SBN 109468
ELDER LAW AND DISABILITY LAW RIGHTS CENTER
1535 E 17th Street, Suite 110
Santa Ana, California 92705
714-617–5353
bweitzman@eldrcenter.org
bwise@eldrcenter.org

CAROL A. SOBEL SBN 84483
WESTON ROWLAND SBN 327599
OFFICE OF CAROL SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, California 90401
310-393-3055
carolsobellaw@gmail.com
rowland.weston@gmail.com

PAUL L. HOFFMAN SBN 71244
CATHERINE SWEETSER SBN 271142
SCHONBRUN, SEPLOW, HARRIS & HOFFMAN
11543 W. Olympic Blvd.
Los Angeles, California 90064
310-396-7031
hoffpaul@aol.com
csweetser@sshhlaw.com

Attorneys for Intervenors Orange County Catholic Worker

Carol A. Sobel (SBN 84483)
LAW OFFICE OF CAROL A. SOBEL
725 Arizona Ave.
Santa Monica, California 90401
Tel: (31) 393-3055
Email: carolsobel@aol.com

Shayla R. Myers (SBN 264054)
LEGAL AID FOUNDATION
OF LOS ANGELES
7000 S. Broadway
Los Angeles, CA 90003
Tel: (213) 640-3983
Email: smyers@lafla.org

Catherine Sweetser (SBN 271142)
SCHONBRUN SEPLOW HARRIS & HOFFMAN, LLP
11543 W. Olympic Blvd.
Los Angeles, CA 90064
Tel: (310) 396-0731
Email: catherine.sdshhh@gmail.com

Attorneys for Intervenors Los Angeles Catholic Worker
and Los Angeles Community Action Network

SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
mumhofer@spertuslaw.com
emitchell@spertuslaw.com

Attorneys for Plaintiffs

Plaintiffs LA Alliance for Human Rights, Charles Van Scoy, Harry Tashdjian, George Frem, Leandro Suarez, Joseph Burk, Gary Whitter, Karyn Pinsky, and Charles Malow, Defendants City of Los Angeles ("City") and County of Los Angeles ("County"), and intervenors Orange County Catholic Worker, Los Angeles Catholic Worker, and Los Angeles Community Action Network (collectively, the "Parties") respectfully submit this status report in response to the Court's April 15, 2020 Amended Order, which ordered the parties to file a joint status report regarding the proposed settlement agreement to use the site at 16th and Maple as a parking area for recreational vehicles, vans, and cars being resided in by homeless persons, and specifically addressing: (a) the status of the environmental review, including any tentative findings and conclusions; and (b) any non-environmental issues remaining unresolved that pertain to the proposed settlement agreement. [Dkt. 70.]

A. The City's Plan To Shelter 100+ People At 16th And Maple

The property located at 16th and Maple is one of 10 properties owned by the State of California (or one of its agencies or departments) located in the City of Los Angeles that were identified by the State pursuant to Executive Order N-23-20 as available for use on a short-term emergency basis to provide shelter to persons experiencing homelessness. It is one of two State properties located in downtown Los Angeles, and the only one in downtown that does not have a structure on it.

Once the property was identified for possible use, the City developed a plan to place 63 shelter housing units on the property. The City began negotiating with the California Department of Transportation (Caltrans), which controls the property, to lease the property to provide emergency shelter for persons experiencing homelessness. The City purchased the first 50 shelter units from the Pallet Shelter Company to house one or two persons per unit. In addition to the 50 new housing units, the site will have bathrooms (supplemented by mobile hygiene units for showers); a facility for case

management staff to provide services; and 24-hour security. The City contracted with Volunteers of America to operate the site.

B. Environmental Issues Raised Recently By The State

On April 13, 2020, the City received a memorandum dated April 10, 2020, in which Caltrans raises potential environmental concerns related to this property. Caltrans transmitted the memorandum to the City via email at 10:00 am on April 13. Counsel for the City was unaware of this memorandum at the time it filed the City's Status Report [Dkt. 65] or appeared at the 10:00 am status conference on April 14, 2020.

In order to expedite the process to utilize the property at 16th & Maple, the City reached out to Caltrans and the Governor's Office for assistance. However, as of the date of this report, the environmental issues remain unresolved, and likely will for several weeks, meaning the site at 16th & Maple cannot be made immediately usable as contemplated by the Court.

C. The Parties Agree To Use A Different Location For Safe Parking

In light of the 16th and Maple site not being immediately available, the City proposed four possible alternative locations for safe parking for RVs and other vehicles occupied by persons experiencing homelessness: a parking lot at 749 South Los Angeles Street, a parking lot at 2245 West 8th Street; a parking lot at 1327 South Lawrence Street, and a parking lot at 323 West 87th Street.

Plaintiffs and Defendant County had no objection to any of the four proposed sites. Intervenors had no objection to the locations on Los Angeles Street and 8th Street, but object to the locations 87th Street and Lawrence Street.

D. Update On The Residents At 16th & San Julian

One of LAHSA's teams returned to visit the people residing in RVs at 16th and San Julian in downtown Los Angeles on Monday, April 20, 2020. They attempted to speak with everyone in the 16 RVs found there, but only three people answered. LAHSA provided COVID-19 flyers, face masks, waters, and snacks, and asked whether the residents were interested in a safe parking location for their RV. Only one individual said

he would be interested in safe parking, the other two were not interested. LAHSA will follow-up to try to contact more residents, to provide resources to help with registration for those who need it, and to continue exploring the safe parking option.

Dated: April 21, 2020           MICHAEL N. FEUER, CITY ATTORNEY


By: /s/ Scott Marcus
    Scott Marcus
    Senior Assistant City Attorney
    Attorneys for Defendant
      CITY OF LOS ANGELES

Dated: April 21, 2020           MANATT, PHELPS & PHILLIPS, LLP


By: /s/ Brandon D. Young
    Brandon D. Young
    Attorneys for Defendant
    COUNTY OF LOS ANGELES

Dated: April 21, 2020           FOLEY & LARDNER, LLP


By: /s/ Byron J. McLain
    Byron J. McLain
    Attorneys for Defendant
    COUNTY OF LOS ANGELES

Dated: April 21, 2020           ELDER LAW AND DISABILITY LAW
                                 RIGHTS CENTER


By: /s/ Brooke Weitzman
    Brooke Weitzman
    Attorneys for Intervenor
    ORANGE COUNTY CATHOLIC WORKER

Dated: April 21, 2020

OFFICE OF CAROL SOBEL

By: /s/ Carol A Sobel
Carol A Sobel
Attorneys for Intervenor
ORANGE COUNTY CATHOLIC WORKER, LOS ANGELES CATHOLIC WORKER, and LOS ANGELES COMMUNITY ACTION NETWORK

Dated: April 21, 2020

SCHONBRUN SEPLOW HARRIS & HOFFMAN, LLP

By: /s/ Catherine Sweetser
Catherine Sweetser
Attorneys for Intervenors
ORANGE COUNTY CATHOLIC WORKER, LOS ANGELES CATHOLIC WORKER, and LOS ANGELES COMMUNITY ACTION NETWORK

Dated: April 21, 2020

LEGAL AID FOUNDATION OF LOS ANGELES, LLP

By: /s/ Shayla R. Myers
Shayla R. Myers
Attorneys for Intervenors
LOS ANGELES CATHOLIC WORKER and LOS ANGELES COMMUNITY ACTION NETWORK

Dated: April 21, 2020

SPERTUS, LANDES & UMHOFER, LLP

By: /s/ Elizabeth A. Mitchell
Elizabeth A. Mitchell
Attorneys for Plaintiffs