**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                                Date:  April 24, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER FOR STATUS REPORT**

The Court thanks the parties, as well as all of the additional attendees, who participated in the April 23, 2020 Status Conference for their efforts to engage in constructive discussions regarding efforts to house those experiencing homelessness during this pandemic. By this ORDER, the Court is memorializing the participants' suggestions as to the process by which this may be accomplished.

To that end, the parties shall file a joint status report no later than 4:00 p.m. on Monday, April 27, 2020, regarding the following:

(1) The use of property located at 749 S. Los Angeles Street, Los Angeles, California, for safe parking or pallet shelters; and

(2) The status of the review and use of the property located at Maple and 16th Street, Los Angeles, California.

At the April 23, 2020 Status Conference, the Court perceived what appeared to be a consensus reached among the participants, and on that basis REQUESTS that the

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                                                                 Date: April 24, 2020
                                                                                                                          Page 2

parties file a progress report as to each of the following items on or before April 30, 2020:

   (1) The current status of each location which has previously been identified or is under consideration as a safe parking site. In particular, said report should include how many recreational vehicles, vans, and cars are in each site, as well as the maximum capacity of each site.

   (2) The current status of the implementation of Governor Newsom's Project Roomkey. In particular, said report should include the number of persons already placed in hotels and motels.

   (3) The current number of recreational centers being used as shelters, and the number of persons sheltered therein.

   Finally, the Court notes that the City of Los Angeles is divided into 15 Districts, each represented by a City Councilperson. The Court has been advised that a settlement in this matter will best be achieved by a global settlement implemented on a District-by-District basis. The Court has been informed that, in furtherance of that goal, Nury Martinez, President, Los Angeles City Council, and Joe Buscaino, President Pro Tem, Los Angeles City Council, will be directly involved in the settlement discussions.

   The Court reiterates its appreciation of the efforts of all of the participants in these settlement discussions.

   The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                                Initials of Deputy Clerk: kd
CIVIL-GEN