MICHAEL FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
GABRIEL DERMER, Assistant City Attorney (SBN 229424)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 N. Main Street, City Hall East, Room 675
Los Angeles, CA 90012
Telephone 213-978-4681
Facsimile 213-978-7011
scott.marcus@lacity.org

Attorneys for Defendant CITY OF LOS ANGELES

MANATT, PHELPS & PHILLIPS, LLP          FOLEY & LARDNER LLP
Brandon D. Young (Bar No. 304342)       Byron J. McLain, Esq. (Bar No. 257191)
2049 Century Park East, Suite 1700      555 South Flower Street, Suite 3300
Los Angeles, CA 90067                   Los Angeles, CA 90071
Telephone: 310-312-4000                 Telephone: 310-972-4500
Facsimile: 310-312-4224                 Facsimile: 213-486-0065
BDYoung@manatt.com                      bmclain@foley.com

Attorneys for Defendant COUNTY OF LOS ANGELES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No.:  2:20-cv-02291-DOC-KES <br> Assigned to Judge David O. Carter <br><br> **JOINT STATUS REPORT FOR APRIL 27, 2020** |

1

BROOKE WEITZMAN SBN 301037
WILLIAM WISE SBN 109468
ELDER LAW AND DISABILITY
RIGHTS CENTER
1535 E 17th Street, Suite 110
Santa Ana, California 92705
Telephone: 714-617–5353
bweitzman@eldrcenter.org
bwise@eldrcenter.org

CAROL A. SOBEL SBN 84483
WESTON ROWLAND SBN 327599
LAW OFFICE OF CAROL SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, California 90401
Telephone: 310-393-3055
carolsobellaw@gmail.com
rowland.weston@gmail.com

PAUL L. HOFFMAN SBN 71244
CATHERINE SWEETSER SBN 271142
SCHONBRUN, SEPLOW, HARRIS & HOFFMAN, LLP
11543 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310-396-7031
hoffpaul@aol.com
csweetser@sshhlaw.com

Attorneys for Intervenors Orange County Catholic Worker

Carol A. Sobel (SBN 84483)
LAW OFFICE OF CAROL A. SOBEL
725 Arizona Ave.
Santa Monica, California 90401
Telephone: 310-393-3055
carolsobel@aol.com

Shayla R. Myers (SBN 264054)
LEGAL AID FOUNDATION
OF LOS ANGELES
7000 S. Broadway
Los Angeles, CA 90003
Telephone: 213-640-3983
smyers@lafla.org

Catherine Sweetser (SBN 271142)
SCHONBRUN SEPLOW HARRIS
& HOFFMAN, LLP
11543 W. Olympic Blvd.
Los Angeles, CA 90064
Telephone: 310-396-0731
catherine.sdshhh@gmail.com

Attorneys for Intervenors Los Angeles Catholic Worker
and Los Angeles Community Action Network

1  SPERTUS, LANDES & UMHOFER, LLP
   Matthew Donald Umhofer (SBN 206607)
2  Elizabeth A. Mitchell (SBN 251139)
3  617 W. 7th Street, Suite 200
   Los Angeles, California 90017
4  Telephone: 213-205-6520
   Facsimile: 213-205-6521
5  mumhofer@spertuslaw.com
6  emitchell@spertuslaw.com

7  Attorneys for Plaintiffs
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STATUS REPORT FOR APRIL 27, 2020

Plaintiffs LA Alliance for Human Rights, Charles Van Scoy, Harry Tashdjian, George Frem, Leandro Suarez, Joseph Burk, Gary Whitter, Karyn Pinsky, and Charles Malow, Defendants City of Los Angeles ("City") and County of Los Angeles ("County"), and intervenors Orange County Catholic Worker, Los Angeles Catholic Worker, and Los Angeles Community Action Network (collectively, the "Parties") respectfully submit this status report in response to the Court's April 24, 2020 Minute Order, which ordered the parties to file a joint status report regarding:  (1) the use of property located at 749 S. Los Angeles Street for safe parking or pallet shelters; and (2) the status of the review and use of the property located at Maple and 16th Street. [Dkt. 78.]

The City reports the following:

(1)     749 S. Los Angeles Street

The City is progressing with setting up a safe parking site for RVs at 749 S. Los Angeles Street as discussed at the April 23 hearing.  The current tenant has agreed to vacate the site to make way for the safe parking project.  An initial site plan has been drafted and is attached hereto as Exhibit A.  The City is procuring the appropriate hygiene units and other facilities to be placed on the site, and working with LAHSA to secure a service provider to operate the safe parking site.  The City believes it will be able to open the site within the 30 days discussed at the hearing.

A few local businesses and residents have already raised objections to the safe parking project at 749 S. Los Angeles.  Unfortunately, this is an all too common occurrence anytime the City seeks to set up shelters and safe parking for persons experiencing homelessness.  Plaintiffs are working with the City to address the concerns being raised by local businesses and residents.

(2)     16th & Maple

The City is working with state and regional agencies to resolve the environmental concerns raised about the property located at 16th & Maple.  The California Department of Toxic Substances Control (DTSC), the agency that Caltrans referred the City to when it raised the environmental concerns, approved the City's plan to house persons

experiencing homelessness on the site in RVs after covering all areas of bare soil. This allows the City and Caltrans to finalize the lease and move forward with the project. Once final, the City believes it can perform the needed repairs and have the safe parking site ready for occupancy in 6 weeks.

    (3)    Pallet Shelters

    The City continues to assess other locations to site the pallet shelters originally planned for 16th & Maple.

Dated: April 27, 2020          MICHAEL N. FEUER, CITY ATTORNEY

                           By: /s/ Scott Marcus
                              Scott Marcus
                              Senior Assistant City Attorney
                              Attorneys for Defendant
                               CITY OF LOS ANGELES

Dated: April 27, 2020          MANATT, PHELPS & PHILLIPS, LLP

                           By: /s/ Brandon D. Young
                              Brandon D. Young
                              Attorneys for Defendant
                              COUNTY OF LOS ANGELES

Dated: April 27, 2020          FOLEY & LARDNER, LLP

                           By: /s/ Byron J. McLain
                              Byron J. McLain
                              Attorneys for Defendant
                              COUNTY OF LOS ANGELES

1

Dated:  April 27, 2020          ELDER LAW AND DISABILITY RIGHTS
                                 CENTER

2

3                               By: /s/ Brooke Weitzman

4                                  Brooke Weitzman
                                   Attorneys for Intervenor
5                                  ORANGE COUNTY CATHOLIC WORKER

6

Dated:  April 27, 2020          LAW OFFICE OF CAROL SOBEL

7

8                               By: /s/ Carol A Sobel

9                                  Carol A Sobel
                                   Attorneys for Intervenor
10                                 ORANGE COUNTY CATHOLIC WORKER,
                                    LOS ANGELES CATHOLIC WORKER, and
11                                  LOS ANGELES COMMUNITY ACTION
                                    NETWORK

12

13

Dated:  April 27, 2020          SCHONBRUN SEPLOW HARRIS & HOFFMAN,
                                 LLP

14

15

16                              By: /s/ Catherine Sweetser

                                   Catherine Sweetser
17                                 Attorneys for Intervenors
                                   ORANGE COUNTY CATHOLIC WORKER,
18                                  LOS ANGELES CATHOLIC WORKER,
                                   and LOS ANGELES COMMUNITY ACTION
19                                  NETWORK

20

Dated:  April 27, 2020          LEGAL AID FOUNDATION OF
21                               LOS ANGELES

22

23                              By: /s/ Shayla R. Myers

                                   Shayla R. Myers
24                                 Attorneys for Intervenors
                                   LOS ANGELES CATHOLIC WORKER and
25                                  LOS ANGELES COMMUNITY ACTION
                                    NETWORK

26

27

28

Dated:  April 27, 2020          SPERTUS, LANDES & UMHOFER, LLP


By: /s/ Elizabeth A. Mitchell
Elizabeth A. Mitchell
Attorneys for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A



SITE LAYOUT PLAN
1" = 60'-0"

KEYNOTE LEGEND
1.  (E) PERIMETER FENCING
2.  8' X 30' MAX. LONG RV TRAILER, TYP.
3.  DEMO (E) TICKET BOOTH, SEE A102
4.  3 PORTA-POTTIES (2 REGULAR, 1 ADA),
    AND 2 HAND WASH STATIONS
5.  FIRE HYDRANT #8990
6.  12' x 32' MOBILE OFFICE TRAILER WITH
    METAL DECK, RAMP, AND STAIRS
7.  TRASH BINS
8.  MOBILE HYGIENE UNIT, 22' X 7', CURBSIDE
9.  (E) DRIVEWAY AND ROLLING GATE
10. FENCED 30' WIDE LADWP CLEARANCE AREA.
    HATCH BELOW, SEE PICTURE ON SHEET A102
11. (E) ABOVE GROUND UTILITY STRUCTURE
12. LADWP DISTRIBUTION STATION #6,
    SEE PICTURE ON SHEET A102

SITE INFORMATION:
TOTAL AREA: APPROX. 22,980 SF

TOTAL RV TRAILER PARKING STALLS: 17

NOTE:
•  MOBILE HYGIENE UNIT WILL REQUIRE
   PERMANENT SEWER CONNECTION. INLET
   DROP STRUCTURE TO BE LOCATED BY
   LASAN.
•  WATER SERVICE: HOSE TO CONNECT TO FIRE
   HYDRANT #8990

SAFE PARK:
749 S. Los Angeles St.

| CITY OF LOS ANGELES | DEPARTMENT OF PUBLIC WORKS | BUREAU OF ENGINEERING |

GARY LEE MOORE, PE, ENV SP                    CITY ENGINEER

S. Los Angeles St: Safe Park

749 S. LOS ANGELES ST, CA 90015

SITE LAYOUT PLAN

| W.O. # | X |
| Date | 04/27/20 |
| Drawn by | EV |
| Checked by | AK |

A101

Scale  1" = 60'-0"     COUNCIL DISTRICT     #14

ENGINEERING
CITY OF LOS ANGELES





LADWP DISTRIBUTION STATION #06

LADWP HATCH AND ADJACENT UTILITY STRUCTURE

EXISTING PARKING LOT AND TICKET BOOTH



1  AERIAL VIEW

CITY OF LOS ANGELES     DEPARTMENT OF PUBLIC WORKS     BUREAU OF ENGINEERING

**GARY LEE MOORE, PE, ENV SP**     CITY ENGINEER

**S. Los Angeles St: Safe Park**

749 S. LOS ANGELES ST, CA 90015

**AERIAL VIEW**

| W.O. # | | X | |
| --- | --- | --- | --- |
| Date | | 04/27/20 | **A102** |
| Drawn by | | EV | |
| Checked by | | MQ | Scale |

ENGINEERING
CITY OF LOS ANGELES

COUNCIL DISTRICT     #14