

# BOARD OF SUPERVISORS
# COUNTY OF LOS ANGELES

869 KENNETH HAHN HALL OF ADMINISTRATION / LOS ANGELES, CALIFORNIA 90012
TEL: 213-974-5555 FAX: 213-974-1010

**KATHRYN BARGER**
SUPERVISOR, FIFTH DISTRICT
CHAIR OF THE BOARD

April 28, 2020

**VIA EMAIL**

Honorable David O. Carter
United States District Judge
Ronald Reagan Federal Building, United States Courthouse
411 West Fourth Street, Courtroom 9D
Santa Ana, CA, 92701-4516
Email: DOC_Chambers@cacd.uscourts.gov

        Re:    County's Intention to Enter Into Settlement Negotiations

Dear Judge Carter:

       This is to inform you that the County of Los Angeles is prepared to enter into settlement negotiations with all of the parties in the matter of *LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*, Case No. CV 20-02291-DOC (KESx), to attempt to resolve the case.

       Please do not hesitate to contact me if you have any questions.

Sincerely,

*[signature: Kathy Barger]*

KATHRYN BARGER
Supervisor, Fifth District
Chair, Board of Supervisors