**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                                             Date:  April 30, 2020

Title:  LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Not Present | Not Present |
|---|---|
| Courtroom Clerk | Recorder |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|

**PROCEEDINGS (IN CHAMBERS):   ORDER RE TRANSCRIPTS OF HEARINGS HELD ON APRIL 7, 2020, APRIL 14, 2020 AND APRIL 23, 2020**

The Court hereby orders the transcripts for the hearing dates below designated as the official court record:

April 7, 2020, Status Conference, Job Number 4052928, Recorder Austin Che, transcriber, Lorie A. Cook.

April 14, 2020, Status Conference, Job Number 4080633, Recorder Austin Che, transcriber Jane W. Gilliam.

April 23, 2020, Status Conference, Job Number 4083654, Recorder Austin Che, transcriber Lorie A. Cook.

The recorder and transcribers referenced above are hereby ordered to submit the original transcripts and all notes to transcripts_cacd@cacd.uscourts.gov no later than Monday, May 4, 2020, for immediate uploading on the Court's CM/ECF document filing system.

cc:    Alberto Ortiz, Supervisory Staff Interpreter
        Lorie Cook at calendar-la@veritext.com
        Jane W. Gilliam at calendar-la@veritext.com

                                                                                         :
                                                    Initials of Clerk     ts for kd