MICHAEL FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
GABRIEL DERMER, Assistant City Attorney (SBN 229424)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 N. Main Street, City Hall East, Room 675
Los Angeles, CA 90012
Telephone 213-978-4681
Facsimile 213-978-7011
scott.marcus@lacity.org

Attorneys for Defendant CITY OF LOS ANGELES


MARY C. WICKHAM, County Counsel (Bar No. 145664)
RODRIGO A. CASTRO-SILVA, Senior Assistant County Counsel (Bar No. 185251)
THOMAS J. FAUGHNAN, Senior Assistant County Counsel (Bar No. 155238)
LAUREN M. BLACK, Principal Deputy County Counsel (Bar No. 192302)
500 West Temple Street, Suite 468
Los Angeles, CA 90012
Telephone: 213-974-1830
Facsimile: 213-626-7446
lblack@counsel.lacounty.gov

Attorneys for Defendant COUNTY OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>             Plaintiffs,<br><br>    vs.<br><br>CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 10 inclusive,<br><br>          Defendants. | Case No.: 2:20-cv-02291-DOC-KES<br>Assigned to Judge David O. Carter<br><br>**DEFENDANTS' JOINT PROGRESS REPORT FOR APRIL 30, 2020** |

1

MANATT, PHELPS & PHILLIPS, LLP       FOLEY & LARDNER LLP
Brandon D. Young (Bar No. 304342)    Byron J. McLain, Esq. (Bar No. 257191)
2049 Century Park East, Suite 1700   555 South Flower Street, Suite 3300
Los Angeles, CA 90067                Los Angeles, CA 90071
Telephone: 310-312-4000             Telephone: 310-972-4500
Facsimile: 310-312-4224             Facsimile: 213-486-0065
BDYoung@manatt.com                  bmclain@foley.com

Attorneys for Defendant COUNTY OF LOS ANGELES

Defendants City of Los Angeles (City) and County of Los Angeles (County) respectfully submit this report in response to the Court's April 24, 2020 Minute Order, which ordered the parties to file a progress report regarding:  (1) the current status of each location which has previously been identified or is under consideration as a safe parking site; (2) the current status of the implementation of Governor Newsom's Project Roomkey; and (3) the current number of recreational centers being used as shelters, and the number of persons sheltered therein. [Dkt. 78.]

(1)    Safe Parking

There are currently 18 safe parking sites within the City of Los Angeles, with a total maximum capacity of 406 vehicles, including cars, vans, and RVs.  A list of the sites in the City's Safe Parking Program and the maximum capacity of each is attached hereto as Exhibit A.[1]  These sites are operated by various service providers and administered by the Los Angeles Homeless Services Authority (LAHSA).  Occupancy varies on any given night, week-to-week, and over months.  The City will work with LAHSA and its service providers to compile occupancy data for the Safe Parking Program and submit it to the Court in a supplemental report.

In addition, the City Administrative Officer's Asset Management Group reviewed over 300 parking lots owned by the City's Department of Transportation (LADOT), and several were identified for potential use as safe parking sites.  A list of LADOT Parking Lots and their current status is attached hereto as Exhibit B.

Finally, as reported earlier, the City is progressing with setting up safe parking sites for RVs at 749 S. Los Angeles Street and at 16th & Maple in downtown Los Angeles [Dkt. 80], although Plaintiffs announced today that they are withdrawing from the agreement to set up safe parking at the 749 S. Los Angeles Street location.

---

[1] This information can also be accessed at https://www.lahsa.org/news?article=592-lahsa-administered-safe-parking-sites-in-los-angeles.  The maximum capacity can vary at certain sites.  For example, a single RV may take up the space on one night that was occupied by two cars the night before.

(2)   Project Roomkey

Through Project Roomkey, the County and other key stakeholders, including the City and LAHSA, are working to secure, operate, and maintain hotel and motel beds for "high-risk" persons experiencing homelessness.[2]  FEMA defines "high-risk" as individuals experiencing homelessness over 65 years or who have certain underlying health conditions (respiratory, compromised immunities, chronic disease), and who require emergency non-congregate shelter as a social distancing measure.

Project Roomkey continues to expand across the County.  As of April 28, 2020, there are 26 hotels and motels for 2,206 beds under contract.  Currently, 1,204 beds are occupied with 1,351 high-risk clients serviced.  Please see below for additional details.

| Service Planning Area (SPA) | Total Rooms | Date Operational | No. of Rooms Occupied | No. of Clients |
|---|---|---|---|---|
| Antelope Valley —1 | 94 | 4/6 | 85 | 91 |
| South Bay – 1 | 60 | 4/8 | 51 | 59 |
| San Fernando Valley —1 | 52 | 4/5 | 47 | 57 |
| San Gabriel Valley – 1 | 49 | 4/6 | 45 | 55 |
| San Fernando Valley – 2 | 74 | 4/5 | 73 | 100 |
| San Fernando Valley – 3 | 50 | 4/11 | 41 | 46 |
| West Los Angeles — 1 | 136 | 4/3 | 132 | 135 |
| East Los Angeles – 1 | 50 | 4/17 | 43 | 52 |
| San Gabriel Valley – 2 | 87 | 4/12 | 82 | 92 |
| Metro Los Angeles – 1 | 48 | 4/15 | 46 | 51 |
| Metro Los Angeles – 2 | 49 | 4/21 | 40 | 41 |
| San Gabriel Valley – 3 | 50 | 4/17 | 47 | 52 |
| South Bay – 2 | 100 | 4/16 | 87 | 93 |

---

[2] In addition to Project Roomkey, the County has obtained hotel and motel rooms for isolation and quarantine facilities for persons experiencing homelessness unable to shelter in place who either have tested positive for COVID-19, or have COVID-19 symptoms.  As of April 27, 2020, there are 851 isolation/quarantine beds under contract, with 318 currently occupied.

| Service Planning Area (SPA) | Total Rooms | Date Operational | No. of Rooms Occupied | No. of Clients |
|---|---|---|---|---|
| San Fernando Valley – 4 | 240 | 4/20 | 173 | 204 |
| South Bay – 4 | 97 | 4/23 | 53 | 58 |
| South Bay – 5 | 135 | Pending | Pending | Pending |
| South Los Angeles – 1 | 69 | 4/23 | 40 | 40 |
| San Fernando Valley – 5 | 52 | 4/28 | 15 | 16 |
| San Gabriel Valley – 4 | 75 | Pending | Pending | Pending |
| West Los Angeles – 2 | 47 | 4/24 | 42 | 43 |
| Metro Los Angeles – 3 | 60 | 4/18 | 47 | 50 |
| East Los Angeles – 3 | 210 | Pending | Pending | Pending |
| San Gabriel Valley – 5 | 115 | 4/28 | 15 | 16 |
| Metro Los Angeles – 4 | 35 | Pending | Pending | Pending |
| Metro Los Angeles – 5 | 52 | Pending | Pending | Pending |
| East Los Angeles – 4 | 120 | Pending | Pending | Pending |
| Overall Totals: | 2,206 | | 1,204 | 1,351 |

The County continues to identify other hotels and motels to increase availability of beds to persons experiencing homelessness, and will work with LAHSA to coordinate operating dates.  Several hundred hotel or motel beds are expected to become available within days, with more contracted hotels scheduled to become operational.  The County has a team of over a dozen leasing agents actively working with hotel and motel operators to identify viable sites and negotiate contracts.  To date, the County has contacted hotel or motel owners controlling over 800 hotels or motels throughout the region.

The County is also working vigorously to defend its right to administer Project Roomkey throughout the Los Angeles region.  The County is actively working to protect the supply of potential or contracted hotel or motel beds.  For example, on April 28, 2020, in *County of Los Angeles v. City of Norwalk*, LASC No. 20STCP01480, the Los Angeles County Superior Court, at the County's request, granted a temporary restraining

3

order preventing the City of Norwalk from applying an emergency moratorium to prohibit the County's opening of a 210-bed hotel for Project Roomkey.  However, other cities have lodged objections (some of which have been resolved) affecting over 500 rooms.  The County is taking steps to strengthen its partnerships with cities that have or will support Project Roomkey to avoid disruptions in making hotel and motel rooms available to persons experiencing homelessness.

While the County is the lead agency, the City continues to support the County and LAHSA in their efforts to operate and expand Project Roomkey.  The City provides assistance in identifying potential properties to join the program, and, when appropriate, joins in negotiations with property owners to lease or purchase the facilities.  The City works with LAHSA and its service providers to identify clients to be housed at Project Roomkey facilities, including individuals who are being housed in the City's emergency shelters.  The City also provides transportation from its emergency shelters to the Project Roomkey facility.

The City currently has 12 hotels and motels under contract for Project Roomkey, with a total of 962 rooms.  As of the filing of this report:

- 727 rooms are occupied by 814 guests (an 83% occupancy rate)
- 148 rooms stand ready for occupancy
- 87 rooms are in the process of being made operational

The City is in active negotiations with other hotel and motel owners across the city in an effort to leverage their properties to increase the City's capacity to provide non-congregate housing options for vulnerable persons experiencing homelessness as well as those that require isolation and/or quarantine as a result of exposure to COVID-19.

(3)   Recreation Center Emergency Shelters

Since activating the Mass Shelter Expansion Program (MSEP) on March 18, 2020, the City has opened 24 emergency shelters at Recreation and Parks (RAP) recreation centers with a total capacity of 1,019 beds.  As of the filing of this report, 909 beds are

being used, or roughly a 90% occupancy rate.  A list of the recreation center emergency shelters is attached hereto as Exhibit C.

The City is also using certain recreation center locations with emergency shelters to place emergency trailers received from the State, and to set up additional safe parking sites.  The state trailers are for use exclusively by persons experiencing homelessness, as either Tier 1 housing for vulnerable populations or to supplement the Project Roomkey beds being run by the County.  207 trailers have been placed at 6 locations, and as of the filing of this report, 60 trailers are occupied.  An additional 6 rec center locations have set up safe parking sites, and as of the filing of this report, 56 spaces are occupied.  The City is setting up trailers and safe parking sites at additional recreational center locations in the near future.

Dated:  April 30, 2020          MICHAEL N. FEUER, CITY ATTORNEY


By: /s/ Scott Marcus
    Scott Marcus
    Senior Assistant City Attorney
    Attorneys for Defendant
     CITY OF LOS ANGELES

Dated:  April 30, 2020          MARY C. WICKHAM, COUNTY COUNSEL


By: /s/ Lauren M. Black
    Lauren M. Black,
    Principal Deputy County Counsel
    Attorneys for Defendant
    COUNTY OF LOS ANGELES

Dated:  April 30, 2020          MANATT, PHELPS & PHILLIPS, LLP


By: /s/ Brandon D. Young
    Brandon D. Young
    Attorneys for Defendant
    COUNTY OF LOS ANGELES

Dated:  April 30, 2020          FOLEY & LARDNER, LLP


By: /s/ Byron J. McLain
    Byron J. McLain
    Attorneys for Defendant
    COUNTY OF LOS ANGELES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

DEFENDANTS' JOINT PROGRESS REPORT FOR APRIL 30, 2020

⚠ The LAHSA website will be down for maintenance today between 7pm and 9pm. Please save all your work.



**Published** October 15, 2019 | **Last updated** April 30, 2020 | 11,073 total views

WHAT IS SAFE PARKING?

The Safe Parking Program provides vehicle dwellers with a safe and legal place to park and sleep at night.

WHY DO SAFE PARKING PROGRAMS EXIST?

- According to the 2019 Greater Los Angeles Homeless Count, vehicular homelessness represents roughly 37% (16,500+) of the total number of unsheltered individuals experiencing homelessness in Los Angeles County.
- Vehicle dwellers are often unaware of safe places to rest at night and often lack access to the homeless services delivery system or connection to available supportive services.
- The Citywide Safe Parking Program is an approved strategy under the City of Los Angeles Comprehensive Homeless Strategy plan to combat homelessness

WHO IS ELIGIBLE FOR THE SAFE PARKING PROGRAM?

Safe Parking Programs may be available to persons who meet the following criteria:

- Individual or family who is experiencing homelessness or actively fleeing domestic violence, living in their vehicle, and has an operable vehicle.

WHAT SERVICES DOES THE SAFE PARKING PROGRAM PROVIDE?

- Access to park a vehicle in a safe parking lot with onsite security and restrooms.
- Access to have a Coordinated Entry System (CES) assessment completed.
- Referrals and linkages to community resources.
- Access to case management, financial assistance and benefit connection.
- Site amenities may vary according to each site.

WHERE CAN I ACCESS THIS PROGRAM?

Safe Parking programs can be accessed by contacting or visiting a **service provider** in your area.

Site amenities vary according to each site.

The number of available parking spaces and capacity to accommodate RVs are subject to change and dependent on the make-up of vehicles in the parking lots. Interested individuals should contact service providers to confirm the current availability.

A list of LAHSA-funded Safe Parking sites can be found below:

Service Planning Area 1 (Antelope Valley):

| | |
|---|---|
| **Provider** | **Hope of the Valley** |
| Neighborhood | Palmdale |
| # of Available Parking Spaces | 30 |
| Population Served | Adults, Families, Youth |
| Days/Hours of Operation | 7 p.m.-7 a.m. Daily |
| Contact Information | (661) 644-0915 or safeparking1@hopeofthevalley.org |
| Website | N/A |
| Amenities | On-site restrooms |
| Are RVs Allowed? | No |

| | |
|---|---|
| **Provider** | **Volunteers of America Los Angeles** |
| Neighborhood | Lancaster |
| # of Available Parking Spaces | 40 |
| Population Served | Adults, Youth |
| Days/Hours of Operation | 8:30 p.m.-6:30 a.m. Daily |
| Contact Information | Debra Hampton at dhampton@voala.org or (213) 999-5378 |
| Website | N/A |
| Amenities | On-site restrooms |
| Are RVs Allowed? | Yes |

Service Planning Area 2 (San Fernando Valley):

| | |
|---|---|
| **Provider** | **North Valley Caring Services** |
| Neighborhood | North Hills |
| # of Available Parking Spaces | 20 |
| Population Served | Adults, Families |
| Days/Hours of Operation | 7 p.m.- 7 a.m. Mon-Fri, 7 p.m. to 6 a.m. Sat & Sun |
| Contact Information | (818) 891-0481 x25 |
| Website | www.nvcsinc.org |

| | |
|---|---|
| **Provider** | North Valley Caring Services |
| | On-site restrooms, clothing |
| **Amenities** | showers and breakfast available Mon, Wed & Fri, food pantry available Tues, Wed, & Fri. |
| **Are RVs Allowed?** | No |

| | |
|---|---|
| **Provider** | Safe Parking LA |
| **Neighborhood** | North Hollywood |
| **# of Available Parking Spaces** | 15 |
| **Population Served** | Adults, Families |
| **Days/Hours of Operation** | 8:30 p.m-6:30 a.m. Daily |
| **Contact Information** | (323) 210-3375 |
| **Website** | www.safeparkingla.org |
| **Amenities** | Portable restrooms |
| **Are RVs Allowed?** | As available |

| | |
|---|---|
| **Provider** | Safe Parking LA |
| **Neighborhood** | Reseda |
| **# of Available Parking Spaces** | 15 |
| **Population Served** | Adults, Families |
| **Days/Hours of Operation** | 8:30 p.m-6:30 a.m. Daily |
| **Contact Information** | (323) 210-3375 |
| **Website** | www.safeparkingla.org |
| **Amenities** | Portable restrooms |
| **Are RVs Allowed?** | No |

| | |
|---|---|
| **Provider** | Volunteers of America Los Angeles |
| **Neighborhood** | Van Nuys |
| **# of Available Parking Spaces** | 20 |
| **Population Served** | Adults |
| **Days/Hours of Operation** | 9 p.m.-6 a.m. Daily |
| **Contact Information** | Debra Hampton at dhampton@voala.org or (213) 999-5378 |
| **Website** | N/A |
| **Amenities** | Portable restrooms |
| **Are RVs Allowed?** | No |

Service Planning Area 4 (Metro Los Angeles):

| | |
|---|---|
| **Provider** | End Homelessness CA/Shower of Hope |
| Neighborhood | Glassell Park |
| # of Available Parking Spaces | 20 |
| Population Served | Adults |
| Days/Hours of Operation | 7 p.m-7 a.m. Daily |
| Contact Information | (424) 343-7752; mel@theshowerofhope.org |
| Website | N/A |
| Amenities | Portable restrooms, 3 meals/week |
| Are RVs Allowed? | Yes |

| | |
|---|---|
| **Provider** | End Homelessness CA/Shower of Hope |
| Neighborhood | Westlake |
| # of Available Parking Spaces | 20 |
| Population Served | Adults |
| Days/Hours of Operation | 7 p.m-7 a.m. Daily |
| Contact Information | (424) 343-7752; mel@theshowerofhope.org |
| Website | N/A |
| Amenities | Portable restrooms, 3 meals/week |
| Are RVs Allowed? | Yes |

| | |
|---|---|
| **Provider** | Safe Parking LA |
| Neighborhood | Koreatown |
| # of Available Parking Spaces | 12 |
| Population Served | Adults, Families |
| Days/Hours of Operation | 8:30 p.m.- 6:30a.m., Daily |
| Contact Information | (323) 210-3375 |
| Website | www.safeparkingla.org |
| Amenities | Portable restrooms |
| Are RVs Allowed? | No |

| | |
|---|---|
| **Provider** | Safe Parking LA |
| Neighborhood | East Hollywood |
| # of Available Parking Spaces | 25 |

| Provider | Safe Parking LA |
|---|---|
| Population Served | Adults |
| Days/Hours of Operation | 8:30 p.m.-6:30 a.m. Daily |
| Contact Information | (323) 210-3375 |
| Website | www.safeparkingla.org |
| Amenities | Portable restrooms |
| Are RVs Allowed? | As available |

| Provider | Safe Parking LA |
|---|---|
| Neighborhood | Echo Park |
| # of Available Parking Spaces | 14 |
| Population Served | Adults, Families, Youth |
| Days/Hours of Operation | 8:30 p.m.-6:30 a.m. Daily |
| Contact Information | (323) 210-3375 |
| Website | www.safeparkingla.org |
| Amenities | Portable restrooms |
| Are RVs Allowed? | No |

| Provider | Volunteers of America Los Angeles |
|---|---|
| Neighborhood | Downtown Los Angeles |
| # of Available Parking Spaces | 20 |
| Population Served | Adults, Families, and TAY (Note: During the COVID-19 crisis, this site is available for use by the broader population of people experiencing vehicular homelessness, not only veterans) |
| Days/Hours of Operation | 9 p.m.-6 a.m. Daily |
| Contact Information | Debra Hampton at dhampton@voala.org or (213) 999-5378 |
| Website | N/A |
| Amenities | Portable restrooms |
| Are RVs Allowed? | No |

**Service Planning Area 5 (West Los Angeles):**

| | |
|---|---|
| **Provider** | **Safe Parking LA** |
| Neighborhood | Sawtelle |
| # of Available Parking Spaces | 15 |
| Population Served | Adults, Families |
| Days/Hours of Operation | 8:30 p.m.-6:30 a.m. Daily |
| Contact Information | (323) 210-3375 |
| Website | www.safeparkingla.org |
| Amenities | Portable restrooms |
| Are RVs Allowed? | No |

| | |
|---|---|
| **Provider** | **Safe Parking LA** |
| Neighborhood | Westchester |
| # of Available Parking Spaces | 5 |
| Population Served | Women |
| Days/Hours of Operation | 8:30 p.m.-6:30 a.m. Daily |
| Contact Information | (323) 210-3375 |
| Website | www.safeparkingla.org |
| Amenities | Portable restrooms |
| Are RVs Allowed? | No |

| | |
|---|---|
| **Provider** | **Safe Parking LA** |
| Neighborhood | Westwood |
| # of Available Parking Spaces | 50 |
| Population Served | Veterans (Adults, Families, Youth) |
| Days/Hours of Operation | 8:30 p.m.-7:30 a.m. Daily |
| Contact Information | (323) 210-3375 |
| Website | www.safeparkingla.org |
| Amenities | Portable restrooms |
| Are RVs Allowed? | Yes |

**Service Planning Area 6 (South Los Angeles):**

| | |
|---|---|
| **Provider** | **SSG/HOPICS** |
| Neighborhood | South Los Angeles |
| # of Available Parking Spaces | 35 |
| Population Served | Adults, Families |

| | |
|---|---|
| **Provider** | SSG/HOPICS |
| **Days/Hours of Operation** | 8:15 p.m.-7 a.m. Daily |
| **Contact Information** | (323) 948-0444 x115 |
| **Website** | www.hopics.org |
| **Amenities** | Portable restrooms |
| **Are RVs Allowed?** | Yes |

| | |
|---|---|
| **Provider** | Watts Labor Community Action Committee (WLCAC) |
| **Neighborhood** | Watts |
| **# of Available Parking Spaces** | 30 |
| **Population Served** | Adults, Youth |
| **Days/Hours of Operation** | 7 p.m.-7 a.m. Daily |
| **Contact Information** | (323) 563-4721 |
| **Website** | N/A |
| **Amenities** | On-site restrooms |
| **Are RVs Allowed?** | Yes |

**Service Planning Area 7 (Southeast Los Angeles County):**

| | |
|---|---|
| **Provider** | Volunteers of America Los Angeles |
| **Neighborhood** | Whittier |
| **# of Available Parking Spaces** | 20 |
| **Population Served** | Adults, Families |
| **Days/Hours of Operation** | 8 p.m.-6:30 a.m. Daily |
| **Contact Information** | Debra Hampton at dhampton@voala.org or (213) 999-5378 |
| **Website** | N/A |
| **Amenities** | Portable restrooms |
| **Are RVs Allowed?** | No |

Funding was made possible through the City and County of Los Angeles, Supervisorial District 2, Supervisorial District 3, and the CoC HEAP (Homeless Emergency Aid Program).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

## Status of LADOT Parking Lots Assessment

| CD | LADOT Lot Number | Zip Code | Address | Square Footage | Motion | Status |
|---|---|---|---|---|---|---|
| 1 | 628 | 90031 | 2418 Daly St | 10,200 | | Under CAO Review |
| 1 | 635 | 90042 | 119 N Avenue 58 | 34,880 | 03-2744 | Highland Park Transit Village |
| 1 | 636 | 90042 | 5712 E Marmion Wy | 21,880 | 03-2744 | Highland Park Transit Village |
| 1 | 637 | 90042 | 124 N Avenue 59 | 13,500 | 03-2744 | Highland Park Transit Village |
| 1 | 638 | 90042 | 120 S Avenue 58 | 10,290 | | Under CAO Review |
| 1 | 639 | 90042 | 116 S Avenue 56 | 17,720 | | Under CAO Review |
| 1 | 657 | 90031 | 221 Avenue 22 | 15,500 | | Under CAO Review |
| 1 | 658 | 90031 | 216 Avenue 24 | 19,800 | 16-0600-S145 | HCID entered into ENA with developer, development in process. |
| 1 | 659 | 90031 | 2334 Daly St | 37,200 | 16-0600-S145 | HCID entered into ENA with developer, development in process. |
| 1 | 660 | 90031 | 154 Ave 24 | 18,980 | 16-0600-S145 | HCID entered into ENA with developer, development in process. |
| 1 | 661 | 90031 | 2416 Workman St | 16,500 | 16-0600-S145 | HCID entered into ENA with developer, development in process. |
| 1 | 669 | 90042 | 5033 Lincoln Ave | 13,500 | | Under CAO Review |
| 1 | 672 | 90042 | 124 S Avenue 57 | 14,150 | | Under CAO Review |
| 1 | 673 | 90042 | 117 S Avenue 58 | 14,000 | | Under CAO Review |
| 1 | 695 | 90042 | 123 N Avenue 57 | 16,880 | 03-2744 | Highland Park Transit Village |
| 1 | 697 | 90031 | 2332 Workman St | 14,000 | 16-0600-S145 | HCID entered into ENA with developer, development in process. |
| 1 | 757 | 90012 | 900 N Broadway | 75,940 | | Structure |
| 2 | 602 | 91601 | 11320 Chandler Blvd | 17,600 | 18-0357 | Active Safe Parking site |

## Status of LADOT Parking Lots Assessment

| CD | LADOT Lot Number | Zip Code | Address | Square Footage | Motion | Status |
|----|----|----|----|----|----|----|
| 2 | 627 | 91601 | 11231 Magnolia Blvd | 20,040 | 18-0357 | Not feasible due to lack of replacement parking in the commercial area. |
| 2 | 690 | 91604 | 12225 Ventura Blvd | 41,860 | 18-0357 | Structure, evaluated for Safe Parking |
| 2 | 747 | 91601 | 5000 N Vineland Ave | 25,785 | | Not feasible due to configuration |
| 2 | 767 | 91601 | 5161 N Vineland Ave | 19,805 | | Not feasible due to configuration |
| 3 | 618 | 91303 | 7134 Remmet Ave | 7,500 | | Under 10,000 s.f. |
| 3 | 621 | 91335 | 7120 Baird Avenue | 33,500 | 19-0192 | Potential affordable site, due diligence in process |
| 3 | 622 | 91335 | 7131 Canby Avenue | 26,000 | 19-0192 | Potential affordable site, due diligence in process |
| 3 | 624 | 91335 | 7222 Baird Ave | 33,750 | 19-0192 | Potential affordable site, due diligence in process |
| 3 | 640 | 91335 | 7130 Darby Ave | 20,830 | 19-0192 | Potential affordable site, due diligence in process |
| 3 | 644 | 91303 | 7219 Remmet Ave | 7,250 | | Under 10,000 s.f. |
| 3 | 674 | 91303 | 7220 Jordan Ave | 11,000 | | Under CAO Review |
| 3 | 687 | 90031 | 7141 Remmet Ave | 7,250 | | Under 10,000 s.f. |
| 3 | 704 | 91303 | 7128 Jordan Ave | 15,000 | | Under CAO Review |
| 3 | 705 | 90064 | 21901 W Costanso St | 16,920 | | Under CAO Review |
| 3 | 712 | 91335 | 7246 Baird Avenue | 15,000 | 19-0192 | Potential affordable site, due diligence in process |
| 3 | 725 | 91303 | 7117 Remmet Ave | 7,500 | | Under 10,000 s.f. |
| 4 | 614 | 90036 | 728 S Cochran Ave | 13,950 | | Under CAO Review |
| 4 | 619 | 90046 | 1451 Gardner St | 12,760 | | Not feasible due to configuration |
| 4 | 629 | 91403 | 14591 W. Dickens Street | 47,800 | | Managed as DOT lot but property not owned by LA City |
| 4 | 675 | 90027 | 4642 Russell Ave | 9,000 | | Under 10,000 s.f. |
| 4 | 694 | 90004 | 209 N. Larchmont Blvd | 12,500 | | Under CAO Review |
| 4 | 732 | 90004 | 218 N Larchmont Blvd | 19,200 | | Structure, managed as DOT lot but property not owned by LA City |

| |

## Status of LADOT Parking Lots Assessment

| CD | LADOT Lot Number | Zip Code | Address | Square Footage | Motion | Status |
|---|---|---|---|---|---|---|
| 4 | 762 | 91403 | 15314 W. Dickens Street | 12,500 | 12-1549-S12 | Managed as DOT lot but property not owned by LA City |
| 4 | 799 | 91403 | 14758 Ventura Blvd | 9,600 | | Under 10,000 s.f. |
| 5 | 642 | 90035 | 1421 S Wooster St | 14,800 | | Under CAO Review |
| 5 | 680 | 90024 | 1036 Broxton Ave | 29,070 | | Structure |
| 5 | 685 | 90035 | 2386 Malcolm Ave | 12,750 | | Under CAO Review |
| 5 | 688 | 90035 | 1156 Clark Dr | 14,400 | | Under CAO Review |
| 5 | 689 | 90004 | 8866 Pico Blvd | 12,500 | | Pico-Robertson Senior Housing parking. Removed from DOT list 09/19. |
| 5 | 698 | 91364 | 2367 Prosser Ave | 15,450 | | Under CAO Review |
| 5 | 703 | 90049 | 123 S Robertson Blvd | 23,620 | | Structure |
| 5 | 707 | 90033 | 2377 Midvale Ave | 27,150 | | Under CAO Review |
| 5 | 715 | 90731 | 2371 Overland Ave | 10,700 | | Under CAO Review |
| 5 | 748 | 90025 | 11010 Santa Monica Blvd | 10,500 | 09-0420-S1 | RFP released February 19, 2019 |
| 6 | 601 | 91401 | 14401 Friar Street | 44,130 | | Structure |
| 6 | 609 | 91411 | 14521 Friar Street | 29,700 | | Pending Community Plan update |
| 6 | 610 | 91411 | 14532 Gilmore Street | 50,750 | | Pending Community Plan update |
| 6 | 620 | 91411 | 14607 Sylvan Street | 24,000 | | Pending Community Plan update |
| 6 | 630 | 91411 | 14517 Erwin St | 28,000 | | Pending Community Plan update |
| 6 | 631 | 91401 | 14402 Gilmore Street | 30,000 | | Pending Community Plan update |
| 6 | 752 | 91401 | 6265 Sylmar Ave | 38,810 | | Structure |
| 8 | 623 | 90044 | 8707 Menlo Ave | 31,630 | 17-0539 | Active housing development site. Removed from DOT list 09/19 |
| 8 | 632 | 90043 | 5345 11th Ave | 15,000 | | Under CAO Review |
| 8 | 633 | 90043 | 5407 11th Ave | 15,000 | 07-1563 | Designated future development site |
| 8 | 634 | 90043 | 5701 11th Ave | 16,260 | | Under CAO Review |
| 8 | 665 | 90003 | 323 W. 87th Street | 32,370 | | Pending Parking Review/Crenshaw Line |
| 8 | 666 | 90003 | 237 W 87th Street | 28,800 | | Pending Parking Review/Crenshaw Line |
| 8 | 700 | 90003 | 239 W. 86th Place | 8,640 | | Under 10,000 s.f. |

## Status of LADOT Parking Lots Assessment

| CD | LADOT Lot Number | Zip Code | Address | Square Footage | Motion | Status |
|---|---|---|---|---|---|---|
| 8 | 744 | 90025 | 8463 S Vermont Ave | 10,500 | | Mark Ridley constituent center. Removed from DOT list 09/19. |
| 9 | 678 | 90744 | 8509 S Broadway | 22,770 | 12-1549-S7 | Safe parking site. Removed from DOT list 09/19. |
| 10 | 625 | 90008 | 3416 W. 43rd St | 69,260 | 15-0640 | Designated future development site |
| 10 | 626 | 90008 | 3228 W 43rd St | 49,360 | 15-0640 | Designated future development site |
| 10 | 691 | 90005 | 682 S Vermont Ave | 24,600 | 18-0392 | Evaluated for A Bridge Home |
| 10 | 692 | 90005 | 601 S. Vermont Ave | 24,750 | | Under CAO Review |
| 10 | 749 | 90016 | 4702 W Washington Blvd | 4,600 | | Under 10,000 s.f. |
| 10 | 750 | 90016 | 4600 W Washington Blvd | 11,500 | 16-0739 | Affordable housing site. Removed from DOT list 09/19. |
| 10 | 751 | 90016 | 4601 W Washington Blvd | 24,300 | 16-0739 | Affordable housing site. Removed from DOT list 09/19. |
| 10 | 764 | 90008 | 4318 Degnan Blvd | 30,700 | 15-0640 | Currently being used for construction. Removed from DOT list 09/19. |
| 11 | 613 | 90291 | 2010 S Pisani Pl | 25,380 | | Under CAO Review |
| 11 | 616 | 90291 | 1411 Electric Ave | 9,000 | | Under 10,000 s.f. |
| 11 | 617 | 90291 | 1511 Electric Ave | 10,440 | | Not feasible due to configuration |
| 11 | 645 | 90025 | 1540 Purdue Ave | 14,000 | | Under CAO Review |
| 11 | 651 | 90025 | 1516 Barry Ave | 7,000 | | Under 10,000 s.f. |
| 11 | 652 | 90025 | 1530 Butler Ave | 14,850 | | Under CAO Review |
| 11 | 653 | 90025 | 1547 Corinth Ave | 14,000 | | Under CAO Review |
| 11 | 654 | 90025 | 1611 Beloit Ave | 7,000 | | Sold in June 2018. Removed from DOT list 09/19. |
| 11 | 655 | 90025 | 11312 Idaho Ave | 9,630 | | Under 10,000 s.f. |
| 11 | 656 | 90025 | 1615 Colby Ave | 12,320 | | Under CAO Review |
| 11 | 681 | 90033 | 15216 W Sunset Blvd | 9,000 | | Under 10,000 s.f. |
| 11 | 701 | 90291 | 2150 Dell Ave | 78,270 | | Under CAO Review |
| 11 | 731 | 90291 | 200 N. Venice Blvd | 132,000 | 16-0600-S145 | HCID entered into ENA with developer, development in process. |

## Status of LADOT Parking Lots Assessment

| CD | LADOT Lot Number | Zip Code | Address | Square Footage | Motion | Status |
|----|------|----------|---------|---------|--------|--------|
| 11 | 740 | 90291 | 301 S Main St | 12,770 | | Evaluated for Safe Parking |
| 11 | 759 | 90291 | 1301 S Electric Ave | 19,600 | | Not feasible due to configuration |
| 11 | 760 | 90291 | 1600 Irving Tabor Ct | 15,340 | | Not feasible due to configuration |
| 11 | 761 | 91403 | 1608 S Pacific Ave | 6,300 | | Under 10,000 s.f. |
| 13 | 643 | 90026 | 1147 Echo Park | 14,000 | | Under CAO Review |
| 13 | 646 | 90039 | 3528 Larga Ave | 13,500 | | Not feasible due to configuration |
| 13 | 649 | 90028 | 1533 N Schrader Blvd | 21,430 | 18-0352 | A Bridge Home site. Removed from DOT list 09/19. |
| 13 | 662 | 90026 | 1152 Lemoyne Street | 26,750 | | Under CAO Review |
| 13 | 663 | 90026 | 1146 Logan Street | 14,000 | | Under CAO Review |
| 13 | 670 | 90028 | 1710 Cherokee Ave | 49,400 | | Structure |
| 13 | 676 | 90026 | 1146 Glendale Blvd | 3,500 | 12-1549-S10 | Due diligence in process, combined with other City-owned property |
| 13 | 679 | 90026 | 1711 Sunset Blvd | 5,900 | | Under 10,000 s.f. |
| 13 | 702 | 90028 | 1625 N Vine St | 41,540 | | Structure |
| 13 | 711 | 90039 | 3528 Garden Ave | 13,500 | | Not feasible due to configuration |
| 13 | 742 | 90028 | 1637 N Wilcox Ave | 45,790 | 12-0049-S9 | HCID entered into ENA with developer, development in process. |
| 13 | 745 | 90028 | 6801 Hollywood Blvd | 216,100 | | Structure |
| 14 | 664 | 90032 | 4883 Navarro St | 12,250 | | Under CAO Review |
| 14 | 668 | 90042 | 5058 Meridian St | 15,600 | | Under CAO Review |
| 14 | 682 | 90033 | 318 N. Breed Street | 12,500 | 15-1138-S20 | HCID entered into ENA with developer, development in process. |
| 14 | 686 | 90041 | 5063 Caspar Ave | 13,060 | | Under CAO Review |
| 14 | 713 | 90033 | 249 N. Chicago | 27,150 | 15-1138-S20 | HCID entered into ENA with developer, development in process. |
| 14 | 758 | 90014 | 636 Maple Ave | N/A | | Not City-owned, leased space in existing structure |
| 14 | 763 | 90012 | 101 N Judge John Aiso St | 56,000 | | Structure |

## Status of LADOT Parking Lots Assessment

| CD | LADOT Lot Number | Zip Code | Address | Square Footage | Motion | Status |
|----|------------------|----------|---------|----------------|--------|--------|
| 15 | 641 | 90731 | 456-462 W. 9th Street | 39,080 | 15-0450-S1 | HCID entered into ENA with developer, additional due diligence in process. |
| 15 | 647 | 90731 | 474 W 8th St | 15,000 | | Under CAO Review |
| 15 | 650 | 90744 | 928 Marine Ave | 15,300 | 12-1549-S11 | Due diligence in process |
| 15 | 683 | 90731 | 445 W 5th St | 11,500 | | Under CAO Review |
| 15 | 684 | 90064 | 460 W 7th St. | 6,450 | | Under 10,000 s.f. |
| 15 | 696 | 90744 | 835 Avalon Blvd | 6,780 | | Under 10,000 s.f. |
| 15 | 699 | 90731 | 529 W 11th St | 18,900 | 12-1549-S11 | Due diligence in process |
| 15 | 735 | 90044 | 396 W 6th St | 8,800 | | Under 10,000 s.f. |
| 15 | 766 | 90731 | 528 W 7th St | 13,500 | | Under CAO Review |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

DEFENDANTS' JOINT PROGRESS REPORT FOR APRIL 30, 2020

## MSEP PROGRAM (Open Sites) Sorted by Council District

| Facility Name | Address | DPH Approved Shelter Capacity | Unoccupied Shelter Beds | Total Trailer Beds | Unoccupied Trailer Beds | Occupied Safe Parking Sites | Council District |
|---|---|---|---|---|---|---|---|
| Echo Park Community Center | 313 Patton Street, Los Angeles 90026 | 29 | 0 | | | 1 | 1 |
| Downey Recreation Center | 1772 N. Spring Street, Los Angeles 90031 | 28 | 1 | | | | 1 |
| Alpine Recreation Center | 817 Yale Street, Los Angeles 90012 | 63 | 0 | | | | 1 |
| North Hollywood Recreation Center | 11430 Chandler Boulevard, North Hollywood 91601 | 36 | 0 | | | 28 | 2 |
| Valley Plaza Recreation Center | 12240 Archwood Street, North Hollywood 91606 | 43 | 1 | | | | 2 |
| Woodland Hills Recreation Center | 5858 Shoup Avenue, Woodland Hills 91367 | 35 | 2 | 10 | 0 | | 3 |
| Pan Pacific Recreation Center | 7600 Beverly Boulevard, Los Angeles 90036 | 73 | 3 | | | | 4 |
| VNSO Recreation Center | 14201 Huston Street, Sherman Oaks 91423 | 34 | 1 | | | 5 | 4 |
| Cheviot Hills Recreation Center | 2551 Motor Avenue, Los Angeles 90064 | 40 | 8 | 100 | 83 | | 5 |
| Saint Andrews Recreation Center | 8701 St. Andrews Place, Los Angeles 90047 | 26 | 1 | | | | 8 |
| Denker Recreation Center | 1550 W. 35th Place, Los Angeles 90018 | 24 | 4 | | | | 8 |
| Central Recreation Center | 1357 E. 22nd Street, Los Angeles 90011 | 40 | 1 | | | | 9 |
| Green Meadows Recreation Center | 431 E. 89th Street, Los Angeles 90003 | 62 | 10 | 8 | 0 | | 9 |
| Lafayette Recreation Center | 625 S. Lafayette Park Place, Los Angeles 90057 | 45 | 4 | | | | 10 |
| Westchester Recreation Center | 7000 W. Manchester Avenue Los Angeles 90045 | 25 | 0 | 22 | 18 | | 11 |
| Westwood Recreation Center | 1350 S. Sepulveda Boulevard, Los Angeles 90025 | 108 | 16 | 41 | 33 | | 11 |
| Granada Hills Recreation Center | 16730 Chatsworth Street, Granada Hills 91344 | 42 | 1 | 26 | 13 | | 12 |
| Northridge Recreation Center | 18300 Lemarsh Street, Northridge 91324 | 36 | 2 | | | 9 | 12 |
| Hollywood Recreation Center | 1122 Cole Avenue, Los Angeles 90038 | 27 | 3 | | | | 13 |
| Shatto Recreation Center | 3191 W. 4th Street, Los Angeles 90020 | 46 | 12 | | | 6 | 13 |
| Yosemite Recreation Center | 1840 Yosemite Drive, Los Angeles 90041 | 34 | 4 | | | 7 | 14 |
| Pecan Recreation Center | 145 S. Pecan Street, Los Angeles 90033 | 46 | 5 | | | | 14 |
| 109th Recreation Center | 1464 E. 109th Street, Los Angeles 90059 | 26 | 2 | | | | 15 |
| Normandale Recreation Center | 22400 S. Halldale Avenue, Torrance 90501 | 51 | 29 | | | | 15 |
| **Totals:** | | 1019 | 110 | 207 | 147 | 56 | |