1              UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA -WESTERN DIVISION

3     _____

4     LA ALLIANCE FOR HUMAN RIGHTS,

5     ET AL.,

6            PLAINTIFF,

7        V.                              CASE NO.

8     CITY OF LOS ANGELES,              2:20-CV-02291-DOC-KES

9            DEFENDANT.

10    _____

11

12                             HEARING

13

14     DATE:          TUESDAY, APRIL 7, 2020

15     TIME:          2:10 P.M.

16     BEFORE:        HONORABLE DAVID O. CARTER

17     LOCATION:      ALEXANDRIA HOTEL BALLROOMS

18                    501 SOUTH SPRING STREET

19                    LOS ANGELES, CA 90013

20

21

22

23     JOB NO.:  4052928

24     REPORTED BY:  AUSTIN CHE, NOTARY PUBLIC

25     PAGES 1-78

                                          Page 1

```
 1                    A P P E A R A N C E S
 2    ON BEHALF OF PLAINTIFFS:
 3         ELIZABETH MITCHELL, ESQUIRE
 4         SPERTUS LANDES & UMHOFER, LLP
 5         617 WEST 7TH STREET, SUITE 200
 6         LOS ANGELES, CA 90017
 7         EMITCHELL@SPERTUSLAW.COM
 8         (213) 205-6520
 9
10    ON BEHALF OF COUNTY OF LOS ANGELES:
11         BRANDON D. YOUNG, ESQUIRE
12         MANATT, PHELPS & PHILLIPS, LLP
13         11355 WEST OLYMPIC BOULEVARD
14         LOS ANGELES, CA 90064
15         BDYOUNG@MANATT.COM
16         (310) 312-4181
17
18    ON BEHALF OF COUNTY OF LOS ANGELES:
19         LAUREN BLACK, ESQUIRE
20         OFFICE COUNTY COUNSEL
21         500 WEST TEMPLE STREET
22         LOS ANGELES, CA 90012
23         LBLACK@COUNSEL.LACOUNTY.GOV
24         (213) 974-1811
25
```

Page  2

```
 1              A P P E A R A N C E S  (CONT'D.)

 2   ON BEHALF OF ORANGE COUNTY CATHOLIC WORKER:

 3        BROOKE WEITZMAN, ESQUIRE

 4        ELDER LAW AND DISABILITY RIGHTS CENTER

 5        1535 EAST 17TH STREET

 6        SANTA ANA, CA 92705

 7

 8   ALSO PRESENT:

 9        MICHELE MARTINEZ

10        HONORABLE ANDRE BIROTTE, JR.

11        DEON JOSEPH

12        BENJAMIN ORESTEES, LOS ANGELES TIMES

13        ROD CASTRO-SILVA, COUNTY OF LOS ANGELES

14        BYRON MCLAIN, COUNTY OF LOS ANGELES

15        MEGHANN CUNIFF

16        THOMAS J. FAUGHNAN, COUNTY OF LOS ANGELES

17        SHAYLA MYERS, CANGRESS AND LA CATHOLIC WORKER

18        CHRISTINA MILLER, CITY OF LOS ANGELES

19        STEVE PECK

20        GENERAL JEFF, COMMUNITY ACTIVIST

21

22

23

24

25
```

Page 3

```
 1                        I N D E X

 2   WITNESS:                        DX   CX   RDX   RCX

 3                (NONE CALLED.)

 4

 5                  E X H I B I T S

 6   NO.           DESCRIPTION                      PAGE

 7

 8                (NONE MARKED.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

```
 1                    P R O C E E D I N G S

 2                    THE COURT:  Before, The Court did not

 3      have the capability of bringing a court reporter because

 4      of the COVID strictures of The Court.  And we're

 5      fortunate today to have a court reporter present.

 6                    There was some kind of request that you

 7      had.  I'd like to hear what that request is.

 8                    MS. MITCHELL:  Your Honor, it's coming

 9      from me, Elizabeth Mitchell.  In speaking to the

10      Veritext company, they requested that I read this

11      paragraph.

12                    THE COURT:  Okay.  Read it loudly,

13      though, so people can hear it.

14                    MS. MITCHELL:  And requesting that

15      everybody verbally agree.  It says, "In light of your

16      request to hold an in-person deposition/hearing, we

17      hereby require that you consent to the following

18      conditions, and upon your consent, then we will

19      proceed."

20                    It says, "The representative here on his

21      or her own behalf and on behalf of his or her clients or

22      other representative who may attend hereby agree to

23      follow all of the Center for Disease Control guidelines

24      during the course of such deposition and not hold

25      Veritext at fault should anyone present at the
```

                                                    Page 5

```
 1    deposition or proceeding contract COVID-19, whether as a

 2    result of your attendance at the proceeding or

 3    otherwise."  And so I have been asked to get verbal

 4    consent from everybody here.

 5                    THE COURT:  So, Elizabeth, why don't we

 6    start with you?

 7                    MS. MITCHELL:  On behalf of the

 8    plaintiffs, we consent.

 9                    MS. BLACK:  Hi.  Lauren Black with the

10    County of Los Angeles, I consent.

11                    THE COURT:  A little bit louder.

12                    MR. YOUNG:  Brandon Young with the

13    County.  I consent.

14                    MS. WEITZMAN:  Brooke Weitzman with the

15    intervenor, Orange County Catholic Worker, yes.

16                    MS. MYERS:  Shayla Myers with the

17    intervenor, Cangress and LA Catholic Worker, yes.

18                    MR. MARCUS:  Scott Marcus on behalf of

19    the City of Los Angeles, yes.

20                    MS. MILLER:  Christina Miller, City of

21    Los Angeles, yes.

22                    THE COURT:  I obviously consent, David

23    Carter, on behalf of the Federal Court and my colleague,

24    Judge Birotte.

25                    MR. BIROTTE:  I consent as well.
```

Page 6

```
 1                    THE COURT:  Now, once again --
 2                    COURT REPORTER:  I have a read-on in the
 3       beginning if I could go ahead and do the read-on right
 4       now.
 5                    Just a quick note.  Please note that the
 6       microphones are sensitive to touch, whispering and cell
 7       phone noises.  We will remain on the record unless all
 8       parties agree to go off the record.  So just as a quick
 9       note, whenever, whoever is speaking, I'm guessing
10       everyone at this table, make sure you speak towards the
11       microphone, the table mic and either mic placed in the
12       two corners.  Brandon, it's right in front of you.
13                    MR. YOUNG:  Yeah.
14                    COURT REPORTER:  Good afternoon.  My name
15       is Austin Che.  I'm a reporter assigned by Veritext to
16       take the record of this proceeding.  I'm a notary
17       authorized to take acknowledgements and administer oaths
18       in California.  We are now on the record.
19                    This is the hearing of the matter LA
20       Alliance for Human Rights, et al. versus City of Los
21       Angeles at 2:12 p.m. on April 7, 2020, at 501 South
22       Spring Street, Los Angeles, California 90013.
23                    And everyone has already identified
24       themselves for the record.
25                    MS. MARTINEZ:  Thank you, Austin.
```

Page 7

```
 1                    THE COURT:  Thank you, very much.  I'd
 2    like to also know who's in the audience.  I know
 3    different members of the press, but I want to make
 4    certain that you're consenting, and I've designated and
 5    allowed three members now to come in, one from the Daily
 6    Journal, Mr. McLain, and Meghann, are you consenting?
 7                    MS. CUNIFF:  Yes.
 8                    THE COURT:  And Ben, you're with the Los
 9    Angeles Times.  So I was trying to cover what I deem the
10    legal media, the popular media, your consent.
11                    MR. ORESTEES:  Yes, I consent.
12                    THE COURT:  All right.  And then Matt
13    Teneckel [ph] was with us before.  Is he here today?
14    And I'd like to have the names of all the persons here
15    and who you represent.
16                    MR. CASTRO-SILVA:  Good afternoon, Your
17    Honor.  Rod Castro-Silva on behalf of the County of Los
18    Angeles.
19                    MR. MCLAIN:  Good afternoon, Your Honor.
20    Byron McLain on behalf of County of Los Angeles.
21                    MR. FAUGHNAN:  Good afternoon, Your
22    Honor.  Thomas Faughnan, Counsel on behalf of County of
23    Los Angeles.
24                    THE COURT:  Okay, thank you.
25                    GENERAL JEFF:  General Jeff, Skid Row
```

```
 1    community activist.
 2                    THE COURT:  I didn't that think I was
 3    allowing -- no disrespect to you, but I didn't expect an
 4    activist to be here.  Are you attached to your group,
 5    Shayla, or any other group?
 6                    GENERAL JEFF:  Only as a concerned
 7    citizen from my community, Your Honor.
 8                    THE COURT:  I'm sorry?
 9                    GENERAL JEFF:  Only as a concerned
10    citizen from my community.
11                    THE COURT:  I'm going to ask if I can
12    humbly ask you to be excused, sir.
13                    GENERAL JEFF:  Repeat?
14                    THE COURT:  I'm going to ask if you would
15    be excused, sir.
16                    GENERAL JEFF:  Okay.
17                    THE COURT:  Appreciate that.  Thank you,
18    very much.  You voiced your objection, and I appreciate
19    that, but thank you for your courtesy.  If that happens
20    again, I'll shut down the proceeding.  Is that
21    understood?
22                    Now, if any of you can think of a better
23    way to conduct this proceeding, I would be happy to
24    comply with that.  But Zoom met with a lot of non-
25    success in the past because somebody tapped in with
```

Personal Court Reporters, A Veritext Company
818-988-1900

```
 1    pornography in one of the recent city meetings, which is
 2    going to cause -- I mean, the meeting was shut down.
 3                    Number two, I have consent to talk to any
 4    of you ex parte, and I would like on occasion when I
 5    have -- to give you a fair opportunity to respond to it.
 6    Otherwise, I think that you'll be responding to my
 7    concern in a different manner.  So it's a courtesy, too.
 8                    Finally, I would ask that we hopefully
 9    get as close to 10 as possible.  And as you know, the
10    government is the exception to this.  We can have quite
11    a different number.
12                    I've got some concerns, and there's also
13    some good news, but I want to start for a moment with
14    Skid Row.  And then I want to start with the Mitchell
15    case, and I want to make certain that we have the same
16    understanding in the past of the area that we're dealing
17    with.
18                    First, historically Skid Row, from my
19    understanding, went from Alameda to Main, and it went
20    from 3rd to 7th.  And with the Mitchell case that
21    expanded, and that would be the green area surrounding
22    it, and it expanded by one block.  It moved from 3rd to
23    2nd.  It moved from 7th to 8th.  Alameda remained a
24    boundary, and it then expanded from Main to Spring.
25                    And if any of you have any different
```

```
 1    belief that that is now Skid Row, the surrounding area
 2    that we are dealing with, I'd like you to correct me.
 3    Mr. Marcus?
 4                    MR. MARCUS:  Yes, that is incorrect.
 5                    THE COURT:  Okay.
 6                    MR. MARCUS:  Skid Row remains Skid Row.
 7    In order to accommodate and in order to explain the
 8    ruling that was entered, the preliminary injunction in
 9    Mitchell, the preliminary injunction in Mitchell applied
10    to Skid Row and its surrounding areas.
11                    THE COURT:  I kind of figured that.  Skid
12    Row was in the brown.  The surrounding areas are in the
13    green.
14                    MR. MARCUS:  Correct, but Skid Row did
15    not change.
16                    THE COURT:  Okay.
17                    MR. MARCUS:  We simply gave a definition
18    to the surrounding area of Skid Row in that one-block
19    radius that you indicated in green.
20                    THE COURT:  All right.  You're absolutely
21    correct.  I misstated that.  And that is Skid Row is
22    Alameda to Main.  It should be 3rd to 7th.  The
23    surrounding area in Mitchell is 3rd to 2nd, 7th to 8th,
24    Alameda remains the same, and it's in brown.  I would
25    say to the west, but some people would say to the north,
```

```
 1    from Main to Spring.  Is that correct?

 2                    MR. MARCUS:  Yes.

 3                    THE COURT:  Okay.  I read your reports a

 4    number of times.  I'm going to start with each of you.

 5    Do any of you wish to amend anything that you previously

 6    stated to The Court?  And let me start with Carol Sobel

 7    or Brooke Weitzman, Catholic Worker.  Any amendments?

 8                    MS. WEITZMAN:  Not yet, Your Honor.

 9                    THE COURT:  Okay.  Let me start with

10    Legal Aid Foundation.  Any amendments?

11                    MS. MYERS:  No, Your Honor.

12                    THE COURT:  First Alliance, any

13    Amendments?

14                    MS. BLACK:  No, Your Honor.

15                    THE COURT:  County, any amendments?

16                    MR. YOUNG:  None.

17                    THE COURT:  And City, any amendments?

18                    MR. MARCUS:  No.

19                    THE COURT:  When you're signing these

20    documents, I would want the representation that you

21    represent the highest level of the entity you're

22    representing.  So in other words, when you sign on

23    behalf of the county, I would expect that this is on

24    behalf of Catherine Barter [ph], the chair, and the

25    board.  Is that correct?
```

Page 12

```
 1                    MR. YOUNG:  That is correct.
 2                    THE COURT:  Okay.  And when you're
 3      signing on behalf of the city, I would expect that's on
 4      behalf of the Mayor, Gil Garcetti.  Is that correct?
 5                    MR. MARCUS:  On behalf of the entire
 6      city.
 7                    THE COURT:  Entire city.  It's also on
 8      behalf of the mayor.
 9                    MR. MARCUS:  Mayor, City Council, yes.
10                    THE COURT:  And before, Mike Fiore's [ph]
11      name was attached to this.  Marcus, on this occasion,
12      your name's attached.  Why the change?
13                    MR. MARCUS:  No change.  Mr. Fiore's name
14      remains on the top of the caption.  He still runs the
15      office.  I'm handling the day to day of this litigation.
16                    THE COURT:  All right.  I'm going to take
17      you through a brief display then for a moment.  And if
18      you'll go back, Michele, and help me with the first
19      backup.  This is hard to see, and I don't have a laser.
20      But this is the surrounding area of the traditional Skid
21      Row and the surrounding area.  And although it's hard to
22      read, eventually I'm going to talk to you about -- if
23      you're really interested in starting some discussions if
24      you're going to be -- litigation as you have been for
25      the past 15 to 20 years.
```

                                                      Page 13

```
 1                   One of the things I'm eventually going to
 2      address are the recreational trailers that are along the
 3      10 Freeway.  I'd like to know specifically how versed
 4      you are as counsel with no criticism from The Court if
 5      you've been in to Skid Row, San Pedro, or other areas,
 6      or if you're operating off of what I call secondary
 7      information.  And there's no problem with that.  It's
 8      not a criticism.
 9                   So let me start with Elizabeth, Matt, or
10      whoever first in line and say if you've been there.
11                   MS. MITCHELL:  I have been to Skid Row.
12      I have not seen the recreational vehicles along there.
13                   THE COURT:  Okay.  Not an order, but I'm
14      impressed if you see the location of the recreational
15      vehicles towards the 10 Freeway.  On behalf of Carol
16      Sobel and Brooke Weitzman, have you been in to Skid Row?
17                   MS. WEITZMAN:  Yes, not recently.
18                   THE COURT:  I can't hear you.
19                   MS. WEITZMAN:  Yes, but I have not gone
20      very like just recently with --
21                   THE COURT:  Okay.  So you haven't seen
22      the recreational vehicles there.
23                   MS. WEITZMAN:  No.
24                   THE COURT:  No, criticism by The Court.
25      I want to keep repeating that.  I'd encourage somehow
```

Page 14

```
 1    that you or somebody in your group look.

 2                  MS. WEITZMAN:  I think Carol may have.

 3                  THE COURT:  I think your offices are here

 4    in the area here.  Have you been down -- I know you've

 5    been to Skid Row.  I know where your offices are.  Have

 6    you been down to see the recreational vehicles?

 7                  MS. MYERS:  If you mean around Washington

 8    in the --

 9                  THE COURT:  I mean right along the 10

10    Freeway.

11                  MS. MYERS:  Sure.  I mean, we frequently

12    work with individuals who are living in RVs around

13    there.

14                  THE COURT:  So the answer I yes?

15                  MS. MYERS:  Yes.

16                  THE COURT:  Okay.

17                  MS. MYERS:  I mean, it depends on which

18    specific encampment you mean down along the 10 Freeway.

19                  MS. WEITZMAN:  Specifically on 16th and

20    San Pedro.

21                  MS. MYERS:  Yes.  We have spent a fair

22    amount of time in that area, yes.

23                  THE COURT:  Okay.  I can show you some

24    pictures, and we can take all day, but you've been down

25    there.
```

```
 1                    MS. MYERS:  Yeah.
 2                    THE COURT:  Okay.  Marcus, have you been
 3     down there?
 4                    MR. MARCUS:  I have not been to that
 5     particular area, no.
 6                    THE COURT:  Okay.  Would you take me
 7     through the next one for just a moment?
 8                    MS. MARTINEZ:  That's one.
 9                    THE COURT:  Yeah, and then let's go back,
10     just one, two, three.  Let's proceed to the next one,
11     next one, next one.
12                    Okay.  There's been a lot of notoriety
13     and concern about the sanitation stations.  And I
14     brought Officer Padilla [ph] with me in case you have
15     any questions.  And if you'd like him sworn at any time,
16     I would invite that because some of the information you
17     conveyed to me is inaccurate.  And therefore I'm going
18     to run into our working relationship right away, whether
19     that's just an incorrect statement, lack of information
20     or knowledge, or whether that's simply misleading.
21                    So this is a sanitation station.  And
22     then the next one, Michele, please, another one, another
23     one, another one, another one.  This is the vendor that
24     is removing the sanitation stations, and let's stop with
25     that.
```

                                                      Page 16

```
 1                    We had the pleasure of engaging the

 2       gentleman who had told us he was picking up 50

 3       sanitation stations.  Now remember, we don't know how

 4       many sanitation stations are actually in Skid Row.  So

 5       the city has responded, Marcus, that these sanitation

 6       stations were all over the city.  How many sanitation

 7       stations were in Skid Row, Marcus?

 8                    MR. MARCUS:  From Andy Gump, I believe

 9       only a handful.  That's what the vice president told me.

10                    THE COURT:  I can't hear you.

11                    MR. MARCUS:  The vice president of Andy

12       Gump told me that only a handful of his stations were

13       placed in Skid Row.

14                    THE COURT:  How many?

15                    MR. MARCUS:  Somewhere between 5 and 10.

16                    THE COURT:  Five total?

17                    MR. MARCUS:  Five to ten, somewhere in

18       that number.

19                    THE COURT:  Five to ten.  I'd rather

20       speak to you because we tried to call the gentleman --

21       correct, Deon?

22                    MR. Joseph:  Yes, sir.

23                    THE COURT:  We couldn't get an answer

24       from the street.  So I wouldn't belabor that, but --

25       next one, and the next one.  Officer Padilla and another
```

Page 17

1    officer.  This is the gentleman.  He's the driver.

2                   Now, what we were told was that he was

3    picking up these stations, sanitation stations because a

4    driver had tried to service the station and had been

5    stuck with a needle that was in the hose when he was

6    cleaning the station.  And therefore, this order from

7    the current management to pick up the stations, however

8    many.  I'm going to come back to this in just a moment.

9                   Next one.  I just want to show you an

10   echo of something that Mayor Garcetti said.  And there's

11   a tremendous amount of kindness taking place out on the

12   streets.  It's kindness coming within the homeless

13   community, although I know it's been viewed by the

14   majority of society to be pretty rough and tumble.  But

15   the more you spend down there, you'll realize that most

16   of these people are awfully good folks.

17                   Next start with another one.  And Deon

18   didn't know I was taking this picture of him.  Next one,

19   and the next one.  I'm going to retrace what has

20   happened.  We're going to move past this because I don't

21   want you to spend two hours on it.

22                   If a federal judge walks around and tests

23   four of the old stations randomly and I have no water

24   and no soap, what would your thought be, Marcus?

25                   MR. MARCUS:  That we need to increase the

Page 18

```
 1   service --
 2                   THE COURT:  I can't hear you.
 3                   MR. MARCUS:  We need to increase the
 4   servicing of those stations.
 5                   THE COURT:  If you talk to people on the
 6   street, Marcus, who said that they hadn't been serviced
 7   for two days to thirty days, I wouldn't have an accurate
 8   gauge, would I, of the length of time.  But if I went
 9   back today and I checked those same stations, as well as
10   the new stations, how many did we check?
11                   MS. MARTINEZ:  Six.
12                   THE COURT:  Six.  And they had no water
13   in the new stations or the old stations.  What would you
14   have thought on behalf of the city, Christina?  Because
15   you represent the Mayor.
16                   MS. MILLER:  That's not acceptable.
17                   THE COURT:  I can't hear you.
18                   MS. MILLER:  That's unacceptable, and
19   they need to be serviced more.
20                   THE COURT:  Thank you.  I think I'm going
21   to enjoy dealing with you because that's a candid,
22   truthful answer.  And I want to tell you humbly once you
23   give me that answer, I have a lot more faith.  Because
24   I'm going to make mistakes, and when I do, I need to say
25   candidly to you, you know, I made a mistake, I need to
```

Page 19

```
 1    backup and learn from this.  Fair enough.  So I expect
 2    those answers from all of you.
 3                    And if you diffuse or if you take me down
 4    the path when I'm asking about Skid Row and dilute me
 5    out into the entire city and in an effort to escape my
 6    questions, we are going to have a serious problem.
 7    Okay.  Okay.  Now, we have that relationship straight.
 8                    Number two, Christina, from now on my
 9    special master will communicate with you.  You will
10    communicate with special master.  I'd like to get Eric
11    Garcetti's personal number, since he calls me at home.
12    I'd like the same courtesy.  Fair enough?
13                    [No audible response.]
14                    THE COURT:  Okay.  I'd also like your
15    personal number, Marcus.  You both are doing an
16    excellent job.  When I speak to him, I want to speak to
17    him personally.  I will not have any buffer, any
18    counsel, or anybody other in the future.  Understood?
19                    MR. MARCUS:  Understood.  And also Your
20    Honor --
21                    THE COURT:  Thank you.  Is that
22    understood?  Yes or no?
23                    MR. MARCUS:  Yes.
24                    THE COURT:  Christina?
25                    MR. MARCUS:  Yes.
```

Personal Court Reporters, A Veritext Company
818-988-1900

```
 1                    THE COURT:  Marcus, thank you, very much.

 2                    MR. MARCUS:  Can I also offer, Your

 3       Honor, I have --

 4                    THE COURT:  All right.  Now, the next

 5       thing is that I'd like to get some idea of what we're

 6       dealing with on Skid Row in just a moment.  First of

 7       all, I think that there's a lot of good praise to go

 8       around.  And I want to keep that positive where it's

 9       well deserved and also share some information that I

10       have.  And when I share that information with you, it's

11       not an action item.

12                    It's not something I'm asking you to do

13       unless I make a request by court order.  And if I can

14       get that direct communication, sometimes that won't be

15       necessary.  Otherwise, I'll have to deal with court

16       orders.

17                    So let me start -- my belief is roughly

18       that the vast majority of the homeless in Los Angeles

19       have some possibility of being left in place.  And I

20       want to discuss that with you and the findings of your

21       counsel and then have you push back and tell me that I'm

22       wrong.  And I want to start dealing with some numbers so

23       I have some idea of what's going to come into The Court,

24       how I can help you help the homeless community and the

25       general public in this pandemic.
```

Page 21

```
 1                    So roughly let's say we have about 44, 45
 2     thousand on the street according to your report,
 3     unsheltered in Los Angeles County, and the figures
 4     varied anywhere from 27,221 in the city alone to a
 5     representation there's 13,606.
 6                    I'd like to go around the room and get
 7     your best guesstimate because these are highly volatile
 8     figures.  So let me start, Christina, with you and
 9     Marcus.  What do you think my rough number is, not in
10     the county, within the city?  What am I dealing with?
11     Thirty-five thousand, I've heard thirty-eight thousand,
12     twenty-seven, what do you think?
13                    MS. MILLER:  So the numbers that you were
14     citing are from a point in time count.  And stop me if
15     you already know this.
16                    THE COURT:  Okay.
17                    MS. MILLER:  But if they're from a point
18     in time count, that's done on a yearly basis.  So it's a
19     snapshot, point in time, this is how many people are
20     homeless through a set methodology.
21                    THE COURT:  Give me a number that you and
22     the Mayor are comfortable with so I don't flounder.  Is
23     it 27,000, 38,000 in the city?  What would I use?
24                    MS. MILLER:  Right.  So if we're using
25     that count number, 36,000 total, 27,000 unsheltered.
```

Page 22

```
 1                    THE COURT:  Okay.  Unsheltered, 36,000

 2      total.  I know that there's an age population.  They

 3      don't sound aged to me, but about 13 or 14 thousand

 4      that's represented in the filings who are over 55.  But

 5      I'm not certain of that.  And, Christina, let me come

 6      back to you again.  Is that about the right number?

 7                    MS. MILLER:  I'm sorry.  To clarify,

 8      you're asking how many of that number are 55-plus?

 9                    THE COURT:  Yeah, 55-plus, and I think on

10      behalf of the cite was the Los Angeles Homeless Services

11      Authority, the point in time count that seemed to be

12      correct, but I want to make certain that you and the

13      mayor are comfortable with that number.

14                    MS. MILLER:  If that's the number from

15      the report, that's the number we're comfortable with.

16                    THE COURT:  Now, it's also in your

17      documents that 71 percent of these folks do not have

18      serious mental illness or substance abuse disorder.  And

19      when I first started into the homeless cases, the

20      initial outcry from my community was they're all

21      criminals, they're all drug addicts, and yet when you

22      walk down that river and you start talking to people,

23      they were Disneyland workers, dockworkers, UCI students,

24      battered women coming out of a broken home, men who had

25      lost their jobs, and criminals.
```

Page 23

```
 1              But the number to me was surprisingly
 2   low, because frankly I'll admit to you three years ago I
 3   came in biased.  I believed when I first got the first
 4   case, which was the Schuster [ph] case, that the
 5   majority of people I would meet on the river was what
 6   I'd constantly been told in a relatively conservative
 7   county that these were mostly criminals.
 8              Randomly walking down the river is the
 9   best thing and the worst thing I've done quite frankly
10   because it somewhat changed my perspective of you being
11   able to talk to a woman who said, you know, I've been
12   raped, and maybe somebody could discount the credibility
13   of that person and tag that person as a homeless, but
14   when you start hearing repeated stories from women, it
15   very quickly gave me a deep concern about the population
16   involving women on the river who were much more subject
17   to abuse and degradation unfortunately than men.
18              I was astounded by the number of
19   Veterans.  In a few moments we're going to place a call
20   to Steve Peck, who is obviously Gregory Peck's son.
21   He's a friend.  He's a former Marine.  He was in
22   Vietnam.  We're going to engage him in a conversation
23   about the VA.  Remember, Christina, when we have this
24   conversation, Marcus, this is not an -- understood?  I
25   just want to start showing information back.  You're on
```

Page 24

1    the front line.  We're not going to get in your way most

2    of the time, okay.

3                    So your City Council recognized that

4    there was going to be a shortfall of emergency shelters,

5    and on March 17th of this year your City Council

6    instructed the Bureau of Sanitation to suspend

7    enforcement provisions of LAMC Section 56.1 that

8    requires tents to come down during the prohibited hours

9    of 6:00 a.m. and 9:00 p.m.

10                   So in other words, you could camp from

11   9:00 p.m. to 6:00 a.m., and then your tent came down so

12   we could clean the streets at least and have

13   cleanliness.  And that provided that the location of the

14   tent does not impede access required by the American

15   Disabilities Act, et cetera.

16                   I don't know what Skid Row looked like

17   before, and I've heard from a number of the plaintiffs

18   from Catholic Workers that merchants inhumanely, for

19   instance, would try to violate the 36-inch passage

20   requirement by putting planters or encouraging fences.

21                   But I can tell you that in walking those

22   streets, that might be a 1 percent or 2 percent of, I

23   think President Bush said evildoers, but it's not the

24   majority of people out there.

25                   Your streets and your sidewalks are

                                                    Page 25

```
 1    literally impassible.  And I'm going to invite you after
 2    this to take a walk with me if you don't believe it,
 3    because your wheelchairs are in the middle of your
 4    streets.  Your streets are passable as you move from San
 5    Pedro down towards Alameda Street for those three
 6    blocks.  And people are not really walking in the
 7    street, but they're tearing the crown off fire hydrants
 8    to get water.
 9              And if you want to see some dramatic
10    photos, I could show you photos of food lines forming
11    because the homeless now have some of the traditional
12    access places that are gone.
13              So on March 29th, your Los Angeles Police
14    Department with Chief Moore who met us beyond, very
15    humbly, down in the streets.  By the way, I'll just say,
16    a fabulous person.  Issued an updated guidance on the
17    Mayor's safer at home initiative, advising the officers
18    that the Mayor's initiative was not to force people
19    experiencing homelessness who are sheltered in public
20    places to move.
21              So that was the second tip that I saw
22    coming in that we may have a population that unless
23    martial law is declared or law enforcement is ordered to
24    the streets to clear these encampments, that's going to
25    remain shelter in place.
```

Page 26

```
 1              And that is consistent with the statement
 2    that Barbara Ferrer [ph] made to me, which is all
 3    subject to change, two weeks ago in her office on a
 4    Saturday that she would initially prefer the homeless
 5    population to be moved into the areas that were
 6    recreational centers because she could center her
 7    medical entities, but that that might be very difficult.
 8    And so we were all struggling, and we're still
 9    struggling for the right answers.
10              So with that, it has become, I think,
11    obvious to all of us that regardless of the efforts
12    being made, which are excellent, and remember, he said
13    I'm a fan.  I'm a fan also.  I watch the 5:30 news every
14    night, okay.  But the original projection was 6,000
15    going into 42 shelters.  We have 8 plus 5 plus 5 more
16    standing up, and then a progression at some point.
17              And I don't want to know the order.  I
18    don't want to know the location.  That's subject to you
19    and the mayor, you know, in good faith, and you need to
20    have flexibility and not the Federal Court dictating to
21    you in any way.
22              But because of the distancing, we've gone
23    from a number of about 6,000 of those shelters to about
24    2,000, haven't we?  And in every shelter I've been in,
25    which I think is five or six and more to come, when we
```

Page 27

```
 1    convert the gymnasium, we're getting about 30 to a
 2    maximum 50 people.  That may be a little bit higher on
 3    the West Los Angeles Shelter, Christina, when I saw you
 4    on that Saturday.  So I just want to be generous and
 5    take 50 times 42, round that off, and that's about what,
 6    2,000.
 7                   Now, if that's citywide, we don't have
 8    those recreational centers with Skid Row.  And
 9    therefore, I understand, Marcus, in your papers that you
10    filed with The Court, your admonition to me not to
11    forget the entire city.  I haven't forgotten the entire
12    city, but I saw that as a deflection.  I want to be very
13    blunt with you.
14                   I was talking to you about Skid Row.  And
15    I've been to Venice, and I'll be going to the valley,
16    and I promise you, I'm not forgetting the city.  What
17    I'm really concerned with, we've got the largest
18    homeless population in America on Skid Row, and the most
19    condensed conditions, even over and above Venice and
20    Santa Monica, that if that breaks out, and we apparently
21    have 12 cases now, or suspected cases, then it's going
22    to be not only damaging to the homeless community, I
23    would say devastating, and devastating to the public
24    health in general, because these folks do go to Subway
25    eventually.  They do get a cup of coffee.
```

```
 1                    Is our figure, Christina, still about

 2      2,000?  In other words, our best hope across the city is

 3      about 2,000.

 4                    MS. MILLER:  For those rec centers, yes.

 5                    THE COURT:  Yeah, okay.  By the way you

 6      have my accommodation, not my criticism.  We have about,

 7      in the last presentation from the county, from Allan

 8      [ph] I think, yeah, about 570-some beds, but eventually

 9      citywide versus countywide, how many beds, Christina, do

10      we expect for the city, and then how many beds do we

11      expect in Skid Row, just a guesstimate?  I'm not going

12      to hold you to that, wild guess.

13                    MS. MILLER:  I mean, what I can give you

14      is that the countywide goal is 15,000.

15                    THE COURT:  Is how much?

16                    MS. MILLER:  Fifteen thousand.

17                    THE COURT:  Fifteen thousand.  I saw

18      that.  And the governor, by the way, has loosened that

19      money.  I think all of us owe him a great debt of

20      gratitude.  All right.

21                    From Los Angeles City, what is Los

22      Angeles City's share approximately?

23                    MS. MILLER:  Well, I can't really give

24      you a number.

25                    THE COURT:  That's okay.
```

Page 29

```
 1              MS. MILLER:  Yeah.  We don't think of it
 2    as city and county, we think of it as surface planning
 3    areas.
 4              THE COURT:  I'm not going to tie you into
 5    the whereabout.  My point is, though, eventually we need
 6    a number for Skid Row.  Because the city is so big, that
 7    Westchester needs some.  Bonin needs some over in
 8    Venice.  The Valley needs some.  And so when I look at
 9    Skid Row itself, I'm not certain with no recreation
10    center coming onboard what the download is.  And my
11    guess is, it's very little, and my guess is we're not
12    going to have adequate resources.  And if that's the
13    case, then we're going to have a shelter in place, and
14    that's why the sanitation stations were so important to
15    The Court.  Okay.
16              Because if we're preaching to our general
17    public that they have to be sanitized, we know we
18    already have difficulty in terms of social distancing
19    with Skid Row.  We minimally have to provide them enough
20    hygiene that if they choose to use it, that they use it.
21              Now, I want to stop.  If anybody
22    disagrees with me, this is like the Marine Corps.  I
23    just took off my bars, and this is what's called a spit
24    and growl session.  I promise you that I'm not offended
25    by anything you say.  Got that?
```

```
 1                    [No audible response.]

 2                    So let me go around the room, and if

 3    anybody disagrees with me, I'd like to hear loud and

 4    clear that we're not going to have a substantial number

 5    of people, not only who are already on Skid Row, but are

 6    jammed down there, by the way, is potentially going to

 7    add a few.  So let me start, Elizabeth with you.

 8    Disagree with me?  So what's the context?

 9                    MS. MITCHELL:  I don't disagree with you

10    that we are going to have several people, thousands of

11    people staying on Skid Row and on the streets.  I would

12    advocate for better, I think we can do more --

13                    THE COURT:  I do, too.  I do, too.  But

14    we're going to spend a while to that.  Let me turn --

15                    MR. YOUNG:  Yeah.  I don't disagree with

16    where this might be headed.  I think that's fairly

17    obvious.  What I would disagree with you on, Your Honor,

18    and I'd be curious what the subject matter experts say,

19    is simply because a shelter is in Skid Row, is that -- I

20    mean, a hotel or motel -- simply because a hotel or

21    motel room is opened in Skid Row, I mean, is it

22    available, what do those numbers look like in terms of

23    efforts versus expanding out and transportation?

24                    THE COURT:  Right.  Okay.  Brooke?

25                    MS. WEITZMAN:  I guess my question would
```

Page 31

```
 1    just be whether there are any plans at this time to make
 2    rooms available to people from Skid Row who are not
 3    already sick.
 4                    THE COURT:  Okay.
 5                    MS. WEITZMAN:  If not, then absolutely,
 6    the focus needs to be get hygiene and shelter in place.
 7                    THE COURT:  Shannon?
 8                    MS. MYERS:  I just want to add two more
 9    points of consideration about Skid Row and why it's in a
10    desperate situation.  It's that at some point those
11    shelters are already overpacked, and they have to de-
12    densify.
13                    THE COURT:  Yeah.
14                    MS. MYERS:  But also the residential
15    hotels are one of the places where the public health
16    department has issued concern because they have shared
17    bathrooms and shared kitchen spaces.  And the majority
18    of residents who are house in Skid Row are moving in
19    residential hotels.
20                    So the sanitation issues on the streets
21    related to sanitation services are that much more
22    critical for the housed population on Skid Row as well.
23                    THE COURT:  Okay.  Marcus, your thoughts.
24                    MR. MARCUS:  I agree with everything.
25                    THE COURT:  Christina, your thoughts.
```

Page 32

```
 1                  MS. MILLER:  Yeah.  I mean, we are 100
 2      percent going to need a strategy for both unhoused and
 3      housed people on Skid Row.
 4                  THE COURT:  Okay.  But we all recognize
 5      right now it's fallen on all of our shoulders, the
 6      Mayor's shoulders, the Council, the board to inherit
 7      this whirlwind of 30 years, quite frankly, of
 8      malfeasance and negligence.  So maybe someday we'll put
 9      up what I call a wall of shame and name all those people
10      for the 30 years.  But you're really the pioneers and
11      the heroes on the frontline.  I want you to hear that.
12      Convey that back to the mayor, okay.  He's having to
13      solve along with the board and Catherine all of this
14      past problem in weeks and months, and it's a desperate
15      run to save lives.
16                  All right.  I think we can agree that
17      we're going to have a huge population that is going to
18      be unsheltered in some way on Skid Row, and that
19      therefore leads me to the following.
20                  I'm following around a United Truck.  So
21      Marcus, there was a United truck down there today,
22      couldn't find the driver because he was parked in the
23      slow lane, but I don't know what he's servicing.  Please
24      help me work with Judge Smith and Christina.  I'll talk
25      to Eric personally, but I want Christina to promise you.
```

Page 33

```
 1    I don't want a call from him unnecessarily.  I won't

 2    call him unnecessarily, maybe once a week.  Get that

 3    fixed now.  Am I clear?

 4                    [No audible response.]

 5                    So when will I be able to walk around to

 6    these monuments that are so hard to get?  By the way,

 7    how long did it take us to get 50 toilets with

 8    procurement problems?  Five to ten minutes, 6:30 call

 9    the next day for the sanitation stations, which are in

10    demand by the way.  They are in demand, but it took 10

11    minutes after the opening.

12                    So when South Western was operating and

13    offered to you, you could choose whatever vendor you

14    want, but frankly I'll tell you it caused me a concern.

15    Because if your vendor is United, and United can't give

16    you a procurement on Tuesday, but I get a letter from

17    Mike Fiore and the city attorney that by Wednesday you

18    found through the same vendor markets 50 toilets and 50

19    sanitation machines, what would you be thinking?

20                    MR. MARCUS:  I don't know what you were

21    told.  I have --

22                    THE COURT:  I was told that these were

23    hard to procure.  They were in the packed line.  And

24    I'll bring my special master if necessary, but I don't

25    think it's necessarily.  But then I would then have her
```

                                                    Page 34

1    on call purchasing orders for a particular period of

2    time.

3              You need to cut through that nonsense.

4    If we can find these toilets at least literally -- how

5    long, 5 to 10 minutes, if we can find the sanitation

6    stations, which are more difficult to find, and

7    literally within an hour and a half, then that could

8    cause an increase.

9              One, you already had them.  And if you

10   already had them, just be truthful and say, Judge, we've

11   got a stockpile.  We're going to spread them throughout

12   the city.  We can't use them for Skid Row, because that

13   was Barbara's input to me.  And that was, you know,

14   Judge, with DHS right now I can't put a nurse in every

15   recreation, fine.  That's her call.

16             Or number two, that it wasn't important

17   enough to bring these stations on Skid Row.  And if

18   that's the case, just tell me.  Okay.  Clear?

19             MR. MARCUS:  Yes.

20             THE COURT:  Clear.  And just be straight

21   with me.  And then I have a small memory, and we're

22   going to move on because we're going to work together.

23             Okay.  I'm going to walk around for a

24   moment, and Michele take me down.  This is empty, empty,

25   okay.  Newly arrived, soap, no water.  This is fresh off

                                                   Page 35

1      of United.  Next one.  Next one.  Thank you.  Working.
2      So one out of six.
3                    Next one.  Thank you.  Okay.  This is
4      Herb Wesson's district.  I've been to a lot of districts
5      now and talked to an awful lot of the council people.
6      So it's nothing special.  It's nothing that you haven't
7      seen, but just take me through for a moment and now I'm
8      going to pay a complement.  Next one, next one, next
9      one, next one, next one, next one, next one, next one,
10     next one, this one.  There are some wonderful things
11     happening.
12                   Herb says to me, look, we've never had
13     this kind of spirit before in the city.  And I want to
14     pass that back to Eric through you, Christina.  Now,
15     you've got council people out there who are working
16     together with the mayor in a renewed sense of enthusiasm
17     and dedication.  So when I see your mayor on television,
18     he's just not saying that to say that.  There is a
19     genuine belief on his part that everybody here is really
20     trying hard.  And that's commendable.
21                   The second thing is, two weeks ago I
22     would have walked up to this recreation center, and
23     there would have just been parks and recreation people
24     here.  There would have been nobody to take your
25     temperature except the policeman who initially picked me

```
 1   up on the street and then turned me to the recreation
 2   center and might have taken my temperature again.  And
 3   the good news is, that is that passed back to the mayor
 4   the following -- oh, by the way, these are your waste
 5   management people.
 6                    And so they've been pulled in by the city
 7   just to act as a screening concerning possessions.
 8   They're not doing anything medically.  They're just
 9   taking care of possessions and check-ins.  So you see
10   these wonderful kids stepping up and doing an incredible
11   job.
12                    And the next one.  There's a nurse on
13   station at every one of the recreational centers I've
14   gone to, and of course we're going to have a chaotic
15   ramp-up right now.  It's inevitable, but you're
16   achieving that.  And there's a nurse at every station
17   that I visited so far here or somebody coming from DHS.
18   This is inside shelter.  It's building up, six-feet
19   distance.  Next one.  Thanks, Michele.  By the way, I
20   pay Michele zero, as well as Judge Smith, so thank you.
21                    Okay.  This is Curren Price's district.
22   I think, Andre, you and I were talking yesterday.
23   Curren was in the backseat.  Next one.  Next one.  Now,
24   let me stop for a moment because there's been a lot of
25   word out on the street when Deon and I first talked
```

Page 37

1    about the gangs.  And I was concerned also because I

2    thought that the city unfairly or fairly had just said,

3    Judge, here's the 50, et cetera, double them on the

4    street.  I don't think that.

5                    I think what's happened is that this is a

6    station down in Curren Price's district that's manned,

7    and these folks are using these stations.  And the word

8    we're getting back from the streets now isn't that your

9    gangs are disappearing, but that they're afraid and that

10   these stations are all over right now so people can use

11   them.

12                   And quite frankly I will say on the

13   record I think that this is a great investment.  We'll

14   have a toilet breaking party in 60 days if you want to

15   because this is a minimal investment as for hygiene, et

16   cetera.  I don't care what happens to your toilets or

17   your sanitation stations, but if we got this surge right

18   now, this is a minimal investment to get these folks who

19   want to use this clean, and that's most of your folks

20   out there.  That's most of your homeless community.

21                   And then if you come to me, we'll decide

22   if we're going to have a bonfire or keep them there.

23   Then wait for first alliance.  I know you don't like the

24   permanency of that.  So I didn't put you in the

25   position.  And the reason I took this responding action,

                                                    Page 38

```
1    just so all of you know is so I didn't destroy your

2    original position.

3                    And you have to build the first alliance

4    and say, Judge for the temporary, for the intermediate

5    time our position is we still don't want these toilets

6    and stations because they become permanent.  But in this

7    intermittent period of time, we're going to join Carol

8    Sobel, Catholic Workers, and we will all step forward as

9    a group for 30, 60, 90 days, whatever is needed.

10                   I decided not to ask them or have them

11   come to me with any kind of order.  That's why I took

12   this responding position, that The Court would act so I

13   don't destroy your position and somebody can later argue

14   to you or Brooke or to you Shayla, well, gee, you took

15   this position, and now it's permanent because you did it

16   for 30 or 60 days.  All right.  Next one.

17                   They're using these.  And by the way,

18   they're using them across the city.  Would you go back

19   for just a moment?  Thanks, Michele, one back if I

20   could.

21                   MS. MARTINEZ:  It's not --

22                   THE COURT:  Yeah.  Hey, this kind of a

23   rough area.  They're not requiring guards out here.  And

24   so this idea that all toilets have all kinds of crime is

25   silly.  Rapes still take place if you don't have
```

```
 1    toilets.  And rapes don't take place on a sanitation
 2    station, which is wide open to the public.  So if that's
 3    your position, I've got a tremendous concern about
 4    cleanliness and hygiene and any argument you want to put
 5    forth that these toilets somehow have caused that
 6    problem.
 7              But later on, I understand you may not
 8    like the permanency.  I think this is a great concession
 9    initially by first alliance, but it's not a permanent
10    concession, and it's not in writing.  Next one.
11              Okay.  This is a sprung tent.  In a
12    moment we're going to get Steve on the phone.  This
13    started in December, and it went up in early March.
14    This is the community wagon coming around, testing.
15    This is Herb's -- I'm sorry.  This is Curren's district.
16    This sprung tent is an amazing opportunity, and I think
17    the mayor has repeatedly taken the position that these
18    are fairly allocating across the city, not to cause the
19    homeless population moving from my area to your area,
20    but to take the homeless population in that area and
21    house them.
22              Walk through one more, Michele.  Washer,
23    dryer, put up at inexpensive cost.  Next one.  This is
24    the men's side.  If you go back, this lady is absolutely
25    amazing.  And the more you hit the streets, you will be
```

Page 40

1    gladdened at heart by these young people out there on

2    the front lines.  I mean, America is in good shape.

3    This city is in good shape.  Not right now, but it will

4    be.  Next one.

5                    We talk about the homeless, so, next one.

6    Now, that's pathetic.  And that's living three blocks

7    from here.  And I halfway thought about holding my court

8    right on Skid Row and decided not to, today because it

9    would attract too many homeless people, probably yelling

10   and screaming and wondering where the water is.  And I

11   kid you not, I'm quite capable of doing that.  So I'm

12   encouraging you to go down there and look at your

13   leisure.  All right.  Next one.

14                   Okay.  This is the recreation center that

15   Curren's got.  Stop for a moment.  Mental health is in

16   every location.  And I understand that DHS is not, but I

17   understand that the city has gone over and above,

18   increased costs, private contractors.  These two, by the

19   way, are nurses in the front, mental health in the blue,

20   parks and recreation and sanitation in the back.

21                   Okay.  I want to talk once again with

22   Marcus and you, Christina, about the YMCA because

23   remember I'm commending you.  But I'm not certain how

24   that helps Skid Row yet.  It's going to help the

25   recreational folks get showers across the city, and we

                                                    Page 41

```
 1    certainly have more than one encampment.  We have
 2    encampments all over the city.
 3              But if I took the location of Skid Row
 4    and your YMCAs, I'll make this available to you by the
 5    way.  This is the distance from Skid Row of each of the
 6    YMCAs, which once again would have The Court's
 7    accommodations.  Next one.
 8              Well, there's Skid Row, and so when I'm
 9    looking at what's about to face us on Skid Row, I'm
10    becoming convinced that these sanitation stations aren't
11    going to be very helpful, except for one, which is about
12    three blocks away from the border of Skid Row.  Now,
13    don't get me wrong, once again you've got my
14    accommodation because just at the side of the police
15    department station there's a mental health office.
16    Deon, what street is that on?
17              MR. JOSEPH:  That's 8th Street --
18              THE COURT:  Yeah.  Trailer pulls up, and
19    you can make an arrangement to get a shower.  So I know
20    that there was a past effort, and it's a continuing
21    effort, and it's a good effort, but we're about to get
22    overwhelmed unless we do something else in terms of
23    sanitation.
24              So I hope this is the beginning of these
25    stations, and I don't care if one or two of them are
```

Page 42

```
 1    destroyed or the toilet's tipped over.  It's worth it
 2    for the other 48.  Now I'm not going to count.  Deon,
 3    you can count.  How many stations did you count out
 4    there, toilets delivered?
 5                    MR. JOSEPH:  We counted 52.
 6                    THE COURT:  How many?
 7                    MR. JOSEPH:  Fifty-two hand washing
 8    stations and forty-three toilets.
 9                    THE COURT:  Yeah.  You deliver the number
10    yourself, 50 to 60, thank you.  The next thing is, in
11    your answer you said you had four stations up and
12    running today for testing, right.  No, you don't.  You
13    made great strides, but they're not operating yet and
14    the answer -- you've got one station testing over at
15    Christian Health Services.  That station has been
16    testing for a long period of time, unconnected with the
17    city or the county.
18                    You have another station starting over at
19    Andy Bales' Rescue Mission.  It's a tent, but it's not
20    testing yet because of the weather.  The tent is set up,
21    but it will start as soon as the inclement weather ends.
22    It was supposed to start on Monday.  And you wouldn't
23    have known that, so it's not misleading to The Court.
24    It's just inaccurate.
25                    Across the street you've got Dr. Chah
```

Page 43

```
 1    [ph], and he runs the Wesley Clinic.  We're checking
 2    now, but we don't believe he's up, but he could be,
 3    Christina.  And I'll know in a few minutes, okay.
 4                    So accommodation, the nurse volunteers
 5    are doing everything they can as fast as they can to get
 6    these stations up under the horrific circumstances they
 7    fall under --
 8                    MS. MILLER:  Can I clarify?  The clinic
 9    that was already testing, the only part that the city is
10    partnering on is getting them more tests.
11                    THE COURT:  Okay.
12                    MS. MILLER:  So we are using the existing
13    testing infrastructure.  We've procured more tests
14    because they only have like 300.  So that's our role.
15    It wasn't a new site we set up.
16                    THE COURT:  Fair enough.
17                    MS. MILLER:  So just to clarify that.
18                    THE COURT:  I'll take two more minutes
19    and then back to you.  All right.  I had a conference
20    with Kathryn Barger this morning, your chair.  I have
21    equal praise for her as I do the mayor.  She got on the
22    phone.  I had a chance to talk to Jonathan Sherin, and
23    you have in your document that you filed with Carol
24    Sobel, it's right here.  A website that says that the
25    Los Angeles Veterans Center is operating.  Is that
```

                                                    Page 44

```
 1    correct?
 2                 MS. WEITZMAN:  In terms of the VAs?
 3                 THE COURT:  Yeah.  Take a look at your
 4    own file, and go back about four pages, about halfway
 5    down.  You'll see not only a website, but a good
 6    representation that the Veterans' homeless shelter is up
 7    and running.  And when you put that in your documents,
 8    I'd like you to tell me how we're doing with that
 9    Veteran shelter.
10                 MS. WEITZMAN:  I can find out.  I was in
11    the Placentia shelter --
12                 THE COURT:  No, no.  You put it in your
13    document.  How are we doing with it?  When you say
14    something to The Court, you back it up.
15                 MS. WEITZMAN:  It looks like extensively
16    about the -- but I don't recall the VA center.
17                 MS. MYERS:  Is this the new bridge
18    shelter, Your Honor, that just opened?
19                 THE COURT:  Sure, call it anything you
20    want.  There's a Veterans' shelter that's over in West
21    LA.
22                 MR. PECK:  Hello?
23                 THE COURT:  Hi, Steve.  How you doing?
24    Listen, you've got a wonderful family here waiting to
25    talk to you.  And Steve was kind enough to come down to
```

```
 1   Orange County when at least that part of the world
 2   denied that they even had a homeless problem and were
 3   doing nothing for Veterans and women.  And because of
 4   your friendship and my friendship, Steve, you've been
 5   exemplary, and I have a record of these proceedings.
 6              And I don't think that people
 7   recognize -- he founded U.S. Vets in 1992.  Once again,
 8   I'm not recommending any particular organization to you.
 9   And actually we're doing pretty well over at the West
10   Los Angeles Center.  I'd like you to know the capability
11   and capacity of it.  And then I'd like to discuss with
12   you how we might carry back your decision makers, how
13   we're going to get Veterans off of Skid Row over to the
14   Veterans Center if it's operating.
15              And then I'd like to know how come the
16   Veterans Administration has taken so long just to get up
17   these facilities.  So, Steve, first of all would you
18   just start with the domiciliary system and what existed
19   before.  Then we can take this into building 214, and
20   then let me lead you from there.  And I don't want to
21   give any names of the information sources that we've
22   gotten.  Kathryn has done a wonderful job calling around
23   today.  So if you'd start for me.
24              MR. PECK:  Absolutely.  So just recently
25   I've opened up one of the domiciliary buildings 214.
```

Page 46

```
 1    There are two of those types of buildings.  Their
 2    capacity is about 300.
 3                   THE COURT:  Steve, just a moment.  I
 4    don't have a microphone -- yes I do.  Hold on.
 5    Christina, I don't want you to get sick, so let me use
 6    that mic.  So we have no amplifier, right?  Okay.  Can
 7    you hear him?
 8                   MR. PECK:  If I talk louder, can you hear
 9    me?
10                   THE COURT:  Yeah, better.
11                   MR. PECK:  Okay.  So two dom buildings.
12    Under normal circumstances their capacity is about 300.
13    The VA has basically reduced that population into just
14    one of those buildings, and -- building 214 available
15    for Veterans who potentially have COVID, who have been
16    tested, don't know yet.  They've created quarantine beds
17    for those who have tested positive.  And they're
18    reserving some of those beds for homeless females.
19                   So that building is open.  I believe
20    there are about 40-some people in that building now, and
21    they are accepting applications.  There are some
22    additional beds in building 270.  So their current
23    capacity in those two buildings is about 190 beds.  As I
24    said, they have just recently accepted Veterans and they
25    have a great home, which is a strong structure that is
```

Page 47

```
 1   accessible and is only around 14 people in there --
 2                 THE COURT:  Steve, just a moment.
 3   Because of the new distancing, I think we have a
 4   capacity of just 50 instead of the original 100.
 5                 MR. PECK:  That is correct.
 6                 THE COURT:  And there's 14 in there now.
 7                 MR. PECK:  And there's 14 in there now.
 8   The VA has also made one of their parking lots
 9   available.  They have what they call a care treatment
10   center with rehabilitation service area for homeless
11   Veterans.  Then, Veterans can set up tents in parking
12   lots that have 17 spaces for about 25 tents, and they
13   are bringing in washing facilities and caseworkers.
14                 Their ability to take in anymore is
15   limited by the fact that the VA Medical Center provides
16   homeless rooms to Veterans who have medical needs.  If
17   they're simply homeless in general, the VA cannot take
18   them in.  So in this crisis here, this COVID crisis, it
19   would be good if the VA was given full authority and the
20   funding to bring in more Veterans off the street, make
21   more buildings available or put up more sprung
22   structures because there's plenty of land there to do
23   so.
24                 THE COURT:  Steve, thank you, very much.
25   Now, this goes back to a 2011 lawsuit.  That lawsuit
```

Page 48

 1    generally involved the donation of land by a family and
 2    generally speaking it was to be for public benefit.
 3    There were a number of leases that took place that Judge
 4    Otero, my colleague was involved in.  And some of those
 5    leases were found to be inappropriate for that land.
 6              This has taken too long, too costly by
 7    the Federal Government and the VA, and it's been
 8    described to me as a debacle on occasion.  I would
 9    implore the county, Kathryn, who has a wonderful
10    relationship with the mayor, with any help that you need
11    from The Court to get the Federal Government moving.
12              And I don't see any reason why another
13    sprung structure couldn't be put up.  I don't see why
14    the Army Corps of Engineers couldn't be involved.  And I
15    don't see why that couldn't be done in a short period of
16    time.  Once again, that's another direction.  That's an
17    offer of help.
18              And remember, in my court at the first
19    meeting with three packed courtrooms and running cable
20    up and down, I think maybe you were there, I actually
21    asked somebody to call the Veterans Administration, and
22    I was told, Judge, we can't come out to the Santa Ana
23    River.  Well, why?  We're down in Long Beach serving
24    Veterans.  Well, we don't do that.
25              Well I think somebody figured out very

Page 49

```
 1    quickly that the United States Government and the VA
 2    didn't look very good with a federal judge walking down
 3    the river being told that they couldn't respond.  And
 4    somebody made a very wise decision in Washington, D.C.,
 5    and in 24 hours they reversed that position.
 6                 By the way, they did an extraordinary
 7    job.  Those folks that came from the VA really sorted
 8    out hundreds of Veterans.  I don't think we need that
 9    drama, but trust me, you've got my full support.  Back
10    to the mayor's office, if you need the Federal Court's
11    help, and you have the full support from this court
12    concerning county.  And if you need me to place a call
13    to someone in charge who's name is Joe Grogan, by the
14    way, Domestic Policy Advisor, I would be happy to give
15    you his number and tell him I'm involved because they
16    invited me to Washington, D.C.  Now, I'd like to see
17    action on their part on behalf of Veterans and no
18    excuses.
19                 I'll let you take the lead normally.
20    That's not a direction.  And, Marcus, you've got my full
21    support.  I'm not afraid of getting on the phone or
22    flying back because there are too many Veterans out
23    there.
24                 Now, you've got a readymade process and
25    procedure to get them there.  Because all of your
```

Page 50

```
 1    Veterans aren't in Santa Monica, and they're not camped
 2    around the VA.  You've got DHS teams out on the street
 3    who I talked to, wonderful people.  You've got mental
 4    health teams out there, three people at a time out
 5    there.  I've got pictures of these wonderful kids.  They
 6    know who these people are.
 7              And the problem that Steve and I are
 8    having is, Steve, you've told me a lot of our Veterans
 9    are pooling money and trying to take a cab over to the
10    VA.  Is that correct?
11              MR. PECK:  Yeah, that's correct.
12              THE COURT:  If we could gather them, we
13    could get transportation over there, even through Chief
14    Moore.  So I would implore you that somehow there's kind
15    of a small working group walking the track for my
16    decision makers and to start thinking how we get some of
17    the Veterans and some of the women over there if they've
18    got capacity.  Okay.
19              Okay.  Now, I'm going to stop.  I've got
20    a lot more, but I'm going to turn this over to Judge
21    Birotte for a moment, if he's got any questions or any
22    comments.
23              MR. BIROTTE:  No, I don't have anything
24    else, no.
25              THE COURT:  Now, after 30 years of
```

Page 51

```
 1   litigation or 20 years, each of you have gotten small
 2   victories along the way.  For instance, you've got
 3   possessions of 60 gallons.  You've got an expansion.
 4   Does anybody think that the City of Los Angeles is in
 5   any better shape today than it was four or five years
 6   ago for these great legal victories?  Are you proud of
 7   it?
 8              It's an abomination.  Somehow this
 9   litigation has to start unwinding with the settlement.
10   When this is done, Mayor Garcetti is going to face this
11   exact problem.  Kathryn Barger is going to face this
12   exact problem.  And the public has the right to know why
13   we didn't resolve this period of time and take as many
14   people as we can in, when quite frankly the Federal
15   Government is reimbursing you.  Did you know that?
16   Seventy-five percent out of FEMA, right Christina, 25
17   percent more from the state, not costing the city a
18   penny.  Well, a little bit, well, a little bit.
19              But it's going to cost you so much more
20   in your police and ambulance time, and I'll represent to
21   you that the 21 cities that have come under our
22   jurisdiction, we've had two disputes with Judge Smith
23   and I resolved informally in 18 months.  Let me repeat
24   that.  So who's my worst problem?  City attorneys.  I'll
25   just say it.  Because we've grown so used to litigation
```

Page 52

```
 1    and not problem solving that that traditional model is
 2    not going to work for my county, and it's not going to
 3    work for the County of Los Angeles.
 4              So we talk about compromise.  Are you
 5    really going to make a stab at settling this, because
 6    otherwise we'll be done in a while, and you can just go
 7    litigate for the rest of your lives?  So first of all,
 8    do you really want to make a stab at this, because if
 9    not, I don't want another discussion, and neither does
10    Judge Birotte, and neither does Judge Gutierrez.
11              MS. MITCHELL:  Absolutely, Your Honor.
12              THE COURT:  Okay.  You want to try.
13    Could you flip up that first photo?  In fact, if
14    anything, by the time you're done, you'll be all the way
15    up to the 110 Freeway.  Now, go back to the very
16    beginning.  I'll show you how successful the city's been
17    so far.
18              MS. WEITZMAN:  I know there's an easier
19    way, but --
20              THE COURT:  No -- it's perfect, okay.
21    All I see is expansion.  Brooke?  You want to make a
22    stab at it, because if nobody wants to participate, I
23    don't think we want to waste the time.
24              MS. WEITZMAN:  We're always excited to
25    hear about solutions.
```

Page 53

```
1                      THE COURT:  Yeah.  Shayla?
2                      MS. MYERS:  I mean, as long as this
3        process is going on ...
4                      THE COURT:  I think the answer is self-
5        evident for the mayor, and I think the answer is
6        obviously yes.  I think it's self-evident for the
7        county.  So let me start with just something -- we're
8        just going to toss some things out.  This is not a
9        settlement discussion.  So therefore, it will be
10       somewhat transparent.
11                     I just want to take the recreational
12       vehicles for a moment.  They're located along the 10
13       Freeway.  -- scattered all over the city.  There's a
14       huge conglomeration of recreational vehicles.  So if you
15       believe that you're just going to get rid of those
16       recreational vehicles and scatter them, we have a first
17       alliance to another part of the city, I don't think any
18       other council person or any member of the board of
19       supervisors will ever be subject to that conversation.
20                     So I think we're in a position,
21       Elizabeth, thinking along with Matt, how do we contain
22       that in some way so our business community thrives, so
23       we don't have somebody operating on a 4 or 5 percent
24       margin that's a small retailer or merchant with four
25       homeless people sleeping and defecating at their front
```

Page 54

```
 1    door.

 2                    By the way, I took a bunch of pictures of

 3    human poop I was going to put up there for you, which

 4    would turn your stomach, and I decided not to, to keep

 5    it civilized, but you ought to see it.  And you ought to

 6    smell it to understand how bad it is out there.  And I

 7    think we're all fortunate because of our income and our

 8    position that we're not out there seeing so.

 9                    So I think you have a lot to gain because

10    this could very easily – it already has, right.  I'm not

11    going to take the pictures out, but it's ridiculous that

12    an ADA person can't even walk down a sidewalk.  They

13    have to put their wheelchair in the middle of the

14    street.  And although you can point out exceptions to

15    me, about 36 inches at an evil merchant, which I'm sure

16    there are, that is not the rule.  The rule is that they

17    have taken over the sidewalks, and you can't walk.  You

18    have to go in the street.

19                    And I'm surprised the ADA people haven't

20    become involved.  And if they want to join, I'll

21    actually --.  So I don't see that you've gained very

22    much, but honestly through all your good lawyering in

23    terms of increasing the wellbeing of our clients out

24    there, in fact, I think it's worsening.

25                    Shayla, you've got a great victor on this
```

Page 55

```
 1    possession case, and I don't know whether it was 60

 2    gallons of whatever.  I don't know how much a human

 3    being is entitled to.  But assuming as I would with any

 4    colleague that that's the correct ruling.  I want to

 5    represent to you the multiple homeless, at least, that

 6    we've dealt with, will not only walk away from a lot of

 7    their possessions if they have decent housing, they'll

 8    actually reduce their possessions to far below the 60

 9    gallon.

10              Now, hold on.  I don't know if -- you're

11    wrong.  It's as simple as that.  No, you're wrong.  But

12    they have to have decent housing to give them.  That's

13    the bottom line.  And I would think that that's what

14    you're after.  Some kind of decent, humane housing that

15    takes the place.  Because I'll take you to some of these

16    locations, in fact, you'll take me maybe Friday, make a

17    date.

18              MS. MYERS:  Sure.

19              THE COURT:  Okay, yeah.

20              MS. MYERS:  Any day.

21              THE COURT:  And they've got televisions,

22    generators, doors, mattresses.  And whoever wrote this

23    90-day law is of great concern.  Right now you're

24    required to store your possessions for 90 days.  We

25    store more stuff in the Santa Ana River, and the first
```

Page 56

```
 1    week two people came by - talked to the gate guard who

 2    generally wanted possessions.  On the second week a

 3    scavenger came by.  And beyond that we just stored

 4    mounds of trash.

 5              There ought to be a reasonable period of

 6    time, because, Shayla, you and I have got to be worried

 7    about if somebody's got a warrant, for instance, you

 8    know, how do we account for that.  We've got

 9    possessions, and the only reason I took to the river was

10    this.  You couldn't define what personal property was.

11    So Brooke did a wonderful job, saying all these were

12    personal possessions.  The county took the position that

13    no, this was all trash.  And since it's like

14    pornography, you can't define it unless you see it or

15    whatever that standard is, we just walked down the river

16    and said trash, whatever.  I tried to be humane about

17    that.  And the folks cleaned up.  It really got --.

18              So I will ask you something.  Do you want

19    the present recreational area along the 10 Freeway to

20    exist, because it's already been self-created?  That's

21    where most of the trailers are.  And if you don't, then

22    is there a parking lot or a location we could look at or

23    locations that don't banish the homeless to, you know,

24    out the deep end, but allow them to get into an area

25    that's safe, lighted, they have access to food, and also
```

Page 57

1    gives us a chance for medical intervention humanely.

2    Because a lot of our folks have scabies, pneumonia, far

3    beyond the COVID crisis, and you and I've seen that day

4    after day.

5              So if you want this contained and you're

6    going to come to Judge Birotte, and you're going to say,

7    you know what we got two or three locations, Judge, and

8    you're going to get together and say what we might want

9    to take a look at these locations.  And I think we can

10   get together with Chief Moore because after 20 years

11   everybody has gouged each other.  So there's all these

12   past wounds that a lot of us could tell each other

13   about, and all the anger and frustration.  But I

14   wouldn't expect anything to push by.

15             In other words -- to find these locations

16   and to come to us in the Federal Court in a negotiation

17   session and say, you know, these are something we might

18   look at.  You're not accepting those right away.  I

19   mean, this is subject to take a look at, and some of the

20   requirements that you'd need, you know, in good faith

21   and humanely to treat these folks.  And maybe we could

22   get some showers in there.  That ought to be a

23   prerequisite, and I don't mean just, you know, one

24   shower.  Maybe we ought to get cleanliness in there.

25   Maybe we ought to treat these folks like human beings.

Page 58

1    But otherwise, if you don't, here's where I'm starting

2    with recreational vehicles.

3              So many of the women and children are in

4    these recreational vehicles.  And I don't want to hear

5    that one recreational vehicle has a prostitute, and then

6    everybody can write about the one recreational vehicle

7    that has a prostitute and just stop, there is prior

8    evidence, and Kathryn's prior efforts to resolve this

9    because you've got one bad article.  That's cowardice.

10             So don't react when you get the one bad

11   article about a toilet.  Don't react when you get the

12   one bad article about a prostitute.  React to the fact

13   that there's 99 percent of the people or 90 percent of

14   the people who will profit by this, and you can end this

15   litigation.

16             Now, I'm just tossing out a number.

17   That's not a set amount.  And we've got to start

18   somewhere.  So what I'm not willing to do is diffuse.

19   I'm not willing to start down on Skid Row, which I think

20   is the center of it, and then jump over to Mike Bonin's

21   district.  I'm willing to work piece by piece with you

22   so we do that incrementally and try to get a settlement.

23   Because if you try to do it citywide, Christina, it's

24   too long.  You're not going to get it.

25             Number three, I trust my attorneys.  I

Page 59

```
 1    trust you immensely, but you're not decision makers.
 2    You're filters.  I want the principle of the moment.  If
 3    we're going to get serious about this, let the COVID
 4    scare or pandemic get by so we're not in endangering
 5    anyone.  And then I want Kathryn Barger in the room.  I
 6    want representatives in the room consulting with them.
 7    I want the police chief in the room.  I even want your
 8    councilmen and your supervisor in the room from your
 9    respective districts, and I want them to make the
10    decision and give you guidance, not the opposite way
11    around.
12                Now, those are the demands for successful
13    settlement.  Okay.  And if you can get the recreational
14    vehicles resolved, I think we've got a great opportunity
15    with the rest of the city, but I don't want you to lay
16    out.  Maybe the city council will bring it forth, but
17    there's a lot of ideas floating around, and I think the
18    Mayor will know that.  We talked about it.  So I'll let
19    that come through the mayor.
20                All right.  Now, we're going to stop.
21    Andre, any thoughts, questions?
22                MR. BIROTTE:  No, I'm good.
23                THE COURT:  Okay.  Let's go around the
24    room.  This just a spit and growl session, just like the
25    Marine Corps.  Say anything you want to, and I won't
```

Page 60

```
 1   pick a fight.  Elizabeth, first one.
 2                MS. MITCHELL:  Thank you, Your Honor.  I
 3   think I really want to stand on the request for a status
 4   report by the city and the county.  I am very unclear
 5   about what the numbers are.  I know we talked about --
 6   but there are more than that.  I want real clear numbers
 7   so we understand where we're at currently, and I
 8   understand that there's a bit of a moving target and
 9   there's an ongoing rollout of these numbers, but to have
10   some sort of check-in, maybe a regular check-in so we
11   understand what our status is, would be very helpful as
12   we move forward.
13                THE COURT:  When first alliance -- in a
14   sense citywide or county --
15                MS. MITCHELL:  Correct.
16                THE COURT:  That may not be unreasonable,
17   and I don't want to be in the decision maker's way other
18   than the few hours here -- I'm not in Kathryn's way
19   right now or Phillip's way.  I'm not in the police
20   chief's way.  I'm not taking time from them.  What I'm
21   concerned about in the report is it's old, and I think
22   right now we kind of have an idea that our resources --
23   and I think I'm going to be able to watch the nightly
24   news quite frankly and get fresh information as it comes
25   in.  So a week, two weeks, I don't want to have
```

Page 61

```
 1   another --

 2              MS. MITCHELL:  Sure.

 3              THE COURT:  -- pandemic, but I'd say two

 4   weeks.

 5              MS. MITCHELL:  I'm find with two weeks,

 6   Your Honor.  My concern is that we're letting this

 7   crisis get away from us.

 8              THE COURT:  Okay.

 9              MS. MITCHELL:  That's my concern is that

10   we talked a lot in here, and I think everybody's on the

11   same page.  We want these sustainable solutions, but

12   then what we're seeing is 50 here, a few there, nobody

13   is acting with the FEMA style emergency that we all

14   believe this is.  And so when we talk about this, you

15   know, the acres of property on VA land, you can have

16   sprung structures in 14 days.  You can have 15 sprung

17   structures on that land, not one.  And that's the type

18   of big picture thinking that I'm really trying to

19   invigorate.

20              And so when I'm looking at numbers, I can

21   look at the nightly news, but everything is constantly

22   changing.  I don't even know what the target is right

23   now.

24              THE COURT:  I think it's constantly

25   changing because --.  I think the resources are just
```

Page 62

1    blown in by the same token.  You're right.  There has to

2    be something that gives you and the public a sense, and

3    there has to be something that gives me a sense because

4    if you bring me a report, and that's why I'm thinking

5    about Skid Row.

6                    I quite frankly don't think the resources

7    are going to flow through Skid Row.  I don't think that

8    there is ill will.  It's just when I went through the

9    calculations I didn't see the YMCA was helping Skid Row.

10   I didn't see the recreation center was helping Skid Row.

11   And I can't even remember seeing them, but I don't think

12   the city has them right now.  So I'm looking for a

13   reasonable period of time.  I think I agree with you.

14   Okay.  So let's talk about that down the line.

15                    MR. YOUNG:  If I may, Your Honor, on that

16   point, you know, we are not in litigation.  And the

17   request that's on the table for the status reports is

18   not a question of numbers.  I mean, it's much broader

19   than that.  And we do have processes that are set up

20   that The Court has already established that allow for

21   reporting through what we agreed upon when we started

22   this litigation.

23                    And I, on behalf of the county, had two

24   very large concerns.  One is the information is

25   changing, and even if unintentional, saying something

Page 63

```
 1    today versus something that changes tomorrow creates

 2    confusion, which is problematic, so.

 3                    THE COURT:  That could be argued with the

 4    best issues.

 5                    MR. YOUNG:  Yeah.

 6                    THE COURT:  And I'm not saying it is, but

 7    because first of all, we're not making any time for the

 8    decision making.  Kathryn's not here.  Eric's not here.

 9    You're an attorney.

10                    MR. YOUNG:  Right.

11                    THE COURT:  Are you making decisions in

12    this?  Am I taking your valuable time?

13                    MR. YOUNG:  No, but the --

14                    THE COURT:  Now, then you can give me a

15    report any time couldn't you?

16                    MR. YOUNG:  That's the problem --

17                    THE COURT:  And especially if you gave it

18    to me yesterday, I could have a session today.  So it

19    would be accurate, wouldn't it?

20                    MR. YOUNG:  Right, but --

21                    THE COURT:  Now, tell me again why you

22    can't do that.

23                    MR. YOUNG:  The problem is, the resources

24    that it takes to get that data, it's not from the

25    decision makers, right.  It is from the people who are
```

Page 64

```
 1    on the front lines who are making the decisions, who are
 2    trying to lease these facilities, you know, who are --
 3                    THE COURT:  I don't expect absolute
 4    accuracy here, but I do expect some accounting along the
 5    way.  And I genuinely agree that you should be held
 6    accountable because the city, quite frankly, hasn't been
 7    accountable --
 8                    MR. YOUNG:  Yeah.  And I'm --
 9                    THE COURT:  You got yourself in this mess
10    because of non-accountability.
11                    MR. YOUNG:  And there's no disagreement
12    on our end with respect to that.
13                    THE COURT:  Good --
14                    MR. YOUNG:  And it's a question of the
15    scope.
16                    THE COURT:  -- blunt with you, you be
17    blunt with me.  This is a spit and growl session.  I'm
18    going to reject that.  I think you haven't been
19    accountable.  I'm holding you accountable.
20                    MR. YOUNG:  Okay.
21                    MS. WEITZMAN:  So we got a couple of
22    things, Judge, and all in the context of making sure
23    that as people are working so hard to make these plans,
24    that we are always keeping --
25                    THE COURT:  Could you take off the mask
```

Personal Court Reporters, A Veritext Company
818-988-1900

```
 1    and --
 2                    MS. WEITZMAN:  Yep.
 3                    THE COURT:  I want to hear you.  And you
 4    can back up 10 feet if you want to.
 5                    MS. WEITZMAN:  I mean, you want to hear
 6    what I'm saying.
 7                    THE COURT:  Yeah.
 8                    MS. WEITZMAN:  So there's three things,
 9    but all in the context of making sure that as all these
10    entities are working together that they're really
11    keeping in mind the critical piece of insuring that
12    things are being offered where people are, that they
13    have jobs and they have doctors, and they need to
14    maintain access to all of those.
15                    And so in that context I think it would
16    be helpful to know maybe how often the current hygiene
17    is being serviced so that if we come back next week and
18    we see, okay, it's still not enough, we know what it was
19    so that we can request more servicing.  Even if they're
20    being serviced once a day or once every three days, but
21    some information just about what the plan is so we can
22    figure out where we started if it doesn't work, about
23    whether, kind of where we are in terms of getting access
24    to buying or master leasing hotels and motels to allow
25    people to access those at some point.
```

Page 66

```
 1              That's certainly not going to solve the
 2    Skid Row problem, but we keep hearing that the city has
 3    rooms, and so we're just not sure yet if people are
 4    getting access to them and about them.  We've talked
 5    about this quite a few times.  All that space outside
 6    the rec centers and why we're not allowing people who
 7    want to, to put up their tents on those lots.
 8              THE COURT:  Okay.  Now, did you see
 9    Elizabeth just nod her head?
10              MS. WEITZMAN:  I --
11              THE COURT:  See, she agrees with you.
12    And I let the two of you intervene because you have all
13    almost opposite interest in this case.  But there are
14    certain things that I think that you two will be in
15    agreement on that just make common sense.  Let me turn
16    to Shayla.
17              MS. MYERS:  I appreciate the fact that
18    we're having a conversation about long-term strategies.
19    I think everyone is invested in the long-term
20    strategies.  And I think --
21              THE COURT:  I don't.  Now, let me repeat,
22    I don't.  I don't think any of you have been invested in
23    a long-term strategy, not at all.  By the extent of this
24    litigation over such a long period of time with your
25    small victories that will lead to disintegration of the
```

                                                  Page 67

1    city.  So I don't believe that.

2                     MS. MYERS:  And I'll look forward to

3    having that discussion and that disagreement over the

4    course of the entire litigation.  Because I think always

5    holding firm to unhoused people's constitutional rights

6    in the face of the crisis is critical, and we will

7    continue to do that.

8                     THE COURT:  Sure.

9                     MS. MYERS:  We'll continue to do that in

10   other courtrooms.  We will continue to do that here to

11   the extent that there are intervenors in this case.  And

12   we will not back down from that.  But we are in a moment

13   of crisis, and I think to the extent that there is ever

14   going to be a moment in which the intervenors, Los

15   Angeles Catholic Worker and LA Community Action Network

16   agree with the business interests, it is in this moment,

17   Your Honor.

18                     And I think we can talk about what to do

19   next, but right now we have 2,000 unhoused people in

20   Skid Row who are in close proximity to each other, in

21   violation of all of the CDC regulations related to

22   density.  We have no master plan on how to save the

23   residents of Skid Row.  The residential hotels, people

24   living in them have struggled and fought to get housed,

25   and now they are in jeopardy because of where they are.

                                                    Page 68

```
 1                    THE COURT:  Shayla, given all that for

 2      just a moment.  Now, I want to hear your solution.  I

 3      always hear a problem.  Now, I want to hear the

 4      solution.  Are we going to draw squares on the street

 5      and have --

 6                    MS. MYERS:  No, Your Honor.

 7                    THE COURT:  -- are we going to do that?

 8                    MS. MYERS:  No, Your Honor.  That will

 9      not solve the problem.

10                    THE COURT:  Let's assume that you're

11      absolutely right.  We've should have done that 10 years

12      ago.

13                    MS. MYERS:  I don't care --

14                    THE COURT:  Let's assume that they don't

15      have the ability to do that, which is why I'm having

16      this meeting today.

17                    MS. MYERS:  Sure.

18                    THE COURT:  God awful choices.

19                    MS. MYERS:  Yeah, absolutely.

20                    THE COURT:  People are going to get hurt.

21                    MS. MYERS:  Your Honor, I --

22                    THE COURT:  What's your solution?

23                    MS. MYERS:  Commandeer the hotels.  And I

24      say that not with an extreme position, but I say that

25      with the power that is endowed to the City and the
```

Page 69

```
 1    County of Los Angeles.  That is in their authority.  It
 2    is in Governor Newsom's authority.  They have streams of
 3    funding that, as you say, have never been available
 4    before.  They have FEMA money.  They have state money.
 5    They have HUD money, and they have the power and the
 6    resources available for staffing.
 7              I understand that this is an incredibly
 8    difficult circumstance, but the City of Los Angeles has
 9    been treating homelessness like an emergency for
10    decades.  And I say that with a grain of salt, but that
11    is the mentality that they have been operating under
12    that this is an emergency.
13              So when the City of Los Angeles ramped up
14    to address this emergency, they did so in an
15    unbelievably impressive feat to address that issue.  But
16    we are not addressing the issue facing unhoused
17    residents in the city with the urgency that they demand.
18              If you can tell the entire City of Los
19    Angeles that we can shelter in place, then you can tell
20    the hotels that they are commandeered and they need to
21    open their doors to the residents of Skid Row and the
22    other residents.  And I say that to the hotels that have
23    received a billion dollars in state subsidies and city
24    subsidies, which is the same amount of money, Your
25    Honor, that has been provided under measure HHH by
```

Page 70

```
 1    taxpayers to build permanent supportive housing.
 2                 That is the sense of urgency that we are
 3    under.  I think we are aligned with the LA Alliance.
 4    And, Your Honor, that is the solution.
 5                 THE COURT:  I want you to know that
 6    that's genuinely felt because I'm going to read to you
 7    from lines 6 through 12.  "Plaintiffs recognize the
 8    tremendous efforts undertaken by the city and county
 9    over the last several weeks as the COVID-19 pandemic
10    unfolds.  Plaintiffs understand and appreciate that this
11    crisis is unfolding rapidly.
12                 Defendants are utilizing significant
13    effort and resources to respond accordingly.  However,
14    plaintiffs are focused on the representations made
15    during the March 19, 2020, hearing and how those
16    representations comport with what has taken place on the
17    ground over the ensuing two weeks."
18                 That doesn't give me one meaningful
19    position.  So what are you calling for?  Are you
20    willing, then, to go along if the governor literally
21    instituted martial law and decided with no choice to
22    move these people into those 12-foot squares?  Because
23    that's what they're dealing with.
24                 MS. MYERS:  No, Your Honor, that's not
25    what's called for.  And that's not what the authority is
```

Page 71

```
 1    that the governor has over individual citizens.  But
 2    with the governor --
 3                    THE WITNESS:  So your position is use
 4    this power to get moves now.
 5                    MS. MYERS:  Yes, open the taxpayer
 6    subsidized hotel rooms and use the power that the city
 7    has --
 8                    THE COURT:  Would you be accommodated by
 9    tents?  Let's say that you had sprung tents.  And I'm
10    just throwing things out.  So you have to answer yes or
11    no.  Would you be accepting of sprung tents?
12                    MS. MYERS:  Sprung structure that are
13    their primary substance, no, Your Honor.
14                    THE COURT:  No, why?
15                    MS. MYERS:  No, because what is required
16    when you create a congregate shelter is a second level
17    of beds in isolation units that are then available to
18    people.  This is what we're seeing at the recreation
19    centers, Your Honor, is they're creating congregate
20    shelters, and then they're having to deploy the RVs to
21    those congregate shelters to keep available as isolation
22    units when and if COVID-19 breaks out of the shelters.
23                    THE COURT:  Now, I'll tell you, I don't
24    have an opinion on that.  It depends upon which
25    councilperson I talk to.  I talked to Herb twice.  I
```

Page 72

```
 1    think he would be very pleased with the sprung
 2    structure.
 3                    MS. WEITZMAN:  Judge, I think the issues
 4    we know --
 5                    THE COURT:  No, no, I'm speaking to
 6    Shayla, please.
 7                    MS. MYERS:  But, Your Honor, I don't
 8    think this is in their status reports.  This is what
 9    they've done.  They were given 572 RVs, which makes
10    sense, but they've had to park those RVs next to the
11    congregate shelters to keep them as isolation beds.
12                    If you create in the first instance
13    individual units from hotels and motels, then you don't
14    need a second line of defense for those RVs.  And I
15    think that's the challenge with these congregate
16    shelters is every time you build one -- and we are not
17    disagreeing with the position that Barbara Ferrer has
18    taken that these sprung structures might be a better
19    option than nothing.
20                    But, Your Honor, the pace and scale of
21    standing up those shelters has put us in the position
22    that we're in where there are 562 beds that are
23    available when the expectation was that there were going
24    to be thousands.
25                    THE COURT:  Yeah, 2,000 recreation spaces
```

Page 73

```
 1    when --

 2                    MS. MYERS:  Exactly, Your Honor.

 3                    THE COURT:  Marcus, what are your

 4    thoughts?

 5                    MS. WEITZMAN:  Can I just --

 6                    THE COURT:  No.  Marcus, what are your

 7    thoughts?

 8                    MR. MARCUS:  Your Honor, the city

 9    attorney is working with the city, with the mayor's

10    office, with the city council to do everything we can.

11                    THE COURT:  Okay.  I am going to hold a

12    status conference.  And I'm going to hold your feet to

13    the fire.  And the question is when.  And the question

14    is who is going to attend.  I want the decision makers

15    on the front line as much as possible.  You should be

16    ashamed of yourselves, and I should be ashamed of myself

17    if we give this very problem back to the mayor and the

18    council and the board of supervisors and we don't act

19    with this money that is available for some type of long-

20    term and humane solution coming out of this.

21                    Otherwise, we're just going to put the

22    people back on the back on the street.  Shayla, your

23    problem is we're not putting enough people in to worry

24    about putting people back out on the street.

25                    MS. MYERS:  Exactly.
```

Page 74

```
 1                        THE COURT:  Okay.  All right.  One week.
 2    I'm not going to require any of your elected officials
 3    to be present, but you better have the ability to pick
 4    up the phone and call Kathryn, Barbara, and the mayor
 5    from the conference that we have.  It'll take place at
 6    10:00 in this hotel.  I think that's reasonable.  So I'm
 7    not getting in the way.  And I'm going to demand
 8    absolute accountability.  I think that satisfies your
 9    concern and quite frankly this court is going to push
10    you very hard.
11                        We're running hard, and we haven't even
12    started to run as hard as we think we can run yet.
13    Understood?  You're in a race to save human lives.  Now,
14    do it.
15                        All right.  Andre, do you have anything?
16                        MR. BIROTTE:  Nope.  I'll see you all
17    next week.
18                        THE COURT:  Christina, do you have
19    anything?  Judge Smith will communicate with you.
20    You'll communicate with Judge Smith.  I'd like his phone
21    number today before you leave.  Marcus?
22                        MR. MARCUS:  Yes.
23                        THE COURT:  I would appreciate having
24    more direct contact with Mike Fiore.  Understood?
25                        MR. MARCUS:  Understood.
```

```
 1                    THE COURT:  I'd like just one call.
 2   Shayla?
 3                    MS. MYERS:  Understood.
 4                    THE COURT:  Anybody want to test my
 5   accountability by walking with me in a few moments down
 6   to Skid Row and taking a look at these?  Do you all
 7   believe me, or do you want to see it?  Do you want to
 8   see it?
 9                    MR. YOUNG:  I'll go with you.
10                    THE COURT:  Yeah, come on with me.  I'm
11   going to give you a demonstration of what's out there.
12   Can we take this young man with us and just prop him in
13   a tent up there and --
14                    MR. YOUNG:  Survival of the fittest.  I
15   would like to.  I really would.
16                    THE COURT:  All right.  10:00 in one
17   week.  Thank you, very much.
18                    COURT REPORTER:  The time is 3:43 p.m.
19   We are off the record.
20                    (Whereupon, at 3:43 p.m., the proceeding
21                    was concluded.)
22
23
24
25
```

Page 76

```
 1              CERTIFICATE OF NOTARY PUBLIC

 2         I, AUSTIN CHE, the officer before whom the

 3    foregoing proceedings were taken, do hereby certify that

 4    any witness(es) in the foregoing proceedings, prior to

 5    testifying, were duly sworn; that the proceedings were

 6    recorded by me and thereafter reduced to typewriting by

 7    a qualified transcriptionist; that said digital audio

 8    recording of said proceedings are a true and accurate

 9    record to the best of my knowledge, skills, and ability;

10    that I am neither counsel for, related to, nor employed

11    by any of the parties to the action in which this was

12    taken; and, further, that I am not a relative or

13    employee of any counsel or attorney employed by the

14    parties hereto, nor financially or otherwise interested

15    in the outcome of this action.

16

17

18

19

20

21         AUSTIN CHE

22         Notary Public in and for the

23         State of California

24

25
```

Personal Court Reporters, A Veritext Company
818-988-1900

```
 1                  CERTIFICATE OF TRANSCRIBER

 2          I, LORIE COOK, do hereby certify that this

 3   transcript was prepared from the digital audio recording

 4   of the foregoing proceeding, that said transcript is a

 5   true and accurate record of the proceedings to the best

 6   of my knowledge, skills, and ability; that I am neither

 7   counsel for, related to, nor employed by any of the

 8   parties to the action in which this was taken; and,

 9   further, that I am not a relative or employee of any

10   counsel or attorney employed by the parties hereto, nor

11   financially or otherwise interested in the outcome of

12   this action.

13

14   Dated: April 9, 2020

15

16

17

18                    Lorie A. Cook

19                    LORIE COOK

20

21

22

23

24

25
```

**[& - accounting]**

| & | | | |
|---|---|---|---|
| **&** 2:4,12 | | | |

**0**

**02291** 1:8

**1**

**1** 25:22
**1-78** 1:25
**10** 10:9 14:3,15
  15:9,18 17:15
  34:10 35:5 54:12
  57:19 66:4 69:11
**100** 33:1 48:4
**10:00** 75:6 76:16
**110** 53:15
**11355** 2:13
**12** 28:21 71:7,22
**13** 23:3
**13,606** 22:5
**14** 23:3 48:1,6,7
  62:16
**15** 13:25 62:16
**15,000** 29:14
**1535** 3:5
**16th** 15:19
**17** 48:12
**17500** 77:20
**17929** 78:18
**17th** 3:5 25:5
**18** 52:23
**19** 6:1 71:9,15
  72:22
**190** 47:23
**1992** 46:7

**2**

**2** 25:22
**2,000** 27:24 28:6
  29:2,3 68:19
  73:25
**20** 13:25 52:1
  58:10

**200** 2:5
**2011** 48:25
**2020** 1:14 7:21
  71:15 78:14
**205-6520** 2:8
**21** 52:21
**213** 2:8,24
**214** 46:19,25 47:14
**24** 50:5
**25** 48:12 52:16
**27,000** 22:23,25
**27,221** 22:4
**270** 47:22
**29th** 26:13
**2:10** 1:15
**2:12** 7:21
**2:20** 1:8
**2nd** 10:23 11:23

**3**

**30** 28:1 33:7,10
  39:9,16 51:25
**300** 44:14 47:2,12
**310** 2:16
**312-4181** 2:16
**36** 25:19 55:15
**36,000** 22:25 23:1
**38,000** 22:23
**3:43** 76:18,20
**3rd** 10:20,22 11:22
  11:23

**4**

**4** 54:23
**40** 47:20
**4052928** 1:23
**42** 27:15 28:5
**44** 22:1
**45** 22:1
**48** 43:2

**5**

**5** 17:15 27:15,15
  35:5 54:23
**50** 17:2 28:2,5
  34:7,18,18 38:3
  43:10 48:4 62:12
**500** 2:21
**501** 1:18 7:21
**52** 43:5
**55** 23:4,8,9
**56.1** 25:7
**562** 73:22
**570** 29:8
**572** 73:9
**5:30** 27:13

**6**

**6** 71:7
**6,000** 27:14,23
**60** 38:14 39:9,16
  43:10 52:3 56:1,8
**617** 2:5
**6:00** 25:9,11
**6:30** 34:8

**7**

**7** 1:14 7:21
**71** 23:17
**7th** 2:5 10:20,23
  11:22,23

**8**

**8** 27:15
**8th** 10:23 11:23
  42:17

**9**

**9** 78:14
**90** 39:9 56:23,24
  59:13
**90012** 2:22
**90013** 1:19 7:22

**90017** 2:6
**90064** 2:14
**92705** 3:6
**974-1811** 2:24
**99** 59:13
**9:00** 25:9,11

**a**

**a.m.** 25:9,11
**ability** 48:14 69:15
  75:3 77:9 78:6
**able** 24:11 34:5
  61:23
**abomination** 52:8
**absolute** 65:3 75:8
**absolutely** 11:20
  32:5 40:24 46:24
  53:11 69:11,19
**abuse** 23:18 24:17
**acceptable** 19:16
**accepted** 47:24
**accepting** 47:21
  58:18 72:11
**access** 25:14 26:12
  57:25 66:14,23,25
  67:4
**accessible** 48:1
**accommodate**
  11:7
**accommodated**
  72:8
**accommodation**
  29:6 42:14 44:4
**accommodations**
  42:7
**account** 57:8
**accountability**
  65:10 75:8 76:5
**accountable** 65:6
  65:7,19,19
**accounting** 65:4

[accuracy - back]

accuracy  65:4
accurate  19:7
   64:19 77:8 78:5
achieving  37:16
acknowledgeme...
   7:17
acres  62:15
act  25:15 37:7
   39:12 74:18
acting  62:13
action  21:11 38:25
   50:17 68:15 77:11
   77:15 78:8,12
activist  3:20 9:1,4
ada  55:12,19
add  31:7 32:8
addicts  23:21
additional  47:22
address  14:2
   70:14,15
addressing  70:16
adequate  30:12
administer  7:17
administration
   46:16 49:21
admit  24:2
admonition  28:10
advising  26:17
advisor  50:14
advocate  31:12
afraid  38:9 50:21
afternoon  7:14
   8:16,19,21
age  23:2
aged  23:3
ago  24:2 27:3
   36:21 52:6 69:12
agree  5:15,22 7:8
   32:24 33:16 63:13
   65:5 68:16

agreed  63:21
agreement  67:15
agrees  67:11
ahead  7:3
aid  12:10
al  1:5 7:20
alameda  10:19,23
   11:22,24 26:5
alexandria  1:17
aligned  71:3
allan  29:7
alliance  1:4 7:20
   12:12 38:23 39:3
   40:9 54:17 61:13
   71:3
allocating  40:18
allow  57:24 63:20
   66:24
allowed  8:5
allowing  9:3 67:6
amazing  40:16,25
ambulance  52:20
amend  12:5
amendments  12:7
   12:10,13,15,17
america  28:18
   41:2
american  25:14
amount  15:22
   18:11 59:17 70:24
amplifier  47:6
ana  3:6 49:22
   56:25
andre  3:10 37:22
   60:21 75:15
andy  17:8,11
   43:19
angeles  1:8,19 2:6
   2:10,14,18,22 3:12
   3:13,14,16,18 6:10
   6:19,21 7:21,22

8:9,18,20,23 21:18
   22:3 23:10 26:13
   28:3 29:21,22
   44:25 46:10 52:4
   53:3 68:15 70:1,8
   70:13,19
anger  58:13
answer  15:14
   17:23 19:22,23
   43:11,14 54:4,5
   72:10
answers  20:2 27:9
anybody  20:18
   30:21 31:3 52:4
   76:4
anymore  48:14
apparently  28:20
applications  47:21
applied  11:9
appreciate  9:17,18
   67:17 71:10 75:23
approximately
   29:22
april  1:14 7:21
   78:14
area  10:16,21 11:1
   11:18,23 13:20,21
   15:4,22 16:5
   39:23 40:19,19,20
   48:10 57:19,24
areas  11:10,12
   14:5 27:5 30:3
argue  39:13
argued  64:3
argument  40:4
army  49:14
arrangement
   42:19
arrived  35:25
article  59:9,11,12

ashamed  74:16,16
asked  6:3 49:21
asking  20:4 21:12
   23:8
assigned  7:15
assume  69:10,14
assuming  56:3
astounded  24:18
attached  9:4 13:11
   13:12
attend  5:22 74:14
attendance  6:2
attorney  34:17
   64:9 74:9 77:13
   78:10
attorneys  52:24
   59:25
attract  41:9
audible  20:13 31:1
   34:4
audience  8:2
audio  77:7 78:3
austin  1:24 7:15
   7:25 77:2,21
authority  23:11
   48:19 70:1,2
   71:25
authorized  7:17
available  31:22
   32:2 42:4 47:14
   48:9,21 70:3,6
   72:17,21 73:23
   74:19
awful  36:5 69:18
awfully  18:16

b

b  4:5
back  13:18 16:9
   18:8 19:9 21:21
   23:6 24:25 33:12
   36:14 37:3 38:8

[back - caseworkers]

39:18,19 40:24
41:20 44:19 45:4
45:14 46:12 48:25
50:9,22 53:15
66:4,17 68:12
74:17,22,22,24
**backseat** 37:23
**backup** 13:19 20:1
**bad** 55:6 59:9,10
59:12
**bales** 43:19
**ballrooms** 1:17
**banish** 57:23
**barbara** 27:2
73:17 75:4
**barbara's** 35:13
**barger** 44:20
52:11 60:5
**bars** 30:23
**barter** 12:24
**basically** 47:13
**basis** 22:18
**bathrooms** 32:17
**battered** 23:24
**bdyoung** 2:15
**beach** 49:23
**becoming** 42:10
**beds** 29:8,9,10
47:16,18,22,23
72:17 73:11,22
**beginning** 7:3
42:24 53:16
**behalf** 2:2,10,18
3:2 5:21,21 6:7,18
6:23 8:17,20,22
12:23,24 13:3,4,5
13:8 14:15 19:14
23:10 50:17 63:23
**beings** 58:25
**belabor** 17:24

**belief** 11:1 21:17
36:19
**believe** 17:8 26:2
44:2 47:19 54:15
62:14 68:1 76:7
**believed** 24:3
**ben** 8:8
**benefit** 49:2
**benjamin** 3:12
**best** 22:7 24:9 29:2
64:4 77:9 78:5
**better** 9:22 31:12
47:10 52:5 73:18
75:3
**beyond** 26:14 57:3
58:3
**biased** 24:3
**big** 30:6 62:18
**billion** 70:23
**birotte** 3:10 6:24
6:25 51:21,23
53:10 58:6 60:22
75:16
**bit** 6:11 28:2 52:18
52:18 61:8
**black** 2:19 6:9,9
12:14
**block** 10:22 11:18
**blocks** 26:6 41:6
42:12
**blown** 63:1
**blue** 41:19
**blunt** 28:13 65:16
65:17
**board** 12:25 33:6
33:13 54:18 74:18
**bonfire** 38:22
**bonin** 30:7
**bonin's** 59:20
**border** 42:12

**bottom** 56:13
**boulevard** 2:13
**boundary** 10:24
**brandon** 2:11 6:12
7:12
**breaking** 38:14
**breaks** 28:20
72:22
**bridge** 45:17
**brief** 13:17
**bring** 34:24 35:17
48:20 60:16 63:4
**bringing** 5:3 48:13
**broader** 63:18
**broken** 23:24
**brooke** 3:3 6:14
12:7 14:16 31:24
39:14 53:21 57:11
**brought** 16:14
**brown** 11:12,24
**buffer** 20:17
**build** 39:3 71:1
73:16
**building** 37:18
46:19 47:14,19,20
47:22
**buildings** 46:25
47:1,11,14,23
48:21
**bunch** 55:2
**bureau** 25:6
**bush** 25:23
**business** 54:22
68:16
**buying** 66:24
**byron** 3:14 8:20

**c**

**c** 2:1 3:1 5:1
**ca** 1:19 2:6,14,22
3:6

**cab** 51:9
**cable** 49:19
**calculations** 63:9
**california** 1:2 7:18
7:22 77:23
**call** 14:6 17:20
24:19 33:9 34:1,2
34:8 35:1,15
45:19 48:9 49:21
50:12 75:4 76:1
**called** 4:3 30:23
71:25
**calling** 46:22
71:19
**calls** 20:11
**camp** 25:10
**camped** 51:1
**candid** 19:21
**candidly** 19:25
**cangress** 3:17 6:17
**capability** 5:3
46:10
**capable** 41:11
**capacity** 46:11
47:2,12,23 48:4
51:18
**caption** 13:14
**care** 37:9 38:16
42:25 48:9 69:13
**carol** 12:6 14:15
15:2 39:7 44:23
**carry** 46:12
**carter** 1:16 6:23
**case** 1:7 10:15,20
16:14 24:4,4
30:13 35:18 56:1
67:13 68:11
**cases** 23:19 28:21
28:21
**caseworkers**
48:13

[castro - condensed]

**castro** 3:13 8:16 8:17
**catherine** 12:24 33:13
**catholic** 3:2,17 6:15,17 12:7 25:18 39:8 68:15
**cause** 10:2 35:8 40:18
**caused** 34:14 40:5
**cdc** 68:21
**cell** 7:6
**center** 3:4 5:23 27:6 30:10 36:22 37:2 41:14 44:25 45:16 46:10,14 48:10,15 59:20 63:10
**centers** 27:6 28:8 29:4 37:13 67:6 72:19
**central** 1:2
**certain** 8:4 10:15 23:5,12 30:9 41:23 67:14
**certainly** 42:1 67:1
**certificate** 77:1 78:1
**certify** 77:3 78:2
**cetera** 25:15 38:3 38:16
**chah** 43:25
**chair** 12:24 44:20
**challenge** 73:15
**chance** 44:22 58:1
**change** 11:15 13:12,13 27:3
**changed** 24:10
**changes** 64:1

**changing** 62:22,25 63:25
**chaotic** 37:14
**charge** 50:13
**che** 1:24 7:15 77:2 77:21
**check** 19:10 37:9 61:10,10
**checked** 19:9
**checking** 44:1
**chief** 26:14 51:13 58:10 60:7
**chief's** 61:20
**children** 59:3
**choice** 71:21
**choices** 69:18
**choose** 30:20 34:13
**christian** 43:15
**christina** 3:18 6:20 19:14 20:8 20:24 22:8 23:5 24:23 28:3 29:1,9 32:25 33:24,25 36:14 41:22 44:3 47:5 52:16 59:23 75:18
**circumstance** 70:8
**circumstances** 44:6 47:12
**cite** 23:10
**cities** 52:21
**citing** 22:14
**citizen** 9:7,10
**citizens** 72:1
**city** 1:8 3:18 6:19 6:20 7:20 10:1 12:17 13:3,6,7,9 17:5,6 19:14 20:5 22:4,10,23 25:3,5 28:11,12,16 29:2

29:10,21 30:2,6 34:17 35:12 36:13 37:6 38:2 39:18 40:18 41:3,17,25 42:2 43:17 44:9 52:4,17,24 54:13 54:17 60:15,16 61:4 63:12 65:6 67:2 68:1 69:25 70:8,13,17,18,23 71:8 72:6 74:8,9 74:10
**city's** 29:22 53:16
**citywide** 28:7 29:9 59:23 61:14
**civilized** 55:5
**clarify** 23:7 44:8 44:17
**clean** 25:12 38:19
**cleaned** 57:17
**cleaning** 18:6
**cleanliness** 25:13 40:4 58:24
**clear** 26:24 31:4 34:3 35:18,20 61:6
**clients** 5:21 55:23
**clinic** 44:1,8
**close** 10:9 68:20
**coffee** 28:25
**colleague** 6:23 49:4 56:4
**come** 8:5 18:8 21:23 23:5 25:8 27:25 38:21 39:11 45:25 46:15 49:22 52:21 58:6,16 60:19 66:17 76:10
**comes** 61:24
**comfortable** 22:22 23:13,15

**coming** 5:8 18:12 23:24 26:22 30:10 37:17 40:14 74:20
**commandeer** 69:23
**commandeered** 70:20
**commendable** 36:20
**commending** 41:23
**comments** 51:22
**common** 67:15
**communicate** 20:9 20:10 75:19,20
**communication** 21:14
**community** 3:20 9:1,7,10 18:13 21:24 23:20 28:22 38:20 40:14 54:22 68:15
**company** 5:10
**complement** 36:8
**comply** 9:24
**comport** 71:16
**compromise** 53:4
**concern** 10:7 16:13 24:15 32:16 34:14 40:3 56:23 62:6,9 75:9
**concerned** 9:6,9 28:17 38:1 61:21
**concerning** 37:7 50:12
**concerns** 10:12 63:24
**concession** 40:8,10
**concluded** 76:21
**condensed** 28:19

[conditions - current]

| | | | |
|---|---|---|---|
| **conditions** 5:18 28:19 | **cook** 78:2,19 | **countywide** 29:9 29:14 | 72:8,14,23 73:5,25 74:3,6,11 75:1,9 |
| **conduct** 9:23 | **corners** 7:12 | **couple** 65:21 | 75:18,23 76:1,4,10 |
| **conference** 44:19 74:12 75:5 | **corps** 30:22 49:14 60:25 | **course** 5:24 37:14 68:4 | 76:16,18 |
| **confusion** 64:2 | **correct** 11:2,14,21 12:1,25 13:1,4 | **court** 1:1 5:2,2,3,4 5:5,12 6:5,11,22 | **court's** 42:6 50:10 **courtesy** 9:19 10:7 20:12 |
| **conglomeration** 54:14 | 17:21 23:12 45:1 48:5 51:10,11 | 6:23 7:1,2,14 8:1 8:8,12,24 9:2,8,11 | **courtrooms** 49:19 68:10 |
| **congregate** 72:16 72:19,21 73:11,15 | 56:4 61:15 | 9:14,17 11:5,11,16 11:20 12:3,6,9,12 | **cover** 8:9 **covid** 5:4 6:1 |
| **consent** 5:17,18 6:4,8,10,13,22,25 | **cost** 40:23 52:19 **costing** 52:17 | 12:15,17,19 13:2,7 13:10,16 14:4,13 | 47:15 48:18 58:3 60:3 71:9 72:22 |
| 8:10,11 10:3 | **costly** 49:6 | 14:18,21,24,24 | **cowardice** 59:9 |
| **consenting** 8:4,6 | **costs** 41:18 | 15:3,9,14,16,23 | **create** 72:16 73:12 |
| **conservative** 24:6 | **couldn't** 17:23 | 16:2,6,9 17:10,14 | **created** 47:16 |
| **consideration** 32:9 | 33:22 49:13,14,15 | 17:16,19,23 19:2,5 | 57:20 |
| **consistent** 27:1 | 50:3 57:10 64:15 | 19:12,17,20 20:14 | **creates** 64:1 |
| **constantly** 24:6 62:21,24 | **council** 13:9 25:3 25:5 33:6 36:5,15 | 20:21,24 21:1,4,13 21:15,23 22:16,21 | **creating** 72:19 **credibility** 24:12 |
| **constitutional** 68:5 | 54:18 60:16 74:10 74:18 | 23:1,9,16 27:20 28:10 29:5,15,17 | **crime** 39:24 **criminals** 23:21,25 |
| **consulting** 60:6 | **councilmen** 60:8 | 29:25 30:4,15 | 24:7 |
| **cont'd** 3:1 | **councilperson** | 31:13,24 32:4,7,13 | **crisis** 48:18,18 |
| **contact** 75:24 | 72:25 | 32:23,25 33:4 | 58:3 62:7 68:6,13 |
| **contain** 54:21 | **counsel** 2:20 8:22 | 34:22 35:20 39:12 | 71:11 |
| **contained** 58:5 | 14:4 20:18 21:21 | 39:22 41:7 42:18 | **critical** 32:22 |
| **context** 31:8 65:22 66:9,15 | 77:10,13 78:7,10 | 43:6,9,23 44:11,16 44:18 45:3,12,14 | 66:11 68:6 **criticism** 14:4,8,24 |
| **continue** 68:7,9,10 | **counsel.lacount...** 2:23 | 45:19,23 47:3,10 | 29:6 |
| **continuing** 42:20 | **count** 22:14,18,25 | 48:2,6,24 49:11,18 | **crown** 26:7 |
| **contract** 6:1 | 23:11 43:2,3,3 | 50:11 51:12,25 | **cuniff** 3:15 8:7 |
| **contractors** 41:18 | **counted** 43:5 | 53:12,20 54:1,4 | **cup** 28:25 |
| **control** 5:23 | **county** 2:10,18,20 | 56:19,21 58:16 | **curious** 31:18 |
| **conversation** | 3:2,13,14,16 6:10 | 60:23 61:13,16 | **curren** 37:21,23 |
| 24:22,24 54:19 | 6:13,15 8:17,20,22 | 62:3,8,24 63:20 | 38:6 |
| 67:18 | 12:15,23 22:3,10 | 64:3,6,11,14,17,21 | **curren's** 40:15 |
| **convert** 28:1 | 24:7 29:7 30:2 | 65:3,9,13,16,25 | 41:15 |
| **convey** 33:12 | 43:17 46:1 49:9 | 66:3,7 67:8,11,21 | **current** 18:7 47:22 |
| **conveyed** 16:17 | 50:12 53:2,3 54:7 | 68:8 69:1,7,10,14 | 66:16 |
| **convinced** 42:10 | 57:12 61:4,14 63:23 70:1 71:8 | 69:18,20,22 71:5 | |

Personal Court Reporters, A Veritext Company
818-988-1900

[currently - don't]

| | | | |
|---|---|---|---|
| **currently** 61:7 | **declared** 26:23 | **devastating** 28:23 | **display** 13:17 |
| **cut** 35:3 | **dedication** 36:17 | 28:23 | **disputes** 52:22 |
| **cv** 1:8 | **deem** 8:9 | **dhs** 35:14 37:17 | **disrespect** 9:3 |
| **cx** 4:2 | **deep** 24:15 57:24 | 41:16 51:2 | **distance** 37:19 |
| **d** | **defecating** 54:25 | **dictating** 27:20 | 42:5 |
| **d** 2:11 4:1 5:1 | **defendant** 1:9 | **didn't** 9:2,3 18:18 | **distancing** 27:22 |
| **d.c.** 50:4,16 | **defendants** 71:12 | 38:24 39:1 50:2 | 30:18 48:3 |
| **daily** 8:5 | **defense** 73:14 | 52:13 63:9,10 | **district** 1:1,2 36:4 |
| **damaging** 28:22 | **define** 57:10,14 | **different** 8:3 10:7 | 37:21 38:6 40:15 |
| **data** 64:24 | **definition** 11:17 | 10:11,25 | 59:21 |
| **date** 1:14 56:17 | **deflection** 28:12 | **difficult** 27:7 35:6 | **districts** 36:4 60:9 |
| **dated** 78:14 | **degradation** 24:17 | 70:8 | **division** 1:2 |
| **david** 1:16 6:22 | **deliver** 43:9 | **difficulty** 30:18 | **doc** 1:8 |
| **day** 13:15,15 | **delivered** 43:4 | **diffuse** 20:3 59:18 | **dockworkers** |
| 15:24 34:9 56:20 | **demand** 34:10,10 | **digital** 77:7 78:3 | 23:23 |
| 56:23 58:3,4 | 70:17 75:7 | **dilute** 20:4 | **doctors** 66:13 |
| 66:20 | **demands** 60:12 | **direct** 21:14 75:24 | **document** 44:23 |
| **days** 19:7,7 38:14 | **demonstration** | **direction** 49:16 | 45:13 |
| 39:9,16 56:24 | 76:11 | 50:20 | **documents** 12:20 |
| 62:16 66:20 | **denied** 46:2 | **disabilities** 25:15 | 23:17 45:7 |
| **de** 32:11 | **densify** 32:12 | **disability** 3:4 | **doesn't** 66:22 |
| **deal** 21:15 | **density** 68:22 | **disagree** 31:8,9,15 | 71:18 |
| **dealing** 10:16 11:2 | **deon** 3:11 17:21 | 31:17 | **doing** 20:15 37:8 |
| 19:21 21:6,22 | 18:17 37:25 42:16 | **disagreeing** 73:17 | 37:10 41:11 44:5 |
| 22:10 71:23 | 43:2 | **disagreement** | 45:8,13,23 46:3,9 |
| **dealt** 56:6 | **department** 26:14 | 65:11 68:3 | **dollars** 70:23 |
| **debacle** 49:8 | 32:16 42:15 | **disagrees** 30:22 | **dom** 47:11 |
| **debt** 29:19 | **depends** 15:17 | 31:3 | **domestic** 50:14 |
| **decades** 70:10 | 72:24 | **disappearing** 38:9 | **domiciliary** 46:18 |
| **december** 40:13 | **deploy** 72:20 | **discount** 24:12 | 46:25 |
| **decent** 56:7,12,14 | **deposition** 5:16,24 | **discuss** 21:20 | **donation** 49:1 |
| **decide** 38:21 | 6:1 | 46:11 | **don't** 6:5 13:19 |
| **decided** 39:10 | **described** 49:8 | **discussion** 53:9 | 17:3 18:20 22:22 |
| 41:8 55:4 71:21 | **description** 4:6 | 54:9 68:3 | 23:3 25:16 26:2 |
| **decision** 46:12 | **deserved** 21:9 | **discussions** 13:23 | 27:17,18 28:7 |
| 50:4 51:16 60:1 | **designated** 8:4 | **disease** 5:23 | 30:1 31:9,15 |
| 60:10 61:17 64:8 | **desperate** 32:10 | **disintegration** | 33:23 34:1,20,24 |
| 64:25 74:14 | 33:14 | 67:25 | 38:4,16,23 39:5,13 |
| **decisions** 64:11 | **destroy** 39:1,13 | **disneyland** 23:23 | 39:25 40:1 42:13 |
| 65:1 | **destroyed** 43:1 | **disorder** 23:18 | 42:25 43:12 44:2 |
| | | | 45:16 46:6,20 |

Page 6

**[don't - feat]**

47:4,5,16 49:12,13
49:15,24 50:8
51:23 53:9,23
54:17,23 55:21
56:1,2,10 57:21,23
58:23 59:1,4,10,11
60:15 61:17,25
62:22 63:6,7,11
65:3 67:21,22,22
68:1 69:13,14
72:23 73:7,13
74:18
**door**  55:1
**doors**  56:22 70:21
**double**  38:3
**download**  30:10
**dr**  43:25
**drama**  50:9
**dramatic**  26:9
**draw**  69:4
**driver**  18:1,4
33:22
**drug**  23:21
**dryer**  40:23
**duly**  77:5
**dx**  4:2

**e**

**e**  2:1,1 3:1,1 4:1,5
5:1,1
**early**  40:13
**easier**  53:18
**easily**  55:10
**east**  3:5
**echo**  18:10
**effort**  20:5 42:20
42:21,21 71:13
**efforts**  27:11
31:23 59:8 71:8
**eight**  22:11
**either**  7:11

**elder**  3:4
**elected**  75:2
**elizabeth**  2:3 5:9
6:5 14:9 31:7
54:21 61:1 67:9
**emergency**  25:4
62:13 70:9,12,14
**emitchell**  2:7
**employed**  77:10
77:13 78:7,10
**employee**  77:13
78:9
**empty**  35:24,24
**encampment**
15:18 42:1
**encampments**
26:24 42:2
**encourage**  14:25
**encouraging**  25:20
41:12
**endangering**  60:4
**endowed**  69:25
**ends**  43:21
**enforcement**  25:7
26:23
**engage**  24:22
**engaging**  17:1
**engineers**  49:14
**enjoy**  19:21
**ensuing**  71:17
**entered**  11:8
**enthusiasm**  36:16
**entire**  13:5,7 20:5
28:11,11 68:4
70:18
**entities**  27:7 66:10
**entitled**  56:3
**entity**  12:21
**equal**  44:21
**eric**  20:10 33:25
36:14

**eric's**  64:8
**es**  77:4
**escape**  20:5
**especially**  64:17
**esquire**  2:3,11,19
3:3
**established**  63:20
**et**  1:5 7:20 25:15
38:3,15
**eventually**  13:22
14:1 28:25 29:8
30:5
**everybody**  5:15
6:4 36:19 58:11
59:6
**everybody's**  62:10
**evidence**  59:8
**evident**  54:5,6
**evil**  55:15
**evildoers**  25:23
**ex**  10:4
**exact**  52:11,12
**exactly**  74:2,25
**excellent**  20:16
27:12
**exception**  10:10
**exceptions**  55:14
**excited**  53:24
**excused**  9:12,15
**excuses**  50:18
**exemplary**  46:5
**exist**  57:20
**existed**  46:18
**existing**  44:12
**expanded**  10:21
10:22,24
**expanding**  31:23
**expansion**  52:3
53:21
**expect**  9:3 12:23
13:3 20:1 29:10

29:11 58:14 65:3
65:4
**expectation**  73:23
**experiencing**
26:19
**experts**  31:18
**explain**  11:7
**extensively**  45:15
**extent**  67:23 68:11
68:13
**extraordinary**
50:6
**extreme**  69:24

**f**

**fabulous**  26:16
**face**  42:9 52:10,11
68:6
**facilities**  46:17
48:13 65:2
**facing**  70:16
**fact**  48:15 53:13
55:24 56:16 59:12
67:17
**fair**  10:5 15:21
20:1,12 44:16
**fairly**  31:16 38:2
40:18
**faith**  19:23 27:19
58:20
**fall**  44:7
**fallen**  33:5
**family**  45:24 49:1
**fan**  27:13,13
**far**  37:17 53:17
56:8 58:2
**fast**  44:5
**faughnan**  3:16
8:21,22
**fault**  5:25
**feat**  70:15

[federal - going]

**federal** 6:23 18:22 27:20 49:7,11 50:2,10 52:14 58:16
**feet** 37:18 66:4 74:12
**felt** 71:6
**fema** 52:16 62:13 70:4
**females** 47:18
**fences** 25:20
**ferrer** 27:2 73:17
**fifteen** 29:16,17
**fifty** 43:7
**fight** 61:1
**figure** 29:1 66:22
**figured** 11:11 49:25
**figures** 22:3,8
**file** 45:4
**filed** 28:10 44:23
**filings** 23:4
**filters** 60:2
**finally** 10:8
**financially** 77:14 78:11
**find** 33:22 35:4,5,6 45:10 58:15 62:5
**findings** 21:20
**fine** 35:15
**fiore** 34:17 75:24
**fiore's** 13:10,13
**fire** 26:7 74:13
**firm** 68:5
**first** 10:18 12:12 13:18 14:10 21:6 23:19 24:3,3 37:25 38:23 39:3 40:9 46:17 49:18 53:7,13 54:16 56:25 61:1,13

**fittest** 76:14
**five** 17:16,17,19 22:11 27:25 34:8 52:5,16
**fixed** 34:3
**flexibility** 27:20
**flip** 53:13
**floating** 60:17
**flounder** 22:22
**flow** 63:7
**flying** 50:22
**focus** 32:6
**focused** 71:14
**folks** 18:16 23:17 28:24 38:7,18,19 41:25 50:7 57:17 58:2,21,25
**follow** 5:23
**following** 5:17 33:19,20 37:4
**food** 26:10 57:25
**foot** 71:22
**force** 26:18
**foregoing** 77:3,4 78:4
**forget** 28:11
**forgetting** 28:16
**forgotten** 28:11
**former** 24:21
**forming** 26:10
**forth** 40:5 60:16
**fortunate** 5:5 55:7
**forty** 43:8
**forward** 39:8 61:12 68:2
**fought** 68:24
**found** 34:18 49:5
**foundation** 12:10
**founded** 46:7

**four** 18:23 43:11 45:4 52:5 54:24
**frankly** 24:2,9 33:7 34:14 38:12 52:14 61:24 63:6 65:6 75:9
**freeway** 14:3,15 15:10,18 53:15 54:13 57:19
**frequently** 15:11
**fresh** 35:25 61:24
**friday** 56:16
**friend** 24:21
**friendship** 46:4,4
**front** 7:12 25:1 41:2,19 54:25 65:1 74:15
**frontline** 33:11
**frustration** 58:13
**full** 48:19 50:9,11 50:20
**funding** 48:20 70:3
**further** 77:12 78:9
**future** 20:18

**g**

**g** 5:1
**gain** 55:9
**gained** 55:21
**gallon** 56:9
**gallons** 52:3 56:2
**gangs** 38:1,9
**garcetti** 13:4 18:10 52:10
**garcetti's** 20:11
**gate** 57:1
**gather** 51:12
**gauge** 19:8
**gee** 39:14
**general** 3:20 8:25 8:25 9:6,9,13,16

**four** 21:25 28:24 30:16 48:17
**generally** 49:1,2 57:2
**generators** 56:22
**generous** 28:4
**gentleman** 17:2,20 18:1
**genuine** 36:19
**genuinely** 65:5 71:6
**getting** 28:1 38:8 44:10 50:21 66:23 67:4 75:7
**gil** 13:4
**give** 10:5 19:23 22:21 29:13,23 34:15 46:21 50:14 56:12 60:10 64:14 71:18 74:17 76:11
**given** 48:19 69:1 73:9
**gives** 58:1 63:2,3
**gladdened** 41:1
**go** 7:3,8 13:18 16:9 21:7 22:6 28:24 31:2 39:18 40:24 41:12 45:4 53:6,15 55:18 60:23 71:20 76:9
**goal** 29:14
**god** 69:18
**goes** 48:25
**going** 9:11,14 10:2 12:4 13:16,22,24 14:1 16:17 18:8 18:19,20 19:20,24 20:6 21:23 24:19 24:22 25:1,4 26:1 26:24 27:15 28:15 28:21 29:11 30:4

Page 8

[going - housed]

30:12,13 31:4,6,10
31:14 33:2,17,17
35:11,22,22,23
36:8 37:14 38:22
39:7 40:12 41:24
42:11 43:2 46:13
51:19,20 52:10,11
52:19 53:2,2,5
54:3,8,15 55:3,11
58:6,6,8 59:24
60:3,20 61:23
63:7 65:18 67:1
68:14 69:4,7,20
71:6 73:23 74:11
74:12,14,21 75:2,7
75:9 76:11
**good**   7:14 8:16,19
8:21 10:13 18:16
21:7 27:19 37:3
41:2,3 42:21 45:5
48:19 50:2 55:22
58:20 60:22 65:13
**gotten**   46:22 52:1
**gouged**   58:11
**government**   10:10
49:7,11 50:1
52:15
**governor**   29:18
70:2 71:20 72:1,2
**grain**   70:10
**gratitude**   29:20
**great**   29:19 38:13
40:8 43:13 47:25
52:6 55:25 56:23
60:14
**green**   10:21 11:13
11:19
**gregory**   24:20
**grogan**   50:13
**ground**   71:17

**group**   9:4,5 15:1
39:9 51:15
**growl**   30:24 60:24
65:17
**grown**   52:25
**guard**   57:1
**guards**   39:23
**guess**   29:12 30:11
30:11 31:25
**guessing**   7:9
**guesstimate**   22:7
29:11
**guidance**   26:16
60:10
**guidelines**   5:23
**gump**   17:8,12
**gutierrez**   53:10
**gymnasium**   28:1

**h**

**h**   4:5
**hadn't**   19:6
**half**   35:7
**halfway**   41:7 45:4
**hand**   43:7
**handful**   17:9,12
**handling**   13:15
**happened**   18:20
38:5
**happening**   36:11
**happens**   9:19
38:16
**happy**   9:23 50:14
**hard**   13:19,21
34:6,23 36:20
65:23 75:10,11,12
**hasn't**   65:6
**haven't**   14:21
27:24 28:11 36:6
55:19 65:18 75:11
**head**   67:9

**headed**   31:16
**health**   28:24 32:15
41:15,19 42:15
43:15 51:4
**hear**   5:7,13 14:18
17:10 19:2,17
31:3 33:11 47:7,8
53:25 59:4 66:3,5
69:2,3,3
**heard**   22:11 25:17
**hearing**   1:12 5:16
7:19 24:14 67:2
71:15
**heart**   41:1
**held**   65:5
**hello**   45:22
**help**   13:18 21:24
21:24 33:24 41:24
49:10,17 50:11
**helpful**   42:11
61:11 66:16
**helping**   63:9,10
**helps**   41:24
**herb**   36:4,12 72:25
**herb's**   40:15
**hereto**   77:14 78:10
**heroes**   33:11
**hey**   39:22
**hhh**   70:25
**hi**   6:9 45:23
**higher**   28:2
**highest**   12:21
**highly**   22:7
**historically**   10:18
**hit**   40:25
**hold**   5:16,24 29:12
47:4 56:10 74:11
74:12
**holding**   41:7 65:19
68:5

**home**   20:11 23:24
26:17 47:25
**homeless**   18:12
21:18,24 22:20
23:10,19 24:13
26:11 27:4 28:18
28:22 38:20 40:19
40:20 41:5,9 45:6
46:2 47:18 48:10
48:16,17 54:25
56:5 57:23
**homelessness**
26:19 70:9
**honestly**   55:22
**honor**   5:8 8:17,19
8:22 9:7 12:8,11
12:14 20:20 21:3
31:17 45:18 53:11
61:2 62:6 63:15
68:17 69:6,8,21
70:25 71:4,24
72:13,19 73:7,20
74:2,8
**honorable**   1:16
3:10
**hope**   29:2 42:24
**hopefully**   10:8
**horrific**   44:6
**hose**   18:5
**hotel**   1:17 31:20
31:20 72:6 75:6
**hotels**   32:15,19
66:24 68:23 69:23
70:20,22 73:13
**hour**   35:7
**hours**   18:21 25:8
50:5 61:18
**house**   32:18 40:21
**housed**   32:22 33:3
68:24

Page 9

[housing - kitchen]

**housing**  56:7,12
    56:14 71:1
**hud**  70:5
**huge**  33:17 54:14
**human**  1:4 7:20
    55:3 56:2 58:25
    75:13
**humane**  56:14
    57:16 74:20
**humanely**  58:1,21
**humbly**  9:12
    19:22 26:15
**hundreds**  50:8
**hurt**  69:20
**hydrants**  26:7
**hygiene**  30:20
    32:6 38:15 40:4
    66:16

**i**

**idea**  21:5,23 39:24
    61:22
**ideas**  60:17
**identified**  7:23
**illness**  23:18
**immensely**  60:1
**impassible**  26:1
**impede**  25:14
**implore**  49:9
    51:14
**important**  30:14
    35:16
**impressed**  14:14
**impressive**  70:15
**inaccurate**  16:17
    43:24
**inappropriate**
    49:5
**inch**  25:19
**inches**  55:15
**inclement**  43:21

**income**  55:7
**incorrect**  11:4
    16:19
**increase**  18:25
    19:3 35:8
**increased**  41:18
**increasing**  55:23
**incredible**  37:10
**incredibly**  70:7
**incrementally**
    59:22
**indicated**  11:19
**individual**  72:1
    73:13
**individuals**  15:12
**inevitable**  37:15
**inexpensive**  40:23
**informally**  52:23
**information**  14:7
    16:16,19 21:9,10
    24:25 46:21 61:24
    63:24 66:21
**infrastructure**
    44:13
**inherit**  33:6
**inhumanely**  25:18
**initial**  23:20
**initially**  27:4
    36:25 40:9
**initiative**  26:17,18
**injunction**  11:8,9
**input**  35:13
**ins**  37:9
**inside**  37:18
**instance**  25:19
    52:2 57:7 73:12
**instituted**  71:21
**instructed**  25:6
**insuring**  66:11
**interest**  67:13

**interested**  13:23
    77:14 78:11
**interests**  68:16
**intermediate**  39:4
**intermittent**  39:7
**intervene**  67:12
**intervenor**  6:15,17
**intervenors**  68:11
    68:14
**intervention**  58:1
**invested**  67:19,22
**investment**  38:13
    38:15,18
**invigorate**  62:19
**invite**  16:16 26:1
**invited**  50:16
**involved**  49:1,4,14
    50:15 55:20
**involving**  24:16
**isolation**  72:17,21
    73:11
**issue**  70:15,16
**issued**  26:16 32:16
**issues**  32:20 64:4
    73:3
**it'll**  75:5
**item**  21:11
**i've**  8:4 10:12
    22:11 24:9,11
    25:17 27:24 28:15
    36:4 37:13 40:3
    46:25 51:5,19
    58:3

**j**

**j**  3:16
**jammed**  31:6
**jeff**  3:20 8:25,25
    9:6,9,13,16
**jeopardy**  68:25
**job**  1:23 20:16
    37:11 46:22 50:7

**57:11**
**jobs**  23:25 66:13
**joe**  50:13
**join**  39:7 55:20
**jonathan**  44:22
**joseph**  3:11 17:22
    42:17 43:5,7
**journal**  8:6
**jr**  3:10
**judge**  6:24 18:22
    33:24 35:10,14
    37:20 38:3 39:4
    49:3,22 50:2
    51:20 52:22 53:10
    53:10 58:6,7
    65:22 73:3 75:19
    75:20
**jump**  59:20
**jurisdiction**  52:22

**k**

**kathryn**  44:20
    46:22 49:9 52:11
    60:5 75:4
**kathryn's**  59:8
    61:18 64:8
**keep**  14:25 21:8
    38:22 55:4 67:2
    72:21 73:11
**keeping**  65:24
    66:11
**kes**  1:8
**kid**  41:11
**kids**  37:10 51:5
**kind**  5:6 11:11
    36:13 39:11,22
    45:25 51:14 56:14
    61:22 66:23
**kindness**  18:11,12
**kinds**  39:24
**kitchen**  32:17

Personal Court Reporters, A Veritext Company
818-988-1900

[know - margin]

**know**  8:2,2 10:9
14:3 15:4,5 17:3
18:13,18 19:25
22:15 23:2 24:11
25:16 27:17,18,19
30:17 33:23 34:20
35:13 38:23 39:1
42:19 44:3 46:10
46:15 47:16 51:6
52:12,15 53:18
56:1,2,10 57:8,23
58:7,17,20,23
60:18 61:5 62:15
62:22 63:16 65:2
66:16,18 71:5
73:4
**knowledge**  16:20
77:9 78:6
**known**  43:23

**l**

**la**  1:4 3:17 6:17
7:19 45:21 68:15
71:3
**lack**  16:19
**lady**  40:24
**lamc**  25:7
**land**  48:22 49:1,5
62:15,17
**landes**  2:4
**lane**  33:23
**large**  63:24
**largest**  28:17
**laser**  13:19
**lauren**  2:19 6:9
**law**  3:4 26:23,23
56:23 71:21
**lawsuit**  48:25,25
**lawyering**  55:22
**lay**  60:15
**lblack**  2:23

**lead**  46:20 50:19
67:25
**leads**  33:19
**learn**  20:1
**lease**  65:2
**leases**  49:3,5
**leasing**  66:24
**leave**  75:21
**left**  21:19
**legal**  8:10 12:10
52:6
**leisure**  41:13
**length**  19:8
**letter**  34:16
**letting**  62:6
**level**  12:21 72:16
**light**  5:15
**lighted**  57:25
**limited**  48:15
**line**  14:10 25:1
34:23 56:13 63:14
73:14 74:15
**lines**  26:10 41:2
65:1 71:7
**listen**  45:24
**literally**  26:1 35:4
35:7 71:20
**litigate**  53:7
**litigation**  13:15,24
52:1,9,25 59:15
63:16,22 67:24
68:4
**little**  6:11 28:2
30:11 52:18,18
**lives**  33:15 53:7
75:13
**living**  15:12 41:6
68:24
**llp**  2:4,12
**located**  54:12

**location**  1:17
14:14 25:13 27:18
41:16 42:3 57:22
**locations**  56:16
57:23 58:7,9,15
**long**  34:7 35:5
43:16 46:16 49:6
49:23 54:2 59:24
67:18,19,23,24
74:19
**look**  15:1 30:8
31:22 36:12 41:12
45:3 50:2 57:22
58:9,18,19 62:21
68:2 76:6
**looked**  25:16
**looking**  42:9 62:20
63:12
**looks**  45:15
**loosened**  29:18
**lorie**  78:2,19
**los**  1:8,19 2:6,10
2:14,18,22 3:12,13
3:14,16,18 6:10,19
6:21 7:20,22 8:8
8:17,20,23 21:18
22:3 23:10 26:13
28:3 29:21,21
44:25 46:10 52:4
53:3 68:14 70:1,8
70:13,18
**lost**  23:25
**lot**  9:24 16:12
19:23 21:7 36:4,5
37:24 51:8,20
55:9 56:6 57:22
58:2,12 60:17
62:10
**lots**  48:8,12 67:7
**loud**  31:3

**louder**  6:11 47:8
**loudly**  5:12
**low**  24:2

**m**

**machines**  34:19
**main**  10:19,24
11:22 12:1
**maintain**  66:14
**majority**  18:14
21:18 24:5 25:24
32:17
**maker's**  61:17
**makers**  46:12
51:16 60:1 64:25
74:14
**making**  64:7,8,11
65:1,22 66:9
**malfeasance**  33:8
**man**  76:12
**management**  18:7
37:5
**manatt**  2:12
**manatt.com**  2:15
**manned**  38:6
**manner**  10:7
**march**  25:5 26:13
40:13 71:15
**marcus**  6:18,18
11:3,4,6,14,17
12:2,18 13:5,9,11
13:13 16:2,4 17:5
17:7,8,11,15,17
18:24,25 19:3,6
20:15,19,23,25
21:1,2 22:9 24:24
28:9 32:23,24
33:21 34:20 35:19
41:22 50:20 74:3
74:6,8 75:21,22,25
**margin**  54:24

Page 11

[marine - news]

marine  24:21
  30:22 60:25
marked  4:8
markets  34:18
martial  26:23
  71:21
martinez  3:9 7:25
  16:8 19:11 39:21
mask  65:25
master  20:9,10
  34:24 66:24 68:22
matt  8:12 14:9
  54:21
matter  7:19 31:18
mattresses  56:22
maximum  28:2
mayor  13:4,8,9
  18:10 19:15 22:22
  23:13 27:19 33:12
  36:16,17 37:3
  40:17 44:21 49:10
  52:10 54:5 60:18
  60:19 74:17 75:4
mayor's  26:17,18
  33:6 50:10 74:9
mclain  3:14 8:6,19
  8:20
mean  10:2 15:7,9
  15:11,17,18 29:13
  31:20,21 33:1
  41:2 54:2 58:19
  58:23 63:18 66:5
meaningful  71:18
measure  70:25
media  8:10,10
medical  27:7
  48:15,16 58:1
medically  37:8
meet  24:5
meeting  10:2
  49:19 69:16

meetings  10:1
meghann  3:15 8:6
member  54:18
members  8:3,5
memory  35:21
men  23:24 24:17
men's  40:24
mental  23:18
  41:15,19 42:15
  51:3
mentality  70:11
merchant  54:24
  55:15
merchants  25:18
mess  65:9
met  9:24 26:14
methodology
  22:20
mic  7:11,11 47:6
michele  3:9 13:18
  16:22 35:24 37:19
  37:20 39:19 40:22
microphone  7:11
  47:4
microphones  7:6
middle  26:3 55:13
mike  13:10 34:17
  59:20 75:24
miller  3:18 6:20
  6:20 19:16,18
  22:13,17,24 23:7
  23:14 29:4,13,16
  29:23 30:1 33:1
  44:8,12,17
mind  66:11
minimal  38:15,18
minimally  30:19
minutes  34:8,11
  35:5 44:3,18
misleading  16:20
  43:23

mission  43:19
misstated  11:21
mistake  19:25
mistakes  19:24
mitchell  2:3 5:8,9
  5:14 6:7 10:14,20
  11:9,9,23 14:11
  31:9 53:11 61:2
  61:15 62:2,5,9
model  53:1
moment  10:13
  13:17 16:7 18:8
  21:6 35:24 36:7
  37:24 39:19 40:12
  41:15 47:3 48:2
  51:21 54:12 60:2
  68:12,14,16 69:2
moments  24:19
  76:5
monday  43:22
money  29:19 51:9
  70:4,4,5,24 74:19
monica  28:20 51:1
months  33:14
  52:23
monuments  34:6
moore  26:14 51:14
  58:10
morning  44:20
motel  31:20,21
motels  66:24
  73:13
mounds  57:4
move  18:20 26:4
  26:20 35:22 61:12
  71:22
moved  10:22,23
  27:5
moves  72:4
moving  32:18
  40:19 49:11 61:8

multiple  56:5
myers  3:17 6:16
  6:16 12:11 15:7
  15:11,15,17,21
  16:1 32:8,14
  45:17 54:2 56:18
  56:20 67:17 68:2
  68:9 69:6,8,13,17
  69:19,21,23 71:24
  72:5,12,15 73:7
  74:2,25 76:3

**n**

n  2:1 3:1 4:1 5:1
name  7:14 13:11
  13:13 33:9 50:13
name's  13:12
names  8:14 46:21
necessarily  34:25
necessary  21:15
  34:24
need  18:25 19:3,19
  19:24,25 27:19
  30:5 33:2 35:3
  49:10 50:8,10,12
  58:20 66:13 70:20
  73:14
needed  39:9
needle  18:5
needs  30:7,7,8
  32:6 48:16
negligence  33:8
negotiation  58:16
neither  53:9,10
  77:10 78:6
network  68:15
never  36:12 70:3
new  19:10,13
  44:15 45:17 48:3
newly  35:25
news  10:13 27:13
  37:3 61:24 62:21

[newsom's - pedro]

newsom's 70:2
night 27:14
nightly 61:23
  62:21
nod 67:9
noises 7:7
non 9:24 65:10
nonsense 35:3
nope 75:16
normal 47:12
normally 50:19
north 11:25
notary 1:24 7:16
  77:1,22
note 7:5,5,9
notoriety 16:12
number 10:3,11
  12:4 17:18 20:8
  20:11,15 22:9,21
  22:25 23:6,8,13,14
  23:15 24:1,18
  25:17 27:23 29:24
  30:6 31:4 35:16
  43:9 49:3 50:15
  59:16,25 75:21
numbers 21:22
  22:13 31:22 61:5
  61:6,9 62:20
  63:18
nurse 35:14 37:12
  37:16 44:4
nurses 41:19

**o**

o 1:16 5:1
oaths 7:17
objection 9:18
obvious 27:11
  31:17
obviously 6:22
  24:20 54:6

occasion 10:4
  13:11 49:8
offended 30:24
offer 21:2 49:17
offered 34:13
  66:12
office 2:20 13:15
  27:3 42:15 50:10
  74:10
officer 16:14
  17:25 18:1 77:2
officers 26:17
offices 15:3,5
officials 75:2
oh 37:4
okay 5:12 8:24
  9:16 11:5,16 12:3
  12:9 13:2 14:13
  14:21 15:16,23
  16:2,6,12 20:7,7
  20:14 22:16 23:1
  25:2 27:14 29:5
  29:25 30:15 31:24
  32:4,23 33:4,12
  35:18,23,25 36:3
  37:21 40:11 41:14
  41:21 44:3,11
  47:6,11 51:18,19
  53:12,20 56:19
  60:13,23 62:8
  63:14 65:20 66:18
  67:8 74:11 75:1
old 18:23 19:13
  61:21
olympic 2:13
onboard 30:10
once 7:1 19:22
  34:2 41:21 42:6
  42:13 46:7 49:16
  66:20,20

ongoing 61:9
open 40:2 47:19
  70:21 72:5
opened 31:21
  45:18 46:25
opening 34:11
operating 14:6
  34:12 43:13 44:25
  46:14 54:23 70:11
opinion 72:24
opportunity 10:5
  40:16 60:14
opposite 60:10
  67:13
option 73:19
orange 3:2 6:15
  46:1
order 11:7,7 14:13
  18:6 21:13 27:17
  39:11
ordered 26:23
orders 21:16 35:1
orestees 3:12 8:11
organization 46:8
original 27:14
  39:2 48:4
otero 49:4
ought 55:5,5 57:5
  58:22,24,25
outcome 77:15
  78:11
outcry 23:20
outside 67:5
overpacked 32:11
overwhelmed
  42:22
owe 29:19

**p**

p 2:1,1 3:1,1 5:1
p.m. 1:15 7:21
  25:9,11 76:18,20

pace 73:20
packed 34:23
  49:19
padilla 16:14
  17:25
page 4:6 62:11
pages 1:25 45:4
pandemic 21:25
  60:4 62:3 71:9
papers 28:9
paragraph 5:11
park 73:10
parked 33:22
parking 48:8,11
  57:22
parks 36:23 41:20
part 36:19 44:9
  46:1 50:17 54:17
parte 10:4
participate 53:22
particular 16:5
  35:1 46:8
parties 7:8 77:11
  77:14 78:8,10
partnering 44:10
party 38:14
pass 36:14
passable 26:4
passage 25:19
passed 37:3
path 20:4
pathetic 41:6
pay 36:8 37:20
peck 3:19 24:20
  45:22 46:24 47:8
  47:11 48:5,7
  51:11
peck's 24:20
pedro 14:5 15:20
  26:5

[penny - procure]

penny  52:18
people  5:13 11:25
  18:16 19:5 22:19
  23:22 24:5 25:24
  26:6,18 28:2 31:5
  31:10,11 32:2
  33:3,9 36:5,15,23
  37:5 38:10 41:1,9
  46:6 47:20 48:1
  51:3,4,6 52:14
  54:25 55:19 57:1
  59:13,14 64:25
  65:23 66:12,25
  67:3,6 68:19,23
  69:20 71:22 72:18
  74:22,23,24
people's  68:5
percent  23:17
  25:22,22 33:2
  52:16,17 54:23
  59:13,13
perfect  53:20
period  35:1 39:7
  43:16 49:15 52:13
  57:5 63:13 67:24
permanency  38:24
  40:8
permanent  39:6
  39:15 40:9 71:1
person  5:16 24:13
  24:13 26:16 54:18
  55:12
personal  20:11,15
  57:10,12
personally  20:17
  33:25
persons  8:14
perspective  24:10
ph  8:13 12:24
  13:10 16:14 24:4
  27:2 29:8 44:1

phelps  2:12
phillip's  61:19
phillips  2:12
phone  7:7 40:12
  44:22 50:21 75:4
  75:20
photo  53:13
photos  26:10,10
pick  18:7 61:1
  75:3
picked  36:25
picking  17:2 18:3
picture  18:18
  62:18
pictures  15:24
  51:5 55:2,11
piece  59:21,21
  66:11
pioneers  33:10
place  18:11 21:19
  24:19 26:25 30:13
  32:6 39:25 40:1
  49:3 50:12 56:15
  70:19 71:16 75:5
placed  7:11 17:13
placentia  45:11
places  26:12,20
  32:15
plaintiff  1:6
plaintiffs  2:2 6:8
  25:17 71:7,10,14
plan  66:21 68:22
planning  30:2
plans  32:1 65:23
planters  25:20
please  7:5 16:22
  33:23 73:6
pleased  73:1
pleasure  17:1
plenty  48:22

plus  23:8,9 27:15
  27:15
pneumonia  58:2
point  22:14,17,19
  23:11 27:16 30:5
  32:10 55:14 63:16
  66:25
points  32:9
police  26:13 42:14
  52:20 60:7 61:19
policeman  36:25
policy  50:14
pooling  51:9
poop  55:3
popular  8:10
population  23:2
  24:15 26:22 27:5
  28:18 32:22 33:17
  40:19,20 47:13
pornography  10:1
  57:14
position  38:25
  39:2,5,12,13,15
  40:3,17 50:5
  54:20 55:8 57:12
  69:24 71:19 72:3
  73:17,21
positive  21:8
  47:17
possession  56:1
possessions  37:7,9
  52:3 56:7,8,24
  57:2,9,12
possibility  21:19
possible  10:9
  74:15
potentially  31:6
  47:15
power  69:25 70:5
  72:4,6

praise  21:7 44:21
preaching  30:16
prefer  27:4
preliminary  11:8
  11:9
prepared  78:3
prerequisite  58:23
present  3:8 5:5,25
  57:19 75:3
presentation  29:7
president  17:9,11
  25:23
press  8:3
pretty  18:14 46:9
previously  12:5
price's  37:21 38:6
primary  72:13
principle  60:2
prior  59:7,8 77:4
private  41:18
probably  41:9
problem  14:7 20:6
  33:14 40:6 46:2
  51:7 52:11,12,24
  53:1 64:16,23
  67:2 69:3,9 74:17
  74:23
problematic  64:2
problems  34:8
procedure  50:25
proceed  5:19
  16:10
proceeding  6:1,2
  7:16 9:20,23
  76:20 78:4
proceedings  46:5
  77:3,4,5,8 78:5
process  50:24 54:3
processes  63:19
procure  34:23

[procured - request]

procured  44:13
procurement  34:8
 34:16
profit  59:14
progression  27:16
prohibited  25:8
projection  27:14
promise  28:16
 30:24 33:25
prop  76:12
property  57:10
 62:15
prostitute  59:5,7
 59:12
proud  52:6
provide  30:19
provided  25:13
 70:25
provides  48:15
provisions  25:7
proximity  68:20
public  1:24 21:25
 26:19 28:23 30:17
 32:15 40:2 49:2
 52:12 63:2 77:1
 77:22
pulled  37:6
pulls  42:18
purchasing  35:1
push  21:21 58:14
 75:9
put  33:8 35:14
 38:24 40:4,23
 45:7,12 48:21
 49:13 55:3,13
 67:7 73:21 74:21
putting  25:20
 74:23,24

**q**

qualified  77:7
quarantine  47:16
question  31:25
 63:18 65:14 74:13
 74:13
questions  16:15
 20:6 51:21 60:21
quick  7:5,8
quickly  24:15 50:1
quite  10:10 24:9
 33:7 38:12 41:11
 52:14 61:24 63:6
 65:6 67:5 75:9

**r**

r  2:1 3:1 5:1
race  75:13
radius  11:19
ramp  37:15
ramped  70:13
randomly  18:23
 24:8
raped  24:12
rapes  39:25 40:1
rapidly  71:11
rcx  4:2
rdx  4:2
react  59:10,11,12
read  5:10,12 7:2,3
 12:3 13:22 71:6
readymade  50:24
real  61:6
realize  18:15
really  13:23 26:6
 28:17 29:23 33:10
 36:19 50:7 53:5,8
 57:17 61:3 62:18
 66:10 76:15
reason  38:25
 49:12 57:9

reasonable  57:5
 63:13 75:6
rec  29:4 67:6
recall  45:16
received  70:23
recognize  33:4
 46:7 71:7
recognized  25:3
recommending
 46:8
record  7:7,8,16,18
 7:24 38:13 46:5
 76:19 77:9 78:5
recorded  77:6
recording  77:8
 78:3
recreation  30:9
 35:15 36:22,23
 37:1 41:14,20
 63:10 72:18 73:25
recreational  14:2
 14:12,14,22 15:6
 27:6 28:8 37:13
 41:25 54:11,14,16
 57:19 59:2,4,5,6
 60:13
reduce  56:8
reduced  47:13
 77:6
regardless  27:11
regular  61:10
regulations  68:21
rehabilitation
 48:10
reimbursing  52:15
reject  65:18
related  32:21
 68:21 77:10 78:7
relationship  16:18
 20:7 49:10

relative  77:12 78:9
relatively  24:6
remain  7:7 26:25
remained  10:23
remains  11:6,24
 13:14
remember  17:3
 24:23 27:12 41:23
 49:18 63:11
removing  16:24
renewed  36:16
repeat  9:13 52:23
 67:21
repeated  24:14
repeatedly  40:17
repeating  14:25
report  22:2 23:15
 61:4,21 63:4
 64:15
reported  1:24
reporter  5:3,5 7:2
 7:14,15 76:18
reporting  63:21
reports  12:3 63:17
 73:8
represent  8:15
 12:21 19:15 52:20
 56:5
representation
 12:20 22:5 45:6
representations
 71:14,16
representative
 5:20,22
representatives
 60:6
represented  23:4
representing
 12:22
request  5:6,7,16
 21:13 61:3 63:17

[request - service]

66:19
**requested** 5:10
**requesting** 5:14
**require** 5:17 75:2
**required** 25:14
56:24 72:15
**requirement**
25:20
**requirements**
58:20
**requires** 25:8
**requiring** 39:23
**rescue** 43:19
**reserving** 47:18
**residential** 32:14
32:19 68:23
**residents** 32:18
68:23 70:17,21,22
**resolve** 52:13 59:8
**resolved** 52:23
60:14
**resources** 30:12
61:22 62:25 63:6
64:23 70:6 71:13
**respect** 65:12
**respective** 60:9
**respond** 10:5 50:3
71:13
**responded** 17:5
**responding** 10:6
38:25 39:12
**response** 20:13
31:1 34:4
**rest** 53:7 60:15
**result** 6:2
**retailer** 54:24
**retrace** 18:19
**reversed** 50:5
**rid** 54:15
**ridiculous** 55:11

**right** 7:3,12 8:12
11:20 13:16 15:9
16:18 21:4 22:24
23:6 27:9 29:20
31:24 33:5,16
35:14 37:15 38:10
38:17 39:16 41:3
41:8,13 43:12
44:19,24 47:6
52:12,16 55:10
56:23 58:18 60:20
61:19,22 62:22
63:1,12 64:10,20
64:25 68:19 69:11
75:1,15 76:16
**rights** 1:4 3:4 7:20
68:5
**river** 23:22 24:5,8
24:16 49:23 50:3
56:25 57:9,15
**rod** 3:13 8:17
**role** 44:14
**rollout** 61:9
**room** 22:6 31:2,21
60:5,6,7,8,24
**rooms** 32:2 48:16
67:3 72:6
**rough** 18:14 22:9
39:23
**roughly** 21:17
22:1
**round** 28:5
**row** 8:25 10:14,18
11:1,6,6,10,12,14
11:18,21 13:21
14:5,11,16 15:5
17:4,7,13 20:4
21:6 25:16 28:8
28:14,18 29:11
30:6,9,19 31:5,11
31:19,21 32:2,9,18

32:22 33:3,18
35:12,17 41:8,24
42:3,5,8,9,12
46:13 59:19 63:5
63:7,9,10 67:2
68:20,23 70:21
76:6
**rule** 55:16,16
**ruling** 11:8 56:4
**run** 16:18 33:15
75:12,12
**running** 43:12
45:7 49:19 75:11
**runs** 13:14 44:1
**rvs** 15:12 72:20
73:9,10,14

**s**

**s** 2:1 3:1 4:5 5:1
**safe** 57:25
**safer** 26:17
**salt** 70:10
**san** 14:5 15:20
26:4
**sanitation** 16:13
16:21,24 17:3,4,5
17:6 18:3 25:6
30:14 32:20,21
34:9,19 35:5
38:17 40:1 41:20
42:10,23
**sanitized** 30:17
**santa** 3:6 28:20
49:22 51:1 56:25
**satisfies** 75:8
**saturday** 27:4
28:4
**save** 33:15 68:22
75:13
**saw** 26:21 28:3,12
29:17

**saying** 36:18 57:11
63:25 64:6 66:6
**says** 5:15,20 36:12
44:24
**scabies** 58:2
**scale** 73:20
**scare** 60:4
**scatter** 54:16
**scattered** 54:13
**scavenger** 57:3
**schuster** 24:4
**scope** 65:15
**scott** 6:18
**screaming** 41:10
**screening** 37:7
**second** 26:21
36:21 57:2 72:16
73:14
**secondary** 14:6
**section** 25:7
**see** 13:19 14:14
15:6 26:9 36:17
37:9 45:5 49:12
49:13,15 50:16
53:21 55:5,21
57:14 63:9,10
66:18 67:8,11
75:16 76:7,8
**seeing** 55:8 62:12
63:11 72:18
**seen** 14:12,21 36:7
58:3
**self** 54:4,6 57:20
**sense** 36:16 61:14
63:2,3 67:15 71:2
73:10
**sensitive** 7:6
**serious** 20:6 23:18
60:3
**service** 18:4 19:1
48:10

Page 16

[serviced - standard]

| | | | |
|---|---|---|---|
| **serviced** 19:6,19 66:17,20 | **short** 49:15 | 32:22 33:3,18 35:12,17 41:8,24 | **sort** 61:10 |
| **services** 23:10 32:21 43:15 | **shortfall** 25:4 | 42:3,5,8,9,12 | **sorted** 50:7 |
| **servicing** 19:4 33:23 66:19 | **shoulders** 33:5,6 | 46:13 59:19 63:5 | **sound** 23:3 |
| **serving** 49:23 | **show** 15:23 18:9 26:10 53:16 | 63:7,9,10 67:2 | **sources** 46:21 |
| **session** 30:24 58:17 60:24 64:18 65:17 | **shower** 42:19 58:24 | 68:20,23 70:21 76:6 | **south** 1:18 7:21 34:12 |
| **set** 22:20 43:20 44:15 48:11 59:17 63:19 | **showers** 41:25 58:22 | **skills** 77:9 78:6 | **space** 67:5 |
| **settlement** 52:9 54:9 59:22 60:13 | **showing** 24:25 | **sleeping** 54:25 | **spaces** 32:17 48:12 73:25 |
| **settling** 53:5 | **shut** 9:20 10:2 | **slow** 33:23 | **speak** 7:10 17:20 20:16,16 |
| **seven** 22:12 | **sick** 32:3 47:5 | **small** 35:21 51:15 52:1 54:24 67:25 | **speaking** 5:9 7:9 49:2 73:5 |
| **seventy** 52:16 | **side** 40:24 42:14 | **smell** 55:6 | **special** 20:9,10 34:24 36:6 |
| **shame** 33:9 | **sidewalk** 55:12 | **smith** 33:24 37:20 52:22 75:19,20 | **specific** 15:18 |
| **shannon** 32:7 | **sidewalks** 25:25 55:17 | **snapshot** 22:19 | **specifically** 14:3 15:19 |
| **shape** 41:2,3 52:5 | **sign** 12:22 | **soap** 18:24 35:25 | **spend** 18:15,21 31:14 |
| **share** 21:9,10 29:22 | **signature** 77:20 78:18 | **sobel** 12:6 14:16 39:8 44:24 | **spent** 15:21 |
| **shared** 32:16,17 | **significant** 71:12 | **social** 30:18 | **spertus** 2:4 |
| **shayla** 3:17 6:16 9:5 39:14 54:1 55:25 57:6 67:16 69:1 73:6 74:22 76:2 | **signing** 12:19 13:3 | **society** 18:14 | **spertuslaw.com** 2:7 |
| | **silly** 39:25 | **solution** 69:2,4,22 71:4 74:20 | **spirit** 36:13 |
| | **silva** 3:13 8:16,17 | **solutions** 53:25 62:11 | **spit** 30:23 60:24 65:17 |
| | **simple** 56:11 | **solve** 33:13 67:1 69:9 | **spread** 35:11 |
| | **simply** 11:17 16:20 31:19,20 48:17 | **solving** 53:1 | **spring** 1:18 7:22 10:24 12:1 |
| **shelter** 26:25 27:24 28:3 30:13 31:19 32:6 37:18 45:6,9,11,18,20 70:19 72:16 | **sir** 9:12,15 17:22 | **somebody** 9:25 15:1 24:12 37:17 39:13 49:21,25 50:4 54:23 | **sprung** 40:11,16 48:21 49:13 62:16 62:16 72:9,11,12 73:1,18 |
| | **site** 44:15 | **somebody's** 57:7 | **squares** 69:4 71:22 |
| | **situation** 32:10 | **someday** 33:8 | |
| | **six** 19:11,12 27:25 36:2 37:18 | **somewhat** 24:10 54:10 | **stab** 53:5,8,22 |
| **sheltered** 26:19 | **skid** 8:25 10:14,18 11:1,6,6,10,11,14 11:18,21 13:20 14:5,11,16 15:5 17:4,7,13 20:4 21:6 25:16 28:8 28:14,18 29:11 30:6,9,19 31:5,11 31:19,21 32:2,9,18 | **son** 24:20 | **staffing** 70:6 |
| **shelters** 25:4 27:15,23 32:11 72:20,21,22 73:11 73:16,21 | | **soon** 43:21 | **stand** 61:3 |
| | | **sorry** 9:8 23:7 40:15 | **standard** 57:15 |
| **sherin** 44:22 | | | |

Personal Court Reporters, A Veritext Company
818-988-1900

[standing - television]

**standing**  27:16
  73:21
**start**  6:6 10:13,14
  12:4,6,9 14:9
  18:17 21:17,22
  22:8 23:22 24:14
  24:25 31:7 43:21
  43:22 46:18,23
  51:16 52:9 54:7
  59:17,19
**started**  23:19
  40:13 63:21 66:22
  75:12
**starting**  13:23
  43:18 59:1
**state**  52:17 70:4,23
  77:23
**stated**  12:6
**statement**  16:19
  27:1
**states**  1:1 50:1
**station**  16:21 18:4
  18:6 37:13,16
  38:6 40:2 42:15
  43:14,15,18
**stations**  16:13,24
  17:3,4,6,7,12 18:3
  18:3,7,23 19:4,9
  19:10,13,13 30:14
  34:9 35:6,17 38:7
  38:10,17 39:6
  42:10,25 43:3,8,11
  44:6
**status**  61:3,11
  63:17 73:8 74:12
**staying**  31:11
**step**  39:8
**stepping**  37:10
**steve**  3:19 24:20
  40:12 45:23,25
  46:4,17 47:3 48:2

48:24 51:7,8
**stockpile**  35:11
**stomach**  55:4
**stop**  16:24 22:14
  30:21 37:24 41:15
  51:19 59:7 60:20
**store**  56:24,25
**stored**  57:3
**stories**  24:14
**straight**  20:7
  35:20
**strategies**  67:18
  67:20
**strategy**  33:2
  67:23
**streams**  70:2
**street**  1:18 2:5,21
  3:5 7:22 17:24
  19:6 22:2 26:5,7
  37:1,25 38:4
  42:16,17 43:25
  48:20 51:2 55:14
  55:18 69:4 74:22
  74:24
**streets**  18:12
  25:12,22,25 26:4,4
  26:15,24 31:11
  32:20 38:8 40:25
**strictures**  5:4
**strides**  43:13
**strong**  47:25
**structure**  47:25
  49:13 72:12 73:2
**structures**  48:22
  62:16,17 73:18
**struggled**  68:24
**struggling**  27:8,9
**stuck**  18:5
**students**  23:23
**stuff**  56:25

**style**  62:13
**subject**  24:16 27:3
  27:18 31:18 54:19
  58:19
**subsidies**  70:23,24
**subsidized**  72:6
**substance**  23:18
  72:13
**substantial**  31:4
**subway**  28:24
**success**  9:25
**successful**  53:16
  60:12
**suite**  2:5
**supervisor**  60:8
**supervisors**  54:19
  74:18
**support**  50:9,11
  50:21
**supportive**  71:1
**supposed**  43:22
**sure**  7:10 15:11
  45:19 55:15 56:18
  62:2 65:22 66:9
  67:3 68:8 69:17
**surface**  30:2
**surge**  38:17
**surprised**  55:19
**surprisingly**  24:1
**surrounding**
  10:21 11:1,10,12
  11:18,23 13:20,21
**survival**  76:14
**suspected**  28:21
**suspend**  25:6
**sustainable**  62:11
**sworn**  16:15 77:5
**system**  46:18

|  |  | **t** |  |
| --- | --- | --- | --- |

**t**  4:5
**table**  7:10,11
  63:17
**tag**  24:13
**take**  7:16,17 13:16
  15:24 16:6 20:3
  26:2 28:5 34:7
  35:24 36:7,24
  39:25 40:1,20
  44:18 45:3 46:19
  48:14,17 50:19
  51:9 52:13 54:11
  55:11 56:15,16
  58:9,19 65:25
  75:5 76:12
**taken**  37:2 40:17
  46:16 49:6 55:17
  71:16 73:18 77:3
  77:12 78:8
**takes**  56:15 64:24
**talk**  10:3 13:22
  19:5 24:11 33:24
  41:5,21 44:22
  45:25 47:8 53:4
  62:14 63:14 68:18
  72:25
**talked**  36:5 37:25
  51:3 57:1 60:18
  61:5 62:10 67:4
  72:25
**talking**  23:22
  28:14 37:22
**tapped**  9:25
**target**  61:8 62:22
**taxpayer**  72:5
**taxpayers**  71:1
**teams**  51:2,4
**tearing**  26:7
**television**  36:17

Personal Court Reporters, A Veritext Company
818-988-1900

[televisions - trying]

**televisions**  56:21
**tell**  19:22 21:21
  25:21 34:14 35:18
  45:8 50:15 58:12
  64:21 70:18,19
  72:23
**temperature**
  36:25 37:2
**temple**  2:21
**temporary**  39:4
**ten**  17:17,19 34:8
**teneckel**  8:13
**tent**  25:11,14
  40:11,16 43:19,20
  76:13
**tents**  25:4 48:11
  48:12 67:7 72:9,9
  72:11
**term**  67:18,19,23
  74:20
**terms**  30:18 31:22
  42:22 45:2 55:23
  66:23
**test**  76:4
**tested**  47:16,17
**testifying**  77:5
**testing**  40:14
  43:12,14,16,20
  44:9,13
**tests**  18:22 44:10
  44:13
**thank**  7:25 8:1,24
  9:17,19 19:20
  20:21 21:1 36:1,3
  37:20 43:10 48:24
  61:2 76:17
**thanks**  37:19
  39:19
**that's**  16:19 19:21
  23:4 26:24 29:25
  31:16 35:18 36:20

38:20 56:12 57:20
  57:25 59:17 63:4
  63:17 67:1
**they'll**  56:7
**they've**  37:6 47:16
  51:17 56:21 73:9
  73:10
**thing**  21:5 24:9,9
  36:21 43:10
**things**  14:1 36:10
  54:8 65:22 66:8
  66:12 67:14 72:10
**think**  9:2,22 10:6
  15:2,3 19:20 21:7
  22:9,12 23:9
  25:23 27:10,25
  29:8,19 30:1,2
  31:12,16 33:16
  34:25 37:22 38:4
  38:5,13 40:8,16
  46:6 48:3 49:20
  49:25 50:8 52:4
  53:23 54:4,5,6,17
  54:20 55:7,9,24
  56:13 58:9 59:19
  60:14,17 61:3,21
  61:23 62:10,24,25
  63:6,7,11,13 65:18
  66:15 67:14,19,20
  67:22 68:4,13,18
  71:3 73:1,3,8,15
  75:6,8,12
**thinking**  34:19
  51:16 54:21 62:18
  63:4
**thirty**  19:7 22:11
  22:11
**thomas**  3:16 8:22
**thought**  18:24
  19:14 38:2 41:7

**thoughts**  32:23,25
  60:21 74:4,7
**thousand**  22:2,11
  22:11 23:3 29:16
  29:17
**thousands**  31:10
  73:24
**three**  8:5 16:10
  24:2 26:5 41:6
  42:12 43:8 49:19
  51:4 58:7 59:25
  66:8,20
**thrives**  54:22
**throwing**  72:10
**tie**  30:4
**time**  1:15 15:22
  16:15 19:8 22:14
  22:18,19 23:11
  25:2 32:1 35:2
  39:5,7 43:16
  49:16 51:4 52:13
  52:20 53:14,23
  57:6 61:20 63:13
  64:7,12,15 67:24
  73:16 76:18
**times**  3:12 8:9
  12:4 28:5 67:5
**tip**  26:21
**tipped**  43:1
**today**  5:5 8:13
  19:9 33:21 41:8
  43:12 46:23 52:5
  64:1,18 69:16
  75:21
**toilet**  38:14 59:11
**toilet's**  43:1
**toilets**  34:7,18
  35:4 38:16 39:5
  39:24 40:1,5 43:4
  43:8

**token**  63:1
**told**  17:2,9,12 18:2
  24:6 34:21,22
  49:22 50:3 51:8
**tomorrow**  64:1
**top**  13:14
**toss**  54:8
**tossing**  59:16
**total**  17:16 22:25
  23:2
**touch**  7:6
**track**  51:15
**traditional**  13:20
  26:11 53:1
**trailer**  42:18
**trailers**  14:2 57:21
**transcriber**  78:1
**transcript**  78:3,4
**transcriptionist**
  77:7
**transparent**  54:10
**transportation**
  31:23 51:13
**trash**  57:4,13,16
**treat**  58:21,25
**treating**  70:9
**treatment**  48:9
**tremendous**  18:11
  40:3 71:8
**tried**  17:20 18:4
  57:16
**truck**  33:20,21
**true**  77:8 78:5
**trust**  50:9 59:25
  60:1
**truthful**  19:22
  35:10
**try**  25:19 53:12
  59:22,23
**trying**  8:9 36:20
  51:9 62:18 65:2

[tuesday - wasn't]

**tuesday**  1:14
 34:16
**tumble**  18:14
**turn**  31:14 51:20
 55:4 67:15
**turned**  37:1
**twenty**  22:12
**twice**  72:25
**two**  7:12 10:3
 16:10 18:21 19:7
 20:8 27:3 32:8
 35:16 36:21 41:18
 42:25 43:7 44:18
 47:1,11,23 52:22
 57:1 58:7 61:25
 62:3,5 63:23
 67:12,14 71:17
**type**  62:17 74:19
**types**  47:1
**typewriting**  77:6

**u**

**u.s.**  46:7
**uci**  23:23
**umhofer**  2:4
**unacceptable**
 19:18
**unbelievably**
 70:15
**unclear**  61:4
**unconnected**
 43:16
**understand**  28:9
 40:7 41:16,17
 55:6 61:7,8,11
 70:7 71:10
**understanding**
 10:16,19
**understood**  9:21
 20:18,19,22 24:24
 75:13,24,25 76:3

**undertaken**  71:8
**unfairly**  38:2
**unfolding**  71:11
**unfolds**  71:10
**unfortunately**
 24:17
**unhoused**  33:2
 68:5,19 70:16
**unintentional**
 63:25
**united**  1:1 33:20
 33:21 34:15,15
 36:1 50:1
**units**  72:17,22
 73:13
**unnecessarily**
 34:1,2
**unreasonable**
 61:16
**unsheltered**  22:3
 22:25 23:1 33:18
**unwinding**  52:9
**updated**  26:16
**urgency**  70:17
 71:2
**use**  22:23 30:20,20
 35:12 38:10,19
 47:5 72:3,6
**utilizing**  71:12

**v**

**v**  1:7
**va**  24:23 45:16
 47:13 48:8,15,17
 48:19 49:7 50:1,7
 51:2,10 62:15
**valley**  28:15 30:8
**valuable**  64:12
**varied**  22:4
**vas**  45:2
**vast**  21:18

**vehicle**  59:5,6
**vehicles**  14:12,15
 14:22 15:6 54:12
 54:14,16 59:2,4
 60:14
**vendor**  16:23
 34:13,15,18
**venice**  28:15,19
 30:8
**verbal**  6:3
**verbally**  5:15
**veritext**  5:10,25
 7:15
**versed**  14:3
**versus**  7:20 29:9
 31:23 64:1
**veteran**  45:9
**veterans**  24:19
 44:25 45:6,20
 46:3,13,14,16
 47:15,24 48:11,11
 48:16,20 49:21,24
 50:8,17,22 51:1,8
 51:17
**vets**  46:7
**vice**  17:9,11
**victor**  55:25
**victories**  52:2,6
 67:25
**vietnam**  24:22
**viewed**  18:13
**violate**  25:19
**violation**  68:21
**visited**  37:17
**voiced**  9:18
**volatile**  22:7
**volunteers**  44:4

**w**

**wagon**  40:14
**wait**  38:23

**waiting**  45:24
**walk**  23:22 26:2
 34:5 35:23 40:22
 55:12,17 56:6
**walked**  36:22
 57:15
**walking**  24:8
 25:21 26:6 50:2
 51:15 76:5
**walks**  18:22
**wall**  33:9
**want**  8:3 10:13,14
 10:15 12:20 14:25
 18:9,21 19:22
 20:16 21:8,20,22
 23:12 24:25 26:9
 27:17,18 28:4,12
 30:21 32:8 33:11
 33:25 34:1,14
 36:13 38:14,19
 39:5 40:4 41:21
 45:20 46:20 47:5
 53:8,9,12,21,23
 54:11 55:20 56:4
 57:18 58:5,8 59:4
 60:2,5,6,7,7,9,15
 60:25 61:3,6,17,25
 62:11 66:3,4,5
 67:7 69:2,3 71:5
 74:14 76:4,7,7
**wanted**  57:2
**wants**  53:22
**warrant**  57:7
**washer**  40:22
**washing**  43:7
 48:13
**washington**  15:7
 50:4,16
**wasn't**  35:16
 44:15

Page 20

[waste - zoom]

waste  37:4 53:23
watch  27:13 61:23
water  18:23 19:12
  26:8 35:25 41:10
way  9:23 25:1
  26:15 27:21 29:5
  29:18 31:6 33:18
  34:6,10 37:4,19
  39:17 41:19 42:5
  50:6,14 52:2
  53:14,19 54:22
  55:2 60:10 61:17
  61:18,19,20 65:5
  75:7
we've  27:22 28:17
  35:10 36:12 44:13
  46:21 52:22,25
  56:6 57:8 59:17
  60:14 67:4 69:11
weather  43:20,21
website  44:24 45:5
wednesday  34:17
week  34:2 57:1,2
  61:25 66:17 75:1
  75:17 76:17
weeks  27:3 33:14
  36:21 61:25 62:4
  62:5 71:9,17
weitzman  3:3 6:14
  6:14 12:7,8 14:16
  14:17,19,23 15:2
  15:19 31:25 32:5
  45:2,10,15 53:18
  53:24 65:21 66:2
  66:5,8 67:10 73:3
  74:5
wellbeing  55:23
went  10:19,19
  19:8 40:13 63:8
wesley  44:1

wesson's  36:4
west  2:5,13,21
  11:25 28:3 45:20
  46:9
westchester  30:7
western  1:2 34:12
wheelchair  55:13
wheelchairs  26:3
whereabout  30:5
whirlwind  33:7
whispering  7:6
wide  40:2
wild  29:12
willing  59:18,19
  59:21 71:20
wise  50:4
wish  12:5
witness  4:2 72:3
  77:4
woman  24:11
women  23:24
  24:14,16 46:3
  51:17 59:3
wonderful  36:10
  37:10 45:24 46:22
  49:9 51:3,5 57:11
wondering  41:10
word  37:25 38:7
words  12:22 25:10
  29:2 58:15
work  15:12 33:24
  35:22 53:2,3
  59:21 66:22
worker  3:2,17
  6:15,17 12:7
  68:15
workers  23:23
  25:18 39:8
working  16:18
  36:1,15 51:15
  65:23 66:10 74:9

world  46:1
worried  57:6
worry  74:23
worsening  55:24
worst  24:9 52:24
worth  43:1
wouldn't  17:24
  19:7 43:22 58:14
  64:19
wounds  58:12
write  59:6
writing  40:10
wrong  21:22 42:13
  56:11,11
wrote  56:22

### x

x  4:1,5

### y

yeah  7:13 16:1,9
  23:9 29:5,8 30:1
  31:15 32:13 33:1
  39:22 42:18 43:9
  45:3 47:10 51:11
  54:1 56:19 64:5
  65:8 66:7 69:19
  73:25 76:10
year  25:5
yearly  22:18
years  13:25 24:2
  33:7,10 51:25
  52:1,5 58:10
  69:11
yelling  41:9
yep  66:2
yesterday  37:22
  64:18
ymca  41:22 63:9
ymcas  42:4,6
young  2:11 6:12
  6:12 7:13 12:16

  13:1 31:15 41:1
  63:15 64:5,10,13
  64:16,20,23 65:8
  65:11,14,20 76:9
  76:12,14
you've  14:5,10
  15:4,24 36:15
  42:13 43:14,25
  45:24 46:4 50:9
  50:20,24 51:2,3,8
  52:2,3 55:21,25
  59:9

### z

zero  37:20
zoom  9:24

Page 21