1          IN THE UNITED STATES DISTRICT COURT

2           CENTRAL DISTRICT OF CALIFORNIA

3     _____

4     LA ALLIANCE FOR HUMAN RIGHTS,

5     et al.,

6              Plaintiff(s),              Case No.

7        v.                              2:20-cv-02291-

8     CITY OF LOS ANGELES, et al.,        DOC-KES

9              Defendant(s).

10    _____

11                    HEARING

12    DATE:          Tuesday, April 14, 2020

13    TIME:          8:21 p.m.

14    BEFORE:        Honorable David O. Carter

15    LOCATION:      Alexandria Hotel Ballroom

16                   501 South Spring Street

17                   Los Angeles, CA 90013

18

19

20

21

22

23    REPORTED BY:   Austin Che, Notary Public

24    JOB No.:       4080633

25

                                        Page 1

```
 1                    A P P E A R A N C E S
 2    ON BEHALF OF PLAINTIFF(S):
 3         ELIZABETH MITCHELL, ESQUIRE
 4         Spertus Landes & Umhofer, LLP
 5         617 West 7th Street, Suite 200
 6         Los Angeles, California 90017
 7         emitchell@spertuslaw.com
 8         (213) 205-6520
 9
10         MATTHEW D. UMHOFER, ESQUIRE
11         Spertus Landes & Umhofer, LLP
12         617 West 7th Street, Suite 200
13         Los Angeles, California 90017
14         matthew@spertuslaw.com
15         (310) 826-4700
16
17
18    ON BEHALF OF DEFENDANT CITY OF LOS ANGELES:
19         SCOTT MARCUS, ESQUIRE
20         City of Los Angeles
21         200 North Main Street, Room 700
22         Los Angeles, California
23         Scott.Marcus@lacity.org
24         (213) 978-4681
25
```

                                              Page  2

```
 1                    A P P E A R A N C E S
 2    ON BEHALF OF DEFENDANT COUNTY OF LOS ANGELES:
 3         BRANDON D. YOUNG, ESQUIRE
 4         Manatt, Phelps & Phillips, LLP
 5         11355 West Olympic Boulevard
 6         Los Angeles, California 90064
 7         bdyoung@manatt.com
 8         (310) 312-4181
 9
10
11    ALSO PRESENT:
12         Michele Martinez
13         Andre Birotte, Jr.
14         Shayla Myers
15         Brooke Weitzman
16         Christina Miller
17         Heidi Marston
18         Carol Sobel
19         Matt Szabo, Deputy Chief of Staff, (by telephone)
20         Office of the Mayor
21         Kathryn Barger, Board of Supervisors (by telephone)
22         Gary Lee Moore, City Engineer (by telephone)
23
24
25
                                              Page  3
```

```
1                    I N D E X

2

3    WITNESS(ES):                    DX    CX    RDX   RCX

4

5                      (None taken.)

6

7                    E X H I B I T S

8    NO.            DESCRIPTION                    PAGE

9    Exhibit 1     Letter, K. Barger              12

10

11                   (Exhibits retained.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

```
 1                  P R O C E E D I N G S
 2              THE COURT:  We've had a series of --
 3      first of all, good evening.  Thank you for your
 4      patience.  Can all of you hear me?  Thumbs up.  All
 5      right.  We've had a series of conversations with Mayor
 6      Garcetti, and the chair of the Board of Supervisors,
 7      Kathryn Barger.  And we're going to, first, say to all
 8      of you that all of us are moving along in a positive
 9      way.  That it's obvious because of this late news that
10      everyone is in agreement.  It's whether this site is
11      suitable or not.  And so, I'm going to hold court again
12      next Thursday, instead of next Tuesday.  That will give
13      time for all of the parties to look at the respective
14      site, at 16th and Maple.  I believe that the
15      environmental person is on the line.  And also, any
16      other site that might be suitable.  And there's been
17      discussions everywhere from Joe's to 16th and Maple,
18      outside your presence, and both the mayor and I strongly
19      feel that we're not in the position to dictate a
20      specific site.  That the parties are best able to do
21      that, with some time constraints on all of us.  So, it's
22      a very positive conversation.
23              Also, Supervisor Barger, who I'm going to
24      put on the line in a moment, once again has stepped
25      forward.  And I want to say to you that from this late
```

Veritext Legal Solutions
866 299-5127

```
 1    news I think there's been some extraordinarily good
 2    developments that have occurred.  I think that that
 3    working relationship is being demonstrated strongly, for
 4    a moment.  So, Matt, I don't want to misstate.  You're
 5    the chief of staff.  I know that my conversation was one
 6    on one with the mayor, which is why I was a little bit
 7    late.  But, do you have anything that you would like to
 8    add, Matt?  I hope I made that representation correctly.
 9    If not, I want you to correct me.
10              MR. SZABO:  Yeah.  No, thanks, Judge.
11    I'm a deputy chief of staff to Mayor Garcetti.  And the
12    only thing I would add, I would just echo to the rest of
13    the folks on the call and in the courtroom, the mayor's
14    commitment to finding a solution.  And as you said, if
15    this particular site doesn't work out we are actively
16    looking at other sites.  And our hope is by the time of
17    the next hearing on Thursday we'll have a --
18              THE COURT:  Matt, I'm sorry.  I've got
19    Supervisor Barger on the phone.
20              MR. SZABO:  No, go ahead.
21              THE COURT:  So, pardon my discussion.
22              MR. SZABO:  Go ahead.  No, Your Honor, go
23    ahead and take it.
24              THE COURT:  No, I want to finish with
25    your statement.  She's been very kind to join us this
```

Veritext Legal Solutions
866 299-5127

1    evening.

2                    MR. SZABO:  Sure.  No, and my statement

3    was just that we're completely -- we're willing and --

4    to look at any other site, or this site.  Hopefully by

5    next Thursday we'll have some information upon which we

6    can make that decision.  But we're committed to finding

7    the solution, either at 16th and Maple or another site

8    nearby.

9                    THE COURT:  The mayor was kind enough to

10   offer literally pulling resources from the city.  But

11   our view was that this needed some time with the parties

12   also.  And our thought was to try to keep moving

13   forward, but with trigger dates.  Dates that all of us

14   are looking at.  And we thought that the next best date

15   was a little bit extra time, next Thursday, because

16   there's an awful lot happening, obviously, right now,

17   some of it tragic.  Supervisor Barger also has entered

18   into this conversation.  First of all, good evening.

19                    SUPERVISOR BARGER:  Good evening.

20                    THE COURT:  I want to let you make the

21   statement that you'd like to.  And you've been very

22   gracious to join us this evening.  But, I think it's

23   reflective of the working relationship between you and

24   the mayor's office.  And I think that this is a good

25   opportunity to turn this lectern or conversation over to

                                                    Page  7

```
 1    you for just a moment.
 2                    SUPERVISOR BARGER:  Well, so, what -- I'm
 3    sorry.  I kind of coming into it.  So, what is the issue
 4    with 16th and Maple?  Because I drove by today, and
 5    clearly there are already people living there.  So, I'm
 6    trying to figure out what is the issue with that piece
 7    of property?
 8                    THE COURT:  Andre, why don't you -- yeah.
 9                    MR. BIROTTE:  Well, I -- what --
10                    THE COURT:  Move -- come up some.
11                    MR. BIROTTE:  -- I've heard -- so,
12    Kathryn, what I've heard is that there may be issues --
13    or, there may be environmental issues that need to be
14    explored on the property.  I don't know the extent of
15    it.  It's just that there may be environmental issues.
16    Apparently, there was a letter that was sent, I think,
17    on April the 10th.  But, you know, some -- because
18    everyone is on reduction in force, the powers that be
19    may not have gotten this information until earlier this
20    week.
21                    THE COURT:  Yesterday.
22                    MR. BIROTTE:  Or yesterday.  And so,
23    there may be issues.  Again, that hasn't been explored.
24    And so -- but the mayor has indicated that they're going
25    to look at some other -- potentially other sites as
```

Veritext Legal Solutions
866 299-5127

1    well.

2              THE COURT:  And that -- in our

3    conversation, both the mayor and I thought that it was

4    presumptive and not well thought out to dictate that

5    specific location.  By the same token, we both

6    recognized that there need to be trigger dates.  And we

7    needed more time for the parties to not only explore

8    that, but he's offered a pretty quick timeline in terms

9    of the department turning around the environmental

10   study.  And Marcus, you're aware of that?

11             MR. MARCUS:  Aware of which part?

12             THE COURT:  That we're going to turn this

13   around quickly.

14             MR. MARCUS:  Yes, sir.  And that's why I

15   have my issue hearing people --

16             SUPERVISOR BARGER:  Well, I believe the

17   mayor knows that we have some working -- we have a good

18   working relationship.  And we're on the same page.  And,

19   you know, whatever it takes, I -- you know, we want to

20   work with you, Your Honor, to make this happen.  So, I

21   -- you know, I -- we're ready, willing and able.

22             THE COURT:  Okay.  There's also a further

23   discussion about servicing these areas.  And there's

24   been a letter submitted to the Court.  And the positive

25   thing about this is not only the servicing set forth in

                                            Page 9

```
1    this letter, which I'll make a part of the record, but

2    also a continuing commitment on the supervisors and

3    mayor's part for the remaining safe space parking areas.

4    Now, if I have misstated that, Supervisor, please

5    correct me.  But that's a boon to all of us, so that any

6    cross-jurisdictional issues are getting resolved

7    quickly.

8                   SUPERVISOR BARGER:  No, that is correct.

9    And what I've said, and I'll say it again, is this is

10   the same commitment we have with the other 87 cities.

11   So, you know, we remain committed, as it relates to

12   Measure H, and how it was sold to the voters.  Like how

13   we're going to use that funding.  And LA City is going

14   to be treated no different than any of the other 87

15   cities.  And we remain committed to working -- and I

16   would argue, and I -- and the mayor can agree or

17   disagree, but I believe we have a strong working

18   relationship, where we can move that forward as it

19   relates to how we expend those dollars.

20                   THE COURT:  I want to thank you.  I know

21   that you personally drove down there today, and just --

22   you can state whatever you want to.  But, how did you

23   find the conditions down there?

24                   SUPERVISOR BARGER:  Deplorable.  And

25   actually, I -- when I was talking to you, Judge, I
```

Page 10

```
 1    thought there was a dead dog.  But it turns out the dog
 2    was not dead.  Which really made me happy, because I was
 3    going to get out of my car.  But I have to say, I was
 4    actually shocked.  And, people living there now are
 5    living in a community on that site.  And it clearly is a
 6    community, because I drove around about four times.  And
 7    it took my breath away, to the point of where I actually
 8    didn't want you to go down there, Your Honor, because I
 9    didn't feel it was safe for you to go down there, for
10    both the Coronavirus and also overall safety.  I was
11    shocked, because it goes beyond just that site.  The
12    blocks around it are filled with people living on
13    sidewalks.  Yeah.  So, there's no question that we've
14    got a lot of work to do.  But -- and the mayor -- Mayor
15    Garcetti knows this.
16                   THE COURT:  Yeah.
17                   SUPERVISOR BARGER:  We're in this
18    together.  And I've talked to my colleagues, both
19    Ridley-Thomas and Solis, and we're going to work toward
20    that end.
21                   THE COURT:  I want to thank you very,
22    very much for joining us this evening.  It's a
23    commitment that's really exemplary.  And we'll make this
24    letter, with your permission, a part of the court
25    docket.
```

Page 11

1                    (Exhibit 1 was marked for identification

2                    and received into evidence.)

3                    THE COURT:  But also, the continuing

4     commitment for the rest of the safe parking, which is

5     going to sort out a lot of jurisdictional issues that I

6     think that are fast going by the wayside.  So, I

7     appreciate it.  And I want to convey my thanks to the

8     mayor.  I know he's -- well, we just go off the phone.

9     He's somewhat engaged right now.

10                   SUPERVISOR BARGER:  Okay.

11                   THE COURT:  So, we'll talk to you soon.

12    Thank you.

13                   SUPERVISOR BARGER:  Okay.  Thank you.

14    Everybody stay safe.

15                   THE COURT:  And we -- sure will.  You

16    know, we've got some trigger dates, though.  Okay.

17                   SUPERVISOR BARGER:  Yeah.  No, he gave me

18    the trigger dates, what I understand.  This is -- goes

19    so far beyond just that one site.  This is going to be a

20    template that's going to be used throughout the county.

21                   THE COURT:  Yeah.

22                   SUPERVISOR BARGER:  So, I want to get it

23    right.

24                   THE COURT:  Excellent.  We'll talk to you

25    soon.

                                                   Page 12

```
 1                    SUPERVISOR BARGER:  Okay.

 2                    THE COURT:  Okay.

 3                    SUPERVISOR BARGER:  All right.  Thank

 4   you.

 5                    THE COURT:  Goodnight.  Goodnight.

 6                    SUPERVISOR BARGER:  All right.  Bye.

 7                    THE COURT:  Okay.  Without -- Matt, do

 8   you have anything further you heard in the supervisor's

 9   statement?  You're well aware of this.  I know you're

10   committed also. But, both the mayor and I agree that

11   there are certain trigger dates.  And one of those would

12   be next Thursday.  I'll be back in session again.  I

13   would expect and am going to order the parties to meet

14   and confer during the week.  You know, be available,

15   even by Zoom.  But I do expect that we're going to move

16   forward on this.  And the thing that the mayor and I

17   both agreed on this evening is we didn't want to dictate

18   the 16th and Maple Street as the primary area, in case

19   we were just wrong.

20                    By the same token, we both expressed and

21   we know there's some concern about if the parties reach

22   an agreement between recreational cars and vans, the

23   Court is going to accept that.  We thought we had that

24   agreement before this last moment environmental issue

25   came up.
```

Page 13

```
 1                These issues, Matt, concerning these
 2    popup pallets is what's holding up an even broader
 3    resolution than I thought.  In fact, I didn't expect
 4    that to come on the table.  That's a discussion that I'd
 5    like to have take place, because I know that we've got
 6    an agreement now concerning recreation, cars, vans,
 7    which is a huge commitment on everybody's part.  And
 8    that will significantly increase safety, especially
 9    since so many women and children are living in those
10    cars.
11                Also, Carol, I would say to you this
12    evening that a large part of our homeless population is
13    already living along the 10 Freeway.  And I'm very
14    concerned about that.  So, I don't know what the
15    environmental concern is, except if they're not supposed
16    to be there then we need to get to a more healthy
17    location.  And I don't know if that's Joe's or another
18    site.  But I'm going to reach back to each of you during
19    the week, the county, the city, and use avenues to find
20    that site.  Judge Smith, do you have anything you want
21    to add?
22                MS. MARTINEZ:  Are they on mute?
23                THE COURT:  Jim?
24                UNIDENTIFIED MALE:  He can unmute
25    himself.
```

Veritext Legal Solutions
866 299-5127

```
 1                    MS. MARTINEZ:  Okay.  Jim, can you unmute
 2      yourself?  You have to press the bar key.
 3                    THE COURT:  Judge Smith?
 4                    UNIDENTIFIED SPEAKER:  Yeah.  I told him
 5      he can unmute it.
 6                    MS. MARTINEZ:  Yeah, you just unmute him.
 7      That's -- yeah, because they don't know how to hold
 8      that.
 9                    THE COURT:  Yeah.  Judge Smith, now you
10      can --
11                    UNIDENTIFIED SPEAKER:  Now, you can --
12      come again.
13                    THE COURT:  Judge Smith, anything?
14                    JUDGE SMITH:  No, no.
15                    THE COURT:  Okay.  Matt?
16                    MR. SZABO:  Yes.  No, that sounds fine.
17      I mean, we're willing to have those conversations.  And
18      particularly, we're willing to have the conversations
19      about the appropriateness of other kinds of
20      interventions, which, as you know, Your Honor, we're
21      actively pursuing, given the situation in the Skid Row
22      and surrounding area.
23                    THE COURT:  Now, you understand, though,
24      the need for trigger dates, from the Court's
25      perspective.  Action dates.
```

```
1                    MR. SZABO:  Yes.

2                    THE COURT:  Okay.  Fair enough.  Carol.

3                    MS. SOBEL:  Yes, Your Honor.

4                    THE COURT:  Anything you'd like to add?

5                    MS. SOBEL:  I think I'll reserve my

6      comments at this time.

7                    THE COURT:  Okay.  See how it turns out.

8      And I want to thank you.  You've apparently from the

9      environmental department.

10                   MR. SZABO:  We have Gary Lee Moore on the

11     line, sir.  He's our city engineer.

12                   THE COURT:  I'm not going to inquire any

13     further this evening, after a conversation with the

14     Board, et cetera.  But obviously, eventually I'm very

15     interested in what kind of environmental concern this is

16     and why the site would be suitable or not.  And you

17     understand the trigger dates that we're all operating

18     under, because this could lead to a whole series of

19     future settlements that not only reflect this particular

20     council district but across the entire city.  Do you

21     understand that?

22                   MR. MOORE:  Yes, sir.

23                   THE COURT:  All right.  Mark -- yeah.

24                   MR. BIROTTE:  Just real quick, this is

25     Andre Birotte.  I just -- two things that just jumped to
```

Page 16

```
 1    mind.  I know, Matt, you said that you were looking at,
 2    if necessary, other sites.  I don't know this to be the
 3    case or not, but, like, would that include sites such
 4    as, you know, the MTA or LAUSD, if they have any
 5    properties?  What's the scope or what -- yeah, what's
 6    the scope of properties that the city could look into,
 7    number one.
 8                   And then, number two, the question that I
 9    have with respect to the 16th and Maple site, I think
10    Supervisor Barger and, I think, Judge Carter you had
11    mentioned earlier, you -- there are people that are
12    living there now.  If there are environmental concerns,
13    does that mean we need to get those folks out of there
14    now or not?  These are just questions that I have, just
15    that you all -- I'd just ask you to think about, as you
16    go into next week.
17                   THE COURT:  Along with all those trailers
18    along 16th as well, if there are environmental concerns.
19    So, we don't know the extent of --
20                   MS. SOBEL:  Your Honor, could I add
21    something?
22                   THE COURT:  Yeah.  Sure, go ahead.
23                   MS. SOBEL:  Your Honor?
24                   THE COURT:  Please.
25                   MS. SOBEL:  Whoops.
```

Veritext Legal Solutions
866 299-5127

```
 1              UNIDENTIFIED SPEAKER:  I think we lost
 2     him.
 3              THE COURT:  Well, somebody help --
 4              MS. SOBEL:  We lost the judge.  No.
 5              MS. MARTINEZ:  Carol?
 6              THE COURT:  Carol?
 7              MS. SOBEL:  Ron Galpin [ph] -- this is
 8     Carol.  So, Ron Galpin [ph] has a map, an interactive
 9     map, in something called fort properties or property
10     fort or something like that, that list every available
11     vacant public property owned by Metro, LAUSD, the city,
12     the --
13              THE COURT:  Okay.  And here's my greatest
14     fear.  That this gets to scattered with the next piece
15     of property that no decision is made.  And so, if we're
16     going to bring something to the Court, hopefully it will
17     be environmentally approved.  Okay.
18              MS. MARTINEZ:  Suitable, big enough.
19              THE COURT:  Yeah.  Suitable, big enough.
20     And hopefully you'll start resolving -- if you can't
21     reach an agreement concerning the popup or the pallets,
22     at least we had an agreement before this issue came up
23     concerning the recreational vehicles, cars and vans.
24     That would have been a big agreement.  It would have set
25     a tone throughout the rest of the council districts.  It
```

                                                    Page 18

```
1   would be extraordinarily helpful to this city.  So,

2   that's how important this is.  So, next Thursday --

3   without filling in the blanks, okay.  Okay.  Jim, thank

4   you very much.  Carol, goodnight.  Matt, it was a

5   pleasure to meet you, even by phone.  And --

6               MR. SZABO:  Very good.  Thank you.

7               THE COURT:  Yeah, Matt, thank you very

8   much for -- on behalf on the environmental services.  We

9   expect you'll be working until 3:00 this morning, on our

10  study.  All right.  Okay.

11              MS. MARTINEZ:  Thank you, guys.

12              THE COURT:  All right.  Let's get you out

13  of here, then.  We'll send you home.  I'm going to

14  reconvene next Thursday, though, at 10:00.  I think

15  that, Dr. Braveman [ph], hopefully will voluntarily be

16  available.

17              UNIDENTIFIED SPEAKER:  The what?

18              THE COURT:  Out of the VA.

19              UNIDENTIFIED SPEAKER:  Dr. Braveman.

20              MR. YOUNG:  Oh, losses --

21              THE COURT:  Voluntarily, you think?  I'd

22  prefer that.

23              MR. YOUNG:  Yeah.

24              THE COURT:  We could even put him up on

25  Zoom.
```

Page 19

```
 1                    MR. YOUNG:  Yes.

 2                    THE COURT:  Okay.  Just a few questions.

 3                    MR. YOUNG:  Yeah.

 4                    THE COURT:  And, he wanted to know the

 5      question, first of all, how are we going to get more

 6      veterans over to that space.  They have an incredibly --

 7                    MR. YOUNG:  Yeah.

 8                    THE COURT:  -- large space at the VA.

 9      And number two, when we get the veterans over to that

10      space -- literally, if I have to send all my student

11      council out with a bullhorn into the Skid Row -- I'm

12      just kidding you, but I'm not -- what are we going to do

13      with them after we get them there?  Are we just going to

14      put them back on the street?  The mayor is concerned

15      about that.  The Board of Supervisors is concerned about

16      what this -- what's our long-range plan, so we're just

17      not taking our problem and transferring it right back

18      after this crisis hopefully ends.  I am going to ask him

19      if he's interested in -- what his vision is.  What is he

20      going to put up.  That's a huge piece of property over

21      there, with a lot of room.  There's a lot of veterans

22      out there.  So, it would be a general conversation, but

23      I really want to hear his vision.  Now, Marcus, do you

24      have anything further?

25                    MR. MARCUS:  No.
```

Page 20

```
 1                    THE COURT:  Okay.  Anything further?
 2     Sure?  Brooke?  Shayla?
 3                    MS. MYERS:  No, Your Honor.
 4                    THE COURT:  Elizabeth?  Matt?
 5                    MR. SZABO:  No, Your Honor.
 6                    MR. YOUNG:  Your Honor, Brandon Young
 7     from the county.  I just want to add that we also plan
 8     to bring -- we also plan to bring Steve Peck over, as
 9     well, to discuss the veterans' issues, if the Court
10     would like.
11                    THE COURT:  Okay.
12                    MR. BIROTTE:  Say his name, Brandon.
13                    THE COURT:  The acoustics.
14                    MR. BIROTTE:  He's going to bring Steve
15     Peck.  He wants to bring --
16                    MR. YOUNG:  As well.
17                    THE COURT:  Oh, yeah.
18                    MR. YOUNG:  To have a more robust
19     conversation.
20                    THE COURT:  Will Steve join us on the
21     Zoom, at least?
22                    MS. MARTINEZ:  You can ask.
23                    MR. YOUNG:  Yeah, either Zoom or in
24     person.
25                    THE COURT:  Yeah.
```

Page 21

```
 1                         MR. YOUNG:  Yes.

 2                         THE COURT:  I'd like to -- I talked to

 3      him as recently as today.

 4                         MR. YOUNG:  Yeah.  Yeah.

 5                         MR. UMHOFER:  Your Honor, could we make

 6      one request?  And that is that as the city begins to

 7      identify properties, that those properties -- potential

 8      properties are shared among the parties.  So that we

 9      could all participate in the vetting process.

10                         THE COURT:  Yeah.  Is that reasonable?

11      We would like to see these properties -- the problem is

12      if this is an environmental impact report, or something

13      -- I don't want to go through this again.  I don't want

14      to have an agreement literally on the table, and have it

15      brought back.  I don't know how hazardous this is, but I

16      choose not to question the young man this evening.  I

17      choose to wait one week.  But, that tone is going to

18      change.  Okay.

19                         MR. UMHOFER:  So, is that --

20                         THE COURT:  So --

21                         MR. UMHOFER:  Can we have a dialogue

22      going between now and Thursday about the sites that are

23      being identified?  Just so we're not starting at ground

24      zero on Thursday.

25                         MS. MILLER:  Sure, I guess.  What kind of
```

Page 22

```
 1    information would be --
 2                    SUPERVISOR BARGER:  Well, obviously, I
 3    mean, as sites begin to ripen into possible sites --
 4                    THE COURT:  In other words, they don't
 5    want it dropped on them Wednesday night.
 6                    MR. MARCUS:  Right.
 7                    THE COURT:  And they're scrambling to
 8    catch up.
 9                    MR. MARCUS:  Right.
10                    MR. UMHOFER:  And it -- we'll work on
11    sites too, if we can -- right.  So, we'll share
12    everything as well.
13                    MS. MILLER:  Okay.  Great.
14                    THE COURT:  Oh, all right.  Do this.  If
15    any of you have complaints, since I've got that ability
16    to export, call me.
17                    MR. UMHOFER:  Okay.
18                    THE COURT:  Simple as that.
19                    MR. UMHOFER:  Thank you.
20                    THE COURT:  Otherwise, I won't interfere,
21    because it's your time.  If there's a complaint, call
22    me.  And the Court will step in.
23                    MR. UMHOFER:  Yes, sir.
24                    MS. MILLER:  Thank you.
25                    THE COURT:  Okay.  Then, is there
```

Page 23

```
 1    anything further here?
 2                  UNIDENTIFIED SPEAKER:  No.
 3                  UNIDENTIFIED SPEAKER:  No.
 4                  UNIDENTIFIED SPEAKER:  Thank you.
 5                  UNIDENTIFIED SPEAKER:  Thank you.
 6                  THE COURT:  All right.  Goodnight.
 7                  COURT REPORTER:  The time is 8:42 p.m.
 8    We are off the record.
 9                  (Whereupon, at 8:42 P.M., the proceeding
10                  was concluded.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 24

```
 1              CERTIFICATE OF NOTARY PUBLIC

 2           I, AUSTIN CHE, the officer before whom the

 3   foregoing proceedings were taken, do hereby certify that

 4   any witness(es) in the foregoing proceedings, prior to

 5   testifying, were duly sworn; that the proceedings were

 6   recorded by me and thereafter reduced to typewriting by

 7   a qualified transcriptionist; that said digital audio

 8   recording of said proceedings are a true and accurate

 9   record to the best of my knowledge, skills, and ability;

10   that I am neither counsel for, related to, nor employed

11   by any of the parties to the action in which this was

12   taken; and, further, that I am not a relative or

13   employee of any counsel or attorney employed by the

14   parties hereto, nor financially or otherwise interested

15   in the outcome of this action.

16

17

18

19

20

21           AUSTIN CHE

22           Notary Public in and for the

23           State of California

24

25

                                                 Page 25
```

```
 1                CERTIFICATE OF TRANSCRIBER
 2           I, JANE W. GILLIAM, do hereby certify that
 3     this transcript was prepared from the digital audio
 4     recording of the foregoing proceeding, that said
 5     transcript is a true and accurate record of the
 6     proceedings to the best of my knowledge, skills, and
 7     ability; that I am neither counsel for, related to, nor
 8     employed by any of the parties to the action in which
 9     this was taken; and, further, that I am not a relative
10     or employee of any counsel or attorney employed by the
11     parties hereto, nor financially or otherwise interested
12     in the outcome of this action.
13
14
15
16
17
18
19
20
21
22               JANE W. GILLIAM
23
24
25
                                              Page 26
```

[& - central]

| & | | |
|---|---|---|
| **&**   2:4,11 3:4 | | |

| **0** | | |
|---|---|---|
| **02291**   1:7 | | |

| **1** | | |
|---|---|---|
| **1**   4:9 12:1 | | |
| **10**   14:13 | | |
| **10:00**   19:14 | | |
| **10th**   8:17 | | |
| **11355**   3:5 | | |
| **12**   4:9 | | |
| **14**   1:12 | | |
| **16th**   5:14,17 7:7 | | |
|   8:4 13:18 17:9,18 | | |
| **17500**   25:20 | | |
| **17929**   26:21 | | |

| **2** | | |
|---|---|---|
| **200**   2:5,12,21 | | |
| **2020**   1:12 | | |
| **205-6520**   2:8 | | |
| **213**   2:8,24 | | |
| **2:20**   1:7 | | |

| **3** | | |
|---|---|---|
| **310**   2:15 3:8 | | |
| **312-4181**   3:8 | | |
| **3:00**   19:9 | | |

| **4** | | |
|---|---|---|
| **4080633**   1:24 | | |

| **5** | | |
|---|---|---|
| **501**   1:16 | | |

| **6** | | |
|---|---|---|
| **617**   2:5,12 | | |

| **7** | | |
|---|---|---|
| **700**   2:21 | | |
| **7th**   2:5,12 | | |

| **8** | | |
|---|---|---|
| **826-4700**   2:15 | | |
| **87**   10:10,14 | | |
| **8:21**   1:13 | | |
| **8:42**   24:7,9 | | |

| **9** | | |
|---|---|---|
| **90013**   1:17 | | |
| **90017**   2:6,13 | | |
| **90064**   3:6 | | |
| **978-4681**   2:24 | | |

| **a** | | |
|---|---|---|
| **ability**   23:15 25:9 | | |
|   26:7 | | |
| **able**   5:20 9:21 | | |
| **accept**   13:23 | | |
| **accurate**   25:8 26:5 | | |
| **acoustics**   21:13 | | |
| **action**   15:25 25:11 | | |
|   25:15 26:8,12 | | |
| **actively**   6:15 | | |
|   15:21 | | |
| **add**   6:8,12 14:21 | | |
|   16:4 17:20 21:7 | | |
| **agree**   10:16 13:10 | | |
| **agreed**   13:17 | | |
| **agreement**   5:10 | | |
|   13:22,24 14:6 | | |
|   18:21,22,24 22:14 | | |
| **ahead**   6:20,22,23 | | |
|   17:22 | | |
| **al**   1:5,8 | | |
| **alexandria**   1:15 | | |
| **alliance**   1:4 | | |
| **andre**   3:13 8:8 | | |
|   16:25 | | |
| **angeles**   1:8,17 2:6 | | |
|   2:13,18,20,22 3:2 | | |
|   3:6 | | |
| **apparently**   8:16 | | |
|   16:8 | | |

| **appreciate**   12:7 |
|---|
| **appropriateness** |
|   15:19 |
| **approved**   18:17 |
| **april**   1:12 8:17 |
| **area**   13:18 15:22 |
| **areas**   9:23 10:3 |
| **argue**   10:16 |
| **attorney**   25:13 |
|   26:10 |
| **audio**   25:7 26:3 |
| **austin**   1:23 25:2 |
|   25:21 |
| **available**   13:14 |
|   18:10 19:16 |
| **avenues**   14:19 |
| **aware**   9:10,11 |
|   13:9 |
| **awful**   7:16 |

| **b** |
|---|
| **b**   4:7 |
| **back**   13:12 14:18 |
|   20:14,17 22:15 |
| **ballroom**   1:15 |
| **bar**   15:2 |
| **barger**   3:21 4:9 |
|   5:7,23 6:19 7:17 |
|   7:19 8:2 9:16 10:8 |
|   10:24 11:17 12:10 |
|   12:13,17,22 13:1,3 |
|   13:6 17:10 23:2 |
| **bdyoung**   3:7 |
| **begins**   22:6 |
| **behalf**   2:2,18 3:2 |
|   19:8 |
| **believe**   5:14 9:16 |
|   10:17 |
| **best**   5:20 7:14 25:9 |
|   26:6 |
| **beyond**   11:11 |
|   12:19 |

| **big**   18:18,19,24 |
|---|
| **birotte**   3:13 8:9,11 |
|   8:22 16:24,25 |
|   21:12,14 |
| **bit**   6:6 7:15 |
| **blanks**   19:3 |
| **blocks**   11:12 |
| **board**   3:21 5:6 |
|   16:14 20:15 |
| **boon**   10:5 |
| **boulevard**   3:5 |
| **brandon**   3:3 21:6 |
|   21:12 |
| **braveman**   19:15 |
|   19:19 |
| **breath**   11:7 |
| **bring**   18:16 21:8,8 |
|   21:14,15 |
| **broader**   14:2 |
| **brooke**   3:15 21:2 |
| **brought**   22:15 |
| **bullhorn**   20:11 |
| **bye**   13:6 |

| **c** |
|---|
| **c**   2:1 3:1 5:1 |
| **ca**   1:17 |
| **california**   1:2 2:6 |
|   2:13,22 3:6 25:23 |
| **call**   6:13 23:16,21 |
| **called**   18:9 |
| **car**   11:3 |
| **carol**   3:18 14:11 |
|   16:2 18:5,6,8 19:4 |
| **cars**   13:22 14:6,10 |
|   18:23 |
| **carter**   1:14 17:10 |
| **case**   1:6 13:18 |
|   17:3 |
| **catch**   23:8 |
| **central**   1:2 |

Page 1

[certain - eventually]

**certain** 13:11
**certificate** 25:1
   26:1
**certify** 25:3 26:2
**cetera** 16:14
**chair** 5:6
**change** 22:18
**che** 1:23 25:2,21
**chief** 3:19 6:5,11
**children** 14:9
**choose** 22:16,17
**christina** 3:16
**cities** 10:10,15
**city** 1:8 2:18,20
   3:22 7:10 10:13
   14:19 16:11,20
   17:6 18:11 19:1
   22:6
**clearly** 8:5 11:5
**colleagues** 11:18
**come** 8:10 14:4
   15:12
**coming** 8:3
**comments** 16:6
**commitment** 6:14
   10:2,10 11:23
   12:4 14:7
**committed** 7:6
   10:11,15 13:10
**community** 11:5,6
**complaint** 23:21
**complaints** 23:15
**completely** 7:3
**concern** 13:21
   14:15 16:15
**concerned** 14:14
   20:14,15
**concerning** 14:1,6
   18:21,23
**concerns** 17:12,18

**concluded** 24:10
**conditions** 10:23
**confer** 13:14
**constraints** 5:21
**continuing** 10:2
   12:3
**conversation** 5:22
   6:5 7:18,25 9:3
   16:13 20:22 21:19
**conversations** 5:5
   15:17,18
**convey** 12:7
**coronavirus** 11:10
**correct** 6:9 10:5,8
**correctly** 6:8
**council** 16:20
   18:25 20:11
**counsel** 25:10,13
   26:7,10
**county** 3:2 12:20
   14:19 21:7
**court** 1:1 5:2,11
   6:18,21,24 7:9,20
   8:8,10,21 9:2,12
   9:22,24 10:20
   11:16,21,24 12:3
   12:11,15,21,24
   13:2,5,7,23 14:23
   15:3,9,13,15,23
   16:2,4,7,12,23
   17:17,22,24 18:3,6
   18:13,16,19 19:7
   19:12,18,21,24
   20:2,4,8 21:1,4,9
   21:11,13,17,20,25
   22:2,10,20 23:4,7
   23:14,18,20,22,25
   24:6,7
**court's** 15:24
**courtroom** 6:13

**crisis** 20:18
**cross** 10:6
**cv** 1:7
**cx** 4:3

**d**

**d** 2:10 3:3 4:1 5:1
**date** 1:12 7:14
**dates** 7:13,13 9:6
   12:16,18 13:11
   15:24,25 16:17
**david** 1:14
**dead** 11:1,2
**decision** 7:6 18:15
**defendant** 1:9
   2:18 3:2
**demonstrated** 6:3
**department** 9:9
   16:9
**deplorable** 10:24
**deputy** 3:19 6:11
**description** 4:8
**developments** 6:2
**dialogue** 22:21
**dictate** 5:19 9:4
   13:17
**different** 10:14
**digital** 25:7 26:3
**disagree** 10:17
**discuss** 21:9
**discussion** 6:21
   9:23 14:4
**discussions** 5:17
**district** 1:1,2
   16:20
**districts** 18:25
**doc** 1:8
**docket** 11:25
**dog** 11:1,1
**dollars** 10:19
**dr** 19:15,19

**dropped** 23:5
**drove** 8:4 10:21
   11:6
**duly** 25:5
**dx** 4:3

**e**

**e** 2:1,1 3:1,1 4:1,7
   5:1,1
**earlier** 8:19 17:11
**echo** 6:12
**either** 7:7 21:23
**elizabeth** 2:3 21:4
**emitchell** 2:7
**employed** 25:10
   25:13 26:8,10
**employee** 25:13
   26:10
**ends** 20:18
**engaged** 12:9
**engineer** 3:22
   16:11
**entered** 7:17
**entire** 16:20
**environmental**
   5:15 8:13,15 9:9
   13:24 14:15 16:9
   16:15 17:12,18
   19:8 22:12
**environmentally**
   18:17
**es** 4:3 25:4
**especially** 14:8
**esquire** 2:3,10,19
   3:3
**et** 1:5,8 16:14
**evening** 5:3 7:1,18
   7:19,22 11:22
   13:17 14:12 16:13
   22:16
**eventually** 16:14

Veritext Legal Solutions
866 299-5127

[everybody - k]

| | | | |
|---|---|---|---|
| **everybody** 12:14 | **fort** 18:9,10 | **great** 23:13 | **identify** 22:7 |
| **everybody's** 14:7 | **forth** 9:25 | **greatest** 18:13 | **impact** 22:12 |
| **evidence** 12:2 | **forward** 5:25 7:13 | **ground** 22:23 | **important** 19:2 |
| **excellent** 12:24 | 10:18 13:16 | **guess** 22:25 | **include** 17:3 |
| **exemplary** 11:23 | **four** 11:6 | **guys** 19:11 | **increase** 14:8 |
| **exhibit** 4:9 12:1 | **freeway** 14:13 | | **incredibly** 20:6 |
| **exhibits** 4:11 | **funding** 10:13 | **h** | **indicated** 8:24 |
| **expect** 13:13,15 | **further** 9:22 13:8 | **h** 4:7 10:12 | **information** 7:5 |
| 14:3 19:9 | 16:13 20:24 21:1 | **happen** 9:20 | 8:19 23:1 |
| **expend** 10:19 | 24:1 25:12 26:9 | **happening** 7:16 | **inquire** 16:12 |
| **explore** 9:7 | **future** 16:19 | **happy** 11:2 | **interactive** 18:8 |
| **explored** 8:14,23 | | **hazardous** 22:15 | **interested** 16:15 |
| **export** 23:16 | **g** | **healthy** 14:16 | 20:19 25:14 26:11 |
| **expressed** 13:20 | **g** 5:1 | **hear** 5:4 20:23 | **interfere** 23:20 |
| **extent** 8:14 17:19 | **galpin** 18:7,8 | **heard** 8:11,12 13:8 | **interventions** |
| **extra** 7:15 | **garcetti** 5:6 6:11 | **hearing** 1:11 6:17 | 15:20 |
| **extraordinarily** | 11:15 | 9:15 | **issue** 8:3,6 9:15 |
| 6:1 19:1 | **gary** 3:22 16:10 | **heidi** 3:17 | 13:24 18:22 |
| | **general** 20:22 | **help** 18:3 | **issues** 8:12,13,15 |
| **f** | **getting** 10:6 | **helpful** 19:1 | 8:23 10:6 12:5 |
| **fact** 14:3 | **gilliam** 26:2,22 | **hereto** 25:14 26:11 | 14:1 21:9 |
| **fair** 16:2 | **give** 5:12 | **hold** 5:11 15:7 | |
| **far** 12:19 | **given** 15:21 | **holding** 14:2 | **j** |
| **fast** 12:6 | **go** 6:20,22,22 11:8 | **home** 19:13 | **jane** 26:2,22 |
| **fear** 18:14 | 11:9 12:8 17:16 | **homeless** 14:12 | **jim** 14:23 15:1 |
| **feel** 5:19 11:9 | 17:22 22:13 | **honor** 6:22 9:20 | 19:3 |
| **figure** 8:6 | **goes** 11:11 12:18 | 11:8 15:20 16:3 | **job** 1:24 |
| **filled** 11:12 | **going** 5:7,11,23 | 17:20,23 21:3,5,6 | **joe's** 5:17 14:17 |
| **filling** 19:3 | 8:24 9:12 10:13 | 22:5 | **join** 6:25 7:22 |
| **financially** 25:14 | 10:13 11:3,19 | **honorable** 1:14 | 21:20 |
| 26:11 | 12:5,6,19,20 13:13 | **hope** 6:8,16 | **joining** 11:22 |
| **find** 10:23 14:19 | 13:15,23 14:18 | **hopefully** 7:4 | **jr** 3:13 |
| **finding** 6:14 7:6 | 16:12 18:16 19:13 | 18:16,20 19:15 | **judge** 6:10 10:25 |
| **fine** 15:16 | 20:5,12,13,18,20 | 20:18 | 14:20 15:3,9,13,14 |
| **finish** 6:24 | 21:14 22:17,22 | **hotel** 1:15 | 17:10 18:4 |
| **first** 5:3,7 7:18 | **good** 5:3 6:1 7:18 | **huge** 14:7 20:20 | **jumped** 16:25 |
| 20:5 | 7:19,24 9:17 19:6 | **human** 1:4 | **jurisdictional** 10:6 |
| **folks** 6:13 17:13 | **goodnight** 13:5,5 | | 12:5 |
| **force** 8:18 | 19:4 24:6 | **i** | |
| **foregoing** 25:3,4 | **gotten** 8:19 | **identification** 12:1 | **k** |
| 26:4 | **gracious** 7:22 | **identified** 22:23 | **k** 4:9 |

[kathryn - part]

**kathryn**  3:21 5:7
  8:12
**keep**  7:12
**kes**  1:8
**key**  15:2
**kidding**  20:12
**kind**  6:25 7:9 8:3
  16:15 22:25
**kinds**  15:19
**know**  6:5 8:14,17
  9:19,19,21 10:11
  10:20 12:8,16
  13:9,14,21 14:5,14
  14:17 15:7,20
  17:1,2,4,19 20:4
  22:15
**knowledge**  25:9
  26:6
**knows**  9:17 11:15

**l**

**la**  1:4 10:13
**lacity.org**  2:23
**landes**  2:4,11
**large**  14:12 20:8
**late**  5:9,25 6:7
**lausd**  17:4 18:11
**lead**  16:18
**lectern**  7:25
**lee**  3:22 16:10
**letter**  4:9 8:16
  9:24 10:1 11:24
**line**  5:15,24 16:11
**list**  18:10
**literally**  7:10
  20:10 22:14
**little**  6:6 7:15
**living**  8:5 11:4,5
  11:12 14:9,13
  17:12
**llp**  2:4,11 3:4

**location**  1:15 9:5
  14:17
**long**  20:16
**look**  5:13 7:4 8:25
  17:6
**looking**  6:16 7:14
  17:1
**los**  1:8,17 2:6,13
  2:18,20,22 3:2,6
**losses**  19:20
**lost**  18:1,4
**lot**  7:16 11:14 12:5
  20:21,21

**m**

**main**  2:21
**male**  14:24
**man**  22:16
**manatt**  3:4
**manatt.com**  3:7
**map**  18:8,9
**maple**  5:14,17 7:7
  8:4 13:18 17:9
**marcus**  2:19 9:10
  9:11,14 20:23,25
  23:6,9
**mark**  16:23
**marked**  12:1
**marston**  3:17
**martinez**  3:12
  14:22 15:1,6 18:5
  18:18 19:11 21:22
**matt**  3:19 6:4,8,18
  13:7 14:1 15:15
  17:1 19:4,7 21:4
**matthew**  2:10,14
**mayor**  3:20 5:5,18
  6:6,11 7:9 8:24
  9:3,17 10:16
  11:14,14 12:8
  13:10,16 20:14

**mayor's**  6:13 7:24
  10:3
**mean**  15:17 17:13
  23:3
**measure**  10:12
**meet**  13:13 19:5
**mentioned**  17:11
**metro**  18:11
**michele**  3:12
**miller**  3:16 22:25
  23:13,24
**mind**  17:1
**misstate**  6:4
**misstated**  10:4
**mitchell**  2:3
**moment**  5:24 6:4
  8:1 13:24
**moore**  3:22 16:10
  16:22
**morning**  19:9
**move**  8:10 10:18
  13:15
**moving**  5:8 7:12
**mta**  17:4
**mute**  14:22
**myers**  3:14 21:3

**n**

**n**  2:1 3:1 4:1 5:1
**name**  21:12
**nearby**  7:8
**necessary**  17:2
**need**  8:13 9:6
  14:16 15:24 17:13
**needed**  7:11 9:7
**neither**  25:10 26:7
**news**  5:9 6:1
**night**  23:5
**north**  2:21
**notary**  1:23 25:1
  25:22

**number**  17:7,8
  20:9

**o**

**o**  1:14 5:1
**obvious**  5:9
**obviously**  7:16
  16:14 23:2
**occurred**  6:2
**offer**  7:10
**offered**  9:8
**office**  3:20 7:24
**officer**  25:2
**oh**  19:20 21:17
  23:14
**okay**  9:22 12:10
  12:13,16 13:1,2,7
  15:1,15 16:2,7
  18:13,17 19:3,3,10
  20:2 21:1,11
  22:18 23:13,17,25
**olympic**  3:5
**once**  5:24
**operating**  16:17
**opportunity**  7:25
**order**  13:13
**outcome**  25:15
  26:12
**outside**  5:18
**overall**  11:10
**owned**  18:11

**p**

**p**  2:1,1 3:1,1 5:1
**p.m.**  1:13 24:7,9
**page**  4:8 9:18
**pallets**  14:2 18:21
**pardon**  6:21
**parking**  10:3 12:4
**part**  9:11 10:1,3
  11:24 14:7,12

Page 4

**[participate - signature]**

| | | | |
|---|---|---|---|
| **participate**  22:9 | **presence**  5:18 | **ready**  9:21 | **retained**  4:11 |
| **particular**  6:15 | **present**  3:11 | **real**  16:24 | **ridley**  11:19 |
| 16:19 | **press**  15:2 | **really**  11:2,23 | **right**  5:5 7:16 12:9 |
| **particularly**  15:18 | **presumptive**  9:4 | 20:23 | 12:23 13:3,6 |
| **parties**  5:13,20 | **pretty**  9:8 | **reasonable**  22:10 | 16:23 19:10,12 |
| 7:11 9:7 13:13,21 | **primary**  13:18 | **received**  12:2 | 20:17 23:6,9,11,14 |
| 22:8 25:11,14 | **prior**  25:4 | **recognized**  9:6 | 24:6 |
| 26:8,11 | **problem**  20:17 | **reconvene**  19:14 | **rights**  1:4 |
| **patience**  5:4 | 22:11 | **record**  10:1 24:8 | **ripen**  23:3 |
| **peck**  21:8,15 | **proceeding**  24:9 | 25:9 26:5 | **robust**  21:18 |
| **people**  8:5 9:15 | 26:4 | **recorded**  25:6 | **ron**  18:7,8 |
| 11:4,12 17:11 | **proceedings**  25:3 | **recording**  25:8 | **room**  2:21 20:21 |
| **permission**  11:24 | 25:4,5,8 26:6 | 26:4 | **row**  15:21 20:11 |
| **person**  5:15 21:24 | **process**  22:9 | **recreation**  14:6 | |
| **personally**  10:21 | **properties**  17:5,6 | **recreational**  13:22 | **s** |
| **perspective**  15:25 | 18:9 22:7,7,8,11 | 18:23 | **s**  1:6,9 2:1,2 3:1 |
| **ph**  18:7,8 19:15 | **property**  8:7,14 | **reduced**  25:6 | 4:7 5:1 |
| **phelps**  3:4 | 18:9,11,15 20:20 | **reduction**  8:18 | **safe**  10:3 11:9 12:4 |
| **phillips**  3:4 | **public**  1:23 18:11 | **reflect**  16:19 | 12:14 |
| **phone**  6:19 12:8 | 25:1,22 | **reflective**  7:23 | **safety**  11:10 14:8 |
| 19:5 | **pulling**  7:10 | **related**  25:10 26:7 | **scattered**  18:14 |
| **piece**  8:6 18:14 | **pursuing**  15:21 | **relates**  10:11,19 | **scope**  17:5,6 |
| 20:20 | **put**  5:24 19:24 | **relationship**  6:3 | **scott**  2:19 |
| **place**  14:5 | 20:14,20 | 7:23 9:18 10:18 | **scott.marcus**  2:23 |
| **plaintiff**  1:6 2:2 | | **relative**  25:12 26:9 | **scrambling**  23:7 |
| **plan**  20:16 21:7,8 | **q** | **remain**  10:11,15 | **see**  16:7 22:11 |
| **please**  10:4 17:24 | **qualified**  25:7 | **remaining**  10:3 | **send**  19:13 20:10 |
| **pleasure**  19:5 | **question**  11:13 | **report**  22:12 | **sent**  8:16 |
| **point**  11:7 | 17:8 20:5 22:16 | **reported**  1:23 | **series**  5:2,5 16:18 |
| **population**  14:12 | **questions**  17:14 | **reporter**  24:7 | **services**  19:8 |
| **popup**  14:2 18:21 | 20:2 | **representation**  6:8 | **servicing**  9:23,25 |
| **position**  5:19 | **quick**  9:8 16:24 | **request**  22:6 | **session**  13:12 |
| **positive**  5:8,22 | **quickly**  9:13 10:7 | **reserve**  16:5 | **set**  9:25 18:24 |
| 9:24 | | **resolution**  14:3 | **settlements**  16:19 |
| **possible**  23:3 | **r** | **resolved**  10:6 | **share**  23:11 |
| **potential**  22:7 | **r**  2:1 3:1 5:1 | **resolving**  18:20 | **shared**  22:8 |
| **potentially**  8:25 | **range**  20:16 | **resources**  7:10 | **shayla**  3:14 21:2 |
| **powers**  8:18 | **rcx**  4:3 | **respect**  17:9 | **shocked**  11:4,11 |
| **prefer**  19:22 | **rdx**  4:3 | **respective**  5:13 | **sidewalks**  11:13 |
| **prepared**  26:3 | **reach**  13:21 14:18 | **rest**  6:12 12:4 | **signature**  25:20 |
| | 18:21 | 18:25 | 26:21 |

[significantly - use]

**significantly**  14:8
**simple**  23:18
**sir**  9:14 16:11,22
  23:23
**site**  5:10,14,16,20
  6:15 7:4,4,7 11:5
  11:11 12:19 14:18
  14:20 16:16 17:9
**sites**  6:16 8:25
  17:2,3 22:22 23:3
  23:3,11
**situation**  15:21
**skid**  15:21 20:11
**skills**  25:9 26:6
**smith**  14:20 15:3,9
  15:13,14
**sobel**  3:18 16:3,5
  17:20,23,25 18:4,7
**sold**  10:12
**solis**  11:19
**solution**  6:14 7:7
**somebody**  18:3
**somewhat**  12:9
**soon**  12:11,25
**sorry**  6:18 8:3
**sort**  12:5
**sounds**  15:16
**south**  1:16
**space**  10:3 20:6,8
  20:10
**speaker**  15:4,11
  18:1 19:17,19
  24:2,3,4,5
**specific**  5:20 9:5
**spertus**  2:4,11
**spertuslaw.com**
  2:7,14
**spring**  1:16
**staff**  3:19 6:5,11
**start**  18:20

**starting**  22:23
**state**  10:22 25:23
**statement**  6:25 7:2
  7:21 13:9
**states**  1:1
**stay**  12:14
**step**  23:22
**stepped**  5:24
**steve**  21:8,14,20
**street**  1:16 2:5,12
  2:21 13:18 20:14
**strong**  10:17
**strongly**  5:18 6:3
**student**  20:10
**study**  9:10 19:10
**submitted**  9:24
**suitable**  5:11,16
  16:16 18:18,19
**suite**  2:5,12
**supervisor**  5:23
  6:19 7:17,19 8:2
  9:16 10:4,8,24
  11:17 12:10,13,17
  12:22 13:1,3,6
  17:10 23:2
**supervisor's**  13:8
**supervisors**  3:21
  5:6 10:2 20:15
**supposed**  14:15
**sure**  7:2 12:15
  17:22 21:2 22:25
**surrounding**
  15:22
**sworn**  25:5
**szabo**  3:19 6:10,20
  6:22 7:2 15:16
  16:1,10 19:6 21:5

**t**

**t**  4:7
**table**  14:4 22:14

**take**  6:23 14:5
**taken**  4:5 25:3,12
  26:9
**takes**  9:19
**talk**  12:11,24
**talked**  11:18 22:2
**talking**  10:25
**telephone**  3:19,21
  3:22
**template**  12:20
**terms**  9:8
**testifying**  25:5
**thank**  5:3 10:20
  11:21 12:12,13
  13:3 16:8 19:3,6,7
  19:11 23:19,24
  24:4,5
**thanks**  6:10 12:7
**thing**  6:12 9:25
  13:16
**things**  16:25
**think**  6:1,2 7:22
  7:24 8:16 12:6
  16:5 17:9,10,15
  18:1 19:14,21
**thomas**  11:19
**thought**  7:12,14
  9:3,4 11:1 13:23
  14:3
**thumbs**  5:4
**thursday**  5:12
  6:17 7:5,15 13:12
  19:2,14 22:22,24
**time**  1:13 5:13,21
  6:16 7:11,15 9:7
  16:6 23:21 24:7
**timeline**  9:8
**times**  11:6
**today**  8:4 10:21
  22:3

**token**  9:5 13:20
**told**  15:4
**tone**  18:25 22:17
**tragic**  7:17
**trailers**  17:17
**transcriber**  26:1
**transcript**  26:3,5
**transcriptionist**
  25:7
**transferring**  20:17
**treated**  10:14
**trigger**  7:13 9:6
  12:16,18 13:11
  15:24 16:17
**true**  25:8 26:5
**try**  7:12
**trying**  8:6
**tuesday**  1:12 5:12
**turn**  7:25 9:12
**turning**  9:9
**turns**  11:1 16:7
**two**  16:25 17:8
  20:9
**typewriting**  25:6

**u**

**umhofer**  2:4,10,11
  22:5,19,21 23:10
  23:17,19,23
**understand**  12:18
  15:23 16:17,21
**unidentified**  14:24
  15:4,11 18:1
  19:17,19 24:2,3,4
  24:5
**united**  1:1
**unmute**  14:24
  15:1,5,6
**use**  10:13 14:19

Veritext Legal Solutions
866 299-5127

[v - zoom]

**v**

**v** 1:7
**va** 19:18 20:8
**vacant** 18:11
**vans** 13:22 14:6
18:23
**vehicles** 18:23
**veterans** 20:6,9,21
21:9
**vetting** 22:9
**view** 7:11
**vision** 20:19,23
**voluntarily** 19:15
19:21
**voters** 10:12

**w**

**w** 26:2,22
**wait** 22:17
**want** 5:25 6:4,9,24
7:20 9:19 10:20
10:22 11:8,21
12:7,22 13:17
14:20 16:8 20:23
21:7 22:13,13
23:5
**wanted** 20:4
**wants** 21:15
**way** 5:9
**wayside** 12:6
**we've** 5:2,5 11:13
12:16 14:5
**wednesday** 23:5
**week** 8:20 13:14
14:19 17:16 22:17
**weitzman** 3:15
**west** 2:5,12 3:5
**whoops** 17:25
**willing** 7:3 9:21
15:17,18

**witness** 4:3 25:4
**women** 14:9
**words** 23:4
**work** 6:15 9:20
11:14,19 23:10
**working** 6:3 7:23
9:17,18 10:15,17
19:9
**wrong** 13:19

**x**

**x** 4:1,7

**y**

**yeah** 6:10 8:8
11:13,16 12:17,21
15:4,6,7,9 16:23
17:5,22 18:19
19:7,23 20:3,7
21:17,23,25 22:4,4
22:10
**yesterday** 8:21,22
**young** 3:3 19:20
19:23 20:1,3,7
21:6,6,16,18,23
22:1,4,16

**z**

**zero** 22:24
**zoom** 13:15 19:25
21:21,23

Veritext Legal Solutions
866 299-5127