1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3    _____

4    LA ALLIANCE FOR HUMAN RIGHTS,

5    et al.,

6            Plaintiffs,

7        v.                              Case No.

8    CITY OF LOS ANGELES, et al.,        2:20CV02291

9            Defendants.

10   _____

11                    HEARING

12   DATE:        Thursday, April 23, 2020

13   TIME:        10:03 a.m.

14   BEFORE:      Honorable David O. Carter

15   LOCATION:    Alexandria Hotel Ballroom

16                501 South Spring Street

17                Los Angeles, CA 90013

18   REPORTED BY: Austin Che, Notary Public

19   JOB No.:     4083654

20

21

22

23

24

25

                                              Page 1

```
1                    A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFFS:

3         ELIZABETH MITCHELL, ESQUIRE

4         Spertus Landes & Umhofer, LLP

5         617 West 7th Street, Suite 200

6         Los Angeles, CA 90017

7         emitchell@spertuslaw.com

8         (213) 205-6520

9

10   ON BEHALF OF COUNTY OF LOS ANGELES:

11        BRANDON D. YOUNG, ESQUIRE

12        Manatt, Phelps & Phillips, LLP

13        11355 West Olympic Boulevard

14        Los Angeles, CA 90064

15        bdyoung@manatt.com

16        (310) 312-4181

17

18   ON BEHALF OF CITY OF LOS ANGELES:

19        SCOTT MARCUS, ESQUIRE

20        City of Los Angeles

21        200 North Main Street, Room 700

22        Los Angeles, CA 90012

23        scott.marcus@lacity.org

24        (213) 978-4681

25
```

Page 2

```
 1              A P P E A R A N C E S (Cont'd.)
 2    ON BEHALF OF ORANGE COUNTY CATHOLIC WORKER:
 3          BROOKE WEITZMAN, ESQUIRE
 4          Elder Law and Disability Rights Center
 5          1535 East 17th Street
 6          Santa Ana, CA 92705
 7
 8    ALSO PRESENT:
 9          Isaac Shumot
10          Kevin Chun (Lawndale)
11          Tiffany J. Israel (Lawndale)
12          Robert Pullen-Miles (Lawndale)
13          Nathan Solis
14          Steven E. Braverman
15          Jonathan Sherin
16          Michele Martinez
17          Honorable Andre Birotte, Jr.
18          Shayla Myers, Cangress and LA Catholic Worker
19          Christina Miller, City of Los Angeles
20          Heidi Marston
21          Matt Umhofer
22          Carol Sobel (By telephone)
23          Matt Szabo
24          Kathryn Barger
25          Benjamin Oreskes, Los Angeles Times
```

Veritext Legal Solutions
866 299-5127

```
 1               A P P E A R A N C E S (Cont'd.)
 2     ALSO PRESENT:
 3          Skip Miller (County)
 4          Gary S. Kranker (Whittier)
 5          Fernando Dutra (Whittier)
 6          Honorable James Smith (By telephone)
 7          Joe Buscaino
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1                        I N D E X
2    WITNESS:                      DX   CX   RDX  RCX
3               (None called.)
4
5                    E X H I B I T S
6    NO.          DESCRIPTION                    PAGE
7
8               (None marked.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                        Page  5
```

```
 1                    P R O C E E D I N G S
 2               THE COURT:  We're going to go into
 3    session because it's 10:00.  I'm not going to have you
 4    identify yourselves at the present time because we have
 5    so much business to conduct.  But the first official
 6    business of order for this court is to now appoint
 7    Michele Martinez as a special master to The Court.
 8    Judge Jim Smith -- are you on the line, Jim?
 9               JUDGE SMITH:  I am.
10               THE COURT:  Okay.  Judge Jim Smith has
11    been the special master.  Behind the scenes Michele
12    Martinez has been working with The Court for over three
13    years, but chose to remain in the background.  It's time
14    now that she's appointed as special master of The Court
15    along with Judge Smith.  And, Andre, would you say good
16    morning also?
17               JUDGE BIROTTE:  Good morning, everyone.
18    Sorry, I was running late.  I had another hearing.
19               THE COURT:  And Judge Andre Birotte is
20    here.  And a number of other federal judges are involved
21    behind the scenes, but we tried to keep -- judges at the
22    moment.
23               All right.  The second order of business
24    is that I'd like to call Fernando Dutra, councilmember,
25    but if you'd come on up.  I don't know an appropriate
```

Page 6

1    place for you to speak.  But if one of you could just

2    vacate, share, or somebody else.  And in fact, why don't

3    you take my position because I've got a microphone.

4              MR. DUTRA:  Okay.

5              THE COURT:  Let me turn the floor over to

6    you.

7              MR. DUTRA:  Thank you.  Good morning,

8    everyone, and thank you, very much for being here this

9    morning and being part of what we consider to be

10   history.  My name is Fernando Dutra and thank you for

11   being here this morning and being part of what we

12   consider to be history.

13             I'm the councilman for our little city in

14   the middle of Southern California called Whittier.

15   We're about 88,000 people, famous for Whittier College,

16   of course, and great trails.  I'm also Immediate Past

17   President of the Gateway Cities Council of Governments,

18   which is 27 cities in the region, Bellflower, Lakewood,

19   Downey, so on and so forth, a lot of great cities.

20             For the last couple years, like everyone

21   else, we've been struggling with how we deal with our

22   homeless situation.  Let me start by saying that we are

23   and have been a compassionate city.  That's what we

24   start out as being.  We've done so much for our homeless

25   between housing and programs, and I, of course, have

```
 1   personally been involved as well.
 2                So through the struggle, a few months
 3   ago, actually about a year ago, Judge, if I recall, we
 4   were introduced to Judge Carter and the Bellflower case.
 5   We decided to do a deep dive, and through that analysis
 6   and through the assistance of our law firm, we decided
 7   the best thing for the city to do was to join this
 8   settlement so that we could do two things.
 9                It's real simple, right.  The video is a
10   no-brainer.  How do we, A, take care of our most
11   vulnerable, the homeless, because we are, A, a
12   compassionate city, and B, how do we enforce our laws so
13   that the other residents in our city feel safe, feel
14   secure, and have what I believe to be the most important
15   thing that we need right now, which is hope.  Hope that
16   we can, in fact, get through this, right?  And so we
17   felt that the case was something important for our city
18   to join, and we did.
19                I can tell you that last night we decided
20   to, we voted on being part of the case.  We're going to
21   build -- now, in 2019, our point in time was 286 if I
22   recall.  We have decided to -- well, we're going to
23   build a facility that will house approximately 140
24   homeless in the City of Whittier.
25                We've identified a site.  We're moving
```

Veritext Legal Solutions
866 299-5127

```
 1    quickly, if you will, towards getting through the
 2    process.  That process will include going through the
 3    CUP process, going through the building process, but we
 4    have a great partner in place.  And it's a partner that
 5    we believe not only has the background, but they also
 6    are compassionate towards the homeless.  And so we feel
 7    it's a great collaboration, but none of that could have
 8    happened unless the Bellflower settlement would have
 9    taken place.
10                I want to thank my neighbors, the City of
11    Bellflower, not quite neighbors, but they're friends of
12    ours, for taking the leadership role in the Bellflower
13    case.  They're opening up next month, by the way, in
14    April.  I highly recommend that if you can take the time
15    to go to the grand opening, please do so.  We're going
16    to be there to support them as well.
17                And so this city, the City of Whittier,
18    we're very, very excited.  We're thankful for the
19    opportunity to provide some leadership and to be out
20    ahead, if you will, of what we think is a storm of more
21    and more homelessness issues.  Unfortunately, this
22    COVID-19 I think is going to present another opportunity
23    for more homelessness to take place.  And so we think
24    this is a way of getting ahead of it, planting the seed,
25    if you will, of enforcement and of housing, and it does
```

Veritext Legal Solutions
866 299-5127

1   both things.

2              Once again, it's real simple for us.  It

3   allows us to do those two things, house those that are

4   most vulnerable and enforce our laws.  So we're thankful

5   to Judge Carter for your leadership, and I appreciate

6   it.

7              THE COURT:  -- the leadership -- for

8   those in the room, we have a 60 percent -- so if you add

9   it up -- on top of the 150 -- so if the -- very quickly

10  as I understand.  And this gentleman will be -- in a

11  very short period of time.  So I am going to call the

12  first -- district are you in --

13             MR. DUTRA:  Absolutely.  I can tell you

14  that we've had nothing but great leadership and a great

15  partnership with supervisor -- and she's an advocate on

16  both sides and someone to reach out to and have a

17  conversation at any time of the night.  She does an

18  incredible job.  And I'm not just -- I as a resident of

19  the City of Whittier appreciate the leadership of what

20  she does for the entirety of the city.

21             THE COURT:  -- also thank Judge Smith who

22  worked tirelessly behind the scenes of this -- thank

23  you -- for hours and hours -- Saturday, yesterday -- I'm

24  always going to check with my colleague, Judge Andre

25  Birotte because he's working hand in hand with

Veritext Legal Solutions
866 299-5127

```
 1    Supervisor Kathryn Barger.  And that's a wonderful
 2    relationship -- I really appreciate your past
 3    friendship.  And so I'll always reach out to Judge
 4    Birotte who -- on almost every occasion -- anything else
 5    you'd like to add.
 6                    JUDGE BIROTTE:  Nothing at this time.
 7                    THE COURT:  Well, we're privileged, and
 8    it's an honor to have -- present.  And Joe, if you'd
 9    come up and take my place so folks could see you.
10                    MR. BUSCAINO:  Yes, sir.
11                    THE COURT:  All right.  This is -- we
12    have had a very good discussion.  I have no idea --
13                    MR. BUSCAINO:  Thank you, Your Honor.
14    Well, I'm on deployment right now with LAPD, assigned to
15    the department operations center.  And I'm reminded by
16    service by Judge Birotte, who's our former inspector
17    general.  Good to see you, sir.  And thank you, Judge
18    Carter for your guidance and leadership and direction.
19    I really appreciate the ongoing dialogue that we've had
20    between The Judge and Plaintiffs here.
21                    I donned this uniform today, and it's
22    kind of come full circle.  I'm reminded of the time when
23    I was a police officer, senior lead officer dealing with
24    quality of life concerns and issues in my hometown in
25    San Pedro.  And I'm also reminded how many times that I
```

```
 1   came in contact with the most vulnerable, the homeless
 2   individuals lining the streets on Gaffey and Pacific
 3   Avenue.  For me, it was building a relationship and
 4   showing the heart behind the badge and policing with
 5   compassion.
 6             Where oftentimes, yes, it was through the
 7   booking process that I was able to connect these
 8   individuals to services and ultimately housing.  And it
 9   was a reminder that I'm here in court in this ballroom,
10   which is in light of this pandemic, shows the sense of
11   urgency on solving homelessness.  And as my mayor says,
12   we're tired of managing this problem.  We are here to
13   solve it once and for all.
14             So I'm here to report we had a lengthy --
15   on behalf of my colleagues, President Nury Martinez and
16   my council colleagues.  We had a lengthy marathon
17   meeting.  In fact, it ended about 12 hours and 5 minutes
18   once -- last night, yes.  We were in it for a full 12,
19   over 12 hours we should say.  And we do have our city
20   attorney here, representative of -- Mr. Marcus, thanks,
21   Scott, for being here.  And thank you for joining us
22   yesterday.  I know it was a long night for all of us.
23             So ultimately, Your Honor and members who
24   have joined us, the direction that we came, unanimously
25   agreed upon just last night, was to authorize the city
```

Page 12

```
1    attorney to begin negotiations with the plaintiffs that
2    would establish a district by district settlement
3    agreement.  And that would include, very similar to
4    what's taking place, and my colleague in Whittier just
5    indicated, establish a target for the number of beds of
6    the unhoused, unsheltered rather, individuals in our
7    streets per district, establish a target for the number
8    of additional beds needed for each council district, and
9    establish the conditions under which the city can begin
10   enforcing quality of life ordinances.
11            Now, I want to just quickly speak on
12   that, Your Honor, if I may.  Let me bring you back to
13   how far we've come and how the issue of balancing the
14   needs of cleaning our streets and making our public
15   spaces public, and at the same time moving on solutions
16   on emergency housing, on permanent supportive housing.
17            In 2001, the city was sued over LAMC
18   41.18(d), our anti-camping ordinance.  And the city
19   agreed to stop the ordinance.  In 2011, the City of LA
20   was sued over 56.11, and through mediation we agreed to
21   draft a new ordinance.  In 2013, we were sued again over
22   85.02 and in response adopted a new ordinance.  In 2018,
23   we were sued over 56.11 once again, and we agreed to
24   suspend enforcement on certain provisions in Skid Row.
25   And in 2019, the recent news just hit, the city was sued
```

Veritext Legal Solutions
866 299-5127

1    over 56.11 again, and the judge has now issued a

2    temporary injunction preventing the enforcement of

3    certain provisions of 56.11 citywide.

4                    What I told my colleagues last night and

5    what they agreed upon is we have to stop this endless

6    cycle of litigation.  And we have this unique

7    opportunity to do so with Judge Carter and our

8    Plaintiffs.  Many of you know the unconventional

9    leadership of Judge Carter.

10                   We all collectively feel unanimously that

11   our best opportunity to get unhoused residents off the

12   street and into housing is now in front of the LA

13   Alliance, the plaintiffs, and the City of Los Angeles,

14   along with our county partners.

15                   So working with the federal judge has

16   numerous advantages.  Judge Carter can help us negotiate

17   settlement agreements for each of our respective

18   districts.  Because we have come to realize that our

19   districts are cities within cities.  And my district in

20   San Pedro or Wilmington is a hell of a lot different

21   than what's taking place in Echo Park or Pacoima or

22   Brentwood.

23                   We know that Judge Carter, through his

24   guidance, can provide clarity on how many beds we need

25   to provide.  He can compel other government agencies to

Page 14

```
 1    move forward on services.  Ms. Barger, I know we were

 2    talking about that, but I know we're going to continue

 3    working that partnership with our county partners.  He

 4    can also define the conditions under which we can

 5    enforce our quality of life laws as I indicated.

 6                    I'm proud that we have not one hotel up

 7    and running with Project Turnkey in light of this COVID-

 8    19 crisis, but we're in the midst right now of

 9    negotiating our second hotel in San Pedro, by the way,

10    at the Vagabond Inn.  I'm also proud in my district

11    we're moving on 300 emergency beds.  A hundred beds are

12    up and running in lots.  And the two bridge home sites

13    will be up and running in the next 60 days.

14                    And I've also called for a state of

15    emergency last year, and it has taken us clearly a state

16    of emergency to move on these solutions.  So I'll end it

17    with that.  I do want to recognize Mayor Garcetti, my

18    partner, and my brother who has been leading on this,

19    advocating on this issue on solving this crisis.

20                    And, of course, my 14 other colleagues of

21    mine who unanimously agreed that we need to move towards

22    settlement and do so in a way that we're focused

23    district by district and really proud of the effort

24    that's being made here.  Your Honor.

25                    THE COURT:  So if you'll remain there a
```

Page 15

```
1    moment.  There's a whole team of effort -- Judge Birotte
2    is a -- Judge Gutierrez is waiting in the wings, and
3    another number of judges.  Don't think that this is a
4    one-person effort.  This is much more than that.
5              One of the things we realize -- without
6    some indication or guidance -- because -- if you're
7    going to -- something happens or a lawsuit, it's costly.
8    And two or three years from now, we'll be happy to tell
9    you what we did right or wrong, but the end result is
10   the guidance -- is very difficult.  It's caused a lot of
11   inertia and a lot of questions.  Because when we write,
12   we write with a lot of legal -- person's personal
13   possessions, a person's trash.  And we'll get to that
14   later on today.
15             I was a young -- person on the street --
16   what's actual trash or what's personal possession.  And
17   how we're going to get us through.  How do we decide
18   when the goal is really not an arrest, but the goal
19   should be in a sense asking people to move into
20   shelters.  By the way, the compliance with this is
21   astronomical.  Let me repeat that.
22             Don't ever think that the homeless
23   population is adverse to moving into housing.  They are
24   all willing to move in with -- but I want to thank you
25   for -- Joe, for your leadership early, so many other
```

Page 16

```
 1   people -- there's just a whole -- that there's
 2   recognition that we in the Federal Court might be of
 3   value to you -- as we try to reach a settlement --
 4                 MR. BUSCAINO:  Yes, sir.
 5                 THE COURT:  -- provide my opinion --
 6   purposefully up to this point.  But today I would like
 7   to get -- to talk to -- we're going to really need your
 8   guidance on this.  One of the things we're hearing from
 9   all types of people, we're just too large.  We might
10   need to -- several, but each district is so unique, and
11   the -- to the individuals of this wonderful mosaic of
12   Los Angeles where Joe's problems are different.  Paul's
13   problems are different than Mike's problems -- I think
14   regardless of how -- house by house and district by
15   district.  That's what it would require.
16                 MR. BUSCAINO:  Your Honor, if I may add,
17   if it's in the interest of The Court to ensure that
18   myself or Nury Martinez, our council president, remains
19   on the ground in this room as part of the negotiations
20   because we know our city.  We know our district the
21   best.  And as we know with local leaders and know what
22   can -- we know our issues the best.
23                 THE COURT:  Joe, thank you, very much.
24                 MR. BUSCAINO:  Thank you, sir.  Thank
25   you, sir.
```

Page 17

1              THE COURT:  The big --

2              MR. BUSCAINO:  Thank you, sir.  I'm going

3    to head back to the operations.  So yes --

4              JUDGE BIROTTE:  Good to see you.

5              THE COURT:  I want to thank the mayor, of

6    course -- absolutely instrumental in -- all right.  So

7    you know now that we have a settlement from Whittier --

8    you also should know that we were negotiating with a

9    significant number of other cities in different phases.

10   We had to stop those negotiations because of COVID-19.

11   We got a lot of negotiating done at the same time.

12             I'd like to pick up with negotiations

13   because time is -- and so with those individual cities

14   and chairman -- supervisors we have -- cities with Bell

15   Gardens today and read about the conflict allegedly

16   going on between the county and the city.  On review --

17             JUDGE BIROTTE:  No, I mean, just be aware

18   there are some issues between Bell Gardens and the City

19   of Lawndale.  I think we have some representatives from

20   one or both proceedings here today.  I'd just like to

21   hear from them, you know, at some point today.

22             THE COURT:  And one of the pledges that

23   were made coming into the Federal Court initially on

24   behalf of The Court was that we're trying to keep the

25   litigation out of court.  It's burdensome, time

                                              Page 18

1    consuming and our decision makers needed to be on the

2    frontend making decisions.  We're trying to keep that

3    pledge to you, Supervisor Barger and -- so for whatever

4    time we're taking here, we're hoping for a non-lengthy

5    litigation to occur in this period of time -- so is Bell

6    Gardens not required, all voluntary -- Mayor of Bell

7    Gardens, there's no response --

8                    MR. PULLEN-MILES:  Yes, Your Honor.

9                    THE COURT:  I know you are -- have the

10   pleasure of speaking to you -- with Supervisor Barger.

11                   MR. PULLEN-MILES:  Thank you, Your Honor.

12   Thank you for allowing us to be here today on behalf of

13   the City of Lawndale, a small community in the South Bay

14   region, a community of approximately 32,000 people, two

15   square miles of territory with a modest, I say very

16   modest budget.  A budget that is so modest that

17   providing services to homeless population, although we

18   have done our part in the City of Lawndale, it's putting

19   a strain towards pulling apart our budget.

20                   When we heard about the project of the

21   county, obviously everyone was aware of it, being

22   televised -- and the state has made a mandate to provide

23   shelter in this crisis at this time.  So we were aware

24   of that.  What we were not aware of is that the county

25   was in negotiation with one of our hotels in our main

                                              Page 19

1    corridor in our city.  Matter of fact, we only have one

2    corridor in our city.

3              And the county was in contract

4    negotiations with the Best Western hotel, which we were

5    not aware of.  Had we been aware of that, we would have

6    liked to have taken a collaborative approach if, in

7    fact, the county does have the authority to supersede

8    our special resubmit, which was issued to the hotel.

9    The county will maintain that they felt that authority

10   from -- deciding from a legal standpoint, but not

11   withstanding that we would have liked to have been

12   partners with the county -- and be permitted to

13   negotiate our concerns with this project.  And there are

14   a lot of concerns with this project.

15             I'm going to get to the main concern with

16   Your Honor first.  The main concern is what happens

17   after the project is over.  Our understanding of the

18   agreement is for three months.  So after three months

19   you have 97 people, homeless individuals, which the City

20   of Lawndale is very sympathetic to the homeless.  Matter

21   of fact, we were the first city council under the

22   mayor's direction to sign an agreement with -- the

23   county for them to fund HAP [ph] program in our

24   community.  So we're very sympathetic to the homeless

25   community.

Page 20

1                    But I personally -- what happens after

2      the 30 days, after the three months rather.  We have a

3      homeless population -- open the door and allow 97 people

4      to join the likes of the other 30 homeless people in the

5      City of Lawndale in two square miles.  We have not been

6      given answers to those questions, Your Honor.

7                    And what happens during the program with

8      the homeless people?  I know they have rights just like

9      everyone that they have as individuals.  Would they be

10     allowed to roam the City of Lawndale?  Are there

11     safeguards?  Have they agreed that yes, they're going

12     to -- right, we have no idea what the program consists

13     of, and that's what we're really -- if in fact the

14     county has the legal right and authority to have a

15     temporary shelter in the first place.

16                    The second question would be are there

17     going to be -- why were we not involved.  We would like

18     to be involved.  It's our city.  When I was elected,

19     Your Honor, part of my role is to protect -- and I

20     believe that we're doing so by making sure that we're

21     engaged in this, and we want to be part of this.  And we

22     just want all of these questions answered.

23                    If you -- Your Honor, let me really

24     quickly just go through some of our concerns -- just so

25     the record shows, in addition to that -- I just want to

                                                    Page 21

 1    outline.  We want to ensure that our homeless -- we have

 2    30 people that's homeless in the City of Lawndale.  So

 3    if you have 30 people that's homeless in two square

 4    miles, that's a lot of people -- so we want to ensure

 5    that our homeless population is being priority --

 6    anticipate in this program if, in fact, we're going to

 7    have a program.  We think that's reasonable.

 8              Secondly, we'd like to ensure that the

 9    occupants in the hotels, that they leave the hotel in a

10    proper order and that they're good neighbors -- the

11    community and don't -- we're not saying just because

12    you're homeless -- by the way, I was homeless my first

13    week in California at 19.  So we're not suggesting

14    because you're homeless, you're a nuisance, but we know

15    the reality that some of the homeless population --

16    could be a nuisance to the community.

17              We're asking that what is going to be the

18    regulation to make sure there is no nuisance of roaming

19    around.  And also the funding, we have a modest budget.

20    Are we going to get additional funding from the county

21    to make sure that police protection is provided?  When

22    we say police protection, I'm asking that we have police

23    presence there, not simply react when there's an

24    incident, you know.  Because reacting to an incident

25    that would mean that we're taking one of our law

Veritext Legal Solutions
866 299-5127

```
 1    enforcement officers off the --
 2                    THE COURT:  I'd like to --
 3                    MS. BARGER:  Thank you for your comments.
 4    I was making -- and thank you for showing up today --
 5    and we appreciate -- you know -- the plaintiff, and the
 6    homeless issue when we started this lawsuit, COVID-19
 7    wasn't even, you know -- or it was and we didn't know it
 8    was going to shut down our city.  We got -- which is
 9    where this all started -- has committed to housing
10    15,000 people who are --
11                    One thing I will agree with you on is,
12    it's got to be in collaboration with the city.  I'm very
13    fortunate we have Lancaster and Palmdale, Santa Clarita,
14    Pasadena.  We've been working with our cities who have
15    embraced the concept of housing the homeless.  I also
16    believe that the people that are in the communities come
17    first as it relates to being serviced.
18                    But this is not something that is being
19    thought of as human -- in our cities.  We all have a
20    vested interest in the health and safety of our
21    residents.  And I say collectively our residents.  And
22    the county is committed to working with each and every
23    city.  I believe this -- one of the issues one of my
24    cities had, Covina, was -- and after -- I understand why
25    the problem had come to you all.  Because in the
```

Veritext Legal Solutions
866 299-5127

1    meeting -- what are we doing, you don't have the

2    answers.  It makes you look like you're --

3                    So we in the county have a responsibility

4    to work with each city to make it happen.  I think where

5    we're going to get into an issue is because of the

6    urgency of this and because of the fact that the

7    governor has made this a priority, in some cases it's

8    not going to be a mother may I, it's going to be a we

9    have work to do -- not the best way to do this, but

10   given the crisis that we are faced with right now, that

11   is the reality.

12                   And what I'll say to you is, with a city

13   like Santa Clarita stood tall and said not only are we

14   ready, if you need more, we will authorize more hotels.

15   That tells me that any city has the ability to do it if

16   they do it with compassion and do it the right way.

17                   Now, on the resources, we are committed

18   to funding and provide security.  You are not going to

19   have to -- that is the right thing to do.  That is

20   measure H pre-COVID-19, and measure H post-COVID-19.

21   The issue of three months is a good issue, and it's one

22   that's being asked time and time again.  It was brought

23   to -- in the House of Representatives, your city,

24   brought into motion to have a 30-day plan to come out

25   and -- from housing, which by the way pre-COVID-19 is

Page 24

```
 1    something that we would have struggled with -- no matter
 2    what.
 3              So when I talk about silver lining in a
 4    dark cloud, the silver lining is that throughout this
 5    whole horrific pandemic we have an opportunity to
 6    accelerate and get it done.  And I'm confident, while I
 7    don't represent you, I hear your passion.  I hear your
 8    commitment working with HAP -- tells me that you have
 9    heart and you want to be part of this game.  You want to
10    have the ability to work with --
11              I'll make that commitment to you.  I know
12    that county leaders here, Dr. John Sherin who represents
13    the mental health, we're all in this together.  And I
14    tell people, they're already in our communities.  And I
15    for one want to make sure that we do what's right, but
16    we do it in a way that's going to treat them with
17    dignity as well.
18              Because one of the challenges that I've
19    had is I worked on Union Rescue Mission -- if the
20    community doesn't want -- and they're treated
21    differently, this has to be embraced by the community,
22    and it has to be done right.  And I'm confident -- I'm
23    confident that we can make it happen and make it happen
24    in a way that's a win-win for your community and --
25                   THE COURT:  I want to thank both of you
```

Page 25

```
 1   for coming today -- question.  Can you two cooperate to

 2   do -- that's entirely -- and you all have a -- coming

 3   out of the estate going out on the Laguna Hills case --

 4   I've got 10 copies with me, as well as the governor's

 5   mandated -- chairperson -- regardless -- there's a way

 6   that you two could work together --

 7                   MS. BARGER:  So, Judge, I think -- and

 8   Skip Miller is outside counsel -- I think that he had

 9   talked with the city --

10                   THE COURT:  --

11                   MS. BARGER:  So I think we --

12                   THE COURT:  Thank you.

13                   MR. MILLER:  Okay.  I'm Skip Miller.  I'm

14   Counsel for the County of Los Angeles, working with

15   County Counsel, recently brought into this matter to

16   focus specifically on the cities and the implementation

17   of project -- that's what it's all about.  This is

18   really, really an urgent crisis to get these people who

19   are vulnerable and susceptible to this virus into

20   isolation or --

21                   There can't be any delay or dilly-

22   dallying about it.  So we came in, and our number one

23   priority is to work with the cities.  I've spoken to the

24   city attorneys from several cities.  We have a whole

25   team.  We have Byron McLain.  We have Brandon Young.  We
```

Page 26

```
 1    have a whole team of lawyers and personnel at the county
 2    to answer your questions -- to worry about releases and
 3    to get this done, okay.
 4                    And that's the way most of the cities,
 5    almost all the cities are going.  And it's going to
 6    happen one way or another.  There's a couple that are --
 7    and have said no.  So we filed suit already this
 8    morning, and we are going to enforce the governor's
 9    emergency property issue.  We're going to enforce the
10    governor's -- and we're just going to roll forward.  And
11    we're going to get this done throughout Los Angeles
12    County.
13                    So that's why I'm here, and that's what's
14    going to happen.  And if anybody has any problems or any
15    questions, call me.  The team will address it, and we
16    will get it done.
17                    THE COURT:  I want to thank both of
18    you --
19                    MS. ISRAEL:  So I -- we'd also like to
20    discuss -- the attorneys we talked to -- and so for two
21    weeks we've been having these conversations with
22    different people and -- so that's -- and it's hard for
23    us to agree to anything today.  We just keep hearing
24    it's a win-win, it's a win-win -- to our residents -- to
25    show them --
```

Page 27

1              MS. BARGER:  Your Honor, I want to know

2    about that -- some of the top down state -- that was a

3    state contract that -- I am the chair speaking to the

4    board on policy -- all 22 of our cities and -- police

5    chiefs and -- we will be transparent and --

6              MS. ISRAEL:  And when you say --

7    conversations.  So people -- people we've been talking

8    to that are doing that, but --

9              MS. BARGER:  -- that it's too easy to

10   point fingers saying, well, that's the boss' job -- so

11   Tiana and -- she is --

12             MR. CHUN:  [No audible response.]

13             MS. BARGER:  Oh, yeah.  Okay.  Yeah,

14   she's pretty popular right now.  I will locate that --

15   she is the person that -- question for -- you've got a

16   question regarding anything, she is it.  She has full

17   authority -- to the board -- she is -- she will call

18   you.

19             MR. CHUN:  And, Your Honor, if I might.

20   Again, I appreciate -- I've worked with -- we do a lot

21   of work in the county as well.  But time is of the

22   essence.  Our city council is looking to make a

23   decision -- take back to the city council that would be

24   really, really helpful.

25             MS. BARGER:  I guess it would be helpful

Page 28

1    to me to know what -- with Covina -- you could give me

2    those questions -- I will --

3                    MR. CHUN:  -- it would be helpful for us

4    and provide some type of -- provides assurance --

5                    JUDGE BIROTTE:  Let me just add a couple

6    things.  I appreciate everyone coming here.  And it

7    sounds like everyone wants to try to work on this

8    collaboratively.  But as you pointed out, time is of the

9    essence.  You've got a city council meeting this

10   afternoon.  I'm just going to speak -- getting formal

11   letters between now and almost 11 whenever this

12   happened.  I don't know if that's likely.  I don't want

13   to speak for anyone.

14                   But I guess all I see is we've got people

15   here that doesn't make sense for you all to have some

16   conversations right now to at least try to hammer down

17   some of this so that you can go to the 2:00 meeting with

18   some information.  My worry is, is that if you don't

19   have -- and you just kick the can down the road, and

20   you've got this burning issue that needs to get

21   resolved.

22                   And if I'm wrong, let me know -- strike

23   me that all these folks are here in the room, go out in

24   the hallway -- I don't mean to kick you out of here, but

25   find a place to hammer this out.  The issues you raise

                                                    Page 29

```
1    are legitimate ones, but they seem like ones that can be

2    resolved.  It has -- nothing left but Lawndale residents

3    coming first -- has indicated that the security and --

4    so there's that -- at least to me, it doesn't seem like

5    there's that much more.

6                    Again, I'm not really -- with you all,

7    and maybe there is, but let's have that conversation now

8    as opposed to, you know, having everybody come back week

9    after week after week when everyone has said we want to

10   try to work this through.

11                   THE COURT:  Even if -- that

12   constituents -- being able to say good news or bad news,

13   you can do that -- I know she is willing to work with

14   you -- mediation -- discuss this with you, but -- and

15   you know the position of the governor -- the position of

16   the mayor -- the position of the --

17                   MS. ISRAEL:  We read it.

18                   THE COURT:  -- the report is not to favor

19   your position, which means at this point -- even if --

20   at least say -- Andre --

21                   JUDGE BIROTTE:  Yeah.  If I can help in

22   any way, I'm here.

23                   MS. ISRAEL:  Yes.

24                   THE COURT:  -- okay there's real-time

25   leadership we're looking for.  Jonathan, if you'd be so
```

Page 30

```
 1   kind, would you come up and join me -- moment, Jonathan,

 2   if you could sit here for a moment as the captain --

 3   just have a seat.  This is going to take one more minute

 4   of your time -- Syrian refugee camp for a moment and

 5   just a part of your -- and I'm going to tell you right

 6   at the end that Syrian refugee camp -- resource to your

 7   city.

 8                  And also I would hope -- real-time

 9   resolution just like Lawndale is -- now, not like -- so

10   let me give you a little bit of background of the very

11   great job of -- out on the street, and I'm paying the

12   department the ultimate compliment -- they are

13   everywhere.

14                  MS. BARGER:  He's my doctor.

15                  THE COURT:  -- real problem.  So what's

16   the mission here?  The mission here is -- if you are a

17   woman and you commit the cardinal sin of looking at

18   another man.  The end result is that you're going to be

19   dispatched by a rather terrible -- that's why they --

20   don't leave the house and -- without a male escort -- we

21   do not -- in the eyes of Allah --

22                  So the first slide is the United Nations,

23   which is normally -- it's trying to figure out two

24   things.  First, how do we keep Al Qaeda fighters out of

25   these camps, from using these camps, from getting their
```

Page 31

```
 1    wounds healed and fed.  That's not -- when you're
 2    fighting with Al Qaeda.  Secondly, how are you going to
 3    stop refugee camps -- which is occurring culturally.
 4              So the first slide.  Okay, this is --
 5    we're looking at -- 13 camps just in this location.
 6    They're entirely different, by the way -- this is the
 7    camp.  It doesn't look too good, does it?  Does anybody
 8    think this looks good?  Raise your hand.  What you're
 9    about to see -- next one.
10              This is the UN camp.  So what happens is
11    when you're checking in, coming across the border, you
12    can still see people screaming -- checking in --
13    encampment.  You're going to try to get a tent.  You're
14    going to try to get food, but the way we -- Al Qaeda is
15    they're going to live with a relative -- we talk to each
16    other about our cousins or our friends who are citizens.
17    You are the best screening -- by living with some other
18    family for a period of time, and then maybe after six
19    weeks of being screened -- encampment.
20              Now, these are just everybody checking in
21    because they do all the -- this is a warehouse -- food,
22    like a tent or something.  Next one.  These are the
23    kids.  They don't look any different from kids -- this
24    isn't pain -- better housing.  This is the women's
25    center.  Next one.  This is -- hopefully we get some
```

Page 32

1    kind of -- next one.

2              This is the child protection unit.  All

3    right.  Now I want to show you parts of our city.  And I

4    want to complement the chairperson for going down there

5    personally.

6              MS. BARGER:  Yeah.

7              THE COURT:  All right.  I would really --

8    that's another issue.  By the way, I want to show you

9    some -- I can take you out to Covina.  I can take you

10   out to -- Santa Monica.  If you want a journey, I can

11   show you all sorts of places like this.  Okay.  Let's

12   start -- what's that?  Tents, right?

13             The Court wrote an order supposedly about

14   36 inches, the people are supposed to get down the

15   sidewalk.  Where's the 36 inches?  Where's the passage?

16   Next one.  Next one.  In other words, what's happening

17   out on the street has nothing to do with the reporters

18   that write about it.  Next one.  Next one.  Next one.

19   Next one.  Next one.  Next one.  Next one.  Next one.

20   Next one.

21             They don't worry about the sanitation in

22   the street.  I truly -- thank you.  Thank you -- okay.

23   These work, and they work wonderfully.  The -- they're

24   working.  They're being serviced.  I think you heard

25   that complement back from before -- and I really hope

                                             Page 33

```
 1   that goes back to your mayor and that's -- next one.
 2   Oh, don't worry about this toilet.  It's one toilet.
 3   That doesn't make all the -- the exception doesn't --
 4   okay.  Now, this is about you and your agency.  Next
 5   one.  Next one.
 6                   These folks down here are using your
 7   masks.  When you got all of these masks, don't ever
 8   believe that the homeless community isn't using them.
 9   They're using them about to the same extent all of us
10   are.  And if you look at this line, everybody -- next
11   one.  Next one.  John, this is one of the kids out
12   there, just outstanding.  I can't figure it out.
13                   The woman, by the way, in the photograph
14   is looking for housing.  She's walking -- where should
15   we stay -- if that doesn't break your heart, I don't
16   know what does.  And I decided not to take a picture of
17   the child -- by the way, there's 286 -- right now,
18   minimum.  But we were waiting for 16th and Maple, that's
19   a different discussion.  John, will you introduce
20   yourself -- exemplary --
21                   DR. SHERIN:  Thank you.  Thank you, very
22   much, Judge.  I'm John Sherin, the director of
23   environmental health -- before coming to the county I
24   had spent most of my career working with VA mental
25   health and West Los Angeles -- and also mental health --
```

Page 34

1    VA for a period of time.

2                     To start, I really, Judge, I want to

3    thank you.  It's nice to be here in person.  I've been

4    like nonstop Skype festivals.  So to be here with people

5    is nice.  To be here with you, sir, is an honor to me

6    because you're pushing envelopes based on humanity and

7    the right thing to do -- red tape, which is all I've

8    done my entire career.  And I thank Kathryn Barger for

9    giving me that opportunity to -- we have to seize the

10   day.

11                    If there are any of -- sitting here to

12   obviously -- and thank you for the recognition at this

13   moment in time.  This will be -- it's a double SOS.

14   We've had an emergency in Los Angeles County for a long

15   time.  And now because of this contagion it's elevated

16   to another level.  So for us not to do something about

17   that now is completely unconscionable.

18                    And in order for us to make progress,

19   it's an all-in affair.  Everybody has to be engaged.

20   It's about inclusion, inclusiveness across our entire --

21   and I ask my bosses and -- where's the ending, where is

22   the -- what do we do to incentivize the cities and

23   others to play?  Because exclusion is just simply not

24   acceptable.

25                    To all the people on the streets --

Page 35

```
 1    disabilities where I come -- I'm here to take the
 2    department and apply it to these -- people who have
 3    severe resistant illness on the street.  That's my
 4    number one customer.  Because what do they -- in the
 5    streets, and they go in and out of the jail.
 6              We have so many -- populations in the
 7    street, whether it's because of mental illness, whether
 8    it's because of addiction, whether it's women and
 9    children oftentimes fleeing domestic violence, whether
10    it's Veterans, Veterans who have suffered trauma and
11    coming home to no -- where are our values that we
12    continue to let -- right now we act.
13              What -- for me is the number of people
14    who die in the streets.  How many homeless people die --
15    that's totally unacceptable thing.  And it's a -- but
16    what I would say is -- is that people at a bare minimum
17    need refuge.  And refuge doesn't have to be in a
18    situation like this and that everybody is going to have
19    a house and a home.  We would love that, and we're going
20    to get there, but we're not there now.
21              So it's not just about permanent --
22    housing.  We need more housing.  We need to construct
23    it.  We need to rely -- critical present solution.  But
24    in the interim people need refuge.  Those streets are
25    not refuge.  And everybody -- because people are living
```

Page 36

1    in squalor, and they're trying to tell us that again and

2    again.  I don't want any more clients.  My job is to

3    have fewer clients.  So I really, really appreciate this

4    area of focus for you.

5                    And what happens today is that, and I

6    said this to my bosses, all five of them, we have to

7    figure out how to create refuge for people.  Refuge

8    doesn't necessarily mean in a home.  It doesn't mean in

9    a shelter.  It means in a place that's okay for women

10   and you're chosen spots of areas around this -- that are

11   not optimal.  They may be interim solutions, but they're

12   a heck of a lot better than what we've got in our

13   streets.

14                    And I look to every level of the

15   government.  I looked to the -- or I spent a lot of my

16   career, and I've shed a lot of blood and tears in many

17   areas -- and I want to say that there's a new director,

18   and -- to recognize that it was established as a home --

19   on all -- the first one -- they're staying at a shelter.

20   There's a plan for 1,200 units -- for housing.  I know a

21   lot of people -- how do we use it now.  That's -- I say

22   to the state, Governor Newsom has said there's

23   properties all over the state.  He's making them

24   available to us.  Are we going to let them sit -- I say

25   no.  I say -- we've got properties.

                                              Page 37

Case 2:20-cv-02291-DOC-KES   Document 94   Filed 04/23/20   Page 38 of 151   Page ID
#:1180

```
1              We've got lots of properties.  We got the
2    city.  We need to set up an intentional interim
3    community.  And I think that that's starting to happen.
4    We're seeing -- but I feel that we need to, in order to
5    end extreme homelessness that there is between --
6    jurisdictions that are -- let's use our plan at every
7    level, deliver -- provide engagement opportunities in a
8    much bigger way.
9              I want to tell you about a -- the first
10   is creating a pilot that's framed around our home team.
11   Our home team is a new thing that we've launched --
12   engagement teams and put them -- giving them an amazing
13   leader by the name of -- Jackson and said, you're going
14   to -- for years and years and sometimes decades.  And
15   then we can say, oh, many of -- what we're saying is
16   that some of them in order to recover will require --
17   care.
18             And that doesn't mean -- for months and
19   months and months and getting them -- we can do that in
20   the street, and we're going to be doing that in the
21   street in the interest of recovery.  And when we say
22   something -- it's going to come along with guaranteed
23   housing, a conservator or -- that has all the skillsets
24   that they need -- shared our interest and focus for a
25   long time, and that's what that is.
```

Page 38

```
 1                          Veterans -- leaders are sitting -- and
 2     failed -- when in fact -- provide them a platform to
 3     continue to pay it forward.  We created something
 4     called -- and I'm signing a contract -- with some --
 5     probably going to be hiring about 80 Veterans to be
 6     battle -- in our community, to get their brothers and
 7     sisters off the street and into refuge.  So it's not
 8     only -- but it's also a strategy to employ our Veterans,
 9     to give them a job when they come back to succeed.  I'll
10     stop there.  And I appreciate your time.
11                          THE COURT:  Thank you.  Well, I'm going
12     to be calling you a lot as we go through different --
13     and so I promise you -- too much, but -- Steve, are you
14     there?  Is Steve --
15                          MS. BARGER:  Is he on?
16                          MR. BRAVERMAN:  Hello?
17                          THE COURT:  Is this Steve?  Dr.
18     Braverman, can you take -- I want to thank you for
19     your -- these are difficult times -- we'd like you to
20     make any comments -- questions that I might ask you.
21                          MR. BRAVERMAN:  Sure.  So thank you for
22     giving me the opportunity to participate.  And it's nice
23     to follow up with Dr. Sherin there.  Because we are
24     partnering with him as part of their Veteran Care Access
25     Network.
```

Page 39

```
 1                    I can relate to a bunch of different

 2      things here.  Maybe I'll start with some of the things

 3      that we've been doing since the COVID pandemic has

 4      occurred.  And there are three programs that we've

 5      established this month in April for additional support

 6      to our homeless Veterans in this particular period of

 7      time.

 8                    One is to take one of our buildings that

 9      was previously used for our domiciliary programs and

10      make that available to three different categories of

11      homeless personal, Veterans who need --

12                    THE COURT:  Doctor, can I ask you just

13      one question along the way?  Is that building 214?

14                    MR. BRAVERMAN:  Yes, it is.

15                    THE COURT:  And that would hold 138.

16                    MR. BRAVERMAN:  Yes, it is.  That's the

17      idea.

18                    THE COURT:  All right.

19                    MR. BRAVERMAN:  So if you have -- I don't

20      know if you have a press release or what have you.  So

21      the idea is to take that building, and what we've

22      started is to take that building and have three

23      sections.  Those Veterans who need to self-isolate due

24      to a medical condition that might increase their

25      susceptibility to COVID or had a contact with somebody
```

                                                    Page 40

```
 1    who has the disease, another section for somebody who is
 2    symptomatic and might be presumed to have the infection
 3    and isolate them while we await test results, and then a
 4    third for those who may be positive and need to remain
 5    isolated for, you know, a 14-day period or until they
 6    become negative.
 7                    That started at the beginning of the
 8    month.  And we've had about -- make sure I have the
 9    numbers here -- about 40 folks that have come through
10    that particular program.
11                    Then, we have a second program that was,
12    I guess, funded by the City of Los Angeles, and that's a
13    Bridge Home.  So that's the sprung structures that we
14    have that was originally designed for 100 Veterans that
15    would be transitional supportive housing.  And what we
16    did there, we just took possession of that when the
17    structure was completed on the 27th of March.  It didn't
18    have any furniture in it.  So we rented some furniture
19    and set up an opportunity to do distance, physical
20    distance assessments for folks, for homeless people into
21    that program.  So instead of the 100 originally
22    targeted, we targeted 50.
23                    We've had approximately 40 residents also
24    come through there.  We now are actually transitioning
25    those homeless residents into building 214 temporarily
```

Page 41

```
 1   because the furniture has finally arrived, and we're
 2   building that structure back up.
 3              And then two weeks ago we started a
 4   program that we called the Care Treatment and
 5   Rehabilitation Service where we're allowing homeless
 6   Veterans who were living on the streets to enter and
 7   tent on one of our parking lot areas where we have
 8   hygiene capacity and capability, also providing care
 9   services as a transition into that program.  The idea
10   that this would be a very low level initial entry point
11   into our program, and that's one of the projects that
12   have gotten some new play in the media in regards to
13   that.
14              We currently have 29 Veterans who are
15   taking advantage of that.  Actually we're planning to
16   expand it to 50.  We have to get the aligned clinical
17   care associated for that.
18              We continue to work in collaboration
19   with -- service party, the continuum of care need, which
20   PAT, the volunteers of America team, the VPN, and the
21   VPAN as we work.  And we have a special, I guess, pilot
22   program with -- to identify the team and how they review
23   cases and collaborate across all those programs with
24   Veterans that we come across in that area.
25                   This also allows us to put together a
```

```
 1    list of 137 Veterans that are down on Skid Row.  The
 2    city looks to locate -- about half of the challenge for
 3    us in some ways is only about half end up being, I
 4    guess, eligible for VA care.  So we have to continue to
 5    rely then -- are doing well working with our partners in
 6    order to take care of those folks.
 7              So we have a lot of other programs, but
 8    I'll stop there and see if you have any questions for
 9    me, Judge.
10              THE COURT:  Well, thank you.  I've got a
11    couple.  This here is -- are you able and willing to
12    take in Veterans at present time, even if you didn't
13    have what you call a sufficient structure?  By that I
14    mean -- I've got a tent, and I'm looking for safety at
15    least or willing to get closer to a medical facility
16    like a VA facility.  Can I come over and at least stay
17    in the parking lot or on the grass temporarily so I know
18    that I'm near something that, you know, if I get sick, I
19    can get treatment?
20              MR. BRAVERMAN:  So we have a few
21    different programs that are available for a Veteran like
22    that.  The first thing that we'd ask them to do is to
23    come to our building 257, which is the welcome center.
24    And we'd be able to get them engaged in any of the
25    resources that we have that would be appropriate for him
```

Page 43

```
 1    or her.
 2               We also have a safe parking program area
 3    where every evening people can come in their vehicles,
 4    if they have a vehicle.  And then the third part of that
 5    is, if it's appropriate for them to, you know, come into
 6    the facility as part of this CPRS program that we have
 7    capacity to do that.  So we don't turn anybody away who
 8    is seeking care, and we'll get them into the right place
 9    to get them aligned with the services and also make sure
10    that they have hygiene opportunities as needed.
11               THE COURT:  All right.  Mayor Garcetti is
12    taking a very strong leadership position in terms of
13    this being a FEMA-like response.  He has repeatedly
14    asked for everything from safe parking to proper
15    structures.  I'm going to once again assume that if
16    there's a modicum of success and a growing success in
17    terms of taking people from the recreational centers --
18    don't go too far, Heidi, this is going to concern you --
19    and also taking people in to potentially house them in
20    the facility.
21               I'm going to assume that Veterans
22    throughout the city -- I'm going to assume they want
23    shelter, and they're in a location that they would
24    prefer or have to be -- if they would rather be out --
25    most of these folks, if you give them a car -- they're
```

Page 44

1    not going to know how to get on transportation or make

2    the effort.

3                    If we work with the city and the Federal

4    Government -- could we start asking for the proper

5    mental health to identify these people if they can who

6    are Veterans or maybe -- to somehow set up a

7    transportation system that we haven't thought through to

8    get these Veterans out to, would you take it?

9                    MR. BRAVERMAN:  So we are already

10   beginning to work with the -- VPAN team for

11   transportation as we identify these Veterans that are

12   interested in coming.  We also have had some of the

13   experienced based on some Veterans that are continuing

14   to tent outside our facility on Sepulveda and on San

15   Vicente and Wilshire that don't have an interest in

16   coming into our facility because of some of the legal

17   restrictions that we placed on them when they come into

18   our facilities.

19                    So that doesn't preclude us from offering

20   services.  That's just some choices that some of the

21   Veterans are taking despite increasing opportunities

22   that we have.  And that's one of the things that we have

23   to take a look at as well.

24                    But we have capacity for another 100 or

25   so Veterans almost immediately if we identify those

                                                    Page 45

```
 1    people who are interested and eligible for care.  And if
 2    they're not eligible for care, we'll still get them
 3    started and aligned with the city and county resources
 4    as needed.  In fact, VPAN is transporting some today.
 5    We have a team collaboratively that's down on Skid Row
 6    working to identify additional Veterans and test them
 7    for COVID if necessary or as indicated or desired and
 8    bring them up.
 9              So far today we've identified nine such
10    Veterans that are on their way here and another who was
11    given a voucher for a hotel.
12              THE COURT:  All right.  I would ask if I
13    could come out and visit you next week.  Would that be
14    acceptable if we set up a plan for your --
15              MR. BRAVERMAN:  Sure.  We'd love to have
16    you come and visit.
17              THE COURT:  Number two, what's your
18    scale?  Can you call the -- wait a minute.  Can you call
19    Ben Carson directly?
20              MR. BRAVERMAN:  Do I call who directly?
21    I'm sorry.
22              THE COURT:  No, can, can.  Do you have
23    the bandwidth to pick up the phone and call Carson?
24    Because I'd like to know.  What I'm generally asking is,
25    who you can reach highest to in either the VA or
```

Page 46

```
 1    Carson's office.
 2              MR. BRAVERMAN:  Oh, I see.  Okay.
 3              THE COURT:  -- you can make -- if you're
 4    not able to make a decision, and I know some of the
 5    rules, and without getting into those rules about
 6    eligibility, let's say that some of those rules could be
 7    thoughtfully reexamined.  I'd like to know, without
 8    putting pressure on you, because that may not be your
 9    level, and I don't expect it is, who you reach to as the
10    next highest person.
11              MR. BRAVERMAN:  Okay.  So in regards to
12    the bureaucracy of getting laws and policies changed,
13    there are policies that are in place through HUD, and
14    that's what you might be referring to --
15              THE COURT:  -- I'm sorry.  Doctor, I know
16    that.  I apologize.  Do you reach Joe Rogan [ph], the
17    policy director?  Do you reach the director of the VA?
18    What's your next call if a reporter was asking about
19    rule changes and eligibility or the expansion
20    possibilities of the VA for opening up another building?
21              In other words, that may not be something
22    you can answer.  Who would you call?  A name.
23              MR. BRAVERMAN:  Okay.  So there's a
24    homeless program office in D.C. that is a policy arm
25    for, you know, the homeless rules associated with the
```

                                                   Page 47

1    VA.  So we would call the folks up there first.

2    They're --

3                THE COURT:  And they -- doctor or a name,

4    could you help me --

5                MR. BRAVERMAN:  Sure.  So one person's

6    name is Keith Harris, and another person -- and I'd have

7    to look up the director's name.  That's not on the tip

8    of my tongue at the moment.

9                THE COURT:  What do we -- today, but out

10   of courtesy to you when I visit, I may want to have a

11   conversation, and it may not be possible for you to

12   answer those questions.  So I want to warn you that I

13   would appreciate getting that person on the phone so I

14   would jump a significant number above that person.  That

15   would be disservice to you if I started at a different

16   level.  Fair enough?

17               MR. BRAVERMAN:  Yeah.  So sure, the

18   leader of the housing program office is Monica Diaz.

19   Monica Diaz is -- actually the person that we would

20   potentially get you on the phone is VHA chief of staff.

21   His name is Larry Connell.  Larry was the individual who

22   was also part of the team that was working with VA and

23   HUD and came down here when they toured Skid Row and

24   were engaged in some of the negotiations that were

25   ongoing between the city and the White House team.

                                                    Page 48

```
 1              So I would probably get Larry Connell on
 2   the phone with you.
 3              THE COURT:  All right.  I want to thank
 4   you --
 5              MR. BRAVERMAN:  Now, whether he's --
 6              THE COURT:  I'm sorry.  I cut you off.  I
 7   apologize.  Please.
 8              MR. BRAVERMAN:  Oh, I'm saying that, you
 9   know, he's also the person who's working with FEMA and
10   the White House team right now in regards to the COVID.
11   So I can't vouch for his availability, but we'll
12   certainly give it a try.  He's an Army colleague of
13   mine.  So we have a little bit of pull when we try to
14   get him on the phone.
15              THE COURT:  Okay.  Well, let's try that
16   level first to begin with.  And there are two questions
17   I've already asked.  One, the expansion possibilities of
18   the VA at UCLA, and you've got a ton of land, and you've
19   got buildings.  Second, the eligibility requirements,
20   and why some of these can't change for Veterans.  And
21   third, what can be built out if you decided not to use
22   some of the existing -- so that's kind of a precursor to
23   my visit.
24              One, I'd call you privately to see what's
25   good for you, and I'll come -- and have a discussion.
```

                                                    Page 49

1   Fair enough?

2                   MR. BRAVERMAN:  Yes, sir.  Sounds good.

3   And I actually have some of those answers.  So I'll be

4   happy to have that discussion.

5                   THE COURT:  Okay.  Thank you, very much,

6   sir.  I really appreciate it.  Judge Birotte?

7                   JUDGE BIROTTE:  Thank you, Doctor,

8   appreciate it.

9                   THE COURT:  Doctor, thank you, very much.

10                  MR. BRAVERMAN:  You're welcome.

11                  THE COURT:  Okay.  All right.  Let's get

12  to why we originally schedule this meeting.  I didn't

13  know about the -- going forward.  Going back to 16th and

14  Maple, I read the -- I understand that they -- so why

15  don't we just move through these quickly.

16                  First of all, this is what it looks like

17  two days ago.  So you only have people living -- and I

18  can't, in 156 pages understand what the -- to the other

19  agency for now -- right?

20                  MR. MARCUS:  I'm sorry.  I didn't hear

21  that.

22                  THE COURT:  Well, if you -- look at the

23  last four pages -- over to -- but it's to refer over

24  to --

25                  MR. MARCUS:  Are you talking about DTSC,

Page 50

1    the Department of Toxic Substances Control?

2                    JUDGE BIROTTE:  The lengthy report --

3                    MR. MARCUS:  Well, the lengthy report --

4                    THE COURT:  -- page report -- first or

5    the second page.

6                    MR. MARCUS:  The bulk of that -- so there

7    was a four-page memorandum that the city received from

8    the state.  Attached to that was the 150-something --

9                    THE COURT:  Right.

10                    MR. MARCUS:  -- page report that was done

11   on a building that happened to be on that site 10, 12

12   years ago.  So there --

13                    THE COURT:  But the -- recommendation is

14   to put it over to -- I don't want to take your time, but

15   this -- why don't you pull it up.  This is worthwhile,

16   because this is a significant piece of property, and I'm

17   not directing -- to do anything concerning a specific

18   piece of property.  But this was the initial piece of

19   property.  I'll have to do this by memory.  And it's

20   going to be the last full page.  Well, let's finish this

21   for a moment and just keep looking.

22                    This is what it looks like.  Next one.

23   So it's paved throughout.  Once again -- let's go back.

24   It's just trash.  And then we'll finish this so we can

25   put this down.  I'm walking down the street, and you ask

```
 1    yourself, what is trash and what is not.  Because it's
 2    part of the -- do something, but we can't do something.
 3    So I wanted to give you a demonstration for a moment
 4    about what a waste management person out on the street
 5    would thing.
 6                Okay.  Is this trash or not?  I mean,
 7    don't answer out loud because I would be concerned with
 8    what's there.  That might be very meaningful things --
 9    but surprisingly, that's trash.  This is a pickup of
10    about 14th Place and 14th Street where they have a
11    community outreach.  So in this area alone, if you don't
12    want something, you're supposed to leave it out by the
13    curb.
14                And they have a -- which I didn't put up
15    is a -- where the people tell us that that's voluntary
16    cleanup, et cetera, and they've had a good community --
17    people there whose tents -- but that was representation.
18    But we have -- okay.  I don't know.  Does this
19    represent -- this is trash, and this can be taken --
20    okay.
21                A human being -- don't worry about the --
22    okay.  But a person cleaning might take the stuff off
23    the sidewalk.  I'm not sure about that mattress, and I
24    might not take that stuff off the sidewalk.  And by the
25    way, I might not take the stuff off -- in other words, I
```

Veritext Legal Solutions
866 299-5127

```
 1   don't know how I'd make that decision about what trash
 2   is or not.  Okay.  Hold on -- get even more -- I don't
 3   know.
 4               MS. MYERS:  And I hope we'll be able to
 5   review some of these issues, Your Honor.  Because these
 6   issues are --
 7               THE COURT:  -- exposure right now.  Next
 8   one.  Next one.  This is not trash.  These are two
 9   little ladies out there.  By the way, I'm not a good
10   surveyor.  One of them, one little lady right here.
11   Every place you go, and trust me, I'm not a good
12   surveyor, people will constantly tell you, Judge, I -- I
13   have a place to stay.  Now, that -- 100 percent.
14               But then they ask, well, do you need all
15   this.  They say, no, but why is she giving up all this
16   stuff if she's living on the street.  That's what -- so
17   that's -- next one.
18               Now, the first one was right here, right
19   in here.  I guess -- think all of that would be trash,
20   but to the person living there, there might be something
21   right outside that that's very valuable to them,
22   including a personal belonging.  Next one.  Next one.  I
23   think it's hard to determine -- I don't know how that
24   gets sorted out -- Human First Alliance, Waste
25   Management people, off the streets -- I think everyone
```

Page 53

```
1    is doing their best --

2                   MS. MYERS:  Yes, Your Honor.

3                   THE COURT:  -- upset --

4                   MS. MYERS:  Your Honor, I think it's a

5    misrepresentation of -- and examples that you're giving,

6    because I could just equally and we have to The Court in

7    other proceedings that are ongoing that --

8                   THE COURT:  Sure.

9                   MS. MYERS:  -- as you're aware of.  We

10   could give you examples of --

11                  THE COURT:  Well -- I want to apologize

12   to -- misrepresentation, okay.  I apologize.

13                  MS. MYERS:  Not to me.

14                  THE COURT:  -- that's what I'm saying.

15                  MS. MYERS:  And, Your Honor, and we could

16   just as easily show you individuals who all of their

17   belongings very clearly, the tents they were living in

18   were thrown away as trash.  And so I think that's the

19   hard part when this is the issue as it's being framed,

20   Your Honor.

21                  We are not, and nor have our clients in

22   other cases ever thought about that mattress on the side

23   of the road.  But what they have thought about, for

24   example, is the individual who is holding a cart,

25   transporting their property when that's being thrown
```

Page 54

```
 1    away.  And so I think the juxtaposition of the question
 2    of trash versus people's belongings benefits the people
 3    who are in this court to ask them to make these
 4    decisions, but don't accurately reflect the issues that
 5    are at stake for unhoused people.
 6                    THE COURT:  I don't want to get involved
 7    with might or why, because you heard me say those carts
 8    are personal property, right?  But I am saying the end
 9    result of what's happening in this litigation between
10    all of you is a -- because that's -- regardless of who's
11    right or wrong -- and if you make the wrong decision --
12    you're going to get --
13                    MS. MYERS:  That is not true, Your Honor.
14                    THE COURT:  Well ...
15                    MS. MYERS:  That is not true.  The
16    question of the right decision versus the wrong decision
17    is not the issue that was in front of The Court in the
18    cases that Councilmember Buscaino outlined, the
19    questions that are previous -- the issues that are being
20    raised in court are when the city knowingly takes
21    people's belongings and throws them away.  And I don't
22    believe that it's a chilling effect.
23                    THE COURT:  -- we're not even discussing
24    their property.  We're discussing about where everybody
25    is because of this ongoing litigation and the
```

Page 55

```
 1    indecisions that are taking place are causing this.  So
 2    everybody I think would agree with your position -- not
 3    taking something from --
 4               MS. MYERS:  But they would not agree
 5    because those are the issues that are clearly before The
 6    Court.  The city has made it clear that they believe
 7    they are entitled to do this.  We do not bring closed
 8    cases.
 9               THE COURT:  Since we're all in agreement,
10    why is this happening?
11               MS. MYERS:  That is a question for the
12    City of Los Angeles in terms of their deployment.
13               THE COURT:  -- ask the City of Los
14    Angeles, I mean, why is this happening?  In other words,
15    I don't care.  I care a lot about the fact that -- then
16    say gee, we don't know what it is because -- you were
17    involved, if this would have happened in Orange County,
18    the only reason I got off the bench is I listed three
19    and a half days -- with a very good presentation by the
20    county saying it's all trash.  And Brooke's position was
21    no, you know, a large part of this is not trash.  And
22    after three and a half days we went for a walk down that
23    river.  That's why I got off the bench.  And thank you.
24    So I -- why are we bringing this up?
25               MS. MILLER:  Your Honor, Christina.  I
```

Page 56

```
 1    would just like to say that --

 2                    THE COURT:  Louder.

 3                    MS. MILLER:  Sorry.  I would just like to

 4    say that the city never has any intention of throwing

 5    anyone's personal essential property away.  There's no

 6    benefit to the city to people who are living on the

 7    streets to lose personal essential property that helps

 8    them, you know, find their way out of homelessness.

 9    That's not the city's intent ever.

10                    The city does have an obligation to keep

11    the public right of way clean.  And I think the pictures

12    you showed demonstrates that it's very complicated to do

13    that.

14                    THE COURT:  No, I -- Judge Crawford [ph]

15    has a part of this case.  Judge Fischer has ruled on

16    this case.

17                    MS. MYERS:  Not this case.  Different

18    cases, Your Honor.

19                    THE COURT:  Thank you.  But the end

20    result we're seeing out on the street is the chilling

21    effect.  The end result is your streets are laden with

22    garbage.  And if this litigation is causing -- so be

23    it -- is saying, no it's not, it's very clear to you.

24    And if it's so clear to us, why is -- has no answer.

25    But that's one of the main things we're going to get
```

Page 57

```
 1    involved in any settlement discussion.
 2                    And that is not redoing what another
 3    judge -- they decided that's the law, whatever they
 4    decide.  But if this having an adverse effect or not,
 5    how do we do this?  And it's not -- so clear that I'm
 6    asking the question, why isn't this trash being picked
 7    up?
 8                    MS. WEITZMAN:  -- offering services --
 9                    THE COURT:  I can't hear you.  Come on
10    out so we can hear you.
11                    MS. WEITZMAN:  In terms of offering
12    services, the question is, is there trash pickup being
13    offered?  Not only -- I was there in -- is someone
14    offering regular and consistent trash pickup?
15                    THE COURT:  Exactly.  And so if the
16    city's not offering this and it's -- then we will
17    certainly need to discuss with the city why aren't you
18    offering this because this is a health hazard for your
19    clients.
20                    MS. MYERS:  And, Your Honor, we need to
21    not portray all of the trash problems on the streets of
22    the City of Los Angeles as related to homelessness.
23    Because I think the mayor has been explicit that 80
24    percent of trash that exists on the sidewalks is a
25    result of illegal dumping.
```

1              But the problem is the narrative becomes

2     that this is all about homelessness.  That the streets

3     of Los Angeles are dirty because of our clients and

4     unhoused people.

5              JUDGE BIROTTE:  I hear you loud and

6     clear.  My sense is that this is not about blaming who's

7     responsible.  It's more, okay, how do we get it clear so

8     that when there's trash the appropriate folks can deal

9     with the trash.  And when it's property, then people

10    know.  An example I gave to Judge Carter showed like I

11    guess in one street folks know, this is where you leave

12    the trash.  And they sort of know, that's trash and the

13    other stuff is not.

14             How do we get -- because I hear you loud

15    and clear.  You're saying your view is your clients

16    are -- it's clear it's their property, and the city is

17    snatching their stuff, right?

18             MS. MYERS:  Yes.  And I think one, we'll

19    always allow that.  And two, that is explicitly what's

20    happening, such that when people are given the

21    opportunity to move their belongings, when they're given

22    adequate notice for cleanups, when people know a cleanup

23    is happening, they move their belongings out of the way.

24    And we don't have fights about that.  But that's not

25    what's actually happening on the streets of Los Angeles.

                                                    Page 59

```
1              MR. MARCUS:  That's not true, though.

2              MS. MYERS:  And --

3              JUDGE BIROTTE:  Hold on, hold on.

4              MS. MYERS:  It absolutely is what's

5    happening.

6              JUDGE BIROTTE:  Stop, stop, stop.

7              MR. MARCUS:  I'm sorry, that's not true.

8              JUDGE BIROTTE:  I'm going to give you a

9    chance.  I promise.

10             MS. MYERS:  And, Your Honors, I would

11   just like to point out that Councilmember Buscaino had

12   the opportunity to take the floor and talk and framed

13   everything that happened about litigation.  But what he

14   did not talk about were the individuals who brought that

15   litigation.  He did not talk about individuals in other

16   cases in front of other judges, right, that gave rise to

17   these cases.

18             He did not talk about the fact that one

19   of our clients in a different case, not in front of this

20   court, that involved a woman walking away from her

21   belongings, coming back and had everything thrown away

22   because it was not part of a noticed cleanup because --

23             MR. MARCUS:  No.  Even when we do a

24   noticed cleanup we still get sued.  I am committed to

25   this process on behalf of the city and on behalf of the
```

Page 60

```
 1    city attorney's office.  But let's be honest, even when
 2    we give notice, even when we give a proper amount of
 3    notice under the law for the cleanup and we perform that
 4    cleanup as part of -- in accordance with the ordinance
 5    and in accordance with the protocols, we still get sued.
 6              So you are 100 percent correct.  There is
 7    a chilling effect that is happening in this city and in
 8    this county because we're tired of getting sued, and
 9    we're tired of paying attorneys' fees even when we think
10    we're doing everything right.  We're not being
11    nefarious.  We're not being malicious, but yes, we have
12    a large city with a large number of employees.  And
13    sometimes mistakes are made.
14              THE COURT:  We're going to -- we're going
15    to really dig into this in a while.  This is where we
16    wanted to start the day because this is exactly the
17    passion and commitment on both your sides that we need
18    to hear, understood.  Now hold on -- thank you.  We're
19    going to have lengthy discussions about this, okay.  And
20    we will work -- but by the way, this wasn't taken -- and
21    number two, when we drove through this morning -- they
22    have nothing to do with the homeless.
23              In other words, there -- homeless are
24    responsible for this is a very, very touchy point
25    because look around the city, and we're wondering about
```

Page 61

```
 1   other areas have the same denigration to it.  So
 2   homeless can't be blamed for the filth -- it's around
 3   the city, normally 8th Street -- out there.  So what I
 4   don't want to hear is that this is a homeless problem.
 5   It's a -- communal problem also.  And so let's get --
 6   discussion, Judge Fischer has already ruled.  But these
 7   are the touchy points we're going to get into -- each
 8   councilperson.  We need to call -- today.
 9                 MR. MARCUS:  Sure.
10                 THE COURT:  All right.  We were -- so
11   we've got some ideas -- good.  I'm glad that we're
12   playing with passion because this is where we ended up
13   somehow with a city -- dysfunction.  It can't go on
14   regardless of individual -- taking place --
15                 JUDGE BIROTTE:  I'm going to ask some
16   questions.  And I recognize I may be starting something,
17   but I'm just going to ask, okay, because I'm new to
18   this, all right.  So I think I heard both parts.  I'm
19   just curious in other instances as far as providing
20   notice that we've talked about.  I'm just asking like is
21   that videotaped -- is there some kind of record showing
22   we provided notice to this location, this is going to be
23   moved at this time.  And it's now this time, and this is
24   the stuff that's there and we take it.  I'm just
25   curious.
```

Page 62

1          MR. MARCUS:  Sometimes there is in terms
2     of videos.  Sometimes there is in terms of taking
3     photographs of the notices that have been posted.
4          JUDGE BIROTTE:  Okay.
5          MR. MARCUS:  Sometimes it's recorded on
6     body -- and sometimes there isn't.  I'll be completely
7     honest.
8          JUDGE BIROTTE:  Okay.
9          MR. MARCUS:  The recordkeeping of the
10    city is not 100 percent ideal.  So sometimes there is
11    proof of that notice, and sometimes there is lesser
12    proof.
13         JUDGE BIROTTE:  Yeah.
14         THE COURT:  Now, Michele -- Michele said
15    that you wanted to say something.  Let Michele say
16    something -- please.
17         MS. MARTINEZ:  I don't think any of us
18    here would be -- what we just saw is acceptable.  And I
19    think we all would -- addressing the cleanup, not just
20    for the homeless population, but for everyone who lives
21    in the City of Los Angeles, whether you're at a park --
22    drove by to look at that site, we saw -- in the parking
23    lot.
24         And we don't have to go -- but we all
25    should know that we move forward to wanting to move

                                          Page 63

```
 1    towards an agreement to house the homeless population,
 2    address these issues -- we got to have -- we also need
 3    to understand we're living in a different time.  And so
 4    bringing -- towards the future we have to be sensible
 5    and realize we're dealing with a new normal.  There's --
 6    that impact the county, that is going to impact your
 7    community.
 8                    What we need to figure out is that how
 9    can we all come together to understand that we want to
10    shelter the homeless.  We want to clean up our city, and
11    I believe we can do it.  I believe everyone in this room
12    has the passion, has the smarts, and has been doing this
13    for a very long time.  The difference is, there's a
14    little disagreement about the city not doing its job --
15    property that it shouldn't take -- I do believe that if
16    we move forward, there has to be outcomes.  There has to
17    be timelines.
18                    So we're going to address wanting to do
19    cleanup.  What does that even look like, and how are the
20    plaintiffs going to agree to what that process is going
21    to move down the road.  I believe that we need to figure
22    that out -- to this, they're not -- and I think you
23    agree that there are steps that we can take where it
24    works out for your clients and works out for the City of
25    Los Angeles.
```

Page 64

```
 1                    MS. MYERS:  Sure.  And I just want to add
 2      one point.  Sorry.  I just want to add one point to your
 3      point, Judge Birotte, because I think it is fair to say
 4      that cleanups have to happen.  I think everyone agrees
 5      with that.
 6                    So in September 2018, a group of
 7      individual organizations represented by us and Catherine
 8      Sweetser and reached out to the mayor's office and said
 9      let's engage on this particular issue.  These are
10      problems that are leading to people's belongings being
11      taken.  And laid out issues and said let's break the
12      cycle, let's not sue on this particular issue.
13                    THE COURT:  Right.
14                    MS. MYERS:  And came up with a number of
15      issues and ways to address the cleanup issue to avoid
16      litigation because it does not sometimes get anywhere.
17      We bring suit when it has to happen, right.
18                    Out of that, it took a year and a half to
19      get the City of Los Angeles to adjust the cleanup
20      notices to indicate the area of the street that was
21      being cleaned so that people knew where to move their
22      belongings.  So there are ways for this to happy, and,
23      you know, to the extent that this is the conversation.
24      But I don't want the framing to be that every time
25      people's belongings are taken as part of a noticed
```

Page 65

```
 1    cleanup people rush into court and I --
 2               JUDGE BIROTTE:  Well, but in fairness,
 3    Shayla, I don't think that's what's being said.  We're
 4    trying to have a conversation, I mean, and I get both
 5    sides feel very strong about it.  I don't think -- and
 6    I'm just going to say, I don't believe that anything,
 7    anyone's walking out of this room thinking that the
 8    homeless are the cause for all the trash in the city.
 9               There's a whole host of dynamics.  You
10    can drive anywhere in the city.  There's all kinds of --
11    we -- I hear you loud and clearly.  But to Michele's
12    point, it seems to me that we've got to try in this
13    unique forum to figure out if there's a way to do that
14    and expedite it so that the example you just described,
15    and I'm not placing any value on it for purposes of this
16    other than to say if there is a holdup or slow-up or
17    like Dr. Sherin said, some red tape, we can kind of move
18    through that --
19               MS. MYERS:  Sure.
20               JUDGE BIROTTE:  -- so that the next time
21    if this issue comes up, well, did you follow the
22    process, yes or no.  If you followed the process, okay,
23    your stuff is gone.  That's the end of the story.  And
24    if you didn't follow the process, okay, City of LA, we
25    have a problem here.  What are we going to do about it.
```

Page 66

```
1                    Seemingly, that would be the ideal

2       scenario.  You may disagree, but we need to have more of

3       what you just said.

4                    THE COURT:  -- let's let Carol Sobel --

5       she's been patiently --

6                    JUDGE BIROTTE:  Oh, I'm sorry, Carol.  I

7       did not mean to ignore.

8                    THE COURT:  I want to -- she spent at

9       least six hours, Carol -- so she's been in this

10      litigation ever since -- Carol, I'd like to give the

11      floor over to you.  I apologize --

12                   MS. SOBEL:  It's okay.  I actually -- if

13      you think Shayla is angry, it's a good thing I'm not

14      there.  I am just fuming.  And I have been doing this

15      actually since 2000 when I started with the Justin [ph]

16      case, a property confiscation case on Skid Row where all

17      the black men were arrested.  I have to respectfully

18      disagree with my friend, Judge Birotte about the

19      process.

20                   The reason that the city has been sued at

21      least nine, ten times now is because the city doesn't

22      pay attention to the court orders and doesn't think it

23      has to pay attention to the court orders and comes up

24      with different schemes.

25                   So if you want to talk about how you're
```

Page 67

```
 1    going to resolve this issue, I think that you need to
 2    have a discussion with the city about why it is that
 3    those policies and practices aren't being followed.
 4                 And I've had discussions with the police
 5    department about this.  I've had discussions with
 6    everyone.  I have offered if they couldn't tell what was
 7    trash and what was not trash, we had one particular
 8    incident on Skid Row after the ban started to be
 9    implemented, and I offered to bag and tag that property
10    and take it to Chief Beck's office, and he could sort it
11    out.
12                 You know, because I'm not playing games
13    about this stuff anymore.  I do not think that these are
14    incremental solutions, Michele.  I really don't.  I
15    think that there needs to be something dramatic that
16    occurs.  Because there are -- the problem just keeps
17    expanding.  And if we don't do something dramatic this
18    time, more than we've done in the past, far more than
19    we've done in the past, we will lose this battle
20    permanently.
21                 But then the other thing I want to say is
22    because The Court took pictures of mattresses and things
23    dumped off of Skid and put in other areas, we have a
24    problem in the city.  And we have a special budget line
25    that the mayor has to clean up the alleyways and to
```

Page 68

```
 1    clean up the dumping.  We have people who -- you know,
 2    the reason there are refrigerators on Skid Row often is
 3    not because homeless people bring them there, they don't
 4    have electricity, it's because the people who live in
 5    the upscale lofts, they get renovated, the people who
 6    don't have trash pickup otherwise or don't want to wait
 7    for what we call the items pickup, put things in the
 8    alleyways, put them on the sidewalks.
 9              Even in upscale neighborhoods you drive
10    through and people will have a mattress sitting out
11    there for three weeks.  So we do have a separate
12    approach on that particular type of trash.  And the
13    mayor has a budget for it, and I don't know why it's not
14    being picked up.  Because that is a totally different
15    program.
16              But I do think that, you know, I think
17    that there needs to be an honest discussion about this.
18    I texted Michele Martinez earlier.  I'm very concerned
19    about the Council voting to prepare a plan to open up
20    the rec centers.  I don't know where people are going.
21    People haven't gone into the motels that we have now.
22    So I don't understand that.
23              And I think for the very immediate future
24    we need to know how we're moving people in this time
25    period.  We have a thousand people in the Union Rescue
```

Page 69

```
 1    Mission at this point, a thousand people.  That is
 2    only --
 3                    THE COURT:  Carol, it's been downgraded
 4    to 400.
 5                    MS. SOBEL:  Well, here's the thing.  That
 6    is a hotspot for COVID-19 in this -- and so talking
 7    about congregate shelters as the future, even in the
 8    short term is just not a good approach for the city.  It
 9    is a waste of money, a threat to people's health and
10    safety, and I think we need to talk about that.  And we
11    need to make sure that what we do now, the money we
12    spend, is going to address the problem and not just push
13    it down the road.
14                    THE COURT:  Okay.  Well, according to
15    Carol I want to say that you -- and I'll say this to the
16    group.  In our court three years ago I didn't know -- we
17    asked them to put down their swords for a moment, and I
18    got to tell you, they didn't go -- but when the Anaheim
19    River was cleaned and the Santa Ana River was cleaned
20    allegedly, we'll call it a sweep or whatever you want
21    to.  There were disagreements over what personal
22    property was.  It was not perfect.
23                    Most of the time Brooke and Carol really
24    got out in front of the health workers and out in front
25    of the police who laid back.  And I got to tell you, in
```

Page 70

```
 1    six days or five days, we didn't have any actions of
 2    violence and -- they told me -- we wouldn't have any
 3    acts of violence.  And Brooke, you just resolved -- very
 4    professional, gave you a complement the other day.
 5                    That kind of coming together really led
 6    to very few disputes over what personal property was.
 7    Most of our homeless, when they heard they had a hotel
 8    to go to at least, they wouldn't walk away from some of
 9    those items that caused concern.  I really think that
10    coming together like that was a -- and a model for
11    mental health and a model for the county.
12                    Now, trust me, it was not perfect.  We
13    were -- a lot of the -- but I would continue to
14    encourage that kind of cooperation.  And the one thing
15    is the Federal Courts are here -- I'm here, you know,
16    Phil's here.  A lot of the judges are lining up and are
17    going to be taking a lot more hands-on approach.  So
18    it's not just coming to court now.  If we have to walk
19    those streets -- we'll do it.  We'll make the decisions
20    on this -- do you understand that?  Now, that's a lot of
21    walking.  So don't pass -- hold on, hold on.
22                    So really, we have to get down there on
23    the day that this is going to occur.  We can make those
24    real-time decisions -- couples, et cetera, we -- as
25    being perfect because with 1,500 people there's a lot of
```

Page 71

```
 1   problems.  But this, what we're seeing now is -- okay,
 2   it's just not.  And 10 years from now I'll see it again.
 3   Your victories are great legal victories on both sides
 4   that you'll read about in 10 years.
 5                    And this city is disintegrating.  And it
 6   is becoming trashy.  It's hurting our businesses.  It's
 7   going to hurt our jobs.  It's hurting our homes, and
 8   it's hurting our -- now let's -- now.  You know, that's
 9   the end of this.  I love recreational -- so we're going
10   to turn to that and then we'll be able to get you out of
11   here.
12                    We've got a lot of work to do this
13   afternoon in light of what the council decided last
14   night that we didn't hear about.  I really want to --
15   Marcus get ahold of Mike now and talk to him.  So if you
16   can flip up for a moment -- well, first of all -- Carol,
17   I'm sorry.  I cut you out.  You started with
18   recreational vehicles.  I wanted to make sure you
19   finished up.  I apologize.
20                    Carol, are you there?  Okay.  I'm just
21   kidding -- six hours.  So Jim, do you have anything to
22   say --
23                    JUDGE SMITH:  I want to thank everybody
24   for giving me an opportunity to virtually get out of the
25   house that I've been in for three weeks.
```

Page 72

```
1                    THE COURT:  Okay.  Look, I said I wanted
2       to do this as fast as we could.  You can't leave anyway.
3       So since you can't leave -- on the last four pages and
4       basically our first couple pages, it reverses over to a
5       housing agency.  And I don't have the acronym for it --
6                    MR. YOUNG:  DPSE.
7                    THE COURT:  Yeah -- send it over to
8       housing for another analysis.  So let me start with
9       what's wrong with this site because it appears that the
10      recreational vehicles, they always -- along the freeway,
11      right.  They're all the way on 16th Street, right.  And
12      that's where -- self-selecting --
13                   MS. MYERS:  I would not call it self-
14      selecting, Your Honor.  I would say that that is where
15      the city has allowed --
16                   THE COURT:  Okay.  Shayla -- they're
17      parked along 16th Street.
18                   MS. MYERS:  Because there are no other
19      options, Your Honor.
20                   THE COURT:  -- no other options, okay.
21                   MS. MYERS:  Yeah.
22                   THE COURT:  And I get that much.  It's
23      that they're parked on 16th Street, right?
24                   MS. MYERS:  That is true, yes.
25                   THE COURT:  The one question is, do you
```

Veritext Legal Solutions
866 299-5127

```
 1    want them to stay there, or do you want --
 2                    MS. WEITZMAN:  Judge --
 3                    THE COURT:  We asked that last time, and
 4    we came to an initial agreement on 16th and -- right?
 5    And then we found out -- and now you come up with two
 6    other locations where it seems to cross in terms of
 7    being acceptable, but I haven't talked to -- Marcus, I
 8    haven't talked to you about that.  Shayla, I haven't
 9    talked to you about that.  And one of those is a
10    location that Los Angeles --
11                    MR. MARCUS:  On 8th Street?
12                    THE COURT:  Yeah.
13                    MR. MARCUS:  There's one on 8th and one
14    on Los Angeles.  Those are the two locations that I know
15    have --
16                    THE COURT:  It's what I'm going to call
17    Guarantino's [ph] parking lot.  So when you look at
18    that, is that acceptable to you for recreational
19    vehicles?  Because it seems awfully small for the number
20    of vehicles you have out there --
21                    MR. MARCUS:  Well, that site can fit
22    almost the same number of RVs as the 16th and Maple site
23    could have fit.  I believe the first estimates is we can
24    put 18 RVs at that site in Los Angeles.
25                    THE COURT:  Yeah, but the Maple Street
```

Page 74

1    site is --

2                    MR. MARCUS:  There's only about 22 RVs

3    that we could have put on that site because you're not

4    allowed to put them under the freeway.  You're only --

5                    THE COURT:  Oh, I see.

6                    MR. MARCUS:  There's only two usable

7    spots on the wings, so to speak, of that property.  So

8    there was only about 22 RVs that we could place there.

9                    THE COURT:  I see.

10                   MR. MARCUS:  So it's a very similar

11   number.

12                   THE COURT:  And that's because it's

13   hazardous, right?

14                   JUDGE BIROTTE:  You can't have it under

15   the freeway.

16                   MR. MARCUS:  Yeah, you can't have --

17                   THE COURT:  -- fumes, right?  That's what

18   the --

19                   MR. MARCUS:  There's a few separate

20   issues.  The potential of environmental issues involving

21   the site as a whole is one thing.  There's a separate

22   restriction about having people sleeping under freeways,

23   whether it's from fumes or the freeway collapsing in

24   earthquakes, I don't know what it is.  But you can't put

25   residences under freeways.

                                            Page 75

1          THE COURT:  -- people, they're not

2     supposed to be under the freeway, right, it's hazardous.

3          JUDGE BIROTTE:  Right.

4          MR. MARCUS:  Yes.  Yeah.  Correct.

5          THE COURT:  Right.  Well, most of the

6     homeless people when you drive around are under freeways

7     or overpasses for one reason.  They get some shelter

8     from the rain.  So what I'm hearing is they -- it's

9     harmful on this site at 16th and Maple to have human

10    beings living under the freeway.  It's harmful to park

11    recreational vehicles in this location, but yet

12    throughout the cities, that's what they're doing.  And

13    so if that's the case, why is that --

14          MS. WEITZMAN:  It would be better if the

15    city and county --

16          THE COURT:  It's occurring because you

17    don't have enough housing.  It's just as simple as that.

18    I mean, just bottom line.  If you have the housing, and

19    I -- about what the quality of that housing is, this

20    problem gets resolved.  And by the way -- would probably

21    get resolved -- trust me you have hours.

22          So if we get housing, these properties

23    seem to be manageable and dissipate both in terms of the

24    belongings and public health.  It's just as simple as

25    that.  And there doesn't seem to be the -- although I

Page 76

1    think that there's commitment now -- the council and the

2    county to get this done, and that's -- it's never going

3    to come again.  This is it.

4              So if you were to pick a site, there's

5    another site that we agreed to out by MacArthur Park.

6    I'd only call that 8th Street.  I've got some pictures I

7    can email you.  But that size lot is in Gil Cedillo's

8    district.  The Los Angeles site is in Huizar's district.

9    I don't feel comfortable with a pledge to go to each

10   district to get their commitment out of any of this

11   today without having Gil Cedillo involved because he's

12   done so much out in his district.  And that's the kind

13   of, I hope, personalization we hope to bring to the

14   table so that our district council people are on board.

15             So I'm going to take out the -- I'm going

16   to take out the 8th Street site for just a moment and

17   talk about Los Angeles.  The problem is that even if you

18   have a sixth -- but why with the number of people and

19   the inadequacy you pointed out are we limiting ourself

20   to a site for the 16 vehicles it accommodates now when

21   we probably have more vehicles out there in the

22   immediate area?

23             So what we're doing is just the bare

24   minimum to get the 16 vehicles to be kept off the

25   street, which might solve it today.  Why don't we

Page 77

1    take -- shelters, I think there were only -- able to get

2    like 50 of them in the country at the time.  Why aren't

3    we taking those homes and talking about putting them on

4    a Los Angeles lot?  It's closer to your services

5    downtown, right?

6                    On the recreational vehicles, why don't

7    we leave them there for the time being because they

8    self-selected because they didn't have room in the

9    parks, and developing and seeing if we can get that 16th

10   and Maple -- now it's coming back to me, and I respect

11   this because -- yeah, somebody tell me, since you know

12   this, where -- safe parking places.  This isn't the

13   place.  Where are they?  You know your city.  Where

14   is -- self-park, right beside a freeway.  You have made

15   more permits than you can possibly imagine, put the

16   homeless right beside the freeway.

17                   So now I'm hearing -- Marcus no

18   disrespect, I'm hearing that this is not a safe place,

19   and I agree with it.  But our homeless are getting

20   committed into locations by the freeways -- so if you

21   waiving them, why aren't you waiving it -- 16th and

22   Maple.  I don't get it.

23                   MR. MARCUS:  Your Honor, I'm not familiar

24   with --

25                   THE COURT:  Yeah, I want you to become

                                                      Page 78

1    familiar with it.

2                    MR. MARCUS:  -- if there's any difference

3    between being near a freeway and being under a freeway.

4    There's a big difference.

5                    THE COURT:  Oh.

6                    MR. MARCUS:  Big, big difference.

7                    THE COURT:  Then, what would your

8    response to the person -- this freeway?

9                    MS. MITCHELL:  Under the freeway --

10                   THE COURT:  We can't hear you.

11                   MS. MITCHELL:  Thank you, Your Honor.

12   Under the freeway -- and so we are still concerned about

13   people being under the freeway throughout Los Angeles.

14   We could say that they all need to be cleared out, all

15   of them.

16                   THE COURT:  Listen to the argument for

17   just a moment on both your sides.  If you asked The

18   Court to clear for public health reasons under the

19   freeway, let's just say Judge Birotte, Judge Carter,

20   Judge Gutierrez, Judge Carney, name the lot -- motion

21   whether -- they're going to go right into your

22   residential areas just like they did when we had 800

23   people walking away from the river in Anaheim.

24                   Let me walk through this scenario for a

25   moment.  When you start asking The Court to do things

                                                  Page 79

```
1    because we might just say for public health reasons

2    there is no reason for people after this discussion to

3    be under any freeway, and that's where they all are.

4                    And now your folks are getting scattered.

5    They go to the residential areas, Marcus, where your

6    constituents are beside themselves because they spotted

7    a homeless person and they didn't like driving by and

8    seeing them, and now they're camping in their backyard.

9    Now, that's exactly what happened.

10                   We went through 11 camps.  I lost count.

11   We've been through kind of 11 different, from the

12   railroads on down the -- encampments at minimum of 100

13   or more.  And unless we've got some place to put them,

14   that's exactly where these folks are going to go because

15   they've got nowhere else to go.

16                   So do you want us -- does somebody want

17   to -- freeways underneath?  I don't hear anybody.  Do

18   you, Andre?

19                   JUDGE BIROTTE:  No.

20                   THE COURT:  Nope.  So what we've got here

21   is we've got the status quo.  We've got people --

22   underneath the freeway -- from what I hear is -- public

23   health concern.  Because quite frankly there's another

24   problem in play, and that is it's going to scatter them

25   up in those -- areas if we break up those encampments.
```

1    So what's the answer?  It's continuing housing.  It's as

2    simple as that.

3                    Now, we're going to -- long-term support,

4    positional quality -- space, I get that.  You heard Dr.

5    Sherin, and that is, we've got to get these folks into

6    something, okay, to begin with, to build anything in the

7    future.  How bold is the commitment?  I'll say it again.

8    We've got -- I perceive and maybe -- it calls for a

9    FEMA-like response.  And it's been out in front two

10   years saying that.

11                   Why would the Federal Court be nipping at

12   his -- for that type of commitment?  Just call him

13   sometime.  He's working night and day.  So I don't mean

14   to say there won't be disagreements with The Court or

15   motions in the future, but that seems to be along with

16   the -- the very commitment we need, that we should have

17   had in the past involving the same people in the past.

18   It doesn't make any difference.  It makes no difference.

19   How are we going to get this housing?

20                   And then I'm hearing, hey Judge, this is

21   small -- no, it's not.  You get the recreational

22   vehicles going, and I can name a whole bunch of --

23   right, Michele -- pre-safe parking, okay -- just because

24   we found one recreational lot.  So I still don't get --

25   is useful.  And if it's not usable, then why can't we

                                                        Page 81

```
1    let the 16 vehicles in the 16 spaces we've got right now

2    and use the Los Angeles right now so we can use these

3    tents to get them out.  Could we do that?  Can we get

4    that --

5                    MR. UMHOFER:  I suppose that the question

6    is probably -- what would we process -- determination

7    based on this report that there's potential problems.

8    What would be the process of coming, obtaining a

9    variance, what would be -- what would make this site

10   possible despite --

11                   MR. MARCUS:  And that's what we're

12   working on --

13                   THE COURT:  Yes.  See, here's the

14   problem.  I believe that.  I think we're working.

15   What's frustrating me and causing me to roar is that

16   we're working on it.  Because your office has gotten so

17   big that quite frankly any time it gets into your

18   office -- it's in my office, it's in my stack of papers.

19   I will get --

20                   MR. MARCUS:  Your Honor, just --

21                   THE COURT:  No, no, hold on, Marcus.

22   You're not -- counsel, and that's not the intention by

23   people who have been in this -- it's just what we are.

24   We've got to cut that real-time, into real-time.  We've

25   got to cut that logistics line and get those full
```

Page 82

```
 1   support -- like that.  And that's -- with all the drama
 2   last time, hey, well, why can't we get it done today.
 3   Well, why can't we get it done today.
 4              It was supposed to go over to health
 5   hazard or somebody else.  Why don't we have that -- why
 6   am I waiting 10 days for this?  And if we don't have a
 7   lot for 16 vehicles, if they want to -- by the way, they
 8   can't move now.  Until I talk to -- this park isn't
 9   pressing for any movement because her process is the
10   homeless may be better off with self-selection of
11   recreational vehicles and tents.  We need to pay respect
12   to that.
13              And maybe we're not moving people right
14   now -- that makes -- maybe we take some of these -- you
15   need time for that.  We're not doing that today.  But
16   for God's sakes, the logistics line is so long that it
17   kind of throws together this bureaucratic whirlwind that
18   the next person's going to do something.  So, Marcus,
19   now I'm back to you.  That's my frustration.  And it's
20   not with you.  It's just --
21              MR. MARCUS:  And I share that
22   frustration, as does many people within the city.
23              THE COURT:  Can you and Mike help me cut
24   that?
25              MR. MARCUS:  Well, we don't have the
```

Page 83

1    ability to disobey state law.

2                    THE COURT:  -- yeah, we do by agreement.

3    Let me say that again.  Yeah, we do by agreement.  And

4    I'll cover for you on that.  In other words, if I have

5    the power right now and you all agree, I'd say move your

6    16 vehicles to that underpass at your first opportunity,

7    okay.  Listen, when I say let's put up 50 tents also --

8    Los Angeles piece of property when it comes to the

9    fellow court -- I'll take blame for that -- I'll take

10   the blame for it.  Judge, you violated state law, okay.

11   But it's to your benefit and you agree to that, then I'm

12   the one taking the risk, right?

13                   MS. MILLER:  Your Honor, can I just say

14   the city stands ready to set up the safe parking program

15   at the 749 South Los Angeles site because there's no

16   environmental issues.  We own the site.  It's owned by

17   Department of Water and Power.  So we stand ready to do

18   that if that is something that's agreeable with the

19   other court.

20                   THE COURT:  The Los Angeles site.  That's

21   for safe parking.

22                   MS. MILLER:  Right.

23                   THE COURT:  I love it.  First of all,

24   thank you.

25                   MS. MILLER:  On a voluntary basis.  We

                                                    Page 84

1    would never clear out the RVs.

2                    THE COURT:  Yeah.

3                    MS. MILLER:  We would never say you have

4    to come here.  We would make it available if people

5    wanted to use it.  And if they didn't want to use it, I

6    think that's a great opportunity to talk about whether

7    or not it could be a place for the pallet shelters as

8    you mentioned.

9                    THE COURT:  Then, could we do this.  If

10   and when it's safe -- could we move the recreational

11   vehicles there, but still work on the 16th and Maple?

12   Because if we can use both sides, frankly the folks are

13   better off closer to facilities on the Los Angeles site

14   than they are in the recreational vehicles because

15   they're more independent recreational vehicles down

16   here.  They've got something with them.  The folks

17   living underneath that freeway don't have a thing with

18   them.

19                    MS. MILLER:  Okay.

20                    THE COURT:  And if you -- I'll go over

21   tomorrow.  I mean -- they're not kidding.  I mean, if

22   you want to take -- we'll take a little walk -- they

23   don't -- this city absolutely has the best opportunity.

24   We have housing to get rid of all of these problems that

25   are taking -- time, trash in the city, however you view

                                              Page 85

1    that, and the city is going to spend hundreds of

2    millions of dollars more when we don't have it, for the

3    money we spent now -- by the way, there's a lot of

4    dedicated funds.

5                    There's a lot of dedicated funds that

6    aren't going to hurt.  Carol, I wish you were still

7    there.  Is she back?  That aren't going to hurt if we

8    perceive to take away from people who are coming out.

9    Carol pointed out to me there's a billion dollars --

10   state.  And Carol, thank you for coming back.  Carol?

11   Carol?

12                   MS. SOBEL:  Yes, I'm here.

13                   THE COURT:  Carol, do we have 100 billion

14   dollars -- a billion dollars up in the state some place?

15   I was just singing your praises about the fact that

16   trying to unlock this money, quite frankly that was

17   dedicated to homeless people that quite frankly they

18   don't take away from the general proffers and the -- in

19   the city right now.  This is money that was supposed to

20   spent for homeless.  Could you explain --

21                   MS. SOBEL:  Exactly.  Mental health

22   services act money.  It is a renewable source of money

23   because it's built on the millionaire's tax.  Although

24   given COVID-19 there are probably fewer millionaires in

25   California.  But it is -- the county has not spent it.

                                              Page 86

```
1    I know that they plan to spend some now, but with almost

2    a billion dollars, if not more at this point, they could

3    take even, you know, half of that for now.

4              It would require a legislative change to

5    allow them to spend it in a way that actually gets

6    people with mental health issues more directly into

7    housing and pay for the housing.  Right now it only pays

8    for the services, but it clearly needs to change.

9              So I think that that would be an easy

10   legislative fix, even as a one-time thing.  And as I

11   said, it is a renewable source of money.  It isn't

12   additional taxes on people, and it would make an

13   incredible difference.

14             THE COURT:  Yeah, thank you.  Carol

15   shared that with me and educated me about that.  I

16   wasn't aware of it.  But that's dedicated money that

17   doesn't detract from the present crisis that the city's

18   in.  So, Andre, where do we go from here?  It would seem

19   to me that it's -- in a formal agreement if we literally

20   have -- representation that when we lift the

21   restrictions we can initially use the Los Angeles site

22   for recreational vehicles to begin with.  So if you need

23   more time --

24             MR. MARCUS:  You're talking about the

25   site on Los Angeles?
```

Veritext Legal Solutions
866 299-5127

```
 1                    THE COURT:  Yeah, Los Angeles Street.

 2                    MR. MARCUS:  Yeah.  We're trying to set

 3       that up as quickly as we can.

 4                    MS. MYERS:  Great, Your Honor.

 5                    THE COURT:  Right.  And then can we do

 6       this?  Can we then look at that 16th and Maple about

 7       moving the vehicles over there and maybe pallets -- you

 8       want the folks to be out from underneath the freeway,

 9       going to this initial site -- on Los Angeles.  In other

10       words, you want the trailers to be made for the time

11       being.  You want to give the folks underneath the

12       freeway an option because they would move tomorrow --

13       and are you -- or do you want to use the -- because by

14       the way -- if you had a space right now, they'll

15       actually --

16                    MS. MYERS:  The folks who are currently

17       living in the underpass at the 16th and Maple site.

18                    THE COURT:  Yeah -- we're poisoning them

19       because they're living under -- underpass like all the

20       homeless in the city.

21                    MS. MYERS:  That is happening, yes.

22                    THE COURT:  Okay.  So all I'm saying is

23       be careful what you bring to The Court.  I mean --

24       litigation because there could be ramifications where

25       you come into court and say on 16th and Maple underneath
```

                                                      Page 88

1    the overpass it is unhealthy, and then their argument

2    would be -- why isn't every underpass being cleared.

3    And then watch what happens on the city side, the county

4    side when all these folks underneath your underpasses go

5    out to your residential area, watch the backlash of your

6    citizens because that -- from Santa Ana.  Okay.  So why

7    don't we summarize --

8                  JUDGE BIROTTE:  It sounds like there's an

9    agreement a little bit.  I mean, so -- well, yeah, it

10   sounds like there's an agreement.  There's some things

11   that I want to follow up maybe with Carol and Joann [ph]

12   and Scott maybe later.  But it sounds like at least as

13   it relates to the site we have an agreement.

14                  MS. MARTINEZ:  So the agreement is for

15   Los Angeles Street to -- is it RV vehicles, or is it --

16   the pop-up homes, the pallet homes.

17                  MS. MILLER:  We're willing for it to be

18   for either.  The issue we were trying to address was the

19   fact that there were RVs there.  That's what I

20   understood to be the issue from last week.  And so the

21   conversations we've had with our departments to date has

22   been around RV safe parking.

23                  MS. MARTINEZ:  So if the plaintiffs agree

24   to keep those that are currently on 16th and Maple as

25   is, status quo, and then utilize the Los Angeles site

                                                    Page 89

```
 1    for the pop-up -- the pallet homes for the Los Angeles

 2    site, would you guys be okay with that?

 3                    MS. MILLER:  We'd be willing to explore

 4    it.  That's not the conversation --

 5                    MS. MARTINEZ:  Okay -- clear because the

 6    Judge --

 7                    MS. MILLER:  But we can bring that back.

 8                    MS. MARTINEZ:  There are an additional 16

 9    RVs at the Los Angeles site is what you guys are willing

10    to accommodate.  But you're willing to explore the pop-

11    up --

12                    THE COURT:  I'm not --

13                    MS. MARTINEZ:  Okay.

14                    THE COURT:  I -- in this room we can make

15    a decision in real-time.  And so if you need to make a

16    phone call, that's great.  Explore means another week,

17    another month, that's what has to stop, no -- and I'm

18    not the type -- sitting down here on a small decision

19    like this, nor Kathryn's time, but these decisions have

20    to be made --

21                    MS. MILLER:  Yeah.  So the decision we

22    were asked to come back with was on safe parking.  So

23    that's what we came back with.  So that's what we would

24    let -- if we're all in agreement on moving forward with

25    that, we'd love to go ahead and execute on that.
```

Veritext Legal Solutions
866 299-5127

1              MS. MARTINEZ:  So, Shayla, are you okay

2    with adding additional safe parking spaces on the Los

3    Angeles site and moving, and having a different

4    conversation later on about the --

5              MS. MYERS:  Sure.

6              MS. MARTINEZ:  Fantastic.  Alliance?

7              MS. MITCHELL:  I have a question.

8              MS. MARTINEZ:  Okay.

9              MS. MITCHELL:  Because the issue that we

10   were coming up against last week was the SB211, and the

11   concern about having a setback and enough setback for

12   the pallet shelter underneath the freeway.  And so my --

13   and that's not our objective -- I want to be very clear.

14   If we can still utilize the 16th and Maple location,

15   which I think we should be able to, just by -- that

16   location is already paved.  We were just there this

17   morning.  There were some cracks, but if you just re-

18   pave that -- that would take care of virtually all of

19   these -- we can get that done and we can get that done

20   quickly.

21              THE COURT:  Yeah.

22              MS. MITCHELL:  And that way we can put

23   RVs and cars there and put the pallet shelters in Los

24   Angeles.  And I understand that we want something done

25   today, and so you're fine with that -- the RVs on the

                                                   Page 91

```
 1    Los Angeles side.  That's fine --

 2                  THE COURT:  -- let me --

 3                  MS. MARTINEZ:  So what would this

 4    timeline look like?  I'm about -- I'm about timelines.

 5    So if that is your position, and if we were to -- and

 6    the City of Los Angeles agreed to that, what would be

 7    the timeline, 15 days, 30 days, 90 days, 120 days?

 8                  THE COURT:  Why isn't this just a phone

 9    call?  Now, hold on.  I don't think -- let me give you a

10    perfect scenario.  It comes from Judge Birotte.  The

11    perfect scenario is that the recreational vehicles along

12    16th probably have some kind of small community going.

13                  MS. MARTINEZ:  Yes.

14                  THE COURT:  In a perfect scenario from

15    their standpoint you probably get a lot of compliance if

16    they were moved to 16th and Maple.  It's one lot.  It's

17    a block and a half or two blocks away.  And you know

18    what you wouldn't get somebody saying, well, I'm not

19    going -- and all that.  You'd probably get people --

20    it's fenced for goodness sake.  And the Los Angeles

21    Street we could get pop-ups, and we could get people out

22    from underneath the freeway.  So we really got two

23    things going.

24                  You've got your recreational vehicle

25    people who will already be housed, moving a short
```

Page 92

```
 1    distance away to a gated area.  You've got your people

 2    underneath the freeway or wherever they chose in that

 3    area, out from underneath that freeway and over to the

 4    pop-up tent.  And it just -- from my standpoint should

 5    require a phone call.

 6                  MS. MILLER:  Your Honor, I would appeal

 7    to The Court that we handle the 16th and Maple and the

 8    safe parking as two different matters, mainly because we

 9    don't have enough information on the 16th and Maple site

10    to move forward.

11                  What we do know is that we have site

12    control of 749 South Los Angeles, and so I would love if

13    we could move forward with this opportunity while we

14    gather the information we need for 16th and Maple and do

15    whatever is appropriate on that site once we have the

16    information.  If it's safe parking, we'll do both.  If

17    it's flat pallets, we'll do pallets and safe -- we'll do

18    whatever makes sense, but I really think we could --

19                  MS. MARTINEZ:  -- answer in the next 15

20    days.

21                  THE COURT:  Not that long --

22                  MS. MARTINEZ:  -- and take initial steps

23    to --

24                  THE COURT:  Can we leave the recreational

25    vehicles where they are right now?  And then can we get
```

Page 93

```
 1    the Los Angeles site for the pop-up tents now?  Can we

 2    get the people out from underneath the freeway?  That

 3    way, Christina, we can utilize the tents that we got

 4    that aren't even being used right now.

 5                   And if you got the Los Angeles site,

 6    you've got -- still in the same place without moving

 7    them.  It's on 16th.  So we're not -- all that nonsense.

 8    And we've got 50 more people or 100 more people off the

 9    street right now.  That's a tremendous accomplishment.

10    And -- Christina needs some time to check with whomever.

11    I don't want to -- decision like this for goodness sake.

12    Maybe -- or somebody out there, a phone call away, but

13    that's the real-time they need.  Can we just place the

14    phone call and get a yes or no?  Because we need to

15    discuss with somebody, and it's -- she told me the

16    sites --

17                   MR. MARCUS:  It is, but there's --

18                   THE COURT:  Then why don't we put people

19    there?  Because that way we've got 50 extra people kept

20    off the street.

21                   MR. MARCUS:  Because, again, there are

22    state laws and restrictions that require us to go

23    through certain -- that we have to make sure it is

24    appropriate to put the housing on and not just an RV on.

25    Those are restrictions that have not been waived under
```

Page 94

```
 1    the governor's emergency orders.  So we still have to
 2    follow state law.
 3                    JUDGE BIROTTE:  You're saying -- are you
 4    certain of that?  In other words, is there some research
 5    that leads you to believe that putting pallets there
 6    might raise an issue?
 7                    MR. MARCUS:  It's based on my experience
 8    at 16th and Maple.  And what happened at 16th and Maple
 9    is when these issues got raised, the solution for that
10    issue is a different solution if we're only putting RV
11    safe parking there versus if we're putting the pallet
12    structures there.
13                    JUDGE BIROTTE:  Okay.  But we don't know
14    that for certain, right?
15                    MS. MILLER:  Right.
16                    JUDGE BIROTTE:  On the lot --
17                    MR. MARCUS:  Correct.
18                    MS. MILLER:  Right.  We'd like to get the
19    information.  If the environmental testing says do not
20    put pallets here, this is only okay for RVs, we will
21    move forward with that solution.  In the meantime, we
22    have a site that we have already vetted to be
23    appropriate for safe RV parking.  And so there's enough
24    RVs out there.  We could probably use both sites for
25    that purpose.
```

Page 95

1              MS. MARTINEZ:  So I guess the point is,

2     is we want to maintain status quo at 16th and Maple

3     until you get a response.  In the meantime, we're going

4     to open the Los Angeles to add more RV vehicles as a

5     safe parking.

6              MS. MILLER:  That -- right.

7              MR. MARCUS:  Yes.

8              MS. MILLER:  It would be available for

9     whoever needs it, yes.

10             MS. MARTINEZ:  Are you guys okay with

11    that?

12             MS. MYERS:  Yes.  The one thing I would

13    say is we would also be okay to say if you can do it as

14    safe parking, great.  If in the next three days you can

15    resolve that you can do it for pallets, even better and

16    also great.  But and defer -- but in five days do one or

17    the other, and that would be great.

18             THE COURT:  And here's the benefit.

19    Every person we can get off the street -- is --

20             MS. MYERS:  Agreed.

21             THE COURT:  And what I'm worried about is

22    that -- such a good job getting these that they're still

23    sitting there.  I mean, as fast as we get those pallets

24    up, they're still sitting there.

25             MS. MYERS:  Yeah.

Veritext Legal Solutions
866 299-5127

1            MS. MARTINEZ:  I think we can do both

2    things.  So as of tomorrow we get pallets and -- Los

3    Angeles.  Is that a fair statement?

4            MS. MILLER:  So two to three weeks is a

5    very aggressive timeline for setting up a safe parking

6    program.  We have to contract with someone to provide

7    the services.  We have to get security.  We have to get

8    the porta-potty.  It's not -- I just -- I mean -- I

9    would defer to --

10           MS. MARTINEZ:  That's why I said 15 days

11   is --

12           MS. MILLER:  Yeah.

13           MS. MARTINEZ:  So you believe you can get

14   this done in 15 days.

15           MS. MARSTON:  It would be really tough to

16   do within 15 days.

17           MS. MILLER:  I would just say, if you

18   want to do it safely, that's how long it would take.  If

19   you want to just open up the lot and say here you go

20   RVs, that's a totally different story.  We could do

21   that.  We could do that today, but that's not --

22           JUDGE BIROTTE:  -- is going to get upset,

23   but we just done it without -- is there potential

24   liability by just opening it up?

25           MR. MARCUS:  At the Los Angeles site?

Veritext Legal Solutions
866 299-5127

```
 1                    JUDGE BIROTTE:  Yeah.

 2                    MR. MARCUS:  No, that's the site that

 3    we're vetting.

 4                    JUDGE BIROTTE:  No, no --

 5                    MR. MARCUS:  We're talking about setting

 6    up the services, putting in a new sewer line, things

 7    like that to support the people who are going to be

 8    living there.

 9                    JUDGE BIROTTE:  Oh, okay.

10                    MS. MILLER:  Security guards, that's what

11    makes it safe.

12                    MR. MARCUS:  If you just want to open up

13    an unfenced parking lot and let people sleep there, I

14    mean, you could do that.  Again, I fear I'm going to get

15    sued by someone who --

16                    JUDGE BIROTTE:  Right.  That's my point.

17    That's what I'm saying.  Are you --

18                    MR. MARCUS:  Yeah.  If we don't have the

19    security, if we don't have the provider resources, then

20    yes, we're opening up the city to more liability.  And

21    that's the whole point of this process is to avoid that

22    liability.  That's why unfortunately it takes time to do

23    it the right way.

24                    JUDGE BIROTTE:  Right.

25                    MR. YOUNG:  I from my own personal -- I'd
```

Page 98

```
1    just be curious to hear kind of what is part of that 15-
2    day process.  So I think we all would benefit from kind
3    of -- what is actually needed to do so we can all
4    appreciate kind of how quickly the time limit is.  I
5    don't know if Christina or Heidi --
6                   MS. MILLER:  I mean, I don't know if you
7    want to --
8                   MS. MARTINEZ:  -- process for safe
9    parking out --
10                  MR. YOUNG:  To set it up and why it's 15
11   days.
12                  MS. MARSTON:  Yeah.  So generally, yeah,
13   in this case we would have the site secured.  So that's
14   done.  We would need to contract the provider to make
15   sure they have services.  So finding the capacity, we
16   would need to contract the security and make sure they
17   get on-site.  Make sure the site's ready with sewer
18   lines and all of the --
19                  MS. MARTINEZ:  Don't you guys have
20   contractors -- and providers?
21                  MS. MARSTON:  We do, but it's site by
22   site.  Our procurement, the way that our procurement is
23   structured requires us to do individual contracts.
24                  MS. MARTINEZ:  Okay, got it.
25                  THE COURT:  And why -- I mean, I love the
```

Page 99

```
 1    fact that we actually -- I love the permanency of that,

 2    whether it's recreational vehicles or people.  But in

 3    the meantime -- how long does that take?  I mean, I

 4    worry about that type of infrastructure, holding up just

 5    getting people into shelter where I could put a couple

 6    toilets down there and get a couple sanitation stations,

 7    which is better than 99 percent.

 8                    And just doing those simple things I

 9    don't want to have a delay.  And then we could move the

10    commodes out and put the sanitation stations back to

11    where -- we're going to -- we used -- in fact, we would

12    take them off of some places that we put them into,

13    right.

14                    MS. MARSTON:  As a frame of reference for

15    normal sites when -- from the time that we award a

16    contract to the time it's set up, we give the providers

17    a 90-day period to get it going.  It can be condensed

18    because we have some of the things solved for already,

19    but they're trying to solve in that 90-day period.  But

20    30 days would be probably the fastest.

21                    MS. MILLER:  Two to three weeks is very

22    aggressive, and we're committed to making that happen.

23                    MS. MARTINEZ:  -- takes 30 days -- wasn't

24    in agreement, but -- so I know it takes 30 days --

25    didn't have to tell me that.  I know.  So that's what it
```

Page 100

```
 1    takes, I know.  So --
 2                 MR. YOUNG:  Just another thing we need to
 3    be considerate of is at the same time this is going on
 4    there is a massive scale-up --
 5                 THE COURT:  I'm sorry.  I can't hear you.
 6                 MR. YOUNG:  There's a massive scale-up,
 7    project -- which requires service providers, too.
 8                 THE COURT:  So.
 9                 MR. YOUNG:  So there is capacity.  So the
10    fact that we're even hearing 15 days, I think it's
11    remarkable, just based on what I'm hearing.  So I
12    just --
13                 MS. MARSTON:  In the last 15 days we put
14    more than 1,000 people in hotels, and we're continuing
15    that phase, so --
16                 THE COURT:  -- one more -- right?
17                 MS. MARSTON:  Yeah.
18                 THE COURT:  Okay.  I also want -- we got
19    50 pop-up tents out there doing nothing.
20                 MS. MARTINEZ:  So, Judge, this area --
21    are we -- we're going remain status quo on 16th and
22    Maple and -- to provide that Los Angeles site with all
23    the resources that it needs to get it up and running.
24    Is that what you're thinking?
25                 MR. MARCUS:  Yes.
```

Page 101

```
 1                    MS. MARTINEZ:  So are we okay with that

 2      process?  It's going to take the 30 days to get this

 3      online.  Are we okay with that?

 4                    MS. MYERS:  Yes.  And I would -- we are

 5      also cognizant of the Project Room Key issue.  And I

 6      think from our perspective we are more concerned about

 7      that in this particular moment is the real crisis that

 8      unhoused people are facing now.  I mean, and I

 9      understand the desire to move both forward, and I really

10      appreciate Your Honors doing that --

11                    THE COURT:  No, no, there's something

12      different about -- Project Room Key necessarily isn't a

13      purchase.  Sometimes it's a lease.

14                    MS. MYERS:  Sure.

15                    THE COURT:  So when that lease runs

16      out -- you see what's being presented here is property

17      already owned --

18                    MS. MYERS:  Sure.

19                    THE COURT:  -- tents already acquired.

20      This represents --

21                    MS. MYERS:  Sure.

22                    THE COURT:  This is like purchasing a

23      hotel.  And so that's why this is so valuable.

24                    MS. MYERS:  Yes.  But my whole point is

25      just if it's -- if we were not in a pandemic and we
```

```
 1    would absolutely be yelling that they should do it in
 2    three days or five days or whatever.  But I would
 3    prefer, and I think it's fair to say we would prefer
 4    that they not divert resources from Project Room Key to
 5    stand this up right now.
 6                    THE COURT:  I agree.
 7                    MS. MARSTON:  Yeah.  Okay.
 8                    THE COURT:  You have to take priority --
 9                    MS. MARSTON:  Yeah.  Okay.
10                    MS. MARTINEZ:  So the agreement is 30
11    days.  We remain status quo on Maple and 16th.  And get
12    through the 30 days -- to get everything operational.
13                    THE COURT:  And you can check with the
14    hazardous -- if that's the case, it's not going to
15    remain status quo on 16th and Maple.  It's remaining
16    status quo on 16th Street.
17                    MS. MARSTON:  Yeah.
18                    THE COURT:  Because they're still parked
19    on 16th Street.  And what we're exploring is 16th and
20    Maple, which you represented you've got enough parking
21    for recreational -- we got to check for hazardous --
22    right?  And so we want them to be open at the same time.
23    And then we can open up more safe parking.
24                    MS. MARTINEZ:  Yes.  That's what they
25    just agreed upon.
```

Page 103

```
 1                    THE COURT:  And also give ourselves the
 2      option, please, of if we can get the 16th and Maple up
 3      operating for recreational vehicles.  If you have the
 4      ability to switch that site if you choose to -- pallet
 5      homes.  Fair enough?  If we have that flexibility, then
 6      that's 50 more people that we didn't have before to 100
 7      people.  So we're dealt with --
 8                    MS. MILLER:  Yeah.  I would also just add
 9      we are continuing to look for additional sites for the
10      pallet shelters.  We're not even waiting on 16th and
11      Maple or this.  We're continuing to look for additional
12      places to place the pallet shelters as well, because we
13      don't want to wait sequentially.  We're pushing multiple
14      streams at the same time.
15                    MS. MARTINEZ:  So we're all on the same
16      page, is it possible for us to get a status update on
17      what's going to happen at 16th and Maple as soon as you
18      all -- the issues in regards to The Court and what those
19      next steps are?  If you can provide that to us in a
20      timely fashion -- look like, if it's a week or two
21      weeks, and then at the same time provide also a status
22      report on your progress in ensuring that safe parking so
23      that we open up in those 30 days.  And give a notice to
24      those, you know, that can move to that site.
25                    MR. MARCUS:  Yes.
```

Page 104

1             THE COURT:  Okay.

2             MS. MARTINEZ:  I would also ask for a

3    status report to give to The Court.

4             THE COURT:  Excellent.  That's just what

5    we need to start breaking -- and hopefully we can get

6    that additional 50 people to 100 people off the street

7    and get those pallets used as we explore 16th and Maple.

8    And then maybe we can -- to that location and get human

9    beings up to Los Angeles Street because they're going to

10   be closer to services also that doesn't get quite -- it

11   doesn't interfere -- then I need to talk to Marcus --

12   because we need to talk to Mike about how we're going to

13   set this up.

14             Because we're going to be going district

15   by district.  This is going to be absolutely

16   backbreaking and -- whether we start with Mike Bonin,

17   Gil Cedillo, Paul, or whoever, this is going to require

18   time.  We have no idea -- the city deserves that time,

19   okay.  Okay.  Andre, I'm going to turn it back to you.

20             JUDGE BIROTTE:  I think I'm done.  I

21   mean, I'll probably have conversations with one or more

22   of you in a couple days.

23             THE COURT:  Carol, are you on the line?

24   I'll turn it back to you for a moment.

25             MS. SOBEL:  Yes.  I'm here.

                                        Page 105

1              THE COURT:  Yeah, I'll turn it back to

2      you.  Because I'm going to conclude it today and get

3      folks back to work because we've got a city out there to

4      negotiate with the county or something.

5              MS. SOBEL:  I'm going to reserve any

6      further comments for the time being.

7              JUDGE BIROTTE:  Shocking, Carol.

8              THE COURT:  Okay.  All of you watch

9      out --

10             MS. SOBEL:  That's right.

11             JUDGE BIROTTE:  The calm before the

12     storm.

13             THE COURT:  Yeah.  Jimmy, do you have

14     anything --

15             JUDGE SMITH:  I'm good.  I'd like to

16     speak with you --

17             THE COURT:  Before we conclude I'm going

18     to do that right now -- Michele, would you join me --

19             MS. MARTINEZ:  Yes.

20             [Judge took a 7-minute recess]

21             THE COURT:  Okay.  Every court needs a

22     trigger date.  So if we were in litigation right now,

23     Judge Birotte and I would always have a trigger date.

24     So we're going to arrange -- if within 48 hours you can

25     get that information about the ability to adapt to my, I

Page 106

```
 1    call it pop-ups, but -- and if I can have an update next
 2    Thursday because I'm not inclined to hold another
 3    general meeting like this.  We're going to start working
 4    simultaneously after we discuss this with you and Mike
 5    and councilmembers.
 6                 So you're going to see us start working
 7    with a lot of different people in this period of time.
 8    But I don't -- all back together if in this setting
 9    unless something occurs.  Is that -- for you, Christina,
10    48 hours?
11                 MS. MILLER:  What we'd like to agree to,
12    sir, is if in 48 hours we can find a site for pallet
13    shelters, we would be happy to bring that back.  We
14    don't want to rob Peter to pay Paul.  Let's leave the RV
15    safe parking program that we are working on, on the
16    South Los Angeles site.  Let's find another lot to put
17    the pallet shelters and continuing to consider 16th and
18    Maple if that is the site that is -- working on as well.
19    We'll work with that.
20                 MS. MARTINEZ:  We want the 48 hours as
21    well -- establish report on the condition of the 16th
22    side from -- perspective, can we keep RVs there, or can
23    we put pallet homes there.  We want an answer in 48
24    hours.
25                 MR. MARCUS:  We can certainly give an
```

```
 1    update in 48 hours.  I don't know that we're going to

 2    have an answer to the testing --

 3                   THE COURT:  Okay.  How long?

 4                   MR. MARCUS:  The testing takes weeks.

 5                   THE COURT:  A week --

 6                   MR. MARCUS:  No, no, weeks, weeks, seven

 7    weeks is the usual amount of time.

 8                   THE COURT:  But we're not in usual times.

 9                   MR. MARCUS:  No, I understand, but again,

10    there are state restrictions that have not been lifted

11    by the governor that we still have to adhere to.

12                   MS. MILLER:  Your Honor, the site used to

13    be a storage for chemicals, right.  So we need to make

14    sure it's safe for people.  That's what we're -- that's

15    what we are trying to do.

16                   MR. MARCUS:  Or else, again, we're

17    opening up the city to more liability.

18                   THE COURT:  So 48 hours is acceptable for

19    your standpoint -- and maybe for the initial --

20                   MS. MILLER:  Right.  Yeah.

21                   THE COURT:  So we're all agreed on Los

22    Angeles -- hopefully we got the adaptability to use it

23    eventually for a pallet site -- on 16th -- so we're

24    going to move, Marcus, in some timeframe on this 16th

25    and Maple to find out its usability.
```

1                    MR. MARCUS:  Yes.  We're not backing off

2       the site.

3                    THE COURT:  No, I understand.

4                    MR. MARCUS:  And I can update The Court

5       as we proceed with it.  We can certainly keep The Court

6       and the parties updated.

7                    THE COURT:  Okay.

8                    MS. MARTINEZ:  I think the plaintiffs

9       want the status report.  Am I correct?  So on a weekly

10      basis can you try to keep us informed in real-time --

11                   MR. MARCUS:  Yes.

12                   THE COURT:  Okay -- okay.  Now, if we're

13      working with each councilperson -- are you assembling

14      or --

15                   MR. UMHOFER:  Your Honor, my sense is

16      that there's going to be -- whatever -- and then I think

17      it makes sense starting with an overall structure and

18      then descending in the details of --

19                   THE COURT:  Okay.  But I want to start

20      talking to some of the council people specifically about

21      what safe parking -- if they've got an expansion or how

22      much -- what's their need.  How would that look in terms

23      of gee, I want to go, but I don't want to go.  And how

24      that would work in terms of the -- what does that mean.

25      Does it mean eventually -- I mean, we went through that

                                                    Page 109

```
 1    discussion with Carol.  It was really an educational

 2    process.  So I've got to have some time to where we make

 3    a mistake, to back up and get it right.  Because we're

 4    all on a jury here, and the courts don't have the

 5    answer.  We've got to learn with you.

 6                    So we're going to start, probably I would

 7    say -- I've got a Friday meeting with -- the city.  I

 8    want to be starting as early as Monday or even the

 9    weekend with some of these folks, talking to them

10    formally.  Maybe the best thing I can do is start

11    talking to some of the council people formally, one on

12    one again.  How do we get to the beginning of what your

13    thoughts are --

14                    MR. UMHOFER:  And we can -- we'll circle

15    up and do that before the --

16                    THE COURT:  And the -- one size doesn't

17    fit all.  So if there's eventually an agreement

18    citywide, it's got to be extraordinary --

19                    MR. UMHOFER:  Yes.

20                    THE COURT:  Unfortunately extraordinarily

21    involved.  And then it's district by district

22    implementation because, trust me -- assistant doesn't

23    like anything less -- you will never get a settlement if

24    it's by -- number two, you've got to treat these

25    districts like separate cities almost.  Because
```

Page 110

```
 1    otherwise you're never going to have them agree.
 2    They're just -- it's a wonderful mosaic -- and in
 3    recognizing that your local council people really do --
 4    we've got to pay attention.
 5              So this may not look anything like --
 6    district or it looks like Marqueece's district.  So
 7    there should be a lot of you performing here, do you
 8    understand that, to move this forward.  And that's why
 9    this is -- this is just too big.  But you could have --
10    district by district.  I didn't -- you get three or four
11    federal judges involved -- this doesn't have to be
12    just -- you get a lot of people involved in this.
13              So I think we'll try to change our
14    perspective and get out in front.  Because you're going
15    to come to us anyway.  Do you understand that?  You're
16    going to come back to our court for litigation unless
17    we're somewhat active and give you some points on the
18    front side.  And that's tipping it over.  That's a
19    different way of --
20              MS. MILLER:  Your Honor, if I may, to
21    your point about each district being different and the
22    homeless numbers are different in each one, I would just
23    urge The Court to really think about using the data that
24    we have through the Los Angeles Homeless Services
25    Authority to drive any decision making around right
```

```
 1    sizing the interventions for each district.  Because
 2    we --
 3                    THE COURT:  -- I agree with you --
 4                    MS. MARTINEZ:  It can be -- district.
 5                    MS. MILLER:  That's right.  And just --
 6                    MS. MARTINEZ:  -- the one thing that I
 7    want -- there's a difference between theory and
 8    practical, right.
 9                    MS. MILLER:  Yeah.
10                    MS. MARTINEZ:  And elected officials want
11    practical.  The area -- sometimes that's -- down to
12    natural -- and we understand -- I think it's going to
13    be imperative to look at that, but more importantly on
14    the plaintiff's side, your guys -- coming together and
15    formalizing your framework to then work with all of us,
16    with The Court and the district council issues.  So I
17    think you guys have some work to do.  And you guys are
18    going to have disagreements, right, obviously.  So I
19    think it's important for you all to schedule some time
20    to figure out some of your key points and how we're
21    going to move forward to ultimately moving toward the
22    settlement --
23                    MS. MILLER:  And, Counsels, if I could
24    just clarify.  I'm not saying theoretical data.  I mean,
25    there's hundreds of programs, nonprofits that their
```

Page 112

1    information is in the homeless management information

2    system.  They know how to make contacts with people,

3    their housing status, demographics, so very much on the

4    ground practical data.  Yeah.

5                    MR. UMHOFER:  The only other thing I'd

6    mention, we obviously did something wonderful for the

7    city this morning, and the other big player here

8    obviously is the county.  We'd obviously like the county

9    to be involved with some discussions --

10                   MR. YOUNG:  Of course.  Of course.

11                   MR. UMHOFER:  I know that you guys are on

12   a different schedule.

13                   MR. YOUNG:  Right.

14                   MR. UMHOFER:  But we're prepared to work

15   with county on this.

16                   THE COURT:  I think the city would

17   appreciate very much knowing that the county is --

18                   MS. MARTINEZ:  Well, I had Andre --

19                   JUDGE BIROTTE:  Both sides need each

20   other.

21                   MS. MARTINEZ:  Yes.

22                   JUDGE BIROTTE:  And there are resources

23   that are available that only the county can provide.  So

24   it makes sense for them to be in the room together.

25                   MR. MARCUS:  I would go as far to say the

Veritext Legal Solutions
866 299-5127

```
 1    county is a necessary party to --

 2                  JUDGE BIROTTE:  Right, yeah.

 3                  MR. MARCUS:  -- any settlement that the

 4    city's going to be a part of because we have our part to

 5    do, and the county has its part to do.  And we need to

 6    make sure that we're in sync.

 7                  JUDGE BIROTTE:  Right.

 8                  MR. MARCUS:  That we're building things

 9    that they can provide services for.

10                  MS. MARTINEZ:  So when we met with the

11    county they provided presentation.  We made it very

12    clear that we cannot scale the City of Los Angeles

13    homeless problem without the county being in the

14    forefront and leading this effort with -- to provide the

15    services that are needed in each of the council

16    districts.  So we made that very clear to not only the

17    county staff and the council, but also to each

18    supervisor that we've spoken to.  So I think we're in

19    alignment.

20                  MR. MARCUS:  Agrees, yes.

21                  MS. MARTINEZ:  We cannot solve LA's

22    problem without the county getting onboard.

23                  MR. MARCUS:  Agreed.

24                  THE COURT:  And how they do once again

25    gets very interesting.  Are they going to follow the
```

1    model of the Los Angeles City Council just -- we'll lead

2    with that.

3                 MR. YOUNG:  Yeah.  There's -- we are here

4    to seek a resolution, try to be as productive and

5    cooperative --

6                 THE COURT:  We need the structure, and

7    once again the county is so large.  So I'll just leave

8    it on the table.  You're really a good attorney.  I'm

9    kind of waiting.

10                MR. YOUNG:  Understood.

11                THE COURT:  Okay.

12                MS. MARTINEZ:  And the reality is, to

13   help the City of Los Angeles, the county has to step up

14   to help the independent cities, the other eight, seven

15   cities in the county, right.  That is what you need --

16   you cannot have, you know, just the City of LA scale --

17   solve its problem and the rest of the cities not step

18   up, right.  That's important.  The only way that's going

19   to happen is with the County of Los Angeles as the board

20   supervisors represent a lot of those cities.

21                MR. MARCUS:  Well, but it's also going to

22   require those cities themselves to do things that the

23   county may or may not be in a position to order them to

24   do, which is why they may become necessary parties to an

25   agreement as well.  And we saw from Whittier that

1    there's some --

2                    MS. MARTINEZ:  And as you know, we met

3    with Whittier and Bellflower to -- so we knew that early

4    on and why we were able to bring those other cities

5    onboard.

6                    THE COURT:  There are other cities

7    sitting there waiting that are literally too small, with

8    too small a budget with a homeless problem.  And next

9    door is another small city with a homeless problem.  But

10   those smaller cities don't have the finances to build up

11   a shelter and then get providers.

12                   So the problem becomes what you heard

13   today.  Four cities get together, but one city decides

14   to take the shelter.  The other three cities are very

15   happy about that.  The one city who stepped down is

16   responsible to take the shelter -- the constituents say

17   why are you taking our shelter.

18                   Well, it's hard for your councilperson

19   then to explain to their constituents in that one city

20   why they took the shelter from three other cities.  It's

21   because they needed the money and they decided fairly

22   that was it.  But I promise you there are numerous

23   cities out there not only ready to sell it, to get it

24   together if they have the financing.

25                   And that's what happened with the

                                              Page 116

```
1    governor with the big revenue cities that are at the

2    table -- but your local cities are more apt to solve

3    this homeless problem and more willing to do so

4    actually.  They just don't have enough financing to do

5    it.  So you've got readymade capability here on the

6    county's side willing to step up.  And you're kind of

7    waiting till next Tuesday --

8              MR. YOUNG:  And if I may, this is -- I

9    completely agree.  And this is a crucial part of any

10   settlement because there are supervisors that don't

11   really represent the City of Los Angeles that are going

12   to have to work, you know, work and deal with these

13   issues.  And our concern is, you know, with each city.

14   And that is where our view is.  And we're hopeful that

15   in working with the City of Los Angeles and the

16   plaintiffs here, perhaps there's a template.

17             THE COURT:  Well, you've got no reason to

18   delay as far as the county is concerned.

19             MR. YOUNG:  That -- right.

20             THE COURT:  -- property -- the County of

21   Orange and a huge section of Orange County -- quite

22   frankly, and that was a tremendous -- so there's no

23   reason --

24             MR. YOUNG:  That is correct, yeah.

25   There's no disagreement.
```

```
 1                    THE COURT:  Okay -- yeah.
 2                    MS. MITCHELL:  On the status reports, so
 3     we would ask for a status report by both the city and
 4     the county on a weekly basis on the numbers of people
 5     not only on the pop-up shelters, on the RVs, but also on
 6     the numbers of people we have in hotels, what the end
 7     dates, if any -- and leases --
 8                    THE COURT:  Well, can you --
 9                    MS. MITCHELL:  Sure.  Sure.
10                    THE COURT:  Because I really want to get
11     together with Marcus and Mike.
12                    MS. MARTINEZ:  And we'll get those to
13     you.
14                    THE COURT:  Yeah.  Okay.  And let me see
15     whether I want to incorporate that.  Right now I would
16     think that there's no use for us to get together -- next
17     week, but some of us may be getting together as early as
18     next week maybe a couple hours just to figure that out.
19     Because I really want to talk to Mike and see what his
20     thoughts are, okay.  I also want to continue to talk to
21     the council people individually -- really concerned, not
22     about -- I'm concerned about the -- times a crisis -- I
23     think we should be honored.  And quite frankly some of
24     the -- I know -- I'm happy to take the hit on some of
25     this to get it done.  There's just too many people out
```

Page 118

1    there -- because we have so much entangled over the

2    years, maybe this is the chance --

3                    MS. MITCHELL:  And, Your Honor, during

4    emergencies there are broad -- discretionary actions --

5                    THE COURT:  I'm not worried about that.

6    Trust me.  At my age -- two years to ten years --

7                    MR. MARCUS:  Thank you.

8                    THE COURT:  Yeah.  I'm happy to make that

9    decision.  I'm happy to let the state come and complain

10   to me.  Trust me, they won't as long as we're getting

11   people off the street.

12                   MS. MITCHELL:  That's right.

13                   THE COURT:  -- is helpful to come down

14   here -- about that.  So I'm happy to assume that

15   responsibility.  I know, Marcus, that would give you a

16   heart attack, and that's fine.  I'm not --

17                   MR. MARCUS:  Again, I can't open the city

18   to liability for people not in this room suing under

19   state law.

20                   THE COURT:  They can if I order it --

21   blame it on the judge.  All right.

22                   MS. MITCHELL:  Thank you, Your Honor.

23                   MR. MARCUS:  Thank you.

24                   THE COURT:  -- settlement -- thank you,

25   very much.

                                            Page 119

```
 1                    COURT REPORTER:  The time is 12:55 p.m.

 2    We are off the record.

 3                    (Whereupon, at 12:55 p.m., the proceeding

 4                    was concluded.)

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

```
 1              CERTIFICATE OF NOTARY PUBLIC

 2         I, AUSTIN CHE, the officer before whom the

 3   foregoing proceedings were taken, do hereby certify that

 4   any witness(es) in the foregoing proceedings, prior to

 5   testifying, were duly sworn; that the proceedings were

 6   recorded by me and thereafter reduced to typewriting by

 7   a qualified transcriptionist; that said digital audio

 8   recording of said proceedings are a true and accurate

 9   record to the best of my knowledge, skills, and ability;

10   that I am neither counsel for, related to, nor employed

11   by any of the parties to the action in which this was

12   taken; and, further, that I am not a relative or

13   employee of any counsel or attorney employed by the

14   parties hereto, nor financially or otherwise interested

15   in the outcome of this action.

16

17

18

19

20         AUSTIN CHE

21         Notary Public in and for the

22         State of California

23

24

25

                                              Page 121
```

```
 1              CERTIFICATE OF TRANSCRIBER

 2          I, LORIE COOK, do hereby certify that this

 3   transcript was prepared from the digital audio recording

 4   of the foregoing proceeding, that said transcript is a

 5   true and accurate record of the proceedings to the best

 6   of my knowledge, skills, and ability; that I am neither

 7   counsel for, related to, nor employed by any of the

 8   parties to the action in which this was taken; and,

 9   further, that I am not a relative or employee of any

10   counsel or attorney employed by the parties hereto, nor

11   financially or otherwise interested in the outcome of

12   this action.

13

14

15

16

17

18                 LORIE A. Cook

19              LORIE COOK

20

21

22

23

24

25

                                              Page  122
```

[& - act]

| & | | | 9 |
|---|---|---|---|
| **&**   2:4,12 | 91:14 92:12,16 | 100:23,24 102:2 | **90**   92:7 100:17,19 |
| **1** | 93:7,9,14 94:7 | 103:10,12 104:23 | **90012**   2:22 |
| **1,000**   101:14 | 95:8,8 96:2 | **300**   15:11 | **90013**   1:17 |
| **1,200**   37:20 | 101:21 103:11,15 | **310**   2:16 | **90017**   2:6 |
| **1,500**   71:25 | 103:16,19,19 | **312-4181**   2:16 | **90064**   2:14 |
| **10**   26:4 51:11 72:2 | 104:2,10,17 105:7 | **32,000**   19:14 | **92705**   3:6 |
| 72:4 83:6 | 107:17,21 108:23 | **36**   33:14,15 | **97**   20:19 21:3 |

**100**   41:14,21 45:24
53:13 61:6 63:10
80:12 86:13 94:8
104:6 105:6

**10:00**   6:3

**10:03**   1:13

**11**   29:11 80:10,11

**11355**   2:13

**12**   12:17,18,19
51:11

**120**   92:7

**12:55**   120:1,3

**13**   32:5

**137**   43:1

**138**   40:15

**14**   15:20 41:5

**140**   8:23

**14th**   52:10,10

**15**   92:7 93:19
97:10,14,16 99:1
99:10 101:10,13

**15,000**   23:10

**150**   10:9 51:8

**1535**   3:5

**156**   50:18

**16**   77:20,24 82:1,1
83:7 84:6 90:8

**16th**   34:18 50:13
73:11,17,23 74:4
74:22 76:9 78:9
78:21 85:11 88:6
88:17,25 89:24

**17500**   121:19

**17929**   122:18

**17th**   3:5

**18**   74:24

**19**   9:22 15:8 18:10
22:13 23:6 24:20
24:20,25 70:6
86:24

**2**

**200**   2:5,21

**2000**   67:15

**2001**   13:17

**2011**   13:19

**2013**   13:21

**2018**   13:22 65:6

**2019**   8:21 13:25

**2020**   1:12

**205-6520**   2:8

**213**   2:8,24

**214**   40:13 41:25

**22**   28:4 75:2,8

**23**   1:12

**257**   43:23

**27**   7:18

**27th**   41:17

**286**   8:21 34:17

**29**   42:14

**2:00**   29:17

**2:20cv02291**   1:8

**3**

**30**   21:2,4 22:2,3
24:24 92:7 100:20

**4**

**40**   41:9,23

**400**   70:4

**4083654**   1:19

**41.18**   13:18

**48**   106:24 107:10
107:12,20,23
108:1,18

**5**

**5**   12:17

**50**   41:22 42:16
78:2 84:7 94:8,19
101:19 104:6
105:6

**501**   1:16

**56.11**   13:20,23
14:1,3

**6**

**60**   10:8 15:13

**617**   2:5

**7**

**7**   106:20

**700**   2:21

**749**   84:15 93:12

**7th**   2:5

**8**

**80**   39:5 58:23

**800**   79:22

**85.02**   13:22

**88,000**   7:15

**8th**   62:3 74:11,13
77:6,16

**978-4681**   2:24

**99**   100:7

**a**

**a.m.**   1:13

**ability**   24:15 25:10
84:1 104:4 106:25
121:9 122:6

**able**   12:7 30:12
43:11,24 47:4
53:4 72:10 78:1
91:15 116:4

**absolutely**   10:13
18:6 60:4 85:23
103:1 105:15

**accelerate**   25:6

**acceptable**   35:24
46:14 63:18 74:7
74:18 108:18

**access**   39:24

**accommodate**
90:10

**accommodates**
77:20

**accomplishment**
94:9

**accurate**   121:8
122:5

**accurately**   55:4

**acquired**   102:19

**acronym**   73:5

**act**   36:12 86:22

[action - apt]

**action**  121:11,15
122:8,12
**actions**  71:1 119:4
**active**  111:17
**acts**  71:3
**actual**  16:16
**adapt**  106:25
**adaptability**
108:22
**add**  10:8 11:5
17:16 29:5 65:1,2
96:4 104:8
**addiction**  36:8
**adding**  91:2
**addition**  21:25
**additional**  13:8
22:20 40:5 46:6
87:12 90:8 91:2
104:9,11 105:6
**address**  27:15
64:2,18 65:15
70:12 89:18
**addressing**  63:19
**adequate**  59:22
**adhere**  108:11
**adjust**  65:19
**adopted**  13:22
**advantage**  42:15
**advantages**  14:16
**adverse**  16:23
58:4
**advocate**  10:15
**advocating**  15:19
**affair**  35:19
**afternoon**  29:10
72:13
**age**  119:6
**agencies**  14:25
**agency**  34:4 50:19
73:5

**aggressive**  97:5
100:22
**ago**  8:3,3 42:3
50:17 51:12 70:16
**agree**  23:11 27:23
56:2,4 64:20,23
78:19 84:5,11
89:23 103:6
107:11 111:1
112:3 117:9
**agreeable**  84:18
**agreed**  12:25
13:19,20,23 14:5
15:21 21:11 77:5
92:6 96:20 103:25
108:21 114:23
**agreement**  13:3
20:18,22 56:9
64:1 74:4 84:2,3
87:19 89:9,10,13
89:14 90:24
100:24 103:10
110:17 115:25
**agreements**  14:17
**agrees**  65:4 114:20
**ahead**  9:20,24
90:25
**ahold**  72:15
**al**  1:5,8 31:24 32:2
32:14
**alexandria**  1:15
**aligned**  42:16 44:9
46:3
**alignment**  114:19
**allah**  31:21
**allegedly**  18:15
70:20
**alleyways**  68:25
69:8
**alliance**  1:4 14:13
53:24 91:6

**allow**  21:3 59:19
87:5
**allowed**  21:10
73:15 75:4
**allowing**  19:12
42:5
**allows**  10:3 42:25
**amazing**  38:12
**america**  42:20
**amount**  61:2
108:7
**ana**  3:6 70:19 89:6
**anaheim**  70:18
79:23
**analysis**  8:5 73:8
**andre**  3:17 6:15,19
10:24 30:20 80:18
87:18 105:19
113:18
**angeles**  1:8,17 2:6
2:10,14,18,20,22
3:19,25 14:13
17:12 26:14 27:11
34:25 35:14 41:12
56:12,14 58:22
59:3,25 63:21
64:25 65:19 74:10
74:14,24 77:8,17
78:4 79:13 82:2
84:8,15,20 85:13
87:21,25 88:1,9
89:15,25 90:1,9
91:3,24 92:1,6,20
93:12 94:1,5 96:4
97:3,25 101:22
105:9 107:16
108:22 111:24
114:12 115:1,13
115:19 117:11,15
**angry**  67:13

**answer**  27:2 47:22
48:12 52:7 57:24
81:1 93:19 107:23
108:2 110:5
**answered**  21:22
**answers**  21:6 24:2
50:3
**anti**  13:18
**anticipate**  22:6
**anybody**  27:14
32:7 44:7 80:17
**anymore**  68:13
**anyone's**  57:5 66:7
**anyway**  73:2
111:15
**apart**  19:19
**apologize**  47:16
49:7 54:11,12
67:11 72:19
**appeal**  93:6
**appears**  73:9
**apply**  36:2
**appoint**  6:6
**appointed**  6:14
**appreciate**  10:5,19
11:2,19 23:5
28:20 29:6 37:3
39:10 48:13 50:6
50:8 99:4 102:10
113:17
**approach**  20:6
69:12 70:8 71:17
**appropriate**  6:25
43:25 44:5 59:8
93:15 94:24 95:23
**approximately**
8:23 19:14 41:23
**april**  1:12 9:14
40:5
**apt**  117:2

[area - birotte]

**area** 37:4 42:24
44:2 52:11 65:20
77:22 89:5 93:1,3
101:20 112:11
**areas** 37:10,17
42:7 62:1 68:23
79:22 80:5,25
**argument** 79:16
89:1
**arm** 47:24
**army** 49:12
**arrange** 106:24
**arrest** 16:18
**arrested** 67:17
**arrived** 42:1
**asked** 24:22 44:14
49:17 70:17 74:3
79:17 90:22
**asking** 16:19
22:17,22 45:4
46:24 47:18 58:6
62:20 79:25
**assembling** 109:13
**assessments** 41:20
**assigned** 11:14
**assistance** 8:6
**assistant** 110:22
**associated** 42:17
47:25
**assume** 44:15,21
44:22 119:14
**assurance** 29:4
**astronomical**
16:21
**attached** 51:8
**attack** 119:16
**attention** 67:22,23
111:4
**attorney** 12:20
13:1 115:8 121:13
122:10

**attorney's** 61:1
**attorneys** 26:24
27:20 61:9
**audible** 28:12
**audio** 121:7 122:3
**austin** 1:18 121:2
121:20
**authority** 20:7,9
21:14 28:17
111:25
**authorize** 12:25
24:14
**availability** 49:11
**available** 37:24
40:10 43:21 85:4
96:8 113:23
**avenue** 12:3
**avoid** 65:15 98:21
**await** 41:3
**award** 100:15
**aware** 18:17 19:21
19:23,24 20:5,5
54:9 87:16
**awfully** 74:19

**b**

**b** 5:5 8:12
**back** 13:12 18:3
28:23 30:8 33:25
34:1 39:9 42:2
50:13 51:23 60:21
70:25 78:10 83:19
86:7,10 90:7,22,23
100:10 105:19,24
106:1,3 107:8,13
110:3 111:16
**backbreaking**
105:16
**background** 6:13
9:5 31:10
**backing** 109:1

**backlash** 89:5
**backyard** 80:8
**bad** 30:12
**badge** 12:4
**bag** 68:9
**balancing** 13:13
**ballroom** 1:15
12:9
**ban** 68:8
**bandwidth** 46:23
**bare** 36:16 77:23
**barger** 3:24 11:1
15:1 19:3,10 23:3
26:7,11 28:1,9,13
28:25 31:14 33:6
35:8 39:15
**based** 35:6 45:13
82:7 95:7 101:11
**basically** 73:4
**basis** 84:25 109:10
118:4
**battle** 39:6 68:19
**bay** 19:13
**bdyoung** 2:15
**beck's** 68:10
**becoming** 72:6
**beds** 13:5,8 14:24
15:11,11
**beginning** 41:7
45:10 110:12
**behalf** 2:2,10,18
3:2 12:15 18:24
19:12 60:25,25
**beings** 76:10 105:9
**believe** 8:14 9:5
21:20 23:16,23
34:8 55:22 56:6
64:11,11,15,21
66:6 74:23 82:14
95:5 97:13

**bell** 18:14,18 19:5
19:6
**bellflower** 7:18
8:4 9:8,11,12
116:3
**belonging** 53:22
**belongings** 54:17
55:2,21 59:21,23
60:21 65:10,22,25
76:24
**ben** 46:19
**bench** 56:18,23
**benefit** 57:6 84:11
96:18 99:2
**benefits** 55:2
**benjamin** 3:25
**best** 8:7 14:11
17:21,22 20:4
24:9 32:17 54:1
85:23 110:10
121:9 122:5
**better** 32:24 37:12
76:14 83:10 85:13
96:15 100:7
**big** 18:1 79:4,6,6
82:17 111:9 113:7
117:1
**bigger** 38:8
**billion** 86:9,13,14
87:2
**birotte** 3:17 6:17
6:19 10:25 11:4,6
11:16 16:1 18:4
18:17 29:5 30:21
50:6,7 51:2 59:5
60:3,6,8 62:15
63:4,8,13 65:3
66:2,20 67:6,18
75:14 76:3 79:19
80:19 89:8 92:10
95:3,13,16 97:22

98:1,4,9,16,24
105:20 106:7,11
106:23 113:19,22
114:2,7
**bit** 31:10 49:13
89:9
**black** 67:17
**blame** 84:9,10
119:21
**blamed** 62:2
**blaming** 59:6
**block** 92:17
**blocks** 92:17
**blood** 37:16
**board** 28:4,17
77:14 115:19
**body** 63:6
**bold** 81:7
**bonin** 105:16
**booking** 12:7
**border** 32:11
**boss** 28:10
**bosses** 35:21 37:6
**bottom** 76:18
**boulevard** 2:13
**brainer** 8:10
**brandon** 2:11
26:25
**braverman** 3:14
39:16,18,21 40:14
40:16,19 43:20
45:9 46:15,20
47:2,11,23 48:5,17
49:5,8 50:2,10
**break** 34:15 65:11
80:25
**breaking** 105:5
**brentwood** 14:22
**bridge** 15:12
41:13

**bring** 13:12 46:8
56:7 65:17 69:3
77:13 88:23 90:7
107:13 116:4
**bringing** 56:24
64:4
**broad** 119:4
**brooke** 3:3 70:23
71:3
**brooke's** 56:20
**brother** 15:18
**brothers** 39:6
**brought** 24:22,24
26:15 60:14
**budget** 19:16,16
19:19 22:19 68:24
69:13 116:8
**build** 8:21,23 81:6
116:10
**building** 9:3 12:3
40:13,21,22 41:25
42:2 43:23 47:20
51:11 114:8
**buildings** 40:8
49:19
**built** 49:21 86:23
**bulk** 51:6
**bunch** 40:1 81:22
**burdensome** 18:25
**bureaucracy**
47:12
**bureaucratic**
83:17
**burning** 29:20
**buscaino** 4:7
11:10,13 17:4,16
17:24 18:2 55:18
60:11
**business** 6:5,6,23
**businesses** 72:6

**byron** 26:25

**c**

**c** 2:1 3:1 4:1 6:1
**ca** 1:17 2:6,14,22
3:6
**california** 1:2 7:14
22:13 86:25
121:22
**call** 6:24 10:11
27:15 28:17 43:13
46:18,18,20,23
47:18,22 48:1
49:24 62:8 69:7
70:20 73:13 74:16
77:6 81:12 90:16
92:9 93:5 94:12
94:14 107:1
**called** 5:3 7:14
15:14 39:4 42:4
**calling** 39:12
**calls** 81:8
**calm** 106:11
**camp** 31:4,6 32:7
32:10
**camping** 13:18
80:8
**camps** 31:25,25
32:3,5 80:10
**cangress** 3:18
**capability** 42:8
117:5
**capacity** 42:8 44:7
45:24 99:15 101:9
**captain** 31:2
**car** 44:25
**cardinal** 31:17
**care** 8:10 38:17
39:24 42:4,8,17,19
43:4,6 44:8 46:1,2
56:15,15 91:18

**career** 34:24 35:8
37:16
**careful** 88:23
**carney** 79:20
**carol** 3:22 67:4,6,9
67:10 70:3,15,23
72:16,20 86:6,9,10
86:10,11,13 87:14
89:11 105:23
106:7 110:1
**cars** 91:23
**carson** 46:19,23
**carson's** 47:1
**cart** 54:24
**carter** 1:14 8:4
10:5 11:18 14:7,9
14:16,23 59:10
79:19
**carts** 55:7
**case** 1:7 8:4,17,20
9:13 26:3 57:15
57:16,17 60:19
67:16,16 76:13
99:13 103:14
**cases** 24:7 42:23
54:22 55:18 56:8
57:18 60:16,17
**categories** 40:10
**catherine** 65:7
**catholic** 3:2,18
**cause** 66:8
**caused** 16:10 71:9
**causing** 56:1 57:22
82:15
**cedillo** 77:11
105:17
**cedillo's** 77:7
**center** 3:4 11:15
32:25 43:23
**centers** 44:17
69:20

Page 4

[central - coming]

| | | | |
|---|---|---|---|
| **central**  1:2 | **chun**  3:10 28:12 | 88:20 89:3 92:6 | 59:15 60:19 64:24 |
| **certain**  13:24 14:3 | 28:19 29:3 | 98:20 105:18 | **clinical**  42:16 |
| 94:23 95:4,14 | **circle**  11:22 | 106:3 108:17 | **closed**  56:7 |
| **certainly**  49:12 | 110:14 | 110:7 113:7,16 | **closer**  43:15 78:4 |
| 58:17 107:25 | **cities**  7:17,18,19 | 114:12 115:1,13 | 85:13 105:10 |
| 109:5 | 14:19,19 18:9,13 | 115:16 116:9,13 | **cloud**  25:4 |
| **certificate**  121:1 | 18:14 23:14,19,24 | 116:15,19 117:11 | **cognizant**  102:5 |
| 122:1 | 26:16,23,24 27:4,5 | 117:13,15 118:3 | **collaborate**  42:23 |
| **certify**  121:3 | 28:4 35:22 76:12 | 119:17 | **collaboration**  9:7 |
| 122:2 | 110:25 115:14,15 | **city's**  57:9 58:16 | 23:12 42:18 |
| **cetera**  52:16 71:24 | 115:17,20,22 | 87:17 114:4 | **collaborative**  20:6 |
| **chair**  28:3 | 116:4,6,10,13,14 | **citywide**  14:3 | **collaboratively** |
| **chairman**  18:14 | 116:20,23 117:1,2 | 110:18 | 29:8 46:5 |
| **chairperson**  26:5 | **citizens**  32:16 89:6 | **clarify**  112:24 | **collapsing**  75:23 |
| 33:4 | **city**  1:8 2:18,20 | **clarita**  23:13 | **colleague**  10:24 |
| **challenge**  43:2 | 3:19 7:13,23 8:7 | 24:13 | 13:4 49:12 |
| **challenges**  25:18 | 8:12,13,17,24 9:10 | **clarity**  14:24 | **colleagues**  12:15 |
| **chance**  60:9 119:2 | 9:17,17 10:19,20 | **clean**  57:11 64:10 | 12:16 14:4 15:20 |
| **change**  49:20 87:4 | 12:19,25 13:9,17 | 68:25 69:1 | **collectively**  14:10 |
| 87:8 111:13 | 13:18,19,25 14:13 | **cleaned**  65:21 | 23:21 |
| **changed**  47:12 | 17:20 18:16,18 | 70:19,19 | **college**  7:15 |
| **changes**  47:19 | 19:13,18 20:1,2,19 | **cleaning**  13:14 | **come**  6:25 11:9,22 |
| **che**  1:18 121:2,20 | 20:21 21:5,10,18 | 52:22 | 13:13 14:18 23:16 |
| **check**  10:24 94:10 | 22:2 23:8,12,23 | **cleanup**  52:16 | 23:25 24:24 30:8 |
| 103:13,21 | 24:4,12,15,23 26:9 | 59:22 60:22,24 | 31:1 36:1 38:22 |
| **checking**  32:11,12 | 26:24 28:22,23 | 61:3,4 63:19 | 39:9 41:9,24 |
| 32:20 | 29:9 31:7 33:3 | 64:19 65:15,19 | 42:24 43:16,23 |
| **chemicals**  108:13 | 38:2 41:12 43:2 | 66:1 | 44:3,5 45:17 |
| **chief**  48:20 68:10 | 44:22 45:3 46:3 | **cleanups**  59:22 | 46:13,16 49:25 |
| **chiefs**  28:5 | 48:25 51:7 55:20 | 65:4 | 58:9 64:9 74:5 |
| **child**  33:2 34:17 | 56:6,12,13 57:4,6 | **clear**  56:6 57:23 | 77:3 85:4 88:25 |
| **children**  36:9 | 57:10 58:17,22 | 57:24 58:5 59:6,7 | 90:22 111:15,16 |
| **chilling**  55:22 | 59:16 60:25 61:1 | 59:15,16 79:18 | 119:9,13 |
| 57:20 61:7 | 61:7,12,25 62:3,13 | 85:1 90:5 91:13 | **comes**  66:21 67:23 |
| **choices**  45:20 | 63:10,21 64:10,14 | 114:12,16 | 84:8 92:10 |
| **choose**  104:4 | 64:24 65:19 66:8 | **cleared**  79:14 89:2 | **comfortable**  77:9 |
| **chose**  6:13 93:2 | 66:10,24 67:20,21 | **clearly**  15:15 | **coming**  18:23 26:1 |
| **chosen**  37:10 | 68:2,24 70:8 72:5 | 54:17 56:5 66:11 | 26:2 29:6 30:3 |
| **christina**  3:19 | 73:15 76:15 78:13 | 87:8 | 32:11 34:23 36:11 |
| 56:25 94:3,10 | 83:22 84:14 85:23 | **clients**  37:2,3 | 45:12,16 60:21 |
| 99:5 107:9 | 85:25 86:1,19 | 54:21 58:19 59:3 | 71:5,10,18 78:10 |

Veritext Legal Solutions
866 299-5127

[coming - court]

82:8 86:8,10
91:10 112:14
**comments** 23:3
39:20 106:6
**commit** 31:17
**commitment** 25:8
25:11 61:17 77:1
77:10 81:7,12,16
**committed** 23:9
23:22 24:17 60:24
78:20 100:22
**commodes** 100:10
**communal** 62:5
**communities**
23:16 25:14
**community** 19:13
19:14 20:24,25
22:11,16 25:20,21
25:24 34:8 38:3
39:6 52:11,16
64:7 92:12
**compassion** 12:5
24:16
**compassionate**
7:23 8:12 9:6
**compel** 14:25
**complain** 119:9
**complement** 33:4
33:25 71:4
**completed** 41:17
**completely** 35:17
63:6 117:9
**compliance** 16:20
92:15
**complicated** 57:12
**compliment** 31:12
**concept** 23:15
**concern** 20:15,16
44:18 71:9 80:23
91:11 117:13

**concerned** 52:7
69:18 79:12 102:6
117:18 118:21,22
**concerning** 51:17
**concerns** 11:24
20:13,14 21:24
**conclude** 106:2,17
**concluded** 120:4
**condensed** 100:17
**condition** 40:24
107:21
**conditions** 13:9
15:4
**conduct** 6:5
**confident** 25:6,22
25:23
**confiscation** 67:16
**conflict** 18:15
**congregate** 70:7
**connect** 12:7
**connell** 48:21 49:1
**conservator** 38:23
**consider** 7:9,12
107:17
**considerate** 101:3
**consistent** 58:14
**consists** 21:12
**constantly** 53:12
**constituents** 30:12
80:6 116:16,19
**construct** 36:22
**consuming** 19:1
**cont'd** 3:1 4:1
**contact** 12:1 40:25
**contacts** 113:2
**contagion** 35:15
**continue** 15:2
36:12 39:3 42:18
43:4 71:13 118:20
**continuing** 45:13
81:1 101:14 104:9

104:11 107:17
**continuum** 42:19
**contract** 20:3 28:3
39:4 97:6 99:14
99:16 100:16
**contractors** 99:20
**contracts** 99:23
**control** 51:1 93:12
**conversation**
10:17 30:7 48:11
65:23 66:4 90:4
91:4
**conversations**
27:21 28:7 29:16
89:21 105:21
**cook** 122:2,19
**cooperate** 26:1
**cooperation** 71:14
**cooperative** 115:5
**copies** 26:4
**correct** 61:6 76:4
95:17 109:9
117:24
**corridor** 20:1,2
**costly** 16:7
**couldn't** 68:6
**council** 7:17 12:16
13:8 17:18 20:21
28:22,23 29:9
69:19 72:13 77:1
77:14 109:20
110:11 111:3
112:16 114:15,17
115:1 118:21
**councilman** 7:13
**councilmember**
6:24 55:18 60:11
**councilmembers**
107:5
**councilperson**
62:8 109:13

116:18
**counsel** 26:8,14,15
82:22 121:10,13
122:7,10
**counsels** 112:23
**count** 80:10
**country** 78:2
**county** 2:10 3:2
4:3 14:14 15:3
18:16 19:21,24
20:3,7,9,12,23
21:14 22:20 23:22
24:3 25:12 26:14
26:15 27:1,12
28:21 34:23 35:14
46:3 56:17,20
61:8 64:6 71:11
76:15 77:2 86:25
89:3 106:4 113:8
113:8,15,17,23
114:1,5,11,13,17
114:22 115:7,13
115:15,19,23
117:18,20,21
118:4
**county's** 117:6
**couple** 7:20 27:6
29:5 43:11 73:4
100:5,6 105:22
118:18
**couples** 71:24
**course** 7:16,25
15:20 18:6 113:10
113:10
**court** 1:1 6:2,6,7
6:10,12,14,19 7:5
10:7,21 11:7,11
12:9 15:25 17:2,5
17:17,23 18:1,5,22
18:23,24,25 19:9
23:2 25:25 26:10

Veritext Legal Solutions
866 299-5127

[court - determination]

26:12 27:17 30:11
30:18,24 31:15
33:7,13 39:11,17
40:12,15,18 43:10
44:11 46:12,17,22
47:3,15 48:3,9
49:3,6,15 50:5,9
50:11,22 51:4,9,13
53:7 54:3,6,8,11
54:14 55:3,6,14,17
55:20,23 56:6,9,13
57:2,14,19 58:9,15
60:20 61:14 62:10
63:14 65:13 66:1
67:4,8,22,23 68:22
70:3,14,16 71:18
73:1,7,16,20,22,25
74:3,12,16,25 75:5
75:9,12,17 76:1,5
76:16 78:25 79:5
79:7,10,16,18,25
80:20 81:11,14
82:13,21 83:23
84:2,9,19,20,23
85:2,9,20 86:13
87:14 88:1,5,18,22
88:23,25 90:12,14
91:21 92:2,8,14
93:7,21,24 94:18
96:18,21 99:25
101:5,8,16,18
102:11,15,19,22
103:6,8,13,18
104:1,18 105:1,3,4
105:23 106:1,8,13
106:17,21,21
108:3,5,8,18,21
109:3,4,5,7,12,19
110:16,20 111:16
111:23 112:3,16
113:16 114:24

115:6,11 116:6
117:17,20 118:1,8
118:10,14 119:5,8
119:13,20,24
120:1
**courtesy**   48:10
**courts**   71:15 110:4
**cousins**   32:16
**cover**   84:4
**covid**   9:22 15:7
  18:10 23:6 24:20
  24:20,25 40:3,25
  46:7 49:10 70:6
  86:24
**covina**   23:24 29:1
  33:9
**cprs**   44:6
**cracks**   91:17
**crawford**   57:14
**create**   37:7
**created**   39:3
**creating**   38:10
**crisis**   15:8,19
  19:23 24:10 26:18
  87:17 102:7
  118:22
**critical**   36:23
**cross**   74:6
**crucial**   117:9
**culturally**   32:3
**cup**   9:3
**curb**   52:13
**curious**   62:19,25
  99:1
**currently**   42:14
  88:16 89:24
**customer**   36:4
**cut**   49:6 72:17
  82:24,25 83:23
**cx**   5:2

**cycle**   14:6 65:12

**d**

**d**   2:11 5:1 6:1
  13:18
**d.c.**   47:24
**dallying**   26:22
**dark**   25:4
**data**   111:23
  112:24 113:4
**date**   1:12 89:21
  106:22,23
**dates**   118:7
**david**   1:14
**day**   24:24 35:10
  41:5 61:16 71:4
  71:23 81:13 99:2
  100:17,19
**days**   15:13 21:2
  50:17 56:19,22
  71:1,1 83:6 92:7,7
  92:7,7 93:20
  96:14,16 97:10,14
  97:16 99:11
  100:20,23,24
  101:10,13 102:2
  103:2,2,11,12
  104:23 105:22
**deal**   7:21 59:8
  117:12
**dealing**   11:23 64:5
**dealt**   104:7
**decades**   38:14
**decide**   16:17 58:4
**decided**   8:5,6,19
  8:22 34:16 49:21
  58:3 72:13 116:21
**decides**   116:13
**deciding**   20:10
**decision**   19:1
  28:23 47:4 53:1
  55:11,16,16 90:15

90:18,21 94:11
  111:25 119:9
**decisions**   19:2
  55:4 71:19,24
  90:19
**dedicated**   86:4,5
  86:17 87:16
**deep**   8:5
**defendants**   1:9
**defer**   96:16 97:9
**define**   15:4
**delay**   26:21 100:9
  117:18
**deliver**   38:7
**demographics**
  113:3
**demonstrates**
  57:12
**demonstration**
  52:3
**denigration**   62:1
**department**   11:15
  31:12 36:2 51:1
  68:5 84:17
**departments**
  89:21
**deployment**   11:14
  56:12
**descending**   109:18
**described**   66:14
**description**   5:6
**deserves**   105:18
**designed**   41:14
**desire**   102:9
**desired**   46:7
**despite**   45:21
  82:10
**details**   109:18
**determination**
  82:6

[determine - dx]

| | | | |
|---|---|---|---|
| **determine** 53:23 | **director's** 48:7 | 111:10,21 112:1,4 | 63:24 65:24 66:3 |
| **detract** 87:17 | **dirty** 59:3 | 112:16 | 66:5,6 68:14,17 |
| **developing** 78:9 | **disabilities** 36:1 | **districts** 14:18,19 | 69:3,6,6,13,20,22 |
| **dialogue** 11:19 | **disability** 3:4 | 110:25 114:16 | 71:21 73:5 75:24 |
| **diaz** 48:18,19 | **disagree** 67:2,18 | **dive** 8:5 | 76:17 77:9,25 |
| **didn't** 23:7 41:17 | **disagreement** | **divert** 103:4 | 78:6,22 80:17 |
| 43:12 50:12,20 | 64:14 117:25 | **doctor** 31:14 | 81:13,24 83:5,6,25 |
| 52:14 66:24 70:16 | **disagreements** | 40:12 47:15 48:3 | 85:17,23 86:2,18 |
| 70:18 71:1 72:14 | 70:21 81:14 | 50:7,9 | 89:7 92:9 93:9 |
| 78:8 80:7 85:5 | 112:18 | **doesn't** 25:20 | 94:11,18 95:13 |
| 100:25 104:6 | **discretionary** | 29:15 30:4 32:7 | 98:18,19 99:5,6,19 |
| 111:10 | 119:4 | 34:3,3,15 36:17 | 100:9 104:13 |
| **die** 36:14,14 | **discuss** 27:20 | 37:8,8 38:18 | 107:8,14 108:1 |
| **difference** 64:13 | 30:14 58:17 94:15 | 45:19 67:21,22 | 109:23 110:4 |
| 79:2,4,6 81:18,18 | 107:4 | 76:25 81:18 87:17 | 116:10 117:4,10 |
| 87:13 112:7 | **discussing** 55:23 | 105:10,11 110:16 | **door** 21:3 116:9 |
| **different** 14:20 | 55:24 | 110:22 111:11 | **double** 35:13 |
| 17:12,13 18:9 | **discussion** 11:12 | **doing** 21:20 24:1 | **downey** 7:19 |
| 27:22 32:6,23 | 34:19 49:25 50:4 | 28:8 38:20 40:3 | **downgraded** 70:3 |
| 34:19 39:12 40:1 | 58:1 62:6 68:2 | 43:5 54:1 61:10 | **downtown** 78:5 |
| 40:10 43:21 48:15 | 69:17 80:2 110:1 | 64:12,14 67:14 | **dpse** 73:6 |
| 57:17 60:19 64:3 | **discussions** 61:19 | 76:12 77:23 83:15 | **dr** 25:12 34:21 |
| 67:24 69:14 80:11 | 68:4,5 113:9 | 100:8 101:19 | 39:17,23 66:17 |
| 91:3 93:8 95:10 | **disease** 41:1 | 102:10 | 81:4 |
| 97:20 102:12 | **disintegrating** | **dollars** 86:2,9,14 | **draft** 13:21 |
| 107:7 111:19,21 | 72:5 | 86:14 87:2 | **drama** 83:1 |
| 111:22 113:12 | **disobey** 84:1 | **domestic** 36:9 | **dramatic** 68:15,17 |
| **differently** 25:21 | **dispatched** 31:19 | **domiciliary** 40:9 | **drive** 66:10 69:9 |
| **difficult** 16:10 | **disputes** 71:6 | **donned** 11:21 | 76:6 111:25 |
| 39:19 | **disrespect** 78:18 | **don't** 6:25 7:2 | **driving** 80:7 |
| **dig** 61:15 | **disservice** 48:15 | 16:3,22 22:11 | **drove** 61:21 63:22 |
| **digital** 121:7 122:3 | **dissipate** 76:23 | 24:1 25:7 29:12 | **dtsc** 50:25 |
| **dignity** 25:17 | **distance** 41:19,20 | 29:12,18,24 31:20 | **due** 40:23 |
| **dilly** 26:21 | 93:1 | 32:23 33:21 34:2 | **duly** 121:5 |
| **directing** 51:17 | **district** 1:1,2 | 34:7,15 37:2 | **dumped** 68:23 |
| **direction** 11:18 | 10:12 13:2,2,7,8 | 40:19 44:7,18 | **dumping** 58:25 |
| 12:24 20:22 | 14:19 15:10,23,23 | 45:15 47:9 50:15 | 69:1 |
| **directly** 46:19,20 | 17:10,14,15,20 | 51:14,15 52:7,11 | **dutra** 4:5 6:24 7:4 |
| 87:6 | 77:8,8,10,12,14 | 52:18,21 53:1,2,23 | 7:7,10 10:13 |
| **director** 34:22 | 105:14,15 110:21 | 55:4,6,21 56:15,16 | **dx** 5:2 |
| 37:17 47:17,17 | 110:21 111:6,6,10 | 59:24 62:4 63:17 | |

Veritext Legal Solutions
866 299-5127

[dynamics - far]

dynamics   66:9
dysfunction   62:13

**e**

e   2:1,1 3:1,1,14 4:1
  4:1 5:1,5 6:1,1
earlier   69:18
early   16:25 110:8
  116:3 118:17
earthquakes   75:24
easily   54:16
east   3:5
easy   28:9 87:9
echo   14:21
educated   87:15
educational   110:1
effect   55:22 57:21
  58:4 61:7
effort   15:23 16:1,4
  45:2 114:14
eight   115:14
either   46:25 89:18
elder   3:4
elected   21:18
  112:10
electricity   69:4
elevated   35:15
eligibility   47:6,19
  49:19
eligible   43:4 46:1
  46:2
elizabeth   2:3
email   77:7
embraced   23:15
  25:21
emergencies   119:4
emergency   13:16
  15:11,15,16 27:9
  35:14 95:1
emitchell   2:7
employ   39:8

employed   121:10
  121:13 122:7,10
employee   121:13
  122:9
employees   61:12
encampment
  32:13,19
encampments
  80:12,25
encourage   71:14
ended   12:17 62:12
endless   14:5
enforce   8:12 10:4
  15:5 27:8,9
enforcement   9:25
  13:24 14:2 23:1
enforcing   13:10
engage   65:9
engaged   21:21
  35:19 43:24 48:24
engagement   38:7
  38:12
ensure   17:17 22:1
  22:4,8
ensuring   104:22
entangled   119:1
enter   42:6
entire   35:8,20
entirely   26:2 32:6
entirety   10:20
entitled   56:7
entry   42:10
envelopes   35:6
environmental
  34:23 75:20 84:16
  95:19
equally   54:6
es   121:4
escort   31:20
esquire   2:3,11,19
  3:3

essence   28:22 29:9
essential   57:5,7
establish   13:2,5,7
  13:9 107:21
established   37:18
  40:5
estate   26:3
estimates   74:23
et   1:5,8 52:16
  71:24
evening   44:3
eventually   108:23
  109:25 110:17
everybody   30:8
  32:20 34:10 35:19
  36:18,25 55:24
  56:2 72:23
exactly   58:15
  61:16 80:9,14
  86:21
example   54:24
  59:10 66:14
examples   54:5,10
excellent   105:4
exception   34:3
excited   9:18
exclusion   35:23
execute   90:25
exemplary   34:20
existing   49:22
exists   58:24
expand   42:16
expanding   68:17
expansion   47:19
  49:17 109:21
expect   47:9
expedite   66:14
experience   95:7
experienced   45:13
explain   86:20
  116:19

explicit   58:23
explicitly   59:19
explore   90:3,10,16
  105:7
exploring   103:19
exposure   53:7
extent   34:9 65:23
extra   94:19
extraordinarily
  110:20
extraordinary
  110:18
extreme   38:5
eyes   31:21

**f**

faced   24:10
facilities   45:18
  85:13
facility   8:23 43:15
  43:16 44:6,20
  45:14,16
facing   102:8
fact   7:2 8:16 12:17
  20:1,7,21 21:13
  22:6 24:6 39:2
  46:4 56:15 60:18
  86:15 89:19 100:1
  100:11 101:10
failed   39:2
fair   48:16 50:1
  65:3 97:3 103:3
  104:5
fairly   116:21
fairness   66:2
familiar   78:23
  79:1
family   32:18
famous   7:15
fantastic   91:6
far   13:13 44:18
  46:9 62:19 68:18

[far - gardens]

113:25 117:18
**fashion** 104:20
**fast** 73:2 96:23
**fastest** 100:20
**favor** 30:18
**fear** 98:14
**fed** 32:1
**federal** 6:20 14:15
17:2 18:23 45:3
71:15 81:11
111:11
**feel** 8:13,13 9:6
14:10 38:4 66:5
77:9
**fees** 61:9
**fellow** 84:9
**felt** 8:17 20:9
**fema** 44:13 49:9
81:9
**fenced** 92:20
**fernando** 4:5 6:24
7:10
**festivals** 35:4
**fewer** 37:3 86:24
**fighters** 31:24
**fighting** 32:2
**fights** 59:24
**figure** 31:23 34:12
37:7 64:8,21
66:13 112:20
118:18
**filed** 27:7
**filth** 62:2
**finally** 42:1
**finances** 116:10
**financially** 121:14
122:11
**financing** 116:24
117:4
**find** 29:25 57:8
107:12,16 108:25

**finding** 99:15
**fine** 91:25 92:1
119:16
**fingers** 28:10
**finish** 51:20,24
**finished** 72:19
**firm** 8:6
**first** 6:5 10:12
20:16,21 21:15
22:12 23:17 30:3
31:22,24 32:4
37:19 38:9 43:22
48:1 49:16 50:16
51:4 53:18,24
72:16 73:4 74:23
84:6,23
**fischer** 57:15 62:6
**fit** 74:21,23 110:17
**five** 37:6 71:1
96:16 103:2
**fix** 87:10
**flat** 93:17
**fleeing** 36:9
**flexibility** 104:5
**flip** 72:16
**floor** 7:5 60:12
67:11
**focus** 26:16 37:4
38:24
**focused** 15:22
**folks** 11:9 29:23
34:6 41:9,20 43:6
44:25 48:1 59:8
59:11 80:4,14
81:5 85:12,16
88:8,11,16 89:4
106:3 110:9
**follow** 39:23 66:21
66:24 89:11 95:2
114:25

**followed** 66:22
68:3
**food** 32:14,21
**forefront** 114:14
**foregoing** 121:3,4
122:4
**formal** 29:10
87:19
**formalizing**
112:15
**formally** 110:10
110:11
**former** 11:16
**forth** 7:19
**fortunate** 23:13
**forum** 66:13
**forward** 15:1
27:10 39:3 50:13
63:25 64:16 90:24
93:10,13 95:21
102:9 111:8
112:21
**found** 74:5 81:24
**four** 50:23 51:7
73:3 111:10
116:13
**frame** 100:14
**framed** 38:10
54:19 60:12
**framework**
112:15
**framing** 65:24
**frankly** 80:23
82:17 85:12 86:16
86:17 117:22
118:23
**freeway** 73:10
75:4,15,23 76:2,10
78:14,16 79:3,3,8
79:9,12,13,19 80:3
80:22 85:17 88:8

88:12 91:12 92:22
93:2,3 94:2
**freeways** 75:22,25
76:6 78:20 80:17
**friday** 110:7
**friend** 67:18
**friends** 9:11 32:16
**friendship** 11:3
**front** 14:12 55:17
60:16,19 70:24,24
81:9 111:14,18
**frontend** 19:2
**frustrating** 82:15
**frustration** 83:19
83:22
**full** 11:22 12:18
28:16 51:20 82:25
**fumes** 75:17,23
**fuming** 67:14
**fund** 20:23
**funded** 41:12
**funding** 22:19,20
24:18
**funds** 86:4,5
**furniture** 41:18,18
42:1
**further** 106:6
121:12 122:9
**future** 64:4 69:23
70:7 81:7,15

**g**

**g** 6:1
**gaffey** 12:2
**game** 25:9
**games** 68:12
**garbage** 57:22
**garcetti** 15:17
44:11
**gardens** 18:15,18
19:6,7

Page 10

**[gary - hard]**

| | | | |
|---|---|---|---|
| **gary**  4:4 | 97:19 109:23,23 | 112:12,18,21 | 17:8 |
| **gated**  93:1 | 113:25 | 114:4,25 115:18 | **gutierrez**  16:2 |
| **gateway**  7:17 | **goal**  16:18,18 | 115:21 117:11 | 79:20 |
| **gather**  93:14 | **god's**  83:16 | **good**  6:15,17 7:7 | **guys**  90:2,9 96:10 |
| **gee**  56:16 109:23 | **goes**  34:1 | 11:12,17 18:4 | 99:19 112:14,17 |
| **general**  11:17 | **going**  6:2,3 8:20 | 22:10 24:21 30:12 | 112:17 113:11 |
| 86:18 107:3 | 8:22 9:2,3,15,22 | 32:7,8 49:25 50:2 | **h** |
| **generally**  46:24 | 10:11,24 15:2 | 52:16 53:9,11 | **h**  5:5 24:20,20 |
| 99:12 | 16:7,17 17:7 18:2 | 56:19 62:11 67:13 | **half**  43:2,3 56:19 |
| **gentleman**  10:10 | 18:16 20:15 21:11 | 70:8 96:22 106:15 | 56:22 65:18 87:3 |
| **getting**  9:1,24 | 21:17 22:6,17,20 | 115:8 | 92:17 |
| 29:10 31:25 38:19 | 23:8 24:5,8,8,18 | **goodness**  92:20 | **hallway**  29:24 |
| 47:5,12 48:13 | 25:16 26:3 27:5,5 | 94:11 | **hammer**  29:16,25 |
| 61:8 78:19 80:4 | 27:8,9,10,11,14 | **gotten**  42:12 82:16 | **hand**  10:25,25 |
| 96:22 100:5 | 29:10 31:3,5,18 | **government**  14:25 | 32:8 |
| 114:22 118:17 | 32:2,13,14,15 33:4 | 37:15 45:4 | **handle**  93:7 |
| 119:10 | 36:18,19 37:24 | **governments**  7:17 | **hands**  71:17 |
| **gil**  77:7,11 105:17 | 38:13,20,22 39:5 | **governor**  24:7 | **hap**  20:23 25:8 |
| **give**  29:1 31:10 | 39:11 44:15,18,21 | 30:15 37:22 | **happen**  24:4 25:23 |
| 39:9 44:25 49:12 | 44:22 45:1 50:13 | 108:11 117:1 | 25:23 27:6,14 |
| 52:3 54:10 60:8 | 50:13 51:20 55:12 | **governor's**  26:4 | 38:3 65:4,17 |
| 61:2,2 67:10 | 57:25 60:8 61:14 | 27:8,10 95:1 | 100:22 104:17 |
| 88:11 92:9 100:16 | 61:14,19 62:7,15 | **grand**  9:15 | 115:19 |
| 104:1,23 105:3 | 62:17,22 64:6,18 | **grass**  43:17 | **happened**  9:8 |
| 107:25 111:17 | 64:20,20 66:6,25 | **great**  7:16,19 9:4,7 | 29:12 51:11 56:17 |
| 119:15 | 68:1 69:20 70:12 | 10:14,14 31:11 | 60:13 80:9 95:8 |
| **given**  21:6 24:10 | 71:17,23 72:7,9 | 72:3 85:6 88:4 | 116:25 |
| 46:11 59:20,21 | 74:16 77:2,15,15 | 90:16 96:14,16,17 | **happening**  33:16 |
| 86:24 | 79:21 80:14,24 | **ground**  17:19 | 55:9 56:10,14 |
| **giving**  35:9 38:12 | 81:3,19,22 83:18 | 113:4 | 59:20,23,25 60:5 |
| 39:22 53:15 54:5 | 86:1,6,7 88:9 | **group**  65:6 70:16 | 61:7 88:21 |
| 72:24 | 92:12,19,23 96:3 | **growing**  44:16 | **happens**  16:7 |
| **glad**  62:11 | 97:22 98:7,14 | **guaranteed**  38:22 | 20:16 21:1,7 |
| **go**  6:2 9:15 21:24 | 100:11,17 101:3 | **guarantino's** | 32:10 37:5 89:3 |
| 29:17,23 36:5 | 101:21 102:2 | 74:17 | **happy**  16:8 50:4 |
| 39:12 44:18 51:23 | 103:14 104:17 | **guards**  98:10 | 65:22 107:13 |
| 53:11 62:13 63:24 | 105:9,12,14,14,15 | **guess**  28:25 29:14 | 116:15 118:24 |
| 70:18 71:8 77:9 | 105:17,19 106:2,5 | 41:12 42:21 43:4 | 119:8,9,14 |
| 79:21 80:5,14,15 | 106:17,24 107:3,6 | 53:19 59:11 96:1 | **hard**  27:22 53:23 |
| 83:4 85:20 87:18 | 108:1,24 109:16 | **guidance**  11:18 | 54:19 116:18 |
| 89:4 90:25 94:22 | 110:6 111:1,14,16 | 14:24 16:6,10 | |

[harmful - idea]

**harmful**  76:9,10
**harris**  48:6
**haven't**  45:7 69:21
 74:7,8,8
**hazard**  58:18 83:5
**hazardous**  75:13
 76:2 103:14,21
**head**  18:3
**healed**  32:1
**health**  23:20 25:13
 34:23,25,25 45:5
 58:18 70:9,24
 71:11 76:24 79:18
 80:1,23 83:4
 86:21 87:6
**hear**  18:21 25:7,7
 50:20 58:9,10
 59:5,14 61:18
 62:4 66:11 72:14
 79:10 80:17,22
 99:1 101:5
**heard**  19:20 33:24
 55:7 62:18 71:7
 81:4 116:12
**hearing**  1:11 6:18
 17:8 27:23 76:8
 78:17,18 81:20
 101:10,11
**heart**  12:4 25:9
 34:15 119:16
**heck**  37:12
**heidi**  3:20 44:18
 99:5
**hell**  14:20
**hello**  39:16
**help**  14:16 30:21
 48:4 83:23 115:13
 115:14
**helpful**  28:24,25
 29:3 119:13

**helps**  57:7
**hereto**  121:14
 122:10
**hey**  81:20 83:2
**highest**  46:25
 47:10
**highly**  9:14
**hills**  26:3
**hiring**  39:5
**history**  7:10,12
**hit**  13:25 118:24
**hold**  40:15 53:2
 60:3,3 61:18
 71:21,21 82:21
 92:9 107:2
**holding**  54:24
 100:4
**holdup**  66:16
**home**  15:12 36:11
 36:19 37:8,18
 38:10,11 41:13
**homeless**  7:22,24
 8:11,24 9:6 12:1
 16:22 19:17 20:19
 20:20,24 21:3,4,8
 22:1,2,3,5,12,12
 22:14,15 23:6,15
 34:8 36:14 40:6
 40:11 41:20,25
 42:5 47:24,25
 61:22,23 62:2,4
 63:20 64:1,10
 66:8 69:3 71:7
 76:6 78:16,19
 80:7 83:10 86:17
 86:20 88:20
 111:22,24 113:1
 114:13 116:8,9
 117:3
**homelessness**  9:21
 9:23 12:11 38:5

 57:8 58:22 59:2
**homes**  72:7 78:3
 89:16,16 90:1
 104:5 107:23
**hometown**  11:24
**honest**  61:1 63:7
 69:17
**honor**  11:8,13
 12:23 13:12 15:24
 17:16 19:8,11
 20:16 21:6,19,23
 28:1,19 35:5 53:5
 54:2,4,15,20 55:13
 56:25 57:18 58:20
 73:14,19 78:23
 79:11 82:20 84:13
 88:4 93:6 108:12
 109:15 111:20
 119:3,22
**honorable**  1:14
 3:17 4:6
**honored**  118:23
**honors**  60:10
 102:10
**hope**  8:15,15 31:8
 33:25 53:4 77:13
 77:13
**hopeful**  117:14
**hopefully**  32:25
 105:5 108:22
**hoping**  19:4
**horrific**  25:5
**host**  66:9
**hotel**  1:15 15:6,9
 20:4,8 22:9 46:11
 71:7 102:23
**hotels**  19:25 22:9
 24:14 101:14
 118:6
**hotspot**  70:6

**hours**  10:23,23
 12:17,19 67:9
 72:21 76:21
 106:24 107:10,12
 107:20,24 108:1
 108:18 118:18
**house**  8:23 10:3
 17:14,14 24:23
 31:20 36:19 44:19
 48:25 49:10 64:1
 72:25
**housed**  92:25
**housing**  7:25 9:25
 12:8 13:16,16
 14:12 16:23 23:9
 23:15 24:25 32:24
 34:14 36:22,22
 37:20 38:23 41:15
 48:18 73:5,8
 76:17,18,19,22
 81:1,19 85:24
 87:7,7 94:24
 113:3
**hud**  47:13 48:23
**huge**  117:21
**huizar's**  77:8
**human**  1:4 23:19
 52:21 53:24 76:9
 105:8
**humanity**  35:6
**hundred**  15:11
**hundreds**  86:1
 112:25
**hurt**  72:7 86:6,7
**hurting**  72:6,7,8
**hygiene**  42:8
 44:10

**i**

**idea**  11:12 21:12
 40:17,21 42:9
 105:18

Page 12

[ideal - judge]

**ideal**  63:10 67:1
**ideas**  62:11
**identified**  8:25 46:9
**identify**  6:4 42:22 45:5,11,25 46:6
**ignore**  67:7
**illegal**  58:25
**illness**  36:3,7
**imagine**  78:15
**immediate**  7:16 69:23 77:22
**immediately**  45:25
**impact**  64:6,6
**imperative**  112:13
**implementation**  26:16 110:22
**implemented**  68:9
**important**  8:14,17 112:19 115:18
**importantly**  112:13
**inadequacy**  77:19
**incentivize**  35:22
**inches**  33:14,15
**incident**  22:24,24 68:8
**inclined**  107:2
**include**  9:2 13:3
**including**  53:22
**inclusion**  35:20
**inclusiveness**  35:20
**incorporate**  118:15
**increase**  40:24
**increasing**  45:21
**incredible**  10:18 87:13
**incremental**  68:14

**indecisions**  56:1
**independent**  85:15 115:14
**indicate**  65:20
**indicated**  13:5 15:5 30:3 46:7
**indication**  16:6
**individual**  18:13 48:21 54:24 62:14 65:7 99:23
**individually**  118:21
**individuals**  12:2,8 13:6 17:11 20:19 21:9 54:16 60:14 60:15
**inertia**  16:11
**infection**  41:2
**information**  29:18 93:9,14,16 95:19 106:25 113:1,1
**informed**  109:10
**infrastructure**  100:4
**initial**  42:10 51:18 74:4 88:9 93:22 108:19
**initially**  18:23 87:21
**injunction**  14:2
**inn**  15:10
**inspector**  11:16
**instances**  62:19
**instrumental**  18:6
**intent**  57:9
**intention**  57:4 82:22
**intentional**  38:2
**interest**  17:17 23:20 38:21,24 45:15

**interested**  45:12 46:1 121:14 122:11
**interesting**  114:25
**interfere**  105:11
**interim**  36:24 37:11 38:2
**interventions**  112:1
**introduce**  34:19
**introduced**  8:4
**involved**  6:20 8:1 21:17,18 55:6 56:17 58:1 60:20 77:11 110:21 111:11,12 113:9
**involving**  75:20 81:17
**isaac**  3:9
**isolate**  40:23 41:3
**isolated**  41:5
**isolation**  26:20
**israel**  3:11 27:19 28:6 30:17,23
**issue**  13:13 15:19 23:6 24:5,21,21 27:9 29:20 33:8 54:19 55:17 65:9 65:12,15 66:21 68:1 89:18,20 91:9 95:6,10 102:5
**issued**  14:1 20:8
**issues**  9:21 11:24 17:22 18:18 23:23 29:25 53:5,6 55:4 55:19 56:5 64:2 65:11,15 75:20,20 84:16 87:6 95:9 104:18 112:16 117:13

**items**  69:7 71:9
**i've**  7:3 15:14 25:18 26:4,23 28:20 35:3,7 37:16 43:10,14 49:17 68:4,5 72:25 77:6 110:7

### j

**j**  3:11
**jackson**  38:13
**jail**  36:5
**james**  4:6
**jim**  6:8,8,10 72:21
**jimmy**  106:13
**joann**  89:11
**job**  1:19 10:18 28:10 31:11 37:2 39:9 64:14 96:22
**jobs**  72:7
**joe**  4:7 11:8 16:25 17:23 47:16
**joe's**  17:12
**john**  25:12 34:11 34:19,22
**join**  8:7,18 21:4 31:1 106:18
**joined**  12:24
**joining**  12:21
**jonathan**  3:15 30:25 31:1
**journey**  33:10
**jr**  3:17
**judge**  6:8,9,10,15 6:17,19 8:3,4 10:5 10:21,24 11:3,6,16 11:17,20 14:1,7,9 14:15,16,23 16:1,2 18:4,17 26:7 29:5 30:21 34:22 35:2 43:9 50:6,7 51:2 53:12 57:14,15

[judge - likes]

58:3 59:5,10 60:3
60:6,8 62:6,15
63:4,8,13 65:3
66:2,20 67:6,18
72:23 74:2 75:14
76:3 79:19,19,20
79:20 80:19 81:20
84:10 89:8 90:6
92:10 95:3,13,16
97:22 98:1,4,9,16
98:24 101:20
105:20 106:7,11
106:15,20,23
113:19,22 114:2,7
119:21
**judges**  6:20,21
16:3 60:16 71:16
111:11
**jump**  48:14
**jurisdictions**  38:6
**jury**  110:4
**justin**  67:15
**juxtaposition**  55:1

**k**

**kathryn**  3:24 11:1
35:8
**kathryn's**  90:19
**keep**  6:21 18:24
19:2 27:23 31:24
51:21 57:10 89:24
107:22 109:5,10
**keeps**  68:16
**keith**  48:6
**kept**  77:24 94:19
**kevin**  3:10
**key**  102:5,12
103:4 112:20
**kick**  29:19,24
**kidding**  72:21
85:21

**kids**  32:23,23
34:11
**kind**  11:22 31:1
33:1 49:22 62:21
66:17 71:5,14
77:12 80:11 83:17
92:12 99:1,2,4
115:9 117:6
**kinds**  66:10
**knew**  65:21 116:3
**know**  6:25 12:22
14:8,23 15:1,2
17:20,20,21,21,22
18:7,8,21 19:9
21:8 22:14,24
23:5,7,7 25:11
28:1 29:1,12,22
30:8,13,15 34:16
37:20 40:20 41:5
43:17,18 44:5
45:1 46:24 47:4,7
47:15,25 49:9
50:13 52:18 53:1
53:3,23 56:16,21
57:8 59:10,11,12
59:22 63:25 65:23
68:12 69:1,13,16
69:20,24 70:16
71:15 72:8 74:14
75:24 78:11,13
87:1,3 92:17
93:11 95:13 99:5
99:6 100:24,25
101:1 104:24
108:1 113:2,11
115:16 116:2
117:12,13 118:24
119:15
**knowing**  113:17
**knowingly**  55:20

**knowledge**  121:9
122:6
**kranker**  4:4

**l**

**la**  1:4 3:18 13:19
14:12 66:24
115:16
**la's**  114:21
**lacity.org**  2:23
**laden**  57:21
**ladies**  53:9
**lady**  53:10
**laguna**  26:3
**laid**  65:11 70:25
**lakewood**  7:18
**lamc**  13:17
**lancaster**  23:13
**land**  49:18
**landes**  2:4
**lapd**  11:14
**large**  17:9 56:21
61:12,12 115:7
**larry**  48:21,21
49:1
**late**  6:18
**launched**  38:11
**law**  3:4 8:6 22:25
58:3 61:3 84:1,10
95:2 119:19
**lawndale**  3:10,11
3:12 18:19 19:13
19:18 20:20 21:5
21:10 22:2 30:2
31:9
**laws**  8:12 10:4
15:5 47:12 94:22
**lawsuit**  16:7 23:6
**lawyers**  27:1
**lead**  11:23 115:1
**leader**  38:13 48:18

**leaders**  17:21
25:12 39:1
**leadership**  9:12,19
10:5,7,14,19 11:18
14:9 16:25 30:25
44:12
**leading**  15:18
65:10 114:14
**leads**  95:5
**learn**  110:5
**lease**  102:13,15
**leases**  118:7
**leave**  22:9 31:20
52:12 59:11 73:2
73:3 78:7 93:24
107:14 115:7
**led**  71:5
**left**  30:2
**legal**  16:12 20:10
21:14 45:16 72:3
**legislative**  87:4,10
**legitimate**  30:1
**lengthy**  12:14,16
19:4 51:2,3 61:19
**lesser**  63:11
**letters**  29:11
**level**  35:16 37:14
38:7 42:10 47:9
48:16 49:16
**liability**  97:24
98:20,22 108:17
119:18
**life**  11:24 13:10
15:5
**lift**  87:20
**lifted**  108:10
**light**  12:10 15:7
72:13
**liked**  20:6,11
**likes**  21:4

[limit - marston]

limit 99:4
limiting 77:19
line 6:8 34:10
  68:24 76:18 82:25
  83:16 98:6 105:23
lines 99:18
lining 12:2 25:3,4
  71:16
list 43:1
listed 56:18
listen 79:16 84:7
literally 87:19
  116:7
litigation 14:6
  18:25 19:5 55:9
  55:25 57:22 60:13
  60:15 65:16 67:10
  88:24 106:22
  111:16
little 7:13 31:10
  49:13 53:9,10
  64:14 85:22 89:9
live 32:15 69:4
lives 63:20
living 32:17 36:25
  42:6 50:17 53:16
  53:20 54:17 57:6
  64:3 76:10 85:17
  88:17,19 98:8
llp 2:4,12
local 17:21 111:3
  117:2
locate 28:14 43:2
location 1:15 32:5
  44:23 62:22 74:10
  76:11 91:14,16
  105:8
locations 74:6,14
  78:20
lofts 69:5

logistics 82:25
  83:16
long 12:22 35:14
  38:25 64:13 81:3
  83:16 93:21 97:18
  100:3 108:3
  119:10
look 24:2 32:7,23
  34:10 37:14 45:23
  48:7 50:22 61:25
  63:22 64:19 73:1
  74:17 88:6 92:4
  104:9,11,20
  109:22 111:5
  112:13
looked 37:15
looking 28:22
  30:25 31:17 32:5
  34:14 43:14 51:21
looks 32:8 43:2
  50:16 51:22 111:6
lorie 122:2,19
los 1:8,17 2:6,10
  2:14,18,20,22 3:19
  3:25 14:13 17:12
  26:14 27:11 34:25
  35:14 41:12 56:12
  56:13 58:22 59:3
  59:25 63:21 64:25
  65:19 74:10,14,24
  77:8,17 78:4
  79:13 82:2 84:8
  84:15,20 85:13
  87:21,25 88:1,9
  89:15,25 90:1,9
  91:2,23 92:1,6,20
  93:12 94:1,5 96:4
  97:2,25 101:22
  105:9 107:16
  108:21 111:24
  114:12 115:1,13

115:19 117:11,15
lose 57:7 68:19
lost 80:10
lot 7:19 14:20
  16:10,11,12 18:11
  20:14 22:4 28:20
  37:12,15,16,21
  39:12 42:7 43:7
  43:17 56:15 63:23
  71:13,16,17,20,25
  72:12 74:17 77:7
  78:4 79:20 81:24
  83:7 86:3,5 92:15
  92:16 95:16 97:19
  98:13 107:7,16
  111:7,12 115:20
lots 15:12 38:1
loud 52:7 59:5,14
  66:11
louder 57:2
love 36:19 46:15
  72:9 84:23 90:25
  93:12 99:25 100:1
low 42:10

m

macarthur 77:5
main 2:21 19:25
  20:15,16 57:25
maintain 20:9
  96:2
makers 19:1
making 13:14 19:2
  21:20 23:4 37:23
  100:22 111:25
male 31:20
malicious 61:11
man 31:18
manageable 76:23
management 52:4
  53:25 113:1

managing 12:12
manatt 2:12
manatt.com 2:15
mandate 19:22
mandated 26:5
maple 34:18 50:14
  74:22,25 76:9
  78:10,22 85:11
  88:6,17,25 89:24
  91:14 92:16 93:7
  93:9,14 95:8,8
  96:2 101:22
  103:11,15,20
  104:2,11,17 105:7
  107:18 108:25
marathon 12:16
march 41:17
marcus 2:19 12:20
  50:20,25 51:3,6,10
  60:1,7,23 62:9
  63:1,5,9 72:15
  74:7,11,13,21 75:2
  75:6,10,16,19 76:4
  78:17,23 79:2,6
  80:5 82:11,20,21
  83:18,21,25 87:24
  88:2 94:17,21
  95:7,17 96:7
  97:25 98:2,5,12,18
  101:25 104:25
  105:11 107:25
  108:4,6,9,16,24
  109:1,4,11 113:25
  114:3,8,20,23
  115:21 118:11
  119:7,15,17,23
marked 5:8
marqueece's
  111:6
marston 3:20
  97:15 99:12,21

[marston - moving]

100:14 101:13,17
103:7,9,17
**martinez**  3:16 6:7
6:12 12:15 17:18
63:17 69:18 89:14
89:23 90:5,8,13
91:1,6,8 92:3,13
93:19,22 96:1,10
97:1,10,13 99:8,19
99:24 100:23
101:20 102:1
103:10,24 104:15
105:2 106:19
107:20 109:8
112:4,6,10 113:18
113:21 114:10,21
115:12 116:2
118:12
**masks**  34:7,7
**massive**  101:4,6
**master**  6:7,11,14
**matt**  3:21,23
**matter**  20:1,20
25:1 26:15
**matters**  93:8
**mattress**  52:23
54:22 69:10
**mattresses**  68:22
**mayor**  12:11
15:17 18:5 19:6
30:16 34:1 44:11
58:23 68:25 69:13
**mayor's**  20:22
65:8
**mclain**  26:25
**mean**  18:17 22:25
29:24 37:8,8
38:18 43:14 52:6
56:14 66:4 67:7
76:18 81:13 85:21
85:21 88:23 89:9

96:23 97:8 98:14
99:6,25 100:3
102:8 105:21
109:24,25,25
112:24
**meaningful**  52:8
**means**  30:19 37:9
90:16
**measure**  24:20,20
**media**  42:12
**mediation**  13:20
30:14
**medical**  40:24
43:15
**meeting**  12:17
24:1 29:9,17
50:12 107:3 110:7
**members**  12:23
**memorandum**
51:7
**memory**  51:19
**men**  67:17
**mental**  25:13
34:24,25 36:7
45:5 71:11 86:21
87:6
**mention**  113:6
**mentioned**  85:8
**met**  114:10 116:2
**michele**  3:16 6:7
6:11 63:14,14,15
68:14 69:18 81:23
106:18
**michele's**  66:11
**microphone**  7:3
**middle**  7:14
**midst**  15:8
**mike**  72:15 83:23
105:12,16 107:4
118:11,19

**mike's**  17:13
**miles**  3:12 19:8,11
19:15 21:5 22:4
**miller**  3:19 4:3
26:8,13,13 56:25
57:3 84:13,22,25
85:3,19 89:17
90:3,7,21 93:6
95:15,18 96:6,8
97:4,12,17 98:10
99:6 100:21 104:8
107:11 108:12,20
111:20 112:5,9,23
**millionaire's**
86:23
**millionaires**  86:24
**millions**  86:2
**mine**  15:21 49:13
**minimum**  34:18
36:16 77:24 80:12
**minute**  31:3 46:18
106:20
**minutes**  12:17
**misrepresentation**
54:5,12
**mission**  25:19
31:16,16 70:1
**mistake**  110:3
**mistakes**  61:13
**mitchell**  2:3 79:9
79:11 91:7,9,22
118:2,9 119:3,12
119:22
**model**  71:10,11
115:1
**modest**  19:15,16
19:16 22:19
**modicum**  44:16
**moment**  6:22 16:1
31:1,2,4 35:13
48:8 51:21 52:3

70:17 72:16 77:16
79:17,25 102:7
105:24
**monday**  110:8
**money**  70:9,11
86:3,16,19,22,22
87:11,16 116:21
**monica**  33:10
48:18,19
**month**  9:13 40:5
41:8 90:17
**months**  8:2 20:18
20:18 21:2 24:21
38:18,19,19
**morning**  6:16,17
7:7,9,11 27:8
61:21 91:17 113:7
**mosaic**  17:11
111:2
**motels**  69:21
**mother**  24:8
**motion**  24:24
79:20
**motions**  81:15
**move**  15:1,16,21
16:19,24 50:15
59:21,23 63:25,25
64:16,21 65:21
66:17 83:8 84:5
85:10 88:12 93:10
93:13 95:21 100:9
102:9 104:24
108:24 111:8
112:21
**moved**  62:23
92:16
**movement**  83:9
**moving**  8:25 13:15
15:11 16:23 69:24
83:13 88:7 90:24
91:3 92:25 94:6

[moving - okay]

112:21
**multiple** 104:13
**myers** 3:18 53:4
54:2,4,9,13,15
55:13,15 56:4,11
57:17 58:20 59:18
60:2,4,10 65:1,14
66:19 73:13,18,21
73:24 88:4,16,21
91:5 96:12,20,25
102:4,14,18,21,24

**n**

**n** 2:1 3:1 4:1 5:1
6:1
**name** 7:10 38:13
47:22 48:3,6,7,21
79:20 81:22
**narrative** 59:1
**nathan** 3:13
**nations** 31:22
**natural** 112:12
**near** 43:18 79:3
**necessarily** 37:8
102:12
**necessary** 46:7
114:1 115:24
**need** 8:15 14:24
15:21 17:7,10
24:14 36:17,22,22
36:23,24 38:2,4,24
40:11,23 41:4
42:19 53:14 58:17
58:20 61:17 62:8
64:2,8,21 67:2
68:1 69:24 70:10
70:11 79:14 81:16
83:11,15 87:22
90:15 93:14 94:13
94:14 99:14,16
101:2 105:5,11,12
108:13 109:22

113:19 114:5
115:6,15
**needed** 13:8 19:1
44:10 46:4 99:3
114:15 116:21
**needs** 13:14 29:20
68:15 69:17 87:8
94:10 96:9 101:23
106:21
**nefarious** 61:11
**negative** 41:6
**negotiate** 14:16
20:13 106:4
**negotiating** 15:9
18:8,11
**negotiation** 19:25
**negotiations** 13:1
17:19 18:10,12
20:4 48:24
**neighborhoods**
69:9
**neighbors** 9:10,11
22:10
**neither** 121:10
122:6
**network** 39:25
**never** 57:4 77:2
85:1,3 110:23
111:1
**new** 13:21,22
37:17 38:11 42:12
62:17 64:5 98:6
**news** 13:25 30:12
30:12
**newsom** 37:22
**nice** 35:3,5 39:22
**night** 8:19 10:17
12:18,22,25 14:4
72:14 81:13
**nine** 46:9 67:21

**nipping** 81:11
**non** 19:4
**nonprofits** 112:25
**nonsense** 94:7
**nonstop** 35:4
**nope** 80:20
**normal** 64:5
100:15
**normally** 31:23
62:3
**north** 2:21
**notary** 1:18 121:1
121:21
**notice** 59:22 61:2
61:3 62:20,22
63:11 104:23
**noticed** 60:22,24
65:25
**notices** 63:3 65:20
**nuisance** 22:14,16
22:18
**number** 6:20 13:5
13:7 16:3 18:9
26:22 36:4,13
46:17 48:14 61:12
61:21 65:14 74:19
74:22 75:11 77:18
110:24
**numbers** 41:9
111:22 118:4,6
**numerous** 14:16
116:22
**nury** 12:15 17:18

**o**

**o** 1:14 6:1
**objective** 91:13
**obligation** 57:10
**obtaining** 82:8
**obviously** 19:21
35:12 112:18
113:6,8,8

**occasion** 11:4
**occupants** 22:9
**occur** 19:5 71:23
**occurred** 40:4
**occurring** 32:3
76:16
**occurs** 68:16
107:9
**offered** 58:13 68:6
68:9
**offering** 45:19
58:8,11,14,16,18
**office** 47:1,24
48:18 61:1 65:8
68:10 82:16,18,18
**officer** 11:23,23
121:2
**officers** 23:1
**official** 6:5
**officials** 112:10
**oftentimes** 12:6
36:9
**oh** 28:13 34:2
38:15 47:2 49:8
67:6 75:5 79:5
98:9
**okay** 6:10 7:4
26:13 27:3 28:13
30:24 32:4 33:11
33:22 34:4 37:9
47:2,11,23 49:15
50:5,11 52:6,18,20
52:22 53:2 54:12
59:7 61:19 62:17
63:4,8 66:22,24
67:12 70:14 72:1
72:20 73:1,16,20
81:6,23 84:7,10
85:19 88:22 89:6
90:2,5,13 91:1,8
95:13,20 96:10,13

Veritext Legal Solutions
866 299-5127

[okay - people]

98:9 99:24 101:18
102:1,3 103:7,9
105:1,19,19 106:8
106:21 108:3
109:7,12,12,19
115:11 118:1,14
118:20
**olympic** 2:13
**onboard** 114:22
116:5
**once** 10:2 12:13,18
13:23 44:15 51:23
93:15 114:24
115:7
**ones** 30:1,1
**ongoing** 11:19
48:25 54:7 55:25
**online** 102:3
**open** 21:3 69:19
96:4 97:19 98:12
103:22,23 104:23
119:17
**opening** 9:13,15
47:20 97:24 98:20
108:17
**operating** 104:3
**operational**
103:12
**operations** 11:15
18:3
**opinion** 17:5
**opportunities** 38:7
44:10 45:21
**opportunity** 9:19
9:22 14:7,11 25:5
35:9 39:22 41:19
59:21 60:12 72:24
84:6 85:6,23
93:13
**opposed** 30:8

**optimal** 37:11
**option** 88:12 104:2
**options** 73:19,20
**orange** 3:2 56:17
117:21,21
**order** 6:6,23 22:10
33:13 35:18 38:4
38:16 43:6 115:23
119:20
**orders** 67:22,23
95:1
**ordinance** 13:18
13:19,21,22 61:4
**ordinances** 13:10
**oreskes** 3:25
**organizations** 65:7
**originally** 41:14
41:21 50:12
**ourself** 77:19
**outcome** 121:15
122:11
**outcomes** 64:16
**outline** 22:1
**outlined** 55:18
**outreach** 52:11
**outside** 26:8 45:14
53:21
**outstanding** 34:12
**overall** 109:17
**overpass** 89:1
**overpasses** 76:7
**owned** 84:16
102:11

**p**

**p** 2:1,1 3:1,1 4:1,1
6:1
**p.m.** 120:1,3
**pacific** 12:2
**pacoima** 14:21
**page** 5:6 51:4,5,7
51:10,20 104:16

**pages** 50:18,23
73:3,4
**pain** 32:24
**pallet** 85:7 89:16
90:1 91:12,23
95:11 104:4,10,12
107:12,17,23
108:23
**pallets** 88:7 93:17
93:17 95:5,20
96:15,23 97:2
105:7
**palmdale** 23:13
**pandemic** 12:10
25:5 40:3 102:25
**papers** 82:18
**park** 14:21 63:21
76:10 77:5 78:14
83:8
**parked** 73:17,23
103:18
**parking** 42:7
43:17 44:2,14
63:22 74:17 78:12
81:23 84:14,21
89:22 90:22 91:2
93:8,16 95:11,23
96:5,14 97:5
98:13 99:9 103:20
103:23 104:22
107:15 109:21
**parks** 78:9
**part** 7:9,11 8:20
17:19 19:18 21:19
21:21 25:9 31:5
39:24 44:4,6
48:22 52:2 54:19
56:21 57:15 60:22
61:4 65:25 99:1
114:4,4,5 117:9

**participate** 39:22
**particular** 40:6
41:10 65:9,12
68:7 69:12 102:7
**parties** 109:6
115:24 121:11,14
122:8,10
**partner** 9:4,4
15:18
**partnering** 39:24
**partners** 14:14
15:3 20:12 43:5
**partnership** 10:15
15:3
**parts** 33:3 62:18
**party** 42:19 114:1
**pasadena** 23:14
**pass** 71:21
**passage** 33:15
**passion** 25:7 61:17
62:12 64:12
**pat** 42:20
**patiently** 67:5
**paul** 105:17
107:14
**paul's** 17:12
**pave** 91:18
**paved** 51:23 91:16
**pay** 39:3 67:22,23
83:11 87:7 107:14
111:4
**paying** 31:11 61:9
**pays** 87:7
**pedro** 11:25 14:20
15:9
**people** 7:15 16:19
17:1,9 19:14
20:19 21:3,4,8
22:2,3,4 23:10,16
25:14 26:18 27:22
28:7,7 29:14

[people - position]

32:12 33:14 35:4
35:25 36:2,13,14
36:16,24,25 37:7
37:21 41:20 44:3
44:17,19 45:5
46:1 50:17 52:15
52:17 53:12,25
55:2,5 57:6 59:4,9
59:20,22 65:21
66:1 69:1,3,4,5,10
69:20,21,24,25
70:1 71:25 75:22
76:1,6 77:14,18
79:13,23 80:2,21
81:17 82:23 83:13
83:22 85:4 86:8
86:17 87:6,12
92:19,21,25 93:1
94:2,8,8,18,19
98:7,13 100:2,5
101:14 102:8
104:6,7 105:6,6
107:7 108:14
109:20 110:11
111:3,12 113:2
118:4,6,21,25
119:11,18
**people's**  55:2,21
65:10,25 70:9
**perceive**  81:8 86:8
**percent**  10:8 53:13
58:24 61:6 63:10
100:7
**perfect**  70:22
71:12,25 92:10,11
92:14
**perform**  61:3
**performing**  111:7
**period**  10:11 19:5
32:18 35:1 40:6
41:5 69:25 100:17

100:19 107:7
**permanency**  100:1
**permanent**  13:16
36:21
**permanently**
68:20
**permits**  78:15
**permitted**  20:12
**person**  16:4,15
28:15 35:3 47:10
48:6,13,14,19 49:9
52:4,22 53:20
79:8 80:7 96:19
**person's**  16:12,13
48:5 83:18
**personal**  16:12,16
40:11 53:22 55:8
57:5,7 70:21 71:6
98:25
**personalization**
77:13
**personally**  8:1
21:1 33:5
**personnel**  27:1
**perspective**  102:6
107:22 111:14
**peter**  107:14
**ph**  20:23 47:16
57:14 67:15 74:17
89:11
**phase**  101:15
**phases**  18:9
**phelps**  2:12
**phil's**  71:16
**phillips**  2:12
**phone**  46:23 48:13
48:20 49:2,14
90:16 92:8 93:5
94:12,14
**photograph**  34:13

**photographs**  63:3
**physical**  41:19
**pick**  18:12 46:23
77:4
**picked**  58:6 69:14
**pickup**  52:9 58:12
58:14 69:6,7
**picture**  34:16
**pictures**  57:11
68:22 77:6
**piece**  51:16,18,18
84:8
**pilot**  38:10 42:21
**place**  7:1 9:4,9,23
11:9 13:4 14:21
21:15 29:25 37:9
44:8 47:13 52:10
53:11,13 56:1
62:14 75:8 78:13
78:18 80:13 85:7
86:14 94:6,13
104:12
**placed**  45:17
**places**  33:11 78:12
100:12 104:12
**placing**  66:15
**plaintiff**  23:5
**plaintiff's**  112:14
**plaintiffs**  1:6 2:2
11:20 13:1 14:8
14:13 64:20 89:23
109:8 117:16
**plan**  24:24 37:20
38:6 46:14 69:19
87:1
**planning**  42:15
**planting**  9:24
**platform**  39:2
**play**  35:23 42:12
80:24

**player**  113:7
**playing**  62:12
68:12
**please**  9:15 49:7
63:16 104:2
**pleasure**  19:10
**pledge**  19:3 77:9
**pledges**  18:22
**point**  8:21 17:6
18:21 28:10 30:19
42:10 60:11 61:24
65:2,2,3 66:12
70:1 87:2 96:1
98:16,21 102:24
111:21
**pointed**  29:8 77:19
86:9
**points**  62:7 111:17
112:20
**poisoning**  88:18
**police**  11:23 22:21
22:22,22 28:4
68:4 70:25
**policies**  47:12,13
68:3
**policing**  12:4
**policy**  28:4 47:17
47:24
**pop**  89:16 90:1,10
92:21 93:4 94:1
101:19 107:1
118:5
**popular**  28:14
**population**  16:23
19:17 21:3 22:5
22:15 63:20 64:1
**populations**  36:6
**porta**  97:8
**portray**  58:21
**position**  7:3 30:15
30:15,16,19 44:12

[position - put]

56:2,20 92:5 115:23

**positional** 81:4

**positive** 41:4

**possession** 16:16 41:16

**possessions** 16:13

**possibilities** 47:20 49:17

**possible** 48:11 82:10 104:16

**possibly** 78:15

**post** 24:20

**posted** 63:3

**potential** 75:20 82:7 97:23

**potentially** 44:19 48:20

**potty** 97:8

**power** 84:5,17

**practical** 112:8,11 113:4

**practices** 68:3

**praises** 86:15

**pre** 24:20,25 81:23

**preclude** 45:19

**precursor** 49:22

**prefer** 44:24 103:3 103:3

**prepare** 69:19

**prepared** 113:14 122:3

**presence** 22:23

**present** 3:8 4:2 6:4 9:22 11:8 36:23 43:12 87:17

**presentation** 56:19 114:11

**presented** 102:16

**president** 7:17 12:15 17:18

**press** 40:20

**pressing** 83:9

**pressure** 47:8

**presumed** 41:2

**pretty** 28:14

**preventing** 14:2

**previous** 55:19

**previously** 40:9

**prior** 121:4

**priority** 22:5 24:7 26:23 103:8

**privately** 49:24

**privileged** 11:7

**probably** 39:5 49:1 76:20 77:21 82:6 86:24 92:12 92:15,19 95:24 100:20 105:21 110:6

**problem** 12:12 23:25 31:15 59:1 62:4,5 66:25 68:16,24 70:12 76:20 77:17 80:24 82:14 114:13,22 115:17 116:8,9,12 117:3

**problems** 17:12,13 17:13 27:14 58:21 65:10 72:1 82:7 85:24

**proceed** 109:5

**proceeding** 120:3 122:4

**proceedings** 18:20 54:7 121:3,4,5,8 122:5

**process** 9:2,2,3,3 12:7 60:25 64:20 66:22,22,24 67:19 82:6,8 83:9 98:21

99:2,8 102:2 110:2

**procurement** 99:22,22

**productive** 115:4

**professional** 71:4

**proffers** 86:18

**program** 20:23 21:7,12 22:6,7 41:10,11,21 42:4,9 42:11,22 44:2,6 47:24 48:18 69:15 84:14 97:6 107:15

**programs** 7:25 40:4,9 42:23 43:7 43:21 112:25

**progress** 35:18 104:22

**project** 15:7 19:20 20:13,14,17 26:17 101:7 102:5,12 103:4

**projects** 42:11

**promise** 39:13 60:9 116:22

**proof** 63:11,12

**proper** 22:10 44:14 45:4 61:2

**properties** 37:23 37:25 38:1 76:22

**property** 27:9 51:16,18,19 54:25 55:8,24 57:5,7 59:9,16 64:15 67:16 68:9 70:22 71:6 75:7 84:8 102:16 117:20

**protect** 21:19

**protection** 22:21 22:22 33:2

**protocols** 61:5

**proud** 15:6,10,23

**provide** 9:19 14:24,25 17:5 19:22 24:18 29:4 38:7 39:2 97:6 101:22 104:19,21 113:23 114:9,14

**provided** 22:21 62:22 114:11

**provider** 98:19 99:14

**providers** 99:20 100:16 101:7 116:11

**provides** 29:4

**providing** 19:17 42:8 62:19

**provisions** 13:24 14:3

**public** 1:18 13:14 13:15 57:11 76:24 79:18 80:1,22 121:1,21

**pull** 49:13 51:15

**pullen** 3:12 19:8 19:11

**pulling** 19:19

**purchase** 102:13

**purchasing** 102:22

**purpose** 95:25

**purposefully** 17:6

**purposes** 66:15

**push** 70:12

**pushing** 35:6 104:13

**put** 38:12 42:25 51:14,25 52:14 68:23 69:7,8 70:17 74:24 75:3 75:4,24 78:15

[put - reminder]

80:13 84:7 91:22
91:23 94:18,24
95:20 100:5,10,12
101:13 107:16,23
**putting**  19:18 47:8
78:3 95:5,10,11
98:6

**q**

**qaeda**  31:24 32:2
32:14
**qualified**  121:7
**quality**  11:24
13:10 15:5 76:19
81:4
**question**  21:16
26:1 28:15,16
40:13 55:1,16
56:11 58:6,12
73:25 82:5 91:7
**questions**  16:11
21:6,22 27:2,15
29:2 39:20 43:8
48:12 49:16 55:19
62:16
**quickly**  9:1 10:9
13:11 21:24 50:15
88:3 91:20 99:4
**quite**  9:11 80:23
82:17 86:16,17
105:10 117:21
118:23
**quo**  80:21 89:25
96:2 101:21
103:11,15,16

**r**

**r**  2:1 3:1 4:1 6:1
**railroads**  80:12
**rain**  76:8
**raise**  29:25 32:8
95:6

**raised**  55:20 95:9
**ramifications**
88:24
**rcx**  5:2
**rdx**  5:2
**reach**  10:16 11:3
17:3 46:25 47:9
47:16,17
**reached**  65:8
**react**  22:23
**reacting**  22:24
**read**  18:15 30:17
50:14 72:4
**ready**  24:14 84:14
84:17 99:17
116:23
**readymade**  117:5
**real**  8:9 10:2 30:24
31:8,15 71:24
82:24,24 90:15
94:13 102:7
109:10
**reality**  22:15
24:11 115:12
**realize**  14:18 16:5
64:5
**really**  11:2,19
15:23 16:18 17:7
21:13,23 26:18,18
28:24,24 30:6
33:7,25 35:2 37:3
37:3 50:6 61:15
68:14 70:23 71:5
71:9,22 72:14
92:22 93:18 97:15
102:9 110:1 111:3
111:23 115:8
117:11 118:10,19
118:21
**reason**  56:18
67:20 69:2 76:7

80:2 117:17,23
**reasonable**  22:7
**reasons**  79:18 80:1
**rec**  69:20
**recall**  8:3,22
**received**  51:7
**recess**  106:20
**recognition**  17:2
35:12
**recognize**  15:17
37:18 62:16
**recognizing**  111:3
**recommend**  9:14
**recommendation**
51:13
**record**  21:25
62:21 120:2 121:9
122:5
**recorded**  63:5
121:6
**recording**  121:8
122:3
**recordkeeping**
63:9
**recover**  38:16
**recovery**  38:21
**recreational**  44:17
72:9,18 73:10
74:18 76:11 78:6
81:21,24 83:11
85:10,14,15 87:22
92:11,24 93:24
100:2 103:21
104:3
**red**  35:7 66:17
**redoing**  58:2
**reduced**  121:6
**reexamined**  47:7
**refer**  50:23
**reference**  100:14

**referring**  47:14
**reflect**  55:4
**refrigerators**  69:2
**refuge**  36:17,17,24
36:25 37:7,7 39:7
**refugee**  31:4,6
32:3
**regarding**  28:16
**regardless**  17:14
26:5 55:10 62:14
**regards**  42:12
47:11 49:10
104:18
**region**  7:18 19:14
**regular**  58:14
**regulation**  22:18
**rehabilitation**
42:5
**relate**  40:1
**related**  58:22
121:10 122:7
**relates**  23:17
89:13
**relationship**  11:2
12:3
**relative**  32:15
121:12 122:9
**release**  40:20
**releases**  27:2
**rely**  36:23 43:5
**remain**  6:13 15:25
41:4 101:21
103:11,15
**remaining**  103:15
**remains**  17:18
**remarkable**
101:11
**reminded**  11:15
11:22,25
**reminder**  12:9

Veritext Legal Solutions
866 299-5127

[renewable - safe]

| | | | |
|---|---|---|---|
| **renewable** 86:22 87:11 | **reserve** 106:5 | **results** 41:3 | **risk** 84:12 |

renewable 86:22
87:11
renovated 69:5
rented 41:18
repeat 16:21
repeatedly 44:13
report 12:14 30:18
51:2,3,4,10 82:7
104:22 105:3
107:21 109:9
118:3
reported 1:18
reporter 47:18
120:1
reporters 33:17
reports 118:2
represent 25:7
52:19 115:20
117:11
representation
52:17 87:20
representative
12:20
representatives
18:19 24:23
represented 65:7
103:20
represents 25:12
102:20
require 17:15
38:16 87:4 93:5
94:22 105:17
115:22
required 19:6
requirements
49:19
requires 99:23
101:7
rescue 25:19 69:25
research 95:4

reserve 106:5
residences 75:25
resident 10:18
residential 79:22
80:5 89:5
residents 8:13
14:11 23:21,21
27:24 30:2 41:23
41:25
resistant 36:3
resolution 31:9
115:4
resolve 68:1 96:15
resolved 29:21
30:2 71:3 76:20
76:21
resource 31:6
resources 24:17
43:25 46:3 98:19
101:23 103:4
113:22
respect 78:10
83:11
respectfully 67:17
respective 14:17
response 13:22
19:7 28:12 44:13
79:8 81:9 96:3
responsibility
24:3 119:15
responsible 59:7
61:24 116:16
rest 115:17
restriction 75:22
restrictions 45:17
87:21 94:22,25
108:10
resubmit 20:8
result 16:9 31:18
55:9 57:20,21
58:25

results 41:3
revenue 117:1
reverses 73:4
review 18:16
42:22 53:5
rid 85:24
right 6:23 8:9,15
8:16 11:11,14
15:8 16:9 18:6
21:12,14 24:10,16
24:19 25:15,22
28:14 29:16 31:5
33:3,7,12 34:17
35:7 36:12 40:18
44:8,11 46:12
49:3,10 50:11,19
51:9 53:7,10,18,18
53:21 55:8,11,16
57:11 59:17 60:16
61:10 62:10,18
65:13,17 73:11,11
73:23 74:4 75:13
75:17 76:2,3,5
78:5,14,16 79:21
81:23 82:1,2
83:13 84:5,12,22
86:19 87:7 88:5
88:14 93:25 94:4
94:9 95:14,15,18
96:6 98:16,23,24
100:13 101:16
103:5,22 106:10
106:18,22 108:13
108:20 110:3
111:25 112:5,8,18
113:13 114:2,7
115:15,18 117:19
118:15 119:12,21
rights 1:4 3:4 21:8
rise 60:16

risk 84:12
river 56:23 70:19
70:19 79:23
road 29:19 54:23
64:21 70:13
roam 21:10
roaming 22:18
roar 82:15
rob 107:14
robert 3:12
rogan 47:16
role 9:12 21:19
roll 27:10
room 2:21 10:8
17:19 29:23 64:11
66:7 78:8 90:14
102:5,12 103:4
113:24 119:18
row 13:24 43:1
46:5 48:23 67:16
68:8 69:2
rule 47:19
ruled 57:15 62:6
rules 47:5,5,6,25
running 6:18 15:7
15:12,13 101:23
runs 102:15
rush 66:1
rv 89:15,22 94:24
95:10,23 96:4
107:14
rvs 74:22,24 75:2
75:8 85:1 89:19
90:9 91:23,25
95:20,24 97:20
107:22 118:5

**s**

s 2:1 3:1 4:1,4 5:5
6:1
safe 8:13 44:2,14
78:12,18 81:23

[safe - side]

84:14,21 85:10
89:22 90:22 91:2
93:8,16,17 95:11
95:23 96:5,14
97:5 98:11 99:8
103:23 104:22
107:15 108:14
109:21
**safeguards** 21:11
**safely** 97:18
**safety** 23:20 43:14
70:10
**sake** 92:20 94:11
**sakes** 83:16
**san** 11:25 14:20
15:9 45:14
**sanitation** 33:21
100:6,10
**santa** 3:6 23:13
24:13 33:10 70:19
89:6
**saturday** 10:23
**saw** 63:18,22
115:25
**saying** 7:22 22:11
28:10 38:15 49:8
54:14 55:8 56:20
57:23 59:15 81:10
88:22 92:18 95:3
98:17 112:24
**says** 12:11 95:19
**sb211** 91:10
**scale** 46:18 101:4
101:6 114:12
115:16
**scatter** 80:24
**scattered** 80:4
**scenario** 67:2
79:24 92:10,11,14
**scenes** 6:11,21
10:22

**schedule** 50:12
112:19 113:12
**schemes** 67:24
**scott** 2:19 12:21
89:12
**scott.marcus** 2:23
**screaming** 32:12
**screened** 32:19
**screening** 32:17
**seat** 31:3
**second** 6:23 15:9
21:16 41:11 49:19
51:5
**secondly** 22:8 32:2
**section** 41:1
117:21
**sections** 40:23
**secure** 8:14
**secured** 99:13
**security** 24:18
30:3 97:7 98:10
98:19 99:16
**see** 11:9,17 18:4
29:14 32:9,12
43:8 47:2 49:24
72:2 75:5,9 82:13
102:16 107:6
118:14,19
**seed** 9:24
**seeing** 38:4 57:20
72:1 78:9 80:8
**seek** 115:4
**seeking** 44:8
**seemingly** 67:1
**seize** 35:9
**selected** 78:8
**selecting** 73:12,14
**selection** 83:10
**self** 40:23 73:12,13
78:8,14 83:10

**sell** 116:23
**send** 73:7
**senior** 11:23
**sense** 12:10 16:19
29:15 59:6 93:18
109:15,17 113:24
**sensible** 64:4
**separate** 69:11
75:19,21 110:25
**september** 65:6
**sepulveda** 45:14
**sequentially**
104:13
**service** 11:16 42:5
42:19 101:7
**serviced** 23:17
33:24
**services** 12:8 15:1
19:17 42:9 44:9
45:20 58:8,12
78:4 86:22 87:8
97:7 98:6 99:15
105:10 111:24
114:9,15
**session** 6:3
**set** 38:2 41:19 45:6
46:14 84:14 88:2
99:10 100:16
105:13
**setback** 91:11,11
**setting** 97:5 98:5
107:8
**settlement** 8:8 9:8
13:2 14:17 15:22
17:3 18:7 58:1
110:23 112:22
114:3 117:10
119:24
**seven** 108:6
115:14

**severe** 36:3
**sewer** 98:6 99:17
**share** 7:2 83:21
**shared** 38:24
87:15
**shayla** 3:18 66:3
67:13 73:16 74:8
91:1
**shed** 37:16
**shelter** 19:23
21:15 37:9,19
44:23 64:10 76:7
91:12 100:5
116:11,14,16,17
116:20
**shelters** 16:20
70:7 78:1 85:7
91:23 104:10,12
107:13,17 118:5
**sherin** 3:15 25:12
34:21,22 39:23
66:17 81:5
**shocking** 106:7
**short** 10:11 70:8
92:25
**shouldn't** 64:15
**show** 27:25 33:3,8
33:11 54:16
**showed** 57:12
59:10
**showing** 12:4 23:4
62:21
**shows** 12:10 21:25
**shumot** 3:9
**shut** 23:8
**sick** 43:18
**side** 54:22 89:3,4
92:1 107:22
111:18 112:14
117:6

Page 23

[sides - starting]

sides  10:16 61:17 66:5 72:3 79:17 85:12 113:19
sidewalk  33:15 52:23,24
sidewalks  58:24 69:8
sign  20:22
signature  121:19 122:18
significant  18:9 48:14 51:16
signing  39:4
silver  25:3,4
similar  13:3 75:10
simple  8:9 10:2 76:17,24 81:2 100:8
simply  22:23 35:23
simultaneously  107:4
sin  31:17
singing  86:15
sir  11:10,17 17:4 17:24,25 18:2 35:5 50:2,6 107:12
sisters  39:7
sit  31:2 37:24
site  8:25 51:11 63:22 73:9 74:21 74:22,24 75:1,3,21 76:9 77:4,5,8,16 77:20 82:9 84:15 84:16,20 85:13 87:21,25 88:9,17 89:13,25 90:2,9 91:3 93:9,11,15 94:1,5 95:22 97:25 98:2 99:13

99:17,21,22 101:22 104:4,24 107:12,16,18 108:12,23 109:2
site's  99:17
sites  15:12 94:16 95:24 100:15 104:9
sitting  35:11 39:1 69:10 90:18 96:23 96:24 116:7
situation  7:22 36:18
six  32:18 67:9 71:1 72:21
sixth  77:18
size  77:7 110:16
sizing  112:1
skid  13:24 43:1 46:5 48:23 67:16 68:8,23 69:2
skills  121:9 122:6
skillsets  38:23
skip  4:3 26:8,13
skype  35:4
sleep  98:13
sleeping  75:22
slide  31:22 32:4
slow  66:16
small  19:13 74:19 81:21 90:18 92:12 116:7,8,9
smaller  116:10
smarts  64:12
smith  4:6 6:8,9,10 6:15 10:21 72:23 106:15
snatching  59:17
sobel  3:22 67:4,12 70:5 86:12,21 105:25 106:5,10

solis  3:13
solution  36:23 95:9,10,21
solutions  13:15 15:16 37:11 68:14
solve  12:13 77:25 100:19 114:21 115:17 117:2
solved  100:18
solving  12:11 15:19
somebody  7:2 40:25 41:1 78:11 80:16 83:5 92:18 94:12,15
somewhat  111:17
soon  104:17
sorry  6:18 46:21 47:15 49:6 50:20 57:3 60:7 65:2 67:6 72:17 101:5
sort  59:12 68:10
sorted  53:24
sorts  33:11
sos  35:13
sounds  29:7 50:2 89:8,10,12
source  86:22 87:11
south  1:16 19:13 84:15 93:12 107:16
southern  7:14
space  81:4 88:14
spaces  13:15 82:1 91:2
speak  7:1 13:11 29:10,13 75:7 106:16
speaking  19:10 28:3

special  6:7,11,14 20:8 42:21 68:24
specific  51:17
specifically  26:16 109:20
spend  70:12 86:1 87:1,5
spent  34:24 37:15 67:8 86:3,20,25
spertus  2:4
spertuslaw.com  2:7
spoken  26:23 114:18
spots  37:10 75:7
spotted  80:6
spring  1:16
sprung  41:13
squalor  37:1
square  19:15 21:5 22:3
stack  82:18
staff  48:20 114:17
stake  55:5
stand  84:17 103:5
standpoint  20:10 92:15 93:4 108:19
stands  84:14
start  7:22,24 33:12 35:2 40:2 45:4 61:16 73:8 79:25 105:5,16 107:3,6 109:19 110:6,10
started  23:6,9 40:22 41:7 42:3 46:3 48:15 67:15 68:8 72:17
starting  38:3 62:16 109:17 110:8

Veritext Legal Solutions
866 299-5127

[state - talked]

**state**  15:14,15
19:22 28:2,3
37:22,23 51:8
84:1,10 86:10,14
94:22 95:2 108:10
119:9,19 121:22
**statement**  97:3
**states**  1:1
**stations**  100:6,10
**status**  80:21 89:25
96:2 101:21
103:11,15,16
104:16,21 105:3
109:9 113:3 118:2
118:3
**stay**  34:15 43:16
53:13 74:1
**staying**  37:19
**step**  115:13,17
117:6
**stepped**  116:15
**steps**  64:23 93:22
104:19
**steve**  39:13,14,17
**steven**  3:14
**stood**  24:13
**stop**  13:19 14:5
18:10 32:3 39:10
43:8 60:6,6,6
90:17
**storage**  108:13
**storm**  9:20 106:12
**story**  66:23 97:20
**strain**  19:19
**strategy**  39:8
**streams**  104:14
**street**  1:16 2:5,21
3:5 14:12 16:15
31:11 33:17,22
36:3,7 38:20,21
39:7 51:25 52:4

52:10 53:16 57:20
59:11 62:3 65:20
73:11,17,23 74:11
74:25 77:6,16,25
88:1 89:15 92:21
94:9,20 96:19
103:16,19 105:6,9
119:11
**streets**  12:2 13:7
13:14 35:25 36:5
36:14,24 37:13
42:6 53:25 57:7
57:21 58:21 59:2
59:25 71:19
**strike**  29:22
**strong**  44:12 66:5
**structure**  41:17
42:2 43:13 109:17
115:6
**structured**  99:23
**structures**  41:13
44:15 95:12
**struggle**  8:2
**struggled**  25:1
**struggling**  7:21
**stuff**  52:22,24,25
53:16 59:13,17
62:24 66:23 68:13
**substances**  51:1
**succeed**  39:9
**success**  44:16,16
**sue**  65:12
**sued**  13:17,20,21
13:23,25 60:24
61:5,8 67:20
98:15
**suffered**  36:10
**sufficient**  43:13
**suggesting**  22:13
**suing**  119:18

**suit**  27:7 65:17
**suite**  2:5
**summarize**  89:7
**supersede**  20:7
**supervisor**  10:15
11:1 19:3,10
114:18
**supervisors**  18:14
115:20 117:10
**support**  9:16 40:5
81:3 83:1 98:7
**supportive**  13:16
41:15
**suppose**  82:5
**supposed**  33:14
52:12 76:2 83:4
86:19
**supposedly**  33:13
**sure**  21:20 22:18
22:21 25:15 39:21
41:8 44:9 46:15
48:5,17 52:23
54:8 62:9 65:1
66:19 70:11 72:18
91:5 94:23 99:15
99:16,17 102:14
102:18,21 108:14
114:6 118:9,9
**surprisingly**  52:9
**surveyor**  53:10,12
**susceptibility**
40:25
**susceptible**  26:19
**suspend**  13:24
**sweep**  70:20
**sweetser**  65:8
**switch**  104:4
**swords**  70:17
**sworn**  121:5
**sympathetic**  20:20
20:24

**symptomatic**  41:2
**sync**  114:6
**syrian**  31:4,6
**system**  45:7 113:2
**szabo**  3:23

**t**

**t**  5:5
**table**  77:14 115:8
117:2
**tag**  68:9
**take**  7:3 8:10 9:14
9:23 11:9 28:23
31:3 33:9,9 34:16
36:1 39:18 40:8
40:21,22 43:6,12
45:8,23 51:14
52:22,24,25 60:12
62:24 64:15,23
68:10 77:15,16
78:1 83:14 84:9,9
85:22,22 86:8,18
87:3 91:18 93:22
97:18 100:3,12
102:2 103:8
116:14,16 118:24
**taken**  9:9 15:15
20:6 52:19 61:20
65:11,25 121:3,12
122:8
**takes**  55:20 98:22
100:23,24 101:1
108:4
**talk**  17:7 25:3
32:15 60:12,14,15
60:18 67:25 70:10
72:15 77:17 83:8
85:6 105:11,12
118:19,20
**talked**  26:9 27:20
62:20 74:7,8,9

Veritext Legal Solutions
866 299-5127

[talking - time]

talking  15:2 28:7
  50:25 70:6 78:3
  87:24 98:5 109:20
  110:9,11
tall  24:13
tape  35:7 66:17
target  13:5,7
targeted  41:22,22
tax  86:23
taxes  87:12
team  16:1 26:25
  27:1,15 38:10,11
  42:20,22 45:10
  46:5 48:22,25
  49:10
teams  38:12
tears  37:16
telephone  3:22 4:6
televised  19:22
tell  8:19 10:13
  16:8 25:14 31:5
  37:1 38:9 52:15
  53:12 68:6 70:18
  70:25 78:11
  100:25
tells  24:15 25:8
template  117:16
temporarily  41:25
  43:17
temporary  14:2
  21:15
ten  67:21 119:6
tent  32:13,22 42:7
  43:14 45:14 93:4
tents  33:12 52:17
  54:17 82:3 83:11
  84:7 94:1,3
  101:19 102:19
term  70:8 81:3
terms  44:12,17
  56:12 58:11 63:1

63:2 74:6 76:23
  109:22,24
terrible  31:19
territory  19:15
test  41:3 46:6
testifying  121:5
testing  95:19
  108:2,4
texted  69:18
thank  7:7,8,10
  9:10 10:21,22
  11:13,17 12:21
  16:24 17:23,24,24
  18:2,5 19:11,12
  23:3,4 25:25
  26:12 27:17 33:22
  33:22 34:21,21
  35:3,8,12 39:11,18
  39:21 43:10 49:3
  50:5,7,9 56:23
  57:19 61:18 72:23
  79:11 84:24 86:10
  87:14 119:7,22,23
  119:24
thankful  9:18 10:4
thanks  12:20
that's  7:23 11:1
  15:24 24:22 25:24
  26:2 27:4 28:10
  36:3 38:25 41:13
  45:20,22 46:5
  49:22 52:15 53:16
  53:21 55:10 57:25
  58:3 59:12 76:12
  76:13 84:18,20
  89:19 90:17 92:1
  94:13 97:10,18
  103:14,24 108:14
  111:18 112:11
  115:18

theoretical  112:24
theory  112:7
they'll  88:14
they've  52:16
  80:15 85:16
  109:21
thing  8:7,15 23:11
  24:19 35:7 36:15
  38:11 43:22 52:5
  67:13 68:21 70:5
  71:14 75:21 85:17
  87:10 96:12 101:2
  110:10 112:6
  113:5
things  8:8 10:1,3
  16:5 17:8 29:6
  31:24 40:2,2
  45:22 52:8 57:25
  68:22 69:7 79:25
  89:10 92:23 97:2
  98:6 100:8,18
  114:8 115:22
think  9:20,22,23
  16:3,22 17:13
  18:19 22:7 24:4
  26:7,8,11 32:8
  33:24 38:3 53:19
  53:23,25 54:4,18
  55:1 56:2 57:11
  58:23 59:18 61:9
  62:18 63:17,19
  64:22 65:3,4 66:3
  66:5 67:13,22
  68:1,13,15 69:16
  69:16,23 70:10
  71:9 77:1 78:1
  82:14 85:6 87:9
  91:15 92:9 93:18
  97:1 99:2 101:10
  102:6 103:3
  105:20 109:8,16

111:13,23 112:12
  112:17,19 113:16
  114:18 118:16,23
thinking  66:7
  101:24
third  41:4 44:4
  49:21
thought  23:19
  45:7 54:22,23
thoughtfully  47:7
thoughts  110:13
  118:20
thousand  69:25
  70:1
threat  70:9
three  6:12 16:8
  20:18,18 21:2
  24:21 40:4,10,22
  56:18,22 69:11
  70:16 72:25 96:14
  97:4 100:21 103:2
  111:10 116:14,20
throwing  57:4
thrown  54:18,25
  60:21
throws  55:21
  83:17
thursday  1:12
  107:2
tiana  28:11
tiffany  3:11
till  117:7
time  1:13 6:4,13
  8:21 9:14 10:11
  10:17 11:6,22
  13:15 18:11,13,25
  19:4,5,23 24:22,22
  28:21 29:8 30:24
  31:4,8 32:18 35:1
  35:13,15 38:25
  39:10 40:7 43:12

[time - unhealthy]

51:14 62:23,23
64:3,13 65:24
66:20 68:18 69:24
70:23 71:24 74:3
78:2,7 82:17,24,24
83:2,15 85:25
87:10,23 88:10
90:15,19 94:10,13
98:22 99:4 100:15
100:16 101:3
103:22 104:14,21
105:18,18 106:6
107:7 108:7
109:10 110:2
112:19 120:1
**timeframe** 108:24
**timeline** 92:4,7
97:5
**timelines** 64:17
92:4
**timely** 104:20
**times** 3:25 11:25
39:19 67:21 108:8
118:22
**tip** 48:7
**tipping** 111:18
**tired** 12:12 61:8,9
**tirelessly** 10:22
**today** 11:21 16:14
17:6 18:15,20,21
19:12 23:4 26:1
27:23 37:5 46:4,9
48:9 62:8 77:11
77:25 83:2,3,15
91:25 97:21 106:2
116:13
**toilet** 34:2,2
**toilets** 100:6
**told** 14:4 71:2
94:15

**tomorrow** 85:21
88:12 97:2
**ton** 49:18
**tongue** 48:8
**top** 10:9 28:2
**totally** 36:15 69:14
97:20
**touchy** 61:24 62:7
**tough** 97:15
**toured** 48:23
**toxic** 51:1
**trailers** 88:10
**trails** 7:16
**transcriber** 122:1
**transcript** 122:3,4
**transcriptionist**
121:7
**transition** 42:9
**transitional** 41:15
**transitioning**
41:24
**transparent** 28:5
**transportation**
45:1,7,11
**transporting** 46:4
54:25
**trash** 16:13,16
51:24 52:1,6,9,19
53:1,8,19 54:18
55:2 56:20,21
58:6,12,14,21,24
59:8,9,12,12 66:8
68:7,7 69:6,12
85:25
**trashy** 72:6
**trauma** 36:10
**treat** 25:16 110:24
**treated** 25:20
**treatment** 42:4
43:19

**tremendous** 94:9
117:22
**tried** 6:21
**trigger** 106:22,23
**true** 55:13,15 60:1
60:7 73:24 121:8
122:5
**truly** 33:22
**trust** 53:11 71:12
76:21 110:22
119:6,10
**try** 17:3 29:7,16
30:10 32:13,14
49:12,13,15 66:12
109:10 111:13
115:4
**trying** 18:24 19:2
31:23 37:1 66:4
86:16 88:2 89:18
100:19 108:15
**tuesday** 117:7
**turn** 7:5 44:7
72:10 105:19,24
106:1
**turnkey** 15:7
**two** 8:8 10:3 15:12
16:8 19:14 21:5
22:3 26:1,6 27:20
31:23 42:3 46:17
49:16 50:17 53:8
59:19 61:21 74:5
74:14 75:6 81:9
92:17,22 93:8
97:4 100:21
104:20 110:24
119:6
**type** 29:4 69:12
81:12 90:18 100:4
**types** 17:9
**typewriting** 121:6

## u

**ucla** 49:18
**ultimate** 31:12
**ultimately** 12:8,23
112:21
**umhofer** 2:4 3:21
82:5 109:15
110:14,19 113:5
113:11,14
**un** 32:10
**unacceptable**
36:15
**unanimously**
12:24 14:10 15:21
**unconscionable**
35:17
**unconventional**
14:8
**underneath** 80:17
80:22 85:17 88:8
88:11,25 89:4
91:12 92:22 93:2
93:3 94:2
**underpass** 84:6
88:17,19 89:2
**underpasses** 89:4
**understand** 10:10
23:24 50:14,18
64:3,9 69:22
71:20 91:24 102:9
108:9 109:3 111:8
111:15 112:12
**understanding**
20:17
**understood** 61:18
89:20 115:10
**unfenced** 98:13
**unfortunately**
9:21 98:22 110:20
**unhealthy** 89:1

Page 27

[unhoused - way]

**unhoused** 13:6
  14:11 55:5 59:4
  102:8
**uniform** 11:21
**union** 25:19 69:25
**unique** 14:6 17:10
  66:13
**unit** 33:2
**united** 1:1 31:22
**units** 37:20
**unlock** 86:16
**unsheltered** 13:6
**update** 104:16
  107:1 108:1 109:4
**updated** 109:6
**ups** 92:21 107:1
**upscale** 69:5,9
**upset** 54:3 97:22
**urge** 111:23
**urgency** 12:11
  24:6
**urgent** 26:18
**usability** 108:25
**usable** 75:6 81:25
**use** 37:21 38:6
  49:21 82:2,2 85:5
  85:5,12 87:21
  88:13 95:24
  108:22 118:16
**useful** 81:25
**usual** 108:7,8
**utilize** 89:25 91:14
  94:3

**v**

**v** 1:7
**va** 34:24 35:1 43:4
  43:16 46:25 47:17
  47:20 48:1,22
  49:18
**vacate** 7:2

**vagabond** 15:10
**valuable** 53:21
  102:23
**value** 17:3 66:15
**values** 36:11
**variance** 82:9
**vehicle** 44:4 92:24
**vehicles** 44:3
  72:18 73:10 74:19
  74:20 76:11 77:20
  77:21,24 78:6
  81:22 82:1 83:7
  83:11 84:6 85:11
  85:14,15 87:22
  88:7 89:15 92:11
  93:25 96:4 100:2
  104:3
**versus** 55:2,16
  95:11
**vested** 23:20
**veteran** 39:24
  43:21
**veterans** 36:10,10
  39:1,5,8 40:6,11
  40:23 41:14 42:6
  42:14,24 43:1,12
  44:21 45:6,8,11,13
  45:21,25 46:6,10
  49:20
**vetted** 95:22
**vetting** 98:3
**vha** 48:20
**vicente** 45:15
**victories** 72:3,3
**video** 8:9
**videos** 63:2
**videotaped** 62:21
**view** 59:15 85:25
  117:14
**violated** 84:10

**violence** 36:9 71:2
  71:3
**virtually** 72:24
  91:18
**virus** 26:19
**visit** 46:13,16
  48:10 49:23
**voluntary** 19:6
  52:15 84:25
**volunteers** 42:20
**voted** 8:20
**voting** 69:19
**vouch** 49:11
**voucher** 46:11
**vpan** 42:21 45:10
  46:4
**vpn** 42:20
**vulnerable** 8:11
  10:4 12:1 26:19

**w**

**wait** 46:18 69:6
  104:13
**waiting** 16:2 34:18
  83:6 104:10 115:9
  116:7 117:7
**waived** 94:25
**waiving** 78:21,21
**walk** 56:22 71:8
  71:18 79:24 85:22
**walking** 34:14
  51:25 60:20 66:7
  71:21 79:23
**want** 9:10 13:11
  15:17 16:24 18:5
  21:21,22,25 22:1,4
  25:9,9,15,20,25
  27:17 28:1 29:12
  30:9 33:3,4,8,10
  35:2 37:2,17 38:9
  39:18 44:22 48:10
  48:12 49:3 51:14

**52:12 54:11 55:6**
  62:4 64:9,10 65:1
  65:2,24 67:8,25
  68:21 69:6 70:15
  70:20 72:14,23
  74:1,1 78:25
  80:16,16 83:7
  85:5,22 88:8,10,11
  88:13 89:11 91:13
  91:24 94:11 96:2
  97:18,19 98:12
  99:7 100:9 101:18
  103:22 104:13
  107:14,20,23
  109:9,19,23,23
  110:8 112:7,10
  118:10,15,19,20
**wanted** 52:3 61:16
  63:15 72:18 73:1
  85:5
**wanting** 63:25
  64:18
**wants** 29:7
**warehouse** 32:21
**warn** 48:12
**wasn't** 23:7 61:20
  87:16 100:23
**waste** 52:4 53:24
  70:9
**watch** 89:3,5
  106:8
**water** 84:17
**way** 9:13,24 15:9
  15:22 16:20 22:12
  24:9,16,25 25:16
  25:24 26:5 27:4,6
  30:22 32:6,14
  33:8 34:13,17
  38:8 40:13 46:10
  52:25 53:9 57:8
  57:11 59:23 61:20

Page 28

[way - you've]

66:13 73:11 76:20
83:7 86:3 87:5
88:14 91:22 94:3
94:19 98:23 99:22
111:19 115:18
**ways** 43:3 65:15
65:22
**we've** 7:21,24 8:25
10:14 11:19 13:13
23:14 27:21 28:7
29:14 35:14 37:12
37:25 38:1,11
40:3,4,21 41:8,23
46:9 62:11,20
66:12 68:18,19
72:12 80:11,13,20
80:21,21 81:5,8
82:1,24,24 89:21
94:8,19 106:3
110:5 111:4
114:18
**week** 22:13 30:8,9
30:9 46:13 89:20
90:16 91:10
104:20 108:5
118:17,18
**weekend** 110:9
**weekly** 109:9
118:4
**weeks** 27:21 32:19
42:3 69:11 72:25
97:4 100:21
104:21 108:4,6,6,7
**weitzman** 3:3 58:8
58:11 74:2 76:14
**welcome** 43:23
50:10
**went** 56:22 80:10
109:25
**west** 2:5,13 34:25

**western** 20:4
**whirlwind** 83:17
**white** 48:25 49:10
**whittier** 4:4,5 7:14
7:15 8:24 9:17
10:19 13:4 18:7
115:25 116:3
**willing** 16:24
30:13 43:11,15
89:17 90:3,9,10
117:3,6
**wilmington** 14:20
**wilshire** 45:15
**win** 25:24,24
27:24,24,24,24
**wings** 16:2 75:7
**wish** 86:6
**withstanding**
20:11
**witness** 5:2 121:4
**woman** 31:17
34:13 60:20
**women** 36:8 37:9
**women's** 32:24
**wonderful** 11:1
17:11 111:2 113:6
**wonderfully** 33:23
**wondering** 61:25
**words** 33:16 47:21
52:25 56:14 61:23
84:4 88:10 95:4
**work** 24:4,9 25:10
26:6,23 28:21
29:7 30:10,13
33:23,23 42:18,21
45:3,10 61:20
72:12 85:11 106:3
107:19 109:24
112:15,17 113:14
117:12,12

**worked** 10:22
25:19 28:20
**worker** 3:2,18
**workers** 70:24
**working** 6:12
10:25 14:15 15:3
23:14,22 25:8
26:14 33:24 34:24
43:5 46:6 48:22
49:9 81:13 82:12
82:14,16 107:3,6
107:15,18 109:13
117:15
**works** 64:24,24
**worried** 96:21
119:5
**worry** 27:2 29:18
33:21 34:2 52:21
100:4
**worthwhile** 51:15
**wouldn't** 71:2,8
92:18
**wounds** 32:1
**write** 16:11,12
33:18
**wrong** 16:9 29:22
55:11,11,16 73:9
**wrote** 33:13

| x |
| --- |

**x** 5:1,5

| y |
| --- |

**yeah** 28:13,13
30:21 33:6 48:17
63:13 73:7,21
74:12,25 75:16
76:4 78:11,25
84:2,3 85:2 87:14
88:1,2,18 89:9
90:21 91:21 96:25
97:12 98:1,18

99:12,12 101:17
103:7,9,17 104:8
106:1,13 108:20
112:9 113:4 114:2
115:3 117:24
118:1,14 119:8
**year** 8:3 15:15
65:18
**years** 6:13 7:20
16:8 38:14,14
51:12 70:16 72:2
72:4 81:10 119:2
119:6,6
**yelling** 103:1
**yesterday** 10:23
12:22
**young** 2:11 16:15
26:25 73:6 98:25
99:10 101:2,6,9
113:10,13 115:3
115:10 117:8,19
117:24
**you're** 37:10
**you've** 28:15 29:7
29:20 49:18,18
92:24 93:1 94:6
103:20 110:24
117:5,17

Page 29