# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES                                                       Date: May 5, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Not Present | Not Present |
|---|---|
| Courtroom Clerk | Recorder |

| ATTORNEYS PRESENT | ATTORNEYS PRESENT |
| FOR PLAINTIFF: | FOR DEFENDANT: |

**PROCEEDINGS (IN CHAMBERS):   FURTHER ORDER RE TRANSCRIPTS OF HEARINGS HELD ON APRIL 7, 2020, APRIL 14, 2020 AND APRIL 23, 2020**

The Court orders the transcripts for the hearing dates below be made available on the docket forthwith free of charge to all ordering parties:

April 7, 2020, Status Conference, Job Number 4052928, Recorder Austin Che, transcriber, Lorie Cook.

April 14, 2020, Status Conference, Job Number 4080633, Recorder Austin Che, transcriber Jane W. Gilliam.

April 23, 2020, Status Conference, Job Number 4083654, Recorder Austin Che, transcriber Lorie A. Cook.

cc:      Alberto_ortiz@cacd.uscourts.gov, Supervisory Staff Interpreter

|  | : |
|---|---|
| Initials of Clerk | kd |