

# Exhibit 1