# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. <u>LA CV 20-02291-DOC (KESx)</u>                               Date: <u>May 7, 2020</u>

Title: <u>LA Alliance for Human Rights et al v. City of Los Angeles et al.</u>

PRESENT:   <u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

| <u>Not Present</u> | <u>Austin Che</u> |
|---|---|
| Courtroom Clerk | Court Recorder |

**PROCEEDINGS:** Settlement Conference (Held)

Settlement Conference held before Judge David O. Carter at the Alexandria Ballrooms, 501 S. Spring Street, Los Angeles, California.

<u>   3   :  23</u>

MINUTES FORM 11                                              Initials of Deputy Clerk:
CIVIL-GEN                                                    <u>kd</u>