Mary C. Wickham, County Counsel (Bar No. 145664)
Rodrigo A. Castro-Silva, Senior Assistant County Counsel (Bar No. 185251)
Thomas J. Faughnan, Senior Assistant County Counsel (Bar No. 155238)
Lauren M. Black, Principal Deputy County Counsel (Bar No. 192302)
500 West Temple Street, Suite 468
Los Angeles, CA 90012
Telephone: 213-974-1830
Facsimile: 213-626-7446
Email: lblack@counsel.lacounty.gov

MANATT, PHELPS & PHILLIPS, LLP
Brandon D. Young, Esq. (Bar No. 304342)
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: 310-312-4000
Facsimile: 310-312-4224
Email: BDYoung@manatt.com

FOLEY & LARDNER LLP
Byron J. McLain, Esq. (Bar No. 257191)
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: 213-972-4780
Facsimile: 213-486-0065
Email: bmclain@foley.com

*Attorneys for Defendant*
COUNTY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al, <br><br> Defendants. | No. 2:20-cv-02291 DOC-KES <br><br> Hon. David O. Carter <br><br> **DEFENDANT COUNTY OF LOS ANGELES MAY 12, 2020 STATUS REPORT** <br><br> DATE: MAY 13, 2020 <br> TIME: 10:00 A.M. |

On May 9, 2020, the Court issued an omnibus order regarding ongoing settlement negotiations. *See* Dkt. 99. As part of the order, the Court asked that "the City of Los Angeles and County of Los Angeles submit a Status Report listing all of the properties available for use as

shelters for homeless persons." The County interprets the Court's request as asking the County to identify available and viable properties that could be used for interim housing, which is the traditional housing modality for shelter, contingent on available funding and other factors. In that vein, <u>Exhibit A</u> of this Status Report provides a listing of properties and potential projects that the County is actively reviewing for the purpose of developing interim shelter.[1] This list includes properties that are owned by the County, the State of California, the federal government, and private parties.

The County emphasizes that none of the projects identified in this report have been approved to be developed by the Board of Supervisors and there is no current funding for developing these projects. However, the County is including properties that it believes have viable development potential should funding become available. The list should also be viewed as identifying opportunities for other government bodies to acquire or develop property for interim shelter. The County also notes that while most of the properties do not present environmental concerns, there are a small handful of properties where the County is still assessing "minimum life safety requirements," including the environmental suitability of a given project. Those properties are included here because the County is not in the position to remove the properties from the list of potential viable interim housing projects.

Dated: May 12, 2020

MARY C. WICKHAM
COUNTY COUNSEL

By: /s/ Lauren M. Black
Lauren M. Black
Principal Deputy County Counsel
Attorney for Defendant
COUNTY OF LOS ANGELES

---

[1] To the extent that the Court seeks additional lists of property, the County will be available to accommodate such a request. In addition, to encourage a substantive discussion on the availability and use of County properties, Assistant County Chief Executive Officer/County Asset Manager, David Howard will attend the Court's May 13, 2020 court hearing to discuss any specific questions the Court may have relating to the use of County property to support various homelessness-related initiatives.

| | | |
|---|---|---|
| 1 | Dated: May 12, 2020 | MANATT, PHELPS & PHILLIPS, LLP |
| 2 | | |
| 3 | | By: /s/ Brandon D. Young |
| 4 | | Brandon D. Young<br>Attorney for Defendant<br>COUNTY OF LOS ANGELES |
| 5 | | |
| 6 | Dated: May 12, 2020 | FOLEY & LARDNER LLP |
| 7 | | |
| 8 | | By: /s/ Byron J. McLain |
| 9 | | Byron J. McLain<br>Attorney for Defendant<br>COUNTY OF LOS ANGELES |