# EXHIBIT A

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| No | SD | Project Name | Property Ownership | Estimated Number of Beds | Homeless Population Served | Status |
| 1 | 1 | Basset Park Gym Replacement<br>510 Vineland Ave, Bassett, CA 91746 | Private | TBD | Single adults | CEO contacting owner of Ramada by Wyndham 1089 Santa Anita Avenue, South El Monte 91733 |
| 2 | 1 | City of Montebello - Chevron Site<br>300 San Gabriel Blvd., Rosemead 91770 | Private | TBD | Single adults | County exploring partnership with City of Montebello and Chevon for use of site in unincorporated area. |
| 3 | 1 | Crocker Interim Housing<br>322 Crocker Street, LA 90013 | Private | 200 | Single adults and safe parking | DPW assessing minimum life safety requirements |
| 4 | 1 | Medford Interim Housing<br>4000 Medford Street, LA 90063 | Private | 300 | Family | DPW assessing minimum life safety requirements |
| 5 | 1 | Santa Fe Dam - Lario Park Safe Sleep<br>Intersection of Huntington Drive and San Gabriel River | Army Corps of Engineers | 200 | Single adults | County discussing with Congressional delegation |
| 6 | 1 | Vignes Interim Housing<br>1060 N. Vignes Street, LA 90012 | LA County | 90 to 500 | Single adults | DPW assessing multiple modular products for high density use. |
| 7 | 1 | Whittier Narrows Recreation Area Northwest Quadrant (ACOE) Interim Housing<br>1700 Loma Ave, South El Monte, CA 91733 | Army Corps of Engineers | TBD | Single adults | Identifying site |
| 8 | 2 | Alondra Park<br>3353 Redondo Beach Blvd., Lawndale 90260 | County | TBD | Single adults | Identifying site |
| 9 | 2 | Athens Park<br>12603 S Broadway, Los Angeles, CA 90061 | County | TBD | Single adults | Identifying site |

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| No | SD | Project Name | Property Ownership | Estimated Number of Beds | Homeless Population Served | Status |
| 10 | 2 | Caltrans Sites in Marina Del Rey<br>13198 Mindanao Way, Marina Del Rey 90292 | State | TBD | Safe parking | County discussing with Caltrans |
| 11 | 3 | Malibu Courthouse Interim Housing<br>23525 Civic Center Way, Malibu 90265 | LA County and Judicial Council of California | 12 to 15 | Single adults | Developing concept design and cost estimate |
| 12 | 3 | Oxnard Interim Housing For RVs<br>15380 Oxnard Street, Van Nuys 91411 | Army Corps of Engineers | 12 RVs | Safe parking | Developing concept design and cost estimate |
| 13 | 4 | Los Padrinos Juvenile Hall High Density Housing<br>7285 Quill Drive, Downey 90242 | LA County | TBD | Family, veterans, and transitional age youth women | Identifying site |
| 14 | 4 | Los Padrinos Juvenile Hall Interim Housing For Transitional Age Youth (TAY)<br>7285 Quill Drive, Downey 90242 | LA County | 20 | Transitional age youth | Developing concept design and cost estimate |
| 15 | 4 | Metropolitan State Hospital Interim Housing<br>11401 Bloomfield Avenue, Norwalk 90650 | State | TBD | Single adults | Developing concept design and cost estimate |
| 16 | 4 | Probation Office For Interim Housing<br>7639 Painter Avenue, Whittier 90602 | LA County | 10 to 13 | Single adults | Developing concept design and cost estimate |
| 17 | 4 | Rancho Los Amigos Building 600 Interim Housing<br>7601 Imperial Hwy, Downey, CA 90242 | LA County | 40 | Single adults | Design |
| 18 | 4 | Rancho Los Amigos North and South Campus Interim High Density Housing<br>7601 Imperial Hwy, Downey, CA 90242 | LA County | TBD | Single adults | Identifying site |

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| No | SD | Project Name | Property Ownership | Estimated Number of Beds | Homeless Population Served | Status |
| 19 | 4 | California Travel Trailers | TBD | 40 | Family | Identifying site |
| 20 | 4 | Caltrans Site For Safe Parking<br>14960 Carmenita Road, Norwalk (Vacant Land) | State | TBD | Safe parking | County discussing with Caltrans |
| 21 | 4 | Caltrans Site For Safe Parking<br>12901 Norwalk Blvd. Norwalk (Vacant Land) | State | TBD | Safe parking | County discussing with Caltrans |
| 22 | 5 | Peck Water Conservation Park Interim Housing<br>5401 N Peck Rd, Arcadia, CA 91006 | LA County Flood Control District | 40 | Single adults | County assessing site feasibility |
| 23 | 1 and 5 | Caltrans 710 Freeway Homes<br>Various locations in El Sereno and Pasadena | State | TBD | Family | County discussing with Caltrans |
| 24 |  | Metro Sites<br>Various locations in LA County | Metro | TBD | TBD | County discussing with Metro |