1  MICHAEL FEUER, City Attorney
2  KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
   SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
3  GABRIEL DERMER, Assistant City Attorney (SBN 229424)
4  ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
   JESSICA MARIANI, Deputy City Attorney (SBN 280748)
5  200 N. Main Street, City Hall East, 7th Floor
   Los Angeles, CA 90012
6  Telephone 213-978-4681
7  Facsimile 213-978-7011
   scott.marcus@lacity.org
8
9  Attorneys for Defendant CITY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02291-DOC-KES<br>Assigned to Judge David O. Carter<br><br>**DEFENDANT CITY OF LOS ANGELES STATUS CONFERENCE REPORT**<br><br>Status Conference<br>Date: May 13, 2020<br>Time: 10:00 a.m.<br>Location: 501 S. Spring St. |

Defendant City of Los Angeles (City) respectfully submits this status conference report in response to the Court's May 9, 2020 Omnibus Order. [Dkt. 99.]

(1)     Settlement Negotiations

The City is prepared to discuss, within the framework of its previous submission concerning settlement discussions, the issues listed in the Omnibus Order at the status conference scheduled for Wednesday, May 13, 2020.

(2)     Caltrans Properties

The Omnibus Order sets forth a different procedure than what was agreed to in court amongst the parties and Caltrans at the May 7 hearing.  [Dkt. 99, 2.]  At the hearing, the City agreed to provide Caltrans, by Thursday, May 14, 2020, with a list of use assumptions for each of the 15 properties located in the City of Los Angeles that were identified by Caltrans as potentially available for use for homeless shelters.  Caltrans agreed to respond to the City by May 28, 2020, with any environmental restrictions or conditions that would apply to those uses on those properties.  The City would then prepare plans by June 11, 2020, for those Caltrans properties the City intend to move forward with, including the types of accommodations that will be used on each.

The City will provide Caltrans with the use assumptions by May 14.

(3)     List of City-Owned Properties

The City understands that the Court feels it has received conflicting information about publicly-owned properties that are available for potential use as homeless shelters. Unfortunately, different information has been provided at different times from different sources, often addressing different issues or questions.

For example, as set forth in the Omnibus Order, the Chief Legislative Analyst (CLA) identified 19 properties in response to the City Council's motion asking for a report on vacant and underused City properties that can be used for emergency housing and safe camping. [Dkt. 99, 2.]  The City previously submitted to the Court a list of parking lots owned by the City's Department of Transportation (LADOT) which the City Administrative Officer's Asset Management Group had reviewed in the City's ongoing

efforts to identify locations for potential use as additional safe parking sites. [Dkt. 88, Ex. B.] Some of the properties on the CLA's list, which looked for vacant or underused properties, were also included in LADOT list, which focused exclusively on parking lots. Similarly, the "42 sites for emergency shelters" identified by the City's Department of Recreation and Parks (RAP) that were noted in the CLA's report (referenced on page 3 the Omnibus Order [Dkt. 99]) are the emergency shelters that the City set up at recreation centers under the Mass Shelter Expansion Program (MSEP), which has been previously reported to the Court [Dkt. 43, 54, 65] and is updated below.

The City is still in the process of compiling a list of all City-owned properties available for potential use as permanent and/or interim housing, safe parking, or other facilities for persons experiencing homelessness. The current list is attached hereto as Exhibit A. As the City continues to compile and refine this list, it will update the Court and the parties.

Many of the locations listed on Exhibit A have not been analyzed for feasibility, and, as a result, the City is unable to present a list limited to "only those properties free of recognized environmental and health hazards." Several considerations go into determining whether a site is feasible for any use—including as a homeless shelter or safe parking location—including size, shape, location, zoning, utility access, fire safety, and funding. Typically, initial or "Phase I" environmental reviews, which take significant amounts of time (6-8 weeks), money (approximately $7,000), and other resources, are performed after a location is determined to be feasible based on the other factors. Otherwise, the City would waste considerable amounts of time, money, and resources conducing environmental reviews on hundreds of locations that were never practicable for use in addressing homelessness.

(4) <u>Recreation Center Emergency Shelters</u>

There are now 26 recreation centers in parks across the City that are serving as emergency shelters under the MSEP, providing over 1,000 shelter beds during the COVID-19 crisis. As the Court notes, the City is in the process of developing "guidance

on when to reopen park facilities to the public, recommendations on how safely to do so, a strategy on transitioning the parks serving as shelters back to recreation centers, and the cost associated with this plan." [Dkt. 99, p. 4.] The report back to Council to be provided by the CLA and RAP requested by the Court is not yet final. The final report will be provided to the Court upon its completion.

Dated: May 12, 2020                MICHAEL N. FEUER, CITY ATTORNEY


By: /s/ *Scott Marcus*
      Scott Marcus
      Senior Assistant City Attorney
      Attorneys for Defendant
        CITY OF LOS ANGELES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

## City Owned Property - Potential Housing and Homeless Facilities Sites

| Address | APN | CD | Department (if blank, then GSD) | Current Use | Future Planned Use / Status | Constraints | Potential Use |
|---|---|---|---|---|---|---|---|
| 117 S Ave 58 | 5492011900 | 1 | DOT | LADOT Lot #673 | None | May require replacement public parking | Safe Parking / Affordable Housing / Bridge Housing |
| 12225 Ventura | 2367017900 | 2 | DOT | LADOT Lot #690 | Parking Structure | Site was evaluated by CAO as a Safe Parking site | Safe Parking |
| 7131 Canby Ave | 2125001900 | 3 | DOT | LADOT Lot #622 | Due diligence in progress for potential economic impact of converting the lot to affordable housing | n/a | Safe Parking / Bridge Housing / Affordable Housing |
| 501 S. Bixel Street | 5152001900 | 1 | | Nonprofit Lease | Central City Neighborhood Partners, a Family Source Center | Building leased to nonprofit, parking lot already used as a safe parking site. Space for relocating nonprofit would need to be identified or reconstructed on site. | Safe Parking / Bridge Housing / Affordable Housing |
| 239 W. 86th Place | 6040013901 | 8 | DOT | LADOT Lot #700 | | Less than 10,000 square feet Does not require replacement public parking | Safe Parking / Safe Parking / Bridge Housing / Affordable Housing |
| 8509 Broadway | 6040005900 | 9 | DOT | Safe Parking | Active Safe Parking lot | Does not require replacement public parking | Safe Parking / Bridge Housing / Affordable Housing |
| 2418 Daly St | 5204012900 | 1 | DOT | LADOT Lot #628 | | May require replacement public parking | Safe Parking / Bridge Housing / Affordable Housing |
| 120 S Avenue 58 | 5492002900 | 1 | DOT | LADOT Lot #638 | | May require replacement public parking | Safe Parking / Bridge Housing / Affordable Housing |
| 116 S Avenue 56 | 5468025900 | 1 | DOT | LADOT Lot #639 | | May require replacement public parking | Safe Parking / Affordable Housing |
| 221 Avenue 22 | 5204006900 | 1 | DOT | LADOT Lot #657 | | May require replacement public parking | Bridge Housing |
| 5033 Lincoln Ave | 5477001901 | 1 | DOT | LADOT Lot #669 | | May require replacement public parking | Bridge Housing |
| 124 S Avenue 57 | 5468032901 | 1 | DOT | LADOT Lot #672 | | May require replacement public parking | Bridge Housing |
| 11320 Chandler Blvd | 2350012920 | 2 | DOT | LADOT Lot #602 | Active Safe Parking site | May require replacement public parking | Bridge Housing |
| 5001 N Vineland Ave | 2353019801 | 2 | DOT | LADOT Lot #747 | | Not feasible due to configuration | n/a |
| 5161 N Vineland Ave | 2353019800 | 2 | DOT | LADOT Lot #767 | | Not feasible due to configuration | n/a |
| 7134 Remmet Ave | 2111027900 | 3 | DOT | LADOT Lot #618 | | Under 10,000 s.f. | Safe Parking |
| 7120 Baird Avenue | 2126007900 | 3 | DOT | LADOT Lot #621 | Parking Study Underway | May require replacement public parking | Bridge Housing |
| 7222 Baird Ave | 2118029900 | 3 | DOT | LADOT Lot #624 | Parking Study Underway | May require replacement public parking | Bridge Housing |
| 7130 Darby Ave | 2125003900 | 3 | DOT | LADOT Lot #640 | Parking Study Underway | Does not require replacement public parking | Bridge Housing |
| 7219 Remmet Ave | 2111019902 | 3 | DOT | LADOT Lot #644 | | May require replacement public parking | Safe Parking |
| 7220 Jordan Ave | 2111020900 | 3 | DOT | LADOT Lot #674 | | May require replacement public parking | Bridge Housing |
| 7141 Remmet Ave | 2111026900 | 3 | DOT | LADOT Lot #687 | | May require replacement public parking | Safe Parking |
| 7128 Jordan Ave | 2111025900 | 3 | DOT | LADOT Lot #704 | | May require replacement public parking | Bridge Housing |
| 21901 W Costanso St | 2169003902 | 3 | DOT | LADOT Lot #705 | | May require replacement public parking | Bridge Housing |
| 7246 Baird Avenue | 2118029902 | 3 | DOT | LADOT Lot #712 | Parking Study Underway | May require replacement public parking | Bridge Housing |
| 7117 Remmet Ave | 2111026902 | 3 | DOT | LADOT Lot #725 | | May require replacement public parking | Safe Parking |
| 728 S Cochran Ave | 5089003901 | 4 | DOT | LADOT Lot #614 | | May require replacement public parking | Bridge Housing |
| 1451 Gardner St | 5550025013 | 4 | DOT | LADOT Lot #619 | | Not feasible due to configuration | n/a |
| 4642 Russell Ave | 5590020900 | 4 | DOT | LADOT Lot #675 | | May require replacement public parking | Safe Parking |
| 209 N. Larchmont Blvd | 5515018900 | 4 | DOT | LADOT Lot #694 | | May require replacement public parking | Bridge Housing |
| 15314 W. Dickens Street | 2276040022 | 4 | DOT | LADOT Lot #762 | | Managed as DOT lot, but not owned by City | Bridge Housing |
| 14758 Ventura Blvd | K | 4 | DOT | LADOT Lot #799 | | May require replacement public parking | Safe Parking |
| 2386 Malcolm Ave | 4320004900 | 5 | DOT | LADOT Lot #685 | | May require replacement public parking | Bridge Housing |
| 2367 Prosser Ave | 4320013901 | 5 | DOT | LADOT Lot #698 | | May require replacement public parking | Bridge Housing |
| 2377 Midvale Ave | 4322004903 | 5 | DOT | LADOT Lot #707 | | May require replacement public parking | Bridge Housing |
| 2371 Overland Ave | 4320005902 | 5 | DOT | LADOT Lot #715 | | May require replacement public parking | Bridge Housing |
| 14521 Friar Street | 2241004900 | 6 | DOT | LADOT Lot #609 | Pending Community Plan update | May require replacement public parking | Bridge Housing |

| Address | APN | # | Dept | Lot | Notes | Parking | Use |
|---|---|---|---|---|---|---|---|
| 14532 Gilmore Street | 2236023900 | 6 | DOT | LADOT Lot #610 | Pending Community Plan update | May require replacement public parking | Bridge Housing |
| 14607 Sylvan Street | 2241006900 | 6 | DOT | LADOT Lot #620 | Pending Community Plan update | May require replacement public parking | Bridge Housing |
| 14517 Erwin St | 2241012901 | 6 | DOT | LADOT Lot #630 | Pending Community Plan update | May require replacement public parking | Bridge Housing |
| 14402 Gilmore Street | 2237024900 | 6 | DOT | LADOT Lot #631 | Pending Community Plan update | May require replacement public parking | Bridge Housing |
| 5349 S 11th Ave | 5006007900 | 8 | DOT | LADOT Lot #632 | | May require replacement public parking | Bridge Housing |
| 5701 11th Ave | 5006009902 | 8 | DOT | LADOT Lot #634 | | May require replacement public parking | Bridge Housing |
| 323 W. 87th Street | 6040014905 | 8 | DOT | LADOT Lot #665 | Pending Parking Review/Crenshaw Line | Does not require replacement public parking | Bridge Housing |
| 237 W 87th Street | 6040015900 | 8 | DOT | LADOT Lot #666 | Pending Parking Review/Crenshaw Line | Does not require replacement public parking | Bridge Housing |
| 682 S Vermont Ave | 5077010902 | 10 | DOT | LADOT Lot #691 | | May require replacement public parking | Bridge Housing |
| 601 S. Vermont Ave | 5502025900 | 10 | DOT | LADOT Lot #692 | | May require replacement public parking | Bridge Housing |
| 4702 W Washington Blvd | 5061016904 | 10 | DOT | LADOT Lot #749 | | May require replacement public parking | Safe Parking |
| 4318 Degnan Blvd | 5024019906 | 10 | DOT | Laydown | | May require replacement public parking | Bridge Housing |
| 2010 S Pisani Pl | 4241028906 | 11 | DOT | LADOT Lot #613 | | May require replacement public parking | Bridge Housing |
| 1411 Electric Ave | 4241036904 | 11 | DOT | LADOT Lot #616 | | May require replacement public parking | Safe Parking |
| 1511 Electric Ave | 4241036905 | 11 | DOT | LADOT Lot #617 | | Not feasible due to configuration | Bridge Housing |
| 1540 Purdue Ave | | 11 | DOT | LADOT Lot #645 | | May require replacement public parking | Bridge Housing |
| 1516 Barry Ave | | 11 | DOT | LADOT Lot #651 | | May require replacement public parking | Safe Parking |
| 1530 Butler Ave | | 11 | DOT | LADOT Lot #652 | | May require replacement public parking | Bridge Housing |
| 1547 Corinth Ave | | 11 | DOT | LADOT Lot #653 | | May require replacement public parking | Bridge Housing |
| 11312 Idaho Ave | | 11 | DOT | LADOT Lot #655 | | May require replacement public parking | Safe Parking |
| 1615 Colby Ave | | 11 | DOT | LADOT Lot #656 | | May require replacement public parking | Bridge Housing |
| 15216 W Sunset Blvd | | 11 | DOT | LADOT Lot #681 | | May require replacement public parking | Safe Parking |
| 2150 Dell Ave | | 11 | DOT | LADOT Lot #701 | | May require replacement public parking | Bridge Housing |
| 301 S Main St | | 11 | DOT | LADOT Lot #740 | | May require replacement public parking | Bridge Housing |
| 1301 S Electric Ave | | 11 | DOT | LADOT Lot #759 | | Not feasible due to configuration | n/a |
| 1600 Irving Tabor Ct | | 11 | DOT | LADOT Lot #760 | | Not feasible due to configuration | n/a |
| 1608 S Pacific Ave | | 11 | DOT | LADOT Lot #761 | | May require replacement public parking | Safe Parking |
| 1147 Echo Park | | 13 | DOT | LADOT Lot #643 | | May require replacement public parking | Bridge Housing |
| 3528 Larga Ave | | 13 | DOT | LADOT Lot #646 | | Not feasible due to configuration | n/a |
| 1152 Lemoyne Street | | 13 | DOT | LADOT Lot #662 | | May require replacement public parking | Bridge Housing |
| 1146 Logan Street | | 13 | DOT | LADOT Lot #663 | | May require replacement public parking | Bridge Housing |
| 1146 Glendale Blvd | | 13 | DOT | LADOT Lot #676 | | May require replacement public parking | Bridge Housing |
| 1711 Sunset Blvd | | 13 | DOT | LADOT Lot #679 | | May require replacement public parking | Safe Parking |
| 3528 Garden Ave | | 13 | DOT | LADOT Lot #711 | | Not feasible due to configuration | n/a |
| 4883 Navarro St | | 14 | DOT | LADOT Lot #664 | | Does not require replacement public parking | Bridge Housing |
| 5058 Meridian St | | 14 | DOT | LADOT Lot #668 | | Does not require replacement public parking | Bridge Housing |
| 5063 Caspar Ave | | 14 | DOT | LADOT Lot #686 | | May require replacement public parking | Bridge Housing |
| 474 W 8th St | | 15 | DOT | LADOT Lot #647 | | May require replacement public parking | Bridge Housing |
| 445 W 5th St | | 15 | DOT | LADOT Lot #683 | | May require replacement public parking | Bridge Housing |
| 460 W 7th St. | | 15 | DOT | LADOT Lot #684 | | May require replacement public parking | Safe Parking |
| 835 Avalon Blvd | | 15 | DOT | LADOT Lot #696 | | May require replacement public parking | Safe Parking |
| 529 W 11th St | | 15 | DOT | LADOT Lot #699 | | Does not require replacement public parking | Bridge Housing |
| 396 W 6th St | | 15 | DOT | LADOT Lot #735 | | May require replacement public parking | Safe Parking |
| 528 W 7th St | | 15 | DOT | LADOT Lot #766 | | May require replacement public parking | Bridge Housing |