# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. <u>LA CV 20-02291-DOC (KESx)</u>　　　　　　　　　　Date: <u>May 7, 2020</u>

Title: <u>LA Alliance for Human Rights et al v. City of Los Angeles et al.</u>

PRESENT:　　<u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

|  |  |
|---|---|
| <u>Not Present</u> | <u>Austin Che</u> |
| Courtroom Clerk | Court Recorder |

**PROCEEDINGS:**　HEARING HELD ON MAY 7, 2020

　　Settlement Conference held before Judge David O. Carter at the Alexandria Ballrooms, 501 S. Spring Street, Los Angeles, California.

　　The Court orders the transcripts for the hearing dates below be made available on the docket forthwith free of charge to all ordering parties:

　　May 7, 2020, Settlement Conference, Job Number 4107129, Recorder Austin Che, transcriber, Jane Gilliam.


cc:  Alberto_Ortiz@cacd.uscourts.gov, Supervisory Staff Interpreter


　　　　　　　　　　　　　　　　　　　　　　　　　　　　<u>　3　</u> : <u>23</u>

MINUTES FORM 11　　　　　　　　　　　　　　　Initials of Deputy Clerk:
CIVIL-GEN　　　　　　　　　　　　　　　　　　　　<u>kd</u>