### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### <u>CIVIL MINUTES – GENERAL</u>

Case No. <u>LA CV 20-02291-DOC (KESx)</u>               Date: <u>May 13, 2020</u>

Title: <u>LA Alliance for Human Rights et al v. City of Los Angeles et al.</u>

PRESENT:     <u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

| <u>Not Present</u> | <u>Austin Che</u> |
|---|---|
| Courtroom Clerk | Court Recorder |

**PROCEEDINGS:**  HEARING HELD ON MAY 13 2020

Settlement Conference held before Judge David O. Carter at the Alexandria Ballrooms, 501 S. Spring Street, Los Angeles, California.

The Court orders the transcripts for the hearing dates below be made available on the docket forthwith free of charge to all ordering parties:

May 13, 2020, Status Conference, Job Number 4110812, Recorder Austin Che, transcriber, Benjamin Graham.

The Court orders the transcript of this hearing designated as the official court record.

The recorder and transcriber referenced above are hereby ordered to submit the original transcript and notes to  transcripts_cacd@cacd.uscourts.gov no later than Thursday, May 21, 2020, for immediate uploading on the Court's CM/ECF document filing System.

cc: Alberto_Ortiz@cacd.uscourts.gov
    Jane W. Gilliam at calendar-la@veritext.com

                                                    <u>3   : 01</u>

| MINUTES FORM 11 | Initials of Deputy Clerk: |
|---|---|
| CIVIL-GEN | <u>kd</u> |