# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC (KESx)     Date: May 15, 2020

Title:     LA Alliance for Human Rights et al v. City of Los Angeles et al.

PRESENT:     THE HONORABLE DAVID O. CARTER, JUDGE

| Not Present | Austin Che |
| Court Clerk | Court Recorder |

**PROCEEDINGS:**  STATUS CONFERENCE HELD ON MAY 15, 2020

    Status Conference held before Judge David O. Carter at the Los Angeles Homeless Services Authority, 811 Wilshire Blvd., 5th Floor Conference Room, Los Angeles, CA.

    The Court orders the transcripts for the hearing dates below be made available on the docket forthwith free of charge to all ordering parties:

May 15, 2020, Status Conference, Job Number 4115473, Recorder Austin Che, transcriber, Sonya Ledanski Hyde.

    The Court orders the transcript of this hearing designated as the official court record.

    The recorder and transcriber referenced above are hereby ordered to submit the original transcript and notes to transcripts_cacd@cacd.uscourts.gov no later than Monday, May 26, 2020, for immediate uploading on the Court's CM/ECF document filing System.

cc: Alberto_Ortiz@cacd.uscourts.gov
    Jane W. Gilliam at calendar-la@veritext.com     _____:___59

MINUTES FORM 11                              Initials of Deputy Clerk: kd
CIVIL-GEN