MARY C. WICKHAM, County Counsel (Bar No. 145664)
RODRIGO A. CASTRO-SILVA, Senior Assistant County Counsel (Bar No. 185251)
THOMAS J. FAUGHNAN, Senior Assistant County Counsel (Bar No. 155238)
LAUREN M. BLACK, Principal Deputy County Counsel (Bar No. 192302)
500 West Temple Street, Suite 468
Los Angeles, CA 90012
Telephone: 213-974-1830
Facsimile: 213-626-7446
lblack@counsel.lacounty.gov

| MANATT, PHELPS & PHILLIPS, LLP | FOLEY & LARDNER LLP |
|---|---|
| Brandon D. Young (Bar No. 304342) | Byron J. McLain, Esq. (Bar No. 257191) |
| 2049 Century Park East, Suite 1700 | 555 South Flower Street, Suite 3300 |
| Los Angeles, CA 90067 | Los Angeles, CA 90071 |
| Telephone: 310-312-4000 | Telephone: 213-972-4500 |
| Facsimile: 310-312-4224 | Facsimile: 213-486-0065 |
| BDYoung@manatt.com | bmclain@foley.com |

Attorneys for Defendant COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No.: 2:20-cv-02291-DOC-KES <br> Assigned to Judge David O. Carter <br><br> **COUNTY PLAN TO PROVIDE OUTREACH, HYGIENE, SERVICES, HOUSING, OR SHELTER PERSONS EXPERIENCING HOMELESSNESS NEAR FREEWAYS** <br><br> (***JOINT FILING WITH INTERVENORS***) |

BROOKE WEITZMAN SBN 301037
WILLIAM WISE SBN 109468
ELDER LAW AND DISABILITY
RIGHTS CENTER
1535 E 17th Street, Suite 110
Santa Ana, California 92705
714-617–5353
bweitzman@eldrcenter.org
bwise@eldrcenter.org

CAROL A. SOBEL SBN 84483
WESTON ROWLAND SBN 327599
LAW OFFICES OF CAROL A. SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, California 90401
310-393-3055
carolsobellaw@gmail.com
rowland.weston@gmail.com

CATHERINE SWEETSER SBN 271142
SCHONBRUN, SEPLOW, HARRIS & HOFFMAN
11543 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310-396-7031
hoffpaul@aol.com
csweetser@sshhlaw.com

Attorneys for Intervenors Orange County Catholic Worker

Carol A. Sobel (SBN 84483)
LAW OFFICES OF CAROL A. SOBEL
725 Arizona Ave.
Santa Monica, California 90401
Tel: (31) 393-3055
Email: carolsobel@aol.com

Shayla R. Myers (SBN 264054)
LEGAL AID FOUNDATION
OF LOS ANGELES
7000 S. Broadway
Los Angeles, CA 90003
Telephone: 213-640-3983
smyers@lafla.org

Catherine Sweetser (SBN 271142)
SCHONBRUN SEPLOW HARRIS
& HOFFMAN, LLP
11543 W. Olympic Blvd.
Los Angeles, CA 90064
Telephone: 310-396-0731
catherine.sdshhh@gmail.com

Attorneys for Intervenors Los Angeles Catholic Worker
and Los Angeles Community Action Network

Defendant County of Los Angeles ("County"), and intervenors Orange County Catholic Worker, Los Angeles Catholic Worker, and Los Angeles Community Action Network (collectively, the "Intervenors") respectfully submit this joint report regarding the County plan to provide outreach, hygiene, services, housing, or shelter persons experiencing homelessness who live under freeway overpasses and underpasses, and near entrance and exit ramps in the County ("Plan").[1]  As discussed below, the County presents a plan in three parts: (1) a statement of goals, (2) the expected timeline for the implementation of the Plan, and (3) a detailed description of the material elements of the Plan.

The Plan reflects the current understanding of the County to address the short term and long term needs of persons experiencing homelessness near freeways.  The Plan was also developed in view of the existing COVID-19 crisis and prevailing public health guidance, and the Plan may be subject to change (with consultation of this Court) if the nature of the crisis, or the local public health guidance in response to the crisis, changes.  We are also proposing innovative and first-of-its-kind pilot programs for safe RV parking and safe sleep.  These pilots are crucial to finding new ways to provide shelter quickly to those who need it most as well as refining a longer-term strategy as stated in the Plan.

The County will report back to the Court as necessary (or upon regular intervals such as every 30 days as requested by the Court) with updates, services provided, costs, and what pilot strategies worked and which were less successful, as those details emerge.

I. **GOALS**

The County has the following goals in connection with developing a strategy for addressing persons experiencing homelessness near freeways:

---

[1] The submission of this Plan shall not be construed as a concession or agreement conceding the validity of any of the legal theories, factual arguments, or claims related to, or assertion of jurisdiction or authority of the Court to issue, the preliminary injunction dated May 15, 2020 ("Injunction").  In the event of an appeal to the Injunction, the submission of this Plan should not be construed as a waiver to request a stay of the litigation from the Court.

1. The County plans to conduct countywide outreach and identify housing options to the approximately 200-350 persons experiencing homelessness near freeways in unincorporated areas. The unincorporated areas are scattered throughout the County.

2. The County also stands willing to explore partnerships with cities—in addition to the City of Los Angeles—to provide mainstream services to persons experiencing homelessness near freeways. These services include health and behavioral health outreach services, disability benefit advocacy services, substance abuse services, and connections to benefits through the Departments of Health Services, Mental Health, Public Health, and Public Social Services.

3. The County plans to implement an education strategy to encourage persons experiencing homelessness to voluntarily move away from freeway areas following the end of the COVID-19 crisis in accordance with public health guidance.

## II. TIMELINE

The timeline for the Plan is below. This timeline includes projections based on the County's current knowledge about funding and other resource availability, as well as existing guidance from local public health officials concerning the COVID-19 pandemic, and may be subject to change (in consultation with the Court) if public health experts alter their guidance. Details concerning the Plan are provided in Part III of this filing.

| Deadline[2] | Action |
| --- | --- |
| Ongoing | Deploy outreach team to 16th and Maple for persons experiencing homelessness near freeway |
| Ongoing | COVID-19 testing for persons experiencing homelessness in encampments of ten or more people near freeways |

---

[2] The County will advise the Court of any material delays to the proposed deadline within three days' notice of a material delay. Delays caused by events beyond the control of the County may result in changes to the timeline presented in this Plan. In addition, as issues arise, the parties will meet and confer concerning the implementation of the Plan.

| | |
|---|---|
| Ongoing | Deploy outreach for persons experiencing homelessness living in encampments near freeways to identify persons experiencing homelessness that qualify for Project Roomkey and to provide wellness checks |
| May 20, 2020 | Start development of public education strategy to encourage individuals experiencing homelessness to voluntarily move away from freeways, to launch after end of County-declared COVID-19 emergency ends per public health guidance |
| May 21, 2020 | County launch assessment of need to add or shift hygiene facilities to areas near freeway encampments in the unincorporated County |
| May 21, 2020 | County to present a list to Court identifying list of sites for safe RV parking and safe sleep pilots and timeline for selection of sites |
| May 27, 2020 | Presentation of operational protocols for safe RV parking and safe sleep pilots |
| May 27, 2020 | Report-back due to Board of Supervisors ("Board") to provide a framework in accordance with the Board's May 12, 2020 motion entitled "Developing a COVID-19 Recovery Plan Related to People Experiencing Homelessness," which affects persons experiencing homelessness near freeways, among others |
| May 29, 2020 | Report to Court regarding site selection plan for safe RV parking and safe sleeping pilots, with a specific timeline on anticipated dates for outreach, obtaining site clearance (which may be relevant to the extent property is not on County land), and anticipated opening date |
| May 29, 2020 | Report back to Board of Supervisors on the development of a Comprehensive Homelessness Strategy for people age 65 and older experiencing homelessness, which would impact persons experiencing homelessness near freeways who are over age 65 |
| One week after site clearance | Start of outreach for County safe RV pilot |

| | |
|---|---|
| One week after site clearance | Start of outreach for County safe sleep pilot |
| Three weeks after site clearance | Opening of County safe RV pilot |
| Three weeks after site clearance | Opening of County safe sleep pilot |
| June 14, 2020 | Report back to Board of Supervisors providing complete COVID-19 Recovery Plan required under May 12, 2020 motion, which affects persons experiencing homelessness near freeways |
| Post COVID-19 | Sustained public education to encourage voluntary movement away from freeways consistent with public health guidelines |

## III. PLAN DETAILS

The Plan includes a variety of immediate, short term, and long-term actions. The intent is to address hygiene and outreach needs, and deploy innovative strategies to increase the availability of shelter or alternative housing arrangements. Each material element of the Plan is listed below.

### 1. *Hygiene.*

The County will add or shift hygiene stations to homeless encampments in the unincorporated areas of the County near freeways depending on need. Such stations already exist, but the County plans to add or reallocate hygiene resources in the unincorporated County near the 605, 5, 710, 60, 10, and 91 freeways as needed.

### 2. *Testing.*

The Department of Health Services is prioritizing COVID-19 testing for persons experiencing homelessness in encampments of 10 or more individuals, including encampments located near freeways.

### 3. *Outreach.*

There is a countywide outreach system dedicated to providing an array of services including, medical and behavioral health outreach, case management, benefits enrollment,

education, advocacy, and transportation within each Service Planning Area to persons experiencing homelessness. The region's outreach system includes the Department of Health Services ("DHS"), Department of Mental Health ("DMH"), Los Angeles County Sheriff's Department ("LASD"), Department of Military and Veterans Affairs ("DMVA"), the Los Angeles Homeless Services Authority ("LAHSA"), and many community partners. A listing of the outreach teams deployed in the county is provided at Attachment A.

Relevant here, the County and LAHSA have deployed outreach teams for the express purpose of connecting people with shelter and housing, conducting wellness checks, providing health and behavioral health outreach, case management, connections with public assistance benefits, and, where applicable, identification for participation in Project Roomkey or isolation and quarantine among persons experiencing homelessness, including people living near freeways. For example, the County's Homeless Outreach Services Team ("HOST"), led by the LASD in partnership with LAHSA currently provides outreach under the freeways (605, 5, 710, 60, 10, 91) at least three times per week, as part of an effort to connect them to "Tier 1" COVID-19 placements throughout the County.

In addition, from May 20 to May 29, 2020, the County will specifically direct a "surge" of outreach services at two of the largest encampments with persons experiencing homelessness near freeways. This includes an encampment of over 40 people located at San Gabriel River/Valley Blvd/605 Freeway and another encampment of over 30 people located near the 10 Freeway at 16th Street and Wall Street.

### 4. *Initiate Safe RV Parking Pilot.*

This is the first program of its kind in the County. The County will establish an approved safe 24-hour parking site in a designated area exclusively for RVs. On-site security and restrooms will be provided, along with mobile showers and access to case management. The County will make available health and behavioral health outreach, substance abuse services, disability benefit advocacy services, and services to connect persons experiencing homelessness with public benefits. The County has identified one

RV site. The RV pilot will accommodate approximately 15 RVs. It is also willing to partner with the City on similar sites. The RV pilot is expected to open within approximately 3-4 weeks of site clearance.

### 5. *Initiate Safe Sleep Pilot.*

Modeled after the pilot project at the Veterans Administration campus in West Los Angeles, this is the first safe sleep project created by any local government in the Los Angeles region. The County will establish an approved safe sleep site at a designated area located on park land. Currently, the County expects to provide safe sleep for up to 100 persons experiencing homelessness, including but not limited to persons experiencing homelessness near freeways. Participation will be voluntary.

Sleeping areas will be spaced in accordance with public health guidance. Portable toilets, handwashing stations, trash pickup, food, storage, access to showers and cleaning services and 24-hour security will be provided. The County will make available health and behavioral health outreach, substance abuse services, disability benefit advocacy services, and services to connect persons experiencing homelessness with public benefits.

### 6. *Housing Plans for COVID-19 Emergency Bed Occupants.*

The County and City, together, have contracts in place for over 3,000 Project Roomkey hotel or motel rooms. The City and LASHA only recently opened hotels financed by the City. The County is committed to ensuring that no County-administered Project Roomkey hotel/motel resident returns to the street. While it is the intent to enable all Project Roomkey residents to transition to permanent or other interim housing as quickly as possible, the County will pursue the extension of its current hotel/motel occupancy agreements beyond their initial three-month term to the extent necessary to enable a safe transition by Project Roomkey residents and subject to available funding.

In addition, County- and LAHSA-funded service providers will continue extended housing-focused case management services and needs assessments. The County and

LAHSA are in the process of identifying current housing and shelter placements for individuals in Project Roomkey that are available through existing systems.

### 7. *Public Education.*

Following the end of the County-declared COVID-19 emergency, the County will engage in sustained public education to encourage voluntary movement away from freeways. The intent is to make persons experiencing homelessness aware of the health risks of living near freeways as well as services, housing, or alternative shelter available to persons experiencing homelessness. The design of a public education campaign will begin immediately. The County plans to use a model similar to the public health education campaign it developed in response to El Nino in 2015 for people experiencing homelessness who were living in river beds.

### 8. *COVID-19 Recovery Plan Related to People Experiencing Homelessness*

The County is developing broader plans to address the urgent housing needs of individuals living by freeways, within the context of the massive effort already underway to provide outreach and shelter to people at risk from COVID 19 countywide. Specifically, the County is currently developing several plans to enhance its region-wide approach to support persons experiencing homelessness, including those residing near freeways. For example, within seven days, the County expects the Board will receive a report back providing a framework in accordance with the Board's May 12, 2020 motion entitled "Developing a COVID-19 Recovery Plan Related to People Experiencing Homelessness." Within 23 days, the County expects the Board will receive the COVID-19 Recovery Plan for persons experiencing homelessness. Given the scope of this work, the plan is likely to affect persons experiencing homelessness near freeways. The County will provide an

update to the Court to the extent that the County's COVID-19 Recovery Plan affects the population targeted by the Court.

### 9. *Service for City Partners.*

For cities in the County, the County notes that the County does not have jurisdiction over the hygiene, housing, or enforcement polices within other cities. *See* California Constitution at Art. XI, Sec. 7 ("A county or city may make and enforce within its limits all local police, sanitary and other ordinances and regulations not in conflict with general laws"). However, the County is actively exploring ways to provide additional services to the City as well as other jurisdictions. The County is developing plans to provide a suite of "mainstream" services for persons experiencing homelessness in shelter or other forms of interim housing. This includes health and behavioral health outreach, disability benefit advocacy services, and substance abuse services through the Departments of Health Services, Mental Health, and Public Health. In addition, the County Department of Public Social Services ("DPSS") could be deployed to further assist persons experiencing homelessness to apply for and obtain public assistance, including EBT benefits to purchase food, temporary financial assistance and employment-focused services to families with minor children, Medi-Cal enrollment, and general relief (i.e., temporary financial assistance for indigent adults who are otherwise ineligible for state or federally funded benefits).

### 10. *City of Los Angeles*

Following the issuance of the Court's injunction on May 15, 2020, the parties spent the last several days trying to reach an agreement regarding a joint filing. Regrettably, at approximately 7:30 p.m. the day the filing was due, the City declined to participate in the joint filing, stating that it could not agree out of a concern over the payment for "services" at City-owned interim shelters and similar sites. The County offered to develop a package of mainstream services for persons experiencing homelessness and residing in shelters within the City. These services would include health and behavioral health outreach,

disability benefit advocacy services, substance abuse services, and connections to social services benefits. The City rejected the County's offer.

The City would not agree to a shared funding arrangement as proposed by the County for operational costs (such as food, laundry, security, etc.) associated with City's pilot programs. The City made a similar request for all City shelters proposed under the City's plan to address homelessness near freeways and for individuals currently occupying COVID-19 emergency beds in the City. These demands are inconsistent with past practice. In general, with the exception of Measure H funding administered by the County, the City funds operational costs for interim shelter sites in the City. The City is a major recipient of state and federal funds for homeless services, unlike other cities in the County (with the partial exception of Long Beach).

In an effort to move the parties forward, the County suggested a joint funding strategy with the City for certain pilot programs, leaving the issue of broader operational costs for another time (perhaps with the intervention of a mediator). The City rejected that offer too. The City has requested that the County dedicate additional Measure H or other County funds to the City. However, Measure H funds are disproportionately spent in the City. In addition, Measure H funds are already appropriated to support the City as well as other jurisdictions in the region addressing homelessness.[3] Despite these developments, the County will continue to pursue partnerships with the City.

---

[3] Since the approval of Measure H in March 2017, the County has used Measure H revenue to fund interim housing (including shelters) in the City and throughout the rest of the County, as well as other core homeless services, such as outreach and rapid rehousing. Where applicable, Measure H funding is allocated geographically by Service Planning Area, based on the LASHA Point-in-Time Homeless Count. For strategies like interim housing (which are being proposed by the City and depend on the location of facilities), a disproportionate amount of Measure H funding is utilized in the City. There is no Measure H funding available for the operating costs of additional shelters in the City because: (i) all Measure H funding is currently allocated; (ii) Measure H revenue has declined sharply due to the COVID-19 pandemic; and (iii) additional Measure H revenue will be required

Dated: May 19, 2020            MARY C. WICKHAM

                                          By: /s/ Lauren M. Black
                                              Lauren M. Black
                                              Principal Deputy County Counsel
                                              COUNTY OF LOS ANGELES

Dated: May 19, 2020            MANATT, PHELPS & PHILLIPS, LLP

                                          By: /s/ Brandon D. Young
                                            Brandon D. Young
                                            Attorneys for Defendant
                                            COUNTY OF LOS ANGELES

Dated: May 19, 2020            FOLEY & LARDNER, LLP

                                          By: /s/ Byron J. McLain
                                            Byron J. McLain
                                            Attorneys for Defendant
                                            COUNTY OF LOS ANGELES

Dated: May 19, 2020            ELDER LAW AND DISABILITY RIGHTS
                                             CENTER

                                          By: /s/ Brooke Weitzman
                                            Brooke Weitzman
                                            Attorneys for Intervenor
                                            ORANGE COUNTY CATHOLIC WORKER

---

in FY 20-21, and each year thereafter for services in new permanent supportive housing (which is also disproportionately in the City). The City has been made aware of the lack of available Measure H funding. Prior to Measure H, the County did not generally fund shelter in the City.

Dated: May 19, 2020  LAW OFFICES OF CAROL A. SOBEL

By: /s/ Carol A Sobel
Carol A Sobel
Attorneys for Intervenor
ORANGE COUNTY CATHOLIC WORKER,
LOS ANGELES CATHOLIC WORKER, and
LOS ANGELES COMMUNITY ACTION
NETWORK

Dated: May 19, 2020  LEGAL AID FOUNDATION OF
LOS ANGELES

By: /s/ Shayla R. Myers
Shayla R. Myers
Attorneys for Intervenors
LOS ANGELES CATHOLIC WORKER and
LOS ANGELES COMMUNITY ACTION
NETWORK

Dated: May 19, 2020  SCHONBRUN SEPLOW HARRIS & HOFFMAN, LLP

By: /s/ Catherine Sweetser
Catherine Sweetser
Attorneys for Intervenors
ORANGE COUNTY CATHOLIC WORKER,
LOS ANGELES CATHOLIC WORKER,
and LOS ANGELES COMMUNITY ACTION
NETWORK

# ATTACHMENT A

# LISTING OF OUTREACH TEAMS

1. DHS Multidisciplinary Teams ("MDT"): Includes personnel with health, mental health, and substance use expertise, case manager, and someone with lived experience. There are approximately 60 teams throughout the County, all of whom regularly interact with persons experiencing homelessness near freeways.

2. Homeless Outreach Services Team ("HOST"): Sheriff's Department ("LASD") and LAHSA provide outreach to homeless encampments located in unincorporated areas and LASD contract cities, including areas near freeways. HOST provides outreach to those experiencing homelessness under the freeways (605, 5, 710, 60, 10, 91) at least three times per week, as part of an effort to connect them to "Tier 1" placements throughout the County.

3. DMH Veterans Peer Access Network ("VPAN"): Targeted outreach to homeless veterans in efforts to provide housing and services using a peer-to-peer model. The County is currently working to expand VPAN and established a collaborative public-private partnership to more effectively focus on the implementation of services to veterans.

4. DHS Countywide Benefits Entitlement Services Team ("CBEST"): Assists person experiencing homelessness to obtain sustainable income through programs such as Social Security Income (SSI) or Social Security Disability Insurance (SSDI).

5. DMH Homeless Outreach and Mobile Engagement ("HOME"): Provides countywide field-based outreach and engagement services to homeless persons and the mentally ill who live in encampments or other locations where outreach is not provided in a concentrated manner, which includes areas near freeways.

6. Housing for Health ("HFH"): Outreach for high utilizers of DHS services with complex medical and behavioral health conditions to improve the health and well-being of a vulnerable population that typically experiences long episodes of homelessness, high rates of disability, multiple untreated health conditions, and early mortality.

7. City, County, Community ("C3"): Outreach teams assist persons experiencing homelessness in Skid Row and Venice. The teams are based in Skid Row and Venice, consisting of mental health clinician, nurse, substance use counselor, LAHSA staff, and community outreach workers. This program was born out of partnership by City, County, and community organizations to share resources and provide outreach on a coordinated level.