MARY C. WICKHAM, Bar No. 145664
County Counsel
RODRIGO A. CASTRO-SILVA, Bar No. 185251
Senior Assistant County Counsel
THOMAS J. FAUGHNAN, Bar No. 155238
Senior Assistant County Counsel
LAUREN M. BLACK, Bar No. 192302
    lblack@counsel.lacounty.gov
Principal Deputy County Counsel
500 West Temple Street, Suite 468
Los Angeles, CA 90012
Telephone:  213.974.1830
Facsimile:   213.626.7446

Attorney for Defendant
COUNTY OF LOS ANGELES

MICHAEL N. FEUER, Bar No. 257191
City Attorney
KATHLEEN A. KENEALY, Bar No. 212289
Chief Assistant City Attorney
SCOTT MARCUS, Bar No. 184980
Scott.marcus@lacity.org
Senior Assistant City Attorney
200 North Main Street, City Hall East, 7th Floor
Los Angeles, CA 90012
TELEPHONE:  213.978.4681
Facsimile:   213.978.7011

BYRON J. MCLAIN, Bar No. 257191
    bmclain@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone:  213.972.4500
Facsimile:   213.486.0065

Attorney for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, a Municipal entity, et al., <br><br> Defendants. | Case No. CV 20-02291 DOC (KES) <br><br> **JOINT REQUEST OF CITY OF LOS ANGELES AND COUNTY OF LOS ANGELES FOR ORDER TO MEDIATE** |

1  BRANDON YOUNG, Bar No. 304342
   byoung@manatt.com
2  MANATT, PHELPS & PHILLIPS, LLP
   2049 Century Park East, Suite 1700
3  Los Angeles, CA 90067
   Telephone:  310.312.4000
4  Facsimile:   310.312.4224

5  LOUIS R. MILLER, Bar No. 54141
   MIRA HASHMALL, Bar No. 216842
6  EMILY A. SANCHIRICO, Bar No. 311294
   MILLER BARONDESS, LLP
7  1999 Avenue of the Stars, Suite 1000
   Los Angeles, CA 90067
8  Email:  esanchirico@millerbarondess.com
   Telephone:  310.552.4400
9  Facsimile:   310.312.4224

10 Attorneys for Defendant
11 COUNTY OF LOS ANGELES

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

Defendants City of Los Angeles and County of Angeles hereby jointly request an order from this Court to mediate the following issue identified in the Court's May 22, 2020 Injunctive Order:

> What are the respective financial responsibilities of the City of Los Angeles and the County of Los Angeles with regard to operational costs at shelters or similar alternative housing options erected or established by the City of Los Angeles (i.e., cost of security, hygiene, food, and case management, etc.) for persons experiencing homelessness, including those living within 500 feet of an overpass, underpass, or ramp?

Defendants further request that the Court appoint a neutral mediator to oversee the parties' efforts.

Defendants do not waive any rights to seek a stay or otherwise challenge any order in this matter.

DATED: May 28, 2020         MARY C. WICKHAM

                            /s/ Lauren Black
                            Lauren M. Black
                            Principal Deputy County Counsel
                            COUNTY OF LOS ANGLES

DATED: May 28, 2020         CITY OF LOS ANGELES

                            /s/ Scott Marcus
                            Scott Marcus
                            Senior Assistant City Attorney
                            CITY OF LOS ANGELES