**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., | Case No. CV 20-02291 DOC (KES) |
| Plaintiff, | **[PROPOSED] ORDER RE: JOINT REQUEST OF CITY OF LOS ANGELES AND COUNTY OF LOS ANGELES FOR ORDER TO MEDIATE** |
| vs. | |
| CITY OF LOS ANGELES, a Municipal entity, et al., | |
| Defendant. | |

[PROPOSED] ORDER RE: JOINT REQUEST
Case No. CV 20-02291 DOC (KES)

# [PROPOSED] ORDER

The Court, having read and considered the requests of the parties and good cause appearing,

**IT IS HEREBY ORDERED:**

1.      The request for mediation from Defendants City of Los Angeles and County of Los Angeles is granted.

2.      Defendants City of Los Angeles and County of Los Angeles shall mediate the following issue identified in the Court's May 22, 2020 Injunctive Order:

> What are the respective financial responsibilities of the City of Los Angeles and the County of Los Angeles with regard to operational costs at shelters or similar alternative housing options erected or established by the City of Los Angeles (i.e., cost of security, hygiene, food, and case management, etc.) for persons experiencing homelessness, including those living within 500 feet of an overpass, underpass, or ramp?

3.      The Court appoints the Honorable Judge _____ as the neutral mediator to oversee the parties' efforts.

4.      Defendants do not waive any rights to seek a stay or otherwise challenge any order in this matter.

**IT IS SO ORDERED.**

DATED: May ____, 2020


_____
Hon. David O. Carter
United States District Judge

[PROPOSED] ORDER RE: JOINT REQUEST
-1-          Case No. CV 20-02291 DOC (KES)