# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES                     Date: May 29, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER APPOINTING MEDIATOR**

On May 28, 2020, the City of Los Angeles and County of Los Angeles filed a Joint Request for Order to Mediate ("Request") (Dkt. 124). The Court hereby GRANTS the Request and APPOINTS the Honorable André Birotte Jr. to serve as the mediator in this matter.

The Court wishes to highlight that Judge Birotte has agreed to serve as mediator on a volunteer basis, in addition to his regular judicial duties, and thanks him for generously donating his time and effort to this case.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                             Initials of Deputy Clerk: kd

CIVIL-GEN