# LOS ANGELES CITY COUNCIL PRESIDENT
# NURY MARTINEZ
### COUNCILWOMAN, 6TH DISTRICT

May 29, 2020



FILED
CLERK, U.S. DISTRICT COURT
May 29, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: KD  DEPUTY

Honorable David O. Carter
United States District Judge
Ronald Reagan Federal Building, United States Courthouse
411 West Fourth Street, Courtroom 9D
Santa Ana, CA, 92701-4516
Email: DOC_Chambers@cacd.uscourts.gov

RE: City's Intention to Enter Into Settlement Negotiations

Dear Judge Carter,

This is to inform you that the City of Los Angeles is prepared to enter into settlement negotiations with all of the parties in the matter of *LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.,* Case No. CV 20-02291-DOC (KESx), to attempt to resolve the case.

Please do not hesitate to contact me if you have any questions.

Sincerely,

*Nury Martinez*

Nury Martinez
President, Los Angeles City Council
Councilwoman, 6th District

CITY HALL OFFICE   200 N. Spring Street, Suite 425, Los Angeles, CA 90012   213.473.7006 / Fax: 213.847.0549
VAN NUYS DISTRICT OFFICE   14410 Sylvan Street, Suite 215, Van Nuys, CA 91401   818.778.4999 / Fax: 818.778.4998
SUN VALLEY DISTRICT OFFICE   9300 Laurel Canyon Blvd, 2nd Floor Sun Valley, CA 91331   818.771.0236 / Fax: 818.756.8155