UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 20-02291-DOC (KESx) | Date: | May 29, 2020 |
|---|---|---|---|

| Title: | *LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] Order Setting Briefing Schedule and Mediation for Defendants City of Los Angeles and County of Los Angeles Pursuant to Judge Carter's Order Appointing Mediator (Dkt. No. 125)

Pursuant to Judge Carter's Order Appointing Mediator (Dkt. No. 125), **IT IS HEREBY ORDERED** that:

1. Defendants City of Los Angeles and County of Los Angeles shall submit confidential briefs of no more than 20 pages by **Tuesday, June 2, 2020, at 5:00 p.m.** These briefs should address all efforts to resolve this action, in whole or in part. The parties are directed to e-mail AB_Chambers@cacd.uscourts.gov to confidentially submit their briefs.

2. Defendants City of Los Angeles and County of Los Angeles shall mediate this issue on **Thursday, June 4, 2020, at 10:00 a.m.** at the Alexandria Ballrooms, 501 S. Spring St., Los Angeles, CA 90013.

3. The Court respectfully requests that the following individuals be present at the mediation on **Thursday, June 4, 2020, at 10:00 a.m.**: Los Angeles Mayor Eric Garcetti; Los Angeles County Supervisor Kathryn Barger, Chair of the Los Angeles County Board of Supervisors; Los Angeles County Supervisor Mark Ridley-Thomas; Los Angeles City Council President Nury Martinez; and Los Angeles City Councilman Joe Buscaino.

4. If substantial progress is made toward resolving the disagreement between Defendants City of Los Angeles and County of Los Angeles, the Court anticipates that it will invite the remaining parties to participate in further mediation sessions.

**IT IS SO ORDERED**.