MARY C. WICKHAM, Bar No. 145664
County Counsel
RODRIGO A. CASTRO-SILVA, Bar No. 185251
Senior Assistant County Counsel
THOMAS J. FAUGHNAN, Bar No. 155238
Senior Assistant County Counsel
LAUREN M. BLACK, Bar No. 192302
   lblack@counsel.lacounty.gov
Principal Deputy County Counsel
500 West Temple Street, Suite 468
Los Angeles, CA 90012
Telephone: 213.974.1830
Facsimile:  213.626.7446

Attorney for Defendant
COUNTY OF LOS ANGELES

MICHAEL N. FEUER, Bar No. 111529
City Attorney
KATHLEEN A. KENEALY, Bar No. 212289
Chief Assistant City Attorney
SCOTT MARCUS, Bar No. 184980
scott.marcus@lacity.org
Senior Assistant City Attorney
200 North Main Street, City Hall East,
7th Floor
Los Angeles, CA 90012
TELEPHONE: 213.978.4681
Facsimile:  213.978.7011

BYRON J. MCLAIN, Bar No. 257191
   bmclain@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone: 213.972.4500
Facsimile:  213.486.0065

Attorney for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>                Plaintiffs,<br><br>   vs.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>                Defendants. | Case No. CV 20-02291 DOC (KES)<br><br>**JOINT STIPULATION OF CITY OF LOS ANGELES AND COUNTY OF LOS ANGELES TO CHANGE DATE AND LOCATION FOR MEDIATION** |

1  BRANDON YOUNG, Bar No. 304342
      byoung@manatt.com
2  MANATT, PHELPS & PHILLIPS, LLP
   2049 Century Park East, Suite 1700
3  Los Angeles, CA 90067
   Telephone:  310.312.4000
4  Facsimile:   310.312.4224

5  LOUIS R. MILLER, Bar No. 54141
   MIRA HASHMALL, Bar No. 216842
6  EMILY A. SANCHIRICO, Bar No. 311294
   MILLER BARONDESS, LLP
7  1999 Avenue of the Stars, Suite 1000
   Los Angeles, CA 90067
8  Email:  esanchirico@millerbarondess.com
   Telephone:  310.552.4400
9  Facsimile:   310.312.4224

10 Attorneys for Defendant
11 COUNTY OF LOS ANGELES

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

Defendants City of Los Angeles and County of Angeles (collectively, "Defendants"), by and through their respective counsel, hereby stipulate to the following:

### RECITALS

WHEREAS, on May 28, 2020, Defendants filed their Joint Request of City of Los Angeles and County of Los Angeles for Order to Mediate ("Joint Request") [Dkt. 124];

WHEREAS, on May 29, 2020, the Honorable David Carter issued an Order Appointing Mediator, which granted Defendants' Joint Request, and appointed the Honorable André Birotte Jr. to serve as the mediator in this matter [Dkt. 125];

WHEREAS, on May 29, 2020, the Honorable André Birotte Jr. issued an Order Setting Briefing Schedule and Mediation for Defendants City of Los Angeles and County of Los Angeles Pursuant to Judge Carter's Order Appointing Mediator ("Scheduling Order") [Dkt. 127];

WHEREAS, the Scheduling Order states the Mediation shall take place on Thursday, June 4, 2020 at 10:00 a.m. at the Alexandria Ballrooms, 501 S. Spring St., Los Angeles, CA 90013;

WHEREAS, Defendants subsequently met and conferred and would prefer to mediate at the Hall of Administration and at City Hall as these locations have better acoustics and provide more space for the parties to have both joint and separate conference rooms with space for adequate social distance during the coronavirus pandemic;

WHEREAS, given the current level of unrest in the City and County of Los Angeles, which requires prompt and immediate attention, Defendants further agreed to postpone the mediation for one week to ensure that the City and County can focus their full attention on addressing this most immediate issue;

WHEREAS, Defendants agree to mediate on Thursday, June 11, 2020 at 10:00 a.m. at the County of Los Angeles' Hall of Administration located at 500 West Temple St, Los Angeles, CA 90012;

WHEREAS, Defendants agree to continue to mediate (if necessary) on Friday, June

12, 2020 at 10:00 a.m. at Los Angeles City Hall located at 200 North Spring St, Los Angeles, CA 90012.

## STIPULATION

NOW THEREFORE, IT IS HEREBY STIPULATED, that: the ordered mediation on Thursday, June 11, 2020 at 10:00 a.m. will take place at the County of Los Angeles' Hall of Administration located at 500 West Temple St, Los Angeles, CA 90012 as opposed to at the Alexandria Ballrooms located at 501 S. Spring St., Los Angeles, CA 90013.  The ordered mediation will continue (if necessary) on Friday, June 12, 2020 at 10:00 a.m. at Los Angeles City Hall located at 200 North Spring St, Los Angeles, CA 90012.

**IT IS SO STIPULATED**.

DATED: June 2, 2020            MARY C. WICKHAM

*/s/ Lauren Black*
Lauren M. Black
Principal Deputy County Counsel
COUNTY OF LOS ANGLES

DATED: June 2, 2020            CITY OF LOS ANGELES

*/s/ Scott Marcus*
Scott Marcus
Senior Assistant City Attorney
CITY OF LOS ANGELES

*Filer's Attestation:  Pursuant to Local Rule 5-4.3.4(a)(2)(1), Byron J. McLain hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.*