**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>                    Defendants. | Case No. CV 20-02291 DOC (KESx)<br><br>**ORDER RE: JOINT STIPULATION OF CITY OF LOS ANGELES AND COUNTY OF LOS ANGELES TO CHANGE DATE AND LOCATION FOR MEDIATION** |

**ORDER**

The Court, having read and considered the requests of the parties and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The mediation currently scheduled for Thursday, June 4, 2020 at 10:00 a.m. will now take place on Thursday, June 11, 2020 at 10:00 a.m.

2. The mediation on Thursday, June 11, 2020 will occur at the County of Los Angeles' Hall of Administration located at 500 West Temple St, Los Angeles, CA 90012.

3. The mediation will continue (if necessary) on Friday, June 12, 2020 at 10:00 a.m. at Los Angeles City Hall located at 200 North Spring St, Los Angeles, CA 90012.

**IT IS SO ORDERED.**

DATED: June 2, 2020

_____
Hon. André Birotte Jr.
United States District Judge