MARY C. WICKHAM, Bar No. 145664
County Counsel
RODRIGO A. CASTRO-SILVA, Bar No. 185251
Senior Assistant County Counsel
THOMAS J. FAUGHNAN, Bar No. 155238
Senior Assistant County Counsel
LAUREN M. BLACK, Bar No. 192302
   lblack@counsel.lacounty.gov
Principal Deputy County Counsel
500 West Temple Street, Suite 468
Los Angeles, CA 90012
Telephone:  213.974.1830
Facsimile:   213.626.7446

Attorney for Defendant
COUNTY OF LOS ANGELES

MICHAEL N. FEUER, Bar No. 111529
City Attorney
KATHLEEN A. KENEALY, Bar No. 212289
Chief Assistant City Attorney
SCOTT MARCUS, Bar No. 184980
scott.marcus@lacity.org
Senior Assistant City Attorney
200 North Main Street, City Hall East,
7th Floor
Los Angeles, CA 90012
TELEPHONE:  213.978.4681
Facsimile:   213.978.7011

BYRON J. MCLAIN, Bar No. 257191
   bmclain@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone:  213.972.4500
Facsimile:   213.486.0065

Attorney for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>                         Plaintiffs,<br><br>          vs.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>                         Defendants. | Case No. CV 20-02291 DOC (KES)<br><br>**JOINT STIPULATION OF CITY OF LOS ANGELES AND COUNTY OF LOS ANGELES TO EXTEND DEADLINE TO FILE STATUS REPORT** |

1  BRANDON YOUNG, Bar No. 304342
   byoung@manatt.com
2  MANATT, PHELPS & PHILLIPS, LLP
   2049 Century Park East, Suite 1700
3  Los Angeles, CA 90067
   Telephone: 310.312.4000
4  Facsimile: 310.312.4224

5  LOUIS R. MILLER, Bar No. 54141
   MIRA HASHMALL, Bar No. 216842
6  EMILY A. SANCHIRICO, Bar No. 311294
   MILLER BARONDESS, LLP
7  1999 Avenue of the Stars, Suite 1000
   Los Angeles, CA 90067
8  Email: esanchirico@millerbarondess.com
   Telephone: 310.552.4400
9  Facsimile: 310.312.4224

10 Attorneys for Defendant
11 COUNTY OF LOS ANGELES

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

Defendants City of Los Angeles and County of Angeles (collectively, "Defendants"), by and through their respective counsel, hereby stipulate to the following:

## RECITALS

WHEREAS, on May 22, 20202, this Court issued a preliminary injunction, that requires Defendants to offer shelter or housing alternatives to homeless residents living within 500 feet of freeway overpasses, underpasses, and ramps, and to humanely relocate such individuals by September 1, 2020 ("Order") [Dkt. 123];

WHEREAS the Order required periodic status reports from the parties as to their progress, and directed that the first such report shall be filed with the Court no later than 12:00 noon on Friday, June 12, 2020;

WHEREAS, the Court requested that in this status report at minimum, Defendants detail a plan for establishing shelter and clearing overpasses, underpasses, and ramps by no later than September 1, 2020 [Dkt. 123];

WHEREAS the Defendants have been diligently developing their respective plans for establishing shelter and humanely relocating persons camping near overpasses, underpasses, and ramps by September 1, 2020;

WHEREAS, on May 28, 2020, Defendants filed their Joint Request of City of Los Angeles and County of Los Angeles for Order to Mediate ("Joint Request") [Dkt. 124];

WHEREAS, on May 29, 2020, the Honorable David Carter issued an Order Appointing Mediator, which granted Defendants' Joint Request, and appointed the Honorable André Birotte Jr. to serve as the mediator in this matter [Dkt. 125];

WHEREAS, on May 29, 2020, the Honorable André Birotte Jr. issued an Order Setting Briefing Schedule and Mediation for Defendants City of Los Angeles and County of Los Angeles Pursuant to Judge Carter's Order Appointing Mediator ("Scheduling Order") [Dkt. 127];

WHEREAS, the Scheduling Order initially set the mediation for June 4, 2020, but Defendants and the Mediator agreed to hold the mediation on Thursday, June 11, 2020 at

10:00 a.m. at the County of Los Angeles' Hall of Administration located at 500 West Temple St, Los Angeles, CA 90012;

WHEREAS, Defendants further agreed to continue to mediate (if necessary) on Friday, June 12, 2020 at 10:00 a.m. at Los Angeles City Hall located at 200 North Spring St, Los Angeles, CA 90012;

WHEREAS, Defendants are entering mediation in good faith with the intent to resolve outstanding funding issues by and between them;

WHEREAS, any agreements reached by and between Defendants during the course of mediation could ultimately impact the plan(s) presented to the Court in the status report due on Friday, June 12, 2020 at noon; and

WHEREAS, the parties have met and conferred and agree they will need an additional week to draft any plans and agreements discussed in mediation and therefore seek a one week extension of time to submit the initial status report.

//

//

//

//

//

//

## STIPULATION

NOW THEREFORE, IT IS HEREBY STIPULATED that the current deadline to file an initial status report with the court on June 12, 2020 shall be extended one week to June 19, 2020.

**IT IS SO STIPULATED**.

DATED: June 10, 2020              MARY C. WICKHAM

*/s/ Lauren Black*
Lauren M. Black
Principal Deputy County Counsel
COUNTY OF LOS ANGLES

DATED: June 10, 2020              CITY OF LOS ANGELES

*/s/ Scott Marcus*
Scott Marcus
Senior Assistant City Attorney
CITY OF LOS ANGELES

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(1), Byron J. McLain hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.*