# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>　　　　　　　　　Defendants. | Case No. CV 20-02291 DOC (KES)<br><br>**ORDER RE: JOINT STIPULATION OF CITY OF LOS ANGELES AND COUNTY OF LOS ANGELES TO EXTEND DEADLINE TO FILE STATUS REPORT** |

# ORDER

The Court, having read and considered the requests of the parties and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The deadline to file a status report with the Court shall be extended from June 12, 2020 at noon until **June 18, 2020 at noon**.

**IT IS SO ORDERED.**

DATED: June  11 , 2020

*David O. Carter*

———————————————————
Hon. David O. Carter
United States District Judge