UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 20-02291-DOC (KESx) | Date: | June 12, 2020 |

Title: *LA Alliance for Human Rights et al. v. City of Los Angeles et al.*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] Order Re: Mediation

Consistent with the Court's prior Order (Dkt. No. 130), the Court hereby **ORDERS** Defendants City of Los Angeles and County of Los Angeles to continue the mediation today, **Friday, June 12, 2020**, at **1:00 p.m.** at Los Angeles City Hall located at 200 N. Spring St, Los Angeles, CA 90012.

In light of the developments of yesterday's mediation, the Court respectfully requests that the following individuals be present at today's mediation session: Los Angeles Mayor Eric Garcetti; Los Angeles County Supervisor Kathryn Barger, Chair of the Los Angeles County Board of Supervisors; Los Angeles County Supervisor Mark Ridley-Thomas; Los Angeles City Council President Nury Martinez; and Los Angeles City Councilman Joe Buscaino. (*See* Dkt. No. 127.)

**IT IS SO ORDERED**.