MARY C. WICKHAM, Bar No. 145664
County Counsel
RODRIGO A. CASTRO-SILVA, Bar No. 185251
Senior Assistant County Counsel
THOMAS J. FAUGHNAN, Bar No. 155238
Senior Assistant County Counsel
LAUREN M. BLACK, Bar No. 192302
  lblack@counsel.lacounty.gov
Principal Deputy County Counsel
500 West Temple Street, Suite 468
Los Angeles, CA 90012
Tel: 213.974.1830 Fax: 213.626.7446

Attorneys for Defendant
COUNTY OF LOS ANGELES

MICHAEL N. FEUER, Bar No. 111529
City Attorney
KATHLEEN A. KENEALY, Bar No. 212289
Chief Assistant City Attorney
SCOTT MARCUS, Bar No. 184980
  scott.marcus@lacity.org
Senior Assistant City Attorney
200 N. Main St., City Hall East, 7th Floor
Los Angeles, CA 90012
Tel: 213.978.4681  Fax: 213.978.7011

Attorneys for Defendant
CITY OF LOS ANGELES

BYRON J. MCLAIN, Bar No. 257191
  bmclain@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone: 213.972.4500
Facsimile:   213.486.0065

Attorney for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, a Municipal entity, et al., <br><br> Defendants. | Case No. CV 20-02291 DOC (KES) <br><br> **DEFENDANTS' JOINT STIPULATION REQUESTING HEARING TO APPROVE BINDING TERM SHEET** |

1  LOUIS R. MILLER, Bar No. 54141
   MIRA HASHMALL, Bar No. 216842
2  EMILY A. SANCHIRICO, Bar No. 311294
   MILLER BARONDESS, LLP
3  1999 Avenue of the Stars, Suite 1000
   Los Angeles, CA 90067
4  Email:  esanchirico@millerbarondess.com
   Telephone: 310.552.4400
5  Facsimile:   310.312.4224

6  Attorneys for Defendant
7  COUNTY OF LOS ANGELES

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

Defendants City of Los Angeles and County of Los Angeles (together, "Defendants"), by and through their respective counsel, hereby stipulate to the following:

### RECITALS

WHEREAS, on May 22, 2020, the Honorable David O. Carter issued a Preliminary Injunction directing Defendants to offer housing to people experiencing homelessness ("PEH") camped within 500 feet of freeway overpasses, underpasses, or ramps and to humanely relocate these individuals at least 500 feet away from such areas by no later than September 1, 2020 [Dkt. 123];

WHEREAS, on May 28, 2020, Defendants filed their Joint Request of City of Los Angeles and County of Los Angeles for Order to Mediate ("Joint Request") [Dkt. 124];

WHEREAS, on May 29, 2020, the Honorable David O. Carter granted Defendants' Joint Request, and appointed the Honorable André Birotte Jr. to serve as the mediator [Dkt. 125];

WHEREAS, on May 29, 2020, the Honorable André Birotte Jr. issued an Order Setting Briefing Schedule and Mediation ("Scheduling Order") [Dkt. 127];

WHEREAS, Defendants participated in a mediation with the Honorable André Birotte Jr. on Thursday, June 11, 2020 at the County of Los Angeles' Hall of Administration and on Friday, June 12, 2020 at Los Angeles City Hall;

WHEREAS, Defendants reached agreement as a result of the mediation, and have memorialized the terms in a Binding Term Sheet, subject to the Court's approval;

WHEREAS, an executed copy of the Binding Term Sheet has been submitted to the mediator, the Honorable André Birotte Jr.; and

WHEREAS, Defendants would like to discuss and obtain the approval of the Binding Term Sheet from the Court.

## STIPULATION

NOW THEREFORE, IT IS HEREBY STIPULATED that Defendants jointly and respectfully request that the Court set a hearing to review and approve the Binding Term Sheet on Thursday, June 18, 2020 at 10:00 a.m., or at the Court's earliest convenience.

**IT IS SO STIPULATED**.

DATED: June 16, 2020                MARY C. WICKHAM

*/s/ Lauren Black*
Lauren M. Black
Principal Deputy County Counsel
COUNTY OF LOS ANGLES

DATED: June 16, 2020                MICHAEL N. FEUER, City Attorney

*/s/ Scott Marcus*
Scott Marcus
Senior Assistant City Attorney
CITY OF LOS ANGELES

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(1), Byron J. McLain hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.*