UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                                Date: June 17, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER RE BINDING TERM SHEET APPROVAL HEARING**

On June 17, 2020, the City of Los Angeles and County of Los Angeles filed a Joint Request for Hearing to Approve Binding Term Sheet ("Request") (Dkt. 134). In this Request, the Defendants indicate that they have reached an agreement as a result of mediation, and have memorialized the terms in a Binding Term Sheet, subject to the Court's approval. The Court, having read and considered the Request, ORDERS the following:

- A hearing shall be held on Thursday, June 18, 2020 at 9:00 a.m. In order to comply with the Central District of California's Continuity of Operations Plan and other public health guidance, the hearing shall be held at the Alexandria Ballrooms, 501 S. Spring St., Los Angeles, CA 90013.

The Court invites the attendance of the principals involved in the mediation, including Eric Garcetti, Mayor of the City of Los Angeles; Kathryn Barger, Chair of the County Board of Supervisors; Nury Martinez, President of the Los Angeles City Council; Joe Buscaino, Member of the Los Angeles City Council; Mark Ridley-Thomas, Member of

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES　　　　　　　　　　　　　　　　　　Date: June 17, 2020

Page 2

the County Board of Supervisors and any other member of the Board of Supervisors or City Council who wishes to attend.

　　　The Clerk shall serve this minute order on the parties.

MINUTES FORM 11　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: kd

CIVIL-GEN