LA 20-CV-02291-DOC

FILED
CLERK, U.S. DISTRICT COURT

June 18, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___KD___ DEPUTY

Confidential
Binding term sheet

LA Alliance for Human Rights v. City of Los Angeles

1. City agrees to provide 6,700 beds within 18 months to house or shelter (i) PEH living within 500 feet of freeway overpasses, underpasses and ramps within the City of Los Angeles, and then to give priority to providing housing or shelter to (ii) PEH 65+ within the City of Los Angeles and (iii) other vulnerable PEH within the City of Los Angeles.

The schedule will be as follows:

> New beds (not in existing agreements):  6000
> 5300 within 10 months (bonus of $8 million if 10 month target date met)
> 700 within 18 months
>
> Beds in existing agreements
> 700 beds within 10 months

TOTAL:  6700 beds established within 18 months

5,300 of the 6,700 beds will be new beds and will be created within 10 months, and the 700 additional new beds created within 18 months, must be beds not previously captured in any agreement or plan between the City and County; 700 of the 6,000 beds created within 10 months may be beds previously captured in an agreement or plan between the City and County.

2. To assist in funding services for the 6,000 new beds, County shall pay City up to $60 million per year for 5 years. In the first year, County shall pay City $53 million: $17.66 million on 9/1/20; $17.67 million on 1/1/21; and $17.67 million on 4/1/21. In the second through fifth years, County shall pay City $60 million on July 1; however, if 6,000 new beds have not been created by the July 1 payment date, County can prorate payment equal to $10,000 per new bed that exists or will open within 60 days of the payment date.

The funding under this agreement is exclusive and the County will continue to allocate Measure H funding by Service Planning Are (SPA) based on LAHSA's Homeless Count and, where applicable, the Homeless Population Estimate, consistent with Board policy.

3. County will pay to City a one-time bonus of $8 million if the 5,300 new bed target is reached within 10 months from execution of agreement.

SDM
6-16-2020

MCW
6-16-2020

4. County will take action to provide a package of mainstream services for PEH residing in facilities established by the City pursuant to this Agreement.

5. Agreement subject to court approval, monitoring, and enforcement.

6. Agreement subject to City and County approval.

7. The parties will submit this term sheet to the Court. Upon approval of this term sheet by the City and County, the parties will respectfully request the Court to entertain an oral motion coupled with a joint stipulation from the City and County that the Preliminary Injunction dated May 22, 2020 be vacated without prejudice, subject to the Court's later consideration of reinstatement of the Preliminary Injunction should the parties fail to comply with the terms identified above.

*County Counsel Los Angeles County*
*Mary C. Wickham*
6-16-2020

*Senior Assistant City Attorney*
6-16-2020