MARY C. WICKHAM, Bar No. 145664
County Counsel
RODRIGO A. CASTRO-SILVA, Bar No. 185251
Senior Assistant County Counsel
THOMAS J. FAUGHNAN, Bar No. 155238
Senior Assistant County Counsel
LAUREN M. BLACK, Bar No. 192302
    lblack@counsel.lacounty.gov
Principal Deputy County Counsel
500 West Temple Street, Suite 468
Los Angeles, CA 90012
Tel: 213.974.1830 Fax: 213.626.7446

Attorneys for Defendant
COUNTY OF LOS ANGELES

MICHAEL N. FEUER, Bar No. 111529
City Attorney
KATHLEEN A. KENEALY, Bar No. 212289
Chief Assistant City Attorney
SCOTT MARCUS, Bar No. 184980
    scott.marcus@lacity.org
Senior Assistant City Attorney
200 N. Main St., City Hall East, 7th Floor
Los Angeles, CA 90012
Tel: 213.978.4681  Fax: 213.978.7011

Attorneys for Defendant
CITY OF LOS ANGELES

BYRON J. MCLAIN, Bar No. 257191
    bmclain@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone: 213.972.4500
Facsimile:   213.486.0065

Attorney for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>　　　　　　　　Defendants. | Case No. CV 20-02291 DOC (KES)<br><br>**DEFENDANTS' JOINT STIPULATION REQUESTING THE COURT APPROVE THE BINDING TERM SHEET AND VACATE THE PRELIMINARY INJUNCTION** |

LOUIS R. MILLER, Bar No. 54141
MIRA HASHMALL, Bar No. 216842
EMILY A. SANCHIRICO, Bar No. 311294
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Email:  esanchirico@millerbarondess.com
Telephone:  310.552.4400
Facsimile:   310.312.4224

Attorneys for Defendant
COUNTY OF LOS ANGELES

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

Defendants City of Los Angeles and County of Los Angeles (together, "Defendants"), by and through their respective counsel, hereby stipulate to the following:

## RECITALS

WHEREAS, on May 22, 2020, the Honorable David O. Carter issued a Preliminary Injunction directing Defendants to offer housing to people experiencing homelessness ("PEH") camped within 500 feet of freeway overpasses, underpasses, or ramps and to humanely relocate those individuals at least 500 feet away from such areas by no later than September 1, 2020 [Dkt. 123];

WHEREAS, on May 28, 2020, Defendants filed their Joint Request of City of Los Angeles and County of Los Angeles for Order to Mediate ("Joint Request") [Dkt. 124];

WHEREAS, on May 29, 2020, the Honorable David O. Carter granted Defendants' Joint Request, and appointed the Honorable André Birotte Jr. to serve as the mediator [Dkt. 125];

WHEREAS, on May 29, 2020, the Honorable André Birotte Jr. issued an Order Setting Briefing Schedule and Mediation ("Scheduling Order") [Dkt. 127];

WHEREAS, Defendants participated in a mediation with the Honorable André Birotte Jr. on Thursday, June 11, 2020 at the County of Los Angeles' Hall of Administration and on Friday, June 12, 2020 at Los Angeles City Hall;

WHEREAS, as a result of the mediation, Defendants agreed to a binding term sheet to provide 6,000 beds within 10 months, and an additional 700 beds within the following 8 months (6,700 beds in total within 18 months) of the execution and approval of the agreement to house or shelter (i) PEH living within 500 feet of freeway overpasses, underpasses and ramps, and then to give priority to providing housing or shelter to (ii) PEH 65+ within the City of Los Angeles, and (iii) other vulnerable PEH within the City of Los Angeles ("Binding Term Sheet");

WHEREAS, an executed copy of the Binding Term Sheet was submitted to the

mediator, the Honorable André Birotte Jr.;

WHEREAS, on June 18, 2020, the Honorable David O. Carter discussed the Binding Term Sheet with the parties at a court hearing;

WHEREAS, Defendants will execute any and all necessary documentation to effectuate the Binding Term Sheet; and

WHEREAS, the Binding Term Sheet is subject to court approval, monitoring, and enforcement.

## STIPULATION

NOW THEREFORE, IT IS HEREBY STIPULATED that Defendants jointly and respectfully request that the Court:

1. Approve the Binding Term Sheet;
2. Enter such further orders as necessary and appropriate to monitor and enforce the Binding Term Sheet and associated documentation; and
3. Vacate the Preliminary Injunction [Dkt. 123].

**IT IS SO STIPULATED**.

DATED: June 18, 2020             MARY C. WICKHAM

*/s/ Lauren Black*
Lauren M. Black
Principal Deputy County Counsel
COUNTY OF LOS ANGLES

DATED: June 18, 2020             MIKE FEUER, City Attorney

*/s/ Scott Marcus*
Scott Marcus
Senior Assistant City Attorney
CITY OF LOS ANGELES

*Filer's Attestation:  Pursuant to Local Rule 5-4.3.4(a)(2)(1), Byron J. McLain hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.*