# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>                              Plaintiffs,<br><br>      vs.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>                              Defendants. | Case No. CV 20-02291 DOC (KES)<br><br>**ORDER RE: JOINT STIPULATION REQUESTING THE COURT APPROVE THE BINDING TERM SHEET AND VACATE THE PRELIMINARY INJUNCTION** |

**ORDER**

The Court, having read and considered the request of the Defendants and good cause appearing,

**IT IS HEREBY ORDERED:**

1.  The Binding Term Sheet between the City of Los Angeles and County of Los Angeles is hereby approved.

2.  The Court retains jurisdiction to monitor and enforce the terms of the Binding Term Sheet.

3.  The Preliminary Injunction Order dated May 22, 2020 [Dkt. 123] is hereby vacated without prejudice subject to the Court's later consideration of reinstatement of the Preliminary Injunction should the parties fail to comply with the Binding Term Sheet.

**IT IS SO ORDERED.**

DATED: June 18, 2020

_____
Hon. David O. Carter
United States District Judge

ORDER RE: JOINT STIPULATION -1-
Case No. CV 20-02291 DOC (KES)

4820-1972-4480.3