1 | MARY C. WICKHAM (SBN 145664)
*County Counsel*
2 | RODRIGO A. CASTRO-SILVA (SBN 185251)
*Acting Chief Deputy County Counsel*
3 | THOMAS J. FAUGHNAN (SBN 155238)
*Senior Assistant County Counsel*
4 | LAUREN M. BLACK (SBN 192302)
*Principal Deputy County Counsel*
5 | 500 West Temple Street, Suite 468
Los Angeles, California 90012
6 | Tel.: (213) 974-1830 | Fax: (213)626-7446
Email: lblack@counsel.lacounty.gov

BYRON J. MCLAIN (SBN 257191)
FOLEY & LARDNER, LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071
Tel.: (310) 972-4500 | Fax: (213)486-0065
Email: bmclain@foley.com

LOUIS R. MILLER (SBN 54141)
MIRA HASHMALL (SBN 216842)
EMILY A. SANCHIRICO (SBN 311294)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400
Email.: esanchirico@millerbarondess.com

Attorneys for Defendant
COUNTY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, *et al.*, <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES** <br><br> **DEFENDANT COUNTY OF LOS ANGELES' STATUS REPORT** <br><br> Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

Defendant County of Los Angeles ("County") respectfully submits the following status report[1] to update the Court on Defendants' efforts to develop a plan that addresses the Court's request for action.

## I. THE COUNTY AND THE CITY HAVE REACHED A HISTORIC AGREEMENT

On May 22, 2020, the Court issued a Preliminary Injunction directing Defendants to offer housing or shelter to, and subsequently humanely relocate, people experiencing homelessness ("PEH") camped within 500 feet of freeway overpasses, underpasses, or ramps. [Dkt. 123.] The Court set a September 1, 2020 deadline. [*Id.*]

On May 28, 2020, Defendants filed a joint request for an order to mediate, which the Court granted on May 29, 2020. [Dkt. 124 & 125.] The Court appointed the Honorable André Birotte Jr. to serve as the mediator. [Dkt. 125.]

On June 11-12, 2020, the County and the City participated in a mediation with the Honorable André Birotte Jr. After two full days, Defendants came to a historic agreement to provide 6,700 beds for PEH within the City of Los Angeles within 18 months, with 6,000 people housed or sheltered within 10 months. Defendants memorialized the agreement in a binding term sheet ("Binding Term Sheet"). Under the Binding Term Sheet:

- The City agrees to provide 6,700 beds within 18 months to house or shelter PEH within the City of Los Angeles. The beds will first be provided to PEH living within 500 feet of freeway overpasses, underpasses and ramps, followed by PEH who are older than 65.

---

[1] This report shall not be construed as a waiver of any argument concerning the validity of any legal theories, factual arguments, or Court findings underlying the preliminary injunction dated May 22, 2020 (which the Court vacated on June 18, 2020), or as a waiver of the right to appeal or request a stay of that injunction if the Court reinstates the injunction.

      Remaining beds will be provided to other vulnerable PEH within the City of Los Angeles.

- To assist the City, the County agrees to pay the City up to $60 million each year for a period of five years. The funding under the Binding Term Sheet is exclusive.
- If the City reaches the target of 5,300 new beds within 10 months of execution of the Binding Term Sheet, the County will pay the City a one-time bonus of $8 million.
- The County will take action to provide a package of mainstream services for PEH residing in facilities established by the City in accordance with the Binding Term Sheet.

On June 16 and June 17, 2020, the Los Angeles County Board of Supervisors and the Los Angeles City Council approved the Binding Term Sheet. [Dkt. 137.] On June 18, 2020, the Court held a post-mediation hearing. The Court approved the Binding Term Sheet and vacated the May 22, 2020 preliminary injunction. [Dkt. 138.]

## II. THE COUNTY WILL SEPARATELY ADDRESS HOUSING FOR FREEWAY-ADJACENT PEH IN THE UNINCORPORATED COUNTY

In addition to helping fund the City's efforts and taking action to provide a package of mainstream services for PEH residing in City facilities, the County will also continue its efforts to offer housing or shelter to the approximately 200-350 PEH camped near freeway overpasses, underpasses, or ramps in the unincorporated areas in each of the County's supervisorial districts.

The County is developing innovative solutions to assist PEH camped near freeway overpasses, underpasses, or ramps in the unincorporated County.

The County's plan includes actions to address hygiene and outreach needs, and deploy innovative strategies to increase the availability of shelter or alternative

housing arrangements.

The County has already:

- Ramped up COVID-19 testing for encampments of 10 or more freeway-adjacent PEH;
- Deployed outreach for freeway-adjacent PEH to perform wellness checks and identify PEH who qualify for Project Roomkey;
- Started development of a public education strategy to encourage PEH to move away from freeways; and
- Launched an assessment of the need to add or shift hygiene facilities to areas near freeway encampments in the unincorporated County.

The key elements of the County's anticipated plan are below:

| Plan Phase | Key Elements |
|---|---|
| Identification of PEH Impacted | • Map out freeway underpasses and 500-feet zones in unincorporated areas<br>• Conduct estimated count of PEH within freeway zone |
| Engagement/ Assessment | • Implement engagement<br>• Assessment of impacted PEH to determine appropriate shelter/housing |
| Shelter/Housing Plan | • Identify shelter/housing resources for impacted PEH , which may include:<br>  o Interim Housing<br>  o Safe Sleep<br>  o Safe Parking<br>  o Motels/hotels<br>  o Supportive Housing<br>  o Rapid Rehousing<br>  o Shared housing |

| Plan Phase | Key Elements |
|---|---|
| Services and Shelter/Housing Placement | • Impacted PEH will be linked to services that include: hygiene, health, mental health, legal, and other supportive services<br>• Based on assessment, impacted PEH will be provided shelter/housing options consistent with housing prioritization policies for the coordinated entry system |
| Education | • Develop and distribute educational/informational material to notify/remind PEH of health impacts of being within 500 feet of freeway on-ramp/off-ramp/overpass |

The County will provide further status reports concerning its efforts to offer housing or shelter to PEH camped within 500 feet of freeway overpasses, underpasses, or ramps, as requested by the Court.

DATED: June 19, 2020          MARY C. WICKHAM, County Counsel


By:   */s/ Lauren Black*
        Lauren M. Black
        Principal Deputy County Counsel
        COUNTY OF LOS ANGELES