# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES            Date: June 20, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Terri Steele | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER RE: GLOBAL SETTLEMENT DISCUSSIONS**

    The Court hereby ORDERS a Mediation Conference between all parties on Thursday, June 25, 2020 at 10:00 a.m., regarding global settlement discussions for this matter. The Mediation Conference will occur before Judge André Birotte Jr. at the First Street U.S. Courthouse, Courtroom 7B, 350 W. 1st Street, Los Angeles, California 90012.

    The Court commends the City and County of Los Angeles for the settlement they have reached regarding individuals experiencing homelessness on or near highway underpasses and overpasses. The Court now urges the parties to continue these efforts to reach a global settlement of all the remaining disputes in this matter.

    The Court requests that the following principals be present at the Mediation Conference on Thursday, June 25, 2020, at 10:00 a.m.: Los Angeles Mayor Eric Garcetti; Los Angeles County Supervisor Kathryn Barger, Chair of the Los Angeles County Board of Supervisors; Los Angeles County Supervisor Mark Ridley-Thomas; Los Angeles City Council President Nury Martinez; and Los Angeles City Councilman Joe Buscaino. The

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                                  Date: June 20, 2020

Page 2

presence of the principals was instrumental in reaching the initial settlement in this matter, and the Court is confident that further agreements can be reached with their continued direct participation in mediation.

    The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                      Initials of Deputy Clerk: ts

CIVIL-GEN