**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC (KESx)                    Date: June 18, 2020

Title:     LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.

PRESENT:     THE HONORABLE DAVID O. CARTER, JUDGE

Not Present                                          Austin Che
Court Clerk                                          Court Recorder

**PROCEEDINGS:** SETTLEMENT CONFERENCE HELD ON JUNE 18, 2020

Settlement Conference held before Judge David O. Carter at the Alexandria Ballrooms, 501 S. Spring Street, Los Angeles, CA.

The Court orders the transcripts for the hearing dates below be made available on the docket forthwith free of charge to all ordering parties:

June 18, 2020, Settlement Conference, Job Number is 4147826, Recorder Austin Che, transcriber, Benjamin Graham.

The Court orders the transcript of this hearing designated as the official court record.

The recorder and transcriber referenced above are hereby ordered to submit the original transcript and notes to transcripts_cacd@cacd.uscourts.gov no later than Monday, June 26, 2020, for immediate uploading on the Court's CM/ECF document filing System.

cc: Alberto_Ortiz@cacd.uscourts.gov
      Jane W. Gilliam at calendar-la@veritext.com                 _____: _44_

MINUTES FORM 11                                      Initials of Deputy Clerk: kd
CIVIL-GEN