**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                         Date:  July 8, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET
          AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

|   Kelly Davis   |   Not Present   |
| :---: | :---: |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| :---: | :---: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER FOR STATUS REPORT**
**AND SCHEDULING STATUS**
**CONFERENCE**

In accordance with the Court's authority to monitor the agreement reached between the parties, the Court hereby ORDERS the parties to report the progress made towards fulfilling their agreement, as recorded in the Binding Term Sheet (Dkt. 136). The parties shall apprise the Court of such progress as follows:

**I.      Status Conference**

First, the Court SCHEDULES a Status Conference for 10:00 a.m. on Thursday, July 16, 2020, to be held in the Ceremonial Courtroom at the First Street U.S. Courthouse, 350 W. 1st Street, Los Angeles, CA 90012. The Court will inquire about the central authority tasked with carrying out the parties' agreement and such authority's plans for implementing the agreement. The Court also intends to ask about the implementation of the agreement in each council district and supervisorial district.

From the City of Los Angeles, the Court REQUESTS the attendance of the following individuals: Mayor Eric Garcetti; Chief Procurement Officer Shannon Hoppes;

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                                    Date: July 8, 2020

Page 2

Controller Ron Galperin; City Administrative Officer Richard Llewellyn, Jr.; City Council President Nury Martinez (6th District); Councilmember Gil Cedillo (1st District); Councilmember Marqueece Harris-Dawson (8th District); Councilmember Curren Price (9th District); Councilmember Herb Wesson (10th District); Councilmember Mike Bonin (11th District); Councilmember-Elect Kevin de León (14th District); Councilmember Joe Buscaino (15th District); Councilmember Paul Krekorian (2nd District); Councilmember Bob Blumenfield (3rd District); Councilmember David Ryu (4th District); Councilmember Paul Koretz (5th District); Councilmember Monica Rodriguez (7th District); Councilmember John Lee (12th District); Councilmember Mitch O'Farrell (13th District); and Police Chief Michel Moore.

From the County of Los Angeles, the Court REQUESTS the attendance of the following individuals: Chief Executive Officer Sachi Hamai; Board of Supervisors Chair Kathryn Barger (5th District); Supervisor Hilda Solis (1st District); Supervisor Mark Ridley-Thomas (2nd District); Supervisor Sheila Kuehl (3rd District); Supervisor Janice Hahn (4th District); Department of Health Services Director Dr. Christina Ghaly; LAHSA Executive Director Heidi Marston; and Department of Mental Health Director Dr. Jonathan Sherin.

To assist the Court's hearing, the Court REQUESTS the attendance of the following individuals: from the U.S. Department of Housing and Urban Development, Robert Bowes, Michael Mason, and Paul Webster; and from the California Department of Transportation ("Caltrans"), District 7 Director John Bulinski.

In addition, to represent the residents of Skid Row, who account for the largest population of individuals experiencing homelessness in the City and County of Los Angeles, the Court INVITES the attendance of Los Angeles Community Action Network Executive Director Pete White; Weingart Center President and Chief Executive Officer Kevin Murray; Union Rescue Mission Chief Executive Officer Rev. Andrew Bales; The Row Church's Pastor Stephen "Cue" Jn-Marie; community activist "General" Jeff Page; Industrial District Green Founder Katherine McNenny; and a representative of the Downtown Women's Action Coalition (DWAC).

## II.     Status Report

Second, the Court ORDERS the City and County of Los Angeles to submit a status report by 12:00 noon on Wednesday, July 15, 2020, addressing the following matters:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                                          Date: July 8, 2020

Page 3

(1) The current status of the implementation of the parties' agreement in each council district and supervisorial district, pursuant to the Binding Term Sheet (Dkt. 136).

(2) The extent to which the City and County of Los Angeles, in conjunction with Caltrans, have completed their review or properties intended to accommodate individuals experiencing homelessness; the number of leases that have been formed on such properties; and how many leases remain to be formed. *See* Omnibus Order re: Ongoing Settlement Negotiations (Dkt. 99) at 2.

(3) The current status of the several properties that have been discussed during these proceedings—viz., the 794 S. Los Angeles Street site (a potential safe parking site), the 16th and Maple property (a potential site for pallet shelters and/or recreational vehicles), and potential and current locations, as well as any existing site plans, for the placement of pallet shelters.

(4) The status of the procurement, installation, and operation of rapid-design housing and shelter options—including pallet shelters, modular housing, 3D design, trailers, and other such options—to house individuals experiencing homelessness, including any ongoing negotiations with vendors.

(5) A map and list of all City-owned and County-owned properties, including buildings and lots, designating which of these properties are vacant, for sale, or likely to be for sale. The map and list should further indicate which of these properties have ever been or are currently under consideration for use as a site for providing shelter to individuals experiencing homelessness.

(6) A map and list of all hotels and motels that are being used for Project Roomkey. The map and list should further indicate which hotels and motels are available, or likely to soon be available, for long-term lease or purchase.

(7) The Memorandum of Understanding between the City and County of Los Angeles shall be included as an attachment to this status report.

Finally, the parties shall ensure that all individuals listed in this order are provided with a copy thereof by 5:00 p.m. on Friday, June 10, 2020.

The Clerk shall serve this minute order on the parties.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                               Date: July 8, 2020

                                                                         Page 4


MINUTES FORM 11                                         Initials of Deputy Clerk: kd

CIVIL-GEN