# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES                                              Date: July 9, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** NOTICE OF ERRATA RE: ORDER FOR STATUS REPORT AND SCHEDULING STATUS CONFERENCE [143]

In its Order for Status Report and Scheduling Status Conference ("Order") (Dkt. 143), filed July 8, 2020, the Court erroneously instructed the parties to provide the individuals listed in the Order "with a copy thereof by 5:00 p.m. on Friday, June 10, 2020." *See* Order at 3. The Court intended to set a deadline of 5:00 p.m. on Friday, *July* 10, 2020. In accordance with this correction, the parties shall ensure that all individuals listed in the Order are provided with a copy of the Order by 5:00 p.m. on Friday, July 10, 2020.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                               Initials of Deputy Clerk: kd

CIVIL-GEN