# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES                                  Date: July 14, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **SECOND NOTICE OF ERRATA RE: JULY 16, 2020 STATUS CONFERENCE [143]**

At the upcoming Status Conference scheduled for 10:00 a.m. on Thursday, July 16, 2020 (*see* Dkt. 143), the Court REQUESTS the attendance of Los Angeles City Attorney Mike Feuer, LAHSA Commission Chair Sarah Dusseault, Los Angeles Fire Department Chief Ralph M. Terrazas, and Los Angeles County Fire Department Chief Daryl L. Osby. The Court apologizes for their omission from the original order.

The parties shall forthwith provide the above individuals with a copy of the Court's original order (Dkt. 143), the first notice of errata (Dkt. 144), and this notice.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                               Initials of Deputy Clerk: kd

CIVIL-GEN