MARY C. WICKHAM (Bar No. 145664)
*County Counsel*
RODRIGO A. CASTRO-SILVA (Bar No. 185251)
*Acting Chief Deputy County Counsel*
LAUREN M. BLACK (Bar No. 192302)
*Principal Deputy County Counsel*
AMIE PARK (Bar No. 273346)
*Deputy County Counsel*
500 West Temple Street, Suite 468
Los Angeles, CA 90012
Tel: 213.974.1830  Fax: 213.626.7446
Email: lblack@counsel.lacounty.gov

BYRON J. MCLAIN (Bar No. 257191)
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Tel: 213.972.4780  Fax: 213.486.0065
Email: bmclain@foley.com

LOUIS R. MILLER (SBN 54141)
MIRA HASHMALL (SBN 216842)
EMILY A. SANCHIRICO (SBN 311294)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400
Email.: esanchirico@millerbarondess.com

Attorneys for Defendant
COUNTY OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>                                    Plaintiffs,<br><br>        vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>                                    Defendants. | Case No. 2:20-cv-02291 DOC-KES<br><br>**STATUS REPORT OF THE COUNTY OF LOS ANGELES PURSUANT TO JULY 8, 2020 ORDER [DKT 143]** |

The County of Los Angeles ("County") hereby submits its Status Report responding to the topics enumerated in the Court's July 8, 2020 Order.

Specifically, the County provides an update on the historic agreement reached by the County and the City of Los Angeles ("City") to provide 6,700 beds and services for people experiencing homelessness ("PEH") in the City of Los Angeles within 18 months, with 6,000 of these beds to be established within ten months. The County has committed to pay up to $293 million over the next five years to support the City's obligation. The County is eager to receive a detailed report from the City concerning its plan to implement the parties' agreement, along with regular updates.

The County also provides the Court with an update on its own continued efforts to address homelessness within 500 feet of freeways overpasses, underpasses, or ramps within the unincorporated areas of the County and provides additional information about the County's ongoing efforts to address homelessness throughout the county.

I. **STATUS AND IMPLEMENTATION OF BINDING TERM SHEET AND MEMORANDUM OF UNDERSTANDING**

A. **IMPLEMENTATION OF BINDING TERM SHEET**

On June 16, 2020, the County and the City entered into an agreement, memorialized in a Binding Term Sheet, to provide resources to combat homelessness within the City of Los Angeles. The City agreed to provide a total of 6,700 beds within the next 18 months to house or shelter PEH with financial support from the County. The PEH who will benefit from this agreement must (i) currently live within 500 feet of freeway overpasses, underpasses and ramps; (ii) be aged 65+; or (iii) otherwise be vulnerable PEH ("Targeted PEH Population"). This agreement solely concerns PEH located within the City of Los Angeles.

The County has not yet received information regarding the City's plans or any action taken to effectuate implementation of the 6,700 beds pursuant to the Binding Term Sheet. The City has advised that it will implement separate plans for each city council district. While the County uses a regional approach that does not rely on city council or

STATUS REPORT OF THE COUNTY OF LOS ANGELES
-1-   Case No. 2:20-cv-02291 DOC-KES

supervisorial districts, the County can and does provide a supervisorial district breakdown of PEH near the freeways in the unincorporated areas. *See infra* Section II.

Pursuant to the Binding Term Sheet, the County is prepared to fulfill its commitment to make its first payment of $17.66 million on September 1, 2020. However, the County requests that the City agree to certain ongoing accountability metrics for the creation of these beds before the County effectuates payment. The County is seeking to have these measures memorialized in a Memorandum of Understanding ("MOU"), which will provide guidance for both the City and the County, and facilitate the Court's on-going supervision of the implementation plan.

## B.  STATUS OF MOU BETWEEN CITY AND COUNTY

The County is working with the City to finalize an MOU, and the City and County agree on several key provisions. As of July 14, 2020, however, the parties have not agreed on important accountability provisions for the MOU. These accountability provisions include, but are not limited to, the following: (i) a detailed Bed Plan from the City by August 1, 2020, (ii) a Beds Goal breakdown for the first year of the agreement to support consistent creation of beds throughout the first year, starting with 500 beds by August 31, 2020, and (iii) a commitment to utilize the resources and infrastructure that the Los Angeles Homeless Services Authority ("LAHSA") provides.

To this end, the County provides a chart identifying the key areas of disagreement for the MOU between the City and the County. By resolving the issues identified below, the parties can move closer toward finalizing the MOU.

| Topic | Clause Disputed by City in MOU | Reason from County |
|---|---|---|
| **Bed Plan (by August 1, 2020)** | The County proposes that the City submit a Bed Plan. At a minimum, this Bed Plan should: (i) identify the beds to be provided and categorized by type, number, and location; and (ii) provide a | A Bed Plan will provide critical milestones to ensure the project(s) stay on track, supporting the City's success. Further, the County wants to ensure that all dedicated funds are used for the purpose intended by |

| | | timeline of milestones including when the beds will be available for occupancy. | the parties – the expeditious and effective operation of 6,000 beds in 10 months, and a total of 6,700 beds in 18 months. As of this filing, the City has not provided any plan to the County. |
|---|---|---|---|
| **New Bed Goals in First Year (starting on August 31, 2020)** | | The County proposes establishing specific goals for New Beds during the first year to support the ultimate creation of all beds funded under the agreement. The County's proposed goals for New Beds established in Year One are as follows:<br><br>(i) total of 500 New Beds by August 31, 2020;<br>(ii) total of 1,000 New Beds by October 23, 2020;<br>(iii) total of 1,500 New Beds by December 15, 2020;<br>(iv) total of 3,500 New Beds by March 1, 2021; and<br>(v) total of 5,300 New Beds by April 16, 2021. | The County's payments to the City for supportive services begin on September 1, 2020. The County cannot responsibly make payment for housing or shelter and supportive services for the Targeted PEH Population by September 1, 2020 without all appropriate safeguards in place to maximize the likelihood the project goals are met. A timeline of bed goal milestones for the first year by the City is crucial. |
| **LAHSA** | | The County proposes that LAHSA facilitate the coordination and management of resources and services in order to effectively connect PEH in the community to available housing and supportive services. To leverage resources and efficiency, all services under the MOU must be facilitated and supported by LAHSA (where applicable) and be consistent with LAHSA's service standards. | LAHSA is a joint powers authority between the City and County, and it is accountable to both the City and the County. LAHSA also has a current infrastructure in place to provide services in an expeditious and efficient manner to achieve the goals identified in the Binding Term Sheet. The parties' timetable for implementation will be jeopardized if the existing LAHSA service provider infrastructure is not utilized. |

Although core accountability provisions remain at issue, the County emphasizes that significant progress has occurred in relation to other provisions of the MOU.  For example, the City and County agree to provide quarterly status reports that will assist with continued compliance with the Binding Term Sheet.  In particular, the County agreed to provide information related to the provision of mainstream services available to the Targeted PEH Population in facilities created pursuant to this agreement.  The County also agreed to report to the City and Court the payments made to the City totaling nearly $300 million in order to assist with funding services for 6,000 new beds.  The County expects the City to provide the same reporting of its financial contribution toward this goal.

The County and the City have committed to creating and supporting 6,700 beds in 18 months.  Accountability supports the joint efforts of the County, the City, and the Court.  Pursuant to the Court's July 8, 2020 order, the County hopes to provide the Court with a finalized MOU between the City and the County very soon.  The County respectfully requests that the Court support the County's effort to effectuate an MOU that includes key accountability provisions to maximize the impact of this agreement on the Targeted PEH Population identified in the Binding Term Sheet.

## II.   COUNTY'S ONGOING EFFORTS TO ADDRESS HOMELESSNESS WITHIN THE UNINCORPORATED AREAS

The County continues its efforts to address homelessness within the unincorporated areas, encompassing PEH in all supervisorial districts.  To meet the needs of PEH in the unincorporated areas, the County continues to develop solutions to assist PEH camped near freeway overpasses, underpasses, or ramps in the unincorporated county.  As described in its June 19, 2020 status report, the key elements of the County's plan include the following:

| Plan Phase | Key Elements | Timeline |
|---|---|---|
| Identification of PEH Impacted | • Map out freeway underpasses and 500-feet zones in unincorporated areas<br>• Conduct estimated count of PEH within freeway zone | • Completed |

466863.1 4846-6174-7394.4

| Plan Phase | Key Elements | Timeline |
|---|---|---|
| Engagement/ Assessment | • Implement engagement.<br>• Assessment of impacted PEH to determine appropriate shelter/housing. | • Initial efforts to engage PEH near freeways started and ongoing.<br>• Systematic outreach and engagement of impacted PEH to begin approximately August 1, 2020. |
| Shelter/Housing Plan | • Identify shelter/housing resources for impacted PEH, which may include:<br>  ○ Interim Housing<br>  ○ Safe Sleep<br>  ○ Safe Parking<br>  ○ Motels/hotels<br>  ○ Supportive Housing<br>  ○ Rapid Rehousing<br>  ○ Shared housing | • Occurs after outreach and engagement.<br>• For each PEH engaged by an outreach worker, the outreach worker will determine if the PEH has already been matched to a specific housing or shelter resource. |
| Services and Shelter/Housing Placement | • Impacted PEH will be linked to services that include: hygiene, mental health, legal, and other supportive services.<br>• Based on assessment, impacted PEH will be provided shelter/housing options consistent with housing prioritization policies for the coordinated entry system. | • PEH linked to services started and ongoing.<br>• PEH linked to shelter or housing started and ongoing, with increased efforts occurring after August 1, 2020. Shelter/housing matches based on availability, individual PEH's acuity/eligibility, and geographic area. |
| Education | • Develop and distribute educational/informational material to notify/remind PEH of health impacts of being within 500 feet of freeway on-ramp/off-ramp/overpass. | • On or about August 1, 2020, in conjunction with systematic outreach. |

## A.   PEH COUNT NEAR FREEWAYS IN UNINCORPORATED AREAS

The County conducted a point in time calculation to determine the total homeless population near the freeway overpasses, underpasses, and ramps within the unincorporated areas.[1]  As indicated in the chart below, the County has identified approximately 174 PEH surrounding freeway overpasses, underpasses, and ramps in the unincorporated areas.   The County is conducting quality assurance reviews to ensure all unincorporated areas have been surveyed.

| Supervisorial District | Total PEH Near All Freeways in Unincorporated Areas |
|---|---|
| District 1 | 58 |
| District 2 | 81 |
| District 3 | 0 |
| District 4 | 20 |
| District 5 | 15 |
| **Total** | **174** |

## B.   PUBLIC OUTREACH AND INFORMATIONAL FLIERS

The County has finalized educational flyers in both English and Spanish that raise awareness of the dangers of sheltering adjacent to freeway ramps and below underpasses and overpasses.  The flyers will be distributed as part of the systematic outreach and engagement of PEH near the freeway overpasses, underpasses, and ramps.  *See* Exhibit A (Educational Flyers).

The flyers identify freeways as Hazardous Areas.  In particular, the flyers state individuals should "Keep at least 500 feet away from all freeways."  The flyers further note the dangers of living near a freeway, which include "lead and cancer-causing waste, car crashes/accidents, [and] earthquake hazards."  Finally, the flyers indicate assistance is available in the unincorporated areas for items such as (i) shelter and housing resources,

---

[1] The count identifies the number of PEH within 650 feet from the center of the freeway on either side.  This calculation takes the conservative approach of assuming each freeway is approximately 300 feet wide, even though most freeways are narrower.  The available GIS program measures from the center of the freeway, as opposed to from its edges.

(ii) pet care and support, and (iii) legal help.  Distribution of the flyers is expected to begin on or about August 1, 2020.

### C.   RESOURCES OFFERED FOR PEH IN UNINCORPORATED AREAS

The County intends to offer shelter and housing opportunities to individuals within 500 feet of freeway ramps, overpasses and underpasses within the unincorporated areas based on the count described above.  The County will utilize interim housing, rapid rehousing, and shared housing resources, among others, as appropriate for the individual being served.  The County has determined that adequate resources exist to house or shelter this population.  Now that the population has been identified (both number and geographic location), the County is focused on the next phases of its ongoing efforts to address this population in the unincorporated areas, as described in the chart above.  The County anticipates that the target PEH population will begin to be matched with an appropriate type of shelter/housing on or around August 1, 2020, with a target to complete this process by November 1, 2020.  Actual placements will occur as quickly as possible after matching consistent with CDC guidelines, and in tandem with all other outreach and educational activities.

### D.   TESTING FOR PEH IN COUNTY NEAR FREEWAYS

The County has compiled a report of all COVID-19 testing conducted between May 1, 2020 and July 9, 2020 for PEH near freeways.  The County provided COVID-19 testing at 232 locations.[2]  The County has administered 1,215 COVID-19 tests so far for PEH near freeways.  A complete breakdown of the tests by Service Planning Area ("SPA") is below.

//

//

//

//

---

[2]  The data on testing locations encompasses the entire County and not just the unincorporated areas.

STATUS REPORT OF THE COUNTY OF LOS ANGELES
Case No. 2:20-cv-02291 DOC-KES

-7-

| SPAs | Locations Tested Near Freeways/Highways | Number of Tests Near Freeway/Highways |
|---|---|---|
| 1 | 18 | 83 |
| 2 | 68 | 325 |
| 3 | 6 | 154 |
| 4 | 83 | 409 |
| 5 | 13 | 18 |
| 6 | 8 | 84 |
| 7 | 34 | 114 |
| 8 | 2 | 28 |
| **Grand Total** | **232** | **1215** |

At testing locations, the County also provides wellness checks and associated services (e.g., food, case management, mental health services, etc.). During these wellness checks, the County also offers interim housing as available. The County continues to assess the need to add or shift hygiene facilities to areas near freeway encampments in the unincorporated county in order to reduce the spread of COVID-19.

## III. STATUS AND UPDATE ON PROJECT ROOMKEY

Below is a table identifying the current data related to Project Roomkey in the County. As of July 10, 2020, thirty-five (35) hotels are participating in Project Roomkey and are currently sheltering PEH throughout the county. The total number of rooms available, client rooms occupied, and clients sheltered are identified below. Overall, 3,684 individuals are sheltered in 3,317 rooms. The County lauds the participating hotels and their associated communities for sheltering the most vulnerable among its residents during this COVID-19 pandemic. However, the County respectfully requests that the current map and list of contracted hotel names and addresses not be publicly filed to avoid issues that

may hinder the success of Project Roomkey.  The County is committed to ensuring that those sheltered through Project Roomkey transition to more permanent housing or alternative interim housing and do not again become unsheltered PEH.

|  | Service Planning Area (SPA) | Total Number of Rooms | Number of Client Rooms Occupied as of 7/10/2020 | Number of Clients as of 7/10/2020 |
|---|---|---|---|---|
| 1 | SPA 1 - Antelope Valley | 94 | 88 | 95 |
| 2 | SPA 8 - South Bay | 60 | 55 | 60 |
| 3 | SPA 2 - San Fernando Valley | 52 | 48 | 60 |
| 4 | SPA 3 - San Gabriel Valley | 49 | 39 | 48 |
| 5 | SPA 2 - San Fernando Valley | 74 | 74 | 96 |
| 6 | SPA 2 - San Fernando Valley | 50 | 44 | 49 |
| 7 | SPA 5 - West | 136 | 124 | 127 |
| 8 | SPA 7 - East | 50 | 46 | 53 |
| 9 | SPA 3 - San Gabriel Valley | 87 | 80 | 91 |
| 10 | SPA 4 - Metro | 48 | 44 | 48 |
| 11 | SPA 4 - Metro | 49 | 45 | 47 |
| 12 | SPA 3 - San Gabriel Valley | 50 | 43 | 49 |
| 13 | SPA 8 - South Bay | 100 | 91 | 108 |
| 14 | SPA 2 - San Fernando Valley | 242 | 241 | 287 |
| 15 | SPA 8 - South Bay | 97 | 95 | 108 |
| 16 | SPA 8 - South Bay | 133 | 126 | 135 |
| 17 | SPA 6 - South | 69 | 65 | 70 |
| 18 | SPA 2 - San Fernando Valley | 52 | 47 | 51 |
| 19 | SPA 5 - West | 47 | 45 | 48 |
| 20 | SPA 4 - Metro | 60 | 58 | 61 |
| 21 | SPA 7 - East | 210 | 205 | 221 |
| 22 | SPA 3 - San Gabriel Valley | 115 | 107 | 137 |
| 23 | SPA 4 - Metro | 35 | 32 | 35 |
| 24 | SPA 4 - Metro | 52 | 49 | 55 |
| 25 | SPA 7 - East | 120 | 107 | 107 |
| 26 | SPA 3 - San Gabriel Valley | 121 | 91 | 110 |

STATUS REPORT OF THE COUNTY OF LOS ANGELES
Case No. 2:20-cv-02291 DOC-KES

| | Service Planning Area (SPA) | Total Number of Rooms | Number of Client Rooms Occupied as of 7/10/2020 | Number of Clients as of 7/10/2020 |
|---|---|---|---|---|
| 27 | SPA 3 - San Gabriel Valley | 129 | 121 | 139 |
| 28 | SPA 3 - San Gabriel Valley | 156 | 142 | 173 |
| 29 | SPA 7 - East | 95 | 89 | 103 |
| 30 | SPA 4 - Metro | 467 | 407 | 407 |
| 31 | SPA 6 - South | 39 | 29 | 31 |
| 32 | SPA 8 - South Bay | 103 | 101 | 118 |
| 33 | SPA 4 - Metro | 92 | 85 | 85 |
| 34 | SPA 4 – Metro | 177 | 170 | 178 |
| 35 | SPA 4 – Metro | 91 | 84 | 94 |
| **Overall** | | 3601 | 3317 | 3684 |

## IV.   UPDATE RELATED TO PROCUREMENT OF MODULAR HOUSING

The County continues to identify and evaluate potential opportunities to procure, install, and operate rapid-design housing and shelter options for PEH within the county. One potential opportunity that the County is evaluating is the use of a shipping container SRO Module produced by Vesta. *See infra* diagram of "Typical Vesta Shipping Container MRO Module."   The use of Vesta containers for housing modules allows the use of multiple floor plans to assist in housing of individuals experiencing homelessness as well as families experiencing homelessness.  The County estimates it would take approximately seven months from contract execution to develop and ultimately deliver the modules to designated locations from Vesta.

//

//

//

# TYPICAL VESTA SHIPPING CONTAINER SRO MODULE



1 ADA UNIT FLOOR PLAN
Scale: 1/4" = 1'-0"



2 DOUBLE UNIT
Scale: 1/4" = 1'-0"



3 ADA UNIT ISO
Scale:



3 DOUBLE UNIT ISO
Scale:

## V. STATUS OF CALTRANS, COUNTY, AND OTHER PROPERTIES

### A. CALTRANS PROPERTIES

On May 7, 2020, Caltrans provided this Court with a list of properties available to accommodate PEH. The list, derived from the California Governor's Executive Order N-23-20 identified up to 17 properties for use. Of those properties, only one property—the Athens site located on Vermont Avenue—is located in the unincorporated county. Caltrans owns the property, but Metro maintains and operates it. The County, however, decided against utilizing the Athens property for the following reasons:

- It is located within 500 feet of a freeway overpass, underpass, or ramp. On May 22, 2020, the Court ordered that individuals experiencing homelessness near such areas be subsequently humanely relocated at least 500 feet away from such areas. (Dkt. #123 at 10.)

- As of July 10, 2020, the County understood that the use of the Athens property

had a 72-hour advance notice restriction advising PEH to vacate the property, if PEH were sheltering at this location. Such a restriction does not conform with the County's commitment to find stable shelter and housing solutions to PEH in the county.

- On July 11, 2012, a representative from Caltrans clarified that this 72-hour advance notice restriction only applies to PEH, who are considered trespassers, and would not apply to the County's use. However, the Caltrans representative also indicated that Federal Highway Administration (FHWA) approval to use the Athens property was necessary, and would be difficult to obtain before 2021.

## B. COUNTY PROPERTIES

The Court requests a map of all County-owned properties, including buildings and lots. The County has several thousand properties so a full list of County properties may not be helpful to the Court. The County does own parking lots associated with facilities that could be made available to the City to use for overnight safe parking. However, in order to provide a useful list of available County-owned properties for PEH in the City of Los Angeles, the County needs to know the specific potential uses of the properties. Once the County receives a list of the specific uses of the properties, the County can better evaluate which properties may be appropriate for the City's purposes of housing or sheltering PEH.

## C. OTHER PROPERTIES

The Court's inquiry of the properties previously discussed—794 S. Los Angeles Street, 16th and Maple—focuses on the negotiations between the City, Plaintiffs and Intervenors. The County has no update on the status of these properties or any plan by the City for utilization and provision of beds for those properties.

## VI. REGIONAL RECOVERY PLAN

In response to a directive from the Board of Supervisors approved on May 12, 2020, LAHSA developed a COVID-19 Regional Recovery Plan specifically focused on PEH

466863.1 4846-6174-7394.4

throughout the County.  *See* Exhibit B (Regional Recovery Plan, June 23, 2020).  The plan, developed in conjunction with City and County stakeholders, is designed to accomplish five key goals: (i) preventing PEH sheltered during the COVID-19 response from returning to the street; (ii) housing 15,000 of the most vulnerable people among PEH in the County; (iii) reducing the inflow of individuals in the County into homelessness; (iv) preparing the systems addressing homelessness for future crises; and (v) ensuring racial equity throughout the overall plan to address homelessness.  LAHSA projects the full cost of the Regional Recovery Plan to exceed $800 million, and identifies a range of funding streams administered by the City, the County and LAHSA itself that could be used to fund the Plan.

## VII.   **CONCLUSION**

The County will provide further status reports concerning its efforts to offer housing or shelter to PEH camped within 500 feet of freeway overpasses, underpasses, or ramps in the unincorporated areas, as well as its additional efforts to address homelessness in the County, as requested by the Court.

DATED:  July 14, 2020

**FOLEY & LARDNER LLP**
Byron J. McLain


/s/ *Byron J. McLain*
Byron J. McLain
Attorneys for Defendant
COUNTY OF LOS ANGELES

466863.1 4846-6174-7394.4