# EXHIBIT A

**EXHIBIT A**

# FLYER #1A

## 8X10 PEH FREEWAY HAZARD: EDUCATIONAL FLYER (**ENGLISH**)



# FLYER #1B

## 8X10 PEH FREEWAY HAZARD: EDUCATIONAL FLYER (SPANISH)



# FLYER #2A

## 5X7 PEH FREEWAY HAZARD: WARNING FLYER (**ENGLISH**)



# FLYER #2B

## 5X7 PEH FREEWAY HAZARD: WARNING FLYER (**SPANISH**)

