UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES　　　　　　　　　　Date: July 14, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):　　ORDER POSTPONING JULY 16, 2020 STATUS CONFERENCE**

　　In the Court's July 8, 2020 Minute Order (the "Order") (Dkt. 143), the Court scheduled a Status Conference for 10:00 a.m. on July 16, 2020 (the "Status Conference"). *See* Order at 1. However, on Tuesday, July 14, 2020, "Los Angeles County public health officials . . . reported the highest single-day count of COVID-19 cases and related hospitalizations since the pandemic hit." Colleen Shalby, *L.A. County Sets Record for COVID-19 Cases, Hospitalizations as Conditions Worsen*, L.A. Times (July 14, 2020), https://www.latimes.com/california/story/2020-07-14/threat-level-in-los-angeles-increasing-mayor-warns. "There have never been more infections or reported daily positive cases in Los Angeles than there are currently." *Id.*

　　As the coronavirus pandemic continues to worsen, the Court cannot in good conscience conduct an in-person hearing on the scale of the planned Status Conference, which numerous public officials, staff members, and community activists planned to attend. The Court recognizes that many prospective attendees have been hard at work preparing presentations for the Status Conference, and the Court regrets that they will not be able to share their knowledge with the Court on July 16, 2020 as planned. The Court,

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                                                              Date: July 14, 2020

Page 2

however, must prioritize everyone's health and well-being in these precarious times. As such, the Court will look forward to hearing from all of the individuals expected to attend the Status Conference as soon as it can be safely rescheduled in accordance with prevailing public health conditions.

The Court hereby POSTPONES the Status Conference, and will reschedule the Status Conference as soon as public health conditions improve to an extent that the Status Conference can be safely held.

The City and County of Los Angeles shall still submit the status report described in the Order by 12:00 noon on Wednesday, July 15, 2020. *See* Order at 2-3.

Finally, the parties shall ensure that all individuals listed in the Order and Notices of Errata (Dkts. 144, 146) are notified of the postponement of the Status Conference.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                           Initials of Deputy Clerk: djl
CIVIL-GEN