# EXHIBIT A

# City of Los Angeles Homelessness Roadmap Status Report
## July 15, 2020



# City – County Agreement

- Since the City and County agreed to the establishment of 6,700 beds/homeless interventions:
  - The City has:
    - Continued to refine the specific Council District Plans;
    - Reviewed over 50 publicly-owned properties for interim housing use;
    - Received approval from Mayor and Council to reserve $100 million to initiate this effort, with City staff to report back for project and funding approval;
    - Received approval for its Bureau of Engineering (BOE) and Department of General Services (GSD) to waive competitive contracting processes to expedite design, construction and procurement;
    - Initiated site layouts and hiring of consultants by BOE; and
    - Initiated the review of private leasing and acquisition options by GSD, as well as ensured pallet shelter, hyigene trailers and other contractors are ready to expedite orders. The pallet shelter contractor has confirmed that orders could be delivered within one week.



2

# Council District Plans

- Each Council District Plan includes homeless encampments within 500 feet of freeway overpasses, underpasses, and ramps to be addressed first, and then people experiencing homelessness who are 65 years of age or older, and otherwise vulnerable.
- Interventions in Plans include:
  - New A Bridge Home sites (not Measure H-funded);
  - Other Interim Housing (Including Pallet Shelter);
  - Rapid Rehousing/Shared Housing;
  - Safe parking;
  - Hotel/Motel and other property leasing or acquisition; and
  - Supportive and Affordable Housing not funded by the County.
- Current status:
  - 111 interventions with 5,487 total beds estimated to be completed in 18 months;
    - 81 of these interventions are new (that will be developed as a response to this agreement) and comprise 3,369 beds/interventions.



3

# Evaluating Proposed Sites - Publicly Owned Sites

- Prioritizing Publicly Owned Sites for Expediency
  - City has been using every available City-owned site for affordable and supportive housing since 2016, leaving limited City-owned options for additional interim housing sites.
  - Additional publicly-owned sites have been assessed for availability, size, and utility access, etc.:
    - Includes sites owned by:
      - The City;
      - California Department of Transportation (Caltrans);
      - Los Angeles Department of Water and Power;
      - Los Angeles World Airports and the Port of Los Angeles,
      - The Housing Authority of the City of Los Angeles; and
      - Metro.
    - 5 (five) sites are in site layout for interim housing
    - 35 additional sites are under active review.

4



# Evaluating Proposed Sites - Privately Owned Sites

- The City's Department of General Services (GSD) has initiated leasing conversations with owners of private sites identified in Council District Plans.

- GSD is also conducting a property search to identify privately owned sites available for lease in every Council District.

- The Los Angeles Homeless Services Authority (LAHSA) will identify units in the private market for rapid rehousing and shared housing, and assist in service provider contracting and with targeted outreach and housing navigation.



5

# Next Phase of Implementation

- July: Complete First Round of Site Evaluations:
  - Complete design and plans for first sites;
  - Develop construction budgets;
  - Prepare to begin construction as soon as sites and funding are approved; and
  - Work with LAHSA to identify Service Providers.
- By Early-August: Secure Mayor and Council Approval for:
  - First round of sites;
  - Construction funding;
  - Authority and funding for leases; and
  - Service funding approval (City share).
- Ongoing: Continue Site Evaluation and Design for Additional Sites.
  - City staff will recommend new sites and funding on an on-going basis as sites are deemed feasible.

6



# Process from Site Identification to Newly Constructed Interim Housing: Major Milestones

1. Site identification – initial review (size, ownership) – and clear usage with/or request approval from controlling entity (non-GSD controlled sites, includes LADWP, Caltrans, METRO, LADOT, RAP, etc..).
2. If site gets initial clearance for use, site is sent to BOE for site review (utility hookup, site layout, etc.).
3. If site is deemed feasible, CAO forwards approval request to Mayor and Council to fund the construction and/or lease for site and operations.
4. BOE bids site out for design/build -- construction begins.
5. If site is not City-owned, GSD negotiates lease and City Attorney drafts the lease.
6. LAHSA identifies the service provider and executes service operation contract.
7. Construction is completed and site receives a Certificate of Occupancy.
8. Site is open for operations.

7

# Projected Schedule August – December 2020

- Interim Housing Beds completed and operational: 1,828 (701 new)
- Hotel/Motel Rooms leased: 516 (all new)
- Safe Parking Sites under contract and operational: 658 spaces (575 new)

The City will have a plan and projected schedule for the following by August 3, 2020:

- Rapid Rehousing and Shared Housing Unit Targets
- Acquisition Strategy



8