# EXHIBIT B

**Gil Cedillo**

**1**

| | |
|---|---|
| (are miles) | 15.8 |
| ess Population | 2,385 |
| ess Population with 500 feet of Freeway Underpass, Overpass, Ramps | 430 |

**ts**

the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Address | Within 500' of Freeway (Y/N) | # of Residents | Description | Target Encampment(s) |
|---|---|---|---|---|
| 6th/ Beaudry- Obj ID 43 | Y | 25 | large encampments multiple structures | |
| 14th/ Oak St- Obj ID 44 | Y | 15 | large encampments mutiple structures | |
| Ave 19 /110fwy- Obj ID 114 | Y | 10 - vehicles | large encampments and numerous vehicle | |
| 5fwy/ Pasadena Ave- Obj ID 118 | Y | 5 -vehicles | large encampments and numerous vehicle | |
| North Central Dog Park- Obj ID 124 | Y | 10 - vehicles | large encampments and numerous vehicle | |
| Ave 52 / 110fwy- Obj ID 126 | Y | 5 - vehicles | large encampments and numerous vehicle | |

**evelopment**

t are currently in the pipeline in your district that **will open by December 18, 2021.**

| | Address | Capacity | Opening Date | Description | Target Encampment(s) |
|---|---|---|---|---|---|
| : Non- | S. Elden Ave. CA 90006 | 93 | 9/1/2020 | | |

**al Interventions**

ntions do you want to consider for your Sheltering Plan?

| Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Estimated Capital | O |
|---|---|---|---|---|---|---|
| N. Main St. | 100 | By 1/1/2021 | City-owned Site | 30% of encampments | $3,358,000 | |
| W. 7th St. | 294 | By 4/18/2021 | privately owned hotel; owner expressed interest in leasing or selling after Project Roomkey contract ends | 60% of encampments | | TB |
| N. Humboldt St. | TBD | Under Review | privately owned lot | | | TBD |
| N/A | TBD | By 1/1/2021 | | | | TBD |

## Paul Krekorian
## 2

(square miles) ___25___

...ess Population ___1,613___

...ess Population with 500 feet of Freeway Underpass, Overpass, Ramps ___203___

**...ts**

...the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|
| Lankershim/Riverside --134 fwy | Y | 30 | |
| Laurel Canyon/Erwin --170 fwy | Y | 60 | |
| Moorpark/Bellflower --170 fwy | Y | 20 | |
| Strathern Park West/170 fwy | Y | 50 | |
| 12240 Archwood st. -- 170fwy | Y | 40 | |
| 10835 Chandler Blvd. | N | 10 | |
| 11476 Hatteras st. | N | 15 | |
| 7241 Ethel Ave. | N | 20 | |
| 7135 Woodman Ave. | N | 10 | |
| 7880 San Fernando Rd. | N | 100 | |

**...evelopment**

...at are currently in the pipeline in your district that **will open by December 18, 2021.**

| Address | Capacity | Opening Date | Description | Target Encampment(s) |
|---|---|---|---|---|
| Raymer | 85 | 7/1/2020 | Under construction - Open in July | Within catchment area |
| Van Nuys | 100 | 7/15/2020 | Under construction - Open in July | Within catchment area |
| N. Simpson Ave. | 83 | 10/21/2020 | | |

...: Non-
...ble

**...al Interventions**

...ntions do you want to consider for your Sheltering Plan?

| Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Estimated Co... Capital |
|---|---|---|---|---|---|
| Chandler Blvd. | 66 | By 1/1/2021 | Pallet shelters in design with BOE; City-owned site | 1, 3, 6 | $2,216,280.00 |
| ...l | ... | ... | Improve the Railroad ... | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Saticoy Ave. | 1/5 | By 4/18/2021 | with BOE; Caltrans-owned site | 4, 8, 9 | $ 5,876,500.00 | |
| Laurel Canyon Blvd. | 200 | By 4/18/2021 | Pallet shelters in design with BOE; City-owned site | 2, 5, 8, 9 | $6,716,000.00 | |
| N/A | TBD | By 1/1/2021 | | | TBD | |

ared

## Bob Blumenfield
### 3

| | |
|---|---|
| miles) | 36.6 |
| Population | 813 |
| Population with 500 feet of Freeway Underpass, Overpass, Ramps | 14 |

...e key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|
| Winnetka Ave at 101 fwy | Y | up to 12 | underpass encampment |
| Corbin Ave at 101 fwy | Y | up to 8 | underpass encampment |
| LA River at Winnetka, (length from Canoga to White Oak including DeSoto, Tampa) | N | 40-100 | LA River zone, particularly the bikeway, street underpasses, property that is owned by City, some by County in flood control district |
| Eton and Vanowen | N | 12-15 | River adjacent area where encampment spills onto |
| 6 other underpasses in CD3 = Burbank, Tampa, DeSoto, Canoga, Topanga, Shoup | Y | up to 15 total | underpass encampment |

**opment**

re currently in the pipeline in your district that **will open by December 18, 2021**.

*No interventions in development.*

| Address | Capacity | Opening Date | Description | Target Encampment(s) |
|---|---|---|---|---|

**Interventions**

ons do you want to consider for your Sheltering Plan?

| Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Estimated C... Capital | O... |
|---|---|---|---|---|---|---|
| Strathern St., Canoga Park | 60 | Under Review | Private site/Event hall and parking lot; consider using for interim housing and/or safe parking. | Freeway adjacent priority | $2,014,800.13 | |
| Vanowen St., Reseda | TBD | By 1/1/2021 | Convert to 24/7 safe parking or Shelter/City-owned site | TBD, River | $0.00 | |
| Jordan Ave., Canoga Park | 25 | By 9/1/2020 | City-owned site | | $0.00 | |
| Rudnick Ave., Woodland Hills | 25 | Under Review | Private site | Freeway adjacent, or wherever vehicle dwellers are found | $0.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Motel, Canoga Park | 150 | | Under Review | Currently contracted for Project Roomkey by County | TBD, River | TBD |
| N/A | TBD | | By 1/1/2021 | | | TBD |

## Ryu
## 4

| | |
|---|---|
| miles) | |
| Population | 41 |
| Population with 500 feet of Freeway Underpass, Overpass, Ramps | 1,136 |
| | 46 |

e key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Address | Within 500' of Freeway (Y/N) | # of Residents | Description | Target Encampment(s) |
|---|---|---|---|---|
| Los Feliz Blvd./5 Freeway | Y | 32 | near Griffith Park/LA River/bikepath | |
| Riverside Dr./Hyperion Bridge | Y | 13 | near LA River/bikepath | |
| 101 Freeway/Cahuenga Blvd. | Y | 15 | underpass | |
| 101 Freeway/Franklin Ave. | Y | 4 | underpass -- only north side of street is CD4 | |
| 6538 Bella Vista Wy | Y | 3 | near Cahuenga/101 underpass | |
| Lankershim/134 | Y | 15 | | |
| Moorpark/101 | Y | 15 | | |

**opment**

re currently in the pipeline in your district that **will open by December 18, 2021.**

| Address | Capacity | Opening Date | Description | Target Encampment(s) |
|---|---|---|---|---|
| Riverside Dr. | 100 | 7/29/2020 | Under Construction - Catchment area includes some Freeway encampments | Within catchment area |
| Riverside Dr. | 80 | 12/31/2020 | Design Development | Within catchment area |

**terventions**

ons do you want to consider for your Sheltering Plan?

| Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) |
|---|---|---|---|---|
| N. Sepulveda | 40 | Under Review | Federal Land | |
| Oxnard St. | 13 | Under Review | Federal Land | |
| N/A | TBD | By 1/1/2021 | | 101 and 134 Freeway encampments in the Valley |

| Estimated | |
|---|---|
| Capital | Op |
| $1,343,200.00 | |
| $0.00 | |
| TBD | |

**Paul Koretz**
**5**

(are miles)                          37.5
...ess Population                     846
...ess Population with 500 feet of Freeway Underpass, Overpass, Ramps    94

**...ts**

the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Address | Within 500' of Freeway (Y/N) | # of Residents | Description | Target Encampment(s) |
|---|---|---|---|---|
| Cotner Ave. between Olympic and SM | Y | approx. 50 | primarily sidewalk campers, but some embankment | |
| north side of Venice Blvd. at 405 | Y | approx. 25 | sidewalk under freeway overpass | |
| Balboa Blvd. under the 101 | Y | approx. 10 | sidewalk under freeway overpass | |
| White Oak under the 101 | Y | approx. 10 | sidewalk under freeway overpass | |
| Hayvenhurst under the 101 | Y | approx. 10 | sidewalk under freeway overpass | |
| Balboa at Clark | Y | approx. 10 | sidewalk near bus stop about 450 feet from 101 | |
| National at 10 | Y | approx. 20 | sidewalk under freeway overpass | |

**...velopment**

t are currently in the pipeline in your district that **will open by December 18, 2021.**

| | Address | Capacity | Opening Date | Description | Target Encampment(s) |
|---|---|---|---|---|---|
| | S. La Cienega | 54 | Opened 7/6/2020 | Targeted for families | |
| : Non- | W. Pico Blvd. | 48 | 8/1/2020 | Seniors and veterans | |

**...al Interventions**

ntions do you want to consider for your Sheltering Plan?

| | | | | | Estimated C... | |
| Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Capital | ...Ope |
|---|---|---|---|---|---|---|
| Wilshire Blvd. | 25 | Under Review | publicly owned; consider for pallet shelters | | $839,500.00 | |
| W. Olympic Blvd. | 80 | Under Review | privately owned. | | $2,686,400.00 | |
| S. Sepulveda Blvd. | TBD | TBD | Would augment informal camping already going on at the site. | | TBD | |

| | S. Sepulveda | TBD | TBD | Use underutilized part of single-use recreation site | | TBD |
|---|---|---|---|---|---|---|
| | National Blvd. | TBD | Under Review | privately owned; owner has expressed willingness to offer lot | | $0.00 |
| pared | N/A | TBD | By 1/1/2021 | | | TBD |

**Nury Martinez**

**6**

are miles)

ss Population                                                                                          27.2

ss Population with 500 feet of Freeway Underpass, Overpass, Ramps

1,672

125

ts

the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|
| 8300 San Fernando Rd. Sun Valley | Y | 30 | Multple RV's with vehicle dwelling and |
| 8085 Webb Ave. Sun Valley | N | 4 | Encampments |
| 11111 Strathern Ave. Sun Valley | N | 1 | Encampments |
| 13253 Wingo St. Arleta | Y | 15 | Encampments between State and City Property |
| 9661 Sharp Ave. Arleta | Y | 15 | Encampment on State Property |
| 7744 Lankershim Blvd. Nrth Hollywood | N | 2 | Encampments next to Bus Stop |
| 7667 Simpson Ave. Nrth Hollywood | N | 2 | Encampments |
| 11201 Penrose St. Sun Valley | Y | 15 | Multple RV's with vehicle dwelling |
| 11545 Tuxford St. Sun Valley | Y | 20 | Multple RV's with vehicle dwelling |
| 8961 Laurel Canyon Blvd. Sun Valley | Y | 5 | Encampments between State and City Property |
| 12144 Wicks St. Sun Valley | Y | 3 | Encampment next to pedestrian bridge |
| 8841 O'melveny Ave. Sun Valley | Y | 3 | Encampment next to pedestrian bridge |
| 8707 Lankershim Blvd. Sun Valley | Y | 5 | Encampment off the on-ramp |
| 13745 Saticoy St. PaNrama City | N | 5 | Multple RV's with vehicle dwelling and |
| 13927 Saticoy St PaNrama City | N | 5 | Multple RV's with vehicle dwelling and |
| 7651 Woodman Ave. PaNrama City | N | 5 | Multple RV's with vehicle dwelling and |
| 14757 Arminta Ave. PaNrama City | N | 10 | Encampment in alley |
| 7855 Van Nuys Blvd. PaNrama City | N | 10 | Encampment on median |
| 7801 Van Nuys Blvd. Panroama City | N | 10 | Encampment on median |
| 14719 Plummer St. PaNrama City | N | 10 | Encampments, vehicle dwelling and tresspassing |
| 6609 Van Nuys Blvd. Van Nuys | N | 5 | Encampment |
| 6633 Van Nuys. Van Nuys | N | 10 | Encampment |
| 14532 Gilmore St. Van Nuys | N | 15 | Encampments by City Parking lot |
| 14606 Friar St. Van Nuys (On Vesper Ave. | | 5 | Encampments by City Parking lot |
| 14607 Sylvan St. Van Nuys (on Vesper Ave.) | | 5 | Encampments by City Parking lot |
| 14402 Gilmore St. Van Nuys | N | 10 | Encampments by City Parking lot |
| 7111 Sepulveda Blvd. Van Nuys | N | 30 | Multiple Encampments tresspassing on private |

| | | | |
|---|---|---|---|
| 6101 Cedros Ave. Van Nuys | N | 5 | Encampments |
| 156600 Victory Blvd. Lake Balboa | Y | 10 | Multiple encampments by the bike path |
| 5941 Woodley Ave. Lake Balboa | N | 10 | Multiple encampments by the Apollo Airfields |
| 15901 Burbank Blvd. Lake Balboa | N | 20 | Multiple Encampment along the LA River |
| 6300 Balboa Blvd. Lake Balboa | N | 5 | Mutliple Encampment along Bull Creek |
| 8100 Haskell Ave. Van Nuys | Y | 30 | Encampment under I-405 and railroadtracks |
| 15611 Parthenia Ave. North Hills | Y | 20 | Encampment under the I-405 |
| 15607 Roscoe Blvd. North Hills | Y | 10 | Encampment by on ramp of I-405 |

## ...velopment

...at are currently in the pipeline in your district that **will open by December 18, 2021.**

| | Address | Capacity | Opening Date | Status | Target Encampments |
|---|---|---|---|---|---|
| : Non- | Aetna St. | 70 | 7/20/2020 | Construction | |
| | W. Arminta St. | 110 | 6/1/2021 | Arminta Square | |

## ...al interventions

...ions do you want to consider for your Sheltering Plan?

| Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Estimated Capital | Op... |
|---|---|---|---|---|---|---|
| N. San Fernando Rd. | 50 | By 1/1/2020 | 20,000 Sq ft/City-owned | Encampments along I-5 | $1,679,001.49 | $2530 |
| San Fernando Rd. | 25 | Under Review | Publicly-owned | Encampments along I-5 | $839,00... | |
| Paxton St. | 20 | Under Review | Privately-owned | Encampments along the I-5 and Plummer St. | $671,600 | |
| Hayvenhurst Ave. | 20 | | City of LA- LAWA | Encampments in Van Nuys/Lake Balboa by the I-405 | $671,60... | |
| Woodley Ave | 20 | | City of LA- LAWA | Encampments in Van Nuys/Lake Balboa by the I-405 | $0.0... | |
| Erwin St. | 40 | By 8/1/20 | Metro | Encampments in Van Nuys/Lake Balboa by the I-405 | $0.0... | |
| N/A | TBD | By 1/1/2021 | | | TBD | |

**Monica Rodriguez**

**7**

(Square miles)     54.1

...ess Population     677

...ess Population with 500 feet of Freeway Underpass, Overpass, Ramps     134

...the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|
| 118 Freeway Paxton St./ Bradley Ave. | Y | 55 | Over 20 tents and makeshift shelters under the |
| Big Tujunga Wash, under 210 fwy and Foothill bridges | Y | 20-25 | Makeshift structures built within the Wash under the freeway overpasses/bridges. |
| Sepulveda / 118 fwy underpass and offramp | Y | 20-25 | Tents along the underpass. Between the freeway exit and Pizza Hut structure in Caltrans ROW. |
| 118 fwy between Bradley and Herrick | Y | 8-10 | Caltrans right of way parallel to 118 freeway |
| 118 fwy Devonshire onramp/offramp | Y | 12 | 5 tents on Caltrans property, large quantities of |
| 12966 Arroyo St / Foothill Blvd. | Y | 2-5 | Encampment made up of vehicle and tents, large |
| 14801 Rinaldi / 5 fwy | Y | 2 | Two tents and property. |
| 210 fwy/Hubbart St | Y | 6 | Approx. 6 tents |

**...velopment**

...t are currently in the pipeline in your district that **will open by December 18, 2021.**

| Address | Capacity | Opening Date | Status | Target Encampments |
|---|---|---|---|---|
| *No interventions in development.* | | | | |

**...al Interventions**

...ntions do you want to consider for your Sheltering Plan?

| Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Estimated Capital | O... |
|---|---|---|---|---|---|---|
| N/A | 200 | By 1/1/2021 | | Sepulveda / 118 fwy, Big Tujunga Wash, under 210 and Foothill bridges, 118 fwy / Devonshire ramps | TBD | |

## Marqueece Harris-Dawson
## 8

| | |
|---|---|
| (miles) | 16 |
| Population | 1540 |
| Population with 500 feet of Freeway Underpass, Overpass, Ramps | 84 |

the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Address | Within 500' of Freeway (Y/N) | # of Residents | Description | Target Encampment(s) |
|---|---|---|---|---|
| 88th Pl, b/t Grand & Flower St. | Y | 25 | Freeway Underpass | |
| Colden Ave, b/t Grand & Flower St. | Y | 25 | Freeway Underpass | Within catchment area |

**...opment**

...re currently in the pipeline in your district that **will open by December 18, 2021.**

| Address | Capacity | Opening Date | Status | Description | Target Encampment(s) |
|---|---|---|---|---|---|
| S. St. Andrews Pl. | 20 | 10/1/2019 | 100 bed site in operation; 20 vacant beds to fill | | Within catchment area |

**...nterventions**

...ns do you want to consider for your Sheltering Plan?

| Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Estimated C... Capital | O... |
|---|---|---|---|---|---|---|
| Various | 36 | By 9/1/2021 | There are 12 smaller shelters that serve CD8, and we will work to identify openings for relocations from freeway encampments | | $0.00 | |
| N/A | TBD | By 1/1/2021 | | | TBD | |

| Curren Price |
|---|
| 9 |

(are miles) — 13

ess Population — 2,638

ess Population with 500 feet of Freeway Underpass, Overpass, Ramps — 482

## ts

the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Address | Within 500' of Freeway (Y/N) | # of Residents | Description | Target Encampment(s) |
|---|---|---|---|---|
| 4500-5700 Grand Ave | Y | est 100 | primarily tent structures | Within catchment area |
| 4900-5700 Flower St | Y | est 50 | primarily tent structures | |
| 5900-6300 Grand Ave | Y | est 30 | primarily RVs | |
| 6900-8400 Grand Ave | Y | est 80 | 80% RVs, 20% tents | |
| 3500-3900 Grand Ave | Y | est 35 | tent structures | |

## velopment

at are currently in the pipeline in your district that **will open by December 18, 2021.**

| Address | Capacity | Opening Date | Status | Target Encampment(s) |
|---|---|---|---|---|
| Figueroa St. | 30 | 6/30/2020 | Family shelter | |
| E. 35th St. | 74 | 9/30/2020 | | |

## al Interventions

ntions do you want to consider for your Sheltering Plan?

| Proposed Location | Address | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Estimated Capital | O |
|---|---|---|---|---|---|---|---|
| | S. Central Ave. | 10 | By 9/1/2020 | City-owned site | | $0.0 | |
| g | S. Figueroa St. | 69 | Under Review | Currently contracted for Project Roomkey by County | | TBD | |
| | S. Figueroa St. | 160 | By 3/1/2021 | Motion submitted 7/1; modular units of PSH | | TBD | |
| ared | N/A | TBD | By 1/1/2021 | | | TBD | |
| | W. Slauson | 120 | Under Review | Caltrans-owned | | $4,029,600.0 | |

## Herb Wesson, Jr.
## 10

miles)    14.5
Population    1084
Population with 500 feet of Freeway Underpass, Overpass, Ramps    77

key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Address | Within 500' of Freeway (Y/N) | Description | # of Residents |
|---|---|---|---|
| Venice and the I-10 Freeway | Y | mostly tents; some living in cars | |
| Washington and the I-10 Freeway | Y | mostly tents; some living in cars | |
| Western and the I-10 Freeway | Y | mostly cars; some living in tents | |
| Koreatown | N | tent encampments | |
| Leimert Park | N | mostly cars | |

### opment

re currently in the pipeline in your district that **will open by December 18, 2021.**

| Address | Capacity | Opening Date | Status | Target Encampment(s) |
|---|---|---|---|---|
| S. Western Ave | 15 | 8/1/2020 | completing construction | Western and I-10 - women and children only |
| Lafayette Park (Wilshire & Hoover) | 70 | 7/23/2020 | completing construction | Koreatown |
| S. Buckingham Rd. | 103 | 5/29/2020 | | |
| W. Washington Blvd. | 17 | 8/25/2021 | | |

### terventions

ons do you want to consider for your Sheltering Plan?

| Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Estimated Co... Capital |
|---|---|---|---|---|---|
| W. Jefferson | 21 | Under Review | Private Site | 1 and 2 | $705,180 |
| S. Crenshaw Blvd. | TBD | Under Review | LADWP owned property; Office parking lot | 1 and 2 | $0.00 |
| N/A | TBD | By 1/1/2021 | | | TBD |

**Mike Bonin**

**11**

| | |
|---|---|
| miles) | 63.8 |
| Population | 2,224 |
| Population with 500 feet of Freeway Underpass, Overpass, Ramps | 92 |

pments within your district that should be addressed in the Sheltering Plan.

| Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|
| Rose/Penmar | N | 80 | Encampment abuts golf course and is adjacent to residential. Also covers a walking path. |
| 405 at Venice/Globe | Y | 25 (in CD11) | Mar Vista. Encampment flows underneath the 405, and is shared by both CD11 and CD5. |
| Pico/Centinela | Y | 10 | Encampment near 405. Adjacent to SM. |
| Centinela off-ramp/90 | Y | 30 | Smaller encampment near the 90. |

**opment**

re currently in the pipeline in your district that **will open by December 18, 2021.**

| | Address | Capacity | Opening Date | Status | Target Encampment(s) |
|---|---|---|---|---|---|
| on- | S. Grand View Blvd. | 50 | 11/19/2021 | | |

**Interventions**

ons do you want to consider for your Sheltering Plan?

| | | Estimated | | |
|---|---|---|---|---|
| | | | Capital | TBD |
| Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) |
| TBD | 50 | Under Review | Exploring willing seller/lessee for interim or permanent housing | Rose/Penmar, Centinela offramp at 90 |
| N/A | 120 | By 1/1/2021 | | Venice/Globe; Pico/Centinela |
| ed | | | | TBD |

**John Lee**

**12**

miles)

Population | 58.7

Population | 583

Population with 500 feet of Freeway Underpass, Overpass, Ramps | 17

...e key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|
| 118 and 405 Freeway Adjacent | Y | 17 | Tents and RVs |
| Devonshire-Petit / Petit Park | N | 20 | Tents |
| Plummer St-Jordan Ave | N | 40 | Tents |
| Nordhoff bt Owensmouth and Topanga | N | 30 | Tents and RVs |
| Hayvenhurst-Schoenborn | N | 50 | Tents and RVs |

...opment

...re currently in the pipeline in your district that **will open by December 18, 2021.**

*No interventions in development.*

| Address | Capacity | Opening Date | Status | Target Encampment(s) |
|---|---|---|---|---|

...terventions

...ons do you want to consider for your Sheltering Plan?

Estimated C...

| Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Capital | O... |
|---|---|---|---|---|---|---|
| Aliso Confluence | 25 | Under Review | City/County Owned | | $839,500.00 | |
| 16755 Roscoe Bl | 50 | Under Review | LAWA Owned | | $1,679,000.00 | |
| Marilla bt Topanga/Owensmouth (western half) | 40 | Under Review | Metro Owned | | $1,343,200.00 | |
| Plummer | 25 | Under Review | Vacant privately owned property. | | $839,500.00 | |
| House of worship - Chatsworth | 10 | Under Review | | | $0.00 | |
| House of worship - Granada Hills | 10 | Under Review | | | $0.00 | |
| Metrolink Station - Chatsworth (previously proposed, pls re-review) | 20 | Under Review | DWP/DOT Owned | | $0.00 | |
| Metrolink Station - Northridge | 20 | Under Review | Metro/City Owned | | $0.00 | |
| Park N Ride - PR Drive / 118 Fwy | 20 | Under Review | Caltrans Owned | | $0.00 | |
| Courthouse | 20 | Under Review | | | $0.00 | |
| N/A | 120 | By 1/1/2021 | | | TBD | |

## Mitch O'Farrell
### 13

| miles) | 13.6 |
|---|---|
| Population | 2,402 |
| Population with 500 feet of Freeway Underpass, Overpass, Ramps | 468 |

e key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|
| Echo Park Lake  (Park Ave/Glendale Bl) | Y | 45 | City Park |
| Alvarado St/US-101 | Y | 111 | On sidewalks of 101 underpass & Caltrans property |
| Shatto Pl/4th Street | N | 51 | City Sidewalks |
| Gower/Hollywood/US-101 | Y | 146 | City Sidewalks, Caltrans property |
| Hoover St/John St | Y | 60 | City Sidewalks, Caltrans property |

**opment**

re currently in the pipeline in your district that **will open by December 18, 2021.**

| | Address | Capacity | Opening Date | Status | Description | Target Encampment(s) |
|---|---|---|---|---|---|---|
| on- | S. Rampart Blvd. | 23 | 7/16/2020 | | | All |
| on- | S. Alvarado St | 84 | 9/1/2020 | | | All |
| | Beverly & Juanita | 50 | 9/1/2020 | | | All |

**terventions**

ons do you want to consider for your Sheltering Plan?

| Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Estimated | |
|---|---|---|---|---|---|---|
| | | | | | Capital | O |
| W. Hollywood Blvd | TBD | Under Review | Private Site/Office building/Parking lot | All - Hollywood/101 | TBD | |
| N. San Fernando Rd. | TBD | Under Review | Private Site/Office building / auditorium with parking lot | All - LA River/5Fwy | TBD | |
| Hollywood Blvd | TBD | Under Review | Private Retail and Parking lot | All - Hollywood/101 | TBD | |
| N. Hoover St | TBD | Under Review | Private bungalows/parking | All - Hoover/John st | TBD | |
| N. Alvarado St. | TBD | Under Review | Private Site/Parking Lot | All - Echo Park Lake | TBD | |
| Cole Ave. | TBD | Under Review | LADWP Site | All - Hollywood | TBD | |

| | |
|---|---|
| TBD | TBD |
| All - Shatto/4th | |
| To be leased for 42 single adults | |
| By 10/1/2020 | By 1/1/2021 |
| 42 | 120 |
| W. 3rd St | N/A |
| ed | ed |

**Jose Huizar**
**14**

(are miles)                                    24.2
ess Population                                 5,191
ess Population with 500 feet of Freeway Underpass, Overpass, Ramps    622

**ts**

the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|
| 10 fwy and San Pedro | Y | 16 | Encampments on Both Side of San Pedro |
| 110 Fwy and Olympic | Y | 12 | Encampments on Both Side of Olympic |
| 7476 North Figueroa and 134 | Y | 15 | Encampments on both Sides |
| 2900 West Broadway and 2 fwy | Y | 8 | |
| Hope and 10 fwy | Y | 16 | |
| fwy Overpass Arcadia and Main | Y | 15 to 20 | Encampments on both Sides |

**evelopment**

st are currently in the pipeline in your district that **will open by December 18, 2021.**

| Address | Capacity | Opening Date | Status | Target Encampment(s) |
|---|---|---|---|---|
| Paloma St. | 120 | 10/15/2020 | | Within catchment area |
| N. Main St. | 100 | 7/1/2020 | | Within catchment area |

**al Interventions**

| ntions do you want to consider for your Sheltering Plan? | | | | Estimated | |
|---|---|---|---|---|---|
| Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Capital |
| 16th & Maple | 100 | 11/01/20 | Shelter | | TBD |
| N/A | TBD | By 1/1/2021 | | | TBD |

**Joe Buscaino**
**15**

| | |
|---|---|
| (are miles) | 32.1 |
| ess Population | 2377 |
| ess Population with 500 feet of Freeway Underpass, Overpass, Ramps | 194 |

## ts

the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|
| Lomita Blvd @ McCoy St. | Y | 60-80 | |
| San Pedro Post Office | N | 30-40 | |
| 535 Broad Avenue | N | 40-50 | |
| F Street @ Banning | N | 40 | |
| Anaheim Bridge @ 5points | N | 20 | |

## velopment

st are currently in the pipeline in your district that **will open by December 18, 2021.**

| | Address | Capacity | Opening Date | Status | Target Encampment(s) |
|---|---|---|---|---|---|
| | N. Beacon Street | 38 | 6/30/2020 | | Within catchment area |
| | Eubank Ave. | 100 | 6/30/2020 | | Within catchment area |
| | E. 97th St. | 135 | 5/30/2020 | | |
| : Non-ble | E. 101st St. | 92 | 8/1/2021 | | |
| : Non-ble | S. Grape St. | 80 | 9/30/2021 | | |

## al Interventions

ntions do you want to consider for your Sheltering Plan?

| | Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Estimated Capital | O... |
|---|---|---|---|---|---|---|---|
| | Figueroa Place | TBD | Under Review | City-owned site | | TBD | |
| | S. Beacon St. | 25 | By 9/1/2020 | City-owned site | | $0.00 | |
| | S. Figueroa | 50 | By 11/1/2020 | CalTrans-owned | | $0.00 | |
| | S. Hamilton Ave. | 25 | By 9/1/2020 | HACLA-owned | | $0.00 | |
| | E. 116th Pl. | 25 | Under Review | Caltrans-owned | | $0.00 | |
| ared | various | 200 | By 1/1/2021 | in partnership with service providers | | TBD | |