# EXHIBIT C

City Reviewed Status
July 15, 2020

**Park and Rides That Could Be Partially Utilized**

| ROUTE | LOCATION | JURISDICTION | MAINTAINED AND OPERATED | Notes |
|---|---|---|---|---|
| 105 | Avalon | City of Los Angeles | Metro | 116th Place(CD15)/Site will be conisdered for Safe Parking. |
| 105 | Vermont Avenue | County of Los Angeles - Athens | Metro | **Not located within City boundaries** |
| 105 | Hawthorne Blvd. | City of Hawthorne | Metro | **Not located within City boundaries** |
| 110 | Channel Street | City of Los Angeles - San Pedro | Caltrans | (CD15)/ working on Community Skate Park at this site |
| 110 | Carson Street | City of Carson | Metro | **Not located within City boundaries** |
| 110 | 451 W. Manchester | City of Los Angeles | Metro | (CD8)/Not being considered at this time; available sites in the CD. |
| 110 | 1345 W PCH/1402Figueora | City of Los Angeles | Caltrans | (CD 15)/Site will be considered for Safe Parking. |
| 110 | 350 W. Slauson | City of Los Angeles | Metro | CD9/Site is being considered for interim housing. |
| 170 | 12000 Oxnard Street | City of Los Angeles - North Hollywood | Metro | Busy Park and Ride/CD 2 has IDed two City owned sites near by. |

**Air Lease Properties**

| ROUTE | LOCATION | JURISDICTION | MAINTAINED AND OPERATED | Notes |
|---|---|---|---|---|
| 5 | 12398 Sheldon | City of Los Angeles | Leasee | Leasee |
| 10 | 2080 W. 10th | City of Los Angeles | Leasee | Leasee |
| 10 | 1621 Hooper Avenue | City of Los Angeles | Leasee | Leasee |
| 10 | 16th St./Trinity | City of Los Angeles | Leasee | Leasee |
| 90 | 13198 Mindanao Way | City of Los Angeles | Leasee | Leasee |
| 90 | 13199 Mindanao Way | City of Los Angeles | Leasee | Leasee |
| 90 | 4500 Lincoln Blvd. | City of Los Angeles | Leasee | Leasee |