# EXHIBIT D

# Proposed Pallet Shelter Community in CD 2

