# EXHIBIT E

**REPORT** FROM

# OFFICE OF THE CITY ADMINISTRATIVE OFFICER

| | | |
|---|---|---|
| Date: | August 27, 2018 | CAO File No.  0220-04830-0000<br>Council File No.  16-0600-S145<br>Council District:  All |
| To: | Municipal Facilities Committee | |
| From: | Richard H. Llewellyn, Jr., City Administrative Officer | |
| Subject: | **REVIEW OF CITY-OWNED SURPLUS PROPERTY** | |

## SUMMARY

As part of the City of Los Angeles' Comprehensive Homeless Strategy (CHS), approved in February 2016, the Office of the City Administrative Officer (CAO) was tasked with implementation of Strategy 7D, "Using Public Land for Affordable and Homeless Housing." This report focuses on CAO's Asset Management Group (AMG) assessment of the 428 City-owned properties identified as "surplus" by the City's Department General Services (GSD) Real Estate Services Division (RES).

At the outset of the review, the CAO hoped to identify numerous properties available for housing development from the list of 428 properties. Unfortunately, the initial review has produced only three parcels that are either in the development process or being evaluated for affordable housing and one parcel that will be a Navigation Center for homeless services. As a result, the CAO's AMG initiated the evaluation of approximately 300 additional properties, including property owned by other public agencies, privately-owned sites and City-owned parking lots. The CAO will report at a future date on the non-surplus properties it has reviewed.

The 428 properties initially designated as surplus have been assigned to the following three categories:

| | Property Category | |
|---|---|---|
| 1) | Potential or pending use as permanent housing or navigation center | 4 |
| 2) | Parcels that should be removed from the surplus property list | 152 |
| 3) | Parcels that should be further reviewed by GSD (and other departments as necessary) for potential sale or transfer | 272 |
| | **Total** | **428** |

There are 152 properties that are not surplus and should be removed from the surplus property list, including parcels that are part of the proposed Adopt-a-Lot program and which will be managed by GSD, parcels that are in use for a City purpose but should be managed by a department other than GSD, parcels that are in active use for a non-City purpose and should be leased or sold to the user, parcels where a disposition strategy has already been determined, and parcels that are not City-owned.

There are 272 properties that are surplus and should be further reviewed by GSD and other departments for potential sale or transfer, including parcels that are eligible for the Own a Piece of Los Angeles (OPLA) program, parcels that are ineligible for OPLA and which are not easily developable, parcels that are potential single family sites, and parcels bordering state or federal land. None of these properties meet the criteria for affordable multifamily housing, interim housing, or homeless facilities.

## RECOMMENDATIONS

1. Direct the City Administrative Officer's Asset Management Group to collaborate with the Department of General Services to do the following:
   a. Evaluate the feasibility of transferring the 87 properties identified in Attachment A to the appropriate City department;
   b. Confirm that 29 properties identified in Attachment B are in active use for a non-City purpose, and propose a lease or sale strategy for each of those properties;
   c. Confirm that the eight (8) properties identified in Attachment C are not City-owned and should be removed from the City's database;
   d. Evaluate the OPLA program to determine if amendments to OPLA or a new program is needed to facilitate the sale of surplus properties, including the 150 properties identified in Attachment D  and the 47 properties identified in Attachment E that are not developable, and report back on necessary changes to OPLA or the need for a new program;
   e. Work with the Bureau of Engineering and the City Attorney's office to determine the costs and benefits of preparing the 60 single family sites identified in Attachment F for disposition;
   f. Initiate discussions with state or federal agencies that are adjacent to the 15 City-owned sites identified in Attachment G regarding the feasibility of transferring the property for an appraised value or in a swap for other land; and
   g. Confirm that the six (6) properties in Attachment H should be maintained by the City and managed by GSD as part of the proposed Adopt-A-Lot program.

2. Direct the City Administrative Officer to work with Department of General Services to assess and determine the resources necessary to effectuate recommendations a-g above.

3. Direct the City Administrative Officer to:
   a. Continue to provide periodic updates and disposition recommendations on properties to the Municipal Facilities Committee; and

CAO File No.                                    PAGE
0220-04830-0000                                  3

   b.  Work with the Department of General Services and the Housing and Community
       Investment Department to use any feasible sites identified by recommendation e
       above as affordable homeownership opportunity sites.

## BACKGROUND

In February 2016, the Comprehensive Homeless Strategy (CHS) was adopted by the City in
response to the homelessness crisis in Los Angeles. As part of the CHS' Strategy 7D, "Using
Public Land for Affordable and Homeless Housing," the CAO followed the Council approved
Asset Evaluation Framework (C.F. 12-1549-S3) and the Property Evaluation Process (C.F. 16-
0600-S145), to conduct initial reviews of the City-owned surplus properties for possible use as
housing or homeless facilities. Recently, the CAO also began reviewing properties for interim
housing sites under the A Bridge Home Program, approved in the FY 2018-19 Budget.

The CAO's AMG reviews potential properties using the following standards:
- Properties over 15,000 square feet in size are evaluated for permanent  housing;
- Properties over 20,000 square feet are evaluated for interim "bridge" housing sites; and
- Additional properties under 15,000 square feet are also evaluated for permanent housing,
  if they are zoned for development as multifamily housing.

Once properties are sorted by size, they are evaluated on the following criteria:
- Properties that are accessible and buildable; and
- Properties that are located in an appropriate area for the proposed use.

This review and evaluation is facilitated by reviewing property information and making site visits.
Once the initial review is complete, CAO staff meets with each Council office to review potential
properties in the district. Council offices then issue a motion directing staff to further evaluate the
property as a potential housing location. Once the motion has been issued, CAO staff begin the
due diligence phase of the Property Evaluation Process, which includes requesting a Planning
Analysis from the Department of City Planning, a Title Report and review from GSD, and a
questionnaire from the Department of Transportation (LADOT), if applicable.

If a property is then deemed feasible for affordable housing and approved by the Municipal
Facilities Committee, the CAO's AMG works with the Public Land Development Group of the
Housing and Community Investment Department (HCIDLA) to further refine the proposed project.
HCIDLA issues a Request for Proposals to select a developer for the site and enters into an
Exclusive Negotiating Agreement (ENA) with the selected developer, which is followed by a
Disposition and Development Agreement (DDA) if the developer meets the requirements outlined
in the ENA.  For interim housing, the Bureau of Engineering conducts the feasibility assessment
for the sites.

The CAO's AMG has now completed the initial review of the 428 City-owned Surplus properties
and has placed the properties into three categories:

CAO File No.
0220-04830-0000

PAGE
4

### 1) Potential or pending use as permanent housing or homeless use

Of the 428 properties, there are a total of four sites that are proposed or are pending review for affordable housing or other homeless use, (Attachment I) as follows:

| | |
|---|---|
| Under evaluation for Permanent Affordable Housing | 1 |
| Approved for Permanent Affordable Housing | 2 |
| Approved as a Navigation Center | 1 |
| Total | 4 |

CAO's AMG staff are working with HCIDLA and the Council office to determine the project parameters for the sites that are under evaluation for permanent affordable housing. Of the two sites that have been approved for permanent affordable housing, one has a signed DDA and will be under construction next year, and the other has a signed ENA and is in the process of acquiring entitlements. Together they will provide over 200 units of new affordable housing in the City.

The Navigation Center is in the design phase. When completed, it will provide on-site hygiene facilities including showers and laundry, storage, case management and training classrooms for the homeless.

Each of the 428 properties was also evaluated for use as interim housing, safe parking and storage. None were identified that were suitable for those purposes.

### 2) Properties that should be removed from the surplus property list

There are a total of 152 properties that are recommended for removal from the surplus property list, as follows:

| | |
|---|---|
| Should be maintained and managed by GSD | 6 |
| Should be retained as City property but should be managed by another City department, not GSD | 87 |
| In active use for a non-City purpose and should be leased or sold to the user | 29 |
| A disposition strategy has already been determined | 22 |
| Properties that are not City-owned or where there was not enough information provided for evaluation | 8 |
| Total | 152 |

The six (6) properties that are being recommended to be maintained and managed by GSD are

all part of the proposed Adopt-a-Lot program.

The 87 properties that are recommended to be retained as City property and managed by another department include parcels that are in active use as streets, parking lots, or parks; parcels that are scheduled to be dedicated and maintained as a sewer easement; and parcels that are adjacent to other City-owned uses and could be incorporated into the existing property.

The 29 properties that are in active use for a non-City purpose include parcels that are being used by adjacent businesses; parcels being used by County agencies including Flood Control and Metro; parcels that are in use as community gardens or by nonprofits; occupied single family homes; and parcels that are in use by adjacent property owners as driveways.

The 22 properties where a disposition strategy has already been determined include parcels that are in the process of being sold; parcels that are in the process of being leased to a nonprofit; parcels that will be repurposed for use by the City; and parcels that are controlled by HCIDLA and are in development as affordable housing (Attachment J).

There are three (3) properties on the surplus property list that upon further investigation were determined to not belong to the City. There are another five (5) properties on the list that were unable to be identified by the information provided. The CAO will work with GSD to confirm that these properties should be removed from the list.

3) **Properties that should be further reviewed by GSD (and other departments as necessary) for potential sale or transfer**

| | |
|---|---|
| Review for the Own a Piece of Los Angeles (OPLA) program | 150 |
| Ineligible for OPLA and which are not easily developable | 47 |
| Potential single family sites | 60 |
| Bordering state or federal land | 15 |
| Total | 272 |

The Own a Piece of Los Angeles (OPLA) program was established by City ordinance in July 2009. It allows for the City to sell remnant parcels under 5,000 square feet to the owners of an adjoining property. There have been 225 City-owned parcels identified as OPLA parcels and approved by the Council to sell. The CAO will work with GSD to evaluate the OPLA program to determine if it requires changes to facilitate the sale of an additional 150 parcels on the surplus property list.

In addition, the CAO's AMG identified 47 properties that are too large for the OPLA program, but that are difficult to develop. The CAO will work with GSD to evaluate these parcels and determine whether these sites should be retained by the City, or recommend a process to sell these parcels

through OPLA or a new program.

The CAO's AMG also identified 60 vacant properties that are accessible by paved roads and are zoned for single family homes. Many of these parcels were acquired through inverse condemnation, and may require geotechnical investigation to determine whether the properties can be stabilized for development. Many of these parcels are in areas with high property values. The City would benefit financially if the properties were added to the property tax rolls and if the City was no longer responsible for maintenance. This report recommends that GSD work with the CAO, the Bureau of Engineering and the City Attorney's office to determine the costs and benefits of preparing these sites for sale, and for the CAO to work with HCIDLA to use sites zoned for single family homes as affordable homeownership opportunity sites, if feasible.

There are 15 City-owned properties that border state or federal land. The CAO will work with GSD to initiate negotiations with state or federal agencies that are adjacent to City-owned parcels regarding the transfer of the property for an appraised value or in a swap for other land, and return to Council for approval of the deal terms.

## FISCAL IMPACT STATEMENT

There is no immediate impact to the General Fund from approval of the recommendations in this report. There may be an impact to the General Fund for City staff costs to conduct the work required to prepare for the sale of properties, but those are unknown at this time. There may also be revenue from the sale or lease of properties. Any additional fiscal impact will be reported to the Council as soon as they have been determined.

Attachments

RHL:YC/blm:15190012

Attachment A:   Transfer Properties to Appropriate City Department   **87 Properties**

| Council District | Address | Zip Code | Parcel Number | Sq. Ft. | Zoning |
|---|---|---|---|---|---|
| 1 | 1000 E Stadium Wy | 90012 | 5415018901 | 219,567 | PF-1XL |
| 1 | 427 E Montecito Dr | 90031 | 5303009904 | 15,600 | [Q]OS-1XLD |
| 1 | 435 E Montecito Dr | 90031 | 5303009902 | 15,201 | [Q]OS-1XLD |
| 1 | 443 E Montecito Dr | 90031 | 5303009900 | 20,504 | [Q]OS-1XLD |
| 1 | 455 E Montecito Dr | 90031 | 5303009903 | 15,254 | [Q]OS-1XLD |
| 1 | 467 E Montecito Dr | 90031 | 5303009901 | 11,565 | [Q]OS-1XLD |
| 1 | 475 E Montecito Dr | 90031 | 5303008918 | 5,967 | [Q]OS-1XLD |
| 1 | 479 E Montecito Dr | 90031 | 5303008906 | 4,839 | OS-1XL |
| 1 | 483 E Montecito Dr | 90031 | 5303008905 | 5,301 | [Q]OS-1XLD |
| 1 | 487 E Montecito Dr | 90031 | 5303008919 | 14,663 | [Q]OS-1XLD |
| 1 | 495 E Montecito Dr | 90031 | 5303008921 | 9,459 | [Q]OS-1XLD |
| 1 | 499 E Montecito Dr | 90031 | 5303008916 | 8,980 | [Q]OS-1XLD |
| 1 | 499 N San Fernando Rd | 90031 | 5415003906 | 13,623 | RE15-1-H |
| 1 | 507 E Montecito Dr | 90031 | 5303008915 | 9,392 | [Q]OS-1XLD |
| 1 | 511 E Montecito Dr | 90031 | 5303008908 | 8,812 | [Q]OS-1XLD |
| 1 | 519 E Montecito Dr | 90031 | 5303008907 | 5,737 | [Q]OS-1XLD |
| 1 | 523 E Montecito Dr | 90031 | 5303008917 | 6,634 | [Q]OS-1XLD |
| 1 | 527 E Montecito Dr | 90031 | 5303008909 | 5,599 | [Q]OS-1XLD |
| 1 | 531 E Montecito Dr | 90031 | 5303008903 | 24,206 | OS-1XL |
| 1 | 5350 N Lodge Ave | 90031 | 5302007901 | 45,000 | [Q]OS-1XLD |
| 1 | 551 E Montecito Dr, 557 E Montecito Dr, 559 E Montecito Dr | 90031 | 5303008910 | 32,790 | [Q]OS-1XLD |
| 1 | 563 E Montecito Dr | 90031 | 5303008920 | 8,266 | [Q]OS-1XLD |
| 1 | 571 E Montecito Dr | 90031 | 5303008911 | 4,800 | [Q]OS-1XLD |
| 1 | 575 E Montecito Dr | 90031 | 5303008900 | 4,800 | OS-1XL |
| 1 | 579 E Montecito Dr | 90031 | 5303008912 | 4,800 | [Q]OS-1XLD |
| 1 | 583 E Montecito Dr | 90031 | 5303008904 | 4,800 | [Q]OS-1XLD |
| 1 | 587 E Montecito Dr | 90031 | 5303008913 | 4,800 | [Q]OS-1XLD |
| 1 | 601 E Montecito Dr | 90031 | 5303013902 | 15,921 | [Q]OS-1XLD |
| 1 | 607 E Montecito Dr | 90031 | 5303013900 | 15,651 | [Q]OS-1XLD |
| 1 | 619 E Montecito Dr | 90031 | 5303013905 | 4,800 | OS-1XL |
| 1 | 623 E Montecito Dr | 90031 | 5303013901 | 15,794 | [Q]OS-1XLD |
| 1 | 627 E Montecito Dr | 90031 | 5303013904 | 16,124 | [Q]OS-1XLD |
| 1 | 631 E Montecito Dr | 90031 | 5303013903 | 16,102 | [Q]OS-1XLD |
| 1 | 643 E Montecito Dr | 90031 | 5303013906 | 16,163 | [Q]OS-1XLD |
| 1 | Ave 49/Figueroa St | 90031 | 5467011901 | 30,237 | OS-1XL-HPOZ |
| 1 | Avenue 19/Figueroa St | 90031 | 5415003910 | 9,736 | GW (CA) |
| 1 | Lacy St/Artesian | 90031 | 5205003901 | 87,622 | OS-1XL |
| 1 | Montecito Dr/Bernice Ave | 90031 | 5303008914 | 2,361 | [Q]OS-1XLD, [Q]R1-1D |
| 1 | Ave 49/Oak Terrace Dr | 90042 | 5467012900 | 2,743 | R3-1-HPOZ |
| 1 | Ave 49/Oak Terrace Dr | 90042 | 5467012901 | 27,871 | R3-1-HPOZ |

Attachment A:                    Transfer Properties to Appropriate City Department                    **87 Properties**

| Council District | Address | Zip Code | Parcel Number | Sq. Ft. | Zoning |
|---|---|---|---|---|---|
| 1 | Avenue 52/Terrace 52 | 90042 | 5468009901 | 42,507 | OS-1XL, TOC Tier 3 |
| 1 | 3626 N Primavera Ave | 90065 | 5464004900 | 15,750 | R1-1 |
| 1 | Avenue 19 /Figueroa St | 90065 | 5415003909 | 1,413 | GW(CA) |
| 2 | Keswick St./Wheatland Ave | 91352 | 2466029900 | 19,455 | M1-1 |
| 2 | 12484 W Viewcrest Rd | 91604 | 2376009900 | 2,890 | RE15-1-H |
| 2 | Viewcrest Rd/Laurel Terrace Dr | 91604 | 2376009901 | 30,377 | RE40-1-H |
| 2 | 7960 Bellaire Ave/ Sun Valley | 91605 | 2305011902 | 6,063 | R1-1 |
| 3 | 6353 N LINDLEY AVE | 91335 | 2124018905 | 66,752 | OS-1XL-RIO |
| 3 | 19941 W HAYNES ST | 91367 | 2134041900 | 4,983 | R1-1-RIO |
| 4 | 1905 N HIGHLAND AVE | 90068 | 5549018900 | 10,267 | R1 |
| 4 | 3008 N LAKERIDGE DR | 90068 | 5577020900 | 12,231 | RE15-1-H |
| 4 | 6941 W CAMROSE DR | 90068 | 5549024900 | 1,442 | R2-1XL |
| 4 | 6945 W CAMROSE DR | 90068 | 5549024900 | 7,700 | R2-1XL |
| 5 | 16465 W MULHOLLAND DR | 90049 | 2293010902 | 9,045 | RE15-1-H |
| 5 | 2657 S OVERLAND AVE | 90064 | 4255020900 | 30,477 | R1-1 |
| 5 | EXPOSITION BLVD/SELBY AVE | 90064 | 4255019900 | 28,671 | R1-1 |
| 5 | EXPOSITION BLVD/SELBY AVE | 90064 | 4255019901 | 10,189 | R1-1 |
| 5 | EXPOSITION BLVD/WESTWOOD BLVD | 90064 | 4255021900 | 23,117 | R1-1 |
| 5 | DWP STONE CANYON RESEVOIR | 90068 | 4379027900 | 7,011,931 | [Q]OS-1XL |
| 5 | 2353 N BASIL LN | 90077 | 4380032900 | 41,494 | RE40-1-HCR |
| 5 | 2502 N BEVERLY GLEN BLVD | 90077 | 4382029900 | 612,484 | OS-1XL-HCR |
| 5 | BUSHROD LN/MANASQUAN LN | 90077 | 4379003905 | 2,527 | R1-1 |
| 5 | LATIMER LN/LOUVAN LN | 90077 | 4379004912 | 2,499 | RE40-1-H-HCR |
| 5 | LATIMER LN/MANASQUAN LN | 90077 | 4379004907 | 2,500 | R1-1 |
| 6 | 7960 N VENTURA CANYON AVE | 91402 | 2301011901 | 30,532 | RS-1 |
| 7 | 11380 N ALETHEA DR 0 | 91040 | 2551013900 | 58,729 | RE40-1 |
| 7 | 11390 N ALETHEA DR 0 | 91040 | 2551015900 | 48,467 | RE40-1 |
| 7 | 11460 N BIG TUJUNGA CANYON RD | 91040 | 2551012901 | 3,561,191 | OS-1XL |
| 7 | ALETHEA DR/RIM CANYON RD | 91040 | 2551013901 | 27,555 | RE40-1 |
| 7 | ALETHEA DR/RIM CANYON RD | 91040 | 2551015901 | 68,988 | RE40-1 |

Attatchment A:        Transfer Properties to Appropriate City Department        **87 Properties**

| Council District | Address | Zip Code | Parcel Number | Sq. Ft. | Zoning |
|---|---|---|---|---|---|
| 7 | ALETHEA DR/RIM CANYON RD | 91040 | 2551015902 | 66,373 | RE40-1 |
| 7 | BIG TUJUNGA CANYON RD/GLEASON AVE | | 2552007907 | 43,970 | OS-1XL |
| 10 | 2500 S West Blvd | 90016 | 5050006918 | 4,799 | OS-1XL |
| 10 | 2508 S West Blvd | 90016 | 5050006915 | 4,800 | OS-1XL |
| 10 | 3612 11th Ave | 90018 | 5044010901 | 34,800 | CM-1-SP |
| 11 | 6621 W Manchester Blvd. | 90045 | 4221029900 | 19,508 | R1V2 |
| 11 | 8098 S FALMOUTH AVE | 90094 | 4115021900 | 46,677 | R1-1 |
| 11 | 139 E HURRICANE ST | 90290 | 4225008904 | 7,847 | RW2-1 |
| 11 | 1600 Irving Tabor Ct | 90291 | 4241036906, 4241036907 | 15,340 | M1-1-O |
| 14 | 23rd St / Washington Blvd | 90012 | 5168014904 | 79,863 | M3-1-RIO |
| 14 | 4462 E Huntington Dr South | 90032 | 5213024900 | 6,413 | [Q]R1-1D |
| 14 | 2231 W Fair Park Ave, 2239 W Fair Park Ave | 90041 | 5686021900, 5686021901 | 38,386 | PF-1 |
| 14 | Harriett St/24th St | | 5168022901 | 12,600 | M3-1-RIO |
| 14 | Harriett St/25th St | | 5168022900 | 40,631 | M3-1-RIO |
| 15 | 10620 S GRAHAM AVE | 90002 | 6065034908 | 3,131 | OS-1XL |
| 15 | 1525 E 103rd St | 90002 | 6048012931 | 22,564 | PF-1 |
| 15 | 438 North Mesa Street | 90731 | 7449009900 | 8,991 | R2-1XL |

**Total:**        **87**

Attachment B:      Confirm Properties are in Active Use for Non-City Purpose      **29 Properties**

| Council District | Address | Zip Code | Parcel Number | Sq. Ft. | Zoning |
|---|---|---|---|---|---|
| 1 | 33517 N Pasadena Ave | 90031 | 5205004900 | 23,113 | OS-1XL |
| 1 | 3031 E Alhambra Ave | 90031 | 5210024900 | 2,212 | M1-1VL |
| 1 | 441 W Ave 26 | 90031 | 5205001901 | 96,393 | OS-1XL |
| 1 | Avenue19/Figueroa St | 90031 | 5447001901 | 13,243 | OS-1XL |
| 1 | Lacy St/Artesian | 90031 | 5205003900 | 100,313 | OS-1XL |
| 1 | 2210 N San Fernando Rd 2200 N San Fernando Rd 2214 N San Fernando Rd 2130 N San Fernando Rd | 90065 | 5457001902 | 24,228 | Q]M1-1-CDO-RIO |
| 2 | 11220 Ventura Blvd | 91604 | 2378009900 | 26,384 | C2-1VL-RIO |
| 4 | 6614 W Fountain Ave | 90028 | 5532001900 | 5,495 | R3-1XL |
| 4 | 6910 W FOUNTAIN AVE | 90028 | 5532008904 | 4,057 | R3-1XL |
| 4 | 8459 W CRESCENT DR | 90046 | 5563011900 | 3,885 | R1-1 |
| 4 | 8513 Nash Drive | 90046 | 5567015901 | 3,062 | R1-1 |
| 4 | 1901 N Hillcrest Rd | 90068 | 5549019900 | 14,024 | R2-1XL |
| 4 | 2901 N PASSMORE DR | 90068 | 2427009901 | 14,895 | RE15-1-H |
| 5 | 1917 N SPRUCEWOOD LN | 90077 | 4380022900 | 2,709 | RE40-1 |
| 7 | 8411 W Hillrose Street | 91040 | 2555004900 | 577 | R1-1-RFA |
| 7 | 11020 W OSBORNE ST | 91342 | 2529025900 | 18,153 | RA-1-K |
| 8 | 5510 S Manhattan Pl | 90062 | 5005031900 | 5,958 | R2-1 |
| 10 | Irolo/ San Marino | 90006 | 5078001916 | 5,734 | RR4-1, TOC Tier 3 |
| 10 | 3251 S La Cienega Blvd | 90016 | 4205035900 | 12,360 | MR1-1VL-CPIO |
| 11 | 17853 PORTO MARINA WAY | 90272 | 4416015904 | 3,690 | R1-1 |
| 11 | 17909 PORTO MARINA WAY | 90272 | 4416015905 | 8,887 | R1-1 |
| 11 | 818 W WASHINGTON BLVD | 90292 | 4229017900 | 5,000 | C2-1 |
| 11 | 8127 DELGANY AVE | 90293 | 4115007902 | 5,218 | R1-1 |
| 11 | 8152 Zitola Terrace | 90293 | 4115007903 | 6,963 | R1-1 |
| 11 | 8156 ZITOLA TERR | 90293 | 4115007900 | 6,816 | R1-1 |
| 11 | 8163 ZITOLA TERR | 90293 | 4115006900 | 6,777 | R1-1 |
| 11 | 8271 Rees St | 90293 | 4115009900 | 7,554 | R1-1 |
| 15 | 2254 E 103RD ST | 90002 | 6066015900 | 5,246 | RD2-1 |
| 15 | 1102 E 108TH ST | 90059 | 6071018900 | 3,951 | M1-1 |

**Total:**      **29**

Attatchment C:                Confirm Properties should be Removed from City's Database                **8 Properties**

| Council District | Address | Zip Code | Parcel Number | Sq. Ft. | Zoning |
|---|---|---|---|---|---|
| 5 | 16654 W CALNEVA DR | 91436 | APNTBD4, 2287009019 | 25,258 | RE15-1-H |
| 8 | Across from 1905 Rodeo Road. | 90018 | 5042010905 | 6,500 | R2-1 |
| 10 | 2436 S BUCKINGHAM RD | | 5050008907 | | |
| 10 | WEST BLVD/ADAMS BLVD | | 5050006902 | 4,800 | R2-1 |
| 11 | 15206 Earlham St | 90272 | 4412027902 | 10,340 | R1-1 |
| 15 | 12243 Blakley Avenue | | 6148021270 | | |
| 15 | 13th Street / Beacon Street & Palos Verdes Street | | 7456012900 | | |
| 15 | 930 E 111th Place | | 6071021908 | 434,409 | |

**Total:**                    **8**

Attatchment D:                 Review as Potential Properties for the OPLA Program          **150 Properties**

| Council District | Address | Zip Code | Parcel Number | Sq. Ft. | Zoning |
|---|---|---|---|---|---|
| 1 | 949 S Carondelet St | 90006 | 5136001900 | 3,137 | R4-1 |
| 1 | 1816 Hancock St | 90031 | 5210025910 | 2,249 | OS-1XL |
| 1 | 820 E Montecito Dr | 90031 | 5304002902 | 4,005 | QR1-1D |
| 1 | Montecito Dr/Sinova St | 90031 | 5304014900 | 901 | [Q]R1-1D |
| 1 | Von Keithian Ave/El Reno St | 90031 | 5207026900 | 1,142 | [Q]RE20-1D |
| 1 | Ave 54/Glen Ellen Pl Alley | 90042 | 5468013900 | 559 | RD2-1 |
| 1 | 1049 W Andalusia Ave | 90065 | 5454018900 | 4,800 | RA-1-K |
| 1 | 1931 N Isabel St | 90065 | 5455007900 | 500 | R1-1 |
| 1 | 2800 E Frederick St | 90065 | 5455009901 | 882 | R1-1 |
| 1 | 2800 E Macon St | 90065 | 5455008903 | 2,773 | R2-1-CDO |
| 1 | 2801 E Frederick St | 90065 | 5455008902 | 2,575 | R1-1-CDO |
| 1 | 2801 E Future St | 90065 | 5455009900 | 880 | R1-1-CDO |
| 1 | 3633 E Maceo St | 90065 | 5454020900 | 4,761 | RE20-1 |
| 1 | 3640 East Riverview Avenue | 90065 | 5454020901 | 4,789 | RE20-1 |
| 1 | 3655 E River View St | 90065 | 5454020904 | 4,766 | RE20-1 |
| 1 | 3676 E Loosmore St | 90065 | 5454021900 | 3,291 | RE20-1 |
| 1 | 513 W River St | 90065 | 5446009904 | 249 | UC(CA)-CDO |
| 1 | River St/Figueroa St Alley | 90065 | 5446009901 | 249 | RD2-1-CDO-RIO |
| 1 | River St/Figueroa St Alley | 90065 | 5446009902 | 250 | RD2-1-CDO-RIO |
| 1 | River St/Figueroa St Alley | 90065 | 5446009903 | 249 | RD2-1-CDO-RIO |
| 1 | Roseview/Loosemore Alley | 90065 | 5453003905 | 1,057 | RD3-1-CDO-RIO |
| 4 | 1770 N SEAVIEW TR | 90046 | 5551032901 | 4,788 | R1-1 |
| 4 | 2008 N BEECH KNOLL RD | 90046 | 5567021901 | 2,279 | R1-1 |
| 4 | 7452 W MULHOLLAND DR | 90046 | 5570007900 | 4,443 | R1-1 |
| 4 | 8242 W GOULD AVE | 90046 | 5556003900 | 4,324 | R1-1 |
| 4 | 8284 W GOULD AVE | 90046 | 5556003901 | 4,602 | R1-1 |
| 4 | 8415 W YUCCA TR | 90046 | 5556018900 | 3,093 | R1-1 |
| 4 | 8430 W Yucca Tr | 90046 | 5556020900 | 3,470 | R1-1 |
| 4 | 8889 W CRESCENT DR | 90046 | 5563005901 | 4,248 | R1-1 |
| 4 | LOOKOUT MOUNTAIN AVE/WONDERLAND AVE | 90046 | 5562001902 | 3,921 | R1-1 |
| 4 | 2766 N PITCHER DR | 90068 | 5585003900 | 3,591 | R1-1 |
| 4 | 6939 W VALLEYTON TR | 90068 | 2429022900 | 2,164 | R1-1 |
| 5 | 10201 W LELIA LN | 90077 | 4371039903 | 2,627 | RE40-1-HCR |
| 5 | 1029 N HOLLYBUSH LN | 90077 | 4371024902 | 2,737 | RE40-1-H-HCR |
| 5 | 10328 W CARIBOU LN | 90077 | 4371046900 | 2,519 | RE40-1-HCR |
| 5 | 1037 N HOLLYBUSH LN | 90077 | 4371024903 | 2,874 | RE40-1-H-HCR |
| 5 | 10535 W FORUM LN | 90077 | 4371001900 | 3,316 | RE40-1-HCR |
| 5 | 10587 W SCENARIO LN | 90077 | 4380009900 | 2,515 | RE15-1-HCR |
| 5 | 1207 N BEVERLY GLEN BLVD | 90077 | 4371016900 | 3,079 | RE15-1-HCR |
| 5 | 1215 N ARIMO LN | 90077 | 4371028901 | 2,670 | RE40-1-HCR |
| 5 | 1243 N BASIL LN | 90077 | 4371031902 | 2,551 | RE15-1-HCR |

Attachment D:                 Review as Potential Properties for the OPLA Program          **150 Properties**

| Council District | Address | Zip Code | Parcel Number | Sq. Ft. | Zoning |
|---|---|---|---|---|---|
| 5 | 1307 N BASIL LN | 90077 | 4371031903 | 2,552 | RE15-1-HCR |
| 5 | 1313 N BASIL LN | 90077 | 4371031904 | 2,735 | RE40-1-HCR |
| 5 | 1319 N BASIL LN | 90077 | 4371032900 | 2,552 | RE40-1-HCR |
| 5 | 1401 N ARIMO LN | 90077 | 4371030900 | 2,541 | RE15-1-HCR |
| 5 | 1446 N LANGTRY LN | 90077 | 4371033903 | 10,887 | RE40-1-HCR |
| 5 | 1529 N LANGTRY LN | 90077 | 4371037900 | 2,678 | RE15-1-HCR |
| 5 | 1559 N DESSERY LN | 90077 | 4371035903 | 2,554 | RE40-1-H-HCR |
| 5 | 1611 N DESSERY LN | 90077 | 4371035902 | 2,552 | RE15-1-HCR |
| 5 | 1628 N MIRABEL LN | 90077 | 4371035901 | 2,564 | R1-1 |
| 5 | 1707 N CRATER LN | 90077 | 4371038901 | 2,541 | RE40-1-HCR |
| 5 | 1721 N CRATER LN | 90077 | 4371038902 | 2,621 | RE40-1-HCR |
| 5 | 1722 N CALGARY LN | 90077 | 4371041906 | 2,535 | R1-1 |
| 5 | 1729 N ELM TREE LN | 90077 | 4371039900 | 2,714 | RE40-1-HCR |
| 5 | 1734 N CALGARY LN | 90077 | 4371041905 | 2,532 | A2-1&K |
| 5 | 1737 N ELM TREE LN | 90077 | 4371039902 | 2,922 | RE15-1-H-HCR |
| 5 | 1753 N Wild Rose Lane | 90077 | 4371041900 | 2,501 | RE40-1-HCR |
| 5 | 1814 N ELM TREE LN | 90077 | 4371041901 | 2,559 | R1-1 |
| 5 | 1910 N DELLWOOD LN | 90077 | 4380019900 | 2,668 | RE15-1-HCR |
| 5 | 2038 N DELLWOOD LN | 90077 | 4380016900 | 2,802 | RE15-1-H-HCR |
| 5 | 2247 N ELK LN | 90077 | 4380006900 | 2,690 | RE40-1-HCR |
| 5 | 2312 N DELLWOOD LN | 90077 | 4380003900 | 2,642 | RE15-1-HCR |
| 5 | 2647 N BASIL LANE | 90077 | 4379004915 | 2,498 | RE40-1-H-HCR |
| 5 | 919 N HOLLYBUSH LN | 90077 | 4371023900 | 2,415 | RE40-1-H-HCR |
| 5 | 969 N HOLLYBUSH LN | 90077 | 4371024900 | 3,080 | RE40-1-H-HCR |
| 5 | ARIMO / BEVERLY GLEN | 90077 | 4371032903 | 2,379 | RE15-1-HCR |
| 5 | ARIMO /BEVERLY GLEN BLVD | 90077 | 4371032907 | 2,757 | RE15-1-HCR |
| 5 | BEVERLY GLEN / FERNBRUSH | 90077 | 4371031905 | 2,571 | RE15-1-HCR |
| 5 | BUSHROD LN/DEVORE LN | 90077 | 4379020902 | 2,588 | RE40-1-H-HCR |
| 5 | Hollybush Lane | 90077 | 4371025902 | 2,629 | RE40-1-H-HCR |
| 5 | LATIMER LN/LOUVAN LN | 90077 | 4379004914 | 2,935 | RE40-1-HCR |
| 5 | LATIMER LN/MANASQUAN LN | 90077 | 4379004910 | 2,496 | RE40-1-H-HCR |
| 5 | LATIMER LN/MANASQUAN LN | 90077 | 4379006902 | 2,490 | RE40-1-HCR |
| 5 | POINTER LN/BONPAS LN | 90077 | 4379015907 | 2,660 | RE40-1-H-HCR |
| 5 | BUSHROD LN/BONPAS LN | | 4379015903 | 2,585 | A1-1-HCR |
| 5 | BUSHROD LN/DEVORE LN | | 4379020903 | 2,588 | A1-1-HCR |
| 5 | ELM TREE LN/CALGARY LN | | 4371041903 | 2,543 | RE40-1-HCR |
| 5 | RIDGETOP LN/POINTER LN | | 4379013903 | 2,487 | RE40-1-HCR |
| 7 | 13131 MACLAY ST | 91342 | 2513028908 | 2,125 | OS-1XL |
| 7 | 15501 W CHATSWORTH ST | 91345 | 2649001900 | 2,893 | RS-1VL |

Attatchment D:               Review as Potential Properties for the OPLA Program          **150 Properties**

| Council District | Address | Zip Code | Parcel Number | Sq. Ft. | Zoning |
|---|---|---|---|---|---|
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561013901 | 1,278 | OS-1XL |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561013902 | 3,230 | OS-1XL |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561016901 | 2,211 | OS-1XL |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561019907 | 2,374 | OS-1XL |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561019913 | 61 | OS-1XL-K |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561020900 | 2,851 | OS-1XL |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561021900 | 2,705 | OS-1XL |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561022900 | 2,192 | OS-1XL |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561022901 | 4,108 | OS-1XL |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561022902 | 2,735 | OS-1XL |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561023903 | 1,249 | OS-1XL-K |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561023904 | 1,250 | OS-1XL-K |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561023905 | 2,300 | OS-1XL |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561023909 | 2,411 | OS-1XL-K |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561023910 | 1,249 | OS-1XL-K |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561024905 | 2,003 | OS-1XL-K |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561024920 | 1,508 | OS-1XL-K |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561024921 | 2,099 | OS-1XL-K |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561025900 | 2,072 | OS-1XL |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561026900 | 1,249 | OS-1XL |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561028902 | 1,252 | OS-1XL-K |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561028919 | 2,499 | OS-1XL-K |

Attatchment D:           Review as Potential Properties for the OPLA Program          **150 Properties**

| Council District | Address | Zip Code | Parcel Number | Sq. Ft. | Zoning |
|---|---|---|---|---|---|
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561029901 | 1,851 | OS-1XL-K |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561029906 | 1,979 | OS-1XL-K |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561029907 | 2,788 | OS-1XL-K |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561029910 | 4,022 | OS-1XL-K |
| 7 | SMMC La Tuna Canyon Rd | 91352 | 2401004900 | 4,921 | OS-1XL-K |
| 7 | SMMC LA TUNA CANYON RD | 91352 | 2401004901 | 1,563 | RE11-1 |
| 7 | SMMC LA TUNA CANYON RD | 91352 | 2401005901 | 3,323 | OS-1XL |
| 7 | SMMC LA TUNA CANYON RD | 91352 | 2401022900 | 1,195 | A2-1&K |
| 7 | SMMC La Tuna Canyon Rd | 91352 | 2401022903 | 2,260 | OS-1XL-K |
| 7 | SMMC La Tuna Canyon Rd | 91352 | 2401025901 | 1,873 | OS-1XL-K |
| 7 | 6238 West Deerwood Trail | 91402 | 2569014900 | 1,856 | RE40-1 |
| 7 | SMMC LA TUNA CANYON RD | | 2401003909 | 1,535 | OS-1XL |
| 7 | 8742 LA TUNA CANYON RD | | 2401003900 | 1,842 | OS-1XL-K |
| 7 | SMMC LA TUNA CANYON RD | | 2401001900 | 883 | RE20-1 |
| 7 | SMMC LA TUNA CANYON RD | | 2401003901 | 2,001 | OS-1XL |
| 7 | SMMC LA TUNA CANYON RD | | 2401003904 | 2,899 | OS-1XL |
| 7 | SMMC LA TUNA CANYON RD | | 2401003905 | 3,983 | OS-1XL |
| 7 | SMMC LA TUNA CANYON RD | | 2401003907 | 3,153 | OS-1XL |
| 7 | SMMC LA TUNA CANYON RD | | 2401003908 | 1,586 | OS-1XL |
| 7 | SMMC LA TUNA CANYON RD | | 2401022902 | 1,753 | A2-1 |
| 7 | SMMC LA TUNA CANYON RD | | 2401025900 | 1,953 | A2-1&K |
| 7 | SMMC LA TUNA CANYON RD | | 2401025902 | 1,874 | A2-1 |
| 7 | SMMC LA TUNA CANYON RD | | 2401025903 | 1,893 | A2-1&K |
| 7 | SMMC LA TUNA CANYON RD | | 2401025904 | 2,616 | OS |

Attatchment D:                    Review as Potential Properties for the OPLA Program          **150 Properties**

| Council District | Address | Zip Code | Parcel Number | Sq. Ft. | Zoning |
|---|---|---|---|---|---|
| 7 | SMMC LA TUNA CANYON RD | | 2401025905 | 2,276 | A2-1&K |
| 7 | SMMC LA TUNA CANYON RD | | 2401025906 | 2,011 | A2-1&K |
| 7 | SMMC LA TUNA CANYON RD | | 2401025907 | 1,874 | A2-1&K |
| 7 | SMMC LA TUNA CANYON RD | | 2401026900 | 1,464 | OS-1XL-K |
| 7 | SMMC LA TUNA CANYON RD | | 2401026901 | 1,852 | A2-1&K |
| 7 | SMMC LA TUNA CANYON RD | | 2401026902 | 1,875 | A2-1&K |
| 7 | SMMC LA TUNA CANYON RD | | 2401026903 | 222 | [Q]CM-1 |
| 7 | SMMC LA TUNA CANYON RD | | 2401027900 | 2,065 | A2-1 |
| 7 | SMMC LA TUNA CANYON RD | | 2401027901 | 1,601 | A2-1&K |
| 7 | SMMC LA TUNA CANYON RD | | 2401027903 | 2,739 | A2-1&K |
| 11 | 40 E JIB ST | 9029221 | 4225011901 | 2,783 | A2-1&K |
| 13 | 1463 Angelus Avenue | 90026 | 5424010901 | 4,982 | R1-1VL |
| 13 | 1467 N Angelus Ave | 90026 | 5424010900 | 4,982 | R1-1VL |
| 13 | TEMPLE ST/HOOVER ST | 90026 | 5501003900 | 1,572 | C2-1 |
| 13 | TEMPLE ST/HOOVER ST/SILVERLAKE | 90026 | 5501004900 | 4,832 | C2-1 |
| 13 | Lake View Ave/India St | 90039 | 5438008900 | 3,091 | R2-1VL |
| 13 | SUNNYNOOK DR/LEGION LN | 90039 | 5435034900 | 2,040 | R1-1 |
| 14 | 4530 E Dudley Dr, 4519 E Cato St | 90032 | 5214009900 | 4,739 | [Q]R1-1D |
| 14 | 4540 E Dudley Dr | 90032 | 5213024901 | 1,609 | [Q]R1-1D |
| 14 | 1653 W Silver Oak Tr | 90041 | 5689031905 | 3,791 | R1-1 |
| 14 | 558 E Terrill Ave | 90042 | 5301016900 | 1,172 | [Q]R1-1D |
| 15 | 110TH St/Compton Ave | 90059 | 6070008901 | 1,328 | PF-1 |
| 15 | 1004 East E St | 90744 | 7424017903 | 2,228 | M2-1VL-O |
| 15 | 1305 E Sandison St | 90744 | 7426008900 | 3,748 | [Q]MR2-1VL |

Total:              150

Attachment E:  Develop Program to Sell Properties not Developable nor Eligible for OPLA **47 Properties**

| Council District | Address | Zip Code | Parcel Number | Sq. Ft. | Zoning |
|---|---|---|---|---|---|
| 1 | Hill St/Ord | 90012 | 5408016900 | 18,868 | C2-2 |
| 1 | 1811 N Eastlake Ave | 90031 | 5210025905 | 13,167 | OS-1XL |
| 1 | 3124 N Main St | 90031 | 5210025906 | 7,975 | RE11-1 |
| 1 | 1029 W Andalusia Ave | 90065 | 5454019901 | 8,660 | RE20-1 |
| 1 | 1085 W Andalusia Ave | 90065 | 5454018902 | 9,777 | RE20-1 |
| 1 | 3644 E Maceo St | 90065 | 5452001900 | 4,782 | RE20-1 |
| 1 | 3649 E Loosmore St | 90065 | 5454016901 | 14,182 | RE20-1 |
| 1 | 3718 E Camino Real | 90065 | 5451017904 | 5,000 | R1-1 |
| 1 | 4276 N Scandia Wy | 90065 | 5472012900 | 5,143 | RE11-1 |
| 4 | 1635 LAUREL CANYON BLVD | 90046 | 5555032900 | 6,161 | R1-1 |
| 4 | 8131 W GOULD AVE | 90046 | 5556001901 | 50,345 | R1-1 |
| 4 | 8296 E BAIRD RD | 90046 | 5556008900 | 5,646 | R1-1 |
| 4 | 8301 W WYNDHAM RD | 90046 | 5567007901 | 7,248 | R1-1 |
| 4 | 8317 W WYNDHAM RD | 90046 | 5567007900 | 6,120 | R1-1 |
| 4 | 8436 W GRAND VIEW DR | 90046 | 5556016900 | 19,244 | R1-1 |
| 4 | NASH DR/JEWETT DR | 90046 | 5567015900 | 13,381 | R1-1 |
| 4 | 1700 N MARMONT AVE | 90069 | 5556023902 | 7,315 | R1-1 |
| 4 | 8341 W GOODSON PL | 90069 | 5556022902 | 6,242 | R1-1 |
| 4 | TO THE NORTH OF 1698 MARMONT AVE | 90069 | 5556023901 | 19,253 | R1-1 |
| 5 | 3195 S MOTOR AVE | 90064 | 4318033901 | 6,896 | PF-1XL |
| 5 | 10427 W LARNED LANE | 90077 | 4371006900 | 12,601 | RE40-1-HCR |
| 5 | 10465 W LISBON LN | 90077 | 4371008900 | 5,232 | RE15-1-HCR |
| 5 | 10533 E LISBON LN | 90077 | 4371007900 | 7,500 | RE15-1-HCR |
| 5 | 1526 N YONKERS LN | 90077 | 4371015901 | 14,999 | RE40-1-H-HCR |
| 5 | 1540 N Crater Lane | 90077 | 4371009900 | 5,185 | RE15-1-HCR |
| 5 | 1553 N CULEBRA LN | 90077 | 4371034900 | 5,039 | RE40-1-H |
| 5 | 1600 N DESSERY LN | 90077 | 4371034903 | 7,447 | RE40-1-HCR |
| 5 | 1948 N SPRUCEWOOD LN | 90077 | 4380021900 | 45,390 | RE40-1-HCR |
| 5 | 2081 N ROSCOMARE RD | 90077 | 4377013900 | 14,294 | RE15-1-H-HCR |
| 5 | 2329 N LATIMER LN | 90077 | 4380031901 | 15,599 | RE40-1-HCR |
| 5 | 2660 N ROSCOMARE ROAD | 90077 | 4378014900 | 15,254 | RE15-1-H-HCR |
| 5 | BEVERLY GLEN BLVD/HOLLYBUSH LN | 90077 | 4371020900 | 14,166 | RE40-1-H-HCR |
| 5 | 9509 HIGH RIDGE | 90210 | 4384033900 | 31,054 | RE15-1-H-HCR |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561023914 | 10,295 | OS-1XL-K |
| 7 | SMMC La Tuna Canyon Rd | 91352 | 2401001901 | 26,314 | OS-1XL-K |
| 7 | SMMC La Tuna Canyon Rd | 91352 | 2401002900 | 35,791 | OS-1XL-K |
| 7 | SMMC La Tuna Canyon Rd | 91352 | 2401003903 | 8,227 | OS-1XL-K |
| 7 | SMMC La Tuna Canyon Rd | 91352 | 2401005900 | 6,493 | OS-1XL-K |
| 7 | SMMC La Tuna Canyon Rd | 91352 | 2401006900 | 29,962 | OS-1XL-K |

Attatchment E:     Develop Program to Sell Properties not Developable nor Eligible for OPLA     **47 Properties**

| Council District | Address | Zip Code | Parcel Number | Sq. Ft. | Zoning |
|---|---|---|---|---|---|
| 7 | HAINES CANYON AVE/BLANCHARD CANYON RD | 91402 | 2569022902 | 22,001 | RE40-1 |
| 7 | SMMC LA TUNA CANYON RD | | APNTBD5 | 25,081 | |
| 12 | 23270 W SHERMAN WAY | 91307 | 2028011901 | 36,400 | A1-1 |
| 13 | 200 N Silver Lake Blvd | 90004 | 5501004902 | 16,808 | RE15-1-H |
| 14 | 4338 E Radium Dr | 90032 | 5209016901 | 9,357 | [Q]RE20-1D |
| 14 | 1671 W Townsend Ave | 90041 | 5689031907 | 6,585 | PF-1 |
| 14 | 1877 N Avenue 56 | 90042 | 5480028900 | 9,938 | RE11-1 |
| 15 | John Gibson Blvd/Harbor Frwy | 90731 | 7412024902, 7440016911 | 522,272 | M2-1VL |

**Total:**      **47**

Attachment F:                    Determine Costs and Benefits of Preparing Single Family Sites          **60 Properties**

| Council District | Address | Zip Code | Parcel Number | Sq. Ft. | Zoning |
|---|---|---|---|---|---|
| 1 | 711 Montecito Dr | 90031 | 5304017901 | 4,969 | [Q]R1-1D |
| 1 | 5524 Echo Dr | 90042 | 5468027900 | 5,232 | RD2-1-HPOZ |
| 1 | Andalusia Ave/Camino Real | 90065 | 5451017900 | 26,433 | R1-1 |
| 1 | 3642 E Roseview Ave | 90065 | 5454016902 | 25,081 | RE20-1 |
| 1 | 313 N Furness Ave | 90065 | 5467023900 | 7,364 | RE40-1 |
| 2 | 11265 Laurie Dr | 91604 | 2378018900 | 8,004 | RE15-1-H |
| 2 | 11273 Laurie Dr | 91604 | 2378018901 | 16,400 | RE15-1-H |
| 2 | 11247 Laurie Dr | 91604 | 2378018902 | 17,238 | RE15-1-H |
| 2 | 3897 N Eureka Dr | 91604 | 2378018903 | 32,942 | RE15-1-H |
| 2 | 11253 Laurie Dr | 91604 | 2378018904 | 16,113 | RE15-1-H |
| 2 | 11259 Laurie Dr | 91604 | 2378018905 | 12,617 | RE15-1-H |
| 3 | 4835 N CALDERON RD | 91364 | 2076003900 | 16,314 | RE40-1 |
| 4 | 1762 N SEAVIEW TR | 90046 | 5551032902 | 6,387 | R1-1 |
| 4 | 1758 N SEAVIEW TR | 90046 | 5551032903 | 5,645 | R1-1 |
| 4 | 1754 N SEAVIEW TR | 90046 | 5551032904 | 5,395 | R1-1 |
| 4 | 1752 N SEAVIEW TR | 90046 | 5551032905 | 5,062 | R1-1 |
| 4 | 1951 N LAUREL CANYON BLVD | 90046 | 5556001900 | 11,984 | R1-1 |
| 4 | 8455 W GRAND VIEW DR | 90046 | 5556017900 | 4,292 | R1-1 |
| 4 | 8327 W GRAND VIEW DR | 90046 | 5556019900 | 5,177 | R1-1 |
| 4 | 8320 W LOOKOUT MOUNTAIN AVE | 90046 | 5567004902 | 13,425 | R-1 |
| 4 | 8310 W LOOKOUT MOUNTAIN AVE | 90046 | 5567004903 | 14,619 | R1-1 |
| 4 | 8300 W LOOKOUT MOUNTAIN AVE | 90046 | 5567004904 | 16,184 | R1-1 |
| 4 | 8244 W LOOKOUT MOUNTAIN AVE | 90046 | 5567004905 | 15,207 | R1-1 |
| 4 | 2172 N BEECH KNOLL RD | 90046 | 5567008900 | 5,810 | R1-1 |
| 4 | 3090 N HOLLYRIDGE DR | 90068 | 5583021900 | 6,946 | R1-1 |
| 4 | 3634 N KNOBHILL DR | 91423 | 2274010900 | 15,654 | RE15-1-H |
| 4 | 3650 N KNOBHILL DR | 91423 | 2274010901 | 15,082 | RE15-1-H |
| 5 | 11381 CHALON RD | 90049 | 4369007900 | 65,844 | RE20-1-H-HCR |
| 5 | 1318 BENEDICT CANYON DR | 90210 | 4356011900 | 52,606 | RE15-1-H-HCR |
| 5 | 11080 CIELO DRIVE | 90210 | 4357015901 | 5,916 | RE15-1-H-HCR |
| 8 | 1736 W Gage Ave | 90047 | 6002030901 | 2,010 | R3-1 |
| 8 | 1740 W Gage Ave | 90047 | 6002030905 | 1,763 | R3-1 |
| 11 | 545 N BIENVENEDA AVE | 90272 | 4414017901 | 8,592 | R1-1 |
| 11 | 412 PASEO MIRAMAR | 90272 | 4416007905 | 16,523 | RE15-1-H |
| 11 | 17547 W CASTELLAMMARE DR | 90272 | 4416010900 | 3,711 | R1-1 |
| 11 | 17553 W CASTELLAMMARE DR | 90272 | 4416010902 | 3,675 | R1-1 |

Attatchment F:          Determine Costs and Benefits of Preparing Single Family Sites          **60 Properties**

| Council District | Address | Zip Code | Parcel Number | Sq. Ft. | Zoning |
|---|---|---|---|---|---|
| 11 | 17550 W REVELLO DR | 90272 | 4416011900 | 3,744 | R1-1 |
| 11 | 17637 W Castellammare Dr | 90272 | 4416012900 | 3,666 | R1-1 |
| 11 | 17908 W CASTELLAMMARE DR | 90272 | 4416015900 | 9,137 | R1-1 |
| 11 | 17945 PORTO MARINA WAY | 90272 | 4416015901 | 9,475 | R1-1 |
| 11 | 17863 PORTO MARINA WAY | 90272 | 4416015903 | 4,089 | R1-1 |
| 11 | 17919 PORTO MARINA WAY | 90272 | 4416015906 | 4,897 | R1-1 |
| 11 | 17924 W PORTO MARINA WY | 90272 | 4416015907 | 5,507 | R1-1 |
| 11 | 17916 W PORTO MARINA WY | 90272 | 4416015908 | 5,244 | R1-1 |
| 11 | 17910 W PORTO MARINA WY | 90272 | 4416015909 | 5,435 | R1-1 |
| 11 | 17857 PORTO MARINA WAY | 90272 | 4416015910 | 3,686 | R1-1 |
| 11 | 17600 W TRAMONTO DR | 90272 | 4416021900 | 8,357 | R1-1 |
| 11 | 1433 N MARINETTE ROAD | 90272 | 4422003901 | 53,024 | RE40-1-H |
| 12 | 22345 MALDEN ST | 91304 | 2004018900 | 19,282 | RE11-1 |
| 12 | 22330 NAPA ST | 91304 | 2004018901 | 11,317 | RE11-1 |
| 12 | 22322 NAPA ST | 91304 | 2004018902 | 11,679 | RE11-1 |
| 12 | 17666 W. PARTHENIA ST | 91325 | 2787031901 | 25,258 | RA-1 |
| 12 | 11954 CALLE VISTA CT | 91326 | 2872004900 | 18,087 | RE15-1 |
| 14 | 3757 N Harriman Ave | 90032 | 5306001900 | 7,514 | [Q]R1-1D |
| 14 | 5079 N Townsend Ave | 90041 | 5476003901 | 8,847 | R1-1 |
| 14 | 5081 N Townsend Ave | 90041 | 5476003902 | 5,026 | R1-1 |
| 14 | 5085 N Townsend Ave | 90041 | 5476003903 | 5,000 | R1-1 |
| 14 | 5091 N Townsend Ave | 90041 | 5476003904 | 5,000 | R1-1 |
| 14 | 521 N Marie Ave | 90042 | 5483013900 | 2,772 | R1-1 |
| 15 | 16215 Bonsallo Ave | 90247 | 6120021900 | 5,677 | R2-1 |

Total:          60

Attatchment G        Intiate Negotiations with State or Federal Agencies        **15 Properties**
Adjacent to City-owned Sites

| Council District | Address | Zip Code | Parcel Number | Sq. Ft. | Zoning |
|---|---|---|---|---|---|
| 5 | 1013 N HOLLYBUSH LN | 90077 | 4371024901 | 11,604 | RE40-1-H-HCR |
| 5 | 1044 N FERNBUSH LN | 90077 | 4371027901 | 10,317 | RE40-1-H-HCR |
| 5 | 1423 N BASIL LN | 90077 | 4371033900 | 35,900 | RE40-1-HCR |
| 5 | 1517 N MIRABEL LN | 90077 | 4371033902 | 26,193 | RE40-1-HCR |
| 5 | 10222 W ORTIZ LN | 90077 | 4380021902 | 10,072 | RE40-1-H-HCR |
| 5 | 2164 N POINTER LN | 90077 | 4380028900 | 2,629 | RE15-1-HCR |
| 7 | SMMC La Tuna Canyon Rd | 91352 | 2401009900 | 3,749 | OS-1XL-K |
| 7 | SMMC La Tuna Canyon Rd | 91352 | 2401011900 | 2,350 | OS-1XL-K |
| 7 | SMMC La Tuna Canyon Rd | 91352 | 2401011901 | 2,412 | OS-1XL-K |
| 7 | SMMC La Tuna Canyon Rd | 91352 | 2401011902 | 2,133 | OS-1XL-K |
| 7 | 8764 W LA TUNA CANYON ROAD | 91352 | 2401012902 | 2,049 | OS-1XL-K |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561012902 | 1,157 | OS-1XL |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | 91352 | 2561024906 | 1,850 | OS-1XL-K |
| 7 | LA TUNA CANYON RD/WILDWOOD FIRE RD | | 2561019910 | 1,655 | RE15-1 |
| 11 | BUNDY DR/CHALON RD | 90049 | 4493029900 | 17,045 | RE15-1-H |

Total:        **15**

Attatchment H:          Adopt-A-Lot Properties to Remain with GSD          **6 Properties**

| Council District | Address | Zip Code | Parcel Number | Sq. Ft. | Zoning |
|---|---|---|---|---|---|
| 7 | 15240 W TUPPER ST | 91343 | 2656024900 | 12,626 | RA-1 |
| 9 | 5863 S WALL ST | 90003 | 6006002900 | 5,142 | MR1-1 |
| 14 | 5154 E Wadena St | 90032 | 5309004905 | 6,224 | [Q]R1-1D |
| 15 | 1631 E 110TH St | 90059 | 6069009900 | 1,931 | R2-1 |
| 15 | 1831 E 108TH ST, 1831 1/2 E 108th St | 90059 | 6065036900 | 3,564 | R2-1 |
| 15 | 121 E E ST | 90744 | 7418006900 | 4,720 | [Q]C2-1VL-O-CUGU |

**Total:**          **6**

Attatchment I:

Sites with Potential Use as Housing, Interim Housing, or Navigation Center

**4 Properties**

| Council District | Address | Zip Code | Parcel Number | Sq. Ft. | Status |
|---|---|---|---|---|---|
| 8 | 729 W MANCHESTER | 90044 | 6032015901 | 11,966 | In development as a Navigation Center |
| 11 | 11950 W MISSOURI AVE | 90025 | 4259020900 | 32,629 | In development as permanent affordable housing |
| 11 | 206 N VENICE BLVD | 90291 | 4238024903 | 6,319 | In development as permanent affordable housing, in conjunction with LADOT Lot #731 |
| 13 | 1140 N Glendale Blvd, 1142 N Glendale Blvd, 1144 N Glendale Blvd | 90026 | 5404016900 | 20,626 | Under evaluation for permanent affordable housing, in conjunction with LADOT Lot #676 |

**Total:**          **4**

Attatchment J:                   Sites where Disposition has already been Determined                   **22 Properties**

| Council District | Address | Zip Code | Parcel Number | Sq. Ft. | Zoning |
|---|---|---|---|---|---|
| 1 | 649 N Avenue 50 | 90042 | 5469009900 | 6,163 | RD2-1 |
| 3 | 18801 EDLEEN DR | 91356 | 2176026900 | 21,374 | RA-1 |
| 3 | 18807 EDLEEN DR | 91356 | 2176026905 | 18,031 | RA-1 |
| 3 | 18813 EDLEEN DR | 91356 | 2176026901 | 18,473 | RA-1 |
| 3 | 18817 EDLEEN DR | 91356 | 2176026903 | 18,410 | RA-1 |
| 3 | 18821 EDLEEN DR | 91356 | 2176026902 | 18,777 | RA-1 |
| 5 | 5001 Balboa Boulevard | 91316 | 2258016901 | 15,921 | [Q]PF-1XL |
| 6 | 14123 W NORDHOFF ST | 91331 | 2642030900 | 25,659 | RA-1 |
| 7 | 12562 N SAN FERNANDO ROAD | 91342 | 2506034901 | 6,897 | RD301XL-CPIO |
| 7 | 12562 N SAN FERNANDO ROAD,12552 N SAN | 91342 | 2506034900, 2506034903 | 61,976 | RD301XL-CPIO |
| 7 | 12564 N SAN FERNANDO ROAD | 91342 | 2506034902 | 6,897 | RD301XL-CPIO |
| 7 | 12566 1/2 N SAN FERNANDO ROAD | | 2506035900 | 20,675 | RD301XL-CPIO |
| 8 | 5732 S Crenshaw Blvd | 90043 | 5006009901 | 11,422 | C2-2D-SP |
| 8 | 5975 S Western Ave | 90047 | 6001014900 | 121,478 | M2-1 |
| 8 | Gage Ave/Western Ave | 90047 | 6002030904 | 1,621 | OS-1XL |
| 10 | 969 N Normandie Ave | 90006 | 5078001914 | 8,529 | R4-1 |
| 10 | 1803 S Arlington Ave, 2508 W 18th St | 90019 | 5072030900 | 11,736 | RD1.5-1-O-CPIO |
| 11 | 3631 CENTINELA AVE | 90066 | 4246008900 | 13,400 | [Q]RD1.5-1 |
| 13 | 5636 Fountain Ave | 90028 | 5536002916 | 16,870 | R3-1 |
| 13 | 5637 W La Mirada Ave | 90038 | 5536002911 | 3,998 | R3-1 |
| 15 | 501 North Mesa Street | 90731 | 7449002900 | 16,211 | R2-1XL |
| 15 | 600 E L St | 90744 | 7423026900 | 59,178 | [T][Q]RD5-1XL-O-CUGU |

**Total:**                   **22**