# EXHIBIT F

## Status of LADOT Parking Lots Assessment

| CD | LADOT Lot Number | Zip Code | Address | Square Footage | Motion | Status |
|---|---|---|---|---|---|---|
| 1 | 628 | 90031 | 2418 Daly St | 10,200 | | Under CAO Review |
| 1 | 635 | 90042 | 119 N Avenue 58 | 34,880 | 03-2744 | Highland Park Transit Village |
| 1 | 636 | 90042 | 5712 E Marmion Wy | 21,880 | 03-2744 | Highland Park Transit Village |
| 1 | 637 | 90042 | 124 N Avenue 59 | 13,500 | 03-2744 | Highland Park Transit Village |
| 1 | 638 | 90042 | 120 S Avenue 58 | 10,290 | | Under CAO Review |
| 1 | 639 | 90042 | 116 S Avenue 56 | 17,720 | | Under CAO Review |
| 1 | 657 | 90031 | 221 Avenue 22 | 15,500 | | Under CAO Review |
| 1 | 658 | 90031 | 216 Avenue 24 | 19,800 | 16-0600-S145 | HCID entered into ENA with developer, development in process. |
| 1 | 659 | 90031 | 2334 Daly St | 37,200 | 16-0600-S145 | HCID entered into ENA with developer, development in process. |
| 1 | 660 | 90031 | 154 Ave 24 | 18,980 | 16-0600-S145 | HCID entered into ENA with developer, development in process. |
| 1 | 661 | 90031 | 2416 Workman St | 16,500 | 16-0600-S145 | HCID entered into ENA with developer, development in process. |
| 1 | 669 | 90042 | 5033 Lincoln Ave | 13,500 | | Under CAO Review |
| 1 | 672 | 90042 | 124 S Avenue 57 | 14,150 | | Under CAO Review |
| 1 | 673 | 90042 | 117 S Avenue 58 | 14,000 | | Under CAO Review |
| 1 | 695 | 90042 | 123 N Avenue 57 | 16,880 | 03-2744 | Highland Park Transit Village |
| 1 | 697 | 90031 | 2332 Workman St | 14,000 | 16-0600-S145 | HCID entered into ENA with developer, development in process. |
| 1 | 757 | 90012 | 900 N Broadway | 75,940 | | Structure |
| 2 | 602 | 91601 | 11320 Chandler Blvd | 17,600 | 18-0357 | Active Safe Parking site |

## Status of LADOT Parking Lots Assessment

| CD | LADOT Lot Number | Zip Code | Address | Square Footage | Motion | Status |
|---|---|---|---|---|---|---|
| 2 | 627 | 91601 | 11231 Magnolia Blvd | 20,040 | 18-0357 | Not feasible due to lack of replacement parking in the commercial area. |
| 2 | 690 | 91604 | 12225 Ventura Blvd | 41,860 | 18-0357 | Structure, evaluated for Safe Parking |
| 2 | 747 | 91601 | 5000 N Vineland Ave | 25,785 | | Not feasible due to configuration |
| 2 | 767 | 91601 | 5161 N Vineland Ave | 19,805 | | Not feasible due to configuration |
| 3 | 618 | 91303 | 7134 Remmet Ave | 7,500 | | Under 10,000 s.f. |
| 3 | 621 | 91335 | 7120 Baird Avenue | 33,500 | 19-0192 | Potential affordable site, due diligence in process |
| 3 | 622 | 91335 | 7131 Canby Avenue | 26,000 | 19-0192 | Potential affordable site, due diligence in process |
| 3 | 624 | 91335 | 7222 Baird Ave | 33,750 | 19-0192 | Potential affordable site, due diligence in process |
| 3 | 640 | 91335 | 7130 Darby Ave | 20,830 | 19-0192 | Potential affordable site, due diligence in process |
| 3 | 644 | 91303 | 7219 Remmet Ave | 7,250 | | Under 10,000 s.f. |
| 3 | 674 | 91303 | 7220 Jordan Ave | 11,000 | | Under CAO Review |
| 3 | 687 | 90031 | 7141 Remmet Ave | 7,250 | | Under 10,000 s.f. |
| 3 | 704 | 91303 | 7128 Jordan Ave | 15,000 | | Under CAO Review |
| 3 | 705 | 90064 | 21901 W Costanso St | 16,920 | | Under CAO Review |
| 3 | 712 | 91335 | 7246 Baird Avenue | 15,000 | 19-0192 | Potential affordable site, due diligence in process |
| 3 | 725 | 91303 | 7117 Remmet Ave | 7,500 | | Under 10,000 s.f. |
| 4 | 614 | 90036 | 728 S Cochran Ave | 13,950 | | Under CAO Review |
| 4 | 619 | 90046 | 1451 Gardner St | 12,760 | | Not feasible due to configuration |
| 4 | 629 | 91403 | 14591 W. Dickens Street | 47,800 | | Managed as DOT lot but property not owned by LA City |
| 4 | 675 | 90027 | 4642 Russell Ave | 9,000 | | Under 10,000 s.f. |
| 4 | 694 | 90004 | 209 N. Larchmont Blvd | 12,500 | | Under CAO Review |
| 4 | 732 | 90004 | 218 N Larchmont Blvd | 19,200 | | Structure, managed as DOT lot but property not owned by LA City |

## Status of LADOT Parking Lots Assessment

| CD | LADOT Lot Number | Zip Code | Address | Square Footage | Motion | Status |
|---|---|---|---|---|---|---|
| 4 | 762 | 91403 | 15314 W. Dickens Street | 12,500 | 12-1549-S12 | Managed as DOT lot but property not owned by LA City |
| 4 | 799 | 91403 | 14758 Ventura Blvd | 9,600 | | Under 10,000 s.f. |
| 5 | 642 | 90035 | 1421 S Wooster St | 14,800 | | Under CAO Review |
| 5 | 680 | 90024 | 1036 Broxton Ave | 29,070 | | Structure |
| 5 | 685 | 90035 | 2386 Malcolm Ave | 12,750 | | Under CAO Review |
| 5 | 688 | 90035 | 1156 Clark Dr | 14,400 | | Under CAO Review |
| 5 | 689 | 90004 | 8866 Pico Blvd | 12,500 | | Pico-Robertson Senior Housing parking. Removed from DOT list 09/19. |
| 5 | 698 | 91364 | 2367 Prosser Ave | 15,450 | | Under CAO Review |
| 5 | 703 | 90049 | 123 S Robertson Blvd | 23,620 | | Structure |
| 5 | 707 | 90033 | 2377 Midvale Ave | 27,150 | | Under CAO Review |
| 5 | 715 | 90731 | 2371 Overland Ave | 10,700 | | Under CAO Review |
| 5 | 748 | 90025 | 11010 Santa Monica Blvd | 10,500 | 09-0420-S1 | RFP released February 19, 2019 |
| 6 | 601 | 91401 | 14401 Friar Street | 44,130 | | Structure |
| 6 | 609 | 91411 | 14521 Friar Street | 29,700 | | Pending Community Plan update |
| 6 | 610 | 91411 | 14532 Gilmore Street | 50,750 | | Pending Community Plan update |
| 6 | 620 | 91411 | 14607 Sylvan Street | 24,000 | | Pending Community Plan update |
| 6 | 630 | 91411 | 14517 Erwin St | 28,000 | | Pending Community Plan update |
| 6 | 631 | 91401 | 14402 Gilmore Street | 30,000 | | Pending Community Plan update |
| 6 | 752 | 91401 | 6265 Sylmar Ave | 38,810 | | Structure |
| 8 | 623 | 90044 | 8707 Menlo Ave | 31,630 | 17-0539 | Active housing development site. Removed from DOT list 09/19 |
| 8 | 632 | 90043 | 5345 11th Ave | 15,000 | | Under CAO Review |
| 8 | 633 | 90043 | 5407 11th Ave | 15,000 | 07-1563 | Designated future development site |
| 8 | 634 | 90043 | 5701 11th Ave | 16,260 | | Under CAO Review |
| 8 | 665 | 90003 | 323 W. 87th Street | 32,370 | | Pending Parking Review/Crenshaw Line |
| 8 | 666 | 90003 | 237 W 87th Street | 28,800 | | Pending Parking Review/Crenshaw Line |
| 8 | 700 | 90003 | 239 W. 86th Place | 8,640 | | Under 10,000 s.f. |

## Status of LADOT Parking Lots Assessment

| CD | LADOT Lot Number | Zip Code | Address | Square Footage | Motion | Status |
|---|---|---|---|---|---|---|
| 8 | 744 | 90025 | 8463 S Vermont Ave | 10,500 | | Mark Ridley constituent center. Removed from DOT list 09/19. |
| 9 | 678 | 90744 | 8509 S Broadway | 22,770 | 12-1549-S7 | Safe parking site. Removed from DOT list 09/19. |
| 10 | 625 | 90008 | 3416 W. 43rd St | 69,260 | 15-0640 | Designated future development site |
| 10 | 626 | 90008 | 3228 W 43rd St | 49,360 | 15-0640 | Designated future development site |
| 10 | 691 | 90005 | 682 S Vermont Ave | 24,600 | 18-0392 | Evaluated for A Bridge Home |
| 10 | 692 | 90005 | 601 S. Vermont Ave | 24,750 | | Under CAO Review |
| 10 | 749 | 90016 | 4702 W Washington Blvd | 4,600 | | Under 10,000 s.f. |
| 10 | 750 | 90016 | 4600 W Washington Blvd | 11,500 | 16-0739 | Affordable housing site. Removed from DOT list 09/19. |
| 10 | 751 | 90016 | 4601 W Washington Blvd | 24,300 | 16-0739 | Affordable housing site. Removed from DOT list 09/19. |
| 10 | 764 | 90008 | 4318 Degnan Blvd | 30,700 | 15-0640 | Currently being used for construction. Removed from DOT list 09/19. |
| 11 | 613 | 90291 | 2010 S Pisani Pl | 25,380 | | Under CAO Review |
| 11 | 616 | 90291 | 1411 Electric Ave | 9,000 | | Under 10,000 s.f. |
| 11 | 617 | 90291 | 1511 Electric Ave | 10,440 | | Not feasible due to configuration |
| 11 | 645 | 90025 | 1540 Purdue Ave | 14,000 | | Under CAO Review |
| 11 | 651 | 90025 | 1516 Barry Ave | 7,000 | | Under 10,000 s.f. |
| 11 | 652 | 90025 | 1530 Butler Ave | 14,850 | | Under CAO Review |
| 11 | 653 | 90025 | 1547 Corinth Ave | 14,000 | | Under CAO Review |
| 11 | 654 | 90025 | 1611 Beloit Ave | 7,000 | | Sold in June 2018. Removed from DOT list 09/19. |
| 11 | 655 | 90025 | 11312 Idaho Ave | 9,630 | | Under 10,000 s.f. |
| 11 | 656 | 90025 | 1615 Colby Ave | 12,320 | | Under CAO Review |
| 11 | 681 | 90033 | 15216 W Sunset Blvd | 9,000 | | Under 10,000 s.f. |
| 11 | 701 | 90291 | 2150 Dell Ave | 78,270 | | Under CAO Review |
| 11 | 731 | 90291 | 200 N. Venice Blvd | 132,000 | 16-0600-S145 | HCID entered into ENA with developer, development in process. |

**Status of LADOT Parking Lots Assessment**

| CD | LADOT Lot Number | Zip Code | Address | Square Footage | Motion | Status |
|---|---|---|---|---|---|---|
| 11 | 740 | 90291 | 301 S Main St | 12,770 | | Evaluated for Safe Parking |
| 11 | 759 | 90291 | 1301 S Electric Ave | 19,600 | | Not feasible due to configuration |
| 11 | 760 | 90291 | 1600 Irving Tabor Ct | 15,340 | | Not feasible due to configuration |
| 11 | 761 | 91403 | 1608 S Pacific Ave | 6,300 | | Under 10,000 s.f. |
| 13 | 643 | 90026 | 1147 Echo Park | 14,000 | | Under CAO Review |
| 13 | 646 | 90039 | 3528 Larga Ave | 13,500 | | Not feasible due to configuration |
| 13 | 649 | 90028 | 1533 N Schrader Blvd | 21,430 | 18-0352 | A Bridge Home site. Removed from DOT list 09/19. |
| 13 | 662 | 90026 | 1152 Lemoyne Street | 26,750 | | Under CAO Review |
| 13 | 663 | 90026 | 1146 Logan Street | 14,000 | | Under CAO Review |
| 13 | 670 | 90028 | 1710 Cherokee Ave | 49,400 | | Structure |
| 13 | 676 | 90026 | 1146 Glendale Blvd | 3,500 | 12-1549-S10 | Due diligence in process, combined with other City-owned property |
| 13 | 679 | 90026 | 1711 Sunset Blvd | 5,900 | | Under 10,000 s.f. |
| 13 | 702 | 90028 | 1625 N Vine St | 41,540 | | Structure |
| 13 | 711 | 90039 | 3528 Garden Ave | 13,500 | | Not feasible due to configuration |
| 13 | 742 | 90028 | 1637 N Wilcox Ave | 45,790 | 12-0049-S9 | HCID entered into ENA with developer, development in process. |
| 13 | 745 | 90028 | 6801 Hollywood Blvd | 216,100 | | Structure |
| 14 | 664 | 90032 | 4883 Navarro St | 12,250 | | Under CAO Review |
| 14 | 668 | 90042 | 5058 Meridian St | 15,600 | | Under CAO Review |
| 14 | 682 | 90033 | 318 N. Breed Street | 12,500 | 15-1138-S20 | HCID entered into ENA with developer, development in process. |
| 14 | 686 | 90041 | 5063 Caspar Ave | 13,060 | | Under CAO Review |
| 14 | 713 | 90033 | 249 N. Chicago | 27,150 | 15-1138-S20 | HCID entered into ENA with developer, development in process. |
| 14 | 758 | 90014 | 636 Maple Ave | N/A | | Not City-owned, leased space in existing structure |
| 14 | 763 | 90012 | 101 N Judge John Aiso St | 56,000 | | Structure |

**Status of LADOT Parking Lots Assessment**

| CD | LADOT Lot Number | Zip Code | Address | Square Footage | Motion | Status |
|---|---|---|---|---|---|---|
| 15 | 641 | 90731 | 456-462 W. 9th Street | 39,080 | 15-0450-S1 | HCID entered into ENA with developer, additional due diligence in process. |
| 15 | 647 | 90731 | 474 W 8th St | 15,000 | | Under CAO Review |
| 15 | 650 | 90744 | 928 Marine Ave | 15,300 | 12-1549-S11 | Due diligence in process |
| 15 | 683 | 90731 | 445 W 5th St | 11,500 | | Under CAO Review |
| 15 | 684 | 90064 | 460 W 7th St. | 6,450 | | Under 10,000 s.f. |
| 15 | 696 | 90744 | 835 Avalon Blvd | 6,780 | | Under 10,000 s.f. |
| 15 | 699 | 90731 | 529 W 11th St | 18,900 | 12-1549-S11 | Due diligence in process |
| 15 | 735 | 90044 | 396 W 6th St | 8,800 | | Under 10,000 s.f. |
| 15 | 766 | 90731 | 528 W 7th St | 13,500 | | Under CAO Review |