# EXHIBIT G

## ABH/Shelters/Safe Parking Sites: Feasibility Outcomes

### Public Sites Deemed Infeasible

| Count | Council District | Site Address | Feasibility Comments/Project Remarks |
|---|---|---|---|
| 1 | 1 | 499 and 503 N. San Fernando | Sewer project being constructed on site until Spring 2021. |
| 2 | 1 | 91340 | State owned site now under consideration for affordable housing development. |
| 3 | 1 | Adjacent to 4561 Griffin Avenue | City owned site. Sits atop a steep hill. An HPOZ designated single family residential area is to the South of the property. Site was deemed infeasible to accessibility and zoning restrictions. |
| 4 | 2 | Sr 170 & Oxnard (Caltrans Parking Lot) | 2019. |
| 5 | 2 | 11220 Ventura Blvd., Studio City, CA 91604 | Site being considered for permanent housing. |
| 6 | 2 | 11471 W Chandler Blvd., North Hollywood, CA 91601 | Per CD2 Motion, the site was substituted for 13160 Raymer St., which is under construction. |
| 7 | 2 | 7600 Tyrone Ave., Van Nuys, CA 91405 | Alternate location on site is being developed (7700 Van Nuys Blvd). |
| 8 | 2 | 12551 Saticoy Street (dead end) | Parcel owned by the State and leased to RAP. Subleasing is not permitted in the agreement, and the lease limits the use to park uses only. |
| 9 | 2 | 12000 Oxnard St. (Caltrans), North Hollywood, CA 91606 | Property in the middle of freeway onramps. Not suitable for interim housing. |
| 10 | 2 | 11338 W. Chandler Blvd., North Hollywood, CA 91601 | Half of this lot (LADOT Lot 602) is leased to the post office. The remaining space is insufficient for a Safe Parking program. |
| 11 | 2 | 7063 N. Laurel Canyon Blvd., North Hollywood, CA 91605 | Site was deemed infeasible because it is an active LAFD Fire Station No. 89. |
| 12 | 2 | 5689 N. Whitnall Hwy., North Hollywood, CA 91601 | DWP site at Whitnall Highway and Clybourn Avenue. Not feasible due to presence of high voltage transmission towers on site. |
| 13 | 3 | 18530 Topham St., Reseda, CA 91335 | lot. |
| 14 | 3 | 6073 N. Reseda Blvd., Reseda, CA 91356 | lot. |
| 15 | 3 | 7119 Deering Ave., Canoga Park, CA 91303 | Owned by Metro, Lot #40 serves as a parking lot for the Orange Line Busway. Council District opted to pursue alternative ABH site at 7621 Canoga Ave. in partnership with the County of Los Angeles. |
| 16 | 4 | 5161 Sepulveda Blvd., Sherman Oaks, 91403 | Project cancelled on January 29, 2019. National Reserve Corps (owner) was not supportive of the proposed project. |
| 17 | 4 | 15370 Oxnard St., Los Angeles, CA 91411 | Recreation and Parks. Lease does not allow a non-park use. |
| 18 | 5 | 1826 - 1924 W. Cotner | yard at capacity. |
| 19 | 5 | 6739 W Olympic, Los Angeles, CA 90048 | Cancelled in favor of alternate sites. |
| 20 | 5 | 1977 Sepulveda Blvd. | Cancelled in favor of alternate sites. |
| 21 | 5 | APN - 2321003901 (no address) | LADWP lot. Not safe for residential use due to location under active power lines. |
| 22 | 5 | 3233 Overland Ave., Los Angeles, CA 90034 | Steep hillside. Site was deemed infeasible because of cost of extensive grading and shoring required to establish interim housing. |
| 23 | 6 | Vanowen Street and Forbes Avenue | Vacant LADWP owned yard adjacent to single family and small multi-family homes. Site was deemed infeasible due to zoning restrictions. |

## ABH/Shelters/Safe Parking Sites: Feasibility Outcomes

| Count | Council District | Site Address | Feasibility Comments/Project Remarks |
|---|---|---|---|
| 24 | 6 | 14832 - 14840 W. Raymer St., Van Nuys, CA 91405 | DOT yard. |
| 25 | 6 | 5900 N. Cahuenga | Fully utilized LADWP site. |
| 26 | 6 | 6050-6052 Van Nuys Blvd., Van Nuys, CA 91401 | Cancelled in favor of current ABH site nearby (14333 W. Aetna St.). |
| 27 | 6 | Banford and San Fernando Road | Cancelled in favor of current ABH site. (14333 W. Aetna St.). |
| 28 | 6 | 15330 W Erwin St., Van Nuys, CA 91411 | Site is leased to a private tenant. |
| 29 | 9 | 5800 S. Figueroa St., Los Angeles | Site required substantial environmental remediation. |
| 30 | 9 | 5874 Miramonte Blvd | Site cancelled in favor of alternate location (2817 Hope St.). |
| 31 | 9 | 7672 S Central, Los Angeles, CA 90001 | County-owned property outside City boundary. Building not compatible with interim housing use. |
| 32 | 9 | 2615 S Grand, Los Angeles, CA 90007 | County-owned site. Project cancelled on January 29, 2019 in favor of alternate site (2817 Hope St.). Site is an active Department of Public Services office. |
| 33 | 9 | 5719 S Avalon Blvd., Los Angeles, CA 90011 | Project cancelled in favor of alternate site (2817 Hope St.). |
| 34 | 9 | 444 E 51st St., Los Angeles, CA 90011 | Project cancelled on January 29, 2019 in favor of alternate site (2817 Hope St.). |
| 35 | 9 | 614 - 672 E. MLK Jr. Blvd., Los Angeles, CA 90011 | housing. |
| 36 | 9 | 3851 S. Grand Ave., Los Angeles, CA 90037 | the lot (6,000 square feet) vacant. Not feasible due to size and proximity to freeway. |
| 37 | 9 | 5260 S. Figueroa St., Los Angeles, CA 90037 | HCID owned property pending RFP not available for interim housing. |
| 38 | 9 | 420 W. Slauson Ave., Los Angeles, CA 90003 | 110 Freeway underpass. Not feasible for a residential use. |
| 39 | 10 | 923-937 S Kenmore Ave, Los Angeles, CA 90006 | Project cancelled in favor of La Fayette and Western sites. |
| 40 | 10 | 682 S. Vermont | Site was replaced by Lafayette and Western. |
| 41 | 10 | 6001 W. Jefferson St., Culver City, CA 90232 | Site in active use by Bureau of Sanitation for homeless property storage. |
| 42 | 11 | 301 S. Main St. | pursue the ABH site at 100 Sunset Ave. |
| 43 | 12 | 18810 W Rayen, Northridge, 91324 | Site to be used for another purpose. |
| 44 | 12 | Wilbur and Ledan Ave | project. |
| 45 | 12 | 10040 N. Old Depot Plaza Road., Chatsworth, CA 91311 | Not feasible because site is a Metrolink train station. |
| 46 | 12 | 8300 Hayvenhurst Pl., North Hills, CA 91343 | Aviation Administration does not allow non-airport uses on land owned by LAWA. |
| 47 | 13 | 411 N. Vermont, Los Angeles | occupancy. |
| 48 | 13 | 1711 Sunset Blvd., Los Angeles, CA 90026 | LADOT Parking lot in high traffic commercial corridor in Echo Park. Not feasible because parking lot is too small and highly utilized. |
| 49 | 14 | 7570 N. Figueroa St., Los Angeles, CA 90041 | Not feasible for residential use due to overhead power lines. |
| 50 | 14 | 5063 N. Caspar Ave., Los Angeles, CA 90041 | ABH. |
| 51 | 14 | 1405 S. Broadway, Los Angeles, CA 90015 | Vacant CalTrans lot. At the time of analysis, the site was being considered for purchase by RAP as a public open space. |
| 52 | 14 | 3757 N. Harriman Ave., Los Angeles, CA 90032 | City owned vacant lot in single family zone. Not feasible due to zoning restrictions. |

## ABH/Shelters/Safe Parking Sites: Feasibility Outcomes

| Count | Council District | Site Address | Feasibility Comments/Project Remarks |
|---|---|---|---|
| 53 | 14 | 6000 N. Figueroa St., Los Angeles, CA 90042 | These three parcels for the Arroyo Vista Family Health Center are all owned by the City of LA. The total area of the parking is 12,873 SF. As a public facility it qualifies for development of permanent supportive housing. Currently occupied. |
| **Private Sites Deemed Infeasible** | | | |
| 54 | 1 | 2309 Daly St., Los Angeles, CA | Site was leased to another tenant. |
| 55 | 1 | 845 Lake St., Los Angeles, CA | Large single family house. Required substantial work that was prohibitively expensive for the number of beds it would provide. |
| 56 | 1 | 1202 W 8th St., Los Angeles, CA 90017 | Site is too small, required major building upgrades that were prohibitively expensive. Did not have adequate outdoors space. |
| 57 | 1 | 2200 Humboldt St., Los Angeles, CA 90031 | Site currently leased by the County and not available for interim housing. |
| 58 | 1 | 2928 Main St., Los Angeles, CA | Cancelled in favor of alternative site. |
| 59 | 1 | 1260 W 2nd St., Los Angeles, CA 90026 | Site not feasible because it is currently occupied. |
| 60 | 1 | 318 S. Alvarado St., Los Angeles, CA 90057 | Private site owned by Clinica Romera. Site was deemed infeasible due to current condition of building, egress/ADA concerns and the small number of beds it would hold. |
| 61 | 1 | Adjacent to 1206 S Vermont Ave., Los Angeles, CA 90006 | Site was deemed infeasible because it was only available for purchase and no parking was included on site. |
| 62 | 1 | 2501 W 7th St., Los Angeles, CA 90057 | No on site parking, one building, divided into three, classrooms span the entire top floor. Since initial evaluation, the site has been purchased and occupied by a Charter School. |
| 63 | 1 | 3500 S Hope St., Los Angeles, CA 90007 | Site owned by the University of California and deemed infeasible due to its proximity to the freeway and need for extensive and cost prohibitive rehab. |
| 64 | 1 | 1330 W. Pico Blvd., Los Angeles, CA 90015 | occupancy. |
| 65 | 1 | 2131 W 3rd St., Los Angeles, CA 90057 | This site is formerly the St. Vincent's Medical Center. The project was cancelled by the Mayor's Office. It has since been purchased by a private developer. |
| 66 | 1 | 212 Avenue 19, Los Angeles, CA 90031 | the site. |
| 67 | 1 | 421 E 6th St., Los Angeles, CA 90014 | 6 story building, part retail and part residential, connect to a 4 story building. Not feasible due to high cost to relocate the current tenants. |
| 68 | 2 | 11446 W. Burbank Blvd., North Hollywood, CA 91601 | Under utilized parking lot owned by church of scientology. Council Office opted to pursue ABH sites at 13160 Raymer St. and 7700 Van Nuys Blvd. |
| 69 | 2 | 14249 W. Gilmore, Van Nuys, CA 91401 | This site is a vacant, flat, privately owned lot in between two multi-family residential buildings. Council Office opted to pursue ABH sites at 13160 Raymer St. and 7700 Van Nuys Blvd. |
| 70 | 2 | 14259 W. Victory Blvd., Van Nuys, CA 91401 | Privately owned site owned by Church. Lot is only 12k sq. feet. Site was deemed infeasible because it is too small. |

### ABH/Shelters/Safe Parking Sites: Feasibility Outcomes

| Count | Council District | Site Address | Feasibility Comments/Project Remarks |
|---|---|---|---|
| 71 | 2 | 5700 - 5708 Lankershim Blvd., Los Angeles, CA 91601 | Privately owned retail location. 9,000 sq. feet. Site was deemed infeasible because it is too small. |
| 72 | 2 | 6363 N. Bellingham Ave. North Hollywood, CA 91606 | Privately owned parking lot. Council office opted to pursue ABH sites at 13160 Raymer St. and 7700 Van Nuys Blvd. |
| 73 | 2 | 6451 St Clair Ave., North Hollywood, CA 91606 | Site was in use as a day care and not available for interim housing. |
| 74 | 5 | 741 Gayley Ave., Los Angeles, CA 90024 | Owner withdrew from the project. |
| 75 | 5 | 7591 Beverly Blvd., Los Angeles | Private owner not interested in leasing the site for bridge housing. |
| 76 | 5 | 2356 Cotner & 11173 W Pico Blvd., Los Angeles, CA 90064 | Commercial property offered as an option by the broker on another property in CD 5. One-story commercial structure next door to People Assisting the Homeless. Owner was not interested in leasing for interim housing. |
| 77 | 5 | 2352-2356 S. Sepulveda Blvd., Los Angeles, CA 90064 | Site was too small to accommodate sufficient beds. |
| 78 | 5 | 862 Hilgard Ave., Los Angeles, CA 90024 | Single family residential, former sorority house. Deemed infeasible due to costly ADA upgrades and other accessibility concerns. |
| 79 | 5 | 653-655 N. Fairfax, Los Angeles, CA 90036 | Occupied commercial property. |
| 80 | 5 | 759 Edinburgh Ave., Los Angeles, CA 90056 | Not recommended due to historic nature of the property, which would make it difficult and likely expensive to make ADA or other improvements to operate as bridge housing. |
| 81 | 5 | 620 Landfair Ave., Los Angeles, CA 90024 | Delta Sigma Phi Fraternity House, occupied. |
| 82 | 5 | 2333 S. Pontius, Los Angeles, CA 90064 | Property became unavailable during feasibility analysis. |
| 83 | 5 | 1018 S. Hilgard, Los Angeles, CA 90024 | Church property too expensive convert to interim housing. |
| 84 | 5 | 10808 Le Conte Ave., Los Angeles, CA 90024 | Owner was not interested in leasing for interim housing. |
| 85 | 5 | 1730 Sepulveda, Los Angeles, CA 90025 | Occupied commercial property. |
| 86 | 5 | 2000 Sepulveda, Los Angeles, CA 90025 | Occupied commercial property. |
| 87 | 5 | 1901 Pontius, Los Angeles, CA 90025 | Occupied commercial property. |
| 88 | 5 | 1933 Pontius, Los Angeles, CA 90025 | Occupied commercial property. |
| 89 | 5 | 3745 Overland, Los Angeles, CA 90034 | Occupied commercial property. |
| 90 | 5 | 800 N. Detroit St., Los Angeles, CA 90046 | Occupied commercial property. |
| 91 | 5 | 11166 Ohio Ave., Los Angeles, CA 90025 | Occupied commercial property. |
| 92 | 5 | 1725 La Cienega Blvd., Los Angeles, CA 90035 | Property was leased for use as a motel. Owner could not terminate the lease. |
| 93 | 5 | 1778 La Cienega Blvd., Los Angeles, CA 90035 | Prohibitive costs to upgrade. Council Office opted to pursue existing ABH site instead. |
| 94 | 5 | 11101 W. Olympic Blvd., Los Angeles, CA 90064 | A four-story former medical building for lease. On corner of Sepulveda and Olympic. Site was infeasible because the owner was not willing to lease to the City. |
| 95 | 5 | 3443 S. Sepulveda Blvd., Los Angeles, CA 90034 | A former Albertsons, this site is currently unoccupied. Owner was not interested in the use. |
| 96 | 5 | 7915 W. Beverly Blvd. Los Angeles, CA 90048 | C.F. 18-0446. Private owner was not interested in leasing for the use. |

## ABH/Shelters/Safe Parking Sites: Feasibility Outcomes

| Count | Council District | Site Address | Feasibility Comments/Project Remarks |
|---|---|---|---|
| 97 | 5 | 2030 S. Sepulveda Blvd., Los Angeles, CA 90025 | Bridge Home. |
| 98 | 5 | 756 N Edinburgh Ave., Los Angeles, CA 90046 | Site was not available becuse it was being development to build 8 residential units. |
| 99 | 5 | 10875 W. Venice Blvd., Los Angeles, CA 90034 | Site was deemed infeasible because it was an occupied residential property. Occupied apartments would have costly relocation fees. |
| 100 | 5 | 11207 W. Venice Blvd., Los Angeles, CA 90066 | Former gas station. Size, former use, and proximity to freeway made the site infeasible. |
| 101 | 6 | 13450 W. Roscoe, Sun Valley, CA 91352 | Privately owned, large church parking lot. Council Office opted to pursue existing ABH site at 14333 Aetna. |
| 102 | 8 | 5533 Western Ave., Los Angeles, CA 90062 | Site was deemed infeasible because it is too small. |
| 103 | 8 | 5525 S. Western Ave., Los Angeles, CA 90062 | Site was deemed infeasible because it is too small. |
| 104 | 9 | 2104 S. Central Ave., Los Angeles, CA 90011 | Privately owned condominium not available for interim housing. |
| 105 | 9 | 3901 - 3913 S. Main St., Los Angeles, CA 90037 | Two privately owned parcels across the street from two schools. Council District opted to pursue the existing ABH site at 2817 Hope Street. |
| 106 | 9 | 7010 S. Avalon Blvd., Los Angeles, CA 90003 | Privately owned with 26,000 square feet of usable space. Council Office decided to pursue a County owned property for ABH project. |
| 107 | 10 | 1830 S. La Cienega Blvd., Los Angeles, CA 90035 | Council District opted to pursue current ABH sites on City-owned property at 1819 S. Western and 625 La Fayette Pl. |
| 108 | 11 | 220 E. Culver Blvd., Playa Del Rey, CA 90293 | Site was deemed infeasible because it is too small. |
| 109 | 11 | 6719 - 6823 Pacific Ave., Playa Del Rey, CA 90293 | Privately owned undeveloped space across from beach. Any temporary shelter use would require Coastal Commission approval. |
| 110 | 13 | 3401 W. Temple St., Los Angeles, CA 90026 | structure. Existing building was too small for shelter. Owner entered into a lease with another tenant. |
| 111 | 14 | 606 E. 6th St., Los Angeles | This site was deemed infeasible because the existing structure would require extensive improvements to be used for interim housing. Significant ADA upgrades (elevator, floorplan reconfiguration) needed. |
| 112 | 14 | 800 S McGarry St., Los Angeles, CA 90021 | Commercial site, for sale, 2 buildings large floor plates (44,000 per floor), concrete structure; For Sale only. Cancelled because sites were not considered for purchase. |
| 113 | 14 | 2109 Chickasaw Ave, Los Angeles | Existing shelter needed assistance from LAFD to meet emergency shelter alternative fire safety plan requirements. This was not an ABH site review. |
| 114 | 14 | 2426 E. Washington Street | Privately owned industrial site. Infeasible due to need for tenant relocation and potential contamination. |
| 115 | 14 | 433 Wall St. Los Angeles, Los Angeles, CA 90013 | Bixby Hotel. Cost prohibitive due to high cost of ADA upgrades (site does not have an elevator) and cost to relocate the current tenants. |
| 116 | 14 | 129 E. Washington Blvd., Los Angeles, CA 90015 | Property was listed for sale only and required demo of existing building. LADBS issued code enforcement violation July 3, 2018. The City was not seeking acquisition and did not move forward with this property. |

## ABH/Shelters/Safe Parking Sites: Feasibility Outcomes

| Count | Council District | Site Address | Feasibility Comments/Project Remarks |
|---|---|---|---|
| 117 | 14 | 414 Crocker St., Los Angeles, CA 90003 | The City did not pursue due to the expected high cost of renovations. |
| 118 | 14 | 445 N. Mission Rd., Los Angeles, CA 90033 | Council District decided pursue the ABH site under construction at 1426 S. Paloma St. |
| 119 | 14 | 538 S. San Pedro St., Los Angeles, CA 90013 | Privately owned property next door to a City owned site leased by LAMP. This site is now being leased by LAHSA as voluntary storage space for persons experiencing homelessness. |
| 120 | 14 | 634 Crocker St., Los Angeles, CA 90021 | Council Office opted to pursue existing ABH site at 310 N. Main St. |
| 121 | 14 | 667 Santa Fe Ave., Los Angeles, CA 90021 | The site is located in the middle of an industrial area and has limited accessibility to amenities and services, and is adjacent to potentially harmful uses. |
| 122 | 14 | 2425 E. Washington Blvd., Los Angeles, CA 90021 | The site is located in a fully industrial area and has limited accessibility to amenities and services, is near potentially harmful adjacent uses, and potential soils contamination. |
| 123 | 14 | 2317 S. Santa Fe Ave., Los Angeles, CA 90058 | Privately owned site. The site is located in the middle of an industrial area and has limited accessibility to amenities and services, and is adjacent to potentially harmful uses. |
| 124 | 14 | 1441 E. 16th St., Los Angeles, CA 90021 | The site will incur high acquisition and relocation costs and it is close to potentially harmful adjacent uses. |
| A Bridge Home Program (In Progress or Opened) | | | |
| 1 | 2 | 13160 Raymer St. North Hollywood, 91605 | Construction |
| 2 | 2 | 7700 Van Nuys Blvd., Van Nuys, CA 91405 | Construction |
| 3 | 3 | 7621 N. Canoga Ave., Canoga Park, CA 91304 | Construction |
| 4 | 4 | 3061 Riverside Dr. Los Angeles, CA 90039 | Design Phase |
| 5 | 4 | 3248 W. Riverside Dr., Los Angeles, CA 90027 | Construction |
| 6 | 6 | 14333 W. Aetna St. Van Nuys, CA 91401 | Construction |
| 7 | 7 | 12860 W. Arroyo St., Sylmar, CA 91342 | Construction |
| 8 | 9 | 4601 S. Figueroa St., Los Angeles, CA 90037 | Construction |
| 9 | 10 | 1819 S. Western Ave. Los Angeles, CA 90019 | Construction |
| 10 | 10 | 625 La Fayette Pl. Los Angeles, CA 90005 | Construction |
| 11 | 13 | 316 N Juanita, Los Angeles, CA 90004 | Feasibility (Safe Parking) |
| 12 | 14 | 310 N. Main St., Los Angeles, CA 90012 | Construction |
| 13 | 14 | 1426 S. Paloma St., Los Angeles, CA 90021 | Construction |
| 14 | 14 | 544 S. Towne Ave., Los Angeles, CA 90013 | Construction |
| 15 | 1 | 1920 W. 3rd St, Los Angeles, CA 90057 | Opened |
| 16 | 4 | 1403 N. Gardner St., Los Angeles, CA 90046 | Opened |
| 17 | 4 | 1701 Camino Palmero St., Los Angeles, CA 90046 | Opened |
| 18 | 5 | 1479 S. La Cienega Blvd., Los Angeles, CA 90035 | Opened |

| ABH/Shelters/Safe Parking Sites: Feasibility Outcomes | | | |
|---|---|---|---|
| Count | Council District | Site Address | Feasibility Comments/Project Remarks |
| 19 | 8 | 5965 S. St. Andrews Pl., Los Angeles, CA 90047 | Opened |
| 20 | 9 | 2817 S. Hope St., Los Angeles, CA 90007 | Opened |
| 21 | 11 | 100 E. Sunset Ave., Los Angeles, CA 90291 | Opened |
| 22 | 11 | 11303 Wilshire Blvd #116., Los Angeles, CA 90073 | Opened |
| 23 | 13 | 1533 N. Schrader Blvd., Los Angeles, CA 90028 | Opened |
| 24 | 13 | 1215 N. Lodi Place (YWCA) Los Angeles, CA 90038 | Opened |
| 25 | 13 | 1146 Glendale Blvd | Storage, Opened |
| 26 | 14 | 711 N. Alameda., Los Angeles, CA 90012 | Opened |
| 27 | 14 | 442 San Pedro St. Los Angeles, CA 90013 | Opened |
| 28 | 15 | 2316 E. Imperial Hwy., Los Angeles, CA 90059 | Opened |
| 29 | 15 | 122 W. 8th St.. San Pedro, CA 90731 | Opened |
| 30 | 15 | 515 N. Beacon St., Los Angeles, CA 90731 | Opened |
| 31 | 15 | 828 N. Eubank Ave., Los Angeles, CA 90744 | Opened |