# EXHIBIT H

**CITY OWNED PROPERTY IN DEVELOPMENT PROCESS FOR PERMANENT SUPPORTIVE AND AFFORDABLE HOUSING**

| | # | Project Name | Property Address | CD | Housing Asset Type | Parcel Size (sq. ft.) | Project Type | Selected Lead Developer/ Co-Developer | Estimated Total # Units | Estimated Total # Affordable Units | Estimated # SH Units | ENA Executed | ENA Expiration | DDA/OPA Executed Date | Estimated Closing Date | Conveyance Date | HHH/AHMP Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Conveyed (Closed)** | 1 | Metamorphosis | 13574 W. Foothill Blvd | 7 | CRA | 55,412 | Permanent Supportive Housing | Clifford Beers Housing/Abbey Road | 48 | 47 | 47 | 1/23/2017 | 4/19/2018 | 4/26/2018 | | 2/15/2019 | HHH |
| | 2 | Gramercy Place Apartments | 2375 W. Washington Blvd | 10 | CRA | 40,934 | Permanent Supportive Housing | Hollywood Community Housing Corporation | 64 | 62 | 31 | 1/23/2017 | 3/2/2018 | 3/2/2018 | | 5/1/2019 | HHH |
| | 3 | Casa de Rosas Campus | 2600 Hoover St | 9 | CRA | 39,758 | Permanent Supportive Housing | WARD Economic Development Corporation/ Integral | 37 | 36 | 22 | 9/27/2016 | 6/1/2018 | 6/1/2018 | | 3/15/2019 | HHH |
| | 4 | Residences on Main | 6901-6915 S. Main St | 9 | CRA | 24,254 | Permanent Supportive Housing | Coalition for Responsible Community Development/LA Family Housing | 50 | 49 | 49 | 1/23/2017 | 3/2/2018 | 3/2/2018 | | 3/6/2019 | HHH |
| | 5 | 201 W. Colden Avenue | 9513 S. Spring St. | 8 | CRA | 5,010 | Homeownership | Habitat for Humanity Greater Los Angeles | 1 | 1 | 0 | 12/7/2017 | 12/5/2018 | 9/6/2018 | | 12/7/2018 | |
| | 6 | Missouri Place | 11950 W. Missouri Ave | 11 | AHOS | 32,642 | Multifamily | Thomas Safran & Associates | 74 | 73 | 44 | 3/7/2017 | 2/25/2019 | 4/16/2018 | | 10/23/2019 | HHH |
| | 7 | Summit View | 11681 W. Foothill Blvd | 7 | AHOS | 132,131 | Permanent Supportive Housing | LA Family Housing/Many Mansions | 49 | 48 | 48 | 3/7/2017 | 3/2/2018 | 3/5/2018 | | 12/2/2019 | HHH |
| | 8 | Isla de Los Angeles | 283 W. Imperial Hwy | 8 | AHOS | 17,385 | Permanent Supportive Housing | Clifford Beers Housing/American Family Housing | 54 | 53 | 53 | 12/7/2017 | 3/31/2020 | 3/15/2019 | | 3/20/2020 | HHH |
| **Development Agreement Executed** | 1 | Berendo Sage | 1035 S. Berendo St | 1 | CRA | 11,804 | Permanent Supportive Housing | West Hollywood Community Housing Corporation | 41 | 40 | 20 | 4/19/2019 | 3/20/2020 | 8/8/2019 | Sep-20 | TBD | HHH |
| | 2 | La Guadalupe | 110 S. Boyle Ave | 14 | CRA-Option | 14,600 | Mixed-Use Multifamily | Azure Development | 44 | 43 | 43 | 8/1/2019 | 9/9/2019 | 8/16/2019 | Apr-21 | TBD | HHH |
| | 3 | Hollywood Arts Collective (Residential) | 1637 N. Wilcox Ave | 13 | LADOT | 57,521 | Mixed-Use Multifamily | Thomas Safran & Associates/The Actors Fund & YPI | 154 | 61 | 0 | 3/15/2017 | 6/30/2019 | 2/11/2019 | TBD | TBD | |
| | 4 | Reseda Theater | 18447 Sherman Way | 3 | HCIDLA Acquired | 10,977 | Multifamily | Thomas Safran & Associates | 26 | 25 | 0 | 9/21/2016 | 7/11/2018 | 7/13/2018 | Jun-20 | TBD | |
| | 5 | La Prensa Libre | 206 E. Washington Blvd | 9 | CRA | 49,522 | Mixed-Use Multifamily | AMCAL Multi-Housing/CRCD | 105 | 103 | 25 | 3/8/2019 | 6/30/2020 | 1/16/2020 | Sep-20 | TBD | AHMP |
| | 6 | Adams Terrace | 4314 W. Adams Blvd | 10 | CRA | 15,209 | Multifamily | Abode Communities | 86 | 84 | 43 | 1/23/2017 | 1/19/2018 | 7/23/2018 | Aug-20 | TBD | |
| | 7 | Washington Arts Collective | 4600 & 4601 W. Washington Blvd | 10 | LADOT | 36,521 | Permanent Supportive Housing | Western Community Housing, Inc./Meta Housing Corporation | 56 | 55 | 20 | 5/16/2019 | 4/30/2020 | 8/16/2019 | Jan-21 | TBD | HHH |
| | 8 | Weingart Tower | 557 S. Crocker St | 14 | CRA | 5,648 | Multifamily | Weingart Center Association | 278 | 275 | 228 | 2/10/2017 | 7/11/2018 | 3/29/2018 | Dec-20 | TBD | HHH |
| | 9 | Westlake 619 | 619 S. Westlake Ave | 1 | CRA | 32,210 | Permanent Supportive Housing | Cesar Chavez Foundation/Meta Housing Corporation | 78 | 77 | 39 | 5/16/2019 | 4/30/2020 | 8/8/2019 | Feb-21 | TBD | HHH |
| | 10 | Depot at Hyde Park | 6527 S. Crenshaw Blvd | 8 | CRA | 10,863 | Permanent Supportive Housing | GTM Holdings/WORKS | 43 | 42 | 25 | 5/16/2019 | 4/30/2020 | 11/13/2019 | Dec-20 | TBD | HHH |
| | 11 | Mariposa Lily | 1047 S. Mariposa Ave | 1 | CRA | 11,800 | Permanent Supportive Housing | West Hollywood Community Housing Corporation | 41 | 40 | 20 | 4/19/2019 | 3/20/2020 | 12/23/2019 | November 2020 | TBD | HHH |
| | 12 | 9th Street Lofts | 456 W. 9th St | 15 | AHOS (DOT) | 31,243 | Mixed-Use Multifamily | LINC Housing/CORE | 91 | 90 | 0 | 6/6/2018 | 10/31/2020 | 3/6/2020 | November 2020 | TBD | |
| | 1 | 11010 smB | 11010 Santa Monica Blvd | 5 | LADOT | 10,241 | Permanent Supportive Housing | Weingart Center Association/Valued Housing | 51 | 50 | 50 | 10/31/2019 | 7/28/2020 | TBD | November 2020 | TBD | HHH |
| | 2 | | 1211 E. 43rd St | 9 | REO | 6,035 | Occupied Multi-family Apartments | Coalition for Responsible Community Development | 5 | 5 | 0 | 6/21/2019 | 3/31/2020 | TBD | TBD | TBD | |
| | 3 | | 12568 N. San Fernando Rd | 7 | HCIDLA Acquired | 96,446 | Homeownership | NHS Neighborhood Redevelopment Corporation & Affiliates/WORKS | 53 | 53 | 0 | 6/28/2019 | 9/30/2020 | TBD | TBD | TBD | |
| | 4 | | 1304 E. Pleasant Ave | 14 | AHOS | 1,872 | Vacant Lot | Jovenes, Inc. | 16 | 16 | 0 | 3/2/2018 | 8/19/2020 | TBD | TBD | TBD | |

CITY OWNED PROPERTY IN DEVELOPMENT PROCESS FOR PERMANENT SUPPORTIVE AND AFFORDABLE HOUSING

| Category | # | Name | Address | CD | Program | Sq Ft | Use | Developer | Units | Units 2 | Units 3 | Date 1 | Date 2 | Date 3 | Date 4 | Date 5 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENA | 5 | | 1808 S. St. Andrews Pl | 10 | CRA | 8,912 | Vacant SF Home | Clifford Beers Housing | 21 | 20 | 20 | 1/28/2020 | 1/22/2021 | TBD | TBD | TBD | |
| | 6 | Reese Davidson Community | 200 E. North Venice Blvd | 11 | AHOS (DOT) | 115,555 | Permanent Supportive Housing | Venice Community Housing / Hollywood Community Housing | 140 | 136 | 68 | 4/3/2019 | 3/31/2021 | TBD | TBD | TBD | |
| | 7 | | 249 N. Chicago Ave | 14 | AHOS (DOT) | 27,131 | Multifamily | East LA Community Corporation/LA Family Housing | 32 | 32 | 0 | 1/24/2020 | 1/13/2022 | TBD | TBD | TBD | |
| | 8 | | 318 N. Breed St | 14 | AHOS (DOT) | 12,458 | Multifamily | East LA Community Corporation/LA Family Housing | 32 | 31 | 0 | 1/24/2020 | 1/13/2022 | TBD | TBD | TBD | |
| | 9 | Thatcher Yard | 3233 S. Thatcher Ave | 11 | AHOS | 93,275 | Multifamily | Thomas Safran & Associates/St. Joseph Center | 98 | 97 | 49 | 5/28/2019 | 5/15/2021 | TBD | Feb-21 | TBD | |
| | 10 | 4th Street Project | 3551 E. 4th St | 14 | CRA | 6,000 | Permanent Supportive Housing | Restore Neighborhoods LA, Inc./Jovenes, Inc. & Genesis LA | 8 | 8 | 8 | 3/15/2019 | 3/31/2020 | TBD | TBD | TBD | |
| | 11 | Downtown Womens Center | 501 E. 5th Street | 1 | - | 22,732 | Downtown Women's Center | TBD | TBD | TBD | TBD | | TBD | TBD | TBD | TBD | |
| | 12 | | 5400 Crenshaw Blvd | 8 | - | 22,628 | | West Angeles CDC / Related, Inc. | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | |
| | 13 | | 5623-5633 N. Elmer Ave | 2 | CRA | 21,750 | Homeownership | Homes 4 Families | 12 | 0 | 0 | 8/1/2019 | 12/31/2019 | TBD | TBD | TBD | |
| | 14 | | 8431 Geyser Ave | 12 | CRA | 10,619 | Special Needs | Valley Village | 6 | 6 | 6 | N/A | N/A | TBD | TBD | TBD | |
| | 15 | "Homeboy" | 901 & 903 N. Main Street | 1 | AHOS (sole source) | 52,000 (approx) | Mixed Use shared housing (potentially) | Friends of Homeboy LLC | 148 beds | TBD | TBD | TBD | TBD | TBD | TBD | TBD | |
| | 16 | Lincoln Heights DOT | 2332-2340 N. Workman; 216-244 S. Avenue 24; 2330-2338 N. Daly; 2416-2422 N. Workman; 154-164 S. Avenue 24 | 1 | AHOS (DOT) | 192,923 | Mixed-Use Multifamily | GTM Holdings/WORKS | TBD | TBD | TBD | 3/8/2018 | 8/24/2020 | TBD | TBD | TBD | |
| On Hold | 1 | | 1816 N. Wilton Pl | 13 | CRA | 7,333 | TBD | TBD | 1 | 1 | 0 | | TBD | TBD | TBD | TBD | |
| | 2 | Rosa Parks II | 2444 S. Crenshaw Blvd | 10 | CRA | 16,366 | TBD | TBD | TBD | TBD | TBD | | TBD | TBD | TBD | TBD | AHMP |
| | 3 | | 6621 W. Manchester Ave | 11 | - | 19,508 | Old Fire Station #5 | TBD | N/A | TBD | N/A | | TBD | TBD | TBD | TBD | |
| | 4 | | 8509 S. Broadway | 9 | AHOS (DOT) | 22,766 | TBD | TBD | TBD | TBD | TBD | | TBD | TBD | TBD | TBD | |
| Pending - Occupied Residential Properties | 1 | | 2117-2133 W. 54th St | 8 | REO | - | Occupied Multi-family Apartments | TBD | 22 | TBD | N/A | | TBD | TBD | TBD | TBD | |
| | 2 | Corridor | 3507-3513 Stocker St | 10 | REO | - | Occupied Multi-family Apartments | TBD | 12 | TBD | N/A | | TBD | TBD | TBD | TBD | |
| | 3 | Hyde Park Place | 6309-6223 S. 10th Ave | 8 | REO | - | Occupied Multi-family Apartments | TBD | 29 | TBD | N/A | | TBD | TBD | TBD | TBD | |
| | 4 | | 6503 S. Victoria Ave | 8 | REO | - | Occupied Multi-family Apartments | TBD | 10 | TBD | N/A | | TBD | TBD | TBD | TBD | |
| | 5 | | 6577 S. Arlington Ave | 8 | REO | - | Occupied SF Home | TBD | 1 | TBD | N/A | | TBD | TBD | TBD | TBD | |
| | 6 | | 819 W. 4th St | 15 | REO | - | Occupied Multi-family Apartments | TBD | 10 | TBD | N/A | | TBD | TBD | TBD | TBD | |
| Upcoming RFPs | 1 | | 12901 W. Venice Blvd. | 11 | AHOS | 12,969 | TBD | TBD | | TBD | TBD | | TBD | TBD | TBD | TBD | |
| | 2 | | 1140 N. Glendale Blvd. | 13 | AHOS (DOT) | 19,785 | TBD | TBD | | TBD | TBD | | TBD | TBD | TBD | TBD | |
| | 3 | | 928 N. Marine Ave | 15 | AHOS (DOT) | 15,300 | TBD | TBD | | TBD | TBD | | TBD | TBD | TBD | TBD | |
| | 4 | | 5260 S. Figueroa St | 9 | CRA | 32,817 | TBD | TBD | | TBD | TBD | | TBD | TBD | TBD | TBD | |
| | 5 | | 5887 & 5888 S. Crocker St | 9 | CRA | 36,377 | TBD | TBD | | TBD | TBD | | TBD | TBD | TBD | TBD | |

**CITY OWNED PROPERTY IN DEVELOPMENT PROCESS FOR PERMANENT SUPPORTIVE AND AFFORDABLE HOUSING**

| Category | # | Name | Address | CD | Agency | Sq Ft | Col8 | Col9 | Developer | Col11 | Col12 | Col13 | Col14 | Col15 | Col16 | Col17 | Col18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Special Projects** | 1 | | 1636 W. Manchester Ave | 8 | CRA | 19,519 | TBD | TBD | N/A | TBD | N/A | | TBD | TBD | TBD | TBD | |
| | 2 | | 5215 S. Figueroa St | 9 | CRA | 13,503 | TBD | TBD | TBD | TBD | TBD | | TBD | TBD | TBD | TBD | |
| | 3 | Slauson & Wall | 5828 S. Wall St | 9 | CRA | 303,904 | TBD | TBD | TBD | TBD | TBD | | TBD | TBD | TBD | TBD | |
| | 4 | Hollywood Arts Collective (Commercial) | 6518-6522 Hollywood Blvid | 13 | LADOT | | Commercial Retail | Thomas Safran & Associates/The Actors Fund | N/A | N/A | N/A | | | | | | |
| | 5 | | 9402-9422 S. Broadway (94th & Broadway) | 8 | CRA | - | TBD | TBD | N/A | TBD | N/A | | TBD | TBD | TBD | TBD | |
| **Potential Properties** | 1 | | 1150 N. San Fernando Rd. | 1 | State | 57,705 | TDB | TDB | TDB | TDB | TDB | TDB | TDB | TDB | TDB | TDB | TDB |
| | 2 | | Kipling Triangle | 14 | AHOS | 5,375 | TBD | TBD | TBD | TBD | TBD | | TBD | TBD | TBD | TBD | |
| | 3 | Go for Broke | 230 N Judge John Aiso St. | 14 | TBD | 37,374 | TBD | TBD | TBD | TBD | TBD | | TBD | TBD | TBD | TBD | |
| **Total Number of Projects:** | 56 | | | | | | | | 1,894 | 1,758 | 958 | | | | | | |

| | |
|---|---|
| AHOS ONLY | 576 |