MICHAEL N. FEUER, City Attorney (SBN 111529)
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 North Main Street, City Hall East, 7th Floor
Los Angeles, California 90012
Telephone: 213-978-4681
Facsimile: 213-978-7011
Email: Scott.Marcus@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>Defendants. | Case No. CV 20-02291 DOC (KES)<br><br>**NOTICE OF ERRATA REGARDING EXHIBIT B TO CITY OF LOS ANGELES' STATUS REPORT IN RESPONSE TO DKT. 143 [DKT. 149-2]**<br><br>**Hon. David O. Carter**<br>**United States District Judge** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Exhibit B (Dkt. 149-2) to the status report filed by Defendant City of Los Angeles (Dkt. 149) was not fully legible when uploaded for filing. Another copy of Exhibit B is attached hereto.

DATED: July 15, 2020          MICHAEL N. FEUER, City Attorney
                              KATHLEEN A. KENEALY, Chief Asst City Attorney
                              SCOTT MARCUS, Senior Assistant City Attorney
                              GABRIEL S. DERMER, Assistant City Attorney
                              ARLENE N. HOANG, Deputy City Attorney
                              JESSICA MARIANI, Deputy City Attorney

                              By: /s/_____
                              ARLENE N. HOANG, Deputy City Attorney
                              Counsel for Defendant City of Los Angeles