# EXHIBIT B

# City of Los Angeles
## Sheltering Plan by Council District

| Councilmember: | Gil Cedillo |
|---|---|
| Council District: | 1 |

| | |
|---|---|
| Size of District (square miles) | 15.8 |
| Unsheltered Homeless Population | 2,385 |
| Unsheltered Homeless Population with 500 feet of Freeway Underpass, Overpass, Ramps | 430 |

### Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 6th/ Beaudry- Obj ID 43 | Y | 25 | large encampments multiple structures |
| 2 | 14th/ Oak St- Obj ID 44 | Y | 15 | large encampments mutiple structures |
| 3 | Ave 19/ 110fwy- Obj ID 114 | Y | 10 - vehicles | large encampments and numerous vehicle |
| 4 | 5fwy/ Pasadena Ave- Obj ID 118 | Y | 5 - vehicles | large encampments and numerous vehicle |
| 5 | North Central Dog Park- Obj ID 124 | Y | 10 - vehicles | large encampments and numerous vehicle |
| 6 | Ave 52/ 110fwy-Obj ID 126 | Y | 5 - vehicles | large encampments and numerous vehicle |

### Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Address | Capacity | Opening Date | Description | Target Encampment(s) |
|---|---|---|---|---|---|
| Permanent Housing: Non- Prop HHH - PSH | S. Elden Ave. CA 90006 | 93 | 9/1/2020 | | |

### Proposed Additional Interventions

| What other interventions do you want to consider for your Sheltering Plan? | | | | | | Estimated Cost | |
|---|---|---|---|---|---|---|---|
| Project Type | Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Capital | Operating (Annual) |
| Interim Housing | N. Main St. | 100 | By 1/1/2021 | City-owned Site | 30% of encampments | $3,358,000 | $1,642,500 |
| Hotel/Motel Leasing | W. 7th St. | 294 | By 4/18/2021 | privately owned hotel; owner expressed interest in leasing or selling after Project Roomkey contract ends | 60% of encampments | TBD | $4,828,950 |
| Interim Housing | N. Humboldt St. | TBD | Under Review | privately owned lot | | TBD | TBD |
| Rapid Rehousing/Shared Housing | N/A | TBD | By 1/1/2021 | | | TBD | TBD |

# City of Los Angeles
## Sheltering Plan by Council District

| Councilmember: | Paul Krekorian |
|---|---|
| Council District: | 2 |

| | |
|---|---|
| Size of District (square miles) | 25 |
| Unsheltered Homeless Population | 1,613 |
| Unsheltered Homeless Population with 500 feet of Freeway Underpass, Overpass, Ramps | 203 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Lankershim/Riverside --134 fwy | Y | 30 | |
| 2 | Laurel Canyon/Erwin --170 fwy | Y | 60 | |
| 3 | Moorpark/Bellflower --170 fwy | Y | 20 | |
| 4 | Strathern Park West/170 fwy | Y | 50 | |
| 5 | 12240 Archwood st. -- 170fwy | Y | 40 | |
| 6 | 10835 Chandler Blvd. | N | 10 | |
| 7 | 11476 Hatteras st. | N | 15 | |
| 8 | 7241 Ethel Ave. | N | 20 | |
| 9 | 7135 Woodman Ave. | N | 10 | |
| 10 | 7880 San Fernando Rd. | N | 100 | |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Address | Capacity | Opening Date | Description | Target Encampment(s) |
|---|---|---|---|---|---|
| A Bridge Home | Raymer | 85 | 7/1/2020 | Under construction - Open in July | Within catchment area |
| A Bridge Home | Van Nuys | 100 | 7/15/2020 | Under construction - Open in July | Within catchment area |
| Permanent Housing: Non-Prop HHH - Affordable | N. Simpson Ave. | 83 | 10/21/2020 | | |

**Proposed Additional Interventions**

What other interventions do you want to consider for your Sheltering Plan?

| Project Type | Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Estimated Cost | |
|---|---|---|---|---|---|---|---|
| | | | | | | Capital | Operating (Annual) |
| Interim Housing | Chandler Blvd. | 66 | By 1/1/2021 | Pallet shelters in design with BOE; City-owned site | 1, 3, 6 | $2,216,280.00 | $1,084,050.00 |
| Safe Parking | San Fernando Road NE | 40 | Under Review | Improve the Railroad Right of Way for permanent RV hook ups | | $0.00 | $438,000.00 |

| Interim Housing | Sherman Way | 200 | Under Review | Private Property | | $6,716,000.00 | $3,285,000.00 |
|---|---|---|---|---|---|---|---|
| Interim Housing | Saticoy Ave. | 175 | By 4/18/2021 | Pallet shelters in design with BOE; Caltrans-owned site | 4, 8, 9 | $ 5,876,500.00 | $ 2,874,375.00 |
| Interim Housing | Laurel Canyon Blvd. | 200 | By 4/18/2021 | Pallet shelters in design with BOE; City-owned site | 2, 5, 8, 9 | $6,716,000.00 | $3,285,000.00 |
| Rapid Rehousing/Shared Housing | N/A | TBD | By 1/1/2021 | | | TBD | TBD |

As of 7/15/2020

**City of Los Angeles**

Sheltering Plan by Council District

| Councilmember: | Bob Blumenfield |
| Council District: | 3 |

| | |
|---|---|
| Size of District (square miles) | 36.6 |
| Unsheltered Homeless Population | 813 |
| Unsheltered Homeless Population with 500 feet of Freeway Underpass, Overpass, Ramps | 14 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Winnetka Ave at 101 fwy | Y | up to 12 | underpass encampment |
| 2 | Corbin Ave at 101 fwy | Y | up to 8 | underpass encampment |
| 3 | LA River at Winnetka, (length from Canoga to White Oak including DeSoto, Tampa) | N | 40-100 | LA River zone, particularly the bikeway, street underpasses, property that is owned by City, some by County in flood control district |
| 4 | Eton and Vanowen | N | 12-15 | River adjacent area where encampment spills onto |
| 5 | 6 other underpasses in CD3 = Burbank, Tampa, DeSoto, Canoga, Topanga, Shoup | Y | up to 15 total | underpass encampment |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Address | Capacity | Opening Date | Description | Target Encampment(s) |
|---|---|---|---|---|---|
| | | | No interventions in development. | | |

**Proposed Additional Interventions**

| What other interventions do you want to consider for your Sheltering Plan? | | | | | | Estimated Cost | |
|---|---|---|---|---|---|---|---|
| Project Type | Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Capital | Operating (Annual) |
| Interim Housing | Strathern St., Canoga Park | 60 | Under Review | Private site/Event hall and parking lot; consider using for interim housing and/or safe parking. | Freeway adjacent priority | $2,014,800.00 | $985,500.00 |
| Safe Parking | Vanowen St., Reseda | TBD | By 1/1/2021 | Convert to 24/7 safe parking or Shelter/City-owned site | TBD, River | $0.00 | TBD |
| Safe Parking | Jordan Ave., Canoga Park | 25 | By 9/1/2020 | City-owned site | | $0.00 | $273,750.00 |
| Safe Parking | Rudnick Ave., Woodland Hills | 25 | Under Review | Private site | Freeway adjacent, or wherever vehicle dwellers are found | $0.00 | $273,750.00 |
| Safe Parking | N. Reseda Blvd. | TBD | Under Review | Large parking lot | TBD, River | $0.00 | TBD |
| Safe Parking | Vanowen St., Reseda | TBD | Under Review | Add RV Safe Parking | vehicles/RVs | $0.00 | TBD |

| Hotel/Motel Leasing | Motel, Reseda | 150 | Under Review | Currently contracted for Project Roomkey by County | TBD, River | TBD | $2,463,750.00 |
|---|---|---|---|---|---|---|---|
| Hotel/Motel Leasing | Motel, Canoga Park | 150 | Under Review | Currently contracted for Project Roomkey by County | TBD, River | TBD | $2,463,750.00 |
| Rapid Rehousing/Shared Housing | N/A | TBD | By 1/1/2021 | | | TBD | TBD |

**City of Los Angeles**

Sheltering Plan by Council District

| Councilmember: | Ryu |
|---|---|
| Council District: | 4 |

| | |
|---|---|
| Size of District (square miles) | 41 |
| Unsheltered Homeless Population | 1,136 |
| Unsheltered Homeless Population with 500 feet of Freeway Underpass, Overpass, Ramps | 46 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Los Feliz Blvd./5 Freeway | Y | 32 | near Griffith Park/LA River/bikepath |
| 2 | Riverside Dr./Hyperion Bridge | Y | 13 | near LA River/bikepath |
| 3 | 101 Freeway/Cahuenga Blvd. | Y | 15 | underpass |
| 4 | 101 Freeway/Franklin Ave. | Y | 4 | underpass -- only north side of street is CD4 |
| 5 | 6538 Bella Vista Wy | Y | 3 | near Cahuenga/101 underpass |
| 6 | Lankershim/134 | Y | 15 | |
| 7 | Moorpark/101 | Y | 15 | |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Address | Capacity | Opening Date | Description | Target Encampment(s) |
|---|---|---|---|---|---|
| A Bridge Home | Riverside Dr. | 100 | 7/29/2020 | Under Construction - Catchment area includes some Freeway encampments | Within catchment area |
| A Bridge Home | Riverside Dr. | 80 | 12/31/2020 | Design Development | Within catchment area |

| Proposed Additional Interventions | | | | | | Estimated Cost | |
|---|---|---|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan? | | | | | | | |
| Project Type | Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Capital | Operating (Annual) |
| Interim Housing | N. Sepulveda | 40 | Under Review | Federal Land | | $1,343,200.00 | $657,000.00 |
| Safe Parking | Oxnard St. | 13 | Under Review | Federal Land | | $0.00 | $142,350.00 |
| Rapid Rehousing/Shared Housing | N/A | TBD | By 1/1/2021 | | 101 and 134 Freeway encampments in the Valley | TBD | TBD |

## City of Los Angeles
### Sheltering Plan by Council District

| Councilmember: | Paul Koretz |
|---|---|
| Council District: | 5 |

| | |
|---|---|
| Size of District (square miles) | 37.5 |
| Unsheltered Homeless Population | 846 |
| Unsheltered Homeless Population with 500 feet of Freeway Underpass, Overpass, Ramps | 94 |

### Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Cotner Ave. between Olympic and SM | Y | approx. 50 | primarily sidewalk campers, but some embankment |
| 2 | north side of Venice Blvd. at 405 | Y | approx. 25 | sidewalk under freeway overpass |
| 3 | Balboa Blvd. under the 101 | Y | approx. 10 | sidewalk under freeway overpass |
| 4 | White Oak under the 101 | Y | approx. 10 | sidewalk under freeway overpass |
| 5 | Hayvenhurst under the 101 | Y | approx. 10 | sidewalk under freeway overpass |
| 6 | Balboa at Clark | Y | approx. 10 | sidewalk near bus stop about 450 feet from 101 |
| 7 | National at 10 | Y | approx. 20 | sidewalk under freeway overpass |

### Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Address | Capacity | Opening Date | Description | Target Encampment(s) |
|---|---|---|---|---|---|
| A Bridge Home | S. La Cienega | 54 | Opened 7/6/2020 | Targeted for families | |
| Permanent Housing: Non-Prop HHH - PSH | W. Pico Blvd. | 48 | 8/1/2020 | Seniors and veterans | |

### Proposed Additional Interventions

| | | | | | | Estimated Cost | |
|---|---|---|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan? | | | | | | | |
| Project Type | Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Capital | Operating (Annual) |
| Interim Housing | Wilshire Blvd. | 25 | Under Review | publicly owned; consider for pallet shelters | | $839,500.00 | $410,625.00 |
| Interim Housing | W. Olympic Blvd. | 80 | Under Review | privately owned. | | $2,686,400.00 | $1,314,000.00 |
| Interim Housing | S. Sepulveda Blvd. | TBD | TBD | Would augment informal camping already going on at the site. | | TBD | TBD |
| Interim Housing | S. Sepulveda Blvd. | TBD | TBD | Use part of underutilized parking lot | | TBD | TBD |

| Interim Housing | Motor Avenue | TBD | TBD | Use part of underutilized parking lot | | TBD | TBD |
|---|---|---|---|---|---|---|---|
| Interim Housing | S. Sepulveda | TBD | TBD | Use underutilized part of single-use recreation site | | TBD | TBD |
| Safe Parking | National Blvd. | TBD | Under Review | privately owned; owner has expressed willingness to offer lot | | $0.00 | TBD |
| Rapid Rehousing/Shared Housing | N/A | TBD | By 1/1/2021 | | | TBD | TBD |

# City of Los Angeles

### Sheltering Plan by Council District

| Councilmember: | Nury Martinez |
|---|---|
| Council District: | 6 |

| | |
|---|---|
| Size of District (square miles) | 27.2 |
| Unsheltered Homeless Population | 1,672 |
| Unsheltered Homeless Population with 500 feet of Freeway Underpass, Overpass, Ramps | 125 |

## Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 8300 San Fernando Rd. Sun Valley | Y | 30 | Multple RV's with vehicle dwelling and |
| 2 | 8085 Webb Ave. Sun Valley | N | 4 | Encampments |
| 3 | 11111 Strathern Ave. Sun Valley | N | 1 | Encampments |
| 4 | 13253 Wingo St. Arleta | Y | 15 | Encampments between State and City Property |
| 5 | 9661 Sharp Ave. Arleta | Y | 15 | Encampment on State Property |
| 6 | 7744 Lankershim Blvd. Nrth Hollywood | N | 2 | Encampments next to Bus Stop |
| 7 | 7667 Simpson Ave. Nrth Hollywood | N | 2 | Encampments |
| 8 | 11201 Penrose St. Sun Valley | Y | 15 | Multple RV's with vehicle dwelling |
| 9 | 11545 Tuxford St. Sun Valley | Y | 20 | Multple RV's with vehicle dwelling |
| 10 | 8961 Laurel Canyon Blvd. Sun Valley | Y | 5 | Encampments between State and City Property |
| 11 | 12144 Wicks St. Sun Valley | Y | 3 | Encampment next to pedestrian bridge |
| 12 | 8841 O'melveny Ave. Sun Valley | Y | 3 | Encampment next to pedestrian bridge |
| 13 | 8707 Lankershim Blvd. Sun Valley | Y | 5 | Encampment off the on-ramp |
| 14 | 13745 Saticoy St. Sun Valley | N | 5 | Multple RV's with vehicle dwelling and |
| 15 | 13927 Saticoy St PaNrama City | N | 5 | Multple RV's with vehicle dwelling and |
| 16 | 7651 Woodman Ave. PaNrama City | N | 5 | Multple RV's with vehicle dwelling and |
| 17 | 14757 Arminta Ave. PaNrama City | N | 10 | Encampment in alley |
| 18 | 7855 Van Nuys Blvd. PaNrama City | N | 10 | Encampment on median |
| 19 | 7801 Van Nuys Blvd. Panroama City | N | 10 | Encampment on median |
| 20 | 14719 Plummer St. PaNrama City | N | 10 | Encampments, vehicle dwelling and tresspassing |
| 21 | 6609 Van Nuys Blvd. Van Nuys | N | 5 | Encampment |
| 22 | 6633 Van Nuys. Van Nuys | N | 10 | Encampment |
| 23 | 14532 Gilmore St. Van Nuys | N | 15 | Encampments by City Parking lot |
| 24 | 14606 Friar St. Van Nuys (On Vesper Ave. | | 5 | Encampments by City Parking lot |
| 25 | 14607 Sylvan St. Van Nuys (on Vesper Ave.) | | 5 | Encampments by City Parking lot |
| 26 | 14402 Gilmore St. Van Nuys | N | 10 | Encampments by City Parking lot |
| 27 | 7111 Sepulveda Blvd. Van Nuys | N | 30 | Multiple Encampments tresspassing on private |
| 28 | 14447 Aetna St. Van Nuys | N | 10 | Encampments |
| 29 | 14320 Aetna St. Van Nuys | N | 10 | Encampments |

| 30 | 14346 Bessemer St. Van Nuys | N | 10 | Encampments |
| 31 | 14165 Bessemer St. Van Nuys | N | 10 | Encampments |
| 32 | 6101 Cedros Ave. Van Nuys | N | 5 | Encampments |
| 33 | 156600 Victory Blvd. Lake Balboa | Y | 10 | Multiple encampments by the bike path |
| 34 | 5941 Woodley Ave. Lake Balboa | N | 10 | Multiple encampments by the Apollo Airfields |
| 35 | 15901 Burbank Blvd. Lake Balboa | N | 20 | Multiple Encampment along the LA River |
| 36 | 6300 Balboa Blvd. Lake Balboa | N | 5 | Mutlple Encampment along Bull Creek |
| 37 | 8100 Haskell Ave. Van Nuys | Y | 30 | Encampment under I-405 and railroadtracks |
| 38 | 15611 Parthenia Ave. North Hills | Y | 20 | Encampment under the I-405 |
| 39 | 15607 Roscoe Blvd. North Hills | Y | 10 | Encampment by on ramp of I-405 |

## Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Address | Capacity | Opening Date | Status | Target Encampments |
|---|---|---|---|---|---|
| A Bridge Home | Aetna St. | 70 | 7/20/2020 | Construction | |
| Permanent Housing: Non-Prop HHH - PSH | W. Arminta St. | 110 | 6/1/2021 | Arminta Square | |

## Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan?

| Project Type | Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Estimated Cost | |
|---|---|---|---|---|---|---|---|
| | | | | | | Capital | Operating (Annual) |
| Interim Housing | N. San Fernando Rd. | 50 | By 1/1/2020 | 20,000 Sq ft/City-owned | Encampments along I-5 | $1,679,000 | $821,250 |
| Interim Housing | San Fernando Rd. | 25 | Under Review | Publicly-owned | Encampments along I-5 | $839,500 | $410,625 |
| Interim Housing | Paxton St. | 20 | Under Review | Privately-owned | Encampments along the I-5 and Plummer St. | $671,600 | $328,500 |
| Interim Housing | Hayvenhust Ave. | 20 | | City of LA- LAWA | Encampments in Van Nuys/Lake Balboa by the I-405 | $671,600 | $328,500 |
| Safe Parking | Woodley Ave | 20 | | City of LA- LAWA | Encampments in Van Nuys/Lake Balboa by the I-405 | $0.00 | $219,000 |
| Safe Parking | Erwin St. | 40 | By 8/1/20 | Metro | Encampments in Van Nuys/Lake Balboa by the I-405 | $0.00 | $438,000 |
| Rapid Rehousing/Shared Housing | N/A | TBD | By 1/1/2021 | | | TBD | TBD |

## City of Los Angeles
### Sheltering Plan by Council District

| Councilmember: | Monica Rodriguez |
|---|---|
| Council District: | 7 |

| | |
|---|---|
| Size of District (square miles) | 54.1 |
| Unsheltered Homeless Population | 677 |
| Unsheltered Homeless Population with 500 feet of Freeway Underpass, Overpass, Ramps | 134 |

### Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 118 Freeway Paxton St./ Bradley Ave. | Y | 55 | Over 20 tents and makeshift shelters under the |
| 2 | Big Tujunga Wash, under 210 fwy and Foothill bridges | Y | 20-25 | Makeshift structures built within the Wash under the freeway overpasses/bridges. |
| 3 | Sepulveda / 118 fwy underpass and offramp | Y | 20-25 | Tents along the underpass. Between the freeway exit and Pizza Hut structure in Caltrans ROW. |
| 4 | 118 fwy between Bradley and Herrick | Y | 8-10 | Caltrans right of way parallel to 118 freeway |
| 5 | 118 fwy Devonshire onramp/offramp | Y | 12 | 5 tents on Caltrans property, large quantities of |
| 6 | 12966 Arroyo St / Foothill Blvd. | Y | 2-5 | Encampement made up of vehicle and tents, large |
| 7 | 14801 Rinaldi / 5 fwy | Y | 2 | Two tents and property. |
| 8 | 210 fwy/Hubbart St | Y | 6 | Approx. 6 tents |

### Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Address | Capacity | Opening Date | Status | Target Encampments |
|---|---|---|---|---|---|
| | | | *No interventions in development.* | | |

### Proposed Additional Interventions

| | | | | | | Estimated Cost | |
|---|---|---|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan? | | | | | | | |
| Project Type | Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Capital | Operating (Annual) |
| Rapid Rehousing/Shared Housing | N/A | 200 | By 1/1/2021 | | Sepulveda / 118 fwy, Big Tujunga Wash, under 210 and Foothill bridges, 118 fwy / Devonshire ramps | TBD | TBD |

# City of Los Angeles

### Sheltering Plan by Council District

| Councilmember: | Marqueece Harris-Dawson |
|---|---|
| Council District: | 8 |

| | |
|---|---|
| Size of District (square miles) | 16 |
| Unsheltered Homeless Population | 1540 |
| Unsheltered Homeless Population with 500 feet of Freeway Underpass, Overpass, Ramps | 84 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 88th Pl, b/t Grand & Flower St. | Y | 25 | Freeway Underpass |
| 2 | Colden Ave, b/t Grand & Flower St. | Y | 25 | Freeway Underpass |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Address | Capacity | Opening Date | Status | Target Encampment(s) |
|---|---|---|---|---|---|
| A Bridge Home | S. St. Andrews Pl. | 20 | 10/1/2019 | 100 bed site in operation; 20 vacant beds to fill | Within catchment area |

**Proposed Additional Interventions**

| What other interventions do you want to consider for your Sheltering Plan? | | | | | Estimated Cost | |
|---|---|---|---|---|---|---|
| Project Type | Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Capital | Operating (Annual) |
| Interim Housing | Various | 36 | By 9/1/2021 | There are 12 smaller shelters that serve CD8, and we will work to identify openings for relocations from freeway encampments | | $0.00 | $0.00 |
| Rapid Rehousing/Shared Housing | N/A | TBD | By 1/1/2021 | | | TBD | TBD |

# City of Los Angeles
### Sheltering Plan by Council District

| Councilmember: | Curren Price |
|---|---|
| Council District: | 9 |

| | |
|---|---|
| Size of District (square miles) | 13 |
| Unsheltered Homeless Population | 2,638 |
| Unsheltered Homeless Population with 500 feet of Freeway Underpass, Overpass, Ramps | 482 |

## Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 4500-5700 Grand Ave | Y | est 100 | primarily tent structures |
| 2 | 4900-5700 Flower St | Y | est 50 | primarily tent structures |
| 3 | 5900-6300 Grand Ave | Y | est 30 | primarily RVs |
| 4 | 6900-8400 Grand Ave | Y | est 80 | 80% RVs, 20% tents |
| 5 | 3500-3900 Grand Ave | Y | est 35 | tent structures |

## Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Address | Capacity | Opening Date | Status | Target Encampment(s) |
|---|---|---|---|---|---|
| A Bridge Home | Figueroa St. | 30 | 6/30/2020 | Family shelter | Within catchment area |
| Permanent Housing: Non-Prop HHH - PSH | E. 35th St. | 74 | 9/30/2020 | | |

## Proposed Additional Interventions

| | | | | | | Estimated Cost | |
|---|---|---|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan? | | | | | | | |
| Project Type | Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Capital | Operating (Annual) |
| Safe Parking | S. Central Ave. | 10 | By 9/1/2020 | City-owned site | | $0.00 | $109,500.00 |
| Hotel/Motel Leasing | S. Figueroa St. | 69 | Under Review | Currently contracted for Project Roomkey by County | | TBD | $1,133,325.00 |
| PSH | S. Figueroa St. | 160 | By 3/1/2021 | Motion submitted 7/1; modular units of PSH | | TBD | TBD |
| Rapid Rehousing/Shared Housing | N/A | TBD | By 1/1/2021 | | | TBD | TBD |
| Interim Housing | W. Slauson | 120 | Under Review | Caltrans-owned | | $4,029,600.00 | $1,971,000.00 |

**City of Los Angeles**

Sheltering Plan by Council District

| Councilmember: | Herb Wesson, Jr. |
|---|---|
| Council District: | 10 |

| | |
|---|---|
| Size of District (square miles) | 14.5 |
| Unsheltered Homeless Population | 1084 |
| Unsheltered Homeless Population with 500 feet of Freeway Underpass, Overpass, Ramps | 77 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Venice and the I-10 Freeway | Y | | mostly tents; some living in cars |
| 2 | Washington and the I-10 Freeway | Y | | mostly tents; some living in cars |
| 3 | Western and the I-10 Freeway | Y | | mostly cars; some living in tents |
| 4 | Koreatown | N | | tent encampments |
| 5 | Leimert Park | N | | mostly cars |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that will open by December 18, 2021.

| Project Type | Address | Capacity | Opening Date | Status | Target Encampment(s) |
|---|---|---|---|---|---|
| A Bridge Home | S. Western Ave | 15 | 8/1/2020 | completing construction | Western and I-10 - women and children only |
| A Bridge Home | Lafayette Park (Wilshire & Hoover) | 70 | 7/23/2020 | completing construction | Koreatown |
| Permanent Housing: Non-Prop HHH - PSH | S. Buckingham Rd. | 103 | 5/29/2020 | | |
| Permanent Housing: Non-Prop HHH - PSH | W. Washington Blvd. | 17 | 8/25/2021 | | |

**Proposed Additional Interventions**

What other interventions do you want to consider for your Sheltering Plan?

| | | | | | | Estimated Cost | |
|---|---|---|---|---|---|---|---|
| Project Type | Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Capital | Operating (Annual) |
| Interim Housing | W. Jefferson | 21 | Under Review | Private Site | 1 and 2 | $705,180 | $344,925 |
| Safe Parking | S. Crenshaw Blvd. | TBD | Under Review | LADWP owned property; Office parking lot | 1 and 2 | $0.00 | TBD |
| Rapid Rehousing/Shared Housing | N/A | TBD | By 1/1/2021 | | | TBD | TBD |

**City of Los Angeles**
**Council District Sheltering Plan**

| Councilmember: | Mike Bonin |
|---|---|
| Council District: | 11 |

| | |
|---|---|
| Size of District (square miles) | 63.8 |
| Unsheltered Homeless Population | 2,224 |
| Unsheltered Homeless Population with 500 feet of Freeway Underpass, Overpass, Ramps | 92 |

**Target Encampments**

Identify the key encampments within your district that should be addressed in the Sheltering Plan.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Rose/Penmar | N | 80 | Encampment abuts golf course and is adjacent to residential. Also covers a walking path. |
| 2 | 405 at Venice/Globe | Y | 25 (in CD11) | Mar Vista. Encampment flows underneath the 405, and is shared by both CD11 and CD5. |
| 3 | Pico/Centinela | Y | 10 | Encampment near 405. Adjacent to SM. |
| 4 | Centinela off-ramp/90 | Y | 30 | Smaller encampment near the 90. |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Address | Capacity | Opening Date | Status | Target Encampment(s) |
|---|---|---|---|---|---|
| Permanent Housing: Non- | S. Grand View Blvd. | 50 | 11/19/2021 | | |

**Proposed Additional Interventions**

| What other interventions do you want to consider for your Sheltering Plan? | | | | | | Estimated Cost | |
|---|---|---|---|---|---|---|---|
| Project Type | Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Capital | Operating (Annual) |
| Hotel/Motel Leasing | TBD | 50 | Under Review | Exploring willing seller/lessee for interim or permanent housing | Rose/Penmar, Centinela offramp at 90 | TBD | $821,250.00 |
| Rapid Rehousing/Shared | N/A | 120 | By 1/1/2021 | | Venice/Globe; Pico/Centinela | TBD | TBD |

# City of Los Angeles

### Sheltering Plan by Council District

| | |
|---|---|
| **Councilmember:** | **John Lee** |
| **Council District:** | **12** |

| | |
|---|---|
| Size of District (square miles) | 58.7 |
| Unsheltered Homeless Population | 583 |
| Unsheltered Homeless Population with 500 feet of Freeway Underpass, Overpass, Ramps | 17 |

## Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 118 and 405 Freeway Adjacent | Y | 17 | Tents and RVs |
| 2 | Devonshire-Petit / Petit Park | N | 20 | Tents |
| 3 | Plummer St-Jordan Ave | N | 40 | Tents |
| 4 | Nordhoff bt Owensmouth and Topanga | N | 30 | Tents and RVs |
| 5 | Hayvenhurst-Schoenborn | N | 50 | Tents and RVs |

## Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Address | Capacity | Opening Date | Status | Target Encampment(s) |
|---|---|---|---|---|---|
| *No interventions in development.* | | | | | |

## Proposed Additional Interventions

| What other interventions do you want to consider for your Sheltering Plan? | | | | | | Estimated Cost | |
|---|---|---|---|---|---|---|---|
| Project Type | Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Capital | Operating (Annual) |
| Interim Housing | Aliso Confluence | 25 | Under Review | City/County Owned | | $839,500.00 | $410,625.00 |
| Interim Housing | 16755 Roscoe Bl | 50 | Under Review | LAWA Owned | | $1,679,000.00 | $821,250.00 |
| Interim Housing | Marilla bt Topanga/Owensmouth (western half) | 40 | Under Review | Metro Owned | | $1,343,200.00 | $657,000.00 |
| Interim Housing | Plummer | 25 | Under Review | Vacant privately owned property. | | $839,500.00 | $410,625.00 |
| Safe Parking | House of worship - Chatsworth | 10 | Under Review | | | $0.00 | $109,500.00 |
| Safe Parking | House of worship - Granada Hills | 10 | Under Review | | | $0.00 | $109,500.00 |
| Safe Parking | Metrolink Station - Chatsworth (previously proposed, pls re-review) | 20 | Under Review | DWP/DOT Owned | | $0.00 | $219,000.00 |
| Safe Parking | Metrolink Station - Northridge | 20 | Under Review | Metro/City Owned | | $0.00 | $219,000.00 |
| Safe Parking | Park N Ride - PR Drive / 118 Fwy | 20 | Under Review | Caltrans Owned | | $0.00 | $219,000.00 |
| Safe Parking | Courthouse | 20 | Under Review | | | $0.00 | $219,000.00 |
| Rapid Rehousing/Shared Housing | N/A | 120 | By 1/1/2021 | | | TBD | TBD |

## City of Los Angeles
### Sheltering Plan by Council District

| Councilmember: | Mitch O'Farrell |
|---|---|
| Council District: | 13 |

| | |
|---|---|
| Size of District (square miles) | 13.6 |
| Unsheltered Homeless Population | 2,402 |
| Unsheltered Homeless Population with 500 feet of Freeway Underpass, Overpass, Ramps | 468 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Echo Park Lake  (Park Ave/Glendale Bl) | Y | 45 | City Park |
| 2 | Alvarado St/US-101 | Y | 111 | On sidewalks of 101 underpass & Caltrans property |
| 3 | Shatto Pl/4th Street | N | 51 | City Sidewalks |
| 4 | Gower/Hollywood/US-101 | Y | 146 | City Sidewalks, Caltrans property |
| 5 | Hoover St/John St | Y | 60 | City Sidewalks, Caltrans property |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Address | Capacity | Opening Date | Status | Target Encampment(s) |
|---|---|---|---|---|---|
| Permanent Housing: Non-Prop HHH - PSH | S. Rampart Blvd. | 23 | 7/16/2020 | | All |
| Permanent Housing: Non-Prop HHH - Affordable | S. Alvarado St | 84 | 9/1/2020 | | All |
| Safe Parking | Beverly & Juanita | 50 | 9/1/2020 | | All |

**Proposed Additional Interventions**

What other interventions do you want to consider for your Sheltering Plan?

| Project Type | Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Estimated Cost | |
|---|---|---|---|---|---|---|---|
| | | | | | | Capital | Operating (Annual) |
| Interim Housing | W. Hollywood Blvd | TBD | Under Review | Private Site/Office building/Parking lot | All - Hollywood/101 | TBD | TBD |
| Interim Housing | N. San Fernando Rd. | TBD | Under Review | Private Site/Office building / auditorium with parking lot | All - LA River/5Fwy | TBD | TBD |
| Interim Housing | Hollywood Blvd | TBD | Under Review | Private Retail and Parking lot | All - Hollywood/101 | TBD | TBD |
| Interim Housing | N. Hoover St | TBD | Under Review | Private bungalows/parking | All - Hoover/John st | TBD | TBD |
| Interim Housing | N. Alvarado St. | TBD | Under Review | Private Site/Parking Lot | All - Echo Park Lake | TBD | TBD |
| Safe Parking or Interim Housing | Cole Ave. | TBD | Under Review | LADWP Site | All - Hollywood | TBD | TBD |
| Safe Parking | Santa Monica Blvd | 20 | Under Review | Library Parking Lot | All - | $0.00 | $219,000.00 |
| Safe Parking | N. Vermont Ave | 200 | Under Review | Private Parking Structure | All | $0.00 | $2,190,000.00 |

| Hotel/Motel Leasing | Whitley Ave. | 180 | By 10/1/2020 | To be leased / 60 units for families, approx. 180 individuals | All - Hollywood | TBD | $2,956,500.00 |
|---|---|---|---|---|---|---|---|
| Rapid Rehousing/Shared Housing | W. 3rd St | 42 | By 10/1/2020 | To be leased for 42 single adults | All - Shatto/4th | TBD | TBD |
| Rapid Rehousing/Shared Housing | N/A | 120 | By 1/1/2021 | | | TBD | TBD |

## City of Los Angeles
### Sheltering Plan by Council District

| Councilmember: | Jose Huizar |
|---|---|
| Council District: | 14 |

| | |
|---|---|
| Size of District (square miles) | 24.2 |
| Unsheltered Homeless Population | 5,191 |
| Unsheltered Homeless Population with 500 feet of Freeway Underpass, Overpass, Ramps | 622 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 10 fwy and San Pedro | Y | 16 | Encampments on Both Side of San Pedro |
| 2 | 110 fwy and Olympic | Y | 12 | Encampments on Both Side of Olympic |
| 3 | 7476 North Figueroa and 134 | Y | 15 | Encampments on both Sides |
| 4 | 2900 West Broadway and 2 fwy | Y | 8 | |
| 5 | Hope and 10 fwy | Y | 16 | |
| 6 | fwy Overpass Arcadia and Main | Y | 15 to 20 | Encampments on both Sides |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Address | Capacity | Opening Date | Status | Target Encampment(s) |
|---|---|---|---|---|---|
| A Bridge Home | Paloma St. | 120 | 10/15/2020 | | Within catchment area |
| A Bridge Home | N. Main St. | 100 | 7/1/2020 | | Within catchment area |

**Proposed Additional Interventions**

| | | | | | | Estimated Cost | |
|---|---|---|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan? | | | | | | | |
| Project Type | Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Capital | Operating (Annual) |
| Interim Housing | 16th & Maple | 100 | 11/01/20 | Shelter | | TBD | $1,642,500.00 |
| Rapid Rehousing/Shared Housing | N/A | TBD | By 1/1/2021 | | | TBD | TBD |

# City of Los Angeles

### Sheltering Plan by Council District

| Councilmember: | Joe Buscaino |
|---|---|
| Council District: | 15 |

| | |
|---|---|
| Size of District (square miles) | 32.1 |
| Unsheltered Homeless Population | 2377 |
| Unsheltered Homeless Population with 500 feet of Freeway Underpass, Overpass, Ramps | 194 |

## Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Lomita Blvd @ McCoy St. | Y | 60-80 | |
| 2 | San Pedro Post Office | N | 30-40 | |
| 3 | 535 Broad Avenue | N | 40-50 | |
| 4 | F Street @ Banning | N | 40 | |
| 5 | Anaheim Bridge @ 5points | N | 20 | |

## Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Address | Capacity | Opening Date | Status | Target Encampment(s) |
|---|---|---|---|---|---|
| A Bridge Home | N. Beacon Street | 38 | 6/30/2020 | | Within catchment area |
| A Bridge Home | Eubank Ave. | 100 | 6/30/2020 | | Within catchment area |
| Permanent Housing: Non-Prop HHH - Affordable | E. 97th St. | 135 | 5/30/2020 | | |
| Permanent Housing: Non-Prop HHH - Affordable | E. 101st St. | 92 | 8/1/2021 | | |
| Permanent Housing: Non-Prop HHH - Affordable | S. Grape St. | 80 | 9/30/2021 | | |

## Proposed Additional Interventions

| | | | | | | Estimated Cost | |
|---|---|---|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan? | | | | | | | |
| Project Type | Proposed Location | Proposed Capacity | Opening Date | Description | Target Encampment(s) | Capital | Operating (Annual) |
| Interim Housing | Figueroa Place | TBD | Under Review | City-owned site | | TBD | TBD |
| Safe Parking | S. Beacon St. | 25 | By 9/1/2020 | City-owned site | | $0.00 | $273,750.00 |
| Safe Parking | S. Figueroa | 50 | By 11/1/2020 | CalTrans-owned | | $0.00 | $547,500.00 |
| Safe Parking | S. Hamilton Ave. | 25 | By 9/1/2020 | HACLA-owned | | $0.00 | $273,750.00 |
| Safe Parking | E. 116th Pl. | 25 | Under Review | Caltrans-owned | | $0.00 | $273,750.00 |
| Rapid Rehousing/Shared Housing | various | 200 | By 1/1/2021 | in partnership with service providers | | TBD | TBD |