SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
mumhofer@spertuslaw.com
emitchell@spertuslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association, JOSEPH BURK, HARRY TASHDJIAN, KARYN PINSKY, CHARLES MALOW, CHARLES VAN SCOY, GEORGE FREM, GARY WHITTER, and LEANDRO SUAREZ, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 200 inclusive,<br><br>Defendants. | Case No. 2:20-cv-02291 DOC-KES<br><br>**REQUEST FOR SUPPLEMENTAL STATUS REPORT**<br><br>**Date:** N/A<br>**Time:** N/A<br>**Ctrm:** N/A |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs hereby submit the following request for supplemental status report by Defendants, specifically to address: a) the use of federal funds by the end of 2020, 2022, and 2026, b) identification of additional funds received from HUD in the last two (2) years that may be utilized for shelter, and c) what if

1

REQUEST FOR SUPPLEMENTAL STATUS REPORT

anything has been done to obtain a variance to place individual shelters/tiny homes closer together than 10 feet.

Plaintiffs recognize the tremendous efforts undertaken by the City and County over the last several weeks to months as the COVID-19 pandemic unfolds. Plaintiffs applaud the agreements reached by the City and County to provide an additional 6700 beds over the next 18 months, with funding for five years thereafter.

However, in light of the clear commitment by Defendants to continue with settlement discussions with the intent to ultimately provide tens of thousands of shelter and interim beds for unsheltered Angelenos, and given the very short window in which certain funds are available and must be spent, Plaintiffs request additional information.

**Available Federal Funding**

According to Defendant County of Los Angeles' recent status report, the City of Los Angeles has received or will receive **$893,800,207** and the County of Los Angeles has received or will receive **$1,145,284,690** in federal dollars which may be spent on, among other things, shelter beds.[1] See County of Los Angeles Status Report, Exhibit B (Doc. No 147-2, p. 31). Those federal dollars have spending limits whereby the money must be firmly committed by certain dates.

---

[1] These funds do not include dollars coming in from the state, totaling $289,019.021.00, recent funds that were allocated from the state budget for hotel/motel purchases, or amounts that are coming in front the federal government in an amount to be determined.

2
REQUEST FOR SUPPLEMENTAL STATUS REPORT

Specifically, the following are sums that must be utilized by 2020, 2022, and 2026:

| Funds That Must Be Used by 2020 | |
|---|---|
| City | $694,405,324.00 |
| County | $1,057,341,432.00 |
| **TOTAL** | **$1,751,746,756.00** |

| Funds That Must Be Used by 2022 | |
|---|---|
| City | $184,104,539.00 |
| County | $74,274,943.00 |
| **TOTAL** | **$258,379,482.00** |

| Funds That Must Be Used by 2026 | |
|---|---|
| City | $31,963,374.00 |
| County | $13,668,315.00 |
| **TOTAL** | **$45,631,689.00** |

Of particular concern to Plaintiffs is the **$1,751,746,756.00 that must be spent by the end of 2020**, a mere 5.5 months away. This concern is even greater given the consistent representations by Defendants that funds are not available for the types of large-scale projects necessary to provide basic shelter to Los Angeles' most vulnerable population.

According to LAHSA, the current *unsheltered* homeless population, as of the 2020 Point-in-Time count was 48,041.[2] Using the approximate cost of $7,600-per-bed (the cost of Pallet shelters, which the City of Los Angeles has already vetted and approved), **for only $365,11,600.00 (18% of the identified federal funds allocated) the City/County combined could provide a bed for each unsheltered person in its jurisdiction.** While Plaintiffs recognize that

---

[2] 2020 Greater Los Angeles Homeless County Results (June 12, 2020), available at https://www.lahsa.org/news?article=726-2020-greater-los-angeles-homeless-count-results#:~:text=LOS%20ANGELES%2C%20CA%E2%80%94The%20Los,point%2Din%2Dtime%20count.

3
REQUEST FOR SUPPLEMENTAL STATUS REPORT

"tiny homes", such as Pallet shelters, are not appropriate in all circumstances, and that additional infrastructure is needed regardless of the option, the point is that expenditures must be made immediately in order to meet the 2020 deadline for the vast majority of the funds. Defendants could put in orders for their chosen options immediately to ensure the funds would be spent by the end of 2020. Certainly there is a need to research and review options, but given the rapidly closing window, action must be taken.

Plaintiffs recognize that there are many competing municipal priorities that require funding during this crisis, and by no means do Plaintiffs suggest that all available funds be spent on homeless response. However, it is right and compassionate to prioritize those most vulnerable and in need when making funding decisions, and the unsheltered population certain qualifies. Thus, Plaintiffs seek supplemental information regarding expenditures made by the City and County on homeless shelter options utilizing the federal dollars that will expire by the end of 2020.

Additionally Plaintiffs request supplemental information regarding the money that has already been allocated to the City and/or County from HUD (United States Department of Housing and Urban Development) in the last two (2) years specifically for the purpose of providing homeless shelter and services, in addition to the money recently allocated as a result of the Coronavirus pandemic.

**Pallet Shelter and Other Tiny Home Layouts**

Plaintiffs understand, upon information and belief, that Pallet shelter plans by the City of Los Angeles include 10-foot separation between each shelter, by recommendation of the Fire Department. *See, e.g.* Proposed Pallet Shelter Community in CD2, Exhibit D to City of Los Angeles Status Report (Doc. No.

4
REQUEST FOR SUPPLEMENTAL STATUS REPORT

149-4). This requirement is far greater than any other City requires (typically 2-5 foot spaces). Plaintiffs are concerned that sheltering capacity will be greatly reduced for very little benefit. Plaintiffs request additional information on the spaces required between Pallet Shelter and other Tiny Home communities, including the rationale therefore and what attempts if any have been made to achieve a variance for such a potentially unreasonable requirement.

Dated: July 15, 2020                     */s/ Matthew Donald Umhofer*
                                         SPERTUS, LANDES & UMHOFER, LLP
                                         Matthew Donald Umhofer (SBN 206607)
                                         Elizabeth A. Mitchell (SBN 251139)

                                         *Attorneys for Plaintiffs*