MICHAEL N. FEUER, City Attorney (SBN 111529)
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 North Main Street, City Hall East, 7th Floor
Los Angeles, California 90012
Telephone: 213-978-4681
Facsimile: 213-978-7011
Email: Scott.Marcus@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>Defendants. | Case No. CV 20-02291 DOC (KES)<br><br>**SECOND NOTICE OF ERRATA REGARDING EXHIBIT B TO CITY OF LOS ANGELES' STATUS REPORT IN RESPONSE TO DKT. 143 [DKT. 149-2 and DKT. 150-1] AND REQUEST TO PLACE UNDER SEAL PREVIOUS EXHIBIT B**<br><br>**Hon. David O. Carter**<br>**United States District Judge** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the previous Exhibit "B"s (Dkt. 149-2 and 150-1) to the Status Report for July 15, 2020 filed by Defendant City of Los Angeles ("City") (Dkt. 149) were erroneously filed. The document attached hereto is the Corrected Exhibit B to the City's status report (Dkt. 149). The City further requests the previous filed Exhibit Bs (Dkt. 149-2 and 150-1) be placed under seal.

DATED: July 16, 2020    MICHAEL N. FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Asst City Attorney
SCOTT MARCUS, Senior Assistant City Attorney
GABRIEL S. DERMER, Assistant City Attorney
ARLENE N. HOANG, Deputy City Attorney
JESSICA MARIANI, Deputy City Attorney

By: /s/___*Scott Marcus*_____
SCOTT MARCUS, Senior Assistant City Attorney
Counsel for Defendant City of Los Angeles

1

SECOND NOTICE OF ERRATA RE EXHIBIT B TO CITY OF LOS ANGELES' STATUS REPORT IN RESPONSE TO DKT. 143 [DKT. 149-2 and 150-1] AND REQUEST TO FILE UNDER SEAL PREVIOUS EXHIBIT B