Humberto M. Guizar, Esq., (SBN 125769)
Christian Contreras, Esq., (SBN 330269)
ccontreras@ghclegal.com
**GUIZAR, HENDERSON & CARRAZCO, L.L.P.**
Justice-X Building
3500 W. Beverly Blvd.,
Los Angeles, CA 90640
Telephone: (323) 725-1151
Facsimile: (323) 597-0101

Stephen King, Esq., (SBN 224683)
**KINGS JUSTICE LAW**
Justice-X Building
3500 W. Beverly Blvd.,
Los Angeles, CA 90640
Telephone: (323) 546-4523

Attorneys for Proposed Intervenor-Plaintiffs,
LATINO COALITION OF LOS ANGELES
& PASTOR JOSUE TIGUILA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LA ALLIANCE FOR HUMAN RIGHTS, et al.,**<br><br>   **Plaintiffs,**<br><br>   v.<br><br>**CITY OF LOS ANGELES, et al.,**<br><br>   **Defendants.** | CASE NO.: 2:20-cv-02291 DOC-KES<br>[Assigned to the Hon. David O. Carter]<br><br>**DECLARATION OF CINDY VILLEGAS ON BEHALF OF LATINO COALITION OF LOS ANGELES**<br><br>Action filed: March 10, 2020 |

**DECLARATION OF LATINO COALITION OF LOS ANGELES**

1

# DECLARATION OF CINDY VILLEGAS ON BEHALF OF LATINO COALITION OF LOS ANGELES

I, Cindy Villegas, declare as follows:

1. I am the current president of proposed Intervenor-Plaintiff, Latino Coalition of Los Angeles (hereinafter "LCLA"), I am over the age of eighteen, have personal knowledge of the truth and accuracy of the facts set forth herein and if based upon information and belief, so stated, and if called upon as a witness, I could competently testify thereto.

2. The Latino Coalition of Los Angeles is an active California nonprofit public benefit corporation.

3. The mission of LCLA is to create a collaborative infrastructure to support initiatives which will create positive change for the Latino community and other marginalized groups.

4. LCLA aims to achieve its mission by engaging in policy advocacy, endorsement activation, and coalition building. Through these strategic efforts, LCLA helps bridge the gap between marginalized communities, public servants, government agencies and business leaders.

5. LCLA's vision is to ensure communities in Los Angeles County are effectively represented and served within the political and civic institutions of Los Angeles and the nation. LCLA was created to advocate on behalf of underrepresented communities throughout Los Angeles County, convene with various multi-generational and multi-cultural leaders and stakeholders in order to broker favorable and progressive solutions among the parties involved.

6. In 2009, LCLA was born after a coalition of Central American leaders joined together to discuss the new proposed Koreatown boundaries. In the middle of a contentious debate, it became clear that the Los Angeles County Latino community needed to organize and share their

recommendations to ensure that LCLA and other marginalized groups were included in the redevelopment plans of the Koreatown-Pico Union corridors. LCLA brought together Korean, Bangladeshi, Mexican and Central American Leaders to lay out an equitable and transparent designation of community boundaries that reflected the demographics of the diverse communities.

7. Among the first key victories of LCLA was the its ability to partner with state officials to create an official El Salvador Corridor in 2010. The City of Los Angeles followed suit in 2013 and made the El Salvador Corridor an official city village.

8. In the years between, LCLA championed the election of Latino leaders within the local neighborhood and city councils, including helping to elect LA Mayor Eric Garcetti and LA City Council President, Herb Wesson.

9. LCLA consists of a Board of Directors: Cindy Villegas - President, Ingrid Rivera Guzman - Vice President, Victor Cruz, Jr. - Secretary, Edmundo Diaz - Treasurer, Jacob Montoya - Board Member, Christina Rodriguez - Board Member and Edwin Arango - Board Member; and Advisory Board members - Raul Claros, Sophia Cortez, Rashad Rucker-Trapp, Dulce Vaquez, and Dennise Mejia. General LCLA members include local community leaders serving all areas of Los Angeles City and County.

10. In the ten years since its inception, LCLA has engaged over six thousand (6,000) community members, championed nineteen (19) campaign victories, and advocated for forty-nine (49) transformative policies in partnership with our dedicated LCLA members and fifty (50) partner organizations which include : United For Skid Row, Breaking Through Barriers to Success, Homies Unidos, 2nd Call, Healing Urban Barrios, Shower of Hope, Casa Libre, Afro-American Churches of Christ of LA, Absolute Unity, LA Youth & Family Foundation, UNO Partners, Bixel

Exchange, California Latino Leadership Institute, Coalition for Responsible Community Development, East Yard Communities for Environmental Justice, Fraternidad Mazateca en Los Angeles, COFECA, Self Help Graphics, Justice for My Sister, Academia Avance, University Little League, Somos Familia Valle, Semillas de Pueblo SemAnawak, El Salvador Corridor, Reseda Blvd. Church of Christ, Immersion Workforce Los Angeles, Helping Hands Resource Center, Girls Today Women Tomorrow, Jovenes, Inc., Las Fotos Project, Corral Consulting.

11. In addition to the foregoing, LCLA is an advocate for people experiencing homelessness in Los Angeles County.

12. LCLA's past strategies reflect that Latino communities do not experience homelessness in the traditional sense, Latinos do not seek traditional homelessness resources since they use non-traditional service such as services from churches, social networks, local grid partners, youth organizations and local community leaders.

13. LCLA engages in zealous advocacy, brokers solutions to obtain favorable results among involved parties, and convenes with multicultural and multigenerational communities in order to adequately assist individuals who are experiencing homelessness in Los Angeles County. LCLA has a protectable interest in being able to provide the foregoing services to people experiencing homelessness.

14. Absent inclusion in this action, LCLA's protectable interest will be impaired and impeded insofar being excluded and deprived of the opportunity to advocate zealously and execute LCLA's mission. LCLA's protectable interest of rigorous advocacy for marginalized communities in terms of homelessness various critical issues and challenges that adversely impact the Latino community of which homelessness is previously and still currently of more dyer urgency and extremely imperative to be addressed

and even more with COVID19 and the most recent statistics.

15. Granting LCLA's application to intervene and become an intervenor plaintiff in this action will contribute known proven strategies to the problem which will maximize community partnerships that will organize and mobilize more effectively and efficiently.

16. It is imperative LCLA participate in this action in order to provide zealous advocacy to the people LCLA assists, broker solutions to obtain favorable results among involved parties, and to convene with multicultural and multigenerational communities in Los Angeles County.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on July 17, 2020 in Los Angeles, California.

*[signature]*

Cindy Villegas
President of Latino Coalition
of Los Angeles