# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. CV 20-02291-DOC (KESx)                                    Date: July 17, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL V. CITY OF LOS ANGELES ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER RE: EX PARTE APPLICATION TO INTERVENE [154]**

The Court is in receipt of Proposed Intervenor-Plaintiffs Latino Coalition of Los Angeles's and Jose Tiguila's ("Proposed Intervenors") Ex Parte Application to Intervene. Dkt. 154. The Court extends an invitation to the Proposed Intervenors to attend the next scheduled status conference in this matter, which will be calendared as soon as it can be safely scheduled in accordance with prevailing public health conditions. At that time, Proposed Intervenors can present argument in person with all parties present as to why intervention is appropriate and permissible.

The clerk will serve the minute order on the parties.

MINUTES FORM 11                                                    Initials of Deputy Clerk: kd
CIVIL-GEN