**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                    Date:  July 28, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

---

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

|   Kelly Davis   |   Not Present   |
| :---: | :---: |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| :---: | :---: |
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):   ORDER SCHEDULING STATUS CONFERENCE**

In accordance with the Court's authority to monitor the agreement reached between the parties, the Court hereby SCHEDULES a Status Conference for Friday, August 7, 2020 at 10:00AM. In order to comply with public health guidance, the Status Conference shall be held at Los Angeles City Hall, 200 North Spring Street, Los Angeles, CA 90012.

The Court will inquire about the central authority tasked with carrying out the parties' agreement and such authority's plans for implementing the agreement. The Court also intends to ask about the implementation of the agreement in each council district and supervisorial district. In addition, to better understand the effects of the ongoing pandemic, the Court asks that the parties be prepared to give an estimate of how many unsheltered individuals experiencing homelessness died during 2019 in the City and County of Los Angeles.

From the City of Los Angeles, the Court REQUESTS the attendance of the following individuals: Mayor Eric Garcetti; City Attorney Mike Feuer; Chief

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                                    Date: July 28, 2020

Page 2

Procurement Officer Shannon Hoppes; Controller Ron Galperin; City Administrative Officer Richard Llewellyn, Jr.; City Council President Nury Martinez (6th District); Councilmember Gil Cedillo (1st District); Councilmember Marqueece Harris-Dawson (8th District); Councilmember Curren Price (9th District); Councilmember Herb Wesson (10th District); Councilmember Mike Bonin (11th District); Councilmember-Elect Kevin de León (14th District); Councilmember Joe Buscaino (15th District); Councilmember Paul Krekorian (2nd District); Councilmember Bob Blumenfield (3rd District); Councilmember David Ryu (4th District); Councilmember Paul Koretz (5th District); Councilmember Monica Rodriguez (7th District); Councilmember John Lee (12th District); Councilmember Mitch O'Farrell (13th District); Police Chief Michel Moore; and Fire Department Chief Ralph Terrazas.

From the County of Los Angeles, the Court REQUESTS the attendance of the following individuals: Board of Supervisors Chair Kathryn Barger (5th District); Supervisor Hilda Solis (1st District); Supervisor Mark Ridley-Thomas (2nd District); Supervisor Sheila Kuehl (3rd District); Supervisor Janice Hahn (4th District); Chief Executive Officer Sachi Hamai; LAHSA Executive Director Heidi Marston; LAHSA Commission Chair Sarah Dusseault, Department of Health Services Director Dr. Christina Ghaly; Department of Mental Health Director Dr. Jonathan Sherin; Sheriff of the County of Los Angeles Alex Villanueva; and Fire Department Chief Daryl Osby.

To assist the Court's hearing, the Court REQUESTS the attendance of the following individuals: from the U.S. Department of Housing and Urban Development, Robert Bowes, Michael Mason, and Paul Webster; and from the California Department of Transportation ("Caltrans"), District 7 Director John Bulinski.

In addition, to represent the residents of Skid Row, who account for the largest population of individuals experiencing homelessness in the City and County of Los Angeles, the Court INVITES the attendance of Los Angeles Community Action Network Executive Director Pete White; Weingart Center President and Chief Executive Officer Kevin Murray; Union Rescue Mission Chief Executive Officer Rev. Andrew Bales; The Row Church's Pastor Stephen "Cue" Jn-Marie; community activist "General" Jeff Page; Industrial District Green Founder Katherine McNenny; and a representative of the Downtown Women's Action Coalition (DWAC).

Finally, to consider their pending Application to Intervene, the Court REQUESTS the attendance of Pastor Josue Tiguila and a representative of the Latino Coalition of Los Angeles at 2:00PM.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                                  Date: July 28, 2020

                                                                              Page 3


      To ensure that adequate social distancing is maintained, the Status Conference may be divided into a series of smaller conferences. Media representatives will be permitted to attend the Status Conference so that the public can be advised of what has transpired.

      The parties shall deliver a copy of this order to each of the individuals listed herein no later than Thursday, July 30, 2020 at 5:00PM.

      The Clerk shall serve this minute order on the parties.


MINUTES FORM 11                                    Initials of Deputy Clerk: kd

CIVIL-GEN