## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES                                    Date: August 5, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** NOTICE OF ERRATA RE: AUGUST 7, 2020 STATUS CONFERENCE [156]

At the upcoming Status Conference scheduled for 10:00 a.m. on Friday, August 7, 2020 (*see* Dkt. 156), the Court REQUESTS the attendance of LAHSA Commission Chair Wendy Greuel. The Court recently learned that Ms. Greuel is the new chairperson and welcomes her involvement in the upcoming proceedings.

The parties shall forthwith provide Commission Chair Greuel with a copy of the Court's original order (Dkt. 156) and this notice.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                    Initials of Deputy Clerk: djl
CIVIL-GEN