UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. CV 20-02291-DOC (KESx)　　　　　　　　　　Date:  August 7, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL V CITY OF LOS ANGELES, ET AL

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Not Present | Katherine Stride |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Elizabeth Mitchell<br>Matthew Umhofer | Scott Marcus<br>Byron McClain<br>Louis Miller<br>Brooke Weitzman<br>Shayla Myers |

---

**PROCEEDINGS (HELD AT LOS ANGELES CITY HALL):  STATUS CONFERENCE**

　　Various City Council Members, Mayors and City Officials also present to discuss the progress of settlement regarding the homeless population of Los Angeles and other cities in the County of Los Angeles.

　　The Court orders the transcript of the Status Conference held on August 7, 2020 be immediately produced at government expense and billed at the 3-day rate.  The transcript shall be prepared forthwith and filed on the docket with immediate release to the public.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　6 : 10
　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: djl

cc　　　Alberto_Ortiz@cacd.uscourts.gov
　　　　Transcripts_CACD@cacd.uscourts.gov
　　　　katscsr@gmail.com