**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

==**AMENDED AUGUST 12, 2020**==
**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC (KESx)            Date: June 18, 2020

Title:    LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.

---

PRESENT:   **THE HONORABLE DAVID O. CARTER, JUDGE**

|  |  |
|---|---|
| Not Present | Austin Che |
| Court Clerk | Court Recorder |

---

**PROCEEDINGS:** SETTLEMENT CONFERENCE HELD ON JUNE 18, 2020

  Settlement Conference held before Judge David O. Carter at the Alexandria Ballrooms, 501 S. Spring Street, Los Angeles, CA.

  The Court orders the transcripts for the hearing dates below be made available on the docket forthwith free of charge to all ordering parties:

June 18, 2020, Settlement Conference, Job Number is 4147826, Recorder Austin Che, transcriber, Benjamin Graham.

  The Court orders the transcript of this hearing designated as the official court record. ==The Court further orders the transcript be produced at Government expense and billed at the daily rate.==

  The recorder and transcriber referenced above are hereby ordered to submit the original transcript and notes to transcripts_cacd@cacd.uscourts.gov no later than Monday, June 26, 2020, for immediate uploading on the Court's CM/ECF document filing System.

cc: Alberto_Ortiz@cacd.uscourts.gov
     Jane W. Gilliam at calendar-la@veritext.com                _____: 44

MINUTES FORM 11                                          Initials of Deputy Clerk: kd
CIVIL-GEN