UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

_____

LA ALLIANCE FOR HUMAN RIGHTS,

et al.,

      Plaintiffs,             Case No.

    v.                            CV 20-02291

CITY OF LOS ANGELES, a Municipal     DOC-KES

entity, et al.,

      Defendants.

_____

HEARING

DATE:          Thursday, June 18, 2020

TIME:          9:26 a.m.

BEFORE:       Honorable David O. Carter

LOCATION:     Alexandria Hotel Ballroom

                501 South Spring Street

                Los Angeles, CA 90013

REPORTED BY:   Austin Che, Notary Public

JOB No.:      4147826

Page 1

A P P E A R A N C E S

ON BEHALF OF PLAINTIFFS:

ELIZABETH MITCHELL, ESQUIRE

Spertus Landes & Umhofer LLP

1990 South Bundy Drive, Suite 705

Los Angeles CA 90025

emitchell@spertuslaw.com

(213) 205-6520

ON BEHALF OF INTERVENOR LA CAN & LOS ANGELES CATHOLIC

WORKER:

SHAYLA MYERS, ESQUIRE

Legal Aid Foundation of Los Angeles

1550 West 8th Street

Los Angeles, CA 90017

ON BEHALF OF INTERVENOR OC CATHOLIC WORKER:

BROOKE WEITZMAN, ESQUIRE

Elder Law and Disability Rights Center

1535 East 17th Street

Santa Ana, CA 92705

(714) 617-5353

Page  2

A P P E A R A N C E S (Cont'd)

ON BEHALF OF DEFENDANT CITY OF LOS ANGELES:

    SCOTT MARCUS, ESQUIRE

    City of Los Angeles

    200 North Main Street, Suite 700

    Los Angeles, CA 90012-4119

    Scott.Marcus@lacity.org

    (213) 978-4681

ON BEHALF OF DEFENDANT COUNTY OF LOS ANGELES:

    BYRON MCLAIN, ESQUIRE

    Foley & Lardner LLP

    555 South Flower Street, Suite 3300

    Los Angeles, CA 90071

    bmclain@foley.com

    (323) 636-2704

ON BEHALF OF DEFENDANT COUNTY OF LOS ANGELES:

    LOUIS R. MILLER, ESQUIRE

    Miller Barondess LLP

    1999 Avenue of the Stars, Suite 1000

    Los Angeles, CA 90067-4632

    lmiller@millerbarondess.com

Page 3

A P P E A R A N C E S (Cont'd)

ALSO PRESENT:

    Andre Birotte, Judge, United States District Court

    for the Central District of California

    Mike Feuer, Los Angeles City Attorney

    Eric Garcetti, Mayor, City of Los Angeles

    Michele Martinez, Special Master

    Nury Martinez, President, Los Angeles City Council

    Mark Ridley-Thomas, Board of Supervisors, County of

    Los Angeles, Second District

E X H I B I T S

NO.               DESCRIPTION                        PAGE

                      (None marked.)

Page 4

P R O C E E D I N G S

JUDGE CARTER:  Good morning.  All right. We're officially in session.  The session's being recorded by a court reporter because it's an official United States court gathering, even though it's offsite.

And instead of identifying yourselves, when the principals speak later today, why don't we identify ourselves at that time because time's of the essence I think here.  You're awfully busy people.

I'm going to turn this over to Judge Birotte because he's been the mediator in this matter. But we've constantly consulted throughout the process. So, Judge Birotte?

JUDGE BIROTTE:  Well, good morning, everyone.  Just I'm pleased to report that the city and the county defendants have reached an agreement that endeavors to provide much needed housing to the residents here in the city and the county.

I'm certainly hopeful that this will be useful in perhaps broader negotiations as we move forward with this litigation.  This agreement was the result of committed, focused and lengthy negotiations. By my count, I think it was close to 20 hours over a two-day period, going well late into the evenings.  In fact, when we broke I think on Thursday at almost close

Page 5

to midnight, Judge Carter and I, we met for a couple of hours thereafter to sort of strategize and figure out what was going to happen the next day.

I think most, if not all the folks that were involved in this negotiation are here in this room. I will name some names. And I apologize for forgetting the names of others.

But obviously the mayor, City Council President Nury Martinez, County Chair Kathryn Barger, Supervisor Mark Ridley-Thomas, Mike Feuer, the city attorney, Skip Miller, amongst others. They were in the room for several hours on both days, which I think speaks to their individual commitment to try to address the issue of homelessness in the region.

In addition, you know, you had the lawyers and folks that provided additional expertise to help through the process. Key personnel were involved from both the city and the county. The chief administrative officer, Rich Llewellyn, who I see here, the chief legislative analyst, Sharon Tso, Sachi Hamai from the county, you know, Mary Wickham who I see here and numerous folks from her staff, Lauren Black, there's Byron McLain, Skip Miller and others.

And I know Meg and some other people that provided real, hands-on expertise that I think really

Page 6

was instrumental in trying to facilitate a resolution. And again, I submit that that demonstrates the commitment by all sides to try to address the unhoused here in this region.

And I will say it again.  I am hopeful, emphasis on hopeful, that this will a template or a launching point for broader discussions as we move forward with this litigation.  So as a result, the parties were able to reach an agreement, which I'll lay out the material terms here and now.

The city and the county have agreed to provide 6,000 beds in 10 months.  An additional 700 beds will be created eight months thereafter.  Those beds will provide housing or shelter for, first off, the thing that brought us here, at least this negotiation, people that are experiencing homelessness within 500 feet of freeway overpasses, underpasses, ramps and ramps within the city of Los Angeles and then to give priority to two other significant and vulnerable populations, to provide housing or shelter to people who are experiencing homelessness with the age of 65 or older within the city of Los Angeles and other vulnerable people that are experiencing homelessness within the city of Los Angeles.

The agreement sets forth the payment

Page 7

terms for -- the funding, I should say, for these beds. There will be 5,300 beds that will be created within 10 months. And if that is done, an $8 million bonus will be provided to the city if that 10-month target is met.

There is an additional 700 beds that will be created in that 10-month period which represents beds that were already accounted for under prior agreements. And then following that, there will be 700 additional beds that will be provided eight months after that 10-month period.

So in total, just to summarize, 6,000 beds will be created within 10 months, and then 700 beds will be created eight months thereafter. To assist in the funding, if we could scroll up there, for the 6,000 beds, the county has agreed to pay the city up to $60 million per year for five years.

The county will pay the city $53 million, which is broken up as follows: $17.66 million that will be due on September 1st of this year, another $17.6 million that will be due on January 1st of 2021 and then a following $17.67 million due April 1st of 2021.

In years two through five, the county will pay $60 million on July 1st of each year from years two through five. However, in an effort to provide some accountability, if the 6,000 new beds have not been

Page 8

created by that July payment date, the county will then be allowed to prorate the payments at a rate of $10,000 per bed that exists or will open within 60 days of that payment date.

As I mentioned, the county will pay the city a one-time bonus of $8 million if they meet the target within that 10-month period.  The county agrees also to take action to provide a package, if you will, of mainstream services for those individuals that are experiencing homelessness that are residing in facilities that have been established by the city pursuant to this agreement.

This agreement, the reason why we're here, is that it's been represented to me -- well, let me -- let me rephrase that.  This agreement is subject to the Court's approval, monitoring and enforcement. This agreement, the reason why it's here today at this hearing is because it's my understanding that it has been approved by both the city council, both the county board of supervisors and signed off by the mayor of Los Angeles.

The mayor was kind of enough to send me a photograph of the signed document yesterday morning. And the parties, pursuant to this agreement, have agreed that they would submit this to the Court, which we are

Page 9

doing today.  And that would be followed by an oral motion by the parties coupled with a written joint stipulation from both the city and the county that the preliminary injunction dated May 22nd would be vacated without prejudice, subject to the Court's later consideration of reinstatement of that injunction should the parties fail to comply with the terms that I've identified above.

So that represents the material terms of the agreement.  This is the document that was submitted to me yesterday signed by Mary Wickham, county counsel, and Scott Marcus, who is the senior assistant city attorney who was also very instrumental in the course of these negotiations.

Again, I want to thank everyone who was involved for staying the long evenings and coming back even when things got a little tense at times and really trying to get to yes.

And I guess one might say -- one might argue that I may be the winner of that pie eating contest and that I get to eat more pie and try to meet with you all again and try to work on the next phase. But I am eager and optimistic as we go forward.

So Judge Carter, those are the terms of the agreement as set forth amongst the parties.

Page 10

JUDGE CARTER:  I'd like to turn this over to the mayor, to the president of the Los Angeles Council in just a moment and to Supervisor Mark Ridley-Thomas in just a moment for any comments that you'd have to make.  And then I'll make a record from that point forward.  So, Mayor?

MAYOR GARCETTI:  Thank you, Judge Carter. And thank you for your leadership, continuing passion and focus on those who have been forgotten in this society.

I appreciate it on a personal level.  I appreciate the style that you've brought to this emergency every single day.  It has been unprecedented. And the team that you've brought in, you showed your wisdom when you brought Andre Birotte in, who has served our city incredibly well.

This is a day to celebrate the courts, by the way.  I know you have not influence over the Supreme Court.  But to wake up and see good news happening and the independence of the judiciary was certainly welcomed news for those of us that are following immigration and who care about immigrants in our society.

And today to see what that third -- this old political science major is really excited to see the impact of what a court and that third branch of

Page 11

government that we often forget when we legislate and when we execute how important it is.  Today I think bears witness to that.

We said from the beginning, Judge, this was not two opposing parties.  These were friends coming together who had all the same goal, working out the details of how to get there.

And I want to thank first the county.  I want to thank Supervisor Mark Ridley-Thomas and Supervisor Barger, the CEO's office and all of the agencies that were part of the county because from the beginning there wasn't any space between us.  It was just a matter of how, not if.

And I want to thank our city council and our city counsel, our city council led by Nury Martinez, who's done an extraordinary job.  And Joe Buscaino came as well.  And then, our city's counsel, who is embodied by Mike Feuer, for what they brought here too.

This really isn't about the county committing to the city or the city committing to the county.  This is about us committing to ending homelessness.  This is about us committing to people that we serve.  This is about us committing to going further than we ever thought we could stretch.

When I look back at the last five or six

Page 12

years in this fight, conversations I've had with Mark where we've said there's no way anything will pass, but let's try it anyways, putting plans together that we never had before.  And each time, we think we're there.  Oh my gosh, we've gotten some place that we never thought was possible.  And yet, the problem persists.

We then look at shelter in the city of Los Angeles, together with our county partners, providing service in many of those beds.  And we were patting ourselves on the back that 2,200 beds were going to pop up in 18 months, an unprecedented pace.

And then, COVID-19 hit.  And thanks to the federal government finally allowing us to prepay for the disaster -- in other words, not waiting for people experiencing homelessness to be sick first, we were able to move 6,000 people indoors in the county in a matter of two-and-a-half months.

So I think that we have shown that our capacity is always more than what we think.  And for anybody scared -- and there's a lot of people who are not in this first row, but in the second and third row who are the ones who actually make this work, Judge.

It is excruciatingly difficult work.  It requires long nights and long hours and people who hit the streets and people who have conversations dozens of

Page 13

times with individuals not in a good place in their life and not in a good place in our city. But this commitment that we make also because the agreement says what the county will do, I think it's implicit.

But because we have media and others here too from the public, it's important for us to know our commitment from the city is just as big. It's not in the agreement because we've already said we will do this.

But we are putting not just tens of millions, but hundreds of millions of dollars behind sheltering people in housing and making sure that this COVID-19 moment doesn't result in us just saying, hey, we brought them indoors for a few months. But they hit the streets again. Shame on all of us if that's the outcome and one crisis returning to an old one.

It is our commitment to make sure that as many people as we can, from those that have been brought indoors as well as the other ones that we are going to focus on in this agreement, that in those first 10 months to bring 6,000 people into shelter and into housing. And then, in the eight months that follows, to be able to do 700 more, which I think is just the details of this.

If we do that successfully in the first

Veritext Legal Solutions
866 299-5127

10 months, I know that we can inspire our governor, inspire our Washington leaders, no matter whom they're going to be, to do more as well with us.

We will finally see, I am confident, the first reduction in homelessness that we have seen in five or six years.  And to see that is going to be the long-awaited victory that you rightly so can claim a good part of the credit for.  So our commitment is to stretch beyond our reach every single day.

And one last thing I'll say.  All of us are committed to making sure we spend this money on those that have the greatest need.  I think the county and the city are aligned on that, to yes, look at those places where people may be unhealthy, to look at those places that we see, but also to make sure we're always spending that money on those that are closest to death.

Three people a day are dying on the streets of Los Angeles from homelessness.  And, you know, that doesn't get a nightly report like COVID-19.  And long after COVID-19, there won't be a nightly report of the three people who died.

But if we do our work right, maybe we can see a day where we're not looking at that statistic and we don't have to have those sobering numbers because behind each one of those numbers is a person.

Page 15

So we're really excited.  And thanks again to everybody who negotiated long hours.  Thanks again to Judge Birotte who brought a particular set of skills to this and a can-do spirit and you're his fellow judge in this.  Thanks, Judge.

JUDGE CARTER:  Mayor, thank you very much.  Nury Martinez is the president of the Los Angeles City Council.  Nury, do you want to sit there --

COUNCILMEMBER MARTINEZ:  Sure.

JUDGE CARTER:  -- or do you want to take my place?

COUNCILMEMBER MARTINEZ:  No, no.  I can -- I can sit here.

JUDGE CARTER:  Sure.

COUNCILMEMBER MARTINEZ:  Thank you.  Thank you, Judge Carter.  And thank you for having us this morning.  I just wanted to also thank Judge Birotte for his patience and his guidance in our mediation sessions last week.  I think they were very trying.  But it also turned out to show how dedicated some of us really are to making sure that we get to the root of the problem.

Sir, you're a true gentleman.  It's been a pleasure to work with you.  And thank you so much for providing your guidance and your leadership through

Page 16

these trying times and getting us here to a resolution.

Judge Carter, you know, I don't mince words.  Part of what we've seen over the last couple of weeks in the streets of Los Angeles is an outcry for fairness and equality.  I think people are sick and tired of being sick and tired.

The numbers that LAHSA released last week is nothing to be proud of.  I think we need to address the fundamental reasons as to why people end up homeless and why certain communities, black and brown communities in particular, are bearing the burden and have to deal with the solutions to deal with homelessness.  And at the root of all of this is racism.  And I think we need to get serious about how we're going to end this crisis.

I want to applaud my counterparts at the county and particularly Supervisor Mark Ridley-Thomas and Kathryn Barger.  I think, Ridley, you and I spent a whole lot of time on Thursday trying to figure this out for not only our neighborhoods but the county in general.  And I think you and I don't mince words.

And I think we are very committed to ensuring that this issue is resolved in an equitable way and also ensure that no matter what spreadsheet we're looking at, what data we're looking at, at the end of the day all we need to do is walk down the street and

Veritext Legal Solutions
866 299-5127

see people living on the sidewalks. That's enough for me to say we haven't done enough.

Six thousand beds is a long way. We've come a long way. I think our financial commitment to ensuring that the beds and the shelters are built and that the services for those folks are provided.

But at the end of the day, if we do not figure out how to put people first, we're going to continue this cycle of poverty, of racism, of people who are living on our streets and dying because certain obstacles have not been addressed.

So I just want to make sure that we all understand that this is a first step in a long road to try to resolve this issue with the partnership of the county and the city.

On behalf of the city council, I have to tell you our folks have spent hours in closed session dealing with this issue and wanting to make sure that you knew that we are committed to continuing the long road ahead of us to ensure that people finally get off the streets and that communities are treated fairly and that we're providing the services that are long overdue for folks living on our sidewalks.

JUDGE CARTER: Thank you. Mark Ridley-Thomas, our esteemed supervisor, please?

Page 18

SUPERVISOR RIDLEY-THOMAS:  Your Honor, Your Honor, colleagues, delighted to be here on behalf of the county of Los Angeles.  I send greetings on behalf of the chair of the board, who is currently in the midst of negotiating what has to be the county's economic solvency with our credit raters.  And all of this in some way informs how the county can step up and partner with the city.

Absent capacity, not a whole lot can get done.  To the extent that that is the case, we are evidencing in a concrete way our commitment to drive forward what needs to be done in terms of servicing the county's highest priority as made abundantly clear over and over again.  We have said it.  We mean it.  This is a moral crisis of consequence.

To the extent that it is so, we have to show evidence of commitment.  I want to acknowledge the overture, both symbolic and substantive, that the president of the city council made to me directly in saying we need to join hands and make this work.  It takes a willingness.  It takes a certain kind of disposition on the part of the respective parties to do what is an incredibly difficult task.  It is not for the faint of heart.  It is not uncomplicated.  It is dynamic.  And it continues to evolve.

Page 19

We describe it as homelessness and we do so because we know all of what that means.  And we continue to learn more as we dive deeper and deeper.  The mayor and I have been working this issue as effectively as is reasonable for the past five years, making it a centerpiece of our respective efforts in office.  And this is yet another step in the direction of saying we will not give up.  We will not turn back, no matter how hard that might be.

So with the city council, the mayor and with the board of supervisors essentially saying we can get this done, that ought to send a message of consequence far and wide of our resolve.  Let me hasten to make the point that the uptick in homelessness means that we need to work harder.  We need to work smarter.  We need to run faster.

This is nowhere near being over.  This is yet another installment.  We need to understand the mental health dimensions of this more effectively, the substance use issues of it.  We need to understand the economic crisis that informs it and drives it and yet not lose sight of taking the opportunity at each juncture to celebrate the progress that we have made.

And I think when you think about Measure H, we think about progress.  Absent that, a lot of what

Veritext Legal Solutions
866 299-5127

we're talking about today simply would not be the case.

I want to make the point that when we think about Project Roomkey, we are thinking about now the city, the county, the state as well as the federal government figuring out how to work together.  And might I just simply assert we need more of that.  It will require that.

If we pay attention to the most recent study issued by Columbia University -- there's an alum here of that great institution -- they made it clear that the unemployment rate pursuant to the pandemic will drive homelessness up as much as 40 to 45 percent across the nation.  In California, that looks like 20 percent.

With a 13 percent uptick in the region that we define as Los Angeles, we know that that will have a material impact that will be relatively daunting. If it's 20 percent, let me just simply say we need to roll up our sleeves anew and get to work.  There is no backing away from this.  There is no set of shortcuts that I can conceivably imagine.

And so, Your Honor, Your Honor, we're here to say that we evidence our commitment to confront the homeless crisis in this county with new resolve, with a sense of purpose that will not be assuaged by an uptick in the crisis.  It is our responsibility.  And we

Page 21

are stepping up to it.  And I thank you.

JUDGE CARTER:  Okay.  I also want to compliment besides the city attorney, Mark and Marcus, I want to recognize Skip Miller and Byron and this whole team of fabulous people on the county side as well.  And I think we've neglected to mention their names.

I'm going to give you some random thoughts.  And I think you can take your anxiety level by anticipating what the Court's going to eventually do because obviously we wouldn't have called this meeting unless it was going to be an eventual approval by the Court.

But let me get there and speak bluntly to all of you about my concerns with complete transparency when we're in one room together because I think this is the day that potentially we're starting to turn this huge ship in a positive direction.

I think truly this is the day of the beginning of the changing of that course.  And it's a hard and difficult course.  There's nothing easy about that.  So first, harder, smarter, faster.  Mark Ridley-Thomas just said that.

I worry and worried in the past not that you weren't reputable, outstanding representatives.  I became concerned about the inertia of what I call a

Page 22

broadly defined bureaucracy where you with good intentions made a request or made an order.  And it came down through so many layers, quite frankly, that there was an attempt to carry it out.  But it was mired in a system that wasn't responsive.  I may be wrong about that.

I got concerned that we were reacting well in the crisis of COVID, which is a God-awful thing that's occurred but also is forcing us into new and innovative ways in this transitional period.  And I was worried and am worried that when this crisis hopefully finally ends, that we don't return to what's always been called for as a FEMA-like response.

So it has nothing to do with non-credibility or nonbelief on the Court's part in each of you individually as leaders.  It was coming to me and to my colleagues as a sense of almost unintended inertia.

The Court's taken away the first barrier.  The first barrier is the cost.  And so, $1.2 billion is voted and $355 million is supposed to be coming to us through another measure.  That's going to be deceased this year.  And whatever that was, we're going to measure from now on with all of you the product that's produced, not necessarily the timeline and the fulfilment of what could occur years in advance.

Page 23

So from this point forward, I hope we have an informal agreement that we're measuring what we produced along with where we hope to go.  Would that -- would that be fair?  So we're actually producing?  Mayor, is that --

MAYOR GARCETTI:  Absolutely.

JUDGE CARTER:  Nury?

COUNCILMEMBER MARTINEZ:  Yeah.

MAYOR GARCETTI:  Yeah.  We can give you those numbers today.

JUDGE CARTER:  Yeah.  Because it's easy to tell folks what we're going to do and then, oops, we made a mistake three years later.  So the accountability now needs to be on the front side for all of us, including the Court, about what are we actually putting out there as a product in a timely fashion.

Second, I want to give back to you that faith and trust and be the first of all of our entities of the judiciary to say by virtue of this agreement, we would always prefer that you are the driving force, that the Court's not.

And therefore, we really appreciate the fact that you've come together and that you now are doing what you've traditionally done, but even faster, smarter, harder.  And that is taking the lead.  It's

Page 24

better to work with you when this isn't perceived to be forced on you, whether this is coming from you.  And I think you've achieved that.  You've given that trust back.  We give that trust back to you right now as the first gesture.  And that's our faith and trust.

The third thing is -- and I don't know if LAHSA is here.  But I want to compliment LAHSA.  I want to compliment Heidi.  I don't know if she's here, or Sarah.

But I've been abrupt.  And I have to tell you and say to you openly I am very concerned about the bureaucracy where an entity doesn't have power but can be a well-intentioned but not fast enough acting entity. I think we can walk and chew gum at the same time.  I think we're going to work extraordinarily well together.

So two things have happened.  We have no excuse for a lack of money any longer.  Whatever FEMA is compensating, it's 75 percent now, we know that those funds will run out some day.  So we've got to be smart with our money.  And when that comes to fruition, that puts a tremendous burden on you the city and a burden on the county.

I now go to bed every night thinking one thing.  How is a homeless person getting a little bit better life tonight?  Now what does that mean?

Page 25

Historically that used to mean $600,000 hypothetically for long-term supportive housing.  If your public will support that, I love that.  I'm onboard.

But right outside, Mayor, is a $7,000 unit that you and the council is responsible for.  We moved through a competitive price situation down from an amount that was an obstacle to me at $600,000 to make progress to a $7,000 unit which may give you the latitude to go forward in an economical manner and do it quickly.

Number two, I'm not espousing this, but we'll give you government accountants.  For a long time, Shayla, and I think she was here, said that we couldn't even get a toilet out in the city sufficiently for years and years until this crisis came along.  And then, humanity took over.

If that's the case, I know the advocates may be opposed, but there is no more reason from the federal court that you have to fear if you decide to go to the lowest common denominator.

But if you can get in toilets, restrooms, give a person a shower, get medical, get a parking lot, bring your own tent, whatever you want to do to make this fit economically, there's no more excuse or no more fear from the Court's part that we won't work with you

Page 26

to make it better.

Now, do we want that?  Of course we don't want government in -- you understand that.  But if that's the end result of where our finances are, the Court's no longer a roadblock.  And I think Judge Birotte and I have talked about that with our colleagues over in the federal court on so many occasions.

So what gets a male or female off the street with just a shower, a medical checkup, some food for goodness sakes?  So Mayor, you have no more obstacle from the Court.  That's your decision in terms of humanity.  That's your decision, Nury, in terms of cost. MRT, that's your decision in terms of cost.  That's taken off the board.

Number two, the Court doesn't ever want to be put in a position of having LAHSA argue to me that, gee, we have 65-year-olds.  And if we clear people from living under freeway systems, we can't do both. Where's Heidi?  I want to compliment her.  Heidi, first of all -- not here?  Well, I'll put this on the record. My compliments to her.

But it started to appear to me that as you were in the past conflict years ago between the city and the county and you created LAHSA with a good intention, I have to say openly though if LAHSA is a

Page 27

barrier in this process where you in good faith have entered into this process, then I have to hold the city and county accountable for that. And they're not a party to the lawsuit.

So I am deeply concerned that that past interaction, in good faith with good people in that agency, that I'm hoping that you can sort out their sense of responsibility because they have no power. But they've got lots of money. And therefore their idea that they're going to proceed at their pace is off the table.

That September 1st date doesn't necessarily now with your good faith have to have absolute compliance. In other words, we want to work together. That may have to be sequential. But I have to see substantial compliance or effort by September 1st. And if that's the good faith, then I'm onboard with you.

The last thing is I'm deeply concerned about this racial disparity. I don't know how we explain 9 percent of our black American population with 40 percent -- 32 percent according to LAHSA, but 40 percent from the stats I'm getting and 70 percent on Skid Row.

So therefore I've reached out privately

Veritext Legal Solutions
866 299-5127

to MRT in a phone call.  I've reached out more times or vice-versa to the mayor.  And Nury, I think I call you twice a week or more.  I don't know where to start.

But I invited Jon Sherin today.  And as we go into the next stage of mandatory mediation, which I'm going to ask you about in a moment because this is the beginning, then I'd like to start in let's say some of the less affluent areas because the first people that take our option are the lucky people.  They're the people getting in.  And I think we can do both frankly. I think we can get a safer freeway system.

And here's the box that I got put into. The parties cannot argue to me that our freeways are unsafe and I can't use 16th and Maple Street because people are dying of fumigation, horrific conditions and then the city not be willing to grant me a permit saying I can.  It's one of the other.

And a federal court is going to take the position where if people are dying 23 years earlier than a normal citizen when health and safety is concerned, how would you expect us to react?  That's why the preliminary injunction was handed down.

This could not be the new normal for Los Angeles.  People cannot be living under our freeway systems.  They cannot be living under our overpasses.

Page 29

And you can't tell the federal court that people are dying of that and then expect this to continue without some kind of injunctive relief.

So that's why public safety and particularly public health was the genesis of that appearing.  I think we can do both.  I think we can get the 65-year-olds that you've written about, that you need, quite frankly.  I think we should be working together on that.  I think we should be getting that federal money back as quickly as we can.  So you've got to move on that.

The last thing, or two things are this. Tomorrow each district is going to submit a plan to the Court about how to humanely clear these overpasses and underpasses.  And that's coming from the board of supervisors also tomorrow because I granted a one-week continuance.  Now you look stunned.  I want to make sure.

COUNCILMEMBER MARTINEZ:  I think you mean --

MR. MARCUS:  Your Honor --

COUNCILMEMBER MARTINEZ:  I think you mean the city council plans --

JUDGE BIROTTE:  The city council.

COUNCILMEMBER MARTINEZ:  -- not the

Page 30

county.

JUDGE CARTER:  I thought the board of supervisors --

COUNCILMEMBER MARTINEZ:  No.  I think --

JUDGE CARTER:  -- was submitting a plan also.

COUNCILMEMBER MARTINEZ:  -- you granted us a week to submit our district plans.

JUDGE CARTER:  District.  Each district. I thought that the board was also.

MR. MARCUS:  Correct.  Yes.  Each party is submitting a status report.  It's actually due today under the Court's order.

MS. MARTINEZ:  Yes.

JUDGE CARTER:  Yeah. My apologies.  It's today at 12:00 noon.  I'm anxious to read those and then to work with you.  So I was going to ask if -- and I haven't read those yet.  I was going to ask if we could conduct a mandatory mediation next week on the much broader issue.

This is a first step.  If we're going to proceed, we need some kind of omnibus agreement concerning policies, procedures, et cetera and then hopefully going back and working with each councilperson or the chair separately.

Page 31

If all that's possible, if we could reach that agreement, I think you'd be able to take the next step.  And that is moving through the residential -- or from the freeway system with health and safety issues into your community and deciding how we're going to progress.

Now that puts tremendous strain on LAHSA, and I understand that.  But smarter, faster.  They have to keep up now.  But we'll work together, I hope, and make that palatable for everybody.  Michelle, what am I forgetting?

MR. MCLAIN:  So to be clear, Your Honor, that plan is due tomorrow now at noon?

MS. MARTINEZ:  No.  Today.

JUDGE CARTER:  It was due today.  But guess what?  You have another 24-hour extension.

MR. MCLAIN:  Thank you, Your Honor.

JUDGE CARTER:  Make it tomorrow, okay?  Because this has taken all of our time.  Lastly I'd like to give you a vision for a moment.  I don't know where you're eventually going to go.

But wouldn't it be wonderful, as a great American once said about a dream, that we could literally humanely go out into our community and approach people who are homeless in a humane way and

Page 32

persuade them that we've created something better?

Maybe not something that's perfect. But even if it's a shower, a shave, a meal, some medical attention, some mental health, wouldn't that be wonderful to at least get started with that instead of waiting for the perfect solution?

I mean, wouldn't it be wonderful if we could persuade those people to do that with no or minimal police officers? I'm not advocating either way. But if we don't need it, why do it? If we do, maybe the police officers 10 yards back in case we have a 5150 or whatever, so -- or, you know, a young person.

Wouldn't it be wonderful if we could get Jon Sherin's team out there, you know, walking, talking to these people with two or three weeks' notice? And if we can accomplish that, I really believe we're going to get the 50, 60, 70 percent because these folks will come in.

We've been through 12 encampments so far with Brooke who is here. We've had minimal problems, I think Carol and Brooke would attest. And number two, your strongest people will be your actual advocates who will actually go out and talk to their clients and persuade them to come in.

So we're always dealing with that 1

Page 33

percent who might be non-law-enforcement-abeyant opposed to the 60 or 70 or 80 percent who will literally come in and seek shelter immediately if we just built something a little bit better.  And it's for you, Mayor, to define what's a little bit better.  So if it's a $600,000 unit, fine.  If it's a $6,000 popup, fine.  If you have to go to encampments because it's so overwhelming, you don't have the barrier of the federal court any longer.

Finally, don't be afraid to make a mistake.  Let me repeat that.  Gosh, I want to apologize for you for all the mistakes I've made and in particular my abruptness.  I want you to embrace Judge Birotte for safety.  I'm just kidding.

Okay.  Unless I'm willing to take a chance and you're willing to take a chance and actually make a mistake and back up and do it right, we're never going to get started.  We're not trying to make mistakes.  We're just trying to break this inertia.  And if we can do that, I really believe that we can turn this ship around.

Andre, you have anything further to say?

JUDGE BIROTTE:  No.  The only thing, I just want to make sure we're clear that pursuant to the agreement, my understanding is that the parties are going to make oral motion to vacate the preliminary

injunction.

And it's my understanding that the parties actually may have a joint stipulation that they will later file or docket today --

JUDGE CARTER:  That's fine.

JUDGE BIROTTE:  -- for your consideration.

JUDGE CARTER:  But we just need confirmation that the council has voted this because paragraph six, when this was being drafted, simply stated the agreement subject to city and counsel approval.  We understand it formally.  Is that correct, council?

COUNCILMEMBER MARTINEZ:  That's correct.

JUDGE CARTER:  Yeah.

JUDGE BIROTTE:  And it's also been approved by the supervisors as well.

JUDGE CARTER:  Let's make sure.  Mark Ridley-Thomas, has that been approved as well?

SUPERVISOR RIDLEY-THOMAS:  Correct.

JUDGE CARTER:  That's fine.

JUDGE BIROTTE:  All right.

JUDGE CARTER:  Then is there an oral motion at this time?

MR. FEUER:  Yes, Your Honor.  We would

Veritext Legal Solutions
866 299-5127

make that motion that we request the Court vacate the preliminary injunction subject to the Court's reconsideration in the event the parties don't live up to the terms of the agreement that you ratified today.

JUDGE CARTER:  Let me say it's granted with pleasure and with an anticipation of all of us working together.  And I want to thank each of you.  Mayor, I want to personally thank you and I want, Nury, especially you, all the calls.  And Mark Ridley-Thomas, thanks for being who you are.

SUPERVISOR RIDLEY-THOMAS:  Thank you, sir.

MR. MILLER:  Your Honor?  We ask also that -- on behalf of the county, we join in the city's request that the injunction be vacated.  We also ask that the agreement be approved by the Court.

JUDGE CARTER:  The agreement's approved by the Court.

MR. MILLER:  Thank you.

JUDGE CARTER:  That's good.  Thank you very much.

MR. FEUER:  Your Honor, would the Court like us to supply to the Court a written stipulation to this effect or is that sufficient today?

JUDGE CARTER:  This place echoes, and I

Page 36

can't --

MS. MARTINEZ:  A written stipulation --

JUDGE BIROTTE:  Whether or not you want a stipulation and order filed with the Court.

JUDGE CARTER:  Yes, please.  On that docket.

MR. FEUER:  Yeah.  We will do something.

JUDGE CARTER:  Mike, I'd appreciate that. And I want to thank Marcus also.  Okay.  Is there anything further?

MS. MARTINEZ:  You want to ask -- [off mic.]

JUDGE CARTER:  No, not now.  This doesn't --

MR. FEUER:  Your Honor?

JUDGE CARTER:  Is there a convenient date so that I'm not ordering, I'm simply requesting that you can start into a discussion of whether we can reach a holistic agreement concerning the entire city and the entire county?  This is a great first step.  But we've got a ways to go.  Is there any date convenient for you?

MAYOR GARCETTI:  Is there any what? Sorry.

JUDGE CARTER:  To be available to start what I call the omnibus discussion with Judge Birotte.

Veritext Legal Solutions
866 299-5127

I may be present.  But usually I stay in the court and we communicate.

MAYOR GARCETTI:  Whenever, Your Honor.

JUDGE CARTER:  Why don't we contact your offices informally sometime next week?

MAYOR GARCETTI:  Absolutely.

JUDGE CARTER:  We want to start immediately.  So Shayla, you'll be available.  Carol?

MS. MILLER:  Yes, Your Honor.

JUDGE CARTER:  Okay.  Let us work that date out.  We're thinking about next Wednesday or Thursday to start with.  We don't want to get into a discussion over the weekend.  It takes us away and having to come back.  So we're thinking next Wednesday.

Okay.  I want to thank my colleague.  And a lot of our colleagues are involved and aware of this.  This isn't just two judges.  Trust me, the federal court is watching this very, very closely.  So thank you, Judge.  Appreciate it.

JUDGE BIROTTE:  Thank you.

JUDGE CARTER:  Thank you.

MAYOR GARCETTI:  Thank you, Your Honor.

COURT REPORTER:  Off the record?

JUDGE BIROTTE:  Yes.  Yes.  Now we're -- yeah.

Page 38

COURT REPORTER:  The time is 10:10 a.m.
We are off the record.

(Whereupon, at 10:10 a.m., the proceeding

was concluded.)

Veritext Legal Solutions
866 299-5127

CERTIFICATE OF NOTARY PUBLIC

I, AUSTIN CHE, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

AUSTIN CHE

Notary Public in and for the

State of California

Page 40

CERTIFICATE OF TRANSCRIBER

I, BENJAMIN GRAHAM, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

BENJAMIN GRAHAM

Page 41

**[& - alliance]**

| & | | |
|---|---|---|
| **&** 2:4,10 3:12 | | |

**1**

**1** 33:25
**1.2** 23:19
**10** 7:12 8:2,4,6,9 8:12 9:7 14:20 15:1 33:11
**10,000** 9:2
**1000** 3:21
**10:10** 39:1,3
**12** 33:19
**12:00** 31:16
**13** 21:14
**1535** 2:20
**1550** 2:14
**16th** 29:14
**17.6** 8:19
**17.66** 8:18
**17.67** 8:21
**17500** 40:19
**17929** 41:19
**17th** 2:20
**18** 1:13 13:11
**19** 13:12 14:13 15:19,20
**1990** 2:5
**1999** 3:21
**1st** 8:19,20,21,23 28:12,17

**2**

**2,200** 13:10
**20** 5:23 21:13,17
**20-02291** 1:7
**200** 3:5
**2020** 1:13
**2021** 8:20,21
**205-6520** 2:8
**213** 2:8 3:8

**22nd** 10:4
**23** 29:19
**24** 32:16

**3**

**32** 28:22
**323** 3:16
**3300** 3:13
**355** 23:20

**4**

**40** 21:12 28:22,22
**4147826** 1:20
**45** 21:12

**5**

**5,300** 8:2
**50** 33:17
**500** 7:16
**501** 1:17
**5150** 33:11
**53** 8:17
**555** 3:13

**6**

**6,000** 7:12 8:11,14 8:25 13:16 14:21 34:6
**60** 8:15,23 9:3 33:17 34:2
**600,000** 26:1,7 34:5
**617-5353** 2:22
**636-2704** 3:16
**65** 7:21 27:17 30:7

**7**

**7,000** 26:4,8
**70** 28:23 33:17 34:2
**700** 3:5 7:12 8:5,8 8:12 14:23
**705** 2:5

**714** 2:22
**75** 25:18

**8**

**8** 8:3 9:6
**80** 34:2
**8th** 2:14

**9**

**9** 28:21
**90012-4119** 3:6
**90013** 1:18
**90017** 2:15
**90025** 2:6
**90067-4632** 3:22
**90071** 3:14
**92705** 2:21
**978-4681** 3:8
**9:26** 1:14

**a**

**a.m.** 1:14 39:1,3
**abeyant** 34:1
**ability** 40:9 41:7
**able** 7:9 13:15 14:23 32:2
**abrupt** 25:10
**abruptness** 34:12
**absent** 19:9 20:25
**absolute** 28:14
**absolutely** 24:6 38:6
**abundantly** 19:13
**accomplish** 33:16
**accountability** 8:25 24:13
**accountable** 28:3
**accountants** 26:12
**accounted** 8:7
**accurate** 40:8 41:5
**achieved** 25:3
**acknowledge** 19:17

**acting** 25:13
**action** 9:8 40:11 40:15 41:8,12
**actual** 33:22
**addition** 6:15
**additional** 6:16 7:12 8:5,8
**address** 6:13 7:3 17:8
**addressed** 18:11
**administrative** 6:19
**advance** 23:25
**advocates** 26:17 33:22
**advocating** 33:9
**affluent** 29:8
**afraid** 34:9
**age** 7:21
**agencies** 12:11
**agency** 28:7
**ago** 27:23
**agreed** 7:11 8:15 9:24
**agreement** 5:16,21 7:9,25 9:12,13,15 9:17,24 10:10,25 14:3,8,20 24:2,19 31:22 32:2 34:24 35:11 36:4,16 37:19
**agreement's** 36:17
**agreements** 8:7
**agrees** 9:7
**ahead** 18:20
**aid** 2:13
**al** 1:5,9
**alexandria** 1:16
**aligned** 15:13
**alliance** 1:4

Page 1

[allowed - carter]

**allowed**  9:2
**allowing**  13:13
**alum**  21:9
**american**  28:21 32:23
**amount**  26:7
**ana**  2:21
**analyst**  6:20
**andre**  4:3 11:15 34:21
**anew**  21:18
**angeles**  1:8,18 2:6 2:10,13,15 3:2,4,6 3:10,14,18,22 4:5 4:6,8,10 7:18,22 7:24 9:21 11:2 13:8 15:18 16:7 17:4 19:3 21:15 29:24
**anticipating**  22:9
**anticipation**  36:6
**anxiety**  22:8
**anxious**  31:16
**anybody**  13:20
**anyways**  13:3
**apologies**  31:15
**apologize**  6:6 34:10
**appear**  27:22
**appearing**  30:6
**applaud**  17:15
**appreciate**  11:11 11:12 24:22 37:8 38:19
**approach**  32:25
**approval**  9:16 22:11 35:12
**approved**  9:19 35:17,19 36:16,17
**april**  8:21

**areas**  29:8
**argue**  10:20 27:16 29:13
**assert**  21:6
**assist**  8:13
**assistant**  10:12
**assuaged**  21:24
**attempt**  23:4
**attention**  21:8 33:4
**attest**  33:21
**attorney**  4:5 6:11 10:13 22:3 40:13 41:10
**audio**  40:7 41:3
**austin**  1:19 40:2 40:20
**available**  37:24 38:8
**avenue**  3:21
**awaited**  15:7
**aware**  38:16
**awful**  23:8
**awfully**  5:9

**b**

**b**  4:15
**back**  10:16 12:25 13:10 20:8 24:17 25:4,4 30:10 31:24 33:11 34:16 38:14
**backing**  21:19
**ballroom**  1:16
**barger**  6:9 12:10 17:17
**barondess**  3:20
**barrier**  23:18,19 28:1 34:8
**bearing**  17:11
**bears**  12:3

**bed**  9:3 25:23
**beds**  7:12,12,13 8:1,2,5,6,9,12,12 8:15,25 13:9,10 18:3,5
**beginning**  12:4,12 22:19 29:7
**behalf**  2:2,10,17 3:2,10,18 18:16 19:2,4 36:14
**believe**  33:16 34:19
**benjamin**  41:2,20
**best**  40:9 41:6
**better**  25:1,25 27:1 33:1 34:4,5
**beyond**  15:9
**big**  14:7
**billion**  23:19
**birotte**  4:3 5:11,13 5:14 11:15 16:3 16:17 27:6 30:24 34:12,22 35:6,16 35:22 37:3,25 38:20,24
**bit**  25:24 34:4,5
**black**  6:22 17:10 28:21
**bluntly**  22:13
**bmclain**  3:15
**board**  4:9 9:20 19:4 20:11 27:14 30:15 31:2,10
**bonus**  8:3 9:6
**box**  29:12
**branch**  11:25
**break**  34:18
**bring**  14:21 26:23
**broader**  5:20 7:7 31:20

**broadly**  23:1
**broke**  5:25
**broken**  8:18
**brooke**  2:18 33:20 33:21
**brought**  7:15 11:12,14,15 12:18 14:14,18 16:3
**brown**  17:10
**built**  18:5 34:3
**bundy**  2:5
**burden**  17:11 25:21,21
**bureaucracy**  23:1 25:12
**buscaino**  12:16
**busy**  5:9
**byron**  3:11 6:23 22:4

**c**

**c**  2:1 3:1 4:1 5:1
**ca**  1:18 2:6,15,21 3:6,14,22
**california**  1:2 4:4 21:13 40:22
**call**  22:25 29:1,2 37:25
**called**  22:10 23:13
**calls**  36:9
**capacity**  13:19 19:9
**care**  11:22
**carol**  33:21 38:8
**carry**  23:4
**carter**  1:15 5:2 6:1 10:24 11:1,7 16:6 16:10,14,16 17:2 18:24 22:2 24:7 24:11 31:2,5,9,15 32:15,18 35:5,8,15 35:18,21,23 36:5

Veritext Legal Solutions
866 299-5127

[carter - court]

36:17,20,25 37:5,8
37:13,16,24 38:4,7
38:10,21
**case** 1:6 19:10
21:1 26:17 33:11
**catholic** 2:10,17
**celebrate** 11:17
20:23
**center** 2:19
**centerpiece** 20:6
**central** 1:2 4:4
**ceo's** 12:10
**certain** 17:10
18:10 19:21
**certainly** 5:19
11:20
**certificate** 40:1
41:1
**certify** 40:3 41:2
**cetera** 31:23
**chair** 6:9 19:4
31:25
**chance** 34:15,15
**changing** 22:19
**che** 1:19 40:2,20
**checkup** 27:9
**chew** 25:14
**chief** 6:18,20
**citizen** 29:20
**city** 1:8 3:2,4 4:5,6
4:8 5:15,18 6:8,10
6:18 7:11,18,22,24
8:4,15,17 9:6,11
9:19 10:3,12
11:16 12:14,15,15
12:20,20 13:7
14:2,7 15:13 16:8
18:15,16 19:8,19
20:10 21:3 22:3
25:21 26:14 27:23
28:2 29:16 30:23

30:24 35:11 37:19
**city's** 12:17 36:14
**claim** 15:7
**clear** 19:13 21:10
27:17 30:14 32:12
34:23
**clients** 33:23
**close** 5:23,25
**closed** 18:17
**closely** 38:18
**closest** 15:16
**colleague** 38:15
**colleagues** 19:2
23:17 27:6 38:16
**columbia** 21:9
**come** 18:4 24:23
33:17,24 34:2
38:14
**comes** 25:20
**coming** 10:16 12:5
23:16,20 25:2
30:15
**comments** 11:4
**commitment** 6:13
7:3 14:3,7,17 15:8
18:4 19:11,17
21:22
**committed** 5:22
15:11 17:21 18:19
**committing** 12:20
12:20,21,22,23
**common** 26:20
**communicate** 38:2
**communities**
17:10,10 18:21
**community** 32:5
32:24
**compensating**
25:18
**competitive** 26:6

**complete** 22:14
**compliance** 28:14
28:16
**compliment** 22:3
25:7,8 27:19
**compliments**
27:21
**comply** 10:7
**conceivably** 21:20
**concerned** 22:25
23:7 25:11 28:5
28:19 29:20
**concerning** 31:23
37:19
**concerns** 22:14
**concluded** 39:4
**concrete** 19:11
**conditions** 29:15
**conduct** 31:19
**confident** 15:4
**confirmation** 35:9
**conflict** 27:23
**confront** 21:22
**consequence**
19:15 20:13
**consideration** 10:6
35:7
**constantly** 5:12
**consulted** 5:12
**cont'd** 3:1 4:1
**contact** 38:4
**contest** 10:21
**continuance** 30:17
**continue** 18:9 20:3
30:2
**continues** 19:25
**continuing** 11:8
18:19
**convenient** 37:16
37:21

**conversations**
13:1,25
**correct** 31:11
35:12,14,20
**cost** 23:19 27:12
27:13
**council** 4:8 6:8
9:19 11:3 12:14
12:15 16:8 18:16
19:19 20:10 26:5
30:23,24 35:9,13
**councilmember**
16:9,12,15 24:8
30:19,22,25 31:4,7
35:14
**councilperson**
31:24
**counsel** 10:11
12:15,17 35:11
40:10,13 41:7,10
**count** 5:23
**counterparts**
17:15
**county** 3:10,18 4:9
5:16,18 6:9,18,21
7:11 8:15,17,22
9:1,5,7,19 10:3,11
12:8,11,19,21 13:8
13:16 14:4 15:12
17:16,19 18:15
19:3,7 21:4,23
22:5 25:22 27:24
28:3 31:1 36:14
37:20
**county's** 19:5,13
**couple** 6:1 17:3
**coupled** 10:2
**course** 10:13
22:19,20 27:2
**court** 1:1 4:3 5:4,5
9:25 11:19,25

Veritext Legal Solutions
866 299-5127

**[court - esquire]**

22:12 24:15 26:19 27:7,11,15 29:18 30:1,14 34:8 36:1 36:16,18,22,23 37:4 38:1,17,23 39:1
**court's** 9:16 10:5 22:9 23:15,18 24:21 26:25 27:5 31:13 36:2
**courts** 11:17
**covid** 13:12 14:13 15:19,20 23:8
**created** 7:13 8:2,6 8:12,13 9:1 27:24 33:1
**credibility** 23:15
**credit** 15:8 19:6
**crisis** 14:16 17:14 19:15 20:21 21:23 21:25 23:8,11 26:15
**currently** 19:4
**cv** 1:7
**cycle** 18:9

**d**

**d** 5:1
**data** 17:24
**date** 1:13 9:1,4 28:12 37:16,21 38:11
**dated** 10:4
**daunting** 21:16
**david** 1:15
**day** 5:24 6:3 11:13 11:17 15:9,17,23 17:25 18:7 22:16 22:18 25:19
**days** 6:12 9:3
**deal** 17:11,12

**dealing** 18:18 33:25
**death** 15:16
**deceased** 23:21
**decide** 26:19
**deciding** 32:5
**decision** 27:11,12 27:13
**dedicated** 16:20
**deeper** 20:3,3
**deeply** 28:5,19
**defendant** 3:2,10 3:18
**defendants** 1:10 5:16
**define** 21:15 34:4
**defined** 23:1
**delighted** 19:2
**demonstrates** 7:2
**denominator** 26:20
**describe** 20:1
**description** 4:16
**details** 12:7 14:24
**died** 15:21
**difficult** 13:23 19:23 22:20
**digital** 40:7 41:3
**dimensions** 20:19
**direction** 20:7 22:17
**directly** 19:19
**disability** 2:19
**disaster** 13:14
**discussion** 37:18 37:25 38:13
**discussions** 7:7
**disparity** 28:20
**disposition** 19:22
**district** 1:1,2 4:3,4 4:10 30:13 31:8,9

31:9
**dive** 20:3
**doc** 1:8
**docket** 35:4 37:6
**document** 9:23 10:10
**doing** 10:1 24:24
**dollars** 14:11
**don't** 5:7 15:24 17:2,20 23:12 25:6,8 27:2 28:20 29:3 32:20 33:10 34:9 36:3 38:12
**dozens** 13:25
**drafted** 35:10
**dream** 32:23
**drive** 2:5 19:11 21:12
**drives** 20:21
**driving** 24:20
**due** 8:19,20,21 31:12 32:13,15
**duly** 40:5
**dying** 15:17 18:10 29:15,19 30:2
**dynamic** 19:25

**e**

**e** 2:1,1 3:1,1 4:1,1 4:15 5:1,1
**eager** 10:23
**earlier** 29:19
**east** 2:20
**easy** 22:20 24:11
**eat** 10:21
**eating** 10:20
**echoes** 36:25
**economic** 19:6 20:21
**economical** 26:9
**economically** 26:24

**effect** 36:24
**effectively** 20:5,19
**effort** 8:24 28:16
**efforts** 20:6
**eight** 7:13 8:9,13 14:22
**either** 33:9
**elder** 2:19
**elizabeth** 2:3
**embodied** 12:17
**embrace** 34:12
**emergency** 11:13
**emitchell** 2:7
**emphasis** 7:6
**employed** 40:10 40:13 41:8,10
**employee** 40:13 41:10
**encampments** 33:19 34:7
**endeavors** 5:17
**ends** 23:12
**enforcement** 9:16 34:1
**ensure** 17:23 18:20
**ensuring** 17:22 18:5
**entered** 28:2
**entire** 37:19,20
**entities** 24:18
**entity** 1:9 25:12,13
**equality** 17:5
**equitable** 17:22
**eric** 4:6
**es** 40:4
**especially** 36:9
**espousing** 26:11
**esquire** 2:3,12,18 3:3,11,19

Page 4

[essence - going]

essence 5:9
essentially 20:11
established 9:11
esteemed 18:25
et 1:5,9 31:23
evenings 5:24
  10:16
event 36:3
eventual 22:11
eventually 22:9
  32:21
everybody 16:2
  32:10
evidence 19:17
  21:22
evidencing 19:11
evolve 19:25
excited 11:24 16:1
excruciatingly
  13:23
excuse 25:17
  26:24
execute 12:2
exists 9:3
expect 29:21 30:2
experiencing 7:16
  7:21,23 9:10
  13:15
expertise 6:16,25
explain 28:21
extension 32:16
extent 19:10,16
extraordinarily
  25:15
extraordinary
  12:16

**f**

fabulous 22:5
facilitate 7:1
facilities 9:11

fact 5:25 24:23
fail 10:7
faint 19:24
fair 24:4
fairly 18:21
fairness 17:5
faith 24:18 25:5
  28:1,6,13,17
far 20:13 33:19
fashion 24:16
fast 25:13
faster 20:16 22:21
  24:24 32:8
fear 26:19,25
federal 13:13 21:4
  26:19 27:7 29:18
  30:1,10 34:8
  38:17
feet 7:17
fellow 16:4
fema 23:13 25:17
female 27:8
feuer 4:5 6:10
  12:18 35:25 36:22
  37:7,15
fight 13:1
figure 6:2 17:18
  18:8
figuring 21:5
file 35:4
filed 37:4
finally 13:13 15:4
  18:20 23:12 34:9
finances 27:4
financial 18:4
financially 40:14
  41:11
fine 34:6,6 35:5,21
first 7:14 12:8
  13:15,21 14:20,25
  15:5 18:8,13

22:21 23:18,19
  24:18 25:5 27:19
  29:8 31:21 37:20
fit 26:24
five 8:16,22,24
  12:25 15:6 20:5
flower 3:13
focus 11:9 14:20
focused 5:22
foley 3:12
foley.com 3:15
folks 6:4,16,22
  18:6,17,23 24:12
  33:17
followed 10:1
following 8:8,21
  11:21
follows 8:18 14:22
food 27:9
force 24:20
forced 25:2
forcing 23:9
foregoing 40:3,4
  41:4
forget 12:1
forgetting 6:6
  32:11
forgotten 11:9
formally 35:12
forth 7:25 10:25
forward 5:21 7:8
  10:23 11:6 19:12
  24:1 26:9
foundation 2:13
frankly 23:3 29:10
  30:8
freeway 7:17
  27:18 29:11,24
  32:4
freeways 29:13

friends 12:5
front 24:14
fruition 25:20
fulfilment 23:25
fumigation 29:15
fundamental 17:9
funding 8:1,14
funds 25:19
further 12:24
  34:21 37:10 40:12
  41:9

**g**

g 5:1
garcetti 4:6 11:7
  24:6,9 37:22 38:3
  38:6,22
gathering 5:5
gee 27:17
general 17:20
genesis 30:5
gentleman 16:23
gesture 25:5
getting 17:1 25:24
  28:23 29:10 30:9
give 7:18 20:8 22:7
  24:9,17 25:4 26:8
  26:12,22 32:20
given 25:3
go 10:23 24:3
  25:23 26:9,19
  29:5 32:21,24
  33:23 34:6 37:21
goal 12:6
god 23:8
going 5:10,24 6:3
  12:23 13:10 14:19
  15:3,6 17:14 18:8
  22:7,9,11 23:21,22
  24:12 25:15 28:10
  29:6,18 30:13
  31:17,18,21,24

Veritext Legal Solutions
866 299-5127

**[going - judge]**

32:5,21 33:16 34:17,25
**good** 5:2,14 11:19 14:1,2 15:8 23:1 27:24 28:1,6,6,13 28:17 36:20
**goodness** 27:10
**gosh** 13:5 34:10
**gotten** 13:5
**government** 12:1 13:13 21:4 26:12 27:3
**governor** 15:1
**graham** 41:2,20
**grant** 29:16
**granted** 30:16 31:7 36:5
**great** 21:10 32:22 37:20
**greatest** 15:12
**greetings** 19:3
**guess** 10:19 32:16
**guidance** 16:18,25
**gum** 25:14

**h**

**h** 4:15 20:25
**half** 13:17
**hamai** 6:20
**handed** 29:22
**hands** 6:25 19:20
**happen** 6:3
**happened** 25:16
**happening** 11:19
**hard** 20:9 22:20
**harder** 20:15 22:21 24:25
**hasten** 20:13
**health** 20:19 29:20 30:5 32:4 33:4
**hearing** 1:12 9:18

**heart** 19:24
**heidi** 25:8 27:19 27:19
**help** 6:17
**hereto** 40:14 41:11
**hey** 14:13
**highest** 19:13
**historically** 26:1
**hit** 13:12,24 14:14
**hold** 28:2
**holistic** 37:19
**homeless** 17:9 21:23 25:24 32:25
**homelessness** 6:14 7:16,21,23 9:10 12:22 13:15 15:5 15:18 17:12 20:1 20:14 21:12
**honor** 19:1,2 21:21,21 30:21 32:12,17 35:25 36:13,22 37:15 38:3,9,22
**honorable** 1:15
**hope** 24:1,3 32:9
**hopeful** 5:19 7:5,6
**hopefully** 23:11 31:24
**hoping** 28:7
**horrific** 29:15
**hotel** 1:16
**hour** 32:16
**hours** 5:23 6:2,12 13:24 16:2 18:17
**housing** 5:17 7:14 7:20 14:12,22 26:2
**huge** 22:17
**human** 1:4
**humane** 32:25

**humanely** 30:14 32:24
**humanity** 26:16 27:12
**hundreds** 14:11
**hypothetically** 26:1

**i**

**idea** 28:9
**identified** 10:8
**identify** 5:8
**identifying** 5:6
**imagine** 21:20
**immediately** 34:3 38:8
**immigrants** 11:22
**immigration** 11:21
**impact** 11:25 21:16
**implicit** 14:4
**important** 12:2 14:6
**including** 24:15
**incredibly** 11:16 19:23
**independence** 11:20
**individual** 6:13
**individually** 23:16
**individuals** 9:9 14:1
**indoors** 13:16 14:14,19
**inertia** 22:25 23:17 34:18
**influence** 11:18
**informal** 24:2
**informally** 38:5
**informs** 19:7 20:21

**injunction** 10:4,6 29:22 35:1 36:2 36:15
**injunctive** 30:3
**innovative** 23:10
**inspire** 15:1,2
**installment** 20:18
**institution** 21:10
**instrumental** 7:1 10:13
**intention** 27:25
**intentioned** 25:13
**intentions** 23:2
**interaction** 28:6
**interested** 40:14 41:11
**intervenor** 2:10,17
**invited** 29:4
**involved** 6:5,17 10:16 38:16
**issue** 6:14 17:22 18:14,18 20:4 31:20
**issued** 21:9
**issues** 20:20 32:4

**j**

**january** 8:20
**job** 1:20 12:16
**joe** 12:16
**join** 19:20 36:14
**joint** 10:2 35:3
**jon** 29:4 33:14
**judge** 4:3 5:2,10 5:13,14 6:1 10:24 11:1,7 12:4 13:22 16:3,5,5,6,10,14 16:16,17 17:2 18:24 22:2 24:7 24:11 27:5 30:24 31:2,5,9,15 32:15 32:18 34:12,22

Veritext Legal Solutions
866 299-5127

[judge - mic]

35:5,6,8,15,16,18 35:21,22,23 36:5 36:17,20,25 37:3,5 37:8,13,16,24,25 38:4,7,10,19,20,21 38:24
**judges** 38:17
**judiciary** 11:20 24:19
**july** 8:23 9:1
**juncture** 20:23
**june** 1:13

**k**

**kathryn** 6:9 17:17
**keep** 32:9
**kes** 1:8
**key** 6:17
**kidding** 34:13
**kind** 9:22 19:21 30:3 31:22
**knew** 18:19
**know** 6:15,21,24 11:18 14:6 15:1 15:19 17:2 20:2 21:15 25:6,8,18 26:17 28:20 29:3 32:20 33:12,14
**knowledge** 40:9 41:6

**l**

**la** 1:4 2:10
**lacity.org** 3:7
**lack** 25:17
**lahsa** 17:7 25:7,7 27:16,24,25 28:22 32:7
**landes** 2:4
**lardner** 3:12
**lastly** 32:19

**late** 5:24
**latitude** 26:9
**launching** 7:7
**lauren** 6:22
**law** 2:19 34:1
**lawsuit** 28:4
**lawyers** 6:16
**lay** 7:9
**layers** 23:3
**lead** 24:25
**leaders** 15:2 23:16
**leadership** 11:8 16:25
**learn** 20:3
**led** 12:15
**legal** 2:13
**legislate** 12:1
**legislative** 6:20
**lengthy** 5:22
**level** 11:11 22:8
**life** 14:1 25:25
**literally** 32:24 34:2
**litigation** 5:21 7:8
**little** 10:17 25:24 34:4,5
**live** 36:3
**living** 18:1,10,23 27:18 29:24,25
**llewellyn** 6:19
**llp** 2:4 3:12,20
**lmiller** 3:23
**location** 1:16
**long** 10:16 13:24 13:24 15:7,20 16:2 18:3,4,13,19 18:22 26:2,12
**longer** 25:17 27:5 34:8
**look** 12:25 13:7 15:13,14 30:17

**looking** 15:23 17:24,24
**looks** 21:13
**los** 1:8,18 2:6,10 2:13,15 3:2,4,6,10 3:14,18,22 4:5,6,8 4:10 7:18,22,24 9:20 11:2 13:8 15:18 16:7 17:4 19:3 21:15 29:23
**lose** 20:22
**lot** 13:20 17:18 19:9 20:25 26:22 38:16
**lots** 28:9
**louis** 3:19
**love** 26:3
**lowest** 26:20
**lucky** 29:9

**m**

**main** 3:5
**mainstream** 9:9
**major** 11:24
**making** 14:12 15:11 16:21 20:6
**male** 27:8
**mandatory** 29:5 31:19
**manner** 26:9
**maple** 29:14
**marcus** 3:3 10:12 22:3 30:21 31:11 37:9
**mark** 4:9 6:10 11:3 12:9 13:1 17:16 18:24 22:3 22:21 35:18 36:9
**marked** 4:18
**martinez** 4:7,8 6:9 12:15 16:7,9,12,15 24:8 30:19,22,25

31:4,7,14 32:14 35:14 37:2,11
**mary** 6:21 10:11
**master** 4:7
**material** 7:10 10:9 21:16
**matter** 5:11 12:13 13:16 15:2 17:23 20:9
**mayor** 4:6 6:8 9:20,22 11:2,6,7 16:6 20:4,10 24:5 24:6,9 26:4 27:10 29:2 34:4 36:8 37:22 38:3,6,22
**mclain** 3:11 6:23 32:12,17
**meal** 33:3
**mean** 19:14 25:25 26:1 30:19,22 33:7
**means** 20:2,14
**measure** 20:24 23:21,23
**measuring** 24:2
**media** 14:5
**mediation** 16:18 29:5 31:19
**mediator** 5:11
**medical** 26:22 27:9 33:3
**meet** 9:6 10:21
**meeting** 22:10
**meg** 6:24
**mental** 20:19 33:4
**mention** 22:6
**mentioned** 9:5
**message** 20:12
**met** 6:1 8:4
**mic** 37:12

[michele - paragraph]

michele   4:7
michelle   32:10
midnight   6:1
midst   19:5
mike   4:5 6:10
  12:18 37:8
miller   3:19,20
  6:11,23 22:4
  36:13,19 38:9
millerbarondess....
  3:23
million   8:3,16,17
  8:18,20,21,23 9:6
  23:20
millions   14:11,11
mince   17:2,20
minimal   33:9,20
mired   23:4
mistake   24:13
  34:10,16
mistakes   34:11,18
mitchell   2:3
moment   11:3,4
  14:13 29:6 32:20
money   15:11,16
  25:17,20 28:9
  30:10
monitoring   9:16
month   8:4,6,10
  9:7
months   7:12,13
  8:3,9,12,13 13:11
  13:17 14:14,21,22
  15:1
moral   19:15
morning   5:2,14
  9:23 16:17
motion   10:2 34:25
  35:24 36:1
move   5:20 7:7
  13:16 30:11

moved   26:6
moving   32:3
mrt   27:13 29:1
municipal   1:8
myers   2:12

**n**

n   2:1 3:1 4:1 5:1
name   6:6
names   6:6,7 22:6
nation   21:13
near   20:17
necessarily   23:24
  28:13
need   15:12 17:8,13
  17:25 19:20 20:15
  20:15,16,18,20
  21:6,17 30:8
  31:22 33:10 35:8
needed   5:17
needs   19:12 24:14
neglected   22:6
negotiated   16:2
negotiating   19:5
negotiation   6:5
  7:15
negotiations   5:20
  5:22 10:14
neighborhoods
  17:19
neither   40:10 41:7
never   13:4,5 34:16
new   8:25 21:23
  23:9 29:23
news   11:19,21
night   25:23
nightly   15:19,20
nights   13:24
non   23:14 34:1
nonbelief   23:15
noon   31:16 32:13

normal   29:20,23
north   3:5
notary   1:19 40:1
  40:21
notice   33:15
number   26:11
  27:15 33:21
numbers   15:24,25
  17:7 24:10
numerous   6:22
nury   4:8 6:9 12:15
  16:7,8 24:7 27:12
  29:2 36:8

**o**

o   1:15 5:1
obstacle   26:7
  27:10
obstacles   18:11
obviously   6:8
  22:10
oc   2:17
occasions   27:7
occur   23:25
occurred   23:9
office   12:10 20:7
officer   6:19 40:2
officers   33:9,11
offices   38:5
official   5:4
officially   5:3
offsite   5:5
oh   13:5
okay   22:2 32:18
  34:14 37:9 38:10
  38:15
old   11:24 14:16
older   7:21
olds   27:17 30:7
omnibus   31:22
  37:25

onboard   26:3
  28:17
once   32:23
ones   13:22 14:19
oops   24:12
open   9:3
openly   25:11
  27:25
opportunity   20:22
opposed   26:18
  34:1
opposing   12:5
optimistic   10:23
option   29:9
oral   10:1 34:25
  35:23
order   23:2 31:13
  37:4
ordering   37:17
ought   20:12
outcome   14:16
  40:15 41:12
outcry   17:4
outside   26:4
outstanding   22:24
overdue   18:22
overpasses   7:17
  29:25 30:14
overture   19:18
overwhelming
  34:7

**p**

p   2:1,1 3:1,1 4:1,1
  5:1
pace   13:11 28:10
package   9:8
page   4:16
palatable   32:10
pandemic   21:11
paragraph   35:10

Veritext Legal Solutions
866 299-5127

**[parking - read]**

| | | | |
|---|---|---|---|
| **parking** 26:22 | **perfect** 33:2,6 | **possible** 13:6 32:1 | **proud** 17:8 |
| **part** 12:11 15:8 17:3 19:22 23:15 26:25 | **period** 5:24 8:6,10 9:7 23:10 | **potentially** 22:16 | **provide** 5:17 7:12 7:14,20 8:24 9:8 |
| **particular** 16:3 17:11 34:11 | **permit** 29:16 | **poverty** 18:9 | **provided** 6:16,25 8:4,9 18:6 |
| **particularly** 17:16 30:5 | **persists** 13:6 | **power** 25:12 28:8 | **providing** 13:9 16:25 18:22 |
| **parties** 7:9 9:24 10:2,7,25 12:5 19:22 29:13 34:24 35:3 36:3 40:11 40:14 41:8,11 | **person** 15:25 25:24 26:22 33:12 | **prefer** 24:20 | **public** 1:19 14:6 26:2 30:4,5 40:1 40:21 |
| | **personal** 11:11 | **prejudice** 10:5 | |
| | **personally** 36:8 | **preliminary** 10:4 29:22 34:25 36:2 | **purpose** 21:24 |
| | **personnel** 6:17 | **prepared** 41:3 | **pursuant** 9:12,24 21:11 34:23 |
| | **persuade** 33:1,8 33:24 | **prepay** 13:13 | **put** 18:8 27:16,20 29:12 |
| **partner** 19:8 | **phase** 10:22 | **present** 4:2 38:1 | |
| **partners** 13:8 | **phone** 29:1 | **president** 4:8 6:9 11:2 16:7 19:19 | **puts** 25:21 32:7 |
| **partnership** 18:14 | **photograph** 9:23 | **price** 26:6 | **putting** 13:3 14:10 24:15 |
| **party** 28:4 31:11 | **pie** 10:20,21 | **principals** 5:7 | |
| **pass** 13:2 | **place** 13:5 14:1,2 16:11 36:25 | **prior** 8:7 40:4 | |
| | | **priority** 7:18 19:13 | **q** |
| **passion** 11:8 | **places** 15:14,15 | **privately** 28:25 | |
| **patience** 16:18 | **plaintiffs** 1:6 2:2 | **problem** 13:6 16:22 | **qualified** 40:7 |
| **patting** 13:10 | **plan** 30:13 31:5 32:13 | | **quickly** 26:10 30:10 |
| **pay** 8:15,17,23 9:5 21:8 | | **problems** 33:20 | **quite** 23:3 30:8 |
| | **plans** 13:3 30:23 31:8 | **procedures** 31:23 | |
| **payment** 7:25 9:1 9:4 | **please** 18:25 37:5 | **proceed** 28:10 31:22 | **r** |
| | **pleased** 5:15 | **proceeding** 39:3 41:4 | **r** 2:1 3:1,19 4:1 5:1 |
| **payments** 9:2 | **pleasure** 16:24 36:6 | | **racial** 28:20 |
| **people** 5:9 6:24 7:16,20,23 12:22 13:14,16,20,24,25 14:12,18,21 15:14 15:17,21 17:5,9 18:1,8,9,20 22:5 27:17 28:6 29:8,9 29:10,15,19,24 30:1 32:25 33:8 33:15,22 | | **proceedings** 40:3 40:4,5,8 41:6 | **racism** 17:13 18:9 |
| | **point** 7:7 11:5 20:14 21:2 24:1 | **process** 5:12 6:17 28:1,2 | **ramps** 7:17,17 |
| | **police** 33:9,11 | **produced** 23:24 24:3 | **random** 22:7 |
| | **policies** 31:23 | | **rate** 9:2 21:11 |
| | **political** 11:24 | **producing** 24:4 | **raters** 19:6 |
| | **pop** 13:11 | **product** 23:23 24:16 | **ratified** 36:4 |
| | **population** 28:21 | | **reach** 7:9 15:9 32:1 37:18 |
| | **populations** 7:19 | **progress** 20:23,25 26:8 32:6 | |
| **perceived** 25:1 | **popup** 34:6 | | **reached** 5:16 28:25 29:1 |
| **percent** 21:12,13 21:14,17 25:18 28:21,22,22,23,23 33:17 34:1,2 | **position** 27:16 29:19 | **project** 21:3 | **react** 29:21 |
| | **positive** 22:17 | **prorate** 9:2 | **reacting** 23:7 |
| | | | **read** 31:16,18 |

Veritext Legal Solutions
866 299-5127

[real - significant]

real  6:25
really  6:25 10:17
   11:24 12:19 16:1
   16:21 24:22 33:16
   34:19
reason  9:13,17
   26:18
reasonable  20:5
reasons  17:9
recognize  22:4
reconsideration
   36:3
record  11:5 27:20
   38:23 39:2 40:9
   41:5
recorded  5:4 40:6
recording  40:8
   41:4
reduced  40:6
reduction  15:5
region  6:14 7:4
   21:14
reinstatement
   10:6
related  40:10 41:7
relative  40:12 41:9
relatively  21:16
released  17:7
relief  30:3
repeat  34:10
rephrase  9:15
report  5:15 15:19
   15:20 31:12
reported  1:19
reporter  5:4 38:23
   39:1
representatives
   22:24
represented  9:14
represents  8:6
   10:9

reputable  22:24
request  23:2 36:1
   36:15
requesting  37:17
require  21:6
requires  13:24
residential  32:3
residents  5:18
residing  9:10
resolution  7:1
   17:1
resolve  18:14
   20:13 21:23
resolved  17:22
respective  19:22
   20:6
response  23:13
responsibility
   21:25 28:8
responsible  26:5
responsive  23:5
restrooms  26:21
result  5:22 7:8
   14:13 27:4
return  23:12
returning  14:16
rich  6:19
ridley  4:9 6:10
   11:3 12:9 17:16
   17:17 18:24 19:1
   22:21 35:19,20
   36:9,11
right  5:2 15:22
   25:4 26:4 34:16
   35:22
rightly  15:7
rights  1:4 2:19
road  18:13,20
roadblock  27:5
roll  21:18

room  6:5,12 22:15
roomkey  21:3
root  16:21 17:13
row  13:21,21
   28:24
run  20:16 25:19

s

s  2:1 3:1 4:1,15 5:1
sachi  6:20
safer  29:11
safety  29:20 30:4
   32:4 34:13
sakes  27:10
santa  2:21
sarah  25:9
saying  14:13 19:20
   20:8,11 29:16
says  14:3
scared  13:20
science  11:24
scott  3:3 10:12
scott.marcus  3:7
scroll  8:14
second  4:10 13:21
   24:17
see  6:19,21 11:19
   11:23,24 15:4,6,15
   15:23 18:1 28:16
seek  34:3
seen  15:5 17:3
send  9:22 19:3
   20:12
senior  10:12
sense  21:24 23:17
   28:8
separately  31:25
september  8:19
   28:12,16
sequential  28:15
serious  17:14

serve  12:23
served  11:15
service  13:9
services  9:9 18:6
   18:22
servicing  19:12
session  5:3 18:17
session's  5:3
sessions  16:19
set  10:25 16:3
   21:19
sets  7:25
shame  14:15
sharon  6:20
shave  33:3
shayla  2:12 26:13
   38:8
shelter  7:14,20
   13:7 14:21 34:3
sheltering  14:12
shelters  18:5
sherin  29:4
sherin's  33:14
ship  22:17 34:20
shortcuts  21:19
show  16:20 19:17
showed  11:14
shower  26:22 27:9
   33:3
shown  13:18
sick  13:15 17:5,6
side  22:5 24:14
sides  7:3
sidewalks  18:1,23
sight  20:22
signature  40:19
   41:19
signed  9:20,23
   10:11
significant  7:19

Veritext Legal Solutions
866 299-5127

[simply - think]

simply 21:1,6,17 35:10 37:17
single 11:13 15:9
sir 16:23 36:12
sit 16:8,13
situation 26:6
six 12:25 15:6 18:3 35:10
skid 28:24
skills 16:4 40:9 41:6
skip 6:11,23 22:4
sleeves 21:18
smart 25:19
smarter 20:15 22:21 24:25 32:8
sobering 15:24
society 11:10,22
solution 33:6
solutions 17:12
solvency 19:6
sorry 37:23
sort 6:2 28:7
south 1:17 2:5 3:13
space 12:12
speak 5:7 22:13
speaks 6:13
special 4:7
spend 15:11
spending 15:16
spent 17:17 18:17
spertus 2:4
spertuslaw.com 2:7
spirit 16:4
spreadsheet 17:23
spring 1:17
staff 6:22
stage 29:5

stars 3:21
start 29:3,7 37:18 37:24 38:7,12
started 27:22 33:5 34:17
starting 22:16
state 21:4 40:22
stated 35:11
states 1:1 4:3 5:5
statistic 15:23
stats 28:23
status 31:12
stay 38:1
staying 10:16
step 18:13 19:7 20:7 31:21 32:3 37:20
stepping 22:1
stipulation 10:3 35:3 36:23 37:2,4
strain 32:7
strategize 6:2
street 1:17 2:14,20 3:5,13 17:25 27:9 29:14
streets 13:25 14:15 15:18 17:4 18:10,21
stretch 12:24 15:9
strongest 33:22
study 21:9
stunned 30:17
style 11:12
subject 9:15 10:5 35:11 36:2
submit 7:2 9:25 30:13 31:8
submitted 10:10
submitting 31:5 31:12

substance 20:20
substantial 28:16
substantive 19:18
successfully 14:25
sufficient 36:24
sufficiently 26:14
suite 2:5 3:5,13,21
summarize 8:11
supervisor 6:10 11:3 12:9,10 17:16 18:25 19:1 35:20 36:11
supervisors 4:9 9:20 20:11 30:16 31:3 35:17
supply 36:23
support 26:3
supportive 26:2
supposed 23:20
supreme 11:18
sure 14:12,17 15:11,15 16:9,14 16:21 18:12,18 30:18 34:23 35:18
sworn 40:5
symbolic 19:18
system 23:5 29:11 32:4
systems 27:18 29:25

| t |
|---|

t 4:15
table 28:11
take 9:8 16:10 22:8 29:9,18 32:2 34:14,15
taken 23:18 27:14 32:19 40:3,12 41:9
takes 19:21,21 38:13

talk 33:23
talked 27:6
talking 21:1 33:14
target 8:4 9:7
task 19:23
team 11:14 22:5 33:14
tell 18:17 24:12 25:10 30:1
template 7:6
tens 14:10
tense 10:17
tent 26:23
term 26:2
terms 7:10 8:1 10:7,9,24 19:12 27:11,12,13 36:4
testifying 40:5
thank 10:15 11:7,8 12:8,9,14 16:6,15 16:16,16,17,24 18:24 22:1 32:17 36:7,8,11,19,20 37:9 38:15,18,20 38:21,22
thanks 13:12 16:1 16:2,5 36:10
thing 7:15 15:10 23:8 25:6,24 28:19 30:12 34:22
things 10:17 25:16 30:12
think 5:9,23,25 6:4,12,25 12:2 13:4,18,19 14:4,23 15:12 16:19 17:5 17:8,13,17,20,21 18:4 20:24,24,25 21:2 22:6,8,15,18 25:3,14,15 26:13 27:5 29:2,10,11

Page 11

[think - words]

30:6,6,8,9,19,22 31:4 32:2 33:21
**thinking** 21:3 25:23 38:11,14
**third** 11:23,25 13:21 25:6
**thomas** 4:9 6:10 11:4 12:9 17:16 18:25 19:1 22:22 35:19,20 36:9,11
**thought** 12:24 13:6 31:2,10
**thoughts** 22:8
**thousand** 18:3
**three** 15:17,21 24:13 33:15
**thursday** 1:13 5:25 17:18 38:12
**time** 1:14 5:8 9:6 13:4 17:18 25:14 26:12 32:19 35:24 39:1
**time's** 5:8
**timeline** 23:24
**timely** 24:16
**times** 10:17 14:1 17:1 29:1
**tired** 17:6,6
**today** 5:7 9:17 10:1 11:23 12:2 21:1 24:10 29:4 31:12,16 32:14,15 35:4 36:4,24
**toilet** 26:14
**toilets** 26:21
**tomorrow** 30:13 30:16 32:13,18
**tonight** 25:25
**total** 8:11
**traditionally** 24:24

**transcriber** 41:1
**transcript** 41:3,5
**transcriptionist** 40:7
**transitional** 23:10
**transparency** 22:14
**treated** 18:21
**tremendous** 25:21 32:7
**true** 16:23 40:8 41:5
**truly** 22:18
**trust** 24:18 25:3,4 25:5 38:17
**try** 6:13 7:3 10:21 10:22 13:3 18:14
**trying** 7:1 10:18 16:19 17:1,18 34:17,18
**tso** 6:20
**turn** 5:10 11:1 20:8 22:16 34:19
**turned** 16:20
**twice** 29:3
**two** 5:24 7:19 8:22 8:24 12:5 13:17 25:16 26:11 27:15 30:12 33:15,21 38:17
**typewriting** 40:6

**u**

**umhofer** 2:4
**uncomplicated** 19:24
**underpasses** 7:17 30:15
**understand** 18:13 20:18,20 27:3 32:8 35:12

**understanding** 9:18 34:24 35:2
**unemployment** 21:11
**unhealthy** 15:14
**unhoused** 7:3
**unintended** 23:17
**unit** 26:5,8 34:5
**united** 1:1 4:3 5:5
**university** 21:9
**unprecedented** 11:13 13:11
**unsafe** 29:14
**uptick** 20:14 21:14 21:25
**use** 20:20 29:14
**useful** 5:20
**usually** 38:1

**v**

**v** 1:7
**vacate** 34:25 36:1
**vacated** 10:4 36:15
**versa** 29:2
**vice** 29:2
**victory** 15:7
**virtue** 24:19
**vision** 32:20
**voted** 23:20 35:9
**vulnerable** 7:19 7:22

**w**

**waiting** 13:14 33:6
**wake** 11:19
**walk** 17:25 25:14
**walking** 33:14
**want** 10:15 12:8,9 12:14 16:8,10 17:15 18:12 19:17 21:2 22:2,4 24:17

25:7,7 26:23 27:2 27:3,15,19 28:14 30:17 34:10,12,23 36:7,8,8 37:3,9,11 38:7,12,15
**wanted** 16:17
**wanting** 18:18
**washington** 15:2
**watching** 38:18
**way** 11:18 13:2 17:22 18:3,4 19:7 19:11 32:25 33:9
**ways** 23:10 37:21
**we've** 5:12 13:2,5 14:8 17:3 18:3 22:6 25:19 33:1 33:19,20 37:20
**wednesday** 38:11 38:14
**week** 16:19 17:7 29:3 30:16 31:8 31:19 38:5
**weekend** 38:13
**weeks** 17:4 33:15
**weitzman** 2:18
**welcomed** 11:20
**west** 2:14
**wickham** 6:21 10:11
**wide** 20:13
**willing** 29:16 34:14,15
**willingness** 19:21
**winner** 10:20
**wisdom** 11:15
**witness** 12:3 40:4
**wonderful** 32:22 33:5,7,13
**words** 13:14 17:3 17:20 28:14

Veritext Legal Solutions
866 299-5127

**[work - young]**

**work** 10:22 13:22
13:23 15:22 16:24
19:20 20:15,15
21:5,18 25:1,15
26:25 28:14 31:17
32:9 38:10
**worker** 2:11,17
**working** 12:6 20:4
30:8 31:24 36:7
**worried** 22:23
23:11,11
**worry** 22:23
**written** 10:2 30:7
36:23 37:2
**wrong** 23:5

**x**

**x** 4:15

**y**

**yards** 33:11
**yeah** 24:8,9,11
31:15 35:15 37:7
38:25
**year** 8:16,19,23
23:22 27:17 30:7
**years** 8:16,22,23
13:1 15:6 20:5
23:25 24:13 26:14
26:15 27:23 29:19
**yesterday** 9:23
10:11
**young** 33:12

Page 13