**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**\*\*AMENDED SEPTEMBER 1, 2020\*\***

**CIVIL MINUTES – GENERAL**

Case No. CV 20-02291-DOC (KESx)                    Date:  August 7, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL V CITY OF LOS ANGELES, ET AL

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

|  |  |
|---|---|
| Not Present | Katherine Stride |
| Courtroom Clerk | Court Reporter |

|  |  |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| Elizabeth Mitchell | Scott Marcus |
| Matthew Umhofer | Byron McClain |
|  | Louis Miller |
|  | Brooke Weitzman |
|  | Shayla Myers |

**PROCEEDINGS:   STATUS CONFERENCE**

Various City Council Members, Mayors and City Officials also present to discuss the progress of settlement regarding the homeless population of Los Angeles and other cities in the County of Los Angeles.

The Court orders the transcript of the Status Conference held on August 7, 2020 be immediately produced at government expense and billed at an ordinary rate.  The transcript shall be prepared forthwith and filed on the docket with immediate release to the public.

                                                                          6  :  10

Initials of Deputy Clerk: djl

cc        Alberto_Ortiz@cacd.uscourts.gov
          Transcripts_CACD@cacd.uscourts.gov
          katscsr@gmail.com