**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                                        Date:  September 2, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER SCHEDULING STATUS CONFERENCE**

In accordance with the Court's authority to monitor the agreement reached between the parties (*see* Dkt. 136), the Court hereby SCHEDULES a Status Conference for Thursday, September 17, 2020 at 10:00 a.m. In order to comply with public health guidance, the Status Conference shall be held at Los Angeles City Hall, 200 North Spring Street, Los Angeles, CA 90012.

In an effort to have an efficient and productive discussion, the Court needs to be informed only of concrete progress towards the implementation of the agreement, such as newly established deadlines, contracts, or shelter opportunities. The Court accordingly REQUESTS the attendance of only those city councilmembers, county supervisors, or agency heads who can report such progress under their jurisdiction. City and County officials with no new progress to report need not attend the Status Conference.

In addition, to represent individuals experiencing homelessness, the Court INVITES the attendance of one representative of the Skid Row Advisory Council (such as Pastor Stephen "Cue" Jn-Marie, Katherine McNenny, "General" Jeff Page, or Pete

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES                                                    Date: September 2, 2020

Page 2

White); one representative of the Downtown Women's Action Coalition (such as Monique Noel); one representative of the Latino Coalition (such as Raul Claros, Christian Contreras, Victor Cruz, Jr., Austin Dove, Humberto Guizar, Ingrid Rivera-Guzman, or Pastor Josue Tiguila); and one representative of the missions (such as Rev. Andy Bales or Kevin Murray).

To ensure that adequate social distancing is maintained, the Status Conference may be divided into a series of smaller conferences as necessary. Media representatives will be permitted to attend the Status Conference so that the public can be advised of what has transpired.

Finally, to give adequate notice of the Status Conference, the parties shall ensure that by 5:00 p.m. on Friday, September 4, 2020, a copy of this order is provided to 1) all individuals named in this order, and 2) the following officials:

— **From the City of Los Angeles:** Mayor Eric Garcetti; City Attorney Mike Feuer; Chief Procurement Officer Shannon Hoppes; City Administrative Officer Richard Llewellyn, Jr.; City Council President Nury Martinez (6th District); Councilmembers Gil Cedillo (1st District), Paul Krekorian (2nd District), Bob Blumenfield (3rd District), David Ryu (4th District), Paul Koretz (5th District), Monica Rodriguez (7th District), Marqueece Harris-Dawson (8th District), Curren Price (9th District), Herb Wesson (10th District), Mike Bonin (11th District), John Lee (12th District), Mitch O'Farrell (13th District), and Joe Buscaino (15th District); and Councilmember-Elect Kevin de León (14th District).

— **From the County of Los Angeles:** Board of Supervisors Chair Kathryn Barger (5th District); Supervisors Hilda Solis (1st District), Mark Ridley-Thomas (2nd District), Sheila Kuehl (3rd District), and Janice Hahn (4th District); LAHSA Commission Chair Wendy Greuel; and Department of Mental Health Director Dr. Jonathan Sherin.

— **From Caltrans:** District 7 Director John Bulinski.

The Clerk shall serve this minute order on the parties.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                          Date: September 2, 2020

Page 3

MINUTES FORM 11                                                 Initials of Deputy Clerk: kd

CIVIL-GEN