UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 20-02291-DOC (KESx) | Date: | September 3, 2020 |
|---|---|---|---|

| Title: | *LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] Order Setting Mediation to Continue Prior Efforts Toward Settlement

  In continuation of the parties' good faith efforts toward reaching a global resolution of this case for the collective benefit of all involved, especially the unsheltered residents of Los Angeles, the Court hereby SCHEDULES a mediation for Thursday, September 10, 2020 at 10:00 a.m. In order to comply with public health guidance, the mediation shall be held at the County of Los Angeles' Hall of Administration located at 500 West Temple Street, Los Angeles, CA 90012.

  It is ORDERED that the following parties and individuals shall participate in the mediation: Plaintiffs LA Alliance for Human Rights *et al.*; Intervenors Los Angeles Community Action Network and Los Angeles Catholic Worker; Defendant City of Los Angeles, including Mayor Eric Garcetti, City Council President Nury Martinez, Councilmember Joe Buscaino, and City Administrative Officer Richard Llewellyn, Jr.; and Defendant County of Los Angeles, including Board of Supervisors Chair Kathryn Barger and Supervisor Mark Ridley-Thomas.

  **IT IS SO ORDERED**.