# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No.: | CV 20-02291-DOC (KESx) | Date: | September 3, 2020 |
|---|---|---|---|

Title: *LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**     **[In Chambers] Notice of Errata re: Order Setting Mediation to Continue Prior Efforts Toward Settlement (Dkt. No. 170)**

In the Court's Order Setting Mediation (Dkt. No. 170), the Court inadvertently omitted Intervenor Orange County Catholic Worker from the list of parties ordered to participate in the Thursday, September 10, 2020 mediation. The Court apologizes for the error.

      **IT IS SO ORDERED**.