SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
mumhofer@spertuslaw.com
emitchell@spertuslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association, JOSEPH BURK, HARRY TASHDJIAN, KARYN PINSKY, CHARLES MALOW, CHARLES VAN SCOY, GEORGE FREM, GARY WHITTER, and LEANDRO SUAREZ, individuals, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 200 inclusive, <br><br> Defendants. | Case No. 2:20-cv-02291 DOC-KES <br><br> **PLAINTIFFS' STATUS REPORT** <br><br> **Hearing Date:** September 17, 2020 <br> **Time: 10:00am** <br> **Room: 200 N. Spring Street, Los Angeles, CA 90012** |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs hereby submit the following status report specifically to address the high estimated cost of proposed interim shelter programs due to extreme infrastructure costs.

Plaintiffs applaud the agreements reached by the City and County to provide an additional 6700 beds over the next 16 months, with funding for five years thereafter.  The efforts by certain individual councilmembers to move with alacrity to provide those much-needed beds and resources are laudable.  Every new bed is a life renewed, and very possibly a life saved.

However, such programs must be implemented in the most cost-effective manner possible, to ensure limited resources are able to do the most good.  For decades Angelenos have watched their local government spend astronomical amounts of money to provide too little relief for too many. Year after year the budget to address homelessness increases, and year after year the City's homeless population continues to grow, along with it devastation, disease, mental illness, crime, fires, unusable sidewalks, and death.

Now, with a massive budget crisis, requiring public employees to take furlough days and the city otherwise cutting crucial services, it is imperative that funds spent on homeless projects are done as economically as possible.  To that extent, utilizing Pallet shelters in available parking lots and unused or underused city property is a good and fair use of public funds, due to the low cost, durable quality, and expeditious construction of the structures.  **However, the estimated cost of infrastructure to support these shelters in Los Angeles is nothing short of outrageous.**

Utilizing the estimates provided by the City Administrative Officer on August 12, 2020 and September 2, 2020, attached hereto as Exhibit A and B, recognizing that each structure provides for two beds, as described in the Alexandria Park Pallet Project and Chandler Pallet Project engineering plans, attached hereto as Exhibit C and D respectfully, and that each shelter is provided at a cost of only $8,332/shelter (for double occupancy), the per-bed and per-

shelter rate are several times higher than any other municipality or agency that has utilized these same structures.

Below are the estimated costs provided by the City for the four currently planned Pallet programs:

| CD | Site | Beds | Cost |
| --- | --- | --- | --- |
| 2 | 11471 Chandler Blvd | 75 | $4,933,700 |
| 2 | 6099 Laurel Canyon | 200 | $8,456,300 |
| 3 | 19020-19040 W. Vanowen St. | 100 | $3,388,900 |
| 15 | 1221 S. Figueroa Place | 150 | $5,235,835 |

**That's an average per-bed rate of $41,932.83**. No other program utilizing these structures has anywhere close to that same per-bed rate. See Figure A on following page. By way of example, the **City of Riverside placed these structures for an average per bed rate of $8,252**. **A private farm on Oahu placed these structures for $7,893 per bed,** utilizing an older cheaper model and getting much infrastructure work donated by local partners. The most expensive comparison was the County of Sonoma which created a Pallet community for $26,534 per bed *but was only placing a single individual per shelter.* Had they double-bunked like Los Angeles to provide an apples-to-apples comparison, it would represent a cost of only **$14,875 per bed**.[1]

The blame does not lie with Pallet shelters, which provide cost-effective emergency options, but rather with the bloated budget and burdensome process the City has developed for these projects.

---

[1] In each location, including the City of LA, the land has been donated, government-owned or otherwise free. The high cost of land in Los Angeles cannot be used as an excuse for these exorbitant costs.

3
PLAINTIFFS' STATUS REPORT

| Project | City | # of 64s | # of 100s | Total Beds | Location Type | Shelter Cost | Site Infrastructure | Per-Shelter cost | Per-Bed cost |
|---|---|---|---|---|---|---|---|---|---|
| Housing Matters | Santa Cruz, CA | 30 | 0 | 32 | Parking Lot / Existing Shelter | $80,801 | $0 | $2,693 | $2,525 |
| Poverello House | Fresno, CA | 0 | 30 | 120 | Unk | $299,568 | $55,000 | $11,819 | $2,955 |
| City of Santa Cruz | Santa Cruz, CA | 15 | 0 | 60 | Parking lot | $213,598 | $0 | $14,240 | $3,560 |
| Private Oahu Farm | Waimanalo, HI | 7 | 0 | 7 | Farm | $53,751 | $1,500 | $7,893 | $7,893 |
| City of Riverside | Riverside, CA | 30 | 0 | 60 | Parking Lot / Existing Shelter | $205,100 | $290,000[2] | $16,503 | $8,252 |
| City of Tacoma | Tacoma, WA | 58 | 0 | 232 | Parking Lot/Sprung Tent | $392,433 | $2,300,000[3] | n/a | $11,605 |
| County of Sonoma | Santa Rosa, CA | 56 | 10 | 74 | Parking Lot | $438,514 | $1,525,000 | $29,750 | $26,534[4] |
| City of Los Angeles (Van Owen) | Los Angeles, CA | 52 | 0 | 104 | Vacant Lot | $433,264 | $2,955,636 | **$65,171** | **$32,586** |
| City of Los Angeles (Alexandria) | Los Angeles, CA | 100 | 0 | 200 | Park | $833,200 | $7,623,100 | **$84,563** | **$42,282** |
| City of Los Angeles (Chandler) | Los Angeles, CA | 33 | 0 | 66 | Vacant Lot | $274,956 | $4,658,744 | **$149,506** | **$74,753** |
| City of Los Angeles (S. Figueroa) | Los Angeles, CA | 75 | 0 | 150 | Vacant Lot | $624,900 | $4,610,935 | **$69,811** | **$34,906** |

**FIGURE A**

---

[2] Infrastructure estimate; final cost TBD

[3] Infrastructure cost included $2m Sprung Structure

[4] Single-bunk in 64 square foot structure; double bunking would reduce to $14,875 per bed

The cost-drivers for this project must be identified and reduced or eliminated to make such projects feasible and used at scale.

<u>Among other inquiries, the following issues must be identified:</u>
- Utility Connection rates and charges
    - Market-rate or reduced?
    - Has Solar Power been explored?
    - Has Department of Water and Power been contacted to reduce or waive fees?
- Building Code standard (permanent vs emergency)
- Siting costs (leveling, paving)
- Fire life safety standards
    - Spacing (6 feet vs. 10 feet)
- General Contractor surcharges and fees
- Can labor be produced on a volunteer or reduced-cost basis?

Respectfully submitted,

Dated: September 7, 2020

/s/ Elizabeth A. Mitchell
SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)

*Attorneys for Plaintiffs*