# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES                                    Date: September 8, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER FOR NOTICE OF ERRATA**

On September 7, 2020, Plaintiffs filed a Status Report (Dkt. 172). While the Status Report refers to Exhibits A, B, C, and D, no such exhibits are attached to the Status Report. Plaintiffs shall attach the exhibits to a notice of errata filed with the Court by 9:00 p.m. this evening, i.e., Tuesday, September 8, 2020.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                                          Initials of Deputy Clerk: kd