SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
mumhofer@spertuslaw.com
emitchell@spertuslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association, JOSEPH BURK, HARRY TASHDJIAN, KARYN PINSKY, CHARLES MALOW, CHARLES VAN SCOY, GEORGE FREM, GARY WHITTER, and LEANDRO SUAREZ, individuals, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 200 inclusive, <br><br> Defendants. | Case No. 2:20-cv-02291 DOC-KES <br><br> **NOTICE OF ERRATA TO PLAINTIFFS' STATUS REPORT, ATTACHING EXHIBITS A-D** <br><br> **Hearing Date:  September 17, 2020** <br> **Time:  10:00am** <br> **Room: 200 N. Spring Street, Los Angeles, CA 90012** |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs hereby submit the following status report specifically to address the high estimated cost of proposed interim shelter programs due to extreme infrastructure costs.

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

Plaintiffs applaud the agreements reached by the City and County to provide an additional 6700 beds over the next 16 months, with funding for five years thereafter.  The efforts by certain individual councilmembers to move with alacrity to provide those much-needed beds and resources are laudable.  Every new bed is a life renewed, and very possibly a life saved.

However, such programs must be implemented in the most cost-effective manner possible, to ensure limited resources are able to do the most good.  For decades Angelenos have watched their local government spend astronomical amounts of money to provide too little relief for too many. Year after year the budget to address homelessness increases, and year after year the City's homeless population continues to grow, along with it devastation, disease, mental illness, crime, fires, unusable sidewalks, and death.

Now, with a massive budget crisis, requiring public employees to take furlough days and the city otherwise cutting crucial services, it is imperative that funds spent on homeless projects are done as economically as possible.  To that extent, utilizing Pallet shelters in available parking lots and unused or underused city property is a good and fair use of public funds, due to the low cost, durable quality, and expeditious construction of the structures.  **However, the estimated cost of infrastructure to support these shelters in Los Angeles is nothing short of outrageous.**

Utilizing the estimates provided by the City Administrative Officer on August 12, 2020 and September 2, 2020, attached hereto as Exhibit A and B, recognizing that each structure provides for two beds, as described in the Alexandria Park Pallet Project and Chandler Pallet Project engineering plans, attached hereto as Exhibit C and D respectfully, and that each shelter is provided at a cost of only $8,332/shelter (for double occupancy), the per-bed and per-

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

shelter rate are several times higher than any other municipality or agency that has utilized these same structures.

Below are the estimated costs provided by the City for the four currently planned Pallet programs:

| CD | Site | Beds | Cost |
|----|------|------|------|
| 2 | 11471 Chandler Blvd | 75 | $4,933,700 |
| 2 | 6099 Laurel Canyon | 200 | $8,456,300 |
| 3 | 19020-19040 W. Vanowen St. | 100 | $3,388,900 |
| 15 | 1221 S. Figueroa Place | 150 | $5,235,835 |

**That's an average per-bed rate of $41,932.83**.  No other program utilizing these structures has anywhere close to that same per-bed rate.  See Figure A on following page.  By way of example, the **City of Riverside placed these structures for an average per bed rate of $8,252**.  **A private farm on Oahu placed these structures for $7,893 per bed,** utilizing an older cheaper model and getting much infrastructure work donated by local partners.  The most expensive comparison was the County of Sonoma which created a Pallet community for $26,534 per bed *but was only placing a single individual per shelter.* Had they double-bunked like Los Angeles to provide an apples-to-apples comparison, it would represent a cost of only **$14,875 per bed**.[1]

The blame does not lie with Pallet shelters, which provide cost-effective emergency options, but rather with the bloated budget and burdensome process the City has developed for these projects.

---

[1] In each location, including the City of LA, the land has been donated, government-owned or otherwise free.  The high cost of land in Los Angeles cannot be used as an excuse for these exorbitant costs.

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

| Project | City | # of 64s | # of 100s | Total Beds | Location Type | Shelter Cost | Site Infrastructure | Per-Shelter cost | Per-Bed cost |
|---|---|---|---|---|---|---|---|---|---|
| Housing Matters | Santa Cruz, CA | 30 | 0 | 32 | Parking Lot / Existing Shelter | $80,801 | $0 | $2,693 | $2,525 |
| Poverello House | Fresno, CA | 0 | 30 | 120 | Unk | $299,568 | $55,000 | $11,819 | $2,955 |
| City of Santa Cruz | Santa Cruz, CA | 15 | 0 | 60 | Parking lot | $213,598 | $0 | $14,240 | $3,560 |
| Private Oahu Farm | Waimanalo, HI | 7 | 0 | 7 | Farm | $53,751 | $1,500 | $7,893 | $7,893 |
| City of Riverside | Riverside, CA | 30 | 0 | 60 | Parking Lot / Existing Shelter | $205,100 | $290,000[2] | $16,503 | $8,252 |
| City of Tacoma | Tacoma, WA | 58 | 0 | 232 | Parking Lot/Sprung Tent | $392,433 | $2,300,000[3] | n/a | $11,605 |
| County of Sonoma | Santa Rosa, CA | 56 | 10 | 74 | Parking Lot | $438,514 | $1,525,000 | $29,750 | $26,534[4] |
| City of Los Angeles (Van Owen) | Los Angeles, CA | 52 | 0 | 104 | Vacant Lot | $433,264 | $2,955,636 | **$65,171** | **$32,586** |
| City of Los Angeles (Alexandria) | Los Angeles, CA | 100 | 0 | 200 | Park | $833,200 | $7,623,100 | **$84,563** | **$42,282** |
| City of Los Angeles (Chandler) | Los Angeles, CA | 33 | 0 | 66 | Vacant Lot | $274,956 | $4,658,744 | **$149,506** | **$74,753** |
| City of Los Angeles (S. Figueroa) | Los Angeles, CA | 75 | 0 | 150 | Vacant Lot | $624,900 | $4,610,935 | **$69,811** | **$34,906** |

**FIGURE A**

---

[2] Infrastructure estimate; final cost TBD

[3] Infrastructure cost included $2m Sprung Structure

[4] Single-bunk in 64 square foot structure; double bunking would reduce to $14,875 per bed

The cost-drivers for this project must be identified and reduced or eliminated to make such projects feasible and used at scale.

<u>Among other inquiries, the following issues must be identified:</u>

- Utility Connection rates and charges
  - o Market-rate or reduced?
  - o Has Solar Power been explored?
  - o Has Department of Water and Power been contacted to reduce or waive fees?
- Building Code standard (permanent vs emergency)
- Siting costs (leveling, paving)
- Fire life safety standards
  - o Spacing (6 feet vs. 10 feet)
- General Contractor surcharges and fees
- Can labor be produced on a volunteer or reduced-cost basis?

Respectfully submitted,

Dated: September 8, 2020
/s/ Elizabeth A. Mitchell
SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)

*Attorneys for Plaintiffs*

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

Exhibit A

**REPORT** FROM

# OFFICE OF THE CITY ADMINISTRATIVE OFFICER

| Date: | August 12, 2020 | CAO File No. | 0220-05734-0002 |
|---|---|---|---|
| | | Council File No. | 20-0841 |
| | | | 20-0687 |
| | | | 20-0941 |
| | | Council District: | All |
| To: | The City Council | | |
| From: | Richard H. Llewellyn, Jr., City Administrative Officer | | |
| Reference: | Homeless Roadmap | | |
| Subject: | Proposed Strategy and Funding Recommendations on COVID-19 Homelessness Roadmap - **REVISED** | | |

### SUMMARY

On July 1, 2020, Council Motion (Martinez-Price; C.F. 20-0841) was approved, which reserves up to $100 million of COVID-19 Federal Relief Fund to implement the COVD-19 Homelessness Roadmap. The motion directed the City Administrative Officer (CAO), with the assistance of the Chief Legislative Analyst (CLA) , the Bureau of Engineering (BOE) , the Department of General Services (GSD), the Housing and Community Investment Department (HCID), and the Los Angeles Homeless Services Authority (LAHSA), to report back within 30 days on the overall plan, including the estimated cost and strategies for implementing the plan, including a status update of Proposition HHH projects that would contribute to this effort and recommendations to ensure that these projects stay on track.

This report provides the status of the overall Homelessness Roadmap plan, cost estimates for implementation and funding recommendations. This report also includes the recommendations included in the Council Motion (Cedillo-Martinez; C.F. 20-0941) report on the State of California Homekey Notice of Funding Availability.

### RECOMMENDATIONS

That the City Council, subject to approval by the Mayor:

1. APPROVE the use of the City-owned site at 19020-19040 West Vanowen Street in Council District 3 for a pallet shelter;

2. APPROVE $16,778,900 for the construction of the following three (3) pallet shelters:

| CD | Site | Number of Beds | Amount |
|----|------|----------------|--------|
| 2 | 11471 Chandler Blvd | 66 | $4,933,700 |
| 2 | 6099 Laurel Canyon | 200 | $8,456,300 |
| 3 | 19020-19040 W Vanowen Street | 104 | $3,388,900 |

a. ALLOCATE $16,628,900 from the COVID-19 Federal Relief Fund No. 63M, Department No. 10, Account No. 10T695 as follows. Eligible costs incurred from these allocations will be reimbursed from the COVID-19 Federal Relief Fund.
   i. $4,883,700 to COVID-19 Federal Relief Fund No. 63M, Capital Improvement Expenditure Program (CIEP) No. 54, Account No. 54TXXX, 11471 Chandler Blvd.;
   ii. $8,406,300 to COVID-19 Federal Relief Fund No. 63M, CIEP No. 54, Account No. 54TXXX, 6099 Laurel Canyon; and
   iii. $3,338,900 to COVID-19 Federal Relief Fund No. 63M., CIEP No. 54 Account.

b. REPROGRAM $150,000 from the Engineering Special Services Fund No. 682, Department No. 50, Account No. 50RVDI, Crisis Bridge Housing Facilities - Various Engineering Services as follows. Eligible costs incurred from these allocations will be reimbursed from the Homeless Emergency Aid Program (HEAP) Grant Special Fund.
   i. $50,000 to HEAP Grant Special Fund No. 60P, CIEP No. 54, Account No. 54TXXX, 11471 Chandler Blvd.;
   ii. $50,000 to HEAP Special Fund Grant Fund No. 60P, CIEP No. 54, Account No. 54TXXX, 6099 Laurel Canyon; and
   iii. $50,000 to HEAP Special Fund Grant Fund No. 60P, CIEP No. 54, Account No.54TXXX, 19020-19040 Vanowen Street.

3. APPROVE $12,000,000 in COVID-19 Federal Relief Funds for the construction of new interim housing beds;
   a. Allocate $12,000,000 in COVID-19 Federal Relief Funds to No. 63M Department No. 10, Account No. 10T695.

4. APPROVE $97,165,429 in Emergency Solutions Grant –COVID funds for Rapid Rehousing and Shared Housing as outlined in this report;

5. APPROVE $3,951,600 in Emergency Solutions Grant – COVID funds for leasing of interim units for people experiencing homelessness;

6. APPROVE $2,449,650 in Emergency Solutions Grant - COVID funds for outreach to the plan's target population;

7. DIRECT the Los Angeles Homeless Services Authority to expend the Emergency Solutions Grant - COVID as outlined in this report;

8. DIRECT the General Manager of the Housing and Community Investment, or designee, to develop the Emergency Solutions Grant-COVID Consolidated Plan amendment and post for public comment immediately following the approval of this report;

9. AUTHORIZE the City Administrative Officer to apply on behalf of the City to the State of California Homekey Notice of Funding Availability, with the Housing Authority of the City of Los Angeles serving as the lead applicant, for a maximum award of $265 million; $250 million for capital and $15 million in operating subsidies. The City will prioritize properties that:
    a. may be occupied within 90 days for interim housing
    b. have minimal or no rehabilitation needs for operation as interim housing; and
    c. could be converted to permanent housing units within three (3) to five (5) years.

10. AUTHORIZE the City Administrative Officer to enter into an Agreement, reviewed and approved by the City Attorney, with the Housing Authority of the City of Los Angeles outlining the roles and responsibilities as co-applicants to the State of California Homekey Notice of Funding Availability;

11. APPROVE up to $150 million in COVID-19 Federal Relief Fund monies for the matching funds for successful Homekey applications;

12. AUTHORIZE the City Administrative Officer to transfer up $150 million in COVID-19 Federal Relief Fund to the Housing Authority of the City of Los Angeles to ensure the timely acquisition of all approved Homekey applications;

13. APPROVE $30,000,000 in Emergency Solutions Grant - COVID to fund urgent rehabilitation of successful Homekey projects;

14. APPROVE $100,000 from COVID-19 Federal Relief Fund No. 63M, Department No. 10 Account No. 10T695 to the Department of General Services, No. 40, General Fund 100, Account No. 003040, Contractual Services to conduct appraisals on approved Homekey properties;

15. AUTHORIZE the City Administrative Officer, with the assistance of the Housing and Community Investment Department, to issue a Request for Proposals to select qualified owner/operators for approved Homekey properties;

16. REQUEST that the City Attorney work with the City Administrative Officer, with the assistance of the Housing and Community Investment Department, to develop a deed of trust, regulatory agreement and any other necessary legal document to transfer ownership of approved Homekey properties to the selected owner/operators ensuring the City's interests and the sites' use meet the goals of the City and the Homekey Program;

CAO File No.
0220-05734-0002

PAGE

4

17. REQUEST that Housing Authority of the City of Los Angeles lease the units it acquires under the Homekey program in compliance with the Homelessness Roadmap Plan;

18. APPROVE $8,103,000 in Los Angeles County service commitment funds for eight (8) months of funding 740 new interim beds, November 1, 2020 - June 30, 2021;

19. APPROVE $10,950,000 in Los Angeles County service commitment funds for eight (8) months of funding up to 1,000 new Homekey interim units November 1, 2020 - June 30, 2021;

20. APPROVE $6,570,000 in Los Angeles County service commitment funds for eight (8) months of funding up to 600 leased units November 1, 2020 - June 30, 2021;

21. APPROVE $698,700 from the Los Angeles County service commitment for the following sites for overnight safe parking, for 10 months, September 1 to June 30, 2021:

| No | Location | Council District | Ownership | Proposed No. of Spaces | Proposed Funding |
|---|---|---|---|---|---|
| 1 | 7128 Jordan Ave. | 3 | Public - LADOT | 25 | $205,500 |
| 2 | 11000 National Blvd. | 5 | Private - Church | 30 | $246,60 |
| 3 | 4301 S Central Ave. | 9 | Public - GSD | 10 | $82,200 |
| 4 | 2444-2450 S. Crenshaw Blvd. | 10 | Public - HCID | 10 | $82,200 |
| 5 | 20440 Lassen St. | 12 | Private - Church | 10 | $82,200 |

22. DIRECT the Los Angeles Homeless Services Authority to work with the Council Offices outlined in recommendation 21 to identify service providers for these safe parking sites;

23. DIRECT the Housing and Community Investment Department, with the assistance of the City Homeless Coordinator, to negotiate a contract with the Los Angeles Homeless Services Authority for Rapid Rehousing and Shared Housing that includes:
   i. Require service providers to:
      1. Assess and enroll (intake) any individual seeking assistance into the Coordinated Entry System (CES), whether or not assistance is readily available at the time it is requested;

CAO File No.
0220-05734-0002

PAGE

5

    2. Submit invoices for reimbursement within two (2) weeks of the end of
the reporting period; and

    3. Submit performance data on a monthly basis describing program
enrollments, placements, housing retention, and funds expended by
program pathway.

  ii. Instruct the Los Angeles Homeless Service Agency to report to the City
Administrative Officer's City Homeless Coordinator monthly on program
performance, Citywide, by Council District and by service provider, including
enrollments, placements, housing retention, and funds expended for each
housing pathway.

24. DIRECT the General Manager of the Housing and Community Investment Department or
designee, with the assistance of the City Homeless Coordinator, negotiate a contract with
the Los Angeles Homeless Services Authority for Outreach for this plan, which clearly
outlines target areas and coordinates and tracks the placement process monthly;

25. DIRECT the City Administrative Officer to make funding recommendations as projects are
ready for implementation, via motion or report;

26. INSTRUCT the General Manager of the Housing and Community Investment Department
or designee, to amend the necessary contracts with the Los Angeles Homeless Services
Authority for the Emergency Solutions Grant - COVID funding and the Los Angele County
service commitment approved in this report; and

27. AUTHORIZE the City Administrative Officer to:
    a. Prepare Controller Instructions or make necessary technical adjustments, including
to the names of the Special Fund accounts recommended for this report, consistent
with the Mayor and Council action in this matter, and authorize the Controller to
implement these instructions; and
    b. Prepare any additional Controller Instructions to reimburse City Departments for their
accrued labor, material or permit costs related to projects in this report consistent with
the Mayor and Council action on this matter and authorize the Controller to implement
these instructions.

## DISCUSSION

### CITY'S COMMITMENT TO THE HOMELESSNESS ROADMAP

The City of Los Angeles (City) reached an agreement with the County of Los Angeles (County) on
June 16, 2020, to develop an additional 6,700 homeless interventions to address the COVID-19

CAO File No.
0220-05734-0002

PAGE

6

emergency within 18 months. This agreement includes:

- 700 beds in existing agreements with the County within 10 months;
- 5,300 new beds within 10 months; and
- 700 new beds within 18 months.

6,000 of these beds must be new beds, which are not included in any existing agreements between the City and the County. The County has committed to providing $60 million in services over five (5) years for a total of $300 million or half of the estimated $600 million cost for these beds over the five (5) year term of the agreement. The target population for this effort includes:

- People experiencing homelessness and living in the City within 500 feet of freeway overpasses, underpasses and ramps;
- People experiencing homelessness within the City who are 65 years of age or older; and
- Other vulnerable people experiencing homelessness within the City of Los Angeles.

## MEETING THE 6,700 COMMITMENT AND ESTIMATED COST

The CAO and CLA have been working with each Council Office to develop district-specific plans, which outline specific interventions to address the 6,700 commitment. These plans will continue to evolve as new interventions are identified and sites under review for use are cleared and/or developed. The City will have to use every available resource at its disposal to meet this commitment including Rapid Rehousing and Shared Housing, Interim Housing, Leasing, Acquisition, Safe Parking, as well as the City's on-going investment in new permanent and affordable housing, not included in existing County contracts.

It is important to note that other than the permanent housing units in the plan, every intervention will have turnover as individuals are placed in permanent housing solutions. As such, these new interventions will serve more people than the slated 6,000 people over the term of the agreement.

The proposed plan to meet the unit commitment is outlined in Table 1 below (Attachment 1). This plan provides a unit cushion in case proposed interventions are not feasible and the City has to quickly shift to more viable options.

**Table 1: Proposed Plan**

| Type of Unit/Intervention | Number of Units | Estimated Capital Cost | Net New Cost** By Fiscal Year (FY) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 2020-21*** | 2021-2022 | 2022-23 | 2023-24 | 2024-25 | Total Cost |
| New Interim Housing Beds | | | | | | | | |
| - ABH Beds | 842 | 34,201,320 | 19,721,755 | 18,439,800 | 18,439,800 | 18,439,800 | 18,439,800 | $127,682,275 |

CAO File No.
0220-05734-0002

PAGE

7

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| - Other Interim Beds (Including Pallet Shelters)* | 740 | 34,500,000 | 8,103,000 | 12,154,500 | 12,154,500 | 12,154,500 | 12,154,500 | $91,221,000 |
| New permanent housing units/not included in existing County Contracts | 908 | 136,200,000 | 0 | 0 | 0 | 0 | 0 | $136,200,000 |
| Acquisition Operations* | 1,000 | 150,000,000 | 10,950,000 | 16,425,000 | 16,425,000 | 16,425,000 | 16,425,000 | $226,650,000 |
| Rapid Rehousing/Shared Housing | 3,000 | N/A | 52,160,787 | 29,960,444 | 8,696,350 | 6,347,848 | 0 | $97,165,429 |
| Leased Facilities* | | | | | | | | |
| - Leasing | 600 | N/A | 3,951,600 | 5,927,400 | 5,927,400 | 5,927,400 | 5,927,400 | $27,661,200 |
| - Operating | 513 | | 6,570,000 | $9,855,000 | 9,855,000 | 9,855,000 | 9,855,000 | $45,990,000 |
| Safe Parking | 513 | N/A | $3,744,900 | $5,617,350 | 5,617,350 | 5,617,350 | 5,617,350 | $26,214,300 |
| Housing Units in Existing County Contracts**** | 700 | 0 | $3,802,393 | $3,802,393 | $1,118,578 | $2,190,000 | $2,190,000 | $13,102,364 |
| Total Capital and Operating: | 8,303 | $354,901,320 | $109,004,435 | $102,181,887 | $78,233,978 | $76,956,898 | $70,609,050 | $791,886,568 |
| County Operating Obligation | | N/A | 53,000,000 | 60,000,000 | 60,000,000 | 60,000,000 | 60,000,000 | $293,000,000 |
| City Capital and Operating Obligation | | $354,901,320 | $56,004,435 | $42,181,887 | $18,233,978 | $16,956,898 | $10,609,050 | $498,886,568 |
| Outreach | N/A | N/A | 2,449,650 | 4,899,300 | 0 | 0 | 0 | 7,348,950 |
| TOTAL City Obligation | | $354,901,320 | $58,454,085 | $47,081,187 | $18,233,978 | $16,956,898 | $10,609,050 | $506,235,518 |

*Operations for Acquisition Units based on eight months operations in FY 2020-21. Operations for Other Interim Beds, Leased Facilities, and Safe Parking based on eight months average operating time cost in FY 2020-21
**Operating Costs: ABH Beds: $60/bed/night; Other Interim Beds, Acquisition Units, Leased Facilities: $45/bed/night; Safe Parking: $30/car/night
*** City Capital and Operating Obligation in FY 2020-21 does not include ABH Beds, which are fully funded with City HEAP and HHAP funds.
**** A portion of these services have been funded with City HEAP.

## Funding Sources for the Proposed Plan

Given the City's precarious financial situation as a result of the COVID-19 crisis, the City needs to use all available resources for this plan without impacting the General Fund in the immediate future.

CAO File No.
0220-05734-0002

This Office proposes that the plan be funded as outlined in Table 2 (Attachment 2) in Fiscal Year (FY) 2020-21. This funding proposal would allocate Coronavirus Relief Fund (CRF), Emergency Solutions Grant-COVID (ESG-COVID), and the County of Los Angeles service funding commitment dollars to implement the plan. The State of California Homeless grants, the Homeless Emergency Aid Program (HEAP) and the Homeless Housing, Assistance and Prevention (HHAP), have already been allocated to cover the construction and operating costs for the A Bridge Home Program beds included in this effort.

**Table 2: Proposed Funding in FY 2020-21**

| Type of Unit/Intervention | | Units | HEAP/ HHAP | CRF | ESG-COVID | State/ Federal Housing Funds | County Service Commitment |
|---|---|---|---|---|---|---|---|
| New Interim Housing Beds | | | | | | | |
| - ABH Beds | Capital | 842 | $34,201,320 | | | | |
| | Operating | | $19,721,755 | | | | |
| - Other Interim Beds (Including Pallet Shelters)** | Capital | 740 | | $34,500,000 | | | |
| | Operating | | | | | | $8,103,000 |
| New permanent housing units/not included in existing County Contracts | | 908 | | | | $136,200,000 | |
| Acquired Units** | Match | 1,000 | | $150,000,000 | | | |
| | Operating | | | | | | $10,950,000 |
| | Rehabilitation | | | | $30,000,000 | | |
| Rapid Rehousing/ Shared Housing*** | | 3,000 | | | $97,165,429 | | |
| Leased Facilities** | Leasing | 600 | | | $3,951,600 | | |
| | Operating | | | | | | $6,570,000 |
| Safe Parking** | | 513 | | | | | $3,744,900 |
| Housing Units in Existing County Contracts | | 700 | | | | | |
| Outreach | | | | | $2,449,650 | | |
| Administration | | | | $2,500,000 (BOE) $100,000 (GSD) | TBD | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL** | **8,303** | $53,923,075 | $187,100,000 | $133,566,679 | $136,200,000 | $29,367,900 |

\*\* Operating Costs: ABH Beds: $60/bed/night; Shelters, Leased Facilities: $45/bed/night; Safe Parking: $30/car/night, based on average operating time of eight months operations for Other Interim Beds, Acquired Units, Leased Facilities, and Safe Parking in F 2020-21.
\*\*\* Reflects the entire cost of the program for four (4) years using ESG-COVID.

## STATUS OF PLAN AND FUNDING RECOMMENDATIONS

### New Beds as of June 16, 2020
*New Beds*
The City has created 377 new beds through its A Bridge Home Program (ABH) since June 16, 2020. An additional 385 new beds are scheduled to open by September 10, 2020, and 80 more by December 31, 2020.

### New Beds in Existing County Agreements/Proposition HHH Units and ABH Beds
147 of the beds in existing County service agreements have opened since June 16, 2020 and an additional 506 will be completed by December 31, 2020. These beds include eight (8) Proposition HHH projects with 404 units, all of which are track to be completed by January 2021. It also includes four (4) ABH projects with 347, which will be in operation by December 2020.

### Development of New Beds/Inventions
City-owned sites for interim housing use are extremely limited, given that the City has been assessing public sites for interim and permanent housing development since 2016. Most of the feasible City-owned sites are being used for the A Bridge Home Program (ABH) and/or are in development for permanent supportive and affordable housing.

As of June 16, 2020, City staff have reviewed over 90 publicly and privately-owned for interim housing, safe parking, and leasing potential, not including the sites being reviewed for the State Homekey acquisition grant described below. Of these sites, 29 have been deemed infeasible. Six (6) sites are in layout and design phase for pallet shelters with the Bureau of Engineering (BOE) and five (5) are being recommended in this report for safe parking. The Department of General Services (GSD) has initiated lease negotiations on (4) sites and three (3) California Department of Transportation (Caltrans) have been submitted for use approval to the Federal Highway Administration (FHWA). The remaining sites are undergoing review and vetting with the site owners.

### Interim Housing Sites in Development

The Bureau of Engineering (BOE) is completing the layout of six (6) pallet shelter sites and will be releasing two (2) sites for design/bid. We recommend $34,500,000 in CRF monies; $22,500,000 previously approved, and an additional $12,000,000 recommended in this report for these six (6) sites. If the sites are not completed by December 2020, the remaining costs for the sites may have to be transferred to another source given the CRF expenditure deadline. This report also recommends funding for three (3) of these sites, for a total of 370 beds. Two (2) of these sites are underutilized Department of Recreation and Parks (RAP) sites. The RAP Commission approved the use of these sites on August 6, 2020. These funding recommendations are based on BOE's rough order of magnitude (ROM); final costs will be adjusted when the contractors for each site are selected. To determine the sites feasibility, BOE surveyed the sites, assessed utility and sewer accessibility, prepared sites plans, and conducted a California Environmental Quality Act (CEQA) analysis of the proposed sites. BOE will transmit CEQA analysis under separate cover and the City Council and Mayor must approve BOE's determination that this use is categorically exempt from CEQA. These include:

| CD | Site | Number of Beds | Amount |
|----|------|----------------|--------|
| 2 | 11471 Chandler Blvd | 66 | $4,933,700 |
| 2 | 6099 Laurel Canyon | 200 | $8,456,300 |
| 3 | 19020-19040 W Vanowen Street | 104 | $3,388,900 |

### Rapid Rehousing and Shared Housing

In response to Motions from the Los Angeles City Council (Martinez – Buscaino – O'Farrell – Krekorian – Price; C.F. 20-0687) and County Board of Supervisors, the Los Angeles Homeless Services Authority (LAHSA) has proposed a countywide COVID-19 Recovery Plan for Homelessness (Plan). The Plan proposes three (3) pathways for persons experiencing homelessness to be permanently housed in units in the private rental market using resources made available from the State and Federal governments in response to the COVID-19 pandemic. The total cost to implement the Plan Countywide is $806,595,605 over three (3) years. The County of Los Angeles has committed $308.6 million toward the Plan.

This Plan includes landlord incentives and move-in assistance, such as security deposits, furniture and household goods. LAHSA anticipates that shared housing will be heavily relied upon as a placement option to extend funding for rental assistance to as many individuals and households as possible.

LAHSA's Recovery Plan dovetails with the City's need to tap into the private rental market to meet the target number of units in the City's COVID-19 Homelessness Roadmap (Roadmap). Making this investment would also reduce the City's operations obligation in years 2-5 of this effort. As such, the CAO requested a proposal from LAHSA outlining how the programs included in the Plan can be used to address the populations specified in the Roadmap. LAHSA's response outlined a plan to house 7,500 individuals in 18 months and 10,000 in 24 months for a total cost of

$264,890,902 over four (4) years. The proposal identified costs for four (4) years, because a limited number of program participants will require rental assistance and case management support beyond the initial 18-month placement period, at a cost of $4,784,517.

At this time, the CAO recommends funding in the amount of $97,165,430 over four (4) years for 3,000 placements in 18 months – an average of 200 placements per Council District. The three (3) Plan pathways, the number of individuals and households anticipated to be housed through each, a projected placement schedule, funds requested for each pathway, and proposed accountability requirements are described below.

COVID-19 Recovery Plan for Homelessness Pathways
The three (3) pathways in the Plan provide varying levels of rental assistance, case management and other supports to place persons from the target populations into rental units in the private market. These pathways include:

Pathway 1 (Bridge Subsidy): Designed to house individuals who need more support and are eligible for permanent supportive housing (PSH).
- Proposed for 1,201 (40%) of the 3,000 placement target:
    - 961 of these individuals will receive 100% rent subsidy and intensive case management until a PSH unit becomes available; and
    - 240 are estimated to be able to stabilize enough to remain in their unit and taper to a shallow subsidy of $300-750 per month.

Pathway 2 (Recovery Housing): For lower-need participants who can transition to private housing, deep rental assistance for 12-18 months with case management, tapering to either no rental assistance or to a shallow subsidy. This intervention also includes problem-solving resources to transition people to permanent housing without any ongoing rental assistance.
- Proposed to assist 1,514 (50%) of the 3,000 placement target:
    - 1,062 of these individuals or households are expected to be able to maintain their unit permanently without the need for ongoing subsidies:
        - 683 will taper off the subsidy within 18 months;
        - 379 within 12 months;
        - 171 additional individuals are expected to be able to taper to a shallow subsidy of up to $530 per month after 18 months of deeper rental assistance; and
        - 281 individuals are expected to be able to obtain and maintain permanent housing with problem solving resources such as family reunification, obtaining benefits, move-in assistance, etc., and no rental subsidy.

Pathway 3 (Shallow Subsidy): Provides an ongoing shallow subsidy of up to $530 per month to 285 individuals with sufficient income to cover some, but not all of market rent. Table 3 below summarizes these pathways and expected outcomes:

CAO File No.
0220-05734-0002

PAGE

12

**Table 3. COVID-19 Recovery Plan for Homelessness Proposed for the City of Los Angeles**

| Pathway | Outcome | Number | Percent |
|---|---|---|---|
| 1.  Bridge Subsidy | PSH | 961 | 32% |
| | Shallow Subsidy | 240 | 8% |
| Subtotal – Bridge Subsidy | | | |
| 2.  Recovery Housing | No Subsidy after 18 Months Rental Assistance | 683 | 23% |
| | No Subsidy after 12 Months Rental Assistance | 379 | 12% |
| | Shallow Subsidy after 18 Months Rental Assistance | 171 | 6% |
| | Problem Solving, no Rental Assistance | 281 | 9% |
| Subtotal – Recovery Housing | | | |
| 3.  Shallow Subsidy | Ongoing Shallow Subsidy | 285 | 10% |
| Total | | 3,000 | 100% |

Expected Placement schedule

With funding for these rental subsidies and services, LAHSA estimates that 3,000 people experiencing homelessness can be housed in the next 18 months as described in Table 4 below.

**Table 4. Placement Schedule by Pathway**

| Placement Schedule | | | | |
|---|---|---|---|---|
| Pathway | FY 2020-21 Q1-Q2 | FY 2020-21 Q3-Q4 | FY 2021-22 Q1-Q2 | Total |
| Bridge Subsidy | 650 | 551 | | 1,201 |
| Recovery Housing | 600 | 914 | | 1,514 |
| Shallow Subsidy | 80 | 115 | 90 | 285 |
| Total | 1,330 | 1,580 | 90 | 3,000 |

LAHSA estimates the total cost of all of these interventions is $97,165,430 million over four (4) years. Costs are summarized by pathway in Table 5 below.

**Table 5. Costs by Pathway**

| Annual Cost | | | | | | |
|---|---|---|---|---|---|---|
| Recovery Housing Pathway | FY 2020-21 Q1-Q2 | FY 2020-21 Q3-Q4 | FY 2021-22 | FY 2022-23 | FY 2023-24 | Total |
| Bridge Subsidy* | $9,520,767 | $15,026,657 | $6,366,132 | $2,544,480 | $2,544,480 | $36,002,516 |
| Recovery Housing* | $8,549,854 | $17,633,037 | $20,993,417 | $3,684,186 | $1,335,684 | $52,196,178 |
| Shallow Subsidy | $407,029 | $1,023,443 | $2,600,896 | $2,467,684 | $2,467,684 | $8,966,736 |
| Total | $18,477,650 | $33,683,137 | $29,960,444 | $8,696,350 | $6,347,848 | $97,165,430 |

*Includes landlord engagement and shallow subsidy costs associated with these pathways.

Recommended Reporting Requirements:

CAO File No.
0220-05734-0002

PAGE

13

This recommendation represents a significant portion of the 6,700 persons the City has committed to house as part of the Roadmap. This is also a substantial expansion of the City's rental assistance and rehousing infrastructure on a very aggressive timeframe. As such, in order to ensure the City has sufficient information to assess progress and that funding or programmatic adjustments can be made quickly as needed, we recommend the following reporting and accountability requirements for LAHSA and the service providers that will carry out this program:

1. Require service providers to:
   a. Assess and enroll (intake) any individual seeking assistance into the Coordinated Entry System (CES), whether or not assistance is readily available at the time it is requested;
   b. Submit invoices for reimbursement within two (2) weeks of the end of the reporting period; and
   c. Submit performance data on a monthly basis describing program enrollments, placements, housing retention, and funds expended by program pathway.
2. Instruct LAHSA to report to the City Administrative Officer's City Homeless Coordinator monthly on program performance, Citywide, by Council District and by service provider, including enrollments, placements, housing retention, and funds expended for each housing pathway.

### *Leasing*
The City is also exploring leasing options, and at least 19 sites are being assessed for interim housing. The General Services Department (GSD) is actively engaged in four (4) lease negotiations. Three (3) of these sites are vacant lots; one (1) is a community center owned by the Knights of Columbus in Council District 3. Brilliant Corners, under contact with the City for real estate evaluation services for interim housing, is assessing the capital improvements that would be needed to use the Knights of Columbus site for interim housing. Pending confirmation of owner interest the BOE will be requested to provide draft designs and cost estimates for the three (3) vacant lots to further determine feasibility, in collaboration with the Council Offices. This Office will provide leasing and funding recommendations regarding these and any other private sites deemed feasible for interim housing in subsequent reports.

### *Acquisition - State of California: Notice of Funding Availability HomeKey Program*
The State of California Department of Housing and Community Development (state) issued a Notice of Funding Availability Homekey Program (Homekey) for approximately $600 million of grant funding to expand the inventory of housing for people experiencing homelessness or at risk of homelessness and impacted by COVID-19 on July 16, 2020. The $550 million is from the state's direct allocation of the federal Coronavirus Aid Relief Funds (CRF) and $50 million is derived from the state's General Fund to supplement the acquisition fund and provide initial operating subsidies for Homekey sites. The state will fund up to $200,000 per door on these acquisitions if the jurisdiction provides a match of $150,000 per door. The state has set-aside $161.5 million as the

CAO File No.
0220-05734-0002

PAGE

14

allocation for the Los Angeles County Region, but has indicated additional funding beyond this amount may be available.

Given the CRF expenditure deadline of December 30, 2020, the state's priority application deadline is August 13, 2020, with a final deadline of September 29, 2020. Because of this short turn around, my Office recommends that the City partner with the Housing Authority of the City of Los Angeles (HACLA), to apply for feasible properties. HACLA has existing real estate acquisition capabilities and has agreed to work with the City on this acquisition effort. HACLA will acquire the properties on behalf of the City, which thereafter, would be transferred to a qualified service provider/owner/operator selected by the City through a competitive Request for Proposals (RFP). The City will place a Deed of Trust and a Regulatory Agreement on the property to ensure the City's control over the use of the site.

As we are proposing to use the CRF funds allocated to the City as the matching source for this effort, the City Attorney has advised that we prioritize properties that can be occupied within 90 days, given that this is a COVID-response program. We also recommend that properties be prioritized in the following manner:

1. Properties for interim housing use only given the lack of operating (rental vouchers), that could be occupied immediately and within 90 days;
2. Prosperities with no or minimal rehabilitation need; and
3. Properties that could be converted to permanent housing within three (3) to five (5) years.

The CAO received over 100 properties from Council Offices, Project Roomkey service providers and the County for acquisition vetting. The Department of General Services initiating the vetting process by ensuring the owner's interest in selling the property. Given the tight deadline for priority applications, and capacity, the CAO submitted 31 properties to HACLA for vetting, ensuring Council District priority sites, Project Roomkey sites, and a Council District mix. The goal is for the HACLA and the City to submit its applications by August 13th to ensure properties are considered on the rolling basis.

In addition to assisting the City with its acquisition efforts, HACLA proposes to acquire properties that HACLA will own and operate as permanent housing units. HACLA will cover the matching funds for any properties that the agency intends to own and operate, but will prioritize the City's 6,000 new bed target population for occupancy of these HACLA units.

This report recommends approval for applying for up to $250 million in state funds. This would allow the City and HACLA to apply for up to 1,250 units. The City's estimated match if all properties are successful would be a maximum of $150 million. Included in the recommendation is authority for the CAO to enter into an Agreement with HACLA outlining roles and responsibilities. We are also requesting an allocation of $30 million in ESG-COVID for any emergency rehabilitation that may be needed for City acquired properties. We will report on the need for these funds once the properties have been acquired.

CAO File No.
0220-05734-0002

PAGE

15

The Mayor's Office and the Housing and Community Investment Department (HCID) are working on a potential second round of City of Homekey applications. The Mayor's Office and HCID will work with HACLA and selected development partners, if state funding and City matching funds are available, to submit these applications by the final Homekey September 29, 2020 deadline. HCID will report on the process and timeframe for this effort.

### Safe Parking

There are 26 sites with 513 spaces proposed in Council District Plans for Safe Parking. 20 of these sites are on publicly-owned property and 6 are private sites. For the first set of Safe Parking recommendations, this Office provided a list of nine (9) sites to LAHSA to review according to the need for safe parking both Council Districtwide and in close proximity to the proposed sites. Need was assessed based on the density of people experiencing homelessness living in vehicles close to the site and the utilization rate of any other Safe Parking programs nearby. The sites provided to LAHSA were either owned by the City or by private entities that had expressed interest in allowing their property to be used for Safe Parking free of charge.

Based on LAHSA's assessment, we recommend approval of the following five (5) sites and funding for new Safe Parking programs described in Table 6 below. As these sites are available free of charge, funding will cover the services for overnight parking at each site. We further recommend that the Mayor and City Council instruct LAHSA to work with Council Offices to identify providers for each of these new sites from the existing list of safe parking operators.

**Table 6. Recommended Safe Parking Sites**

| No. | Location | Council District | Ownership | Proposed No. of Spaces | Proposed Funding |
|---|---|---|---|---|---|
| 1 | 7128 Jordan Ave. | 3 | Public - LADOT | 25 | $205,500 |
| 2 | 11000 National Blvd. | 5 | Private - Church | 30 | $246,60 |
| 3 | 4301 S Central Ave. | 9 | Public - GSD | 10 | $82,200 |
| 4 | 2444-2450 S. Crenshaw Blvd. | 10 | Public - HCID | 10 | $82,200 |
| 5 | 20440 Lassen St. | 12 | Private - Church | 10 | $82,200 |
| | Total | | | 85 | $698,700 |

The CAO will continue to review sites proposed for Safe Parking in the Council District Plans with
LAHSA, and will provide recommendations for approval of additional sites and funding in
subsequent reports.

In the process of reviewing these sites, LAHSA reported that Safe Parking sites Citywide are
currently underutilized as a result of relaxed parking requirements.

### Services

In order to expedite the process of identifying homeless service providers to operate new
interventions developed under the COVID-19 City Homeless Roadmap, LAHSA will issue a
Request for Information (RFI), which will include specifications for anticipated interventions. The
RFI will result in a list of providers interested in operating these sites. As sites are approved by the
Mayor and Council, the City will also identify providers from this list and instruct LAHSA to execute
contracts for the operation of each site. Based on lessons learned from ABH Program, this process
is intended to provide potential operators with standard information regarding City interventions in
advance to avoid delays.

Upon approval of this report, LAHSA will issue the RFI. The RFI will be issued on a rolling basis so
that new providers can be added as responses are received; however the initial list of potential
operators will be available three (3) weeks after the date of issuance. This office expects the
operator list to be available for sites recommended for approval in the next report on the City
COVID-19 Homelessness Roadmap.

### Outreach

A dedicated outreach program is needed to ensure that City interventions are targeted for the
populations in City COVID-19 Homelessness Roadmap. LAHSA reports that one (1) dedicated
outreach team will be needed in each Council District to coordinate identification and navigation of
individuals from the City COVID-19 Homelessness Roadmap target populations into newly created
interventions. These teams will work closely with the Mayor and Council Offices to identify target
areas, create by-name lists of people residing in these areas and coordinate and track the
placement process monthly.

The total annual cost for this program is $4,899,300 or $7,348,950 over the 18-month program.
This includes $206,500 per team, or $3,097,500 annually for 15 teams. LAHSA has also identified
additional support needed for this effort, including: five (5) including housing navigators; two (2)
program coordinators; four (4) project managers; one (1) dedicated interim and permanent housing
matcher; and associated analyst, data management, and supervisory support. The annual cost of
these additional positions is $1,801,800.

## FISCAL IMPACT

There is no impact to the General Fund as a result of the recommendations in this report at this time. All of the recommendations in this report will be funded with CARES Act funding or the County of Los Angeles service funding commitment in FY 2020-21.

## FINANCIAL POLICIES STATEMENT

The recommendations in this report comply with the City Financial Policies.

Attachments
1. Table 1: Proposed Plan
2. Table 2: Proposed Funding in FY 2020-21

*RHL:YC:MB:16210010*

Attachment 1

## Table 1: Proposed Plan

| Type of Unit/Intervention | Number of Units | Estimated Capital Cost | Net New Cost** By Fiscal Year (FY) 2020-21*** | 2021-2022 | 2022-23 | 2023-24 | 2024-25 | Total Cost |
|---|---|---|---|---|---|---|---|---|
| New Interim Housing Beds | | | | | | | | |
| - ABH Beds | 842 | 34,201,320 | 19,721,755 | 18,439,800 | 18,439,800 | 18,439,800 | 18,439,800 | $127,682,275 |
| - Other Interim Beds (Including Pallet Shelters)* | 740 | 34,500,000 | 8,103,000 | 12,154,500 | 12,154,500 | 12,154,500 | 12,154,500 | $91,221,000 |
| New permanent housing units/not included In existing County Contracts | 908 | 136,200,000 | 0 | 0 | 0 | 0 | 0 | $136,200,000 |
| Acquisition Operations* | 1,000 | 150,000,000 | 10,950,000 | 16,425,000 | 16,425,000 | 16,425,000 | 16,425,000 | $226,650,000 |
| Rapid Rehousing/Shared Housing | 3,000 | N/A | 52,160,787 | 29,960,444 | 8,696,350 | 6,347,848 | 0 | $97,165,429 |
| Leased Facilities* | | | | | | | | |
| - Leasing | 600 | N/A | 3,951,600 | 5,927,400 | 5,927,400 | 5,927,400 | 5,927,400 | $27,661,200 |
| - Operating | 513 | N/A | 6,570,000 | $9,855,000 | 9,855,000 | 9,855,000 | 9,855,000 | $45,990,000 |
| Safe Parking | 513 | N/A | $3,744,900 | $5,617,350 | $5,617,350 | $5,617,350 | $5,617,350 | $26,214,300 |
| Housing Units in Existing County Contracts**** | 700 | 0 | $3,802,393 | $3,802,393 | $1,118,578 | $2,190,000 | $2,190,000 | $13,102,364 |
| Total Capital and Operating: | 8,303 | $354,901,320 | $109,004,435 | $102,181,887 | $78,233,978 | $76,956,898 | $70,609,050 | $791,886,568 |
| County Operating Obligation | | N/A | 53,000,000 | 60,000,000 | 60,000,000 | 60,000,000 | 60,000,000 | $293,000,000 |
| City Capital and Operating Obligation | | $354,901,320 | $56,004,435 | $42,181,887 | $18,233,978 | $16,956,898 | $10,609,050 | $498,886,568 |
| Outreach | N/A | N/A | 2,449,650 | 4,899,300 | 0 | 0 | 0 | 7,348,950 |
| TOTAL City Obligation | | $354,901,320 | $58,454,085 | $47,081,187 | $18,233,978 | $16,956,898 | $10,609,050 | $506,235,518 |

*Operations for Acquisition Units based on eight months operations in FY 2020-21. Operations for Other Interim Beds, Leased Facilities, and Safe Parking based on eight months average operating time cost in FY 2020-21
**Operating Costs: ABH Beds: $60/bed/night; Other Interim Beds, Acquisition Units, Leased Facilities: $45/bed/night; Safe Parking: $30/car/night
*** City Capital and Operating Obligation in FY 2020-21 does not include ABH Beds, which are fully funded with City HEAP and HHAP funds.
**** A portion of these services have been funded with City HEAP.

**Attachment 2**

Table 2: Proposed Funding in FY 2020-21

| Type of Unit/Intervention | | Units | HEAP/ HHAP | CRF | ESG-COVID | State/ Federal Housing Funds | County Service Commitment |
|---|---|---|---|---|---|---|---|
| New Interim Housing Beds | | | | | | | |
| - ABH Beds | Capital | 842 | $34,201,320 | | | | |
| | Operating | | $19,721,755 | | | | |
| - Other Interim Beds (Including Pallet Shelters)** | Capital | 740 | | $34,500,000 | | | |
| | Operating | | | | | | $8,103,000 |
| New permanent housing units/not included in existing County Contracts | | 908 | | | | $136,200,000 | |
| Acquired Units** | Match | 1,000 | | $150,000,000 | | | |
| | Operating | | | | | | $10,950,000 |
| | Rehabilitation | | | $30,000,000 | | | |
| Rapid Rehousing/ Shared Housing*** | | 3,000 | | | $97,165,429 | | |
| Leased Facilities** | Leasing | 600 | | | $3,951,600 | | |
| | Operating | | | | | | $6,570,000 |
| Safe Parking** | | 513 | | | | | $3,744,900 |
| Housing Units in Existing County Contracts | | 700 | | | | | |
| Outreach | | | | | $2,449,650 | | |
| Administration | | | | $2,500,000 (BOE) $100,000 (GSD) | TBD | | |
| TOTAL | | 8,303 | $53,923,075 | $187,100,000 | $133,566,679 | $136,200,000 | $29,367,900 |

** Operating Costs: ABH Beds: $60/bed/night; Shelters, Leased Facilities: $45/bed/night; Safe Parking: $30/car/night, based on average operating time of eight months operations for Other Interim Beds, Acquired Units, Leased Facilities, and Safe Parking in F 2020-21.

*** Reflects the entire cost of the program for four (4) years using ESG-COVID.

Exhibit B

**Ad Hoc Committee on COVID-19 Recovery and Neighborhood Investment**
**Wednesday, September 2, 2020**
**Item 1 and 2: C.F. 20-0687 and 20-0841 - AMENDED RECOMMENDATIONS**

That the City Council, subject to the Mayor's approval:

1. APPROVE the proposed plan as outlined in Table 1 of this report and request that the City Administrative Officer report regularly on status and amendments;

2. APPROVE the use of the City-owned site at 19020-19040 West Vanowen Street in Council District 3 for a pallet shelter;

3. APPROVE the use of the Department of Recreation and Parks-owned site at 1221 S. Figueroa Place in Council District 15 for a pallet shelter, pending the Recreation and Parks Commission approval on September 17, 2020;

4. APPROVE $22,014,735 for the construction of the following four (4) pallet shelters with 525 beds:

| CD | Site | Number of Beds | Amount |
|----|------|----------------|--------|
| 2 | 11471 Chandler Blvd | 75 | $4,933,700 |
| 2 | 6099 Laurel Canyon | 200 | $8,456,300 |
| 3 | 19020-19040 W Vanowen Street | 100 | $3,388,900 |
| 15 | 1221 S. Figueroa Place | 150 | $5,235,835 |

   a. ALLOCATE up to $21,894,735 from the COVID-19 Federal Relief Fund No. 63M, Department No. 10, Account No. 10T695 as follows. Eligible costs incurred from these allocations will be reimbursed from the COVID-19 Federal Relief Fund.
      i. Up to $4,903,700 to COVID-19 Federal Relief Fund No. 63M, Account No. 10TXXX, 11471 Chandler Blvd.;
      ii. Up to $8,426,300 to COVID-19 Federal Relief Fund No. 63M, Account No. 10TXXX, 6099 Laurel Canyon;
      iii. Up to $3,358,900 to COVID-19 Federal Relief Fund No. 63M, Account No. 10TXXX, 19020-19040 Vanowen Street; and
      iv. Up to $5,205,835 to COVID-19 Federal Relief Fund No. 63M, Account No. 10TXXX, 1221 S. Figueroa Place.

   b. REPROGRAM $120,000 from the Homeless Emergency Aid Program (HEAP) Grant Special Fund No. 60P, Activity Category 1 - Capital and Operating Support - A Bridge Home, allocated to the Engineering Special Services Fund No. 682, Department No. 50, Account No. 50RVDI, Crisis Bridge Housing Facilities - Various Engineering Services as follows:

Date: 9-2-20
Submitted in COVID-19 Committee
Council File No: 20-0687 & 20-0841
Item No#s 1 & 2
Deputy: CAO

| No | Location | Council District | Ownership | Proposed No. of Spaces | Proposed Funding |
|----|----------|------------------|-----------|------------------------|------------------|
| 1 | 7128 Jordan Ave. | 3 | Public - LADOT | 25 | $205,313 |
| 2 | 11000 National Blvd. | 5 | Private - Church | 30 | $246,375 |
| 3 | 4301 S Central Ave. | 9 | Public - GSD | 10 | $82,125 |
| 4 | 2444-2450 S. Crenshaw Blvd. | 10 | Public - HCID | 10 | $82,125 |
| 7 | Cahuenga Branch Library 4591 Santa Monica Blvd. | 13 | Public - Library | 10 | $82,125 |
| 5 | 711 S. Beacon | 15 | Public - GSD | 30 | $246,375 |
| 6 | 19610 Hamilton Ave | 15 | Public - HACLA | 25 | $205,313 |

14. DIRECT the Los Angeles Homeless Services Authority to work with the Council Offices outlined in recommendation 13 to identify service providers for these safe parking sites;

15. INSTRUCT the General Manager of the Housing and Community Investment Department or designee, to execute a new contract with the Los Angeles Homeless Services Authority for the Emergency Solutions Grant - COVID funding and the Los Angeles County service commitment approved in this report;

16. INSTRUCT the Housing and Community Investment Department, with the assistance of the City Homeless Coordinator, to add a provision to the City's new agreement with the Los Angeles Homeless Services Authority for COVID Roadmap Programs that:
   a. Require service providers to:
      i. Assess and enroll (intake) any individual seeking assistance into the Coordinated Entry System (CES), whether or not assistance is readily available at the time it is requested;
      ii. Submit invoices for reimbursement within two (2) weeks of the end of the reporting period; and
      iii. Submit performance data on a monthly basis describing client contacts, program enrollments, placements, housing retention, and funds expended by program pathway.

   b. Instruct the Los Angeles Homeless Service Agency to report to the City Homeless Coordinator in the Office of the City Administrative Officer monthly on fund expenditures, program performance, Citywide, by Council District and by service provider, including enrollments, placements, housing retention, and funds expended for each housing pathway.

Exhibit C



HOMELESS PALLET SHELTER PROJECT

ALEXANDRIA PARK

CITY OF LOS ANGELES   DEPARTMENT OF PUBLIC WORKS   BUREAU OF ENGINEERING

GARY LEE MOORE, PE, ENV SP

CITY ENGINEER



A Bridge Home

ALEXANDRIA PARK
PALLET PROJECT
6099 Laurel Canyon Blvd, North Hollywood 91606

COVER

| COUNCIL DISTRICT: | 02 | |
| DATE: | 07/16/20 | G001 |
| DRAWN BY: | MQ, EV | |

ENGINEERING
CITY OF LOS ANGELES

## Project Information

This project will provide temporary emergency homeless shelters in the City of Los Angeles, under the Mayor's Executive Directive No. 24, pursuant to LAMC sections 12.80, and the Emergency Declaration, Council File 20-0841.

The projects will use Pallet Shelters to house up to a max. of 200 individuals per site. The Pallet Shelter shall house 2 individuals, or 1 per designated ADA pallet shelter. Recommended shelter layouts are provided as a basis of design (B.O.D.).

## Project Scope of Work

The CONTRACTOR shall provide all labor, materials, and equipment necessary to provide, supply, fabricate, construct, deliver (FOB site) and install pallet shelter units, and construct an emergency homeless shelter facility. Pallet "Shelter 64" units will provide sleeping quarters to individuals, these units will be used as Admin, Each site may also use single emergency Pallet "Shelter 100" to be used as an administrative shelter. Each site shall provide a minimum of 2 restroom trailers with showers, and handwash stations. The hygiene trailer will be used for every 75 individuals or fraction thereof. Each site shall provide shelter (beds) for a minimum of 60 individuals and a maximum of 200 individuals.

Work includes site development with the minimum following amenities:
1. Insulated Shelter 64 - each with 2 beds or 1 bed for designated ADA units.
2. Public hygiene trailers with showers, restrooms, drinking fountains (require hand wash).
3. Site shall have an LAFD approved 20 ft wide fire apparatus access lane, and
4. parking where necessary.
5. Egress and site lighting.
6. Pallet shall have a minimum of 3 sites.
7. Designated food distribution area (tented area may be used)
8. Trash and security cameras (infrastructure only – conduit)
9. 10 ft by 10 ft wide pet areas with turf and synthetic turf.
10. Fringes area for supplies (blankets, towels, clothes, cleaning supplies) (10 ft by 10 ft
11. enclosed trash bins area
12. Sewer and location for a hot box (provide outlet outside the pallet shelter)

## Design Team
### Design Team Members:
The Engineer-of-record must be licensed in the state of California, and have experience working with the state of California in providing plan layouts for this project. The licensed California architect/engineer as code enforcement.
For this project, the CONTRACTOR shall provide combined bonding capacity in excess of 5x.x million.
The Contractor shall be experienced in working with local planning and building departments for permitting approvals, including both on-site and off-site fabricated components.
The Contractor in their conceptual design, shall demonstrate capacity to deliver modular pallet shelter projects.

## Pallet Shelter Specifications
a. A combination of Pallet Shelter 64 and Pallet Shelter shall be used.
b. Each Pallet Shelter shall maintain a 10'-0" clearance all around.

## Project Schedule
The design, procurement, and installation of the homeless shelter facility shall be completed within 4 months as follows:
- Design and Plans approval - 2 months (to overlap with CEQA time)
- Construction - 2 months

## B.O.D. Architectural Specifications
a. The design shall be as noted and illustrated from the Pallet Shelter.
b. The Pallet Shelter installation and materials used in the Pallet Shelters shall be designed in accordance with the structural building materials used in the Pallet Shelters shall be designed in accordance with the current CBC, and shall be in compliance with the approved plans from LADBS.
c. The Pallet Shelter shall consist of, but not limited to the following fully pre-assembled architectural components:
   1. Expanding sliding door panel
   2. Roof (Polyisocyanurate Roofing membrane)
   3. Vinyl (pvc) Horizontal Slider Windows (block frame, vinyl flashing around windows)
   4. Ceiling
d. Smooth Fiberglass Exterior Doors (ANSI Grade 2 Door Hardware)
e. All roofing requirements of 2% max cross slope and 5% max slope in direction of travel.
f. The Pallet Shelter shall be leveled on an asphalt base and shall meet Geotechnical Engineers recommendations.
Refer to sheet A300 for reference sheets.

## Applicable Building Code and Regulatory Requirements (Not limited to those listed)
a. 2019 City of LA Building Code (2019 California Building Code with City of LA Code Amendments)
b. National Electrical Code
c. California Electrical Code
d. California Building Code (CBC)
e. California Building Energy Efficiency Standards
f. California Building Energy Standards
g. California Fire Code
h. LADWP Commercial Service Construction Standards
i. Los Angeles Research reports (LARR)
j. City of Los Angeles Research reports (LARR)
k. Americans with Disabilities Act (ADA)
l. CALOSHA (Occupational safety and Health)

## Additional notes:
a. Implement a Fugitive Dust and Erosion Control Plan (FDECP) that meets or exceeds SCAQMD requirements and the CITY'S FDECP for the site.
b. Comply with the General Construction Activity Storm Water Permit and the Storm water permits.
c. Comply with the General Construction Activity Storm Water Permit and the Storm water permits.
d. CONTRACTOR shall meet the requirements of (NOTIFICATION OF HAZARDOUS SUBSTANCES) of the General Conditions.
e. Comply with all requirements of the CITY to prohibit the use of materials, or construction personnel access to adjacent habitat areas, and with dust control measures of the FDECP, and such other measures that may be called for by the CITY to minimize construction impacts to the project.
f. Implement measures to minimize construction activity emissions, at no additional cost to the CITY.
g. Comply with the more stringent requirements of the current CITY or local noise ordinances.
   1. Construction or use of noise barriers, enclosures, or blankets, as noted in
   2. Use of low-noise, low emission-generating construction
   3. equipment, e.g., Tier 4 engines.
   4. Maintenance of mufflers and ancillary noise abatement equipment.
   5. Impact pile drivers.
   6. Scheduling high noise producing activities during periods that are least sensitive.
   7. Use of noise barriers, enclosures, or blankets, or any other condition, as necessary to protect the health, safety, or convenience of affected sensitive receptors in the surrounding neighborhood.
   8. Reducing construction related truck traffic, away from noise-sensitive areas;
   9. Reducing construction vehicle speeds.

## B.O.D. Plumbing Specifications
Domestic water system: New 2" domestic water meter with Reduced Pressure Zone Backflow Preventer. Provide water piping from water meter to Mobile Hygiene Units, (MHU) and ISA Certified Container Buildings.

Sanitary Sewer system: provide sanitary sewer piping from Mobile Hygiene Unit (MHU) and ISA Certified Container Buildings.

Fire Protection water system: New 2" domestic water meter with Double Check Backflow Preventer. Fire protection contractor shall design, fabricate, install, and secure required approvals for a complete fire protection system.

Piping Material:
Sanitary Sewer:
2 to 6 inch Sewer: Waste and Vent piping below ground: ABS Schedule 40;
2 to 6 inch Sewer: Waste and Vent piping above ground: Hubless cast iron soil pipe and fittings, CISPI-Type coupling for Hubless joints.

Domestic water distribution piping:
Below Grade:
4 to 6 inch: Hard copper tube type "L" wert copper and grooze ground end, copper fittings and 95/5 tin antimony solder joints.
3 inch and smaller: PVC Schedule 80 Per ASTM D2665, F441; F442 fittings joints.
Above Grade:
4 to 6 inch: Hard copper tube type "L" wert copper and grooze ground end, copper fittings and grooved copper tube and improved tube fittings joints.
3 inch and smaller: Hard copper tube "L" flanges, and solder joints with alloy, no lead.

## B.O.D. Electrical Specifications
For Methane or Methane Buffer Zones, EYS seals shall be installed for ALL panelboards and distribution boards with underground conductors and conduit, in accordance with IFGC requirements.

Electrical Utilities
- New 480/277V, 600A, 3 Phase, 4 Wrs. overhead LADWP electric service.
- A pole mounted electric utility transformer shall be located on the site for overhead electric service, with proper clearances in accordance with the latest LADWP Commercial Services Construction Standards and the latest LADWP Requirements.
- LADWP Commercial Services Construction Standards and the latest LADWP Requirements.

Site Electrical Design
- Design outdoor high efficacy LED site lighting
- Future wireless camera infrastructure (power and communication)
- Site electrical distribution system
- INSTALLATION of electrical service to all panel boards, breakers, transformers, grounding systems, and all other primary or support systems required or direct by LADBS, LADWP, and BOE.

## B.O.D. Geotechnical Specifications
a. Contractor to perform Geotechnical investigation to obtain Building and Safety approvals.
b. Design, Methane or Methane Buffer Zones, Section with weatherhead.
c. Future wireless camera infrastructure (power and communication)
d. Existing Conditions
e. A pole mounted electric utility transformer shall be located on the site for to verify methane levels, if required, the Contractor it to provide a design that fulfils Building and Safety requirements.

## B.O.D. Civil Specifications
- Contractor to provide fixtures, refer to sheet A300 for list
- Contractor to provide all required design for the shelter, as well as a Site Drainage Plan for LADBS review.

## Hygiene Equipment
- Contractor to provide all required design

## NOTE:
B.O.D. has been established for reference, GC is to verify design required for permitting and construction.

CITY OF LOS ANGELES — DEPARTMENT OF PUBLIC WORKS — BUREAU OF ENGINEERING

GARY LEE MOORE, PE, ENV SP — CITY ENGINEER

A Bridge Home

ALEXANDRA PARK PALLET PROJECT
6099 Laurel Canyon Blvd, North Hollywood 91606

| SPECIFICATIONS | |
| --- | --- |
| COUNCIL DISTRICT: | 02 |
| DATE: | 07/16/20 |
| DRAWN BY: | EV |

G002

ENGINEERING
CITY OF LOS ANGELES



LOOKING EAST TOWARDS VANTAGE AVE. - LOCATION OF NEW DRIVEWAY ENTRY



VANTAGE AVE. - PARK ENTRY



SW CORNER OF LAUREL CANYON BLVD. AND ERWIN ST.



OVERALL SITE - LOOKING NORTHWEST (MATURE TREES BEYOND TO BE PROTECTED)





VANTAGE AVE. LOOKING WEST TOWARD 170 FREEWAY



EXISTING PICNIC AREA ON THE NORTHERN PART OF PARK

CITY OF LOS ANGELES    DEPARTMENT OF PUBLIC WORKS    BUREAU OF ENGINEERING

GARY LEE MOORE, PE, ENV SP

CITY ENGINEER

A Bridge Home

ALEXANDRIA PARK
PALLET PROJECT
6099 Laurel Canyon Blvd, North Hollywood 91606

SITE PHOTOS

| COUNCIL DISTRICT: | 02 | | |
| DATE: | 07/16/20 | G003 | |
| DRAWN BY: | Author | | |

ENGINEERING
CITY OF LOS ANGELES



VICINITY MAP
"1"=60'

**ALEXANDRIA PARK**
PALLET SHELTER SITE

NOTE:
LAYOUT FOR CONCEPTUAL DESIGN ONLY.

**PROJECT SITE DATA**

**8X8 ADMIN. CONTAINERS ON SITE: 3**

**MOBILE HYGIENE UNITS REQUIRED: 2**

TOTAL BEDS:      200

**PROJECT DESCRIPTION:**
PROJECT WILL PROVIDE 100 PALLET SHELTER PROJECT AT A REDUCTION AND PARKS SITE. PROJECT SHALL PROVIDE SHELTER TO 200 MOBILE HYGIENE UNITS WITH RESTROOM, SHOWERS, AND LAUNDRY. PROJECT INCLUDES ADMINISTRATIVE OFFICES WITH SEATING AREAS WITH MOBILE UMBRELLAS FOR FOOD SERVICES. ADMINISTRATIVE OFFICES WITH ROOM FOR STORAGE, AND SHALL INCLUDE A STAFF RESTROOM.

**SITE INFORMATION**

**ADDRESS AND ZIP CODE**

**SITE INFORMATION**

**PLANNING AND ZONING INFORMATION**

**GENERAL PLAN LAND USE**

**FIRE DEPARTMENT REQUIREMENTS**
SITE WILL REQUIRE TWO NEW FIRE HYDRANTS, AS SHOWN.
GENERAL CONTRACTOR TO VERIFY FINAL LOCATION AND REQUIREMENTS.

GARY LEE MOORE, PE, ENV SP    CITY ENGINEER


A Bridge Home

**ALEXANDRIA PARK PALLET PROJECT**
6099 Laurel Canyon Blvd, North Hollywood 91606

## VICINITY AND SITE DATA

| COUNCIL DISTRICT: | 02 | ENGINEERING |
|---|---|---|
| DATE: | 07/24/20 | A001 |
| DRAWN BY: | EV | CITY OF LOS ANGELES |



EXISTING PARK
BENCHES AND
TABLES

FIRE LANE ACCESS
AND TURNAROUND

PLAZA 2:
ADMIN CONTAINER,
HYGIENE UNITS,
EATING AREA

SECONDARY ACCESS WITH
SECURITY GUARD BOOTH
PEDESTRIAN ONLY

NEW PERIMETER
8' HIGH FENCING

PLAZA 1:
ADMIN CONTAINER,
HYGIENE UNIT,
EATING AREA

PALLET SHELTER
COMMUNITIES

PRIMARY ACCESS WITH
SECURITY GUARD BOOTH

CITY OF LOS ANGELES

GARY LEE MOORE, PE, ENV SP

A Bridge Home

DEPARTMENT OF PUBLIC WORKS.

CITY ENGINEER

ALEXANDRIA PARK
PALLET PROJECT
6099 Laurel Canyon Blvd, North Hollywood 91606

BUREAU OF ENGINEERING.

**B.O.D. AERIAL VIEW**

| COUNCIL DISTRICT: | 02 |
| DATE: | 07/24/20 |
| DRAWN BY: | EV |

A002

**ENGINEERING**

CITY OF LOS ANGELES



**ALEXANDRIA PARK GARDEN VILLAGE:**

THE CONCEPT IS TO CREAT "GARDEN BOXES" BY CLUSTERING PALLETS INTO IDENTIFIABLE SEPARATE COMMUNITIES - BASED ON DIFFERENT HERB THEMES. THIS HELPS FOR PROGRAMMATIC ORGANIZATION PURPOSES AND TO ALSO PROVIDE IDENTITY TO THE RESIDENTS AND A PROUD SENSE OF COMMUNITY.

HERB INSPIRED COLOR PALETTE

ROSEMARY

THYME

LAVENDER

SAGE

MINT

PLAZA 1:
ADMIN CONTAINER,
MOBILE HYGIENE UNIT,
SEATING/EATING AREA

PLAZA 2:
ADMIN CONTAINER,
2 MOBILE HYGIENE UNITS,
SEATING/EATING AREA

CITY OF LOS ANGELES | DEPARTMENT OF PUBLIC WORKS | BUREAU OF ENGINEERING

GARY LEE MOORE, PE, ENV SP
CITY ENGINEER



**ALEXANDRIA PARK PALLET PROJECT**
6099 Laurel Canyon Blvd, North Hollywood 91606

**CONCEPT RENDERINGS**

| COUNCIL DISTRICT: | 02 | |
|---|---|---|
| DATE: | 07/16/20 | A003 |
| DRAWN BY: | EV | |

ENGINEERING
CITY OF LOS ANGELES



GARY LEE MOORE, PE, ENV SP

CITY ENGINEER



A Bridge Home

**ALEXANDRIA PARK PALLET PROJECT**

6099 Laurel Canyon Blvd, North Hollywood 91606

**FLOOR PLAN**

| COUNCIL DISTRICT: | 02 | |
|---|---|---|
| DATE: | 07/24/20 | A101 |
| DRAWN BY: | EV | |

**ENGINEERING**

CITY OF LOS ANGELES



GARY LEE MOORE, PE, ENV SP

CITY ENGINEER

A Bridge Home

ALEXANDRIA PARK
PALLET PROJECT
6099 Laurel Canyon Blvd, North Hollywood 91606

PALLET REF. SHEETS

| COUNCIL DISTRICT: | 02 | |
| DATE: | 07/16/20 | A200 |
| DRAWN BY: | EV, MQ | |

ENGINEERING
CITY OF LOS ANGELES

NOTE: NO ELECTRICAL EQUIPMENT, SUPPORTS, OR ANY FOREIGN OBJECTS SHALL HINDER THE USE OF THE 24" BY 36" EMERGENCY EGRESS PANEL LOCATED AT THE BACK WALL

PROVIDED BY THE CITY









CITY OF LOS ANGELES

DEPARTMENT OF PUBLIC WORKS

BUREAU OF ENGINEERING

GARY LEE MOORE, PE, ENV SP

CITY ENGINEER

A Bridge Home

ALEXANDRIA PARK
PALLET PROJECT

6093 Laurel Canyon Blvd, North Hollywood 91606

PALLET PLAN & PHOTOS

| COUNCIL DISTRICT: | 02 | |
| DATE: | 07/16/20 | A201 |
| DRAWN BY: | EV, MQ | |

ENGINEERING

CITY OF LOS ANGELES

## ACCESSORIES SCHEDULE

| ITEM | MAT. | BRAND | ITEM # |
|---|---|---|---|
| SHOWER HOOK | STAINLESS STL. | GLOBAL | T97666/7481 |
| TOWEL DISPENSER | STAINLESS STL. | GLOBAL | T97640902 |
| TOILET PAPER DISPENSER | STAINLESS STL. | GLOBAL | T9A84/92991 |
| SOAP DISPENSER | STAINLESS STL. | GLOBAL | T9A640905 |
| SANITARY NAPKIN DISPOSAL | STAINLESS STL. | GLOBAL | T9A8710031 |
| SURFACE MOUNTED SEAT COVER DISPENSER | STAINLESS STL. | GLOBAL | T9A8/49/9212 |

NOTE: GC TO INSTALL REQUIRED DOOR SIGNAGE FOR UNISEX STALLS





## SPECIFICATIONS

- Lowest floor height with large waste tanks
- Rooftop air-conditioners, 13,500 BTU with 5600 BTU heat strips included
- Porcelain RV style water-saving toilets, one pint per standard flush
- Tinted faucets
- Mirrors
- Linoleum floors, single piece in each room protects the trailer from water **damage**
- Powder coated toilet partitions
- Urinal privacy screens
- Standard Fiberglass wall panels, attractive and easy to clean
- LED interior lighting, interior and exterior
- White, Charcoal or Pewter aluminum exterior skin for a corrosive free look. Other exterior colors **are available** upon request (minimal charge applies)
- Tank level visual light level indicator for waste tanks
- Thick aluminum skin (0.40) for increased durability.
- 7,000 lbs Independent Torsion Suspension axles and trailer rated radial tires help provide smoother, safer towing.
- Modular-styled rims w/E-Coat prime **and powder finish**
- Aluminum-styled rims w/E-Coat prime **and powder finish**
- E-Z Lube Hubs With steel wheels
- Alvin'tead brakes w/12 volt breakaway switch **and battery**
- D.O.T. premium LED superior trailer lights
- Warranty: 5 years on frame and axles, 1 year overall warranty, unless superseded by their manufacturers warranty.
- Water Fountain will be added to the end **of the trailer, outside** the accessible stall.

## MOBILE HYGIENE UNIT - PLAN
1/4"=1'-0"





28'-0"

6' - 5"

PROVIDED BY THE CITY

GARY LEE MOORE, PE, ENV SP    CITY ENGINEER

A Bridge Home

ALEXANDRIA PARK
PALLET PROJECT
6099 Laurel Canyon Blvd, North Hollywood 91606

HYGIENE - REF. ONLY

| COUNCIL DISTRICT: | 02 | |
|---|---|---|
| DATE: | 07/16/20 | A300 |
| DRAWN BY: | EV | |

ENGINEERING
CITY OF LOS ANGELES



**B.O.D. Architectural Guidelines**

1. The modified containers shall be constructed from 8' wide, 40' long, high cubic "one trip" shipping containers, or similar.
2. The structural building materials used in the modified containers shall be designed in accordance with the IBC, 360 or AISI S100, and shall be in compliance with the CBC. The modified container installation shall be in accordance with the approved plans from LADBS.
3. The modified containers shall consist of, but not limited to, the following fully pre-assembled architectural components.
   A. Floor (Vinyl Planks over 5/8" T&G sheathing plywood)
   B. Roof (Polyisocyanurate Roofing boards to achieve R-30, White TPO single-ply roofing membrane)
   4" Rubber wall base
   Interior wall (4" 16ga Cold-Formed Steel C-Studs, R-15 Kraft Faced Fiberglass Insulation Bat formaldehyde free, 5/8" GWB w/level 4 finish & 3 coats semi-gloss paint)
   Vinyl (PTC) Horizontal Slider Windows (Block frame, vinyl flashing around window)
   Smooth Fiberglass Exterior Doors (ANSI Grade 2 Door Hardware)
   Exterior paint (all visible steel) 3 coats
4. All grades shall meet accessibility requirements of 2% max cross slope and 5% max slope in direction of travel.

**B. Mechanical Specifications**

1. Provide one (1) outdoor heat pump unit MXZ-3C24NA2-U1 (22,000 btu/h cooling; 23,600 btu/h heating)
2. Provide two (2) wall mounted indoor units MSZ-FH06NA X 2 and one (1) ceiling recessed unit SLZ-KORNA4TH
3. Provide ductwork and thermostats as required for a complete HVAC system.

**Fire Alarm and Smoke Detection System**

1. Provide complete and working Fire Alarm and Smoke Detection System as required by the Los Angeles Fire Department.

| FIXTURE LABEL | FIXTURE TYPE | MANUFACTURER | MODEL NUMBER | DESCRIPTION |
|---|---|---|---|---|
| | LAVATORY (OFFICE) WATER CLOSET (OFFICE) | AMERICAN STANDARD AMERICAN STANDARD | DECAL W/9121-220 AFWALL 2257.017 W.C. | FAUCET- HW/LEAD THRU-FLOW PLATE MODEL GAP- SHOLD HI/PO/P 1,250 FT. FLUSHOMETER-WALL STANDARD MODEL BRAWAL, FLUSHES 0.667 TO 1.600 |



1 — CONTAINER OFFICE FLOOR PLAN
3/8" = 1'-0"

**CITY OF LOS ANGELES**   GARY LEE MOORE, PE, ENV SP   |   **DEPARTMENT OF PUBLIC WORKS**   CITY ENGINEER   |   **BUREAU OF ENGINEERING**


A Bridge Home

**ALEXANDRIA PARK PALLET PROJECT**
6099 Laurel Canyon Blvd, North Hollywood 91606

| CONTAINER OFFICE | | |
|---|---|---|
| COUNCIL DISTRICT: | 02 | |
| DATE: | 07/16/20 | A400 |
| DRAWN BY: | Author | |

ENGINEERING
CITY OF LOS ANGELES



DEMO PLAN

CITY OF LOS ANGELES

DEPARTMENT OF PUBLIC WORKS

BUREAU OF ENGINEERING

GARY LEE MOORE, PE, ENV SP

CITY ENGINEER



A Bridge Home

ALEXANDRIA PARK
PALLET PROJECT

6099 Laurel Canyon Blvd, North Hollywood 91606

| COUNCIL DISTRICT: | 02 | | |
| DATE: | 07/24/20 | C100 | |
| DRAWN BY: | Author | | |

ENGINEERING

CITY OF LOS ANGELES



CITY OF LOS ANGELES                    DEPARTMENT OF PUBLIC WORKS                    BUREAU OF ENGINEERING

GARY LEE MOORE, PE, ENV SP                                    CITY ENGINEER

**ALEXANDRIA PARK PALLET PROJECT**

6099 Laurel Canyon Blvd, North Hollywood 91606

SURVEY 1 OF 3

COUNCIL DISTRICT: 02
DATE: 07/16/20
DRAWN BY: Author

C101

ENGINEERING
CITY OF LOS ANGELES

A Bridge Home



CITY OF LOS ANGELES    DEPARTMENT OF PUBLIC WORKS    BUREAU OF ENGINEERING

GARY LEE MOORE, PE, ENV SP

CITY ENGINEER

A Bridge Home

ALEXANDRIA PARK
PALLET PROJECT

6099 Laurel Canyon Blvd, North Hollywood 91606

SURVEY 2 OF 3

| COUNCIL DISTRICT: | 02 | |
| DATE: | 07/16/20 | C102 |
| DRAWN BY: | Author | |

ENGINEERING
CITY OF LOS ANGELES

SCALE  IN FEET
SCALE 1"=20'
CONTOUR INTERVAL IS  1'

20' 10'  0        20'      40'      60'



SCALE IN FEET
SCALE 1" = 20'
CONTOUR INTERVAL IS 1'

ERWIN STREET

SYLVAN STREET

CITY OF LOS ANGELES          DEPARTMENT OF PUBLIC WORKS          BUREAU OF ENGINEERING

GARY LEE MOORE, PE, ENV SP

A Bridge Home

ALEXANDRIA PARK
PALLET PROJECT
6099 Laurel Canyon Blvd., North Hollywood 91606

CITY ENGINEER

SURVEY 3 OF 3

| COUNCIL DISTRICT: | 02 | |
|---|---|---|
| DATE: | 07/16/20 | C103 |
| DRAWN BY: | EV | |

ENGINEERING
CITY OF LOS ANGELES



PAVING PLAN

P M 2880
A

**LEGEND**

EXISTING SITE TO REMAIN

CONSTRUCT NEW 4" ASPHALT PAVEMENT OVER 4" THICK CRUSHED AGGREGATE BASE FOR PLAZAS. APPROX 6,000 SQ.FT.

DECOMPOSED GRANITE, APPROX 14,000 SQ FT

CONSTRUCT NEW 4" ASPHALT PAVEMENT OVER 6" CMB, APPROX 15,000 SQ FT. REFER TO SHEET C300

CONSTRUCT NEW 4" CONCRETE PAVEMENT OVER 4" BASE FOR CONTAINER PLACEMENT AND GUARD BOOTHS, APPROX 670 SQ.FT.

COMPACT SOIL FOR PALLET PLACEMENT, APROX 37,000SQ FT

**NOTE**

CLEAR, GRUB AND REMOVE EXISTING SHRUBS, EXPOSED SUBGRADES, REMOVE EXISTING SHRUBS AND ROOTS IN THEIR ENTIRETY, ACCORDING TO DEMO PLAN. APPROX 72,600 SQ FT

| CITY OF LOS ANGELES | DEPARTMENT OF PUBLIC WORKS | BUREAU OF ENGINEERING |
|---|---|---|

GARY LEE MOORE, PE, ENV SP    CITY ENGINEER

**A Bridge Home**

ALEXANDRIA PARK PALLET PROJECT
6099 Laurel Canyon Blvd, North Hollywood 91606

PAVING PLAN

| COUNCIL DISTRICT: | 02 |
|---|---|
| DATE: | 07/24/20 |
| DRAWN BY: | EV |

C200

ENGINEERING
CITY OF LOS ANGELES



NOTES:
1. ASPHALT CONCRETE SHALL MEET THE REQUIREMENTS OF THE LATEST VERSION OF SSPWC, SECTION 203-6.
2. CRUSHED MISCELLANEOUS BASE SHALL MEET THE REQUIREMENTS OF THE LATEST VERSION OF SSPWC, SECTION 200-4.1.

2"X4"X2' LONG
REDWOOD
STAKES @
4' O.C.

1.5"

2'

4.5'

4" AC PAVEMENT

MIRAFI RS280i
GEOTEXTILE*

6" CMB

1.5% MIN.

10'

20'

NATIVE SUBGRADE COMPACTED
TO 90%

1.5% MIN.

10'

2.5'

2'

2X6 REDWOOD HEADER
(TYP.)

JOIN TO EX.
GRADE

2'

THICKENED CMB

*INSTALL GEOTEXTILE ONLY IF SUBGRADE FAILS TO
ACHIEVE THE MINIMUM COMPACTION OF 90%.

① DECOMPOSED GRANITE PATH DETAIL
   12" = 1'-0"

② AC PAVEMENT ACCESS ROAD DETAIL
   3/8" = 1'-0"



CITY OF LOS ANGELES          DEPARTMENT OF PUBLIC WORKS          BUREAU OF ENGINEERING

GARY LEE MOORE, PE, ENV SP                CITY ENGINEER

ALEXANDRIA PARK
PALLET PROJECT
6099 Laurel Canyon Blvd., North Hollywood 91606

PAVING DETAILS

| COUNCIL DISTRICT: | 02 | |
|---|---|---|
| DATE: | 07/16/20 | C300 |
| DRAWN BY: | Author | |

ENGINEERING
CITY OF LOS ANGELES

## GENERAL NOTES

THE CONTRACTOR SHALL CONFORM TO THE REQUIREMENTS OF 2020 CITY OF LOS ANGELES BUILDING CODE.

ALL WORK SHALL CONFORM TO THE REQUIREMENTS OF 2020 CITY OF LOS ANGELES BUILDING CODE.

THE ENGINEER SHALL BE RESPONSIBLE FOR THE REVIEW AND COORDINATION OF ALL THE FIELD PRIOR TO STARTING ANY WORK. THE ENGINEER SHALL BE NOTIFIED OF ANY DISCREPANCIES OR INCONSISTENCIES BEFORE PROCEEDING OF ANY ITEM.

THE CONTRACTOR SHALL BE RESPONSIBLE FOR THE REVIEW AND COORDINATION OF ALL THE FIELD PRIOR TO STARTING ANY WORK. THE ENGINEER SHALL BE NOTIFIED OF ANY DISCREPANCIES OR INCONSISTENCIES BEFORE PROCEEDING OF ANY ITEM.

THE ENGINEER DOES NOT WARRANT THE ACCURACY OF SCALED DIMENSIONS ON ANY PLAN. ALL DIMENSIONS AND FIELD CONDITIONS AT THE SITE PRIOR TO COMMENCING WORK AND CONSTRUCTION.

## CONCRETE

1. CONCRETE SHALL HAVE A MINIMUM COMPRESSIVE STRENGTH OF 2,500 PSI.

## REINFORCING STEEL

1. ALL REINFORCING STEEL SHALL BE INTERMEDIATE GRADE, DEFORMED BARS, CONFORMING TO ASTM A615-60.
2. ALL BARS SHALL BE CLEAN OF LOOSE PLANT RUST, GREASE OR OTHER MATERIALS LIKELY TO IMPAIR BOND.
3. ALL BENDS SHALL BE MADE COLD.

## ANCHORS

1. CAST-IN-PLACE ANCHOR BOLTS SHALL CONFORM TO ASTM F1554 OR 36.
2. POST INSTALLED CONCRETE ANCHORS SHALL CONFORM TO HILTI OR ICC APPROVED EQUAL.
3. ASPHALT ANCHORS SHALL CONFORM TO BOLTHOLD EP10-38 ASPHALT ANCHOR OR APPROVED EQUAL.
4. FOLLOW MANUFACTURER'S INSTRUCTIONS FOR INSTALLATION OF ANCHORS.
5. ANY DEVIATION OR SUBSTITUTIONS OF ANCHORS SHALL REQUIRE A PRIOR APPROVAL FROM THE ENGINEER.

## DESIGN DATA

PALLET DESIGN DATA

ANCHORAGE UPLIFT ................................................................

## DEPUTY INSPECTION - CITY OF LOS ANGELES

1. THIS SECTION APPLIES TO STRUCTURAL PORTION OF THE WORK REQUIRING SPECIAL INSPECTION IN ACCORDANCE WITH LABC SECTION 1704.1 FRC.

2. PERIODIC INSPECTION REFERS TO PART-TIME OR INTERMITTENT INSPECTION ON A CONTINUOUS BASIS OBSERVING ALL WORK REQUIRING SPECIAL INSPECTION.

## EARTHWORK & FOUNDATION NOTES

## WORK REQUIRING SPECIAL INSPECTION

| | SPECIAL INSPECTION | | |
|---|---|---|---|
| WORK REQUIRING SPECIAL INSPECTION | CONT. | PERIODIC | |
| ANCHORS | POST INSTALLED ANCHORS IN CONCRETE SLAB | | ✓ | |
| | POST INSTALLED ANCHORS IN ASPHALT | | ✓ | |
| REINFORCING STEEL | PLACEMENT OF REINFORCING BARS | | ✓ | |
| | SAMPLING FOR TESTING | | ✓ | |
| | MILL REPORT VERIFICATION AND MATERIAL IDENTIFICATION | | ✓ | |

*FOR QUALIFICATION OF INSPECTOR REFER TO LABC SECTION 1704.2.1

---

CITY OF LOS ANGELES     DEPARTMENT OF PUBLIC WORKS     BUREAU OF ENGINEERING

GARY LEE MOORE, PE, ENV SP

**A Bridge Home**

**HOMELESS PALLET SHELTER**

CITY ENGINEER

## GENERAL NOTES

| COUNCIL DISTRICT: | E1908757 | |
|---|---|---|
| DATE: | 7/30/2020 | **S001** |
| DRAWN BY: | JIN CHAE | |

**ENGINEERING**
CITY OF LOS ANGELES



CITY OF LOS ANGELES    DEPARTMENT OF PUBLIC WORKS    BUREAU OF ENGINEERING

GARY LEE MOORE, PE, ENV SP                    CITY ENGINEER

HOMELESS PALLET SHELTER

PALLET ANCHORAGE DETAILS

COUNCIL DISTRICT:    E1908757
DATE:    7/30/2020
DRAWN BY:    JIN CHAE

S101

A Bridge Home

ENGINEERING
CITY OF LOS ANGELES



## ELECTRICAL SPECIFICATIONS

## ELECTRICAL SCOPE OF WORK

## HOMELESS SHELTER

## ELECTRICAL LIGHTING FIXTURE SUBSTITUTIONS

## LADWP ELECTRIC UTILITY CONTACT INFORMATION

## GENERAL ELECTRICAL SYMBOLS LIST

## LIGHT FIXTURE SCHEDULE

## ELECTRICAL DERATING DIAGRAM (GRC)

## CATEGORY 6A CONDUIT MAXIMUM FILL

## THHN AND THWN-2 MAXIMUM CONDUIT FILL

---

CITY OF LOS ANGELES — DEPARTMENT OF PUBLIC WORKS — BUREAU OF ENGINEERING

GARY LEE MOORE, PE, ENV SP
CITY ENGINEER

**ALEXANDRIA PARK PALLET PROJECT**
6099 Laurel Canyon Blvd, North Hollywood 91606

A Bridge Home

**GENERAL NOTES**

| | |
|---|---|
| COUNCIL DISTRICT: | 02 |
| DATE: | 07/16/20 |
| DRAWN BY: | STV |

E001

ENGINEERING
CITY OF LOS ANGELES



ELECTRICAL SINGLE LINE DIAGRAM

AVAILABLE SHORT CIRCUIT CALCULATION (480V) (1 PHASE)

AVAILABLE SHORT CIRCUIT CALCULATION ACROSS XFMR (480V/240V)

STANDARD ELECTRICAL DEMAND CONFIGURATIONS

POWER DISTRIBUTION SYSTEM

ELECTRICAL KEY NOTE LEGEND

CITY OF LOS ANGELES   DEPARTMENT OF PUBLIC WORKS   BUREAU OF ENGINEERING

GARY LEE MOORE, PE, ENV SP

ALEXANDRIA PARK
PALLET PROJECT

6099 Laurel Canyon Blvd, North Hollywood 91606

CITY ENGINEER

ELECTRICAL SYSTEM

COUNCIL DISTRICT: 02
DATE: 07/16/20
DRAWN BY: STV

E100



ENGINEERING
CITY OF LOS ANGELES

PANEL: MSA

PANEL: 240A

PANEL: 240B

PANEL: MSB

PANEL: 240C

PANEL: 240D

PANEL: 240E

GARY LEE MOORE, PE, ENV SP

CITY ENGINEER



ALEXANDRIA PARK
PALLET PROJECT

6099 Laurel Canyon Blvd, North Hollywood 91606

PANEL SCHEDULES

COUNCIL DISTRICT: 02
DATE: 07/16/20
DRAWN BY: STV

E101



ENGINEERING
CITY OF LOS ANGELES

PANEL-HRV1

PANEL-HRV2

PANEL-HRV3

PANEL-OT1

PANEL-OT2

PANEL-A

PANEL-B

PANEL-C

PANEL-D

PANEL-F

CITY OF LOS ANGELES
DEPARTMENT OF PUBLIC WORKS
BUREAU OF ENGINEERING

GARY LEE MOORE, PE, ENV SP
CITY ENGINEER

A Bridge Home

ALEXANDRIA PARK
PALLET PROJECT
6099 Laurel Canyon Blvd, North Hollywood 91606

PANEL SCHEDULES

COUNCIL DISTRICT: 02
DATE: 07/16/20
DRAWN BY: STV

E102

ENGINEERING
CITY OF LOS ANGELES

PANEL-G

PANEL-H

PANEL-J

PANEL-K

PANEL-L

PANEL-M

PANEL-N

PANEL-P

PANEL-R

CITY OF LOS ANGELES          DEPARTMENT OF PUBLIC WORKS          BUREAU OF ENGINEERING

GARY LEE MOORE, PE, ENV SP

CITY ENGINEER

ALEXANDRIA PARK
PALLET PROJECT

6099 Laurel Canyon Blvd, North Hollywood 91606

A Bridge Home

PANEL SCHEDULES

COUNCIL DISTRICT: 02
DATE: 07/16/20
DRAWN BY: STV

E103



ENGINEERING
CITY OF LOS ANGELES



CITY OF LOS ANGELES          DEPARTMENT OF PUBLIC WORKS          BUREAU OF ENGINEERING

GARY LEE MOORE, PE, ENV SP

A Bridge Home

ALEXANDRIA PARK
PALLET PROJECT
6093 Laurel Canyon Blvd, North Hollywood 91606

CITY ENGINEER

SITE POWER

| COUNCIL DISTRICT: | 02 | |
|---|---|---|
| DATE: | 07/16/20 | E200 |
| DRAWN BY: | STV | |



ENGINEERING
CITY OF LOS ANGELES



CITY OF LOS ANGELES        DEPARTMENT OF PUBLIC WORKS        BUREAU OF ENGINEERING

GARY LEE MOORE, PE, ENV SP



ALEXANDRIA PARK
PALLET PROJECT
6099 Laurel Canyon Blvd, North Hollywood 91606

CITY ENGINEER

SITE POWER

| COUNCIL DISTRICT: | 02 | |
| DATE: | 07/16/20 | E201 |
| DRAWN BY: | STV | |



ENGINEERING
CITY OF LOS ANGELES



CITY OF LOS ANGELES          DEPARTMENT OF PUBLIC WORKS                    BUREAU OF ENGINEERING

GARY LEE MOORE, PE, ENV SP                                    CITY ENGINEER



SITE POWER

| | |
|---|---|
| COUNCIL DISTRICT: | 02 |
| DATE: | 07/16/20 |
| DRAWN BY: | STV |

E202

ALEXANDRIA PARK
PALLET PROJECT
6099 Laurel Canyon Blvd, North Hollywood 91606

ENGINEERING
CITY OF LOS ANGELES



CITY OF LOS ANGELES          DEPARTMENT OF PUBLIC WORKS          BUREAU OF ENGINEERING

GARY LEE MOORE, PE, ENV SP
CITY ENGINEER

A Bridge Home

ALEXANDRIA PARK
PALLET PROJECT
6099 Laurel Canyon Blvd, North Hollywood 91606

SITE LIGHTING

| COUNCIL DISTRICT: | 02 | |
|---|---|---|
| DATE: | 07/16/20 | E300 |
| DRAWN BY: | STV | |



ENGINEERING
CITY OF LOS ANGELES



GARY LEE MOORE, PE, ENV SP

A Bridge Home

**ALEXANDRIA PARK PALLET PROJECT**

6099 Laurel Canyon Blvd, North Hollywood 91606

CITY ENGINEER

**SITE LIGHTING**

| COUNCIL DISTRICT: | 02 | |
| DATE: | 07/16/20 | E301 |
| DRAWN BY: | STV | |

**ENGINEERING**
CITY OF LOS ANGELES



GARY LEE MOORE, PE, ENV SP

A Bridge Home

ALEXANDRIA PARK
PALLET PROJECT
6099 Laurel Canyon Blvd, North Hollywood 91606

CITY ENGINEER

SITE LIGHTING

| COUNCIL DISTRICT: | 02 | |
|---|---|---|
| DATE: | 07/16/20 | E302 |
| DRAWN BY: | STV | |

ENGINEERING
CITY OF LOS ANGELES



GARY LEE MOORE, PE, ENV SP

CITY ENGINEER

**ALEXANDRIA PARK PALLET PROJECT**
6099 Laurel Canyon Blvd, North Hollywood 91606

A Bridge Home

SITE PHOTOMETRICS

| COUNCIL DISTRICT: | 02 | E303 |
| DATE: | 07/16/20 | |
| DRAWN BY: | STV | |

ENGINEERING
CITY OF LOS ANGELES



GARY LEE MOORE, PE, ENV SP

CITY ENGINEER



ALEXANDRIA PARK
PALLET PROJECT

6099 Laurel Canyon Blvd, North Hollywood 91606

SITE PHOTOMETRICS

| COUNCIL DISTRICT: | 02 | |
|---|---|---|
| DATE: | 07/16/20 | E304 |
| DRAWN BY: | STV | |



ENGINEERING

CITY OF LOS ANGELES



GARY LEE MOORE, PE, ENV SP
CITY ENGINEER

A Bridge Home

ALEXANDRIA PARK
PALLET PROJECT
6099 Laurel Canyon Blvd, North Hollywood 91606

SITE PHOTOMETRICS

| COUNCIL DISTRICT: | 02 | |
|---|---|---|
| DATE: | 07/16/20 | E305 |
| DRAWN BY: | STV | |

ENGINEERING
CITY OF LOS ANGELES



CITY ENGINEER

GARY LEE MOORE, PE, ENV SP



ALEXANDRIA PARK
PALLET PROJECT

6099 Laurel Canyon Blvd, North Hollywood 91606

STANDARD DETAILS

| COUNCIL DISTRICT: | 02 | |
|---|---|---|
| DATE: | 07/16/20 | E400 |
| DRAWN BY: | STV | |



ENGINEERING
CITY OF LOS ANGELES



CITY OF LOS ANGELES · DEPARTMENT OF PUBLIC WORKS · BUREAU OF ENGINEERING

GARY LEE MOORE, PE, ENV SP

CITY ENGINEER

A Bridge Home

ALEXANDRIA PARK
PALLET PROJECT

6099 Laurel Canyon Blvd, North Hollywood 91606

PALLET SHELTER

COUNCIL DISTRICT: 02

DATE: 07/16/20

DRAWN BY: STV

E700

ENGINEERING
CITY OF LOS ANGELES



Case 2:20-cv-02291-DOC-KES   Document 174   Filed 09/08/20   Page 65 of 96   Page ID #:2738

CITY OF LOS ANGELES     DEPARTMENT OF PUBLIC WORKS     BUREAU OF ENGINEERING

GARY LEE MOORE, PE, ENV SP

CITY ENGINEER

A Bridge Home

ALEXANDRIA PARK
PALLET PROJECT

6099 Laurel Canyon Blvd, North Hollywood 91606

SPECIFICATION SHEETS

| COUNCIL DISTRICT: | 02 | |
| DATE: | 07/16/20 | E800 |
| DRAWN BY: | STV | |

ENGINEERING

CITY OF LOS ANGELES



CITY OF LOS ANGELES · DEPARTMENT OF PUBLIC WORKS · BUREAU OF ENGINEERING

CITY ENGINEER

GARY LEE MOORE, PE, ENV SP

A Bridge Home

ALEXANDRIA PARK PALLET PROJECT
6099 Laurel Canyon Blvd, North Hollywood 91606

SPECIFICATION SHEETS
COUNCIL DISTRICT:    02
DATE:    07/16/20
DRAWN BY:    STV

E801

ENGINEERING
CITY OF LOS ANGELES



PLUMBING SITE PLAN NORTH





TYPICAL M.H.U. HOOK UP STATION





TYPICAL M.H.U. SEWER CONNECTION



MOBILE HYGIENE UNIT STANDARD UTILITY DETAIL



PLUMBING SITE PLAN SOUTH



CONTAINER BLDG

---

CITY OF LOS ANGELES          DEPARTMENT OF PUBLIC WORKS          BUREAU OF ENGINEERING

GARY LEE MOORE, PE, ENV SP          CITY ENGINEER


A Bridge Home

ALEXANDRIA PARK
PALLET PROJECT
6099 Laurel Canyon Blvd, North Hollywood 91606

PLUMBING SITE PLAN

| COUNCIL DISTRICT: | 02 | |
| DATE: | 07/22/20 | P001 |
| DRAWN BY: | Author | |

ENGINEERING
CITY OF LOS ANGELES

# Exhibit D



HOMELESS PALLET SHELTER PILOT PROJECT

CHANDLER BOULEVARD

**SHEET INDEX**

GENERAL
G001 COVER
G002 SPECIFICATIONS
G003 SITE PHOTOS

ARCHITECTURAL
A001 VICINITY AND SITE DATA
A002 OVERALL BUILDING AERIAL VIEW
A003 BUILDING SITE PLAN
A100 SITE LIGHTING
A101 SITE PLAN REFERENCES
A102 STANDARD DETAILS
E101 SITE PHOTOMETRICS
A102 STANDARD DETAILS
A107 PALLET SHELTER
A400 FLOOR PLAN
A300 PALLET PLANS AND PHOTOS
A301 PALLET PLANS AND PHOTOS
A302 PALLET PLANS AND PHOTOS
A800 CARGO CONTAINER - ADMIN OFFICE

CIVIL
C106 DEMOLITION PLAN
C105 SURVEY
C106 PAVING PLAN
C110 PAVING DETAILS

STRUCTURAL
S001 GENERAL NOTES
S101 PALLET ANCHORAGE DETAILS

PLUMBING
P001 PLUMBING SITE PLAN

ELECTRICAL
E001 GENERAL NOTES
E100 ELECTRICAL SYSTEM
E101 PANEL SCHEDULES
E200 SITE POWER
E200 SITE LIGHTING
E300 SITE PHOTOMETRICS

GARY LEE MOORE, PE, ENV SP

CITY ENGINEER

A Bridge Home

**CHANDLER BLVD. PALLET SHELTER PROJECT**
Chandler Blvd, North Hollywood, CA 91601

| COVER | | |
|---|---|---|
| COUNCIL DISTRICT: | 2 | |
| DATE: | 7/13/20 | G001 |
| DRAWN BY: | MC, EV, WD | |
| CHECKED BY: | AK | Scale: |



ENGINEERING
CITY OF LOS ANGELES

## Project Information

This project will provide temporary emergency homeless shelter facility. This project shall house 2 individuals at 1 per designated ADA pallet shelter.

Recommended shelter layouts are provided as a basis of design (B.O.D.)

## Project Scope of Work

**Project Includes:** all the labor, materials, and equipment necessary to provide, supply, and install temporary emergency homeless shelters in the City of Los Angeles pursuant to (LAMC sections 12.80, and the Emergency Declaration, Council File 20-0841.

The project will use Pallet Shelters to house up to a max. of 200 individuals per site.

Each pallet shall house 2 individuals at 1 per designated ADA pallet shelter.

### Project Scope

- Provides emergency homeless shelter facility. Pallet 'Shelter 64' units will provide sleeping quarters as included as all the fixtures. Cargo containers or trailers may be used.
- This project shall be used for up to a max. of 200 individuals per site in accordance with the AISC 360 of AISI S100 and shall be in compliance with the approved Plans from LARISS.
- The Pallet Shelter shall consist of but not limited to the following fully pre-assembled architectural components:
  1. Pallet shelters sheet metal panels from Pallet Shelter
  2. Roof (Polyisocyanurate Roofing boards to achieve R-30. White TPO single-ply roofing membrane)
  3. Windows — Fiberglass Exterior Doors (ANSI Grade 2 Door hardware)
  4. Vinyl (PVC) Horizontal Slider Windows (block frame, vinyl flashing around window)
- All grates shall meet accessibility requirements of 2% max climax slope and 5% max slope in direction of travel.
- Pallet Shelter shall be leveled on an asphalt base and shall meet Geo-Technical criteria. Sheet A300 for reference sheets.

## Applicable Building Code and Regulatory Requirements (Not limited to these codes)

2019 City of LA Building Code (2019 California Building Code) with City of LA Code Amendments
- National Electrical Code
- California Mechanical Code
- California Electrical Code
- California Residential Code
- California Building Energy Efficiency Standards
- California Building Energy Standards
- BOE Standards
- LAPWP Electrical Code
- National Fire Code
- Los Angeles County Service Construction Standards
- LADWP General Service Construction Standards
- City of Los Angeles Research reports (LARR)
- Americans with Disabilities Act (ADA)
- CALOSHA (Occupational and other standards)

## Additional notes

- Comply with South Coast Air Quality Management District (SCAQMD) requirements.
- Comply with the General Construction Activity Storm Water Permit and the Storm
- Comply with the requirements of NOTIFICATION OF HAZARDOUS SUBSTANCES in the General Conditions.
- For projects under the City's Homeless Facilities Program, construction shall comply with a construction management plan with conditions incorporated into the project design that may include any of the following measures to minimize construction activity emissions, at no additional cost to the CITY or local needs.

## B.O.D. Architectural Specifications

- The installation shall be done by a licensed, California contractor in accordance with the AISC 360 of AISI S100 and shall be in compliance with the approved Plans from LARISS.

## Project Schedule

Design and Plans approved - 2 months (in overlap with CEQA time)
CEQA - 1 weeks
Construction - 2 months

## B.O.D. Plumbing Specifications

Domestic water system. New 2" domestic water meter with Reduced Pressure Zone Backflow preventer. Provide domestic water piping from water meter to Mobile Hygiene Units (MHU) and CA Certified Container Restroom shelters.

Fire Protection water system. Per LADBS and LAFD's requirement. Provide a dedicated Fire water meter with Double Backflow Preventer. Fire protection contractor shall Design, fabricate, install, and secure required approvals for a complete fire protection system.

Sanitary / Sewer system. provide sanitary sewer piping from Mobile Hygiene Unit (MHU) and CA Certified Container Buildings up to the closest construction point.

Piping Material:
Domestic water distribution piping.
Below Grade. 4 to 6 inch. PVC Schedule 40
4 to 6 inch. PVC Schedule 80. Per ASTM D2665, F441, F442
3 inch and smaller. PVC Schedule 80. Per ASTM D2466, F441, F442
Provide nine insulated copper tracer wire of approved conductor installed adjacent to piping.
Trace wire shall be no less than 18AWG and installation suitable for direct burial. Tracer wire sizes shall not be less than 18AWG, continuous above ground.
Above Grade. Domestic water piping.
4 to 6 inch. Hard copper tube, type "L" want copper and groove groove joint, copper tube and smaller. Hard solder joints.
3 inch and smaller. Hard copper tube and solder joints with alloy no less than 95%.

## B.O.D. Electrical Specifications

Existing Conditions
- Provide adequate McKinley Buffer Zones. EVS easier shall be installed for ALL new electrical services.
- For temporary installation.
- In accordance with LADBS requirements.

Electrical Design
- New 480V/277V, 480A, 3 Phase, 4 Wire, overhead LADWP electric service.
- A pole mounted transformer shall be located on the site for new electrical distribution system.
- Install electric service, with power clearances in accordance with the latest LADWP Commercial Service Construction Standards and the latest LADWP Standards.
- LADWP Fees for new electric service to be included in bid proposal.

## B.O.D. Geotechnical Specifications

- Contractor to perform Geotechnical investigation to obtain Building and Safety approval.
- Sites within Methane or Methane Buffer zones must be tested by the Contractor to verify methane levels. If required, the Contractor to provide a design that fulfills Building and Safety requirements.

## B.O.D. Civil Specifications

- Contractor to provide all required design for the shelter, as well as a Site Drainage Plan for LADBS review.

**NOTE:** B.O.D. has been established for reference. GC is to verify design required for permitting and construction.

---



| GARY LEE MOORE, PE, ENV SP | CITY ENGINEER |

## CHANDLER BLVD. PALLET SHELTER PROJECT
Chandler Blvd. North Hollywood, CA 91601

| | |
|---|---|
| COUNCIL DISTRICT: | 2 |
| DATE: | 7/13/20 |
| DRAWN BY: | EV |
| CHECKED BY: | AK |
| Scale: | |

**SPECIFICATIONS**

**G002**



**ENGINEERING**
CITY OF LOS ANGELES









LOOKING NORTH EAST ON CHANDLER

LOOKING EAST ON CHANDLER

ENTRANCE AT CHANDLER

AERIAL FOR CHANDLER SITE



LOOKING SOUTH ALONG ORANGE LINE BUSWAY



LOOKING NORTH ALONG CHANDLER

GARY LEE MOORE, PE, ENV SP

CITY ENGINEER

A Bridge Home

CHANDLER BLVD. PALLET SHELTER PROJECT
Chandler Blvd. North Hollywood, CA 91601

SITE PHOTOS

| COUNCIL DISTRICT: | 2 | |
| DATE: | 7/13/20 | G003 |
| DRAWN BY: | Author | |
| CHECKED BY: | Checker | Scale: |



ENGINEERING

CITY OF LOS ANGELES



VICINITY MAP

KEY MAP

HOLLYWOOD FREEWAY

CHANDLER BLVD

TUJUNGA AVE

GARY LEE MOORE, PE, ENV SP

CITY ENGINEER

A Bridge Home

CHANDLER BLVD. PALLET
SHELTER PROJECT

Chandler Blvd. North Hollywood, CA 91601

VICINITY AND SITE DATA

| COUNCIL DISTRICT: | 2 |
| DATE: | 7/13/20 |
| DRAWN BY: | Author |
| CHECKED BY: | Checker | Scale: | 1" = 60'-0" |

A001

ENGINEERING
CITY OF LOS ANGELES



FIRE ACCESS LANE

PET AREA

CHANDLER BLVD

EATING AREA WITH BENCHES AND TABLES

GARDEN AREA

NEW PERIMETER 8' HIGH FENCING

PRIMARY ACCESS WITH SECURITY GUARD BOOTH

PALLET SHELTER

MAIN ENTRANCE: ADMIN CONTAINER, HYGIENE UNIT, SEATING AREA

GARY LEE MOORE, PE, ENV SP



CHANDLER BLVD. PALLET SHELTER PROJECT

Chandler Blvd. North Hollywood, CA 91601

CITY ENGINEER

B.O.D. AERIAL VIEW

| COUNCIL DISTRICT: | 2 | |
|---|---|---|
| DATE: | 7/13/20 | A002 |
| DRAWN BY: | WD | |
| CHECKED BY: | AK | Scale: |

ENGINEERING



CITY OF LOS ANGELES



"WEAVING PATTERN"

**DESIGN CONCEPT:**
SHELTER - "ABRIGO"
DRAWING INSPIRATION FROM A
QUILT "ABRIGO" - THE WEAVING
PATTERS AND COLORS ARE LIKE
THE BLENDING OF THE
MULTICULTURAL ANGELINOS WHO
WILL BE SEEKING REFUGE. AND
CALLING THIS PLACE HOME. THE
"ABRIGO" BRINGS SIGNIFICANCE TO
THE COMMUNAL SPACES
THROUGHOUT THE GARDEN, THE
EATING AREA, AND THE GATHERING
SPACES THROUGHOUT.

CHANDLER BLVD

THE GRAND FOYER TO THE
PRIMARY HYGIENE TRAILER
AND ADMIN OFFICE

THE "GARDEN"

THE "DINING ROOM"

THE "STUDY"

| GARY LEE MOORE, PE, ENV SP | CHANDLER BLVD. PALLET SHELTER PROJECT Chandler Blvd, North Hollywood, CA 91601 | CONCEPT RENDERINGS | | ENGINEERING |
|---|---|---|---|---|
| | | COUNCIL DISTRICT | 2 | |
| | | DATE | 7/13/20 | A003 |
| | | DRAWN BY | Author | |
| | | CHECKED BY | Checker | Scale |
| | | | | CITY OF LOS ANGELES |

A Bridge Home





GARY LEE MOORE, PE, ENV SP

CITY ENGINEER

A Bridge Home

CHANDLER BLVD. PALLET
SHELTER PROJECT

Chandler Blvd. North Hollywood, CA 91601

FLOOR PLAN

| COUNCIL DISTRICT: | 2 |
| DATE: | 7/13/20 |
| DRAWN BY: | MQ, WD |
| CHECKED BY: | AK |

A101

Scale: 3/64" = 1'-0"

ENGINEERING
CITY OF LOS ANGELES



NOTE: NO ELECTRICAL EQUIPMENT, SUPPORTS, OR ANY FOREIGN OBJECTS SHALL HINDER THE USE OF THE 24" BY 36" EMERGENCY EGRESS PANEL LOCATED AT THE BACK WALL.

PROVIDED BY THE CITY

GARY LEE MOORE, PE, ENV SP

A Bridge Home

CHANDLER BLVD. PALLET SHELTER PROJECT
Chandler Blvd, North Hollywood, CA 91601

PALLET REF. SHEETS

| CITY ENGINEER | | |
| --- | --- | --- |
| COUNCIL DISTRICT: | 2 | A200 |
| DATE: | 7/13/20 | |
| DRAWN BY: | EV, MQ | |
| CHECKED BY: | AK | Scale: As indicated |

ENGINEERING
CITY OF LOS ANGELES









| GARY LEE MOORE, PE, ENV SP | | CITY ENGINEER |
| --- | --- | --- |

 

**A Bridge Home**

**CHANDLER BLVD. PALLET SHELTER PROJECT**
Chandler Blvd. North Hollywood, CA 91601

| PALLET PLAN & PHOTOS | | |
| --- | --- | --- |
| COUNCIL DISTRICT: | 2 | |
| DATE: | 7/13/20 | A201 |
| DRAWN BY: | EV, MQ | |
| CHECKED BY: | AK | Scale:   1/8" = 1'-0" |

**ENGINEERING**
CITY OF LOS ANGELES





## ACCESSORIES SCHEDULE

| ITEM | MAT | BRAND | ITEM# |
|---|---|---|---|
| SHOWER HOOK | STAINLESS STL. | GLOBAL | 197B66/481 |
| TOWEL DISPENSER | STAINLESS STL. | GLOBAL | 191640902 |
| TOILET PAPER DISPENSER | STAINLESS STL. | GLOBAL | 194B489/31 |
| SOAP DISPENSER | STAINLESS STL. | GLOBAL | 194640905 |
| SANITARY NAPKIN DISPOSAL | STAINLESS STL. | GLOBAL | 19VBT10031 |
| SURFACE MOUNTED SEAT COVER DISPENSER | STAINLESS STL. | GLOBAL | 194B468212 |

NOTE: GC TO INSTALL REQUIRED DOOR SIGNAGE FOR UNISEX STALLS

## SPECIFICATIONS

MOBILE HYGIENE UNIT - PLAN

- Lowest floor height with large waste tanks
- Rooftop air-conditioners - 13,500 BTU with 5600 BTU heat strips included
- Porcelain RV style water-saving toilets, one pint per standard flush
- Timed faucets
- Mirrors
- Linoleum floors, single piece in each room protects the trailer from water damage
- Powder coated toilet partitions
- Urinal privacy screens
- Standard Fiberglass wall panels, attractive and easy to clean
- LED interior lighting, interior and exterior
- Tank level visual sight-level indicator for waste tanks
- White, Charcoal or Pewter aluminum exterior skin for a corrosive free look. Other exterior colors are available upon request (minimal charge applies)
- Thick aluminum skin (0.40) for increased durability.
- 7,000 lbs independent Torsion Suspension axles and trailer rated radial tires help provide smoother, safer towing
- E-Z Lube Hubs With steel wheels
- Modular-styled rims with Croid prime and powder finish
- All-wheel brakes w/12 volt breakaway switch and battery
- D.O.T. premium LED superior trailer lights
- Warranty: 5 years on frame and axles. 1 year overall warranty, unless superseded by their manufacturer's warranty.

28'-0"

6' - 5"



PROVIDED BY THE CITY



GARY LEE MOORE, PE, ENV SP

A Bridge Home

CHANDLER BLVD. PALLET
SHELTER PROJECT
Chandler Blvd, North Hollywood, CA 91601

HYGIENE - REF. ONLY

| COUNCIL DISTRICT: | 2 | | |
| DATE | 7/19/20 | A300 |
| DRAWN BY: | Author | |
| CHECKED BY | Checker | Scale   1/2" = 1'-0" |

ENGINEERING
CITY OF LOS ANGELES

**B.O.D. Architectural Guidelines**
The modified containers shall be constructed from 8' wide, 20' long, high cube "one trip" shipping containers, or similar.
The structural building materials used in the modified containers shall be designed in accordance with the AISC-360 or AISI S100, and shall be in compliance with the CBC. The modified container installation shall be in accordance with the approved plans from LADBS.
The modified containers shall consist of but not limited to the following fully pre-assembled architectural components:

A. Floor (Vinyl Planks over 5/8" T&G sheathing plywood)
A. Roof (Polyisocyanurate Roofing boards to achieve R-30. White TPO single-ply roofing membrane)
B. 4" Rubber wall base
C. Interior wall of 16ga Cold-Formed Steel C-Studs, R-15 Kraft Faced Fiberglass Insulation Batt formaldehyde free, 5/8" GWB w/level 4 finish & 3 coats semi-gloss paint)
E. Vinyl (PVC) Horizontal Slider Windows (Mock Frame, vinyl flashing around window)
F. Smooth Fiberglass Exterior Doors (ANSI Grade 2 Door Hardware)
G. Exterior paint (all visible steel) 3 coats
G. All grades shall meet accessibility requirements of 2% max cross slope and 5% max slope in direction of travel.

**B.O.D. Mechanical Specifications**
Provide one (1) outdoor heat pump unit, MXZ-SC24NA2-U1 (22,000 btu/h cooling, 25,000 btu/h heating)
Provide two (2) wall mounted indoor units MSZ-FH06NA X 2 and one (1) ceiling recessed unit SLZ-
KA09NAR1.TH
Provide ductwork and thermostats as required for a complete HVAC system.

**Fire Alarm and Smoke Detection System**
Provide a complete and working Fire Alarm and Smoke Detection System as required by the Los Angeles Fire Department.

| FIXTURE LABEL | FIXTURE TYPE | MANUFACTURER | MODEL NUMBER | DESCRIPTION |
|---|---|---|---|---|

8x8x20 CARGO CONTAINER- ADMINISTRATION



8'-0"

20'-0"

INTAKE ROOM
3

CASE MANAGEMENT OFFICE
2

ACCESSIBLE RESTROOM
1



GARY LEE MOORE, PE, ENV SP

CITY ENGINEER

**A Bridge Home**

CHANDLER BLVD. PALLET SHELTER PROJECT
Chandler Blvd, North Hollywood, CA 91601

CARGO CONTAINER

COUNCIL DISTRICT: 2
DATE: 7/13/20
DRAWN BY: Author
CHECKED BY: Checker

A400

Scale: 1" = 20'-0"

ENGINEERING
CITY OF LOS ANGELES



GARY LEE MOORE, PE, ENV SP

A Bridge Home

CHANDLER BLVD. PALLET
SHELTER PROJECT
Chandler Blvd, North Hollywood, CA 91601

| DEMOLITION PLAN | | |
|---|---|---|
| COUNCIL DISTRICT | 2 | |
| DATE | 7/13/20 | C100 |
| DRAWN BY | WD | |
| CHECKED BY | AK | Scale: 1/16" = 1'-0" |

ENGINEERING
CITY OF LOS ANGELES



GARY LEE MOORE, PE, ENV SP

CITY ENGINEER

**A Bridge Home**

CHANDLER BLVD. PALLET SHELTER PROJECT
Chandler Blvd. North Hollywood, CA 91601

SURVEY

| COUNCIL DISTRICT: | 2 | | |
|---|---|---|---|
| DATE: | 7/13/20 | C101 | |
| DRAWN BY: | Author | | |
| CHECKED BY: | Checker | Scale: | 1/16" = 1'-0" |

ENGINEERING
CITY OF LOS ANGELES



CHANDLER BOULEVARD

ORANGE LINE BUSWAY

LEGEND

CLEAR, GRUB AND REMOVE EXISTING SHRUBS, EXPOSED SUBGRADES, REMOVE EXISTING SHRUBS AND ROOTS IN THEIR ENTIRETY, APPROX 21,700 SQ FT

COMPACT SOIL FOR PALLET PLACEMENT, APPROX 10,761 SQ FT

CONSTRUCT NEW 4" CONCRETE PAVEMENT OVER 4" BASE FOR CONTAINER PLACEMENT AND GUARD BOOTH, APPROX 245 SQ. FT.

CONSTRUCT NEW 4" ASPHALT PAVEMENT OVER 8" CMB, APPROX 8,238 SQ FT, REFER TO SHEET C300.

DECOMPOSED GRANITE, APPROX 1,979 SQ FT, SEE SHEET C 300.

CONSTRUCT NEW 4" ASPHALT PAVEMENT OVER 4" THICK CRUSHED AGGREGATE BASE, APPROX 207 SQ FT.

GARY LEE MOORE, PE, ENV SP                    CITY ENGINEER

A Bridge Home

CHANDLER BLVD. PALLET
SHELTER PROJECT
Chandler Blvd, North Hollywood, CA 91601

PAVING PLAN

| COUNCIL DISTRICT | 2 |
| DATE | 7/13/20 |
| DRAWN BY | WD |
| CHECKED BY | AK |

C200

Scale: As Indicated

ENGINEERING
CITY OF LOS ANGELES



GARY LEE MOORE, PE, ENV SP

A Bridge Home

CITY ENGINEER

CHANDLER BLVD. PALLET SHELTER PROJECT
Chandler Blvd. North Hollywood, CA 91601

PAVING DETAILS

| COUNCIL DISTRICT: | 2 | |
|---|---|---|
| DATE: | 7/13/20 | C300 |
| DRAWN BY: | Author | |
| CHECKED BY: | Checker | Scale:  As indicated |

ENGINEERING
CITY OF LOS ANGELES




Case 2:20-cv-02291-DOC-KES   Document 174   Filed 09/08/20   Page 84 of 96   Page ID #:2757

## GENERAL NOTES

1. ALL WORK SHALL CONFORM TO THE REQUIREMENTS OF 2020 CITY OF LOS ANGELES BUILDING CODE.

## EARTHWORK & FOUNDATION NOTES

## CONCRETE

## REINFORCING STEEL

## ANCHORS

## DEPUTY INSPECTION- CITY OF LOS ANGELES

## PALLET DESIGN DATA

## DESIGN DATA

GARY LEE MOORE, PE, ENV SP

HOMELESS PALLET SHELTER

A Bridge Home

ENGINEERING

CITY OF LOS ANGELES

| COUNCIL DISTRICT: | E1998767 |
| DATE: | 7/29/2020 |
| DRAWN BY: | JHT/HAS |
| CHECKED BY: | MANJIT BHATIA | Scale: | 12" x 110" |

S001



GARY LEE MOORE, PE, ENV SP

CITY ENGINEER

A Bridge Home

HOMELESS PALLET
SHELTER

PALLET ANCHORAGE DETAILS

| COUNCIL DISTRICT: | E1908757 | |
|---|---|---|
| DATE: | 7/30/2020 | S101 |
| DRAWN BY: | JIN CHAE | |
| CHECKED BY: | MANAN BHALJA | Scale: As indicated |

ENGINEERING
CITY OF LOS ANGELES



ELECTRICAL SPECIFICATIONS

ELECTRICAL SCOPE OF WORK

HOMELESS SHELTER

ELECTRICAL LIGHTING FIXTURE SUBSTITUTIONS

LADWP ELECTRIC UTILITY CONTACT INFORMATION

GENERAL ELECTRICAL SYMBOLS LIST

LIGHT FIXTURE SCHEDULE

ELECTRICAL DERATING DIAGRAMS (GRC)

THHN AND THHN-2 MAXIMUM CONDUIT FILL

CATEGORY 6A CONDUIT MAXIMUM FILL

GENERAL NOTES

GARY LEE MOORE, PE, ENV SP

CITY ENGINEER



A Bridge Home

CHANDLER BLVD. PALLET
SHELTER PROJECT

Chandler Blvd. North Hollywood, CA 91601

| COUNCIL DISTRICT: | 2 | |
|---|---|---|
| DATE: | 7/13/20 | E001 |
| DRAWN BY: | STV | |
| CHECKED BY: | STV | Scale: As indicated |

ENGINEERING



CITY OF LOS ANGELES



ELECTRICAL SINGLE LINE DIAGRAM

STANDARD ELECTRICAL DEMAND CONFIGURATIONS

POWER DISTRIBUTION SYSTEM

AVAILABLE SHORT CIRCUIT CALCULATION (480V) (1 PHASE)

ELECTRICAL KEY NOTE LEGEND

GARY LEE MOORE, PE, ENV SP
CITY ENGINEER

A Bridge Home

CHANDLER BLVD. PALLET SHELTER PROJECT
Chandler Blvd. North Hollywood, CA 91601

ELECTRICAL SYSTEM

| COUNCIL DISTRICT: | 2 |
| DATE: | 7/13/20 |
| DRAWN BY: | STV |
| CHECKED BY: | STV |

E100

Scale:  As indicated



ENGINEERING
CITY OF LOS ANGELES

PANEL-DT1

PANEL-HRV1

PANEL-240W

PANEL-240E

PANEL-MSA

PANEL-N

PANEL-M

PANEL-L

PANEL-K

PANEL-J

GARY LEE MOORE, PE, ENV SP

**A Bridge Home**

**CHANDLER BLVD. PALLET SHELTER PROJECT**
Chandler Blvd. North Hollywood, CA 91601

CITY ENGINEER

**PANEL SCHEDULES**

| COUNCIL DISTRICT: | 2 |
| DATE: | 7/13/20 |
| DRAWN BY: | STV |
| CHECKED BY: | STV |

E101

**ENGINEERING**

CITY OF LOS ANGELES

Scale:



SITE POWER

| GARY LEE MOORE, PE, ENV SP | CITY ENGINEER | | | |
|---|---|---|---|---|
| **CHANDLER BLVD. PALLET SHELTER PROJECT** Chandler Blvd, North Hollywood, CA 91601 | COUNCIL DISTRICT: | 2 | **E200** |  **ENGINEERING** CITY OF LOS ANGELES |
| | DATE: | 7/13/20 | | |
| | DRAWN BY: | STV | | |
| | CHECKED BY: | STV | Scale: As indicated | |

A Bridge Home



SITE LIGHTING

GARY LEE MOORE, PE, ENV SP

A Bridge Home

CHANDLER BLVD. PALLET
SHELTER PROJECT
Chandler Blvd. North Hollywood, CA 91601

CITY ENGINEER

| COUNCIL DISTRICT: | 2 | E300 |
| DATE: | 7/1/20 | |
| DRAWN BY: | STV | |
| CHECKED BY: | STV | Scale: As indicated |

ENGINEERING
CITY OF LOS ANGELES

SITE PHOTOMETRICS

GARY LEE MOORE, PE, ENV SP — CITY ENGINEER

CHANDLER BLVD. PALLET SHELTER PROJECT
Chandler Blvd. North Hollywood, CA 91601

| COUNCIL DISTRICT: | 2 | |
| DATE: | 7/13/20 | E301 |
| DRAWN BY: | STV | |
| CHECKED BY: | STV | Scale: As indicated |

ENGINEERING
CITY OF LOS ANGELES



A Bridge Home



GARY LEE MOORE, PE, ENV SP

CITY ENGINEER

CHANDLER BLVD. PALLET
SHELTER PROJECT
Chandler Blvd. North Hollywood, CA 91601

A Bridge Home

STANDARD DETAILS

| COUNCIL DISTRICT | 2 | |
|---|---|---|
| DATE | 7/13/20 | |
| DRAWN BY | STV | E400 |
| CHECKED BY | STV | Scale: As indicated |

ENGINEERING
CITY OF LOS ANGELES







PALLET SHELTER

GARY LEE MOORE, PE, ENV SP

CITY ENGINEER

CHANDLER BLVD. PALLET SHELTER PROJECT

Chandler Blvd, North Hollywood, CA 91601

| COUNCIL DISTRICT: | 2 | |
| DATE: | 7/13/20 | E700 |
| DRAWN BY: | STV | |
| CHECKED BY: | STV | Scale:   1/8" = 1'-0" |

ENGINEERING
CITY OF LOS ANGELES



| GARY LEE MOORE, PE, ENV SP | | CITY ENGINEER | SPECIFICATION SHEETS | | ENGINEERING |
| --- | --- | --- | --- | --- | --- |
| A Bridge Home | CHANDLER BLVD. PALLET SHELTER PROJECT | | COUNCIL DISTRICT: 2 | | CITY OF LOS ANGELES |
| | Chandler Blvd, North Hollywood, CA 91601 | | DATE: 7/13/20 | E800 | |
| | | | DRAWN BY: STV | | |
| | | | CHECKED BY: STV | Scale: 1/8" = 1'-0" | |



GARY LEE MOORE, PE, ENV SP

CHANDLER BLVD. PALLET SHELTER PROJECT

Chandler Blvd, North Hollywood, CA 91601

CITY ENGINEER

SPECIFICATION SHEETS

COUNCIL DISTRICT: 2

DATE: 7/13/20

DRAWN BY: STV

CHECKED BY: STV    Scale:    1/8" = 1'-0"

E801



ENGINEERING

CITY OF LOS ANGELES





HYGIENE RV UTILITY STANDARD DETAIL

TYPICAL M.H.U. HOOK UP STATION



TYPICAL DROP SEWER CONNECTION



WATER AND SEWER STATION FOR M.H.U.

MOBILE HYGIENE TRAILER

CONTAINER BLDG. (CA CERTIFIED)

N2' WM AND TBD FIRE METER APPROX. 715 FT EAST OF TUJUNGA AVE

TO FIRE HYDRANT SEE CIVIL PLAN

M.H. HOUSE CONNECTION

N12' CW

(N) RP FOR DOMESTIC WATER AND (N) DDRP FOR FIRE WATER

E/6" WATER MAIN

CHANDLER BLVD

TUJUNGA AVE.

PLUMBING CRAWL SPACE FOR CONTAINER BLDG



CONTAINER BLDG

CRAWL SPACE

F.C.O.

4" SS

NOTES:
CRAWL SPACE FOR PLUMBING INSTALLATION, PER MANUFACTURER'S RECOMMENDATIONS. GC TO VERIFY REQUIREMENTS AND PROVIDE CIVIL/STRUCTURAL DETAILS. PROVIDE AN EXTERIOR CLEAN OUT.

GARY LEE MOORE, P.E., ENV SP

A Bridge Home

CHANDLER BLVD. PALLET SHELTER PROJECT
Chandler Blvd, North Hollywood, CA 91601

PLUMBING SITE PLAN

| COUNCIL DISTRICT: | 2 | P001 |
| DATE: | 7/13/20 | |
| DRAWN BY: | Author | |
| CHECKED BY: | Checker | Scale: As indicated |

ENGINEERING
CITY OF LOS ANGELES