# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES                                 Date:  September 8, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER RE: RESPONSIVE BRIEFING**

On September 7, 2020, Plaintiffs filed a Status Report (Dkt. 172), followed by a Notice of Errata with Exhibits A, B, C, and D on September 8, 2020 (Dkt. 174). These filings detail the City of Los Angeles's estimate that 740 pallet shelters, over five years, will cost over $91 million. *See* Ex. A at 7. Plaintiffs represent that this results in an average per-bed rate of $41,932.83, a significantly higher sum than per-bed rates for similar pallet shelter initiatives in other municipalities—for example, per-bed rates of $8,252 in the City of Riverside and $14,875 in the County of Sonoma.[1] Plaintiffs also raise various questions to identify potential cost-cutting options.

The Court hereby INVITES the City of Los Angeles to file a response to the Status Report and Exhibits by 12:00 noon on Tuesday, September 15, 2020. In lieu of additional briefing, the parties shall reserve further discussion of this topic for the Status Conference set for Thursday, September 17, 2020.

---

[1] Plaintiffs explain that the actual per-bed rate in the Sonoma pallet shelter community was $26,534, but with only a single individual per shelter. Had the Sonoma pallet shelters been double bunked, as in Los Angeles, the estimated per-bed cost would be the $14,875 listed above.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KESDate: September 8, 2020
Page 2

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11Initials of Deputy Clerk: kd
CIVIL-GEN