MICHAEL N. FEUER, City Attorney (SBN 111529)
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 North Main Street, City Hall East, 7th Floor
Los Angeles, California 90012
Telephone: 213-978-4681
Facsimile: 213-978-7011
Email: Scott.Marcus@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>             Defendants. | Case No. CV 20-02291 DOC (KES)<br><br>**DEFENDANT CITY OF LOS ANGELES' NOTICE OF FILING UPDATED SUMMARY OF WORK IN ADVANCE OF SEPTEMBER 17, 2020 STATUS CONFERENCE**<br><br>Status Conference: September 17, 2020<br>Time: 10:00 a.m.<br><br>**Hon. David O. Carter**<br>**United States District Judge** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE Defendant CITY OF LOS ANGELES ("the City") has prepared an updated summary of the work and progress it has made concerning the development of interventions to shelter persons experiencing homelessness for the September 17, 2020 status conference.  A copy of the summary, entitled "Homelessness Roadmap Status Report" is attached to this report as Exhibit A.  This is an updated version of the summary previously provided as Exhibit A [Dkt. 149-1] to City of Los Angeles' Status Report [Dkt. 149].

DATED:  September 16, 2020   MICHAEL N. FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Asst City Attorney
SCOTT MARCUS, Senior Assistant City Attorney
GABRIEL S. DERMER, Assistant City Attorney
ARLENE N. HOANG, Deputy City Attorney
JESSICA MARIANI, Deputy City Attorney

By: /s/_____
Arlene N. Hoang, Deputy City Attorney
Counsel for Defendant City of Los Angeles