# EXHIBIT A

# City of Los Angeles Homelessness Roadmap Status Report
## September 17, 2020



# City – County Agreement

- Since the last Court update on August 7, 2020, the City has:
    - Continued to refine the specific Council District Plans;
    - Reviewed over 116 publicly and privately owned-properties for homeless interventions;
    - Opened 270 new interim housing beds, for a total of 647 since June 16, 2020;
        - An additional 115 will open by December 31, 2020.
    - Opened 147 beds in existing County service contracts since June 16, 2020;
        - An additional 386 will be open by December 31, 2020.
    - Opened 48 non-Prop HHH Permanent Supportive Housing units since June 16, 2020;
        - An additional 293 units will open by December 31, 2020.
    - In partnership with the Housing Authority of the City of Los Angeles (HACLA) submitted 16 properties with 842 units for acquisition funding through the State Homekey Program. The State has confirmed funding reservations for 11 of these sites, with the remaining 5 pending statewide funding consideration. The projects are expected to be operational by December 31, 2020.



2

# City-County Agreement

- Since the last Court update on August 7, 2020, the City (continued):
    - Received approval from Mayor and Council to fund:
        - 605 new beds and 212 safe parking slots;
        - 3,000 rapid rehousing and shared housing placements;
        - Up to $150 million of CARES Act funding for the City's Homekey application;
        - Leasing costs for up to 600 beds; and
        - Outreach for the target population.

    - The Bureau of Engineering (BOE) is issuing design-built bids for four (4) tiny home sites.
    - The Department of General Services (GSD) is working on the appraisals for the Homekey properties and negotiating leasing opportunities.
    - Tracks project progress and resolves issues thorough weekly working group and assigned Council District Project Managers.



3

# Council District Plans

- Each Council District Plan includes homeless encampments within 500 feet of freeway overpasses, underpasses, and ramps to be addressed first, and then people experiencing homelessness who are 65 years of age or older, and otherwise vulnerable.
- Interventions in Plans include:
  - New A Bridge Home sites (not Measure H-funded);
  - Other Interim Housing (Including Pallet Shelter);
  - Rapid Rehousing/Shared Housing;
  - Safe parking;
  - Hotel/Motel acquisition/State Homekey NOFA;
  - Leasing of private sites; and
  - Supportive and Affordable Housing not funded by the County.
- Current status:
  - 111 proposed interventions with an estimated 8,204 beds to be completed within 18 months.



4

# Evaluating Proposed Sites - Publicly Owned Sites

- Prioritizing Publicly Owned Sites for Expediency
    - City has been using every available City-owned site for affordable and supportive housing since 2016, leaving limited City-owned options for additional interim housing sites.
    - Additional publicly-owned sites have been assessed for availability, size, and utility access, etc.:
        - Includes sites owned by:
            - The City;
            - California Department of Transportation (Caltrans);
            - Los Angeles Department of Water and Power;
            - Los Angeles World Airports and the Port of Los Angeles,
            - The Housing Authority of the City of Los Angeles; and
            - Metro.



5

# Process from Site Identification to Newly Constructed Interim Housing: Major Milestones

1. Site identification – initial review (size, ownership) – and clear usage with/or request approval from controlling entity (non-GSD controlled sites, includes LADWP, Caltrans, METRO, LADOT, RAP, etc.,).
2. If site gets initial clearance for use, site is sent to BOE for site review (utility hookup, site layout, etc.).
3. If site is deemed feasible, CAO forwards approval request to Mayor and Council to fund the construction and/or lease for site and operations.
4. BOE bids site out for design/build -- construction begins.
5. If site is not City-owned, GSD negotiates lease and City Attorney drafts the lease.
6. LAHSA identifies the service provider and executes service operation contract.
7. Construction is completed and site receives a Certificate of Occupancy.
8. Site is open for operations.

6

# Evaluating Proposed Sites - Privately Owned Sites

- The City's Department of General Services (GSD) has initiated leasing conversations with owners of private sites identified in Council District Plans.

- GSD is also conducting a new property search to identify privately owned sites available for lease in Council Districts with limited public sites.

- The Los Angeles Homeless Services Authority (LAHSA) will identify units in the private market for rapid rehousing and shared housing, and assist in service provider contracting and with targeted outreach and housing navigation.



7

# Implementation

- July: Completed First Round of Site Evaluations:
  - Completed site layouts for first shelter sites;
  - Developed construction budgets;
  - Prepared to begin construction as soon as sites and funding are approved; and
  - Worked with LAHSA to identify Service Providers.
- August: Secured Mayor and Council Approval for:
  - Released report with funding recommendations for the first round of shelter sites, safe parking sites, Rapid Rehousing and Shared Housing, outreach and other categories; and
  - Authority to apply for up to $250 M from the State Homekey NOFA to acquire properties for interim housing.



8

# Implementation

- September:

    - Award design-build contracts;
    - Start site work on pallet shelter sites;
    - Order pallet shelters, hygiene trailers, office trailers, and other materials;
    - Identify service providers for approved safe parking sites;
    - Finalize lease negotiations for use of private sites;
    - Execute LAHSA contract and all other necessary contracts;
    - Release Request for Proposals (RFP) for Homekey sites owner/operators; and
    - Secure final authority for Homekey property acquisitions.

- Ongoing: Continue Site Evaluation and Design for Additional Sites.
    - City staff will recommend new sites and funding on an on-going basis as sites are deemed feasible.

# Projected Schedule September – December 2020

- Interim Housing Beds completed and operational: 1,626
- Hotel/Motel -Acquire up to 842 units (pending State NOFA results)
- Safe Parking Sites under contract and operational: 305 spaces
- Place 1,200 individuals in Rapid Rehousing or Shared Housing within 6 months

