UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 20-02291-DOC (KESx) | Date: | September 18, 2020 |
|---|---|---|---|

| Title: | *LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.* |
|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**     **[In Chambers] Order Setting Meeting with City and County of Los Angeles in Continuation of Settlement Efforts**

     In continuation of the parties' strides toward reaching a global resolution of this case for the collective benefit of all involved, especially the unsheltered residents of Los Angeles, the Court hereby SCHEDULES a meeting with the City and the County of Los Angeles for Thursday, September 24, 2020 at 10:00 a.m. In order to comply with public health guidance, this meeting shall be held at the County of Los Angeles' Hall of Administration located at 500 West Temple Street, Los Angeles, CA 90012.

     The purpose of this meeting is to discuss the parties' joint responsibilities and commitments to addressing homelessness in the City and the County of Los Angeles, with a specific focus on the coordination, funding, and provision of mental health and social services to (1) prevent people from falling into homelessness, and (2) to facilitate unsheltered people's placement into housing.

//
//

Accordingly, it is ORDERED that the following parties and individuals shall participate in the meeting:

— **From the City of Los Angeles:** City representatives, including City Administrative Officer Richard Llewellyn, Jr.; Deputy Mayor for Homelessness Initiatives Jose "Che" Ramirez; Chief of Staff to Council President Nury Martinez, Ackley Padilla; and City Homelessness Coordinator Meg Barclay.

— **From the County of Los Angeles:** Representatives from the Offices of Board of Supervisors Chair Kathryn Barger, Supervisor Mark Ridley-Thomas, and Supervisor Sheila Kuehl; Department of Mental Health Director Dr. Jonathan Sherin; Department of Health Services Director Dr. Christina Ghaly; Department of Public Social Services Director Antonia Jiménez; Department of Children and Family Services Director Bobby D. Cagle; Homeless Initiative Director Phil Ansell; and Los Angeles Homeless Services Authority ("LAHSA") Executive Director Heidi Marston.

**IT IS SO ORDERED**.