**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 20-02291-DOC (KESx)          Date: September 17, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL V CITY OF LOS ANGELES, ET AL

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Not Present | Fabian Venegas |
|---|---|
| Courtroom Clerk | Court Recorder |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Matthew Umhofer | Scott Marcus |
| Shayla Myers | Byron McClain |
| Carol Sobel | Louis R. Miller |

**PROCEEDINGS: STATUS CONFERENCE HELD ON SEPTEMBER 17, 2020**

     Various City Council Members, Mayors and City Officials also present at Los Angeles City Hall, 200 North Spring Street, Los Angeles, California to discuss the progress of settlement regarding the homeless population of Los Angeles and other cities in the County of Los Angeles.

     The recorder and transcriber are hereby ordered to submit the original transcript and notes to Transcripts_cacd@cacd.uscourts.gov no later than Friday, September 18, 2020.

     The Court orders the transcript of the Status Conference held on September 17, 2020, be immediately produced at government expense and billed at the daily rate. The transcript shall be prepared forthwith and filed on the docket with immediate release to the public.
.

                                                                                3 : 33
                                                      Initials of Deputy Clerk: djl

cc     Alberto_Ortiz@cacd.uscourts.gov
        Transcripts_cacd@cacd.uscourts.gov
        Benjamin Graham at calendar-la@veritext.com