1          UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

3    _____

4    LA ALLIANCE FOR HUMAN RIGHTS,

5    et al.,

6          Plaintiffs,                    Case No.

7       v.                                LA CV 20-02291-

8    CITY OF LOS ANGELES, et al.,         DOC(KESx)

9          Defendants.

10   _____

11                     HEARING

12   DATE:        Thursday, September 17, 2020

13   TIME:        9:50 a.m.

14   BEFORE:      Honorable David O. Carter

15   LOCATION:    Los Angeles City Hall

16                200 North Spring Street

17                Los Angeles, CA 90012

18   REPORTED BY: Fabian Venegas, Notary Public

19   JOB No.:     4260611

20

21

22

23

24

25

                                            Page 1

```
 1              A P P E A R A N C E S

 2    ON BEHALF OF PLAINTIFFS:

 3         MATTHEW UMHOFER, ESQUIRE

 4         Spertus Landes & Umhofer, LLP

 5         617 West 7th Street, Suite 200

 6         Los Angeles, CA 90017

 7         matthew@spertuslaw.com

 8         (213) 205-6520

 9

10    ON BEHALF OF INTERVENOR PLAINTIFF LOS ANGELES CATHOLIC

11    WORKER:

12         SHAYLA MYERS, ESQUIRE

13         Legal Aid Foundation of Los Angeles

14         1550 West 8th Street

15         Los Angeles, CA 90017

16

17    ON BEHALF OF INTERVENOR PLAINTIFF OC CATHOLIC WORKER:

18         CAROL SOBEL, ESQUIRE

19         Carol Sobel Law Offices

20         3110 Main Street, #210

21         Santa Monica, CA 90405

22         (310) 393-3055

23

24

25

                                              Page  2
```

```
 1              A P P E A R A N C E S
 2   ON BEHALF OF DEFENDANT CITY OF LOS ANGELES:
 3        SCOTT MARCUS, ESQUIRE
 4        City of Los Angeles
 5        200 North Main Street, Suite 700
 6        Los Angeles, CA 90012-4119
 7        Scott.Marcus@lacity.org
 8        (213) 978-4681
 9
10   ON BEHALF OF DEFENDANT COUNTY OF LOS ANGELES:
11        BYRON MCLAIN, ESQUIRE
12        Foley & Lardner LLP
13        555 South Flower Street, Suite 3300
14        Los Angeles, CA 90071
15        bmclain@foley.com
16        (323) 636-2704
17
18        LOUIS R. MILLER, ESQUIRE
19        Miller Barondess LLP
20        1999 Avenue of the Stars, Suite 1000
21        Los Angeles, CA 90067-4632
22        lmiller@millerbarondess.com
23
24
25
                                          Page 3
```

```
 1              A P P E A R A N C E S

 2   ALSO PRESENT:

 3       Bob Blumenfield, Los Angeles City Council

 4       Mike Bonin, Los Angeles City Council

 5       Gil Cedillo, Los Angeles City Council

 6       Kevin de Leon, Los Angeles City Council-Elect

 7       Ron Galperin, Los Angeles City Controller

 8       Aston Greene, LA Metro

 9       Paul Krekorian, Los Angeles City Council

10       John Lee, Los Angeles City Council

11       Richard Llewellyn, City Administrative Officer

12       Heidi Marston, Executive Director, Los Angeles

13   Homeless Services Authority

14       Michele Martinez, Special Master

15       Nury Martinez, President, Los Angeles City Council

16       Jeff Newman, Caltrans

17       Mitch O'Farrell, Los Angeles City Council

18       Curren Price, Los Angeles City Council

19       Mark Ridley-Thomas, LA County Board of Supervisors

20       Monica Rodriguez, Los Angeles City Council

21       David Ryu, Los Angeles City Council

22       Herb Wesson, Los Angeles City Council

23

24

25

                                           Page  4
```

```
1                    E X H I B I T S

2    NO.              DESCRIPTION                    PAGE

3

4                   (None marked.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 5

```
 1                    P R O C E E D I N G S
 2                    COURT REPORTER:  Good morning.  My name
 3     is Fabian Venegas.  I'm the reporter assigned by
 4     Veritext to take the record of today's proceeding.  I'm
 5     a notary authorized to take acknowledgements and
 6     administer oaths in the state of California.  We are now
 7     on the record.
 8                        This is the hearing taken in the matter
 9     of LA Alliance for Human Rights, et al. vs. City of Los
10     Angeles, et al. at 9:50 a.m. on Thursday, September 17,
11     2020 at Los Angeles City Hall, 200 North Spring Street,
12     Los Angeles, California 90012.  Thank you.
13                        We are now going off the record at 9:50
14     a.m.  This ends media number one.  Thank you.
15                        (Off the record.)
16                        (End Media 1.)
17                        (Begin Media 2.)
18                        COURT REPORTER:  This marks the beginning
19     of media two.  The time is 9:59 a.m.
20                        THE COURT:  That's at the city council's
21     invitation with much appreciation.  But this is in fact
22     a federal court proceeding today.  And therefore, I need
23     to announce and I want you to understand that you're
24     limited to one per party to assure the crowd control
25     size during the COVID crisis and pandemic.
```

Page 6

```
1              And if need be, you can wait in the foyer

2      and we'll call you in individually to keep our numbers

3      acceptable and low.  And Ackley will really be the

4      monitor of this because we're here and trying to

5      maintain all of your wellbeing.  There will be no live

6      posting on social media.  And the photos or recordings

7      are not allowed.

8              Social distancing and wearing a mask are

9      required except when you're speaking.  A lot of us can't

10     be heard through the muffled mask.  You can take that

11     down to speak if you choose to and then we'll make

12     certain that it's sanitized for the next speaker.

13             All right.  We're not going to spend a

14     lot of introductory time today.  It would be a pleasure

15     to call Councilmember Bob Blumenfield present and if

16     you'd like to make a presentation, please?

17             Yeah.  And the councilman is up in the

18     chambers.  And thank you for notifying him so they can

19     come down one at a time.  Now I can switch and do Mark

20     Ridley-Thomas right now and Herb.  Blumenfield.

21             The next councilman is Councilman Gil

22     Cedillo and immediately following would be Curren Price

23     and immediately following would be John Lee.  There's a

24     land use committee meeting scheduled at 10:30 which is

25     why that order was chosen.
```

1               And I humbly apologize to Supervisor Mark

2    Ridley-Thomas and Herb Wesson.  I stated on the record I

3    had said you'd speak first.  But thank you for being so

4    gracious.  Immediately following those council people,

5    if you or Herb Wesson would speak?

6               Let me -- while we're waiting, let me

7    tell you a wonderful story about the city of Whittier

8    and Supervisor Janice Hahn's and Mayor Joe's efforts.

9    For a long time, there's been a discussion about the

10   appropriate role of law enforcement.  And I have no

11   opinion about how much or what is needed.

12              But I did witness an incredible effort

13   where no one in law enforcement was used at all over a

14   14-day notice.  Part of that was because of the advocacy

15   of Brooke Weitzman, Pastor Don, FERA, Andy and Mandy and

16   Joe and really a concerted effort to prove what has been

17   spoken about and that is how much is really needed to

18   give proper notice but more importantly to work humanely

19   with the community.

20              That is really a good news story because

21   you have 128 people in shelter, 42 of whom came in the

22   first day.  And of course we're down to the most

23   difficult cases at the last moment.  And those are the

24   people who need special care who are gravely mentally

25   disabled.

Veritext Legal Solutions
866 299-5127

```
 1                    The other compliment I'd like to pay is
 2     to Jon Sherin and DMH who've moved literally a
 3     psychiatrist out into the field after an implementation
 4     meeting that took place before the 14-day notice.
 5                    Nobody's been cited.  Nobody's been
 6     arrested.  There's been no reason to even have that kind
 7     of discussion.  In fact, there's been nothing but
 8     compliance by the homeless community.  So the good news
 9     story is 128.
10                    Also LAHSA was involved in an effort
11     before that time along with Whittier First and another
12     42 people came into shelter before that effort was ever
13     started.
14                    I know there's a great debate going on
15     about enforcement versus choices, et cetera in the city.
16     But I do toss that out to you as one example of a change
17     in paradigm that's occurring right before the court's
18     eyes.
19                    So Councilmember Curren Price, if I could
20     call upon you, sir, I thank you.  It's a pleasure to see
21     you.  To speak -- could I ask my law clerk, Eddie, could
22     you put up 52nd Street to 56th Street?
23                    And Curren, before you speak -- and I
24     know you as Curren, but Councilman Price, and you know
25     me as Dave, but here apparently Judge Carter.  I want to
```

                                                    Page  9

```
 1    -- [off mic] -- can you hear me?

 2                    MS. MARTINEZ:  No.

 3                    THE COURT:  Excellent.  There we go.  Now

 4    I can speak.  So I want to take you down and once again

 5    tell you that unless my driving is askew or unless I'm

 6    being untruthful, there's about 35 to 40 people in your

 7    overpasses and maybe less in your underpasses.

 8                    And I may have missed an underpass, but I

 9    don't think so, Curren, along with James and your

10    wonderful staff out there and Curtis.  Thank you for

11    your hospitality.

12                    What you see is alongside the freeway.

13    This is typical.  Residential area off to the right, and

14    go ahead and take us up some more.  The freeway's just

15    to your left.  Residences and apartments to the right.

16    First of all, they can't believe a judge is out there.

17    Number two, when you stop, the community comes out and

18    gives you an earful.  They are really upset.

19                    Keep going.  Keep going.  Now I would say

20    that this is typical with 482 people near or within 500

21    feet of the freeway system.  This is typical.  Over 400

22    of them are alongside the freeway.  That may be much

23    different than Mike Bonin when I talk to him today and

24    the Venice underpass, et cetera.  So one size doesn't

25    fit all.  But this is Curren Price's district basically.
```

Page 10

```
1              Keep going.  We'll stop partway up
2    because I could drive a significant distance.  Okay.
3    Somehow we're going to have to strike humanity and the
4    needs of the homeless with the needs of the community
5    because the homeless are part of the community.  But the
6    community should never be forgotten.  And they're
7    worried about their kids also.  They're worried about
8    their community.
9              All right.  Councilman Price, I'll turn
10   this back over to you.  There's three other locations
11   that I have filmed.  But for the present, please.
12             COUNCILMEMBER PRICE:  Thank you, Your
13   Honor.  And I've got some pictures for you as well, not
14   that you need to -- not that you need to be reminded.
15   None of us really need to be reminded.  It's a scene
16   that is playing out corners and streets all over our
17   city.  And it's just unacceptable and intolerable.
18             But Judge Carter, let me thank you and
19   Judge Birotte for your presence this morning and for
20   your willingness to provide the judicial emphasis of how
21   important solving this problem is.  And we appreciate
22   your commitment to it.  I'm going to have to leave.  I
23   won't be able to stay for the entire session.  So thank
24   you for letting me say a few words and give you an
25   update before I go into a committee meeting.
```

```
 1              But I'm glad to report that we've been

 2   moving forward on several of the projects that we

 3   referred to, spoke about in the last conference session.

 4   The project with the Volunteers of America on 68th and

 5   Avalon is moving forward.  It's going to be opening its

 6   first phase of 100 beds next month.  We're real excited

 7   about that.

 8              We're working -- St. John, the well

 9   centers there providing a clinic, a much needed clinic.

10   And we're planning on an additional phase which is going

11   to include another 250 beds over the next several --

12   well, within the next year and over 50 safe parking

13   spaces.  In addition, this campus as we're calling it

14   will accommodate a laundry, storage area and recreation

15   area and some open space for those who are definitely in

16   need.

17              Our next site, a bridge home site which

18   is going to house 15 families is also going to be

19   opening up next month.  This is a residence, a

20   multifamily residence that we were able to convert.  So

21   we're very excited that's going to be coming online.

22              One of our sites that we talked about

23   with some enthusiasm last time we met, you may recall,

24   was the Caltrans site and where we had planned on doing

25   the pallets, the temporary pallet program.
```

Page 12

```
 1    Unfortunately that has been stalled.
 2                    We have been unable to obtain the Federal
 3    Highway Administration approval.  We are in
 4    communication with our congressional representatives.
 5    But we just seem to be stuck.
 6                    And so, again, I want to make you aware
 7    of that, is there any suggestions, ideas we can help
 8    push that forward.  We want to.  We think it's an
 9    excellent site there.  You may recall on Slough [ph]
10    near Olive, possibly accommodating maybe 75 pallet
11    structures on a parking lot.  So there's no work
12    required to prepare the site.  It can be up and running.
13    But we've got a bureaucratic roadblock.  And so, we just
14    -- we just need your help on that.
15                    We have a very significant Streets to
16    Home project going with HOPICS and LAHSA that has begun
17    rehousing.  Thirteen of our homeless neighbors were
18    housed this week.  And we plan to house another, as you
19    know, 60 to 90 by the end of November.  And again we're
20    working directly with the encampments, specific
21    encampments, moving them as a group, providing resources
22    and access again in ways that we haven't before.
23                    Yesterday I was pleased to take Heidi
24    Marston and Amy Perkins from LAHSA along with
25    Commissioner Dusseault and my staff.  We went on a tour
```

Page 13

```
 1    of the district and gave them a chance to kind of see
 2    upfront what's going on.  They were certainly aware, but
 3    got a much better idea of some of the obstacles and
 4    opportunities to house some 482 individuals that are
 5    along the -- within 500 feet of the freeway as we've
 6    been discussing.
 7              But I want to tell you, Judge, that the
 8    situation seems to be getting worse.  It seems like the
 9    more we're doing, the worse it gets.  And I'm just, you
10    know, reflecting the frustrations that I hear from
11    constituents, from neighbors, from observers, from
12    friends, from those who aren't so friendly even.
13              But I tend to agree with them.  You saw
14    the images on the screen that you took.  We've provided
15    some additional images.  And it's just heartbreaking.
16    And we've just got to do more.  And we've just got to do
17    better.
18              I'd like to coordinate my efforts even
19    more closely with LAHSA, HOPICS, sanitation, Caltrans,
20    the mayor's office, Unified Homeless Response Center,
21    LAPD, the HOPE unit and hopefully you again to just keep
22    the heat on, keep the pressure on because it does really
23    take this kind of a collaborative, comprehensive
24    approach I think if we're serious and if we're going to
25    be effective.
```

 1            Without this kind of a coordination, an

 2  ongoing coordination and commitment, you know, we're not

 3  going to really see the change that we need to see.

 4            Also, Judge, let me ask that you consider

 5  providing some more specific guidance.  I've heard from

 6  sanitation and some other departments saying that in

 7  absence of a direct order, of a direct order from you,

 8  that they can't come up with the kind of comprehensive

 9  cleanup plan that we really need.

10            And so, again, I'm not sure what the

11  process is.  But if that's something that would help

12  move our political will faster, then I welcome an order

13  that would be appropriate to make that occur.

14            So that's my update for you today, Judge.

15  As I said, we are appreciative of your commitment, your

16  attention to this.  We want to continue working with all

17  of our collaborative partners in the city family, the

18  county, nonprofits and other agencies that can really

19  make a difference.  And we again just appreciate your

20  willingness to join us in that effort.

21            THE COURT:  Councilman, I'm going to

22  start naming names where I think special commendation is

23  appropriate.  I'm not going to be critical, at least

24  now, for any entity that I don't think is performing.

25  But it's time that people got recognition or an agency

                                        Page 15

```
 1    when they're really stepping up.
 2                One of those is HOPICS.  I want that on
 3    the record, with Veronica.  Apparently she's on track
 4    for 90 folks out there.  In addition, Dr. Adams, it's
 5    been a pleasure to work with over at St. John's.
 6                MS. MARTINEZ:  St. Joseph's.
 7                THE COURT:  St. Joseph's.  I said St.
 8    John's.  I'm sorry.  St. Joseph's Center.  Thank you for
 9    the correction.
10                COUNCILMEMBER PRICE:  Right.
11                THE COURT:  Listen, I look forward to
12    coming back to your district and your hospitality.  We
13    were out about 5:45 this morning in another district.
14    I'll always call you beforehand.  But we're going to
15    make this successful and for the community and the
16    homeless.  Thank you, sir.
17                COUNCILMEMBER PRICE:  Thank you.
18                THE COURT:  I know you have a committee
19    meeting.  Bob Blumenfield?  Councilman Bob Blumenfield?
20    Pleasure.  Council Blumenfield, I know you as Bob.  You
21    know me as Dave.  But today you're Councilman
22    Blumenfield, as you always are.  And it's a pleasure to
23    have you here.
24                COUNCILMEMBER BLUMENFIELD:  Thank you,
25    Judge.
```

Page 16

1            THE COURT:  I know you have a committee

2    meeting.  So let's get right to your thoughts and

3    report.

4            COUNCILMEMBER BLUMENFIELD:  Thank you,

5    Judge.  It's a pleasure to be here.  Again, haven't had

6    the benefit of hearing where we're at in the hearing.

7    But I appreciate that you're moving forward with this.

8    It's so critically important that we get people housed.

9    We are moving forward in my district as fast as we can.

10            On the good news front, we have a pilot

11    project with LAHSA and they've really stepped up.  And

12    we're going to have 33 people from the Winnetka

13    underpass and Corbin underpass housed in some way by

14    November 16th.  That's big news for us in the district.

15    That is one of the biggest hotspots I have.  And we're

16    thrilled that we're able to make that happen.

17            Now the question though is what happens

18    on November 16th and November 17th and 18th and 19th.

19    And so, we need to figure out how we can prevent that

20    underpass, which you've, you know, wisely have said is

21    not the safest place because of car accidents and fumes

22    and everything else, from basically repopulating once

23    we're able to get people housed from that location.  So

24    that's good news though in terms of progress.

25            Other good news, we were able to expand

                                              Page 17

1   our pilot program with Tarzana Treatment Center and

2   Providence Hospital by putting some additional funding

3   in there to get an additional 20 beds going.  So that's

4   exciting.  Our work with Haven Hills, with a domestic

5   violence shelter, we were able to help them expand their

6   number of beds.

7                 And then we're moving forward on the

8   cabin communities.  And we have design plans for the

9   first one to be behind my district office.

10                THE COURT:  Right.

11                COUNCILMEMBER BLUMENFIELD:  Fifty tiny

12   homes.  And we've been looking at design plans for that.

13   And we have the funding for that and for an additional

14   one along the Orange Line.

15                So we're moving at a very, you know, fast

16   clip trying to get as much housing because I'm not only

17   looking toward your directive in terms of the freeway

18   and the most medically critical folks.

19                I'm trying to get housing for my entire

20   population of homeless and to get to -- you know, to be

21   ahead of the curve when we get to the -- you know, what

22   I hope is a global settlement because that's where we're

23   running towards.  So I'm running at full speed toward

24   that.  And we're moving.

25                You know, we've got some good

Page 18

```
 1    possibilities.  We've got the two pallet shelter cabin
 2    communities that I mentioned.  We have a third as well
 3    that we're looking at.  But we don't have funding.  Part
 4    of the issue there is because it's a leased property,
 5    it's lower down on the priority list.  So we're not able
 6    to get the funding for that at the moment, although
 7    we're pursuing it and we're working with the owners of
 8    that which is the Knights of Columbus.
 9                    THE COURT:  Okay.
10                    COUNCILMEMBER BLUMENFIELD:  In addition,
11    we have the bridge home which is opening up at the end
12    of this year, the beginning of the winter which will be
13    another 80 beds.
14                    THE COURT:  How many?
15                    COUNCILMEMBER BLUMENFIELD:  Eighty.
16                    THE COURT:  Eighty.  Thank you.
17                    COUNCILMEMBER BLUMENFIELD:  And we have
18    two Project Roomkey hotels that are being converted to
19    Project Homekey hotels.  That's 125 beds.
20                    So, and we're in conversations on safe
21    parking.  We have one lot identified with funding in
22    addition to the lot that I already used behind my
23    office.  And we have some private properties that we've
24    been talking with, although one of their issues is they
25    may be willing to let us use their private property,
```

Page 19

```
 1   which is in transition with development.

 2                  But they will only do so if it will allow

 3   us to prohibit RV parking and vehicle parking in the

 4   nearby community because they want to be a good

 5   neighbor.  They don't want to be sort of a magnet for

 6   more RVs and cars.  So here we have a major landowner

 7   who we're negotiating with.  But they have some

 8   conditions that seem reasonable and that, if we can meet

 9   those conditions, we might be able to get quite a number

10   of vehicles off the streets --

11                  THE COURT:  Safe parking.

12                  COUNCILMEMBER BLUMENFIELD:  -- and into a

13   safe place.  But again, it's that -- it's that balancing

14   act with enforcement and how we deal with that.

15                  And the other piece, just as long as I'm

16   talking about the enforcement issue -- or I don't like

17   to call it the enforcement issue, but the issue of

18   keeping some of our streets clear of homelessness so

19   that we can get more shelter.

20                  One of the things I worry about is, for

21   example, the pallet shelter community behind my office.

22   Right now, there are not homeless encampments in the

23   residential community right there.  And I think it's

24   critical that when we bring a hundred people in, 50

25   pallet shelters, that it does not become a magnet for
```

Page 20

```
 1    all along the sides of it to have other tents because if

 2    it does, it will be a community revolt.

 3                    As it is, you know, we're trying to get

 4    the community to accept this as a necessary and

 5    important humanitarian effort.  And I think we can do

 6    that, although that's difficult.  But, you know, I was

 7    looking at some of the pictures of other areas where you

 8    have right adjacent to these homes, you can have the

 9    buildup of tents and debris.

10                    And so, we need to figure out how we can

11    have -- when we're bringing in folks into an area and

12    densifying the homeless population in one particular

13    area, that we can make sure that that area has a buffer

14    around it, whether it's 1,000 feet or more where it's

15    not a question of how you do the cleanup.  It's a

16    question of there is no camping in that buffer zone.

17                    THE COURT:  I want to thank you.  I know

18    you have a committee meeting at 10:30.

19                    COUNCILMEMBER BLUMENFIELD:  Yeah.

20                    THE COURT:  Along with Gil Cedillo, or

21    Councilman Cedillo and Councilman John Lee.  So there's

22    so much that could be said about this.  I'm going to

23    choose not to respond right now so we can get as many

24    council people to those committee meetings.

25                    COUNCILMEMBER BLUMENFIELD:  Okay.
```

                                                      Page 21

```
 1                    THE COURT:  Okay.  We'll be back with you

 2    shortly.  But I want to reiterate when I was driving

 3    around with you and your staff, you have an entirely

 4    different district than what I'm seeing in Curren

 5    Price's district.  You are underpasses primarily with

 6    what I was shown, correct?

 7                    COUNCILMEMBER BLUMENFIELD:  We actually

 8    have a lot of different ones.  But the underpasses are

 9    the most -- certainly the most visible.

10                    THE COURT:  Okay.  And then you've got

11    some alongside your freeway system.  And we'll expand

12    later on because I know Judge Birotte is going to

13    continue on with the settlement negotiations overall

14    with the city and the county this coming week I think.

15    Okay.

16                    COUNCILMEMBER BLUMENFIELD:  Great.

17                    THE COURT:  Thank you very much,

18    Councilman.

19                    COUNCILMEMBER BLUMENFIELD:  All right.

20    Thank you.

21                    THE COURT:  Is Councilman John Lee

22    present?

23                    COUNCILMEMBER LEE:  Good morning, sir.

24                    THE COURT:  It's good to see you.

25                    COUNCILMEMBER LEE:  Good to see you too.
```

Veritext Legal Solutions
866 299-5127

```
 1    I don't believe you've received an updated sheltering
 2    plan, district sheltering plan yet.  But allow me to go
 3    over some of the projects that when you do receive this
 4    plan, you will see that we have made significant
 5    progress on three of the different sites.
 6                    First let me talk to you about safe
 7    parking.  We are establishing a safe parking program on
 8    a city-owned site.  This is up to 20 spaces.  Funding
 9    has been identified.  We are currently working with the
10    CAO and LAHSA on arranging service provision with a
11    service provider we have actually established a
12    relationship with.
13                    The second area is interim housing.  This
14    is a privately owned site.  This is the site that you
15    and Bill Taormina have been discussing.  The first site
16    walkthrough has been conducted with Brilliant Corners.
17                    We've had early positive feedback on the
18    site features and the configuration of the place.  And
19    there's early understanding of what -- you know, basic
20    improvements.  They are -- tomorrow will be the two-week
21    deadline that we gave them to sort of bring back those
22    sites and sort of figure out what the cost --
23                    THE COURT:  What's the -- what's the --
24    what's the capacity on that site?  I've heard different
25    figures.
```

Page 23

```
 1                    COUNCILMEMBER LEE:  Yeah.  So

 2    approximately 80 to 100 beds.

 3                    THE COURT:  Great.  Thank you.

 4                    COUNCILMEMBER LEE:  And the last one is

 5    Project Homekey.  The state has confirmed a funding

 6    reservation for a site in our district.  That is for 76

 7    beds.

 8                    THE COURT:  Okay.

 9                    COUNCILMEMBER LEE:  And then there is a

10    second site that is awaiting state consideration.  And

11    that's an additional 74 beds.  Unfortunately for our

12    tiny homes, the property that we were exploring is

13    unfortunately not available.

14                    We've been working with a different to

15    see if we could possibly sublease this site.  But it

16    doesn't look like that's going to come to fruition.

17                    THE COURT:  Okay.

18                    COUNCILMEMBER LEE:  So we are obviously

19    actively looking for other locations in order to address

20    a greater number.

21                    THE COURT:  Thank you very much.

22                    COUNCILMEMBER LEE:  Thank you.

23                    THE COURT:  I'm not going to ask many

24    questions today.  You have a council meeting to go to.

25    And we'll visit very shortly in the future.
```

1             COUNCILMEMBER LEE:  All right.  Thank

2    you, Your Honor.

3             THE COURT:  Councilman Gil Cedillo,

4    please.

5             COUNCILMEMBER CEDILLO:  Good morning,

6    everybody.

7             THE COURT:  I'll address you as

8    Councilman Cedillo or Gil Cedillo.  But I know you as

9    Gil.

10            COUNCILMEMBER CEDILLO:  Let me begin by

11   thanking you for your service.  Michele, thank you for

12   your incredible leadership during this time period.

13   Madam President, thank you for your never-ending support

14   as my office works to deal with this part of the issues

15   that confront the city, the state and the nation.

16            Let me report that obviously I have been

17   not timid about articulating my frustrations with the

18   bureaucracies of the various organizations trying to

19   meet this challenge.  Last week I laid out some

20   potential sites; last month, rather.  And today I want

21   to note that we've made some progress.

22            Turning bad to good, making lemonade, we

23   have an experience at La Posada which is a shelter for

24   women.  It was involved in a broader global agreement.

25   And it was set up and designed to bring women in to

                                              Page 25

```
 1   shelter them.

 2             Unintended consequences, advocates

 3   blocking projects that they don't like stopped that

 4   project.  And we were faced with 20 empty beds.  While

 5   working with you and Michele, we were able to put those

 6   together.  And now we're prepared to move 20 people off

 7   the streets into those beds.  So that's progress.

 8             Down the street, we have the Homekey

 9   relationship with the Solaire Hotel, right down the

10   street over on 8th.  And that gives us 91 beds of

11   interim housing.  And then finally we have over on our

12   west side, further west, southwest part of our district

13   over on South Alden, we have 93 beds of permanent

14   supportive housing.

15             So that gives us today 204 beds that we

16   are anxious, willing, ready and able to move people off

17   the street and into those beds.

18             We have a few more sites because we're

19   trying to reach out goal.  Our goal is set at 430.  Over

20   on North Main Street, we're looking for 60 to 82 beds

21   interim housing.  We have a site ready.  We're

22   continuing to work with other partners on Humboldt.  We

23   have 111 beds we believe we'll be able to use for

24   interim housing.

25             So I say that to you.  I want to note --
```

Page 26

```
 1    I apologize.  I have a cold.  I want to note that in
 2    addition to that, we're utilizing our offices for safe
 3    parking program sites.  And that gives us 20 spaces
 4    each, a total of 40.  And so, we're using that.  And
 5    we're looking at other opportunities.  As it is, I have
 6    a long history with the Volunteers of America.
 7                    THE COURT:  Right.
 8                    COUNCILMEMBER CEDILLO:  We have a very
 9    successful relationship with PATH.  And so, we're
10    looking forward to other opportunities to work with
11    them.  This is an incredible historic moment.  The
12    pandemic, the obvious expressions of climate crisis, the
13    impact on our economy, et cetera.
14                    We have to take action immediately,
15    expediently yet thoroughly and deliberately.  And so,
16    we're prepared to work with any and all agencies to move
17    people off the street.  I'm a little preoccupied or
18    worried about the future, the immediate future once it
19    gets cold, once it starts raining.
20                    THE COURT:  Yeah.
21                    COUNCILMEMBER CEDILLO:  Are we going to
22    aggravate the situation?  And so, let us move forward
23    with all due haste to make sure that we do this.  Let's
24    do this now.  Let's do it right.  And then let's build
25    upon this success.  I thank you.
```

Veritext Legal Solutions
866 299-5127

```
 1                    THE COURT:  I want to thank you.  I'll
 2     pay you the compliment publicly that I paid privately.
 3     You're a true pioneer in this effort.  And I humbly
 4     thank you.  I also want to extend back to you -- and I'm
 5     going to start naming names of organizations that I'm
 6     seeing are really going above and beyond.  Bea at La
 7     Posada, what a pleasure to meet her.
 8                    COUNCILMEMBER CEDILLO:  Yeah.
 9                    THE COURT:  And her continuing dedication
10     to the community, especially to women for all of these
11     years is just exemplary.  So thank you.
12                    COUNCILMEMBER CEDILLO:  We have a lot of
13     sweat equity over at La Posada.  They've got great
14     leadership.  Bea is an extraordinary leader in this, not
15     just in this town but in this region.  Her commitments
16     are -- she wears them on her sleeve.  And she's very
17     proud of that.  And it's a wonderful place.
18                    I've been on that site many times.  We
19     helped build a playground with United.  We did that in a
20     day.  It's just a really -- something for us to be proud
21     of.  And that's why we moved immediately, and I'm
22     talking within an hour once we got notice working with
23     Michele to begin to take advantage of that opportunity
24     and turn something that was bad into good.
25                    THE COURT:  You might share that
```

Page 28

```
1   compliment about Michele.  But you also might talk to
2   some of the other council people quietly about how
3   rapidly this developed.
4              COUNCILMEMBER CEDILLO:  Yeah.
5              THE COURT:  That's a private conversation
6   you can have.  But that was at light speed, in 24 hours
7   that --
8              COUNCILMEMBER CEDILLO:  Twenty-four
9   hours.  I mean, it was literally let me hang up.
10             THE COURT:  Yeah.
11             COUNCILMEMBER CEDILLO:  And then we
12  started making the calls and connecting the dots and
13  pulling resources and being very nonpolitical about
14  this.  We're very, you know, clear about what our goals
15  and objectives are.  And we're not going to politicize
16  this and we're not going to let anybody else politicize
17  it.
18             We expect everybody to meet their duties
19  and obligations.  Whatever agency, whatever department,
20  whatever branch of government, whatever sector of our
21  economy, we call upon everybody to step up.  And the
22  good news is though that people do.
23             When people see success, when people see
24  opportunity, when they see that you can be successful,
25  everybody wants to attach to that.  Nobody is
```

Page 29

```
 1    indifferent to the crisis that we're confronting.  And
 2    so, our challenge is simply to present that to all of
 3    the other partners and all the other stakeholders.
 4                THE COURT:  Okay.  You've got a 10:30
 5    meeting, Councilman.  I'm not going to ask any
 6    questions.  Thank you very much.
 7                COUNCILMEMBER CEDILLO:  I thank you.
 8    I've got another meeting.
 9                THE COURT:  Mark Ridley-Thomas, if you'd
10    be so kind, from the board of supervisors and Councilman
11    Herb Wesson from the district.  It's a pleasure.
12                SUPERVISOR RIDLEY-THOMAS:  Thank you very
13    much, Your Honor.  Your Honor, we are pleased to be here
14    on behalf of the county of Los Angeles expressing our
15    spirit of collaboration and commitment to address what
16    many of us have to appreciate is the defining moral
17    issue of our time.
18                We've appeared at any number of these
19    hearings in collaboration with our colleagues here on
20    the city council, with the mayor.  And we're ready to
21    move forward.
22                That has been made tangible by virtue of
23    the commitment that the county made with the issuance of
24    its first installment, a check of some $17 million to
25    the city of Los Angeles to begin this process of
```

Page 30

```
 1    complying with the request, the orders that the court
 2    has made.  I'm pleased about the ongoing conversations
 3    with the president of the city council and her
 4    leadership to move forward.
 5                 Your Honor, I represent 10 of the 15
 6    council districts in the city of Los Angeles.  The
 7    second supervisorial district traverses 10, the
 8    epicenter of which happens to be the 8th, 9th, 10th and
 9    15th districts in the county of Los Angeles or the city
10    of Los Angeles as it relates to the homeless crisis.
11                 There is a level of intensity that we are
12    prepared to bring to bear to match the urgency of the
13    hour because nothing else is acceptable.  I know that we
14    can do this.  I know that we should do this.  I know
15    that we are overdue in doing this.
16                 And this moment in time, compelled by a
17    lawsuit cannot be ignored, will facilitate that which is
18    necessary in terms of the collaboration between the city
19    of Los Angeles, the county of Los Angeles, the private
20    sector interests that can enhance it as well as the
21    network of advocates and those who are service
22    providers.  It will take all of that and more.  And I'm
23    motivated to leverage everything that is necessary to do
24    so.
25                 Measure H obviously is going to be a
```

                                                   Page 31

```
 1    hugely important piece of that equation.  Services
 2    matter.  We can't get around that.  We have to make the
 3    intensive capital investment in terms of the affordable
 4    housing agenda that is required because ultimately, as
 5    our previous health director said, the best prescription
 6    for homelessness is housing, but with an immediate sense
 7    of the kind of transitional housing that is necessary to
 8    get people ultimately into a place and space where they
 9    can call it home and then begin to exercise their own
10    sense of resiliency.  That's what's necessary.
11                    With respect to the orders that the court
12    will issue, I look at the site at David and Venice
13    approximate to Kaiser Permanente right across the street
14    from public storage.
15                    THE COURT:  I want you to disclose that
16    we both visited there at your hospitality and Councilman
17    Herb Wesson's hospitality.
18                    SUPERVISOR RIDLEY-THOMAS:  Yes.
19                    THE COURT:  So we were all together.
20                    SUPERVISOR RIDLEY-THOMAS:  And the
21    objective there is to make that an example of what can
22    and should be done when we bring the city, the county,
23    the private sector, the neighbors in the community, the
24    business interests there to work together for the good
25    of that community and the individuals in particular who
```

Page 32

```
 1   are suffering under unspeakable conditions adjacent to
 2   that freeway.
 3                Your Honor, I would simply say to the
 4   court that is necessary for us to move and move now.
 5   Delay is not a friend of homelessness.  The issue is
 6   upticking.  The pandemic has exacerbated an already
 7   existing crisis.
 8                If we pay attention to the report of
 9   Columbia University, we would know that the unemployment
10   rates in the nation that mirror that of the Great
11   Depression will drive homelessness up approximately 40
12   to 45 percent across the nation.  And in the state of
13   California, it is approximately 20 percent.
14                We understand this, and we know what the
15   consequences look like.  And so, urgency has to be that
16   which moves us, not perfection, urgency.  It seems to me
17   that's what we can and should embrace.
18                I'm prepared to collaborate with my
19   colleagues here on the city council, specifically the
20   districts to which I made reference, and set an example
21   of what can and should be done.  Services matter.
22   Housing is essential.
23                And to the extent that that's the case,
24   Your Honor, I thank you for this opportunity to make
25   these remarks.
```

Page 33

```
 1                    THE COURT:  What a pleasure to have you

 2      here.  I'm honored.

 3                    SUPERVISOR RIDLEY-THOMAS:  Thank you,

 4      sir.

 5                    THE COURT:  And thank you.  Another true

 6      pioneer.  Councilman Herb Wesson?

 7                    COUNCILMEMBER WESSON:  Good morning, Your

 8      Honor.  Good to see you.

 9                    THE COURT:  It's good to see you.

10                    COUNCILMEMBER WESSON:  It was a pleasure

11      to be with you a few weeks back with Supervisor Ridley-

12      Thomas, you and I when we were at the location adjacent

13      to Kaiser Permanente off of Venice.

14                    Good to see the president of the council

15      here.  In fact, it's just good to be close to people.

16      So it may sound strange.  But I'm excited to be here

17      with you today.  Okay.  Just --

18                    THE COURT:  Well, most people aren't

19      excited to be in court, so.

20                    COUNCILMEMBER WESSON:  Okay.  I just want

21      to let you know where we are.  We're working closely,

22      and we appreciate all of the support that we've received

23      up to this point from the supervisor of the second

24      district.

25                    At the location where we were with you,
```

Page 34

```
 1    we are developing a strategy to try to help the
 2    approximate 35 individuals that were staying there.
 3    We're working to get 20-plus vouchers reassigned so that
 4    we can use them for the individuals that are there, some
 5    rapid rehousing.
 6                    We're going to need approximately $1.9
 7    million for two years of service funding.  And we're
 8    hopeful that we can work with you to begin outreach to
 9    get those folk off or out of that area and into housing
10    on or around October 7th.  There are things that the
11    council needs to do.  And I will work very closely with
12    the council president and the other members of this body
13    to make sure that that happens.
14                    Just a quick update on some of the other
15    things that we've done.  We have put in a bid to buy a
16    Best Buy motel located on 4701 West Adams.  There is
17    approximately -- not approximately, there are 23 beds
18    there.
19                    We have two bridge homes that are in the
20    hopper to be opened real soon, one of which is located
21    at 1819 South Western, which is approximately two blocks
22    from the 10 freeway.  That's a 15-bed facility.  And
23    that's located on the parking lot of the district office
24    that I currently occupy.
25                    We have a larger facility in Lafayette
```

Page 35

```
 1    Park or across from Lafayette Park that is 70 beds which
 2    should be completed by the end of October.  You should
 3    also know that approximately two lots away from the 10
 4    freeway on Crenshaw, we're looking to convert an area
 5    into a safe parking site.  That's located at 2444 South
 6    Crenshaw.  That site could house 10 to 20 or provide 10
 7    to 20 spots.
 8                We're also having conversations about
 9    using some of the department of water and power lot on
10    Crenshaw and Martin Luther King to provide another 10 or
11    20 safe parking spots.  And we're -- early December/late
12    November, we hope to open up a 103-unit senior apartment
13    facility on Buckingham that is close to the DWP spot.
14    So that's where we are at this stage.
15                THE COURT:  Okay.
16                COUNCILMEMBER WESSON:  And the site that
17    we toured, we did send sanitation out there within 24
18    hours.  We cleaned up all the garbage cans.  We did the
19    best that we could, you know, given the conditions
20    there.
21                THE COURT:  I want to thank you.  I'm not
22    going to ask you any questions just because of the time
23    today.  But I want to thank you for inviting me along
24    with the supervisor out to your district.  And secondly,
25    you know that I'm always insisting on 14 to 21 days'
```

Page 36

```
 1   notice.  You're going to several neighborhood groups.
 2   Kaiser gets involved.
 3                  COUNCILMEMBER WESSON:  Yes.
 4                  THE COURT:  And we work those streets day
 5   and night to find out any special needs out there as
 6   well.  And then we're going to be able to have housing
 7   ready to go, right?
 8                  COUNCILMEMBER WESSON:  Yes.
 9                  THE COURT:  For our population.  Does
10   that also include besides the Kaiser, you walk to the
11   left when you out of the emergency room, you walk down
12   to that --
13                  COUNCILMEMBER WESSON:  Yes.  I believe it
14   does.
15                  THE COURT:  -- and there's that one
16   underpass.  There's an underpass over to the other side
17   if I turn right.  Then there's the freeway and then
18   there's a couple of residential areas that --
19                  COUNCILMEMBER WESSON:  Yes.
20                  THE COURT:  Does that include the
21   population there also?
22                  COUNCILMEMBER WESSON:  Yes.  Yes, Your
23   Honor.
24                  THE COURT:  And the residential areas?
25                  COUNCILMEMBER WESSON:  Yes.
```

Page 37

```
 1                    THE COURT:  I can't thank you enough,
 2     very humbly.  It's been nice to see you.
 3                    COUNCILMEMBER WESSON:  Thank you for your
 4     service.  Madam President, see you around.
 5                    THE COURT:  It's a pleasure to see you.
 6     We'll talk very soon.  Councilman David Ryu?  David Ryu,
 7     please?  It's a pleasure to see you, Councilman.
 8                    COUNCILMEMBER RYU:  Good morning, Judge.
 9                    THE COURT:  Good morning.
10                    COUNCILMEMBER RYU:  Should I begin with
11     my quick update?
12                    THE COURT:  Please.
13                    COUNCILMEMBER RYU:  Well, Judge, thank
14     you, sir, for inviting me today before the court.  At
15     our last status conference, you asked me about the
16     ability to house our people in council district four
17     that live along the freeways or freeway-adjacent.
18                    Since our last meeting, my recently
19     opened bridge home facility in Los Feliz has continued
20     accepting new residents.  As of Monday, 67 people have
21     been housed at this location.
22                    THE COURT:  Okay.
23                    COUNCILMEMBER RYU:  Twenty-five percent
24     of those individuals came from freeway-adjacent areas.
25     That's a number of 16 from the LA River areas that you
```

                                                        Page 38

```
 1   showed photos of at the last meeting and one person from
 2   an additional freeway area.  Please note that these are
 3   only numbers for the Los Feliz bridge housing site
 4   because I am aware of other individuals like Chester
 5   that I personally spoke to in Toluca Lake who was housed
 6   at the recently opened North Hollywood bridge housing
 7   site which is in CD 2.
 8                   THE COURT:  Okay.
 9                   COUNCILMEMBER RYU:  The remaining
10   individuals housed thus far came from sidewalks and
11   encampments within the catchment for the facility.  At
12   this facility, we already had our first success story: a
13   young woman who was matched and has already moved into a
14   long-term program for transitional aged youth.
15                   As we finish filling the beds with our
16   latest bridge home facility, there are a few additional
17   facilities in progress in council district four that I'd
18   also like to update you on.
19                   The first one is the Riverside family
20   site which is down the street from the current site that
21   we just opened.  And it is about to start construction.
22   And this facility will host 80 beds for families.  And
23   it's set up to open early next year.  It should be
24   completed by the end of the year.
25                   And second is the safe parking facility
```

Veritext Legal Solutions
866 299-5127

```
 1    on Oxnard in Sherman Oaks.  We are currently finalizing
 2    the budget with the provider.  And the county is
 3    finalizing the permission process with the Army corps as
 4    the site is federally owned and is currently being
 5    leased by the city.
 6                    Additionally I have two Proposition HHH
 7    sites opening in the latter half of next year that will
 8    add 98 beds for seniors and 25 beds -- 25 units for
 9    transitional aged youth.
10                    THE COURT:  Ninety-eight for seniors and
11    what was the other?
12                    COUNCILMEMBER RYU:  Twenty-five for
13    transition aged youth.
14                    THE COURT:  Thank you.
15                    COUNCILMEMBER RYU:  So finally, since the
16    last status conference, I know we spoke.  But I have
17    also been working directly with a coalition of homeless
18    service providers in my district that includes outreach
19    staff who have on-the-ground experience and working
20    relationships with some of our unhoused neighbors living
21    near freeways in my district to discuss about how we get
22    them off the streets and into housing.
23                    As we know, every encampment and every
24    unhoused person's story is different.  From what the
25    providers tell me and from the visits that my team and I
```

Page 40

```
 1    have personally conducted at some of the freeway sites
 2    in my district include people who have been chronically
 3    homeless for years, if not decades.  And they have been
 4    reluctant to accept services and housing for a number of
 5    reasons.
 6                Besides the most service-resistant
 7    population who might be currently experiencing acute
 8    mental health and/or substance abuse issues, the main
 9    other reasons include prior bad experience with the
10    system, concerns particularly during COVID of moving
11    into a congregate setting and the reluctance to leave
12    the community that they have built and the routines that
13    they have had for years.
14                It's with the utmost importance that we
15    continue to get input from our providers on the
16    strategies, the interventions and what's going to be the
17    most successful so that people don't end up back in the
18    streets.
19                So I humbly request the court to invite
20    some of these providers who are working on the ground
21    today to testify before you.  So thank you this morning
22    and thank you for your time, Judge.  And I'm available
23    for any questions you might have.
24                THE COURT:  On the comment about the
25    providers, I think that because of the limitations and
```

Page 41

```
 1    the hospitality that you've extended that we've not been
 2    able to provide that opportunity.
 3                    I look forward to that when it's safe and
 4    when you as the council and the court can expand this.
 5    But I have worked now with those providers.  And if you
 6    were listening closely, I'm starting to name the
 7    outstanding providers who've stepped up.  I'm not going
 8    to be shy about that.
 9                    COUNCILMEMBER RYU:  Great.
10                    THE COURT:  So you name the provider now
11    that you think I might not have met with.  This is a
12    quiz.  Name one.
13                    COUNCILMEMBER RYU:  Name a provider?  Oh,
14    in my district, PATH and the center at --
15                    THE COURT:  I worked with PATH.  Next
16    one?
17                    COUNCILMEMBER RYU:  If I could only --
18    just one?
19                    THE COURT:  Sure.  Next one.  VOA?
20    Worked with them.
21                    COUNCILMEMBER RYU:  Yes.  PATH.
22                    THE COURT:  Worked with them.
23                    COUNCILMEMBER RYU:  Yes, sir.
24                    THE COURT:  Promise you, by the time I'm
25    done, I'll know who your good providers are and who
```

Page 42

1    aren't.

2                    COUNCILMEMBER RYU:  Yes, sir.

3                    THE COURT:  And I won't be shy about

4    that.  Okay.  By the way, VOA.  VOA.  Absolutely

5    outstanding.

6                    COUNCILMEMBER RYU:  Voices of America.

7    Yeah.

8                    THE COURT:  Absolutely outstanding.  And

9    what we found in Whittier was once we got started and

10   quit being shy, we kept expanding through the efforts of

11   the advocates and the city.  They settled for about 139

12   spaces.

13                   As we got going, we found six more spaces

14   for women.  LAHSA stepped in early.  First Whittier

15   stepped in early.  Between them, about another 41 or 42

16   depending on how you count.  In addition, VOA stepped up

17   with 30 more.

18                   I mean, we're up to 200 spaces right now

19   in capacity that I can count out in Whittier when we

20   started with 139.  There are some providers out there

21   that we might have a discussion with in the future.  But

22   we'll do that privately to begin with.

23                   COUNCILMEMBER RYU:  Yes, sir.

24                   THE COURT:  All right.  Thank you very

25   much, Councilman.  Pleasure.  Nice seeing you.

                                              Page 43

```
 1                    COUNCILMEMBER RYU:  Thank you.  Good

 2      seeing you, sir.

 3                    THE COURT:  All right.  Councilman Mike

 4      Bonin?  It's a pleasure.  Once again, I know you as Mike

 5      and Dave.  But here, Councilman Bonin.

 6                    COUNCILMEMBER BONIN:  Good morning.

 7                    THE COURT:  Good morning.

 8                    COUNCILMEMBER BONIN:  Good to see you.

 9      So let me start by saying a couple of weeks ago I was

10      afraid I wasn't going to have much tangible progress to

11      report.  And I'm glad to say I was wrong.

12                    So when we were here last time, we were

13      talking about the rather small population near freeways

14      in my district and the largest encampment being Venice

15      and Globe which you have seen at the 405.

16                    THE COURT:  Right.  And you know I

17      visited that.

18                    COUNCILMEMBER BONIN:  Yes.

19                    THE COURT:  I've been to that location

20      many times.

21                    COUNCILMEMBER BONIN:  You did.  Yes.  And

22      the Los Angeles portion of that is basically the border

23      between me and Mr. Koretz.

24                    THE COURT:  Right.

25                    COUNCILMEMBER BONIN:  And what I had said
```

Page 44

```
 1    last time is I thought it would be an interesting side-
 2    by-side comparison of the pace at which the pallet
 3    shelter approach would work versus the placements with
 4    other alternatives that didn't need an infrastructure
 5    investment.
 6              They have -- LAHSA has been out there on
 7    a daily basis.  And they have identified there -- we
 8    thought there were 50 residents on the north side.  They
 9    have determined that there are about 31 people who are
10    residents who are there all the time.
11              THE COURT:  Okay.
12              COUNCILMEMBER BONIN:  Then there are
13    others who come and go to visit or may spend a night but
14    are not residents there on a continuous basis.
15              THE COURT:  Okay.
16              COUNCILMEMBER BONIN:  They have -- of
17    that 31 that are regularly residents, they have housed
18    11 of them through Project Roomkey and through detox
19    beds through CLARE, which is a substance abuse program
20    on the west side.
21              THE COURT:  Right.
22              COUNCILMEMBER BONIN:  They have six
23    others who are signed up and are in the process for a
24    placement.  We also have --
25              THE COURT:  First of all 11, so you have
```

Page 45

1    an additional six who are signed up?

2                    COUNCILMEMBER BONIN:  Yes.

3                    THE COURT:  Thank you.

4                    COUNCILMEMBER BONIN:  So 11 of the -- 11

5    plus six in process of the 31.  We also last week in

6    council, the council approved some of the roadmap money

7    which includes funds that will help us provide the rapid

8    rehousing and shared housing alternatives here.  We have

9    our local services providers that have committed to use

10   their rapid rehousing vouchers --

11                   THE COURT:  Okay.

12                   COUNCILMEMBER BONIN:  -- for any who are

13   eligible for that.

14                   THE COURT:  All right.

15                   COUNCILMEMBER BONIN:  In addition, we

16   will have online next month 35 additional safe parking

17   spaces in our district at both combined between my

18   Westchester and my West LA offices.  We have identified

19   a parking lot location that would be appropriate for

20   pallet shelters, tiny homes or safe camping.  BOE is

21   doing the analysis of that now.

22                   Under COVID protocols, that would most

23   likely accommodate 30 tents or tiny homes.  Once we're

24   free of the COVID restrictions, obviously it could be a

25   lot more sizable.

                                                Page 46

```
1                      THE COURT:  And you know last time we had
2      a number of the department heads here.  And you know
3      that they worked out the conflict between the
4      information we were receiving between 10 feet and six
5      feet.
6                      COUNCILMEMBER BONIN:  Yeah.
7                      THE COURT:  It's been settled at six
8      feet.
9                      COUNCILMEMBER BONIN:  Yeah.
10                     THE COURT:  Okay.
11                     COUNCILMEMBER BONIN:  And we have two
12     other potential parking lots that are owned by other
13     governmental jurisdictions that we are working through
14     right now in addition to -- as I indicated last time,
15     and as you know, there's a hotel in escrow in my
16     district which would provide several hundred units of
17     Project Homekey positions for the district.
18                     That is -- so the focus so far has been
19     on the Globe 405 and the very small encampments dotted
20     along other freeways in the district.
21                     THE COURT:  Is that 405 in Venice?
22                     COUNCILMEMBER BONIN:  405 in Venice.
23     Yes.
24                     THE COURT:  Okay.
25                     COUNCILMEMBER BONIN:  Yeah.  So as no
```

Page 47

```
 1    pallet shelters have become available for the other side
 2    of it, we've been doing the housing with the
 3    interventions that we identified --
 4                    THE COURT:  Okay.
 5                    COUNCILMEMBER BONIN:  -- which so far
 6    have been moving a lot more quickly.  We are at the same
 7    time trying to marshal the resources to focus on what is
 8    away from the freeway which you've also visited, the
 9    Rose and Penmar location which is probably the most
10    problematic in my district.
11                    THE COURT:  Yeah.  You and I -- you and I
12    visited that on a couple of occasions.
13                    COUNCILMEMBER BONIN:  Yes.
14                    THE COURT:  Obviously not within 500 feet
15    of a freeway.
16                    COUNCILMEMBER BONIN:  No.  But what I
17    should not is we are seeing that many of our
18    encampments, including that one, are growing
19    substantially.
20                    So as we have LAHSA out there doing
21    assessments, they're doing them -- they have to do them
22    in zones now.  And we are hearing some anecdotal
23    evidence that people concerned about being displaced
24    from freeways are relocating there and to other places
25    inland.
```

Page 48

```
 1                     THE COURT:  And that's what I'm
 2   interested, for a change instead of speculation, I'd
 3   like to get some data points.  Remember it's okay to
 4   make a mistake, back up and get it right.  It's not okay
 5   not to try.  So how many people have gone over to the
 6   Penrose area?
 7                     COUNCILMEMBER BONIN:  The population
 8   there has increased I would say --
 9                     THE COURT:  No, no.  Just a moment.  I'm
10   being very specific now.
11                     COUNCILMEMBER BONIN:  I would say the
12   population --
13                     THE COURT:  Very specific.  My question
14   is you have 31 residents approximately who are permanent
15   that we've been able to move.  And thank you.
16                     COUNCILMEMBER BONIN:  Yes.
17                     THE COURT:  Eleven and six more signed
18   up.  You mentioned the number of 50 being underneath the
19   Venice underpass.  Specifically how many people have
20   matriculated because of your efforts, which I assume
21   have been voluntary so far.
22                     COUNCILMEMBER BONIN:  Yes.
23                     THE COURT:  -- to the Penrose area.
24                     COUNCILMEMBER BONIN:  I don't know of any
25   who have matriculated from there.  We've had people from
```

Veritext Legal Solutions
866 299-5127

```
 1    other parts of the city.

 2                    THE COURT:  No.  I want one at a time.

 3    Okay.  See, that's what I get in court.  No.  We're

 4    going to do this by the numbers now.  Has anybody to

 5    your knowledge, and I'll go out there with you again,

 6    matriculated from underneath the Venice underpass to the

 7    Penrose area?

 8                    COUNCILMEMBER BONIN:  No.  No, not from

 9    that one.

10                    THE COURT:  Okay.  No.  All right.  What

11    other area has there either been threatened enforcement

12    or any other, you know, operation that you've undertaken

13    that has caused a population or a person to move into

14    that Penrose area?  In other words, I know you're

15    getting influx.  I know it's growing.

16                    I want to start connecting data points so

17    we operate, you know, in science.  Okay.  Is there any

18    other effort that you have made that's caused this

19    displacement?  And if so, could you help me?  Because I

20    want to go out and visit with those folks.

21                    COUNCILMEMBER BONIN:  No.  There's no

22    other program in the district --

23                    THE COURT:  Okay.  Fair enough.  Fair

24    enough.

25                    COUNCILMEMBER BONIN:  -- that has to my
```

Page 50

1    knowledge done that.

2                    THE COURT:  Okay.  All right.  Please,

3    and thank you.  Anything further?

4                    COUNCILMEMBER BONIN:  No.  Thank you very

5    much for the attention and the focus.

6                    THE COURT:  I want --

7                    COUNCILMEMBER BONIN:  I would like to

8    invite you to come out again, as you have offered to do,

9    to Venice and Globe with some of the outreach workers

10   and me as we go about continuing to offer services.

11                   THE COURT:  Name the date.

12                   COUNCILMEMBER BONIN:  Okay.

13                   THE COURT:  In other words, I was out

14   today at --

15                   MS. MARTINEZ:  [Off mic.]

16                   THE COURT:  Never mind.  Yeah.  I was out

17   at 5:45 or 6 o'clock today in Nury Martinez's district.

18   So hours don't mean anything to me.  What are you doing

19   this afternoon?  Excellent.  When do you want to meet?

20                   COUNCILMEMBER BONIN:  I can do after --

21                   THE COURT:  Six o'clock?  Nine o'clock?

22   It doesn't matter.

23                   COUNCILMEMBER BONIN:  -- I teach my kids'

24   writing class.  I can do around -- I can do between 2:00

25   and --

Page 51

```
 1                    THE COURT:  Seven o'clock.

 2                    COUNCILMEMBER BONIN:  I can do between

 3    2:00 and 5:00.

 4                    THE COURT:  Excellent.  I'll see you

 5    between 2:00 and 5:00.

 6                    COUNCILMEMBER BONIN:  Okay.  Sounds good.

 7                    THE COURT:  I'll make a call to you.  And

 8    if not, we'll meet at 9 o'clock tonight.

 9                    COUNCILMEMBER BONIN:  Okay.  Sounds good.

10                    THE COURT:  I don't sleep.

11                    COUNCILMEMBER BONIN:  All right.

12                    THE COURT:  Okay.  We'll go visit.  Look

13    forward, by the way.

14                    COUNCILMEMBER BONIN:  All right.  Good.

15                    THE COURT:  My compliments.  Thank you.

16                    COUNCILMEMBER BONIN:  Thank you.

17                    THE COURT:  Paul Krekorian, please.

18    Okay.  Would you remind me I want to go visit between

19    2:00 and 5:00 today?  And Councilmember Paul Krekorian,

20    what a pleasure, sir.

21                    COUNCILMEMBER KREKORIAN:  Good morning,

22    Your Honor.

23                    THE COURT:  Good morning.  How are you

24    today?

25                    COUNCILMEMBER KREKORIAN:  Good to see you
```

Page 52

1    again.  Very well.

2                  THE COURT:  Do you want to meet at 7

3    o'clock for Jack in the Boxes hamburgers?

4                  COUNCILMEMBER KREKORIAN:  Excuse me?

5                  THE COURT:  I'm just kidding.

6                  COUNCILMEMBER KREKORIAN:  No.  Thank you.

7    We'll set a different time when you can come visit.

8    Would you like me to begin with an update?

9                  THE COURT:  Yeah.  I'd like to start with

10   a compliment though, which might be refreshing.  And

11   that is in looking at your numbers, if we were settling

12   under the -- where's the -- where's the city attorney?

13   Oh, there.  Well, Mike Feuer is the city attorney, able.

14                  If I looked at your numbers, you appear

15   to have made such progress in your particular council

16   district that if you were viewed as a separate city and

17   if I was operating under where we started at 60 percent,

18   I believe that you would have the capability of having a

19   person make a choice because I had the word enforcement.

20                  You would literally be able to implement

21   that plan within your district at the present time.

22   Unfortunately we're not a separate city.  But I'm just

23   wondering if we want to test it.  No.  Now we're having

24   a conversation.  It's going to get interesting.  This is

25   going to go up some time in Boise.

```
 1                    And so, let's just assume you were a

 2   separate city and you met that 60 percent number.  I

 3   know there's going to be objections and I'm going to

 4   throw out and Judge Birotte's going to throw out some

 5   other settlement possibilities next week that might go

 6   along with this.  But if you were a separate city, do

 7   you think you've met that 60 percent?

 8                    COUNCILMEMBER KREKORIAN:  Oh yes, Your

 9   Honor.

10                    THE COURT:  I do too.  And that might get

11   to be a very interesting situation.  So I want to talk

12   to the advocates about that.  I want to talk to --

13   because they may be absolutely opposed.  But you look

14   like you would have the capability of having folks make

15   choices.

16                    Now I recognize that that may be too low

17   a number during COVID.  I recognize the problem in terms

18   of moving people.  I'm very sensitive to that.  But by

19   the same token, you seen to have the numbers if you were

20   the city.  And by the way, you're about the same size as

21   Boise.

22                    COUNCILMEMBER KREKORIAN:  Yes.  Thank

23   you, Your Honor.

24                    THE COURT:  Okay.  Please.  So your turn,

25   I turn this over to you now.
```

Page 54

```
1                    COUNCILMEMBER KREKORIAN:  The good news
2      really is that by the time we're finished with the plan,
3      if you take into account the number of people who are
4      unsheltered outside of vehicles in my district, we will
5      not only be at 60 percent.  We will be over a hundred
6      percent.
7                    THE COURT:  Right.
8                    COUNCILMEMBER KREKORIAN:  We will have
9      capacity to shelter every single person sleeping on a
10     sidewalk in my entire district.  And we're moving apace.
11                   THE COURT:  Yeah.
12                   COUNCILMEMBER KREKORIAN:  So since we
13     last spoke, we have now opened the bridge home site in
14     Van Nuys that you came and visited while it was still
15     under construction.  That facility has a hundred beds.
16     We are now at capacity on the bridge home site in Raymer
17     with 88 beds.  So we now have 188 occupied beds in the
18     two bridge home facilities alone.
19                   THE COURT:  Excellent.
20                   COUNCILMEMBER KREKORIAN:  In terms of
21     next steps, our tiny home village that we have planned
22     for the Chandler site, which you'll recall is right
23     across the street from the rec center in North Hollywood
24     Park, the proposal there was to be 36 tiny homes.  We --
25                   THE COURT:  Excuse me?  Thirty-six?
```

Page 55

```
 1                    COUNCILMEMBER KREKORIAN:   Thirty-six tiny
 2      homes with 64 beds.
 3                    THE COURT:   Okay.   Now that's one of the
 4      three locations you showed me when I was out with you.
 5                    COUNCILMEMBER KREKORIAN:   it is.   It is.
 6                    THE COURT:   Excellent.
 7                    COUNCILMEMBER KREKORIAN:   And we've now
 8      reconfigured that to be able to accommodate 41 tiny
 9      homes.
10                    THE COURT:   Excellent.
11                    COUNCILMEMBER KREKORIAN:   So there's a
12      little bit more capacity, about 75 beds there.   That
13      project is out to bid.   We expect the bid to be approved
14      tomorrow.
15                    THE COURT:   Great.
16                    COUNCILMEMBER KREKORIAN:   So construction
17      there can begin next month.
18                    THE COURT:   Okay.
19                    COUNCILMEMBER KREKORIAN:   That project we
20      expect to be finished, God willing, you know, we live in
21      a time when who knows how to predict the future.
22                    THE COURT:   Sure.
23                    COUNCILMEMBER KREKORIAN:   But we expect
24      on the current timeline to be finished by mid-January of
25      '21.
```

Page 56

1              THE COURT:  Okay.  You mean 2021?

2              COUNCILMEMBER KREKORIAN:  2021.  Yes.

3              THE COURT:  Right.  Okay.

4              COUNCILMEMBER KREKORIAN:  The Alexandria

5   Park tiny home project is --

6              THE COURT:  Right.  That's the other

7   location you showed me.

8              COUNCILMEMBER KREKORIAN:  It's a very

9   significant project, 105 tiny homes.  We expect that to

10  be up and running as early as February.  The project's

11  running a few weeks behind the Chandler project because

12  it's a larger project.

13             There's a greater need for more in-depth

14  community engagement, let's just say.  And we have an

15  obligation to meet with neighborhoods in that area and

16  try to accommodate their concerns as best we can.  But

17  there is some of the preliminary construction already

18  underway to accommodate sewer lines and so forth at that

19  site.

20             The third  tiny home project seems to be

21  the more challenging one.  That's the one up at Saticoy

22  and Whitsett.  The original plan was --

23             THE COURT:  Now just a moment.  Let me

24  sort that out.  As I'm driving, is that as you go to the

25  left and up in that cul-de-sac area?

                                              Page 57

```
 1                    COUNCILMEMBER KREKORIAN:  Yes.

 2                    THE COURT:  Okay.  And you call that --

 3                    COUNCILMEMBER KREKORIAN:  Adjacent to the

 4      freeway.

 5                    THE COURT:  What do you call that area?

 6                    COUNCILMEMBER KREKORIAN:  Saticoy and

 7      Whitsett.

 8                    THE COURT:  So make that left turn.  We

 9      go up the hill.  We wind around.  We end in a cul-de-

10      sac.  And you walk out.  We walked out in that trail.

11                    COUNCILMEMBER KREKORIAN:  Right.  Right.

12                    THE COURT:  Okay.  Saticoy.  Thank you.

13                    COUNCILMEMBER KREKORIAN:  So it's a great

14      site.  And our original site plan was to accommodate 73

15      homes, 138 beds.  We might, with the reduced setbacks,

16      be able to accommodate more.  That's under consideration

17      right now.

18                    THE COURT:  Okay.

19                    COUNCILMEMBER KREKORIAN:  But this is the

20      one with the greatest degree of -- do we have visuals

21      for the screen?

22                    THE COURT:  I've got all the -- I've got

23      all those plans though that you showed me.

24                    COUNCILMEMBER KREKORIAN:  Okay.

25                    THE COURT:  They're literally sitting in
```

Page 58

```
 1    the back of my car.  I didn't bring them into chambers

 2    today.  But I've got them.

 3                    COUNCILMEMBER KREKORIAN:  The challenge

 4    we have here is a government bureaucracy challenge in

 5    dealing with Caltrans.  It's one of those odd properties

 6    that has multijurisdictional issues.

 7                    THE COURT:  Could you step back for just

 8    a moment as the able assistant?  There's Caltrans right

 9    there with that red bandana on.  You might want to go

10    talk to him and resolve it.  Yeah.

11                    COUNCILMEMBER KREKORIAN:  Okay.  Very

12    good.  So it is Caltrans property operated under a

13    Porter bill lease as a park space.

14                    THE COURT:  Right.

15                    COUNCILMEMBER KREKORIAN:  We are -- after

16    having researched it considerably, we're fairly

17    confident that the site was not obtained originally

18    using federal funds.  So we may not have the same

19    limitations.  We're negotiating right now with Caltrans

20    to proceed.

21                    THE COURT:  And who in Caltrans -- first,

22    change instead of bureaucracy is kind of escaping -- you

23    know, we're a bureaucracy.  What's the name of the

24    person you're dealing with?  For a change, I'd like to

25    start --
```

Page 59

```
 1                    COUNCILMEMBER KREKORIAN:  I'm not sure if
 2     we have that.
 3                    THE COURT:  -- if we can get a human
 4     being.  There.  Thank you very much.  An actual human
 5     being.
 6                    COUNCILMEMBER KREKORIAN:  Okay.
 7                    THE COURT:  Okay.
 8                    COUNCILMEMBER KREKORIAN:  Very good.  And
 9     --
10                    THE COURT:  No more bureaucracy stuff.
11     From now on, names.  Okay.
12                    COUNCILMEMBER KREKORIAN:  Thank you very
13     much.
14                    THE COURT:  I thank you.
15                    COUNCILMEMBER KREKORIAN:  So, you know,
16     things seem to be moving forward positively there.  But
17     that's the furthest one behind because of these other
18     legal, you know, issues that we've had to deal with.
19                    THE COURT:  Okay.
20                    COUNCILMEMBER KREKORIAN:  I'd like to go
21     next to Project Roomkey, if I may.
22                    THE COURT:  Please.
23                    COUNCILMEMBER KREKORIAN:  Sportsmen's
24     Lodge, as you may know, is one of the most iconic hotels
25     in the San Fernando Valley.  It is entirely leased for
```

Page 60

```
 1    Project Roomkey purposes now.  We have undertaken

 2    efforts to reach out to other hotels in the district.

 3                 We have not had as much success in trying

 4    to get takers.  But Sportsmen's Lodge has been willing

 5    to step up and offer the -- offer 100 percent of its

 6    rooms for Project Roomkey.  And so, that is opened and

 7    running and seems to be going reasonably well.  In terms

 8    of Project Homekey, the city is already in negotiations

 9    with a hotel in the district.

10                 THE COURT:  And you don't have to name

11    the location in case there's going to be pushback.

12                 COUNCILMEMBER KREKORIAN:  Yeah.  Thank

13    you.  Because it's under negotiation.

14                 THE COURT:  Okay.

15                 COUNCILMEMBER KREKORIAN:  So thank you.

16    I wasn't planning to.  But we are under negotiation,

17    active negotiations right now to acquire this hotel

18    which would have capacity for more than 70 beds for

19    permanent housing.

20                 THE COURT:  Great.

21                 COUNCILMEMBER KREKORIAN:  You know that

22    we opened the first navigation center in the city in my

23    district.  It has been an unqualified success.

24                 THE COURT:  Right.

25                 COUNCILMEMBER KREKORIAN:  It's been a
```

Page 61

```
 1   tremendous resource for our homeless population.  We've

 2   so far provided almost 7,000 showers, 6,000 visits to

 3   use the restroom facilities.  There's storage there for

 4   over 160 clients, case intake for almost 700 people

 5   since the facility started operating just a few months

 6   ago.  Clients can also use it as a mailing address.  So

 7   they have a permanent address to use.

 8                    And during the first few weeks of the

 9   COVID-19 shutdown orders and shelter at home orders,

10   this was the only facility in the San Fernando Valley

11   where homeless people could go for hygiene, for showers

12   and access services.

13                    We're right now in the process of adding

14   a jobs component to the services at the navigation

15   center.  It is on the site of a former day labor center.

16                    THE COURT:  Okay.

17                    COUNCILMEMBER KREKORIAN:  And we're

18   integrating the new day labor center now into the

19   navigation center so that the homeless clients who come

20   to visit the navigation center also have access to day

21   labor opportunities to work as well.

22                    And of course with that will come the

23   wraparound services of, you know, resume development and

24   computer access and all of the sorts of things that will

25   help with job searches.  And then finally, oh, safe
```

Page 62

```
 1    parking.  I don't want to get into too much specific

 2    discussion about this just yet because this is --

 3                   THE COURT:  Right.

 4                   COUNCILMEMBER KREKORIAN:  -- at the early

 5    stage of negotiation.  But we're working with the county

 6    on a potential fairly significant safe parking

 7    opportunity that will include the potential for RV

 8    parking as well which is of course the hardest nut to

 9    crack when it comes to safe parking.  But it seems to be

10    going well.  And we hope that that will bear fruit.

11                   And then finally on the subject of RVs,

12    my office initiated an RV service pilot program.  It's

13    currently serving two specific RV-intensive locations

14    with 85 RVs between the two locations.  And this is --

15    under this program, we provide septic tank service where

16    we have -- they go out and they empty their tanks.  They

17    do regular trash pickup, clean the area, have outreach

18    to the RV residents.

19                   It's been extremely popular among the

20    residents of the RVs because they get, you know, these

21    enhanced services.  And for the enhanced business

22    community who has been screaming about these RVs, it

23    makes -- it's not a solution certainly.  But it creates

24    a more hygienic, safer, more aesthetic, cleaner

25    neighborhood as well.
```

Page 63

```
 1                    So it's been a great success.  And most

 2   importantly it provides an opportunity for outreach

 3   because when our folks go there to provide the services,

 4   they're building the kinds of relationships that, you

 5   know, have been challenging with RV residents because RV

 6   residents are somewhat -- you know, tend to be somewhat

 7   less accessible for outreach than folks who are living

 8   on sidewalks and in tents.

 9                    THE COURT:  I want to thank you.  You

10   have my compliments.  I'd like you to recognize though

11   the aide, the person with you.

12                    MS. MARTINEZ:  Karo.

13                    THE COURT:  Hmm?

14                    MS. MARTINEZ:  Karo.

15                    THE COURT:  Karo.  Yeah.  I apologize,

16   Karo.

17                    COUNCILMEMBER KREKORIAN:  Oh, my chief of

18   staff, Karo Torossian.

19                    THE COURT:  Yeah.  Your efforts in this

20   regard and your expertise in this planning is something

21   that is exemplary.

22                    COUNCILMEMBER KREKORIAN:  Thank you, Your

23   Honor.

24                    THE COURT:  And I wanted to recognize

25   your efforts in this, Karo, and these three sites.  I
```

Page 64

```
 1    know that one is more difficult, the Saticoy site up the
 2    hill.  But you're really making progress.  I'll state
 3    that publicly and on the record.
 4                   In addition, I was stunned when I came
 5    here.  One gratuitous comment, because I want to move on
 6    quickly now.  With the safe parking in name that the
 7    public believed had been so successful historically and
 8    the low number of actual vehicles that were actually in
 9    safe parking, I think it was 485 -- doing that by memory
10    -- citywide.
11                   And so, I was stunned that the public
12    believe that this was a great and viable program.  And
13    it was apparently.  But it just didn't expand.  Your 85
14    spaces alone are almost 25 percent of an entire city's
15    population that was presented to me.
16                   COUNCILMEMBER KREKORIAN:  Well, and Your
17    Honor, to be clear, those 85 RVs are on the streets.
18    That's not exactly a safe parking program.
19                   THE COURT:  Right.
20                   COUNCILMEMBER KREKORIAN:  It's a services
21    program to folks who are already in that neighborhood.
22                   THE COURT:  So it benefits your homeless
23    -- well, your RV, which are homeless and a surprising
24    number of women that are living in cars.  I'm astounded
25    by it.
```

Page 65

```
 1                   And it also is a benefit to your
 2      community, quite frankly, who are probably calling the
 3      police all the time to give a citation because
 4      somebody's parked over 72 hours or whatever.  And then
 5      the homeless person is chased from place to place
 6      calling what I describe as parking tag.  Move my car to
 7      the next residential area and get the next complaint.
 8      Complete waste of money.
 9                   COUNCILMEMBER KREKORIAN:  You're right,
10      Your Honor.  I don't have precise data.  But anecdotally
11      I can tell you that a hugely disproportionate number of
12      the homeless people in my district living in cars are
13      women often with kids in the car as well.
14                   THE COURT:  Yeah.
15                   COUNCILMEMBER KREKORIAN:  The RV
16      population is a somewhat different mix.  But the
17      majority of my unhoused residents in cars -- unhoused
18      residents in vehicles are in cars rather than in the
19      RVs.
20                   THE COURT:  Okay.
21                   COUNCILMEMBER KREKORIAN:  And they're
22      less visible.  But when we identify that they're
23      actually much more amenable to a safe parking solution
24      than the RVs are as well.
25                   THE COURT:  I want to thank you very
```

Page 66

```
 1    much.
 2                    COUNCILMEMBER KREKORIAN:  And I
 3    appreciate your mentioning my chief of staff, Your
 4    Honor.  Let me just give another shout out because the
 5    Alexandria Park project which, you know, some people
 6    have cited as being -- as having the potential to be the
 7    largest shelter in the state of California under some
 8    configurations and calculations got unanimous approval
 9    by the neighborhood council for the area thanks to the
10    presentation that Karo made to the neighborhood council.
11                    THE COURT:  Well, thank you.
12                    COUNCILMEMBER KREKORIAN:  All right.
13                    THE COURT:  It's been a pleasure to visit
14    with you.
15                    COUNCILMEMBER KREKORIAN:  Thank you very
16    much, Your Honor.
17                    THE COURT:  Thank you very much.
18    Councilwoman Monica Rodriguez?  It's nice seeing you.
19                    COUNCILMEMBER RODRIGUEZ:  Good to see you
20    too.  Good morning.
21                    THE COURT:  Good morning.
22                    COUNCILMEMBER RODRIGUEZ:  So I'm prepared
23    with my update.  I believe last we saw one another was
24    preceding the opening of my women's bridge shelter in
25    the Sylmar community.  As a result of the COVID --
```

Page 67

```
 1   honoring COVID provisions, we are currently at reduced
 2   capacity as a result of making accommodations for COVID.
 3                 THE COURT:  What's that capacity?
 4                 COUNCILMEMBER RODRIGUEZ:  So 85 beds, but
 5   we're at half.  So at this time -- and we're at capacity
 6   now given that number.  So just wanted to update you on
 7   that.
 8                 But just as a refresher, of my
 9   unsheltered population that are encamped within freeway
10   areas of concern, out of the 134 that were identified,
11   we have 67 that currently remain.
12                 THE COURT:  And would you repeat that
13   back to me just one more time?
14                 COUNCILMEMBER RODRIGUEZ:  Correct.  So
15   134 was the original number that was identified residing
16   in and around the Caltrans properties.
17                 THE COURT:  And that includes Paxton?
18                 COUNCILMEMBER RODRIGUEZ:  Correct.
19                 THE COURT:  Okay.
20                 COUNCILMEMBER RODRIGUEZ:  And so, as a
21   result of the efforts at Paxton and Bradley right now,,
22   we are remaining with 67 to place into interim and
23   permanent housing facilities.
24                 THE COURT:  Okay.  Excellent.
25                 COUNCILMEMBER RODRIGUEZ:  So just moving
```

Page 68

```
 1    forward with the initial efforts for us to identify new

 2    locations where we might be able to provide and do

 3    acquisitions of motel properties, unfortunately many of

 4    those efforts have not worked out.

 5              Many of the opportunities are either too

 6    small for scalability for us to actually provide the

 7    services and make those locations work or they were

 8    unable to secure any opportunities with the owners that

 9    were interested in actually allowing us to do the

10    acquisition of those properties.

11              THE COURT:  Okay.

12              COUNCILMEMBER RODRIGUEZ:  However many of

13    our motel facilities in my district remain available for

14    rapid rehousing efforts.  And so, those are ongoing.

15              THE COURT:  I see.

16              COUNCILMEMBER RODRIGUEZ:  I wanted to

17    also mention with respect to my -- as you're aware, and

18    I believe I had provided you a tour of that facility

19    previously, is the winter shelter facility that's in

20    Pacoima.

21              THE COURT:  And you told me when we first

22    met that we had the only winter shelter if my memory's

23    correct.

24              COUNCILMEMBER RODRIGUEZ:  For the San

25    Fernando Valley.  Correct.
```

Page 69

1              THE COURT:  In the whole San Fernando?

2    I'm going to repeat that.  You had the only winter

3    shelter in all of San Fernando Valley.

4              COUNCILMEMBER RODRIGUEZ:  Correct.  And

5    as a result of that, as I had mentioned previously,

6    through the homeless count efforts, the numbers that are

7    located or that are being cared for during those

8    surveying months or that surveying period, my numbers

9    are affected as a result of having to -- providing

10   shelter for the communities of Burbank, North Hollywood,

11   other areas in the San Fernando Valley where there are

12   individuals being -- that are accepting these interim

13   facilities for emergency winter shelter.

14              Currently as a result of COVID we are

15   operating that facility and continue to do so.  But I

16   want to make you aware that the effort going forward,

17   we're in conversations and going to be engaging in

18   conversations with LAHSA because that contract is going

19   to be up for renewal --

20              THE COURT:  Okay.

21              COUNCILMEMBER RODRIGUEZ:  -- that my

22   intent is to make that to serve the population in my

23   council district --

24              THE COURT:  I see.

25              COUNCILMEMBER RODRIGUEZ:  -- so that my

                                            Page 70

```
 1    numbers will not be affected by providing service in the
 2    outlying areas that are even outside of our city limits.
 3    For example, like the community of Burbank.
 4                THE COURT:  Okay.
 5                COUNCILMEMBER RODRIGUEZ:  So that would
 6    provide -- regular capacity in a non-COVID period would
 7    accommodate 120 beds.  But as a result of COVID, we are
 8    accommodating only 50 at this time.
 9                THE COURT:  Right.  Right.
10                COUNCILMEMBER RODRIGUEZ:  And so, when
11    you take that with the 67 that remain, that remains a
12    possibility for us to help address a substantial number
13    of what remains of my unsheltered freeway population.
14                THE COURT:  Unsheltered.
15                COUNCILMEMBER RODRIGUEZ:  And then in
16    addition to that, we have again rapid rehousing is going
17    to be the most effective tool for us given that we've
18    been unable to secure acquisition of additional motel
19    sites.
20                And again, just as a refresher, if you
21    look at the available city properties, aside from what
22    we are already in the process of building for permanent
23    supportive housing, we've exhausted our city-owned
24    parcels for the purposes of doing either pallet shelters
25    or any other interim housing solutions that might be
```

Page 71

```
 1    provided.

 2                    THE COURT:  Okay.

 3                    COUNCILMEMBER RODRIGUEZ:  However we do

 4    have a permanent supportive housing facility that is

 5    just about a month-and-a-half out from opening which is

 6    --

 7                    THE COURT:  Oh, this is not the one -- we

 8    drove down the street and --

 9                    COUNCILMEMBER RODRIGUEZ:  There's two.

10    Right.  So that's the one for veterans, which --

11                    THE COURT:  Over here to the left,

12    there's a --

13                    COUNCILMEMBER RODRIGUEZ:  Correct.  So

14    there's that one.  But I also have one in Sylmar that is

15    about to open and --

16                    THE COURT:  And I haven't seen that yet,

17    have I?

18                    COUNCILMEMBER RODRIGUEZ:  You have not

19    seen that location.

20                    THE COURT:  Okay.  Thank you.

21                    COUNCILMEMBER RODRIGUEZ:  And so, that is

22    about to open.  And that will accommodate 48 units.

23                    THE COURT:  Forty-eight?  Thank you.  And

24    by units, help me.  When I say a unit, what should I be

25    thinking?  One person inside that unit?  Two?
```

Veritext Legal Solutions
866 299-5127

1           COUNCILMEMBER RODRIGUEZ:  Yeah.  It's

2    singles.

3           THE COURT:  Now let me take COVID-19.

4           COUNCILMEMBER RODRIGUEZ:  No.  Those will

5    be -- because those are individual.  Those are

6    apartments essentially.

7           THE COURT:  Excellent.  Thank you.

8           COUNCILMEMBER RODRIGUEZ:  Mm-hmm.  And

9    I'm trying to think.  I don't know what else you might

10   want to have updated.  But that should --

11          THE COURT:  A thousand -- a thousand

12   other questions.

13          COUNCILMEMBER RODRIGUEZ:  That should --

14          THE COURT:  But not today.

15          COUNCILMEMBER RODRIGUEZ:  Okay.

16          THE COURT:  I just commend you.

17          COUNCILMEMBER RODRIGUEZ:  I think that

18   should accommodate in terms of the immediate effort that

19   we're doing with the unsheltered freeway population.

20   That would allow us a remaining number of about 650 or

21   so of our unsheltered population.  But again, it's hard

22   for me to determine exactly what that number is --

23          THE COURT:  Yeah.

24          COUNCILMEMBER RODRIGUEZ:  -- given the

25   emergency winter shelter and what numbers were derived

Page 73

```
 1    from individuals outside of my council district.

 2                   THE COURT:  Okay.  Very humbly, thank

 3    you.

 4                   COUNCILMEMBER RODRIGUEZ:  Thank you.

 5                   THE COURT:  It's good to see you.

 6                   COUNCILMEMBER RODRIGUEZ:  Good to see you

 7    too.  Thank you very much.

 8                   THE COURT:  If I could call on

 9    Councilperson Mitch O'Farrell, please?  It's nice to see

10    you.

11                   COUNCILMEMBER O'FARRELL:  Likewise.

12    Thank you, Judge.  Ms. Martinez, good to see you both.

13    Thank you.  So Judge, I will just give a very brief

14    progress report and then we can dial down as far as you

15    want to go after that.

16                   As I mentioned last time I sat here, I

17    talked about my philosophical approach to this.  The

18    housing goes well beyond the settlement, of course.

19    It's in two parts: reaching all of the settlement

20    benchmarks fully by the deadline.  We're going to do

21    that.  And overarchingly short- and long-term permanent

22    housing and wellness goals for everyone experiencing

23    homelessness in my district.

24                   THE COURT:  Right.

25                   COUNCILMEMBER O'FARRELL:  I'm chair of
```

Page 74

1    the homelessness and poverty committee.  We are now well

2    over 9,000 of those units approved, in the pipeline,

3    under construction, getting ready to open.  Despite some

4    of the media reports that you have said, that is a very

5    successful program --

6                    THE COURT:  Yeah.

7                    COUNCILMEMBER O'FARRELL:  -- where the

8    city is not contributing more than $140,000 per unit no

9    matter how much the costs may end up being.  And those

10   projects are complicated.  And they also require

11   parking, community and clinical spaces.  And so, I just

12   wanted to kind of give you an update on that.

13                   Status.  So we have two projects that are

14   just on the cusp of being able to occupy because they're

15   both literally move-in ready.  If we got the keys

16   tomorrow, we could start moving people in.  Project

17   Homekey acquisition one is Orchid Suites in Hollywood,

18   40 rooms.

19                   THE COURT:  Would you repeat that for me?

20                   COUNCILMEMBER O'FARRELL:  Sure.  It's

21   Orchid Suits in Hollywood.  There are 40 rooms.

22                   THE COURT:  And when I say rooms, would

23   that be a one-person occupancy or a two-person

24   occupancy?  And I want you to factor in COVID-19

25   standards, okay?

Page 75

```
 1                    COUNCILMEMBER O'FARRELL:  Right.  So
 2      minimum.  So in other words, if there's a couple, then
 3      they could occupy one of the rooms safely.
 4                    THE COURT:  And we're always short of
 5      couples.  I've learned the hard way from Brooke Weitzman
 6      --
 7                    COUNCILMEMBER O'FARRELL:  Right.
 8                    THE COURT:  -- who's really drilled this
 9      into my head.  And she's absolutely right.  I'm always
10      short of couples' spaces.
11                    COUNCILMEMBER O'FARRELL:  Right.  So, so
12      that's at least 40 minimum people to live there.  And
13      then 41 rooms in a brand new facility that is -- it's
14      called the Nest in another portion of the district.
15                    Now both of those, we have submitted the
16      financial ability, the NOFAs.  And without being, I
17      don't know, too overcommitted here, these two sites for
18      acquisition look very, very promising.
19                    THE COURT:  Okay.  Now I don't want to
20      know where they are right now, okay?
21                    COUNCILMEMBER O'FARRELL:  Yeah.
22                    THE COURT:  Okay.  Okay.
23                    COUNCILMEMBER O'FARRELL:  So anyway,
24      there's 81 spaces for folks to move into as early as
25      next month.  One other big --
```

Page 76

```
 1                    THE COURT:  What's the potential capacity

 2      or do you --

 3                    MS. MARTINEZ:  A total of 81.

 4                    COUNCILMEMBER O'FARRELL:  Out of those

 5      two, 81 minimum.

 6                    THE COURT:  Eighty-one.  Thank you.

 7                    COUNCILMEMBER O'FARRELL:  Housing 81

 8      people minimum.

 9                    THE COURT:  I missed that.

10                    COUNCILMEMBER O'FARRELL:  The other big

11      move that we made in the last couple of months which

12      culminated in a motion that was introduced yesterday is

13      the Hollywood rec center where the three of us first met

14      during that rainy April day when we held --

15                    THE COURT:  Now, just a moment.  You

16      drive -- we met here at the recreation center.  We then

17      drove up before.  I drove up to be with you and then

18      afterwards.  And you come to a V.  And that was on the

19      borderline of another councilperson's district.

20                    COUNCILMEMBER O'FARRELL:  Right.  Four.

21                    THE COURT:  But that V has a huge

22      encampment there.

23                    COUNCILMEMBER O'FARRELL:  Yes.  It does.

24                    THE COURT:  Okay.

25                    COUNCILMEMBER O'FARRELL:  So this is why.
```

Page 77

```
 1    I'm going to explain as succinctly as I can why the
 2    Hollywood rec center is so perfect.  I may have
 3    explained to you when we met in April that it was slated
 4    for demolition and  reconstruction.  It's nearly fully
 5    funded.  We expect the entire park facility to be closed
 6    for a number of short years anyway.  Here's where we can
 7    make the case for a perfect fit for what I'm about to
 8    talk about.
 9              It has a one block square open active
10    recreation field that will be untouched throughout the
11    reconstruction of the new facility.
12                    THE COURT:  Great.
13                    COUNCILMEMBER O'FARRELL:  Within that
14    open recreation area, which is the motion that I dropped
15    yesterday after months of field work to get to this
16    point, we can house several dozens, dozens and dozens --
17    and I don't want to give you an exact number.
18              But it looks really -- we've already done
19    sort of the initial look in pallet shelter at a facility
20    that already has plumbing and electricity.  And it would
21    not need any additional plumbing or electricity.  There
22    are already showers in a facility that will not be part
23    of the demolition and full electrical.
24              So it's a perfect site within walking
25    distance of the area you just described, real close
```

Page 78

```
 1   proximity to the 101 corridor which is just homelessness

 2   central, as you know.

 3                    THE COURT:  Right.

 4                    COUNCILMEMBER O'FARRELL:  And so, that is

 5   something that we're really counting on.  And I can

 6   provide you a copy of the motion.  I have it with me.

 7                    THE COURT:  No, not necessary now.

 8                    COUNCILMEMBER O'FARRELL:  Not necessary.

 9                    THE COURT:  I trust you.

10                    COUNCILMEMBER O'FARRELL:  So there's

11   that.  And that is, like I said, the next few years of a

12   process.  And we could assemble the pallet housing, and

13   we have a contractor already within days, not weeks.  So

14   we could literally be looking at a move-in ready

15   situation within weeks, not months.

16                    THE COURT:  So we could use that as the

17   interim while we --

18                    COUNCILMEMBER O'FARRELL:  Correct.

19   Interim while at the same time I mentioned HHH

20   previously.  We also have --

21                    THE COURT:  Let me stop you for a moment

22   --

23                    COUNCILMEMBER O'FARRELL:  Yeah.

24                    THE COURT:  -- because this is -- I'm not

25   supposed to have any opinions.  But I'm getting educated
```

                                                    Page 79

```
1    along the way.  Making lots of mistakes.  I'll put that

2    on the record.  Back up and try to do it right again.

3                    That temporariness, whether it's a pallet

4    shelter or a 3-D home or whatever you want to call it is

5    what I'm starting to believe is necessary because of the

6    volume of people.  But it's certainly not the answer.

7    And I'd be concerned if that became what I'd call a

8    Hooverville, you know.

9                    But the value is how many people can we

10   get off, how quickly can we get something a little

11   better at least temporarily as long as it doesn't end up

12   being permanent.

13                   COUNCILMEMBER O'FARRELL:  Right.

14                   THE COURT:  The end result is maybe we

15   could these from place to place if we need to.  They may

16   be a good investment.  Maybe I'm absolutely wrong about

17   that.  But the quicker that can occur and from the

18   companies I've been hearing from, they're actually

19   employing homeless people, which I absolutely love.

20                   If we can have this occur quickly, then

21   you've got that time to build out with whatever costs,

22   et cetera and not get into a leveraged situation where

23   people know you're desperate and upping prices on you.

24                   COUNCILMEMBER O'FARRELL:  We're on the

25   same page because in production already are those
```

Page 80

```
 1    permanent homes after this temporary --

 2                  THE COURT:  Right.

 3                  COUNCILMEMBER O'FARRELL:  -- you know,

 4    one- or two-year stay.  And just to say, these tiny

 5    homes, as it were, they're climate-controlled.  So if

 6    there's a heat event or a cold event, they're climate-

 7    controlled.  So they're fairly comfortable for folks,

 8    currently better than what people are experiencing --

 9                  THE COURT:  Yeah.

10                  COUNCILMEMBER O'FARRELL:  -- next to a

11    freeway.  And then just really something I want to

12    mention, we're going to have site control as early as

13    next month on an area where 450 units of permanent

14    supportive housing have already been approved in my

15    district.

16                  We'll have site control.  We already have

17    a provider working with the project team, the owner, the

18    developer of this parcel for an RV overnight parking --

19    overnight parking facility for 50 RVs and/or a mix of

20    RVs and automobiles.

21                  THE COURT:  And what was the number

22    again?

23                  COUNCILMEMBER O'FARRELL:  Fifty.

24                  THE COURT:  Fifty.

25                  COUNCILMEMBER O'FARRELL:  Five-zero.
```

Page 81

```
1              THE COURT:  Okay.
2              COUNCILMEMBER O'FARRELL:  And again, just
3    like the Hollywood site that I mentioned, it can't be a
4    Hooverville because it's 24/7 facility that is staffed
5    and secured.
6              THE COURT:  Okay.
7              COUNCILMEMBER O'FARRELL:  And so, that's
8    the whole method there.  And then lastly, the bridge
9    home sites that are not part of the settlement
10   agreement, I'm well aware of that.
11              Nonetheless, it's important to hear
12   success stories because they're relevant to what we're
13   about to do in order to satisfy this whole settlement.
14   We opened Schrader a year-and-a-half ago.
15              As of a month ago, we had housed 26 of
16   those clients at Schrader in permanent homes.  So that's
17   a success story.  And I'm sure it's more than 26 by now.
18              THE COURT:  Yeah.
19              COUNCILMEMBER O'FARRELL:  And then over
20   at YWCA in my district also, those are individual units
21   for 124 people formerly homeless.  So we're about 200 of
22   those bridge home sites in the 13th, 200 rooms I should
23   say, space.
24              And then lastly we had the winter shelter
25   at the Salvation Army in Hollywood, as you and I
```

Page 82

```
 1    discussed back in April.  They're now going to open
 2    year-round.  More details to come there.  But that's an
 3    additional 40 beds for a year-round shelter.
 4               So more details next time.  But I just
 5    wanted to give you the update on the more concrete items
 6    that I spoke about.
 7               THE COURT:  Mitch, I want to thank you
 8    very much.
 9               COUNCILMEMBER O'FARRELL:  Thank you.
10               THE COURT:  I'm not going to -- I'm going
11    to ask very few questions today.
12               COUNCILMEMBER O'FARRELL:  All right.
13               THE COURT:  Much appreciated.
14               COUNCILMEMBER O'FARRELL:  You bet.
15    Thanks.
16               THE COURT:  Talk to you soon.  All right.
17    Council Kevin de Leon or councilmember-elect.  I'm
18    sorry.  I don't know, if he's not here?  Did you have
19    his name?  Did somebody give you his name?  My
20    apologies.  Controller Galperin.  That's awfully kind of
21    you.  We gave -- please, Ron Galperin.
22               MS. MARTINEZ:  Too late.
23               THE COURT:  Well, we'll be with him in
24    just a moment.  I'd like to hear from Ron.  Yeah.  First
25    of all, I want to disclose to all parties that amongst
```

Page 83

```
 1     the many visits, I caught -- I saw your report.

 2               You and I had been planning to meet on

 3     many occasions and we passed.  We reached out through

 4     Andy Bales to you because he knew you and we've had a

 5     conversation on a number of topics.  I'll turn that over

 6     to you for what you care to share about that

 7     conversation.  And the more information I can get, the

 8     more it's appreciated.  This is a journey, quite

 9     frankly.  Please.

10               MR. GALPERIN:  Good morning, an thank you

11     so very much, Your Honor, for the opportunity to be

12     here.  As you mentioned, I'm Ron Galperin, controller

13     for the city of Los Angeles.

14               There is no greater humanitarian crisis

15     in Los Angeles, no more fundamental challenge as I think

16     we all agree and the fact that we're all here as a

17     testament to that.  And we know that homelessness is up

18     45 percent just in the last four years.  Thirty-eight

19     percent of those who are experiencing homelessness are

20     African-American and an even greater number in downtown

21     Los Angeles, which is utterly unconscionable.

22               And as we had discussed, last year there

23     were a thousand people who died on our streets who were

24     experiencing homelessness.  The number, it's my

25     understanding as of the end of August, was up 30 percent
```

Page 84

```
 1   from where it was the previous year.  And this despite

 2   the fact that the city has set aside billions of dollars

 3   over the course of the last couple of years to address

 4   homelessness.

 5                 THE COURT:  $2.4 billion.  Maybe $2.5.

 6                 MR. GALPERIN:  Now my office has

 7   conducted various audits and reports.  Very briefly,

 8   2017, one on homeless encampments.  2018, a report on

 9   tax incentives for hotels, interestingly enough, none of

10   which participated in Project Roomkey.

11                 In 2019, one on LAHSA's outreach, a

12   proposal for Los Angeles Municipal Development

13   Corporation, a report also on the high cost of homeless

14   housing, particularly HHH.  And we just recently as of

15   the last 10 days issued a follow-up audit regarding HHH.

16                 So let me share with you a little bit

17   regarding what the findings of that audit were.  It has

18   been expensive and slow unfortunately.  And in many ways

19   has failed to meet its benchmarks.  It should be noted

20   that even if the 10,000 that were originally anticipated

21   to be built pursuant to HHH did get built, we'd still be

22   about 30,000 behind.  But they are not on track to build

23   those 10,000 from HHH dollars.

24                 Now the time and the costs are still

25   rising.  Overall only three bond-funded projects have
```

Veritext Legal Solutions
866 299-5127

```
 1    opened after four years.  Nobody expected they would be
 2    done immediately.  But this has been very time-
 3    consuming, 179 supportive units, 49 unsupportive units.
 4              As of the end of August, there were 111
 5    projects altogether, three completed, 78 in
 6    predevelopment and approximately 30 under construction,
 7    with time taking between three to six years.
 8              The original estimate for what the costs
 9    were going to be was $350,000 to $450,000 per unit.  Now
10    projects in predevelopment are at $559,000 a door.  It
11    should be noted that there are some even greater
12    outliers.  There's one project which is in
13    predevelopment at $746,000 per unit and one which is
14    under construction at $739,000.
15              And one-third of the units are going to
16    cost in excess of $600,000.  And by the way, that's
17    assuming that the prices don't continue to go up, which
18    could very well happen.
19              THE COURT:  So one-third in excess of
20    $600,000?  Did I hear that correctly?
21              MR. GALPERIN:  Pardon me?  One-third.
22              THE COURT:  One-third.
23              MR. GALPERIN:  Correct.  Yes.
24              THE COURT:  Okay.
25              MR. GALPERIN:  And we know many of the
```

Page 86

```
 1    cost drivers.  But interestingly enough, land has not
 2    been one of the major cost drivers.  It's been a lot of
 3    soft costs, up to 30 percent in many cases.  Also a very
 4    complex delivery model that depends on many approvals,
 5    parties, money sources and more.
 6                   Let me share with you about the bond
 7    issuance aspect of all of this.  The voters authorized
 8    up to $1.2 billion in bonds.  The last bond issuance was
 9    in July of 2018.  There were actually two bond
10    issuances, one in 2017 for $86 million, one in 2018 for
11    $276 million totaling $363 million.
12                   Now of that $363 million however, we
13    still have roughly about $200 million cash on hand.  So
14    about $163 million of it has been spent.  But that cash
15    on-hand actually earning us less on our investments than
16    we are paying the bondholders, adding some insult to
17    injury.
18                   THE COURT:  Wow.
19                   MR. GALPERIN:  What can we do?  Some
20    recommendations that I have offered and would like to
21    share with you today.
22                   THE COURT:  Please.
23                   MR. GALPERIN:  One is I really believe
24    strongly that we need to pivot and adjust the course on
25    HHH.  And while I believe very, very passionately in
```

Page 87

1    permanent supportive housing, that it's absolutely

2    crucial, we have to do more to save lives today, to

3    alleviate suffering today, to address the disaster on

4    our streets today.

5              Only $58 million of HHH money has been

6    earmarked for interim shelters and facilities of which

7    only $23 million has been spent.

8              I must concede to you I was disappointed

9    in our housing and community investment department which

10   replied to my recent audit and which said we do not

11   agree with the controller's recommendation that Prop HHH

12   funds be directed from permanent supportive housing to

13   short-term term solutions such as interim housing or

14   shelters.

15             And they further stated that to redirect

16   any Prop HHH funds from supportive housing to interim

17   housing would be ill-conceived.

18             I have to disagree.  And I believe that

19   we have an opportunity to pivot and adjust course, not

20   reverse course by any means.  And there's a lot of great

21   projects that have been in the pipeline that should be

22   continuing.  But with only $160-some million out of $1.2

23   billion spent, we have an opportunity to do good today.

24             And what could that be used for?  And

25   there's a lot of legal restrictions, as we all know.

                                             Page 88

```
 1    But looking at congregate health facilities, mental
 2    health facilities, residential addiction facilities,
 3    creative and adaptive reuse, prefab and tiny homes,
 4    trailers, even organized tenting, as imperfect and as
 5    problematic as that can sometimes be, safe and RV
 6    parking.
 7              And as was mentioned, we don't want to
 8    create Hoovervilles.  But there are ways to create more
 9    interim housing opportunities to keep people from dying
10    and opportunities for basic hygiene and for storage.
11    Just the ability to take a shower, to be able to do your
12    laundry --
13              THE COURT:  Yeah.
14              MR. GALPERIN:  -- allows you to feel like
15    so much more of a human being.
16              So how do we make this happen?  I think
17    we have to look at the HHH projects and evaluate those
18    that are the greatest cost outliers, to evaluate those
19    that are taking a long time and not projected to come
20    about for years and to look at some projects that may
21    unfortunately not come to fruition given the multiple
22    levels of approval that are necessary.
23              And to do so I believe will allow
24    hundreds and perhaps thousands of people who might
25    otherwise die on our streets to actually live.
```

Page 89

1            Now the second is looking at better use

2      of our public land and our public space.  And I know

3      that there's been a great deal of effort done by many in

4      the city and by many in the council for identifying

5      properties that are in their districts.

6            But I also believe that we really need

7      some industry professionals who can take a fresh look at

8      many of the properties that we have.  They may not be

9      surplus properties.  But they may very well be

10     underutilized.  They may not be ideal for long-term

11     permanent supportive housing.  But they may be good for

12     one of the more temporary uses.

13            And I made some proposals about how we

14     could do that and how that could also transition into

15     what I've proposed for a Los Angeles municipal

16     development corporation, which we have in many cities

17     across the nation and do not seem to have in Los

18     Angeles.

19            The third is better real-time information

20     to get people off the streets and to understand what the

21     actual circumstances are.  I know LAHSA and others have

22     been working to improve their data.  And I've seen

23     improvement in the Homeless Information Management

24     System, HMIS, coordinated entry.

25            There's more coming.  But what we really

Page 90

```
 1    need is real-time information.  And imagine sort of
 2    Expedia-like information that tells you what is
 3    available at any given moment in time.  And that would
 4    be both from LAHSA as well as from the department of
 5    mental health in the county.  And of course we need to
 6    look at the overall structure of LAHSA, which was not
 7    really created originally for the kind of purposes that
 8    it's being used today.  How do we actually create a
 9    structure that is best suited to do the work that is
10    needed.
11              And then the fourth is looking at the
12    many cases and orders that have come down from various
13    courts.
14              THE COURT:  The courts.
15              MR. GALPERIN:  And they're kind of all
16    over the place.  Let's be frank.  It would be extremely
17    helpful to have some omnibus settlements or at least
18    coordinated settlements.  And I believe that we have an
19    opportunity right now to break down siloes, to increase
20    accountability, to increase flexibility which is
21    necessary as well to get people off the street, to
22    benefit all Angelenos.
23              And I know this room is filled with so
24    many people of goodwill and so many people really
25    working hard to make a difference and who really want to
```

Page 91

```
 1   save lives.  And I want to thank the many people who are

 2   in this room and thank Your Honor as well.  But this is

 3   an opportunity I think to really coordinate and do as

 4   much good as we can for the people in Los Angeles.

 5   Thank you.

 6            THE COURT:  I want to thank you for

 7   making your appearance today.  It was completely

 8   voluntary and very much appreciated.  I'll be back to

 9   you with lots of questions.  Today I have no questions

10   just because we're going to have -- not a five-hour

11   session, about a two-hour session.

12            MR. GALPERIN:  Thank you so very much,

13   Your Honor.

14            THE COURT:  Thank you very much, sir.

15   Pleasure.  Kevin de Leon.  My apologies, please.  And

16   councilman-elect.  It's a pleasure.

17            COUNCILMEMBER-ELECT DE LEON:  The

18   pleasure's mine.  Good morning to the Honorable David

19   Carter, as well as our special master, Michele Martinez

20   and also to our council president, Nury Martinez.  I

21   want to thank you very much for the opportunity to share

22   a few words with each and every one of you.

23            It's both an honor as well as a sobering

24   moment to be standing before you this morning.  The

25   incredible challenge before us all here today feels
```

Page 92

```
 1   larger than life.  What we're seeing, what we're
 2   witnessing, what we're experiencing right now is a
 3   modern day humanitarian catastrophe, a dystopian
 4   nightmare unlike anything we've ever seen before.
 5                  It is shocking.  It is shameful.  And
 6   quite frankly it is embarrassing because it leaves an
 7   indelible mark of shame to have tens of thousands of
 8   human beings, increasingly women, single mothers with
 9   children living on our streets in one of the wealthiest
10   cities, clearly in the wealthiest state, in the
11   wealthiest nation on Planet Earth.
12                  Now Los Angeles is the epicenter of
13   homelessness.  And city council district number 14 --
14                  THE COURT:  Fourteen.
15                  COUNCILMEMBER-ELECT DE LEON:  -- where
16   we're at right now physically, where we're standing at
17   this very moment, or sitting, is ground zero.  Now I've
18   watched the mayor as well as my future colleagues have
19   worked tirelessly to bring as many Angelenos off the
20   street as soon as possible.
21                  The late nights, the impossible
22   decisions, the drawn out legal battles to approve
23   construction, the seemingly endless requests for
24   funding, the management of high costs of construction
25   and development.  All of the blood and sweat our city
```

Page 93

```
 1    has poured into solving this problem has had without a
 2    doubt a real impact on people's lives.
 3                  In 2019, just last year, our rehousing
 4    people helped 22,000 people into permanent housing.
 5    Eighty percent of those have not returned to
 6    homelessness as of this past June.  Now that's very good
 7    news because it's real and it's tangible and it's
 8    measurable.
 9                  But as we do know, collectively it is
10    progress.  But it's simply not enough.  If we're going
11    to right this ship, we're going to need to double down,
12    triple, quadruple down on our collective efforts.
13                  Now I stand before you as a
14    councilmember-elect for the 14th district.  In a little
15    less than 30 days, less than a month, I will officially
16    be sworn in and the responsibility of making sure that
17    we are providing the units of housing and shelter for
18    the residents of this district will fall squarely on my
19    shoulders.
20                  THE COURT:  Okay.
21                  COUNCILMEMBER-ELECT DE LEON:  Now, Your
22    Honor, you and I have taken numerous trips to Skid Row
23    together.  And you know how heavy this weighs on my
24    heart.  And I know exactly how heavy it weighs on your
25    heart.  We've had endless conversations since my days as
```

Page 94

```
 1    leader of the California state senate when you were

 2    leading on this effort down in Orange County.

 3                    The reality is that although city 14 is

 4    vacant right now, I know the current staff have been

 5    working very hard with Councilwoman-President Nury

 6    Martinez, as well as parts of the executive branch.

 7                    Now Ron Galperin, our city controller,

 8    just shared a few words.  I think he was very poignant.

 9    And I think the bottom line is this.  This is not the

10    time for small ball.

11                    THE COURT:  Right.

12                    COUNCILMEMBER-ELECT DE LEON:  This is not

13    the time for incrementalism.  This is not the time to be

14    biting at the margins.  We have to be bold.  We have to

15    be big.  We have to exert the leadership that is

16    critically needed.

17                    Now, some good news is that as author of

18    Senate Bill 1206, which eventually became Proposition 2

19    that was passed by the majority of the electorate in

20    2018 statewide, No Place Like Home, we'll have roughly

21    about close to a billion dollars coming down the

22    pipeline specifically for Southern California, more so

23    LA County.

24                    THE COURT:  Now let me stop you for just

25    a moment.
```

Page 95

```
 1                    COUNCILMEMBER-ELECT DE LEON:  Yes, sir.

 2                    THE COURT:  When?

 3                    COUNCILMEMBER-ELECT DE LEON:  That money

 4   should be coming down the pipeline right now as we speak

 5   in real time.

 6                    THE COURT:  I'm going to write that down.

 7   Right now.

 8                    COUNCILMEMBER-ELECT DE LEON:  Okay.

 9                    THE COURT:  Okay.

10                    COUNCILMEMBER-ELECT DE LEON:  So that is

11   Proposition 2, No Place Like Home.  It is $2.2 billion.

12                    THE COURT:  Right.

13                    COUNCILMEMBER-ELECT DE LEON:  Roughly, a

14   guesstimate would be a little under a billion will be

15   coming down to Los Angeles.  It is exclusively to be

16   utilized for building roofs for chronically homeless

17   individuals with severe mental illnesses.  And as we

18   know, they are our biggest cost drivers both for the

19   city, the county as well as the state.

20                    One good thing is it didn't raise taxes.

21   No parcel tax, personal income tax, sales tax.  What I

22   did is I took repurposed current dollars from a measure

23   that was passed back in 2006 commonly known as the

24   millionaire's tax.  So that is a bit of good news and

25   some light down at the end of the tunnel.
```

Page 96

```
 1                    But let me underscore and emphasize the
 2      following.  It is absolutely critical that we make sure
 3      that we contain costs to get value, to get the volume
 4      that is crucially needed given the number of individuals
 5      that we have on our streets, our alleyways, our parks,
 6      underpasses as well as overpasses.
 7                    So a watchdog oversight committee, but an
 8      oversight committee with actual teeth will be absolutely
 9      critical to get the value that is needed for the volume
10      that is absolutely critical because you can't cut
11      corners.  You can't cheat yourself out of this crisis
12      right now.
13                    There's no other choice but you have to
14      build, whether it's permanent housing solutions or
15      interim period shelters.  It has to provide value
16      because our options are limited to nonexistent given the
17      pandemic global crisis right now.  You have city, county
18      and state budgets that have deep structural deficits
19      with the inability to print money such as the treasury
20      and incur debt.
21                    This is a debt that I think is a good
22      debt to have when we're building and we're taking people
23      off the streets and we're putting them under a roof and
24      providing them the dignity and respect.  And as we know
25      empirically speaking, it is exponentially less expensive
```

Page 97

```
 1    for us to do so in a right, intelligent manner as the
 2    status quo.
 3                    As we know, this is simply not enough.
 4    Ahead of taking office, my team has already been hard
 5    working to identify parcels within CD 14 where we can
 6    build and what we should be building to eliminate land
 7    costs altogether.
 8                    It is my commitment to you, Judge David
 9    Carter, that starting on day one, October 15th, you will
10    be -- you and I will be in very close contact on this
11    issue.  And I will be laser focused, along with my
12    future colleagues, to do anything and everything that is
13    possible to bring our unhoused population indoors.  I
14    want to thank you very much --
15                    THE COURT:  Thank you.
16                    COUNCILMEMBER-ELECT DE LEON:  -- for this
17    opportunity.  I want to thank you very much for your
18    steadfast leadership and doing everything within your
19    power.  You have been the sharp tip of the spear.  But
20    right now it's collective, all hands on deck, local,
21    county, state as well as federal, our friends at the
22    federal office whether it is legislative or it is the
23    executive branch.
24                    Obviously no one wants the sharp tip of
25    the spear from the federal judicial side.  But if that's
```

Page 98

```
 1   what sparks the energy that is needed with a sense of
 2   urgency, so be it.  So thank you very much for this
 3   opportunity.  And I'm more than happy to answer any
 4   questions.
 5               THE COURT:  I'll make a pledge that I'll
 6   call you within the next two weeks.
 7               COUNCILMEMBER-ELECT DE LEON:  Absolutely.
 8               THE COURT:  And we'll journey down there.
 9   But the last time I saw you, you didn't have those
10   crutches.  So I hope you're getting better.
11               COUNCILMEMBER-ELECT DE LEON:  I did not.
12   You know, I decided to jump off from one boulder to a
13   three-ton boulder and that three-ton boulder actually
14   moved when I jumped right there.
15               THE COURT:  I'm not going to ask any
16   questions today other than to share the fact that, first
17   of all, thank you for meeting with General Jeff and the
18   other folks down in Skid Row.
19               What is astounding to me is the feeling
20   on Skid Row of a lack of voice.  I don't know that
21   that's true or not.  I'm not a politician.  But I do
22   know that there's this huge frustration of being
23   subsumed in part of the city when this unique community
24   exists, two-thirds of which is in housing, the other
25   third on the street.
```

Page 99

```
 1                    And there's a fear of gentrification in
 2      that community, or it appears to be.  It's a community
 3      regardless of what the outside public thinks.  And I
 4      think your leadership in this area is going to be
 5      exemplary.  And I'm going to look forward to it.
 6                    There's been a void created, as you know.
 7      And that community was formed and the court gave a life
 8      and nurturing because there was no ability to
 9      communicate at the time.  I think that you'll be that
10      councilperson who can reach back to that community.  You
11      certainly know Sacramento.  You know this city.  And
12      that community is reaching right back to you.
13                    So I was very pleased that you sat down
14      just initially to make that contact.  That's absolutely
15      critical.  So I want to compliment you.  I look forward
16      to your leadership.
17                    COUNCILMEMBER-ELECT DE LEON:  Thank you
18      very much.
19                    THE COURT:  Thank you very much.
20                    COUNCILMEMBER-ELECT DE LEON:  And again,
21      just to underscore, thank you very much for your
22      leadership and looking forward to continued
23      conversations to --
24                    THE COURT:  We'll see you on Skid Row.
25                    COUNCILMEMBER-ELECT DE LEON:  -- to move
```

Page 100

```
 1    some meaningful policy.  Thank you very much.
 2                    THE COURT:  Okay.  Nury Martinez, who's
 3    the council president of Los Angeles, it would be an
 4    honor to hear from you.  This is where you belong.  And
 5    I belong down there.  So thank you for being so
 6    gracious.
 7                    COUNCILMEMBER MARTINEZ:  Our home is your
 8    home, Your Honor.
 9                    THE COURT:  Well, thank you.  It's an
10    official court proceeding, and thank you for letting me
11    move it to your chambers.
12                    COUNCILMEMBER MARTINEZ:  Thank you very
13    much for being here.  And I'm happy to see we're social
14    distancing and doing everything we can to be safe.
15                    THE COURT:  Yeah.  Doing everything we
16    can.
17                    COUNCILMEMBER MARTINEZ:  So I appreciate
18    everyone's cooperation with that as well.  Your Honor,
19    I'm just going to move into my update.
20                    In regards to Homekey, the state of
21    California has indicated to our chief administrative
22    officer that we have received Project Homekey resources
23    for the city of Los Angeles.  For my district, that
24    includes $24 million to acquire 151 units to address
25    homelessness in council district six.
```

Page 101

```
1                    This includes the following: two motels

2      and one apartment building.  The Economy Motor Inn in

3      North Hills, which will provide 59 units; Panorama Inn

4      in Panorama City, 51 units; and the new apartment

5      building in North Hills which will provide 41 units.  I

6      think I said this.  The Economic Motor Inn in North

7      Hills, I said 59 units, right?

8                    THE COURT:  Okay.

9                    COUNCILMEMBER MARTINEZ:  Okay.  With

10     regards to Ridge Home, this is 70 new beds that had

11     recently come online at our bridge home site at Etna and

12     Van Nuys which is where you visited this morning, Your

13     Honor.  There is 49 beds for men and 24 beds for women.

14                   THE COURT:  Is that where I was this

15     morning?

16                   COUNCILMEMBER MARTINEZ:  Yes.  You were.

17                   THE COURT:  Just a moment.  I was -- I

18     never got to Etna because I needed to get here.  And so,

19     I'm going to go back to Etna in that area.  I was in a

20     little bit different area.  I was at Etna and Van Nuys.

21     I was there.  But there's 70 --

22                   COUNCILMEMBER MARTINEZ:  Well, the bridge

23     -- the home bridge site that I'm referring to, it's on

24     Edna.

25                   THE COURT:  Oh, it is?
```

Page 102

```
 1                    COUNCILMEMBER MARTINEZ:  Yes.  It's on
 2    that street right where you were this morning.
 3                    THE COURT:  Great.
 4                    MS. MARTINEZ:  By the metro parking.
 5                    THE COURT:  By the metro.
 6                    COUNCILMEMBER MARTINEZ:  That site is
 7    currently being run by the Salvation Army.
 8                    THE COURT:  I'm sorry.  I apologize.  I
 9    did see it.  I went from one location to another.  I
10    apologize.  I saw it.
11                    COUNCILMEMBER MARTINEZ:  The reason it
12    was built there is to address the homeless issue on Edna
13    with 50-plus individuals that currently live on that
14    street.
15                    THE COURT:  Okay.
16                    COUNCILMEMBER MARTINEZ:  So LAHSA and the
17    Salvation Army are continuing to do the outreach to
18    bring folks into that shelter.  That's still taking
19    place.  There is a LAHSA pilot program underway and
20    efforts to help 20 people living under the 405 freeway
21    at Parthenia.
22                    The outreach and the service providers --
23    I'm sorry.  The outreach and the service provisions are
24    underway.  They're also bringing in DMV services and
25    mental services to that location to service the 20
```

Page 103

```
 1    individuals that are living under that 405 freeway on

 2    Parthenia.  And LAHSA continues to provide weekly

 3    reports to us on how that pilot is going.  So that's

 4    moving along.

 5                In regards to the Sepulveda Basin, I'm

 6    not sure, Your Honor, if you have seen recent articles

 7    or you've seen this on the news.  We've had a number of

 8    fires at the Sepulveda Basin.  I think for the last two

 9    years it's been a huge issue.

10                At one point you had almost 150 people

11    living in the basin.  And so, we've worked with Project

12    Roomkey to prioritize the Sepulveda Basin to ensure that

13    we are providing services to the individuals living

14    there to get them into the motel.  And I'm speaking

15    about the Airtel in Van Nuys.

16                THE COURT:  Now I represent to you that

17    the special master's going to go out hopefully as early

18    as next week.  I'd like to make a reappointment with you

19    or Ackley and go out to the Sepulveda Basin the week

20    after, if that would be acceptable to you.

21                COUNCILMEMBER MARTINEZ:  Yeah.

22                THE COURT:  Okay.

23                COUNCILMEMBER MARTINEZ:  I would be happy

24    to host you there.  We continue to struggle, like I

25    said, with the fires at the Sepulveda Basin.  However LA
```

```
 1    family Housing has continued to do outreach and
 2    placement efforts since April of this year into the
 3    Airtel hotel in Van Nuys which has a little under 300
 4    rooms.  And currently we have 75 people from the basin
 5    that have been placed through Project Roomkey at the
 6    Airtel in Van Nuys.
 7               THE COURT:  Okay.  Excellent.
 8               COUNCILMEMBER MARTINEZ:  And lastly, the
 9    council actions in terms of funding, last week the city
10    council approved the first $30 million allocation to
11    LAHSA to begin to secure the 3,000 units of rapid
12    rehousing.  This approval requires monthly progress
13    reports and may lead to $97 million of allocation,
14    depending on their success.
15               I know this was controversial for folks.
16    And I think we certainly didn't shy away from the need
17    to start to hold people accountable for our funding.
18    And if that doesn't sit well with people, oh well.
19               THE COURT:  I want to -- I want to
20    compliment the county and the city for a huge change
21    that involves you as well.  I want to give you an
22    example of a person running a 200-person shelter.  And I
23    give that person hypothetically $2 million.
24               What's my incentive to actually get 200
25    people into that shelter?  Not that I'm dishonest.  But
```

Page 105

```
 1    if I got a hundred people into that shelter and I'm paid
 2    a base rate of $2 million, I get an extra profit.  So
 3    the county requested and the city acceded to in this
 4    settlement for the first time what I saw was the
 5    beginning of a real accountability.  Maybe not the first
 6    time.  And that is you're demanding that these beds be
 7    filled.  And the city's agreeing to that.
 8                    Yeah.  I just saw Marcus nod his head
 9    also.  Good.  And that accountability of these beds
10    actually being filled is the incentive that providers
11    need to have.  And that's the same accountability that
12    seems to be taking place.  And I just want to compliment
13    you n it.
14                    COUNCILMEMBER MARTINEZ:  Well, thank you.
15    I certainly -- you know, we had a vibrant debate on
16    council.  And I think that for the most part everyone's
17    in agreement.  We have to see some progress --
18                    THE COURT:  Yeah.
19                    COUNCILMEMBER MARTINEZ:  -- and some
20    successes before we start to continue to issue more
21    funding.  I just happen to think it's the right thing to
22    do.  And I know it's controversial.  And my remarks
23    sometimes don't sit well with people.
24                    But like I've said this to you before, I
25    don't mince words.  And I try as much as possible to be
```

Page 106

```
 1    fair and to do the right thing.  And when it comes to

 2    funding, we just have to hold every one of us

 3    accountable to making sure that we're delivering for not

 4    only the people who are living on the streets, but for

 5    the entire community that has to deal with this day in

 6    and day out.

 7                    So hopefully this works and we're moving

 8    in the right direction.  And we want to see the

 9    progress.  And we want to be able to fast-track it and

10    issue the next round of funding as long as we're seeing

11    progress move along.  That's all we're asking for.

12                    THE COURT:  I can't thank you enough.

13    That accountability is critical.  And I think that

14    you're continuing to seize the reins on this, as well as

15    the council keeps other entities from let's say coming

16    into your bailiwick.  I don't think we want to.

17                    COUNCILMEMBER MARTINEZ:  So just to

18    conclude, Your Honor, in addition the council has also

19    set aside the $200 million --

20                    THE COURT:  Two hundred.

21                    COUNCILMEMBER MARTINEZ:  -- in COVID

22    relief funds specifically for homeless efforts to ensure

23    that these resources create housing interventions for

24    those living on our streets.  And that is the last

25    council action that we took as of two weeks ago.
```

Page 107

```
 1                    THE COURT:  I can't thank you enough.
 2     Thank you for your hospitality this morning and Ackley's
 3     hospitality.
 4                    COUNCILMEMBER MARTINEZ:  Anytime, and
 5     thank you for working with my office and respecting our
 6     social distancing and other provisions that we have to
 7     do to ensure the safety of all of our staff here.
 8                    THE COURT:  Okay.  Thank you so much.
 9                    COUNCILMEMBER MARTINEZ:  Appreciate you.
10     Thank you very much.  Bye-bye.
11                    THE COURT:  Bye-bye.  LA Metro, if you're
12     here for a moment, Aston Greene, who's on behalf of
13     Chief Bob --
14                    MS. MARTINEZ:  Bob Green.
15                    THE COURT:  Bob Green.  And come on up
16     for just a moment because this will be news to both the
17     county, the city, the advocates, the plaintiffs, et
18     cetera.
19                    I'm not saying that it's a fairy tale
20     land out there.  But you have a huge amount of capacity
21     out there that hasn't been explored.  And I'll have
22     Michele Martinez set this up.  Yes, you are because
23     you're the genius behind it.  And this is the beginning
24     of what we're going to call a pilot project.
25                    But in just a moment -- let Michele set
```

Page 108

```
 1   this up after lunch with the chief and the conversation
 2   over here with the communities in Skid Row, okay?
 3                   MR. GREENE:  Sure.
 4                   MS. MARTINEZ:  It's actually Council
 5   President Martinez asked if we could meet with Chief
 6   Greene from LA Metro.  And when we started that initial
 7   conversation a month or so ago, I was able to
 8   communicate with the rest of the staff that's dealing
 9   with the homeless issues with LA Metro and wanting to,
10   one, first thank LA Metro for actually providing their
11   own Project Roomkey beds to house those that are in the
12   rail system.
13                   And with that being said, as we've been
14   having conversations, Judge Carter, you know, I think
15   many of you all know that he wants action immediately.
16   So he asked LA Metro if they would be able to do a pilot
17   that would be able to help a couple of council districts
18   with a hundred beds that would be focused in some of the
19   high areas where there is rail to provide some housing
20   and partner up with service providers in four LA council
21   districts.
22                   Chief Greene agreed to that.  And this is
23   why Aston is here.  And so, that's how we got here.  We
24   truly believe that this is the kind of partnerships that
25   we need.  It's unique for a transportation agency to be
```

Page 109

```
 1    addressing homelessness.  They also need help with the
 2    county as it pertains to mental health services.
 3    They've kind of been on their own in trying to deal with
 4    the homeless population within their rail system and bus
 5    system.
 6                    Ultimately at the end of the day, the
 7    only way we're going to be able to address homelessness
 8    within LA County and the city of Los Angeles is by doing
 9    this collectively.  And today is a step forward where LA
10    Metro is willing to pilot a hundred beds to help four of
11    the council districts that Judge Carter mentioned to
12    Chief Greene.
13                    THE COURT:  And what was so impressive is
14    that this was not paralysis by analysis.  I asked you to
15    get back to me within two hours of that conversation.
16    You were back with a yes or a no so I know whether I was
17    to waste my time and not chase this any further or
18    whether you wanted to get onboard.
19                    I'm just impressed with the fact that you
20    could turn a decision around without one committee on
21    another committee on another committee.  So you have my
22    compliments at least being able to make a decision.  And
23    this time it turned out to be I think extraordinarily
24    beneficial.  Please.
25                    MR. GREENE:  Yes.  Thank you.  We are
```

Page 110

```
 1    definitely grateful for the partnership and on behalf of

 2    our CEO and Chief Greene, I can tell you that we are

 3    passionate about being aggressive in terms of finding

 4    some solutions.

 5               As part of our scope of work for the

 6    initiatives that we're currently undertaking, we have

 7    one mantra, that we'll do whatever it takes, right?  The

 8    sense of urgency has been expressed by so many of the

 9    councilmembers.

10               We share those views entirely.  And we're

11    just happy to be part and proud to be part of the

12    partnership.  And we look forward to working with you in

13    the many months and years to come.

14               THE COURT:  Yeah.  Here's the scope of

15    the pilot project.  I particularly named three

16    particular districts because -- Nury, you know, I want

17    to thank you again for making that introduction,

18    Councilwoman and President Nury Martinez.

19               We're all talking about this racial

20    disparity.  And if we're going to talk about that, then

21    do something about it.  Let me repeat that.  Words are -

22    - do something about it.  And you've really stepped up

23    because we've mentioned three particular districts where

24    we put 30 -- Curren Price --

25               MS. MARTINEZ:  Herb Wesson.
```

Veritext Legal Solutions
866 299-5127

1          THE COURT:  Herb Wesson.

2          MS. MARTINEZ:  And --

3          THE COURT:  It was either Gil Cedillo or

4    Joe Buscaino.

5          MS. MARTINEZ:  Yeah.

6          THE COURT:  One of the two.  And if we

7    could get that started and then expand upon that, what

8    I'm amazed at is we didn't even know that you had in a

9    sense some money for housing.  That's how naïve -- and I

10   take the blame for that.  I just didn't know that.  I

11   hadn't been told that.

12          And so, every place we look, we seem to

13   see these little pots, if you will, of not only goodness

14   but resources.  And so, I want to thank you and thank

15   the chief.  And we'll see you at Kenny's again on Skid

16   Row for lunch.

17          MR. GREENE:  Yeah.

18          THE COURT:  Okay.

19          MR. GREENE:  Okay.

20          THE COURT:  And how soon can we do that?

21   Because you were back to me within two hours.  When can

22   we do this?  A hundred units.

23          MR. GREENE:  Yeah.  As you mentioned, we

24   already currently --

25          THE COURT:  I'm sorry.  When can we do

Page 112

```
1    this?
2                      MR. GREENE:  I think that decision has
3    already been made to support the initiative.  We are
4    already in position to support housing for our current
5    initiative.
6                      THE COURT:  Yeah.
7                      MR. GREENE:  So it's done --
8                      THE COURT:  Ready to go.
9                      MR. GREENE:  -- as far as I was
10   concerned.  Yes.
11                     THE COURT:  It's ready to go.
12                     MR. GREENE:  Yeah.
13                     THE COURT:  I want to humbly thank you.
14   Look forward to working with you, and say hello to the
15   chief.
16                     MR. GREENE:  I will.  Thank you.
17                     THE COURT:  Okay.  Is Jon Sherin here?
18   He got exhausted and left last time.  So let me just pay
19   a public comment on the record.  Jon surfs, if you don't
20   know this, about 5:30 or 5:45 in the morning.  If you
21   catch him at 5:15, he's wide awake.  I'm just kidding
22   him.
23                     But he's really stepped up in Whittier
24   and started to create a model for all of you in the
25   future because I am stunned with the lack of the ability
```

Page 113

```
 1    to implement in Los Angeles.  Let me say that to you.
 2    It is shocking.  I guess this is my 16th encampment,
 3    going through it.  And for all the compliments that I
 4    have today for the city and county, I'm shocked at how
 5    far behind you are in terms of getting implementation in
 6    a humane way.
 7              Jon, in a phone call, said the following.
 8    I'm having trouble with my DMH teams because I don't
 9    know where to go.  I've got -- I've got a tent here and
10    I've got someplace over here.  And I send my people out
11    and then the person moves and I can't find them.  And by
12    the way, you know, there's no toilet out there.  And if
13    there is a toilet, then it creates an encampment.  I
14    mean, there's been a lot of great conversations.
15              And I think if you're talking to Jon,
16    you're probably talking to me.  And if you're talking to
17    me, you're probably talking to Jon about a lot of the
18    things that we share.  In Whittier, Brooke, I think, and
19    Carol had been instrumental in trying to tell me years
20    ago something I didn't understand.  And that is why
21    didn't you have implementation meetings.  Why don't you
22    get people together before a 14-day notice or a 21-day
23    notice?
24              And frankly, I'll say it on the record, I
25    just didn't get it.  I didn't understand the depth of
```

Page 114

```
 1   that.  So we've started to have implementation meetings
 2   now.  And one of the things that we saw in Whittier was
 3   that LAHSA was there with Kimberly.  And I have a
 4   tremendous amount of compliments for Kimberly.
 5              Whittier First was there.  The community
 6   was there.  It was amazing to see local folks stepping
 7   up.  Advocates were there.  Mandy and Andy and Joe and
 8   folks out -- FERA and Pastor Don.  And even though
 9   Pastor Don and FERA weren't from the community, they're
10   tireless.  They're out there right now in fact.
11              But Jon Sherin stepped up.  And what he
12   said was, look, I'll supply a mental health team out in
13   the field, out in the field.  And so, for two days a
14   week, he put a mental health team out there, Anthony and
15   George yesterday.  If you haven't met them, you've got
16   to meet these folks.  They're tremendous people.
17              And that was two days a week because you
18   can't take a mental health team and put them out every
19   day because if you take a hundred people, there may be -
20   - I'm making up a number -- five, ten of gravely
21   disabled people that they need to attend to.  And they
22   have to make multiple visits with these folks.
23              So the last couple of days though, they
24   were out there 24/7.  And they've really got some good
25   stories out there.  And they've had some tremendous
```

Page  115

```
1   success because this court doesn't want to be in a
2   position of taking somebody like Tara or Queen or Ernie.
3             These folks are faces even if they're
4   lying face-down.  I've got to tell you, there's some
5   people out there on conservatorships, et cetera and they
6   should never be in jail.  They should never be picked up
7   by a police car.  They shouldn't even be rousted.
8             And in fact the Whittier city council is
9   being gracious enough to take a kind hit, leave them
10  alone and they're going to sleep in those tents until we
11  have adequate services out there, even regardless of the
12  15th day which was kind of our day of choice.
13            Jon stepped up.  And what's so
14  magnificent, it's a compliment to the county and
15  hopefully a start with the city of renewed trust or
16  better trust is that when we get those county services
17  out there, that makes a tremendous difference in terms
18  of what we're dealing with on the street because the
19  first 80 percent, the advocates are absolutely right.
20  They want shelter.  Or 60 percent, they're going to come
21  in.  Not going to be a problem.
22            It's that last 10 or 20 percent that we
23  need a lot of time to work with.  And when we get that
24  population that's willing to go into shelter, as long as
25  it's a decent shelter, then we get that tough population
```

Page 116

```
 1    to work with.  And we've got the resources.  What we
 2    don't have is we don't have the resources to deal with
 3    200 people out there at one time.
 4              So I saw Jon Sherin really step up on
 5    this, and I want you to covey that back to him, Skip,
 6    that he's really complimented -- no, it's a start.  With
 7    everything we do from now on, I'm going to demand a
 8    mental health team be out there to start talking to
 9    these folks and not 14 or 15 days.
10              Now I'm not going to pay you a
11    compliment.  This idea that we are contracting out and
12    we have somebody called BSH or whatever.  I've got a
13    person who let's say is gravely disabled but also needs
14    detox.  In fact, she's going through DTs and quite
15    frankly will need some vodka this morning.  Don't say
16    the judge ever condoned that, but vodka to get her off
17    the DTs because it will settle her down so you can talk
18    to her.
19              But when we can't get those detox teams
20    out there, mental health can't deal with her at the same
21    time.  And watching that charade go on for two-and-a-
22    half hours, I tell you what, if I hadn't seen it, I
23    wouldn't believe it.  So I need your help, Skip, I'm
24    telling you.  And I'm not going to be kind about this.
25              I want those detox teams on the street
```

Page 117

```
1    because I think that we've got four people in Stanton

2    alone, Brooke, if I'm not mistaken, and you had the

3    numbers, on the last day into detox where we couldn't

4    get them in before.  And that was a struggle out there.

5              So we'll talk to you about that in the

6    future.  I'm not roaring yet.  But I'm being told by DMH

7    that the detox teams won't come out as far into these

8    cities.  And if the detox teams aren't coming out there,

9    what are we paying them for?

10             You want to save money?  Fire them.  I'm

11   going to be brutal about that.  Not performing?  Get rid

12   of them.  And I've got some others in mind also.  But

13   I'll remain silent for a moment.  All right.  I'd like

14   to speak to the city, staff, CAO on any update.  And

15   start with you, Marcus, anything you'd like to say or

16   nothing?

17             MR. MARCUS:  Your Honor, we -- [off mic]

18   --

19             THE COURT:  No.  You know, I want to

20   apologize.  I was out on the streets last night until

21   9:30.  And I was up at 4:30 this morning heading for Van

22   Nuys.  And I have not seen it.

23             MR. MARCUS:  Well, we did present it.

24   Excuse me.  We did file it --

25             THE COURT:  So why don't you just tell me
```

Page 118

```
 1    what's going on because I decided to say, you know --
 2                    MR. MARCUS:  I'm going to have the CAO
 3    come up.
 4                    THE COURT:  Sure.
 5                    MR. MARCUS:  He's more versed in the
 6    precise details.
 7                    THE COURT:  And I apologize.  I'm just
 8    hitting the streets.
 9                    MR. MARCUS:  Of course.
10                    THE COURT:  Thank you, sir.  I know who
11    you are.  And if you'd be so kind, just state your name
12    because we have a recording today.
13                    MR. LLEWELLYN:  Good morning, Your Honor.
14    Richard Llewellyn, the Los Angeles city administrative
15    officer.
16                    THE COURT:  Pleasure.
17                    MR. LLEWELLYN:  And we proudly house the
18    city's homeless coordinator office.  Your Honor, we
19    briefly -- we filed last night a brief sort of status
20    report and roadmap on where we are.
21                    We're trying to do it sort of globally
22    where we are.  And also directly temporally what
23    happened since the last hearing before you.  And we sort
24    of particularly want to sort of note that since the last
25    hearing in August, we've opened about 600 beds.  And we
```

Page 119

```
 1      have many more scheduled to open this calendar year.

 2                      As Councilmember Martinez pointed out,

 3      the mayor and council have now approved a roadmap plan

 4      which includes hundreds of millions of dollars of CARE

 5      Act money, particularly CARE Act money and other city

 6      money to open new beds and new safe parking spots

 7      including on our own -- on public land and on private

 8      land as well as an outreach plan to support each of the

 9      targeted encampments.

10                      So that would obviously be money to

11      LAHSA.  Our bureau of engineering has put out to bid our

12      first tiny home projects.  Expecting bids this week.  So

13      we hope to be in construction next week or the week

14      after.  Each council district --

15                      THE COURT:  Are you going to meet the

16      deadline of 6,000 new beds in 10 months?  Because time's

17      running --

18                      MR. LLEWELLYN:  We are doing everything

19      we can to do so.  And Councilmember Martinez yells at me

20      every week about it.  So I --

21                      THE COURT:  What do you think I should do

22      if you don't?

23                      MR. LLEWELLYN:  What did you say, sir?

24                      THE COURT:  What do you think I should do

25      if you don't?
```

Page 120

```
 1                    MR. LLEWELLYN:  Well, Judge, we hope you
 2     don't have to reach that one.  We've worked closely with
 3     our council colleagues.
 4                    THE COURT:  Then let's keep a positive
 5     thought.
 6                    MR. LLEWELLYN:  They're all following --
 7     they're all following the deadline.
 8                    THE COURT:  Okay.
 9                    MR. LLEWELLYN:  They all know the
10     deadline.
11                    THE COURT:  Okay.  So we'll keep it
12     positive.
13                    MR. LLEWELLYN:  And while there is a
14     deadline, obviously a financial deadline to us working
15     with the county, they're the ones whose constituents
16     want to see change in their neighborhoods.  So they are
17     as committed, money aside, to see change as sort of we
18     are for purely kind of fiscal reasons.
19                    THE COURT:  So we're going to meet 6,000
20     new beds in 10 months.
21                    MR. LLEWELLYN:  Sir, we're going to do
22     everything we can.
23                    THE COURT:  We're going to meet.
24                    MR. LLEWELLYN:  Sort of we have worked,
25     as you know, particularly obviously with public land
```

                                                    Page 121

1    because we hope that we can get it free.

2              There is limited public land left, like

3    Councilmember Rodriguez pointed out, just because we've

4    been mining it for the last five years before other

5    jurisdictions were doing that.  Many of our good parcels

6    are already being developed as housing.  But we are

7    doing everything that we can to find new ones.

8              THE COURT:  Fourteen percent of your land

9    here is just in parking in Los Angeles.  Did you know

10   that?  Fourteen percent, just parking.  Parking space.

11             MR. LLEWELLYN:  Parking.

12             THE COURT:  Parking.

13             MR. LLEWELLYN:  Yes, sir.

14             THE COURT:  Could I have some of it?

15             MR. LLEWELLYN:  We already are using many

16   of our parking lots for development, some for permanent

17   housing, some for temporary housing.  Yes, sir.

18             THE COURT:  Okay.

19             MR. LLEWELLYN:  And I have to say our

20   department of transportation has been very supportive of

21   using those lots.  They've been good partners in this

22   effort.

23             THE COURT:  Would you stick around for

24   the next presentation from Caltrans in just a moment?

25             MR. LLEWELLYN:  Sure.

Veritext Legal Solutions
866 299-5127

```
 1                    THE COURT:  Okay.

 2                    MR. LLEWELLYN:  Sure.  So our next stage,

 3       just looking ahead, is we're sort of building our first

 4       pallet shelter sites.  We're ordering all of the things

 5       we have to order, like the shelters, the trailers.

 6                    We'll have to have providers through

 7       LAHSA for each of these sites.  Each one has its own

 8       contract for a provider.  We're finalizing lease

 9       negotiations for private sites.  We are rushing with

10       state Homekey project, which we're very appreciative of.

11                    We're trying to buy 800-plus units where

12       we would own them.  We have to close those contracts

13       this year.  And that money was not even put out until

14       July.  So all the administrative stuff of actually

15       buying a piece of property.  So we're rushing through

16       that.  And our goal is to have -- hit the schedule, sir.

17                    THE COURT:  Okay.  I want to thank you.

18       And I apologize for not reading that report.

19                    MR. LLEWELLYN:  No, sir.

20                    THE COURT:  I really got home last night

21       and tried to get some sleep and get up this morning.  I

22       raised in a document the project costs concerning pallet

23       shelters.  And you're the experts.  And I was concerned

24       about the 91.38.

25                    I'm not -- I'm just questioning whether I
```

Page 123

1    should ask for an audit or not.  And it seemed to me

2    that that came out to about $136,000 per pallet shelter,

3    which was represented to me to be minimally four times

4    or probably 10 times the amount of any other city.

5              And the explanation came back in these

6    informal discussions also with the city that this was a

7    large part of the electrical and plumbing hookup because

8    this was going to become and have some permanency to it.

9    Is that your position?

10             MR. LLEWELLYN:  Your Honor, we're very

11   concerned about the cost.  But we do believe that in

12   fact making these able to live for three to five years

13   does require plumbing.  It's actually cheaper than

14   servicing them every day --

15             THE COURT:  Sure.

16             MR. LLEWELLYN:  -- from having Port-a-

17   Potty rentals.  And it's more humane.

18             THE COURT:  Okay.  Let's leave that on

19   the table for now.

20             MR. LLEWELLYN:  Sure.

21             THE COURT:  I don't want to inquire any

22   further.  But you know I'm concerned --

23             MR. LLEWELLYN:  Yes, sir.

24             THE COURT:  -- because it's always

25   presented to me that we don't have enough money.

Page 124

```
 1                    MR. LLEWELLYN:  We don't, sir.

 2                    THE COURT:  And anytime I hear --

 3                    MR. LLEWELLYN:  But we're finding it.

 4                    THE COURT:  Well, explain to me then

 5      since you have --

 6                    MR. LLEWELLYN:  But we're finding it,

 7      sir.

 8                    THE COURT:  -- $2.5 billion in 24 months

 9      and we don't have enough money.

10                    MR. LLEWELLYN:  But we're finding it,

11      sir.

12                    THE COURT:  I hope that's not a

13      misstatement.

14                    MR. LLEWELLYN:  The council and mayor

15      have made that a very clear priority.

16                    THE COURT:  Okay.  I believe going

17      forward then.  Okay.  But you're -- I'm watching.

18                    MR. LLEWELLYN:  Yes, sir.

19                    THE COURT:  Okay.  I'd like to hear from

20      Caltrans out of order for just a moment because this has

21      been a fictional journey also.  Come up here for just a

22      moment.

23                    I want to start where -- because I was

24      harsh with you last time and I want to publicly

25      apologize.  You went to the wrong court.  You went over
```

Page 125

```
 1    to the superior court.  So I thought that you were

 2    hiding, quite frankly.  And I made that statement.  And

 3    when I make a mistake, I need to be the first one to

 4    apologize to you.  So have a seat.

 5                    MR. NEWMAN:  Well --

 6                    THE COURT:  Now after that apology, watch

 7    out.  Here's my next question.

 8                    MR. NEWMAN:  That's okay.  I remember

 9    meeting with you in May.

10                    THE COURT:  Yeah.

11                    MR. NEWMAN:  I have a document that I'm

12    going to be reading from.

13                    THE COURT:  I'm sure.

14                    MR. NEWMAN:  Would you like it?

15                    THE COURT:  Why don't you just keep it?

16    Because I like to get that beforehand.

17                    MR. NEWMAN:  Oh, I'm sorry.

18                    THE COURT:  I'll read it.  Put it down

19    for a moment.

20                    MR. NEWMAN:  Yeah, yeah, yeah.  Please.

21                    THE COURT:  I'm used to lawyers doing

22    that all the time.

23                    MR. NEWMAN:  Oh, no.  It's --

24                    THE COURT:  Now before you make your

25    presentation --
```

Page 126

```
1              MR. NEWMAN:  Sure.
2              THE COURT:  -- here's where we were at.
3    When I started back at 16th and Maple which was just one
4    little piece of property that was meaningless, although
5    the parties didn't know that at the time, testing the
6    system, I was told the following.
7              Judge, we've been negotiating with
8    Sacramento to put pallet homes underneath 16th and Maple
9    for six months.  Now you weren't there.  But that was
10   the representation.  And I've got a nice record that
11   we've been negotiating, we the city, to put pallet
12   shelters underneath 16th and Maple for six months.
13             No problem.  We can make mistakes.  And
14   after everybody agreed to 16th and Maple, just one piece
15   of property, almost inconsequential, I was told four
16   hours later that this was not an acceptable piece of
17   property.  I was also told that we had 250 to 300
18   pieces, quote, unquote, of property from Caltrans.
19             And so, I thought this is a wonderful
20   opportunity from Governor Newsom, you know, to give us,
21   the city in a sense, this property.  And I thought that
22   that was all usable property by either the city or the
23   county.
24             Then you were kind enough -- I want to
25   pay you the compliment, okay, because I was going to get
```

                                                    Page 127

```
 1    the director in here -- of telling me that we had 19

 2    pieces of property.  And then I heard that we had three

 3    pieces of property.  How much property do we have

 4    available?

 5                        MR. NEWMAN:  So --

 6                        THE COURT:  And you were going to have

 7    leases by June.

 8                        MR. NEWMAN:  Yeah.  I have -- I have --

 9    yeah.

10                        THE COURT:  Yeah.

11                        MR. NEWMAN:  So there are four types of

12    properties.

13                        THE COURT:  No.  I know that.

14                        MR. NEWMAN:  Yes, sir.  I'm --

15                        THE COURT:  Don't get me confused with

16    the nonsense now.

17                        MR. NEWMAN:  So there are --

18                        THE COURT:  How many pieces of property

19    do you have?

20                        MR. NEWMAN:  There are nine park-and-

21    rides that are available for partial use, of which --

22                        THE COURT:  Okay.  Just a moment.  Nine?

23                        MR. NEWMAN:  Park-and-rides.

24                        THE COURT:  Park-and-rides --

25                        MR. NEWMAN:  Within our district.
```

Page 128

```
 1                    THE COURT:  -- for partial use.
 2                    MR. NEWMAN:  Yes, three of which the city
 3     has shown interest in.
 4                    THE COURT:  Three of which what?
 5                    MR. NEWMAN:  Three of which the city has
 6     shown interest in.  One is in Hawthorn.
 7                    THE COURT:  No.  I don't need the
 8     locations.  I trust you.
 9                    MR. NEWMAN:  That's fine.
10                    THE COURT:  Okay.
11                    MR. NEWMAN:  Anyway.  So we --
12                    THE COURT:  Just a moment.  Slow down.
13                    MR. NEWMAN:  Yes, sir.
14                    THE COURT:  Slow down.
15                    MR. NEWMAN:  Of course.
16                    THE COURT:  You're not going to control
17     this, believe it or not.
18                    MR. NEWMAN:  No, no, no.
19                    THE COURT:  All right.  All right.  Let
20     me repeat back to you.  We have nine park-and-rides for
21     partial use.  What does partial use mean?
22                    MR. NEWMAN:  It means that part of it is
23     still being used as a park-and-ride and part of it can
24     be used for emergency shelter --
25                    THE COURT:  Okay.
```

Page 129

1              MR. NEWMAN:  Either through pallet

2    shelters or through safe parking.

3              THE COURT:  Excellent.

4              MR. NEWMAN:  Yes, sir.

5              THE COURT:  And give me an idea of the

6    space that's available in these nine park-and-ride

7    partial use locations.  What space am I talking about?

8    Two pallet homes?  Five hundred?  What?

9              MR. NEWMAN:  No.  As Councilmember Price

10   was saying, 75 pallet shelters on one of those.

11             THE COURT:  Okay.

12             MR. NEWMAN:  And somewhere on the order

13   of 50 or so.  I don't have the exact figure for you.

14             THE COURT:  Okay.  Now just a moment.

15             MR. NEWMAN:  Yes, sir.

16             THE COURT:  I'm going to slow you down

17   again.

18             MR. NEWMAN:  Yes, sir.

19             THE COURT:  I'm going to take nine, which

20   I can get 75 and then eight more with 50?  So that would

21   be 475 total out of these nine partial use locations?

22             MR. NEWMAN:  The potential use?

23             THE COURT:  Partial use.  So I've done a

24   partial use.

25             MR. NEWMAN:  Yes.  Potential partial use,

Page 130

```
 1    if the city's interested.  I hear what you're saying.

 2    I'm not being obstructive, please.  I'm not.  So on the

 3    order of probably 50 to 70 pallet shelters.

 4                    THE COURT:  Okay.

 5                    MR. NEWMAN:  Yes, sir.

 6                    THE COURT:  I now have three that the

 7    city is interested in.  Is that correct, Marcus?  Three?

 8                    MR. NEWMAN:  Yes.

 9                    THE COURT:  Three?

10                    MR. NEWMAN:  Three.  Yes.

11                    THE COURT:  And tell me the capacity of

12    those three.

13                    MR. NEWMAN:  That's correct.  Seventy-

14    five pallet shelters for the one on Slauson that

15    Councilmember Price was referring to.

16                    THE COURT:  Right.  I'm aware of that

17    one.  Okay.

18                    MR. NEWMAN:  Okay.  There is one at 600

19    East 116th Place.

20                    THE COURT:  No.  I don't need to know

21    locations.  I trust you.

22                    MR. NEWMAN:  Okay.  That's fine.  Which

23    is for safe parking, and it's approximately 50 safe

24    parking.

25                    THE COURT:  Okay.
```

                                                Page 131

```
 1              MR. NEWMAN:  And the third one is also
 2    safe parking and approximately the same 50.
 3              THE COURT:  Now you have to understand
 4    that I'm a product -- sorry, from council and from folks
 5    like you.
 6              MR. NEWMAN:  Yes.
 7              THE COURT:  And you have to understand
 8    that everybody got happy feet because Governor Newsom
 9    was going to give us 250 Caltrans pieces or that's what
10    I'm being told in court.  You didn't.  You didn't.
11    You're absolved, okay?  You didn't.  Honest, ethical.
12    No problem.
13              But you can understand when that
14    disappears down to nine and then maybe three, what am I
15    thinking?  Why don't you guess what I'm thinking?
16              MR. NEWMAN:  Well, you're thinking that
17    you've been switched out, a bait-and-switch kind of
18    thing.  And the other thing is I have some more
19    properties to talk about too.
20              THE COURT:  Okay.  Great.
21              MR. NEWMAN:  So you're not, you know,
22    towards the 300.  But they're additional.  And if I
23    might, so another property -- I'm not going to go over
24    all of them.  But it's a different type.  It's the
25    Saticoy and Whitsett property that we were speaking to.
```

```
1    That's another 23 homes which is what Councilmember
2    Krekorian was speaking to.
3              We have eight additional air leased
4    properties that are potentially available.  They do
5    however -- which includes 16th and Maple, by the way.
6    They do however -- seven of them have current lessees on
7    them.  The lease has expired.
8              THE COURT:  Okay.
9              MR. NEWMAN:  We would like them to move.
10             THE COURT:  Okay.
11             MR. NEWMAN:  But the court says, you
12   know, we're caught up in COVID.  So if they decide that
13   they don't want to move, they'll go to court, blah,
14   blah.
15             THE COURT:  Sure.
16             MR. NEWMAN:  Right.  Sixteen and Maple,
17   we offered back to the city.  They had decided that
18   because also down the road within early 2021 we're
19   scheduled to have LA DOT come in as a lessee, they
20   didn't want to necessarily invest for just a short
21   period of time, right?  I'm just relating.
22             THE COURT:  Sure.
23             MR. NEWMAN:  In addition, in addition to
24   those, there are 22 properties that we have worked with
25   and have leased to HACLA in the El Sereno district of
```

Page 133

```
 1    Los Angeles.  It's in council district 14.  This is a
 2    development that was not there at the time.  It's since
 3    occurred.
 4              So I wanted to avail you of that.  And
 5    those are mostly single-family residences.  There's one
 6    unit that's not.  And that's under lease.  It's the same
 7    type of lease as the executive order.  It's a dollar a
 8    month to HACLA in this case.  And that's our inventory.
 9              THE COURT:  All right.  So first of all I
10    want to humbly thank you.  And I've been harsh with you.
11    And I publicly apologize to you about that
12    professionally.
13              MR. NEWMAN:  It's quite all right.  It's
14    quite all right.
15              THE COURT:  But you can understand my
16    frustration --
17              MR. NEWMAN:  Of course.
18              THE COURT:  -- of starting off with a
19    program that the public's being told and I'm being told
20    has this immense about of property coming to the city of
21    Los Angeles.  I'm sure the city was happy to receive
22    this.  And this turns out to be how many pieces?
23              MR. NEWMAN:  Twenty-two plus 10 plus
24    eight.  So it's 40, right?
25              THE COURT:  Forty.
```

Page 134

```
 1                    MR. NEWMAN:  Yeah.

 2                    THE COURT:  So I've got 40 pieces of

 3    property -- not I personally, but the city has 40 pieces

 4    of property that they could put pallet shelters or safe

 5    parking or something on.

 6                    MR. NEWMAN:  Yeah, if they decide and we

 7    work through, you know, what the requirements are, but

 8    yes.

 9                    THE COURT:  Tell me some of those because

10    I've heard you're a nightmare.  Not personally, but

11    Caltrans.  Most of the council describe you, your agency

12    is difficult to work with quite frankly.

13                    MR. NEWMAN:  I think that, you know, we

14    have beacon Street as an example of both.  You know,

15    this is new to us.  We haven't been in this arena until

16    recently.  We're learning.  And we're getting better at

17    it.

18                    And we're also reaching out and learning

19    to -- and you'll pardon me on this.  You can tell me I'm

20    going off topic.  But we're also working with the

21    jurisdictions and the service providers including LAHSA

22    to help to facilitate their outreach onto our property

23    in regard to the folks who are unsheltered on our

24    property.

25                    THE COURT:  Okay.
```

Page 135

```
 1                    MR. NEWMAN:  And so, but I'll go back to
 2     your question.  We are working with the CAO of the city
 3     as well as the councilmembers in regard to the four
 4     properties that we just spoke to.  And it's much better
 5     than it was.
 6                    THE COURT:  Okay.
 7                    MR. NEWMAN:  You can check with them.
 8     Don't believe me.  I mean --
 9                    THE COURT:  Improvement's great.  Thank
10     you.
11                    MR. NEWMAN:  Yeah.  Okay.  So did I
12     address what you asked?
13                    THE COURT:  You answered it.
14                    MR. NEWMAN:  Okay.
15                    THE COURT:  I've got 40.  I wrote this
16     down.  Forty pieces of property are available to the
17     city.  Is that correct?
18                    MR. NEWMAN:  Twenty-two of them are
19     currently under lease to HACLA.
20                    THE COURT:  And 22 of those are currently
21     under lease.  But you also told me that the lease had
22     run on the vast majority of those.
23                    MR. NEWMAN:  I'm sorry?
24                    THE COURT:  That the lease had run on
25     most of those.
```

Veritext Legal Solutions
866 299-5127

```
 1                    MR. NEWMAN:  No, no, no.  No, no, no.

 2                    THE COURT:  Okay.

 3                    MR. NEWMAN:  That was the third one.

 4                    THE COURT:  Okay.  Just a moment.

 5                    MR. NEWMAN:  Yes, sir.

 6                    THE COURT:  Slow down.  So if I took 22

 7      pieces of property -- see, this is the frustration that

 8      ends up after I leave these sessions.  I'm waiting for

 9      leases to run?

10                    MR. NEWMAN:  No, no.  The 22 I'm speaking

11      to are under lease to HACLA now.

12                    THE COURT:  They're under lease right

13      now.

14                    MR. NEWMAN:  Yes.

15                    THE COURT:  So those leases have to run

16      out before they've been --

17                    MR. NEWMAN:  No, no, no.  That's for

18      housing for homeless people.  We're working with HACLA,

19      the housing -- okay.

20                    THE COURT:  Okay.

21                    MR. NEWMAN:  Caltrans has leased 22

22      properties to the Housing Authority of the City of Los

23      Angeles.

24                    THE COURT:  Excellent.

25                    MR. NEWMAN:  And HACLA is working with
```

Page 137

```
 1    PATH and people are being put into those houses who are
 2    homeless, period.  Okay.
 3                    THE COURT:  Right now.
 4                    MR. NEWMAN:  That's what --
 5                    THE COURT:  Okay.
 6                    MR. NEWMAN:  -- you know, we're doing.
 7    That's -- the other aspect that I said about the lessees
 8    was on properties that we have that go -- that
 9    commercial -- I should have specified commercial folks
10    are currently leasing from our property.
11                    This is stuff that's near or under the
12    freeways like 16th and Maple.  It's different from what
13    I just said about the HACLA properties.  The HACLA
14    properties are houses.  They're already built.  They're
15    houses that we have owned for decades because of the 710
16    that was supposed to at some point go through that area
17    which is not going to.
18                    So it's -- you know, that's a different
19    type of property then than that.  So I'm trying to spin
20    you up without, you know, confusing.  I may not be doing
21    a very good job of that, and I apologize for that.
22                    THE COURT:  No.  I want to publicly thank
23    you.  How many pieces of property then am I dealing with
24    here?  I'm from 250.  I'm down to what?
25                    MR. NEWMAN:  Like I said, 40.
```

Page 138

```
 1                    THE COURT:  Forty.

 2                    MR. NEWMAN:  But 22 of those are houses

 3      that people are moving into.

 4                    THE COURT:  Okay.

 5                    MR. NEWMAN:  And the other --

 6                    THE COURT:  So where are the other --

 7      what am I doing with the other 18?  Where does this --

 8                    MR. NEWMAN:  Right.  So the other 18,

 9      nine of them are the park-and-rides.

10                    THE COURT:  Okay.

11                    MR. NEWMAN:  Right.  One is the park at

12      Saticoy and Whitsett.

13                    THE COURT:  Okay.

14                    MR. NEWMAN:  And the other eight are

15      these leased properties that have lessees on them.

16                    THE COURT:  Okay.

17                    MR. NEWMAN:  That we would like to make

18      available and like to get the lessees to go.  The other

19      aspect, as you probably are aware, is that of the three

20      park-and-rides, they're all within the jurisdiction also

21      of the Federal Highway Administration.

22                    THE COURT:  Right.

23                    MR. NEWMAN:  So, you know, we --

24                    THE COURT:  And how can I help you with

25      that?  Because they can be difficult to deal with.
```

Page 139

```
1                        MR. NEWMAN:  Well, yeah.  So they're

2       signoffs are on three bases.  They have to sign off on

3       the particular use.

4                        THE COURT:  And who would you deal with

5       in that agency?

6                        MR. NEWMAN:  We're dealing with both at

7       the Sacramento level --

8                        THE COURT:  What's the name of the

9       person?

10                       MR. NEWMAN:  Mammano, I think.

11                       THE COURT:  Who?

12                       MR. NEWMAN:  Vince Mammano.

13                       THE COURT:  Vince Mammano?

14                       MR. NEWMAN:  Yeah.  I believe so.  And

15      then in Washington I know there's conversations.  But I

16      don't know who they're dealing with in Washington.

17                       THE COURT:  I want to thank you very

18      humbly, okay?  And I apologize once again for any

19      unprofessionalism on my part.  No.  I always owe the

20      apology first.

21                       It's not directed at you.  It's directed

22      at the frustration that I'm feeling over all of this pie

23      in the sky land supposedly coming down from Caltrans to

24      the city.

25                       MR. NEWMAN:  And Judge, I appreciate what
```

```
 1    you're saying.  And the first time that we were
 2    together, I was a bit confused by where that number came
 3    from.  And I went back home, and I looked up.  And in
 4    point of fact, there were 286 sites statewide on a map.
 5    And I think that got conflated into what it was.
 6                 And I don't think, you know, anybody was
 7    particularly like thinking, oh, you know, we're just
 8    going to present it that way.  I think it was an honest
 9    mistake that people made.  But since we weren't here to
10    inform it, it just kind of had a life of its own.  So I
11    appreciate where you're coming from.  I do.  And I
12    appreciate --
13                 THE COURT:  Listen, let me say this.  I
14    look forward to working with -- I want to put this on
15    the record.  I think you've been a credit to your
16    agency.
17                 MR. NEWMAN:  Thank you, sir.
18                 THE COURT:  I really do.  And I want that
19    on the record.  And humbly I want to thank you for being
20    here.
21                 MR. NEWMAN:  Thank you, sir.
22                 THE COURT:  I've gone way above your
23    level, quite frankly.  And so, I want to thank you for
24    being the person who responded because --
25                 MR. NEWMAN:  Certainly.
```

```
 1                    THE COURT:  Well, I'll just leave that on
 2     the table.
 3                    MR. NEWMAN:  All right.
 4                    THE COURT:  Thank you, sir.
 5                    MR. NEWMAN:  You're welcome.
 6                    THE COURT:  Appreciate you.  We'll be
 7     talking.  Now why don't you leave that document that I
 8     haven't read and I'll read that tonight after I visit
 9     with Mr. Bonin, okay?
10                    MR. NEWMAN:  Right.  Right.  Be well.
11                    THE COURT:  Thanks a lot.  We'll be back
12     to you.  Yeah.  I want to then -- any update from the
13     county that you'd like to present, Skip?  And then I'll
14     turn to the advocates and the First Alliance.
15                    MR. MILLER:  I'll be very brief, Your
16     Honor.  I'm going to stand up, if that's all right.
17                    THE COURT:  Yeah.  Just as long as I can
18     hear you.  Just move that closer, Skip, so I have a
19     microphone.
20                    MR. MILLER:  Thank you, Your Honor.  Your
21     Honor, I found today somewhat encouraging frankly.
22                    THE COURT:  I do too.
23                    COURT REPORTER:  Please state your name.
24                    MR. MILLER:  My name is Skip Miller.  I'm
25     a lawyer for the county of Los Angeles.  I found today
```

Page 142

```
1    somewhat encouraging first of all.  We received

2    something from the city.  Obviously we gave them the $17

3    million, the first payment a couple of weeks ago I think

4    it was.

5                  And last night we received something from

6    the city, a report on how they're progressing and what

7    they're doing.  I haven't had time to really read it

8    closely or digest it or follow up on it.  But it looked

9    -- it looked encouraging quite frankly and it looked

10   very specific.  So that's good.

11                 We are -- we're addressing the

12   approximately 250 homeless adjacent to the freeways in

13   the unincorporated area.  That's a work in progress.

14                 THE COURT:  Now let me stop you.  Your

15   original statement was through LAHSA that you had x

16   number.  But then it had decreased and then increased

17   again.

18                 So at the last hearing, the number under

19   your freeway overpasses and your underpasses and

20   alongside the freeway, within 500 feet, I think you

21   started off with a number LAHSA did approximately 400 or

22   something.  Then you went down --

23                 MR. MILLER:  Right.

24                 THE COURT:  -- to under -- it was an

25   astounding number, going down to 250 or 170 or
```

Page 143

```
 1    something.  And then you noted for the court it went

 2    back up.

 3                    MR. MILLER:  Yes.

 4                    THE COURT:  And we were all a little

 5    perplexed by that.

 6                    MR. MILLER:  Yeah.  It's a work in

 7    progress.  I'm told the specific number is 258.  That's

 8    where we are right now and we're working on it.

 9                    THE COURT:  Okay.  Okay.

10                    MR. MILLER:  So, you know, that's all I

11    can say about that.

12                    THE COURT:  Okay.

13                    MR. MILLER:  It's not being ignored.

14                    THE COURT:  If you get -- I can't go from

15    tent to tent, Skip.  I can't expend that kind of time.

16    If you have larger encampments though, I'll try to get

17    people involved who really care, you know, about the

18    homeless, who don't want to see them disappear.

19                    MR. MILLER:  Right.

20                    THE COURT:  And also, to put you to the

21    test of getting good housing, whether it's through LAHSA

22    or something else, because I'm finding that there are

23    nooks and crannies once we get started, you know, six

24    from here and 30 from here.  I'm amazed at the resources

25    actually out there that are kind of hidden.  And so,
```

```
 1    I'll stand side by side with you on some of this and
 2    I'll work those areas.  It just has to be some place of
 3    some consequence.
 4              I'm not setting a number.  It could be
 5    20, you know, tents.  It could be 50.  It could be
 6    something.  But if you locate those for me, I think the
 7    county's actually got the easiest job quite frankly.
 8    Your numbers are very low in terms of the order that
 9    I've handed down.
10              Now your numbers are extraordinarily high
11    countywide.  So let me toss a couple of things back to
12    you.
13              MR. MILLER:  Okay.
14              THE COURT:  The city of Los Angeles is
15    here.  And they're the 800-pound gorilla.  But there are
16    86 other cities out there also.  I mean, Whittier is one
17    of them.  Bellflower is one of them.  I think we've
18    talked to 12 or 14 cities now.  I'm not sure.
19              And the problem that they keep running
20    into is always money because if it's a smaller city they
21    can't float enough money for a shelter.  And it's
22    uneconomical under 50, you know, to run.  They just
23    can't do it.  So they get together three cities.  And
24    then the one city that volunteers to take the shelter,
25    those citizens say, well, why are we taking homeless
```

Page 145

```
 1    from another neighboring city into our city.

 2                    So there's that NIMBYism that goes on.

 3    And so, a lot of cities out there are struggling.  And

 4    they're going to look back to you as the county for

 5    help.  With the city, the city puts in about 11.8

 6    percent of their general fund money, okay, into LAHSA.

 7                    MR. MILLER:  Okay.

 8                    THE COURT:  You put in 70 percent of your

 9    -- no, no.  Not general fund.  You pass through about 70

10    percent of the county money into LAHSA.  The rest I

11    think comes directly from the state, doesn't it?  Yeah,

12    the rest from the state and different sources.

13                    But from the county, that's what I call

14    pass-through money.  That's money that really doesn't in

15    a sense take it out of the county's checkbook because

16    it's HUD money flowing through or other source money

17    flowing through.

18                    So you're kind of a conduit or at least I

19    perceive that you are, Skip.  And I could be wrong.

20    Don't be afraid to get right back at me.

21                    MR. MILLER:  I don't know the numbers.

22    I'll take your word for it.

23                    THE COURT:  Well, I would never do that

24    with me.  No.  I'm just joking with you.  But I'm pretty

25    much on.  But about 11.8 percent though comes from the
```

Page 146

```
 1   city.
 2                   MR. MILLER:  Yeah.
 3                   THE COURT:  And from the city's
 4   perspective, that comes out of their general fund.  And
 5   that's really painful for them.  So that's that old
 6   conflict that's developed.
 7                   And when the city looks across the board,
 8   they look at the county and quite frankly, don't know if
 9   it's true or not, but they think that LAHSA has a
10   disproportionate sway in the county.  You look at the
11   city historically as, you know, not stepping up and
12   doing their fair share.
13                   I really believe that you've made a
14   monumental breakthrough just in the negotiations in good
15   faith which were really hard with Judge Birotte.  But
16   you've really probably accomplished an incredible amount
17   in reaching this agreement.  And those are for new beds,
18   by the way, Marcus.  Those are new beds.
19                   And so, we're both looking forward to
20   working with you on an omnibus settlement.  Judge
21   Birotte is going to be calling everybody back into
22   session in good faith probably the following week.  And
23   this 6,800 is just a drop in the bucket.  That doesn't
24   even keep up with the rate of the homeless population
25   that we're absorbing.
```

Page 147

1          And Carol said to me this morning, you

2    know, watch out.  I mean, we've got the folks that we've

3    traditionally been dealing with.  We're about to get a

4    tsunami of folks out there that we are not even

5    accounting for.

6          Now I don't know that we can solve all

7    the world's ills.  But I would just say to you that

8    minimally we're not after 6,800 units.  And that puts

9    tremendous pressure on LAHSA because what I've heard in

10   the past is it's really hard to keep up.  And I'm

11   sympathetic to that because you did a great job with the

12   first 3,000.  Now you've got 6,800 on top of that.

13          But the ultimate goal can't be that we

14   walk away claiming victory with 6,800 new beds.  That's

15   not going to be acceptable.  So a compliment back to

16   you, okay, and back to the city.  I think you reached

17   that in good faith and apparently couldn't reach an MOU.

18   And if you can't, that's why we're having to have the

19   monitoring meetings.

20          If you had -- if you had milestones, I

21   wouldn't have half of these meetings because you would

22   have said in September 1st, we would have done x, y and

23   z.  Without that in writing, then these monitoring

24   meetings are going to keep going so I keep track of

25   what's being done because we don't have an MOU.  I'm not

Page 148

```
 1    criticizing you for that.  You've got a binding

 2    agreement between the two of you.

 3                    MR. MILLER:  Right.

 4                    THE COURT:  Judge Birotte are going to

 5    impose that on you or work with you on that.  So today

 6    is simply a complimentary day, okay?  I'm just telling

 7    you what's happening out there in your smaller cities.

 8    They're trying to step up.

 9                    So why don't you make it hut and write a

10    check?  I'm just kidding you, okay?  And not just a

11    pass-through money.  I'm just joking with you.  But I'm

12    not.  And really think about the fact that you are the

13    800-pound gorilla because it does pass through the

14    board.  And I see that as pass-through money that really

15    hasn't taken away from the county in a sense.

16                    It's back with the city with their 12

17    percent.  And that's really painful for them.  Now take

18    that to the bank.  You and I will call each other, you

19    know, Saturday or Sunday again, you know, and talk some

20    more.

21                    MR. MILLER:  Okay.

22                    THE COURT:  But I'm just kind of saying

23    to you, hey, make it hurt.  The city's making it hurt.

24    You know, step up with some personal funds also if you

25    can out of the county.  And I'll pay compliments now.
```

Page 149

```
1    I'll tell you who's out front.  Janice Han's out front.

2    That supervisor is out there getting money out there

3    from Bellflower, trying to out of some discretionary

4    funds.  Whittier also.  MRT's trying to step up here.

5                    You've got some supervisors out there

6    with discretionary funds that are trying to help, okay?

7    And I'm going to start naming names now, okay?  They're

8    both to be complimented.

9                    MR. MILLER:  Thank you, Your Honor.

10   Appreciate the compliment.  As I said, I found today

11   encouraging as I was sitting there listening to

12   everybody.  And I want to assure Your Honor and assure

13   the court that the 6,800 is a good -- 6,700 is a great

14   start.  The county is looking beyond that.

15                   THE COURT:  Yeah.

16                   MR. MILLER:  The county hasn't just said,

17   okay, we're done.  Not at all.  So --

18                   THE COURT:  Okay.  Who's here from LAHSA?

19   Heidi, come on up for a moment.  And first of all,

20   Heidi, once again, let me always apologize to you for

21   any unprofessionalism on my part.  I think you're doing

22   a great job.  And I just want you to know that

23   personally, okay?  Skip, stick around for a moment.

24                   Okay.  I alluded to the double counting.

25   And this is what's frustrating to the court besides the
```

Page 150

```
 1    Caltrans fiction of 250 pieces of property or the
 2    fiction that the city has 15,000 pieces of property but
 3    every time we look at the addendum, it shrinks to four-
 4    and-a-half pages.  And we're going to take these 250
 5    pieces of property out because of whatever reason that I
 6    can't discern.
 7                    Here's what I'm concerned about.  Would
 8    you put up that last LAHSA chart?  And first of all, let
 9    me say that Operation Roomkey is extraordinary.
10    Extraordinary.  But the double counting that's going on
11    is shocking to me because the public may buy it, but I'm
12    not accepting it.  And it is double counting.  And it
13    works this way.
14                    You have an agreement for $300 million,
15    $60 million a year for five years plus a little
16    incentive in there, right, for 6,800 new beds, right?
17    But three weeks later, Heidi, you go over to the board
18    of supervisors and you ask -- not you personally.  LAHSA
19    asks for $800 million for 15,000 new units or beds.
20                    Now, watch out.  That $300 million is
21    already committed, right Marcus?  Right, Skip?  For
22    6,800, right?  But I'm watching the board have a
23    presentation for 15,000 new units.  But the counting
24    that's going on in those 15,000 new units is the 6,800
25    beds wrapped into that 15,000.  So we're only creating
```

```
 1    about 8,600 new beds really.
 2                    MR. MILLER:  That's not my understanding
 3    of it.
 4                    THE COURT:  No.  It's absolutely my
 5    understanding of it unless I hear from Heidi today that
 6    these 15,000 new units are brand new units over and
 7    above the 6,800 units.  And if we've got 21,000 units,
 8    I'm going to do a happy dance right out that door.  Do
 9    we have 15,000 new units on top of the 6,800 units?
10                    MS. MARSTON:  Your Honor, the 15,000
11    represents placements.  So it's a combination of what
12    might be coming new but also existing apartments
13    throughout the city and the county that we would place
14    people.  So this would fund their rental subsidy.
15                    COURT REPORTER:  Please state your name.
16                    MS. MARSTON:  Heidi Marston, with LAHSA.
17                    THE COURT:  Call it placements.
18                    MS. MARSTON:  Correct.
19                    THE COURT:  Call it whatever.  Did you
20    take my 6,800 from the settlement from Judge Birotte and
21    wind that into the 15,000 number?
22                    MS. MARSTON:  No, Your Honor.  Inherently
23    there's some overlap because some people are COVID-
24    vulnerable under freeways.  But some people aren't.
25                    So those would be people who wouldn't be
```

```
 1    included in the 15,000.  The 15,000 represents the

 2    individuals of our unhoused population who are COVID-

 3    vulnerable that we estimate.

 4               THE COURT:  Okay.  This is the Roomkey

 5    tracker.  And we have about -- and I have to hover the

 6    pointer over the data.  Just give me one moment, Heidi.

 7    Okay.  On August 1st, approximately, give or take, we

 8    had about 3,930 rooms on August 1st, about.  On

 9    September 17th, the best we can figure, we had about

10    4,117 rooms, give or take.  Is that an approximate

11    number?

12               MS. MARSTON:  For Project Roomkey

13    specifically?  That would most likely be the number of

14    people.  Fewer rooms than that though.

15               THE COURT:  Well, whatever it is, it's

16    apples to apples and oranges to oranges because that

17    means that we've gained about 187 rooms or placements or

18    beds or units, whatever semantics we want to get

19    involved in, between August 1st and September 17th.

20               Now, if I'm wrong about that, I want to

21    be corrected.  And I want you to do that publicly.  And

22    I'll apologize to you.  But I've got pretty smart law

23    clerks.

24               MS. MARSTON:  So for Project Roomkey in

25    particular, we track two things.  We track the number of
```

Page 153

```
 1    rooms that are under contract and the number of people
 2    who are in those rooms.
 3                    THE COURT:  Well, I'm going to get to the
 4    number of people in just a moment.
 5                    MS. MARSTON:  Okay.
 6                    THE COURT:  I'm staying with the one.  I
 7    count about 187, give or take.  And you used the word
 8    rooms in your terminology.
 9                    MS. MARSTON:  For Roomkey.
10                    THE COURT:  So when we bounce it back and
11    forth between placement and rooms, I'm using your
12    terminology for my measurements.  And therefore we have
13    -- and I've got all day, I hope you do -- 3,930 on
14    August 1st and 4,117 on September 17th.  And if I'm -- I
15    could be 10 off.  But is that about right?
16                    MS. MARSTON:  The 3,900 does sound right.
17    I can get you the exact number.  What I will say, Your
18    Honor --
19                    THE COURT:  Well, just a moment.  We'll
20    go back to it then.  We're going to slow down because
21    I'm going to get an answer to this.  Eddie, would you go
22    back to the August 1st presentation?  And would you take
23    what Roomkey represented on there?  July 31st would be
24    the room tracker.  Is this accurate?
25                    MS. MARSTON:  I would have to look
```

1    closer.  I'm having a hard time seeing it.

2                    THE COURT:  Well, come on up.  Don't be -

3    - this is a federal court.  But today we're just -- take

4    a look at it.  Is this accurate?  Because it's right off

5    your website.  If you want to, I can do that.  We just

6    pulled it up.

7                    MS. MARSTON:  No.  That's absolutely

8    correct.

9                    THE COURT:  Okay.

10                   MS. MARSTON:  The only reason I would --

11                   THE COURT:  Okay.  Now if that's the case

12   and we're measuring apples to apples, which is rooms to

13   rooms using your vernacular, then we've got 4,117 rooms

14   on September 17th.  Eddie, if you'd flip that up again?

15   Take a look at it if you want to.  Come on up.  Is that

16   accurate?

17                   MS. MARSTON:  Yeah.

18                   THE COURT:  Okay.

19                   MS. MARSTON:  Your Honor, the only reason

20   I was questioning is because some rooms have come

21   offline since then.

22                   THE COURT:  Well, don't worry.  We've got

23   all day.

24                   MS. MARSTON:  Yeah.

25                   THE COURT:  Trust me.  Okay.  So your

                                              Page 155

```
 1    occupancy peaked, you've got 3,779.  Is that correct?

 2                    MS. MARSTON:  Occupancy peaked at over

 3    4,000.

 4                    THE COURT:  Okay.  And September 5th

 5    occupancy, according to your figures right now, show

 6    3,575.  Is that correct?

 7                    MS. MARSTON:  I would have to double-

 8    check the number as of today.

 9                    THE COURT:  Well, take your time.

10                    MS. MARSTON:  But that's probably right.

11                    THE COURT:  I'll sit here.  Take a look

12    at it.  It's your website.

13                    MS. MARSTON:  Yeah.  I'm just saying I

14    want to check our occupancy report if --

15                    THE COURT:  Go grab it.

16                    MS. MARSTON:  Okay.

17                    THE COURT:  Okay.

18                    COURT REPORTER:  This marks the end of

19    media two.  The time is 12:55 p.m.  We're off the

20    record.

21                    (End Media 2.)

22                    (Begin Media 3.)

23                    COURT REPORTER:  This marks the beginning

24    of media three.  The time is 12:55 p.m.  We are back on

25    the record.
```

Page 156

```
 1                    MS. MARSTON:  So, Your Honor, as of
 2   today, we have 3,890 people in Project Roomkey.
 3                    THE COURT:  Has 3,892.  Okay.  When we
 4   peaked at over 4,000, and if my numbers are incorrect,
 5   at the 3,779, we showed 3,575 as of today.  I'm going to
 6   take your numbers.  But over 4,000.  What caused the
 7   decrease?
 8                    MS. MARSTON:  Some of the Project Roomkey
 9   sites have shut down, gone offline.
10                    THE COURT:  And that's because they're
11   leased?
12                    MS. MARSTON:  Correct.
13                    THE COURT:  Okay.  Now that's what I want
14   to discuss because I expect somebody's going to come
15   into a federal court in December or whatever.
16                    And I'm going to anticipate that if we're
17   not able to purchase enough property where we have a
18   tangible asset, that this COVID-19 money at some point -
19   - you know, thank you, federal government, thank you,
20   state -- is going to run out.
21                    And our most docile, most helpless, most
22   elderly population is going to be in a position of being
23   told, probably not tossed out on the streets through
24   your good effort, so thank you.
25                    But I'm going to be told or another judge
```

Page 157

```
 1    is going to be told we don't have the money because the
 2    city's not in great shape.  What are we going to do with
 3    those people?
 4                    MS. MARSTON:  So --
 5                    THE COURT:  And how many of those are in
 6    permanent locations, and how many of those are in
 7    temporary leased locations so then when HUD pulls the
 8    plug, what are we going to do with those people?
 9                    MS. MARSTON:  So, Your Honor, the 15,000
10    that we were talking about, that for the recovery plan,
11    that goal is to get those people housed permanently so
12    that they have that subsidy.  The HUD money goes through
13    2024.
14                    THE COURT:  Okay.
15                    MS. MARSTON:  And you're right.  At that
16    point, we are going to need to find a way to continue
17    those people in permanent housing and to fund that.
18                    THE COURT:  And it's going to be hard.
19                    MS. MARSTON:  Absolutely.  Yeah.
20                    THE COURT:  I understand it's going to be
21    very hard.  And I'm very complimentary to you.  I know
22    it's going to be hard.
23                    MS. MARSTON:  Mm-hmm.
24                    THE COURT:  And I'm just anticipating
25    that some court might get injunctive relief if people
```

1    are getting tossed out on the streets --

2                    MS. MARSTON:  Yeah.

3                    THE COURT:  -- where, you know, Judge,

4    don't let that happen because most politicians aren't

5    going to be able to make that call about not giving back

6    a recreation center or, golly gosh, we had this motel or

7    a hotel for a temporary period of time.  But, you know,

8    the city of X doesn't want this hotel.  We're just glad

9    to get rid of you now.  And it's a good excuse because

10   the lease ran out.

11                   MS. MARSTON:  And that's exactly why,

12   Your Honor, we want to focus on the permanent placement

13   so that we're not solely dependent on recreational

14   centers or availability of hotels and motels.

15                   THE COURT:  And there's where I think the

16   disagreement -- and you're going to correct me.  We're

17   going to have this open and transparent discussion.  You

18   can't keep up.

19                   Look at your numbers.  If you continue

20   with these permanent places, we're going to have over

21   12,000 -- or 1,250 people die this year on the streets.

22   Most of the people we're going to lose are going to be

23   because not of COVID-19, because of secondary causes

24   because we can't treat them.  And the third leading

25   cause, by the way, will just be getting hit by a car.

                                            Page 159

```
 1    We've got heart attacks.  We've got narcotics out there.
 2                     And you heard me the last time, or maybe
 3    you didn't.  And that is I think we've just passed
 4    through those 1,000 or 1,200 people and become so
 5    callous that we've just moved on to the next discussion.
 6    There they are.  So we're going to be up about 30
 7    percent this year.  How are you going to reach 15,000?
 8                     And I'm not being critical.  But I'm
 9    really worried that we can't purchase fast enough.
10    That's not a criticism -- that the lease money is going
11    to run out and that you've got all your eggs in one
12    basket.  That one basket is that $500,000 or $400,000
13    long-term supportive housing which is wonderful and not
14    working.  That's part of the solution.
15                     You tell me how I not only get 6,000
16    people off the street, because if you can't do that, you
17    can't come close to 15,000.  And  then tell me how I'm
18    going to get people off the street immediately with the
19    help of all of these parties trying to reach a
20    settlement quickly.  Help me with that.
21                     And if not, then your policy is wrong
22    because you aren't getting a creative mix between
23    emergency and long-term housing.  You put all your eggs
24    in one basket and got sold on the issue.  And that's
25    what I'm critical of.
```

Page 160

1            MS. MARSTON:  So, Your Honor, I

2    absolutely agree with you.  It's not -- it can't be a

3    one-size-fits-all or putting all of our eggs in one

4    basket.

5            We have to have a balance between interim

6    solutions, whether it's pallet shelters, safe parking,

7    all of the things we've been talking today and the --

8            THE COURT:  How about emergency?  Are you

9    onboard with emergency?

10           MS. MARSTON:  Absolutely.  Yeah.

11           THE COURT:  Okay.  So we're no longer in

12   the position of, golly gosh, we can't do it all.  Is

13   that correct?

14           MS. MARSTON:  No.  We're going --

15           THE COURT:  We can do it all.

16           MS. MARSTON:  -- to ramp up as quickly as

17   possible.  And we want all of it.

18           THE COURT:  And we've got the money,

19   don't we?

20           MS. MARSTON:  Right now?  Yes.

21           THE COURT:  We've got $2.4 billion.  Sure

22   you do, because you're trying to get rid of -- not get

23   rid of.  That's a bad term.

24           You've got $600 million you have to

25   account for besides December 31st and another $400

                                        Page 161

```
 1    million over here from the city before December 31st.
 2                    And what I'm afraid of is that you're
 3    putting it all into this solution as fast as you can at
 4    exorbitant cost and then coming into my court and
 5    claiming that you don't have enough money.
 6                    MS. MARSTON:  So, Your Honor, the money
 7    that expires on the 31st of December, we have $50
 8    million from the county.  The rest isn't coming through
 9    LAHSA for these interventions.
10                    THE COURT:  Okay.  I think that's the
11    fundamental concern I have.  And you've heard that
12    before.  You can do it all with $2.4 billion, $2.5
13    billion.  If I wanted to go back, I don't think anybody
14    would look very good if I called for a federal
15    accounting.  Do you understand me?
16                    MS. MARSTON:  Mm-hmm.
17                    THE COURT:  I never want to hear that you
18    don't have the money.  You not only have the money,
19    you've got the money for the 6,800, you've got the money
20    for the old folks in this town and if you don't, you
21    tell me right now and we'll have an accounting.
22                    MS. MARSTON:  So the billion, the $2
23    billion --
24                    THE COURT:  Do you have the money?
25                    MS. MARSTON:  We don't have the $2
```

Veritext Legal Solutions
866 299-5127

```
 1   billion at LAHSA.  LAHSA has $50 million in corona

 2   relief funds that expires December 31st.

 3                    THE COURT:  Can you do both?  Can you do

 4   both?

 5                    MS. MARSTON:  Yes.

 6                    THE COURT:  Okay.  That's a substantial

 7   change.  I appreciate that.  Okay.  Hold on for just a

 8   second.

 9                    I will help you in any way possible as a

10   court if you're accountable.  I will help you in any way

11   possible to avoid this situation where we can't acquire

12   property quickly enough and we've got our homeless

13   population in a situation where we're being told we

14   don't have money and we're going to take these 3,000

15   people and put them out on the street and we're going to

16   slow down and not account for, you know, this other

17   50,000 or 60,000 out there.

18                    But I am astounded at the past.  I

19   disagree with your policies.  I will state that in terms

20   of everything being in one bucket.  And I think that

21   that's what's happened with these 500,000 units which I

22   applaud if you can get them.

23                    I applaud long-term supportive housing.

24   I don't applaud the lack of mix in the past, letting

25   those people die.
```

Page 163

```
 1                    MS. MARSTON:  And that's absolutely why
 2      we're trying to build it all right now.
 3                    THE COURT:  Okay.
 4                    MS. MARSTON:  Yeah.  We're in agreement.
 5                    THE COURT:  I'll work with you on that,
 6      understood?
 7                    MS. MARSTON:  Okay.
 8                    THE COURT:  Okay.  Before I just wasn't
 9      certain.
10                    MS. MARSTON:  Right.
11                    THE COURT:  I just didn't want to bypass
12      you.  I'm very transparent with you.  Okay.  So I viewed
13      it as an impediment quite frankly.  Okay.  Heidi, you've
14      been extraordinarily polite.  And once again I want to
15      compliment you on the record.  Thank you.
16                    MS. MARSTON:  Thank you.
17                    THE COURT:  Okay.  Okay.  Yeah.  So I'm
18      going to turn to the intervenors or First Alliance
19      first.  You're the plaintiffs.  You can read off or the
20      intervenors can, as I've heard from the city or the
21      county.  Marcus?
22                    MR. MILLER:  Can I just add one thing?
23                    THE COURT:  If I can hear you, because I
24      can't hear you.
25                    MR. MILLER:  I don't need a mic.  I just
```

Page 164

```
 1   want to add one thing.

 2                   THE COURT:  No.  Because I've got a

 3   recorder.  I've got to have you at a microphone because

 4   it's not a transcriber.  It's actually a recorder.

 5                   MR. MILLER:  Yes.  I'm Skip Miller,

 6   lawyer for the county.  Your Honor, just one thing for

 7   the record, for what it's worth.  There is pain on the

 8   general fund at the county on this $17 million because

 9   that's where it came from.  So I just want to make that

10   clear.  We're all in, general fund included, okay?

11                   THE COURT:  That's terrific.  Skip, I

12   respect that.

13                   MR. MILLER:  Thank you.

14                   THE COURT:  But it's that much.  But

15   thank you.  I'd like you to be much more in pain.

16                   MR. MILLER:  Okay.

17                   THE COURT:  Okay.  Much more in pain.

18                   MR. MILLER:  All right.

19                   THE COURT:  We're going to help these

20   folks out.  Okay.  Marcus, before I turn to the -- you

21   have anything you want to say?  Okay.  Okay.  I don't

22   care who goes first.  Brooke?  Shayla?

23                   COURT REPORTER:  Please state your name.

24                   MR. UMHOFER:  Matthew Umhofer, Your

25   Honor, on behalf of the plaintiffs.  Can you hear me
```

Page 165

1    okay?

2                    THE COURT:  No.

3                    MR. UMHOFER:  I'll take this off.

4                    MS. MARTINEZ:  Take it off.

5                    MR. UMHOFER:  Matthew Umhofer, on behalf

6    of the plaintiffs, Your Honor.  We filed this case six

7    months ago now.  We are now where we probably could have

8    been six months ago.

9                    But I am pleased to report that there is

10   some progress here.  We had been having conversations

11   with the city under the guidance of Judge Birotte.  And

12   we have in place a framework with the city, that we have

13   agreed upon with the city for moving forward on an

14   omnibus deal.

15                   The success of that framework depends on

16   the city and the county's ability to bridge whatever

17   divide there is on funding, on services, et cetera.  And

18   we are going to need the county, and I appreciate Mr.

19   Miller's comments today to step up to make this

20   framework work.

21                   And so, I know that the city and the

22   county are headed into dialogue under the leadership and

23   mediation of Judge Birotte.

24                   We as the plaintiffs are impatient.  We

25   believe that this can be done now and whatever divides

                                              Page 166

```
 1    us on this issue is dwarfed by the moral obligation that

 2    we have to help the people struggling to survive on the

 3    streets just steps from this building.

 4                   We are happy to answer any questions,

 5    Your Honor.  But we're pleased at the progress we're

 6    making with the city.  And we look forward to hearing

 7    back on the city and the county's efforts to agree on a

 8    funding mechanism for the framework that we have

 9    outlined.

10                   THE COURT:  Okay.  Brooke, I don't care.

11    Do you want to start or Shayla or Carol?  It doesn't

12    matter.

13                   MS. MYERS:  Thank you, Your Honor.

14    Shayla Myers, on behalf --

15                   THE COURT:  Thank you.

16                   MS. MYERS:  -- of the city intervenors in

17    this case.  So that's LA CAN and LA Catholic Worker.

18    And we appreciate the opportunity to sit here this

19    morning and listen to the city council, all 15 of the

20    members outline their plans to move forward to build

21    interim housing.

22                   I think you've been clear, Your Honor and

23    I think we've all been clear.  I think that interim

24    housing is an important step for part of what we're

25    doing in this city.  But interim housing is never going
```

Page 167

```
 1    to be the solution.

 2                    THE COURT:  Right.

 3                    MS. MYERS:  Interim housing is just that.

 4                    THE COURT:  Let's move on because we both

 5    agree.  No Hoovervilles.  No -- we're trying to get

 6    long-term supportive eventually.

 7                    MS. MYERS:  But, Your Honor, we don't

 8    need long-term supportive housing.  I think my co-

 9    counsel, Carol Sobel, says this often and more

10    articulately than I can, that most of the people who are

11    unhoused on the streets of Los Angeles don't need

12    permanent supportive housing.

13                    Measure HHH is a measure that was

14    designed to build some level of permanent supportive

15    housing to meet the need.  But it was never about

16    solving the problem of 60,000 unhoused people on the

17    streets of Los Angeles.  We have 60,000 unhoused people

18    in the county of Los Angeles and 45,000 unhoused people

19    on the streets of the city of Los Angeles.

20                    Permanent supportive housing is one piece

21    of it.  It is an important piece of it.  And we will --

22    we will defend the building of permanent supportive

23    housing until the end of time.

24                    But it's only a piece of it.  The interim

25    solutions that are being proposed today by the council
```

Page 168

```
 1    are important as a slice of what is happening.  But when

 2    there is no exit for people, interim housing becomes a

 3    devastating waystation for people.

 4              When there is no plan for people to move

 5    out of homelessness, when there is just pallet shelters

 6    and the city's plan is predicated on 10 placements in

 7    five years.  But there is no strategy for people to move

 8    out of homelessness after those placements, then that's

 9    a fiction.

10              And, Your Honor, I think we are concerned

11    as the intervenors in this case that a lot of what is

12    being said, a lot of the numbers that are being used, a

13    lot of what's being put forth in this court and in the

14    pleadings really is just that.

15              They are numbers that are a fiction, that

16    at the end of the day are not going to do what Your

17    Honor came to Los Angeles to do, what people in this

18    room have been fighting for a very long time.

19              I want to take just a minute to address

20    the issue of the LAHSA Project Roomkey and the overlap

21    with the 6,700 because I think that conversation is

22    really, really important for us to understand and really

23    drill down on.

24              Obviously Ms. Marston is the expert on

25    this.  Obviously there are people in the CAO's office
```

Page 169

```
 1    who can speak to this.  And, Your Honor, I think they
 2    are speaking to it in different forums.  I just don't
 3    think they're speaking to it to you.
 4                 So there are 6,700 interventions that the
 5    city is talking about in response to this city and
 6    county settlement.  Approximately 3,700 of those are the
 7    freeway placements and 3,000 of those, it's my
 8    understanding, are about the folks who are over 65 and
 9    have medical conditions.
10                 That is a direct overlap with 15,000 of
11    the people that Ms. Marston is talking about who have
12    been identified by LAHSA.  It's a Venn diagram.  It's
13    very straightforward.  That 3,000 overlap, we can't say
14    that they're additional people because they're the same
15    people that have been identified.
16                 THE COURT:  Right.
17                 MS. MYERS:  I think we have to be honest
18    when we're talking about these numbers and really drill
19    down and say this is what we're talking about.  So
20    there's the freeway number.  There's the 15,000 from
21    LAHSA.  And there's overlap.
22                 And our concern is that when the city is
23    talking about funding and talking about funding these
24    proposals, that they're stopping at the 6,700
25    conversation, that the $97 million that they're talking
```

Veritext Legal Solutions
866 299-5127

```
 1   about to fund the 3,000 placements of rapid rehousing,

 2   which we think is an important and incredibly flexible

 3   strategy that really does lead potentially to

 4   permanency, but that 3,000 is an overlap.

 5                  That 3,000 is not new construction,

 6   right?  That 3,000 -- and I believe the CAO's office

 7   talked about this at the city council meeting.  The

 8   reason why the city council came to that 3,000 number

 9   was because that was just to hit a goal for you of

10   6,700.

11                  THE COURT:  I see.

12                  MS. MYERS:  It wasn't about rightsizing.

13   It wasn't about having a conversation about what was

14   needed to house people along the freeways or to house

15   the additional 3,000 people who needed the

16   interventions.  It was about getting to a number.

17                  And our concern when we are having

18   conversations that are solely about numbers is it

19   ignores the 45,000 people who are unhoused on the

20   streets of Los Angeles and it ignores the fact that

21   every day in Los Angeles people are moving out of

22   homelessness already and falling into homelessness.

23                  The county talks about this again more

24   eloquently than I could about the ways in which people

25   move in and out of homelessness, right?  That 60,000
```

Page 171

```
 1   number that's on the streets of Los Angeles is not a

 2   static population.  It's not about people.

 3                It's about the shortfall in our system

 4   about providing the number of units that we need to

 5   solve this problem.  And our concern is is that as we

 6   talk about being able to house people who are currently

 7   placed.  And because they've done that thing, because

 8   they've housed that number of people, they can now move

 9   towards a system of arrest or a system of displacement

10   because they've talked about this single -- the group of

11   people who are currently on the streets.

12                Well that, Your Honor, says nothing about

13   the people who are falling into homelessness every day.

14   It says nothing about the shortfall that we are going to

15   have when we are forced to face the economic downturn

16   related to COVID.

17                It says nothing, Your Honor, about the

18   tsunami effect that we are looking towards as the

19   economic downturn comes into a reality.  This is about

20   what we have heard today in many of the councilmembers'

21   reports.

22                And, Your Honor, in your presentation

23   about 54th to 58th and Grant.  I will tell you that

24   population that lives between 54th and 58th and Grant in

25   Council District Nine, they are 12 blocks from my
```

Page 172

```
 1    office.  I spend a lot of time there, Your Honor, as a

 2    legal aid lawyer who works in that community.

 3                    THE COURT:  Sure.

 4                    MS. MYERS:  I spent a lot of time with

 5    those folks.  And I talk to them not just about why they

 6    are unhoused, but about why they're unhoused there.  Why

 7    is it that there are a hundred people living in the same

 8    place along the 110 freeway between 54th and 58th and

 9    Grant.  And it is because they have been pushed there.

10                    It is because that is the option that has

11    been provided to them in the community.  It's because

12    they've been harassed by neighbors.  It is because they

13    have been harassed by cleanups.  It is because they have

14    been harassed by the police.  It is because that is the

15    place where they have ended up because it has been the

16    safest place for them to go.

17                    And as we look at your freeway order and

18    we look at what the city is moving towards when it comes

19    to building special enforcement zones around bridge home

20    shelters, right, we are talking about a story of yet

21    more displacement for those folks.

22                    THE COURT:  Part of the hope for a global

23    settlement that Judge Birotte will be talking to

24    everybody about is the very exit strategy that you

25    talked about today.  That was not stressed on the last
```

Page 173

```
 1   occasion.
 2                MS. MYERS:  It's our hope, Your Honor,
 3   that anything that comes out of this will not be
 4   displacement.  But it will be placement, right?  It will
 5   not be about moving unhoused people from one location to
 6   another, which is ultimately what enforcement strategies
 7   do, which is what special enforcement zones do, which is
 8   what freeway orders do, which is what these temporary
 9   shelters do.  They displace people.
10                We are invested in permanent strategies
11   that actually place people in communities and in homes.
12   Thank you, Your Honor.
13                THE COURT:  Well, thank you, Shayla.
14   Carol or Brooke?  And because I gave First Alliance, you
15   know, one, if you want two, that's fine or anybody else
16   want to make a comment.
17                So Carol, you weren't able to be with us
18   the last occasion.  So I want you to have the courtesy
19   of being able to speak on this occasion, okay?
20                MS. SOBEL:  Thank you, Your Honor.  And I
21   want to thank Shayla for what she had to say.  And I
22   join in everything she had to say.  I appreciate Your
23   Honor referencing the tsunami that we anticipate coming.
24   But we were facing a tsunami on homelessness before
25   COVID-19.
```

Page 174

```
 1              The experts that the city conferenced
 2   with to look to homeless policies, Professor -- I'm
 3   going to draw a blank on his name now, the guy from the
 4   University of Pennsylvania -- Dennis Culhane.  He told
 5   people.  He's been writing for years.  If you think
 6   things are bad now, wait until the Baby Boomers age out.
 7   So we were already going to face a tsunami.
 8              I'm a Baby Boomer.  I'm the first year.
 9   Everybody knows my age now.  And that's fine.  But I
10   talk to my friends, and I talk to people who are on the
11   street.  And I see what they have to say.
12              So we had this double-pronged tsunami
13   that was coming at us, not just people who got dislodged
14   by COVID-19 and the loss of jobs, et cetera, but people
15   who are old and don't have the income.
16              And they don't have the income because
17   not only are they getting affected now, but they were
18   affected by the 2008 Great Recession when they lost
19   their jobs, went through their savings, went through
20   their retirement and will now forever be living on a
21   lower Social Security.
22              So my point about that is that I think
23   this is important to have interim solutions.  But I am
24   very concerned based on past experience in this city
25   that we will stop with those interim solutions because
```

Page 175

```
 1    those interim solutions will use up all of our money.

 2                   And all of the LAHSA figures that I've

 3    looked at and everything else, the reports, and I said

 4    to Your Honor earlier when we submitted our settlement -

 5    - our confidential settlement statement and said it

 6    doesn't make sense to spend money on temporary fixes

 7    when in the same time you could start to spend the money

 8    on more permanent fixes that will get you places where

 9    people can be, whether it's modular homes or something

10    else, that we will use up all that money.  And then we

11    won't have the money.

12                   And we will be as we were with Jones,

13    people living on the street for decades because no one

14    spent money or no one said they had money or the money

15    was misspent on law enforcement rather than on places

16    for people to live.

17                   So I implore people to take a different

18    focus here.  This just isn't going to work.  It may

19    provide a few solutions in short-term places.  But it's

20    not going to work long-term.

21                   And I am concerned about some of the

22    things I heard here.  As Your Honor knows, we have been

23    adamant from the beginning that we will not agree to

24    another 60 percent solution.

25                   The conversation with Councilmember
```

Page 176

1     Krekorian, if he reaches 60 percent and can do

2     enforcement, doesn't he then push people into the next

3     district and they go above 60 percent?  This piecemeal

4     solution is only going to be problematic in the short-

5     term and in the long-term.

6                    And so, again, I really think that while

7     it's important to find places for people to be, I think

8     we can find permanent places for people to be and that

9     most of the people who are on the street do not need all

10    the supportive services.

11                   We pay as much -- LAHSA gives as much

12    money per day to the shelters as would pay for an

13    apartment for someone.  $61 a day, and it may be higher.

14    It was when I announced -- when I said the last time

15    what it was, Heidi was sitting next to me and leaned

16    over and said it's higher.  I don't know if it's gone up

17    again.  I'm sure it will go up next year.

18                   It doesn't make sense.  It really doesn't

19    make sense to cram people into congregant shelters and

20    pay what we would pay for rent in an apartment for them.

21                   And so, I really think we need to think

22    about the basics here before we spend billions of

23    dollars on solutions that really aren't solutions at

24    all.  Thank you.

25                   THE COURT:  Just a moment.  Okay.  So

                                              Page 177

```
 1    here's my bottom line.  You've already spent billions of

 2    dollars without much success.  Second, I won't stand for

 3    inertia.

 4              Even if -- and I'm willing to make an

 5    attempt and make a mistake and humbly apologize.  But

 6    that inertia has had a chilling effect.  And so, if you

 7    think the last 17 or 20 years have worked, it hasn't,

 8    okay?

 9              So that's my bottom line.  So you'll go

10    back into settlement discussions with Judge Birotte.

11    Hopefully you'll be successful.  If not, trust me, the

12    court will take action.  I wrote a sua sponte

13    preliminary injunction one time.  Some of you are going

14    to be very happy.

15              But I'm happy to move forward with this

16    if you can't because we're going to lose 12,500 people

17    out on the street this year who are going to die, most

18    of those, many of them needlessly.

19              What you have done is you've spent

20    exorbitant amounts of money.  It reminds me of

21    Afghanistan.  I've seen villages built overnight.  And

22    the copout is that the more money we give, somehow the

23    better the solution.  This money is almost an obstacle

24    unless it's spent wisely.

25              And finally, I look at the city not as
```

Page 178

```
 1   one entity.  Skid Row and that community is entirely
 2   separate in many ways and unique versus the other areas
 3   of the city that we're dealing with.  And I told you
 4   before the folks out there are worried about
 5   gentrification.  They want housing.  They want services.
 6   And this is not getting to the street.
 7                 So there's no explanation you can give to
 8   this court that is satisfactory until I can walk down
 9   the street and see a substantial change and not just
10   listen to council.
11                 Now I want to thank you.  You've been
12   extraordinarily courteous today.  There will be another
13   monitoring session because the two of you haven't been
14   able to reach milestones.  So we'll have another
15   monitoring session.  And I'm not sure if it will be in
16   October or November.
17                 But I humbly want to thank you.  Marcus,
18   do you have anything further?  Skip?  Can I talk to you
19   this weekend about how much more money the county's
20   going to give?  Excellent.  Good.  Byron?
21                 MR. MCLAIN:  Nothing, Your Honor.
22                 THE COURT:  Okay.  Matt?  Liz?  Brooke?
23   Shayla?  Carol?  Okay.  Anybody in the audience?  No?
24   Okay.  Okay.  I apologize.  Next time, okay?  Okay.  All
25   right.
```

Page 179

```
 1                    COURT REPORTER:  This marks the end of

 2     media three.  The time is 1:23 p.m.  We are off the

 3     record.

 4                    (Off the record.)

 5                    (End Media 3.)

 6                    (Whereupon, at 1:23 p.m., the proceeding

 7               was concluded.)

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

                                              Page 180

```
 1                   CERTIFICATE OF NOTARY PUBLIC
 2            I, FABIAN VENEGAS, the officer before whom the
 3     foregoing proceedings were taken, do hereby certify that
 4     any witness(es) in the foregoing proceedings, prior to
 5     testifying, were duly sworn; that the proceedings were
 6     recorded by me and thereafter reduced to typewriting by
 7     a qualified transcriptionist; that said digital audio
 8     recording of said proceedings are a true and accurate
 9     record to the best of my knowledge, skills, and ability;
10     that I am neither counsel for, related to, nor employed
11     by any of the parties to the action in which this was
12     taken; and, further, that I am not a relative or
13     employee of any counsel or attorney employed by the
14     parties hereto, nor financially or otherwise interested
15     in the outcome of this action.
16
17
18
19
20                  FABIAN VENEGAS
21            Notary Public in and for the
22               State of California
23
24
25
                                             Page 181
```

```
 1              CERTIFICATE OF TRANSCRIBER

 2              I, BENJAMIN GRAHAM, do hereby certify that

 3   this transcript was prepared from the digital audio

 4   recording of the foregoing proceeding, that said

 5   transcript is a true and accurate record of the

 6   proceedings to the best of my knowledge, skills, and

 7   ability; that I am neither counsel for, related to, nor

 8   employed by any of the parties to the action in which

 9   this was taken; and, further, that I am not a relative

10   or employee of any counsel or attorney employed by the

11   parties hereto, nor financially or otherwise interested

12   in the outcome of this action.

13

14

15

16

17

18

19

20

21

22              BENJAMIN GRAHAM

23

24

25

                                        Page 182
```

**[& - 3,900]**

| & |
|---|

**&**   2:4 3:12

| 1 |
|---|

**1**   6:16
**1,000**   21:14 160:4
**1,200**   160:4
**1,250**   159:21
**1.2**   87:8 88:22
**1.9**   35:6
**10**   31:5,7 35:22
   36:3,6,6,10 47:4
   85:15 116:22
   120:16 121:20
   124:4 134:23
   154:15 169:6
**10,000**   85:20,23
**100**   12:6 24:2 61:5
**1000**   3:20
**101**   79:1
**103**   36:12
**105**   57:9
**10th**   31:8
**11**   45:18,25 46:4,4
**11.8**   146:5,25
**110**   173:8
**111**   26:23 86:4
**116th**   131:19
**12**   145:18 149:16
   172:25
**12,000**   159:21
**12,500**   178:16
**120**   71:7
**1206**   95:18
**124**   82:21
**125**   19:19
**128**   8:21 9:9
**12:55**   156:19,24
**134**   68:10,15
**136,000**   124:2

**138**   58:15
**139**   43:11,20
**13th**   82:22
**14**   8:14 9:4 36:25
   93:13 95:3 98:5
   114:22 117:9
   134:1 145:18
**140,000**   75:8
**14th**   94:14
**15**   12:18 31:5
   35:22 117:9
   167:19
**15,000**   151:2,19,23
   151:24,25 152:6,9
   152:10,21 153:1,1
   158:9 160:7,17
   170:10,20
**150**   104:10
**151**   101:24
**1550**   2:14
**15th**   31:9 98:9
   116:12
**16**   38:25
**160**   62:4 88:22
**163**   87:14
**16th**   17:14,18
   114:2 127:3,8,12
   127:14 133:5
   138:12
**17**   1:12 6:10 30:24
   143:2 165:8 178:7
**170**   143:25
**17500**   181:19
**179**   86:3
**17929**   182:21
**17th**   17:18 153:9
   153:19 154:14
   155:14
**18**   139:7,8
**1819**   35:21

**187**   153:17 154:7
**188**   55:17
**18th**   17:18
**19**   62:9 73:3 75:24
   128:1 157:18
   159:23 174:25
   175:14
**1999**   3:20
**19th**   17:18
**1:23**   180:2,6
**1st**   148:22 153:7,8
   153:19 154:14,22

| 2 |
|---|

**2**   6:17 39:7 95:18
   96:11 105:23
   106:2 156:21
   162:22,25
**2.2**   96:11
**2.4**   85:5 161:21
   162:12
**2.5**   125:8 162:12
**2.5.**   85:5
**20**   18:3 23:8 26:4
   26:6 27:3 33:13
   35:3 36:6,7,11
   103:20,25 116:22
   145:5 178:7
**20-02291**   1:7
**200**   1:16 2:5 3:5
   6:11 43:18 82:21
   82:22 87:13
   105:22,24 107:19
   117:3
**2006**   96:23
**2008**   175:18
**2017**   85:8 87:10
**2018**   85:8 87:9,10
   95:20
**2019**   85:11 94:3
**2020**   1:12 6:11

**2021**   57:1,2 133:18
**2024**   158:13
**204**   26:15
**205-6520**   2:8
**21**   36:25 56:25
   114:22
**21,000**   152:7
**210**   2:20
**213**   2:8 3:8
**22**   133:24 136:20
   137:6,10,21 139:2
**22,000**   94:4
**23**   35:17 88:7
   133:1
**24**   29:6 36:17
   101:24 102:13
   125:8
**24/7**   82:4 115:24
**2444**   36:5
**25**   40:8,8 65:14
**250**   12:11 127:17
   132:9 138:24
   143:12,25 151:1,4
**258**   144:7
**26**   82:15,17
**276**   87:11
**286**   141:4

| 3 |
|---|

**3**   80:4 156:22
   180:5
**3,000**   105:11
   148:12 163:14
   170:7,13 171:1,4,5
   171:6,8,15
**3,575**   156:6 157:5
**3,700**   170:6
**3,779**   156:1 157:5
**3,890**   157:2
**3,892**   157:3
**3,900**   154:16

Page 1

**[3,930 - 93]**

**3,930**  153:8 154:13
**30**  43:17 46:23
  84:25 86:6 87:3
  94:15 105:10
  111:24 144:24
  160:6
**30,000**  85:22
**300**  105:3 127:17
  132:22 151:14,20
**31**  45:9,17 46:5
  49:14
**310**  2:22
**3110**  2:20
**31st**  154:23 161:25
  162:1,7 163:2
**323**  3:16
**33**  17:12
**3300**  3:13
**35**  10:6 35:2 46:16
**350,000**  86:9
**36**  55:24
**363**  87:11,12
**393-3055**  2:22

**4**

**4,000**  156:3 157:4
  157:6
**4,117**  153:10
  154:14 155:13
**40**  10:6 27:4 33:11
  75:18,21 76:12
  83:3 134:24 135:2
  135:3 136:15
  138:25
**400**  10:21 143:21
  161:25
**400,000**  160:12
**405**  44:15 47:19,21
  47:22 103:20
  104:1
**41**  43:15 56:8
  76:13 102:5

**42**  8:21 9:12 43:15
**4260611**  1:19
**430**  26:19
**45**  33:12 84:18
**45,000**  168:18
  171:19
**450**  81:13
**450,000**  86:9
**4701**  35:16
**475**  130:21
**48**  72:22
**482**  10:20 14:4
**485**  65:9
**49**  86:3 102:13
**4:30**  118:21

**5**

**50**  12:12 20:24
  45:8 49:18 71:8
  81:19 103:13
  130:13,20 131:3
  131:23 132:2
  145:5,22 162:7
  163:1
**50,000**  163:17
**500**  10:20 14:5
  48:14 143:20
**500,000**  160:12
  163:21
**51**  102:4
**52nd**  9:22
**54th**  172:23,24
  173:8
**555**  3:13
**559,000**  86:10
**56th**  9:22
**58**  88:5
**58th**  172:23,24
  173:8
**59**  102:3,7
**5:00**  52:3,5,19

**5:15**  113:21
**5:30**  113:20
**5:45**  16:13 51:17
  113:20
**5th**  156:4

**6**

**6**  51:17
**6,000**  62:2 120:16
  121:19 160:15
**6,700**  150:13
  169:21 170:4,24
  171:10
**6,800**  147:23 148:8
  148:12,14 150:13
  151:16,22,24
  152:7,9,20 162:19
**60**  13:19 26:20
  53:17 54:2,7 55:5
  116:20 151:15
  176:24 177:1,3
**60,000**  163:17
  168:16,17 171:25
**600**  119:25 131:18
  161:24
**600,000**  86:16,20
**61**  177:13
**617**  2:5
**636-2704**  3:16
**64**  56:2
**65**  170:8
**650**  73:20
**67**  38:20 68:11,22
  71:11
**68th**  12:4

**7**

**7**  53:2
**7,000**  62:2
**70**  36:1 61:18
  102:10,21 131:3
  146:8,9

**700**  3:5 62:4
**710**  138:15
**72**  66:4
**73**  58:14
**739,000**  86:14
**74**  24:11
**746,000**  86:13
**75**  13:10 56:12
  105:4 130:10,20
**76**  24:6
**78**  86:5
**7th**  2:5 35:10

**8**

**8,600**  152:1
**80**  19:13 24:2
  39:22 116:19
**800**  123:11 145:15
  149:13 151:19
**81**  76:24 77:3,5,7
**82**  26:20
**85**  63:14 65:13,17
  68:4
**86**  87:10 145:16
**88**  55:17
**8th**  2:14 26:10
  31:8

**9**

**9**  52:8
**9,000**  75:2
**90**  13:19 16:4
**90012**  1:17 6:12
**90012-4119**  3:6
**90017**  2:6,15
**90067-4632**  3:21
**90071**  3:14
**90405**  2:21
**91**  26:10
**91.38.**  123:24
**93**  26:13

Page 2

[97 - agree]

**97** 105:13 170:25
**978-4681** 3:8
**98** 40:8
**9:30** 118:21
**9:59** 6:19
**9th** 31:8

**a**

**a.m.** 1:13 6:10,14
6:19
**ability** 38:16 76:16
89:11 100:8
113:25 166:16
181:9 182:7
**able** 11:23 12:20
17:16,23,25 18:5
19:5 20:9 26:5,16
26:23 37:6 42:2
49:15 53:13,20
56:8 58:16 59:8
69:2 75:14 89:11
107:9 109:7,16,17
110:7,22 124:12
157:17 159:5
172:6 174:17,19
179:14
**absence** 15:7
**absolutely** 43:4,8
54:13 76:9 80:16
80:19 88:1 97:2,8
97:10 99:7 100:14
116:19 152:4
155:7 158:19
161:2,10 164:1
**absolved** 132:11
**absorbing** 147:25
**abuse** 41:8 45:19
**acceded** 106:3
**accept** 21:4 41:4
**acceptable** 7:3
31:13 104:20
127:16 148:15

**accepting** 38:20
70:12 151:12
**access** 13:22 62:12
62:20,24
**accessible** 64:7
**accidents** 17:21
**accommodate**
12:14 46:23 56:8
57:16,18 58:14,16
71:7 72:22 73:18
**accommodating**
13:10 71:8
**accommodations**
68:2
**accomplished**
147:16
**account** 55:3
161:25 163:16
**accountability**
91:20 106:5,9,11
107:13
**accountable**
105:17 107:3
163:10
**accounting** 148:5
162:15,21
**accurate** 154:24
155:4,16 181:8
182:5
**ackley** 7:3 104:19
**ackley's** 108:2
**acknowledgeme...**
6:5
**acquire** 61:17
101:24 163:11
**acquisition** 69:10
71:18 75:17 76:18
**acquisitions** 69:3
**act** 20:14 120:5,5
**action** 27:14
107:25 109:15

178:12 181:11,15
182:8,12
**actions** 105:9
**active** 61:17 78:9
**actively** 24:19
**actual** 60:4 65:8
90:21 97:8
**acute** 41:7
**adamant** 176:23
**adams** 16:4 35:16
**adaptive** 89:3
**add** 40:8 164:22
165:1
**addendum** 151:3
**addiction** 89:2
**adding** 62:13
87:16
**addition** 12:13
16:4 19:10,22
27:2 43:16 46:15
47:14 65:4 71:16
107:18 133:23,23
**additional** 12:10
14:15 18:2,3,13
24:11 39:2,16
46:1,16 71:18
78:21 83:3 132:22
133:3 170:14
171:15
**additionally** 40:6
**address** 24:19
25:7 30:15 62:6,7
71:12 85:3 88:3
101:24 103:12
110:7 136:12
169:19
**addressing** 110:1
143:11
**adequate** 116:11
**adjacent** 21:8 33:1
34:12 38:17,24

58:3 143:12
**adjust** 87:24 88:19
**administer** 6:6
**administration**
13:3 139:21
**administrative**
4:11 101:21
119:14 123:14
**advantage** 28:23
**advocacy** 8:14
**advocates** 26:2
31:21 43:11 54:12
108:17 115:7
116:19 142:14
**aesthetic** 63:24
**affordable** 32:3
**afghanistan**
178:21
**afraid** 44:10
146:20 162:2
**african** 84:20
**afternoon** 51:19
**age** 175:6,9
**aged** 39:14 40:9,13
**agencies** 15:18
27:16
**agency** 15:25
29:19 109:25
135:11 140:5
141:16
**agenda** 32:4
**aggravate** 27:22
**aggressive** 111:3
**ago** 44:9 62:6
82:14,15 107:25
109:7 114:20
143:3 166:7,8
**agree** 14:13 84:16
88:11 161:2 167:7
168:5 176:23

Veritext Legal Solutions
866 299-5127

[agreed - area]

**agreed** 109:22
127:14 166:13
**agreeing** 106:7
**agreement** 25:24
82:10 106:17
147:17 149:2
151:14 164:4
**ahead** 10:14 18:21
98:4 123:3
**aid** 2:13 173:2
**aide** 64:11
**air** 133:3
**airtel** 104:15
105:3,6
**al** 1:5,8 6:9,10
**alden** 26:13
**alexandria** 57:4
67:5
**alleviate** 88:3
**alleyways** 97:5
**alliance** 1:4 6:9
142:14 164:18
174:14
**allocation** 105:10
105:13
**allow** 20:2 23:2
73:20 89:23
**allowed** 7:7
**allowing** 69:9
**allows** 89:14
**alluded** 150:24
**alongside** 10:12,22
22:11 143:20
**alternatives** 45:4
46:8
**altogether** 86:5
98:7
**amazed** 112:8
144:24
**amazing** 115:6

**amenable** 66:23
**america** 12:4 27:6
43:6
**american** 84:20
**amount** 108:20
115:4 124:4
147:16
**amounts** 178:20
**amy** 13:24
**analysis** 46:21
110:14
**andy** 8:15 84:4
115:7
**anecdotal** 48:22
**anecdotally** 66:10
**angelenos** 91:22
93:19
**angeles** 1:8,15,17
2:6,10,13,15 3:2,4
3:6,10,14,21 4:3,4
4:5,6,7,9,10,12,15
4:17,18,20,21,22
6:10,11,12 30:14
30:25 31:6,9,10,19
31:19 44:22 84:13
84:15,21 85:12
90:15,18 92:4
93:12 96:15 101:3
101:23 110:8
114:1 119:14
122:9 134:1,21
137:23 142:25
145:14 168:11,17
168:18,19 169:17
171:20,21 172:1
**announce** 6:23
**announced** 177:14
**answer** 80:6 99:3
154:21 167:4
**answered** 136:13

**anthony** 115:14
**anticipate** 157:16
174:23
**anticipated** 85:20
**anticipating**
158:24
**anxious** 26:16
**anybody** 29:16
50:4 141:6 162:13
174:15 179:23
**anytime** 108:4
125:2
**anyway** 76:23
78:6 129:11
**apace** 55:10
**apartment** 36:12
102:2,4 177:13,20
**apartments** 10:15
73:6 152:12
**apologies** 83:20
92:15
**apologize** 8:1 27:1
64:15 103:8,10
118:20 119:7
123:18 125:25
126:4 134:11
138:21 140:18
150:20 153:22
178:5 179:24
**apology** 126:6
140:20
**apparently** 9:25
16:3 65:13 148:17
**appear** 53:14
**appearance** 92:7
**appeared** 30:18
**appears** 100:2
**applaud** 163:22,23
163:24
**apples** 153:16,16
155:12,12

**appreciate** 11:21
15:19 17:7 30:16
34:22 67:3 101:17
108:9 140:25
141:11,12 142:6
150:10 163:7
166:18 167:18
174:22
**appreciated** 83:13
84:8 92:8
**appreciation** 6:21
**appreciative** 15:15
123:10
**approach** 14:24
45:3 74:17
**appropriate** 8:10
15:13,23 46:19
**approval** 13:3
67:8 89:22 105:12
**approvals** 87:4
**approve** 93:22
**approved** 46:6
56:13 75:2 81:14
105:10 120:3
**approximate**
32:13 35:2 153:10
**approximately**
24:2 33:11,13
35:6,17,17,21 36:3
49:14 86:6 131:23
132:2 143:12,21
153:7 170:6
**april** 77:14 78:3
83:1 105:2
**area** 10:13 12:14
12:15 21:11,13,13
23:13 35:9 36:4
39:2 49:6,23 50:7
50:11,14 57:15,25
58:5 63:17 66:7
67:9 78:14,25

Veritext Legal Solutions
866 299-5127

[area - believe]

81:13 100:4
102:19,20 138:16
143:13
**areas**   21:7 37:18
37:24 38:24,25
68:10 70:11 71:2
109:19 145:2
179:2
**arena**   135:15
**army**   40:3 82:25
103:7,17
**arranging**   23:10
**arrest**   172:9
**arrested**   9:6
**articles**   104:6
**articulately**
168:10
**articulating**   25:17
**aside**   71:21 85:2
107:19 121:17
**asked**   38:15 109:5
109:16 110:14
136:12
**askew**   10:5
**asking**   107:11
**asks**   151:19
**aspect**   87:7 138:7
139:19
**assemble**   79:12
**assessments**   48:21
**asset**   157:18
**assigned**   6:3
**assistant**   59:8
**assume**   49:20 54:1
**assuming**   86:17
**assure**   6:24 150:12
150:12
**aston**   4:8 108:12
109:23
**astounded**   65:24
163:18

**astounding**   99:19
143:25
**attach**   29:25
**attacks**   160:1
**attempt**   178:5
**attend**   115:21
**attention**   15:16
33:8 51:5
**attorney**   53:12,13
181:13 182:10
**audience**   179:23
**audio**   181:7 182:3
**audit**   85:15,17
88:10 124:1
**audits**   85:7
**august**   84:25 86:4
119:25 153:7,8,19
154:14,22
**author**   95:17
**authority**   4:13
137:22
**authorized**   6:5
87:7
**automobiles**   81:20
**avail**   134:4
**availability**
159:14
**available**   24:13
41:22 48:1 69:13
71:21 91:3 128:4
128:21 130:6
133:4 136:16
139:18
**avalon**   12:5
**avenue**   3:20
**avoid**   163:11
**awaiting**   24:10
**awake**   113:21
**aware**   13:6 14:2
39:4 69:17 70:16
82:10 131:16

139:19
**awfully**   83:20

**b**

**b**   5:1
**baby**   175:6,8
**back**   11:10 16:12
22:1 23:21 28:4
34:11 41:17 49:4
59:1,7 68:13 80:2
83:1 92:8 96:23
100:10,12 102:19
110:15,16 112:21
117:5 124:5 127:3
129:20 133:17
136:1 141:3
142:11 144:2
145:11 146:4,20
147:21 148:15,16
149:16 154:10,20
154:22 156:24
159:5 162:13
167:7 178:10
**bad**   25:22 28:24
41:9 161:23 175:6
**bailiwick**   107:16
**bait**   132:17
**balance**   161:5
**balancing**   20:13
**bales**   84:4
**ball**   95:10
**bandana**   59:9
**bank**   149:18
**barondess**   3:19
**base**   106:2
**based**   175:24
**bases**   140:2
**basic**   23:19 89:10
**basically**   10:25
17:22 44:22
**basics**   177:22

**basin**   104:5,8,11
104:12,19,25
105:4
**basis**   45:7,14
**basket**   160:12,12
160:24 161:4
**battles**   93:22
**bea**   28:6,14
**beacon**   135:14
**bear**   31:12 63:10
**bed**   35:22
**beds**   12:6,11 18:3
18:6 19:13,19
24:2,7,11 26:4,7
26:10,13,15,17,20
26:23 35:17 36:1
39:15,22 40:8,8
45:19 55:15,17,17
56:2,12 58:15
61:18 68:4 71:7
83:3 102:10,13,13
106:6,9 109:11,18
110:10 119:25
120:6,16 121:20
147:17,18 148:14
151:16,19,25
152:1 153:18
**beginning**   6:18
19:12 106:5
108:23 156:23
176:23
**begun**   13:16
**behalf**   2:2,10,17
3:2,10 30:14
108:12 111:1
165:25 166:5
167:14
**beings**   93:8
**believe**   10:16 23:1
26:23 37:13 53:18
65:12 67:23 69:18

[believe - burbank]

80:5 87:23,25
88:18 89:23 90:6
91:18 109:24
117:23 124:11
125:16 129:17
136:8 140:14
147:13 166:25
171:6
**believed** 65:7
**bellflower** 145:17
150:3
**belong** 101:4,5
**benchmarks** 74:20
85:19
**beneficial** 110:24
**benefit** 17:6 66:1
91:22
**benefits** 65:22
**benjamin** 182:2
182:22
**best** 32:5 35:16
36:19 57:16 91:9
153:9 181:9 182:6
**bet** 83:14
**better** 14:3,17
80:11 81:8 90:1
90:19 99:10
116:16 135:16
136:4 178:23
**beyond** 28:6 74:18
150:14
**bid** 35:15 56:13,13
120:11
**bids** 120:12
**big** 17:14 76:25
77:10 95:15
**biggest** 17:15
96:18
**bill** 23:15 59:13
95:18

**billion** 85:5 87:8
88:23 95:21 96:11
96:14 125:8
161:21 162:12,13
162:22,23 163:1
**billions** 85:2
177:22 178:1
**binding** 149:1
**birotte** 11:19
22:12 147:15,21
149:4 152:20
166:11,23 173:23
178:10
**birotte's** 54:4
**bit** 56:12 85:16
96:24 102:20
141:2
**biting** 95:14
**blah** 133:13,14
**blame** 112:10
**blank** 175:3
**block** 78:9
**blocking** 26:3
**blocks** 35:21
172:25
**blood** 93:25
**blumenfield** 4:3
7:15,20 16:19,19
16:20,22,24 17:4
18:11 19:10,15,17
20:12 21:19,25
22:7,16,19
**bmclain** 3:15
**board** 4:19 30:10
147:7 149:14
151:17,22
**bob** 4:3 7:15 16:19
16:19,20 108:13
108:14,15
**body** 35:12

**boe** 46:20
**boise** 53:25 54:21
**bold** 95:14
**bond** 85:25 87:6,8
87:9
**bondholders**
87:16
**bonds** 87:8
**bonin** 4:4 10:23
44:4,5,6,8,18,21
44:25 45:12,16,22
46:2,4,12,15 47:6
47:9,11,22,25 48:5
48:13,16 49:7,11
49:16,22,24 50:8
50:21,25 51:4,7,12
51:20,23 52:2,6,9
52:11,14,16 142:9
**boomer** 175:8
**boomers** 175:6
**border** 44:22
**borderline** 77:19
**bottom** 95:9 178:1
178:9
**boulder** 99:12,13
99:13
**bounce** 154:10
**boxes** 53:3
**bradley** 68:21
**branch** 29:20 95:6
98:23
**brand** 76:13 152:6
**break** 91:19
**breakthrough**
147:14
**bridge** 12:17
19:11 35:19 38:19
39:3,6,16 55:13,16
55:18 67:24 82:8
82:22 102:11,22
102:23 166:16

173:19
**brief** 74:13 119:19
142:15
**briefly** 85:7
119:19
**brilliant** 23:16
**bring** 20:24 23:21
25:25 31:12 32:22
59:1 93:19 98:13
103:18
**bringing** 21:11
103:24
**broader** 25:24
**brooke** 8:15 76:5
114:18 118:2
165:22 167:10
174:14 179:22
**brutal** 118:11
**bsh** 117:12
**bucket** 147:23
163:20
**buckingham**
36:13
**budget** 40:2
**budgets** 97:18
**buffer** 21:13,16
**build** 27:24 28:19
80:21 85:22 97:14
98:6 164:2 167:20
168:14
**building** 64:4
71:22 96:16 97:22
98:6 102:2,5
123:3 167:3
168:22 173:19
**buildup** 21:9
**built** 41:12 85:21
85:21 103:12
138:14 178:21
**burbank** 70:10
71:3

[bureau - choice]

**bureau** 120:11
**bureaucracies** 25:18
**bureaucracy** 59:4 59:22,23 60:10
**bureaucratic** 13:13
**bus** 110:4
**buscaino** 112:4
**business** 32:24 63:21
**buy** 35:15,16 123:11 151:11
**buying** 123:15
**bye** 108:10,10,11 108:11
**bypass** 164:11
**byron** 3:11 179:20

**c**

**c** 2:1 3:1 4:1 6:1
**ca** 1:17 2:6,15,21 3:6,14,21
**cabin** 18:8 19:1
**calculations** 67:8
**calendar** 120:1
**california** 1:2 6:6 6:12 33:13 67:7 95:1,22 101:21 181:22
**call** 7:2,15 9:20 16:14 20:17 29:21 32:9 52:7 58:2,5 74:8 80:4,7 99:6 108:24 114:7 146:13 149:18 152:17,19 159:5
**called** 76:14 117:12 162:14
**calling** 12:13 66:2 66:6 147:21

**callous** 160:5
**calls** 29:12
**caltrans** 4:16 12:24 14:19 59:5 59:8,12,19,21 68:16 122:24 125:20 127:18 132:9 135:11 137:21 140:23 151:1
**camping** 21:16 46:20
**campus** 12:13
**cans** 36:18
**cao** 23:10 118:14 119:2 136:2
**cao's** 169:25 171:6
**capability** 53:18 54:14
**capacity** 23:24 43:19 55:9,16 56:12 61:18 68:2 68:3,5 71:6 77:1 108:20 131:11
**capital** 32:3
**car** 17:21 59:1 66:6,13 116:7 159:25
**care** 8:24 84:6 120:4,5 144:17 165:22 167:10
**cared** 70:7
**carol** 2:18,19 114:19 148:1 167:11 168:9 174:14,17 179:23
**cars** 20:6 65:24 66:12,17,18
**carter** 1:14 9:25 11:18 92:19 98:9 109:14 110:11

**case** 1:6 33:23 61:11 62:4 78:7 134:8 155:11 166:6 167:17 169:11
**cases** 8:23 87:3 91:12
**cash** 87:13,14
**catastrophe** 93:3
**catch** 113:21
**catchment** 39:11
**catholic** 2:10,17 167:17
**caught** 84:1 133:12
**cause** 159:25
**caused** 50:13,18 157:6
**causes** 159:23
**cd** 39:7 98:5
**cedillo** 4:5 7:22 21:20,21 25:3,5,8 25:8,10 27:8,21 28:8,12 29:4,8,11 30:7 112:3
**center** 14:20 16:8 18:1 42:14 55:23 61:22 62:15,15,18 62:19,20 77:13,16 78:2 159:6
**centers** 12:9 159:14
**central** 1:2 79:2
**ceo** 111:2
**certain** 7:12 164:9
**certainly** 14:2 22:9 63:23 80:6 100:11 105:16 106:15 141:25
**certificate** 181:1 182:1

**certify** 181:3 182:2
**cetera** 9:15 10:24 27:13 80:22 108:18 116:5 166:17 175:14
**chair** 74:25
**challenge** 25:19 30:2 59:3,4 84:15 92:25
**challenging** 57:21 64:5
**chambers** 7:18 59:1 101:11
**chance** 14:1
**chandler** 55:22 57:11
**change** 9:16 15:3 49:2 59:22,24 105:20 121:16,17 163:7 179:9
**charade** 117:21
**chart** 151:8
**chase** 110:17
**chased** 66:5
**cheaper** 124:13
**cheat** 97:11
**check** 30:24 136:7 149:10 156:8,14
**checkbook** 146:15
**chester** 39:4
**chief** 64:17 67:3 101:21 108:13 109:1,5,22 110:12 111:2 112:15 113:15
**children** 93:9
**chilling** 178:6
**choice** 53:19 97:13 116:12

[choices - communication]

choices  9:15 54:15
choose  7:11 21:23
chosen  7:25
chronically  41:2
  96:16
circumstances
  90:21
citation  66:3
cited  9:5 67:6
cities  90:16 93:10
  118:8 145:16,18
  145:23 146:3
  149:7
citizens  145:25
city  1:8,15 3:2,4
  4:3,4,5,6,7,9,10,11
  4:15,17,18,20,21
  4:22 6:9,11,20 8:7
  9:15 11:17 15:17
  22:14 23:8 25:15
  30:20,25 31:3,6,9
  31:18 32:22 33:19
  40:5 43:11 50:1
  53:12,13,16,22
  54:2,6,20 61:8,22
  71:2,21,23 75:8
  84:13 85:2 90:4
  93:13,25 95:3,7
  96:19 97:17 99:23
  100:11 101:23
  102:4 105:9,20
  106:3 108:17
  110:8 114:4 116:8
  116:15 118:14
  119:14 120:5
  124:4,6 127:11,21
  127:22 129:2,5
  131:7 133:17
  134:20,21 135:3
  136:2,17 137:22
  140:24 143:2,6

145:14,20,24
146:1,1,5,5 147:1
147:7,11 148:16
149:16 151:2
152:13 159:8
162:1 164:20
166:11,12,13,16
166:21 167:6,7,16
167:19,25 168:19
170:5,5,22 171:7,8
173:18 175:1,24
178:25 179:3
city's  65:14 106:7
  119:18 131:1
  147:3 149:23
  158:2 169:6
citywide  65:10
claiming  148:14
  162:5
clare  45:19
class  51:24
clean  63:17
cleaned  36:18
cleaner  63:24
cleanup  15:9
  21:15
cleanups  173:13
clear  20:18 29:14
  65:17 125:15
  165:10 167:22,23
clearly  93:10
clerk  9:21
clerks  153:23
clients  62:4,6,19
  82:16
climate  27:12 81:5
  81:6
clinic  12:9,9
clinical  75:11
clip  18:16

close  34:15 36:13
  78:25 95:21 98:10
  123:12 160:17
closed  78:5
closely  14:19
  34:21 35:11 42:6
  121:2 143:8
closer  142:18
  155:1
coalition  40:17
cold  27:1,19 81:6
collaborate  33:18
collaboration
  30:15,19 31:18
collaborative
  14:23 15:17
colleagues  30:19
  33:19 93:18 98:12
  121:3
collective  94:12
  98:20
collectively  94:9
  110:9
columbia  33:9
columbus  19:8
combination
  152:11
combined  46:17
come  7:19 15:8
  24:16 45:13 51:8
  53:7 62:19,22
  77:18 83:2 89:19
  89:21 91:12
  102:11 108:15
  111:13 116:20
  118:7 119:3
  125:21 133:19
  150:19 155:2,15
  155:20 157:14
  160:17

comes  10:17 63:9
  107:1 146:11,25
  147:4 172:19
  173:18 174:3
comfortable  81:7
coming  12:21
  16:12 22:14 90:25
  95:21 96:4,15
  107:15 118:8
  134:20 140:23
  141:11 152:12
  162:4,8 174:23
  175:13
commend  73:16
commendation
  15:22
comment  41:24
  65:5 113:19
  174:16
comments  166:19
commercial  138:9
  138:9
commissioner
  13:25
commitment
  11:22 15:2,15
  30:15,23 98:8
commitments
  28:15
committed  46:9
  121:17 151:21
committee  7:24
  11:25 16:18 17:1
  21:18,24 75:1
  97:7,8 110:20,21
  110:21
commonly  96:23
communicate
  100:9 109:8
communication
  13:4

Page 8

[communities - coordination]

communities 18:8 19:2 70:10 109:2 174:11
community 8:19 9:8 10:17 11:4,5,6 11:8 16:15 20:4 20:21,23 21:2,4 28:10 32:23,25 41:12 57:14 63:22 66:2 67:25 71:3 75:11 88:9 99:23 100:2,2,7,10,12 107:5 115:5,9 173:2,11 179:1
companies 80:18
comparison 45:2
compelled 31:16
complaint 66:7
complete 66:8
completed 36:2 39:24 86:5
completely 92:7
complex 87:4
compliance 9:8
complicated 75:10
compliment 9:1 28:2 29:1 53:10 100:15 105:20 106:12 116:14 117:11 127:25 148:15 150:10 164:15
complimentary 149:6 158:21
complimented 117:6 150:8
compliments 52:15 64:10 110:22 114:3 115:4 149:25

complying 31:1
component 62:14
comprehensive 14:23 15:8
computer 62:24
concede 88:8
conceived 88:17
concern 68:10 162:11 170:22 171:17 172:5
concerned 48:23 80:7 113:10 123:23 124:11,22 151:7 169:10 175:24 176:21
concerning 123:22
concerns 41:10 57:16
concerted 8:16
conclude 107:18
concluded 180:7
concrete 83:5
conditions 20:8,9 33:1 36:19 170:9
condoned 117:16
conducted 23:16 41:1 85:7
conduit 146:18
conference 12:3 38:15 40:16
conferenced 175:1
confident 59:17
confidential 176:5
configuration 23:18
configurations 67:8
confirmed 24:5
conflated 141:5
conflict 47:3 147:6

confront 25:15
confronting 30:1
confused 128:15 141:2
confusing 138:20
congregant 177:19
congregate 41:11 89:1
congressional 13:4
connecting 29:12 50:16
consequence 145:3
consequences 26:2 33:15
conservatorships 116:5
consider 15:4
considerably 59:16
consideration 24:10 58:16
constituents 14:11 121:15
construction 39:21 55:15 56:16 57:17 75:3 86:6 86:14 93:23,24 120:13 171:5
consuming 86:3
contact 98:10 100:14
contain 97:3
continue 15:16 22:13 41:15 70:15 86:17 104:24 106:20 158:16 159:19
continued 38:19 100:22 105:1

continues 104:2
continuing 26:22 28:9 51:10 88:22 103:17 107:14
continuous 45:14
contract 70:18 123:8 154:1
contracting 117:11
contractor 79:13
contracts 123:12
contributing 75:8
control 6:24 81:12 81:16 129:16
controlled 81:5,7
controller 4:7 83:20 84:12 95:7
controller's 88:11
controversial 105:15 106:22
conversation 29:5 53:24 84:5,7 109:1,7 110:15 169:21 170:25 171:13 176:25
conversations 19:20 31:2 36:8 70:17,18 94:25 100:23 109:14 114:14 140:15 166:10 171:18
convert 12:20 36:4
converted 19:18
cooperation 101:18
coordinate 14:18 92:3
coordinated 90:24 91:18
coordination 15:1 15:2

Page 9

[coordinator - countywide]

coordinator 119:18
copout 178:22
copy 79:6
corbin 17:13
corners 11:16 23:16 97:11
corona 163:1
corporation 85:13 90:16
corps 40:3
correct 22:6 68:14 68:18 69:23,25 70:4 72:13 79:18 86:23 131:7,13 136:17 152:18 155:8 156:1,6 157:12 159:16 161:13
corrected 153:21
correction 16:9
correctly 86:20
corridor 79:1
cost 23:22 85:13 86:16 87:1,2 89:18 96:18 124:11 162:4
costs 75:9 80:21 85:24 86:8 87:3 93:24 97:3 98:7 123:22
council 4:3,4,5,6,9 4:10,15,17,18,20 4:21,22 8:4 16:20 21:24 24:24 29:2 30:20 31:3,6 33:19 34:14 35:11 35:12 38:16 39:17 42:4 46:6,6 53:15 67:9,10 70:23 74:1 83:17 90:4

92:20 93:13 101:3 101:25 105:9,10 106:16 107:15,18 107:25 109:4,17 109:20 110:11 116:8 120:3,14 121:3 125:14 132:4 134:1 135:11 167:19 168:25 171:7,8 172:25 179:10
council's 6:20
councilman 7:17 7:21,21 9:24 11:9 15:21 16:19,21 21:21,21 22:18,21 25:3,8 30:5,10 32:16 34:6 38:6,7 43:25 44:3,5 92:16
councilmember 7:15 9:19 11:12 16:10,17,24 17:4 18:11 19:10,15,17 20:12 21:19,25 22:7,16,19,23,25 24:1,4,9,18,22 25:1,5,10 27:8,21 28:8,12 29:4,8,11 30:7 34:7,10,20 36:16 37:3,8,13,19 37:22,25 38:3,8,10 38:13,23 39:9 40:12,15 42:9,13 42:17,21,23 43:2,6 43:23 44:1,6,8,18 44:21,25 45:12,16 45:22 46:2,4,12,15 47:6,9,11,22,25 48:5,13,16 49:7,11 49:16,22,24 50:8

50:21,25 51:4,7,12 51:20,23 52:2,6,9 52:11,14,16,19,21 52:25 53:4,6 54:8 54:22 55:1,8,12,20 56:1,5,7,11,16,19 56:23 57:2,4,8 58:1,3,6,11,13,19 58:24 59:3,11,15 60:1,6,8,12,15,20 60:23 61:12,15,21 61:25 62:17 63:4 64:17,22 65:16,20 66:9,15,21 67:2,12 67:15,19,22 68:4 68:14,18,20,25 69:12,16,24 70:4 70:21,25 71:5,10 71:15 72:3,9,13,18 72:21 73:1,4,8,13 73:15,17,24 74:4,6 74:11,25 75:7,20 76:1,7,11,21,23 77:4,7,10,20,23,25 78:13 79:4,8,10,18 79:23 80:13,24 81:3,10,23,25 82:2 82:7,19 83:9,12,14 83:17 92:17 93:15 94:14,21 95:12 96:1,3,8,10,13 98:16 99:7,11 100:17,20,25 101:7,12,17 102:9 102:16,22 103:1,6 103:11,16 104:21 104:23 105:8 106:14,19 107:17 107:21 108:4,9 120:2,19 122:3 130:9 131:15

133:1 176:25
councilmembers 111:9 136:3 172:20
councilperson 74:9 100:10
councilperson's 77:19
councilwoman 67:18 95:5 111:18
counsel 168:9 181:10,13 182:7 182:10
count 43:16,19 70:6 154:7
counting 79:5 150:24 151:10,12 151:23
county 3:10 4:19 15:18 22:14 30:14 30:23 31:9,19 32:22 40:2 63:5 91:5 95:2,23 96:19 97:17 98:21 105:20 106:3 108:17 110:2,8 114:4 116:14,16 121:15 127:23 142:13,25 146:4 146:10,13 147:8 147:10 149:15,25 150:14,16 152:13 162:8 164:21 165:6,8 166:18,22 168:18 170:6 171:23
county's 145:7 146:15 166:16 167:7 179:19
countywide 145:11

Veritext Legal Solutions
866 299-5127

[couple - creative]

| | | | |
|---|---|---|---|
| **couple** 37:18 44:9 | 56:6,10,15,18,22 | 119:4,7,10,16 | 157:10,13,15 |
| 48:12 76:2 77:11 | 57:1,3,6,23 58:2,5 | 120:15,21,24 | 158:5,14,18,20,24 |
| 85:3 109:17 | 58:8,12,18,22,25 | 121:4,8,11,19,23 | 158:25 159:3,15 |
| 115:23 143:3 | 59:7,14,21 60:3,7 | 122:8,12,14,18,23 | 161:8,11,15,18,21 |
| 145:11 | 60:10,14,19,22 | 123:1,17,20 | 162:4,10,17,24 |
| **couples** 76:5,10 | 61:10,14,20,24 | 124:15,18,21,24 | 163:3,6,10 164:3,5 |
| **course** 8:22 62:22 | 62:16 63:3 64:9 | 125:2,4,8,12,16,19 | 164:8,11,17,23 |
| 63:8 74:18 85:3 | 64:13,15,19,24 | 125:25 126:1,6,10 | 165:2,11,14,17,19 |
| 87:24 88:19,20 | 65:19,22 66:14,20 | 126:13,15,18,21 | 165:23 166:2 |
| 91:5 119:9 129:15 | 66:25 67:11,13,17 | 126:24 127:2 | 167:10,15 168:2,4 |
| 134:17 | 67:21 68:3,12,17 | 128:6,10,13,15,18 | 169:13 170:16 |
| **court** 1:1 6:2,18 | 68:19,24 69:11,15 | 128:22,24 129:1,4 | 171:11 173:3,22 |
| 6:20,22 10:3 | 69:21 70:1,20,24 | 129:7,10,12,14,16 | 174:13 177:25 |
| 15:21 16:7,11,18 | 71:4,9,14 72:2,7 | 129:19,25 130:3,5 | 178:12 179:8,22 |
| 17:1 18:10 19:9 | 72:11,16,20,23 | 130:11,14,16,19 | 180:1 |
| 19:14,16 20:11 | 73:3,7,11,14,16,23 | 130:23 131:4,6,9 | **court's** 9:17 |
| 21:17,20 22:1,10 | 74:2,5,8,24 75:6 | 131:11,16,20,25 | **courteous** 179:12 |
| 22:17,21,24 23:23 | 75:19,22 76:4,8,19 | 132:3,7,10,20 | **courtesy** 174:18 |
| 24:3,8,17,21,23 | 76:22 77:1,6,9,15 | 133:8,10,11,13,15 | **courts** 91:13,14 |
| 25:3,7 27:7,20 | 77:21,24 78:12 | 133:22 134:9,15 | **covey** 117:5 |
| 28:1,9,25 29:5,10 | 79:3,7,9,16,21,24 | 134:18,25 135:2,9 | **covid** 6:25 41:10 |
| 30:4,9 31:1 32:11 | 80:14 81:2,9,21,24 | 135:25 136:6,9,13 | 46:22,24 54:17 |
| 32:15,19 33:4 | 82:1,6,18 83:7,10 | 136:15,20,24 | 62:9 67:25 68:1,2 |
| 34:1,5,9,18,19 | 83:13,16,23 85:5 | 137:2,4,6,12,15,20 | 70:14 71:6,7 73:3 |
| 36:15,21 37:4,9,15 | 86:19,22,24 87:18 | 137:24 138:3,5,22 | 75:24 107:21 |
| 37:20,24 38:1,5,9 | 87:22 89:13 91:14 | 139:1,4,6,10,13,16 | 133:12 152:23 |
| 38:12,14,22 39:8 | 92:6,14 93:14 | 139:22,24 140:4,8 | 153:2 157:18 |
| 40:10,14 41:19,24 | 94:20 95:11,24 | 140:11,13,17 | 159:23 172:16 |
| 42:4,10,15,19,22 | 96:2,6,9,12 98:15 | 141:13,18,22 | 174:25 175:14 |
| 42:24 43:3,8,24 | 99:5,8,15 100:7,19 | 142:1,4,6,11,17,22 | **crack** 63:9 |
| 44:3,7,16,19,24 | 100:24 101:2,9,10 | 142:23 143:14,24 | **cram** 177:19 |
| 45:11,15,21,25 | 101:15 102:8,14 | 144:1,4,9,12,14,20 | **crannies** 144:23 |
| 46:3,11,14 47:1,7 | 102:17,25 103:3,5 | 145:14 146:8,23 | **create** 89:8,8 91:8 |
| 47:10,21,24 48:4 | 103:8,15 104:16 | 147:3 149:4,22 | 107:23 113:24 |
| 48:11,14 49:1,9,13 | 104:22 105:7,19 | 150:13,15,18,25 | **created** 91:7 100:6 |
| 49:17,23 50:2,3,10 | 106:18 107:12,20 | 152:4,15,17,19 | **creates** 63:23 |
| 50:23 51:2,6,11,13 | 108:1,8,11,15 | 153:4,15 154:3,6 | 114:13 |
| 51:16,21 52:1,4,7 | 110:13 111:14 | 154:10,19 155:2,3 | **creating** 151:25 |
| 52:10,12,15,17,23 | 112:1,3,6,18,20,25 | 155:9,11,18,22,25 | **creative** 89:3 |
| 53:2,5,9 54:10,24 | 113:6,8,11,13,17 | 156:4,9,11,15,17 | 160:22 |
| 55:7,11,19,25 56:3 | 116:1 118:19,25 | 156:18,23 157:3 | |

Veritext Legal Solutions
866 299-5127

[credit - development]

**credit** 141:15
**crenshaw** 36:4,6
   36:10
**crisis** 6:25 27:12
   30:1 31:10 33:7
   84:14 97:11,17
**critical** 15:23
   18:18 20:24 97:2
   97:9,10 100:15
   107:13 160:8,25
**critically** 17:8
   95:16
**criticism** 160:10
**criticizing** 149:1
**crowd** 6:24
**crucial** 88:2
**crucially** 97:4
**crutches** 99:10
**cul** 57:25 58:9
**culhane** 175:4
**culminated** 77:12
**curren** 4:18 7:22
   9:19,23,24 10:9,25
   22:4 111:24
**current** 39:20
   56:24 95:4 96:22
   113:4 133:6
**currently** 23:9
   35:24 40:1,4 41:7
   63:13 68:1,11
   70:14 81:8 103:7
   103:13 105:4
   111:6 112:24
   136:19,20 138:10
   172:6,11
**curtis** 10:10
**curve** 18:21
**cusp** 75:14
**cut** 97:10
**cv** 1:7

**d**

**d** 6:1 80:4
**daily** 45:7
**dance** 152:8
**data** 49:3 50:16
   66:10 90:22 153:6
**date** 1:12 51:11
**dave** 9:25 16:21
   44:5
**david** 1:14 4:21
   32:12 38:6,6
   92:18 98:8
**day** 8:14,22 9:4
   28:20 37:4 62:15
   62:18,20 77:14
   93:3 98:9 107:5,6
   110:6 114:22,22
   115:19 116:12,12
   118:3 124:14
   149:6 154:13
   155:23 169:16
   171:21 172:13
   177:12,13
**days** 36:25 79:13
   85:15 94:15,25
   115:13,17,23
   117:9
**de** 4:6 57:25 58:9
   83:17 92:15,17
   93:15 94:21 95:12
   96:1,3,8,10,13
   98:16 99:7,11
   100:17,20,25
**deadline** 23:21
   74:20 120:16
   121:7,10,14,14
**deal** 20:14 25:14
   60:18 90:3 107:5
   110:3 117:2,20
   139:25 140:4
   166:14

**dealing** 59:5,24
   109:8 116:18
   138:23 140:6,16
   148:3 179:3
**debate** 9:14
   106:15
**debris** 21:9
**debt** 97:20,21,22
**decades** 41:3
   138:15 176:13
**december** 36:11
   157:15 161:25
   162:1,7 163:2
**decent** 116:25
**decide** 133:12
   135:6
**decided** 99:12
   119:1 133:17
**decision** 110:20,22
   113:2
**decisions** 93:22
**deck** 98:20
**decrease** 157:7
**decreased** 143:16
**dedication** 28:9
**deep** 97:18
**defend** 168:22
**defendant** 3:2,10
**defendants** 1:9
**deficits** 97:18
**defining** 30:16
**definitely** 12:15
   111:1
**degree** 58:20
**delay** 33:5
**deliberately** 27:15
**delivering** 107:3
**delivery** 87:4
**demand** 117:7
**demanding** 106:6

**demolition** 78:4
   78:23
**dennis** 175:4
**densifying** 21:12
**department** 29:19
   36:9 47:2 88:9
   91:4 122:20
**departments** 15:6
**dependent** 159:13
**depending** 43:16
   105:14
**depends** 87:4
   166:15
**depression** 33:11
**depth** 57:13
   114:25
**derived** 73:25
**describe** 66:6
   135:11
**described** 78:25
**description** 5:2
**design** 18:8,12
**designed** 25:25
   168:14
**desperate** 80:23
**despite** 75:3 85:1
**details** 83:2,4
   119:6
**determine** 73:22
**determined** 45:9
**detox** 45:18
   117:14,19,25
   118:3,7,8
**devastating** 169:3
**developed** 29:3
   122:6 147:6
**developer** 81:18
**developing** 35:1
**development** 20:1
   62:23 85:12 90:16
   93:25 122:16

Veritext Legal Solutions
866 299-5127

[development - downturn]

134:2
**diagram** 170:12
**dial** 74:14
**dialogue** 166:22
**die** 89:25 159:21
163:25 178:17
**died** 84:23
**difference** 15:19
91:25 116:17
**different** 10:23
22:4,8 23:5,24
24:14 40:24 53:7
66:16 102:20
132:24 138:12,18
146:12 170:2
176:17
**difficult** 8:23 21:6
65:1 135:12
139:25
**digest** 143:8
**digital** 181:7 182:3
**dignity** 97:24
**direct** 15:7,7
170:10
**directed** 88:12
140:21,21
**direction** 107:8
**directive** 18:17
**directly** 13:20
40:17 119:22
146:11
**director** 4:12 32:5
128:1
**disabled** 8:25
115:21 117:13
**disagree** 88:18
163:19
**disagreement**
159:16
**disappear** 144:18

**disappears** 132:14
**disappointed** 88:8
**disaster** 88:3
**discern** 151:6
**disclose** 32:15
83:25
**discretionary**
150:3,6
**discuss** 40:21
157:14
**discussed** 83:1
84:22
**discussing** 14:6
23:15
**discussion** 8:9 9:7
43:21 63:2 159:17
160:5
**discussions** 124:6
178:10
**dishonest** 105:25
**dislodged** 175:13
**disparity** 111:20
**displace** 174:9
**displaced** 48:23
**displacement**
50:19 172:9
173:21 174:4
**disproportionate**
66:11 147:10
**distance** 11:2
78:25
**distancing** 7:8
101:14 108:6
**district** 1:1,2
10:25 14:1 16:12
16:13 17:9,14
18:9 22:4,5 23:2
24:6 26:12 30:11
31:7 34:24 35:23
36:24 38:16 39:17
40:18,21 41:2

42:14 44:14 46:17
47:16,17,20 48:10
50:22 51:17 53:16
53:21 55:4,10
61:2,9,23 66:12
69:13 70:23 74:1
74:23 76:14 77:19
81:15 82:20 93:13
94:14,18 101:23
101:25 120:14
128:25 133:25
134:1 172:25
177:3
**districts** 31:6,9
33:20 90:5 109:17
109:21 110:11
111:16,23
**divide** 166:17
**divides** 166:25
**division** 1:2
**dmh** 9:2 114:8
118:6
**dmv** 103:24
**doc** 1:8
**docile** 157:21
**document** 123:22
126:11 142:7
**doing** 12:24 14:9
31:15 46:21 48:2
48:20,21 51:18
65:9 71:24 73:19
98:18 101:14,15
110:8 120:18
122:5,7 126:21
138:6,20 139:7
143:7 147:12
150:21 167:25
**dollar** 134:7
**dollars** 85:2,23
95:21 96:22 120:4
177:23 178:2

**domestic** 18:4
**don** 8:15 115:8,9
**don't** 10:9 15:24
19:3 20:5,16 23:1
26:3 41:17 49:24
51:18 52:10 61:10
63:1 66:10 73:9
76:17,19 78:17
83:18 86:17 89:7
99:20 106:23,25
107:16 113:19
114:8,21 117:2,2
117:15 118:25
120:22 121:2
124:21,25 125:1,9
126:15 129:7
130:13 131:20
132:15 133:13
136:8 140:16
141:6 142:7
144:18 146:20,21
147:8 148:6,25
149:9 155:22
158:1 159:4 162:5
162:13,18,20,25
163:14,24 164:25
165:21 167:10
168:7,11 170:2
175:15,16 177:16
**door** 86:10 152:8
**dot** 133:19
**dots** 29:12
**dotted** 47:19
**double** 94:11
150:24 151:10,12
156:7 175:12
**doubt** 94:2
**downtown** 84:20
**downturn** 172:15
172:19

[dozens - especially]

**dozens** 78:16,16
78:16
**dr** 16:4
**draw** 175:3
**drawn** 93:22
**drill** 169:23
170:18
**drilled** 76:8
**drive** 11:2 33:11
77:16
**drivers** 87:1,2
96:18
**driving** 10:5 22:2
57:24
**drop** 147:23
**dropped** 78:14
**drove** 72:8 77:17
77:17
**dts** 117:14,17
**due** 27:23
**duly** 181:5
**dusseault** 13:25
**duties** 29:18
**dwarfed** 167:1
**dwp** 36:13
**dying** 89:9
**dystopian** 93:3

**e**

**e** 2:1,1 3:1,1 4:1,1
5:1 6:1,1
**earful** 10:18
**earlier** 176:4
**early** 23:17,19
36:11 39:23 43:14
43:15 57:10 63:4
76:24 81:12
104:17 133:18
**earmarked** 88:6
**earning** 87:15
**earth** 93:11

**easiest** 145:7
**east** 131:19
**economic** 102:6
172:15,19
**economy** 27:13
29:21 102:2
**eddie** 9:21 154:21
155:14
**edna** 102:24
103:12
**educated** 79:25
**effect** 172:18
178:6
**effective** 14:25
71:17
**effort** 8:12,16 9:10
9:12 15:20 21:5
28:3 50:18 70:16
73:18 90:3 95:2
122:22 157:24
**efforts** 8:8 14:18
43:10 49:20 61:2
64:19,25 68:21
69:1,4,14 70:6
94:12 103:20
105:2 107:22
167:7
**eggs** 160:11,23
161:3
**eight** 40:10 72:23
84:18 130:20
133:3 134:24
139:14
**eighty** 19:15,16
77:6 94:5
**either** 50:11 69:5
71:24 112:3
127:22 130:1
**el** 133:25
**elderly** 157:22

**elect** 4:6 83:17
92:16,17 93:15
94:14,21 95:12
96:1,3,8,10,13
98:16 99:7,11
100:17,20,25
**electorate** 95:19
**electrical** 78:23
124:7
**electricity** 78:20
78:21
**eleven** 49:17
**eligible** 46:13
**eliminate** 98:6
**eloquently** 171:24
**embarrassing**
93:6
**embrace** 33:17
**emergency** 37:11
70:13 73:25
129:24 160:23
161:8,9
**emphasis** 11:20
**emphasize** 97:1
**empirically** 97:25
**employed** 181:10
181:13 182:8,10
**employee** 181:13
182:10
**employing** 80:19
**empty** 26:4 63:16
**encamped** 68:9
**encampment**
40:23 44:14 77:22
114:2,13
**encampments**
13:20,21 20:22
39:11 47:19 48:18
85:8 120:9 144:16
**encouraging**
142:21 143:1,9

150:11
**ended** 173:15
**endless** 93:23
94:25
**ends** 6:14 137:8
**energy** 99:1
**enforcement** 8:10
8:13 9:15 20:14
20:16,17 50:11
53:19 173:19
174:6,7 176:15
177:2
**engagement** 57:14
**engaging** 70:17
**engineering**
120:11
**enhance** 31:20
**enhanced** 63:21
63:21
**ensure** 104:12
107:22 108:7
**enthusiasm** 12:23
**entire** 11:23 18:19
55:10 65:14 78:5
107:5
**entirely** 22:3
60:25 111:10
179:1
**entities** 107:15
**entity** 15:24 179:1
**entry** 90:24
**epicenter** 31:8
93:12
**equation** 32:1
**equity** 28:13
**ernie** 116:2
**es** 181:4
**escaping** 59:22
**escrow** 47:15
**especially** 28:10

Page 14

[esquire - fast]

esquire  2:3,12,18
  3:3,11,18
essential  33:22
essentially  73:6
established  23:11
establishing  23:7
estimate  86:8
  153:3
et  1:5,8 6:9,10
  9:15 10:24 27:13
  80:22 108:17
  116:5 166:17
  175:14
ethical  132:11
etna  102:11,18,19
  102:20
evaluate  89:17,18
event  81:6,6
eventually  95:18
  168:6
everybody  25:6
  29:18,21,25
  127:14 132:8
  147:21 150:12
  173:24 175:9
everyone's  101:18
  106:16
evidence  48:23
exacerbated  33:6
exact  78:17 130:13
  154:17
exactly  65:18
  73:22 94:24
  159:11
example  9:16
  20:21 32:21 33:20
  71:3 105:22
  135:14
excellent  10:3 13:9
  51:19 52:4 55:19
  56:6,10 68:24

73:7 105:7 130:3
  137:24 179:20
excess  86:16,19
excited  12:6,21
  34:16,19
exciting  18:4
exclusively  96:15
excuse  53:4 55:25
  118:24 159:9
executive  4:12
  95:6 98:23 134:7
exemplary  28:11
  64:21 100:5
exercise  32:9
exert  95:15
exhausted  71:23
  113:18
existing  33:7
  152:12
exists  99:24
exit  169:2 173:24
exorbitant  162:4
  178:20
expand  17:25 18:5
  22:11 42:4 65:13
  112:7
expanding  43:10
expect  29:18 56:13
  56:20,23 57:9
  78:5 157:14
expected  86:1
expecting  120:12
expedia  91:2
expediently  27:15
expend  144:15
expensive  85:18
  97:25
experience  25:23
  40:19 41:9 175:24
experiencing  41:7
  74:22 81:8 84:19

84:24 93:2
expert  169:24
expertise  64:20
experts  123:23
  175:1
expired  133:7
expires  162:7
  163:2
explain  78:1 125:4
explained  78:3
explanation  124:5
  179:7
explored  108:21
exploring  24:12
exponentially
  97:25
expressed  111:8
expressing  30:14
expressions  27:12
extend  28:4
extended  42:1
extent  33:23
extra  106:2
extraordinarily
  110:23 145:10
  164:14 179:12
extraordinary
  28:14 151:9,10
extremely  63:19
  91:16
eyes  9:18

f

fabian  1:18 6:3
  181:2,20
face  116:4 172:15
  175:7
faced  26:4
faces  116:3
facilitate  31:17
  135:22

facilities  39:17
  55:18 62:3 68:23
  69:13 70:13 88:6
  89:1,2,2
facility  35:22,25
  36:13 38:19 39:11
  39:12,16,22,25
  55:15 62:5,10
  69:18,19 70:15
  72:4 76:13 78:5
  78:11,19,22 81:19
  82:4
facing  174:24
fact  6:21 9:7 34:15
  84:16 85:2 99:16
  110:19 115:10
  116:8 117:14
  124:12 141:4
  149:12 171:20
factor  75:24
failed  85:19
fair  50:23,23
  107:1 147:12
fairly  59:16 63:6
  81:7
fairy  108:19
faith  147:15,22
  148:17
fall  94:18
falling  171:22
  172:13
families  12:18
  39:22
family  15:17 39:19
  105:1 134:5
far  39:10 47:18
  48:5 49:21 62:2
  74:14 113:9 114:5
  118:7
fast  17:9 18:15
  107:9 160:9 162:3

[faster - framework]

faster  15:12
fear  100:1
features  23:18
february  57:10
federal  6:22 13:2
   59:18 98:21,22,25
   139:21 155:3
   157:15,19 162:14
federally  40:4
feedback  23:17
feel  89:14
feeling  99:19
   140:22
feels  92:25
feet  10:21 14:5
   21:14 47:4,5,8
   48:14 132:8
   143:20
feliz  38:19 39:3
fera  8:15 115:8,9
fernando  60:25
   62:10 69:25 70:1
   70:3,11
feuer  53:13
fewer  153:14
fiction  151:1,2
   169:9,15
fictional  125:21
field  9:3 78:10,15
   115:13,13
fifty  18:11 81:23
   81:24
fighting  169:18
figure  17:19 21:10
   23:22 130:13
   153:9
figures  23:25
   156:5 176:2
file  118:24
filed  119:19 166:6

filled  91:23 106:7
   106:10
filling  39:15
filmed  11:11
finalizing  40:1,3
   123:8
finally  26:11 40:15
   62:25 63:11
   178:25
financial  76:16
   121:14
financially  181:14
   182:11
find  37:5 114:11
   122:7 158:16
   177:7,8
finding  111:3
   125:3,6,10 144:22
findings  85:17
fine  129:9 131:22
   174:15 175:9
finish  39:15
finished  55:2
   56:20,24
fire  118:10
fires  104:8,25
first  8:3,22 9:11
   10:16 12:6 18:9
   23:6,15 30:24
   39:12,19 43:14
   45:25 59:21 61:22
   62:8 69:21 77:13
   83:24 99:16
   105:10 106:4,5
   109:10 115:5
   116:19 120:12
   123:3 126:3 134:9
   140:20 141:1
   142:14 143:1,3
   148:12 150:19
   151:8 164:18,19

165:22 174:14
   175:8
fiscal  121:18
fit  10:25 78:7
fits  161:3
five  38:23 40:12
   81:25 92:10
   115:20 122:4
   124:12 130:8
   131:14 151:15
   169:7
fixes  176:6,8
flexibility  91:20
flexible  171:2
flip  155:14
float  145:21
flower  3:13
flowing  146:16,17
focus  47:18 48:7
   51:5 159:12
   176:18
focused  98:11
   109:18
foley  3:12
foley.com  3:15
folk  35:9
folks  16:4 18:18
   21:11 50:20 54:14
   64:3,7 65:21
   76:24 81:7 99:18
   103:18 105:15
   115:6,8,16,22
   116:3 117:9 132:4
   135:23 138:9
   148:2,4 162:20
   165:20 170:8
   173:5,21 179:4
follow  85:15 143:8
following  7:22,23
   8:4 97:2 102:1
   114:7 121:6,7

127:6 147:22
forced  172:15
foregoing  181:3,4
   182:4
forever  175:20
forgotten  11:6
formed  100:7
former  62:15
formerly  82:21
forth  57:18 154:11
   169:13
forty  72:23 134:25
   136:16 139:1
forums  170:2
forward  12:2,5
   13:8 16:11 17:7,9
   18:7 27:10,22
   30:21 31:4 42:3
   52:13 60:16 69:1
   70:16 100:5,15,22
   110:9 111:12
   113:14 125:17
   141:14 147:19
   166:13 167:6,20
   178:15
found  43:9,13
   142:21,25 150:10
foundation  2:13
four  29:8 38:16
   39:17 77:20 84:18
   86:1 109:20
   110:10 118:1
   124:3 127:15
   128:11 136:3
   151:3
fourteen  93:14
   122:8,10
fourth  91:11
foyer  7:1
framework
   166:12,15,20

Page 16

[framework - going]

167:8
**frank** 91:16
**frankly** 66:2 84:9
  93:6 114:24
  117:15 126:2
  135:12 141:23
  142:21 143:9
  145:7 147:8
  164:13
**free** 46:24 122:1
**freeway** 10:12,21
  10:22 14:5 18:17
  22:11 33:2 35:22
  36:4 37:17 38:17
  38:24 39:2 41:1
  48:8,15 58:4 68:9
  71:13 73:19 81:11
  103:20 104:1
  143:19,20 170:7
  170:20 173:8,17
  174:8
**freeway's** 10:14
**freeways** 38:17
  40:21 44:13 47:20
  48:24 138:12
  143:12 152:24
  171:14
**fresh** 90:7
**friend** 33:5
**friendly** 14:12
**friends** 14:12
  98:21 175:10
**front** 17:10 150:1
  150:1
**fruit** 63:10
**fruition** 24:16
  89:21
**frustrating** 150:25
**frustration** 99:22
  134:16 137:7
  140:22

**frustrations** 14:10
  25:17
**full** 18:23 78:23
**fully** 74:20 78:4
**fumes** 17:21
**fund** 146:6,9 147:4
  152:14 158:17
  165:8,10 171:1
**fundamental**
  84:15 162:11
**funded** 78:5 85:25
**funding** 18:2,13
  19:3,6,21 23:8
  24:5 35:7 93:24
  105:9,17 106:21
  107:2,10 166:17
  167:8 170:23,23
**funds** 46:7 59:18
  88:12,16 107:22
  149:24 150:4,6
  163:2
**further** 26:12 51:3
  88:15 110:17
  124:22 179:18
  181:12 182:9
**furthest** 60:17
**future** 24:25 27:18
  27:18 43:21 56:21
  93:18 98:12
  113:25 118:6

**g**

**g** 6:1
**gained** 153:17
**galperin** 4:7 83:20
  83:21 84:10,12
  85:6 86:21,23,25
  87:19,23 89:14
  91:15 92:12 95:7
**garbage** 36:18
**general** 99:17
  146:6,9 147:4

165:8,10
**genius** 108:23
**gentrification**
  100:1 179:5
**george** 115:15
**getting** 14:8 50:15
  75:3 79:25 99:10
  114:5 135:16
  144:21 150:2
  159:1,25 160:22
  171:16 175:17
  179:6
**gil** 4:5 7:21 21:20
  25:3,8,9 112:3
**give** 8:18 11:24
  66:3 67:4 74:13
  75:12 78:17 83:5
  83:19 105:21,23
  127:20 130:5
  132:9 153:6,7,10
  154:7 178:22
  179:7,20
**given** 36:19 68:6
  71:17 73:24 89:21
  91:3 97:4,16
**gives** 10:18 26:10
  26:15 27:3 177:11
**giving** 159:5
**glad** 12:1 44:11
  159:8
**global** 18:22 25:24
  97:17 173:22
**globally** 119:21
**globe** 44:15 47:19
  51:9
**go** 10:3,14 11:25
  23:2 24:24 37:7
  45:13 50:5,20
  51:10 52:12,18
  53:25 54:5 57:24
  58:9 59:9 60:20

62:11 63:16 64:3
  74:15 86:17
  102:19 104:17,19
  113:8,11 114:9
  116:24 117:21
  132:23 133:13
  136:1 138:8,16
  139:18 144:14
  151:17 154:20,21
  156:15 162:13
  173:16 177:3,17
  178:9
**goal** 26:19,19
  123:16 148:13
  158:11 171:9
**goals** 29:14 74:22
**god** 56:20
**goes** 74:18 146:2
  158:12 165:22
**going** 6:13 7:13
  9:14 10:19,19
  11:1,3,22 12:5,10
  12:18,18,21 13:16
  14:2,24 15:3,21,23
  16:14 17:12 18:3
  21:22 22:12 24:16
  24:23 27:21 28:5
  28:6 29:15,16
  30:5 31:25 35:6
  36:22 37:1,6
  41:16 42:7 43:13
  44:10 50:4 53:24
  53:25 54:3,3,4
  61:7,11 63:10
  70:2,16,17,18
  71:16 74:20 78:1
  81:12 83:1,10,10
  86:9,15 92:10
  94:10,11 96:6
  99:15 100:4,5
  101:19 102:19

Veritext Legal Solutions
866 299-5127

[going - hear]

104:3,17 108:24
110:7 111:20
114:3 116:10,20
116:21 117:7,10
117:14,24 118:11
119:1,2 120:15
121:19,21,23
124:8 125:16
126:12 127:25
128:6 129:16
130:16,19 132:9
132:23 135:20
138:17 141:8
142:16 143:25
146:4 147:21
148:15,24,24
149:4 150:7 151:4
151:10,24 152:8
154:3,20,21 157:5
157:14,16,20,22
157:25 158:1,2,8
158:16,18,20,22
159:5,16,17,20,22
159:22 160:6,7,10
160:18 161:14
163:14,15 164:18
165:19 166:18
167:25 169:16
172:14 175:3,7
176:18,20 177:4
178:13,16,17
179:20
**golly**   159:6 161:12
**good**   6:2 8:20 9:8
17:10,24,25 18:25
20:4 22:23,24,25
25:5,22 28:24
29:22 32:24 34:7
34:8,9,14,15 38:8
38:9 42:25 44:1,6
44:7,8 52:6,9,14

52:21,23,25 55:1
59:12 60:8 67:19
67:20,21 74:5,6,12
80:16 84:10 88:23
90:11 92:4,18
94:6 95:17 96:20
96:24 97:21 106:9
115:24 119:13
122:5,21 138:21
143:10 144:21
147:14,22 148:17
150:13 157:24
159:9 162:14
179:20
**goodness**   112:13
**goodwill**   91:24
**gorilla**   145:15
149:13
**gosh**   159:6 161:12
**government**   29:20
59:4 157:19
**governmental**
47:13
**governor**   127:20
132:8
**grab**   156:15
**gracious**   8:4 101:6
116:9
**graham**   182:2,22
**grant**   172:23,24
173:9
**grateful**   111:1
**gratuitous**   65:5
**gravely**   8:24
115:20 117:13
**great**   9:14 22:16
24:3 28:13 33:10
42:9 56:15 58:13
61:20 64:1 65:12
78:12 88:20 90:3
103:3 114:14

132:20 136:9
148:11 150:13,22
158:2 175:18
**greater**   24:20
57:13 84:14,20
86:11
**greatest**   58:20
89:18
**green**   108:14,15
**greene**   4:8 108:12
109:3,6,22 110:12
110:25 111:2
112:17,19,23
113:2,7,9,12,16
**ground**   40:19
41:20 93:17
**group**   13:21
172:10
**groups**   37:1
**growing**   48:18
50:15
**guess**   114:2
132:15
**guesstimate**   96:14
**guidance**   15:5
166:11
**guy**   175:3

### h

**h**   5:1 31:25
**hacla**   133:25
134:8 136:19
137:11,18,25
138:13,13
**hahn's**   8:8
**half**   40:7 68:5 72:5
82:14 117:22
148:21 151:4
**hall**   1:15 6:11
**hamburgers**   53:3
**han's**   150:1

**hand**   87:13,15
**handed**   145:9
**hands**   98:20
**hang**   29:9
**happen**   17:16
86:18 89:16
106:21 159:4
**happened**   119:23
163:21
**happening**   149:7
169:1
**happens**   17:17
31:8 35:13
**happy**   99:3 101:13
104:23 111:11
132:8 134:21
152:8 167:4
178:14,15
**harassed**   173:12
173:13,14
**hard**   73:21 76:5
91:25 95:5 98:4
147:15 148:10
155:1 158:18,21
158:22
**hardest**   63:8
**harsh**   125:24
134:10
**haste**   27:23
**haven**   18:4
**hawthorn**   129:6
**head**   76:9 106:8
**headed**   166:22
**heading**   118:21
**heads**   47:2
**health**   32:5 41:8
89:1,2 91:5 110:2
115:12,14,18
117:8,20
**hear**   10:1 14:10
82:11 83:24 86:20

101:4 125:2,19
131:1 142:18
152:5 162:17
164:23,24 165:25
**heard** 7:10 15:5
23:24 128:2
135:10 148:9
160:2 162:11
164:20 172:20
176:22
**hearing** 1:11 6:8
17:6,6 48:22
80:18 119:23,25
143:18 167:6
**hearings** 30:19
**heart** 94:24,25
160:1
**heartbreaking**
14:15
**heat** 14:22 81:6
**heavy** 94:23,24
**heidi** 4:12 13:23
150:19,20 151:17
152:5,16 153:6
164:13 177:15
**held** 77:14
**hello** 113:14
**help** 13:7,14 15:11
18:5 35:1 46:7
50:19 62:25 71:12
72:24 103:20
109:17 110:1,10
117:23 135:22
139:24 146:5
150:6 160:19,20
163:9,10 165:19
167:2
**helped** 28:19 94:4
**helpful** 91:17
**helpless** 157:21

**herb** 4:22 7:20 8:2
8:5 30:11 32:17
34:6 111:25 112:1
**hereto** 181:14
182:11
**hey** 149:23
**hhh** 40:6 79:19
85:14,15,21,23
87:25 88:5,11,16
89:17 168:13
**hidden** 144:25
**hiding** 126:2
**high** 85:13 93:24
109:19 145:10
**higher** 177:13,16
**highway** 13:3
139:21
**hill** 58:9 65:2
**hills** 18:4 102:3,5
102:7
**historic** 27:11
**historically** 65:7
147:11
**history** 27:6
**hit** 116:9 123:16
159:25 171:9
**hitting** 119:8
**hmis** 90:24
**hmm** 64:13 73:8
158:23 162:16
**hold** 105:17 107:2
163:7
**hollywood** 39:6
55:23 70:10 75:17
75:21 77:13 78:2
82:3,25
**home** 12:17 13:16
19:11 32:9 38:19
39:16 55:13,16,18
55:21 57:5,20
62:9 80:4 82:9,22

95:20 96:11 101:7
101:8 102:10,11
102:23 120:12
123:20 141:3
173:19
**homekey** 19:19
24:5 26:8 47:17
61:8 75:17 101:20
101:22 123:10
**homeless** 4:13 9:8
11:4,5 13:17
14:20 16:16 18:20
20:22 21:12 31:10
40:17 41:3 62:1
62:11,19 65:22,23
66:5,12 70:6
80:19 82:21 85:8
85:13 90:23 96:16
103:12 107:22
109:9 110:4
119:18 137:18
138:2 143:12
144:18 145:25
147:24 163:12
175:2
**homelessness**
20:18 32:6 33:5
33:11 74:23 75:1
79:1 84:17,19,24
85:4 93:13 94:6
101:25 110:1,7
169:5,8 171:22,22
171:25 172:13
174:24
**homes** 18:12 21:8
24:12 35:19 46:20
46:23 55:24 56:2
56:9 57:9 58:15
81:1,5 82:16 89:3
127:8 130:8 133:1
174:11 176:9

**honest** 132:11
141:8 170:17
**honor** 11:13 25:2
30:13,13 31:5
33:3,24 34:8
37:23 52:22 54:9
54:23 64:23 65:17
66:10 67:4,16
84:11 92:2,13,23
94:22 101:4,8,18
102:13 104:6
107:18 118:17
119:13,18 124:10
142:16,20,21
150:9,12 152:10
152:22 154:18
155:19 157:1
158:9 159:12
161:1 162:6 165:6
165:25 166:6
167:5,13,22 168:7
169:10,17 170:1
172:12,17,22
173:1 174:2,12,20
174:23 176:4,22
179:21
**honorable** 1:14
92:18
**honored** 34:2
**honoring** 68:1
**hookup** 124:7
**hooverville** 80:8
82:4
**hoovervilles** 89:8
168:5
**hope** 14:21 18:22
36:12 63:10 99:10
120:13 121:1
122:1 125:12
154:13 173:22
174:2

[hopeful - included]

**hopeful** 35:8
**hopefully** 14:21
  104:17 107:7
  116:15 178:11
**hopics** 13:16 14:19
  16:2
**hopper** 35:20
**hospital** 18:2
**hospitality** 10:11
  16:12 32:16,17
  42:1 108:2,3
**host** 39:22 104:24
**hotel** 26:9 47:15
  61:9,17 105:3
  159:7,8
**hotels** 19:18,19
  60:24 61:2 85:9
  159:14
**hotspots** 17:15
**hour** 28:22 31:13
  92:10,11
**hours** 29:6,9 36:18
  51:18 66:4 110:15
  112:21 117:22
  127:16
**house** 12:18 13:18
  14:4 36:6 38:16
  78:16 109:11
  119:17 171:14,14
  172:6
**housed** 13:18 17:8
  17:13,23 38:21
  39:5,10 45:17
  82:15 158:11
  172:8
**houses** 138:1,14
  138:15 139:2
**housing** 18:16,19
  23:13 26:11,14,21
  26:24 32:4,6,7
  33:22 35:9 37:6

39:3,6 40:22 41:4
  46:8 48:2 61:19
  68:23 71:23,25
  72:4 74:18,22
  77:7 79:12 81:14
  85:14 88:1,9,12,13
  88:16,17 89:9
  90:11 94:4,17
  97:14 99:24 105:1
  107:23 109:19
  112:9 113:4 122:6
  122:17,17 137:18
  137:19,22 144:21
  158:17 160:13,23
  163:23 167:21,24
  167:25 168:3,8,12
  168:15,20,23
  169:2 179:5
**hover** 153:5
**hud** 146:16 158:7
  158:12
**huge** 77:21 99:22
  104:9 105:20
  108:20
**hugely** 32:1 66:11
**human** 1:4 6:9
  60:3,4 89:15 93:8
**humane** 114:6
  124:17
**humanely** 8:18
**humanitarian**
  21:5 84:14 93:3
**humanity** 11:3
**humbly** 8:1 28:3
  38:2 41:19 74:2
  113:13 134:10
  140:18 141:19
  178:5 179:17
**humboldt** 26:22
**hundred** 20:24
  47:16 55:5,15

106:1 107:20
  109:18 110:10
  112:22 115:19
  130:8 173:7
**hundreds** 89:24
  120:4
**hurt** 149:23,23
**hut** 149:9
**hygiene** 62:11
  89:10
**hygienic** 63:24
**hypothetically**
  105:23

**i**

**iconic** 60:24
**idea** 14:3 117:11
  130:5
**ideal** 90:10
**ideas** 13:7
**identified** 19:21
  23:9 45:7 46:18
  48:3 68:10,15
  170:12,15
**identify** 66:22
  69:1 98:5
**identifying** 90:4
**ignored** 31:17
  144:13
**ignores** 171:19,20
**illnesses** 96:17
**ills** 148:7
**images** 14:14,15
**imagine** 91:1
**immediate** 27:18
  32:6 73:18
**immediately** 7:22
  7:23 8:4 27:14
  28:21 86:2 109:15
  160:18
**immense** 134:20

**impact** 27:13 94:2
**impatient** 166:24
**impediment**
  164:13
**imperfect** 89:4
**implement** 53:20
  114:1
**implementation**
  9:3 114:5,21
  115:1
**implore** 176:17
**importance** 41:14
**important** 11:21
  17:8 21:5 32:1
  82:11 167:24
  168:21 169:1,22
  171:2 175:23
  177:7
**importantly** 8:18
  64:2
**impose** 149:5
**impossible** 93:21
**impressed** 110:19
**impressive** 110:13
**improve** 90:22
**improvement**
  90:23
**improvement's**
  136:9
**improvements**
  23:20
**inability** 97:19
**incentive** 105:24
  106:10 151:16
**incentives** 85:9
**include** 12:11
  37:10,20 41:2,9
  63:7
**included** 153:1
  165:10

[includes - joseph's]

includes 40:18 46:7 68:17 101:24 102:1 120:4 133:5
including 48:18 120:7 135:21
income 96:21 175:15,16
inconsequential 127:15
incorrect 157:4
increase 91:19,20
increased 49:8 143:16
increasingly 93:8
incredible 8:12 25:12 27:11 92:25 147:16
incredibly 171:2
incrementalism 95:13
incur 97:20
indelible 93:7
indicated 47:14 101:21
indifferent 30:1
individual 73:5 82:20
individually 7:2
individuals 14:4 32:25 35:2,4 38:24 39:4,10 70:12 74:1 96:17 97:4 103:13 104:1 104:13 153:2
indoors 98:13
industry 90:7
inertia 178:3,6
influx 50:15
inform 141:10
informal 124:6

information 47:4 84:7 90:19,23 91:1,2
infrastructure 45:4
inherently 152:22
initial 69:1 78:19 109:6
initially 100:14
initiated 63:12
initiative 113:3,5
initiatives 111:6
injunction 178:13
injunctive 158:25
injury 87:17
inland 48:25
inn 102:2,3,6
input 41:15
inquire 124:21
inside 72:25
insisting 36:25
installment 30:24
instrumental 114:19
insult 87:16
intake 62:4
integrating 62:18
intelligent 98:1
intensity 31:11
intensive 32:3 63:13
intent 70:22
interest 129:3,6
interested 49:2 69:9 131:1,7 181:14 182:11
interesting 45:1 53:24 54:11
interestingly 85:9 87:1

interests 31:20 32:24
interim 23:13 26:11,21,24 68:22 70:12 71:25 79:17 79:19 88:6,13,16 89:9 97:15 161:5 167:21,23,25 168:3,24 169:2 175:23,25 176:1
intervenor 2:10,17
intervenors 164:18,20 167:16 169:11
interventions 41:16 48:3 107:23 162:9 170:4 171:16
intolerable 11:17
introduced 77:12
introduction 111:17
introductory 7:14
inventory 134:8
invest 133:20
invested 174:10
investment 32:3 45:5 80:16 88:9
investments 87:15
invitation 6:21
invite 41:19 51:8
inviting 36:23 38:14
involved 9:10 25:24 37:2 144:17 153:19
involves 105:21
issuance 30:23 87:7,8
issuances 87:10

issue 19:4 20:16 20:17,17 30:17 32:12 33:5 98:11 103:12 104:9 106:20 107:10 160:24 167:1 169:20
issued 85:15
issues 19:24 25:14 41:8 59:6 60:18 109:9
items 83:5
i'm 130:16

## j

jack 53:3
jail 116:6
james 10:9
janice 8:8 150:1
january 56:24
jeff 4:16 99:17
job 1:19 62:25 138:21 145:7 148:11 150:22
jobs 62:14 175:14 175:19
joe 8:16 112:4 115:7
joe's 8:8
john 4:10 7:23 12:8 21:21 22:21
john's 16:5,8
join 15:20 174:22
joking 146:24 149:11
jon 9:2 113:17,19 114:7,15,17 115:11 116:13 117:4
jones 176:12
joseph's 16:6,7,8

Veritext Legal Solutions
866 299-5127

[journey - land]

**journey** 84:8 99:8 125:21
**judge** 9:25 10:16 11:18,19 14:7 15:4,14 16:25 17:5 22:12 38:8 38:13 41:22 54:4 74:12,13 98:8 109:14 110:11 117:16 121:1 127:7 140:25 147:15,20 149:4 152:20 157:25 159:3 166:11,23 173:23 178:10
**judicial** 11:20 98:25
**july** 87:9 123:14 154:23
**jump** 99:12
**jumped** 99:14
**june** 94:6 128:7
**jurisdiction** 139:20
**jurisdictions** 47:13 122:5 135:21

**k**

**kaiser** 32:13 34:13 37:2,10
**karo** 64:12,14,15 64:16,18,25 67:10
**keep** 7:2 10:19,19 11:1 14:21,22 89:9 121:4,11 126:15 145:19 147:24 148:10,24 148:24 159:18
**keeping** 20:18
**keeps** 107:15

**kenny's** 112:15
**kept** 43:10
**kesx** 1:8
**kevin** 4:6 83:17 92:15
**keys** 75:15
**kidding** 53:5 113:21 149:10
**kids** 11:7 51:23 66:13
**kimberly** 115:3,4
**kind** 9:6 14:1,23 15:1,8 30:10 32:7 59:22 75:12 83:20 91:7,15 109:24 110:3 116:9,12 117:24 119:11 121:18 127:24 132:17 141:10 144:15,25 146:18 149:22
**kinds** 64:4
**king** 36:10
**knew** 84:4
**knights** 19:8
**know** 9:14,24,24 13:19 14:10 15:2 16:18,20,21 17:1 17:20 18:15,20,21 18:25 21:3,6,17 22:12 23:19 25:8 29:14 31:13,14,14 33:9,14 34:21 36:3,19,25 40:16 40:23 42:25 44:4 44:16 47:1,2,15 49:24 50:12,14,15 50:17 54:3 56:20 59:23 60:15,18,24 61:21 62:23 63:20 64:5,6 65:1 67:5

73:9 76:17,20 79:2 80:8,23 81:3 83:18 84:17 86:25 88:25 90:2,21 91:23 94:9,23,24 95:4 96:18 97:24 98:3 99:12,20,22 100:6,11,11 105:15 106:15,22 109:14,15 110:16 111:16 112:8,10 113:20 114:9,12 118:19 119:1,10 121:9,25 122:9 124:22 127:5,20 128:13 131:20 132:21 133:12 135:7,13,14 138:6 138:18,20 139:23 140:15,16 141:6,7 144:10,17,23 145:5,22 146:21 147:8,11 148:2,6 149:19,19,24 150:22 157:19 158:21 159:3,7 163:16 166:21 174:15 177:16
**knowledge** 50:5 51:1 181:9 182:6
**known** 96:23
**knows** 56:21 175:9 176:22
**koretz** 44:23
**krekorian** 4:9 52:17,19,21,25 53:4,6 54:8,22 55:1,8,12,20 56:1 56:5,7,11,16,19,23 57:2,4,8 58:1,3,6 58:11,13,19,24

59:3,11,15 60:1,6 60:8,12,15,20,23 61:12,15,21,25 62:17 63:4 64:17 64:22 65:16,20 66:9,15,21 67:2,12 67:15 133:2 177:1

**l**

**la** 1:4,7 4:8,19 6:9 25:23 28:6,13 38:25 46:18 95:23 104:25 108:11 109:6,9,10,16,20 110:8,9 133:19 167:17,17
**labor** 62:15,18,21
**lacity.org** 3:7
**lack** 99:20 113:25 163:24
**lafayette** 35:25 36:1
**lahsa** 9:10 13:16 13:24 14:19 17:11 23:10 43:14 45:6 48:20 70:18 90:21 91:4,6 103:16,19 104:2 105:11 115:3 120:11 123:7 135:21 143:15,21 144:21 146:6,10 147:9 148:9 150:18 151:8,18 152:16 162:9 163:1,1 169:20 170:12,21 176:2 177:11
**lahsa's** 85:11
**laid** 25:19
**lake** 39:5
**land** 7:24 87:1 90:2 98:6 108:20

Page 22

[land - look]

120:7,8 121:25 122:2,8 140:23
**landes** 2:4
**landowner** 20:6
**lapd** 14:21
**lardner** 3:12
**large** 124:7
**larger** 35:25 57:12 93:1 144:16
**largest** 44:14 67:7
**laser** 98:11
**lastly** 82:8,24 105:8
**late** 36:11 83:22 93:21
**latest** 39:16
**laundry** 12:14 89:12
**law** 2:19 8:10,13 9:21 153:22 176:15
**lawsuit** 31:17
**lawyer** 142:25 165:6 173:2
**lawyers** 126:21
**lead** 105:13 171:3
**leader** 28:14 95:1
**leadership** 25:12 28:14 31:4 95:15 98:18 100:4,16,22 166:22
**leading** 95:2 159:24
**leaned** 177:15
**learned** 76:5
**learning** 135:16 135:18
**lease** 59:13 123:8 133:7 134:6,7 136:19,21,21,24 137:11,12 159:10

160:10
**leased** 19:4 40:5 60:25 133:3,25 137:21 139:15 157:11 158:7
**leases** 128:7 137:9 137:15
**leasing** 138:10
**leave** 11:22 41:11 116:9 124:18 137:8 142:1,7
**leaves** 93:6
**lee** 4:10 7:23 21:21 22:21,23,25 24:1,4 24:9,18,22 25:1
**left** 10:15 37:11 57:25 58:8 72:11 113:18 122:2
**legal** 2:13 60:18 88:25 93:22 173:2
**legislative** 98:22
**lemonade** 25:22
**leon** 4:6 83:17 92:15,17 93:15 94:21 95:12 96:1 96:3,8,10,13 98:16 99:7,11 100:17,20 100:25
**lessee** 133:19
**lessees** 133:6 138:7 139:15,18
**letting** 11:24 101:10 163:24
**level** 31:11 140:7 141:23 168:14
**levels** 89:22
**leverage** 31:23
**leveraged** 80:22
**life** 93:1 100:7 141:10

**light** 29:6 96:25
**likewise** 74:11
**limitations** 41:25 59:19
**limited** 6:24 97:16 122:2
**limits** 71:2
**line** 18:14 95:9 178:1,9
**lines** 57:18
**list** 19:5
**listen** 16:11 141:13 167:19 179:10
**listening** 42:6 150:11
**literally** 9:2 29:9 53:20 58:25 75:15 79:14
**little** 27:17 56:12 80:10 85:16 94:14 96:14 102:20 105:3 112:13 127:4 144:4 151:15
**live** 7:5 38:17 56:20 76:12 89:25 103:13 124:12 176:16
**lives** 88:2 92:1 94:2 172:24
**living** 40:20 64:7 65:24 66:12 93:9 103:20 104:1,11 104:13 107:4,24 173:7 175:20 176:13
**liz** 179:22
**llewellyn** 4:11 119:13,14,17 120:18,23 121:1,6

121:9,13,21,24 122:11,13,15,19 122:25 123:2,19 124:10,16,20,23 125:1,3,6,10,14,18
**llp** 2:4 3:12,19
**lmiller** 3:22
**local** 46:9 98:20 115:6
**locate** 145:6
**located** 35:16,20 35:23 36:5 70:7
**location** 1:15 17:23 34:12,25 38:21 44:19 46:19 48:9 57:7 61:11 72:19 103:9,25 174:5
**locations** 11:10 24:19 56:4 63:13 63:14 69:2,7 129:8 130:7,21 131:21 158:6,7
**lodge** 60:24 61:4
**long** 8:9 20:15 27:6 39:14 74:21 80:11 89:19 90:10 107:10 116:24 142:17 160:13,23 163:23 168:6,8 169:18 176:20 177:5
**longer** 161:11
**look** 16:11 24:16 32:12 33:15 42:3 52:12 54:13 71:21 76:18 78:19 89:17 89:20 90:7 91:6 100:5,15 111:12 112:12 113:14 115:12 141:14

[look - measure]

146:4 147:8,10
151:3 154:25
155:4,15 156:11
159:19 162:14
167:6 173:17,18
175:2 178:25
**looked** 53:14
141:3 143:8,9,9
176:3
**looking** 18:12,17
19:3 21:7 24:19
26:20 27:5,10
36:4 53:11 79:14
89:1 90:1 91:11
100:22 123:3
147:19 150:14
172:18
**looks** 78:18 147:7
**los** 1:8,15,17 2:6
2:10,13,15 3:2,4,6
3:10,14,21 4:3,4,5
4:6,7,9,10,12,15
4:17,18,20,21,22
6:9,11,12 30:14,25
31:6,9,10,19,19
38:19 39:3 44:22
84:13,15,21 85:12
90:15,17 92:4
93:12 96:15 101:3
101:23 110:8
114:1 119:14
122:9 134:1,21
137:22 142:25
145:14 168:11,17
168:18,19 169:17
171:20,21 172:1
**lose** 159:22 178:16
**loss** 175:14
**lost** 175:18
**lot** 7:9,14 13:11
19:21,22 22:8

28:12 35:23 36:9
46:19,25 48:6
87:2 88:20,25
114:14,17 116:23
142:11 146:3
169:11,12,13
173:1,4
**lots** 36:3 47:12
80:1 92:9 122:16
122:21
**louis** 3:18
**love** 80:19
**low** 7:3 54:16 65:8
145:8
**lower** 19:5 175:21
**lunch** 109:1
112:16
**luther** 36:10
**lying** 116:4

**m**

**madam** 25:13 38:4
**magnet** 20:5,25
**magnificent**
116:14
**mailing** 62:6
**main** 2:20 3:5
26:20 41:8
**maintain** 7:5
**major** 20:6 87:2
**majority** 66:17
95:19 136:22
**making** 25:22
29:12 65:2 68:2
80:1 92:7 94:16
107:3 111:17
115:20 124:12
149:23 167:6
**mammano** 140:10
140:12,13
**management**
90:23 93:24

**mandy** 8:15 115:7
**manner** 98:1
**mantra** 111:7
**map** 141:4
**maple** 127:3,8,12
127:14 133:5,16
138:12
**marcus** 3:3 106:8
118:15,17,23
119:2,5,9 131:7
147:18 151:21
164:21 165:20
179:17
**margins** 95:14
**mark** 4:19 7:19
8:1 30:9 93:7
**marked** 5:4
**marks** 6:18 156:18
156:23 180:1
**marshal** 48:7
**marston** 4:12
13:24 152:10,16
152:16,18,22
153:12,24 154:5,9
154:16,25 155:7
155:10,17,19,24
156:2,7,10,13,16
157:1,8,12 158:4,9
158:15,19,23
159:2,11 161:1,10
161:14,16,20
162:6,16,22,25
163:5 164:1,4,7,10
164:16 169:24
170:11
**martin** 36:10
**martinez** 4:14,15
10:2 16:6 51:15
64:12,14 74:12
77:3 83:22 92:19
92:20 95:6 101:2

101:7,12,17 102:9
102:16,22 103:1,4
103:6,11,16
104:21,23 105:8
106:14,19 107:17
107:21 108:4,9,14
108:22 109:4,5
111:18,25 112:2,5
120:2,19 166:4
**martinez's** 51:17
**mask** 7:8,10
**master** 4:14 92:19
**master's** 104:17
**match** 31:12
**matched** 39:13
**matriculated**
49:20,25 50:6
**matt** 179:22
**matter** 6:8 32:2
33:21 51:22 75:9
167:12
**matthew** 2:3,7
165:24 166:5
**mayor** 8:8 30:20
93:18 120:3
125:14
**mayor's** 14:20
**mclain** 3:11
179:21
**mean** 29:9 43:18
51:18 57:1 114:14
129:21 136:8
145:16 148:2
**meaningful** 101:1
**meaningless** 127:4
**means** 88:20
129:22 153:17
**measurable** 94:8
**measure** 31:25
96:22 168:13,13

[measurements - months]

measurements
    154:12
measuring  155:12
mechanism  167:8
media  6:14,16,17
    6:19 7:6 75:4
    156:19,21,22,24
    180:2,5
mediation  166:23
medical  170:9
medically  18:18
meet  20:8 25:19
    28:7 29:18 51:19
    52:8 53:2 57:15
    84:2 85:19 109:5
    115:16 120:15
    121:19,23 168:15
meeting  7:24 9:4
    11:25 16:19 17:2
    21:18 24:24 30:5
    30:8 38:18 39:1
    99:17 126:9 171:7
meetings  21:24
    114:21 115:1
    148:19,21,24
members  35:12
    167:20
memory  65:9
memory's  69:22
men  102:13
mental  41:8 89:1
    91:5 96:17 103:25
    110:2 115:12,14
    115:18 117:8,20
mentally  8:24
mention  69:17
    81:12
mentioned  19:2
    49:18 70:5 74:16
    79:19 82:3 84:12
    89:7 110:11

111:23 112:23
mentioning  67:3
met  12:23 42:11
    54:2,7 69:22
    77:13,16 78:3
    115:15
method  82:8
metro  4:8 103:4,5
    108:11 109:6,9,10
    109:16 110:10
mic  10:1 51:15
    118:17 164:25
michele  4:14
    25:11 26:5 28:23
    29:1 92:19 108:22
    108:25
microphone
    142:19 165:3
mid  56:24
mike  4:4 10:23
    44:3,4 53:13
milestones  148:20
    179:14
miller  3:18,19
    142:15,20,24,24
    143:23 144:3,6,10
    144:13,19 145:13
    146:7,21 147:2
    149:3,21 150:9,16
    152:2 164:22,25
    165:5,5,13,16,18
miller's  166:19
millerbarondess....
    3:22
million  30:24 35:7
    87:10,11,11,12,13
    87:14 88:5,7,22
    101:24 105:10,13
    105:23 106:2
    107:19 143:3
    151:14,15,19,20

161:24 162:1,8
    163:1 165:8
    170:25
millionaire's
    96:24
millions  120:4
mince  106:25
mind  51:16 118:12
mine  92:18
minimally  124:3
    148:8
minimum  76:2,12
    77:5,8
mining  122:4
minute  169:19
mirror  33:10
missed  10:8 77:9
misspent  176:15
misstatement
    125:13
mistake  49:4
    126:3 141:9 178:5
mistaken  118:2
mistakes  80:1
    127:13
mitch  4:17 74:9
    83:7
mix  66:16 81:19
    160:22 163:24
mm  73:8 158:23
    162:16
model  87:4 113:24
modern  93:3
modular  176:9
moment  8:23 19:6
    27:11 31:16 49:9
    57:23 59:8 77:15
    79:21 83:24 91:3
    92:24 93:17 95:25
    102:17 108:12,16
    108:25 118:13

122:24 125:20,22
    126:19 128:22
    129:12 130:14
    137:4 150:19,23
    153:6 154:4,19
    177:25
monday  38:20
money  46:6 66:8
    87:5 88:5 96:3
    97:19 112:9
    118:10 120:5,5,6
    120:10 121:17
    123:13 124:25
    125:9 145:20,21
    146:6,10,14,14,16
    146:16 149:11,14
    150:2 157:18
    158:1,12 160:10
    161:18 162:5,6,18
    162:18,19,19,24
    163:14 176:1,6,7
    176:10,11,14,14
    176:14 177:12
    178:20,22,23
    179:19
monica  2:21 4:20
    67:18
monitor  7:4
monitoring  148:19
    148:23 179:13,15
month  12:6,19
    25:20 46:16 56:17
    72:5 76:25 81:13
    82:15 94:15 109:7
    134:8
monthly  105:12
months  62:5 70:8
    77:11 78:15 79:15
    111:13 120:16
    121:20 125:8
    127:9,12 166:7,8

Veritext Legal Solutions
866 299-5127

**monumental** 147:14
**moral** 30:16 167:1
**morning** 6:2 11:19 16:13 22:23 25:5 34:7 38:8,9 41:21 44:6,7 52:21,23 67:20,21 84:10 92:18,24 102:12 102:15 103:2 108:2 113:20 117:15 118:21 119:13 123:21 148:1 167:19
**motel** 35:16 69:3 69:13 71:18 104:14 159:6
**motels** 102:1 159:14
**mothers** 93:8
**motion** 77:12 78:14 79:6
**motivated** 31:23
**motor** 102:2,6
**mou** 148:17,25
**move** 15:12 26:6 26:16 27:16,22 30:21 31:4 33:4,4 49:15 50:13 65:5 66:6 75:15 76:24 77:11 79:14 100:25 101:11,19 107:11 133:9,13 142:18 167:20 168:4 169:4,7 171:25 172:8 178:15
**moved** 9:2 28:21 39:13 99:14 160:5
**moves** 33:16 114:11

**moving** 12:2,5 13:21 17:7,9 18:7 18:15,24 41:10 48:6 54:18 55:10 60:16 68:25 75:16 104:4 107:7 139:3 166:13 171:21 173:18 174:5
**mrt's** 150:4
**muffled** 7:10
**multifamily** 12:20
**multijurisdictional** 59:6
**multiple** 89:21 115:22
**municipal** 85:12 90:15
**myers** 2:12 167:13 167:14,16 168:3,7 170:17 171:12 173:4 174:2

**n**

**n** 2:1 3:1 4:1 6:1 106:13
**name** 6:2 42:6,10 42:12,13 51:11 59:23 61:10 65:6 83:19,19 119:11 140:8 142:23,24 152:15 165:23 175:3
**named** 111:15
**names** 15:22 28:5 60:11 150:7
**naming** 15:22 28:5 150:7
**narcotics** 160:1
**nation** 25:15 33:10 33:12 90:17 93:11
**navigation** 61:22 62:14,19,20

**naïve** 112:9
**near** 10:20 13:10 40:21 44:13 138:11
**nearby** 20:4
**nearly** 78:4
**necessarily** 133:20
**necessary** 21:4 31:18,23 32:7,10 33:4 79:7,8 80:5 89:22 91:21
**need** 6:22 7:1 8:24 11:14,14,15 12:16 13:14 15:3,9 17:19 21:10 35:6 45:4 57:13 78:21 80:15 87:24 90:6 91:1,5 94:11 105:16 106:11 109:25 110:1 115:21 116:23 117:15,23 126:3 129:7 131:20 158:16 164:25 166:18 168:8,11 168:15 172:4 177:9,21
**needed** 8:11,17 12:9 91:10 95:16 97:4,9 99:1 102:18 171:14,15
**needlessly** 178:18
**needs** 11:4,4 35:11 37:5 117:13
**negotiating** 20:7 59:19 127:7,11
**negotiation** 61:13 61:16 63:5
**negotiations** 22:13 61:8,17 123:9 147:14

**neighbor** 20:5
**neighborhood** 37:1 63:25 65:21 67:9,10
**neighborhoods** 57:15 121:16
**neighboring** 146:1
**neighbors** 13:17 14:11 32:23 40:20 173:12
**neither** 181:10 182:7
**nest** 76:14
**network** 31:21
**never** 11:6 25:13 51:16 102:18 116:6,6 146:23 162:17 167:25 168:15
**new** 38:20 62:18 69:1 76:13 78:11 102:4,10 120:6,6 120:16 121:20 122:7 135:15 147:17,18 148:14 151:16,19,23,24 152:1,6,6,9,12 171:5
**newman** 4:16 126:5,8,11,14,17 126:20,23 127:1 128:5,8,11,14,17 128:20,23,25 129:2,5,9,11,13,15 129:18,22 130:1,4 130:9,12,15,18,22 130:25 131:5,8,10 131:13,18,22 132:1,6,16,21 133:9,11,16,23 134:13,17,23

[newman - oh]

135:1,6,13 136:1,7
136:11,14,18,23
137:1,3,5,10,14,17
137:21,25 138:4,6
138:25 139:2,5,8
139:11,14,17,23
140:1,6,10,12,14
140:25 141:17,21
141:25 142:3,5,10
**news** 8:20 9:8
17:10,14,24,25
29:22 55:1 94:7
95:17 96:24 104:7
108:16
**newsom** 127:20
132:8
**nice** 38:2 43:25
67:18 74:9 127:10
**night** 37:5 45:13
118:20 119:19
123:20 143:5
**nightmare** 93:4
135:10
**nights** 93:21
**nimbyism** 146:2
**nine** 51:21 128:20
128:22 129:20
130:6,19,21
132:14 139:9
172:25
**ninety** 40:10
**nobody's** 9:5,5
**nod** 106:8
**nofas** 76:16
**non** 71:6
**nonexistent** 97:16
**nonpolitical** 29:13
**nonprofits** 15:18
**nonsense** 128:16
**nooks** 144:23

**north** 1:16 3:5
6:11 26:20 39:6
45:8 55:23 70:10
102:3,5,6
**notary** 1:18 6:5
181:1,21
**note** 25:21 26:25
27:1 39:2 119:24
**noted** 85:19 86:11
144:1
**notice** 8:14,18 9:4
28:22 37:1 114:22
114:23
**notifying** 7:18
**november** 13:19
17:14,18,18 36:12
179:16
**number** 6:14
10:17 18:6 20:9
24:20 30:18 38:25
41:4 47:2 49:18
54:2,17 55:3 65:8
65:24 66:11 68:6
68:15 71:12 73:20
73:22 78:6,17
81:21 84:5,20,24
93:13 97:4 104:7
115:20 141:2
143:16,18,21,25
144:7 145:4
152:21 153:11,13
153:25 154:1,4,17
156:8 170:20
171:8,16 172:1,4,8
**numbers** 7:2 39:3
50:4 53:11,14
54:19 70:6,8 71:1
73:25 118:3 145:8
145:10 146:21
157:4,6 159:19
169:12,15 170:18

171:18
**numerous** 94:22
**nurturing** 100:8
**nury** 4:15 51:17
92:20 95:5 101:2
111:16,18
**nut** 63:8
**nuys** 55:14 102:12
102:20 104:15
105:3,6 118:22

**o**

**o** 1:14 6:1
**o'clock** 51:17,21
51:21 52:1,8 53:3
**o'farrell** 4:17 74:9
74:11,25 75:7,20
76:1,7,11,21,23
77:4,7,10,20,23,25
78:13 79:4,8,10,18
79:23 80:13,24
81:3,10,23,25 82:2
82:7,19 83:9,12,14
**oaks** 40:1
**oaths** 6:6
**objections** 54:3
**objective** 32:21
**objectives** 29:15
**obligation** 57:15
167:1
**obligations** 29:19
**observers** 14:11
**obstacle** 178:23
**obstacles** 14:3
**obstructive** 131:2
**obtain** 13:2
**obtained** 59:17
**obvious** 27:12
**obviously** 24:18
25:16 31:25 46:24
48:14 98:24
120:10 121:14,25

143:2 169:24,25
**oc** 2:17
**occasion** 174:1,18
174:19
**occasions** 48:12
84:3
**occupancy** 75:23
75:24 156:1,2,5,14
**occupied** 55:17
**occupy** 35:24
75:14 76:3
**occur** 15:13 80:17
80:20
**occurred** 134:3
**occurring** 9:17
**october** 35:10 36:2
98:9 179:16
**odd** 59:5
**offer** 51:10 61:5,5
**offered** 51:8 87:20
133:17
**office** 14:20 18:9
19:23 20:21 25:14
35:23 63:12 85:6
98:4,22 108:5
119:18 169:25
171:6 173:1
**officer** 4:11
101:22 119:15
181:2
**offices** 2:19 27:2
46:18
**official** 101:10
**officially** 94:15
**offline** 155:21
157:9
**oh** 42:13 53:13
54:8 62:25 64:17
72:7 102:25
105:18 126:17,23
141:7

[okay - owned]

**okay** 11:2 19:9
21:25 22:1,10,15
24:8,17 30:4
34:17,20 36:15
38:22 39:8 43:4
45:11,15 46:11
47:10,24 48:4
49:3,4 50:3,10,17
50:23 51:2,12
52:6,9,12,18 54:24
56:3,18 57:1,3
58:2,12,18,24
59:11 60:6,7,11,19
61:14 62:16 66:20
68:19,24 69:11
70:20 71:4 72:2
72:20 73:15 74:2
75:25 76:19,20,22
76:22 77:24 82:1
82:6 86:24 94:20
96:8,9 101:2
102:8,9 103:15
104:22 105:7
108:8 109:2
112:18,19 113:17
121:8,11 122:18
123:1,17 124:18
125:16,17,19
126:8 127:25
128:22 129:10,25
130:11,14 131:4
131:17,18,22,25
132:11,20 133:8
133:10 135:25
136:6,11,14 137:2
137:4,19,20 138:2
138:5 139:4,10,13
139:16 140:18
142:9 144:9,9,12
145:13 146:6,7
148:16 149:6,10

149:21 150:6,7,17
150:18,23,24
153:4,7 154:5
155:9,11,18,25
156:4,16,17 157:3
157:13 158:14
161:11 162:10
163:6,7 164:3,7,8
164:12,13,17,17
165:10,16,17,20
165:21,21 166:1
167:10 174:19
177:25 178:8
179:22,23,24,24
179:24,24
**old** 147:5 162:20
175:15
**olive** 13:10
**omnibus** 91:17
147:20 166:14
**onboard** 110:18
161:9
**once** 10:4 17:22
27:18,19 28:22
43:9 44:4 46:23
140:18 144:23
150:20 164:14
**ones** 22:8 121:15
122:7
**ongoing** 15:2 31:2
69:14
**online** 12:21 46:16
102:11
**open** 12:15 36:12
39:23 72:15,22
75:3 78:9,14 83:1
120:1,6 159:17
**opened** 35:20
38:19 39:6,21
55:13 61:6,22
82:14 86:1 119:25

**opening** 12:5,19
19:11 40:7 67:24
72:5
**operate** 50:17
**operated** 59:12
**operating** 53:17
62:5 70:15
**operation** 50:12
151:9
**opinion** 8:11
**opinions** 79:25
**opportunities** 14:4
27:5,10 62:21
69:5,8 89:9,10
**opportunity** 28:23
29:24 33:24 42:2
63:7 64:2 84:11
88:19,23 91:19
92:3,21 98:17
99:3 127:20
167:18
**opposed** 54:13
**option** 173:10
**options** 97:16
**orange** 18:14 95:2
**oranges** 153:16,16
**orchid** 75:17,21
**order** 7:25 15:7,7
15:12 24:19 82:13
123:5 125:20
130:12 131:3
134:7 145:8
173:17
**ordering** 123:4
**orders** 31:1 32:11
62:9,9 91:12
174:8
**organizations**
25:18 28:5
**organized** 89:4

**original** 57:22
58:14 68:15 86:8
143:15
**originally** 59:17
85:20 91:7
**outcome** 181:15
182:12
**outliers** 86:12
89:18
**outline** 167:20
**outlined** 167:9
**outlying** 71:2
**outreach** 35:8
40:18 51:9 63:17
64:2,7 85:11
103:17,22,23
105:1 120:8
135:22
**outside** 55:4 71:2
74:1 100:3
**outstanding** 42:7
43:5,8
**overall** 22:13
85:25 91:6
**overarchingly**
74:21
**overcommitted**
76:17
**overdue** 31:15
**overlap** 152:23
169:20 170:10,13
170:21 171:4
**overnight** 81:18
81:19 178:21
**overpasses** 10:7
97:6 143:19
**oversight** 97:7,8
**owe** 140:19
**owned** 23:8,14
40:4 47:12 71:23
138:15

[owner - people]

owner   81:17
owners   19:7 69:8
oxnard   40:1

**p**

p   2:1,1 3:1,1 4:1,1
6:1
p.m.   156:19,24
180:2,6
pace   45:2
pacoima   69:20
page   5:2 80:25
pages   151:4
paid   28:2 106:1
pain   165:7,15,17
painful   147:5
149:17
pallet   12:25 13:10
19:1 20:21,25
45:2 46:20 48:1
71:24 78:19 79:12
80:3 123:4,22
124:2 127:8,11
130:1,8,10 131:3
131:14 135:4
161:6 169:5
pallets   12:25
pandemic   6:25
27:12 33:6 97:17
panorama   102:3,4
paradigm   9:17
paralysis   110:14
parcel   81:18 96:21
parcels   71:24 98:5
122:5
pardon   86:21
135:19
park   36:1,1 55:24
57:5 59:13 67:5
78:5 128:20,23,24
129:20,23 130:6
139:9,11,20

parked   66:4
parking   12:12
13:11 19:21 20:3
20:3,11 23:7,7
27:3 35:23 36:5
36:11 39:25 46:16
46:19 47:12 63:1
63:6,8,9 65:6,9,18
66:6,23 75:11
81:18,19 89:6
103:4 120:6 122:9
122:10,10,11,12
122:16 130:2
131:23,24 132:2
135:5 161:6
parks   97:5
part   8:14 11:5
19:3 25:14 26:12
78:22 82:9 99:23
106:16 111:5,11
111:11 124:7
129:22,23 140:19
150:21 160:14
167:24 173:22
parthenia   103:21
104:2
partial   128:21
129:1,21,21 130:7
130:21,23,24,25
participated   85:10
particular   21:12
32:25 53:15
111:16,23 140:3
153:25
particularly   41:10
85:14 111:15
119:24 120:5
121:25 141:7
parties   83:25 87:5
127:5 160:19
181:11,14 182:8

182:11
partner   109:20
partners   15:17
26:22 30:3 122:21
partnership   111:1
111:12
partnerships
109:24
parts   50:1 74:19
95:6
partway   11:1
party   6:24
pass   146:9,14
149:11,13,14
passed   84:3 95:19
96:23 160:3
passionate   111:3
passionately   87:25
pastor   8:15 115:8
115:9
path   27:9 42:14,15
42:21 138:1
paul   4:9 52:17,19
paxton   68:17,21
pay   9:1 28:2 33:8
113:18 117:10
127:25 149:25
177:11,12,20,20
paying   87:16
118:9
payment   143:3
peaked   156:1,2
157:4
penmar   48:9
pennsylvania
175:4
penrose   49:6,23
50:7,14
people   8:4,21,24
9:12 10:6,20
15:25 17:8,12,23

20:24 21:24 26:6
26:16 27:17 29:2
29:22,23,23 32:8
34:15,18 38:16,20
41:2,17 45:9
48:23 49:5,19,25
54:18 55:3 62:4
62:11 66:12 67:5
75:16 76:12 77:8
80:6,9,19,23 81:8
82:21 84:23 89:9
89:24 90:20 91:21
91:24,24 92:1,4
94:4,4 97:22
103:20 104:10
105:4,17,18,25
106:1,23 107:4
114:10,22 115:16
115:19,21 116:5
117:3 118:1
137:18 138:1
139:3 141:9
144:17 152:14,23
152:24,25 153:14
154:1,4 157:2
158:3,8,11,17,25
159:21,22 160:4
160:16,18 163:15
163:25 167:2
168:10,16,17,18
169:2,3,4,7,17,25
170:11,14,15
171:14,15,19,21
171:24 172:2,6,8
172:11,13 173:7
174:5,9,11 175:5
175:10,13,14
176:9,13,16,17
177:2,7,8,9,19
178:16

Veritext Legal Solutions
866 299-5127

[people's - points]

people's 94:2
perceive 146:19
percent 33:12,13
  38:23 53:17 54:2
  54:7 55:5,6 61:5
  65:14 84:18,19,25
  87:3 94:5 116:19
  116:20,22 122:8
  122:10 146:6,8,10
  146:25 149:17
  160:7 176:24
  177:1,3
perfect 78:2,7,24
perfection 33:16
performing 15:24
  118:11
period 25:12 70:8
  71:6 97:15 133:21
  138:2 159:7
perkins 13:24
permanency 124:8
  171:4
permanent 26:13
  49:14 61:19 62:7
  68:23 71:22 72:4
  74:21 80:12 81:1
  81:13 82:16 88:1
  88:12 90:11 94:4
  97:14 122:16
  158:6,17 159:12
  159:20 168:12,14
  168:20,22 174:10
  176:8 177:8
permanente 32:13
  34:13
permanently
  158:11
permission 40:3
perplexed 144:5
person 39:1 50:13
  53:19 55:9 59:24

64:11 66:5 72:25
  75:23,23 105:22
  105:22,23 114:11
  117:13 140:9
  141:24
person's 40:24
personal 96:21
  149:24
personally 39:5
  41:1 135:3,10
  150:23 151:18
perspective 147:4
pertains 110:2
ph 13:9
phase 12:6,10
philosophical
  74:17
phone 114:7
photos 7:6 39:1
physically 93:16
picked 116:6
pickup 63:17
pictures 11:13
  21:7
pie 140:22
piece 20:15 32:1
  123:15 127:4,14
  127:16 168:20,21
  168:24
piecemeal 177:3
pieces 127:18
  128:2,3,18 132:9
  134:22 135:2,3
  136:16 137:7
  138:23 151:1,2,5
pilot 17:10 18:1
  63:12 103:19
  104:3 108:24
  109:16 110:10
  111:15

pioneer 28:3 34:6
pipeline 75:2
  88:21 95:22 96:4
pivot 87:24 88:19
place 9:4 17:21
  20:13 23:18 28:17
  32:8 66:5,5 68:22
  80:15,15 91:16
  95:20 96:11
  103:19 106:12
  112:12 131:19
  145:2 152:13
  166:12 173:8,15
  173:16 174:11
placed 105:5
  172:7
placement 45:24
  105:2 154:11
  159:12 174:4
placements 45:3
  152:11,17 153:17
  169:6,8 170:7
  171:1
places 48:24
  159:20 176:8,15
  176:19 177:7,8
plaintiff 2:10,17
plaintiffs 1:6 2:2
  108:17 164:19
  165:25 166:6,24
plan 13:18 15:9
  23:2,2,4 53:21
  55:2 57:22 58:14
  120:3,8 158:10
  169:4,6
planet 93:11
planned 12:24
  55:21
planning 12:10
  61:16 64:20 84:2

plans 18:8,12
  58:23 167:20
playground 28:19
playing 11:16
pleadings 169:14
please 7:16 11:11
  25:4 38:7,12 39:2
  51:2 52:17 54:24
  60:22 74:9 83:21
  84:9 87:22 92:15
  110:24 126:20
  131:2 142:23
  152:15 165:23
pleased 13:23
  30:13 31:2 100:13
  166:9 167:5
pleasure 7:14 9:20
  16:5,20,22 17:5
  28:7 30:11 34:1
  34:10 38:5,7
  43:25 44:4 52:20
  67:13 92:15,16
  119:16
pleasure's 92:18
pledge 99:5
plug 158:8
plumbing 78:20
  78:21 124:7,13
plus 35:3 46:5
  103:13 123:11
  134:23,23 151:15
poignant 95:8
point 34:23 78:16
  104:10 138:16
  141:4 157:18
  158:16 175:22
pointed 120:2
  122:3
pointer 153:6
points 49:3 50:16

Veritext Legal Solutions
866 299-5127

[police - project]

**police** 66:3 116:7 173:14
**policies** 163:19 175:2
**policy** 101:1 160:21
**polite** 164:14
**political** 15:12
**politician** 99:21
**politicians** 159:4
**politicize** 29:15,16
**popular** 63:19
**population** 18:20 21:12 37:9,21 41:7 44:13 49:7 49:12 50:13 62:1 65:15 66:16 68:9 70:22 71:13 73:19 73:21 98:13 110:4 116:24,25 147:24 153:2 157:22 163:13 172:2,24
**port** 124:16
**porter** 59:13
**portion** 44:22 76:14
**posada** 25:23 28:7 28:13
**position** 113:4 116:2 124:9 157:22 161:12
**positions** 47:17
**positive** 23:17 121:4,12
**positively** 60:16
**possibilities** 19:1 54:5
**possibility** 71:12
**possible** 93:20 98:13 106:25 161:17 163:9,11

**possibly** 13:10 24:15
**posting** 7:6
**potential** 25:20 47:12 63:6,7 67:6 77:1 130:22,25
**potentially** 133:4 171:3
**pots** 112:13
**potty** 124:17
**pound** 145:15 149:13
**poured** 94:1
**poverty** 75:1
**power** 36:9 98:19
**preceding** 67:24
**precise** 66:10 119:6
**predevelopment** 86:6,10,13
**predicated** 169:6
**predict** 56:21
**prefab** 89:3
**preliminary** 57:17 178:13
**preoccupied** 27:17
**prepare** 13:12
**prepared** 26:6 27:16 31:12 33:18 67:22 182:3
**prescription** 32:5
**presence** 11:19
**present** 4:2 7:15 11:11 22:22 30:2 53:21 118:23 141:8 142:13
**presentation** 7:16 67:10 122:24 126:25 151:23 154:22 172:22

**presented** 65:15 124:25
**president** 4:15 25:13 31:3 34:14 35:12 38:4 92:20 95:5 101:3 109:5 111:18
**pressure** 14:22 148:9
**pretty** 146:24 153:22
**prevent** 17:19
**previous** 32:5 85:1
**previously** 69:19 70:5 79:20
**price** 4:18 7:22 9:19,24 11:9,12 16:10,17 111:24 130:9 131:15
**price's** 10:25 22:5
**prices** 80:23 86:17
**primarily** 22:5
**print** 97:19
**prior** 41:9 181:4
**prioritize** 104:12
**priority** 19:5 125:15
**private** 19:23,25 29:5 31:19 32:23 120:7 123:9
**privately** 23:14 28:2 43:22
**probably** 48:9 66:2 114:16,17 124:4 131:3 139:19 147:16,22 156:10 157:23 166:7
**problem** 11:21 54:17 94:1 116:21 127:13 132:12

145:19 168:16 172:5
**problematic** 48:10 89:5 177:4
**proceed** 59:20
**proceeding** 6:4,22 101:10 180:6 182:4
**proceedings** 181:3 181:4,5,8 182:6
**process** 15:11 30:25 40:3 45:23 46:5 62:13 71:22 79:12
**product** 132:4
**production** 80:25
**professionally** 134:12
**professionals** 90:7
**professor** 175:2
**profit** 106:2
**program** 12:25 18:1 23:7 27:3 39:14 45:19 50:22 63:12,15 65:12,18 65:21 75:5 103:19 134:19
**progress** 17:24 23:5 25:21 26:7 39:17 44:10 53:15 65:2 74:14 94:10 105:12 106:17 107:9,11 143:13 144:7 166:10 167:5
**progressing** 143:6
**prohibit** 20:3
**project** 12:4 13:16 17:11 19:18,19 24:5 26:4 45:18 47:17 56:13,19

[project - raised]

57:5,9,11,12,20
60:21 61:1,6,8
67:5 75:16 81:17
85:10 86:12
101:22 104:11
105:5 108:24
109:11 111:15
123:10,22 153:12
153:24 157:2,8
169:20
**project's** 57:10
**projected** 89:19
**projects** 12:2 23:3
26:3 75:10,13
85:25 86:5,10
88:21 89:17,20
120:12
**promise** 42:24
**promising** 76:18
**pronged** 175:12
**prop** 88:11,16
**proper** 8:18
**properties** 19:23
59:5 68:16 69:3
69:10 71:21 90:5
90:8,9 128:12
132:19 133:4,24
136:4 137:22
138:8,13,14
139:15
**property** 19:4,25
24:12 59:12
123:15 127:4,15
127:17,18,21,22
128:2,3,3,18
132:23,25 134:20
135:3,4,22,24
136:16 137:7
138:10,19,23
151:1,2,5 157:17
163:12

**proposal** 55:24
85:12
**proposals** 90:13
170:24
**proposed** 90:15
168:25
**proposition** 40:6
95:18 96:11
**protocols** 46:22
**proud** 28:17,20
111:11
**proudly** 119:17
**prove** 8:16
**provide** 11:20
36:6,10 42:2 46:7
47:16 63:15 64:3
69:2,6 71:6 79:6
97:15 102:3,5
104:2 109:19
176:19
**provided** 14:14
62:2 69:18 72:1
173:11
**providence** 18:2
**provider** 23:11
40:2 42:10,13
81:17 123:8
**providers** 31:22
40:18,25 41:15,20
41:25 42:5,7,25
43:20 46:9 103:22
106:10 109:20
123:6 135:21
**provides** 64:2
**providing** 12:9
13:21 15:5 70:9
71:1 94:17 97:24
104:13 109:10
172:4
**provision** 23:10

**provisions** 68:1
103:23 108:6
**proximity** 79:1
**psychiatrist** 9:3
**public** 1:18 32:14
65:7,11 90:2,2
100:3 113:19
120:7 121:25
122:2 151:11
181:1,21
**public's** 134:19
**publicly** 28:2 65:3
125:24 134:11
138:22 153:21
**pulled** 155:6
**pulling** 29:13
**pulls** 158:7
**purchase** 157:17
160:9
**purely** 121:18
**purposes** 61:1
71:24 91:7
**pursuant** 85:21
**pursuing** 19:7
**push** 13:8 177:2
**pushback** 61:11
**pushed** 173:9
**put** 9:22 26:5
35:15 80:1 111:24
115:14,18 120:11
123:13 126:18
127:8,11 135:4
138:1 141:14
144:20 146:8
151:8 160:23
163:15 169:13
**puts** 146:5 148:8
**putting** 18:2 97:23
161:3 162:3

**q**

**quadruple** 94:12
**qualified** 181:7
**queen** 116:2
**question** 17:17
21:15,16 49:13
126:7 136:2
**questioning**
123:25 155:20
**questions** 24:24
30:6 36:22 41:23
73:12 83:11 92:9
92:9 99:4,16
167:4
**quick** 35:14 38:11
**quicker** 80:17
**quickly** 48:6 65:6
80:10,20 160:20
161:16 163:12
**quietly** 29:2
**quit** 43:10
**quite** 20:9 66:2
84:8 93:6 117:14
126:2 134:13,14
135:12 141:23
143:9 145:7 147:8
164:13
**quiz** 42:12
**quo** 98:2
**quote** 127:18

**r**

**r** 2:1 3:1,18 4:1 6:1
**racial** 111:19
**rail** 109:12,19
110:4
**raining** 27:19
**rainy** 77:14
**raise** 96:20
**raised** 123:22

Page 32

[ramp - reminded]

**ramp** 161:16
**ran** 159:10
**rapid** 35:5 46:7,10
69:14 71:16
105:11 171:1
**rapidly** 29:3
**rate** 106:2 147:24
**rates** 33:10
**raymer** 55:16
**reach** 26:19 61:2
100:10 121:2
148:17 160:7,19
179:14
**reached** 84:3
148:16
**reaches** 177:1
**reaching** 74:19
100:12 135:18
147:17
**read** 126:18 142:8
142:8 143:7
164:19
**reading** 123:18
126:12
**ready** 26:16,21
30:20 37:7 75:3
75:15 79:14 113:8
113:11
**real** 12:6 35:20
78:25 90:19 91:1
94:2,7 96:5 106:5
**reality** 95:3
172:19
**really** 7:3 8:16,17
8:20 10:18 11:15
14:22 15:3,9,18
16:1 17:11 28:6
28:20 55:2 65:2
76:8 78:18 79:5
81:11 87:23 90:6
90:25 91:7,24,25

92:3 111:22
113:23 115:24
117:4,6 123:20
141:18 143:7
144:17 146:14
147:5,13,15,16
148:10 149:12,14
149:17 152:1
160:9 169:14,22
169:22,22 170:18
171:3 177:6,18,21
177:23
**reappointment**
104:18
**reason** 9:6 103:11
151:5 155:10,19
171:8
**reasonable** 20:8
**reasonably** 61:7
**reasons** 41:5,9
121:18
**reassigned** 35:3
**rec** 55:23 77:13
78:2
**recall** 12:23 13:9
55:22
**receive** 23:3
134:21
**received** 23:1
34:22 101:22
143:1,5
**receiving** 47:4
**recession** 175:18
**recognition** 15:25
**recognize** 54:16
54:17 64:10,24
**recommendation**
88:11
**recommendations**
87:20

**reconfigured** 56:8
**reconstruction**
78:4,11
**record** 6:4,7,13,15
8:2 16:3 65:3 80:2
113:19 114:24
127:10 141:15,19
156:20,25 164:15
165:7 180:3,4
181:9 182:5
**recorded** 181:6
**recorder** 165:3,4
**recording** 119:12
181:8 182:4
**recordings** 7:6
**recovery** 158:10
**recreation** 12:14
77:16 78:10,14
159:6
**recreational**
159:13
**red** 59:9
**redirect** 88:15
**reduced** 58:15
68:1 181:6
**reference** 33:20
**referencing**
174:23
**referred** 12:3
**referring** 102:23
131:15
**reflecting** 14:10
**refresher** 68:8
71:20
**refreshing** 53:10
**regard** 64:20
135:23 136:3
**regarding** 85:15
85:17
**regardless** 100:3
116:11

**regards** 101:20
102:10 104:5
**region** 28:15
**regular** 63:17 71:6
**regularly** 45:17
**rehousing** 13:17
35:5 46:8,10
69:14 71:16 94:3
105:12 171:1
**reins** 107:14
**reiterate** 22:2
**related** 172:16
181:10 182:7
**relates** 31:10
**relating** 133:21
**relationship** 23:12
26:9 27:9
**relationships**
40:20 64:4
**relative** 181:12
182:9
**relevant** 82:12
**relief** 107:22
158:25 163:2
**relocating** 48:24
**reluctance** 41:11
**reluctant** 41:4
**remain** 68:11
69:13 71:11
118:13
**remaining** 39:9
68:22 73:20
**remains** 71:11,13
**remarks** 33:25
106:22
**remember** 49:3
126:8
**remind** 52:18
**reminded** 11:14
11:15

Veritext Legal Solutions
866 299-5127

[reminds - rodriguez]

**reminds**  178:20
**renewal**  70:19
**renewed**  116:15
**rent**  177:20
**rental**  152:14
**rentals**  124:17
**repeat**  68:12 70:2
  75:19 111:21
  129:20
**replied**  88:10
**repopulating**
  17:22
**report**  12:1 17:3
  25:16 33:8 44:11
  74:14 84:1 85:8
  85:13 119:20
  123:18 143:6
  156:14 166:9
**reported**  1:18
**reporter**  6:2,3,18
  142:23 152:15
  156:18,23 165:23
  180:1
**reports**  75:4 85:7
  104:3 105:13
  172:21 176:3
**represent**  31:5
  104:16
**representation**
  127:10
**representatives**
  13:4
**represented**  124:3
  154:23
**represents**  152:11
  153:1
**repurposed**  96:22
**request**  31:1 41:19
**requested**  106:3
**requests**  93:23

**require**  75:10
  124:13
**required**  7:9 13:12
  32:4
**requirements**
  135:7
**requires**  105:12
**researched**  59:16
**reservation**  24:6
**residence**  12:19,20
**residences**  10:15
  134:5
**residential**  10:13
  20:23 37:18,24
  66:7 89:2
**residents**  38:20
  45:8,10,14,17
  49:14 63:18,20
  64:5,6 66:17,18
  94:18
**residing**  68:15
**resiliency**  32:10
**resistant**  41:6
**resolve**  59:10
**resource**  62:1
**resources**  13:21
  29:13 48:7 101:22
  107:23 112:14
  117:1,2 144:24
**respect**  32:11
  69:17 97:24
  165:12
**respecting**  108:5
**respond**  21:23
**responded**  141:24
**response**  14:20
  170:5
**responsibility**
  94:16
**rest**  109:8 146:10
  146:12 162:8

**restrictions**  46:24
  88:25
**restroom**  62:3
**result**  67:25 68:2
  68:21 70:5,9,14
  71:7 80:14
**resume**  62:23
**retirement**  175:20
**returned**  94:5
**reuse**  89:3
**reverse**  88:20
**revolt**  21:2
**richard**  4:11
  119:14
**rid**  118:11 159:9
  161:22,23
**ride**  129:23 130:6
**rides**  128:21,23,24
  129:20 139:9,20
**ridge**  102:10
**ridley**  4:19 7:20
  8:2 30:9,12 32:18
  32:20 34:3,11
**right**  7:13,20 9:17
  10:13,15 11:9
  16:10 17:2 18:10
  20:22,23 21:8,23
  22:19 25:1 26:9
  27:7,24 32:13
  37:7,17 43:18,24
  44:3,16,24 45:21
  46:14 47:14 49:4
  50:10 51:2 52:11
  52:14 55:7,22
  57:3,6 58:11,11,17
  59:8,14,19 61:17
  61:24 62:13 63:3
  65:19 66:9 67:12
  68:21 71:9,9
  72:10 74:24 76:1
  76:7,9,11,20 77:20

79:3 80:2,13 81:2
  83:12,16 91:19
  93:2,16 94:11
  95:4,11 96:4,7,12
  97:12,17 98:1,20
  99:14 100:12
  102:7 103:2
  106:21 107:1,8
  111:7 115:10
  116:19 118:13
  129:19,19 131:16
  133:16,21 134:9
  134:13,14,24
  137:12 138:3
  139:8,11,22 142:3
  142:10,10,16
  143:23 144:8,19
  146:20 149:3
  151:16,16,21,21
  151:22 152:8
  154:15,16 155:4
  156:5,10 158:15
  161:20 162:21
  164:2,10 165:18
  168:2 170:16
  171:6,25 173:20
  174:4 179:25
**rights**  1:4 6:9
**rightsizing**  171:12
**rising**  85:25
**river**  38:25
**riverside**  39:19
**road**  133:18
**roadblock**  13:13
**roadmap**  46:6
  119:20 120:3
**roaring**  118:6
**rodriguez**  4:20
  67:18,19,22 68:4
  68:14,18,20,25
  69:12,16,24 70:4

Veritext Legal Solutions
866 299-5127

[rodriguez - seize]

70:21,25 71:5,10
71:15 72:3,9,13,18
72:21 73:1,4,8,13
73:15,17,24 74:4,6
122:3
**role** 8:10
**ron** 4:7 83:21,24
84:12 95:7
**roof** 97:23
**roofs** 96:16
**room** 37:11 91:23
92:2 154:24
169:18
**roomkey** 19:18
45:18 60:21 61:1
61:6 85:10 104:12
105:5 109:11
151:9 153:4,12,24
154:9,23 157:2,8
169:20
**rooms** 61:6 75:18
75:21,22 76:3,13
82:22 105:4 153:8
153:10,14,17
154:1,2,8,11
155:12,13,13,20
**rose** 48:9
**roughly** 87:13
95:20 96:13
**round** 83:2,3
107:10
**rousted** 116:7
**routines** 41:12
**row** 94:22 99:18
99:20 100:24
109:2 112:16
179:1
**run** 103:7 136:22
136:24 137:9,15
145:22 157:20
160:11

**running** 13:12
18:23,23 57:10,11
61:7 105:22
120:17 145:19
**rushing** 123:9,15
**rv** 20:3 63:7,12,13
63:18 64:5,5
65:23 66:15 81:18
89:5
**rvs** 20:6 63:11,14
63:20,22 65:17
66:19,24 81:19,20
**ryu** 4:21 38:6,6,8
38:10,13,23 39:9
40:12,15 42:9,13
42:17,21,23 43:2,6
43:23 44:1

**s**

**s** 2:1 3:1 4:1 5:1
6:1
**sac** 57:25 58:10
**sacramento**
100:11 127:8
140:7
**safe** 12:12 19:20
20:11,13 23:6,7
27:2 36:5,11
39:25 42:3 46:16
46:20 62:25 63:6
63:9 65:6,9,18
66:23 89:5 101:14
120:6 130:2
131:23,23 132:2
135:4 161:6
**safely** 76:3
**safer** 63:24
**safest** 17:21
173:16
**safety** 108:7
**sales** 96:21

**salvation** 82:25
103:7,17
**san** 60:25 62:10
69:24 70:1,3,11
**sanitation** 14:19
15:6 36:17
**sanitized** 7:12
**santa** 2:21
**sat** 74:16 100:13
**saticoy** 57:21 58:6
58:12 65:1 132:25
139:12
**satisfactory** 179:8
**satisfy** 82:13
**saturday** 149:19
**save** 88:2 92:1
118:10
**savings** 175:19
**saw** 14:13 67:23
84:1 99:9 103:10
106:4,8 115:2
117:4
**saying** 15:6 44:9
108:19 130:10
131:1 141:1
149:22 156:13
**says** 133:11 168:9
172:12,14,17
**scalability** 69:6
**scene** 11:15
**schedule** 123:16
**scheduled** 7:24
120:1 133:19
**schrader** 82:14,16
**science** 50:17
**scope** 111:5,14
**scott** 3:3
**scott.marcus** 3:7
**screaming** 63:22
**screen** 14:14 58:21

**searches** 62:25
**seat** 126:4
**second** 23:13
24:10 31:7 34:23
39:25 90:1 163:8
178:2
**secondary** 159:23
**secondly** 36:24
**sector** 29:20 31:20
32:23
**secure** 69:8 71:18
105:11
**secured** 82:5
**security** 175:21
**see** 9:20 10:12
14:1 15:3,3 22:24
22:25 23:4 24:15
29:23,23,24 34:8,9
34:14 38:2,4,5,7
44:8 50:3 52:4,25
67:19 69:15 70:24
74:5,6,9,12 100:24
101:13 103:9
106:17 107:8
112:13,15 115:6
121:16,17 137:7
144:18 149:14
171:11 175:11
179:9
**seeing** 22:4 28:6
43:25 44:2 48:17
67:18 93:1 107:10
155:1
**seemingly** 93:23
**seen** 44:15 54:19
72:16,19 90:22
93:4 104:6,7
117:22 118:22
178:21
**seize** 107:14

Page 35

[semantics - sir]

semantics  153:18
senate  95:1,18
send  36:17 114:10
senior  36:12
seniors  40:8,10
sense  32:6,10 99:1
 111:8 112:9
 127:21 146:15
 149:15 176:6
 177:18,19
sensitive  54:18
separate  53:16,22
 54:2,6 179:2
september  1:12
 6:10 148:22 153:9
 153:19 154:14
 155:14 156:4
septic  63:15
sepulveda  104:5,8
 104:12,19,25
sereno  133:25
serious  14:24
serve  70:22
service  23:10,11
 25:11 31:21 35:7
 38:4 40:18 41:6
 63:12,15 71:1
 103:22,23,25
 109:20 135:21
services  4:13 32:1
 33:21 41:4 46:9
 51:10 62:12,14,23
 63:21 64:3 65:20
 69:7 103:24,25
 104:13 110:2
 116:11,16 166:17
 177:10 179:5
servicing  124:14
serving  63:13
session  11:23 12:3
 92:11,11 147:22

179:13,15
sessions  137:8
set  25:25 26:19
 33:20 39:23 53:7
 85:2 107:19
 108:22,25
setbacks  58:15
setting  41:11
 145:4
settle  117:17
settled  43:11 47:7
settlement  18:22
 22:13 54:5 74:18
 74:19 82:9,13
 106:4 147:20
 152:20 160:20
 170:6 173:23
 176:4,5 178:10
settlements  91:17
 91:18
settling  53:11
seven  52:1 133:6
seventy  131:13
severe  96:17
sewer  57:18
shame  93:7
shameful  93:5
shape  158:2
share  28:25 84:6
 85:16 87:6,21
 92:21 99:16
 111:10 114:18
 147:12
shared  46:8 95:8
sharp  98:19,24
shayla  2:12 165:22
 167:11,14 174:13
 174:21 179:23
shelter  8:21 9:12
 18:5 19:1 20:19
 20:21 25:23 26:1

45:3 55:9 62:9
 67:7,24 69:19,22
 70:3,10,13 73:25
 78:19 80:4 82:24
 83:3 94:17 103:18
 105:22,25 106:1
 116:20,24,25
 123:4 124:2
 129:24 145:21,24
sheltering  23:1,2
shelters  20:25
 46:20 48:1 71:24
 88:6,14 97:15
 123:5,23 127:12
 130:2,10 131:3,14
 135:4 161:6 169:5
 173:20 174:9
 177:12,19
sherin  9:2 113:17
 115:11 117:4
sherman  40:1
ship  94:11
shocked  114:4
shocking  93:5
 114:2 151:11
short  74:21 76:4
 76:10 78:6 88:13
 133:20 176:19
 177:4
shortfall  172:3,14
shortly  22:2 24:25
shoulders  94:19
shout  67:4
show  156:5
showed  39:1 56:4
 57:7 58:23 157:5
shower  89:11
showers  62:2,11
 78:22
shown  22:6 129:3
 129:6

shrinks  151:3
shut  157:9
shutdown  62:9
shy  42:8 43:3,10
 105:16
side  26:12 37:16
 45:1,2,8,20 48:1
 98:25 145:1,1
sides  21:1
sidewalk  55:10
sidewalks  39:10
 64:8
sign  140:2
signature  181:19
 182:21
signed  45:23 46:1
 49:17
significant  11:2
 13:15 23:4 57:9
 63:6
signoffs  140:2
silent  118:13
siloes  91:19
simply  30:2 33:3
 94:10 98:3 149:6
single  55:9 93:8
 134:5 172:10
singles  73:2
sir  9:20 16:16
 22:23 34:4 38:14
 42:23 43:2,23
 44:2 52:20 92:14
 96:1 119:10
 120:23 121:21
 122:13,17 123:16
 123:19 124:23
 125:1,7,11,18
 128:14 129:13
 130:4,15,18 131:5
 137:5 141:17,21
 142:4

Veritext Legal Solutions
866 299-5127

[sit - spoke]

sit  105:18 106:23
  156:11 167:18
site  12:17,17,24
  13:9,12 23:8,14,14
  23:15,18,24 24:6
  24:10,15 26:21
  28:18 32:12 36:5
  36:6,16 39:3,7,20
  39:20 40:4 55:13
  55:16,22 57:19
  58:14,14 59:17
  62:15 65:1 78:24
  81:12,16 82:3
  102:11,23 103:6
sites  12:22 23:5,22
  25:20 26:18 27:3
  40:7 41:1 64:25
  71:19 76:17 82:9
  82:22 123:4,7,9
  141:4 157:9
sitting  58:25 93:17
  150:11 177:15
situation  14:8
  27:22 54:11 79:15
  80:22 163:11,13
six  43:13 45:22
  46:1,5 47:4,7
  49:17 51:21 55:25
  56:1 86:7 101:25
  127:9,12 144:23
  166:6,8
sixteen  133:16
sizable  46:25
size  6:25 10:24
  54:20 161:3
skid  94:22 99:18
  99:20 100:24
  109:2 112:15
  179:1
skills  181:9 182:6

skip  117:5,23
  142:13,18,24
  144:15 146:19
  150:23 151:21
  165:5,11 179:18
sky  140:23
slated  78:3
slauson  131:14
sleep  52:10 116:10
  123:21
sleeping  55:9
sleeve  28:16
slice  169:1
slough  13:9
slow  85:18 129:12
  129:14 130:16
  137:6 154:20
  163:16
small  44:13 47:19
  69:6 95:10
smaller  145:20
  149:7
smart  153:22
sobel  2:18,19
  168:9 174:20
sobering  92:23
social  7:6,8 101:13
  108:6 175:21
soft  87:3
solaire  26:9
sold  160:24
solely  159:13
  171:18
solution  63:23
  66:23 160:14
  162:3 168:1
  176:24 177:4
  178:23
solutions  71:25
  88:13 97:14 111:4
  161:6 168:25

175:23,25 176:1
  176:19 177:23,23
solve  148:6 172:5
solving  11:21 94:1
  168:16
somebody  83:19
  116:2 117:12
somebody's  66:4
  157:14
someplace  114:10
somewhat  64:6,6
  66:16 142:21
  143:1
soon  35:20 38:6
  83:16 93:20
  112:20
sorry  16:8 83:18
  103:8,23 112:25
  126:17 132:4
  136:23
sort  20:5 23:21,22
  57:24 78:19 91:1
  119:19,21,23,24
  121:17,24 123:3
sorts  62:24
sound  34:16
  154:16
sounds  52:6,9
source  146:16
sources  87:5
  146:12
south  3:13 26:13
  35:21 36:5
southern  95:22
southwest  26:12
space  12:15 32:8
  59:13 82:23 90:2
  122:10 130:6,7
spaces  12:13 23:8
  27:3 43:12,13,18
  46:17 65:14 75:11

76:10,24
sparks  99:1
speak  7:11 8:3,5
  9:21,23 10:4 96:4
  118:14 170:1
  174:19
speaker  7:12
speaking  7:9
  97:25 104:14
  132:25 133:2
  137:10 170:2,3
spear  98:19,25
special  4:14 8:24
  15:22 37:5 92:19
  104:17 173:19
  174:7
specific  13:20 15:5
  49:10,13 63:1,13
  143:10 144:7
specifically  33:19
  49:19 95:22
  107:22 153:13
specified  138:9
speculation  49:2
speed  18:23 29:6
spend  7:13 45:13
  173:1 176:6,7
  177:22
spent  87:14 88:7
  88:23 173:4
  176:14 178:1,19
  178:24
spertus  2:4
spertuslaw.com
  2:7
spin  138:19
spirit  30:15
spoke  12:3 39:5
  40:16 55:13 83:6
  136:4

Page 37

[spoken - succinctly]

spoken  8:17
sponte  178:12
sportsmen's  60:23
  61:4
spot  36:13
spots  36:7,11
  120:6
spring  1:16 6:11
square  78:9
squarely  94:18
st  12:8 16:5,6,7,7,8
staff  10:10 13:25
  22:3 40:19 64:18
  67:3 95:4 108:7
  109:8 118:14
staffed  82:4
stage  36:14 63:5
  123:2
stakeholders  30:3
stalled  13:1
stand  94:13
  142:16 145:1
  178:2
standards  75:25
standing  92:24
  93:16
stanton  118:1
stars  3:20
start  15:22 28:5
  39:21 44:9 50:16
  53:9 59:25 75:16
  105:17 106:20
  116:15 117:6,8
  118:15 125:23
  150:7,14 167:11
  176:7
started  9:13 29:12
  43:9,20 53:17
  62:5 109:6 112:7
  113:24 115:1
  127:3 143:21

144:23
starting  42:6 80:5
  98:9 134:18
starts  27:19
state  6:6 24:5,10
  25:15 33:12 65:2
  67:7 93:10 95:1
  96:19 97:18 98:21
  101:20 119:11
  123:10 142:23
  146:11,12 152:15
  157:20 163:19
  165:23 181:22
stated  8:2 88:15
statement  126:2
  143:15 176:5
states  1:1
statewide  95:20
  141:4
static  172:2
status  38:15 40:16
  75:13 98:2 119:19
stay  11:23 81:4
staying  35:2 154:6
steadfast  98:18
step  29:21 59:7
  61:5 110:9 117:4
  149:8,24 150:4
  166:19 167:24
stepped  17:11
  42:7 43:14,15,16
  111:22 113:23
  115:11 116:13
stepping  16:1
  115:6 147:11
steps  55:21 167:3
stick  122:23
  150:23
stop  10:17 11:1
  79:21 95:24
  143:14 175:25

stopped  26:3
stopping  170:24
storage  12:14
  32:14 62:3 89:10
stories  82:12
  115:25
story  8:7,20 9:9
  39:12 40:24 82:17
  173:20
straightforward
  170:13
strange  34:16
strategies  41:16
  174:6,10
strategy  35:1
  169:7 171:3
  173:24
street  1:16 2:5,14
  2:20 3:5,13 6:11
  9:22,22 26:8,10,17
  26:20 27:17 32:13
  39:20 55:23 72:8
  91:21 93:20 99:25
  103:2,14 116:18
  117:25 135:14
  160:16,18 163:15
  175:11 176:13
  177:9 178:17
  179:6,9
streets  11:16
  13:15 20:10,18
  26:7 37:4 40:22
  41:18 65:17 84:23
  88:4 89:25 90:20
  93:9 97:5,23
  107:4,24 118:20
  119:8 157:23
  159:1,21 167:3
  168:11,17,19
  171:20 172:1,11

stressed  173:25
strike  11:3
strongly  87:24
structural  97:18
structure  91:6,9
structures  13:11
struggle  104:24
  118:4
struggling  146:3
  167:2
stuck  13:5
stuff  60:10 123:14
  138:11
stunned  65:4,11
  113:25
sua  178:12
subject  63:11
sublease  24:15
submitted  76:15
  176:4
subsidy  152:14
  158:12
substance  41:8
  45:19
substantial  71:12
  163:6 179:9
substantially
  48:19
subsumed  99:23
success  27:25
  29:23 39:12 61:3
  61:23 64:1 82:12
  82:17 105:14
  116:1 166:15
  178:2
successes  106:20
successful  16:15
  27:9 29:24 41:17
  65:7 75:5 178:11
succinctly  78:1

Veritext Legal Solutions
866 299-5127

[suffering - terms]

suffering  33:1
  88:3
suggestions  13:7
suite  2:5 3:5,13,20
suited  91:9
suites  75:17
suits  75:21
sunday  149:19
superior  126:1
supervisor  8:1,8
  30:12 32:18,20
  34:3,11,23 36:24
  150:2
supervisorial  31:7
supervisors  4:19
  30:10 150:5
  151:18
supply  115:12
support  25:13
  34:22 113:3,4
  120:8
supportive  26:14
  71:23 72:4 81:14
  86:3 88:1,12,16
  90:11 122:20
  160:13 163:23
  168:6,8,12,14,20
  168:22 177:10
supposed  79:25
  138:16
supposedly  140:23
sure  15:10 21:13
  27:23 35:13 42:19
  56:22 60:1 75:20
  82:17 94:16 97:2
  104:6 107:3 109:3
  119:4 122:25
  123:2 124:15,20
  126:13 127:1
  133:15,22 134:21
  145:18 161:21

173:3 177:17
  179:15
surfs  113:19
surplus  90:9
surprising  65:23
surveying  70:8,8
survive  167:2
sway  147:10
sweat  28:13 93:25
switch  7:19 132:17
switched  132:17
sworn  94:16 181:5
sylmar  67:25
  72:14
sympathetic
  148:11
system  10:21
  22:11 41:10 90:24
  109:12 110:4,5
  127:6 172:3,9,9

t

t  5:1
table  124:19 142:2
tag  66:6
take  6:4,5 7:10
  10:4,14 13:23
  14:23 27:14 28:23
  31:22 55:3 71:11
  73:3 89:11 90:7
  112:10 115:18,19
  116:9 130:19
  145:24 146:15,22
  149:17 151:4
  152:20 153:7,10
  154:7,22 155:3,15
  156:9,11 157:6
  163:14 166:3,4
  169:19 176:17
  178:12
taken  6:8 94:22
  149:15 181:3,12

182:9
takers  61:4
takes  111:7
tale  108:19
talk  10:23 23:6
  29:1 38:6 54:11
  54:12 59:10 78:8
  83:16 111:20
  117:17 118:5
  132:19 149:19
  172:6 173:5
  175:10,10 179:18
talked  12:22 74:17
  145:18 171:7
  172:10 173:25
talking  19:24
  20:16 28:22 44:13
  111:19 114:15,16
  114:16,17 117:8
  130:7 142:7
  158:10 161:7
  170:5,11,18,19,23
  170:23,25 173:20
  173:23
talks  171:23
tangible  30:22
  44:10 94:7 157:18
tank  63:15
tanks  63:16
taormina  23:15
tara  116:2
targeted  120:9
tarzana  18:1
tax  85:9 96:21,21
  96:21,24
taxes  96:20
teach  51:23
team  40:25 81:17
  98:4 115:12,14,18
  117:8

teams  114:8
  117:19,25 118:7,8
teeth  97:8
tell  8:7 10:5 14:7
  40:25 66:11 111:2
  114:19 116:4
  117:22 118:25
  131:11 135:9,19
  150:1 160:15,17
  162:21 172:23
telling  117:24
  128:1 149:6
tells  91:2
temporally  119:22
temporarily  80:11
temporariness
  80:3
temporary  12:25
  81:1 90:12 122:17
  158:7 159:7 174:8
  176:6
ten  115:20
tend  14:13 64:6
tens  93:7
tent  114:9 144:15
  144:15
tenting  89:4
tents  21:1,9 46:23
  64:8 116:10 145:5
term  39:14 74:21
  88:13,13 90:10
  160:13,23 161:23
  163:23 168:6,8
  176:19,20 177:5,5
terminology  154:8
  154:12
terms  17:24 18:17
  31:18 32:3 54:17
  55:20 61:7 73:18
  105:9 111:3 114:5
  116:17 145:8

[terms - tiny]

163:19
**terrific** 165:11
**test** 53:23 144:21
**testament** 84:17
**testify** 41:21
**testifying** 181:5
**testing** 127:5
**thank** 6:12,14 7:18
8:3 9:20 10:10
11:12,18,23 16:8
16:16,17,24 17:4
19:16 21:17 22:17
22:20 24:3,21,22
25:1,11,13 27:25
28:1,4,11 30:6,7
30:12 33:24 34:3
34:5 36:21,23
38:1,3,13 40:14
41:21,22 43:24
44:1 46:3 49:15
51:3,4 52:15,16
53:6 54:22 58:12
60:4,12,14 61:12
61:15 64:9,22
66:25 67:11,15,17
72:20,23 73:7
74:2,4,7,12,13
77:6 83:7,9 84:10
92:1,2,5,6,12,14
92:21 98:14,15,17
99:2,17 100:17,19
100:21 101:1,5,9
101:10,12 106:14
107:12 108:1,2,5,8
108:10 109:10
110:25 111:17
112:14,14 113:13
113:16 119:10
123:17 134:10
136:9 138:22
140:17 141:17,19

141:21,23 142:4
142:20 150:9
157:19,19,24
164:15,16 165:13
165:15 167:13,15
174:12,13,20,21
177:24 179:11,17
**thanking** 25:11
**thanks** 67:9 83:15
142:11
**thing** 96:20 106:21
107:1 132:18,18
164:22 165:1,6
172:7
**things** 20:20 35:10
35:15 60:16 62:24
114:18 115:2
123:4 145:11
153:25 161:7
175:6 176:22
**think** 10:9 13:8
14:24 15:22,24
20:23 21:5 22:14
41:25 42:11 54:7
65:9 73:9,17
84:15 89:16 92:3
95:8,9 97:21
100:4,9 102:6
104:8 105:16
106:16,21 107:13
107:16 109:14
110:23 113:2
114:15,18 118:1
120:21,24 135:13
140:10 141:5,6,8
141:15 143:3,20
145:6,17 146:11
147:9 148:16
149:12 150:21
159:15 160:3
162:10,13 163:20

167:22,23,23
168:8 169:10,21
170:1,3,17 171:2
175:5,22 177:6,7
177:21,21 178:7
**thinking** 72:25
132:15,15,16
141:7
**thinks** 100:3
**third** 19:2 57:20
86:15,19,21,22
90:19 99:25 132:1
137:3 159:24
**thirds** 99:24
**thirteen** 13:17
**thirty** 55:25 56:1
84:18
**thomas** 4:19 7:20
8:2 30:9,12 32:18
32:20 34:3,12
**thoroughly** 27:15
**thought** 45:1,8
121:5 126:1
127:19,21
**thoughts** 17:2
**thousand** 73:11,11
84:23
**thousands** 89:24
93:7
**threatened** 50:11
**three** 11:10 23:5
56:4 64:25 77:13
85:25 86:5,7
99:13,13 111:15
111:23 124:12
128:2 129:2,4,5
131:6,7,9,10,12
132:14 139:19
140:2 145:23
151:17 156:24
180:2

**thrilled** 17:16
**throw** 54:4,4
**thursday** 1:12
6:10
**time** 1:13 6:19
7:14,19 8:9 9:11
12:23 15:25 25:12
30:17 31:16 36:22
41:22 42:24 44:12
45:1,10 47:1,14
48:7 50:2 53:7,21
53:25 55:2 56:21
66:3 68:5,13 71:8
74:16 79:19 80:21
83:4 85:24 86:2,7
89:19 90:19 91:1
91:3 95:10,13,13
96:5 99:9 100:9
106:4,6 110:17,23
113:18 116:23
117:3,21 125:24
126:22 127:5
133:21 134:2
141:1 143:7
144:15 151:3
155:1 156:9,19,24
159:7 160:2
168:23 169:18
173:1,4 176:7
177:14 178:13
179:24 180:2
**time's** 120:16
**timeline** 56:24
**times** 28:18 44:20
124:3,4
**timid** 25:17
**tiny** 18:11 24:12
46:20,23 55:21,24
56:1,8 57:5,9,20
81:4 89:3 120:12

[tip - underpasses]

**tip**  98:19,24
**tireless**  115:10
**tirelessly**  93:19
**today**  6:22 7:14
    10:23 15:14 16:21
    24:24 25:20 26:15
    34:17 36:23 38:14
    41:21 51:14,17
    52:19,24 59:2
    73:14 83:11 87:21
    88:2,3,4,23 91:8
    92:7,9,25 99:16
    110:9 114:4
    119:12 142:21,25
    149:5 150:10
    152:5 155:3 156:8
    157:2,5 161:7
    166:19 168:25
    172:20 173:25
    179:12
**today's**  6:4
**toilet**  114:12,13
**token**  54:19
**told**  69:21 112:11
    118:6 127:6,15,17
    132:10 134:19,19
    136:21 144:7
    157:23,25 158:1
    163:13 175:4
    179:3
**toluca**  39:5
**tomorrow**  23:20
    56:14 75:16
**ton**  99:13,13
**tonight**  52:8 142:8
**tool**  71:17
**top**  148:12 152:9
**topic**  135:20
**topics**  84:5
**torossian**  64:18

**toss**  9:16 145:11
**tossed**  157:23
    159:1
**total**  27:4 77:3
    130:21
**totaling**  87:11
**tough**  116:25
**tour**  13:25 69:18
**toured**  36:17
**town**  28:15 162:20
**track**  16:3 85:22
    107:9 148:24
    153:25,25
**tracker**  153:5
    154:24
**traditionally**
    148:3
**trail**  58:10
**trailers**  89:4 123:5
**transcriber**  165:4
    182:1
**transcript**  182:3,5
**transcriptionist**
    181:7
**transition**  20:1
    40:13 90:14
**transitional**  32:7
    39:14 40:9
**transparent**
    159:17 164:12
**transportation**
    109:25 122:20
**trash**  63:17
**traverses**  31:7
**treasury**  97:19
**treat**  159:24
**treatment**  18:1
**tremendous**  62:1
    115:4,16,25
    116:17 148:9

**tried**  123:21
**triple**  94:12
**trips**  94:22
**trouble**  114:8
**true**  28:3 34:5
    99:21 147:9 181:8
    182:5
**truly**  109:24
**trust**  79:9 116:15
    116:16 129:8
    131:21 155:25
    178:11
**try**  35:1 49:5
    57:16 80:2 106:25
    144:16
**trying**  7:4 18:16
    18:19 21:3 25:18
    26:19 48:7 61:3
    73:9 110:3 114:19
    119:21 123:11
    138:19 149:8
    150:3,4,6 160:19
    161:22 164:2
    168:5
**tsunami**  148:4
    172:18 174:23,24
    175:7,12
**tunnel**  96:25
**turn**  11:9 28:24
    37:17 54:24,25
    58:8 84:5 110:20
    142:14 164:18
    165:20
**turned**  110:23
**turning**  25:22
**turns**  134:22
**twenty**  29:8 38:23
    40:12 134:23
    136:18
**two**  6:19 10:17
    19:1,18 23:20

35:7,19,21 36:3
    40:6 47:11 55:18
    63:13,14 72:9,25
    74:19 75:13,23
    76:17 77:5 81:4
    87:9 92:11 99:6
    99:24 102:1 104:8
    107:20,25 110:15
    112:6,21 115:13
    115:17 117:21
    130:8 134:23
    136:18 149:2
    153:25 156:19
    174:15 179:13
**type**  132:24 134:7
    138:19
**types**  128:11
**typewriting**  181:6
**typical**  10:13,20
    10:21

---

## u

**ultimate**  148:13
**ultimately**  32:4,8
    110:6 174:6
**umhofer**  2:3,4
    165:24,24 166:3,5
    166:5
**unable**  13:2 69:8
    71:18
**unacceptable**
    11:17
**unanimous**  67:8
**unconscionable**
    84:21
**underneath**  49:18
    50:6 127:8,12
**underpass**  10:8,24
    17:13,13,20 37:16
    37:16 49:19 50:6
**underpasses**  10:7
    22:5,8 97:6

[underpasses - volunteers]

143:19
**underscore** 97:1
100:21
**understand** 6:23
33:14 90:20
114:20,25 132:3,7
132:13 134:15
158:20 162:15
169:22
**understanding**
23:19 84:25 152:2
152:5 170:8
**understood** 164:6
**undertaken** 50:12
61:1
**undertaking** 111:6
**underutilized**
90:10
**underway** 57:18
103:19,24
**uneconomical**
145:22
**unemployment**
33:9
**unfortunately**
13:1 24:11,13
53:22 69:3 85:18
89:21
**unhoused** 40:20
40:24 66:17,17
98:13 153:2
168:11,16,17,18
171:19 173:6,6
174:5
**unified** 14:20
**unincorporated**
143:13
**unintended** 26:2
**unique** 99:23
109:25 179:2

**unit** 14:21 36:12
72:24,25 75:8
86:9,13 134:6
**united** 1:1 28:19
**units** 40:8 47:16
72:22,24 75:2
81:13 82:20 86:3
86:3,15 94:17
101:24 102:3,4,5,7
105:11 112:22
123:11 148:8
151:19,23,24
152:6,6,7,7,9,9
153:18 163:21
172:4
**university** 33:9
175:4
**unprofessionalism**
140:19 150:21
**unqualified** 61:23
**unquote** 127:18
**unsheltered** 55:4
68:9 71:13,14
73:19,21 135:23
**unspeakable** 33:1
**unsupportive** 86:3
**untouched** 78:10
**untruthful** 10:6
**update** 11:25
15:14 35:14 38:11
39:18 53:8 67:23
68:6 75:12 83:5
101:19 118:14
142:12
**updated** 23:1
73:10
**upfront** 14:2
**upping** 80:23
**upset** 10:18
**upticking** 33:6

**urgency** 31:12
33:15,16 99:2
111:8
**usable** 127:22
**use** 7:24 19:25
26:23 35:4 46:9
62:3,6,7 79:16
90:1 128:21 129:1
129:21,21 130:7
130:21,22,23,24
130:25 140:3
176:1,10
**uses** 90:12
**utilized** 96:16
**utilizing** 27:2
**utmost** 41:14
**utterly** 84:21

**v**

**v** 1:7 77:18,21
**vacant** 95:4
**valley** 60:25 62:10
69:25 70:3,11
**value** 80:9 97:3,9
97:15
**van** 55:14 102:12
102:20 104:15
105:3,6 118:21
**various** 25:18 85:7
91:12
**vast** 136:22
**vehicle** 20:3
**vehicles** 20:10
55:4 65:8 66:18
**venegas** 1:18 6:3
181:2,20
**venice** 10:24 32:12
34:13 44:14 47:21
47:22 49:19 50:6
51:9
**venn** 170:12

**veritext** 6:4
**vernacular** 155:13
**veronica** 16:3
**versed** 119:5
**versus** 9:15 45:3
179:2
**veterans** 72:10
**viable** 65:12
**vibrant** 106:15
**victory** 148:14
**viewed** 53:16
164:12
**views** 111:10
**village** 55:21
**villages** 178:21
**vince** 140:12,13
**violence** 18:5
**virtue** 30:22
**visible** 22:9 66:22
**visit** 24:25 45:13
50:20 52:12,18
53:7 62:20 67:13
142:8
**visited** 32:16
44:17 48:8,12
55:14 102:12
**visits** 40:25 62:2
84:1 115:22
**visuals** 58:20
**voa** 42:19 43:4,4
43:16
**vodka** 117:15,16
**voice** 99:20
**voices** 43:6
**void** 100:6
**volume** 80:6 97:3
97:9
**voluntary** 49:21
92:8
**volunteers** 12:4
27:6 145:24

Veritext Legal Solutions
866 299-5127

[voters - winter]

**voters** 87:7
**vouchers** 35:3
  46:10
**vs** 6:9
**vulnerable** 152:24
  153:3

**w**

**wait** 7:1 175:6
**waiting** 8:6 137:8
**walk** 37:10,11
  58:10 148:14
  179:8
**walked** 58:10
**walking** 78:24
**walkthrough**
  23:16
**want** 6:23 9:25
  10:4 13:6,8 14:7
  15:16 16:2 20:4,5
  21:17 22:2 25:20
  26:25 27:1 28:1,4
  32:15 34:20 36:21
  36:23 50:2,16,20
  51:6,19 52:18
  53:2,23 54:11,12
  59:9 63:1 64:9
  65:5 66:25 70:16
  73:10 74:15 75:24
  76:19 78:17 80:4
  81:11 83:7,25
  89:7 91:25 92:1,6
  92:21 98:14,17
  100:15 105:19,19
  105:21 106:12
  107:8,9,16 111:16
  112:14 113:13
  116:1,20 117:5,25
  118:10,19 119:24
  121:16 123:17
  124:21 125:23,24
  127:24 133:13,20

134:10 138:22
140:17 141:14,18
141:19,23 142:12
144:18 150:12,22
153:18,20,21
155:5,15 156:14
157:13 159:8,12
161:17 162:17
164:11,14 165:1,9
165:21 167:11
169:19 174:15,16
174:18,21 179:5,5
179:11,17
**wanted** 64:24 68:6
  69:16 75:12 83:5
  110:18 134:4
  162:13
**wanting** 109:9
**wants** 29:25 98:24
  109:15
**washington**
  140:15,16
**waste** 66:8 110:17
**watch** 126:6 148:2
  151:20
**watchdog** 97:7
**watched** 93:18
**watching** 117:21
  125:17 151:22
**water** 36:9
**way** 17:13 43:4
  52:13 54:20 76:5
  80:1 86:16 110:7
  114:6,12 133:5
  141:8,22 147:18
  151:13 158:16
  159:25 163:9,10
**ways** 13:22 85:18
  89:8 171:24 179:2
**waystation** 169:3

**we've** 12:1 13:13
  14:5,14,16,16
  18:12,25 19:1,23
  23:17 24:14 25:21
  30:18 34:22 35:15
  42:1 48:2 49:15
  49:25 56:7 60:18
  62:1 71:17,23
  78:18 84:4 93:4
  94:25 104:7,11
  109:13 111:23
  115:1 117:1 118:1
  119:25 121:2
  122:3 127:7,11
  145:17 148:2,2
  152:7 153:17
  155:13,22 160:1,1
  160:3,5 161:7,18
  161:21 163:12
  167:23
**wealthiest** 93:9,10
  93:11
**wearing** 7:8
**wears** 28:16
**website** 155:5
  156:12
**week** 13:18 22:14
  23:20 25:19 46:5
  54:5 104:18,19
  105:9 115:14,17
  120:12,13,13,20
  147:22
**weekend** 179:19
**weekly** 104:2
**weeks** 34:11 44:9
  57:11 62:8 79:13
  79:15 99:6 107:25
  143:3 151:17
**weighs** 94:23,24
**weitzman** 8:15
  76:5

**welcome** 15:12
  142:5
**wellbeing** 7:5
**wellness** 74:22
**went** 13:25 103:9
  125:25,25 141:3
  143:22 144:1
  175:19,19
**wesson** 4:22 8:2,5
  30:11 34:6,7,10,20
  36:16 37:3,8,13,19
  37:22,25 38:3
  111:25 112:1
**wesson's** 32:17
**west** 2:5,14 26:12
  26:12 35:16 45:20
  46:18
**westchester** 46:18
**western** 1:2 35:21
**whitsett** 57:22
  58:7 132:25
  139:12
**whittier** 8:7 9:11
  43:9,14,19 113:23
  114:18 115:2,5
  116:8 145:16
  150:4
**who've** 9:2 42:7
**wide** 113:21
**willing** 19:25
  26:16 56:20 61:4
  110:10 116:24
  178:4
**willingness** 11:20
  15:20
**wind** 58:9 152:21
**winnetka** 17:12
**winter** 19:12
  69:19,22 70:2,13
  73:25 82:24

Page 43

[wisely - zones]

| | | | |
|---|---|---|---|
| **wisely** 17:20 178:24 | 40:17,19 41:20 47:13 63:5 81:17 | 59:10 61:12 64:15 64:19 66:14 73:1 | **youth** 39:14 40:9 40:13 |
| **witness** 8:12 181:4 | 90:22 91:25 95:5 | 73:23 75:6 76:21 | **ywca** 82:20 |
| **witnessing** 93:2 | 98:5 108:5 111:12 | 79:23 81:9 82:18 | **z** |
| **woman** 39:13 | 113:14 121:14 | 83:24 89:13 | |
| **women** 25:24,25 | 135:20 136:2 | 101:15 104:21 | **z** 148:23 |
| 28:10 43:14 65:24 | 137:18,25 141:14 | 106:8,18 111:14 | **zero** 81:25 93:17 |
| 66:13 93:8 102:13 | 144:8 147:20 | 112:5,17,23 113:6 | **zone** 21:16 |
| **women's** 67:24 | 160:14 | 113:12 126:10,20 | **zones** 48:22 |
| **wonderful** 8:7 | **works** 25:14 107:7 | 126:20,20 128:8,9 | 173:19 174:7 |
| 10:10 28:17 | 151:13 173:2 | 128:10 135:1,6 | |
| 127:19 160:13 | **world's** 148:7 | 136:11 140:1,14 | |
| **wondering** 53:23 | **worried** 11:7,7 | 142:12,17 144:6 | |
| **word** 53:19 146:22 | 27:18 160:9 179:4 | 146:11 147:2 | |
| 154:7 | **worry** 20:20 | 150:15 155:17,24 | |
| **words** 11:24 50:14 | 155:22 | 156:13 158:19 | |
| 51:13 76:2 92:22 | **worse** 14:8,9 | 159:2 161:10 | |
| 95:8 106:25 | **worth** 165:7 | 164:4,17 | |
| 111:21 | **wow** 87:18 | **year** 12:12 19:12 | |
| **work** 8:18 13:11 | **wraparound** | 39:23,24 40:7 | |
| 16:5 18:4 26:22 | 62:23 | 81:4 82:14 83:2,3 | |
| 27:10,16 32:24 | **wrapped** 151:25 | 84:22 85:1 94:3 | |
| 35:8,11 37:4 45:3 | **write** 96:6 149:9 | 105:2 120:1 | |
| 62:21 69:7 78:15 | **writing** 51:24 | 123:13 151:15 | |
| 91:9 111:5 116:23 | 148:23 175:5 | 159:21 160:7 | |
| 117:1 135:7,12 | **wrong** 44:11 80:16 | 175:8 177:17 | |
| 143:13 144:6 | 125:25 146:19 | 178:17 | |
| 145:2 149:5 164:5 | 153:20 160:21 | **years** 28:11 35:7 | |
| 166:20 176:18,20 | **wrote** 136:15 | 41:3,13 78:6 | |
| **worked** 42:5,15,20 | 178:12 | 79:11 84:18 85:3 | |
| 42:22 47:3 69:4 | **x** | 86:1,7 89:20 | |
| 93:19 104:11 | | 104:9 111:13 | |
| 121:2,24 133:24 | **x** 5:1 143:15 | 114:19 122:4 | |
| 178:7 | 148:22 159:8 | 124:12 151:15 | |
| **worker** 2:11,17 | **y** | 169:7 175:5 178:7 | |
| 167:17 | | **yells** 120:19 | |
| **workers** 51:9 | **y** 148:22 | **yesterday** 13:23 | |
| **working** 12:8 | **yeah** 7:17 21:19 | 77:12 78:15 | |
| 13:20 15:16 19:7 | 24:1 27:20 28:8 | 115:15 | |
| 23:9 24:14 26:5 | 29:4,10 43:7 47:6 | **young** 39:13 | |
| 28:22 34:21 35:3 | 47:9,25 48:11 | | |
| | 51:16 53:9 55:11 | | |

Page 44