UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 20-02291-DOC (KESx) | Date: | September 28, 2020 |
|---|---|---|---|

| Title: | *LA Alliance for Human Rights* et al. *v. City of Los Angeles*, et al. |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] Order for City and County of Los Angeles to Meet, Confer, and File a Joint Report Re: Status of MOU Pursuant to June 2020 Agreement (Dkt. No. 136)**

In light of the discussion at the September 24, 2020 mediation meeting, and in accordance with the Court's authority to monitor the agreement reached between the parties (*see* Dkt. No. 136, filed June 18, 2020), the Court hereby **ORDERS** as follows:

1. The parties shall meet, confer, and file a confidential Joint Report by **October 5, 2020** informing the Court of its progress toward developing a Memorandum of Understanding ("MOU") to govern their agreement. The Joint Report shall identify what challenges, if any, the parties face in developing the MOU, and the reasons for those challenges.

2. As represented at the September 24, 2020 mediation meeting, the City, County, and LAHSA shall file lists of all of their available resources for people experiencing homelessness by **October 23, 2020**. The list shall include the names of the entities/organizations as well as a brief description of the resources available.

**IT IS SO ORDERED**.