MARY C. WICKHAM (Bar No. 145664)
*County Counsel*
RODRIGO A. CASTRO-SILVA (Bar No. 185251)
*Acting Chief Deputy County Counsel*
LAUREN M. BLACK (Bar No. 192302)
*Assistant County Counsel*
AMIE S. PARK (Bar No. 273346)
*Deputy County Counsel*
500 West Temple Street, Suite 468
Los Angeles, CA 90012
Tel: 213.974.1830  Fax: 213.626.7446
Email: apark@counsel.lacounty.gov

BYRON J. MCLAIN (Bar No. 257191)
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Tel:  213.972.4500  Fax:  213.486.0065
Email: bmclain@foley.com

Attorneys for Defendant
COUNTY OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>                         Plaintiffs,<br><br>         vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>                         Defendants. | Case No. 2:20-cv-02291 DOC-KES<br><br>**JOINT NOTICE TO THE COURT REGARDING MEMORANDUM OF UNDERSTANDING FOR 6,700 BED PLAN FROM CITY OF LOS ANGELES AND COUNTY OF LOS ANGELES** |

```
 1  LOUIS R. MILLER (SBN 54141)
    MIRA HASHMALL (SBN 216842)
 2  EMILY A. SANCHIRICO (SBN 311294)
    MILLER BARONDESS, LLP
 3  1999 Avenue of the Stars, Suite 1000
    Los Angeles, California 90067
 4  Tel.: (310) 552-4400 | Fax: (310) 552-8400
    Email: esanchirico@millerbarondess.com
 5
 6  Attorneys for Defendant
 7  COUNTY OF LOS ANGELES

 8  MICHAEL N. FEUER, Bar No. 111529
    City Attorney
 9  KATHLEEN A. KENEALY, Bar No. 212289
    Chief Assistant City Attorney
10  SCOTT MARCUS, Bar No. 184980
       scott.marcus@lacity.org
11  Senior Assistant City Attorney
    200 N. Main St., City Hall East, 7th Floor
12  Los Angeles, CA 90012
    Tel: 213.978.4681  Fax: 213.978.7011
13
14  Attorneys for Defendant
    CITY OF LOS ANGELES
```

JOINT NOTICE TO COURT REGARDING MEMORANDUM OF UNDERSTANDING
-2-    Case No. 2:20-cv-02291 DOC-KES

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on October 9, 2020, the City of Los Angeles ("City") and the County of Los Angeles ("County") reached an agreement on a Memorandum of Understanding ("MOU"). This MOU clarifies the historic agreement between the City and County to provide a total of 6,700 beds and services for people experiencing homelessness ("PEH") in the City of Los Angeles within 18 months. (*See* Dkt. 136, Binding Term Sheet at ¶ 1.)

Attached hereto is the MOU with its associated Binding Term Sheet as Exhibit 1.

DATED: October 12, 2020            FOLEY & LARDNER LLP
                                   Byron J. McLain


                                    */s/ Byron J. McLain*
                                   Byron J. McLain
                                   Attorneys for Defendant
                                   COUNTY OF LOS ANGELES


DATED: October 12, 2020            MICHAEL N. FEUER, City Attorney


                                    */s/ Scott Marcus*
                                   Scott Marcus
                                   Senior Assistant City Attorney
                                   CITY OF LOS ANGELES