MICHAEL N. FEUER, City Attorney (SBN 111529)
KATHLEEN A. KENEALY, Deputy Chief City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 North Main Street, City Hall East, 7th Floor
Los Angeles, California 90012
Telephone: 213-978-4681
Facsimile: 213-978-7011
Email: Scott.Marcus@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, a Municipal entity, et al., <br><br> Defendants. | Case No. CV 20-02291 DOC (KES) <br><br> **DEFENDANT CITY OF LOS ANGELES' QUARTERLY STATUS REPORT PURSUANT TO THE MEMORANDUM OF UNDERSTANDING BETWEEN THE COUNTY OF LOS ANGELES AND THE CITY OF LOS ANGELES [DKT. 185-1]** <br><br> **Hon. David O. Carter** <br> **United States District Judge** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to, and in compliance with, Section IV (B)(1) of the Memorandum of Understanding between the County of Los Angeles and the City of Los Angeles ("MOU") dated October 9, 2020 (Dkt. 185-1), Defendant City of Los Angeles ("the City") submits the following documents attached hereto:

A.      **Exhibit A** is the Homeless Roadmap Quarterly Report, which reports the type of interventions being developed in each Council District, the number of beds provided in each intervention, the status of each project, and the number of PEH from each of the three target populations provided with beds.  From June 16, 2020 to October 15, 2020, the interventions opened by the City have a capacity of 857 beds.  Of the target populations of PEH, the interventions are occupied by 20 PEH located within 500 feet of a freeway, 36 PEH aged 65 or older, and 282 otherwise vulnerable PEH.

B.      **Exhibit B** contains updated Council District Plans reflecting the current status of each Council District's Interventions in Development to shelter people experiencing homelessness, and Possible Additional Interventions being contemplated for development.  Prior versions of these Council District Plans were filed by the City in connection with its July 15, 2020 status report (Dkt. 153-1).

///

///

///

///

///

///

///

///

///

1

DEFENDANT CITY OF LOS ANGELES' QUARTERLY STATUS REPORT PURSUANT TO THE MEMORANDUM OF UNDERSTANDING BETWEEN THE COUNTY OF LOS ANGELES AND THE CITY OF LOS ANGELES [DKT. 185-1]

C.    **Exhibits C and D** are reports to City Council, dated August 12, 2020 and September 22, 2020 respectively, that contain the Office of the City Administrative Officer's funding recommendations for each intervention.

DATED:  October 15, 2020        MICHAEL N. FEUER, City Attorney
KATHLEEN A. KENEALY, Deputy Chief City Attorney
SCOTT MARCUS, Senior Assistant City Attorney
GABRIEL S. DERMER, Assistant City Attorney
ARLENE N. HOANG, Deputy City Attorney
JESSICA MARIANI, Deputy City Attorney


By: /s/_____
ARLENE N. HOANG, Deputy City Attorney
Counsel for Defendant City of Los Angeles

2