# EXHIBIT A

| No. | CD | Project Type | Address / Location | Beds | Status (1) | PEH within 500 ft | PEH 65 years or older | PEH Other Vulnerable |
|---|---|---|---|---|---|---|---|---|
| | | | **Homelessness Roadmap** **Quarterly Report** **June 16, 2020 - October 15, 2020** | | | | | |
| | | | **New Beds in Development (2)** | | | | | |
| 1 | 1 | Permanent Housing | S. Elden Ave. | 93 | In Process | | | |
| 2 | 2 | Interim Housing | Chandler Blvd. | 75 | In Process | | | |
| 3 | 2 | Interim Housing | Laurel Canyon Blvd. | 200 | In Process | | | |
| 4 | 2 | A Bridge Home | Raymer St. | 85 | 7/1/2020 | 1 | 1 | 46 |
| 6 | 2 | A Bridge Home | Van Nuys Blvd. | 100 | 8/17/2020 | 2 | 8 | 39 |
| 7 | 2 | Permanent Housing | N. Simpson Ave. | 83 | In Process | | | |
| 8 | 3 | Interim Housing | Vanowen St. | 100 | In Process | | | |
| 9 | 3 | Interim Housing | N. Reseda Blvd. | 146 | In Process | | | |
| 10 | 3 | Safe Parking | Jordan Ave. | 25 | In Process | | | |
| 11 | 4 | A Bridge Home | Riverside Dr. | 100 | 7/28/2020 | 0 | 3 | 23 |
| 12 | 5 | Safe Parking | National Blvd. | 30 | In Process | | | |
| 13 | 5 | A Bridge Home | S. La Cienega Blvd. | 54 | 6/22/2020 | 0 | 0 | 0 |
| 14 | 5 | Permanent Housing | W. Pico Blvd. | 48 | 8/26/2020 | Pending Confirmation | | |
| 15 | 6 | A Bridge Home | Aetna St. | 70 | 8/10/2020 | 0 | 0 | 19 |
| 16 | 6 | Permanent Housing | W. Arminta St. | 110 | In Process | | | |
| 17 | 9 | Safe Parking | S. Figueroa St. | 30 | In Process | | | |
| 18 | 9 | Safe Parking | S. Central Ave. | 17 | In Process | | | |
| 19 | 9 | Permanent Housing | S. Figueroa St. | 160 | In Process | | | |
| 20 | 9 | A Bridge Home | S. Figueroa St. | 30 | In Process | | | |
| 21 | 9 | Permanent Housing | E. 35th St. | 74 | In Process | | | |
| 22 | 10 | Safe Parking | S. Crenshaw Blvd. | 10 | In Process | | | |
| 23 | 10 | A Bridge Home | S. Western Ave. | 15 | 9/21/2020 | 0 | 1 | 1 |
| 24 | 10 | A Bridge Home | La Fayette Pl. | 70 | In Process | | | |
| 25 | 10 | Permanent Housing | S. Buckingham Rd. | 103 | In Process | | | |
| 26 | 10 | Permanent Housing | W. Washington Blvd. | 17 | In Process | | | |
| 27 | 11 | Safe Parking | Iowa Ave. | 10 | In Process | | | |
| 28 | 11 | Safe Parking | Lincoln Blvd. | 20 | In Process | | | |
| 29 | 11 | Permanent Housing | S. Grand View Blvd. | 50 | In Process | | | |
| 30 | 12 | Safe Parking | Wilbur Ave. | 20 | In Process | | | |
| 31 | 13 | Safe Parking | Santa Monica Blvd. | 20 | In Process | | | |
| 32 | 13 | Safe Parking | Cole Ave. | 10 | In Process | | | |
| 33 | 13 | Permanent Housing | S. Rampart Blvd. | 23 | In Process | | | |
| 34 | 14 | A Bridge Home | N. Main St. | 100 | 8/18/2020 | 0 | 6 | 62 |
| 35 | 15 | Interim Housing | S. Figueroa Pl. | 75 | In Process | | | |
| 36 | 15 | Safe Parking | S. Beacon St. | 25 | In Process | | | |
| 37 | 15 | Safe Parking | S. Hamilton Ave. | 25 | In Process | | | |
| 38 | 15 | A Bridge Home | N. Beacon St. | 38 | 7/7/2020 | 5 | 3 | 15 |
| 39 | 15 | A Bridge Home | Eubank Ave. | 100 | 7/7/2020 | 5 | 7 | 39 |
| 40 | 15 | Permanent Housing | E. 97th St. | 135 | In Process | | | |
| 41 | 15 | Permanent Housing | E. 101 St. | 92 | In Process | | | |
| 42 | 15 | Permanent Housing | S. Grape St. | 80 | In Process | | | |
| 43 | All | Rapid Rehousing / Shared Housing | Scattered Sites | 3000 | In Process | | | |
| | | | **Other Beds (3)** | | | | | |
| 44 | 3 | Beds in Existing Agreements with the County - A Bridge Home | Canoga Ave. | 80 | In Process | | | |
| 45 | 4 | Beds in Existing Agreements with the County - A Bridge Home | Riverside Dr. | 80 | In Process | | | |
| 46 | 4 | Beds in Existing Agreements with the County - Permanent Housing | N. McCadden Pl. | 26 | In Process | | | |
| 47 | 4 | Beds in Existing Agreements with the County - Permanent Housing | N. Las Palmas Ave. | 98 | In Process | | | |
| 48 | 7 | Beds in Existing Agreements with the County - A Bridge Home | Arroyo St. | 85 | 8/3/2020 | 0 | 2 | 15 |
| 49 | 7 | Beds in Existing Agreements with the County - Permanent Housing | W. Foothill Blvd. | 48 | In Process | | | |
| 50 | 9 | Beds in Existing Agreements with the County - Permanent Housing | S. Western Ave. | 33 | In Process | | | |
| 51 | 9 | Beds in Existing Agreements with the County - Permanent Housing | S. Main St. | 50 | In Process | | | |
| 52 | 9 | Beds in Existing Agreements with the County - Permanent Housing | S. Figueroa St. | 57 | In Process | | | |
| 53 | 9 | Beds in Existing Agreements with the County - Permanent Housing | S. Hoover St. | 37 | In Process | | | |

10/15/2020

| No. | CD | Project Type | Address / Location | Beds | Status (1) | PEH within 500 ft | PEH 65 years or older | PEH Other Vulnerable |
|---|---|---|---|---|---|---|---|---|
| header: **Homelessness Roadmap Quarterly Report June 16, 2020 - October 15, 2020** |
| 54 | 14 | Beds in Existing Agreements with the County - Permanent Housing | S. Wall St. | 55 | In Process | | | |
| 55 | 15 | Beds in Existing Agreements with the County - A Bridge Home | N. Beacon St. | 62 | 7/7/2020 | 7 | 5 | 23 |
| **New Beds Pending  Funding Approval  (4)** |
| 56 | 1 | Project Homekey - Interim Housing | 7th St. | 91 | In Process | | | |
| 57 | 2 | Interim Housing | Saticoy St. | 150 | In Process | | | |
| 58 | 2 | Project Homekey - Interim Housing | W. Burbank Blvd. | 70 | In Process | | | |
| 59 | 3 | Project Homekey - Interim Housing | Reseda Blvd. | 75 | In Process | | | |
| 60 | 3 | Project Homekey - Interim Housing | Topanga Canyon Blvd. | 52 | In Process | | | |
| 61 | 4 | Project Homekey - Interim Housing | N. Martel Ave. | 11 | In Process | | | |
| 62 | 6 | Project Homekey - Interim Housing | Parthenia St. | 41 | In Process | | | |
| 63 | 6 | Project Homekey - Interim Housing | Sepulveda Blvd. | 59 | In Process | | | |
| 64 | 6 | Project Homekey - Interim Housing | Sepulveda Blvd. | 51 | In Process | | | |
| 65 | 8 | Project Homekey - Interim Housing | Western Ave. | 31 | In Process | | | |
| 66 | 10 | Project Homekey - Interim Housing | W. Adams Blvd. | 23 | In Process | | | |
| 67 | 12 | Project Homekey - Interim Housing | Devonshire St. | 76 | In Process | | | |
| 68 | 13 | Interim Housing | Alvarado St. | 85 | In Process | | | |
| 69 | 13 | Interim Housing | Hollywood Blvd. | 30 | In Process | | | |
| 70 | 13 | Project Homekey - Interim Housing | Orchid Ave. | 40 | In Process | | | |
| 71 | 13 | Project Homekey - Interim Housing | S. Hoover St. | 41 | In Process | | | |
| 72 | 14 | Project Homekey - Interim Housing | Huntington Dr. | 49 | In Process | | | |
| 73 | 15 | Project Homekey - Interim Housing | Normandie Ave. | 40 | In Process | | | |
| | | **Total:** | | **7,394** | | **20** | **36** | **282** |

(1) Sites that have opened include the opening date in the Status column.
(2) New beds being created include sites with approved funding that are in design and/or construction (Interim Housing) or in the process of contracting with service providers (Safe
(3) Sites that were in existing agreements with the County prior to June 16, 2020.
(4) Sites that have been determined to be feasible and are pending funding approval.

10/15/2020