# EXHIBIT D

**REPORT** FROM

# OFFICE OF THE CITY ADMINISTRATIVE OFFICER

Date:        September 22, 2020

To:          The City Council

From:        Richard H. Llewellyn, Jr., City Administrative Officer

Reference:   Homeless Roadmap

Subject:     Funding Recommendations for COVID-19 Homelessness Roadmap Projects

CAO File No.      0220-05734-0004
Council File No.  20-0841
Council District: 3, 12 and 13

## SUMMARY

On September 9, 2020 the City Council approved funding for the initial projects under the COVID-19 Homelessness Roadmap. Recommendation 18, directed the City Administrative Officer to submit funding recommendations for projects as these are ready for funding via reports. This report outlines funding recommendations for one (1) pallet shelter with 146 beds and two (2) safe parking sites and 30 spaces that are ready for implementation.

## RECOMMENDATIONS

That the City Council, subject to approval by the Mayor:

1.  APPROVE $3,384,000 for the construction of the one pallet shelter (Tiny Homes), contingent on the Department of General Services executing the lease agreement with METRO:

| CD | Site | Number of Beds | Amount |
|----|------|----------------|--------|
| 3  | 6073 N Reseda Blvd. | 146 | $3,384,000 |

a.  ALLOCATE up to $3,354,000 from the COVID-19 Federal Relief Fund No. 63M, Department No. 10, Account No. 10T695. Eligible costs incurred from this allocation will be reimbursed from the COVID-19 Federal Relief Fund to COVID-19 Federal Relief Fund No. 63M, Account No. 10TXXX, 6073 N Reseda Blvd; and

b.  REPROGRAM $30,000 from the Homeless Emergency Aid Program (HEAP) Grant Special Fund No. 60P, Activity Category 1 - Capital and Operating Support - A Bridge Home, allocated to the Engineering Special Services Fund No. 682, Department No. 50, Account No. 50RVDI, Crisis Bridge Housing Facilities - Various Engineering Services to the Capital Improvement Expenditure Program No. 54, General Fund 100, Account No. 00TXXX, 6073 N Reseda Blvd.

CAO File No.                          PAGE

2

2. DIRECT the Department of General Services, with the assistance of the City Attorney, to negotiate and execute a no-cost lease for up to five (5) years with METRO for the use of 6073 N Reseda Blvd site;

3. APPROVE $219,000 from the Los Angeles County service commitment for the following sites for overnight safe parking, for eight (8) months, November 1 to June 30, 2021:

| No | Location | Council District | Ownership | Proposed No. of Spaces | Proposed Funding |
|---|---|---|---|---|---|
| 1 | 8775 Wilbur Avenue | 12 | Public - LADOT | 20 | $146,000 |
| 2 | 1033 Cole Avenue | 13 | LADWP | 10 | $73,000 |

4. DIRECT the Los Angeles Homeless Services Authority to work with the Council Offices outlined in recommendation 3 to identify service providers for these safe parking sites;

5. DIRECT the Department of General Services, with the assistance of the City Attorney, to:
   a. Negotiate and execute a lease with the Los Angeles Department of Water for the use of the 1033 Cole Avenue site as safe parking at no cost for up to three (3) years; and
   b. Add the Los Angeles Department of Transportation property at 8775 Wilbur Avenue to the master Safe Parking license agreement with the Los Angeles Homeless Services Authority; and

6. AUTHORIZE the City Administrative Officer to:
   a. Prepare Controller instructions or make necessary technical adjustments, including to the names of the Special Fund accounts recommended for this report, consistent with the Mayor and Council action in this matter, and authorize the Controller to implement these instructions; and
   b. Prepare any additional Controller instructions to reimburse City Departments for their accrued labor, material or permit costs related to projects in this report consistent with the Mayor and Council action on this matter and authorize the Controller to implement these instructions.

## DISCUSSION

## CITY'S COMMITMENT TO THE HOMELESSNESS ROADMAP

The City of Los Angeles (City) reached an agreement with the County of Los Angeles (County) on June 16, 2020 to develop an additional 6,700 homeless interventions to address the COVID-19

CAO File No.                                    PAGE

3

emergency within 18 months. This agreement includes:
- 700 beds in existing agreements with the County within 10 months;
- 5,300 new beds within 10 months; and
- 700 new beds within 18 months.

6,000 of these beds must be new beds, which are not included in any existing agreements between the City and the County. The County has committed to providing $60 million in services over five (5) years for a total of $300 million or half of the estimated $600 million cost for these beds over the five (5) year term of the agreement. The target population for this effort includes:

- People experiencing homelessness and living in the City within 500 feet of freeway overpasses, underpasses and ramps;
- People experiencing homelessness within the City who are 65 years of age or older; and
- Other vulnerable people experiencing homelessness within the City of Los Angeles.

## FUNDING RECOMMENDATIONS

### Interim Housing Sites in Development
The site at 6073 N Reseda Blvd is on portion of the Metropolitan Transportation Authority (METRO)-owned Reseda Park and Ride Station and would be the fifth Tiny Home shelter approved for funding. To determine the site's feasibility, the Bureau of Engineering (BOE) surveyed the site, assessed utility and sewer accessibility, prepared a site plans, and conducted a California Environmental Quality Act (CEQA) analysis of the proposed sites. BOE will transmit the CEQA analysis under separate cover and the City Council and Mayor must approve BOE's determination that this use is categorically exempt from CEQA. The recommended funding based on BOE's rough order of magnitude (ROM) is $3,384,000.

### Safe Parking
The City has already approved 10 safe parking sites under this initiative. The Los Angeles Homeless Services Authority (LAHSA) reviews each site being proposed based on the density of people experiencing homelessness and living in vehicles close to the site and the utilization rate of any other Safe Parking sites in the area.

Based on LAHSA's assessment, we recommend approval of the two (2) additional sites and funding for new Safe Parking programs in Table 1 below. As these sites are available free of charge, the $219,000 in funding will cover the services for overnight parking at each site. We further recommend that the Mayor and City Council instruct LAHSA to work with Council Offices to identify service providers from the existing list of safe parking operators.

CAO File No.                                     PAGE

4

## Table 1

| No | Location | Council District | Ownership | Proposed No. of Spaces | Proposed Funding |
|----|----------|------------------|-----------|------------------------|------------------|
| 1 | 8775 Wilbur Ave | 12 | Public - LADOT | 20 | $146,000 |
| 2 | 1033 Cole Ave | 13 | LADWP | 10 | $73,000 |

## FUNDING STATUS

Table 2 below outlines the funding allocation and commitment status of the three (3) main funding sources for this effort in Fiscal Year (FY) 2020-2021 approved on September 9, 2020. It also assumes the approval of the recommendations in this report. The main sources of funding include, Coronavirus Relief Fund (CRF), Emergency Solutions Grants (ESG)-COVID and the County of Los Angeles Services allocation. We anticipate a $53 million allocation from the County in this FY. On September 1, 2020, the City received the first allocation of $17.66 million.

## Table 2

| Funding Source | Allocated | Committed | Uncommitted Balance | Expenditures |
|----------------|-----------|-----------|---------------------|--------------|
| CRF | $187,100,000* | $27,848,735 | $159,251,265 | $0 |
| ESG-COVID | $133,566,679 | $99,615,079 | $33,951,600 | $0 |
| County Funds | $53,000,000 | $8,554,689 | $44,445,311 | $0 |
| Total | $373,666,679 | $136,018,503 | $237,648,176 | $0 |

*$150 million of these funds are reserved for Project Homekey.

## FISCAL IMPACT

There is no impact to the General Fund as a result of the recommendations in this report. All of the recommendations in this report will be funded with CARES Act funding or the County of Los Angeles service funding commitment in FY 2020-21.

## FINANCIAL POLICIES STATEMENT

The recommendations in this report comply with the City Financial Policies.

*RHL:YC:MB:CN:16210017*