MARY C. WICKHAM (Bar No. 145664)
*County Counsel*
RODRIGO A. CASTRO-SILVA (Bar No. 185251)
*Acting Chief Deputy County Counsel*
LAUREN M. BLACK (Bar No. 192302)
*Assistant County Counsel*
AMIE S. PARK (Bar No. 273346)
*Deputy County Counsel*
500 West Temple Street, Suite 468
Los Angeles, CA 90012
Tel: 213.974.1830  Fax: 213.626.7446
Email: apark@counsel.lacounty.gov

BYRON J. MCLAIN (Bar No. 257191)
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Tel:  213.972.4500  Fax:  213.486.0065
Email: bmclain@foley.com

LOUIS R. MILLER (SBN 54141)
MIRA HASHMALL (SBN 216842)
EMILY A. SANCHIRICO (SBN 311294)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400
Email: esanchirico@millerbarondess.com

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>      Plaintiffs,<br><br>  vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>      Defendants. | Case No. 2:20-cv-02291 DOC-KES<br><br>**COUNTY OF LOS ANGELES REPORT OF AVAILABLE RESOURCES FOR PEOPLE EXPERIENCING HOMELESSNESS** |

1
2
3
4
5

      Pursuant to this Court's September 28, 2020 Order, the County of Los Angeles ("County") hereby submits the attached Exhibit A as a list of its available resources for people experiencing homelessness, including the names of the entities/organizations as well as a brief description of the resources available.

6   DATED:  October 22, 2020
7

FOLEY & LARDNER LLP
Byron J. McLain

8
9
10
11

*/s/ Byron J. McLain*
Byron J. McLain
Attorneys for Defendant
COUNTY OF LOS ANGELES

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28