**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                            Date: October 23, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER SCHEDULING MONITORING STATUS CONFERENCE**

In accordance with the Court's authority to monitor the agreement reached between the parties (*see* Dkt. 136), the Court hereby SCHEDULES a Monitoring Status Conference for Thursday, November 5, 2020 at 10:00 a.m. In order to comply with public health guidance, the Monitoring Status Conference shall be held at Los Angeles City Hall, 200 North Spring Street, Los Angeles, CA 90012.

In an effort to have a productive discussion, the Court needs to be informed of progress towards the implementation of the agreement, such as newly established deadlines, contracts, or shelter opportunities. The Court accordingly REQUESTS the attendance of city councilmembers, county supervisors, and agency heads to report their progress.

— **From the City of Los Angeles:** Mayor Eric Garcetti; City Attorney Mike Feuer; Chief Procurement Officer Shannon Hoppes; City Administrative Officer Richard Llewellyn, Jr.; City Council President Nury Martinez (6th

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES         Date: October 23, 2020

Page 14

District); Councilmembers Gil Cedillo (1st District), Paul Krekorian (2nd District), Bob Blumenfield (3rd District), David Ryu (4th District), Paul Koretz (5th District), Monica Rodriguez (7th District), Marqueece Harris-Dawson (8th District), Curren Price (9th District), Herb Wesson (10th District), Mike Bonin (11th District), John Lee (12th District), Mitch O'Farrell (13th District), and Joe Buscaino (15th District); and Kevin de León (14th District).

— **From the County of Los Angeles:** Board of Supervisors Chair Kathryn Barger (5th District); Supervisors Hilda Solis (1st District), Mark Ridley-Thomas (2nd District), Sheila Kuehl (3rd District), and Janice Hahn (4th District); LAHSA Commission Chair Wendy Greuel; and Department of Mental Health Director Dr. Jonathan Sherin.

— **From CalSTA:** Secretary of Transportation David Kim.

— **From Los Angeles Sanitation & Environment:** Director and General Manager Enrique Zaldivar.

Out of concern for public health during the COVID-19 pandemic, the Court INVITES the following representatives to join **via teleconference**: representatives of the Skid Row Advisory Council (such as Pastor Stephen "Cue" Jn-Marie, Katherine McNenny, "General" Jeff Page, or Pete White); representatives of the Downtown Women's Action Coalition (such as Monique Noel); representatives of the Latino Coalition (such as Raul Claros, Christian Contreras, Victor Cruz, Jr., Austin Dove, Humberto Guizar, Ingrid Rivera-Guzman, or Pastor Josue Tiguila); and representatives of the missions (such as Rev. Andy Bales or Kevin Murray).  NOTE – invited representatives wishing to join the teleconference must confirm with the Court and provide, 72 hours in advance, the appropriate contact in which to share the teleconference access information.

The Request for Clarification by Intervenors will be heard on this date.

The Motion by Plaintiff First Alliance concerning the Accounting of Mental Health Services Act Account will also be heard on this date.

To ensure that adequate social distancing and best practices related to COVID-19 are maintained, the physical logistics for the presence of those requested to attend will be coordinated accordingly, and the Monitoring Status Conference may be divided into a

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES               Date: October 23, 2020

Page 14

series of smaller conferences as necessary. Due to the epidemiological dangers of the ongoing COVID-19 crisis, media representatives will be permitted to attend the Monitoring Status Conference so that the public can be advised of what has transpired.

    Finally, to give adequate notice of the Monitoring Status Conference, the parties shall ensure that by 5:00 p.m. on Thursday, October 29, 2020, a copy of this order is provided to all individuals named in this order.

    The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                             Initials of Deputy Clerk: kd

CIVIL-GEN