| City of Los Angeles Resources for PEH 2020-21 | | | |
|---|---|---|---|
| **Program** | **Department(s)** | **Cost[1]** | **Description** |
| Administration and Operations | LAHSA | $3,687,387 | In addition to managing and administering the programs noted below, the City provides funding to support LAHSA's capacity to manage over $37 million in U.S. Department of Housing and Urban Development McKinney-Vento program funding for the City's Continuum of Care. |
| Annual Homeless Point-in-Time Count | LAHSA | $750,000 | The U.S. Department of Housing and Urban Development requires an annual census of those experiencing homelessness during the last 10 days of January for local jurisdictions to receive McKinney-Vento Homeless Assistance Grant funding. The census is a communitywide effort, funded equally by the City and County, and made possible with the support of over 8,100 volunteers. |
| C3 Partnership - Skid Row | LAHSA | $325,000 | C3 (City+County+Community) is a partnership designed to systematically engage people and help them regain health and housing stability. The City provides funding for the Street Based Engagement Director at the Community Partner agencies and continue the contract with Los Angeles County Department of Health Services. |
| Centralized Training Academy | LAHSA | $25,000 | The Centralized Training Academy (CTA) is a countywide training and education resource that provides consistent access to training opportunities through different learning tracks relevant to staff working in roles that provide both direct and indirect services to individuals and families experiencing homelessness. Users include LAHSA staff, subcontractors, and government agencies. |
| Continuum of Care Coordinated Assessment Match | LAHSA | $59,883 | This match funds the City's portion of U.S. Department of Housing and Urban Development grant funded administrative oversight, operation, and ongoing improvements to coordinated entry systems. An equal amount of funding is provided by the County of Los Angeles. |
| Continuum of Care Planning Program Grant Match | LAHSA | $156,250 | This match leverages U.S. Department of Housing and Urban Development grant funds and continues implementation of local strategic planning initiatives. An equal amount of funding is provided by the County of Los Angeles. |
| Coordinated Entry | LAHSA | $10,726,609 | This program provides basic emergency shelter and case |

---

[1] The funding information reflects information contained within the 2020-21 Adopted Budget for homeless-related expenditures, with the exception of a few services such as the Clean Slate program and expenses incurred in response to the COVID-19 pandemic. The City's Budget also includes other homelessness-related expenditures that benefit PEH indirectly, such as administrative positions to facilitate development of housing.

| System (CES) Crisis and Bridge Housing for Families, Singles, and Youth and Rapid Re-Housing for Families | | | management services to offer a safe and secure shelter to families, men, women, and transition-age youth (18-24) who need shelter and access to showers and meals for a brief period (usually less than 30 days) before resolving the issues that caused their homeless episode. In addition to crisis and bridge housing, it also provides rapid re-housing for families. CES identifies the most appropriate intervention based on each client's needs and prescribes pathways to those interventions across all components of the homeless services system. |
|---|---|---|---|
| Coordinated Entry System Navigation Centers | LAHSA | $2,156,000 | Operation of three navigation centers in Council District 2, 8, and 15. These City-sponsored Proposition HHH-funded facilities were completed in 2019-20 and provide access to hygiene facilities (restrooms, showers, laundry), storage options, and case management services for individuals and families experiencing or at risk of homelessness. |
| Coordinated Entry System (CES) Regional Coordination | LAHSA | $700,000 | Regional coordination across the CES ensures that individuals and families experiencing homelessness throughout the system receive assessments and access to housing and services, to rapidly connect them to the most appropriate housing and service intervention(s). CES oversees and coordinates engagement, assessment, and interim support of those experiencing homelessness. |
| Homeless Engagement Teams (HETs) | LAHSA | $5,537,267 | HETs conduct direct outreach to unsheltered homeless individuals. This outreach facilitates better access to City and County homeless resources, including the Coordinated Entry System. These teams support the Bureau of Sanitation's Comprehensive Cleaning and Rapid Engagement (CARE and CARE+) Teams. |
| Homeless Engagement Teams (HETs) - Comprehensive Cleaning and Rapid Engagement (CARE and CARE+) Teams | LAHSA | $2,570,874 | HETs conduct direct outreach, in conjunction with Los Angeles Police Department CARE and CARE+ teams formerly known as Homeless Outreach and Partnership Endeavor (HOPE) teams, to homeless individuals who typically do not seek shelter or service programs of their own initiative. This outreach facilitates better access to City and County homeless resources, including the Coordinated Entry System. |
| Homeless Engagement Teams (HETs) - Unified Homelessness Response Center (UHRC) Dedicated Manager | LAHSA | $134,835 | Provides a dedicated HET manager at the City's UHRC, which brings together all critical City departments to respond in a collaborative and coordinated fashion to issues related to homeless encampments and individuals experiencing homelessness, protecting the public health and safety of all Angelenos. The UHRC provides a space for a more timely and effective response to homelessness, leading with services grounded in a unified incident command structure. |
| Homeless Management Information System | LAHSA | $455,888 | To receive over $37 million annually in McKinney-Vento Homeless Act funds through U.S. Department of Housing and Urban Development, the Los Angeles Continuum of |

| | | | |
|---|---|---|---|
| (HMIS) Cash Match | | | Care (CoC) is required to implement and operate a HMIS that tracks homeless population demographics, services, and outcomes for all homeless service providers in the CoC. |
| Operation Healthy Streets (OHS) | LAHSA | $5,634,785 | Through Operation Healthy Streets, the City has undertaken efforts to increase outreach and street cleaning and to provide additional services for those experiencing homelessness in the area. Services include providing funding to LAHSA and Sanitation to maintain clean-up efforts and services for those experiencing homelessness around Skid Row, and to the Skid Row Homeless Engagement Team, which provides outreach services, restroom and bathing facilities, temporary storage, and mandatory 90-day storage for homeless individuals to meet public health requirements for clean streets. Funding is also included for the operation of the ReFresh Spot on Crocker Street. |
| Public Right-of-Way Storage Program | LAHSA | $467,212 | Provides available and adequate regional storage capacity for personal property collected during public right-of-way cleanups. The Clean Streets LA operations are supported, and the regional storage capacity is expanded. |
| Safe Parking | LAHSA | $2,266,650 | Provision of five Safe Parking Programs for families and individuals experiencing homelessness who are reliant on their vehicles for shelter. Programs provide a safe parking location and related services. |
| Shelter Program | LAHSA | $2,097,762 | The Shelter Program leverages over $2 million from U.S. Department of Housing and Urban Development Emergency Solutions Grant funding to increase emergency shelter bed capacity in the City by over 800 additional emergency shelter beds from November through March of each year. This safety net program assists unsheltered individuals experiencing homelessness during cold winter months. During a typical period of operation, over 80,000 emergency shelter bed nights are provided within the city limits of Los Angeles. |
| Winter Shelter Expansion | LAHSA | $2,192,000 | In light of the COVID-19 pandemic, provide emergency shelter beds throughout the City to provide housing, shelter and services to PEH during the cold winter months. |
| Older Workers Employment Program | Aging | $728,017 | Provision of part-time, work-based training opportunities at local community service agencies for older unemployed individuals who have poor employment prospects and for departmental staff to support this program. Full year funding is provided for four positions consisting of two Administrative Clerks, one Social Worker I, and one Management Analyst to support this program. |
| Homeless Services Support/Pet Resource Centers | Animal Services | $64,444 | A dedicated Animal Control Officer to provide departmental liaison services to the homeless community. |

| Clean Slate | City Attorney | $15,000 | City Attorneys work with homeless service providers with the goal of clearing old misdemeanor warrants or open cases for unhoused defendants. These old warrants are cleared after confirming that the unhoused defendant worked successfully with his or her service provider over the course of several weeks or months. |
|---|---|---|---|
| Housing Unit | City Planning | $897,821 | The unit provides case management services for entitlement cases with housing development activities. The unit provides expertise in housing development and coordinates with other City agencies to help resolve issues related to affordable housing/permanent supportive housing development throughout the project entitlement and permitting process. |
| HIV and Homelessness Pilot Program | Disability | $200,000 | Funding is continued on a one-time basis in the Contractual Services Account for the HIV and Homelessness Pilot Program and other HIV prevention services. |
| Syringe Exchange | Disability | $30,000 | Syringe exchange for homeless individuals with HIV/AIDS. |
| Unified Homeless Response Center Staff Enhancement | Disability | $72,515 | Provision of a dedicated liaison between the Department and the Mayor's Unified Homeless Response Center, and the City's Comprehensive Homeless Strategy stakeholders. |
| LA RISE | Economic and Workforce Development Department | $3,000,000 | Funding is continued for the Los Angeles Regional Initiative for Social Enterprise (LA RISE), a partnership between the City and County of Los Angeles' Workforce Development System, that provides job development activities for homeless individuals and for participants at A Bridge Home sites. These activities include subsidized employment for individuals with a history of homelessness, supportive case management designed to help prepare participants for continued employment, and training in both hard and soft skills. The program services are implemented through EWDD's existing network of 17 WorkSource Centers throughout the City. |
| Advanced Provider Response Unit (APRU) | Fire | $252,622 | Funding and resolution authority is provided for three positions consisting of one EMS Advanced Provider and one Firefighter III/Paramedic to provide emergency medical assistance, respond to non-urgent, low acuity-level call requests, and provide intervention services to 9-1-1 "super user" patients in Skid Row and surrounding areas. |
| Fast Response Vehicle | Fire | $854,709 | Provision of a Fast Response Vehicle (FRV) operating as a mobile triage unit at Fire Station 9 in the Skid Row area. |
| SOBER (Sobriety Emergency Response) Unit | Fire | $123,457 | Started as a pilot program in 2017 as part of the Los Angeles Fire Department's continuing efforts to meet the challenges of an increased Emergency Medical Services call load and the rising number of homeless individuals, the SOBER unit transports individuals who are medically cleared to a Sobering Center located in Skid Row where the patients can be monitored until sober and then get placed |

| | | | |
|---|---|---|---|
| | | | into an appropriate detox programs and transitional housing.<br><br>The SOBER Unit has been out of service for several months because the DHS Sobering Center is being utilized as temporary housing for homeless COVID patients. |
| Hygiene Units | General Services Department | -$1,545,884 (March - Sept. 2020) | Provision of hygiene units to assist PEH. There are 369 various hygiene units (handwash, standard, standard with sink, ADA, etc.) ordered through United Sites, costing $154,334.24 every 4 weeks. There are 40 hand washing stations ordered through Andy Gump, costing $77,876.61 for 4 weeks rental. There are a total of 8 units being rented from National Construction, costing a total of $5,617.60 every 4 weeks. |
| Homelessness Hygiene Services | General Services Department | $1,749,338 | Additional provision, operation and maintenance of homelessness hygiene services, including hand-washing stations and portable toilets, implemented in response to the COVID-19 pandemic. |
| Domestic Violence Shelter Operations Support | Housing and Community Investment Department | $1,906,626 | Funding is provided for the Domestic Violence Shelter Operations Program, which provides shelter and services for victims of domestic violence. |
| Human Trafficking Shelter Pilot Program | Housing and Community Investment Department | $800,000 | The Human Trafficking Shelter Pilot offers safe, conditional housing through two 24-hour shelters. |
| Supportive Housing Services | Housing and Community Investment Department | $178,111 | One Assistant Chief Grants Administrator oversees Supportive Housing Services, which consist of the Los Angeles Homeless Services Authority and Housing Opportunities for Persons with Aids programs. Funding is provided by the Community Development Trust Fund. |
| "The Source" service connection and referrals | Library | | Free Health & Homeless Shelter Services<br><br>The Source offers a one-stop-shop of resources and services to help homeless Angelenos transition to independent and supported living. Services are also available for eligible low-income residents. All services are free of charge. Services offered may vary by location and include:<ul><li>Same day transportation to emergency shelter</li><li>Free California ID vouchers for the DMV</li><li>Free cell phones</li><li>Housing assessment through the Coordinated Entry System</li><li>Enrollment into Medi-Cal and CalFresh</li><li>Employment assistance</li><li>Mental health services</li><li>HIV education and resources</li><li>Child support services</li></ul> |

|  |  |  |  |
|---|---|---|---|
|  |  |  | ● Referrals to expert providers |
| Homelessness Policy and Implementation Support | Mayor | $860,000 | Development and execution of initiatives to address homelessness within the City of Los Angeles, such as street level coordination around homeless encampments, bridge housing projects, Skid Row interventions, and affordable/permanent supportive housing production.. Funding is provided for the Mayor's Office to support creation of the Office of Citywide Homelessness Initiatives that oversees the development and execution of such programs. |
| Housing Solutions Team | Mayor | $500,000 per year ($1,500,000 total grant award for 3 years) | The Housing Solutions Team (HST) is a staff of four, including the Housing Innovation Director, Affordable Housing Production Manager, Senior Project Manager, and Housing Finance Officer. The HST advances initiatives that support the production of supportive housing through streamlining and innovation and explores strategies for reducing the cost and hastening the speed of production. The cornerstone of that work is the HHH Housing Challenge that is designed to test innovations in financing, design and construction. |
| A Bridge Home (ABH) | Multi-Departmental |  | Provide temporary housing, shelter and service to PEH until permanent housing can be obtained. |
| Comprehensive Cleaning and Rapid Engagement (CARE) | Public Works, Bureau of Sanitation | $11,222,556 | 17 CARE Teams are responsible for keeping the City's sidewalks and other public areas safe, clean, sanitary, and accessible for public use by all individuals in accordance with the provisions of Los Angeles Municipal Code Section 56.11. One team is deployed to each of the four Los Angeles Police Department Bureaus, another team is deployed to the Los Angeles River, and the remaining teams are deployed to the highest need areas of the City. The CARE teams were previously known as Homeless Outreach Proactive Engagement Teams (HOPE). |
| Comprehensive Cleaning and Rapid Engagement Plus (CARE+) | Public Works, Bureau of Sanitation | $16,513,823 | 13 CARE+ Teams are responsible for removing abandoned waste from the public right-of-way and cleaning homeless encampments. These teams are deployed to the highest need areas of the City. The CARE+ teams were previously known as Clean Street Los Angeles Teams |
| Clean Streets Program | Public Works, Bureau of Sanitation | $1,800,000 | The Clean Streets Program addresses illegal dumping, alleyway cleanups, and homeless encampments. |
| Mobile Hygiene Centers Program | Public Works, Bureau of Sanitation | $5,854,304 | Provision of hygiene facilities for homeless individuals. |
| Operation Healthy Streets (OHS) | Public Works, Bureau of Sanitation | $2,252,074 | Operation Healthy Streets was implemented in 2012 as a robust homeless community outreach program designed to provide outreach and notification to PEH prior to cleanups, and to maintain safe streets clear of public safety hazards. |

|  |  |  | The program provides comprehensive cleanups and hazardous waste removal in the downtown Los Angeles and Venice Skid Row areas. |
|---|---|---|---|
| YMCA Partnership | Public Works, Bureau of Sanitation | $1,472,000 | The City has partnered with and provided funding to support the YMCA Shower Program to provide sanitation services for unsheltered individuals at YMCA locations. Partnership with YMCA to provide continuing services at up to 9 shelter sites at YMCA locations within the City of Los Angeles. Services include access to hygiene facilities (restrooms, showers, laundry). The facilities have been utilized more than 25,300 times, with the utilization remaining greater than 1,000 virtually every week. |
| 24-Hour Public Restroom Access (Venice) | Recreation and Parks | $235,502 | Provision of year-round 24-hour access to one public restroom (ten stalls) at Venice Beach. |
| Gladys Park Maintenance Program | Recreation and Parks | $161,630 | Provision of ground maintenance and security services at Gladys Park located in Skid Row. |
| Park Restroom Enhancement Program | Recreation and Parks | $2,569,401 | Program continues the increased frequency of restroom cleaning by one additional cleaning per day at 50 heavily-used park locations and expands bathroom operating hours at various park locations. |
| Mass Shelter Expansion Program (MSEP) | Recreation and Parks (and LAHSA) | $17,393,915 | In light of the COVID-19 pandemic, provide beds and trailers at multiple recreation centers throughout the City to provide housing, shelter and services for vulnerable PEH. |
| Community Assistance Parking Program | Transportation | $107,777 | Program assists persons experiencing homelessness with open or unpaid parking citations, by allowing them to pay parking citations by providing community service. As of June 30, 2020, LADOT assisted 1,070 participants to complete 14,238 community service hours for a total of $559,783 worth of citations converted to community service.<br>This program is offered in addition to Low income Installment Payment Plans and COVID-19 Parking Relief programs to help those with outstanding citation debt pay off their parking citations over time and eliminate late penalties. |
| Additional Homeless Services (formerly Crisis and Bridge Housing Fund) | Non-Departmental | $10,000,000 | Continued funding for homeless services is provided in the budget to fund gaps in the City's effort to address the homeless crisis. |
| Clinica Romero | Non-Departmental | $100,000 | Provides quality affordable health care services that target underserved communities within the Greater Los Angeles area. |
| Midnight Stroll Transgender Café | Non-Departmental | $100,000 | Funding supports a safe haven for unsheltered transgender individuals in Hollywood between the hours of 9:00 pm and |

|  |  |  | 7:00 am. |
|---|---|---|---|
| Mobile Laundry Truck | Non-Departmental | $67,600 | Offers individuals and families experiencing homelessness a place to wash clothes. Funding includes the Mobile Laundry Truck. |
| Proposition HHH Housing | Non-Departmental | $179,033,312 | Construction of Permanent Supportive Housing for PEH pursuant to Prop HHH.<br><br>The funding amount reflects proposed Proposition HHH Permanent Supportive Housing Program costs in the 2020-21 Proposition HHH Project Expenditure Plan (PEP), pending Council and Mayor approval. All project costs are directly tied to project construction. |
| Homeless Emergency Aid Program (HEAP) | Non-Departmental | $41,519,265 | HEAP is a one-time State grant for emergency homeless needs. These funds support the construction and operations of a A Bridge Home sites, outreach teams, hygiene facilities, and other services throughout the City. The funds support facilities and services in Skid Row, including hygiene services, drinking fountains, the Bin, the Refresh Spot, Homeless Engagement Teams, sharps disposal, Community Ambassadors, and interim and rapid-rehousing. City-wide, the funds have supported A Bridge Home sites, other interim housing sites, hygiene services, mobile showers, multi-disciplinary outreach team operations, family navigation services, services for homeless families living in motels, and diversion services for families at risk of homelessness. |
| Homeless Housing, Assistance and Prevention Program (HHAP) | Non-Departmental | $59,964,970 | HHAP is a one-time State grant to address immediate homeless needs. These funds are being used to support A Bridge Home sites (interim housing) construction and operations, prevention and diversion, rapid rehousing, outreach, hygiene facilities, and other services. Funding is set aside for nine positions to provide administrative support for HHAP Program grant. |