# EXHIBIT A

**EXHIBIT A**

# LAHSA - LIST OF PROGRAMS

| Program Title | Program Description |
| --- | --- |
| Bridge Housing | A reserved, 24 hour emergency shelter targeted for eligible persons experiencing homelessness that have been prioritized through CES for safe and supportive housing resources. Participants must be deemed homeless and determined high acuity as noted through prioritization of those with mental health concerns, physical disability, and length of homelessness. In addition to high acuity, participants must be matched to safe and supportive housing or been assessed and prioritized with a result of 3 on the VISPDAT or Next Step Tool who have not yet been matched to safe and supportive housing. Program length of stay is up to 90 days with the opportunity for extension if necessary. Singles adults, youth, and persons exiting institutions are specific populations that can be served through this housing model. The intention of this housing model is to provide participants with stability to easily maintain contact with Housing Navigation and/or Case Management services and facilitate safe and supportive housing placement. |
| Crisis Housing | Provides a safe, low-barrier, Housing First and Housing-Focused and supportive 24 hour residence to persons/households experiencing homelessness, which they are being quickly assessed to a broad range of housing resources. It is a short-term 24 hour emergency shelter for persons experiencing homelessness. Resource referral and case management are available to all participants as the primary intervention. Beds are provided on a first-come, first-service basis. |
| Prevention & Diverson (Problem Solving Intervention) | Homeless Prevention Provides individuals & families who are at imminent risk of homelessness with financial assistance and stabilization, case management, and assistance locating housing to avoid becoming homeless and entering into the Homeless Emergency Shelter System. Diversion is the first conversation upon entry to assess for the possibility of assisting the person/household self-resolve their housing crisis and/or make reasonable efforts to re-connect with supportive family and/or friends who could temporarily or permanently house a participant. |
| Problem-Solving Assistance Funds | Problem-Solving Assistance Funds (PSAF) is a one-time or limited financial assistance service that Problem-Solving Specialists trained in Problem-Solving can access in the event a participant has a minimal financial need necessary to either, resolve their housing crisis or homelessness rapidly. Financial assistance can encompass move-in assistance, rental arrears, emergency housing assistance, |

| | |
|---|---|
| | grocery cards, employment assistance, and other items directly connected and necessary to a participant resolving their housing crisis or homelessness.  PSAF plays an integral part in Problem-Solving-based interventions and rapid access to the financial assistance is paramount. |
| Problem Solving Specialist | Problem-Solving (also known as Diversion or Rapid Resolution) is a short-term housing intervention that seeks to assist participants to maintain their current housing or identify an immediate and safe housing alternative within their own network of family, friends and social supports.  By working alongside people facing a housing crisis in an empowering manner, Problem-Solving can assist them at the very beginning of their housing crisis, or shortly after they enter the system.  Problem-Solving also ensures that those households who do not have alternative housing options are quickly connected to existing emergency or crisis housing services to ensure their immediate health and safety needs are met. |
| Rapid Rehousing | Rapid Re-Housing connects families, individuals, and youth experiencing homelessness to permanent housing through a tailored package of assistance that may include the use of time-limited financial assistance and targeted supportive services. Rapid Re-Housing programs help families, individuals and youth living on the streets or in emergency shelters solve the practical and immediate challenges to obtaining permanent housing while reducing the amount of time they experience homelessness, avoiding a near-term return to homelessness, and linking to community resources that enable them to achieve housing stability in the long-term. |
| Shallow Subsidy | Shallow Subsidy is a rental subsidy of up to 35% of the rental cost for eligible participants in Rapid Re-Housing and/or Prevention Programs.  The subsidy is good for up to five years.  During the period of enrollment, participants are expected to ensure they have applied for and have been put on the wait list for various affordable housing programs available across LA County so that they will have a safe and affordable place to living when the Subsidy ends.  Applications are made through these providers to the administrator of the program, The Salvation Army, who makes the determination on eligibility in consultation with the Rapid Re-Housing or Prevention providers and the participant.  The number of available subsidies is assigned to SPA-area providers based on the annual Homelessness Count to ensure equitable distribution of these resources. |

| | |
|---|---|
| Family Solutions Center | Family Solution Centers (FSC) assist families who are either homeless or at-risk of homelessness secure and/or retain permanent housing. The Family Solutions Center is composed of multiple components which include Family Response Team, Regional Coordination, and Regional Matching. These components are meant to work harmoniously and fluidly with each other. The FSC shall provide a centralized and coordinated point of responsibility for each region's family homeless system with the goal of diverting homeless families away from the crisis housing system and assisting those that do enter the system with securing a safe permanent housing destination as rapidly as possible. Family Solution Centers (FSCs) are site-based facilities where families experiencing homelessness or risk of homelessness gain initial access to, or continue contact with, CES. FSC serve as the centralized access point of entry into the homeless service delivery system for families within Greater Los Angeles. |
| Crisis Housing - Motel Vouchers | General Relief (GR) Crisis Housing provides a safe, Low-barrier, Housing First, Housing-Focused, and supportive twenty-four (24) hour emergency shelter for General Relief(GR) applicants and/or participants experiencing homelessness (as defined by the Los Angeles County Department of Public Social Services (DPSS)) while they are being quickly assessed and connected to a broad range of housing resources. The primary purpose of this program is to ensure availability of shelter beds for GR participants who are referred to the Crisis Housing provider for services. |
| Permanent Supportive Housing | All PSH administered by LAHSA is funded through Department of Housing and Urban Development's (HUD's) CoC Program. The CoC Program Interim Rule defines PSH as permanent housing with long-term leasing or rental assistance paired with supportive services to assist homeless persons with a disability, or families with a qualifying household member with a disability, achieve housing stability. The goal of CoC-funded PSH is to assist eligible individuals, families, and/or youth with a long-term rental subsidy and/or supportive services, as established in the Program's application for CoC program funding submitted to HUD, to assist homeless persons achieve housing stability. 100% of CoC-funded PSH in the Los Angeles CoC (new and renewal) is designated as DedicatedPLUS, a type of PSH that limits eligibility to persons experiencing chronic homelessness, or who are most at risk of experiencing chronic homelessness. |

| | |
|---|---|
| Access Center | Access Centers are site-based facilities where people experiencing or at risk of homelessness gain initial access to, or continue contact with, CES.  In addition to meeting the minimum standards outlined within the approved CES Access Policy, Access Centers complete initial screening, make emergency service referrals, complete initial problem-solving conversations, administer population-appropriate CES Survey Packets, provide case management, and make supportive service referrals for health, mental health, substance use, and mainstream benefit services. Access Centers manage and receive walk-ins, other participant self-referrals, and targeted referrals from CES Referral Partners and through LA County Homeless Strategy D5. |
| Access Point | Access points are one site or multiple sites in a SPA where people experiencing or at risk of homelessness gain initial access to CES.  They complete initial screening, make emergency service referrals, complete initial problem-solving conversations, and administer population-appropriate CES Survey Packets. Access Points manage and receive participants through walk-ins and phone contacts and may operate at one site for all days and hours during which it operates, or at multiple sites with a consistent and repeating rotation. |
| Regional Coordination | Regional Coordination is the leadership infrastructure through which Coordinated Entry Systems are implemented across Los Angeles County.  It is responsible for providing system leadership to facilitate collaboration among regions and providers, ensure implementation of policies and procedures, and refine system improvements. |
| Rapid Rehousing (FSC) | Rapid Re-Housing connects families experiencing homelessness to permanent housing through a tailored package of assistance that may include the use of time-limited financial assistance and targeted supportive services. Rapid Re-Housing programs help families living on the streets or in emergency shelters solve the practical and immediate challenges to obtaining permanent housing while reducing the amount of time they experience homelessness, avoiding a near-term return to homelessness, and linking to community resources that enable them to achieve housing stability in the long-term. Households consisting of one or more minor children (17 or under) in legal custody of one or two adults who are living together. Households currently without minor children, in which the mother is pregnant. Household with qualified dependent over the age of 18 who is (a) incapable of self-sustaining employment by reason of mental or physical disability, and (b) is dependent upon the head of household for support and maintenance |

| | |
|---|---|
| Street Outreach | The Street Outreach program is a critical component of the homeless delivery system that seeks to establish and provide services on the streets and not at site-based facilities. Street Outreach services can help to establish supportive relationships and enhance the possibility that participants will access the necessary services and supports that will help them move off the streets. |
| Recovery Rehousing | Recovery Re-Housing is a new category within Permanent Housing focusing on those persons who are homeless and are at high risk for COVID 19 or households with acuity scores between six (6) and eleven (11). Recovery Re-Housing connects couples, individuals, and youth experiencing homelessness to permanent housing through a tailored package of assistance that includes the use of time-limited financial assistance and targeted supportive services. Recovery Re-Housing programs assists couples, individuals and youth living on the streets in emergency shelters or at Project Room Key sites solve the practical and immediate challenges to obtaining permanent housing while reducing the amount of time they experience homelessness, avoiding a near-term return to homelessness, and linking to community resources that enable them to achieve housing stability in the long-term. Recovery Re-Housing provides 100% of a participant's rental assistance for up to six (6) months then begins a progressive assistance model of financial assistance for up to twelve (12) additional months. Total assistance can be up to eighteen (18) months with the hope that the housing can be permanent. If additional levels of assistance are needed, the participant can be referred to Bridge to Subsidy for a PSH match or to Shallow subsidy. |
| Transitional Housing | Transitional Housing is a form of housing designed to provide 18-24 months of supportive services to people experiencing homelessness who need additional time transitioning between literal homelessness in crisis housing settings and their own housing.  Transitional Housing typically includes case management, encouragement to obtain employment or education goals, and focus on longer-term housing goals post-programs. |
| Project RoomKey Non-congregate Housing | Project Roomkey provides temporary housing for asymptomatic people experiencing homelessness (PEH), who are highly vulnerable/high risk individuals. High-risk individuals are those 65+ or who have certain underlying health conditions (e.g., respiratory compromised immunities, chronic disease). Each PRK site provides service coordination services, medical screenings, and three (3) meals per day per participant in a secure hotel/motel setting. |

| | |
|---|---|
| Winter Shelter Program | Winter Shelter is designed to be low-barrier crisis housing during the evening hours of winter, ensuring that those most vulnerable to perishing on the street are able to receive reprieve from cold weather. |
| Winter Shelter Program - Weather Activated | Winter Shelter is designed to be low-barrier crisis housing during the evening hours of winter, ensuring that those most vulnerable to perishing on the street are able to receive reprieve from cold weather during extreme weather emergencies. |
| Safe Parking | The Safe Parking Program gives people who are homeless and living in their cars, vans, and/or RVs/campers a safe and legal place to park and sleep at night. The program consists of on-site nightly supervision and mobile restrooms and hygiene stations.  Programs are operational overnight and work to link participants to alternative housing opportunities. |
| Supportive Services only | HUD- COC Category for any program that funds services outside of a residential program. |
| Year Round Program | Funding that comes from the Board of Supervisor - Discretionary programming that each Supervisory District can direct to serve within the Homeless Services system and managed through LAHSA. |