Carol A. Sobel (SBN 84483)
**LAW OFFICE OF CAROL A. SOBEL**
725 Arizona Ave.
Santa Monica, California 90401
Tel:  (31) 393-3055
Email: carolsobel@aol.com
*Attorneys for All Intervenors*

Shayla R. Myers (SBN 264054)
**LEGAL AID FOUNDATION**
**OF LOS ANGELES**
7000 S. Broadway
Los Angeles, CA 90003
Tel: (213) 640-3983
Email: smyers@lafla.org
*Attorneys for Intervenors Los Angeles*
*Community Action Network and*
*Los Angeles Catholic Worker*

*Additional Attorneys on Next Page*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.<br>       Plaintiff(s),<br><br>       vs.<br><br>City of Los Angeles, et. al.<br>       Defendant(s). | CASE NO. 20-CV-02291-DOC-KES<br><br>Hon. David O. Carter<br>Courtroom 1<br><br>**INTERVENORS' OBJECTION TO PLAINTIFFS' STATUS REPORT (DOCKET 188)** |

Catherine Sweetser (SBN 271142)
**SCHONBRUN SEPLOW HARRIS & HOFFMAN, LLP**
11543 W. Olympic Blvd.
Los Angeles, CA 90064
Tel: (310) 396-0731
Email: catherine.sdshhh@gmail.com

*Attorneys for All Intervenors*

**BROOKE WEITZMAN** SBN 301037
**WILLIAM WISE** SBN 109468
**ELDER LAW AND DISABILITY RIGHTS CENTER**
1535 E 17th Street, Suite 110
Santa Ana, California 92705
t. 714-617–5353
e. bweitzman@eldrcenter.org
e. bwise@eldrcenter.org

*Attorneys for Intervenor Orange County Catholic Worker*

**INTERVENORS' OBJECTION TO PLAINTIFFS' STATUS REPORT**

Intervenors Los Angeles Community Action Network, Los Angeles Catholic Worker, and Orange County Worker (collectively "Intervenors") object to Plaintiffs' Status Report, Docket 188, which purports to disclose the contents of settlement negotiations, which the parties were admonished multiple times to keep confidential. *See* Dkt. 188 at p. 4.

Despite this admonition, Plaintiffs' status report on October 20, 2020 purports to include details about those discussions. Those statements are false or misleading. Following the court-ordered mediation session on September 10, whatever discussions the City and Plaintiffs have engaged in have occurred without Intervenors. The first Intervenors learned that the City and Plaintiffs had an agreement in principle was on September 17, 2020, when Mr. Umhofer announced to this Court that the City and Plaintiffs had reached that agreement. This agreement and its terms have never been disclosed to Intervenors.

Intervenors request this Court strike lines 5-15 on page 4 from Plaintiffs' status report. In the alternative, Intervenors request this Court release Intervenors from the requirement of confidentiality related to the mediation and allow Intervenors to clarify Plaintiffs' self-serving statements regarding the parties' negotiations with the City of Los Angeles.

Dated: October 28, 2020

Respectfully submitted,
Legal Aid Foundation of Los Angeles

   /s/ Shayla Myers
Attorneys for Intervenors Los Angeles Community Action Network and Los Angeles Catholic Worker

Law Office of Carol A. Sobel

   /s/ Carol A. Sobel
Attorneys for All Intervenors

**INTERVENORS' OBJECTION TO PLAINTIFFS' STATUS REPORT**

Schonbrun Seplow Harris Hoffman and Zeldig

/s/ Catherine Sweetser
Attorneys for All Intervenors

Elder Law and Disability Rights Center

/s/ Brooke Weitzman
Attorneys for Intervenor Orange County Catholic Worker

**INTERVENORS' OBJECTION TO PLAINTIFFS' STATUS REPORT**