**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                    Date:  November 4, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER REQUESTING EXPLANATIONS AND SOLUTIONS FOR THE RISE IN HOMELESS DEATHS**

The Court REQUESTS of the parties explanations and solutions for the rise in homeless deaths. Homeless deaths are now up 36% in Los Angeles County—1,141 deaths in the first 10 months of this year, compared to 837 in the same period last year. That's a rise of nearly four deaths per day. Even accounting for 47 Covid-19 related deaths through October, this means at least a 31% rise of deaths amongst our homeless citizens. The parties are hereby on notice that the Court will expect the parties to address what efforts they have made, particularly with regard to immediately providing shelter, housing and services, to address this horrific figure on November 5, 2020.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                        Initials of Deputy Clerk: kd
CIVIL-GEN