# EXHIBIT A

| | | Homelessness Roadmap<br>Quarterly Report<br>Quarter Ending December 31, 2021 | | | | Placements since June 16, 2020 | | |
|---|---|---|---|---|---|---|---|---|
| No. | CD | Project Type (1) | Address / Location | Beds | Status | Opening Date | PEH* within 500 ft (4)(5) | PEH* 65 Years or Older (4) | PEH* Other Vulnerable (4)(6) |
| | | New Beds in Development (2) | | | | | | |
| 1 | All | Rapid Rehousing / Shared Housing | Scattered Sites | 3000 | In Process | | 4 | 135 | 360 |
| 2 | 1 | Permanent Housing - Non-Prop HHH | S. Elden Ave. | 93 | Open | 12/16/2020 | Pending Confirmation (7) | | |
| 3 | 1 | Project Homekey | 7th St. | 91 | In Process | | | | |
| 4 | 2 | A Bridge Home | Raymer St. | 85 | Open | 7/16/2020 | 0 | 7 | 52 |
| 5 | 2 | A Bridge Home | Van Nuys Blvd. | 100 | Open | 8/17/2020 | 2 | 16 | 45 |
| 6 | 2 | Permanent Housing - Non-Prop HHH | N. Simpson Ave. | 83 | Open | 10/21/2020 | 0 | 13 | 0 |
| 7 | 2 | Interim Housing | Laurel Canyon Blvd. | 200 | In Process | | | | |
| 8 | 2 | Interim Housing | Chandler Blvd. | 75 | In Process | | | | |
| 9 | 2 | Interim Housing | Saticoy St. | 150 | In Process | | | | |
| 10 | 3 | Project Homekey | Topanga Canyon Blvd. | 52 | In Process | | | | |
| 11 | 3 | Project Homekey | Reseda Blvd. | 75 | In Process | | | | |
| 12 | 3 | Interim Housing | Vanowen St. | 101 | In Process | | | | |
| 13 | 3 | Interim Housing | N. Reseda Blvd. | 148 | In Process | | | | |
| 14 | 3 | Safe Parking | Jordan Ave. | 25 | In Process | | | | |
| 15 | 4 | A Bridge Home | Riverside Dr. | 100 | Open | 7/28/2020 | 0 | 8 | 33 |
| 16 | 4 | Safe Parking | Oxnard St. | 14 | In Process | | | | |
| 17 | 5 | A Bridge Home | S. La Cienega Blvd. | 54 | Open | 6/22/2020 | 0 | 0 | 0 |
| 18 | 5 | Permanent Housing - Non-Prop HHH | W. Pico Blvd. | 48 | Open | 8/26/2020 | Pending Confirmation (7) | | |
| 19 | 5 | Safe Parking | National Blvd. | 30 | In Process | | | | |
| 20 | 6 | A Bridge Home | Aetna St. | 70 | Open | 8/10/2020 | 0 | 8 | 24 |
| 21 | 6 | Permanent Housing - Non-Prop HHH | W. Arminta St. | 110 | In Process | | | | |
| 22 | 6 | Project Homekey | Sepulveda Blvd. | 51 | In Process | | | | |
| 23 | 6 | Project Homekey | Sepulveda Blvd. | 59 | In Process | | | | |
| 24 | 6 | Project Homekey | Woodman Ave. | 74 | In Process | | | | |
| 25 | 7 | Project Homekey | Encinitas Ave. | 87 | In Process | | | | |
| 26 | 8 | Project Homekey | Western Ave. | 31 | In Process | | | | |
| 27 | 9 | Safe Parking | S. Figueroa St. | 30 | Open | 11/2/2020 | 0 | 1 | 2 |
| 28 | 9 | Permanent Housing - Non-Prop HHH | E. 35TH St. | 74 | Open | 12/30/2020 | Pending Confirmation (7) | | |
| 29 | 9 | A Bridge Home | Figueroa St. | 30 | In Process | | | | |
| 30 | 9 | Permanent Housing - Non-Prop HHH | S. Figueroa St. | 160 | In Process | | | | |
| 31 | 9 | Safe Parking | S. Central Ave. | 10 | In Process | | | | |
| 32 | 9 | Project Homekey | Long Beach Blvd. | Up to 200 | In Process | | | | |
| 33 | 9 | Project Homekey | W. Slauson Ave. | Up to 120 | In Process | | | | |
| 34 | 9 | Project Homekey | S. Central Ave. | Up to 91 | In Process | | | | |
| 35 | 10 | A Bridge Home | S. Western Ave. | 15 | Open | 9/21/2020 | 1 | 3 | 5 |
| 36 | 10 | Permanent Housing - Non-Prop HHH | S. Buckingham Rd. | 103 | Open | 11/26/2020 | Pending Confirmation | | |
| 37 | 10 | Permanent Housing - Non-Prop HHH | W. Washington Blvd. | 17 | In Process | | | | |
| 38 | 10 | A Bridge Home | La Fayette Pl. | 70 | In Process | | | | |
| 39 | 10 | Project Homekey | W. Adams Blvd. | 23 | In Process | | | | |
| 40 | 11 | Safe Parking | Iowa Ave. | 10 | Open | 10/1/2020 | 1 | 5 | 6 |
| 41 | 11 | Safe Parking | Lincoln Blvd. | 20 | Open | 10/6/2020 | 0 | 6 | 2 |
| 42 | 11 | Permanent Housing - Non-Prop HHH | S. Grand View Blvd. | 50 | In Process | | | | |
| 43 | 11 | Project Homekey | Airport Dr. | 44 | In Process | | | | |
| 44 | 11 | Project Homekey | Washington Blvd. | 33 | In Process | | | | |
| 45 | 12 | Project Homekey | Devonshire St. | 76 | In Process | | | | |
| 46 | 12 | Interim Housing | Parthenia St. | 107 | In Process | | | | |
| 47 | 12 | Safe Parking | Wilbur Ave. | 20 | In Process | | | | |
| 48 | 13 | Permanent Housing - Non-Prop HHH | S. Rampart Blvd. | 23 | Open | 10/30/2020 | Pending Confirmation (7) | | |
| 49 | 13 | Project Homekey | W. 3rd St. | 41 | In Process | | | | |
| 50 | 13 | Interim Housing | N. Alvarado St. | 74 | In Process | | | | |
| 51 | 13 | Interim Housing | Hollywood Blvd. | 30 | In Process | | | | |
| 52 | 13 | Safe Parking | Santa Monica Blvd. | 10 | In Process | | | | |

| | | | Homelessness Roadmap Quarterly Report Quarter Ending December 31, 2021 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Placements since June 16, 2020 | | |
| No. | CD | Project Type (1) | Address / Location | Beds | Status | Opening Date | PEH* within 500 ft (4)(5) | PEH* 65 Years or Older (4) | PEH* Other Vulnerable (4)(6) |
| 53 | 13 | Safe Parking | Cole Ave. | 10 | In Process | | | | |
| 54 | 14 | A Bridge Home | N. Main St. | 100 | Open | 8/18/2020 | 0 | 13 | 63 |
| 55 | 14 | Interim Housing | N. Vignes St. | 232 | In Process | | | | |
| 56 | 14 | Project Homekey | Huntington Dr. | 49 | In Process | | | | |
| 57 | 14 | Project Homekey | Huntington Dr. | 52 | In Process | | | | |
| 58 | 15 | A Bridge Home | N. Beacon St. | 38 | Open | 7/7/2020 | 6 | 5 | 14 |
| 59 | 15 | A Bridge Home | Eubank Ave. | 100 | Open | 7/7/2020 | 4 | 24 | 35 |
| 60 | 15 | Permanent Housing - Non-Prop HHH | E. 97th St. | 135 | Open | 10/28/2020 | Pending Confirmation (7) | | |
| 61 | 15 | Permanent Housing - Non-Prop HHH | E. 101th St. | 92 | In Process | | | | |
| 62 | 15 | Permanent Housing - Non-Prop HHH | S. Grape St. | 80 | In Process | | | | |
| 63 | 15 | Project Homekey | Normandie Ave. | 40 | In Process | | | | |
| 64 | 15 | Interim Housing | S. Figueroa Pl. | 75 | In Process | | | | |
| 65 | 15 | Safe Parking | S. Beacon St. | 25 | In Process | | | | |
| 66 | 15 | Safe Parking | S. Hamilton Ave. | 25 | In Process | | | | |
| | | | **Other Beds (3)** | | | | | | |
| 67 | 3 | A Bridge Home - In Existing Agreement with County | Canoga Ave. | 80 | In Process | | | | |
| 68 | 4 | Permanent Supportive Housing - In Existing Agreement with County | N. Las Palmas Ave. | 98 | In Process | | | | |
| 69 | 4 | A Bridge Home - In Existing Agreement with County | Riverside Dr. | 80 | In Process | | | | |
| 70 | 4 | Permanent Supportive Housing - In Existing Agreement with County | N. McCadden Pl. | 26 | In Process | | | | |
| 71 | 7 | Permanent Supportive Housing - In Existing Agreement with County | W. Foothill Blvd. | 48 | Open | 12/30/2020 | Pending Confirmation (7) | | |
| 72 | 7 | A Bridge Home - In Existing Agreement with County | Arroyo St. | 85 | Open | 8/3/2020 | 0 | 4 | 26 |
| 73 | 8 | Permanent Supportive Housing - In Existing Agreement with County | S. Western Ave. | 33 | Open | 12/30/2020 | Pending Confirmation (7) | | |
| 74 | 9 | Permanent Supportive Housing - In Existing Agreement with County | S. Figueroa St. | 57 | Open | 12/22/2020 | Pending Confirmation (7) | | |
| 75 | 9 | Permanent Supportive Housing - In Existing Agreement with County | S. Main St. | 50 | Open | 11/20/2020 | Pending Confirmation (7) | | |
| 76 | 9 | Permanent Supportive Housing - In Existing Agreement with County | S. Hoover St. | 37 | Open | 12/30/2020 | Pending Confirmation (7) | | |
| 77 | 14 | Permanent Supportive Housing - In Existing Agreement with County | S. Wall St. | 55 | Open | 12/30/2020 | 0 | 0 | 6 |
| 78 | 15 | A Bridge Home - In Existing Agreement with County | N. Beacon St. | 62 | Open | 7/7/2020 | 9 | 8 | 20 |
| | | Total: | | 8,251 | | | 27 | 256 | 693 |

(1) Sites that have opened include the opening date.
(2) New beds being created include sites with approved funding that are in design and/or construction (Interim Housing) or in the process of constructing with service providers (Safe Parking).
(3) Sites that were in existing agreements with the County prior to June 16, 2020.
(4) LAHSA provides the report data for number of PEH in the target population served. The target population for this effort includes:
    a. People experiencing homelessness and living in the City within 500 feet of freeway overpasses, underpasses and ramps;
    b. People experiencing homelessness within the City who are 65 years of age or older; and
    c. Other vulnerable people experiencing homelessness within the City of Los Angeles.
(5) The geographic location of encampments for "PEH within 500 ft" was adjusted by LAHSA between the first and second quarterly report, resulting in variations of the data reported.
(6) Reductions in this category from the prior quarter for the Beacon and Eubank A Bridge Home sites are due to re-assessments of clients after intake, and clients having been confirmed not to meet COVID vulnerability criteria.
(7) Occupancy data for these sites was not able to be confirmed in the Homeless Management Information System. This data will be provided in the next quarterly report.

*PEH: People Experiencing Homelessness