# EXHIBIT B

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Gil Cedillo |
|---|---|
| Council District: | 1 |

| | |
|---|---|
| Size of District (square miles) | 15.8 sq mi |
| Unsheltered Homeless Population | 2,385 |
| Unsheltered Homeless Population within 500 feet of the Freeway | 430 |

## Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 6th/ Beaudry- Obj ID 43 | Y | 25 | large encampments multiple structures |
| 2 | 14th/ Oak St- Obj ID 44 | Y | 15 | large encampments mutiple structures |
| 3 | Ave 19/ 110fwy- Obj ID 114 | Y | 10 - vehicles | large encampments and numerous vehicle dwellers |
| 4 | 5fwy/ Pasadena Ave- Obj ID 118 | Y | 5 - vehicles | large encampments and numerous vehicle dwellers |
| 5 | North Central Dog Park- Obj ID 124 | Y | 10 - vehicles | large encampments and numerous vehicle dwellers |
| 6 | Ave 52/ 110fwy-Obj ID 126 | Y | 5 - vehicles | large encampments and numerous vehicle dwellers |

## Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Opening Date |
|---|---|---|---|---|---|
| Permanent Housing: Non-Prop HHH - PSH | S. Elden Ave. CA 90006 | 93 | | | 1/20/2021 |
| Interim Housing | W. 7th St. | 91 | State approved Homekey application | | |

## Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan?

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|
| Rapid Rehousing/Shared Housing | S. Columbia Ave | 20-60 | Privately owned building | 5-14% of encampments |
| Rapid Rehousing/Shared Housing | N/A | TBD | | |
| Interim Housing | N/A | TBD | | |

2

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Paul Krekorian |
|---|---|
| Council District: | 2 |

| Size of District (square miles) | 25.0 sq mi |
|---|---|
| Unsheltered Homeless Population | 1,613 |
| Unsheltered Homeless Population within 500 feet of the Freeway | 203 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Lankershim/Riverside -- 134 fwy | Y | 30 | |
| 2 | Laurel Canyon/Erwin -- 170 fwy | Y | 60 | |
| 3 | Moorpark/Bellflower -- 170 fwy | Y | 20 | |
| 4 | Strathern Park West/170 fwy | Y | 50 | |
| 5 | 12240 Archwood st. -- 170fwy | Y | 40 | |
| 6 | 10835 Chandler Blvd. | N | 10 | |
| 7 | 11476 Hatteras st. | N | 15 | |
| 8 | 7241 Ethel Ave. | N | 20 | |
| 9 | 7135 Woodman Ave. | N | 10 | |
| 10 | 7880 San Fernando Rd. | N | 100 | |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Opening Date |
|---|---|---|---|---|---|
| A Bridge Home | Raymer St. | 85 | Open | Within catchment area | 7/16/2020 |
| A Bridge Home | Van Nuys Blvd. | 100 | Open | Within catchment area | 8/17/2020 |
| Permanent Housing: Non-Prop HHH - Affordable | Simpson Ave. | 83 | Open | TBD | 8/17/2020 |

| Interim Housing | Chandler Blvd. | 75 | Tiny Home Village on City-owned site | 1, 3, 6 | 2/1/2021 |
| Interim Housing | Laurel Canyon Blvd. | 200 | Tiny Home Village on City-owned site | 2, 5, 8, 9 | 4/25/2021 |
| Interim Housing | Saticoy St. | 150 | Tiny Home Village on City/Caltrans-owned site | 4, 8, 9 | 5/21/2021 |
| Rapid Rehousing/Shared Housing | N/A | TBD | LAHSA-coordinated unit placements | TBD | N/A |

| Proposed Additional Interventions | | | | |
|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan? | | | | |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
| Safe Parking | Ventura Blvd. | 25 Cars or TBD RVs | County-owned lot | TBD |

4

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Bob Blumenfield |
|---|---|
| Council District: | 3 |

| | |
|---|---|
| Size of District (square miles) | 36.6 sq mi |
| Unsheltered Homeless Population | 813 |
| Unsheltered Homeless Population within 500 feet of the Freeway | 14 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Winnetka Ave at 101 fwy | Y | currently none, but in past up to 30 | underpass encampment where people were given shelter in LAHSA pilot Oct 2020 |
| 2 | Corbin Ave at 101 fwy | Y | at least 10, in the past has been more | underpass encampment where people were given shelter in LAHSA pilot Oct 2020, currently |
| 3 | LA River at Winnetka, (length from Canoga to White Oak including DeSoto, Tampa) | N | approximately 20-40 | LA River zone, particularly the bikeway, street underpasses, property that is owned by City, some by County in flood control district |
| 4 | Eton and Vanowen (Canoga Park) | N | 12-15 | River adjacent area where encampment spills onto private property near Orange Line |
| 5 | 6 other underpasses in CD3 = Burbank, Tampa, DeSoto, Canoga, Topanga, Shoup | Y | currently none, but in past up to 15 | underpass encampments where people were given shelter in LAHSA pilot Oct 2020 |
| 6 | Don Pio and Costanso (near DeSoto underpass) | Y | approximately 7 | residential area with two large RVs and four separate sleeping areas including the adjacent LADOT parking lot, including seniors and veterans. |
| 7 | Vassar and Califa (near Warner Ranch Park) | N | 5-7 people | numerous tents on sidewalk on Vassar and the adjacent private property |

| 8 | Saticoy and Reseda Blvd (Reseda) | N | 2 | tents on sidewalk |
|---|---|---|---|---|
| 9 | Deering Circle at Independence Ave | N | approximately 7 | tents and structures near the Orange Line, property owned by Metro, DWP, or City |
| 10 | Deering Ave at Deering Court | N | approximately 6 | vehicles and structures on sidewalk and public right of way |
| 11 | Winnetka Ave and Roscoe (Winnetka Rec Center) | N | at least 15 | Winnetka Rec Center, shelters built on baseball diamond and bleachers and tents near the on site child care |
| 12 | Bassett at DeSoto and at Owensmouth | N | 15-20 | tents and structures on sidewalk and areas that are owned by LA County or LA City |

| Interventions in Development | | | | | |
|---|---|---|---|---|---|
| List any projects that are currently in the pipeline in your district that **will open by December 18, 2021**. | | | | | |
| Project Type | Location | Capacity | Description | Target Encampment(s) | Opening Date |
| A Bridge Home | Canoga Ave. | 80 | Shelter | Within catchment area of Canoga Park | 2/1/2021 |
| Safe Parking | Jordan Ave., Canoga Park | 25 | City-owned site | TBD | 2/1/2021 |
| Interim Housing | Vanowen St., Reseda | 101 | Pallet shelters in SW parking area | TBD, to include Reseda area of LA River | Apr 2021 |
| Interim Housing | Topham St. | 148 | Pallet Shelters | TBD | Apr 2021 |
| Interim Housing | Reseda Blvd | 75 | Project Homekey Site | TBD / River | Currently Operating |
| Interim Housing | Topanga Canyon | 52 | Project Homekey Site | TBD / River | Currently Operating |
| Rapid Rehousing/Shared Housing | Winnetka / Corbin Underpass | 59 | LAHSA Pilot Program with LA Family Housing | Winnetka, Corbin and all CD3 Underpass Areas per LAHSA pilot project, permanent placement of 59 individuals is ongoing | October 2020 |

| Proposed Additional Interventions | | | | |
|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan? | | | | |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |

| Safe Parking | Ventura Blvd. Woodland Hills | TBD | Safe Parking on Vacant lot | Freeway Encampment Dwellers along 101 Highway |
| Rapid Rehousing/Shared Housing | N/A | TBD | | TBD, LAHSA/LA Family Housing control |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Nithya Raman |
|---|---|
| Council District: | 4 |

| | |
|---|---|
| Size of District (square miles) | 41.0 sq mi |
| Unsheltered Homeless Population | 1,136 |
| Unsheltered Homeless Population within 500 feet of the Freeway | 46 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Los Feliz Blvd./5 Freeway | Y | 32 | near Griffith Park/LA River/bikepath |
| 2 | Riverside Dr./Hyperion Bridge | Y | 13 | near LA River/bikepath |
| 3 | 101 Freeway/Cahuenga Blvd. | Y | 15 | underpass |
| 4 | 101 Freeway/Franklin Ave. | Y | 4 | underpass -- only north side of street is CD4 |
| 5 | 6538 Bella Vista Wy | Y | 3 | near Cahuenga/101 underpass |
| 6 | Lankershim/134 | Y | 15 | |
| 7 | Moorpark/101 | Y | 15 | |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Opening Date |
|---|---|---|---|---|---|

8

| Permanent Housing: Prop HHH | N. McCadden | 26 | Transitional Age Youth | | 1/14/2021 |
|---|---|---|---|---|---|
| Permanent Housing: Prop HHH | N. Las Palmas | 98 | Seniors | | 1/14/2021 |
| A Bridge Home | Riverside Dr. | 100 | Open | Encampments 1-5 are within catchment area | 7/28/2020 |
| A Bridge Home | Riverside Dr. | 80 | Private site - building conversion, construction about to start | | 4/1/2021 |
| Safe Parking | Oxnard St. | 14 | RV Parking in federal land | | 3/1/2021 |

| Proposed Additional Interventions | | | | |
|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan? | | | | |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
| Interim Housing | N. Sepulveda | 40 | Federal Land | |
| Rapid Rehousing/Shared Housing | N/A | TBD | | 101 and 134 Freeway encampments in the Valley |

9

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Paul Koretz |
|---|---|
| Council District: | 5 |

| | |
|---|---|
| Size of District (square miles) | 37.5 sq mi |
| Unsheltered Homeless Population | 846 |
| Unsheltered Homeless Population within 500 feet of the Freeway | 94 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Cotner Ave. between Olympic and SM | Y | approx. 50 | primarily sidewalk campers, but some embankment |
| 2 | north side of Venice Blvd. at 405 | Y | approx. 25 | sidewalk under freeway overpass |
| 3 | Balboa Blvd. under the 101 | Y | approx. 10 | sidewalk under freeway overpass |
| 4 | White Oak under the 101 | Y | approx. 10 | sidewalk under freeway overpass |
| 5 | Hayvenhurst under the 101 | Y | approx. 10 | sidewalk under freeway overpass |
| 6 | Balboa at Clark | Y | approx. 10 | sidewalk near bus stop about 450 feet from 101 |
| 7 | National at 10 | Y | approx. 20 | sidewalk under freeway overpass |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Location | Capacity | Description | Target Encampments | Opening Date |
|---|---|---|---|---|---|
| A Bridge Home | S. La Cienega | 54 | Targeted for families | | Opened 7/6/2020 |
| Permanent Housing: Non-Prop HHH - PSH | W. Pico Blvd. | 48 | Seniors and veterans | | Opened 12/1/2020 |

| Safe Parking | National Blvd. | 30 | Privately owned parking lot | | TBD (approved in CAO report) |
|---|---|---|---|---|---|

| **Proposed Additional Interventions** | | | | |
|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan? | | | | |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampments |
| Rapid Rehousing/Shared Housing | N/A | TBD | | Venice/405 and others, per LAHSA |
| Interim Housing | Wilshire Blvd. | 25 | publicly owned, consider for pallet shelters | |
| Interim Housing | W. Olympic Blvd. | 80 | privately owned. | |
| Interim Housing | S. Sepulveda Blvd. | TBD | | |
| Interim Housing | Motor Avenue | TBD | Use part of underutilized parking lot | |
| Interim Housing | Venice Blvd. | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | S. La Brea Ave. | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | Irene St. Lot | TBD | MTA Lot | |
| Interim Housing | S. Sepulveda Blvd. | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | Venice Blvd. | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | N. Fairfax Ave. | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | W. Olympic Blvd. | TBD | privately owned, potential leasing opportunity | |

| Interim Housing | S. Fairfax Ave. | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | S. Fairfax Ave. | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | S. Fairfax Ave. | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | W. Pico Blvd. | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | Melrose Blvd. | 62 | privately owned, potential leasing opportunity | |
| Interim Housing | S Robertson | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | W Santa Monica Blvd | TBD | privately owned, potential leasing opportunity | |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Nury Martinez |
|---|---|
| Council District: | 6 |

| | |
|---|---|
| Size of District (square miles) | 27.2 sq mi |
| Unsheltered Homeless Population | 1,672 |
| Unsheltered Homeless Population within 500 feet of the Freeway | 125 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 8300 San Fernando Rd. Sun Valley | Y | 30 | Multple RV's with vehicle dwelling and encampments |
| 2 | 8085 Webb Ave. Sun Valley | N | 4 | Encampments |
| 3 | 11111 Strathern Ave. Sun Valley | N | 1 | Encampments |
| 4 | 13253 Wingo St. Arleta | Y | 15 | Encampments between State and City Property |
| 5 | 9661 Sharp Ave. Arleta | Y | 15 | Encampment on State Property |
| 6 | 7744 Lankershim Blvd. Nrth Hollywood | N | 2 | Encampments next to Bus Stop |
| 7 | 7667 Simpson Ave. Nrth Hollywood | N | 2 | Encampments |
| 8 | 11201 Penrose St. Sun Valley | Y | 15 | Multple RV's with vehicle dwelling |
| 9 | 11545 Tuxford St. Sun Valley | Y | 20 | Multple RV's with vehicle dwelling |

| 10 | 8961 Laurel Canyon Blvd. Sun Valley | Y | 5 | Encampments between State and City Property |
| 11 | 12144 Wicks St. Sun Valley | Y | 3 | Encampment next to pedestrian bridge |
| 12 | 8841 O'melveny Ave. Sun Valley | Y | 3 | Encampment next to pedestrian bridge |
| 13 | 8707 Lankershim Blvd. Sun Valley | Y | 5 | Encampment off the on-ramp |
| 14 | 13745 Saticoy St. PaNrama City | N | 5 | Multple RV's with vehicle dwelling and encampments |
| 15 | 13927 Saticoy St PaNrama City | N | 5 | Multple RV's with vehicle dwelling and encampments |
| 16 | 7651 Woodman Ave. PaNrama City | N | 5 | Multple RV's with vehicle dwelling and encampments |
| 17 | 14757 Arminta Ave. PaNrama City | N | 10 | Encampment in alley |
| 18 | 7855 Van Nuys Blvd. PaNrama City | N | 10 | Encampment on median |
| 19 | 7801 Van Nuys Blvd. Panroama City | N | 10 | Encampment on median |
| 20 | 14719 Plummer St. PaNrama City | N | 10 | Encampments, vehicle dwelling and tresspassing |
| 21 | 6609 Van Nuys Blvd. Van Nuys | N | 5 | Encampment |
| 22 | 6633 Van Nuys. Van Nuys | N | 10 | Encampment |
| 23 | 14532 Gilmore St. Van Nuys | N | 15 | Encampments by City Parking lot |
| 24 | 14606 Friar St. Van Nuys (On Vesper Ave. | | 5 | Encampments by City Parking lot |

| 25 | 14607 Sylvan St. Van Nuys (on Vesper Ave.) |   | 5 | Encampments by City Parking lot |
| 26 | 14402 Gilmore St. Van Nuys | N | 10 | Encampments by City Parking lot |
| 27 | 7111 Sepulveda Blvd. Van Nuys | N | 30 | Multiple Encampments tresspassing on private property |
| 28 | 14447 Aetna St. Van Nuys | N | 10 | Encampments |
| 29 | 14320 Aetna St. Van Nuys | N | 10 | Encampments |
| 30 | 14346 Bessemer St. Van Nuys | N | 10 | Encampments |
| 31 | 14165 Bessemer St. Van Nuys | N | 10 | Encampments |
| 32 | 6101 Cedros Ave. Van Nuys | N | 5 | Encampments |
| 33 | 156600 Victory Blvd. Lake Balboa | Y | 10 | Multiple encampments by the bike path |
| 34 | 5941 Woodley Ave. Lake Balboa | N | 10 | Multiple encampments by the Apollo Airfields |
| 35 | 15901 Burbank Blvd. Lake Balboa | N | 20 | Multiple Encampment along the LA River |
| 36 | 6300 Balboa Blvd. Lake Balboa | N | 5 | Mutlple Encampment along Bull Creek |
| 37 | 8100 Haskell Ave. Van Nuys | Y | 30 | Encampment under I-405 and railroadtracks |
| 38 | 15611 Parthenia Ave. North Hills | Y | 20 | Encampment under the I-405 |
| 39 | 15607 Roscoe Blvd. North Hills | Y | 10 | Encampment by on ramp of I-405 |

| Interventions in Development | | | | | |
|---|---|---|---|---|---|
| List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.** | | | | | |
| Project Type | Location | Capacity | Description | Target Encampments | Opening Date |
| A Bridge Home | Aetna St. | 70 | Open | | 8/14/2020 |
| Permanent Housing: Non-Prop HHH - PSH | W. Arminta St. | 110 | Arminta Square | | 6/1/2021 |
| Interim Housing | Woodman | 74 | senior home acquisition | | 4/1/21 |
| Interim Housing | Sepulveda (a) | 59 | motel acquisition | | 4/1/21 |
| Interim Housing | Sepulveda (b) | 51 | motel acquisition | | 4/1/21 |

| Proposed Additional Interventions | | | | |
|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan? | | | | |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
| Interim Housing | San Fernando Rd. | 25 | Publicly-owned | Encampments along I-5 |
| Interim Housing | Paxton St. | 20 | Privately-owned | Encampments along the I-5 and Plummer St. |
| Safe Parking | San Fernando Rd. | 30 | 20,000 Sq ft/City-owned | Encampments along I-5 |
| Safe Parking | Erwin St. | 40 | Metro | Encampments in Van Nuys/Lake Balboa by the I-405 |
| Rapid Rehousing/Shared Housing | N/A | TBD | | |

16

City of Los Angeles
Sheltering Plan by Council District

| Councilmember: | Monica Rodriguez |
| Council District: | 7 |

| | |
|---|---|
| Size of District (square miles) | 54.1 sq mi |
| Unsheltered Homeless Population | 677 |
| Unsheltered Homeless Population within 500 feet of the Freeway | 134 |

## Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 118 Freeway Paxton St./ Bradley Ave. | Y | 55 | Over 20 tents and makeshift shelters under the freeway overpass and along both edges reaching |
| 2 | Big Tujunga Wash, under 210 fwy and Foothill bridges | Y | 20-25 | Makeshift structures built within the Wash under the freeway overpasses/bridges. |
| 3 | Sepulveda / 118 fwy underpass and offramp | Y | 20-25 | Tents along the underpass. Between the freeway exit and Pizza Hut structure in Caltrans ROW. |
| 4 | 118 fwy between Bradley and Herrick | Y | 8-10 | Caltrans right of way parallel to 118 freeway behind business that face Paxton St. Various tents along |
| 5 | 118 fwy Devonshire onramp/offramp | Y | 12 | 5 tents on Caltrans property, large quantities of property and debris. About 4 individuals under the |
| 6 | 12966 Arroyo St / Foothill Blvd. | Y | 2-5 | Encampement made up of vehicle and tents, large quantities of property. |
| 7 | 14801 Rinaldi / 5 fwy | Y | 2 | Two tents and property. |
| 8 | 210 fwy/Hubbart St | Y | 6 | Approx. 6 tents |

## Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Location | Capacity | Description | Target Encampments | Opening Date |
|---|---|---|---|---|---|
| A Bridge Home | Arroyo St. | 85 | | | 8/3/2020 |

| Permanent Housing: Prop HHH | W. Foothill Blvd. | 48 | | | 12/30/2020 |
| Interim Housing | Good Nite Inn | 87 | Project Homekey | Under Assessment | 3/31/2021 |

| Proposed Additional Interventions | | | | |
|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan? | | | | |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
| Rapid Rehousing/Shared Housing | N/A | 200 | | Sepulveda / 118 fwy, Big Tujunga Wash, under 210 and Foothill bridges, 118 fwy / Devonshire ramps |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Marqueece Harris-Dawson |
|---|---|
| Council District: | 8 |

| | |
|---|---|
| Size of District (square miles) | 16.0 sq mi |
| Unsheltered Homeless Population | 1540 |
| Unsheltered Homeless Population within 500 feet of the Freeway | 84 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 88th Pl, b/t Grand & Flower St. | Y | 25 | Freeway Underpass |
| 2 | Colden Ave, b/t Grand & Flower St. | Y | 25 | Freeway Underpass |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Opening Date |
|---|---|---|---|---|---|
| Permanent Housing: Prop HHH | S. Western Ave. | 33 Units | Western Avenue Apartments | TBD | Early 2021 - TBD |
| Interim Housing | EC Motel Western Avenue | 31 Units | Project Homekey | TBD | 3/31/2021 |

**Proposed Additional Interventions**

What other interventions do you want to consider for your Sheltering Plan?

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|

| Interim Housing | Various | 36 | There are 12 smaller shelters that serve CD8, and we will work to identify openings for relocations from freeway encampments | TBD |
|---|---|---|---|---|
| Rapid Rehousing/Shared Housing | TBD | TBD | LAHSA RRH Program | TBD |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Curren Price |
|---|---|
| Council District: | 9 |

| | |
|---|---|
| Size of District (square miles) | 13.0 sq mi |
| Unsheltered Homeless Population | 2,638 |
| Unsheltered Homeless Population within 500 feet of the Freeway | 482 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 4500-5700 Grand Ave | Y | est 100 | primarily tent structures |
| 2 | 4900-5700 Flower St | Y | est 50 | primarily tent structures |
| 3 | 5900-6300 Grand Ave | Y | est 30 | primarily RVs |
| 4 | 6900-8400 Grand Ave | Y | est 80 | 80% RVs, 20% tents |
| 5 | 3500-3900 Grand Ave | Y | est 35 | tent structures |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Address | Capacity | Description | Target Encampments | Opening Date |
|---|---|---|---|---|---|
| A Bridge Home | Figueroa St. | 30 | Family shelter | within catchment area | 2/22/2021 |
| Interim Housing | Long Beach Ave. | Up to 200 | Privately-owned by non-profit | | TBD |
| Interim Housing | S. Central Ave. | Up to 91 | Privately-owned by non-profit | | TBD |
| Interim Housing | W. Slauson Ave. | Up to 210 | Privately-owned by non-profit | | TBD |
| Permanent Housing: Non-Prop HHH - PSH | E. 35th St. | 74 | | | 1/31/2021 |

| | | | | | |
|---|---|---|---|---|---|
| Permanent Housing: Non-Prop HHH - PSH | S. Figueroa St. | 160 | In Development | | 4/1/2021 |
| Permanent Housing: Prop HHH | S. Main St. | 50 | | | 11/20/2020 |
| Permanent Housing: Prop HHH | S. Figueroa St. | 57 | | | 1/29/2021 |
| Permanent Housing: Prop HHH | S. Hoover St. | 37 | | | 6/30/2021 |
| Safe Parking | S. Figueroa St. | 30 | Safe Parking | | 11/2/2020 |
| Safe Parking | S. Central Ave. | 10 | In Development | | 1/14/2021 |

| Proposed Additional Interventions | | | | |
|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan? | | | | |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampments |
| Rapid Rehousing/Shared Housing | N/A | TBD | | |
| Interim Housing (Pallet Shelters) | W. Slauson | 75 | Caltrans-owned | |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Mark Ridley Thomas |
|---|---|
| Council District: | 10 |

| | |
|---|---|
| Size of District (square miles) | 14.5 sq mi |
| Unsheltered Homeless Population | 1084 |
| Unsheltered Homeless Population within 500 feet of the Freeway | 77 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Venice and the I-10 Freeway | Y | | mostly tents; some living in cars |
| 2 | Washington and the I-10 Freeway | Y | | mostly tents; some living in cars |
| 3 | Western and the I-10 Freeway | Y | | mostly cars; some living in tents |
| 4 | Koreatown | N | | tent encampments |
| 5 | Leimert Park | N | | mostly cars |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Address | Capacity | Description | Target Encampment(s) | Opening Date |
|---|---|---|---|---|---|
| Permanent Housing: Non-Prop HHH - PSH | W. Washington Blvd. | 17 | In development | | 8/25/2021 |
| Permanent Housing: Non-Prop HHH - PSH | S. Buckingham Rd. | 103 | Complete | | 11/26/21 |
| A Bridge Home | S. Western Ave. | 15 | Complete | Western and I-10 - women and children only | 9/24/20 |

| A Bridge Home | La Fayette Pl. | 70 | completing construction | Koreatown | TBD, 2021 |
| Interim Housing | Adams Blvd. | 23 | motel acquisition | | 4/1/2021 |

| Proposed Additional Interventions | | | | |
|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan? | | | | |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
| Rapid Rehousing/Shared Housing | N/A | TBD | | |

**City of Los Angeles**
**Council District Sheltering Plan**

| Councilmember: | Mike Bonin |
|---|---|
| Council District: | 11 |

| | |
|---|---|
| Size of District (square miles) | 63.8 sq mi |
| Unsheltered Homeless Population | 2,224 |
| Unsheltered Homeless Population within 500 feet of the Freeway | 92 |

**Target Encampments**

Identify the key encampments within your district that should be addressed in the Sheltering Plan.

| Priority | Location | Within 500' of Freeway | # of Residents | Description |
|---|---|---|---|---|
| 1 | Rose/Penmar | N | 80 | Encampment abuts golf course and is adjacent to |
| 2 | 405 at Venice/Globe | Y | 25 (in CD11) | Mar Vista. Encampment flows underneath the 405, |
| 3 | Pico/Centinela | Y | 10 | Encampment near 405. Adjacent to SM. |
| 4 | Barry/Gateway at the 10 | Y | 5-10 | Small encampment under the 10. |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Opening Date |
|---|---|---|---|---|---|
| Permanent Housing: Non- | S. Grand View Blvd. | 50 | | TBD | 11/19/2021 |
| Safe Parking | Iowa Ave. | 25 | Expansion of Safe Parking | TBD | 10/1/2020 |
| Safe Parking | Lincoln Blvd. | 25 | Expansion of Safe Parking | TBD | 10/6/2020 |
| Interim Housing | Super 8 LAX | 44 | Project Homekey | TBD | By 3/16/2021 |
| Interim Housing | Ramada Inn | 33 | Project Homekey | TBD | By 3/16/2021 |
| Rapid Rehousing/Shared | N/A | TBD | LAHSA-coordinated unit | TBD | |

**Proposed Additional Interventions**

What other interventions do you want to consider for your Sheltering Plan?

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|
| Interim Housing | TBD | TBD | Parking lot | All |
| Safe Camping | parking lot | TBD | Parking lot | All |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | John Lee |
|---|---|
| Council District: | 12 |

| | |
|---|---|
| Size of District (square miles) | 58.7 sq mi |
| Unsheltered Homeless Population | 583 |
| Unsheltered Homeless Population within 500 feet of the Freeway | 17 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Location | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 118 and 405 Freeway Adjacent | Y | 17 | Tents and RVs |
| 2 | Balboa - Devonshire - Petit | N | 20 | Tents |
| 3 | Plummer - Jordan - Nordhoff (at Owensmouth) | N | 50 | Tents and RVs |
| 4 | Nordhoff Pl - Oakdale Ave | N | 30 | Tents and RVs |
| 5 | Hayvenhurst-Schoenborn | N | 50 | Tents and RVs |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Location | Capacity | Description | Target Encampments | Opening Date |
|---|---|---|---|---|---|
| Safe Parking | Wilbur Ave. | 20 | Metro/City Owned | | TBD |
| Interim Housing | Devonshire St. | 76 | Privately owned | | |
| Interim Housing | Parthenia St. | 107 | Privately owned | | |

| Proposed Additional Interventions | | | | |
|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan? | | | | |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampments |
| Rapid Rehousing/Shared Housing | N/A | 120 | | |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Mitch O'Farrell |
|---|---|
| Council District: | 13 |

| | |
|---|---|
| Size of District (square miles) | 13.6 sq mi |
| Unsheltered Homeless Population | 2,402 |
| Unsheltered Homeless Population within 500 feet of the Freeway | 468 |

## Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Echo Park Lake | N - some parts Y | 60 | Tent Encampments & RVs on all sides of lake |
| 2 | Hollywood US-101 Corridor | Y | 146 | City Sidewalks, Caltrans property (Cahuenga/Gower/Bronson/ |
| 3 | Alvarado St/US-101 | Y | 30 | On sidewalks of 101 underpass & Caltrans property |
| 4 | Hoover St/John St/Virgil Ave/US-101 | Y | 60 | City Sidewalks under US-101 |
| 5 | Shatto Pl/4th Street | N | 51 | City Sidewalks |
| 6 | East Hollywood US-101 Corridor | Y | 30 | City Sidewalks/Caltrans property (Santa Monica Blvd) |
| 7 | Verdugo Road/2 Frwy | Y | 10 | Sidewalks under 2 freeway |

## Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Opening Date |
|---|---|---|---|---|---|
| Interim Housing | N. Alvarado St. | 74 | Privately owned lot | All - Echo Park Lake | |
| Interim Housing | Hollywood Blvd. | 30 | Privately owned building | All - Hollywood/101 | By 4/16/2021 |
| Interim Housing | W. 3rd St. | 41 | Project Homekey | All | By 4/16/2021 |
| Permanent Housing: Non-Prop HHH - PSH | S. Rampart Blvd. | 23 | Supportive Housing | All | 10/30/2020 |
| Safe Parking | Santa Monica Blvd. | 10 | City owned lot | All - Car dwellers | By 4/16/2021 |
| Safe Parking | Cole Ave. | 10 | LADWP owned lot | All - Car dwellers | |

| Rapid Rehousing/Shared Housing | N/A | TBD | LAHSA-coordinated unit placements | TBD | N/A |
|---|---|---|---|---|---|

| Proposed Additional Interventions | | | | |
|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan? | | | | |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
| Interim Housing | Cole Ave. | TBD | RAP owned park | All |
| Interim Housing | Santa Monica Blvd. | TBD | Privately owned building | TBD |

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Kevin De Leon |
|---|---|
| Council District: | 14 |

| | |
|---|---|
| Size of District (square miles) | 24.2 sq mi |
| Unsheltered Homeless Population | 5,191 |
| Unsheltered Homeless Population within 500 feet of the Freeway | 622 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Location | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 10 fwy and San Pedro | Y | 16 | Encampments on Both Side of San Pedro |
| 2 | 110 fwy and Olympic | Y | 12 | Encampments on Both Side of Olympic |
| 3 | 7476 North Figueroa and 134 | Y | 15 | Encampments on both Sides |
| 4 | 2900 West Broadway and 2 fwy | Y | 8 | |
| 5 | Hope and 10 fwy | Y | 16 | |
| 6 | fwy Overpass Arcadia and Main | Y | 15 to 20 | Encampments on both Sides |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Opening Date |
|---|---|---|---|---|---|
| Permanent Housing: Prop HHH | S. Wall St. | 55 | Prop HHH | TBD | 11/20/2020 |
| A Bridge Home | N. Main St. | 100 | ABH | Within catchment area | 7/1/2020 |
| Interim Housing | Vignes St | 232 | Interim Housing | TBD | 3/1/2021 |
| Interim Housing | Titta's Inn | 49 | Project Homekey | TBD | 1/1/2021 |
| Interim Housing | Super 8 Alhambra | 52 | Project Homekey | TBD | 1/1/2021 |

| Proposed Additional Interventions | | | | | |
|---|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan? | | | | | |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) | Opening Date |
| Interim Housing | Paloma St. (Phase II) | 70 | Interim Housing | TBD | TBD |
| Interim Housing | York Blvd. - Highland Park | 72 | Pallet Shelters | TBD | TBD |
| Interim Housing | N. Figueroa | 75 | Pallet Shelters | TBD | TBD |
| Interim Housing | Arroyo Seco | 144 | Pallet Shelters | TBD | TBD |
| Interim Housing | S. Broadway | TBD | TBD | TBD | TBD |
| Rapid Rehousing/Shared Housing | TBD | TBD | RRH Program | TBD | TBD |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Joe Buscaino |
|---|---|
| Council District: | 15 |

| | |
|---|---|
| Size of District (square miles) | 32.1 sq mi |
| Unsheltered Homeless Population | 2377 |
| Unsheltered Homeless Population within 500 feet of the Freeway | 194 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Location | Within 500' of Freeway (Y | # of Residents | Description |
|---|---|---|---|---|
| 1 | Lomita Blvd @ McCoy St. | Y | 60-80 | |
| 2 | San Pedro Post Office | N | 30-40 | |
| 3 | 535 Broad Avenue | N | 40-50 | |
| 4 | F Street @ Banning | N | 40 | |
| 5 | Anaheim Bridge @ 5points | N | 20 | |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 18, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Opening Date |
|---|---|---|---|---|---|
| A Bridge Home | N. Beacon Street | 100 | Open | Within catchment area | 7/7/2020 |
| A Bridge Home | Eubank Ave. | 100 | Open | Within catchment area | 7/7/2020 |
| Interim Housing | S. Figueroa Place | 75 | Pallet shelters | | 4/1/2021 |
| Interim Housing | Normandie (b) | 40 | motel acquisition | | 4/1/15 |
| Permanent Housing: Non-Prop HHH - Affordable | E. 97th St. | 135 | Under Construction | | |

| Permanent Housing: Non-Prop HHH - Affordable | E. 101st St. | 92 | In Development | | 8/1/2021 |
|---|---|---|---|---|---|
| Permanent Housing: Non-Prop HHH - Affordable | S. Grape St. | 80 | In Development | | 9/30/2021 |
| Safe Parking | S. Beacon St. | 25 | Priority for cars | | TBD |
| Safe Parking | S. Hamilton Ave | 25 | Priority for cars | | 2/15/21 |

| Proposed Additional Interventions | | | | |
|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan? | | | | |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
| Safe Parking | E. 116th Pl. | 25 | Caltrans-owned | |
| Rapid Rehousing/Shared Housing | various | 200 | in partnership with service providers | |