# EXHIBIT C

**REPORT** FROM

# OFFICE OF THE CITY ADMINISTRATIVE OFFICER

| | | |
|---|---|---|
| Date: | November 13, 2020 | CAO File No.  0220-05734-0005<br>Council File No.  20-0841, 20-1385<br>Council District:  2, 3, 4, 13, 14, and 15 |
| To: | The City Council | |
| From: | *for* Richard H. Llewellyn, Jr., City Administrative Officer *Yolanda Chavez* | |
| Reference: | Homeless Roadmap | |
| Subject: | **Funding Recommendations for COVID-19 Homelessness Roadmap Projects - Third Report - REVISED** | |

## SUMMARY

On September 9, 2020, the City Council approved funding for the initial projects under the COVID-19 Homelessness Roadmap and directed the City Administrative Officer to submit funding recommendations for projects as they are ready for funding via reports. This is the third funding report related to the COVID-19 Homelessness Roadmap (Roadmap). This report includes funding recommendations for: three (3) new interim housing sites with 412 beds; a request to reserve funds from the State of California Homeless Housing, Assistance, and Prevention Program (HHAP) grant to cover the Coronavirus Relief Fund (CRF) allocation that may not be expended by the December 30, 2020 deadline; services funding for a total of eight (8) approved interim housing sites; costs to move containers from the tiny home village site at 6700 Vanalden Ave.; operating costs for an RV Safe Parking program in partnership with the County of Los Angeles (County); and authorization to enter into agreements with the County for two (2) Roadmap sites with partial County funding.

This report also includes recommendations to implement Mayor and Council action to partially fund four (4) Measure H strategies, due to the Measure H revenue shortfall, for three (3) months to continue these services after the County's funding ceased on October 31, 2020 (C.F 20-1385). The City Administrative Officer and Chief Legislative Analyst will report in January 2021 on the need for funding through June 30, 2021.

## RECOMMENDATIONS

That the City Council, subject to approval by the Mayor:

1. DETERMINE that these projects are statutorily exempt from the California Environmental Quality Act (CEQA) as set forth by the Notices of Exemption attached to this Council file as follows:

| CAO File No. | PAGE |
|---|---|
| 0220 - 05734 - 0005 | 2 |

    a. The tiny home project at 12600 N. Saticoy St. in Council District (CD) 2, which allows for the lease of State of California land to construct and operate a new homeless tiny home site with a maximum of 150 beds, is statutorily exempt from CEQA under Public Resources Code Section 21080(b)(4) as a specific action necessary to prevent or mitigate an emergency as also reflected in CEQA Guideline Section 15269(c); and because the project uses "Homeless Housing, Assistance, and Prevention Program funds," it is exempt under Governor's order N-32-20;

    b. The project at 5941 Hollywood Blvd. in CD 13, which allows for the minor interior tenant improvements and the operations of an existing homeless shelter owned and operated by the Salvation Army with a maximum of 30 beds, is statutorily exempt from CEQA under Public Resources Code Section 21080(b)(4) as a specific action necessary to prevent or mitigate an emergency as also reflected in CEQA Guideline Section 15269(c); and under Government Code § 65660 (AB 101) applicable to providing financial assistance to Low Barrier Navigational Centers;

    c. The project at 1060 N. Vignes St. in CD 14, which allows for providing financial assistance to the County of Los Angeles (County) for the operations of a new homeless shelter on a County owned parcel with a maximum of 232 beds, is statutorily exempt under Public Resources Code § 21080(b)(4) as a specific action necessary to prevent or mitigate an emergency as also reflected in CEQA Guideline Section 15269(c); Government Code §§ 8698.4 and 65660, applicable to actions providing financial assistance to construct a homeless shelter; CEQA Guidelines 15332, 15301(a), (h); 15303(d), (e), 15304(a), (b), (f); 15311(b);

2. APPROVE the reprogramming up to $33,092,261 from HHAP Category 3 - Prevention, Shelter Diversion to Permanent Housing and Bridge Home Housing Operations ($23,878,171) and HHAP Category 4 - Rental Assistance and Rapid Rehousing and Permanent Housing ($9,214,090) to HHAP Category 1 A Bridge Home Capital and reserve up to $34,226,628 to cover construction costs for Roadmap projects.

    a. Appropriate up to $23,878,171 from HHAP Special Fund Grant Fund No. 62Y, Account No. 10S652 to HHAP Special Fund Grant Fund No. 62Y, Account No. 10S650;

    b. Appropriate up to $9,214,090 from HHAP Special Fund Grant Fund No. 62Y, Account No. 10S653 to HHAP Special Fund Grant Fund No. 62Y, Account No. 10S650.

    c. Reserve up to $11,667,250 in HHAP Category 1 - A Bridge Home Capital funding for construction costs for pending Roadmap sites.

3. APPROVE and appropriate up to $13,678,378 from the HHAP Special Fund Grant Fund No. 62Y, Account No. 10S650, HHAP Category 1 - A Bridge Home Capital to the Fund No. 62Y, Department No. 10, account numbers to be determined, for previously approved Roadmap projects and to add funding to reflect actual costs based on contractor bid amounts as follows, if the Coronavirus Relief Funds (CRF) expenditure deadline of December 30, 2020 is not extended:

| CAO File No. | PAGE |
|---|---|
| 0220 - 05734 - 0005 | 3 |

| CD | Site | Number of Beds | Amount |
|---|---|---|---|
| 2 | 11471 Chandler Blvd. | 66 | $1,309,719 |
| 2 | 6099 Laurel Canyon Blvd. | 200 | $6,181,215 |
| 3 | 6700 Vanalden Ave. | 104 | $1,676,419 |
| 3 | 6073 Reseda Blvd | 146 | $1,132,050 |
| 15 | 1221 Figueroa Pl. | 75 | $3,378,975 |
|  | **Total** | **591** | **$ 13,678,378** |

4. APPROVE and appropriate up to $8,881,000 in HHAP funding for the construction of a tiny home village at 12600 Saticoy in CD 2, pending the Department of Recreation and Parks Commission releasing the Porterville lease on this site with the State of California Department of Transportation (Caltrans) and the Department of General Services executing a new lease with Caltrans as part of the City COVID-19 Homelessness Roadmap (Roadmap):

| CD | Site | Number of Beds | Amount |
|---|---|---|---|
| 2 | 12600 Saticoy | 150 | $8,881,000 |

   a. DIRECT the Department of General Services, with the assistance of the City Attorney, to negotiate and execute a no-cost lease for up to five (5) years with Caltrans for the use of the 12600 Saticoy Street site.

5. AUTHORIZE the City Administrative Officer to allocate an estimated balance of up to $18,041,234 from the COVID-19 Federal Relief Fund No. 63M, Department No. 10, Account No. 10T695 if the Coronavirus Relief Fund expenditure deadline is extended to reduce the HHAP allocation in recommendations two (2) through four (4) above.

6. APPROVE the following two (2) new Roadmap sites with a total of 262 beds:
   a. 5941 Hollywood Blvd., owned by the Salvation Army, to establish 30 new interim housing beds for individual adult men; and
   b. 1060 Vignes St., being constructed by the County on County-owned property, establishing 232 new interim housing beds for individual adults.

7. APPROVE up to $25,202,621 for operations/services for Homelessness Roadmap sites through June 30, 2022, from the following sources:

| CAO File No. | PAGE |
|---|---|
| 0220 - 05734 - 0005 | 4 |

a. $20,237,195 from Emergency Solutions Grant (ESG-COVID); $451,561 of this amount will be allocated to furniture, fixtures, and equipment;
b. $4,965,426 from the Homelessness Efforts - County Funding Agreement Fund;
c. Appropriate up to $4,965,426 from the Homelessness Efforts - County Funding Agreement Fund No. 63Q, Department No. 10, Account No. 10T618 to the Homelessness Efforts - County Funding Agreement Fund No. 63Q, Department No. 43, Account No. 43TXXX, Pallet Shelter - 1060 Vignes St. and appropriate up to $20,237,195 within ESG-COVID Fund No. 517, Department 43, account numbers to be determined for the cost of operations as described below:

| CD | Site | Number of Beds | Operating Costs through June 30, 2022 | Furniture, Fixtures and Equipment | Total | Service Provider |
|---|---|---|---|---|---|---|
| 2 | 11471 Chandler Blvd. | 66 | $1,825,890 | $23,500 | $1,849,350 | Hope of the Valley |
| 2 | 6099 Laurel Canyon | 200 | $4,741,000 | $35,500 | $4,776,500 | Hope of the Valley |
| 2 | 12600 Saticoy | 150 | $3,073,950 | $126,000 | $3,199,950 | To be determined |
| 3 | 6700 Vanalden Ave. | 104 | $2,562,560 | $20,500 | $2,583,060 | To be determined |
| 3 | 6073 N. Reseda Blvd. | 146 | $3,597,440 | $62,000 | $3,659,440 | To be determined |
| 13 | 5941 Hollywood Blvd. | 30 | $950,400 | $85,226 | $1,035,626 | The Salvation Army |
| 14 | 1060 Vignes St. | 232 | $6,201,360 | $0 | $6,201,360 | To be determined |
| 15 | 1221 S. Figueroa St. | 75 | $1,798,500 | $98,835 | $1,897,335 | To be determined |
|  | Total | 591 | $24,751,100 | $451,561 | $25,202,621 |  |

| CAO File No. | PAGE |
|---|---|
| 0220 - 05734 - 0005 | 5 |

8. REQUEST the Los Angeles Homeless Services Authority to:
    a. Execute contracts with the providers described in recommendation seven (7) for furniture, fixtures and equipment, services and operations costs through June 30, 2022 at these sites; and
    b. Work with the Council Offices to identify service providers for the facilities listed above without named service providers in recommendation (7) and execute contracts for furniture, fixtures and equipment, services and operations costs through June 30, 2022 at these sites.

9. APPROVE up to $39,000 from the COVID-19 Federal Relief Fund No. 63M, Department No. 10, Account No. 10T695 to the Department of General Services No. 40, General Fund 100, for the cost to relocate storage containers to allow construction of the tiny home village at 6073 N. Reseda Blvd. as follows:

| Appropriation Unit | Description | Amount |
|---|---|---|
| 001014 | Construction Salaries | $15,624 |
| 003180 | Construction Materials | $23,376 |
|  | **Total** | **$39,000** |

10. APPROVE funds in the amount of $109,506 for an RV Safe Parking site at 15380 Oxnard Street in CD 4 for four (4) months from March 1, 2021 through June 30, 2021.
    a. Allocate $109,506 from the Homelessness Efforts - County Funding Agreement Fund No. 63Q, Department No. 10, Account No. 10T618 to the Homelessness Efforts - County Funding Agreement Fund No. 63Q, Department No. 43, Account No. 43TXXX, Safe Parking - 15380 Oxnard Street.

11. REQUEST the Los Angeles Homeless Service Authority to execute a contract with North Valley Caring Services to operate the RV Safe Parking site at 15380 Oxnard Street in CD 4 for four (4) months from March 1, 2021 through June 30, 2021.

12. AUTHORIZE the City Administrative Officer to execute a Memorandum of Understanding (MOU) with the County of Los Angeles, or designee, to accept $2,100,000 from the County for the construction of a family bridge housing facility located at 3061 Riverside Drive in CD 4, which is one of the 700 Homelessness Roadmap sites in existing agreements with the County.

13. AUTHORIZE the Controller to deposit $2,100,000 to the Capital Improvement Expenditure Program Fund No 100/54, Account No. 00T761, Bridge Housing – 3061 Riverside Drive upon receipt from the County, or designee.

| CAO File No. | PAGE |
|---|---|
| 0220 - 05734 - 0005 | 6 |

14. AUTHORIZE the City Administrative Officer to negotiate and execute a letter of agreement with the County of Los Angeles, or designee, agreeable to Council District 14, for the construction of a bridge housing facility located at 1060 Vignes Street, outlining the following:
    a. All 232 beds at this site will count toward the Roadmap target of 6,700 new homeless interventions;
    b. The County will fund all capital costs;
    c. The City will fund operating costs up to $55 per bed per night through June 30, 2025;
    d. The County will pay any operating costs in excess of $55 per bed per night; and
    e. The target date to begin operations is March 1, 2021.

15. APPROVE up to $6,658,937 from the Federal Emergency Shelter Grant Fund No. 517 for ESG-COVID administrative costs as follows:
    a. APPROPRIATE $5,500,682 within the Federal Emergency Shelter Grant Fund No. 517, Account No. 43TXXX, ESG-COVID LAHSA Administrative Costs for interim housing sites in this report ($2,520,262) and Project Homekey sites ($2,980,420).
    b. APPROPRIATE $1,158,255 within the Federal Emergency Shelter Grant Fund No. 517, Account No. 43TXXX, ESG-COVID HCID Administrative Costs.
        i. Transfer $649,832 from Fund No. 517, Account No. 43TXXX, ESG-COVID HCID Administrative Costs to the General Fund No. 100, Housing + Community Investment Department No. 43, Account No. 001010, Salaries General;
        ii. Transfer $410,948 from Fund No. 517, Account No. 43TXXX, ESG-COVID HCID Administrative Costs to Fund No. 517, Account No. 43T299 Reimbursements of General Fund Costs, and further reimburse to the General Fund No. 100, Department No. 43, RSRC 5366, Federal Emergency Shelter Related Costs;
        iii. Transfer $97,475 from Fund No. 517, Account No. 43TXXX, ESG-COVID HCID Administrative Costs to the General Fund No. 100, Housing and Community Investment Department No. 43, Account No. 006030, Leasing.

16. APPROPRIATE $811,302.82 to AB1290 Fund No. 53P, Department No. 28, Account No. 281202, Council District 2 Redevelopment Projects - Services to repay the loan from the Council District 2 Council's budget for the design, engineering, architecture, and preliminary work on the Council District 2 tiny home villages as follows:
    a. $321,350.17 from the COVID-19 Federal Relief Fund No. 63M, Department No. 10, Account No. 10T612, 11471 Chandler Blvd.;
    b. $471,063.43 from the COVID-19 Federal Relief Fund No. 63M, Department No. 10, Account No. 10T613, 6099 Laurel Canyon; and
    c. $18,889.22 from the COVID-19 Federal Relief Fund No. 63M, Department No. 10, Account No. 10T695, CIEP/Homelessness Roadmap/Capital.

17. ALLOCATE $923,911 in previously approved funds from the Homelessness Efforts - County

| CAO File No. | PAGE |
|---|---|
| 0220 - 05734 - 0005 | 7 |

Funding Agreement Fund No. 63Q, Department No. 10, Account No. 10T618 to the Homelessness Efforts - County Funding Agreement Fund No. 63Q, Department No. 43, account numbers to be determined with updated amounts for previously approved overnight safe parking sites for 6 months from January 1, 2021 to June 30, 2021 as follows;

| No | Location | Council District | Ownership | Proposed No. of Spaces | Proposed Funding |
|---|---|---|---|---|---|
| 1 | 7128 Jordan Ave. | 3 | Public - LADOT | 25 | $135,869 |
| 2 | 11000 National Blvd. | 5 | Private - Church | 30 | $163,043 |
| 3 | 4301 S Central Ave. | 9 | Public - GSD | 10 | $54,348 |
| 4 | 2444-2450 S. Crenshaw Blvd | 10 | Public HCID | 10 | $54,348 |
| 5 | 4591 Santa Monica Blvd. | 13 | Public - Library | 10 | $54,348 |
| 6 | 711 S. Beacon | 15 | Public - GSD | 30 | $163,043 |
| 7 | 19610 Hamilton Ave | 15 | Public - HACLA | 25 | $135,869 |
| 8 | 8775 Wilbur Ave | 12 | Public - LADOT | 20 | $108,695 |
| 9 | 1033 Cole Avenue | 13 | LADWP | 10 | $54,348 |
| Total | | | | 170 | $923,911 |

18. INSTRUCT the General Manager, Housing and Community Investment Department, or designee, to:
    a. Amend the City's Roadmap Contract with LAHSA to be effective for the term September 1, 2020 - September 30, 2022 and to reflect funding allocations in this report.

19. APPROPRIATE $426,000 from the ESG Federal Emergency Shelter Grant Fund No. 517 and $2,602,965 from the Community Development Trust Fund No. 424, Department No. 43, account numbers to be determined for previously approved three months funding for four Measure H strategies A5, B4, C7 and D6 for the period from November 1, 2020 through January 31, 2021 as follows:
    a. Increase $426,000 within the ESG Federal Emergency Shelter Grant Fund No. 517, Account No. 43TXXX, LAHSA - HACLA Measure H Strategy B4 (Landlord Incentives).

| CAO File No. | PAGE |
|---|---|
| 0220 - 05734 - 0005 | 8 |

- b. Increase $1,620,000 within the Community Development Trust Fund No. 424, Account No. 43TXXX, LAHSA Measure H Strategy A5 (Prevention for Adults).
- c. Increase $750,000 within the Community Development Trust Fund No. 424, Account No. 43TXXX, Measure H Strategy C7 (Employment).
    - i. Transfer $75,000 from Fund No. 424, Account No. 43TXXX, Measure H Strategy C7 (Employment) to City GF Homeless Program Fund No. 10C, Economic and Workforce Development Department No. 22, Account No. 22T622, EWDD Oversight; and
    - ii. Transfer $675,000 from Fund No. 424, Account No. 43TXXX, Measure H Strategy C7 (Employment) to City GF Homeless Program Fund No. 10C, Economic and Workforce Development Department No. 22, Account No. 22TXXX, LA RISE City CDBG-COVID.
- d. Increase $232,965 within the Community Development Trust Fund No. 424, Account No. 43TXXX, Measure H Strategy D6 (Criminal Record Clearing Project).
    - i. Transfer $152,751 from Fund No. 424, Account No. 43TXXX, Measure H Strategy D6 (Criminal Record Clearing Project) to the General Fund No. 100, Office of the City Attorney Department No. 12, Account No. 001010, Salaries General;
    - ii. Transfer $10,529 from Fund No. 424, Account No. 43TXXX, Measure H Strategy D6 (Criminal Record Clearing Project) to the General Fund No. 100, Office of the City Attorney Department No. 12, Account No. 006010, Expenses; and
    - iii. Transfer $69,685 from Fund No. 424, Account No. 43TXXX, Measure H Strategy D6 (Criminal Record Clearing Project) to Fund No. 424, Account No. 43T291 Reimbursements of General Fund Costs - City Attorney, and further reimburse to the General Fund No. 100, Department No. 12, Account No. RSC 5334.

20. AUTHORIZE the City Administrative Officer to:
    - a. Prepare Controller instructions or make necessary technical adjustments, including to the names of the Special Fund accounts recommended for this report, consistent with the Mayor and Council action in this matter, and authorize the Controller to implement these instructions; and
    - b. Prepare any additional Controller instructions to reimburse City Departments for their accrued labor, material or permit costs related to projects in this report consistent with the Mayor and Council action on this matter and authorize the Controller to implement these instructions.

| CAO File No. | PAGE |
|---|---|
| 0220 - 05734 - 0005 | 9 |

## DISCUSSION

### CITY'S COMMITMENT TO THE HOMELESSNESS ROADMAP

The City of Los Angeles (City) reached an agreement with the County of Los Angeles (County) on June 16, 2020, to develop an additional 6,700 homeless interventions in the City COVID-19 Homelessness Roadmap (Roadmap) to address the COVID-19 emergency within 18 months. This agreement establishes the following milestones:
- 700 beds in existing agreements with the County within 10 months;
- 5,300 new beds within 10 months; and
- 700 new beds within 18 months.

6,000 of these beds must be new beds, which are not included in any existing agreements between the City and the County. The County has committed to providing $60 million in services per year over five (5) years for a total of $300 million or half of the estimated $600 million cost for these beds over the five (5) year term of the agreement. The target population for this effort includes:

- People experiencing homelessness and living in the City within 500 feet of freeway overpasses, underpasses and ramps;
- People experiencing homelessness within the City who are 65 years of age or older; and
- Other vulnerable people experiencing homelessness within the City of Los Angeles.

Attachment 1 summarizes approved interventions by Council District that are completed or in process according to the milestones established in the agreement with the County. The target number of beds for each Council District for the number of people experiencing homelessness within 500 feet of freeway overpasses, underpasses, and ramps is based on the Los Angeles Homeless Services Authority's (LAHSA's) 2019 Point in Time Count data. To date, 7,398 total interventions have been approved. 1,128 of these are completed, 3,270 are in progress, and 3,000 are rapid rehousing/shared housing interventions that are to be implemented by LAHSA. Future reports will provide target and actual placement numbers for rapid rehousing/shared housing placements by Council District.

### FUNDING RECOMMENDATIONS

#### *Construction Funds for Interim Housing Sites in Development*
$34,500,000 million of Coronavirus Relief Fund (CRF) funding was approved for the construction of new interim housing beds. CRF Funds must be expended by December 30, 2020. Unless the CRF expenditure deadline is extended, it is estimated that up to $18,041,234 of this amount may not be expended and additional funding will be needed. As such, this Office recommends approval of reprogramming and commitments of funds from the State of California Homeless Housing, Assistance, and Prevention Program (HHAP) as discussed below, so that Roadmap projects may

| CAO File No. | PAGE |
|---|---|
| 0220 - 05734 - 0005 | 10 |

move forward without delay if the CRF deadline is not extended. It also recommends that the City Administrative Officer (CAO) be authorized to allocate the balance of CRF funds for these sites if the deadline is extended. The CAO is also exploring other funding options for these capital costs to reduce the amount of HHAP funding needed for the Roadmap.

The site at 12600 Saticoy is on a portion of land owned by the City and State of California Department of Transportation (Caltrans), and would be the sixth tiny home village approved for funding. To determine the site's feasibility, the Bureau of Engineering (BOE) surveyed the site, assessed utility and sewer accessibility, prepared site plans, and conducted a California Environmental Quality Act (CEQA) analysis. BOE has transmitted the CEQA analysis under separate cover. The Mayor and City Council must approve BOE's determination that this use is categorically exempt from CEQA. The recommended funding based on BOE's rough order of magnitude estimate is $8,881,000.

In previous funding reports, CRF funding was allocated to five (5) Tiny Home Village projects. $10,433,859 in HHAP funding is needed for construction costs for these projects after December 30, 2020 if the CRF expenditure deadline is not extended. Two (2) of these projects have completed the bid process and final bids are higher than the approved funding. Additional funding in the amount of $3,244,519 is needed for these two (2) projects.

Lastly, this report recommends an additional $11,667,250 in HHAP funds be reserved for the construction of two (2) sites in pre-development that will be recommended in the next funding report ($11,667,250) for a total HHAP of $34,226,628.

### *Services and Operating Costs for Interim Housing Sites in Development*

This report recommends up to $25,202,621 for operations/services for eight (8) Roadmap sites through June 30, 2022, from the following sources: $20,237,195 from Emergency Solutions Grant (ESG-COVID) fund, and $4,965,426 from Homelessness Efforts - County Funding Agreement. Five (5) of the eight (8) sites have been approved, and three (3) are new sites recommended in this report: 150 new beds at the 12600 Saticoy tiny home village in Council District (CD) 2; 30 new beds to be operated by the Salvation Army in Hollywood in CD 13; and 232 beds being established in partnership with the County at 1060 N. Vignes St. in CD 14.

BOE has also conducted a CEQA analysis of the new sites in CD 13 and CD 14 and transmitted the analysis under separate cover. The Mayor and City Council must approve BOE's determination that both projects are categorically exempt from CEQA.

### *Relocation of 10 Containers*

The site at 6700 Vanalden Ave. was approved in the first Roadmap funding report (C.F. 20-0841). The proposed area for this tiny home village currently has 10 large storage containers owned by various City and nonprofit groups that must be relocated before construction can begin. Funding in

| CAO File No. | PAGE |
|---|---|
| 0220 - 05734 - 0005 | 11 |

the amount of $39,000 is recommended for the General Services Department (GSD) to relocate the containers before the start of construction.

### *RV Safe Parking at 15380 Oxnard St. (CD4)*

The site at 15380 Oxnard St. in CD 4 is proposed to establish a Safe Parking program for up to 13 RVs. The County is negotiating with the U.S. Army Corps of Engineers to enter into a license agreement for this site. The County will fund the necessary infrastructure improvements and the City will support the operating costs. CAO and LAHSA have worked with the service provider, North Valley Caring Services, to draft a budget for the program. The County will begin construction in January and complete improvements by the end of February. Operations are expected to begin by March 1, 2021. The recommended funding through June 30, 2021 is $109,506. The County has agreed that this project will be included in the City's Roadmap. If approved, this project will add 13 interventions to the CD 4 Roadmap plan.

### Agreements with the County of Los Angeles

The CAO requests authority to enter into agreements with the County for the projects at 3061 Riverside Dr. and 1060 Vignes St., which the County is partially funding.

3061 Riverside Dr.

3061 Riverside Dr. is part of the 700 beds in existing agreements with the County included in the Roadmap. The CAO, BOE, and GSD are near completion of a lease agreement with L&R Construction, the property owner and primary contractor, for this design-build project to establish 80 interim housing beds for families. The total cost for the capital improvements at this site is $5 million. A total of $1,755,127 has been allocated for this project to date. An additional $1,101,400 is recommended in this report for leasing and construction costs. The County Board of Supervisors has approved $2.1 million toward this cost, and the City will provide the remainder of the capital costs and pay leasing costs for up to five (5) years. Operations and services at this site will be supported by County Measure H funding for family interim housing. The CAO requests authorization to enter into a Memorandum of Understanding with the County to accept the construction funding for the project. If approved, this project will add 80 beds for families to the CD 4 Roadmap plan.

1060 Vignes St.

On October 20, 2020, Councilmember De León introduced a motion to authorize the CAO to negotiate an agreement with the County regarding a County-owned property at 1060 N. Vignes St. (C.F. 20-1350). The County will fully fund construction costs to establish 232 interim housing beds on the site using modular construction. The City will fund operations and services for these beds until June 30, 2025. The CAO and the County are negotiating a letter of agreement, acceptable to CD 14, for this project. This project will add 232 beds to the CD 14 Roadmap plan.

| CAO File No. | PAGE |
|---|---|
| 0220 - 05734 - 0005 | 12 |

This report recommends that the CAO be authorized to execute the letter of agreement outlining the following:

1. All 232 beds at this site will count toward the Roadmap target of 6,700 new interventions.
2. The County will fund all capital costs;
3. The City will fund operating costs up to $55 per bed per night through June 30, 2025;
4. The County will pay any operating costs in excess of $55 per bed per night; and
5. The target date to begin operations is March 1, 2021.

## *Other Recommendations*

This report also recommends administrative funding through June 30, 2022 for the Housing and Community Investment Department and LAHSA, commitment of CRF funding to repay a loan from CD 2 discretionary funds to expedite development of tiny home villages, and adjustments to recommendations for previously approved funds.

### Measure H Strategies

On October 27, 2020 a CAO report was considered regarding a County request to fund the costs within the City to continue (4) Measure H strategies that the County had only funded through October 31, 2020 due to a Measure H revenue shortfall (C.F. 20-1385). The County requested that the six (6) cities that received direct ESG-COVID awards allocate a percentage of these funds to support the four (4) strategies in each City. The County fully funded these strategies outside of the six (6) cities, but Measure H funding within these cities ended on October 31, 2020. The Mayor and City Council approved three (3) months funding from one-time sources for these strategies and instructed the CAO and the Chief Legislative Analyst (CLA) to report to Council regarding how continued funding for these strategies helps to prevent or resolve homelessness. This report provides Controller's instructions to allocate the approved funding. The CAO and CLA will report back on funding through June 30, 2021 in January 2021.

## **FUNDING STATUS**

Attachment 2 outlines the funding status of the four (4) main funding sources approved for the Roadmap in Fiscal Year (FY) 2020-2021, assuming approval of the recommendations in this report. The main sources of funding include, CRF, ESG-COVID, the County Service Commitment, and the addition of HHAP. A total of $53 million is anticipated from the County in this FY. On September 1, 2020, the City received the first allocation of $17.66 million.

As discussed above, unless the CRF expenditure deadline is extended, up to $34,226,628 in HHAP funds will be needed for capital costs for existing and pending Roadmap projects. If the CRF deadline is extended, this report recommends that the CAO be authorized to allocate remaining CRF balance to the sites discussed in this report.

| CAO File No. | PAGE |
|---|---|
| 0220 - 05734 - 0005 | 13 |

## FISCAL IMPACT

There is no impact to the General Fund as a result of the recommendations in this report at this time. All of the recommendations in this report will be funded with CARES Act, HHAP funding and the County of Los Angeles service funding commitment in FY 2020-21 and FY 2021-22. Beginning in FY 2022-23, $34,450,478 will be needed for the City share of all approved Roadmap intervention operating costs. Funding for these costs will be considered through the City's annual budget process, which is subject to Mayor and Council approval.

## FINANCIAL POLICIES STATEMENT

The recommendations in this report comply with the City Financial Policies.

Attachments
1. COVID-19 Homelessness Roadmap Tracker - Homeless Interventions in Approved Projects
2. COVID-19 Homelessness Roadmap Fiscal Year 2020-21 Funding Status


*RHL:YC:MTB:AMW:1620030*

## COVID-19 Homelessness Roadmap Tracker: Homeless Interventions in Approved Projects (1)

| Council District | Council District Plans | | | Existing 700 Beds (2) by 4/16/2021 | | New Interventions for 5300 Beds by 4/16/2021 | | | | | | | | | | | New Interventions for 700 Beds by 12/16/2021 | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | RRH/Shared (3) | | Interim Housing (4) | | Project Homekey (5) | | Safe Parking | | Permanent Housing | | RRH/Shared (3) | | Interim Housing | | Safe Parking | | Permanent Housing | | |
| | Target | Completed | In Process | Completed | In Process | Completed | In Process | Completed | In Process | Completed | In Process | Completed | In Process | Completed | In Process | Completed | In Process | Completed | In Process | Completed | In Process | Completed | In Process | |
| 1 | 430 | 0 | 184 | 0 | 0 | | | 0 | 0 | 0 | 91 | 0 | 0 | 0 | 93 | | | 0 | 0 | 0 | 0 | 0 | 0 | 184 |
| 2 | 203 | 268 | 425 | 0 | 0 | | | 185 | 425 | 0 | 0 | 0 | 0 | 83 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 693 |
| 3 | 14 | 0 | 478 | 0 | 80 | | | 0 | 246 | 0 | 127 | 0 | 25 | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 478 |
| 4 | 46 | 100 | 239 | 0 | 226 | | | 100 | 0 | 0 | 0 | 0 | 13 | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 339 |
| 5 | 94 | 102 | 30 | 0 | 0 | | | 54 | 0 | 0 | 0 | 0 | 30 | 48 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 132 |
| 6 | 125 | 70 | 220 | 0 | 0 | | | 70 | 0 | 0 | 110 | 0 | 0 | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 | 110 | 290 |
| 7 | 134 | 85 | 57 | 85 | 57 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 142 |
| 8 | 84 | 0 | 64 | 0 | 33 | | | 0 | 0 | 0 | 31 | 0 | 0 | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 64 |
| 9 | 482 | 30 | 387 | 0 | 113 | | | 0 | 30 | 0 | 0 | 30 | 10 | 0 | 234 | | | 0 | 0 | 0 | 0 | 0 | 0 | 417 |
| 10 | 77 | 15 | 213 | 0 | 0 | | | 15 | 70 | 0 | 23 | 0 | 0 | 0 | 103 | | | 0 | 0 | 0 | 0 | 0 | 17 | 228 |
| 11 | 92 | 0 | 80 | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 | 30 | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 | 50 | 80 |
| 12 | 17 | 0 | 203 | 0 | 0 | | | 0 | 107 | 0 | 76 | 0 | 20 | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 203 |
| 13 | 468 | 23 | 163 | 0 | 0 | | | 0 | 102 | 0 | 41 | 0 | 20 | 23 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 186 |
| 14 | 622 | 100 | 336 | 0 | 55 | | | 100 | 232 | 0 | 49 | 0 | 0 | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 436 |
| 15 | 194 | 335 | 337 | 62 | 0 | | | 138 | 75 | 0 | 40 | 0 | 50 | 135 | 0 | | | 0 | 0 | 0 | 0 | 0 | 172 | 672 |
| Total | 3,082 | 1,128 | 3,416 | 147 | 564 | 0 | 2,252 | 662 | 1,287 | 0 | 588 | 30 | 198 | 289 | 430 | 0 | 748 | 0 | 0 | 0 | 0 | 0 | 349 | 7,544 |
| | | | | 711 | | 5,736 | | | | | | | | | | 1,097 | | | | | | | | |

(1) Approved Projects: Beds in projects with approved funding or pending funding approval.
(2) The 700 beds in existing agreements with the County of Los Angeles.
(3) RRH (Rapid Rehousing)/Shared Housing will be updated as Council District targets are set and placements are reported.
(4) Includes the 762 A Bridge Home (ABH) beds, not in existing agreements with the County of Los Angeles, that were in development and scheduled for completion after June 16, 2020 Binding Term Sheet.
(5) Project Homekey sites are pending final purchase and approval of recommended Owner/Operators. Does not include Housing Authority of the City of Los Angeles (HACLA) sites that will open as supportive housing with services provided by the County of Los Angeles (County) under the Proposition HHH Memorandum of Understanding between the City, HACLA, and the County.

11/13/2020

Attachment 2

COVID-19 Homelessness Roadmap Fiscal Year 2020-21 Funding Status

| Type of Unit/Intervention | | Units | HEAP/ HHAP Allocated/ Committed | CRF Allocations ($250M) | CRF Commitments | CRF Uncommitted | CRF Expenditures | ESG-COVID Allocations | ESG-COVID Commitments | ESG-COVID Uncommitted | ESG-COVID Expenditures | County Service Recommended Allocations ($300M for 5 years) | County Service Recommended Commitments | County Service Uncommitted | County Service Expenditures |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Interim Housing Beds | | | | | | | | | | | | | | | |
| - ABH Beds | Capital | 762 | $34,201,320 | | | | | | | | | | | | |
| | Operating | | $19,721,755 | | | | | | | | | | | | |
| - Other Interim Beds (Including Pallet Shelters)** | Capital | 1,012 | $34,226,628 | $47,400,000 | $26,573,735 | $20,826,265 | $374,983 | | | | | | | | |
| | Operating | | | | | | | $20,688,597 | $20,688,597 | $0 | $0 | $12,151,364 | $12,151,364 | $0 | $0 |
| New permanent housing units/not included in existing County Contracts | | 908 | | | | | | | | | | | | | |
| Homekey Units** | Match | 750 | | $150,000,000 | $62,000,000 | $88,000,000 | $9,433,094 | | | | | | | | |
| | Operating | | | | | | | $22,000,000 | $18,259,029 | $3,740,971 | $0 | | | | |
| | Rehabilitation | | | | | | | $30,000,000 | $2,890,168 | $27,109,832 | $0 | | | | |
| Rapid Rehousing/ Shared Housing*** | | 3,000 | | | | | | $97,165,429 | $30,000,000 | $67,165,429 | $0 | | | | |
| Measure H Strategy B4 (Landlord Incentives)**** | | | | | | | | $1,136,000 | $426,000 | $710,000 | | | | | |
| Leased Facilities** | Leasing | 600 | | | | | | $3,951,600 | $0 | $3,951,600 | $0 | | | | |
| | Operating | | | | | | | | | | | | | | |
| Safe Parking** | | 513 | | | | | | | | | | $1,033,417 | $1,033,417 | $0 | $0 |
| Housing Units in Existing County Contracts | | 700 | | | | | | | | | | | | | |
| Outreach | | | | | | | | $2,449,650 | $2,449,650 | $0 | 0 | | | | |
| Administration | | | | $2,500,000 (BOE) $100,000 (GSD) | $2,600,000 | $0 | $469,506 | $6,207,536 | $6,207,536 | $0 | $0 | | | | |
| TOTAL | | 8,245 | $88,149,703 | $200,000,000 | $91,173,735 | $108,826,265 | $10,277,583 | $183,598,812 | $80,920,980 | $102,677,832 | $0 | $53,000,000 | $13,184,781 | $39,815,219 | $0 |

* Funded by the Federal and State Sources
** Operating Costs: ABH Beds: $60/bed/night; Shelters, Leased Facilities: $45/bed/night; Safe Parking: $30/car/night, based on average operating time of eight months operations for Other Interim Beds, Acquired Units, Leased Facilities, and Safe Parking in FY 2020-21.
*** Reflects the entire cost of the program for four (4) years using ESG-COVID.
****Placements funded with City funding for Measure H Strategy 4 will be counted toward the Roadmap target of 6,700 interventions.