# EXHIBIT D

**Los Angeles City Council**
Item 16 – 20-0841
November 24, 2020

**Corrected Recommendations**

That the City Council, subject to approval by the Mayor:

1. DETERMINE that these projects are statutorily exempt from the California Environmental Quality Act (CEQA) as set forth by the Notices of Exemption attached to this Council file as follows:

    a. The tiny home project at 12600 N. Saticoy St. in Council District (CD) 2, which allows for the lease of State of California land to construct and operate a new homeless tiny home site with a maximum of 150 beds, is statutorily exempt from CEQA under Public Resources Code Section 21080(b)(4) as a specific action necessary to prevent or mitigate an emergency as also reflected in CEQA Guideline Section 15269(c); and because the project uses "Homeless Housing, Assistance, and Prevention Program funds," it is exempt under Governor's order N-32-20;
    b. The project at 5941 Hollywood Blvd. in CD 13, which allows for the minor interior tenant improvements and the operations of an existing homeless shelter owned and operated by the Salvation Army with a maximum of 30 beds, is statutorily exempt from CEQA under Public Resources Code Section 21080(b)(4) as a specific action necessary to prevent or mitigate an emergency as also reflected in CEQA Guideline Section 15269(c); and under Government Code § 65660 (AB 101) applicable to providing financial assistance to Low Barrier Navigational Centers;
    c. The project at 1060 N. Vignes St. in CD 14, which allows for providing financial assistance to the County of Los Angeles (County) for the operations of a new homeless shelter on a County owned parcel with a maximum of 232 beds, is statutorily exempt under Public Resources Code § 21080(b)(4) as a specific action necessary to prevent or mitigate an emergency as also reflected in CEQA Guideline Section 15269(c); Government Code §§ 8698.4 and 65660, applicable to actions providing financial assistance to construct a homeless shelter; CEQA Guidelines 15332, 15301(a), (h); 15303(d), (e), 15304(a), (b), (f); 15311(b);

2. APPROVE the reprogramming up to $33,092,261 from HHAP Category 3 - Prevention, Shelter Diversion to Permanent Housing and Bridge Home Housing Operations ($23,878,171) and HHAP Category 4 - Rental Assistance and Rapid Rehousing and Permanent Housing ($9,214,090) to HHAP Category 1 A Bridge Home Capital and reserve up to $34,226,628 to cover construction costs for Roadmap projects.
    a. Appropriate up to $23,878,171 from HHAP Special Fund Grant Fund No. 62Y, Account No. 10S652 to HHAP Special Fund Grant Fund No. 62Y,

November 24, 2020

      Account No. 10S650;
  b. Appropriate up to $9,214,090 from HHAP Special Fund Grant Fund No. 62Y, Account No. 10S653 to HHAP Special Fund Grant Fund No. 62Y, Account No. 10S650.
  c. Reserve up to $11,667,250 in HHAP Category 1 - A Bridge Home Capital funding for construction costs for pending Roadmap sites.

3. APPROVE and appropriate up to $13,678,378 from the HHAP Special Fund Grant Fund No. 62Y, Account No. 10S650, HHAP Category 1 - A Bridge Home Capital to the Fund No. 62Y, Department No. 10, account numbers to be determined, for previously approved Roadmap projects and to add funding to reflect actual costs based on contractor bid amounts as follows, if the Coronavirus Relief Funds (CRF) expenditure deadline of December 30, 2020 is not extended:

| CD | Site | Number of Beds | Amount |
|---|---|---|---|
| 2 | 11471 Chandler Blvd. | 66 | $1,309,719 |
| 2 | 6099 Laurel Canyon Blvd. | 200 | $6,181,215 |
| 3 | 6700 Vanalden Ave. | 104 | $1,676,419 |
| 3 | 6073 Reseda Blvd | 146 | $1,132,050 |
| 15 | 1221 Figueroa Pl. | 75 | $3,378,975 |
|  | **Total** | **591** | **$ 13,678,378** |

4. APPROVE and appropriate up to $8,881,000 in HHAP funding for the construction of a tiny home village at 12600 Saticoy in CD 2, pending the Department of Recreation and Parks Commission releasing the Porterville lease on this site with the State of California Department of Transportation (Caltrans) and the Department of General Services executing a new lease with Caltrans as part of the City COVID-19 Homelessness Roadmap (Roadmap):

| CD | Site | Number of Beds | Amount |
|---|---|---|---|
| 2 | 12600 Saticoy | 150 | $8,881,000 |

  a. DIRECT the Department of General Services, with the assistance of the City Attorney, to negotiate and execute a no-cost lease for up to five (5) years with Caltrans for the use of the 12600 Saticoy Street site.

5. AUTHORIZE the City Administrative Officer to allocate an estimated balance of up to $18,041,234 from the COVID-19 Federal Relief Fund No. 63M, Department No. 10, Account No. 10T695 if the Coronavirus Relief Fund expenditure deadline is extended to reduce the HHAP allocation in recommendations two (2) through four (4) above.

November 24, 2020

6. APPROVE the following two (2) new Roadmap sites with a total of 262 beds:
    a. 5941 Hollywood Blvd., owned by the Salvation Army, to establish 30 new interim housing beds for individual adult men; and
    b. 1060 Vignes St., being constructed by the County on County-owned property, establishing 232 new interim housing beds for individual adults.

7. APPROVE up to $25,718,946 for operations/services for Homelessness Roadmap sites through June 30, 2022, from the following sources:
    a. $20,237,195 from Emergency Solutions Grant (ESG-COVID); $451,561 of this amount will be allocated to furniture, fixtures, and equipment;
    b. $5,481,751 from the Homelessness Efforts - County Funding Agreement Fund;
    c. Appropriate up to $5,481,751 from the Homelessness Efforts - County Funding Agreement Fund No. 63Q, Department No. 10, Account No. 10T618 to the Homelessness Efforts - County Funding Agreement Fund No. 63Q, Department No. 43, Account No. 43TXXX, Pallet Shelter - 1060 Vignes St. and appropriate up to $20,237,195 within ESG-COVID Fund No. 517, Department 43, account numbers to be determined for the cost of operations as described below:

| CD | Site | Number of Beds | Operating Costs through June 30, 2022 | Furniture, Fixtures and Equipment | Total | Service Provider |
|---|---|---|---|---|---|---|
| 2 | 11471 Chandler Blvd. | 75 | $2,074,875 | $23,500 | $2,098,375 | Hope of the Valley |
| 2 | 6099 Laurel Canyon | 200 | $4,741,000 | $35,500 | $4,776,500 | Hope of the Valley |
| 2 | 12600 Saticoy | 150 | $3,341,250 | $126,000 | $3,467,250 | To be determined |
| 3 | 6700 Vanalden Ave. | 104 | $2,562,560 | $20,500 | $2,583,060 | To be determined |
| 3 | 6073 N. Reseda Blvd. | 146 | $3,597,440 | $62,000 | $3,659,440 | To be determined |
| 13 | 5941 Hollywood Blvd. | 30 | $950,400 | $85,226 | $1,035,626 | The Salvation Army |
| 14 | 1060 Vignes St. | 232 | $6,201,360 | $0 | $6,201,360 | To be determined |

November 24, 2020

| 15 | 1221 S. Figueroa St. | 75 | $1,798,500 | $98,835 | $1,897,335 | To be determined |
|---|---|---|---|---|---|---|
|  | **Total** | **1,012** | **$25,267,385** | **$451,561** | **$25,718,946** |  |

8. REQUEST the Los Angeles Homeless Services Authority to:
    a. Execute contracts with the providers described in recommendation seven (7) for furniture, fixtures and equipment, services and operations costs through June 30, 2022 at these sites; and
    b. Work with the Council Offices to identify service providers for the facilities listed above without named service providers in recommendation (7) and execute contracts for furniture, fixtures and equipment, services and operations costs through June 30, 2022 at these sites.

9. APPROVE up to $39,000 from the COVID-19 Federal Relief Fund No. 63M, Department No. 10, Account No. 10T695 to the Department of General Services No. 40, General Fund 100, for the cost to relocate storage containers to allow construction of the tiny home village at 6700 Vanalden Ave. as follows:

| Appropriation Unit | Description | Amount |
|---|---|---|
| 001014 | Construction Salaries | $15,624 |
| 003180 | Construction Materials | $23,376 |
|  | **Total** | **$39,000** |

10. APPROVE funds in the amount of $109,506 for an RV Safe Parking site at 15380 Oxnard Street in CD 4 for four (4) months from March 1, 2021 through June 30, 2021.
    a. Allocate $109,506 from the Homelessness Efforts - County Funding Agreement Fund No. 63Q, Department No. 10, Account No. 10T618 to the Homelessness Efforts - County Funding Agreement Fund No. 63Q, Department No. 43, Account No. 43TXXX, Safe Parking - 15380 Oxnard Street.

11. REQUEST the Los Angeles Homeless Service Authority to execute a contract with North Valley Caring Services to operate the RV Safe Parking site at 15380 Oxnard Street in CD 4 for four (4) months from March 1, 2021 through June 30, 2021.

12. AUTHORIZE the City Administrative Officer to execute a Memorandum of Understanding (MOU) with the County of Los Angeles, or designee, to accept $2,100,000 from the County for the construction of a family bridge housing facility located at 3061 Riverside Drive in CD 4, which is one of the 700 Homelessness Roadmap sites in existing agreements with the County.

November 24, 2020

13. AUTHORIZE the Controller to deposit $2,100,000 to the Capital Improvement Expenditure Program Fund No 100/54, Account No. 00T761, Bridge Housing – 3061 Riverside Drive upon receipt from the County, or designee.

14. AUTHORIZE the City Administrative Officer to negotiate and execute a letter of agreement with the County of Los Angeles, or designee, agreeable to Council District 14, for the construction of a bridge housing facility located at 1060 Vignes Street, outlining the following:
    a. All 232 beds at this site will count toward the Roadmap target of 6,700 new homeless interventions;
    b. The County will fund all capital costs;
    c. The City will fund operating costs up to $55 per bed per night through June 30, 2025;
    d. The County will pay any operating costs in excess of $55 per bed per night; and
    e. The target date to begin operations is March 1, 2021.

15. APPROVE up to $6,658,937 from the Federal Emergency Shelter Grant Fund No. 517 for ESG-COVID administrative costs as follows:
    a. APPROPRIATE $5,500,682 within the Federal Emergency Shelter Grant Fund No. 517, Account No. 43TXXX, ESG-COVID LAHSA Administrative Costs for interim housing sites in this report ($2,520,262) and Project Homekey sites ($2,980,420).
    b. APPROPRIATE $1,158,255 within the Federal Emergency Shelter Grant Fund No. 517, Account No. 43TXXX, ESG-COVID HCID Administrative Costs.
        i. Transfer $649,832 from Fund No. 517, Account No. 43TXXX, ESG-COVID HCID Administrative Costs to the General Fund No. 100, Housing + Community Investment Department No. 43, Account No. 001010, Salaries General;
        ii. Transfer $410,948 from Fund No. 517, Account No. 43TXXX, ESG-COVID HCID Administrative Costs to Fund No. 517, Account No. 43T299 Reimbursements of General Fund Costs, and further reimburse to the General Fund No. 100, Department No. 43, RSRC 5366, Federal Emergency Shelter Related Costs;
        iii. Transfer $97,475 from Fund No. 517, Account No. 43TXXX, ESG-COVID HCID Administrative Costs to the General Fund No. 100, Housing and Community Investment Department No. 43, Account No. 006030, Leasing.

16. APPROPRIATE $811,302.82 to AB1290 Fund No. 53P, Department No. 28, Account No. 281202, Council District 2 Redevelopment Projects - Services to repay the loan from the Council District 2 Council's budget for the design, engineering, architecture, and preliminary work on the Council District 2 tiny home villages as follows:

November 24, 2020

a. $321,350.17 from the COVID-19 Federal Relief Fund No. 63M, Department No. 10, Account No. 10T612, 11471 Chandler Blvd.;
b. $471,063.43 from the COVID-19 Federal Relief Fund No. 63M, Department No. 10, Account No. 10T613, 6099 Laurel Canyon; and
c. $18,889.22 from the COVID-19 Federal Relief Fund No. 63M, Department No. 10, Account No. 10T695, CIEP/Homelessness Roadmap/Capital.

17. ALLOCATE $923,911 in previously approved funds from the Homelessness Efforts - County Funding Agreement Fund No. 63Q, Department No. 10, Account No. 10T618 to the Homelessness Efforts - County Funding Agreement Fund No. 63Q, Department No. 43, account numbers to be determined with updated amounts for previously approved overnight safe parking sites for 6 months from January 1, 2021 to June 30, 2021 as follows;

| No | Location | Council District | Ownership | Proposed No. of Spaces | Proposed Funding |
|---|---|---|---|---|---|
| 1 | 7128 Jordan Ave. | 3 | Public - LADOT | 25 | $135,869 |
| 2 | 11000 National Blvd. | 5 | Private - Church | 30 | $163,043 |
| 3 | 4301 S Central Ave. | 9 | Public - GSD | 10 | $54,348 |
| 4 | 2444-2450 S. Crenshaw Blvd | 10 | Public HCID | 10 | $54,348 |
| 5 | 4591 Santa Monica Blvd. | 13 | Public - Library | 10 | $54,348 |
| 6 | 711 S. Beacon | 15 | Public - GSD | 30 | $163,043 |
| 7 | 19610 Hamilton Ave | 15 | Public - HACLA | 25 | $135,869 |
| 8 | 8775 Wilbur Ave | 12 | Public - LADOT | 20 | $108,695 |
| 9 | 1033 Cole Avenue | 13 | LADWP | 10 | $54,348 |
| **Total** | | | | **170** | **$923,911** |

18. INSTRUCT the General Manager, Housing and Community Investment Department, or designee, to:
    a. Amend the City's Roadmap Contract with LAHSA to be effective for the term September 1, 2020 - September 30, 2022 and to reflect funding allocations in this report.

19. APPROPRIATE $426,000 from the ESG Federal Emergency Shelter Grant Fund No. 517 and $2,602,965 from the Community Development Trust Fund No. 424, Department No. 43, account numbers to be determined for previously approved three months funding for four Measure H strategies A5, B4, C7 and D6 for the period from November 1, 2020 through January 31, 2021 as follows:

November 24, 2020

    a. Increase $426,000 within the ESG Federal Emergency Shelter Grant Fund No. 517, Account No. 43TXXX, LAHSA - HACLA Measure H Strategy B4 (Landlord Incentives).
    b. Increase $1,620,000 within the Community Development Trust Fund No. 424, Account No. 43TXXX, LAHSA Measure H Strategy A5 (Prevention for Adults).
    c. Increase $750,000 within the Community Development Trust Fund No. 424, Account No. 43TXXX, Measure H Strategy C7 (Employment).
        i. Transfer $75,000 from Fund No. 424, Account No. 43TXXX, Measure H Strategy C7 (Employment) to City GF Homeless Program Fund No. 10C, Economic and Workforce Development Department No. 22, Account No. 22T622, EWDD Oversight; and
        ii. Transfer $675,000 from Fund No. 424, Account No. 43TXXX, Measure H Strategy C7 (Employment) to City GF Homeless Program Fund No. 10C, Economic and Workforce Development Department No. 22, Account No. 22TXXX, LA RISE City CDBG-COVID.
    d. Increase $232,965 within the Community Development Trust Fund No. 424, Account No. 43TXXX, Measure H Strategy D6 (Criminal Record Clearing Project).
        i. Transfer $152,751 from Fund No. 424, Account No. 43TXXX, Measure H Strategy D6 (Criminal Record Clearing Project) to the General Fund No. 100, Office of the City Attorney Department No. 12, Account No. 001010, Salaries General;
        ii. Transfer $10,529 from Fund No. 424, Account No. 43TXXX, Measure H Strategy D6 (Criminal Record Clearing Project) to the General Fund No. 100, Office of the City Attorney Department No. 12, Account No. 006010, Expenses; and
        iii. Transfer $69,685 from Fund No. 424, Account No. 43TXXX, Measure H Strategy D6 (Criminal Record Clearing Project) to Fund No. 424, Account No. 43T291 Reimbursements of General Fund Costs - City Attorney, and further reimburse to the General Fund No. 100, Department No. 12, Account No. RSC 5334.

20. AUTHORIZE the City Administrative Officer to:
    a. Prepare Controller instructions or make necessary technical adjustments, including to the names of the Special Fund accounts recommended for this report, consistent with the Mayor and Council action in this matter, and authorize the Controller to implement these instructions; and
    b. Prepare any additional Controller instructions to reimburse City Departments for their accrued labor, material or permit costs related to projects in this report consistent with the Mayor and Council action on this

November 24, 2020

matter and authorize the Controller to implement these instructions.

November 24, 2020