# EXHIBIT E

**REPORT** FROM

# OFFICE OF THE CITY ADMINISTRATIVE OFFICER

| | | | |
|---|---|---|---|
| Date: | December 4, 2020 | CAO File No. | 0220-05734-0007 |
| | | Council File No. | 20-0841 and 20-0941 |
| | | Council District: | 12 and 13 |
| To: | The City Council | | |
| From: | Richard H. Llewellyn, Jr., City Administrative Officer | | |
| Reference: | COVID-19 Homelessness Roadmap | | |
| Subject: | **Funding Recommendations for COVID-19 Homelessness Roadmap Projects - Fourth Report** | | |

## SUMMARY

On September 9, 2020, the City Council approved funding for the initial projects under the COVID-19 Homelessness Roadmap (Roadmap) and directed the City Administrative Officer to submit funding recommendations for projects as they are ready for funding via reports. This is the fourth funding report related to the Roadmap. This report includes funding recommendations for two (2) new interim housing sites with 181 beds.

This report also recommends that the Los Angeles Homeless Services Authority (LAHSA) be requested to accept $744,150 in private funding directed by the State of California (State) and provided through the Enterprise Foundation for operating costs for the Nest, a Project Homekey site in Council District 13. This grant reduces operating funding provided directly from the State by the same amount.

Lastly, recommendations are included to clarify previously approved funding actions related to the Project Homekey Program (C.F. 20-0941), including: authorizing the Housing and Community Investment Department to amend the Roadmap contract with the LAHSA for operating funding from the State of California for Project Homekey sites; and requesting LAHSA to execute subcontracts with the identified service providers.

## RECOMMENDATIONS

That the City Council, subject to approval by the Mayor:

1. DETERMINE that the following two (2) projects are statutorily exempt from the California Environmental Quality Act (CEQA) under Public Resources Code Section 21080(b)(4) as a specific action necessary to prevent or mitigate an emergency as also reflected in CEQA

Case 2:20-cv-02291-DOC-KES   Document 204-5   Filed 01/15/21   Page 3 of 11   Page ID #:3644

| CAO File No. | PAGE |
|---|---|
| 0220-05734-0007 | 2 |

Guideline Section 15269(c) as set forth by the Notices of Exemption attached to this Council file:
    a. 18140 Parthenia St., Council District 12, which allows for financial assistance for interior and exterior tenant improvements; and service funding for operations of a new homeless shelter with a maximum of 07 interim housing beds; and
    b. 1455 N. Alvarado St., Council District 13, which allows for the construction and operation of a new homeless tiny home village with a maximum of 85 interim housing beds;

2. APPROVE up to $11,716,190 in Homeless Housing, Assistance, and Prevention Program (HHAP) funds ($11,276,190) and COVID-19 Federal Relief Fund ($440,000) for the construction of the following two (2) interim housing facilities as part of the COVID-19 Homelessness Roadmap (Roadmap):

| CD | Site | Number of Beds | Amount |
|---|---|---|---|
| 12 | 18140 Parthenia Blvd. | 107 | $6,021,190 |
| 13 | 1455 Alvarado St. | 74 | $5,695,000 |

    a. APPROPRIATE up to $6,021,190 from the HHAP Grant Special Fund No. 62Y, Account No. 10S650, HHAP Category 1 - A Bridge Home Capital to the Fund No. 62Y, Department No. 10, account number to be determined, for construction costs to establish an interim housing facility at 18140 Parthenia Blvd., in Council District 12, pending purchase of the site by Hope of the Valley Rescue Mission; and
    b. APPROPRIATE up to $5,695,000 for construction costs to establish an interim housing facility at 1455 Alvarado St., in Council District 13, pending the execution of a lease agreement between the owner of the site and Department of General Services as follows:
        i. Up to $5,255,000 from the HHAP Special Fund Grant Fund No. 62Y, Account No. 10S650, HHAP Category 1 - A Bridge Home Capital to the Fund No. 62Y, Department No. 10, account number to be determined; and
        ii. Up to $440,000 from the COVID-19 Federal Relief Fund No. 63M, Department 10, Account No. 10T695 to the COVID-19 Federal Relief Fund No. 63M, Department No. 10, account number to be determined, to be used to purchase tiny homes and hygiene and administration trailers before the December 30, 2020 expenditure deadline for these funds;

3. AUTHORIZE the City Administrative Officer to negotiate and execute a contract with Hope of the Valley Rescue Mission, or designee, for construction costs to establish an interim housing facility at 18140 Parthenia Blvd.;

| CAO File No. | PAGE |
|---|---|
| 0220-05734-0007 | 3 |

4. AUTHORIZE the Department of General Services to negotiate and execute a lease agreement with the property owner of 1455 Alvarado Blvd. to establish an interim housing facility at this site, for a minimum term of 39 months and a maximum term of five (5) years;

5. APPROVE the reprogramming of up to $5,355,474 from HHAP Category 3 - Prevention, Shelter Diversion to Permanent Housing and Bridge Home Housing Operations ($586,976), HHAP Category 4 - Rental Assistance and Rapid Rehousing and Permanent Housing ($1,144,027), and HHAP Category 5 - Street Strategy, Outreach, Public Health, and Hygiene ($3,624,471) to HHAP Category 1 - A Bridge Home Capital, to cover construction costs for Roadmap projects as follows:
   a. Appropriate up to $586,976 from HHAP Special Fund Grant Fund No. 62Y, Account No. 10S652 to HHAP Special Fund Grant Fund No. 62Y, Account No. 10S650;
   b. Appropriate up to $1,144,027 from HHAP Special Fund Grant Fund No. 62Y, Account No. 10S653 to HHAP Special Fund Grant Fund No. 62Y, Account No. 10S650; and
   c. Appropriate up to $3,624,471 from HHAP Special Fund Grant Fund No. 62Y, Account No. 10S654 to HHAP Special Fund Grant Fund No. 62Y, Account No. 10S650.

6. APPROVE and APPROPRIATE up to $5,746,534 from the HHAP Special Fund Grant Fund No. 62Y, Account No. 10S650, HHAP Category 1 - A Bridge Home Capital to the Fund No. 62Y, Department No. 10, account numbers to be determined, for previously approved Roadmap projects to add funding to reflect actual costs based on contractor bid amounts as follows:

| CD | Site | Number of Beds | Amount |
|---|---|---|---|
| 3 | 6700 Vanalden Ave. | 101 | $ 1,570,028 |
| 3 | 6073 Reseda Blvd | 148 | $ 2,979,860 |
| 15 | 1221 Figueroa Pl. | 75 | $ 1,196,646 |
|  | **Total** | **399** | **$5,746,534** |

7. APPROVE and APPROPRIATE up to $1,041,755 from the Homelessness Efforts - County Funding Agreement Fund No. 63Q, Department No. 10, Account No. 10T618 to Fund No. 63Q, Department No. 43, account numbers to be determined, for the cost of operations, including services, through June 30, 2021 and for furniture, fixtures, and equipment as described below:

CAO File No.            PAGE

0220-05734-0007            4

| CD | Site | No. of Beds | Estimated Start Date | Operating Costs through 6/30/2021 | Furniture, Fixtures, and Equipment | Total | Service Provider |
|---|---|---|---|---|---|---|---|
| 12 | 18140 Parthenia Blvd. | 107 | 4/1/2021 | $529,650 | $293,305 | $822,955 | Hope of the Valley |
| 13 | 1455 Alvarado St. | 74 | 5/21/2021 | $162,800 | $56,000 | $218,800 | To be determined |
|  | Total | 181 |  | $692,450 | $349,305 | $1,041,755 |  |

8. REQUEST the Los Angeles Homeless Services Authority to:
   a. Execute a contract with Hope of the Valley Rescue Mission for furniture, fixtures, and equipment, and operating costs through June 30, 2021 at 18140 Parthenia Blvd.; and
   b. Work with Council District 13 to identify a service provider for the tiny home site at 1455 Alvarado and execute a contract for furniture, fixtures, and equipment, and operating costs through June 30, 2021 at this site;

9. REQUEST the Los Angeles Homeless Services Authority to accept private funds directed by the State of California and provided through the Enterprise Foundation in the amount of $744,150 and include these funds in the services contract with Volunteers of America Los Angeles for Project Homekey operating costs at the Nest;

10. REDUCE previously approved funding from the State of California for Project Homekey operating costs in the amount of $744,150, from $8,655,000 to $7,910,850;

11. INSTRUCT the General Manager, Housing and Community Investment Department, or designee, to amend the Roadmap contract (C-137223) with the Los Angeles Homeless Services Authority to:
    a. Reflect the funding allocations in this report for 18140 Parthenia Blvd. and 1455 Alvarado St.; and
    b. Add funding from the State of California for services at Project Homekey Sites in the amount of $7,910,850, for the term of November 1, 2020 - June 30, 2021.

12. REQUEST that Los Angeles Homeless Services Authority execute or amend sole source subcontracts with the Project Homekey service providers as described in the City Administrative Officer report relative to Award Recommendations on the Request for Proposals to Select Owner/Operators for City Project Homekey Sites, dated November 4, 2020 (C.F. 20-0941); and

|  |  |
|---|---|
| CAO File No. | PAGE |
| 0220-05734-0007 | 5 |

13. AUTHORIZE the City Administrative Officer to:
    a. Prepare Controller instructions or make necessary technical adjustments, including to the names of the Special Fund accounts recommended for this report, consistent with the Mayor and Council action in this matter, and authorize the Controller to implement these instructions; and
    b. Prepare any additional Controller instructions to reimburse City Departments for their accrued labor, material or permit costs related to projects in this report consistent with the Mayor and Council action on this matter and authorize the Controller to implement these instructions.

## DISCUSSION

### CITY'S COMMITMENT TO THE HOMELESSNESS ROADMAP

The City of Los Angeles (City) reached an agreement with the County of Los Angeles (County) on June 16, 2020, to develop an additional 6,700 homeless interventions in the City COVID-19 Homelessness Roadmap (Roadmap) to address the COVID-19 emergency within 18 months. This agreement establishes the following milestones:
- 700 beds in existing agreements with the County within 10 months;
- 5,300 new beds within 10 months; and
- 700 new beds within 18 months.

6,000 of these beds must be new beds, which are not included in any existing agreements between the City and the County. The County has committed to providing $60 million in services per year over five (5) years for a total of $300 million or half of the estimated $600 million cost for these beds over the five (5) year term of the agreement. The target population for this effort includes:

- People experiencing homelessness and living in the City within 500 feet of freeway overpasses, underpasses, and ramps;
- People experiencing homelessness within the City who are 65 years of age or older; and
- Other vulnerable people experiencing homelessness within the City of Los Angeles.

Attachment 1 summarizes approved interventions that are completed and in process by Council District according to the milestones established in the agreement with the County. The target number of beds for each Council District for the number of people experiencing homelessness within 500 feet of freeway overpasses, underpasses, and ramps is based on the Los Angeles Homeless Services Authority's (LAHSA's) 2019 Point in Time Count data. To date, 7,549 total interventions have been approved. Of these interventions, 1,329 are completed, 3,220 are in progress, and 3,000 are rapid rehousing/shared housing interventions being implemented by

| | |
|---|---|
| CAO File No. | PAGE |
| 0220-05734-0007 | 6 |

LAHSA. Future reports will provide target and actual placement numbers for rapid rehousing/shared housing placements by Council District.

## FUNDING RECOMMENDATIONS

### *Construction Funds for Interim Housing Sites*

In the Third Homelessness Roadmap Funding Report, dated November 13, 2020, $11,667,250 was reprogrammed and allocated in State of California Homeless, Housing, Assistance, and Prevention (HHAP) Program Funding Category 1 - A Bridge Home Capital for construction costs for pending Roadmap sites. This report recommends approval of two (2) new Roadmap sites at 18140 Parthenia Blvd., in Council District (CD) 12, and 1455 Alvarado St., in CD 13, and up to $11,716,190 for construction costs to establish interim housing facilities on these sites. $11,276,190 of this amount is recommended in HHAP funding. The remaining $440,000 is recommended from the Coronavirus Relief Fund (CRF) to purchase tiny homes and trailers for hygiene facilities and administrative offices for the 1455 Alvarado St. site prior to the December 30, 2020 CRF expenditure deadline.

Hope of the Valley Rescue Mission (HOTVRM) plans to purchase and operate the site at 18140 Parthenia Blvd. in CD 12 for interim housing. The City will fund the necessary improvements. Brilliant Corners, under contract with the City Administrative Office (CAO), assessed the site and prepared a site plan and a rough order of magnitude estimate to establish 107 beds for adults on this site. The recommended funding based on this estimate is $6,021,190. HOTVRM intends to use the site as a permanent, not a temporary, interim housing facility.

The proposed interim housing site at 1455 Alvarado St., in CD 13, is a private property and would be the seventh tiny home village approved for funding. To determine the site's feasibility, the Bureau of Engineering (BOE) surveyed the site, assessed utility and sewer accessibility, and prepared site plans and a rough order of magnitude estimate to establish 74 beds for adults on this site. The recommended funding based on this estimate is $5,695,000. This report also recommends that the Department of General Services be instructed to negotiate a lease with the property owner for a term of a minimum of 39 months and a maximum of five years.

BOE has conducted a California Environmental Quality Act (CEQA) analysis for these sites and transmitted this analysis under separate cover. The Mayor and City Council must approve BOE's determination that this use is categorically exempt from CEQA.

In previous funding reports, $12,008,735 was approved based on BOE's rough order of magnitude estimates for construction costs of the three (3) tiny home sites at 6700 Vanalden Ave., 6073 Reseda Blvd., and 1221 Figueroa Pl. BOE has completed the bid process for two (2) of these sites and final bids are higher than the approved funding. BOE has also updated the estimate for the third site using projections based on actual costs of the other Roadmap tiny home sites. As such, additional HHAP funding in the amount of $5,746,534 is needed for these three (3) sites.

| CAO File No. | PAGE |
|---|---|
| 0220-05734-0007 | 7 |

*Services and Operating Costs for Interim Housing Sites*

The estimated service start dates for the new interim housing sites at 18140 Parthenia Blvd. and 1455 Alvarado St. are April 1, 2021 and May 21, 2021, respectively. This report recommends funds in the amount of $1,041,755 for furniture, fixtures, and equipment and operating costs through June 30, 2021 for these two (2) new interim housing sites. This funding is recommended from the Homelessness Efforts - County Funding Agreement fund.

*Other Recommendations*

Additional recommendations are included in this report to request that the Los Angeles Homeless Services Authority (LAHSA) accept $744,150 in private funding directed by the State of California (State) and provided through the Enterprise Foundation for Project Homekey operating costs for the Nest. The State solicited private funding for Project Homekey Program operating costs and is directing these funds to support the Nest. As a result, the total State Project Homekey operating funding for City sites is reduced from $8,655,000 to $7,910,850. LAHSA will include these private funds in the service contract with Volunteers of America of Los Angeles, the approved owner/operator for the Nest.

Lastly, this report includes recommendations to authorize the Housing and Community Investment Department to execute an amendment to the Roadmap contract with LAHSA to include the operating funding from the State of California for Project Homekey sites in the updated amount of $7,910,850. On November 18, 2020, the Mayor and City Council authorized the CAO to accept the Project Homekey State of California funds from the Housing Authority of the City of Los Angeles (C.F. 20-0941). Approval of the recommendations in this report is needed to allow these funds to be transferred to LAHSA for service provider contracts. Once transferred, this report requests LAHSA to execute or amend subcontracts with the selected service providers.

**FUNDING STATUS**

Attachment 2 outlines the funding status of the four (4) main funding sources approved for the Roadmap in Fiscal Year (FY) 2020-2021, assuming approval of the recommendations in this report. The main sources of funding include, CRF, HHAP, ESG-COVID, and the County Service Commitment. A total of $53 million is anticipated from the County in this FY. On September 1, 2020, the City received the first allocation of $17.66 million.

**FISCAL IMPACT**

There is no impact to the General Fund as a result of the recommendations in this report at this time. All of the recommendations in this report will be funded with federal, state, and HHAP funds, and the County of Los Angeles service funding commitment in FY 2020-21. In FY 2021-22, an estimated $30,140,989 will be needed for the City share of operating costs for approved Roadmap homeless interventions. Funding for these costs will be considered through the City's annual budget

| | |
|---|---|
| CAO File No. | PAGE |
| 0220-05734-0007 | 8 |

process, which is subject to Mayor and Council approval.

## FINANCIAL POLICIES STATEMENT

The recommendations in this report comply with the City Financial Policies.

Attachments
1. COVID-19 Homelessness Roadmap Tracker - Homeless Interventions in Approved Projects
2. COVID-19 Homelessness Roadmap Fiscal Year 2020-21 Funding Status

*RHL:YC:MTB:AMW:1620033*

Attachment 1

### COVID-19 Homelessness Roadmap Tracker: Homeless Interventions in Approved Projects (1)

| Council District | Council District Plans - Target | Council District Plans - Completed | Council District Plans - In Process | Existing 700 Beds (2) by 4/16/2021 - Completed | Existing 700 Beds (2) by 4/16/2021 - In Process | New Interventions for 5300 Beds by 4/16/2021 - RRH/Shared (3) Completed | New Interventions for 5300 Beds by 4/16/2021 - RRH/Shared (3) In Process | New Interventions for 5300 Beds by 4/16/2021 - Interim Housing (4) Completed | New Interventions for 5300 Beds by 4/16/2021 - Interim Housing (4) In Process | New Interventions for 5300 Beds by 4/16/2021 - Project Homekey (5) Completed | New Interventions for 5300 Beds by 4/16/2021 - Project Homekey (5) In Process | New Interventions for 5300 Beds by 4/16/2021 - Safe Parking Completed | New Interventions for 5300 Beds by 4/16/2021 - Safe Parking In Process | New Interventions for 5300 Beds by 4/16/2021 - Permanent Housing Completed | New Interventions for 5300 Beds by 4/16/2021 - Permanent Housing In Process | New Interventions for 700 Beds by 12/16/2021 - RRH/Shared (3) Completed | New Interventions for 700 Beds by 12/16/2021 - RRH/Shared (3) In Process | New Interventions for 700 Beds by 12/16/2021 - Interim Housing Completed | New Interventions for 700 Beds by 12/16/2021 - Interim Housing In Process | New Interventions for 700 Beds by 12/16/2021 - Safe Parking Completed | New Interventions for 700 Beds by 12/16/2021 - Safe Parking In Process | New Interventions for 700 Beds by 12/16/2021 - Permanent Housing Completed | New Interventions for 700 Beds by 12/16/2021 - Permanent Housing In Process | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 430 | 0 | 184 | 0 | 0 | | | 0 | 0 | 0 | 91 | 0 | 0 | 0 | 93 | | | 0 | 0 | 0 | 0 | 0 | 0 | 184 |
| 2 | 203 | 268 | 425 | 0 | 0 | | | 185 | 425 | 0 | 0 | 0 | 0 | 83 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 693 |
| 3 | 14 | 0 | 481 | 0 | 80 | | | 0 | 249 | 0 | 127 | 0 | 25 | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 481 |
| 4 | 46 | 148 | 191 | 48 | 178 | | | 100 | 0 | 0 | 0 | 0 | 13 | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 339 |
| 5 | 94 | 102 | 30 | 0 | 0 | | | 54 | 0 | 0 | 0 | 0 | 30 | 48 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 132 |
| 6 | 125 | 70 | 220 | 0 | 0 | | | 70 | 0 | 0 | 110 | 0 | 0 | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 | 110 | 290 |
| 7 | 134 | 85 | 57 | 85 | 57 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 142 |
| 8 | 84 | 0 | 64 | 0 | 33 | | | 0 | 0 | 0 | 31 | 0 | 0 | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 64 |
| 9 | 482 | 80 | 337 | 50 | 63 | | | 0 | 30 | 0 | 0 | 30 | 10 | 0 | 234 | | | 0 | 0 | 0 | 0 | 0 | 0 | 417 |
| 10 | 77 | 118 | 110 | 0 | 0 | | | 15 | 70 | 0 | 23 | 0 | 0 | 103 | 0 | | | 0 | 0 | 0 | 0 | 0 | 17 | 228 |
| 11 | 92 | 0 | 80 | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 | 30 | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 | 50 | 80 |
| 12 | 17 | 0 | 203 | 0 | 0 | | | 0 | 107 | 0 | 76 | 0 | 20 | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 203 |
| 13 | 468 | 23 | 165 | 0 | 0 | | | 0 | 104 | 0 | 41 | 0 | 20 | 23 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 188 |
| 14 | 622 | 100 | 336 | 0 | 55 | | | 100 | 232 | 0 | 49 | 0 | 0 | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 436 |
| 15 | 194 | 335 | 337 | 62 | 0 | | | 138 | 75 | 0 | 40 | 0 | 50 | 135 | 0 | | | 0 | 0 | 0 | 0 | 0 | 172 | 672 |
| Total | 3,082 | 1,329 | 3,220 | 245 | 466 | 0 | 2,252 | 662 | 1,292 | 0 | 588 | 30 | 198 | 392 | 327 | 0 | 748 | 0 | 0 | 0 | 0 | 0 | 349 | 7,549 |
| | | | | 711 | | 5,741 | | | | | | | | | 1,097 | | | | | | | | | |

(1) Approved Projects: Beds in projects with approved funding or pending funding approval.
(2) The 700 beds in existing agreements with the County of Los Angeles.
(3) RRH (Rapid Rehousing)/Shared Housing will be updated as Council District targets are set and placements are reported.
(4) Includes the 762 A Bridge Home (ABH) beds, not in existing agreements with the County of Los Angeles, that were in development and scheduled for completion after June 16, 2020 Binding Term Sheet.
(5) Project Homekey sites are pending final purchase and approval of recommended Owner/Operators. Does not include Housing Authority of the City of Los Angeles (HACLA) sites that will open as supportive housing with services provided by the County of Los Angeles (County) under the Proposition HHH Memorandum of Understanding between the City, HACLA, and the County.

12/3/2020

Attachment 2

### COVID-19 Homelessness Roadmap Fiscal Year 2020-21 Funding Status

| Type of Unit/Intervention | | Units | HEAP/ HHAP Allocated/ Committed | CRF Allocations | CRF Commitments | CRF Uncommitted | CRF Expenditures | ESG-COVID Allocations | ESG-COVID Commitments | ESG-COVID Uncommitted | ESG-COVID Expenditures | CDBG-COVID Allocations | CDBG-COVID Commitments | CDBG-COVID Uncommitted | CDBG-COVID Expenditures | County Service Recommended Allocations ($300M for 5 years) | County Service Recommended Commitments | County Service Uncommitted | County Service Expenditures |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **New Interim Housing Beds** | | | | | | | | | | | | | | | | | | | |
| - ABH Beds | Capital | 762 | $34,201,320 | | | | | | | | | | | | | | | | |
| | Operating | | $19,721,755 | | | | | | | | | | | | | | | | |
| - Other Interim Beds (Including Pallet Shelters)** | Capital | 1,012 | $38,765,898 | $47,400,000 | $27,013,735 | $20,386,265 | $2,459,066 | | | | | $8,000,000 | $8,000,000 | $0 | | | | | |
| | Operating | | | | | | | $20,237,195 | $20,237,195 | $0 | $0 | | | | | $7,556,943 | $7,556,943 | $0 | $0 |
| **New permanent housing units/not included in existing County Contracts** | | 908 | | | | | | | | | | | | | | | | | |
| Homekey Units** | Match | 750 | | $150,000,000 | $62,000,000 | $88,000,000 | $22,397,521 | | | | | | | | | | | | |
| | Operating | | | | | | | $22,000,000 | $18,259,029 | $3,740,971 | $0 | | | | | | | | |
| | Rehabilitation | | | | | | | $30,000,000 | $3,007,668 | $26,992,332 | $0 | | | | | | | | |
| Rapid Rehousing/ Shared Housing*** | | 3,000 | | | | | | $97,165,429 | $30,000,000 | $67,165,429 | $0 | | | | | | | | |
| Measure H Strategy**** | | | | | | | | $1,136,000 | $426,000 | $710,000 | | $2,602,964 | $2,602,964 | $0 | $0 | | | | |
| Leased Facilities** | Leasing | 600 | | | | | | $3,951,600 | $0 | $3,951,600 | $0 | | | | | | | | |
| | Operating | | | | | | | | | | | | | | | | | | |
| Safe Parking** | | 513 | | | | | | | | | | | | | | $1,033,417 | $1,033,417 | $0 | $0 |
| Housing Units in Existing County Contracts | | 700 | | | | | | | | | | | | | | | | | |
| Outreach | | | | | | | | $2,449,650 | $2,449,650 | $0 | 0 | | | | | | | | |
| Administration | | | | $2,500,000 (BOE) $100,000 (GSD) | $2,600,000 | $0 | $890,799 | $6,658,937 | $6,658,937 | $0 | $0 | | | | | | | | |
| **TOTAL** | | 8,245 | $92,688,973 | $200,000,000 | $91,613,735 | $108,386,265 | $25,747,387 | $183,598,811 | $81,038,479 | $102,560,332 | $0 | $10,602,964 | $10,602,964 | $0 | $0 | $53,000,000 | $8,590,360 | $44,409,640 | $0 |

\* Funded by the Federal and State Sources
\*\* Operating Costs: ABH Beds: $60/bed/night; Shelters, Leased Facilities: $55/bed/night; Safe Parking: $30/car/night, based on average operating time of eight months operations for Other Interim Beds, Acquired Units, Leased Facilities, and Safe Parking in FY 2020-21.
\*\*\* Reflects the entire cost of the program for four (4) years using ESG-COVID.
\*\*\*\*Placements funded with City funding for Measure H Strategies will be counted toward the Roadmap target of 6,700 interventions.