**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-(KESx)                Date:  February 3, 2021

Title: LA ALLIANCE FOR HUMAN RIGHTS, et al. v. CITY OF LOS ANGELES, et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, JUDGE

|  Kelly Davis  |  Not Present  |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS:  (IN CHAMBERS ORDER)**

The Court sets the time for the hearing on Thursday, February 4, 2021 at 10:00 a.m.

Some of the preliminary questions that the Court will be asking of City, County and LAHSA at the end of the presentations are as follows:

1. What new actions to address the homeless crisis have been taken since June 18, 2020 and for the entire year 2020?

2. Are there fewer or more persons experiencing homelessness in Skid Row today than in June 18, 2020 and for the entire year 2020?

3. What has been done to increase access to services for those persons experiencing homelessness who suffer from mental illness?

4. What is death rate amongst the homeless population in 2020 and the progression over the last five years in Skid Row?

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                                   Date: February 3, 2021

Page 2

5. How many people experiencing homelessness have died in Skid Row, the City and the County since June 18, 2020 and for the entire year 2020?  What is the progression over the last five years on Skid Row, the City and County?

6. How many reported fires involving the people experiencing homelessness have occurred in Skid Row, the City and County since June 18, 2020 and for the entire year 2020?  What is the progression over the last five years on Skid Row, the City and County?

7. Did the tents erected last week in Skid Row and did the City provide some relief for the homeless?

8. Can more tents be erected?  Can they be staffed with services?

9. What emergency efforts can be employed by the City and County to address interim/emergency housing shelters for the population in Skid Row?

There have been numerous requests from council or board members to speak.  The Court invites these presentations and suggests coordination through Councilman De Leon Offices.  Social distancing can be maintained by being in the parking lot area and then being asked to make a presentation so that there are safeguards for everyone in attendance.  If any agency officials desire to be present the Court would ask that they remain socially distanced in the parking lot if they are needed by elected officials to answer questions.

In addition to the invitation to have Mayor Eric Garcetti, City Attorney Mike Feuer and Chairman of the Board of Supervisors Hilda Solis address the Court, the following elected officials have already indicated that they would like to speak and will be speaking:

Councilmember Kevin De Leon
Councilmember Mike Bonin
Los Angeles County Board of Supervisor Kathryn Barger

MINUTES FORM 11                                         Initials of Deputy Clerk: kd