MICHAEL N. FEUER, City Attorney (SBN 111529)
KATHLEEN A. KENEALY, Deputy Chief City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 North Main Street, City Hall East, 7th Floor
Los Angeles, California 90012
Telephone: 213-978-4681
Facsimile: 213-978-7011
Email: Scott.Marcus@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| LA ALLIANCE FOR HUMAN RIGHTS, et al., | Case No. CV 20-02291 DOC (KES) |
|---|---|
| Plaintiffs, | **DEFENDANT CITY OF LOS ANGELES' SUBMISSION TO COURT AT FEBRUARY 4, 2021 HEARING** |
| v. | |
| CITY OF LOS ANGELES, a Municipal entity, et al., | **Hon. David O. Carter**<br>**United States District Judge** |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attached hereto as Exhibit A is the summary of the City of Los Angeles' Actions to Address Homelessness from March 2020 through February 2021 that was submitted to the Court at the February 4, 2021 hearing in this matter.

DATED: February 4, 2021

MICHAEL N. FEUER, City Attorney
KATHLEEN A. KENEALY, Deputy Chief City Attorney
SCOTT MARCUS, Senior Assistant City Attorney
GABRIEL S. DERMER, Assistant City Attorney
ARLENE N. HOANG, Deputy City Attorney
JESSICA MARIANI, Deputy City Attorney

By: /s/_____
SCOTT MARCUS, Senior Assistant City Attorney
Counsel for Defendant City of Los Angeles