# EXHIBIT A

# City of Los Angeles
# Actions to Address Homelessness
# March 2020 - February 2021

Thursday, February 4, 2021

# New City Actions: March 2020 – February

- New Actions in the Skid Row Area*
    - July 2020: The permanent site for the ReFresh Spot reopened with expanded laundry, hygiene and safe passage services to residents of Skid Row. Current hours of operation are from 7am - 7pm, seven (7) days a week. Operations are expected to return to 24 hours on March 1, 2021. The City funded construction, leasing and services and operations costs to establish this permanent site.
    - December 2020: The Lotus, A Bridge Home sites provides 120 interim housing beds to serve Skid Row residents. This site was a City-County partnership. The City funded the leasing costs for the first three (3) years. The County funded the tenant improvements and is funding operations/services costs.
    - The City funds Urban Alchemy to provide seven (7) Pit Stop (bathroom) locations, mobile shower trailers, and a Skid Row Cleaning program.
    - The City's General Fund provides funding for LAHSA to contract with four (4) other nonprofit agencies to provide site-based toilet, shower and laundry facilities.

    *In addition to ongoing City services and programs in Skid Row

2

# New City Actions: March 2020 – February

- New Actions in the Skid Row Area* (Continued)
    - City deployed 50 toilets and hand washing stations across Skid Row; also increased access to clean drinking water with the addition of five (5) permanent water fountains
    - City funded leasing, tenant improvements, and operating costs to double voluntary public right of way storage at The Bin to 2500 total storage bins
    - $1.5 Million invested for Project 100 to move women experiencing homelessness of the streets and into permanent housing
    - $250,000 for Skid Row Women's Emergency Shelter
    - Installation of eight (8) additional dumpsters to increase access to trash disposal
    - Opened the 409 Lofts, a 55-unit City Proposition HHH-funded Permanent Supportive Housing project with onsite health clinic serving the entire Skid Row community

*In addition to ongoing City services and programs in Skid Row*

3

# New City Actions: March 2020 – February

- Other New Actions Citywide
  - The City funds 10 Mobile Pit Stop locations outside of Skid Row with attendants 12 hours per day, seven days per week
  - Four (4) A Bridge Home sites opened with 314 new interim housing beds for single adults (130), youth (30), Veterans (100), and families (54)
    - For the Veterans Site:
      - The City provided capital funding, and services/operations funding.
      - The City and County jointly funded construction costs.
      - The U.S. Department of Veterans Affairs is providing services for the site.
    - The County of Los Angeles is providing services funding for the family beds.

4

# City COVID -19 Homelessness Response

- Mass Shelter Expansion Program – 1,027 Beds in 24 Recreation Centers
    - Operated from April through September 2020
    - Served a total of 2,200 individuals
    - On-site showers, food, medical care, mental health services, pet care, art therapy, & case management

- Project Roomkey and Trailers – 1,273 Rooms in Six (6) hotels and 300 State-issued trailers administered with City funding
    - One (1) hotel ramped down December 31, 2020
    - Two (2) hotels were purchased for Project Homekey and remain fully occupied
    - One (1) hotel has been transferred to the County to operate as an Isolation/Quarantine facility
    - Three (3) hotels remain operational and are scheduled to be fully ramped down by March 31, 2021

5

# City COVID -19 Homelessness Response

- Expanded Hygiene Services –
  - More than 156 additional portable restrooms and 261 additional handwashing stations deployed Citywide
  - Nine (9) YMCA facilities providing showers for persons experiencing homelessness Citywide – over 40,000 showers provided to date since March 2020

- Mobile Wellness and COVID-19 Testing for PEH – ongoing since March 2020
  - Conducted more than 30,000 wellness checks at homeless encampments across the City
  - Administered over 12,000 COVID-19 field tests
  - Daily coordination calls between LA Fire Department, LAHSA, and the Department of Health Services

- Winter Shelter Expansion –
  - Winter Shelter program extended from the March 31, 2020 regular program close date to October 31, 2020
  - The Winter Shelter Program is now operating during the regular program term from November 1, 2020 through March 31, 2021
  - Based on public health advice to control COVID-19 spread, capacity at Winter Shelter is reduced from 765 to 426

6

# Roadmap Status as of February 1, 2021

- Up to 8,252 interventions currently in process

- This includes:
    - 3,000 rapid rehousing/shared housing slots
    - 11 Interim Housing Sites (permanent and tiny home villages)
    - 18 Homekey Properties
        - 15 Motels/Hotels
        - 3 commercial properties
    - 12 Safe Parking Sites
- 2,580 of the interventions in process have been completed/open and in operation as of February 1, 2021

7

# Roadmap Status as of February 1, 2021

- 2,580 of the 8,252 interventions in process have been completed/open and in operation as of February 1, 2021, including:
    - 839 new Permanent Supportive Housing (PSH) units in 13 projects
        - 55 of these units, with an onsite health clinic, opened in Skid Row in October 2020
    - 218 units in Project Homekey hotels that were previously occupied as Project Roomkey
    - 499 Rapid Rehousing/Shared Housing Placements
    - 889 A Bridge Home beds in 12 facilities
    - 75 beds in the City's first pallet shelter
    - 60 spaces in three (3) new Safe Parking Programs

8