**Statement by Supervisor Hilda L. Solis, Chair of the LA County Board of Supervisors**
**United States District Court Hearing**
**Judge David Carter**
**LA Alliance for Human Rights et al v. City of Los Angeles et al.**
**Downtown Women's Center**
**February 4, 2020**



- Thank you, Honorable Judge Carter and Judge Birotte, for inviting me to participate in today's hearing.

- The homelessness crisis afflicting the City and County of Los Angeles has been a top priority for me and my colleagues at the Los Angeles County Board of Supervisors.

- It is important to note that we are here at the Downtown Women's Center.

- Throughout my tenure as Supervisor for the First District, I have provided financial support for the important work of the Downtown Women's Center ($87,000 in sponsorships/ donations over the last five years).

- This is an organization that I have long partnered with to ensure that we respond to the growth of homelessness among women.

- Sadly, women are now outpacing other populations experiencing homelessness as we have seen a 41% increase since 2013.

- That is why, I authored a motion to specifically call out the needs of women and support the efforts in a county-wide needs assessment of women.

- For the past two decades, the Downtown Women's Center has conducted a women's needs assessment in the City of LA showing us that:

    o Nearly half of the women surveyed (48.9%) are age 51 and older.
    o A majority of women (64%) have children, with about half (48%) having children over the age of 18.

    o And the vast majority of survey participants (60.2%) also have experienced some form of violence in the last year.

- A countywide assessment will give us a blueprint to make a meaningful difference in the lives of over 20,000 women currently unhoused in Los Angeles County.

- As we convene under this tent, I can see the benefits to the women who will reside here since we know that their experience of gender-based violence both contributes to homelessness and further compounds their experience of homelessness while unhoused.

- What I also see, is that this location will transition into a permanent solution to homelessness – becoming a home to 98 women.

- DWC meets the needs of this population, with a 98% rate of retention of women never returning to homelessness.

- I am thrilled to support their new housing development, as well as their expansion into five new supportive housing buildings across the County.

- These are the permanent solutions we need to stay focused on to truly end homelessness.

- A tent will provide cover from some of the elements, but a home will provide lasting and healing solutions.

- Judge Carter, I know you share our concern for the women experiencing homelessness in our City and County.

- I support the efforts of the Downtown Women's Center, in collaboration with the City to launch a temporary emergency shelter in this parking lot that will provide basic services and housing focused case management for 20 women.

- To provide additional support, and always in partnership with the City, the County's Department of Mental Health will provide access to 18 parking spaces at no charge in the parking lot used by DMH staff.

- In Los Angeles, parking is a scarce and valued resource (the cost of the 18 parking spaces is about $2000 per month), and the County is more than happy to collaborate in this way.

- In one important project near Downtown LA, we have worked to create a safe haven for women and families.

- My office has supported The Whole Child for more than a year now as they offer housing to 44 families in Echo Park.

- I provided nearly half a million dollars ($457,000) to launch The Whole Child's Safe Families Interim Housing Program, and the County provides ongoing funding for the 102 beds just a couple of miles north of the Downtown Women's Center.

- Many of the families housed there are single mothers with young children who may be fleeing domestic violence, have been living in their car or street, and have nowhere else to go.

Case 2:20-cv-02291-DOC-KES   Document 208   Filed 02/04/21   Page 3 of 6   Page ID #:3673

3

- It has been imperative for me to also work with the City of LA to leverage County-owned properties to create beds for people experiencing homelessness in the City of LA.

- The County owns a healthcare facility, located at 2829 South Grand Avenue in City of Los Angeles' Council District 9 (Curren Price), which has a long history of providing health services to the local community.

- And we have transformed one of the parking lots on South Hope Street to one of the City's "A Bridge Home" facilities, with a total of 100 beds and even an outdoor pet area for residents' pets.

- Volunteers of America Los Angeles and St. John's Well Child and Family Center are the service providers at the site, and we know they do great work.

- I am very enthusiastic about our most recent project, which you visited with me recently, Judge Carter.

- In 2018, the County acquired the property located at 1060 North Vignes Street – only a short distance from Skid Row – with the original intent for it to serve as a staging area as we built a new Men's Central Jail.

- In 2019, we shifted to a "Care First, Jail Last" model, and directed our County Departments to explore developing interim and/or affordable housing on this parcel – not a jail.

- And now we have leveraged a County-owned asset to implement an innovative housing model with low-cost, rapid-design construction creating approximately 232 new units of interim housing that could later be transitioned into permanent housing.

- This means in less than two months (on April 1st), we will be able to house 232 individuals from the City of LA.

- The County has invested $42 million in CARES Act Funds to help fund the capital costs, and I have made available $6 million of the First District's allocation of Interim Housing Capital Funding Pool resources to support this project.

- The site will be operated by "The People Concern" and the "Weingart Center."

- The operating costs – funded in partnership with the City of LA and Councilmember Kevin de Leon – stem from this lawsuit's agreement where the City has agreed to create 6700 beds by December 2021.

- In fact, the County committed to contribute up to $300 million to assist in funding services over the next 5 years, and the County has already made two payments to the City totaling $35.33 million (the next Payment of $17.67 million is due April 1, 2021).

- The County will continue working with The People Concern, the Weingart Center, and the City of Los Angeles to make this housing project a success and to house hundreds of vulnerable people experiencing homelessness.

- The County is also developing a Restorative Justice Master Plan to provide affordable housing and expand on the primary goals of the Vignes Project.

- This work is all borne out of the impending closure of Men's Central Jail and recommendations from the Alternative to Incarcerations Workgroup.

- The Master Plan is expected to tie together all housing and support provided by the County, the City, and other partners to ensure public resources are used effectively.

- It has the backing of the California Endowment and Homeboy Industries.

- My motion on January 26th asked the County to undertake the Restorative Justice Master Planning effort with a goal of leveraging and coordinating all available City and County assets to address social justice, unemployment, affordable housing and homelessness.

- In one related effort, the California Endowment is currently in discussions with "Friends of Homeboys LLC" to allow Homeboy to create transitional housing.

- Homeboy would develop a plan to construct a transitional housing facility serving formerly incarcerated individuals on the California Endowment property as well as on City-owned properties in nearby Alameda, Alpine, and Vignes Streets.

- The County is exploring new ways to address the many issues leading to homelessness, including providing residential services at the LAC+USC campus and repurposing the historic Los Angeles County General Hospital to provide low-income housing and community services in Boyle Heights.

- The adaptive reuse of the iconic Old General Hospital building has the potential to bring much needed housing and commercial space.

- But it also has the greatest potential to make a significant dent in housing our homeless population and providing the wraparound supportive services that help keep individuals and families housed.

- The Board has taken many actions to reduce the spread of COVID-19 among people experiencing homelessness, who face a heightened risk of hospitalization or death if infected with the virus.

- We partnered with the State, the City of LA, our homeless service providers, and numerous stakeholders to launch Project Roomkey, leasing dozens of hotels to house nearly 8,000 individuals while we link them to other housing placements.

- As of Tuesday, sixteen (16) hotels are still participating in Project Roomkey, housing nearly 2,000 individuals.

- There are three Roomkey sites operating near DTLA – two leased by the City and one by the County – with a total of 853 beds.

- As the next step from Project Roomkey, we are working with LAHSA and our service providers to find permanent housing placements for people so that they do not exit to the street.

- Project Homekey is one of those solutions.

- The County has purchased 10 hotels/motels with approximately 850 rooms to provide interim and permanent supportive housing to people experiencing homelessness.

- The County has purchased sites outside of the City – deferring to the City to launch Homekey sites within its boundaries – and I understand there are two Homekey sites the City of LA has purchased, with a total of 166 rooms.

- A total of approximately 600 individuals have already been moved into the County's Project Homekey sites and provided critical supportive services.

- The inclement weather is of great concern to me as I know it is to you, Judge Carter.

- As of February 1, 2021, again with the support of our County Departments, LAHSA, the City and our service providers, there are a total of 714 winter shelter beds with 95 beds currently available.

- (The City funds the three Winter Shelters that operate in the City of LA with a total of 124 beds.)

- I am always supportive of creating additional Winter Shelter beds, but long-term shelter and housing is the priority and ultimate goal.

- LAHSA is planning to house approximately 15,000 of our most vulnerable people experiencing homelessness, preventing Project Roomkey residents from returning to the streets.

- In fact, the County has provided $167.1 million to this Recovery Plan, utilizing Coronavirus Relief Funds, Federal Emergency Solutions Grant funding, and Measure H.

- The COVID-19 pandemic certainly created an additional level of urgency in tackling our region's homelessness crisis.

- Prior to the pandemic, we were already collaborating with the City to create beds for people who are unsheltered, but initiatives like Project Roomkey and Project Homekey provided the impetus as well as the resources to create interim and permanent housing units.

- I am deeply committed to continue our partnerships and to replicate projects like Vignes, like Adams & Grand, like the LAC+USC Restorative Care Village, and others to make faster progress in housing our most vulnerable.

- Thank you again for the opportunity to highlight all the work the County is doing, working hard with its many partners: County Departments (CEO, Homeless Initiative, DHS, DMH, DPH), LAHSA, service providers, and many other stakeholders.