# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  LA CV 20-02291-DOC (KESx)                    Date:  February 4, 2021

Title:     LA Alliance for Human Rights, et al v. City of Los Angeles, et al.

PRESENT:    THE HONORABLE DAVID O. CARTER, JUDGE

    Not Present                                  Fabian Venegas
    Court Clerk                                  Digital Recorder

**PROCEEDINGS:** STATUS CONFERENCE HELD ON FEBRUARY 4, 2021

     Status Conference held before Judge David O. Carter at the Downtown Women's Center, located at the corner of 5th and San Pedro, Los Angeles, CA.

     The Court orders the transcripts for the hearing date listed below be made available on the docket forthwith free of charge to all ordering parties:

- February 4. 2021, Status Conference, Job Number 4450751

     The Court orders the transcript of this hearing designated as the official court record.

     The recorder referenced above is hereby ordered to submit the original transcript and notes to transcripts_cacd@cacd.uscourts.gov no later than February 9, 2021, for immediate uploading on the Court's CM/ECF document filing System.

cc:  Alberto_Ortiz@cacd.uscourts.gov
     Jane W. Gilliam at calendar-la@veritext.com
     Transcripts_cacd@cacd.uscourts

                                                                    8   :   0

MINUTES FORM 11                                       Initials of Deputy Clerk:  kd
CIVIL-GEN