**LA20CV02291-DOC**

FILED
CLERK, U.S. DISTRICT COURT

2/4/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KD _____ DEPUTY



**MARK
RIDLEY-THOMAS**

LOS ANGELES CITY COUNCILMEMBER
═ DISTRICT 10 ═

**CM Ridley-Thomas
Council Meeting Remarks
February 3, 2021**

**Item 30 – Oral report from CAO and HCID to discuss status of Homelessness Roadmap [Judge Carter Highway Settlement], interim housing, permanent supportive housing, and Prop HHH.**

*Yolanda Chavez or Meg Barclay from the CAO's Office are anticipated to speak on the Roadmap and Interim Housing Projects, and Ann Sewill will speak on the PSH pipeline and Prop HHH. It is expected to be a slightly longer version of their respective presentations at H/P Committee last week.*

Suggested TPs:

- I want to **thank the CAO and HCID** teams for the informative presentation.

- As the newcomer to this group, I am appreciative of the fact, that as a body, there is **collective resolve to not just understand, but improve our response to homelessness**.

- We have an opportunity today, and I hope regularly going forward, to dissect our approaches and systems – learn what is working and what needs to be improved.

- **This is the work we began last week in the Homelessness and Poverty Committee**…when we had a preliminary presentation on the existing City/County Comprehensive Crisis Response System.

- We did an initial overview on the broad components that frame our response, including **Street Engagement**, **Interim Housing**, **Permanent Housing**, and **Prevention,** as well as **Supportive Services** which undergirds each component.

- In future meetings, **my goal is to have the committee dig deeper, offer constructive critique and work to scale up good practices** that we can propose to the Council at-large.

- So for example, in future meetings, we will look carefully not just at those components that make up our response, but also at **governance, the budgetary framework of our response, and the efficacy of the homeless strategies** previously adopted.

- I hope that we can create opportunities, among all of our staffs, to regularly convene and discuss these issues.

- I also think there is also an opportunity to forge stronger collaboration and partnership between the City and County…

- I hope our teams can create regular discussions with their counterparts there – to ensure there is cohesion and coordination, as our work is inextricably linked.

- It is no secret that I hope these discussions can help shape a legislative, policy and budgetary framework to provide a Right to Housing in LA City.

- We will **not move the needle without this re-imagining**, and that must involve the **dedication of resources** that this crisis warrants.

- Perfection must not be the enemy of progress.

- But we simply have much progress to make to scale up our work, in service of all of our unhoused residents.

####