# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  LA CV 20-02291-DOC (KESx)                    Date:  February 8, 2021

Title:      LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.

PRESENT:     THE HONORABLE DAVID O. CARTER, JUDGE

          Kelly Davis                           Not Present
          Court Clerk                          Court Reporter

**PROCEEDINGS: (IN CHAMBERS)**

      The Court would appreciate a response to the following additional questions, as well as the initial nine questions set forth by the Court on February 3, 2021 [Dkt. 206] and at the hearing on February 4, 2021.

      1.  How many people experiencing homelessness have received shelter in interim or emergency shelters in Skid Row, the City, and the County since June 18, 2020 and for the entire year 2020?  Of those individuals, how many have exited into permanent housing placements?  How many have entered into transitional housing placements?  Of those that have exited into permanent or temporary housing since June 18, 2020, how long were they were in interim housing before they exited into permanent housing or transitional housing?

      2. The Court is trying to ascertain whether there has been deliberate indifference on the part of the City in not providing adequate shelter options for the homeless.  Is it the City's position that a lack of resources has prevented it from establishing more interim shelter options for persons experiencing homelessness? If so, what is the City's response to the issue raised by Plaintiffs, that a significant amount of Proposition HHH funds could be clawed back from projects in the pre-development phase and used for temporary shelter facilities? What is the City's ability to terminate pre-development projects? What is the cities position to divert a portion of these allegedly future committed funds to obtain immediate relief for the thousands of homeless on the streets of Los Angeles.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

3. The Court is trying to ascertain whether the City's policies with regard to Skid Row have been intended to be a gathering place, voluntary or involuntary, for racial minorities. Is there any evidence in the records of the city or the county that either government intended Skid Row or any other section of the city to be a gathering place, voluntary or involuntary, for individuals who are homeless, knowing said individuals are disproportionately racial minorities? Is any evidence in the records of the city or the county that either government intended Skid Row or any other section of the city to be a gathering place, voluntary or involuntary, for racial minorities?  Please produce any material where race has been discussed or considered with regard to Skid Row policy.

4. The Court is trying to ascertain whether the City's policies have been deliberately indifferent to those with mental illness.  Is there any evidence in records of the City that either government intended Skid Row or any other section of the city to be a gathering place, voluntary or involuntary, for the mentally ill?   Please produce any material that where the problem of mental illness has been discussed or considered with regard to Skid Row policy.

5.  The Court is trying to understand whether the City's policies have been deliberately indifferent to women who are homeless.  Is there any evidence in records of the City that there has been consideration of the effects of homeless on women?  Please produce any material where the problems suffered by women who are homeless has been discussed or considered with regard to Skid Row policy.  Please also submit any evidence of the City's intent when establishing Skid Row to make it a gathering place for men, voluntarily or involuntarily.

The City/County should provide any data they do have, with regards to any of the questions the Court has posed, for the closest time period available or any subset of the population requested.

___:_____

MINUTES FORM 11                                                           Initials of Deputy Clerk:  kd
CIVIL-GEN