FILED
CLERK, U.S. DISTRICT COURT

2/4/2021

CENTRAL DISTRICT OF CALIFORNIA
BY:        KD        DEPUTY

INFORMATION, TECHNOLOGY AND GENERAL SERVICE

# MOTION

While the COVID-19 pandemic has forced the public sector to create unprecedented efficiencies through telework practices, it has also underscored the value of human connection and in-person engagement to advance municipal policy goals and provide vital public services. In order to better address the region's response to the homelessness and housing crises, and to ensure equitable, responsive, and high-quality constituent services in the Metro and South Los Angeles areas, the following centers are proposed for the City of Los Angeles (City):

## Center for Interagency Policy and Action on Homelessness

The City should evaluate the opportunity to establish a Center for Interagency Policy and Action on Homelessness at 510 S. Vermont Avenue in Koreatown, which will serve as the future headquarters for Los Angeles County's (County) Departments of Mental Health and Workforce Development, Aging and Community Services. Co-locating with County agencies that provide critical resources to address issues related to behavioral health and income insecurity will position the City to engage in timely interagency collaboration and coordination in alignment with the work of the City Council's Homeless and Poverty Committee. Approximately 3,000 square feet is available on the ground floor that could accommodate a Tenth Council District field office, a large community room, and flexible co-working space that could be made available for representatives from relevant City agencies, including other Council Offices, the Mayor's Office, the Los Angeles Homeless Services Authority, the Housing and Community Investment Department and the Housing Authority of the City of Los Angeles, as well as representatives from other levels of government and civic agencies who are working collaboratively with the City to address the homelessness crisis.

## Constituent Service Center on the Crenshaw Corridor

The City should also consider establishing a Constituent Service Center (CSC) along the Crenshaw Corridor. The CSC model was first implemented in the 1990s in the Vermont/Manchester community and has distinguished itself over the past three decades as a model for breaking down silos and barriers to services and ensuring that constituents have timely and efficient access to City personnel and programs. The Crenshaw Corridor is uniquely suited for such a facility given the significant ongoing development, the additional density under development, and the proclivity of aging City infrastructure within the surrounding community.

Located in proximity to the Exposition Line and future Crenshaw/LAX Line, this transit-oriented community is ideal for an enhanced City presence. In addition to accommodating a Tenth District field office, a CSC should include space for the Departments of Public Works, Transportation, Planning, Sanitation, and Housing and

JAN 1 2 2021

Community Investment, in addition to other appropriate City departments and agencies. A CSC would not just improve constituent-service delivery for residents of South Los Angeles but help facilitate timely revitalization efforts occurring in the surrounding area.

I THEREFORE MOVE that the Department of General Services, with the assistance of the City Attorney and City Administrative Officer, BE DIRECTED to investigate leases, license agreements, or any other type of agreement(s) required to create a Center for Interagency Policy and Action on Homelessness at 510 S. Vermont Avenue, in the City of Los Angeles, and a Constituent Service Center along the Crenshaw Corridor.

PRESENTED BY: _____
MARK RIDLEY-THOMAS
Councilmember, 10th District

SECONDED BY: _____
MARQUEECE HARRIS-DAWSON
Councilmember, 8th District

_____
NITHYA RAMAN
Councilmember, 4th District