FILED
CLERK, U.S. DISTRICT COURT

2/4/2021

CENTRAL DISTRICT OF CALIFORNIA
BY:      KD      DEPUTY

INFORMATION, TECHNOLOGY AND GENERAL SERVICE

# MOTION

Since the COVID-19 pandemic first took hold in Los Angeles in March 2020, frontline street outreach staff from non-profit and public agencies, including the Los Angeles Homeless Services Authority's (LAHSA) Homeless Engagement Teams and non-profit-led Multi-Disciplinary Teams, have become essential workers, and have been regularly engaging with people experiencing homelessness. Their work includes providing wellness checks, triaging those with symptoms to quarantine and isolation units, and connecting seniors and other medically vulnerable persons experiencing homelessness to both interim and permanent housing, including Project Roomkey and Homekey housing.

Many of the outreach teams have office space in administrative buildings that are far away from the parts of the City where they work. As the City continues in its response to COVID-19 and the homelessness crisis, these essential workers should be housed in facilities in or near parts of the City where the homelessness crisis is most acute. These teams need secure space where they can store equipment, supplies, documents and other necessary items. Workers also need dedicated desk space to conduct non-field work activities in the early mornings and late afternoons. In addition, co-located outreach staff and personnel will result in better coordination of services and housing for persons experiencing homelessness who are being assisted by these teams.

The City-owned property located at 1819 S. Western Avenue is ideally suited to serve as an outreach coordination hub and deployment site for the surrounding area and the broader South Los Angeles community. LAHSA outreach staff have conducted a site visit to the location and propose using the space to co-locate at least three outreach Supervisors and 15 two-member Homeless Engagement Teams, totaling 33 staff. They would also utilize the space for collaborative meetings with outreach and community-based partners, and as a hub for COVID-19-related supply distribution in the coming months.

I THEREFORE MOVE that the Department of General Services, with the assistance of the City Attorney and City Administrative Officer, BE DIRECTED to negotiate and execute a no-cost lease, license agreement, or any other type of agreement that may be needed with the Los Angeles Homeless Services Authority (LAHSA) for the use of a City-owned property located at 1819 S. Western Avenue, Los Angeles CA, 90006, in order for LAHSA to establish an outreach coordination hub.

PRESENTED BY: _____
MARK RIDLEY-THOMAS
Councilmember, 10th District

SECONDED BY: _____
MARQUEECE HARRIS-DAWSON
Councilmember, 8th District

JAN 1 2 2021

SECONDED BY: _____

CURREN D. PRICE JR.
Councilmember, 9th District