```
 1               IN THE UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3      _____

 4      LA Alliance for Human Rights et al

 5               Plaintiffs,

 6          v.                              Case No.

 7      City of Los Angeles et al,         CV 20-02291

 8               Defendant.

 9      _____

10                        HEARING

11      DATE:          Thursday, February 4, 2021

12      TIME:          10:02 a.m.

13      BEFORE:        Honorable David O. Carter

14      LOCATION:      Downtown Women's Center

15                     442 San Pedro Street

16                     Los Angeles, CA 90013

17

18

19

20

21

22

23      REPORTED BY:  Fabian Venegas, Notary Public

24      JOB No.:       4450751

25      PAGES 1-151
```

                                              Page 1

1    ATTENDEES

2

3    General Jeff

4    Councilman Kevin de Léon

5    Judge David Carter

6    Judge André Birotte

7    Special Master Michele Martinez

8    Supervisor Hilda Solis

9    Jose Che Ramirez

10   Matt Szabo

11   Mike Feuer

12   Meg Barclay

13   Councilman Mike Bonin

14   Pete White

15   Monique Noel

16   Pastor Cue

17   Elizabeth Mitchell

18   Shayla Myers

19   Heidi Marston

20   Andy Bales

21   Susie Shannon

22   Dr. Marc Eckstein

23   Amy Turk

24

25

Page 2

```
 1                    P R O C E E D I N G S

 2              COURT REPORTER:  Good morning, good

 3    morning.  My name is Fabian Venegas.  I am the Reporter

 4    assigned by Veritext to take the record of this

 5    proceeding.  I am authorized to take acknowledgment and

 6    administer oaths in the State of California.  We're now

 7    on the record.

 8                    This is the hearing taken in the manner

 9    of LA Alliance for Human Rights et al v. City of Los

10    Angeles et al.  At 9:51 a.m. on Thursday February 4,

11    2021.  Taken at Downtown Women's Center 442 San Pedro

12    Street, Los Angeles, California 90013.  This marks the

13    end of Media 1.  We're off the record at 9:52 a.m.

14    Thank you.

15                    (Off the record.)

16              THE COURT:  -- now start transcribing.

17    And I want to make certain that you're transcribing, and

18    when you are, then we will begin.

19              COURT REPORTER:  It is now 10:02 a.m.

20    We're back on the record.  This marks the beginning of

21    media two.

22              THE COURT:  All right, the Court's now in

23    session.  This is Case Number 2002291.  I'm going to

24    call the Court to order and ask for your forbearance as

25    follows.  This is an extraordinary proceeding.  We are
```

Veritext Legal Solutions
866 299-5127

```
 1    trying to get audio so that everybody can hear it, but
 2    also, to comply with CDC guidelines.  Therefore, there's
 3    a limitation of 18.
 4              If you're here with a staff member, we
 5    would ask that member to remain outside.  If you need to
 6    call upon them, we will slow down and make certain that
 7    you need whatever you need when you speak.  The second
 8    thing is, for those outside, I'm going to ask you to get
 9    at least six feet apart of I'm going to have my marshals
10    escort you to the gate.  And that means gently now.  I'm
11    not kidding.
12              And unless I see that, I'm going to order
13    the United States Marshal, if they're not six feet
14    apart, to escort that person not complying to the gate.
15    All right, thank you.  There are chairs waiting for you,
16    and without being discourteous, when you're needed, as
17    other people leave, we will fill in the seats that are
18    vacant.
19              You'll have whatever resources for
20    whomever's speaking.  And if they need direction or your
21    guidance or help as administrative folks, I promise you,
22    we'll slow down and make certain you have that.  All
23    right, today's hearing is prompted by this Court's deep
24    concern about the safety of the homeless who are dying
25    in ever-increasing spiral in Los Angeles.
```

Page  4

1            The newest milestone of tragedy for our

2    City is 1,383 homeless deaths who died just last year

3    and reflects the 32 percent increase in the number of

4    homeless deaths reported in 2019.  I'd rather hear those

5    statistics from you, but they're so well known to the

6    Court with so many conversations that you'll really set

7    that record.  But the Court's aware of that through

8    personal conversations.

9            The hearing today has little to do with

10   the 6,000 settlement reached between the County and the

11   City in concerning beds for homeless persons on June

12   18th of 2020.  This agreement has now prompted much

13   larger questions, and I expect and hope that in April,

14   the Court will be receiving very good news from the City

15   Attorney, from the City, the Mayor and the Board of

16   Supervisors.

17           So going in anticipation of that, in good

18   faith, the Court has not requested or summoned each

19   councilmember, because the day is too important in terms

20   of what we're going to speak about.  There's a much

21   larger question looming over all of us, and that is the

22   disproportionality of homeless, the minorities in our

23   community, people of color, and the vulnerability

24   especially of the group of women living on our streets,

25   who are subject to abuse and rape and violence.

Veritext Legal Solutions
866 299-5127

1            So this hearing was simply an invitation.

2     I decided not to order any of you.  You're here

3     voluntarily, and quite frankly, I have some misgivings,

4     and I want you to know humbly.  We're in difficult

5     times.  But this cries out for all of us as public

6     servants to get together and try to start resolving this

7     as early as possible.

8            And I've asked in this hearing and

9     invited you to show cause why the Court should not begin

10    the consideration of deploying any and all equitable

11    remedies to address the crisis of homelessness gripping

12    Los Angeles.  Perhaps the City, the County, the

13    advocates, (indiscernible) will eventually reach some

14    kind of agreement.

15           But the Court doesn't know where the

16    parties stand at any settlement negotiations at this

17    time.  And therefore, this inquiry has significance and

18    quite frankly, the last (indiscernible) event and the

19    concern for the extraordinarily harsh conditions of the

20    homeless, especially the unsheltered women who are just

21    outside on the streets, has caused this Court to be --

22    and to start taking what I call a preliminary road and

23    record in deciding whether to deploy these equitable

24    remedies, and if an emergency exists that calls for

25    that.

Veritext Legal Solutions
866 299-5127

```
1                    There aren't only women.  There's victims
2      of mental health.  There's illness.  There's abuse.
3      There's sexual assault.  And if you have the desire to
4      walk this community, in a few moments, you'll meet a few
5      speakers who will take you literally through the
6      community if they choose.
7                    Some of you are impassioned by this.  You
8      should be.  I don't see how anybody deals with the issue
9      of homelessness without being impassioned.  So there's
10     nothing wrong with that emotion.  The danger of life and
11     dignity of the homeless and to the people of Los Angeles
12     has caused this Court to begin asking questions
13     (indiscernible) the existence or threat (indiscernible)
14     of a local emergency that by reason of its magnitude is
15     or is likely to become beyond the control of the normal
16     services, personnel and facility of the regularly
17     constituted (indiscernible) branches and
18     (indiscernible).
19                    Yeah.  And branches and departments of
20     the City Government.  Clearly, the Los Angeles Charter -
21     - thank you, Michele -- clearly, the Los Angeles
22     Charter.  Clearly, the Los Angeles Charter places in the
23     hands of the Mayor the authority to take action
24     necessary to end "this local emergency".
25                    And it may be that homelessness in the
```

Page 7

 1   region has gone beyond the control of the normal

 2   services, personnel and facilities of the City

 3   Government.  This Court respectfully requested the

 4   presence of Los Angeles Mayor Eric Garcetti; City

 5   Attorney Mike Feuer, who's here, an honor to have you

 6   present, sir; Chairperson Hilda Solis, and honor to have

 7   you here; and Kathryn Barger, who is gracious enough to

 8   ask to be included.

 9              There are other local council people who

10   are gracious enough to reach out by -- and ask to be

11   included.  And one of those is Mike Bonin, who is here.

12   And the Court not making an order, the Court of course

13   accept -- would accept any invitation and extend an

14   invitation to you.

15              So what we're about is the beginning --

16   to start a discussion at briefing due by February 16th

17   of what are the outer limits of the Court's structural,

18   equitable remedy power, and to address what remedy is

19   available, if there is no -- if there is a failure of

20   government to act in an emergency situation.

21              Now these difficult legal decisions are

22   not unprecedented.  They deal with questions of the

23   extent and limits of a federal court's authority to act

24   after a long period of either inaction or inability to

25   cope by local government officials that is reminiscent

 1   of the conditions District Courts face in the aftermath

 2   of Brown v. Board of Education.

 3                    There is, of course, different

 4   constitutional violations of a different sort.  But

 5   increasingly, it's obvious to this Court that the impact

 6   of homelessness on communities of color is so immense

 7   that to call it other than intentional is asking the

 8   Court to literally blind itself to the apparent reality

 9   of what's occurring on the streets.

10                    This Court finds that expedited briefing

11   and this early hearing on these issues to begin this

12   process is made necessary by these exegesis

13   circumstances of the clear and present danger to the

14   lives of those now residing not only on Skid Row, but to

15   all the citizens of Los Angeles.

16                    Since this is an official court

17   proceeding, I am going to call upon the community to

18   speak first.  I am going to invite Jeff, General Jeff to

19   come forward.  And I'm going to ask the courtesy of some

20   of you folks who are seated who could still hear, at

21   least three or four of you just standing outside the

22   tent, so if Pastor Cue cares to come in at that time, if

23   Pete White cares to come in at this time, if Kathryn

24   cares to come in at this time as part of the Advisory

25   Council that the community has a chance to welcome us

Page 9

1   and to speak.  So I --

2                   SPECIAL MASTER MICHELE MARTINEZ:

3   (indiscernible) give them this microphone because your

4   other one's not working, okay?

5                   THE COURT:  Okay.  General Jeff?

6                   GENERAL JEFF:  Thank you.  May I?  My

7   name is General Jeff.  Test, test, can you hear me?

8   Excuse me for the feedback.  My name is General Jeff.  I

9   want to welcome you all to Skid Row.  I'm the -- a proud

10  Skid Row resident.  I'm also the spokesperson for the

11  Skid Row Advisory Council among many other hats, but as

12  far as this matter, that is my capacity.

13                  While for some, this is a joyous occasion

14  in terms of these proceedings happening in Skid Row, so

15  that a lot of folks who normally don't come to our

16  community can have a bird's eye view firsthand

17  experience in terms of just what the day-to-day living

18  conditions are in our community.

19                  It -- this just happens to be a good day

20  with the weather.  I definitely want to give thanks to

21  Councilmember Kevin De Léon for acting quickly, hearing

22  the cries from the we the people of Skid Row.  And also,

23  yourself, Judge Carter, for acting quickly when the --

24  we have women right outside this gate, less than 20 feet

25  from where I am right now that are stuck on the

Page 10

```
 1   sidewalks with little support.

 2                It's very unfortunate that we have a lame

 3   duck Mayor who is not even here to even talk to the

 4   people, to even be a part of these proceedings.  We are

 5   highly disappointed and we can go on and on.  We --

 6   we're not here to bash anybody, but we're here to speak

 7   truth to power.

 8                I do not know why this feedback is going

 9   on, but -- and so, when we talk about women, the

10   majority of the Skid Row population is African American

11   women, black women.  And so, we talk about women

12   suffering on these streets, and it's ironic that they're

13   piled up right in front of the Downtown Women's Center.

14                You know, there's just such, you know,

15   irony to that.  And something really needs to be done.

16   It's one thing to put a tent, it's one thing to, you

17   know, for the City of Los Angeles to continually give us

18   countless false promises which equate to false hope.

19   We're dying on these streets.

20                The death ratio is high.  There's a

21   global pandemic.  The rain is coming.  It's super cold

22   at night.  LAHSA is absolutely incompetent.  We demand

23   that LAHSA be disbanded, completely disbanded.  It just

24   does not work.  It's a failed situation.  You know, they

25   were supposed to do a homeless count that would've
```

                                                    Page 11

```
 1   happened last week.  It's been double digit increases
 2   every year.
 3                  It doesn't matter who's leading,
 4   allegedly leading that entity.  They have no solutions
 5   that they can point to that anything is helping to
 6   decrease those numbers.  You know, and so, the Skid Row
 7   Advisory Council, as a part of these proceedings,
 8   suggested that these -- take over this sidewalk and get
 9   these women off the street.
10                  You know, we've got props to Dr. Jonathan
11   Sherin and DMH who said they were willing to have on
12   site mental healthcare workers to make themselves
13   available if any woman needs to talk about and deal with
14   any of their trauma right there on site.  We already got
15   a verbal commitment that DMH is on board.  And so, we
16   really want to give props there.
17                  But not much else is there -- our
18   partners, Urban Alchemy, the We Team.  You know, we've
19   got folks that are ready, grassroots.  The community is
20   familiar with them.  Urban Alchemy does what's called
21   the Safe Sleeping Village, and it's the same thing,
22   exactly what this model is.  And so, there's a lot of
23   opportunities.  We're ready to go and we just need the
24   City to sign off on something.  There's not -- nothing
25   in the entire Skid Row community.
```

Page 12

```
 1                    And for the record, the Skid Row
 2    boundaries are 3rd Street to the north, 7th Street to
 3    the south, Main Street to the west and Alameda Street to
 4    the east, 50 city blocks.  And as of right now, there's
 5    not a single solitary solution that you could point to
 6    in -- within those 50 city blocks that say the City of
 7    Los Angeles is doing this or the County of Los Angeles
 8    is doing that.
 9                    We don't see it.  But what we do see is
10    the coroner's van that's constantly pulling up in our
11    community.  You know, this is 5th and San Pedro.  It's
12    very important to have this parking lot here.  We also
13    are glad that there's a parking lot that's available
14    over at 8th and Los Angeles, 749 South Los Angeles
15    Street as well.
16                    It's very important that that parking lot
17    be activated as well for homeless folks that may not
18    want to come to this facility.  And we don't want to
19    pile up all in Skid Row.  We need to spread it out
20    across the City.  The solutions need to spread out.
21                    HHH is a failure.  And we can go on and
22    on and on.  But again, you know, thank you for the time
23    to speak.  We're very, very interested in what the City
24    Officials have to say.  We're very, very interested in
25    what the County Officials have to say.  We're extremely
```

Page 13

```
 1    disappointed once again that the Mayor is not here.  And
 2    we have so much more to say at the very end.  Thank you
 3    for your time.
 4                   THE COURT:  Thank you for the welcome.
 5    Would you remain, but could I humbly ask that -- and you
 6    can hear, we get some chairs outside so we can keep
 7    rotating people in?  But I am going to have a number of
 8    questions to ask.  Would you take a copy of this, be so
 9    kind?  And Michele, would you help me by putting another
10    copy of the questions out on the table?
11                   GENERAL JEFF:  Oh and if I may say one
12    last thing?
13                   THE COURT:  Please.
14                   GENERAL JEFF:  You can hold it, you can
15    hold it.
16                   SPECIAL MASTER MICHELE MARTINEZ:  Hold
17    on, let me turn it on.
18                   GENERAL JEFF:  Oh I'm sorry.  And I just
19    wanted to add one last thing, that if a consent decree
20    is the only -- the best and only solution that works,
21    then we are in full support of that.  Thank you.
22                   THE COURT:  Okay, thank you.  Well, I
23    want to welcome Councilman Kevin De Léon.  This is his
24    district.  Whenever the Court goes into a District, I
25    always pay the courtesy of phoning the local super -- or
```

Page 14

```
 1    local councilperson or supervisor and requesting

 2    permission.  But I'm going to ask Councilman Kevin De

 3    Léon to come forward, please.  By the way, the Court

 4    appreciates for the record the music.

 5                I think from now on, the Court

 6    proceedings should have a little bit of that, so welcome

 7    to the community.

 8                COUNCILMAN KEVIN DE LÉON:  One, two,

 9    three.  Your Honor, Judge Carter, Judge Birotte, Madame

10    Special Master Martinez, thank you very much for

11    allowing me to speak here this morning.  As you know, I

12    was here with you six days ago, walking these very

13    streets.

14                And like you, I was witness to the

15    ongoing displacement of people struggling to survive

16    from one day to the next.  The frigid weather amplified

17    the physical struggles that innocent, unhoused folks

18    face on the daily.  And I want to give a very special

19    thank you to the Downtown Women's Center, the Union

20    Rescue Mission, the Salvation Army, the Skid Row

21    Advisory Council, the Volunteers America, LA Can, LA

22    Sanitation and LA DWP for their demonstrated commitment

23    to serving people in most need.

24                I want to acknowledge the fact that the

25    Downtown Women's Center plays a critical role in serving
```

Page 15

 1    an unhoused population that is most vulnerable, and they

 2    stepped up in a very commendable manner to offer their

 3    space to us today.

 4                More importantly, I want to thank the

 5    Court for convening this hearing today to forcefully

 6    demand the attention of our government bodies and to

 7    reiterate, to punctuate the point that this is not a

 8    problem that could wait another year or five years or 10

 9    years.

10                There are no neighborhoods or communities

11    that know this humanitarian crisis better than the

12    residents of Council District Number 14.  If Los Angeles

13    is in fact the nation's homelessness epicenter, then

14    Skid Row in City 14 is ground zero.

15                We have the unenviable distinction of

16    having the largest population of unhoused people in all

17    of the City of Los Angeles.  And more than most cities

18    in California, including Long Beach, San Diego,

19    Sacramento, San Jose, Oakland and San Jose.

20                This District has more unhoused

21    individuals than Phoenix, Houston and Chicago.  The

22    number four, the number five, four and three most

23    populated cities in America, to put this in context of

24    the magnitude of this crisis.

25                Homelessness is a moral and humanitarian

                                                    Page 16

```
 1    crisis, and the complex system of services in Los
 2    Angeles are misaligned.  They're out of sync.  While
 3    tremendous work and effort has been done, and it should
 4    be recognized, the fact remains that the lack of
 5    cohesion between our government bodies and intermingled
 6    policies has failed to deliver the tangible results we
 7    need.
 8               Now last Friday was one example of the
 9    disconnect between parties, and we all fell short.  And
10    to be very clear and to underscore and emphasize the
11    following -- the incident on Friday is not about 5th and
12    San Pedro and setting up a temporary shelter in the
13    rain.
14               The reason I believe we're here today is
15    not about last Friday, it's about the dysfunction of our
16    systems.  But short term solutions at the end of the day
17    will not address the issues behind the homelessness
18    crisis and make the change every unhoused Angeleno
19    deserves.
20               Now I have no illusion that this will get
21    done by the City acting unilaterally.  This is a
22    collective crisis that requires a collective and urgent
23    response by the City, the Board of Supervisors, the
24    Governor and the legislature and our federal leaders.
25               Decades ago, it was a collective effort
```

Page 17

1   that in fact created Skid Row.  And only a collective

2   effort can reverse it.  But we can't continue with the -

3   - everyone is in charge when ultimately no one is in

4   charge mindset.  And in the crisis demands rapid

5   rehousing, this means the acquisition of existing

6   buildings that can be quickly and affordably be

7   converted to housing, along with rapid construction of

8   new, affordable housing.

9              In other words, we need value for volume

10  and we need it now.  Not a decade down the road.  On a

11  personal note, I know the struggle of being housing

12  insecure and living on the edge of homelessness, and I

13  know what it's like wondering if there'll be enough

14  money to pay the rent as well as the bills.

15             As many folks know, I grew up with a

16  single immigrant mother with a third grade education.

17  We lived in a basement during my high school years.  The

18  toilet and the shower was an outhouse on 16th Street in

19  near Downtown San Diego.  And in fact, it was in the

20  backyard, the outhouse.

21             We had to run upstairs and go outside to

22  to go the restroom or to shower.  And I remember running

23  out when it was very, very cold.  Now this is personal

24  to me, because there are people now, families living

25  here out of makeshift tents on our streets.  And

Page 18

```
 1    somehow, some way all the institutions at every

 2    governmental level have normalized this.

 3                    Living in the cold, and it can no longer

 4    continue and it must stop now because people are dying

 5    every single day.  Now between 2015 and 2020, a five-

 6    year span, over 6,000 human beings lost their lives on

 7    the streets of Los Angeles.

 8                    Last year, Your Honor, as you just

 9    articulated a few moments ago, 1,383 human beings died.

10    That's an average of four per day because of being

11    exposed to the elements being homeless.  This is

12    important to me because I know what it's like being at

13    the edge of the cliff, ready to fall into homelessness

14    and how impossible it can feel and be to claw your way

15    out of -- alone.

16                    Now I've been in the office here at the

17    local level for about three months and I'm committed to

18    working with my colleagues to seeing this through from

19    beginning to end, and put Los Angeles on the course from

20    a city of shame on this issue to a national example of

21    lifting the most vulnerable among us.

22                    Now I don't believe that a consent decree

23    is necessary yet.  I will understand if the Court finds

24    it reasonable that the governmental officials, and just

25    as importantly if not more importantly, bureaucratic
```

1    officials cannot work together in a collective effort

2    with a sense of urgency to bring about the respect and

3    dignity that many of our unhoused individuals deserve

4    today.

5              In fact, let me underscore, as a body of

6    elected officials who were selected by voters to deliver

7    results on these very difficult issues, I believe it is

8    our duty and responsibility to find a pathway to real

9    achievable results.  We need a north star to provide a

10   direction and a path forward.

11             Now just yesterday I introduced two

12   motions -- to provide housing at the Weingart Center on

13   this very same parking lot that we're standing and

14   sitting today.  I propose also a total of 720 units for

15   our homeless neighbors from Eagle Rock to Highland Park

16   to (indiscernible) to Downtown Los Angeles.

17             But I'm not done yet.  I have every

18   intention to continue to identify sites for all types of

19   housing, both temporary as well as permanent housing,

20   utilizing whatever method will get us the most bang for

21   the buck for any given site.

22             While these are important steps, I fully

23   realize that this crisis is bigger than the City of Los

24   Angeles.  It's a humanitarian crisis of previously

25   unimaginable proportions.  And every level of government

Veritext Legal Solutions
866 299-5127

1    must treat it as such.

2                  Again, I want to underscore to you, the

3    Honorable Judge Dave Carter as well as the Honorable

4    André Birotte, Special Master Martinez, my gratitude to

5    the Court, providing this opportunity to be here today

6    to elevate this urgent crisis to the top of the City's

7    list of goals.  With that, thank you very much.

8                  THE COURT:  I am going to ask you at the

9    end of the day not to leave, and engage the Court in a

10   conversation about equality.  I'm going to ask that Skid

11   Row is consciously created and historically created by

12   this City.

13                  If you as a Councilperson and if you

14   believe that you can supply that leadership to the

15   Council, along with other Councilmembers here today and

16   others who may be interested about building an emergency

17   shelter in Skid Row, but then not undertaking an

18   emergency shelter at 749 Los Angeles Street.

19                  And let me be blunt about that.  There

20   were agreements reached with the Court and the advocates

21   about different locations.  And over the last year, I

22   received the same kinds of letters from very prominent

23   persons in good faith that would protest the location of

24   a shelter.

25                  These little shelters could not have a

Page 21

1    racial disparity to them.  They could not have a

2    community, poverty disparity to them.  And so, as I

3    start down this process of actually laying a foundation

4    under the (indiscernible) case, which is what partially

5    this hearing is about, I'm going to ask, are you

6    committed in a micro sense, and then eventually a macro

7    sense to that type of equality?  And if so, when will

8    that see demonstrated to the Court not only in terms of

9    this site, but the Los Angeles site?

10                   COUNCILMAN KEVIN DE LÉON:  Well, let me

11   underscore the following.  Undoubtedly, my commitment is

12   for a temporary shelter, non-congregate temporary

13   shelter to keep our unhoused community members safe.

14   That is the micro.  That is the immediate.  That is

15   channeling resources in the immediate for what this

16   sense of urgency.

17                   On the macro, more global, which requires

18   a permanent solution, which requires our -- all of our

19   parties, the city, the county, the state, as well as the

20   federal government to marshal all of our resources in

21   the very intelligent manner, the very efficient manner

22   to provide the permanent housing that our community

23   members need.  So without a question, it is a micro as

24   well as macro.

25                   THE COURT:  And if the Court finds that

Page 22

```
 1   the willingness, but the inability to muster that kind
 2   of difficult decision making and to allow any special
 3   interest or people of, let's say, more privilege, push
 4   back on local government, what should the Court's
 5   response be to that?
 6               And I use the micro for the macro.  And
 7   that is, I'm specifically going to use all of the
 8   promises made to the Court, and I am going to take the
 9   micro to demonstrate 749 has a tent on it right now.
10   They were told that they would be up and operating on
11   Friday night through Volunteers of America.
12               We'll go through the promises later in a
13   dialogue that were made.  This was to be up and
14   operating.  And without getting into what occurred
15   Friday night in detail, they're not operational.  And
16   what I fear is, once again, that the impoverished or
17   let's say less accessible citizens are the recipient
18   unfairly of a process wherein the homeless are moved to
19   communities of either poverty, minority, or they don't
20   have the same access or voice to the City.
21               And a primary example of that is 749 Los
22   Angeles, with a lot of letters coming into me.  And I'm
23   sure to all the local officials pushing back, and yet, I
24   question why that homeless population would then be
25   transported down the street or asked to move or supplied
```

Page 23

```
 1   even shelter disproportionately in this location.  And

 2   you and I walked through that Friday night.  We had

 3   quite a few conversations.  In other words, are you

 4   committed to that equality?

 5                COUNCILMAN KEVIN DE LÉON:  Let me try my

 6   best to decipher the commentary, at least at the very

 7   micro.  I think that, and I say this subjectively, it is

 8   my own perspective, and I won't say that this is yours

 9   or anyone else's, but I think that the -- if you want to

10   call it the debacle of Friday and the inability to house

11   a certain amount of women, the rainstorm

12   notwithstanding, I think the overall objective was the

13   idea the concept originated from our unhoused community

14   members themselves of securing a location that would

15   allow very specifically gender-wise women, to be in a

16   very secure location, or a much better location because

17   of the high number of sexual rapes and assaults that

18   take place quite frequently on our streets, but in

19   particular, in Skid Row.  And we wanted to keep them

20   same.

21                So I think it's emblematic if we can't

22   get certain micro projects done, what does that portend

23   for the future in the larger scheme of things, when it

24   comes to larger macro global aspects?  Are we capable of

25   actually fulfilling that promise?
```

Page 24

```
 1                Obviously, at the end of the day, you are
 2   you know, the federal court, the judiciary branch, you
 3   know, we have (indiscernible) branches of government,
 4   but in this case, obviously, you have those cards and
 5   you will play them the way you wish to do so, contingent
 6   on what we as elected officials and what the
 7   institutions and how they respond or not respond
 8   accordingly.
 9                THE COURT:  If you'd remain, I'd be
10   greatly honored.  I have a number of questions today.
11   You may have Committee assignments, but this is one
12   time, oftentimes that the Court cancels other things for
13   something of importance.  This is critical.
14                And I'm going to come back and re-ask
15   that question to you.  And that is, is there a
16   recognition that communities of color are
17   disproportionately impacted by homelessness?  And is
18   there a recognition of women being particularly
19   vulnerable?  And is there a plan that you're aware of,
20   in front of the Council, including your plan, that will
21   deal with that disproportionality and that
22   vulnerability?
23                And the second part of that question is
24   equality.  Skid Row was consciously created by this
25   City.  The question now going forward, is that going to
```

Page 25

```
 1    be the continued position of the Mayor or the Council?
 2    And then, the Court is incredibly concerned about moving
 3    or having the request for limited facilities that would
 4    attract women for safety, but they have no other choice
 5    because those with access or power have a greater voice
 6    in government than the impoverished.
 7                    And in walking these streets, I've heard
 8    that time and time again.  So I'm starting down that
 9    road right now, not having formed an opinion, but
10    waiting for you, the elected leaders to give me that
11    guidance.  I really appreciate your leadership.  Yeah,
12    absolutely, yeah.
13                    COUNCILMAN KEVIN DE LÉON:
14    (indiscernible) --
15                    THE COURT:  Well, I'm looking for a
16    commitment in terms of equality on the micro level.  And
17    Supervisor Solis.  And my -- (indiscernible), I'll be
18    right with you.  Solis, Supervisor, Chairwoman Solis,
19    it's an honor to have you.  Let me stand in your
20    presence, please.
21                    SPECIAL MASTER MICHELE MARTINEZ:  Can you
22    turn off your microphone?  Thank you.
23                    SUPERVISOR HILDA SOLIS:  Thank you and
24    good morning, Judge.  My name is Supervisor Hilda Solis,
25    representing the First District.  This part of Skid Row
```

Page 26

```
 1    is in the First District going down to about 7th Street

 2    and I want to just say thank you for the invitation, for

 3    having me, both you, Judge Carter, and Judge Birotte and

 4    also Michele.

 5                    We've come to know each other.  Judge

 6    Carter, in the past, I think a year and a half.  And I'm

 7    pleased and honored to be here, along with my colleague,

 8    Supervisor Kathryn Barger, who was very gracious to come

 9    and be a part of this discussion, whom you've had

10    numerous conversations over the past year.

11                    And I would just like to say that we're

12    at a very historic moment in our time.  And to be here

13    right now today at the Downtown Women's Center, I think

14    is provocative.  It's a provocative conversation that we

15    have to have, not just today, but I think every single

16    day, not just in the City of LA, but also around the

17    County of Los Angeles.

18                    And you and I, Judge Carter, have had

19    much of those conversations regarding how to address the

20    immediacy of homeless and the crisis with respect to

21    people of color, especially in areas that I also

22    represent that are maybe 15 minutes from here.  But more

23    importantly, our task is to see what we can do here,

24    Downtown.

25                    And Downtown has already been reiterated,
```

Page 27

```
 1    has been the center, Skid Row, for many, many years.
 2    And I think at the time that the City fathers at that
 3    time thought that this would be a place that they could
 4    provide support for homeless individuals.  But I think
 5    we've outgrown that model.  I really do.  And it doesn't
 6    work for all of us, especially in our different
 7    supervisorial districts.  And I -- and you and I have
 8    had conversations about that.
 9              But I do want to say that at least here
10    at the Women's Center, they've done some provocative
11    work.  And I've been happy to support them in the six
12    years that I've been serving as a County Board of
13    Supervisor.  And I want to commend them for putting
14    together the Los Angeles City Women's Assessment that
15    actually gives provocative information I'm sure that
16    will be entered into the record, to provide information
17    about what resources are necessary for women.
18              And I think the dialogue goes well beyond
19    just the City, but the County, and probably a good
20    textbook for other people who are looking at a national
21    level, how to address this very important issue.  I,
22    too, am saddened by the fact that women, especially here
23    on Skid Row, women of color, widows, also, we're not
24    just talking about young teenagers or people that are
25    engaged in behaviors that are damaging to themselves,
```

Page 28

1   but people who, through no fault of their own, have gone

2   unrepresented, invisible.

3                    And when I saw the pictures that you

4   shared with me of the elderly women, widows, women of

5   color that maybe could barely get through their lives

6   and had limited English speaking abilities to say the

7   least, not knowing how to maneuver protocols or how to

8   even reach entry here into a center like this, that is

9   inviting.

10                   These are all things.  These are all

11  systemic barriers that we have to deal with.  And I

12  really believe that when we look at the lens of

13  homelessness, you're right, Judge.  We have to look at

14  it in terms of equity, and we have to really work

15  together.

16                   I am happy that in the last couple of

17  years we've been working with the City of Los Angeles to

18  try to open up opportunities.  And sometimes, we can't

19  just look at going through the bureaucracy.  You find

20  relationships that you develop with certain City

21  Councilmembers and others, and you talk about this in a

22  personal way.  And you come up with concepts and ideas.

23                   And I think that that's where we have to

24  go today.  And I say that because we've already, through

25  at least attempted to use the County resources here in

```
 1    Downtown Los Angeles, to help provide opportunity for
 2    the homeless.  And one of those places, and I know
 3    you've been there, is on Adams and Grand.
 4              And that is a property that is owned by
 5    the County.  There is a very reputable clinic there.  It
 6    is a haven for people to go to for care.  It is old.  It
 7    has to be reconfigured.  And while we were looking at
 8    properties here in Los Angeles County and what to do
 9    with them, how to repurpose them, how to build out
10    housing, affordable housing for low income and homeless,
11    we thought, what better way to begin to use our assets,
12    even before we put a structure up?
13              And that is, to use our parking lot, to
14    use our facility there to put up 100 units of housing.
15    And while it's temporary, it's three years, but we did
16    that in partnership with the city.  And I was happy to
17    see that.  That was in Curren Price's district.  And I'd
18    like to see more opportunities like that occur.
19              And I know that we're here very
20    supportive of the Downtown Women's Center because
21    they're going to be opening up five other areas, not
22    just here in the City of LA, but around the County.  And
23    I've asked them to come out to other parts of my
24    District, beyond the City of LA, to start to address the
25    gaps that also exist far along the San Gabriel River in
```

Page 30

```
1     the canyons that I've talked to you about, Doctor --
2     Judge Carter, that we've talked about, the people that
3     also live there, that don't want to come necessarily
4     down to Skid Row because of the rape, because of the
5     harassment, because of the life threatening that goes on
6     every single day.
7                    And those are the real stories that I
8     hear from real people.  I, too, want to go far beyond
9     the barriers of just the streets that surround us here
10    on Skid Row, but I also want to say that there's a great
11    need to continue to do partnerships, even at a very
12    granular level.  And we started to do that on the Vignes
13    property, which both you and your staff came.
14                   I was very happy that you visited that.
15    That was an urgency of the moment.  And with this
16    pandemic that's hovering over us, I can tell you that it
17    caused us to think, how could we use federal dollars to
18    help provide shelter immediately to those that are most
19    impacted?
20                   And believe me, it was not an easy task,
21    because Cares Act money, when it comes to the County,
22    typically goes to priorities set by the Board, but also
23    the CEO.  And in some cases, you have to negotiate with
24    your other four Board of Supervisors regarding where the
25    bulk of that money would go.
```

Page 31

1           Thank goodness that we had a Board that

2   was supportive of allowing us to use one of the last

3   trough of our money, about $43, $48 million to be able

4   to put something up immediately on the Vignes parking

5   lot that was supposed to be a staging area for the Men's

6   Central Jail.

7           But this Board said, we're not going in a

8   direction to build more jails to house homeless and

9   mentally ill and people that have substance abuse, we

10  want to change that paradigm.  So in absence of that, we

11  decided to use the money to put up an innovative and

12  fast-moving interim housing, and to use a concept of

13  units that could be mobile, if we had to move them

14  later, or to be permanent.

15          And Judge, you and I, I think we're

16  really surprised to see how quickly, in some cases we

17  can move, where there is an urgency of now.  And by

18  April 1st, that facility will be up and going.  The

19  county is committed to doing more of those types of

20  partnerships.  And I want to applaud the City as well as

21  the new Councilmember Kevin De Léon for agreeing to pay

22  for the maintenance, because the operation has to come

23  from, I believe, the City of Los Angeles.

24          We invested in that facility because I

25  felt there was a need to do it without thinking really

Page 32

```
 1    that, you know, who was I going to offend?  And believe
 2    me, the people that you're talking about on 7th and Los
 3    Angeles that are very sensitive and don't want to see
 4    facilities like that, we're hearing about that now at
 5    the Vignes site.
 6              People are saying, I don't want to name
 7    names, but that how dare you place the facility within
 8    five, 10 minutes of these high rise apartment units,
 9    where we're trying to attract people, yet the vacancy
10    rate is so high?  So I have to ask myself, it's not
11    about that, it's about the immediacy of doing something
12    now.
13              And I've also put in my own money.  So I
14    put in $6 million alongside with the $43 million, and
15    we're going to put in more to upgrade, provide more
16    security, surveillance, videos and all of the things
17    that are necessary there to make life meaningful for
18    people there.
19              I want to say that we are working with
20    People Concern and the Weingart Center, Weingart, so
21    we're going to continue to push out more, I think
22    opportunities like that.  And as a result of what we did
23    there, just a matter of a few weeks ago, we are now
24    having conversations with the development of what we're
25    calling the Justice Village Master Plan right adjacent
```

                                                    Page 33

 1    to the Vignes facility with Homeboy Industries, with the

 2    California Endowment, who have properties, and the City

 3    has properties there.  That is also Councilmember

 4    Cedillo's District.

 5              And we're in conversations to come up

 6    with how we can plan for more affordable housing, low

 7    income housing, and housing for the recently

 8    incarcerated.  Many of those populations reside here.

 9    They could eventually have a place to go, get job

10    training, get well and hopefully get on their feet.

11    That's a vision moving forward.

12              And I hope that we can have the support

13    of the Court, as well as the City Council, the Mayor, to

14    continue in those efforts.  And I look forward to those

15    partnerships.  That was a motion that I just put forward

16    about two weeks ago.  So we're moving.

17              Restorative Care Village, I think I have

18    spoken to you about that, the fact that we have the USC

19    General Hospital that's now been abandoned for lack of a

20    better word for several years because it's not

21    seismically safe.  We are looking at repurposing that to

22    build approximately 600 to maybe 700 units of housing.

23              Much of it will go to people that we are

24    treating that are homeless, that have recently been

25    incarcerated or that need to recover because of mental

```
 1    health and substance abuse.  And we hope to do it in

 2    partnership with our City and also with the federal

 3    government and the state government.

 4                    And we have made numerous requests to our

 5    Governor to help us do that.  And that is one other

 6    mechanism.  But the treatment part is so, how could I

 7    say it, provocative, to say it -- to use a better word,

 8    because if people need treatment and they're housed in a

 9    similar place, they can get well faster.  And I do

10    believe that the facts would bear that out.

11                    I want to also give a shout out to our

12    partners -- the Governor as well as the City here and

13    the County for helping to expand the Room Key, the Room

14    Key.  That's the acquisition, not acquisition, but

15    leasing of hotels and motels.  We started out small, a

16    lot of bickering around the County on that from some of

17    our other cities, but we did it.

18                    I'm not saying it's perfect, but now we

19    have to transition those people into more permanent

20    housing.  Therein lies the Home Key project that the

21    Governors and now, I believe, the federal government is

22    looking towards.

23                    I think LA can be a bigger petri dish,

24    and really provide the kind of substance and credibility

25    to be able to show that we can do things here.  And
```

Page 35

```
 1   there is a commitment on the part of many elected
 2   officials, but more importantly, our community leaders,
 3   the ones that we just heard from, the General earlier,
 4   that have, I think, some very, very good things to say
 5   to tell us in how we can address the issues of LAHSA,
 6   because I, too, have issues with governance.
 7                Making sure that all voices are heard
 8   that our contractual basis is expedited in a fashion
 9   that will not impede and help us grow so that our
10   community based organizations and our other partners
11   don't get frustrated and have to compete with each
12   other.  Because this pot that we have should be growing
13   and expanding and allowing for more people to get
14   engaged in this kind of service.
15                And that's what LA County is about --
16   reimagining.  Care First, jail last.  That's our motto
17   and that's where we want to go.  There's so much more I
18   can say, but I know you have other speakers.  I just
19   want to tell you that I want to continue to work with
20   the City, with partners, with stakeholders and
21   philanthropic groups because I do believe there is a
22   role for all of us.
23                And coming together in this fashion that
24   you brought us here and have been I think is the right
25   direction.  I hope we could avoid going into a consent
```

Page 36

1    decree because I do believe there are opportunities and

2    you're hearing those voices now.  And we stand ready to

3    work with you, and to be a part of the solution.

4                    THE COURT:  Understand that this consent

5    decree is a big word.  A consent decree only ensues

6    because there's an agreement between two entities -- the

7    City, the County, First Alliance, the interveners, or

8    some portion thereof.

9                    You retain control in a consent decree.

10   You remain the governing body.  The Court would act as a

11   monitor, usually, reporting to, so certain milestones

12   are met that gives government.  I'm starting down an

13   inquiry concerning equitable powers, if a consent decree

14   is not reached.

15                    And since the Mayor has the ability to

16   enact emergency powers, whether he or she chooses to do

17   that, is uniquely the function of the Mayor, with the

18   approval of the Council.  But if this reaches an

19   emergency proportion, and local resources or willingness

20   or inability to carry that out, this is the beginning of

21   a process now, an inquiry by the Court that the Council

22   are going to brief, whether I have those powers or not.

23   And everybody will be heard of.

24                    I'm not going to ask these questions of

25   you.  I think they're better suited for Council, but I

                                                    Page 37

```
 1   can say to you that for my record, I will eventually be
 2   asking that any of the future persons who address me
 3   what new actions to address homelessness have been taken
 4   since June 18th, when the agreement was reached in 2020,
 5   and today, in Skid Row or throughout the City?
 6                     Are there fewer or more persons
 7   experiencing homelessness in Skid Row today than in June
 8   18th of 2020?  And for the entire year, 2020 throughout
 9   the City?  And I'll include the County, but what's been
10   done to increase assets to services for those persons
11   experiencing homelessness, who suffer mental illness?
12   For instance, John (indiscernible) representative?
13                     We'll say I think vocally if called upon,
14   it's hard for him to service a homeless person he or she
15   on CD 1 and to go to 14 and go to 5.  And his resources
16   are scattered throughout the City.  But when you get --
17   and (indiscernible) is a bad word, but people in a
18   parking lot or people in a fixed area or tiny homes or a
19   housing, supportive housing, Johnny can then take those
20   resources and expend those wisely because there are a
21   number of people to treat.  It's economical for him and
22   he's willing to do that.  But the City has to build that
23   first.
24                     And then, you have to react with the
25   services.  So that's what I'm -- but what we're
```

Page 38

```
 1    exploring now is far different than that.  This is as if
 2    there's a failure on local government's part, what
 3    action, if any, will the Court take?  And when will it
 4    take it?
 5              The next question was simply what death
 6    rate amongst homeless populations in 2020 and what's the
 7    progression over the last five years?  Andy Bales has
 8    that and I'm going to call him forward at the end
 9    because it's so well publicized in the "Los Angeles
10    Times" that any reporter could cite those figures for
11    you, because they write about it and they understand it.
12              Now how many people who have experienced
13    homelessness have died in Skid Row?  Those figures
14    really haven't come to the community here.  And speaking
15    to the community here, they see a broad figure, they
16    know local people who've died, and they've got a
17    wonderful program that honors that in the community, a
18    radio station.  But those figures are kind of not coming
19    from the official body.
20              And the City and the County says June
21    18th, 2020, and for the entire year, we've already heard
22    1,383.  71, by the way, were COVID-19, so COVID's a
23    tragedy, but that's not what's killing us now.  It's
24    still the historical causes.  You know, 32 percent, but
25    somebody else will testify.  I've just read that so many
```

Page 39

1    times it's memorized now.

2              How many reported fires involving people

3    experiencing homelessness have occurred in Skid Row?

4    When you walk the streets here, the chatter and the

5    observations with advocates and the community are

6    astounding, and the business owners here.  And for the

7    entire year, 2020, what's the progression over the last

8    years?

9              The tents we erected on Friday, this

10   tent, that tent, Los Angeles, this emergency basis, just

11   to get people out of the rain.  And to get people behind

12   defense, especially women, behind defense.  Are they

13   being put to use?  I don't see that today.  I don't see

14   that as we sit here today.

15             And so, all of that good faith that I

16   have in local government has to be measured against what

17   is actually no longer the promises, but was the

18   performance.  So while I trust you implicitly, I'm going

19   to finish by paying you an extraordinary compliment,

20   because you deserve it.  You're a driving force and the

21   Board's a driving force on Las Virgenes.

22             You did that in 120 days.  You brought

23   that motion as we read the records, which we do, in

24   October.  And by the time you took me on the site, that

25   thing was basically movable by December 31st, with a

Page 40

```
 1   little bit of add-on.  You're extraordinarily
 2   complimented.  I took the time to put that in my order,
 3   so you recognize that.
 4              You paid your bills on time.  You paid it
 5   promptly.  I know that there's -- have been some
 6   question about housing along the way.  I'm hopeful that
 7   that's worked out in April.  But you know what?  You're
 8   paying that right now and taking a look.
 9              So you have nothing but my compliments
10   for being here today.  It's extraordinarily important,
11   but you can see where moving down a road right now is as
12   if this is an emergency -- who's acting, one's acting,
13   what is my power or lack thereof, and I need a record
14   for that and I need to thoughtfully think about that.
15   Okay.  I want to very --
16              SUPERVISOR HIDA SOLIS:  Thank you.
17              THE COURT:  I want to very humbly thank
18   you.  It's an honor to have you here, as well as Kathryn
19   Barger, the former (indiscernible) --
20              SUPERVISOR HILDA SOLIS:  It's an honor to
21   be here.
22              THE COURT:  -- who is an extraordinary
23   advocate on the behalf of women's rights.  Thank you for
24   being here.  Mayor Garcetti.  Any member of Mayor
25   Garcetti's staff?  Please.  And we'll get you another
```

Page 41

```
 1    chair or -- and if not, Michele, take mine.  I could

 2    stand.  I'm fine.  You use it.  Now as we begin, there's

 3    a lot of rumors about the Court's micro efforts.  Trust

 4    me, in everything the Court's doing on a micro basis,

 5    this is leading to macro action.

 6                 And so, therefore, do not be mistaken by

 7    the Judge going from one location to another location as

 8    we recently discussed this, as looking at one tiny piece

 9    of this City.  This City is an incredible mosaic, and

10    being on the streets now has provided me insight into

11    the macro.

12                 So let's not focus even on this site for

13    a moment or Los Angeles or Maple or all of that.  First

14    of all, I want to welcome you.  And I want to thank you,

15    okay.  I'd like to start with -- could you take a couple

16    of pictures for just a moment?  There's HIPAA issues

17    here.  I'm going to order.  No, no cameras.  If -- I own

18    that camera in a moment, and I will call for a United

19    States Marshal.  Do you understand me?

20                 Does everybody understand me?  I'm going

21    to break HIPAA for a moment because I think it's

22    dehumanizing not to show the pieces and faces of your

23    people.  Okay.  And the Nazis got away with that until

24    finally we saw real human beings with (indiscernible)

25    eyes that said -- saw the god awful atrocity.
```

Page 42

1                        So I'll make a record that you're about
2    to see these pictures and the first camera I see, I own
3    it and I crush it.  All right, this little lady is at
4    the parking lot.  She's shivering.  Please explain to
5    the Court when I see this time and time again and I
6    represent to you, I'm here at six o'clock in the morning
7    with the community, who's been gracious enough to
8    welcome me, and I'm here at night on occasion.
9                        And this is not an odd sight.  This is
10   too prevalent a sight.  There is no explanation for
11   this.  Explain to me the wonderful job that this
12   Center's doing.  And where's Amy?  Amy, you're doing a
13   wonderful job.  (indiscernible) administer the best they
14   can and out the door we go because we don't have
15   resources.  So as good a job as we do here, these ladies
16   are going back to the street, huddled in the morning.
17   Next one.  Now this is just a rain storm.
18                        WOMAN:  (indiscernible).
19                        THE COURT:  I tried not to take a
20   picture.  This little lady, thank god, has a raincoat,
21   she's just trying to setup a tent in the rain.
22                        WOMAN:  (indiscernible) --
23                        THE COURT:  Just get a tent up in the
24   rain.  And when I get concerned about the Court is
25   hearing in Court and not seeing and feeling this, as the

                                        Page  43

```
 1    advocates are and as the litigants are and all of you in
 2    the community, and making a decision without actually
 3    seeing the degradation.  You can't even describe this.
 4                Now the UN found that this was -- no,
 5    well, never mind.  Next one.  7:30 in the morning.
 6    Thank god they've got raincoats, but they're huddled in
 7    their shelter or in the cold shivering.  And they are so
 8    happy to have gotten a room.  I think Michele named them
 9    her family and the grandmas.  Okay, they're 72, 74, and
10    75.  Next one.
11                Now we've got a lot more, and we decided
12    not to -- it was just one day in the life of this, quite
13    frankly, wonderful community.  And I think that so often
14    Skid Row has been portrayed to the public as not a
15    wonderful community, but is a vital, vibrant, wonderful
16    community with a heart.
17                And I don't know how the -- it should've
18    been conveyed a long time ago, that fears gentrification
19    desperately wants a voice and feels for decades it just
20    hasn't been heard.  So a couple of questions, and I want
21    to thank you both, let me start that way.
22                What new actions to address homelessness
23    have been taken since the date of the agreement by the
24    City on June 18th or for the entire year, 2020?
25                MR. RAMIREZ:  Judge, good morning,
```

Page 44

```
 1   everyone.  Regardless of our progress since the

 2   agreement, we've actually activated 8,200 interventions

 3   in the pipeline that are current --

 4                  WOMAN:  (indiscernible) --

 5                  MR. RAMIREZ:  8,200 interventions in the

 6   pipeline that you'll see in your quarterly report, with

 7   1,000 placed.  Sure.

 8                  THE COURT:  I believe you.  But I don't

 9   trust you.  And not you personally.  I have heard more

10   promises and bright shiny ornaments.

11                  MR. RAMIREZ:  Well, in addition to that,

12   there's --

13                  THE COURT:  And then found a complete

14   failure.  So I'm on the record.  8,200 are in the

15   pipeline.

16                  MR. RAMIREZ:  Correct, and you'll hear

17   about that soon.

18                  THE COURT:  And you understand, though,

19   today's hearing is in a sense a check on that, but it's

20   really not.  It's an exercise in the start of whether

21   the Court is going to exercise or even has the power to

22   exercise equitable power.

23                  MR. RAMIREZ:  Right.

24                  THE COURT:  And in many of these

25   questions are there fewer or more persons experiencing
```

Page 45

```
 1    homeless in Skid Row today than in June 18th of 2020?
 2                    MR. RAMIREZ:  The need is still very
 3    high, and we (indiscernible) to do more and
 4    (indiscernible) --
 5                    THE COURT:  Are there fewer or more
 6    persons experiencing homelessness in Skid Row today than
 7    in June 18th of 2020?
 8                    MR. RAMIREZ:  We need to revisit the
 9    count numbers.  There has not been a homeless point in
10    time count.  But yes, there are more folks that are
11    being --
12                    THE COURT:  There are more folks.
13                    MR. RAMIREZ:  -- vulnerable in this time
14    during COVID.
15                    THE COURT:  Okay, there are more folks.
16                    MR. RAMIREZ:  And we want to address
17    that.
18                    THE COURT:  Okay.  What's been done to
19    increase services, to your knowledge, of a person's
20    experiencing homelessness who suffer from mental
21    illness?  And I'll start with Skid Row.  I'll start with
22    Skid Row.
23                    MR. RAMIREZ:  Yes.
24                    THE COURT:  What has been done to
25    increase access -- and I'm going to put these questions
```

                                                        Page 46

```
 1    right in front of you.  You got a copy of them, and if -
 2    - Kathryn, would you help -- yeah, just -- I sent these
 3    out to everybody.  I made multiple copies.
 4                 What's been done to increase access to
 5    services for those persons experiencing homelessness who
 6    suffer from mental illness?
 7                 MR. RAMIREZ:  We have increased our
 8    engagement and outreach to --
 9                 THE COURT:  Tell me how.
10                 MR. RAMIREZ:  -- (indiscernible) -- it's
11    also a collaborative approach with our County, so that's
12    also a question that we both need to work on
13    collaboratively and that the County also is addressing
14    (indiscernible) -- hello?  Check.  Judge, if I may for a
15    second?  I wanted to add that --
16                 THE COURT:  No, just a moment.
17                 MR. RAMIREZ:  Okay.
18                 THE COURT:  I -- my courtroom, I'm going
19    to ask you some very succinct questions now.  This isn't
20    a forum.  What is the death rate amongst the homeless
21    population in 2020?
22                 MR. RAMIREZ:  Over the -- from 2017 to
23    2020, the recent report that came out on January of this
24    year shares that the top reason for people experiencing
25    homelessness and deaths were at about 28 percent for
```

Page 47

```
1    opioid and alcohol overdose.  The second was cardiac

2    heart conditions and third was the traffic collisions.

3                    THE COURT:  Traffic conditions?  Third.

4    Okay.

5                    MR. RAMIREZ:  Right, and that was third,

6    and about 8.7 percent.

7                    THE COURT:  Okay.  And what is -- I think

8    they'll say it's 11 percent, but check it again, okay?

9                    MR. RAMIREZ:  Sure.

10                    THE COURT:  Okay.  What's the death rate,

11   once again, amongst the population?  What's our figure

12   for 2020?  In other words, the "LA Times" knows that

13   everybody knows that you know it, what is that?

14                    MR. RAMIREZ:  Yes sir.  It is increasing

15   as (indiscernible) time --

16                    THE COURT:  Is it 1,383?

17                    MR. RAMIREZ:  Yes sir.

18                    THE COURT:  All right.  What percentage

19   increase is that over the year before?

20                    MR. RAMIREZ:  It has increased

21   substantially.  I'd have to reference the actual

22   percentage for you.

23                    THE COURT:  Okay.  If (indiscernible) --

24   do you know what the year is before?  And I'm not

25   chiding you, I'm asking you.
```

Page 48

```
 1                    MR. RAMIREZ:  No, I'd have to reference

 2     that from --

 3                    THE COURT:  Does 32 percent refresh your

 4     recollection?

 5                    MR. RAMIREZ:  Yeah, I'd say

 6     (indiscernible).

 7                    THE COURT:  How many died of COVID in

 8     2020?

 9                    MR. RAMIREZ:  As far as those that died

10     of COVID, our cumulative numbers for those of COVID that

11     we did see a substantial folks impacted between the

12     months of December and January, who've been impacted

13     with COVID --

14                    THE COURT:  Would 71 be incorrect?

15                    MR. RAMIREZ:  Yes, there have been a

16     substantial amount of deaths, sir.

17                    THE COURT:  Okay.  Do you know?

18                    MR. RAMIREZ:  As well as those who work

19     with the population.

20                    THE COURT:  I just want -- do you know?

21     And if you don't know, say I don't know and then go

22     back, (indiscernible) find answers.

23                    MR. RAMIREZ:  Yeah, I can (indiscernible)

24     that exact number for you.  I don't want to give you an

25     answer yet.
```

Page 49

```
1                    THE COURT:  Okay.  So you don't know the

2     exact number.  Okay.  How many persons experiencing

3     homelessness have died in Skid Row?

4                    MR. RAMIREZ:  I don't have that exact

5     number, sir.

6                    THE COURT:  Okay, that's fair enough.

7     And by the way, in the briefing, you'll be able to get

8     that.  Do you know the City, then?  Well, you know it

9     was 1,383, supposedly, that you can verify or not, in

10    the County.  And do you know the progression over the

11    last five years on Skid Row specifically?

12                    MR. RAMIREZ:  (indiscernible) --

13                    THE COURT:  Of Death?

14                    MR. RAMIREZ:  In Skid Row in particular?

15                    THE COURT:  Yes.

16                    MR. RAMIREZ:  No, I don't have that data

17    in front of me, sir.

18                    THE COURT:  The City?

19                    MR. RAMIREZ:  I don't have that data in

20    front of me, sir.

21                    THE COURT:  And the County?

22                    MR. RAMIREZ:  That's a question for the

23    County.  I don't have that --

24                    THE COURT:  Okay.  And I'm not chiding

25    you for that.
```

Page 50

1           MR. RAMIREZ:  Sure.

2           THE COURT:  I'm humbly asking.

3           MR. RAMIREZ:  Sure.

4           THE COURT:  Okay.  How many are reported

5    fires involving homeless persons experiencing or

6    homelessness have occurred in Skid Row, 2020?

7           MR. RAMIREZ:  For fires?  Our FD lead was

8    here.  He stepped away for a second.  I'm more than

9    happy to invite him to come back.

10          THE COURT:  Sure, and I'm happy to have

11   you get that resource, please.  How many in the City,

12   because of homelessness or connected to homelessness?

13          MR. RAMIREZ:  You're asking in regards to

14   what?

15          THE COURT:  Fires.

16          MR. RAMIREZ:  How many fires have taken

17   place?

18          THE COURT:  Fires.

19          MR. RAMIREZ:  All right, once again, I'd

20   have to lean on our FD reports on that, which I can call

21   him to attend.

22          THE COURT:  These tents that were erected

23   on Friday, literally within hours, have these tents

24   provided any relief for the homeless here or on Los

25   Angeles Street?  Have these tents provided any relief

                                             Page 51

1    for the homeless that you know of here or on Los Angeles

2    Street since Friday?

3                    MR. RAMIREZ:  I'd have to follow with

4    providers, but I would imagine so.

5                    THE COURT:  Okay.  Can more tents be

6    erected? In other words, in an emergency situation,

7    whether it's from the elements such as rain, the cold, I

8    mean, just getting warmer, just not even the sides.  Can

9    more tents be erected quickly in Skid Row?

10                   MR. RAMIREZ:  Well, I would lean on

11   providers for their recommendations and expertise on

12   where that (indiscernible) strategically.  I'd also

13   advise that we need to be mindful not just what's done,

14   but the way it's done in operational investment to make

15   sure that it just isn't -- a commitment for a weekend,

16   but also an emergency intervention, that would be

17   substantial as we continue during this pandemic, and

18   also during inclement weather.

19                   You may be aware, I did share with your

20   team that last night the Mayor did make an announcement

21   that he has directed his City Staff and LAHSA to

22   activate additional beds through PRK, hundreds of beds

23   to bring online this month, so that we can address

24   immediate emergency needs of folks that are most

25   vulnerable during this time, throughout the City and

                                            Page 52

```
 1    particularly in Skid Row.  And there have been about 141

 2    deaths (indiscernible) far for people experiencing

 3    homelessness in the City.  It's about a two percent

 4    fatality rate for the cumulative numbers.

 5                    THE COURT:  Is there a recognition that

 6    there -- the persons and people of color are a

 7    disproportionate amount of our homeless community and

 8    citizens?

 9                    MR. RAMIREZ:  That is true.  About 70

10    percent of our homeless population is black or Latino.

11                    THE COURT:  Okay.

12                    MR. RAMIREZ:  And I stand before you not

13    just as someone who's worked in this field

14    professionally, but who has also personally experienced

15    homelessness as a Latino man.

16                    THE COURT:  And can you give me the

17    proportion of our black citizens who are homeless and

18    the rate of homelessness?

19                    MR. RAMIREZ:  Our African American

20    community has been disproportionately impacted

21    significantly.

22                    THE COURT:  Okay.

23                    MR. RAMIREZ:  As well as our indigenous

24    populations and homeless (indiscernible) --

25                    THE COURT:  I'll eventually have you or
```

Page 53

```
1    others testify today, but I would ask you if it might be

2    nine percent of our city's population and over a 30

3    percent rate?

4                    MR. RAMIREZ:  Correct, correct.

5                    THE COURT:  But I'll have you verify

6    that, and I'll ask you to come back.  I'm not

7    testifying, but --

8                    MR. RAMIREZ:  No, that's correct.

9                    THE COURT:  -- I read "The Times" and the

10   papers and (indiscernible) --

11                   MR. RAMIREZ:  Yeah, no.

12                   THE COURT:  But I would rather have the

13   testimony from you and certainly not from me.  What's

14   the greatest proportion by ethnicity of homelessness,

15   though?  Is it black or Latino?

16                   MR. RAMIREZ:  In sheer numbers, it's

17   Latino.

18                   THE COURT:  Okay.  Do you know of any

19   active plan on the City's part to remedy this

20   disproportionality?

21                   MR. RAMIREZ:  Yes, it's important that we

22   focus on that equity --

23                   THE COURT:  No, no, I'm sorry.  Do you

24   know of any active plan that I can read that will start

25   to resolve this disproportionality?
```

1            MR. RAMIREZ:  We have brought online in

2    the pipeline 8,200 interventions that you'll see in your

3    quarterly report that will serve and target a

4    significant number of black and Latino individuals

5    experiencing homelessness, as well as the 100 rooms that

6    we're going to bring online in addition to the 2,200

7    rooms that we've brought on at the peak of COVID, so

8    that we continue to serve the immediate needs of that

9    community.

10           THE COURT:  So that plan, then you can

11   respond to it by the February 16th briefing paper, and

12   there's a plan out there to resolve this disparity of

13   some kind?

14           MR. RAMIREZ:  Sir, there's a plan that's

15   been provided in the quarterly report that shows the

16   roadmap for the interventions per our agreement.  We are

17   well above and beyond that.  But in addition, yes, we

18   are going to bring on emergency interventions --

19           THE COURT:  Yeah.

20           MR. RAMIREZ:  -- such as hotel rooms and

21   the Mayor's --

22           THE COURT:  Okay.

23           MR. RAMIREZ:  -- committed to that as of

24   last night.

25           THE COURT:  And there's the key.  Did I

Page 55

```
 1    hear that you're about to either declare an emergency or
 2    just emergency interventions?
 3                    MR. RAMIREZ:  Well, utilizing PRKey as a
 4    -- PRK, which is a project, Room Key Hotel, as immediate
 5    intervention, for our most vulnerable, though, 65 and
 6    older, those with health conditions, those that are --
 7                    THE COURT:  Okay.
 8                    MR. RAMIREZ:  -- currently in a
 9    vulnerable state, including the folks that we see here
10    in this community today.  That is something that the
11    Mayor is committed to and made an announcement about
12    yesterday.
13                    THE COURT:  With the disproportionality
14    and number of women growing on our streets that are
15    homeless and so vulnerable, is there a plan that the
16    Court can look at, see about some resolution of this
17    disproportionality and safety for these women?
18                    MR. RAMIREZ:  We will add those details
19    in the data as we begin to place folks.  We will
20    concentrate on folks that are disproportionally impacted
21    by homelessness, particularly in Skid Row and other
22    communities of color.  And that data will be reported as
23    we begin these interventions, as we activate these
24    places.  And that data is actually --
25                    THE COURT:  Okay.
```

Page 56

1              MR. RAMIREZ:  -- readily available now

2      for the existing Project Room Key placements that I

3      believe LAHSA has shared online on their dashboard.

4              THE COURT:  So is your total reliance on

5      Project Room Key?

6              MR. RAMIREZ:  What's that?

7              THE COURT:  Is your reliance then on

8      Project Room Key?

9              MR. RAMIREZ:  That will be one way to

10     address the interventions.  We have also activated

11     Winter Shelters and for inclement weather

12     (indiscernible) space for folks.  On the (indiscernible)

13     congregate setting, we're going to focus on non-

14     congregate (indiscernible) for options.

15             THE COURT:  The last question is that I'm

16     going to be asking all parties to address the resource

17     allocation, or resource funding.  $300 million in a

18     settlement the Judge brought, authored, over five years

19     from the County to the City, $60 million a year, rough

20     sum, $1.2 billion from HHH, and historically up to $400

21     million, but as low as $220 million maybe this year in

22     terms of H funds.

23             But more money now flowing not only to

24     the County, but directly to the City, which has been a

25     substantial change.  Now you're able to give the Court

Page 57

```
 1    an accounting and actually product on the ground, in

 2    other words, housing, because a lot of the indications

 3    are that $400 and some units have actually been

 4    constructed.  And I think we're four years into this

 5    agreement now with HHH.

 6                    MR. RAMIREZ:  HHH is an important housing

 7    intervention that focuses on permanent supportive

 8    housing, which you know, is complimentary to interim

 9    housing to create throughputs, so that we can have a

10    permanent staple space.

11                    By July of this year, we anticipate about

12    100 HHH finance projects that will either be completed

13    or in construction, providing about 5,700 units of

14    supportive housing for Angelenos in need.

15                    THE COURT:  Okay.

16                    MR. RAMIREZ:  And this progress

17    (indiscernible).

18                    THE COURT:  Yeah.  And would you please

19    identify yourself?  I certainly know you and I want to

20    thank you.

21                    MR. RAMIREZ:  Yes, Judge.

22                    THE COURT:  For the record.

23                    MR. RAMIREZ:  My name is Che Ramirez.

24    Jose Che Ramirez.

25                    THE COURT:  Okay.  And accompanying you,
```

Page 58

```
 1    the gentleman, I know you as well, Matt, but please.

 2                  MR. SZABO:  Matt Szabo, Deputy Chief of

 3    Staff to Mayor Garcetti.

 4                  THE COURT:  Okay.  Now I know oftentimes

 5    you're busy, and I would suggest to you, you may leave.

 6    Nobody's here as a captive.  But I have a lot of

 7    questions today, and those questions are going to arise

 8    when other people are testifying and making statements

 9    before the Court.

10                  I would strongly suggest to you that this

11    is not what I call a sound byte day, but I leave that to

12    you, to the Mayor's offices, etc.  If you decide to

13    stay, I'd like -- I think I would be calling you back.

14    If you decide not to, so be it.  But there will be other

15    questions.  Okay, thank you very much.

16                  MR. RAMIREZ:  Yes.

17                  THE COURT:  Mike Feuer.  City Attorney,

18    honored, sir.  And then Councilman Bonin, if you'd be so

19    kind, right after Mike Feuer?  And by the way, it's a

20    pleasure.  I'm honored.

21                  MAN:  Can you start with your name?

22                  MR. FEUER:  Sure.

23                  THE COURT:  And if you need any resources

24    from Scott or anybody else, Mike, we'll slow down.

25                  MR. FEUER:  Let's see.
```

Page 59

```
 1                    SPECIAL MASTER MICHELE MARTINEZ:  You got
 2     it, Mike?
 3                    MR. FEUER:  Now?  We good?  Okay.  Thank
 4     you, Your Honor.  My name is Mike Feuer, I'm the Los
 5     Angeles City Attorney.  Thanks very much.  So Your
 6     Honor, very much appreciate your convening this hearing
 7     here today.  I think we all can agree that as long as
 8     there are unhoused people on our streets, all of us need
 9     to be acting with urgency and intensity and impatience.
10     So thank you for that.
11                    I don't have a prepared speech.  My major
12     role today is to provide you with facts.  And the
13     provision of facts will start in a moment when I
14     introduce the City's Homeless Coordinator, who is
15     prepared to speak to some very specific issues that the
16     Court has indicated it wishes to hear about.
17                    But it has occurred to me, I was going to
18     basically stop right there when I was driving over here
19     this morning, because I'm merely here to be a conduit
20     for that information that the Court very much wants to
21     get.  But as I was listening to the presentations today,
22     I decided I would say a little bit more.  And with the
23     Court's leave, I might speak for another minute or two
24     before introducing Ms. Barclay.
25                    So I was thinking actually about very
```

Page 60

```
 1    personal experience.  You know, I started my career
 2    pretty much as a Legal Aid lawyer working on behalf of
 3    the poorest people in our region, including homeless
 4    people.  But I was thinking actually not about that
 5    experience, but about a relatively recent experience on
 6    my block.  And it relates to some of the questions the
 7    Court is asking.
 8                   So on the block where I live a couple of
 9    years ago, in the summertime came, I noticed on the
10    corner with a little ledge there, to sit a woman who,
11    when I arrived home from work, maybe 7:30, quarter to 8,
12    dusk is about to come in, she put a blanket over her
13    head.  And I imagine that she slept sitting up on that
14    corner.
15                   And I will say that initially, when I was
16    doing errands, because there are other homeless people
17    in my community as well, I walked by here, but I stopped
18    doing that.  And the incident that I wanted to share
19    with you was this.
20                   So her name is Ann.  She told me she was
21    born and raised in Nigeria and she said she was trained
22    to practice law.  She told me she actually practiced law
23    briefly in Texas, and then she was in a relationship, I
24    inferred it was abusive, and then she moved here, and
25    one terrible thing lead to another, and there she was.
```

Page 61

1    And she said, it's not as bad as you think it is.

2                    To condense many conversations into one,

3    I said I wanted to help her.  And she said, if your help

4    means sending me to Skid Row, that's not help to me.

5    I've been there.  I didn't feel safe there.  And the

6    thing that I want to say in connection with the Court's

7    earlier observations is, I had to say to her a couple of

8    years ago that there was no place for miles of that

9    location where she and I were talking, where she could

10   have been.

11                   Now there are other aspects to this

12   story.  The bottom line, interestingly is, and this is

13   an important piece that I think we all need to bear in

14   mind, because we often think -- use terms like, the

15   homeless, which I never use.  I think that's a

16   dehumanizing term.  Instead, Ann sent me an email about

17   three months after our encounters, because I got her an

18   appointment with a case worker in the parking lot of a

19   nearby location and she got connected to a place to

20   live.

21                   So she sent me an email with the subject

22   line "Reactivation".  She said, now that I'm housed,

23   I've decided to reactivate my membership in the Texas

24   Bar.  This is a woman who was sleeping sitting up with a

25   filthy blanket over her head to, I think, shield her

Page 62

```
1    from the indignities of the outside world and so no one
2    could see her, either.
3              And then, she wanted to be a lawyer
4    again.  She asked me for help in passing the California
5    Bar.  Now things are not easy.  I hooked her up with a
6    tutor to help her do that, and she hasn't been able to
7    quite fulfill that yet.  She's working on it.  But the
8    point is, a human being on my block, and not for miles
9    was there a location where she could be.
10             Others have said that Skid Row has
11   historically borne the burden for the entire City of Los
12   Angeles, with the exception potentially of Venice, from
13   time to time, over the years, of being the epicenter of
14   homelessness in our community.  But now it's everywhere,
15   right?  People are everywhere on our streets.
16             And in connection with something the
17   Court said, you know, it is the case that we obviously,
18   as elected officials need to be listening carefully to
19   the views of all our constituents.  But I was recalling
20   when the dialogue was happening earlier, when I became a
21   City Councilmember in 1995, there was, in Sherman Oaks,
22   in my District, a location that had been approved by my
23   predecessor for 35 market rate condo units.
24             I had just become a City Councilmember
25   from running Bet Tzedek legal services.  So I knew that
```

Page 63

```
 1   there was a tremendous need for affordable housing for
 2   people with very low incomes who were seniors.  I said
 3   to the developer, if you'll change the 35 market units
 4   to 84 senior housing units, I'm with you.
 5               And what happened next was, lots of
 6   engagement with neighbors who were very unhappy about
 7   parking and traffic and aesthetics and the size of the
 8   building.  And we got through all that.  And then, they
 9   said, well, there's one more thing.  Our property
10   values.
11               And I said, then I think it's important
12   for you to support somebody else, because at some point
13   we've addressed the legitimate concerns here.  And
14   recall petitions began to circulate in the neighborhood
15   nearby.  But I'll also report that when I ran for
16   reelection, no one opposed me.
17               The recall never happened.  The building
18   got built and people have been living there for 20
19   years.  So some of what the Court is saying was, I will
20   say not so much as City Attorney, but as an elected
21   official, I push back on direction or mandate from a
22   Court to do that which elected officials are likely to
23   do themselves.
24               And we will be giving you a briefing,
25   Your Honor, in response to your questions that go to the
```

Page 64

 1    heart of the very point I just made.  I mean, you've

 2    asked, is it really appropriate for a Court to

 3    substitute its judgment for elected officials when it

 4    comes to public policy in this City?

 5            And my own view is that elected officials

 6    should own that responsibility.  We will brief, however,

 7    the legal issues that you've asked us to brief, when it

 8    comes to that question.  But the bottom line to all this

 9    is, these are complicated, hard questions with multiple

10    constituencies, each of whom has a legitimate point of

11    view, and we an elected office, have to decide to

12    exercise our judgment after listening carefully to what

13    everybody says.

14            At the end of the day, it's our job to

15    make a decision.  And if people don't like it, they'll

16    vote for somebody else.  So you will hear in a moment

17    from Meg Barclay.  But I wanted to preface her comments

18    by saying, although I understand the intensity and the

19    urgency and the impatience of this Court because I share

20    each of those perspectives on this issue, I hope at the

21    end of the day that it's LA City Officials who own and

22    resolve the crisis of our time here in this city,

23    because that's what we're elected to do.  And I think we

24    can rise to that challenge with more, because more has

25    to happen.

Page 65

1              But a lot is happening now.  Now that in

2     mind, let me introduce Meg Barclay.  She's the City's

3     Homeless Coordinator.  We also have representatives from

4     the LA Fire Department.  They will speak to the specific

5     questions the Court has raised, and give you -- I'll get

6     out of the way here so you can safely land here Meg.

7              MS. BARCLAY:  (indiscernible) --

8              MR. FEUER:  Okay.  And Meg also has a

9     handout for the Court, I believe.  Do we have extra

10    copies for the Court, Meg?

11             MS. BARCLAY:  (indiscernible) --

12             MR. FEUER:  Okay.  So a member of my

13    staff will bring copies in a moment into this room so

14    the Court can have copies and follow along with Ms.

15    Barclay.  So I'll give you back the mic.

16             MS. BARCLAY:  Yeah.

17             MR. FEUER:  Thank you, Your Honor.

18             MAN:  (indiscernible) --

19             THE COURT:  I want to compliment you on

20    the record and thank you.  Okay?  And maybe a -- give a

21    little levity about property values.  We always think

22    it's the affluent walking the streets here.  The

23    community's been very gracious, but you'll hear people

24    kid me because it's a community of color.  And when I

25    walk down they'll say, Judge, there goes our values.

                                                    Page 66

```
 1   There goes our property values.  And everybody gets a
 2   great laugh out of that, okay?
 3              But you know, it just goes to show, I'm
 4   firmly becoming convinced that if we all adjust a little
 5   bit responsibly, that I'm -- with the -- with being just
 6   blind to privilege or poverty, and we all colloquially
 7   tried to share this, and I don't mean moving people for
 8   proportionality, but taking care of what we've got in
 9   our own communities respectively, that that little bit
10   of effort and pain that you said that you went through
11   personally, bore such great fruit, was so good in the
12   end, that it was probably uncomfortable, but change
13   doesn't take place without being uncomfortable.
14              MR. FEUER:  Right.
15              THE COURT:  And the second thing is, I
16   hope that that value that you're sharing with us does
17   come true.  Courts do not want to exercise power.  My
18   power's best used if I never use it.  Let me repeat
19   that.
20              But by the same token, if we reach an
21   emergency condition and those emergency options are
22   available, then I'm starting that exploration by June
23   16th, with good briefing from all of the parties.  What
24   are those powers, should they be exercised, and what are
25   some final choices?  I want to humbly thank you.  Meg,
```

Page 67

```
 1    it's a pleasure to have you here.  Would you just

 2    identify yourself for my record?

 3                    MS. BARCLAY:  Of course.  Good morning.

 4    Meg Barclay.  I'm the City Homeless Coordinator in the

 5    Office of the City Administrative Officer.  So we

 6    prepared a -- it's a PowerPoint or a handout for you

 7    today in response to the January 31st order and the

 8    information that was requested, originally requested for

 9    this hearing.  So that's what I'm here to speak to

10    today.

11                    So we have a description in the

12    PowerPoint of the new actions that have been taken in

13    Skid Row and Citywide, since March of 2020 to date.  And

14    everyone here and everyone who worked on this would

15    acknowledge that this is not enough.  More needs to be

16    done.  And this is also in addition to ongoing work that

17    has been happening in Skid Row prior to March of 2020.

18                    But I will list these things out to you

19    now.  In July, the permanent site for the refresh spot

20    opened over on Town, which expanded laundry, hygiene and

21    safe passage services to the residents of Skid Row.

22    It's currently operating from 7 a.m. to 7 p.m. seven

23    days per week, and operations are expected to return to

24    24 hours on March 1st to those here.

25                    THE COURT:  Okay, just a moment, Meg.
```

Page 68

1    That refresh spot was in existence before.  Did you

2    expand that?

3              MS. BARCLAY:  Yes, it was in existence on

4    a temporary lot that was not available permanently

5    because it was being -- going to be developed into

6    permanent supportive housing.  The City identified,

7    leased and developed an alternative lot on Town to

8    establish a larger facility and a more permanent

9    facility that has more laundry, more showers, more

10   bathrooms and case management and community space indoor

11   and out.

12             And the City is paying for all of the

13   costs associated with those hygiene services, the case

14   management services and community support services.  In

15   December of 2020, the Lotus, which is a bridge home

16   site, which provides 120 interim housing beds to serve

17   Skid Row residents opened.

18             The site is a City/County partnership.

19   The City funded the leasing costs for the first three

20   years of the site.  The County funded 10 improvements

21   and is funding operations and services costs being

22   provided through the Department of Health Services.

23             The City funds Urban Alchemy on Skid Row

24   to provide seven attended pit stop bathroom locations,

25   providing people with a safe place to use the bathroom

Page 69

```
 1    and provide -- which also provides hygiene kits and

 2    cleans all of the locations between uses.

 3                    It also provides mobile shower trailers

 4    in Skid Row, and a Skid Row cleaning program, which

 5    provides sidewalk cleaning on a daily basis.

 6                    THE COURT:  Well, let me ask you a

 7    question.  We're off to a very bad start in January.  We

 8    have 165 homeless people who died in January in Los

 9    Angeles County.  Do you know how many died in Skid Row?

10                    MS. BARCLAY:  I do not, but the Chief

11    Medical Officer for the Fire Department is here.  We --

12    in response to the questions that you provided

13    yesterday, we actually did get together and decide --

14    discussed how to respond to them and the Fire Department

15    was assigned to respond to those --

16                    THE COURT:  At some point just ask the --

17                    MEG BARLCAY:  So I know that Dr. Eckstein

18    is here (indiscernible) --

19                    THE COURT:  Yeah.  Would you ask that

20    person, if Scott would be so kind, and Scott, I'll slow

21    down.  Would you be so kind with my appreciation, the

22    Fire Department gentleman?

23                    SCOTT:  (indiscernible) --

24                    THE COURT:  Yeah, if you could ask him to

25    come in, I'd appreciate that.
```

Page 70

1              SCOTT:  (indiscernible) --

2              THE COURT:  Okay.

3              MS. BARCLAY:  It sounds like he was here

4    and he had to leave and he just came back.

5              THE COURT:  Please go ahead.  And Scott,

6    thank you so much.

7              MS. BARCLAY:  Thank you, sir.  We had to

8    split up the work.  I just -- in addition, the City

9    General Fund provides funding for LAHSA to contract with

10   four nonprofit agencies to make their site-based

11   toilets, showers and laundry facilities available to the

12   Skid Row community at large.

13             THE COURT:  Now were you here when Jeff

14   and the community spoke, opened our hearing about

15   services not getting to the street?

16             MS. BARCLAY:  Yes.

17             THE COURT:  And from the community's

18   perspective?

19             MS. BARCLAY:  Yes.

20             THE COURT:  Have you gone out and spoken

21   to the community leaders here?

22             MS. BARCLAY:  Not recently, no.

23             THE COURT:  Would you be willing to?

24             MS. BARCLAY:  Sure.

25             THE COURT:  Would you be willing to walk

Page 71

1    the streets with him?

2                    MS. BARCLAY:  Of course.

3                    THE COURT:  Okay.  Thank you.

4                    MS. BARCLAY:  Of course.  My job keeps me

5    in the office a lot because there is a lot of

6    administrative work that goes along with -- I'm charged

7    mostly with coordinating City Departments to implement

8    the work that we do.  And it keeps me in the office more

9    than I would like it to, but it's also more than eight

10   hours a day of work.

11                   THE COURT:  Okay.

12                   MS. BARCLAY:  So that's why I can't get

13   out as much as I would like.  The City has also

14   deployed, at the start of the COVID-19 pandemic, the

15   City deployed 50 toilets and handwashing stations across

16   Skid Row, and also increased access to clean drinking

17   water with the addition of five permanent water

18   fountains.

19                   THE COURT:  You know what?  I'm going to

20   ask something.  I am -- I want to get to a couple other

21   speakers who are Councilpeople --

22                   MS. BARCLAY:  Sure.

23                   THE COURT:  -- and like, but like the

24   City Attorney, etc.

25                   MS. BARCLAY:  Right.

```
 1                    THE COURT:  What I'm a little concerned
 2   of is losing them.
 3                    MS. BARCLAY:  Right.
 4                    THE COURT:  This isn't going to be a
 5   sound byte day.  And so --
 6                    MS. BARCLAY:  Right.
 7                    THE COURT:  -- (indiscernible) your part,
 8   this is -- and that's some of the data that I like on --
 9                    MS. BARCLAY:  I'm here as long as this
10   hearing (indiscernible) --
11                    THE COURT:  Could you be?  I just worry
12   about the elected officials.  They are not captive, but
13   if they have to leave, then they (indiscernible)
14   Committee Meetings.
15                    MS. BARCLAY:  Of course.  Yeah, of
16   course.
17                    THE COURT:  Okay.
18                    MS. BARCLAY:  Yes.
19                    THE COURT:  Okay.  And I'll come back to
20   you.  What I'm interested in is this horrific start
21   we've got this year already.
22                    MS. BARCLAY:  Nobody would argue the
23   situation is what it should be.
24                    THE COURT:  Okay.  Thank you so much.
25   And will the Fire Department come --
```

Veritext Legal Solutions
866 299-5127

1          SCOTT:  (indiscernible) be here when

2     you're ready for them and (indiscernible) --

3          THE COURT:  And I'll bring

4     (indiscernible) back right away, okay?  All right, thank

5     you.  All right, I would call upon Councilman Mike

6     Bonin.  And I appreciate his attendance and he was kind

7     enough to contact Councilman Kevin De Léon.

8          COUNCILMAN MIKE BONIN:  Good to go?

9     Thank you, Your Honor.  Thank you, Your Honor.  Thank

10    you, Michele for having us here today and for the focus

11    and attention and urgency.  I know that today's

12    discussion is focusing on the micro of Skid Row in order

13    to address the macro of the City and the County.  But I

14    did want to come today because the micro applies just as

15    well to Venice as it does to Skid Row.

16         In all of the nine questions that you

17    have asked could just as easily be asked of Venice as of

18    Skid Row and probably of Hollywood and other places in

19    the City of Los Angeles.  I'd also suggest that there's

20    two more questions that we should ask that I think are

21    equally urgent; the questions asked about the tents and

22    the emergency placements.

23         I think a vital question for us to be

24    asking this City, the County, all of us is, to what

25    extent have people moved from the emergency placement,

Page 74

```
 1    the emergency shelter into real housing?  How many and

 2    how fast?  Because I think that's the real measure of

 3    our success.  And the second question, I think, that's

 4    important to ask at every point in the discussion is, to

 5    what extent, how deeply, how consistently have we

 6    consulted with people who are unhoused in determining

 7    what the solutions are that we're offering?  But I

 8    really thank you for those questions and those

 9    attention.

10                I wanted mainly today to speak to the

11    question that the Court has posed to those who've come

12    before, earlier, which is, to what extent, given this

13    emergency, should the Court be acting?  And to what

14    extent should authority be left with the elected

15    officials of the City and the County?  To what extent

16    should the Court be intervening?

17                My view, as someone who has been in

18    office for seven years, as someone who has been either a

19    participant in, a student of or a follower of government

20    in Los Angeles for a couple of decades now, is, my view

21    is that it is urgently important for the Court to assume

22    the maximum role that it can.  I would encourage the

23    Court to take a much stronger intervening role.  I know

24    you've saw, as many have, the piece I wrote yesterday

25    arguing in favor of a consent decree.
```

Page 75

 1              I want to be clear why I recommend this

 2     because I'm doing it not because I find fault with

 3     anybody.   I do not think it is a result of a lack of

 4     will or concern or effort and in many cases, resources,

 5     on behalf of any elected official.   I think more is

 6     being done at the City and the County level than has

 7     ever been done before in Los Angeles.

 8              But because of the very nature of

 9     government, the structure of government, design of

10     government here, where power is diffused and authority

11     is diffused, intentionally by progressive error reforms

12     when the charters were written to prevent concentration

13     of power and corruption.   That system is just

14     fundamentally not designed to meet the level of crisis

15     we are in.   That type of system is very good at

16     addressing problems.   It is not good at addressing a

17     crisis of tens of thousands of people on the streets

18     everywhere and encampments for people dying a day.

19              Like I said, more has happened than has

20     ever happened before.   But it also feels as if the

21     actions that are happening are the exceptions to the

22     rule as opposed to the consequence of the rules.   And I

23     would make -- and I know you're a veteran, Your Honor --

24     that if we were going to make a war or military analogy,

25     over the past four or five years in Los Angeles, the

Page 76

```
 1    City and County have engaged in a lot of pretty

 2    aggressive skirmishes to deal with the homelessness

 3    crisis.

 4              But we have not engaged in a coordinated

 5    assault and that is what's missing because the way

 6    government is set up, nobody can force, within

 7    government, that level of cooperation.  The Mayor can't

 8    force me or any of my colleagues to do a certain thing.

 9    None of the County Board can force the City to do

10    something and we can't force them to do something.

11              THE COURT:  (indiscernible)  This is

12    critical.  Is the City still here?  Matt and the

13    homeless person?  I really hope that you're hearing this

14    because this isn't a criticism, this is a concern and a

15    very good discussion that's taking place.  Please.

16              COUNCILMAN MIKE BONIN:  Thank you.  The

17    examples I would use is that we can set a citywide goal,

18    but no-one can make a councilmember approve the units in

19    their district.  The City can't force the County to fund

20    a project we build.  They often do, but we can't compel

21    them to, nor can they compel us to create a project that

22    they are willing to fund.  It's just a fundamental

23    inherent systemic lack of coordination.  And I think

24    it's important to note that, as frustrated as we all

25    get, there really are no bad actors or very, very few
```

Page 77

```
 1   bad actors in this situation.  This is -- if anything,

 2   the people working on this problem are a choir of

 3   angels.

 4              But the problem is, there's only one

 5   choir director and not everybody is singing the same

 6   song or in the same language or is even told to show up

 7   for rehearsal at the same time.  And it creates all

 8   sorts of problems.  Under no intelligent system would it

 9   require a councilmember to personally intervene on a

10   Friday night to get a woman with a young child into

11   emergency shelter prior to Monday morning.

12              But by the same token, we cannot rightly

13   fault LAHSA or the service agencies for not providing an

14   on-demand service that we have not resourced.  LAHSA and

15   our service agencies are often in a horrible position of

16   being told to do 17 different things and the City and

17   County are only funding maybe a half dozen of them.  We

18   give them the expectation often without the resources

19   and it's because we're all pulling in different

20   directions.

21              So, I would suggest that a Consent Decree

22   is the appropriate level of intervention and cooperation

23   because, as you have noted, Your Honor, a Consent Decree

24   does not take away the City's role.  It does not take

25   away the County's role.  We are still engaged, we would
```

Page 78

1   negotiate what the terms of it would be, we would

2   negotiate what the elements of it would be, what the

3   goals and what the benchmarks would be and hopefully we

4   could agree on what the specific role of the monitor

5   could be.

6             I would strongly urge that it not just be

7   the Plaintiffs and the City and the County, but it also

8   be LACAN and the other Intervenors and people who are

9   unhoused directly.  And I think it's very important that

10   if we were to do something like that, that it needs to

11   be multi-phases.  Yes, it is very important to do the

12   emergency action to get people out of the cold and the

13   rain and to save from hypothermia, the women whose

14   photos you have just shown.

15             But if we leave it at that and we do not

16   make sure that there is a system in place to get people

17   out of the tent or out of the pallet shelter and into

18   long-term housing and services and permanent homes, then

19   we haven't really succeeded.  We've addressed a moment

20   in time, and we've addressed a bleeding wound without

21   actually saving a life.

22             So, earlier our City Attorney, I think,

23   very thoughtfully answered the question of, whose

24   responsibility should it be?  Should it be the elected

25   officials, or should the Court be substituting its

```
 1   judgment?  I'd suggest that a Consent Decree is not
 2   quite substituting the Court's judgment.  I think it's
 3   helping bring us to the right judgment and I actually,
 4   personally think that we are on a trajectory where if we
 5   don't, we're eventually going to wind up with some level
 6   of Court putting us in receivership and definitely
 7   substituting our judgment.
 8                But in the question of, whose judgment it
 9   should be, yeah, the elected officials are the right
10   answer.  But it's not the right result.  We're not
11   getting from that right answer the right result that we
12   need.  And I would submit that Los Angeles, over the
13   past few decades, has often needed a Consent Decree to
14   get its butt kicked into doing what needs to be done.
15   And I work in a District and in a field of focus in
16   public policy where I've seen the results of this.
17                My District borders the Century Freeway
18   and thousands of units of affordable housing would not
19   have been built when that freeway was constructed were
20   it not for a Consent Decree.  I represent the Coast of
21   Los Angeles, including Hyperion Sewage Treatment Plant
22   and there would still be sewage in Santa Monica Bay and
23   kids would still be getting sick and marine life would
24   be dying if it weren't for a Consent Decree that caused
25   us to upgrade and significantly invest in that sewage
```

1    treatment plant.

2              I serve on the Board of L.A. Metro, where

3    we have an absolute crisis right now with declining bus

4    ridership.  We were facing a similar problem where that

5    system was disinvesting and ignoring, in a way that

6    violated Civil Rights of low income and black and brown

7    people, an analogy you can make here, by the way, back

8    in the '90s and that system entered into a Consent

9    Decree.  Metro entered into a Consent Decree that put

10   significant, massive investment into the bus system.  It

11   started deteriorating when the Consent Decree expired.

12   I'll give you that.

13             And then when Mr. Feuer was on the

14   council and I was a staff member, I remember very robust

15   discussions on the council, months of discussion about

16   whether or not to enter into a Consent Decree with LAPD

17   over the Rampart scandal.  And it took the council some

18   time to get to that point.  But eventually, despite the

19   objections of the Mayor at the time, the City of Los

20   Angeles got to accept that and as a consequence, while

21   reforming the police department is not a completed task

22   by any means in Los Angeles, decade's worth of reforms

23   that people have been seeking were implemented.

24             So, I think we need to welcome, and we

25   need to invite a Consent Decree as a way of preserving

```
 1   some level of control, but also acknowledging that we
 2   need help.  And I do not think the City and the County,
 3   faced with this calamity, should, by any means, feel
 4   that a Consent Decree is a failure.  Acknowledging when
 5   we need guidance, when we need partnership, when we need
 6   direction, I think, is the right step in leadership.
 7   Because our measure needs to be, not just what is the
 8   right answer, but what is the right result.
 9                THE COURT:  I want to thank you.
10                COUNCILMAN MIKE BONIN:  Thank you.
11                THE COURT:  If -- I want to know if there
12   are any other elected officials because I know that if
13   you want to stay, you're certainly invited, but
14   otherwise, I want to make sure you're not.
15   (indiscernible) Yeah, if you'd be so kind.  Thank you
16   for your courtesy, by the way.  And then after the next
17   speaker, we're going to -- so, Meg, thank you for coming
18   back and I'm sorry about the discourtesy, okay?
19   (indiscernible) horrific number of deaths already in
20   January and the question was, how many in Skid Row?
21                MS. BARCLAY:  Again, we (indiscernible)
22   Is that -- okay.  Again, that was information that the
23   medical -- the Chief Medical Officer for the Fire
24   Department was supposed to provide and he's not here
25   yet, but he's on his way.  Okay.  So, just continuing
```

                                                    Page 82

```
 1    with the work the City has been able to do since March
 2    of 2020 in Skid Row, again, this is in addition to
 3    ongoing services and we continue to work with Council
 4    District 14 and the Mayor's office to identify
 5    additional efforts because, obviously nobody would agree
 6    that this is enough.  But in addition to the hygiene
 7    services that I'd already described, we had provided --
 8    this year we've provided leasing -- funding for leasing
 9    tenant improvements and operating costs to double
10    voluntary public storage for people experiencing
11    homelessness to 2,500 total storage bins at two
12    locations in Skid Row.  $1.5 million was invested in
13    Project 100 here from the Downtown Women's Center to
14    move women experiencing homelessness off the streets and
15    into permanent housing.  $250,000 has been provided for
16    the Skid Row Women's Emergency Shelter, also here at
17    Downtown Women's Center.  We've installed eight
18    additional dumpsters to increase access to trash
19    disposal and open the 409 Lofts, which is a 55-unit,
20    City-funded Proposition HHH permanent supportive housing
21    project and also has an on-site health clinic serving
22    the entire Skid Row community which was also built with
23    Proposition HHH funding.
24               Citywide, since March, the City has
25    continued to provide -- we have a mobile pit-stop
```

Page 83

```
 1    program that provides attended public portable toilets

 2    at 10 locations citywide with attendants 12 hours a day,

 3    7 days per week.  There is four A Bridge homesites that

 4    have opened since March with 314 new interim housing

 5    beds for single adults, youth, veterans and families.

 6    On the veterans' site, the City provided capital funding

 7    and --

 8                    THE COURT:  You know Meg, with your

 9    permission -- first of all, I appreciate it.  Could you

10    submit this to the Court so I could read it?

11                    MS. BARCLAY:  You have it.

12                    THE COURT:  No, but could I just make a

13    record of this and could I go over it?

14                    MS. BARCLAY:  Yes, of course.  I would

15    just want to lay out, we've talked about the

16    interventions that have opened in response to the road

17    map and in response to the MOU, I wanted to lay those

18    out.  2,580 interventions have opened since June, 839 of

19    those are permanent supportive housing projects, 218 are

20    project home key hotels that were previously occupied as

21    project Room Key.  There's 499 rapid rehousing shared

22    housing placements, 899 A Bridge Home beds in 12

23    facilities, 75 beds in the City's first pallet shelter

24    and 60 spaces in new safe market programs.

25                    THE COURT:  And I want to thank you.
```

Page 84

```
 1    I've gone over that Schedule A of the report.  I think

 2    I've almost got it memorized by District, I'm not sure.

 3    So, B, C, and D, as well.  So, I want to humbly thank

 4    you, okay?  I didn't mean to cut you off, but I want to

 5    make sure that -- I will be talking to you in the

 6    future.  And once again, I want to very humbly thank you

 7    for being here, Meg.  Okay.  If the fire person is here,

 8    fine.

 9              MR. FEUER:  Your Honor, he is apparently

10    not here.  (indiscernible) we will inform the Court and

11    the Court can take his testimony when the Court is

12    ready.

13              THE COURT:  I take it (indiscernible)

14              MR. FEUER:  Is there anything further

15    you'd like from our office?

16              THE COURT:  A lot, but I think it will

17    come in the briefing and eventually, I'm going to be

18    asking the parties about a dollar and cents product

19    going out to the street.  What's the money coming in,

20    where's it going, what's the product in terms of

21    services, but most importantly, housing, interim, long-

22    term supported, etc.  So, I want to thank you very

23    humbly.  Thank you for being here, Mike.  Pete White, if

24    you can -- with no disrespect to General Jeff -- Pete.

25              MR. WHITE:  Pastor Cue -- one second.
```

Page 85

```
 1    Pastor Cue, can you do me a favor?  Could you call
 2    Monique and have her on the phone while I start?  So --
 3    so, good morning Court.  My name is Pete White, P-E-T-E,
 4    W-H-I-T-E, with the Los Angeles Community Action
 5    Network.  And so, I'm going to get started by the
 6    question you asked this morning.
 7                  When General Jeff came up to describe the
 8    community, I think it's important for folks to
 9    understand what birthed this community.  When I looked
10    at your Order, Judge, and I read Brown v. Board of
11    Education, it struck a tone.  It struck a tone because
12    this is black history month, as if African-Americans has
13    not contributed for 365 days to build this country every
14    year for 450 years.  And so, when I -- one second --
15    thank you.  Monique, I'm going to put you on hold, but
16    stay right there.
17                  And so, to answer the question, the Skid
18    Row question, Skid Row is a place borne out of the
19    outgrowth of redlining, segregation, de-
20    industrialization, the war on drugs, more aptly put, the
21    war on black people, the war on the black community.
22    It's the rise of the prison industrial complex NAFTA and
23    a host of political decisions that have informed the
24    current deadly plight of black people in Skid Row and
25    abroad.  And so, race is a powerful determinant of who
```

Page 86

 1    is literally on the streets and who is inside as your

 2    Order lifted.

 3              Black people have been abandoned and now

 4    the process of abandonment is in full effect.  We don't

 5    live in pipelines, Judge.  8,200 units in a pipeline

 6    does not create or provide housing, nor are we comforted

 7    by PowerPoint presentations that continue to illicit

 8    hope.  Look around us.  But the community is vibrant.

 9    The community, as you have lifted, Judge, is resilient

10    and we continue to care for ourselves.  The only answer

11    is housing.

12              All vacant, city-owned property through

13    adaptive re-use must be converted to housing and those

14    assets must be turned over to the community right now.

15    Innovative housing strategies must be deployed

16    immediately.  Prefab, modular, 3D, LACANS, Eco-Hoods

17    project must be supported vigorously.  Hotels that

18    receive public subsidies must open their doors and house

19    the most vulnerable amongst us right now.  Housing

20    insecure people must not be allowed to become homeless

21    because one additional homeless person is a lifetime of

22    misery.  Policy that allows for corruption to flourish

23    must be ended and true participatory budgeting must be

24    advanced.

25              I am so happy to have Councilmember De

                                                  Page 87

```
1    Leon coming with his best foot forward because the
2    trajectory that we have with Jose Huizar, who is horse
3    trading units of housing on the backs of poor people
4    cannot stand and we must stop all policies that allow
5    that.  We must de-fund the police and place those
6    resources into housing now and we must take control out
7    of the hands of those that continue to fail us and turn
8    over the experiences to those living this reality.
9              I was (indiscernible) that this morning
10   we have talked about, talked around and represented the
11   voice of black women, but throughout the entire
12   conversation, no black women have been present.  And
13   this conversation must be centered on the voice of black
14   women and I have, for a couple of minutes, Monique Noel,
15   from the Downtown Women's Center -- for the Downtown
16   Women's Action Coalition, excuse me -- about to share.
17   Hopefully, this works.  Monique, are you ready?
18             MS. NOEL:  Yes, thank you.  My name is
19   Monique Noel.  I am a member of (indiscernible), the
20   Brown (indiscernible) Action Coalition.  When a
21   coalition is killed and (indiscernible) crisis is not an
22   option.  Women have died because they're living on the
23   street and women's issues are likely excluded on
24   conversations around interrupting homelessness.
25   Ethnicity and gender are extremely important factors in
```

Page 88

```
 1    determining outcomes for our community and the

 2    (indiscernible) information that we hope shouldn't be

 3    overlooked.

 4              We have a wealth of first-hand experience

 5    and data that not only has the Court been issued, we

 6    continue to raise, but can offer solutions on how to

 7    correct the harm that (indiscernible).  There's a

 8    disproportionate number of black women living in Skid

 9    Row whose voices must be included in any effort that

10    pushes (indiscernible) forward.  We've seen black women

11    resting on the street for years.  Why?  When they want -

12    - emergency housing has not been made available to them

13    in the height of the pandemic and in the coldest of

14    winter months.  (indiscernible) begrudge them.  There's

15    no follow up.  This is unacceptable.

16              How is it that (indiscernible) 100

17    (indiscernible) 100 women has not found 100 women?

18    There are thousands of women in Skid Row and

19    (indiscernible) doesn't even get inside of that.  We're

20    hearing horror stories of how people have been treated

21    when (indiscernible).  So, stop co-regulating yourself

22    (indiscernible).  This is not a success story.  We are

23    the only black and brown (indiscernible).

24              MR. WHITE:  Hey, Monique.  Monique,

25    Monique.  Monique, just a little slower because the
```

Veritext Legal Solutions
866 299-5127

```
 1    Court reporter, his fingers is about to fall off over

 2    here because you are going in.  A little slower.  Hit

 3    it.

 4                 MS. NOEL:  We're the only black and brown

 5    women-led organization organizing groups in Skid Row and

 6    our voices cannot be left out.  People in our community

 7    are houseless because of structural and institutional

 8    racism and gender inequality.  We have recommendations

 9    for unhoused women in the community on things they state

10    and what corrections they need.  Yet we continue to see

11    other (indiscernible) on what we need.

12                 This has to stop.  Immediate steps that

13    must be taken, prioritize immediate housing solutions

14    for unhoused women, but specifically prioritizing black

15    women, converge all (indiscernible) and county owned

16    property into property that can be used for women and

17    families.  Ensure state, local and federal resources,

18    included in COVID-19 (indiscernible) dollars are

19    earmarked for emergency and health (indiscernible) for

20    women.  That's it.

21                 MR. WHITE:  Thank you for the opportunity

22    to present this morning.  Thank you, Monique, for

23    centering the voices of black women.  I yield our time.

24    Thank you, Judge.

25                 THE COURT:  Is General Jeffrey there?
```

Page 90

 1              GENERAL JEFFREY:  I'm here.

 2              THE COURT:  The formation of the Advisory

 3    Council to the Court took place because of the void

 4    created by Huizar.  Councilman De Leon became the

 5    councilman and has graciously been attentive to the

 6    Advisory Council.  So, historically were formed by the

 7    Court and I want to thank you for that.  Remember, the

 8    composition of the Advisory Council is turned back to

 9    the community.  So, if Noel is not on it and you choose

10    her to be, I would suggest that that's something that

11    you form and make sure that there's black women

12    representation.  Her decision -- okay.

13              PASTOR CUE:  Good afternoon, Judge.

14    Pastor Cue from The Church Without Walls Skid Row.  It

15    is interesting that now this has been a state of

16    emergency for most.  But right here on this corner, at

17    Fifth and St. Pedro, as a Pastor, St. Pedro meaning St.

18    Peter, right?  There's a prophetic thing going on here

19    and not in the sense of a right-wing prophecies you've

20    been hearing.

21              But in 2015, we declared this a state of

22    emergency.  You can find the article in the L.A. Times,

23    just Google it.  We declared this a state of emergency

24    because it's been a state of emergency to us for a long

25    time.  This state of emergency did not begin yesterday.

                                               Page 91

```
 1    Listening to some of the conversations this morning
 2    triggered me.
 3                 I kept getting trigger after trigger.
 4    The same way I got triggered when I heard an official
 5    say this morning that we can't -- that given -- that
 6    sending or prioritizing farm workers would slow down the
 7    distribution of vaccines.  I'm like, wait a minute, it
 8    doesn't slow down the distribution of lettuce.  So, if
 9    you can get lettuce from farm workers, how come you
10    can't get the vaccine and prioritize farm workers?  Is
11    it because they're brown, right?
12                 And so, dealing with this systemic issue,
13    I wanted the Judge to hear and the Courts to hear the
14    urgency.  Dr. King talked about the urgency of now.  For
15    us, we don't have time.  Justice delayed is justice
16    denied.  So, we don't have time to wait on a solution.
17    That is why we support the Consent Decree because we've
18    been waiting for a long time and nothing has been
19    happening of significance.
20                 We know that 1.3 million working people
21    who had risk of being houseless prior to COVID-19.
22    Where are those people now that we have COVID-19?  We
23    know we have structural issues that needs to be
24    addressed.  But the first structural issue we need to
25    address is the structure of racism and classism in our
```

Page 92

```
 1    society and that's the reason we don't have enough
 2    housing.
 3              And so, when I hear about shelters, I
 4    know they're significant and we need them, I get
 5    triggered because a shelter is a downgrade from a
 6    housing project.  I wish I could preach today, but I
 7    didn't come here to preach.  See, a shelter is just a
 8    downgrade from a housing project and that's why, when
 9    COVID-19 happened, a lot of the shelters got overwhelmed
10    and then, prior to that, some of the highest group of
11    people -- the group of people who were most affected by
12    the homeless count prior to COVID-19 were folks 62 and
13    up, which means we are displacing our senior citizens.
14              And so, these issues need to be addressed
15    and I agree with Pete, I agree with Councilman Bonin, we
16    need a two-prong approach.  Housing people now,
17    sheltering people now, but housing people right away, as
18    well, and continue to build that infrastructure.
19              And by the way, like Pete White said, we
20    -- this is a state of emergency, so we can't be talking
21    about, well, there's a high vacancy rate in South Park
22    when there are no vacancies in Skid Row and there is no
23    housing in Skid Row, but we're worried about the vacancy
24    rate in South Park.  That should tell us something
25    because it's revealing where our heart is that we can
```

Page 93

```
 1    have all these vacancies in South Park and no housing

 2    for folks in Skid Row.

 3                  And then we want to focus and say, well,

 4    it's their fault and their issues.  No.  To whom much is

 5    required, the scripture says, to whom much is given,

 6    much is required.  And in 2018, the State of California

 7    went from the 6th largest economy in the world to the

 8    5th largest economy in the world.  Where is the money?

 9    Where are the resources?  We need the Court to step in,

10    take action.  Thank you.

11                  THE COURT:  Pastor, Thank you.  I'm going

12    to call on -- in any particular order, First Alliance,

13    the Intervenors, LAHSA.  And there's no particular

14    order.  And Pastor, you'll make your -- you're known

15    also to the Court, in general, through Shayla or your

16    representative.  Now, let me say also, before we begin,

17    this Court is extraordinarily honored that we would have

18    it here because we've had hearings at the hotel when the

19    First Alliance was gracious enough, through your

20    efforts, Elizabeth, to maintain a hotel when we had no

21    place to go.  So, Isaac, on the record, Isaac is

22    commended.  Last name is?

23                  MS. MITCHELL:  Shomar.

24                  THE COURT:  Shomar -- commended by the

25    Court for giving us that availability.  We've had
```

Page 94

```
 1    hearings at City Hall, one of the participants.  The
 2    Court's extraordinary pleased so it could come now to
 3    the affected community.  So, I turn this over to First
 4    Alliance for any comments.  And you know that I'm going
 5    to be asking for briefing concerning monies.  I'll do
 6    that on the record now.
 7                Where has that money gone?  Pastor Cue
 8    talks about, where's the money?  The Court's impression
 9    has been, where's the $2.4 billion?  Where's the product
10    on the street?  Where is something more than a clipboard
11    and a cup of water and maybe a mask, at the most?  I'm
12    going to be asking all of you to look at that and ask
13    those tough questions and do that tough work.  Because
14    the product doesn't seem to be getting to the street
15    although they're able, good people making that effort.
16    Liz?
17                MS. MITCHELL:  Thank you, Your Honor.  I
18    appreciate everything that I've heard today.  We filed
19    this case to spur that sense of intensity and sense of
20    action, but for 11 months, we have been hearing
21    platitudes and eloquent speeches and we have been seeing
22    quite a bit of effort, but not enough.  And I want to
23    echo what Councilman Bonin said about a series of
24    skirmishes, but no full-on assault.  There has been no
25    change.  In fact, there are increased numbers of
```

Page 95

```
 1    homelessness -- excuse me, increased numbers of persons
 2    experiencing homeless, on the street than there were 11
 3    months ago, 12 months ago.  And some of that is due to
 4    COVID, but not all of it.
 5              And so, I think it's really important to
 6    get our heads wrapped around this in a large, scalable
 7    way.  50 people here, 100 people there is good, it's not
 8    going to get us where we need to go.  And so, these
 9    series of paper cuts need to change into a focused,
10    dynamic action, which is why we are here, which is why
11    we are all here today and why we have been here since
12    March.
13              So, with that, I want to address a very
14    specific issue and bring this issue to the Court's
15    attention because one of the things that we've heard
16    today, one of the things that we always hear, is that
17    there aren't enough resources.  If we had enough
18    resources, we could get this done, except that the
19    citizens of Los Angeles, the City of Los Angeles and
20    County of Los Angeles were promised resources with Prop
21    HHH and Measure H.
22              And I want to be very specific and first
23    focus on Prop HHH because that was passed with a promise
24    to the taxpayers that it would be used for supportive
25    housing, one, temporary shelter facilities, two,
```

Page 96

```
 1    affordable housing that was limited to 20 percent and
 2    associated infrastructure, that's number four.  But per
 3    the Controller's report, only 5 percent, that's $58
 4    million have been used for interim and temporary shelter
 5    and facilities projects.  That is not what the taxpayers
 6    voted on, that is not what the taxpayers were promised.
 7                So, based on the information that we see
 8    on the HHH dashboard, from what I can tell, and I'm
 9    interested to hear from the City and I would request
10    additional briefing on this issue is the Court might
11    oblige --
12                THE COURT:  Could you ask
13    (indiscernible)?
14                SPECIAL MASTER MICHELE MARTINEZ:  Yes,
15    can we have somebody from the City's office?  I asked
16    this question, Ms. Mitchell, the other day to the Mayor
17    about the 5 percent and I was told that through HHH,
18    that no emergency housing or temporary housing was part
19    of Proposition HHH.  And if they can come in and verify
20    that, either through Meg Barclay or anyone else because
21    I was dumbfounded because I've read the -- I've read,
22    just as you have read, constantly, HHH and what it was
23    supposed to be used for and I was told that it was not
24    supposed to be used for any kind of emergency housing or
25    shelter.
```

Page 97

1            MS. MITCHELL:  I have the text of it

2    right here.

3            THE COURT:  Meg, you're here for the

4    homeless or -- (indiscernible).

5            MS. BARCLAY:  Hello.  Meg Barclay, City

6    Homeless Coordinator of the City of Los Angeles.

7    Proposition HHH was passed as a permanent supportive

8    housing primarily effort and the goal, was to establish

9    10,000 new permanent supportive housing units over 10

10   years.  There is also an eligible use for facilities

11   that serve people experiencing homelessness and my

12   office administered the facilities program.

13           We did the first RFP for the facilities

14   program in two weeks in order to be able -- two weeks --

15   in order to be able to identify projects that could be

16   put into the first project expenditure plan for

17   Proposition HHH less than a year after the Measure

18   passed.  We did another RFP right after that for

19   facilities and shelters were -- and we were hoping for

20   more shelter beds through Proposition HHH.

21           It was an RFP, it was an application for

22   no cost, service repayment loans to support homeless

23   facilities that provide services to homeless, not

24   necessarily beds.  And what we got back, we got many

25   applications.  We have 20 privately sponsored projects

                                            Page 98

```
 1    right now under the facilities program.  But there were
 2    not many applications for new shelter beds.
 3                    There were a number that were doing
 4    rehabilitation of buildings currently providing shelter,
 5    which was just really an indicator that there had never
 6    been capital funding to do the deferred maintenance and
 7    continue to maintain facilities that provide shelter and
 8    there was a lot of need.  And that was what people were
 9    -- that's what people applied for, primarily, was to do
10    rehab and to modernize buildings that were already
11    providing services.
12                    There were some exceptions there.  There
13    were some new beds.  It's somewhere in the neighborhood
14    of 120-160 beds that were established or updated with
15    the facilities program.  But largely, it was
16    rehabilitation and improving the facilities where those
17    -- where beds were currently being provided.  We made a
18    recommendation, and the Council approved the
19    recommendation to discontinue the facilities program
20    after the first two RFPs in order to allow -- and that
21    was when housing costs were very high, it was --
22    Proposition HHH, the cost per unit was -- and the
23    subsidy per unit was still at $220,000 per unit under
24    the -- for the PSH program.
25                    And we made a recommendation to
```

Page 99

```
 1    discontinue the facilities program in order to --
 2    because we were not getting a lot of applications for
 3    new beds and because we wanted to make sure that the
 4    Measure was focused on permanent units which, as you
 5    know, is the permanent solution to homelessness.
 6                  I will say that shortly after that was
 7    when the A Bridge Home program was launched and the City
 8    began using other money, besides Proposition HHH, to
 9    build shelters.  And that program has been hugely
10    successful.  It was initially targeted to build one
11    shelter per Council District and a goal of 1,500
12    shelters.  We have 28 facilities with more than 2,000
13    beds now.
14                  So, it wasn't that the City's focus was
15    not on assisting facilities, we just chose to -- the
16    recommendation that was approved by Council and the
17    Mayor was to focus Proposition HHH on permanent housing
18    and the permanent solution for people and to use other
19    resources to significantly expand the amount of shelter
20    that was available in the community.
21                  SPECIAL MASTER MICHELE MARTINEZ:  So,
22    Meg, this is Special Master Martinez for the record.
23    So, what I'm hearing, when you guys went out to the
24    voters, there was an option for temporary facilities.
25    The Mayor and City Council then moved and chose to move
```

Page 100

 1    towards permanent housing.  So, none of the monies that

 2    were asked from the voters to move towards some kind of

 3    emergency housing, you all decided not to move in that

 4    direction --

 5                    MS. BARCLAY:  No, that's not what I'm

 6    saying.

 7                    SPECIAL MASTER MICHELE MARTINEZ:  Okay,

 8    then what are you specifically saying because the

 9    question is, through HHH, only 5 percent of the funding

10    thus far has been spent on emergency temporary shelter.

11    And what you're saying to me, and you just stated, that

12    the Mayor and Council decided to focus on permanent

13    supportive housing.  But does HHH have funding for

14    temporary and emergency shelter?

15                    MS. BARCLAY:  So, Proposition HHH, yes,

16    it is eligible, but it is primarily -- and it is

17    primarily and was designed to focus on permanent

18    housing.  But the City chose to use other resources and

19    significant amount of other resources.  If you want to

20    look at the big picture -- and we are going to be

21    preparing that in the brief -- of the amount of money

22    the City has paid outside of Proposition HHH for

23    facilities that serve people experiencing homelessness.

24    And those are facilities -- the facilities themselves

25    are, in large part, meant to be temporary.

                                              Page 101

1             They're not meant to be permanent for --

2     and Proposition HHH could not be used for temporary --

3     like, we could not have used it for this (indiscernible)

4     structures like you see at a lot of the Bridge

5     homesites.  Because these are bond funds and they

6     require permanent asset that goes with the taxpayer re-

7     payment of those funds over time.

8             SPECIAL MASTER MICHELE MARTINEZ:  Great.

9     Thank you.

10             MS. MITCHELL:  So, I hear what Ms.

11     Barclay has said.  That is not what's in the Resolution,

12     that is not what the voters voted on.  I have a copy of

13     the Council Resolution here.

14             THE COURT:  For a homeless person, I

15     would recommend that you stick around.  (indiscernible)

16             MS. MITCHELL:  Yeah, so specifically,

17     this is the text of the Council Resolution that was

18     passed.  And it says that, "The public interest or

19     necessity demand (a) the acquisition or improvement of

20     real property to provide, (1) supportive housing for

21     extremely low income or very low income individuals and

22     families who are homeless or chronically homeless, which

23     includes facilities from which assistance and services,

24     such as mental health treatment, health care, drug and

25     alcohol treatment, education and job training, may be

                                                Page 102

```
 1    provided; (2) temporary shelter facilities, storage
 2    facilities, shower facilities and other facilities to be
 3    used to provide supportive services or goods to or
 4    otherwise benefit those who are homeless, chronically
 5    homeless or at risk of homelessness; (3) affordable
 6    housing, including better and housing for extremely low
 7    income, very low income and/or low income individuals
 8    and families, including those who are at risk of
 9    homelessness; and (4) associated infrastructure and
10    landscaping."
11              And then there's a series underneath
12    that.  So, the Proposition that was put before the
13    voters mirrors that exact language, which breaks it up
14    into four separate sections, (1) supportive housing, (2)
15    temporary shelter facilities, (3) affordable housing
16    which is capped at 20 percent and associated
17    infrastructure.
18              There is nothing in this Proposition that
19    says it needs to be almost exclusively focused on
20    permanent housing.  And so, when you look at the
21    breakdown with 95 percent permanent supportive housing
22    at an outrageous cost of, we're looking at an average of
23    $570,000 per unit for something like a 400 square foot
24    apartment building, is unconscionable to the City of Los
25    Angeles voters.
```

Page 103

1              So, my question is this, if the issue is

2    resources, I would respectfully ask the Court to ask for

3    additional briefing on how much of the Prop HHH funding

4    is unspent, even if it's awarded, but no notice to

5    proceed has been issued; (2) the City's ability to

6    terminate awards to free up dollars for immediate

7    funding for shelters.

8              Now in that regard, I want to bring the

9    Court's attention to a Motion that was introduced by the

10   Honorable Kevin De Leon, who is here behind me, and I

11   think it's a tremendous Motion, where it states

12   specifically, while almost all of the funding has been

13   awarded, a substantial amount of it is in the pre-

14   development phase, meaning is has received a conditional

15   award and therefore, has not been drawn down upon.

16             While projects in pre-development have

17   received two-year letters of commitment from the City,

18   the subject parties have not initiated formal loan

19   agreements for said projects.  A formal loan agreement

20   memorializes the commitment and officially authorizes

21   expenditure of Proposition HHH funds for a specific

22   project.  The Motion was then made for a request -- for

23   legal options the City may have to potentially withdraw

24   letters of commitment for Prop HHH funded projects,

25   which are currently in the pre-development phase.

Page 104

```
 1              Now, to clarify, according to the HHH
 2    dashboard, there are 4,179 units in the pre-development
 3    phase.  That's an average of $130,000 per unit that's
 4    coming out of HHH funds.  If only 50 percent of these
 5    projects were terminated, it would free up $272 million.
 6    There is a remaining unallocated amount of $30 million.
 7    Combining that would generate $300 million in shelter
 8    funding that could immediately provide roofs over
 9    people's heads.
10              If you're looking at $10,000 per bed,
11    which is entirely possible, that's 30,000 beds that
12    could be immediately available.  That's funding for
13    30,000 beds.  One individual who is here, Brian Hulf,
14    runs the Shared Collaborative Housing.  I know he was
15    not invited by the Court, he was invited by us, and he
16    has a pending Motion in front of City Council since 2018
17    to provide 2,000 beds at only $4,000 per bed.
18              The shared housing option is available.
19    The shelter option at low cost, Andy Bales who is also
20    here, they recently provided a (indiscernible) shelter
21    facility for women at only $10,000 per bed.  You have
22    modular facilities, you have pallet shelter facilities,
23    there are tent facilities.
24              There are a lot of options that could be
25    utilized to get immediate shelter to people who
```

Page 105

```
 1    desperately need it.  So, at $300 million of non-general
 2    fund money, what could we do with that if we were
 3    focused and moving with alacrity?  And that is what we
 4    are focused on.  That is what the City should be focused
 5    on.
 6                 And I also want to add one more thing
 7    because I don't want the County to get a pass.  I
 8    understand there need to be facilities for the County to
 9    provide services.  However, in Measure H, specifically,
10    the voters voted to approve funds to fund mental health,
11    substance abuse treatment, health care, education, job
12    training, rental subsidies, emergency and affordable
13    housing, transportation, outreach -- I mean, all of
14    these things that we typically look at as wrap-around
15    services.
16                 If you speak to outreach workers on the
17    street, they're saying, "Where is the mental health?
18    Where is our substance abuse treatment?  Where are the
19    mental health beds for people that desperately need it,
20    that are crying on the corner?  Where is that help?
21    Where is the substance abuse?  Where are the detox beds
22    that we were promised?"  Measure H suffers from what --
23    my brother is a missionary in Africa and what he will
24    say is, he warns constantly about "mission creep" and
25    that is what Measure H has.  Measure H brought in $500
```

Page 106

```
 1   million that's supposed to provide outreach and services

 2   in 2019.  What happened?

 3              There were a whole lot of really good

 4   ideas and the mission creep happened and we have very

 5   little mental health help, we have very little substance

 6   abuse help.  There are people that are desperate and not

 7   getting the help that they need because their Measure H

 8   is going to fund a series of projects that are not

 9   center to the mission that the voters passed it for.

10              So, you have funding for shelter, you

11   have funding for services.  This needs to be a focused

12   effort and so I would very respectfully request that the

13   Court order additional briefing on those questions that

14   I raised about Prop HHH with also, an understanding that

15   Measure H is nebulous, it is confusing, it is not going

16   to fund those services strictly that it is required for.

17              THE COURT:  I am going to order that.  I

18   want you to draft the proposed language for my

19   consideration, then I'll modify it.  And I'm going to

20   throw that opportunity open to you, the Intervenors, the

21   City, the County, if they want additional briefing in

22   these areas.  I think that's very well taken.

23              MS. MITCHELL:  Thank you, Your Honor.

24              THE COURT:  I very much appreciate it.

25   For the Intervenors, either Brooke or Shayla.  There's
```

Page 107

```
 1    Shayla.  Thank you.
 2              MS. MYERS:  Thank you, Your Honor.  My
 3    name is Shayla Myers, that's S-H-A-Y-L-A, M-Y-E-R-S and
 4    I'm with the Legal Aid Foundation of Los Angeles.  I
 5    represent the L.A. -- the L.A. Community Action Network
 6    and the Los Angeles Catholic Worker.  They are
 7    Intervenors in this litigation.  Pete White, of course,
 8    is the Executive Director of LACAN and you heard from
 9    him earlier today.  There are often moments when the
10    Intervenors in this case agree with the L.A. Alliance,
11    the Plaintiffs in this case.
12              But we do agree with one thing, which is,
13    this issue will not be solved by 50 beds here and 100
14    beds there.  But we strongly disagree with why.  This
15    issue of affordable housing in a homelessness crisis
16    will not be solved by building emergency shelter beds.
17    It will be a tragedy of today, Your Honor, if we end
18    today's Court discussion with a conversation about
19    emergency shelter beds in a Court proceeding that began
20    by evoking the systemic interventions, post-Brown v.
21    Board of Education and the Court's intervention in Brown
22    v. Plata.
23              The emergency shelter system that the
24    City has built is part of the problem that has
25    reinscribed structural racism in the City of Los
```

Page 108

```
 1    Angeles.  We cannot pretend that we will be addressing
 2    any structural inequalities, that we will addressing any
 3    form of structural racism.  If the City continues to
 4    invest as a solution to homelessness in emergency
 5    interventions that provide no path forward for the
 6    individuals who are stuck in those interventions.
 7              This city cannot focus its resources on
 8    emergency interventions with no path forward into
 9    permanent housing.  People who are in emergency interim
10    housing in the city are languishing.  They have no
11    options for permanence.  Project Room Key in Los Angeles
12    is failing, not because it's not getting people off the
13    streets, but because there is no path forward for people
14    to move from those interim interventions into
15    permanence.  And that is reinscribing the system of
16    structural inequality that exists in the City of Los
17    Angeles and in the County of Los Angeles.
18              We cannot create emergency shelter beds
19    that are -- that we purport to be the solution to the
20    structural racism that has gotten the City and County of
21    Los Angeles to where we are today.  That is creating
22    separate systems with no path forward.  For the tens of
23    thousands of black and people of color in this community
24    who are unhoused and who need the supportive services in
25    the City of Los Angeles.  It would be devastating, Your
```

Page 109

1    Honor, to end today with a conversation that focuses on

2    emergency solutions.

3              Councilmember Bonin talked about one of

4    the problems and one of the questions that this Court

5    needs to be asking.  What we would encourage the Court

6    to ask that question, how many people have moved out of

7    the emergency interventions that the City has stood up

8    in the last four years into permanent housing?  And the

9    answer is, very few.  And we're not putting that blame

10   on providers or LAHSA or anyone else.  We don't have to

11   have that conversation about where the blame lies

12   because we know where the blame lies.

13             The blame lies in the fact that we have

14   500,000 too few affordable units in the City and County

15   of Los Angeles.  We are in the midst of an affordable

16   housing crisis.  For decades, the City of Los Angeles'

17   strategy to address homelessness has been to render the

18   problem invisible.  The focus on emergency shelters is

19   in the same path as the focus of criminalization because

20   all it does is move the structural and racial

21   inequalities that have created our housing crisis into

22   the shadows.

23             If you warehouse tens of thousands of

24   homeless people, it will certainly give the remedies

25   that the Plaintiffs are seeking in this case.  It will

Page 110

```
1    give cleaner and passable sidewalks.  It will give
2    people who are housed, the ability to sleep better at
3    night because they will not see the racial and economic
4    inequalities that exist in this city because it will be
5    behind closed doors.
6                 Now, that is not to say that there is not
7    a place for services that unhoused people need.  That is
8    not to say that there are not desperate needs of
9    unhoused people who are on the sidewalks tonight.  But
10   those services are not housing solutions.  They are the
11   FEMA-like response that the City and County are
12   demanding.
13                The City and County could provide
14   bathrooms, handwashing stations that Your Honor ordered
15   at the beginning of this Court proceeding.  The City
16   could stand up tents like this in the rain to keep
17   people dry.  The City could open up the empty buildings
18   to provide people a place to go, to ensure that they
19   could get out of the rain.  But those will never be
20   solutions to homelessness.  Those will be emergency
21   measures that will stop some of the death that Your
22   Honor has been talking about.
23                We have to be honest that the tens of
24   thousands of people who are on the streets of Los
25   Angeles and the 1,340 people who've died last year, did
```

Page 111

```
 1    not die because of a rainstorm.  They died because of
 2    decades of disinvestment and structural inequality and
 3    systemic racism.  And we cannot pretend that that will
 4    be solved by emergency measures that simply address
 5    interim housing solutions with no path forward, Your
 6    Honor.
 7                    THE COURT:  Two more speakers and
 8    possibly three if they'd like and then the Court is
 9    going to conclude with directions.  But Shayla Myers, if
10    you draft that question, you or Mr. Bonin, and that was
11    the 10th question he asked that be added.  And my notes
12    really show that to what extent have people moved from
13    what I call or what you would call emergency or interim,
14    even, to long-term supportive housing.  I just need a
15    better draft of that, okay?  All right.  Thank you very
16    much.  Heidi are you comfortable next and then Andy
17    Bales and please -- and then Susie, the last speaker,
18    through Kevin.
19                    MS. MARSTON:  Thank you, Your Honor.
20                    THE COURT:  Pleasure.  It's nice seeing
21    you, Heidi.  And please identify yourself.
22                    MS. MARSTON:  All right.  Can you hear
23    me?  Heidi Marston.  I'm the Executive Director of the
24    Los Angeles Homeless Services Authority.  So, first of
25    all, I just want to thank Your Honor and the Court for
```

                                                    Page 112

```
 1   holding this here today.  As somebody who lives in

 2   downtown, who works with people on Skid Row and walks by

 3   and witnesses the human suffering, I think this brings

 4   it all together.

 5             Judge, you and I have spoken about Skid

 6   Row since we met.  We've talked about how this is the

 7   epicenter of the crisis that is homelessness, it's the

 8   epicenter of what we know about systemic and

 9   institutional racism and how it impacts people of color,

10   leading them to be four times more likely to experience

11   homelessness.  This is the human crisis that we're

12   talking about so, I, for one, am grateful that we're not

13   only here today, but we're bringing additional attention

14   or shining a spotlight on this and we're demanding the

15   swift action that is needed to really address this

16   issue.

17             From the perspective of LAHSA, we're in

18   complete agreement that the approach here needs to be

19   all of the above.  We need immediate housing solutions

20   that are just getting people inside and getting them off

21   the street.  We have 1,000 units of hotels and motels

22   that we know about, right now, where we could move

23   people inside if we could just pull everybody together

24   to make that happen.  We also need the permanent

25   resources on the back end and that's a longer-term
```

Page 113

1    challenge.

2              But right now, our focus is consistent

3    with yours that we want people inside.  Nobody should be

4    dying without a roof over their head, nobody should be

5    dying because of living out on the streets in these

6    conditions and I know that LAHSA, I know our

7    Commissioners, and I know that all of us here are in

8    agreement that swift action needs to be taken and it's

9    gone on too long.

10             THE COURT:  We know that the Mayor has

11   emergency powers, the Mayor can choose to exercise those

12   powers or not, that's the Mayor's prerogative and the

13   Council's.  You've heard my questions today about the

14   disproportionality of the minority population.  You've

15   heard my deep concern about the vulnerability and abuse

16   of women on the streets.  That certainly doesn't take

17   away from the general issue of houselessness or

18   homelessness.  This is a very difficult path.  This has

19   been instituted before on very rare occasions or we've

20   even started this kind of (indiscernible).

21             One was Judge Johnson in the south with

22   desegregation where he issued what's called a

23   "constructive or affirmative" injunction.  That tells,

24   instead of what you shouldn't have done, what you should

25   do.  Obviously, that should be the first prerogative,

1    always, of the City and the County.  But starting down

2    that line, I'm starting to make that inquiry and

3    obviously, concerned that we may have reached that

4    emergency where the local authorities don't have the

5    ability or -- to enact those necessary measures.

6                    That is a briefing I'm going to request

7    by February 16th.  It's going to be centered around

8    those equitable powers.  I'm certain the Plata case is

9    going to be looked at.  I'm certain that Brown will be

10   looked at.  I'm certain that the whole discussion of

11   equity and what the strength is or not and whether the

12   Court should even exercise it.  But it's going to be far

13   reaching and I'm going to allow all the parties to

14   include additional questions.

15                   Elizabeth Mitchell raised some, if LAHSA

16   has some, especially showing your structure.  One of the

17   things that I'm saddened by is that, for LAHSA, I may be

18   wrong, but I get concerned that you've got the desire,

19   but you don't have the power.  That you're caught in

20   between, that you've got dedicated people and the end

21   result it, I punch back on LAHSA, other people punch

22   back on LAHSA, but as I'm growing and learning, I say to

23   you that I'm concerned that maybe you should have a lot

24   more power or maybe you shouldn't exist.  I just don't

25   know.

Veritext Legal Solutions
866 299-5127

1            But I'm waiting now to find out what that

2    product is on the street, not the next shiny ornament or

3    promise under the tree and I'm amazed that we couldn't

4    put up, literally, humble structures like this just to

5    get people out of the rain temporarily.  And then I'll

6    have Shayla help tear them down if she wants to.  And I

7    really mean that.  But during the winter months, what we

8    observed is a micro, with some judge and a councilman

9    standing in a parking lot, supposedly focused on this

10   micro issue and it's not micro at all.

11            It's emptomatic or emblematic of Los

12   Angeles street and an agreement reached that you were

13   present at, the Intervenors were present at and we are

14   going to have housing on Los Angeles Street.  We're

15   going to have (indiscernible) underneath the freeway.

16   If you remember the 16th.  And it was argued to the

17   Court that we've been negotiating for this with the

18   Governor's office for six months and Judge, we're going

19   to put people under there.

20            And then we all reached an agreement, and

21   we were going to go farther, and I think Brooke

22   (indiscernible) had to get on the phone and say, "Judge,

23   we just discovered we can't put people underneath the

24   freeway" after the representation was, "We've been

25   talking to the Governor's office for six months."  I

Page 116

```
 1    mean, it caused a little bit of concern on the Court's
 2    part.  It causes a lot of concern on the Court's part
 3    about Los Angeles Street and I can see the push back.
 4    My response as a Judge is, so where's the equity here?
 5    We're down here now in Skid Row.
 6                  Is this community going to, once again,
 7    be the primary recipient where the homeless then are
 8    moved down inequitably or the only place that they can
 9    come because we supposedly built it up historically?  It
10    seems, potentially, so disproportionate, if not, racist,
11    quite frankly and it's not providing the safety for the
12    women and it's letting the community regenerate and be a
13    part of the community that most people down here
14    actually would like to be.
15                  And this idea that the outside
16    (indiscernible) Skid Row.  I'd like to call it Skid Hope
17    from now on.  I think John Sherin gave me that.  So,
18    dealing with this Heidi, I'm walking a very difficult
19    road.  If this power was ever considered by the Court, I
20    want briefing on it, and number two, I really have to
21    reflect what the Court's role would be.  But obviously
22    I'm concerned, or I wouldn't be asking of the Plata
23    case, starting down these financial questions if the
24    City won't act should the Court, especially with the
25    death spiraling.  I want to humbly thank you for being
```

Page 117

1    here.

2                    MS. MARSTON:   Thank you and Your Honor,

3    to your points, I'm saddened also that everything led to

4    what happened on Friday, the fact that we were trying to

5    put tents up that people shouldn't even be out here in

6    the first place and I know that you use your own

7    personal resources to shelter people.

8                    As somebody who's done that too, I'm

9    saddened that that's where we're at and so, I appreciate

10   you looking into the issue.  I don't know what the right

11   answer is either in terms of the governance of the

12   entire system.  But I want to work with you and be an

13   asset to tell you what I know and tell you what I've

14   learned and partner with you on how we solve this, this

15   really big issue.

16                   THE COURT:   It's amazing behind the

17   scenes listening to the persons because there's a lot of

18   decades of just litigation and bad feelings.  But when

19   you really listen to the people on both sides, in some

20   areas, they're very much together and what I'm feeling

21   that one thing's coming together is the possibility of

22   reaching an agreement where the City retains control in

23   good faith, with staff.  But that the Court really in a

24   Consent Decree, is involved.

25                    The other option, of course, is the Court

```
1    acting and starting down a path today that if it enacted
2    its equitable powers if it was appropriate, then when
3    does the City ever get that power back?  The Court then
4    possesses that power, the very thing the Courts hope not
5    to do.
6                  MS. MARSTON:  Understood.  Thank you.
7                  THE COURT:  1,383, 32 percent rise in
8    death.  It's got to stop now, Heidi.  Okay, Kevin, I'm
9    going to ask you if you'd like to come forward and if
10   you'd like to introduce Susie through you, so, Kevin
11   (indiscernible), I'll ask the councilperson to come back
12   and we'll conclude with Kevin and if he chooses to have
13   Susie testify.  Oh, I'm sorry.  Who did I miss?  I see
14   points.  Andy Bales -- Andy, I'm sorry.  My apologies.
15   I mentioned you and -- never meant to take you for
16   granted.
17                  MR. BALES:  Thank you, Judge.
18                  THE COURT:  Please.
19                  MR. BALES:  Is it on?
20                  THE COURT:  No, but if you --
21                  MR. BALES:  Is that it?  Hello?  Hello?
22   My name is Andy Bales.  I'm the President and CEO of
23   Union Rescue Mission, better known as the Chief Beggar.
24   So, the death rate so far in 2021 is up 74 percent, 32
25   percent rise last and 74 percent, so far this year, 165
```

                                                    Page 119

1    in January, 90 in January of 2020.  I'm so glad that we

2    are able to --

3                    THE COURT:  Andy, just -- I want to get

4    this --

5                    CLERK:  You have it on, that's why,

6    Judge.

7                    MR. BALES:  So glad we're able to use

8    this facility for such an important, historic meeting

9    today and I'm so sorry we weren't able to use it for a

10   much more important use on Friday during the cold and

11   the rain to get women off the streets.  There's no more

12   important of an issue than getting women, precious women

13   made in the image of God, vulnerable to the elements and

14   predators, off the streets and safe.

15                    I thought it was interesting the timing

16   of the three great reports in three different media

17   sections of the newspaper yesterday about all the city

18   is planning and, in the pipeline, 7,900 units by 2024.

19   That was very interesting timing and in it, the Mayor

20   was quoted as saying, "No city is doing more for the

21   homeless in the United States" and I would say, "No city

22   is needed -- is in need of doing so much more than the

23   City of Los Angeles for the homeless."  Also, it seems

24   like the news and the press reports always lead the

25   action.

                                                    Page 120

```
 1                    There was another article, interesting

 2     timing, that said that every bit of Project Room Key

 3     would be repaid from FEMA and that going forward, all

 4     the costs of Project Room Key would be reimbursed and

 5     retroactively, all the costs of Project Room Key would

 6     be reimbursed, but Project Room Key is being closed down

 7     and people are being sent out to the streets from

 8     Project Room Key.

 9                    And Judge, I learned Friday while you and

10     Michele were working to get 120 units from Heidi and

11     LAHSA, Heidi was working trying to get 120 Project Room

12     Key rooms, but the City and the Mayor wouldn't allow her

13     to get the funding for those units.  So, here we have an

14     article stating that all expenditures of Project Room

15     Key would be totally funded by FEMA, both forward and

16     retroactively and meanwhile, while women were standing

17     in the cold rain, barely dressed and with no shoes, 120

18     rooms were rejected for those very women suffering on

19     the streets.

20                    So, I follow suit with Mike Bonin and

21     say, "Judge, whatever powers you have, whatever

22     resources and solutions you can bring equitably across

23     the table, please bring it now." We are losing 5.3

24     people per day to death from the devastation of

25     homelessness.  We are fighting too many skirmishes.
```

Veritext Legal Solutions
866 299-5127

1    It's time to declare war on homelessness and take

2    immediate, urgent, FEMA-like action.  I cried all the

3    way home Friday because I knew none of the women were

4    getting out of the rain and the cold.  Thank you so

5    much.

6                THE COURT:  Could you repeat those stats

7    at the beginning (indiscernible)

8                MR. BALES:  So, last year it was 1,883

9    precious human beings made in the image of God who

10   perished on the streets of Los Angeles from multiple

11   causes.  The biggest cause, by the way, overdose deaths

12   from addiction and yet we don't move toward recovery.

13   We need to move toward recovery.  Second leading cause

14   was heart disease, third was traffic deaths, getting hit

15   by a car and left for dead.  Hypothermia, we lead New

16   York and San Francisco in hypothermia deaths.

17               COVID-19 was 71 of those cases, certainly

18   not the leader, but growing every day and yet so far

19   this year, January of 2021, 165 deaths.  Last year at

20   this time, it was 90 deaths in January of 2020.  Deaths

21   so far this year are up 74 percent.  It was a 32 percent

22   increase last year.  It's already a 74 -- we can't wait

23   any longer to declare an emergency, we are far past an

24   emergency.

25               We have been for years, but this is --

                                          Page 122

```
 1    this is beyond belief.  This is -- like, we're living in

 2    the Twilight Zone and none of us are realizing what is

 3    going on, on our streets.  We need you, Judge.  We need

 4    you to act now.  Thank you so much.

 5                 THE COURT:  Eddie, I think you said

 6    1,800.  You meant 1,383, is that correct?

 7                 MR. BALES:  Oh, 1,383.  I'm sorry.  I

 8    guess I'm predicting this year, unfortunately.

 9                 THE COURT:  Okay.  No, I just want to

10    make -- thank you, Andy Bales.  Kevin De Leon or any

11    other persons?  Otherwise, we'll conclude this hearing

12    with a -- well, Dawn, would you coordinate with Andy and

13    with Susie.  We can't -- it wasn't on the -- yeah.

14                 COUNCILMAN KEVIN DE LÉON:  Your Honor, as

15    well as Madame Special Master, just very quickly wanted

16    to introduce a woman who has dedicated her life to the

17    unhoused community who has spent so many days, so many

18    nights, so many weekends, so many years right here in

19    Ground Zero, in our Skid Row community.  She's the

20    Executive Director of Poverty Matters.  She's also a

21    Health Commissioner for the City of Los Angeles, that's

22    no other than Susie Shannon.  Susie Shannon?

23                 MS. SHANNON:  Hi.  I wanted to thank you,

24    Judge Carter and to the Special Master, Michele Martinez

25    and Councilmember Kevin de Leon for giving me an
```

Page 123

```
 1    opportunity to speak today.  I am also formerly in-
 2    housed and I'm the drafter of SB1380, which is the
 3    State's Housing First legislation that was authored by
 4    Holly Mitchell.  I also agree that temporary emergency
 5    shelter is not the answer.  It's a revolving door that
 6    keeps people homeless and the answers are pre-fab
 7    modular housing, adaptive re-use, master leasing.  We
 8    know that already.
 9              That's not to say that people should not
10    be allowed to come in out of the rain.  And I think that
11    what happened on Friday is exactly what this hearing is
12    about, with all due respect.  Because it's the politics
13    of who gets help and who doesn't.  Who has to wait
14    outside the gates of a parking lot adjacent to the
15    downtown Women's Center and who gets to come in out of
16    the rain.
17              And the irony is not lost on me that we
18    are sitting here under a tent that was erected for
19    people to come in who are unhoused and now is being used
20    as a hearing to talk about, once again, the unhoused
21    community.  So, if it's okay with you, I'd like to read
22    into the testimony what happened on Friday because
23    there's two things.  One is, I don't want things to get
24    swept under the rug and I also want there to be some
25    accountability.  So, on Friday, January 29, 2021, I came
```

Page 124

1    to the Skid Row area of Los Angeles to meet L.A.

2    Councilmember Kevin de Leon --

3                    THE COURT:  Read slower.

4                    MS. SHANNON:  -- okay -- and Judge

5    Carter, who were in the process of commandeering

6    government-owned parking lots to be used for the purpose

7    of creating a warm and dry space for our unhoused

8    community during a torrential rainstorm.  It was

9    storming when I arrived at the parking lot located at

10   5th and San Pedro, immediately adjacent to the Downtown

11   Women's Center, a nonprofit, whose mission is to care

12   for unhoused women in Los Angeles.

13                    I observed several people just outside

14   the parking lot, predominantly people of color,

15   shivering out in the storm, in wet clothes without hats,

16   coats, umbrellas, boots, plastic raincoats or tents, or

17   any means of then warm or obtaining shelter during the

18   storm.

19                    As someone who has worked with our

20   unhoused community since 2005 and served as a Los

21   Angeles Health Commissioner since 2015, I was aware of

22   the dangers of hypothermia, loss of body heat, and the

23   statistics in 2019 from the LA Coroner's Office, which

24   showed that the death rate in Los Angeles for the

25   previous three years due to inclement weather causing

                                            Page 125

1   hypothermia, had exceeded those in many colder regions,

2   including New York.

3                 The parking lot was completely fenced in

4   with a heavy metal gate that opened into the lot and

5   entrance to the Downtown Women's Center.  A group of

6   small canopies dotted the center and far end of the

7   parking lot, which I was told were used for COVID-19

8   testing.  I spotted Councilmember Kevin de Leon speaking

9   with the Downtown Women's Center Director, Amy Turk, at

10  the DWC entrance.

11                I walked up to greet everyone, and Amy

12  was visibly upset and clearly unhappy that the City-

13  owned parking lot they were currently using for their

14  staff and board was now being commandeered to help the

15  women who are homeless, wet and cold outside their

16  facility.  We were told a member of the board was on the

17  way.

18                General Jeff and Pete White, organizers

19  from local organizations, and Dawn, an activist, were

20  waiting under the center area canopies, and I walked

21  over to greet them, along with Judge Carter and Special

22  Master Michele Martinez.  I also met Pastor Don.

23                A few minutes later I was standing with

24  Councilmember Kevin de Leon, when we were approached by

25  Elizabeth Faraut, the Downtown Women's Center Board

Page 126

```
 1    President.  She made it clear that the DWC wanted to
 2    know the plan for bringing unhoused women onto the
 3    property, and made it clear that they were not happy
 4    with this last-minute takeover of the parking lot.
 5                    Councilmember de Leon explained the
 6    urgency of the situation and the need for the City to
 7    provide this service for our unhoused community in the
 8    midst of a rainstorm.  He explained that without
 9    cooperation, the Court could at any point place an
10    injunction on the City and sees the property for the
11    benefit of the unhoused community.
12                    At some point, I commented that using the
13    parking lot to provide this service should be in line
14    with the mission of the Downtown Women's Center.
15    Apparently, that was not the case.
16                    At one point, I walked a few blocks away
17    to meet Melvin, an unhoused man I'm helping on Skid Row.
18    On my way to meet him, I spoke with several women who
19    were huddled in doorways, many wearing short-sleeved
20    shirts with no outerwear to protect them from the cold
21    rain.  As the parking lot was going to exclusively
22    service women, I mentioned to each that a warming center
23    was being set up at 5th and San Pedro, and they should
24    stop in if they needed a place to get warm and dry or
25    sleep for the night.
```

Page 127

1            In the meantime, Judge Carter and Special

2    Master Michele Martinez went out to speak with unhoused

3    women on San Pedro Street, just outside and in near

4    proximity to the Downtown Women's Center.  They came

5    across a couple of elderly women suffering from

6    hypothermia and made arrangements to move them to non-

7    congregate individual shelter.

8            In the ensuing hours, the Downtown

9    Women's Center would contact the Mayor's office, the

10   City Attorney's office, and their own legal counsel as a

11   means of pushing back from the emergency center.

12   Kirkpatrick, Mayor Garcetti's representative, was also

13   present, and I just witnessed him huddled at the

14   entrance of the Downtown Women's Center with its staff.

15           I was not aware of any help offered to

16   help set up the warming center from any of these

17   government entities or the Downtown Women's Center.

18   There seemed to be more jockeying for position and

19   control than a willingness to help the unhoused

20   community in the area.

21           Although de Leon staffs were headed by

22   Sarah Flaherty had estimated that the parking lot could

23   accommodate 60 people socially distanced, the Downtown

24   Women's Center staff seemed adamant that they wanted to

25   limit the number two approximately 20 women, and that

Page 128

```
 1    they be given complete control over which women were

 2    serviced in the parking lot.  It reminded me of the

 3    limited number of people who were allowed access to the

 4    lifeboats on the Titanic, which rode away from the ship

 5    half full while many were left to die in freezing cold

 6    temperatures.

 7              Various organizations began to show up

 8    with provisions.  The Salvation Army brought tents and

 9    disaster blankets.  Volunteers of America brought

10    provisions.  Andy Bales from Union Rescue Mission

11    brought small portable tents.  Urban Alchemy offered

12    support.  All while Councilmember de Leon's staff were

13    making arrangements for portable toilets, showers and

14    heaters.  At one point, Councilmember de Leon and I left

15    to purchase several dozen thick, warm blankets from a

16    local retailer.  This was a coming together of the

17    community.

18              As a large party tent, which could

19    accommodate several smaller tents, was being erected in

20    the parking lot, Councilmember de Leon received word

21    that 120 units, 60 through Project Roomkey and 60

22    through the Weingart were available.  In light of the

23    availability of the units and the pushback from Downtown

24    Women's Center, there was an agreement that the units be

25    used immediately and that the parking lot would continue
```

Page 129

1  to be staged as a nighttime warming center, but not used

2  for the weekend until more details could be sorted out

3  with the Downtown Women's Center.

4          LAHSA was designated to move people into

5  the units, and there was an agreement that those who

6  received the temporary housing would come from the skid

7  Row area near the Downtown Women's Center.  When

8  Councilmember de Leon and I left the property, our

9  understanding was that LAHSA would be arriving soon to

10  move people into the 120 units.  I had my reservations

11  that things would move smoothly, as presented to us by

12  LAHSA, but trusted the process.

13          As it turned out, the units were not

14  available, with LAHSA stating that Project Roomkey sites

15  could not provide intake that night, and the Weingart

16  presenting several hurdles, including a waiver that was

17  needed from the County Health Department.

18          Councilmember de Leon was able to secure

19  the County waiver, but it became clear that none of the

20  120 units would be available that night, as promised.

21  And all the women who were waiting to be moved into

22  temporary housing would be left to sleep on the cold,

23  wet streets of Skid Row.

24          By the time Councilmember de Leon and I

25  arrived back at the Downtown Women's Center earlier that

1  evening, Judge Carter, Michele Martinez, General Jeff,

2  Pastor Don, de Leon staffers Eden and Adrianna, and

3  Dawn, an activist, were waiting for us outside the gates

4  of the Downtown Women's Center, along with about eight

5  women who were waiting to be moved into hotel rooms.

6  They explained they had been forced to leave the parking

7  lot of the Downtown Women's Center when the staff left

8  for the day.

9         It was Friday night, and all of us were

10  deflated.  After 16 hours making preparations to help

11  people come in from the cold, we were back to square 1.

12         Judge Carter and Michele Martinez had

13  promised about eight women they would be sleeping in

14  hotel rooms that night, but it was clear that nothing

15  would be available for them or the other women who could

16  have been helped with the 120 units from LAHSA, the

17  Mayor's office, the City Attorney's office, the Downtown

18  Women's Center, or any agency tasked with providing help

19  for the unhoused.

20         Judge Carter, Michele Martinez and

21  Councilmember de Leon made one last appeal to the

22  Downtown Women's Center to open up the warming center,

23  but we were ultimately left with more excuses and

24  stonewalling.

25         In the end, Councilmember de Leon and

```
 1    Pastor Don agreed to split the cost of hotel rooms for
 2    the eight women who were waiting for temporary housing
 3    outside the gates of the Downtown Women's Center.  At
 4    this point, I realized that no help would be coming from
 5    the Downtown Women's Center for the women on the street
 6    and asked security to let me into the parking lot so
 7    that I could retrieve the blankets my organization had
 8    bought earlier in the day.  Several of us helped to hand
 9    them out to people on Skid Row to keep them warm.
10              Councilmember de Leon's staff, Eden and
11    Adrianna, made arrangements to put the unhoused women up
12    at a nearby hotel, and we all walked and shuttled them
13    over.  It took about 45 minutes to an hour to get
14    everyone checked into the hotel.  The total cost was
15    approximately $1,200, split between de Leon and Pastor
16    Don.
17              We walked back to our cars at about 10:00
18    PM, unclear when or if the units would ever be
19    available, but with a clear understanding that there was
20    no emergency process in the city of Los Angeles for
21    helping the unhoused community.  Once again, help would
22    be left to caring individuals and advocates, while the
23    agencies and nonprofits tasked with helping the unhoused
24    stood on the sidelines, or worse, threw barriers in the
25    way of providing help and keeping people safe.
```

Page 132

1            As an aside, I have been working as

2    Policy Director for the Healthy Housing Foundation, who

3    have been trying to get 74 units of housing online for

4    unhoused community.  I've had that with nothing but red

5    tape from the City.

6            What happened on Friday is a microcosm of

7    a dysfunction that has permeated every part of the

8    system designed to provide relief to the unhoused

9    community.

10           And with that, I would ask that the Court

11   step in.  I have nothing but respect for Councilmember

12   de Leon and Councilmember Bonin, and put a lot of faith

13   in them.  But our city is not capable of governing

14   itself and it comes to homeless issues, when it comes to

15   helping the unhoused community, even bringing people in

16   from the rain.

17           THE COURT:  I can't help (inaudible).  We

18   were about to conclude, but it would be discourteous,

19   because I see that some of the Fire Marshal, and I want

20   to thank (inaudible).

21           WOMAN:  (inaudible)

22           THE COURT:  Thank you.  I'd like to thank

23   --

24           (Overlapping speakers)

25           THE COURT:  Can you hear me?  Because

```
 1    this thing isn't working.
 2                    WOMAN:  There's (inaudible) here.  It's
 3    off.  There you go.
 4                    THE COURT:  Now you can hear me.  I'm
 5    sorry.  No wonder.  I want to thank you for responding,
 6    as a first responder.  Amazing.  I want to thank you for
 7    your service.
 8                    MAN:  Thank you, sir.
 9                    THE COURT:  We've received a figure
10    already that 165 houseless or homeless people have died
11    in this city are a dramatic rise.  What I don't have is
12    a figure for Skid Row.  And it's an astronomical rise.
13    It's been given as up over 74 percent over last year.
14    We have the figure of 1,383 who perished last year, 71
15    from COVID; about 4-5 houseless or homeless people dying
16    a day.  Is the figure accurate of 165 in January?
17                    DR. ECKSTEIN:  Yes.
18                    THE COURT:  And your name?  And I'm
19    sorry.  I know who you are, and it's a pleasure.  But
20    your name for my record?
21                    DR. ECKSTEIN:  Thank you, Sir, for
22    inviting me.  Dr. Marc Eckstein.  I'm the Medical
23    Director and EMS Bureau Commander for the Los Angeles
24    City Fire Department.  Certainly want to answer any
25    questions the best I can regarding this tragic
```

```
 1   situation.
 2               I will say, regarding your questions
 3   about cardiac arrests for individuals on Skid Row, both
 4   for homeless individuals and housed individuals, I think
 5   it's very important for everyone to be aware that
 6   because of the impact of the pandemic, there was a huge
 7   spike in cardiac arrests overall city-wide last year
 8   that was unprecedented.  That was particularly during
 9   the last surge.  So the month of December of 2020,
10   compared to December of 2019, there was about a 100
11   percent increase, meaning the number of cardiac arrests
12   in the city more than doubled.  So it's important to
13   keep that in mind.
14               THE COURT:  Are our figures correct,
15   then?  Because the popular press has printed and the
16   news has reported figures coming from the health
17   officials that 1,383 people perished last year.  Is that
18   correct?
19               DR. ECKSTEIN:  If that data was from the
20   coroner's office, I would expect that to be accurate --
21               THE COURT:  Just a moment.  Do you know?
22   And if not, don't worry about that.
23               DR. ECKSTEIN:  I don't know that --
24               THE COURT:  Okay.
25               DR. ECKSTEIN:  -- figure offhand, sir.
```

```
 1                    THE COURT:  We've also received the
 2   figure from the same office, that 71 perished of COVID-
 3   19 in 2020.  So our figures were 1,383 perished; 71
 4   COVID-19; a 32 percent rise.  In January, we have the
 5   staggering figure of 165.
 6                    What I'm not seeing, though, are the
 7   figures for Skid Row, which is almost a separate city in
 8   and of itself.  Can you help me with the number who
 9   perished from whatever cause in Skid Row in January?
10                    DR. ECKSTEIN:  Yes, Sir.  The data I have
11   is broken down by year.  I don't have the monthly
12   breakdown.  This was a data pull --
13                    THE COURT:  It would be this year, 2021.
14                    DR. ECKSTEIN:  Oh, no, Sir.  I have
15   aggregate data for -- I have aggregate data from 2018,
16   2019 and 2020.  I don't have a monthly breakdown.  This
17   was a last-minute data request.  I'd be more than happy
18   to run that data and provide that to you downstream.
19                    THE COURT:  If you would give that to the
20   -- first, Alliance, the Plaintiffs or the Intervenors or
21   the City or the County, it would be very much
22   appreciated.  They're going to be doing some briefing by
23   February 16th.  So, thank you.  To go along with the
24   other data that's easily gathered by the City and the
25   County.
```

Page 136

```
 1                    But perhaps you could share with us the
 2      five years or some period of progression so that we can
 3      understand homeless deaths in the city, and start in a
 4      comfortable place for you.  2016?
 5                    DR. ECKSTEIN:  So our data for --
 6      specifically to identify cardiac arrest numbers for
 7      persons experiencing homelessness only began in 2018.
 8                    THE COURT:  Okay.
 9                    DR. ECKSTEIN:  We did not ask our first
10      responders to delineate PEH versus otherwise prior to
11      2018.  So I only have three years --
12                    THE COURT:  Okay.
13                    DR. ECKSTEIN:  -- worth of aggregate
14      data, sir.
15                    THE COURT:  But I know historically
16      reading so many documents, that if they're correct --
17      and they cross-reference each other -- that heart
18      attacks at 23 percent for a while were your highest
19      number; 22 percent narcotics overdose.  There is a
20      difference between about 11.8 percent on your traffic,
21      homeless dying of getting hit by a car or dropping off
22      an overpass -- in fact, a couple happened just the other
23      day when I was up here.
24                    Can you break that down for the City when
25      they're submitting stats?  In other words, can you take
```

Page 137

1    me back five years?  But can you gather that data?  And

2    it's not just confined to heart attacks.  It's

3    (inaudible) all causes.  Because there's suicide in

4    there as well.  I've got heart attack, substance abuse,

5    traffic, 1,2, 3.  And then I've got (inaudible)

6    hypothermia.  I think there were eight last year, four

7    the year before.

8                    I'm also interested in the statistical --

9    that's a god-awful word when you're dealing with human

10   beings -- with the rise of people who are perishing.

11   Because I see 835 in one year, then approaching 1,000;

12   now we're 1,300.  I see an ever-increasing spiral of

13   death.

14                   DR. ECKSTEIN:  Yes, Sir.  So, a few

15   caveats.  Keep in mind that the way we break down our

16   data for the City is individuals who are in cardiac

17   arrest --

18                   THE COURT:  Right.

19                   DR. ECKSTEIN:  -- that are -- who are

20   paramedics and EMTs attempt to resuscitate, versus those

21   individuals who basically are found deceased --

22                   THE COURT:  Right.

23                   DR. ECKSTEIN:  -- and therefore, no

24   resuscitative efforts are initiated.  And unless there's

25   clear evidence of a violent mechanism, such as a traffic

Page 138

```
 1    accident, gunshot wound, stab wound, or clear evidence

 2    of an overdose, unless there's an autopsy performed, the

 3    cause of death is undetermined as far as the Fire

 4    Department is concerned.

 5              So cause of death, I would leave to the

 6    Coroner's office.  We know there are a fair number of

 7    individuals who succumbed -- that ended up being

 8    pronounced on scene this past year that may or may not

 9    have been due to COVID.

10              THE COURT:  Right.

11              DR. ECKSTEIN:  And a large percent of

12    those individuals did not have an autopsy done because

13    there was no suspicion of foul play, and also due to the

14    sheer volume that overwhelmed the Coroner's office.

15              THE COURT:  I was reading in the press

16    from either Shayla Myers, who is an advocate or

17    intervenor here, or Andy Bales, or both -- and I'm not

18    sure which one -- but somebody made the comment that

19    this wasn't the true count of homeless or houseless

20    deaths.  In other words, what we were seeing through

21    your efforts as a first responder was actually a

22    relatively known number, because people were dying in an

23    emergency room or a hospital.  And those weren't the

24    people that were counted in a sense and brought into

25    this equation of the 1,383.
```

```
 1              How would I get a better picture of this
 2    calamity?  Because right now, I think the advocates
 3    would argue to me, and I know that the Rescue Mission
 4    and other very reputable people join together in the
 5    fact that this is an undercount.  You're --
 6              MAN:  Just (inaudible).
 7              THE COURT:  -- 383, but it's
 8    significantly (inaudible).  Where would I go?  I'm not
 9    putting the burden on you.  Would I go to the Coroner's
10    office?  Does the hospital in a sense account for these
11    and bring them back?
12              DR. ECKSTEIN:  So, certainly what I have
13    -- what I could provide and the data I have in front of
14    me, and happy to share a copy with you electronically.
15    We ran a query for the years 2018, 2019 and 2020 for
16    cardiac arrests city-wide, and then we also broke it
17    down by Skid Row, which corresponds to Fire Station 9's
18    district.  And we also further delineated those patients
19    who were categorized as being homeless by our first
20    responders versus not being homeless.  And then we have
21    the percent change from 20 -- you know, year to year --
22    2018 to '19 and 2019 to '20.
23              But I don't have, again, is cause of
24    death, whether it's suspected cardiac related, violent
25    crime, traffic accidents, drug-related, and so forth.
```

                                          Page 140

```
 1    Cause of death, specifically, I would leave to the
 2    Coroner's office, if they so determined.
 3                  But I would say, Judge, that to your
 4    point, I would probably say more often than not the
 5    cause of death is undetermined, because what we see,
 6    particularly with the homeless population and
 7    particularly in the Skid Row area, is a very high
 8    percent of cardiac arrests that when our first
 9    responders arrive, they're beyond help and no
10    resuscitative efforts are initiated, because there's no
11    bystanders around to try to initiate care or call 911 in
12    a timely manner.  So there's a disproportionate number
13    of individuals who are beyond help by the time the Fire
14    Department is notified and arrives.
15                  THE COURT:  Feeling, but not making a
16    finding of, is that I'm seeing a credible number, but
17    not the -- whatever the true number is.  That it's
18    higher and it's going to be hard for the Court to
19    determine how much higher than the 1,383.
20                  DR. ECKSTEIN:  Yes.  I think what makes
21    the data a little bit easier to query is that any
22    individual from the Skid Row area who is transported by
23    the Fire Department gets transported to County USC
24    Medical Center.  So any patient who dies at the med
25    center who came from Skid Row who is deemed to be
```

Page 141

```
 1   homeless, that would help make sure that the total count
 2   is correct.  Because everyone gets transported to County
 3   USC.  The don't go to any other hospital from this area.
 4                THE COURT:  I want to thank you.  Let's
 5   get you back to your job.  And the litigants will
 6   contact you if they so choose to get that information to
 7   the Court.  So you'll have more time.  And I know
 8   everybody today is going through a preliminary process.
 9   So humbly, thank you for being here, sir.
10                DR. ECKSTEIN:  Thank you, Sir.  And
11   again, if you need more specific data, just let me know
12   and we'll pull whatever data we have available.
13                THE COURT:  I'll leave that to the
14   parties to do so.  All right.  I'm going to --
15                DR. ECKSTEIN:  Thank you, sir.
16                THE COURT:  I want to -- Amy Turk,
17   please.  She was our host today.  And I want to thank
18   Amy for receiving us today, thank Amy Turk.  And if
19   you'd be kind enough, would you state your name for the
20   record?  And then as we recess, I'll call on Kevin de
21   Leon, because we started.
22                MS. TURK:  Thank you, Judge Carter.  I'm
23   Amy Turk, the CEO of Downtown Women's Center.  Welcome
24   to the parking lot that we have enjoyed for over 10
25   years now, as we operate supportive housing behind us in
```

Page 142

```
 1    our campus, and we serve 5,000 women a year through our
 2    access center, our co-located health clinic, our mental
 3    health services, and helping women find employment,
 4    which many of the women work in our social enterprise.
 5    And if it wasn't for a pandemic, we'd be having a cup of
 6    coffee made by Downtown Women's Center, right next door.
 7                 Our strategic plan includes massive
 8    growth and creating supportive housing for women
 9    experiencing homelessness.  One of those projects is
10    right here on this City-owned lot.  We have been so
11    thrilled to have fantastic representation from our new
12    Councilmember de Leon, who has supported the future of
13    this parking lot becoming 98 units of permanent
14    supportive housing.
15                 We submitted our first public funding
16    application for that project through the No Place Like
17    Home funds, which of course we know the Councilmember
18    was responsible for.  So we envision that to come on
19    this parking lot.  And you know, with all due respect,
20    Judge Carter, you surprised us last Friday.  I had only
21    read about you in "LA Times" and heard about your work,
22    but I got to meet you on Friday when I learned that the
23    parking lot was being converted into the two tents that
24    we sit under today.
25                 That was Downtown Women's Center's first
```

Veritext Legal Solutions
866 299-5127

1  awareness, although we had been in talks with our

2  (inaudible) about what could be possible while we go

3  through the process before we break down on that

4  permanent solution.

5              So to date, we have started on building

6  what we'll call a Women's Village here under these

7  tents.  The Councilmember put forward a motion

8  yesterday, which secures the funding the Downtown

9  Women's Center did not have last Friday to do a robust

10 program.

11             Last week we worked with the Public

12 Health Department and we received a report on how we

13 could safely serve women here.  Twenty may sound low,

14 but that's what is possible with a six-foot distant

15 protocol.

16             Our next step is Friday, we are meeting

17 with the Fire Department to secure as fire permit and to

18 see how to safely facilitate the programs.  With

19 everything in place, we intend to open as soon possible.

20             You know, you came to us at a perfect

21 time to focus on the needs of women.  Women's

22 homelessness has been a crisis for far too long.  Twenty

23 thousand women across the County are experiencing

24 homelessness any given night.  Disproportionately, these

25 women are women of color, and disproportionately, they

Page 144

```
 1    have experienced gender-based violence.
 2              And every three years we do a report on
 3    needs assessment -- I'd like to submit this to your
 4    hearing -- which has a number of solutions expressly
 5    given from the voice of women experiencing homelessness
 6    across the City.  And we're obviously a partner now and
 7    looking forward to working with you in the future.
 8    Thank you, Judge Carter.
 9              THE COURT:  Thank you very much.
10              COUNCILMAN KEVIN DE LÉON:  Thank you very
11    much.  Your Honor will -- and I'm back up here for a
12    second round.  Let me just reiterate and then underscore
13    we thank Amy Turk, Downtown Women's Center, for hosting
14    us here at 5th and St. Pedro.  And I concur with her and
15    the staff and the Board Chair, Elizabeth, that the
16    future project, the future program they have here for a
17    minimum of 94 units for housing for our unhoused
18    community, is going to be essential.  It's going to be
19    critical, and we're looking forward to seeing this
20    through its succession to help improve the human
21    condition for so many women who are living here in
22    degradation in Skid Row.  So I want to thank her and the
23    leadership of the Downtown Women's Center.
24              So, Your Honor, Madam Special Master, I
25    think that we need a north star, because short of a
```

Page 145

```
 1    north star that provides us real clear objectives, a
 2    real pathway, a real direction that we will continue to
 3    meander, we will continue to walk aimlessly in the
 4    desert with no clear, coherent vision as to how we will
 5    house the sizable, unhoused population in the City and
 6    County of Los Angeles.
 7              Now, three weeks ago, I introduced a
 8    comprehensive plan called A Way Home to address the huge
 9    chasm between City departments and levels of government
10    so that we can streamline our resources and begin rowing
11    in the right -- in the same direction, toward a unified
12    goal of creating at minimum 25,000 new homeless housing
13    units, all by the year 2025.
14              Now, since taking office less than four
15    months ago, I have introduced 17 separate motions aimed
16    at reducing homelessness.  Ultimately, we are uniting
17    behind creating a goal of 25,000, again, new homeless
18    housing units, by the year 2025, making it easier to
19    build housing and giving priority to affordable housing
20    projects with the most affordable units, securing
21    publicly owned property for homelessness housing.
22              And I want to underscore this point,
23    because we talk about the exorbitant cost when it comes
24    to permanent housing for our community, our friends, our
25    neighbors, our loved ones, our family members, but the
```

Page 146

```
 1    reality is this, is that we, as government, whether it
 2    be local, state, county, federal, should be utilizing
 3    our government properties to house our community
 4    members, albeit temporary, or if it's permanent, or a
 5    combination thereof.  We should use those resources that
 6    are disposable.
 7              Won't make everyone happy, but I'd rather
 8    have sanitation trucks surrounding City Hall as opposed
 9    to tents.  That means we're giving people a real
10    opportunity and doing it in a very efficient manner.
11              You made a point with regards to Heidi
12    Marston and LAHSA a few moments ago.  And there is no
13    question about it.  She is in a very difficult,
14    unenviable position, assuming the helm of a joint
15    powers' authority between the City and the County of Los
16    Angeles.  So I know she is in a very, very tough
17    position.  I wish her the very best.  There is no
18    question that we need to reconfigure our systems to make
19    sure that they're efficient, and more importantly, that
20    they're respondent to the death, to the misery, to the
21    hunger, to the depravity that's on our streets, that's
22    living on our streets every single day; what they have
23    to suffer, what they have to go through.
24              I want to also underscore that we are
25    reevaluating the wisdom of allocating precious resources
```

Page 147

```
 1    for speculative projects or project languishing without
 2    the key funding that is necessary to move forward.  We
 3    need to control the outcomes, not the other way around.
 4    We cannot have housing units that are costing us five
 5    hundred, six hundred, seven hundred thousand dollars.
 6                 When you have working families,
 7    contingent, obviously, on their FICO score and their
 8    ability to put a down payment on a house, who can't get
 9    access to a two-bedroom, one-bathroom house, this cost
10    is exorbitant.  Because the higher the costs are, it
11    means we have less units.  If we have less units.  That
12    means we have less opportunities to give housing to
13    those who are living on our streets today.  The longer
14    the costs are delayed, it means people die and people
15    suffer.
16                 With that, Your Honor, as well as Madam
17    Special Master, more than happy to answer any and all
18    questions you may have.  But we've had, you know,
19    wonderful, compelling testimony from so many folks
20    across the spectrum on this given issue.
21                 I do know one thing, that they're all
22    aligned with wanting to reduce the large number of
23    homeless individuals that we have living on our streets
24    today.  Again, family members, loved ones, friends,
25    neighbors.  But we have to do so, again, with a sense of
```

Veritext Legal Solutions
866 299-5127

```
 1    urgency.  We have to do so intelligently.  We have to
 2    get value to get the volume.  We have to stretch that
 3    dollar and make sure it's meaningful so we can bring
 4    folks out from the rain into a warm roof sooner rather
 5    than later.
 6                    THE COURT:  We're going to conclude this
 7    session, humbly thanking all of you.  It's been a long
 8    day and a lot of valuable information, and we're
 9    starting down an exploratory road now concerning the
10    equitable powers of the Court.  And I'm going to open
11    that up for briefing for many of the areas that's been
12    suggested by the parties.
13                    Hopefully, City and the County will
14    proceed and resolve this for the good citizens here.  If
15    not, then we're going to explore the Court's equitable
16    powers.
17                    I want to humbly thank you for hosting as
18    well in your district.  Thank you.  We're concluded.
19                    MAN:  Thank you much.
20                    COURT REPORTER:  This marks the end of
21    Media 2.  We're off the record at 1:19 p.m.  Thank you.
22                    (Whereupon, at 1:19 p.m., the proceeding
23                    was concluded.)
24
25
```

Page 149

```
 1              CERTIFICATE OF NOTARY PUBLIC

 2         I, FABIAN VENEGAS, the officer before whom the

 3    foregoing proceedings were taken, do hereby certify that

 4    any witness(es) in the foregoing proceedings, prior to

 5    testifying, were duly sworn; that the proceedings were

 6    recorded by me and thereafter reduced to typewriting by

 7    a qualified transcriptionist; that said digital audio

 8    recording of said proceedings are a true and accurate

 9    record to the best of my knowledge, skills, and ability;

10    that I am neither counsel for, related to, nor employed

11    by any of the parties to the action in which this was

12    taken; and, further, that I am not a relative or

13    employee of any counsel or attorney employed by the

14    parties hereto, nor financially or otherwise interested

15    in the outcome of this action.

16

17

18

19

20         FABIAN VENEGAS

21         Notary Public in and for the

22         STATE OF CALIFORNIA

23

24

25

                                              Page 150
```

```
1                    CERTIFICATE OF TRANSCRIBER

2           I, SONYA LEDANSKI HYDE, do hereby certify that

3    this transcript was prepared from the digital audio

4    recording of the foregoing proceeding, that said

5    transcript is a true and accurate record of the

6    proceedings to the best of my knowledge, skills, and

7    ability; that I am neither counsel for, related to, nor

8    employed by any of the parties to the action in which

9    this was taken; and, further, that I am not a relative

10   or employee of any counsel or attorney employed by the

11   parties hereto, nor financially or otherwise interested

12   in the outcome of this action.

13

14   Dated: February 9, 2021

15

16

17

18

19        SONYA LEDANSKI HYDE

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

**[1 - 50]**

| 1 |
|---|
| **1**  3:13 38:15 102:20 103:14 131:11 |
| **1,000**  45:7 113:21 138:11 |
| **1,2**  138:5 |
| **1,200**  132:15 |
| **1,300**  138:12 |
| **1,340**  111:25 |
| **1,383**  5:2 19:9 39:22 48:16 50:9 119:7 123:6,7 134:14 135:17 136:3 139:25 141:19 |
| **1,500**  100:11 |
| **1,800**  123:6 |
| **1,883**  122:8 |
| **1-151**  1:25 |
| **1.2**  57:20 |
| **1.3**  92:20 |
| **1.5**  83:12 |
| **10**  16:8 33:8 69:20 84:2 98:9 142:24 |
| **10,000**  98:9 105:10 105:21 |
| **100**  30:14 55:5 58:12 83:13 89:16 89:17,17 96:7 108:13 135:10 |
| **10:02**  1:12 3:19 |
| **10th**  112:11 |
| **11**  48:8 95:20 96:2 |
| **11.8**  137:20 |
| **12**  84:2,22 96:3 |
| **120**  40:22 69:16 121:10,11,17 129:21 130:10,20 131:16 |

| 120-160 |
|---|
| **120-160**  99:14 |
| **12151**  151:18 |
| **130,000**  105:3 |
| **14**  16:12,14 38:15 83:4 |
| **141**  53:1 |
| **15**  27:22 |
| **16**  131:10 |
| **165**  70:8 119:25 122:19 134:10,16 136:5 |
| **16th**  8:16 18:18 55:11 67:23 115:7 116:16 136:23 |
| **17**  78:16 146:15 |
| **17500**  150:19 |
| **18**  4:3 |
| **18th**  5:12 38:4,8 39:21 44:24 46:1 46:7 |
| **19**  39:22 72:14 90:18 92:21,22 93:9,12 122:17 126:7 136:3,4 140:22 |
| **1995**  63:21 |
| **1:19**  149:21,22 |
| **1st**  32:18 68:24 |

| 2 |
|---|
| **2**  103:1,14 104:5 149:21 |
| **2,000**  100:12 105:17 |
| **2,200**  55:6 |
| **2,500**  83:11 |
| **2,580**  84:18 |
| **2.4**  95:9 |
| **20**  10:24 64:18 97:1 98:25 103:16 128:25 140:21,22 |

| 20-02291 |
|---|
| **20-02291**  1:7 |
| **2002291**  3:23 |
| **2005**  125:20 |
| **2015**  19:5 91:21 125:21 |
| **2016**  137:4 |
| **2017**  47:22 |
| **2018**  94:6 105:16 136:15 137:7,11 140:15,22 |
| **2019**  5:4 107:2 125:23 135:10 136:16 140:15,22 |
| **2020**  5:12 19:5 38:4,8,8 39:6,21 40:7 44:24 46:1,7 47:21,23 48:12 49:8 51:6 68:13 68:17 69:15 83:2 120:1 122:20 135:9 136:3,16 140:15 |
| **2021**  1:11 3:11 119:24 122:19 124:25 136:13 151:14 |
| **2024**  120:18 |
| **2025**  146:13,18 |
| **218**  84:19 |
| **22**  137:19 |
| **220**  57:21 |
| **220,000**  99:23 |
| **23**  137:18 |
| **24**  68:24 |
| **25,000**  146:12,17 |
| **250,000**  83:15 |
| **272**  105:5 |
| **28**  47:25 100:12 |
| **29**  124:25 |

| 3 |
|---|
| **3**  103:5,15 138:5 |
| **30**  54:2 105:6 |
| **30,000**  105:11,13 |
| **300**  57:17 105:7 106:1 |
| **314**  84:4 |
| **31st**  40:25 68:7 |
| **32**  5:3 39:24 49:3 119:7,24 122:21 136:4 |
| **35**  63:23 64:3 |
| **365**  86:13 |
| **383**  140:7 |
| **3d**  87:16 |
| **3rd**  13:2 |

| 4 |
|---|
| **4**  1:11 3:10 103:9 |
| **4,000**  105:17 |
| **4,179**  105:2 |
| **4-5**  134:15 |
| **400**  57:20 58:3 103:23 |
| **409**  83:19 |
| **43**  32:3 33:14 |
| **442**  1:15 3:11 |
| **4450751**  1:24 |
| **45**  132:13 |
| **450**  86:14 |
| **48**  32:3 |
| **499**  84:21 |

| 5 |
|---|
| **5**  38:15 97:3,17 101:9 |
| **5,000**  143:1 |
| **5,700**  58:13 |
| **5.3**  121:23 |
| **50**  13:4,6 72:15 96:7 105:4 108:13 |

[500 - address]

**500** 106:25
**500,000** 110:14
**55** 83:19
**570,000** 103:23
**58** 97:3
**5th** 13:11 17:11
  94:8 125:10
  127:23 145:14

**6**

**6** 33:14
**6,000** 5:10 19:6
**60** 57:19 84:24
  128:23 129:21,21
**600** 34:22
**62** 93:12
**65** 56:5
**6th** 94:7

**7**

**7** 68:22,22 84:3
**7,900** 120:18
**70** 53:9
**700** 34:22
**71** 39:22 49:14
  122:17 134:14
  136:2,3
**72** 44:9
**720** 20:14
**74** 44:9 119:24,25
  122:21,22 133:3
  134:13
**749** 13:14 21:18
  23:9,21
**75** 44:10 84:23
**7:30** 44:5 61:11
**7th** 13:2 27:1 33:2

**8**

**8** 61:11
**8,200** 45:2,5,14
  55:2 87:5

**8.7** 48:6
**835** 138:11
**839** 84:18
**84** 64:4
**899** 84:22
**8th** 13:14

**9**

**9** 151:14
**9's** 140:17
**90** 120:1 122:20
**90013** 1:16 3:12
**90s** 81:8
**911** 141:11
**94** 145:17
**95** 103:21
**98** 143:13
**9:51** 3:10
**9:52** 3:13

**a**

**a.m.** 1:12 3:10,13
  3:19 68:22
**abandoned** 34:19
  87:3
**abandonment**
  87:4
**abilities** 29:6
**ability** 37:15 104:5
  111:2 115:5 148:8
  150:9 151:7
**able** 32:3 35:25
  50:7 57:25 63:6
  83:1 95:15 98:14
  98:15 120:2,7,9
  130:18
**abroad** 86:25
**absence** 32:10
**absolute** 81:3
**absolutely** 11:22
  26:12

**abuse** 5:25 7:2
  32:9 35:1 106:11
  106:18,21 107:6
  114:15 138:4
**abusive** 61:24
**accept** 8:13,13
  81:20
**access** 23:20 26:5
  46:25 47:4 72:16
  83:18 129:3 143:2
  148:9
**accessible** 23:17
**accident** 139:1
**accidents** 140:25
**accommodate**
  128:23 129:19
**accompanying**
  58:25
**account** 140:10
**accountability**
  124:25
**accounting** 58:1
**accurate** 134:16
  135:20 150:8
  151:5
**achievable** 20:9
**acknowledge**
  15:24 68:15
**acknowledging**
  82:1,4
**acknowledgment**
  3:5
**acquisition** 18:5
  35:14,14 102:19
**act** 8:20,23 31:21
  37:10 117:24
  123:4
**acting** 10:21,23
  17:21 41:12,12
  60:9 75:13 119:1

**action** 7:23 39:3
  42:5 79:12 86:4
  88:16,20 94:10
  95:20 96:10 108:5
  113:15 114:8
  120:25 122:2
  150:11,15 151:8
  151:12
**actions** 38:3 44:22
  68:12 76:21
**activate** 52:22
  56:23
**activated** 13:17
  45:2 57:10
**active** 54:19,24
**activist** 126:19
  131:3
**actors** 77:25 78:1
**actual** 48:21
**adamant** 128:24
**adams** 30:3
**adaptive** 87:13
  124:7
**add** 14:19 41:1
  47:15 56:18 106:6
**added** 112:11
**addiction** 122:12
**addition** 45:11
  55:6,17 68:16
  71:8 72:17 83:2,6
**additional** 52:22
  83:5,18 87:21
  97:10 104:3
  107:13,21 113:13
  115:14
**address** 6:11 8:18
  17:17 27:19 28:21
  30:24 36:5 38:2,3
  44:22 46:16 52:23
  57:10,16 74:13
  92:25 96:13

Page 2

[address - answered]

110:17 112:4
113:15 146:8
**addressed** 64:13
79:19,20 92:24
93:14
**addressing** 47:13
76:16,16 109:1,2
**adjacent** 33:25
124:14 125:10
**adjust** 67:4
**administer** 3:6
43:13
**administered**
98:12
**administrative**
4:21 68:5 72:6
**adrianna** 131:2
132:11
**adults** 84:5
**advanced** 87:24
**advise** 52:13
**advisory** 9:24
10:11 12:7 15:21
91:2,6,8
**advocate** 41:23
139:16
**advocates** 6:13
21:20 40:5 44:1
132:22 140:2
**aesthetics** 64:7
**affirmative** 114:23
**affluent** 66:22
**affordable** 18:8
30:10 34:6 64:1
80:18 97:1 103:5
103:15 106:12
108:15 110:14,15
146:19,20
**affordably** 18:6
**africa** 106:23

**african** 11:10
53:19 86:12
**aftermath** 9:1
**afternoon** 91:13
**agencies** 71:10
78:13,15 132:23
**agency** 131:18
**aggregate** 136:15
136:15 137:13
**aggressive** 77:2
**ago** 15:12 17:25
19:9 33:23 34:16
44:18 61:9 62:8
96:3,3 146:7,15
147:12
**agree** 60:7 79:4
83:5 93:15,15
108:10,12 124:4
**agreed** 132:1
**agreeing** 32:21
**agreement** 5:12
6:14 37:6 38:4
44:23 45:2 55:16
58:5 104:19
113:18 114:8
116:12,20 118:22
129:24 130:5
**agreements** 21:20
104:19
**ahead** 71:5
**aid** 61:2 108:4
**aimed** 146:15
**aimlessly** 146:3
**al** 1:4,7 3:9,10
**alacrity** 106:3
**alameda** 13:3
**albeit** 147:4
**alchemy** 12:18,20
69:23 129:11
**alcohol** 48:1
102:25

**aligned** 148:22
**allegedly** 12:4
**alliance** 1:4 3:9
37:7 94:12,19
95:4 108:10
136:20
**allocating** 147:25
**allocation** 57:17
**allow** 23:2 24:15
88:4 99:20 115:13
121:12
**allowed** 87:20
124:10 129:3
**allowing** 15:11
32:2 36:13
**allows** 87:22
**alongside** 33:14
**alternative** 69:7
**amazed** 116:3
**amazing** 118:16
134:6
**america** 15:21
16:23 23:11 129:9
**american** 11:10
53:19
**americans** 86:12
**amount** 24:11
49:16 53:7 100:19
101:19,21 104:13
105:6
**amplified** 15:16
**amy** 2:23 43:12,12
126:9,11 142:16
142:18,18,23
145:13
**analogy** 76:24
81:7
**andré** 2:6 21:4
**andy** 2:20 39:7
105:19 112:16
119:14,14,22

120:3 123:10,12
129:10 139:17
**angeleno** 17:18
**angelenos** 58:14
**angeles** 1:7,16
3:10,12 4:25 6:12
7:11,20,21,22 8:4
9:15 11:17 13:7,7
13:14,14 16:12,17
17:2 19:7,19
20:16,24 21:18
22:9 23:22 27:17
28:14 29:17 30:1
30:8 32:23 33:3
39:9 40:10 42:13
51:25 52:1 60:5
63:12 70:9 74:19
75:20 76:7,25
80:12,21 81:20,22
86:4 96:19,19,20
98:6 103:25 108:4
108:6 109:1,11,17
109:17,21,25
110:15,16 111:25
112:24 116:12,14
117:3 120:23
122:10 123:21
125:1,12,21,24
132:20 134:23
146:6 147:16
**angels** 78:3
**ann** 61:20 62:16
**announcement**
52:20 56:11
**answer** 49:25
80:10,11 82:8
86:17 87:10 110:9
118:11 124:5
134:24 148:17
**answered** 79:23

[answers - aware]

| | | | |
|---|---|---|---|
| **answers** 49:22 124:6 | **approval** 37:18 | 74:17,17,21 86:6 | **attendees** 2:1 |
| **anticipate** 58:11 | **approve** 77:18 106:10 | 97:15 101:2 112:11 132:6 | **attention** 16:6 74:11 75:9 96:15 |
| **anticipation** 5:17 | **approved** 63:22 | **asking** 7:12 9:7 | 104:9 113:13 |
| **anybody** 7:8 11:6 59:24 76:3 | 99:18 100:16 | 38:2 48:25 51:2 51:13 57:16 61:7 | **attentive** 91:5 |
| **apart** 4:9,14 | **approximately** 34:22 128:25 | 74:24 85:18 95:5 | **attorney** 5:15 8:5 59:17 60:5 64:20 |
| **apartment** 33:8 103:24 | 132:15 | 95:12 110:5 117:22 | 72:24 79:22 150:13 151:10 |
| **apologies** 119:14 | **april** 5:13 32:18 41:7 | **aspects** 24:24 62:11 | **attorney's** 128:10 131:17 |
| **apparent** 9:8 | **aptly** 86:20 | **assault** 7:3 77:5 | **attract** 26:4 33:9 |
| **apparently** 85:9 127:15 | **area** 32:5 38:18 125:1 126:20 | 95:24 | **audio** 4:1 150:7 151:3 |
| **appeal** 131:21 | 128:20 130:7 141:7,22 142:3 | **assaults** 24:17 | **authored** 57:18 124:3 |
| **applaud** 32:20 | **areas** 27:21 30:21 | **assessment** 28:14 145:3 | **authorities** 115:4 |
| **application** 98:21 143:16 | 107:22 118:20 149:11 | **asset** 102:6 118:13 | **authority** 7:23 8:23 75:14 76:10 |
| **applications** 98:25 99:2 100:2 | **aren't** 7:1 | **assets** 30:11 38:10 87:14 | 112:24 147:15 |
| **applied** 99:9 | **argue** 73:22 140:3 | **assigned** 3:4 70:15 | **authorized** 3:5 |
| **applies** 74:14 | **argued** 116:16 | **assignments** 25:11 | **authorizes** 104:20 |
| **appointment** 62:18 | **arguing** 75:25 | **assistance** 102:23 | **autopsy** 139:2,12 |
| **appreciate** 26:11 60:6 70:25 74:6 | **army** 15:20 129:8 | **assisting** 100:15 | **availability** 94:25 129:23 |
| 84:9 95:18 107:24 118:9 | **arrangements** 128:6 129:13 132:11 | **associated** 69:13 97:2 103:9,16 | **available** 8:19 12:13 13:13 57:1 |
| **appreciated** 136:22 | **arrest** 137:6 138:17 | **assume** 75:21 | 67:22 69:4 71:11 89:12 100:20 |
| **appreciates** 15:4 | **arrests** 135:3,7,11 | **assuming** 147:14 | 105:12,18 129:22 |
| **appreciation** 70:21 | 140:16 141:8 | **astounding** 40:6 | 130:14,20 131:15 132:19 142:12 |
| **approach** 47:11 93:16 113:18 | **arrive** 141:9 | **astronomical** 134:12 | **average** 19:10 |
| **approached** 126:24 | **arrived** 61:11 125:9 130:25 | **atrocity** 42:25 | 103:22 105:3 |
| **approaching** 138:11 | **arrives** 141:14 | **attack** 138:4 | **avoid** 36:25 |
| **appropriate** 65:2 78:22 119:2 | **arriving** 130:9 | **attacks** 137:18 138:2 | **award** 104:15 |
| | **article** 91:22 121:1 121:14 | **attempt** 138:20 | **awarded** 104:4,13 |
| | **articulated** 19:9 | **attempted** 29:25 | **awards** 104:6 |
| | **aside** 133:1 | **attend** 51:21 | **aware** 5:7 25:19 52:19 125:21 |
| | **asked** 6:8 23:25 30:23 63:4 65:2,7 | **attendance** 74:6 | 128:15 135:5 |
| | | **attendants** 84:2 | |
| | | **attended** 69:24 84:1 | |

Veritext Legal Solutions
866 299-5127

[awareness - bonin]

| | | | |
|---|---|---|---|
| **awareness** 144:1 | **barger** 8:7 27:8 | **behalf** 41:23 61:2 | **birthed** 86:9 |
| **awful** 42:25 138:9 | 41:19 | 76:5 | **bit** 15:6 41:1 60:22 |
| **b** | **barlcay** 70:17 | **behaviors** 28:25 | 67:5,9 95:22 |
| | **barriers** 29:11 | **beings** 19:6,9 | 117:1 121:2 |
| **b** 85:3 | 31:9 132:24 | 42:24 122:9 | 141:21 |
| **back** 3:20 23:4,23 | **based** 36:10 71:10 | 138:10 | **black** 11:11 53:10 |
| 25:14 43:16 49:22 | 97:7 145:1 | **belief** 123:1 | 53:17 54:15 55:4 |
| 51:9 54:6 59:13 | **basement** 18:17 | **believe** 17:14 | 81:6 86:12,21,21 |
| 64:21 66:15 71:4 | **bash** 11:6 | 19:22 20:7 21:14 | 86:24 87:3 88:11 |
| 73:19 74:4 81:7 | **basically** 40:25 | 29:12 31:20 32:23 | 88:12,13 89:8,10 |
| 82:18 91:8 98:24 | 60:18 138:21 | 33:1 35:10,21 | 89:23 90:4,14,23 |
| 113:25 115:21,22 | **basis** 36:8 40:10 | 36:21 37:1 45:8 | 91:11 109:23 |
| 117:3 119:3,11 | 42:4 70:5 | 57:3 66:9 | **blame** 110:9,11,12 |
| 128:11 130:25 | **bathroom** 69:24 | **benchmarks** 79:3 | 110:13 |
| 131:11 132:17 | 69:25 148:9 | **benefit** 103:4 | **blanket** 61:12 |
| 138:1 140:11 | **bathrooms** 69:10 | 127:11 | 62:25 |
| 142:5 145:11 | 111:14 | **best** 14:20 24:6 | **blankets** 129:9,15 |
| **backs** 88:3 | **bay** 80:22 | 43:13 67:18 88:1 | 132:7 |
| **backyard** 18:20 | **beach** 16:18 | 134:25 147:17 | **bleeding** 79:20 |
| **bad** 38:17 62:1 | **bear** 35:10 62:13 | 150:9 151:6 | **blind** 9:8 67:6 |
| 70:7 77:25 78:1 | **becoming** 67:4 | **bet** 63:25 | **block** 61:6,8 63:8 |
| 118:18 | 143:13 | **better** 16:11 24:16 | **blocks** 13:4,6 |
| **bales** 2:20 39:7 | **bed** 105:10,17,21 | 30:11 34:20 35:7 | 127:16 |
| 105:19 112:17 | **bedroom** 148:9 | 37:25 103:6 111:2 | **blunt** 21:19 |
| 119:14,17,19,21 | **beds** 5:11 52:22,22 | 112:15 119:23 | **board** 5:15 9:2 |
| 119:22 120:7 | 69:16 84:5,22,23 | 140:1 | 12:15 17:23 28:12 |
| 122:8 123:7,10 | 98:20,24 99:2,13 | **beyond** 7:15 8:1 | 31:22,24 32:1,7 |
| 129:10 139:17 | 99:14,17 100:3,13 | 28:18 30:24 31:8 | 77:9 81:2 86:10 |
| **bang** 20:20 | 105:11,13,17 | 55:17 123:1 141:9 | 108:21 126:14,16 |
| **bar** 62:24 63:5 | 106:19,21 108:13 | 141:13 | 126:25 145:15 |
| **barclay** 2:12 60:24 | 108:14,16,19 | **bickering** 35:16 | **board's** 40:21 |
| 65:17 66:2,7,11,15 | 109:18 | **big** 37:5 101:20 | **bodies** 16:6 17:5 |
| 66:16 68:3,4 69:3 | **began** 64:14 100:8 | 118:15 | **body** 20:5 37:10 |
| 70:10 71:3,7,16,19 | 108:19 129:7 | **bigger** 20:23 35:23 | 39:19 125:22 |
| 71:22,24 72:2,4,12 | 137:7 | **biggest** 122:11 | **bond** 102:5 |
| 72:22,25 73:3,6,9 | **beggar** 119:23 | **billion** 57:20 95:9 | **bonin** 2:13 8:11 |
| 73:15,18,22 82:21 | **beginning** 3:20 | **bills** 18:14 41:4 | 59:18 74:6,8 |
| 84:11,14 97:20 | 8:15 19:19 37:20 | **bins** 83:11 | 77:16 82:10 93:15 |
| 98:5,5 101:5,15 | 111:15 122:7 | **bird's** 10:16 | 95:23 110:3 |
| 102:11 | **begrudge** 89:14 | **birotte** 2:6 15:9 | 112:10 121:20 |
| **barely** 29:5 121:17 | | 21:4 27:3 | 133:12 |

[boots - causes]

boots 125:16
borders 80:17
bore 67:11
born 61:21
borne 63:11 86:18
bottom 62:12 65:8
bought 132:8
boundaries 13:2
branch 25:2
branches 7:17,19
25:3
break 42:21
137:24 138:15
144:3
breakdown
103:21 136:12,16
breaks 103:13
brian 105:13
bridge 69:15 84:3
84:22 100:7 102:4
brief 37:22 65:6,7
101:21
briefing 8:16 9:10
50:7 55:11 64:24
67:23 85:17 95:5
97:10 104:3
107:13,21 115:6
117:20 136:22
149:11
briefly 61:23
bright 45:10
bring 20:2 52:23
55:6,18 66:13
74:3 80:3 96:14
104:8 121:22,23
140:11 149:3
bringing 113:13
127:2 133:15
brings 113:3
broad 39:15

broke 140:16
broken 136:11
brooke 107:25
116:21
brother 106:23
brought 36:24
40:22 55:1,7
57:18 106:25
129:8,9,11 139:24
brown 9:2 81:6
86:10 88:20 89:23
90:4 92:11 108:20
108:21 115:9
buck 20:21
budgeting 87:23
build 30:9 32:8
34:22 38:22 77:20
86:13 93:18 100:9
100:10 146:19
building 21:16
64:8,17 103:24
108:16 144:5
buildings 18:6
99:4,10 111:17
built 64:18 80:19
83:22 108:24
117:9
bulk 31:25
burden 63:11
140:9
bureau 134:23
bureaucracy
29:19
bureaucratic
19:25
bus 81:3,10
business 40:6
busy 59:5
butt 80:14
bystanders 141:11

byte 59:11 73:5

**c**

c 3:1 85:3
ca 1:16
calamity 82:3
140:2
california 1:2 3:6
3:12 16:18 34:2
63:4 94:6 150:22
call 3:24 4:6 6:22
9:7,17 24:10 39:8
42:18 51:20 59:11
74:5 86:1 94:12
112:13,13 117:16
141:11 142:20
144:6
called 12:20 38:13
114:22 146:8
calling 33:25
59:13
calls 6:24
camera 42:18 43:2
cameras 42:17
campus 143:1
cancels 25:12
canopies 126:6,20
canyons 31:1
can't 18:2 24:21
29:18 44:3 72:12
capable 24:24
133:13
capacity 10:12
capital 84:6 99:6
capped 103:16
captive 59:6 73:12
car 122:15 137:21
cardiac 48:1 135:3
135:7,11 137:6
138:16 140:16,24
141:8

cards 25:4
care 30:6 34:17
36:16 67:8 87:10
102:24 106:11
125:11 141:11
career 61:1
carefully 63:18
65:12
cares 9:22,23,24
31:21
caring 132:22
carry 37:20
cars 132:17
carter 1:13 2:5
10:23 15:9 21:3
27:3,6,18 31:2
123:24 125:5
126:21 128:1
131:1,12,20
142:22 143:20
145:8
case 1:6 3:23 22:4
25:4 62:18 63:17
69:10,13 95:19
108:10,11 110:25
115:8 117:23
127:15
cases 31:23 32:16
76:4 122:17
categorized
140:19
catholic 108:6
caught 115:19
cause 6:9 122:11
122:13 136:9
139:3,5 140:23
141:1,5
caused 6:21 7:12
31:17 80:24 117:1
causes 39:24 117:2
122:11 138:3

Page 6

[causing - clear]

| | | | |
|---|---|---|---|
| **causing** 125:25 | **certificate** 150:1 | **chose** 100:15,25 | 97:9 98:5,6 100:7 |
| **caveats** 138:15 | 151:1 | 101:18 | 100:25 101:18,22 |
| **cd** 38:15 | **certify** 150:3 | **chronically** | 103:24 104:17,23 |
| **cdc** 4:2 | 151:2 | 102:22 103:4 | 105:16 106:4 |
| **cedillo's** 34:4 | **chair** 42:1 145:15 | **church** 91:14 | 107:21 108:24,25 |
| **center** 1:14 3:11 | **chairperson** 8:6 | **circulate** 64:14 | 109:3,7,10,16,20 |
| 11:13 15:19,25 | **chairs** 4:15 14:6 | **circumstances** | 109:25 110:7,14 |
| 20:12 27:13 28:1 | **chairwoman** | 9:13 | 110:16 111:4,11 |
| 28:10 29:8 30:20 | 26:18 | **cite** 39:10 | 111:13,15,17 |
| 33:20 83:13,17 | **challenge** 65:24 | **cities** 16:17,23 | 115:1 117:24 |
| 88:15 107:9 | 114:1 | 35:17 | 118:22 119:3 |
| 124:15 125:11 | **chance** 9:25 | **citizens** 9:15 23:17 | 120:17,20,21,23 |
| 126:5,6,9,20,25 | **change** 17:18 | 53:8,17 93:13 | 121:12 123:21 |
| 127:14,22 128:4,9 | 32:10 57:25 64:3 | 96:19 149:14 | 126:12 127:6,10 |
| 128:11,14,16,17 | 67:12 95:25 96:9 | **city** 1:7 3:9 5:2,11 | 128:10 131:17 |
| 128:24 129:24 | 140:21 | 5:14,15 6:12 7:20 | 132:20 133:5,13 |
| 130:1,3,7,25 131:4 | **channeling** 22:15 | 8:2,4 11:17 12:24 | 134:11,24 135:7 |
| 131:7,18,22,22 | **charge** 18:3,4 | 13:4,6,6,20,23 | 135:12 136:7,21 |
| 132:3,5 141:24,25 | **charged** 72:6 | 16:14,17 17:21,23 | 136:24 137:3,24 |
| 142:23 143:2,6 | **charter** 7:20,22,22 | 19:20 20:23 21:12 | 138:16 140:16 |
| 144:9 145:13,23 | **charters** 76:12 | 22:19 23:20 25:25 | 143:10 145:6 |
| **center's** 143:25 | **chasm** 146:9 | 27:16 28:2,14,19 | 146:5,9 147:8,15 |
| **centered** 88:13 | **chatter** 40:4 | 29:17,20 30:16,22 | 149:13 |
| 115:7 | **che** 2:9 58:23,24 | 30:24 32:20,23 | **city's** 78:24 84:23 |
| **centering** 90:23 | **check** 45:19 47:14 | 34:2,13 35:2,12 | 97:15 100:14 |
| **center's** 43:12 | 48:8 | 36:20 37:7 38:5,9 | 104:5 |
| **central** 1:2 32:6 | **checked** 132:14 | 38:16,22 39:20 | **citywide** 68:13 |
| **cents** 85:18 | **chicago** 16:21 | 42:9,9 44:24 50:8 | 77:17 83:24 84:2 |
| **century** 80:17 | **chiding** 48:25 | 50:18 51:11 52:21 | **city's** 21:6 54:2,19 |
| **ceo** 31:23 119:22 | 50:24 | 52:25 53:3 57:19 | 60:14 66:2 |
| 142:23 | **chief** 59:2 70:10 | 57:24 59:17 60:5 | **civil** 81:6 |
| **certain** 3:17 4:6,22 | 82:23 119:23 | 63:11,21,24 64:20 | **clarify** 105:1 |
| 24:11,22 29:20 | **child** 78:10 | 65:4,21,22 68:4,5 | **classism** 92:25 |
| 37:11 77:8 115:8 | **choice** 26:4 | 69:6,12,18,19,23 | **claw** 19:14 |
| 115:9,10 | **choices** 67:25 | 71:8 72:7,13,15,24 | **clean** 72:16 |
| **certainly** 54:13 | **choir** 78:2,5 | 74:13,19,24 75:15 | **cleaner** 111:1 |
| 58:19 82:13 | **choose** 7:6 91:9 | 76:6 77:1,9,12,19 | **cleaning** 70:4,5 |
| 110:24 114:16 | 114:11 142:6 | 78:16 79:7,22 | **cleans** 70:2 |
| 122:17 134:24 | **chooses** 37:16 | 81:19 82:2 83:1 | **clear** 9:13 17:10 |
| 140:12 | 119:12 | 83:20,24 84:6 | 76:1 127:1,3 |
| | | 87:12 95:1 96:19 | 130:19 131:14 |

[clear - concern]

132:19 138:25
139:1 146:1,4
**clearly** 7:20,21,22
  126:12
**clerk** 120:5
**cliff** 19:13
**clinic** 30:5 83:21
  143:2
**clipboard** 95:10
**closed** 111:5 121:6
**clothes** 125:15
**coalition** 88:16,20
  88:21
**coast** 80:20
**coats** 125:16
**coffee** 143:6
**coherent** 146:4
**cohesion** 17:5
**cold** 11:21 18:23
  19:3 44:7 52:7
  79:12 120:10
  121:17 122:4
  126:15 127:20
  129:5 130:22
  131:11
**colder** 126:1
**coldest** 89:13
**collaborative**
  47:11 105:14
**collaboratively**
  47:13
**colleague** 27:7
**colleagues** 19:18
  77:8
**collective** 17:22,22
  17:25 18:1 20:1
**collisions** 48:2
**colloquially** 67:6
**color** 5:23 9:6
  25:16 27:21 28:23
  29:5 53:6 56:22

66:24 109:23
113:9 125:14
144:25
**combination**
  147:5
**combining** 105:7
**come** 9:19,22,23
  9:24 10:15 13:18
  15:3 25:14 27:5,8
  29:22 30:23 31:3
  32:22 34:5 39:14
  51:9 54:6 61:12
  67:17 70:25 73:19
  73:25 74:14 75:11
  85:17 92:9 93:7
  95:2 97:19 117:9
  119:9,11 124:10
  124:15,19 130:6
  131:11 143:18
**comes** 24:24 31:21
  65:4,8 133:14,14
  146:23
**comfortable**
  112:16 137:4
**comforted** 87:6
**coming** 11:21
  23:22 36:23 39:18
  82:17 85:19 88:1
  105:4 118:21
  129:16 132:4
  135:16
**commandeered**
  126:14
**commandeering**
  125:5
**commander**
  134:23
**commend** 28:13
**commendable**
  16:2

**commended** 94:22
  94:24
**comment** 139:18
**commentary** 24:6
**commented**
  127:12
**comments** 65:17
  95:4
**commissioner**
  123:21 125:21
**commissioners**
  114:7
**commitment**
  12:15 15:22 22:11
  26:16 36:1 52:15
  104:17,20,24
**committed** 19:17
  22:6 24:4 32:19
  55:23 56:11
**committee** 25:11
  73:14
**communities** 9:6
  16:10 23:19 25:16
  56:22 67:9
**community** 5:23
  7:4,6 9:17,25
  10:16,18 12:19,25
  13:11 15:7 22:2
  22:13,22 24:13
  36:2,10 39:14,15
  39:17 40:5 43:7
  44:2,13,15,16 53:7
  53:20 55:9 56:10
  61:17 63:14 66:24
  69:10,14 71:12,14
  71:21 83:22 86:4
  86:8,9,21 87:8,9
  87:14 89:1 90:6,9
  91:9 95:3 100:20
  108:5 109:23
  117:6,12,13

123:17,19 124:21
125:8,20 127:7,11
128:20 129:17
132:21 133:4,9,15
145:18 146:24
147:3
**community's**
  66:23 71:17
**compared** 135:10
**compel** 77:20,21
**compelling** 148:19
**compete** 36:11
**complete** 45:13
  113:18 129:1
**completed** 58:12
  81:21
**completely** 11:23
  126:3
**complex** 17:1
  86:22
**complicated** 65:9
**compliment** 40:19
  66:19
**complimentary**
  58:8
**complimented**
  41:2
**compliments** 41:9
**comply** 4:2
**complying** 4:14
**composition** 91:8
**comprehensive**
  146:8
**concentrate** 56:20
**concentration**
  76:12
**concept** 24:13
  32:12
**concepts** 29:22
**concern** 4:24 6:19
  33:20 76:4 77:14

[concern - councilmember]

114:15 117:1,2
concerned 26:2
  43:24 73:1 115:3
  115:18,23 117:22
  139:4
concerning 5:11
  37:13 95:5 149:9
concerns 64:13
conclude 112:9
  119:12 123:11
  133:18 149:6
concluded 149:18
  149:23
concur 145:14
condense 62:2
condition 67:21
  145:21
conditional 104:14
conditions 6:19
  9:1 10:18 48:2,3
  56:6 114:6
condo 63:23
conduit 60:19
confined 138:2
confusing 107:15
congregate 22:12
  57:13,14 128:7
connected 51:12
  62:19
connection 62:6
  63:16
consciously 21:11
  25:24
consent 14:19
  19:22 36:25 37:4
  37:5,9,13 75:25
  78:21,23 80:1,13
  80:20,24 81:8,9,11
  81:16,25 82:4
  92:17 118:24

consequence
  76:22 81:20
consideration 6:10
  107:19
considered 117:19
consistent 114:2
consistently 75:5
constantly 13:10
  97:22 106:24
constituencies
  65:10
constituents 63:19
constituted 7:17
constitutional 9:4
constructed 58:4
  80:19
construction 18:7
  58:13
constructive
  114:23
consulted 75:6
contact 74:7 128:9
  142:6
context 16:23
contingent 25:5
  148:7
continually 11:17
continue 18:2 19:4
  20:18 31:11 33:21
  34:14 36:19 52:17
  55:8 83:3 87:7,10
  88:7 89:6 90:10
  93:18 99:7 129:25
  146:2,3
continued 26:1
  83:25
continues 109:3
continuing 82:25
contract 71:9
contractual 36:8

contributed 86:13
control 7:15 8:1
  37:9 82:1 88:6
  118:22 128:19
  129:1 148:3
controller's 97:3
convening 16:5
  60:6
converge 90:15
conversation
  21:10 27:14 88:12
  88:13 108:18
  110:1,11
conversations 5:6
  5:8 24:3 27:10,19
  28:8 33:24 34:5
  62:2 88:24 92:1
converted 18:7
  87:13 143:23
conveyed 44:18
convinced 67:4
cooperation 77:7
  78:22 127:9
coordinate 123:12
coordinated 77:4
coordinating 72:7
coordination
  77:23
coordinator 60:14
  66:3 68:4 98:6
cope 8:25
copies 47:3 66:10
  66:13,14
copy 14:8,10 47:1
  102:12 140:14
corner 61:10,14
  91:16 106:20
coroner's 125:23
  135:20 139:6,14
  140:9 141:2

coroner's 13:10
correct 45:16 54:4
  54:4,8 89:7 123:6
  135:14,18 137:16
  142:2
corrections 90:10
corresponds
  140:17
corruption 76:13
  87:22
cost 98:22 99:22
  103:22 105:19
  132:1,14 146:23
  148:9
costing 148:4
costs 69:13,19,21
  83:9 99:21 121:4
  121:5 148:10,14
council 8:9 9:25
  10:11 12:7 15:21
  16:12 21:15 25:20
  26:1 34:13 37:18
  37:21,25 81:14,15
  81:17 83:3 91:3,6
  91:8 99:18 100:11
  100:16,25 101:12
  102:13,17 105:16
council's 114:13
councilman 2:4,13
  14:23 15:2,8
  22:10 24:5 26:13
  59:18 74:5,7,8
  77:16 82:10 91:4
  91:5 93:15 95:23
  116:8 123:14
  145:10
councilmember
  5:19 10:21 32:21
  34:3 63:21,24
  77:18 78:9 87:25
  110:3 123:25

[councilmember - crisis]

125:2 126:8,24
127:5 129:12,14
129:20 130:8,18
130:24 131:21,25
132:10 133:11,12
143:12,17 144:7
**councilmembers**
21:15 29:21
**councilpeople**
72:21
**councilperson**
15:1 21:13 119:11
**counsel**  128:10
150:10,13 151:7
151:10
**count**  11:25 46:9
46:10 93:12
139:19 142:1
**counted**  139:24
**countless**  11:18
**country**  86:13
**county**  5:10 6:12
13:7,25 22:19
27:17 28:12,19
29:25 30:5,8,22
31:21 32:19 35:13
35:16 36:15 37:7
38:9 39:20 47:11
47:13 50:10,21,23
57:19,24 69:18,20
70:9 74:13,24
75:15 76:6 77:1,9
77:19 78:17 79:7
82:2 90:15 96:20
106:7,8 107:21
109:17,20 110:14
111:11,13 115:1
130:17,19 136:21
136:25 141:23
142:2 144:23
146:6 147:2,15

149:13
**county's**  78:25
**couple**  29:16
42:15 44:20 61:8
62:7 72:20 75:20
88:14 128:5
137:22
**course**  8:12 9:3
19:19 68:3 72:2,4
73:15,16 84:14
108:7 118:25
143:17
**court**  1:1 3:2,16
3:19,22,24 5:6,14
5:18 6:9,15,21
7:12 8:3,12,12 9:5
9:8,10,16 10:5
14:4,13,22,24 15:3
15:5 16:5 19:23
21:5,8,9,20 22:8
22:25,25 23:8
25:2,9,12 26:2,15
34:13 37:4,10,21
39:3 41:17,22
43:5,19,23,24,25
45:8,13,18,21,24
46:5,12,15,18,24
47:9,16,18 48:3,7
48:10,16,18,23
49:3,7,14,17,20
50:1,6,13,15,18,21
50:24 51:2,4,10,15
51:18,22 52:5
53:5,11,16,22,25
54:5,9,12,18,23
55:10,19,22,25
56:7,13,16,25 57:4
57:7,15,25 58:15
58:18,22,25 59:4,9
59:17,23 60:16,20
61:7 63:17 64:19

64:22 65:2,19
66:5,9,10,14,19
67:15 68:25 70:6
70:16,19,24 71:2,5
71:13,17,20,23,25
72:3,11,19,23 73:1
73:4,7,11,17,19,24
74:3 75:11,13,16
75:21,23 77:11
79:25 80:6 82:9
82:11 84:8,10,12
84:25 85:10,11,11
85:13,16 86:3
89:5 90:1,25 91:2
91:3,7 94:9,11,15
94:17,24,25 97:10
97:12 98:3 102:14
104:2 105:15
107:13,17,24
108:18,19 110:4,5
111:15 112:7,8,20
112:25 114:10
115:12 116:17
117:19,24 118:16
118:23,25 119:3,7
119:18,20 120:3
122:6 123:5,9
125:3 127:9
133:10,17,22,25
134:4,9,18 135:14
135:21,24 136:1
136:13,19 137:8
137:12,15 138:18
138:22 139:10,15
140:7 141:15,18
142:4,7,13,16
145:9 149:6,10,20
**court's**  80:2 95:2,8
96:14 104:9
108:21 117:1,2,21
149:15

**courtesy**  9:19
14:25 82:16
**courtroom**  47:18
**courts**  9:1 67:17
92:13 119:4
**court's**  3:22 4:23
5:7 8:17,23 23:4
42:3,4 60:23 62:6
**covid**  39:22 46:14
49:7,10,10,13 55:7
72:14 90:18 92:21
92:22 93:9,12
96:4 122:17 126:7
134:15 136:2,4
139:9
**covid's**  39:22
**create**  58:9 77:21
87:6 109:18
**created**  18:1 21:11
21:11 25:24 91:4
110:21
**creates**  78:7
**creating**  109:21
125:7 143:8
146:12,17
**credibility**  35:24
**credible**  141:16
**creep**  106:24
107:4
**cried**  122:2
**cries**  6:5 10:22
**crime**  140:25
**criminalization**
110:19
**crisis**  6:11 16:11
16:24 17:1,18,22
18:4 20:23,24
21:6 27:20 65:22
76:14,17 77:3
81:3 88:21 108:15
110:16,21 113:7

[crisis - department]

113:11 144:22
**critical** 15:25
 25:13 77:12
 145:19
**criticism** 77:14
**cross** 137:17
**crush** 43:3
**crying** 106:20
**cue** 2:16 9:22
 85:25 86:1 91:13
 91:14 95:7
**cumulative** 49:10
 53:4
**cup** 95:11 143:5
**curren** 30:17
**current** 45:3 86:24
**currently** 56:8
 68:22 99:4,17
 104:25 126:13
**cut** 85:4
**cuts** 96:9
**cv** 1:7

**d**

**d** 3:1 85:3
**daily** 15:18 70:5
**damaging** 28:25
**danger** 7:10 9:13
**dangers** 125:22
**dare** 33:7
**dashboard** 57:3
 97:8 105:2
**data** 50:16,19
 56:19,22,24 73:8
 89:5 135:19
 136:10,12,15,15
 136:17,18,24
 137:5,14 138:1,16
 140:13 141:21
 142:11,12
**date** 1:11 44:23
 68:13 144:5

**dated** 151:14
**dave** 21:3
**david** 1:13 2:5
**dawn** 123:12
 126:19 131:3
**day** 5:19 10:17,17
 10:19 15:16 17:16
 19:5,10 21:9 25:1
 27:16 31:6 44:12
 59:11 65:14,21
 72:10 73:5 76:18
 84:2 97:16 121:24
 122:18 131:8
 132:8 134:16
 137:23 147:22
 149:8
**days** 15:12 40:22
 68:23 84:3 86:13
 123:17
**de** 2:4 10:21 14:23
 15:2,8 22:10 24:5
 26:13 32:21 74:7
 86:19 87:25 88:5
 91:4 104:10
 123:10,14,25
 125:2 126:8,24
 127:5 128:21
 129:12,14,20
 130:8,18,24 131:2
 131:21,25 132:10
 132:15 133:12
 142:20 143:12
 145:10
**dead** 122:15
**deadly** 86:24
**deal** 8:22 12:13
 25:21 29:11 77:2
**dealing** 92:12
 117:18 138:9
**deals** 7:8

**death** 11:20 39:5
 47:20 48:10 50:13
 111:21 117:25
 119:8,24 121:24
 125:24 138:13
 139:3,5 140:24
 141:1,5 147:20
**deaths** 5:2,4 47:25
 49:16 53:2 82:19
 122:11,14,16,19
 122:20,20 137:3
 139:20
**debacle** 24:10
**decade** 18:10
**decades** 17:25
 44:19 75:20 80:13
 110:16 112:2
 118:18
**decade's** 81:22
**deceased** 138:21
**december** 40:25
 49:12 69:15 135:9
 135:10
**decide** 59:12,14
 65:11 70:13
**decided** 6:2 32:11
 44:11 60:22 62:23
 101:3,12
**deciding** 6:23
**decipher** 24:6
**decision** 23:2 44:2
 65:15 91:12
**decisions** 8:21
 86:23
**declare** 56:1 122:1
 122:23
**declared** 91:21,23
**declining** 81:3
**decrease** 12:6
**decree** 14:19
 19:22 37:1,5,5,9

37:13 75:25 78:21
 78:23 80:1,13,20
 80:24 81:9,9,11,16
 81:25 82:4 92:17
 118:24
**dedicated** 115:20
 123:16
**deemed** 141:25
**deep** 4:23 114:15
**deeply** 75:5
**defendant** 1:8
**defense** 40:12,12
**deferred** 99:6
**definitely** 10:20
 80:6
**deflated** 131:10
**degradation** 44:3
 145:22
**dehumanizing**
 42:22 62:16
**delayed** 92:15
 148:14
**delineate** 137:10
**delineated** 140:18
**deliver** 17:6 20:6
**demand** 11:22
 16:6 78:14 102:19
**demanding** 111:12
 113:14
**demands** 18:4
**demonstrate** 23:9
**demonstrated**
 15:22 22:8
**denied** 92:16
**department** 66:4
 69:22 70:11,14,22
 73:25 81:21 82:24
 130:17 134:24
 139:4 141:14,23
 144:12,17

Veritext Legal Solutions
866 299-5127

**[departments - don't]**

**departments**  7:19 72:7 146:9
**deploy**  6:23
**deployed**  72:14,15 87:15
**deploying**  6:10
**depravity**  147:21
**deputy**  59:2
**describe**  44:3 86:7
**described**  83:7
**description**  68:11
**desegregation** 114:22
**desert**  146:4
**deserve**  20:3 40:20
**deserves**  17:19
**design**  76:9
**designated**  130:4
**designed**  76:14 101:17 133:8
**desire**  7:3 115:18
**desperate**  107:6 111:8
**desperately**  44:19 106:1,19
**despite**  81:18
**detail**  23:15
**details**  56:18 130:2
**deteriorating** 81:11
**determinant**  86:25
**determine**  141:19
**determined**  141:2
**determining**  75:6 89:1
**detox**  106:21
**devastating** 109:25
**devastation** 121:24

**develop**  29:20
**developed**  69:5,7
**developer**  64:3
**development** 33:24 104:14,16 104:25 105:2
**dialogue**  23:13 28:18 63:20
**didn't**  62:5
**die**  112:1 129:5 148:14
**died**  5:2 19:9 39:13,16 49:7,9 50:3 70:8,9 88:22 111:25 112:1 134:10
**diego**  16:18 18:19
**dies**  141:24
**difference**  137:20
**different**  9:3,4 21:21 28:6 39:1 78:16,19 120:16
**difficult**  6:4 8:21 20:7 23:2 114:18 117:18 147:13
**diffused**  76:10,11
**digit**  12:1
**digital**  150:7 151:3
**dignity**  7:11 20:3
**directed**  52:21
**direction**  4:20 20:10 32:8 36:25 64:21 82:6 101:4 146:2,11
**directions**  78:20 112:9
**directly**  57:24 79:9
**director**  78:5 108:8 112:23 123:20 126:9

133:2 134:23
**disagree**  108:14
**disappointed**  11:5 14:1
**disaster**  129:9
**disbanded**  11:23 11:23
**disconnect**  17:9
**discontinue**  99:19 100:1
**discourteous**  4:16 133:18
**discourtesy**  82:18
**discovered**  116:23
**discussed**  42:8 70:14
**discussion**  8:16 27:9 74:12 75:4 77:15 81:15 108:18 115:10
**discussions**  81:15
**disease**  122:14
**dish**  35:23
**disinvesting**  81:5
**disinvestment** 112:2
**disparity**  22:1,2 55:12
**displacement** 15:15
**displacing**  93:13
**disposable**  147:6
**disposal**  83:19
**disproportionality** 5:22 25:21 54:20 54:25 56:13,17 114:14
**disproportionally** 56:20
**disproportionate** 53:7 89:8 117:10

141:12
**disproportionately** 24:1 25:17 53:20 144:24,25
**disrespect**  85:24
**distanced**  128:23
**distant**  144:14
**distinction**  16:15
**distribution**  92:7 92:8
**district**  1:1,2 9:1 14:24,24 16:12,20 26:25 27:1 30:17 30:24 34:4 63:22 77:19 80:15,17 83:4 85:2 100:11 140:18 149:18
**districts**  28:7
**dmh**  12:11,15
**doctor**  31:1
**documents**  137:16
**doesn't**  6:15 12:3 28:5 67:13
**doing**  13:7,8 32:19 33:11 42:4 43:12 43:12 61:16,18 76:2 80:14 99:3 120:20,22 136:22 147:10
**dollar**  85:18 149:3
**dollars**  31:17 90:18 104:6 148:5
**don**  126:22 131:2 132:1,16
**don't**  7:8 10:15 13:9,18 19:22 23:19 31:3 33:3,6 36:11 40:13,13 43:14 44:17 45:8 49:21,21,24 50:1,4 50:16,19,23 60:11

[don't - emergency]

65:15 67:7 134:11
**door** 43:14 124:5
143:6
**doors** 87:18 111:5
**doorways** 127:19
**dotted** 126:6
**double** 12:1 83:9
**doubled** 135:12
**downgrade** 93:5,8
**downstream**
136:18
**downtown** 1:14
3:11 11:13 15:19
15:25 18:19 20:16
27:13,24,25 30:1
30:20 83:13,17
88:15,15 113:2
124:15 125:10
126:5,9,25 127:14
128:4,8,14,17,23
129:23 130:3,7,25
131:4,7,17,22
132:3,5 142:23
143:6,25 144:8
145:13,23
**dozen** 78:17
129:15
**dr** 2:22 12:10
70:17 92:14
134:17,21,22
135:19,23,25
136:10,14 137:5,9
137:13 138:14,19
138:23 139:11
140:12 141:20
142:10,15
**draft** 107:18
112:10,15
**drafter** 124:2
**dramatic** 134:11

**drawn** 104:15
**dressed** 121:17
**drinking** 72:16
**driving** 40:20,21
60:18
**dropping** 137:21
**drug** 102:24
140:25
**drugs** 86:20
**dry** 111:17 125:7
127:24
**duck** 11:3
**due** 8:16 96:3
124:12 125:25
139:9,13 143:19
**duly** 150:5
**dumbfounded**
97:21
**dumpsters** 83:18
**dusk** 61:12
**duty** 20:8
**dwc** 126:10 127:1
**dwp** 15:22
**dying** 4:24 11:19
19:4 76:18 80:24
114:4,5 134:15
137:21 139:22
**dynamic** 96:10
**dysfunction** 17:15
133:7

**e**

**e** 3:1,1 86:3,3,4
108:3
**eagle** 20:15
**earlier** 36:3 62:7
63:20 75:12 79:22
108:9 130:25
132:8
**early** 6:7 9:11
**earmarked** 90:19

**easier** 141:21
146:18
**easily** 74:17
136:24
**east** 13:4
**easy** 31:20 63:5
**echo** 95:23
**eckstein** 2:22
70:17 134:17,21
134:22 135:19,23
135:25 136:10,14
137:5,9,13 138:14
138:19,23 139:11
140:12 141:20
142:10,15
**eco** 87:16
**economic** 111:3
**economical** 38:21
**economy** 94:7,8
**eddie** 123:5
**eden** 131:2 132:10
**edge** 18:12 19:13
**education** 9:2
18:16 86:11
102:25 106:11
108:21
**effect** 87:4
**efficient** 22:21
147:10,19
**effort** 17:3,25 18:2
20:1 67:10 76:4
89:9 95:15,22
98:8 107:12
**efforts** 34:14 42:3
83:5 94:20 138:24
139:21 141:10
**eight** 72:9 83:17
131:4,13 132:2
138:6
**either** 8:24 23:19
56:1 58:12 63:2

75:18 97:20
107:25 118:11
139:16
**elderly** 29:4 128:5
**elected** 20:6 25:6
26:10 36:1 63:18
64:20,22 65:3,5,11
65:23 73:12 75:14
76:5 79:24 80:9
82:12
**electronically**
140:14
**elements** 19:11
52:7 79:2 120:13
**elevate** 21:6
**eligible** 98:10
101:16
**elizabeth** 2:17
94:20 115:15
126:25 145:15
**eloquent** 95:21
**else's** 24:9
**email** 62:16,21
**emblematic** 24:21
116:11
**emergency** 6:24
7:14,24 8:20
21:16,18 37:16,19
40:10 41:12 52:6
52:16,24 55:18
56:1,2 67:21,21
74:22,25 75:1,13
78:11 79:12 83:16
89:12 90:19 91:16
91:22,23,24,25
93:20 97:18,24
101:3,10,14
106:12 108:16,19
108:23 109:4,8,9
109:18 110:2,7,18
111:20 112:4,13

[emergency - experiencing]

114:11 115:4
122:23,24 124:4
128:11 132:20
139:23
**emotion**  7:10
**emphasize**  17:10
**employed**  150:10
150:13 151:8,10
**employee**  150:13
151:10
**employment**  143:3
**emptomatic**
116:11
**empty**  111:17
**ems**  134:23
**emts**  138:20
**enact**  37:16 115:5
**enacted**  119:1
**encampments**
76:18
**encounters**  62:17
**encourage**  75:22
110:5
**ended**  87:23 139:7
**endowment**  34:2
**engage**  21:9
**engaged**  28:25
36:14 77:1,4
78:25
**engagement**  47:8
64:6
**english**  29:6
**enjoyed**  142:24
**ensues**  37:5
**ensuing**  128:8
**ensure**  90:17
111:18
**enter**  81:16
**entered**  28:16 81:8
81:9

**enterprise**  143:4
**entire**  12:25 38:8
39:21 40:7 44:24
63:11 83:22 88:11
118:12
**entirely**  105:11
**entities**  37:6
128:17
**entity**  12:4
**entrance**  126:5,10
128:14
**entry**  29:8
**envision**  143:18
**epicenter**  16:13
63:13 113:7,8
**equality**  21:10
22:7 24:4 25:24
26:16
**equally**  74:21
**equate**  11:18
**equation**  139:25
**equitable**  6:10,23
8:18 37:13 45:22
115:8 119:2
149:10,15
**equitably**  121:22
**equity**  29:14 54:22
115:11 117:4
**erected**  40:9 51:22
52:6,9 124:18
129:19
**eric**  8:4
**errands**  61:16
**error**  76:11
**es**  150:4
**escort**  4:10,14
**especially**  5:24
6:20 27:21 28:6
28:22 40:12
115:16 117:24

**essential**  145:18
**establish**  69:8 98:8
**established**  99:14
**estimated**  128:22
**et**  1:4,7 3:9,10
**ethnicity**  54:14
88:25
**evening**  131:1
**event**  6:18
**eventually**  6:13
22:6 34:9 38:1
53:25 80:5 81:18
85:17
**everybody**  4:1
37:23 42:20 47:3
48:13 65:13 67:1
78:5 113:23 142:8
**evidence**  138:25
139:1
**evoking**  108:20
**exact**  49:24 50:2,4
103:13
**exactly**  12:22
124:11
**example**  17:8
19:20 23:21
**examples**  77:17
**exceeded**  126:1
**exception**  63:12
**exceptions**  76:21
99:12
**excluded**  88:23
**exclusively**  103:19
127:21
**excuse**  10:8 88:16
96:1
**excuses**  131:23
**executive**  108:8
112:23 123:20
**exegesis**  9:12

**exercise**  45:20,21
45:22 65:12 67:17
114:11 115:12
**exercised**  67:24
**exist**  30:25 111:4
115:24
**existence**  7:13
69:1,3
**existing**  18:5 57:2
**exists**  6:24 109:16
**exorbitant**  146:23
148:10
**expand**  35:13 69:2
100:19
**expanded**  68:20
**expanding**  36:13
**expect**  5:13 135:20
**expectation**  78:18
**expected**  68:23
**expedited**  9:10
36:8
**expend**  38:20
**expenditure**  98:16
104:21
**expenditures**
121:14
**experience**  10:17
61:1,5,5 89:4
113:10
**experienced**  39:12
53:14 145:1
**experiences**  88:8
**experiencing**  38:7
38:11 40:3 45:25
46:6,20 47:5,24
50:2 51:5 53:2
55:5 83:10,14
96:2 98:11 101:23
137:7 143:9
144:23 145:5

Page 14

[expertise - fire]

expertise  52:11
expired  81:11
explain  43:4,11
explained  127:5,8
  131:6
explanation  43:10
exploration  67:22
exploratory  149:9
explore  149:15
exploring  39:1
exposed  19:11
expressly  145:4
extend  8:13
extent  8:23 74:25
  75:5,12,14,15
  112:12
extra  66:9
extraordinarily
  6:19 41:1,10
  94:17
extraordinary
  3:25 40:19 41:22
  95:2
extremely  13:25
  88:25 102:21
  103:6
eye  10:16
eyes  42:25

f

fab  124:6
fabian  1:23 3:3
  150:2,20
face  9:1 15:18
faced  82:3
faces  42:22
facilitate  144:18
facilities  8:2 26:3
  33:4 71:11 84:23
  96:25 97:5 98:10
  98:12,13,19,23
  99:1,7,15,16,19

100:1,12,15,24
101:23,24,24
102:23 103:1,2,2,2
103:15 105:22,22
105:23 106:8
facility  7:16 13:18
  30:14 32:18,24
  33:7 34:1 69:8,9
  105:21 120:8
  126:16
facing  81:4
fact  15:24 16:13
  17:4 18:1,19 20:5
  28:22 34:18 95:25
  110:13 118:4
  137:22 140:5
factors  88:25
facts  35:10 60:12
  60:13
fail  88:7
failed  11:24 17:6
failing  109:12
failure  8:19 13:21
  39:2 45:14 82:4
fair  50:6 139:6
faith  5:18 21:23
  40:15 118:23
  133:12
fall  19:13 90:1
false  11:18,18
familiar  12:20
families  18:24
  84:5 90:17 102:22
  103:8 148:6
family  44:9 146:25
  148:24
fantastic  143:11
far  10:12 30:25
  31:8 39:1 49:9
  53:2 101:10
  115:12 119:24,25

122:18,21,23
126:6 139:3
144:22
faraut  126:25
farm  92:6,9,10
farther  116:21
fashion  36:8,23
fast  32:12 75:2
faster  35:9
fatality  53:4
fathers  28:2
fault  29:1 76:2
  78:13 94:4
favor  75:25 86:1
fd  51:7,20
fear  23:16
fears  44:18
february  1:11
  3:10 8:16 55:11
  115:7 136:23
  151:14
federal  8:23 17:24
  22:20 25:2 31:17
  35:2,21 90:17
  147:2
feedback  10:8
  11:8
feel  19:14 62:5
  82:3
feeling  43:25
  118:20 141:15
feelings  118:18
feels  44:19 76:20
feet  4:9,13 10:24
  34:10
fell  17:9
felt  32:25
fema  111:11 121:3
  121:15 122:2
fenced  126:3

feuer  2:11 8:5
  59:17,19,22,25
  60:3,4 66:8,12,17
  67:14 81:13 85:9
  85:14
fewer  38:6 45:25
  46:5
fico  148:7
field  53:13 80:15
fifth  91:17
fighting  121:25
figure  39:15 48:11
  134:9,12,14,16
  135:25 136:2,5
figures  39:10,13
  39:18 135:14,16
  136:3,7
filed  95:18
fill  4:17
filthy  62:25
final  67:25
finally  42:24
finance  58:12
financial  117:23
financially  150:14
  151:11
find  20:8 29:19
  49:22 76:2 91:22
  116:1 143:3
finding  141:16
finds  9:10 19:23
  22:25
fine  42:2 85:8
fingers  90:1
finish  40:19
fire  66:4 70:11,14
  70:22 73:25 82:23
  85:7 133:19
  134:24 139:3
  140:17 141:13,23
  144:17,17

[fires - general]

| | | | |
|---|---|---|---|
| **fires** 40:2 51:5,7 51:15,16,18 | 57:12 86:8 93:12 94:2 148:19 149:4 | 71:10 76:25 84:3 97:2 103:14 110:8 | **fundamentally** 76:14 |
| **firmly** 67:4 | **follow** 52:3 66:14 | 113:10 138:6 | **funded** 69:19,20 |
| **first** 9:18 26:25 | 89:15 121:20 | 146:14 | 83:20 104:24 |
| 27:1 36:16 37:7 | **follower** 75:19 | **francisco** 122:16 | 121:15 |
| 38:23 42:13 43:2 | **following** 17:11 | **frankly** 6:3,18 | **funding** 57:17 |
| 69:19 84:9,23 | 22:11 | 44:13 117:11 | 69:21 71:9 78:17 |
| 89:4 92:24 94:12 | **follows** 3:25 | **free** 104:6 105:5 | 83:8,23 84:6 99:6 |
| 94:19 95:3 96:22 | **foot** 88:1 103:23 | **freeway** 80:17,19 | 101:9,13 104:3,7 |
| 98:13,16 99:20 | 144:14 | 116:15,24 | 104:12 105:8,12 |
| 112:24 114:25 | **forbearance** 3:24 | **freezing** 129:5 | 107:10,11 121:13 |
| 118:6 124:3 134:6 | **force** 40:20,21 | **frequently** 24:18 | 143:15 144:8 |
| 136:20 137:9 | 77:6,8,9,10,19 | **friday** 17:8,11,15 | 148:2 |
| 139:21 140:19 | **forced** 131:6 | 23:11,15 24:2,10 | **funds** 57:22 69:23 |
| 141:8 143:15,25 | **forcefully** 16:5 | 40:9 51:23 52:2 | 102:5,7 104:21 |
| **firsthand** 10:16 | **foregoing** 150:3,4 | 78:10 118:4 | 105:4 106:10 |
| **five** 16:8,22 19:5 | 151:4 | 120:10 121:9 | 143:17 |
| 30:21 33:8 39:7 | **form** 91:11 109:3 | 122:3 124:11,22 | **further** 85:14 |
| 50:11 57:18 72:17 | **formal** 104:18,19 | 124:25 131:9 | 140:18 150:12 |
| 76:25 137:2 138:1 | **formation** 91:2 | 133:6 143:20,22 | 151:9 |
| 148:4 | **formed** 26:9 91:6 | 144:9,16 | **future** 24:23 38:2 |
| **fixed** 38:18 | **former** 41:19 | **friends** 146:24 | 85:6 143:12 145:7 |
| **flaherty** 128:22 | **formerly** 124:1 | 148:24 | 145:16,16 |
| **flourish** 87:22 | **forth** 140:25 | **frigid** 15:16 | |
| **flowing** 57:23 | **forum** 47:20 | **front** 11:13 25:20 | **g** |
| **focus** 42:12 54:22 | **forward** 9:19 15:3 | 47:1 50:17,20 | **g** 3:1 |
| 57:13 74:10 80:15 | 20:10 25:25 34:11 | 105:16 140:13 | **gabriel** 30:25 |
| 94:3 96:23 100:14 | 34:14,15 39:8 | **fruit** 67:11 | **gaps** 30:25 |
| 100:17 101:12,17 | 88:1 89:10 109:5 | **frustrated** 36:11 | **garcetti** 8:4 41:24 |
| 109:7 110:18,19 | 109:8,13,22 112:5 | 77:24 | 59:3 |
| 114:2 144:21 | 119:9 121:3,15 | **fulfill** 63:7 | **garcetti's** 128:12 |
| **focused** 96:9 100:4 | 144:7 145:7,19 | **fulfilling** 24:25 | **garcetti's** 41:25 |
| 103:19 106:3,4,4 | 148:2 | **full** 14:21 87:4 | **gate** 4:10,14 10:24 |
| 107:11 116:9 | **foul** 139:13 | 95:24 129:5 | 126:4 |
| **focuses** 58:7 110:1 | **found** 44:4 45:13 | **fully** 20:22 | **gates** 124:14 131:3 |
| **focusing** 74:12 | 89:17 138:21 | **function** 37:17 | 132:3 |
| **folks** 4:21 9:20 | **foundation** 22:3 | **fund** 71:9 77:19,22 | **gather** 138:1 |
| 10:15 12:19 13:17 | 108:4 133:2 | 88:5 106:2,10 | **gathered** 136:24 |
| 15:17 18:15 46:10 | **fountains** 72:18 | 107:8,16 | **gender** 24:15 |
| 46:12,15 49:11 | **four** 9:21 16:22,22 | **fundamental** | 88:25 90:8 145:1 |
| 52:24 56:9,19,20 | 19:10 31:24 58:4 | 77:22 | **general** 2:3 9:18 |
| | | | 10:5,6,7,8 14:11 |

[general - half]

14:14,18 34:19
36:3 71:9 85:24
86:7 90:25 91:1
94:15 106:1
114:17 126:18
131:1
**generate** 105:7
**gentleman** 59:1
70:22
**gently** 4:10
**gentrification**
44:18
**getting** 23:14 52:8
71:15 80:11,23
92:3 95:14 100:2
107:7 109:12
113:20,20 120:12
122:4,14 137:21
**give** 10:3,20 11:17
12:16 15:18 26:10
35:11 49:24 53:16
57:25 66:5,15,20
78:18 81:12
110:24 111:1,1
136:19 148:12
**given** 20:21 75:12
92:5 94:5 129:1
134:13 144:24
145:5 148:20
**gives** 28:15 37:12
**giving** 64:24 94:25
123:25 146:19
147:9
**glad** 13:13 120:1,7
**global** 11:21 22:17
24:24
**go** 11:5 12:23
13:21 18:21,22
23:12 29:24 30:6
31:8,25 34:9,23
36:17 38:15,15

43:14 49:21 64:25
71:5 74:8 84:13
94:21 96:8 111:18
116:21 134:3
136:23 140:8,9
142:3 144:2
147:23
**goal** 77:17 98:8
100:11 146:12,17
**goals** 21:7 79:3
**god** 42:25 43:20
44:6 120:13 122:9
138:9
**goes** 14:24 28:18
31:5,22 66:25
67:1,3 72:6 102:6
**going** 3:23 4:8,9
4:12 5:17,20 9:17
9:18,19 11:8 14:7
15:2 21:8,10 22:5
23:7,8 25:14,25,25
27:1 29:19 30:21
32:7,18 33:1,15,21
36:25 37:22,24
39:8 40:18 42:7
42:17,20 43:16
45:21 46:25 47:18
55:6,18 57:13,16
59:7 60:17 69:5
72:19 73:4 76:24
80:5 82:17 85:17
85:19,20 86:5,15
90:2 91:18 94:11
95:4,12 96:8
101:20 107:8,15
107:17,19 112:9
115:6,7,9,12,13
116:14,15,18,21
117:6 119:9 121:3
123:3 127:21
136:22 141:18

142:8,14 145:18
145:18 149:6,10
149:15
**good** 3:2,2 5:14,17
10:19 21:23 26:24
28:19 36:4 40:15
43:15 44:25 60:3
67:11,23 68:3
74:8 76:15,16
77:15 86:3 91:13
95:15 96:7 107:3
118:23 149:14
**goodness** 32:1
**goods** 103:3
**google** 91:23
**gotten** 44:8 109:20
**governance** 36:6
118:11
**governing** 37:10
133:13
**government** 7:20
8:3,20,25 16:6
17:5 20:25 22:20
23:4 25:3 26:6
35:3,3,21 37:12
40:16 75:19 76:9
76:9,10 77:6,7
125:6 128:17
146:9 147:1,3
**governmental**
19:2,24
**government's**
39:2
**governor** 17:24
35:5,12
**governor's** 116:18
116:25
**governors** 35:21
**gracious** 8:7,10
27:8 43:7 66:23
94:19

**graciously** 91:5
**grade** 18:16
**grand** 30:3
**grandmas** 44:9
**granted** 119:16
**granular** 31:12
**grassroots** 12:19
**grateful** 113:12
**gratitude** 21:4
**great** 31:10 67:2
67:11 102:8
120:16
**greater** 26:5
**greatest** 54:14
**greatly** 25:10
**greet** 126:11,21
**grew** 18:15
**gripping** 6:11
**ground** 16:14 58:1
123:19
**group** 5:24 93:10
93:11 126:5
**groups** 36:21 90:5
**grow** 36:9
**growing** 36:12
56:14 115:22
122:18
**growth** 143:8
**guess** 123:8
**guidance** 4:21
26:11 82:5
**guidelines** 4:2
**gunshot** 139:1
**guys** 100:23

| h |
| --- |
**h** 57:22 86:4 96:21
106:9,22,25,25
107:7,15 108:3
**half** 27:6 78:17
129:5

Page 17

[hall - homeless]

hall  95:1 147:8
hand  89:4 132:8
handout  66:9 68:6
hands  7:23 88:7
handwashing
  72:15 111:14
happen  65:25
  113:24
happened  12:1
  64:5,17 76:19,20
  93:9 107:2,4
  118:4 124:11,22
  133:6 137:22
happening  10:14
  63:20 66:1 68:17
  76:21 92:19
happens  10:19
happy  28:11 29:16
  30:16 31:14 44:8
  51:9,10 87:25
  127:3 136:17
  140:14 147:7
  148:17
harassment  31:5
hard  38:14 65:9
  141:18
harm  89:7
harsh  6:19
hasn't  44:20 63:6
hats  10:11 125:15
haven  30:6
haven't  39:14
head  61:13 62:25
  114:4
headed  128:21
heads  96:6 105:9
health  7:2 35:1
  56:6 69:22 83:21
  90:19 102:24,24
  106:10,11,17,19
  107:5 123:21

125:21 130:17
  135:16 143:2,3
  144:12
healthcare  12:12
healthy  133:2
hear  4:1 5:4 9:20
  10:7 14:6 31:8
  45:16 56:1 60:16
  65:16 66:23 92:13
  92:13 93:3 96:16
  97:9 102:10
  112:22 133:25
  134:4
heard  26:7 36:3,7
  37:23 39:21 44:20
  45:9 92:4 95:18
  96:15 108:8
  114:13,15 143:21
hearing  1:10 3:8
  4:23 5:9 6:1,8
  9:11 10:21 16:5
  22:5 33:4 37:2
  43:25 45:19 60:6
  68:9 71:14 73:10
  77:13 89:20 91:20
  95:20 100:23
  123:11 124:11,20
  145:4
hearings  94:18
  95:1
heart  44:16 48:2
  65:1 93:25 122:14
  137:17 138:2,4
heat  125:22
heaters  129:14
heavy  126:4
heidi  2:19 112:16
  112:21,23 117:18
  119:8 121:10,11
  147:11

height  89:13
hello  47:14 98:5
  119:21,21
helm  147:14
help  4:21 14:9
  30:1 31:18 35:5
  36:9 47:2 62:3,3,4
  63:4,6 82:2
  106:20 107:5,6,7
  116:6 124:13
  126:14 128:15,16
  128:19 131:10,18
  132:4,21,25
  133:17 136:8
  141:9,13 142:1
  145:20
helped  131:16
  132:8
helping  12:5 35:13
  80:3 127:17
  132:21,23 133:15
  143:3
hereto  150:14
  151:11
hey  89:24
he's  38:22
hhh  13:21 57:20
  58:5,6,12 83:20,23
  96:21,23 97:8,17
  97:19,22 98:7,17
  98:20 99:22 100:8
  100:17 101:9,13
  101:15,22 102:2
  104:3,21,24 105:1
  105:4 107:14
hi  123:23
hida  41:16
high  11:20 18:17
  24:17 33:8,10
  46:3 93:21 99:21
  141:7

higher  141:18,19
  148:10
highest  93:10
  137:18
highland  20:15
highly  11:5
hilda  2:8 8:6 26:23
  26:24 41:20
hipaa  42:16,21
historic  27:12
  120:8
historical  39:24
historically  21:11
  57:20 63:11 91:6
  117:9 137:15
history  86:12
hit  90:2 122:14
  137:21
hold  14:14,15,16
  86:15
holding  113:1
holly  124:4
hollywood  74:18
home  35:20 61:11
  69:15 84:20,22
  100:7 122:3
  143:17 146:8
homeboy  34:1
homeless  4:24 5:2
  5:4,11,22 6:20
  7:11 11:25 13:17
  19:11 20:15 23:18
  23:24 27:20 28:4
  30:2,10 32:8
  34:24 38:14 39:6
  46:1,9 47:20 51:5
  51:24 52:1 53:7
  53:10,17,24 56:15
  60:14 61:3,16
  62:15 66:3 68:4
  70:8 77:13 87:20

Veritext Legal Solutions
866 299-5127

[homeless - identify]

87:21 93:12 96:2
98:4,6,22,23
102:14,22,22
103:4,5 110:24
112:24 117:7
120:21,23 124:6
126:15 133:14
134:10,15 135:4
137:3,21 139:19
140:19,20 141:6
142:1 146:12,17
148:23
**homelessness**   6:11
7:9,25 9:6 16:13
16:25 17:17 18:12
19:13 25:17 29:13
38:3,7,11 39:13
40:3 44:22 46:6
46:20 47:5,25
50:3 51:6,12,12
53:3,15,18 54:14
55:5 56:21 63:14
77:2 83:11,14
88:24 96:1 98:11
100:5 101:23
103:5,9 108:15
109:4 110:17
111:20 113:7,11
114:18 121:25
122:1 137:7 143:9
144:22,24 145:5
146:16,21
**homes**   38:18 79:18
**homesites**   84:3
102:5
**honest**   111:23
**honor**   8:5,6 15:9
19:8 26:19 41:18
41:20 60:4,6
64:25 66:17 74:9
74:9 76:23 78:23

85:9 95:17 107:23
108:2,17 110:1
111:14,22 112:6
112:19,25 118:2
123:14 145:11,24
148:16
**honorable**   1:13
21:3,3 104:10
**honored**   25:10
27:7 59:18,20
94:17
**honors**   39:17
**hoods**   87:16
**hooked**   63:5
**hope**   5:13 11:18
34:12 35:1 36:25
65:20 67:16 77:13
87:8 89:2 117:16
119:4
**hopeful**   41:6
**hopefully**   34:10
79:3 88:17 149:13
**hoping**   98:19
**horrible**   78:15
**horrific**   73:20
82:19
**horror**   89:20
**horse**   88:2
**hospital**   34:19
139:23 140:10
142:3
**host**   86:23 142:17
**hosting**   145:13
149:17
**hotel**   55:20 56:4
94:18,20 131:5,14
132:1,12,14
**hotels**   35:15 84:20
87:17 113:21
**hour**   132:13

**hours**   51:23 68:24
72:10 84:2 128:8
131:10
**house**   24:10 32:8
87:18 146:5 147:3
148:8,9
**housed**   35:8 62:22
111:2 124:2 135:4
**houseless**   90:7
92:21 134:10,15
139:19
**houselessness**
114:17
**housing**   18:7,8,11
20:12,19,19 22:22
30:10,10,14 32:12
34:6,7,7,22 35:20
38:19,19 41:6
58:2,6,8,9,14 64:1
64:4 69:6,16 75:1
79:18 80:18 83:15
83:20 84:4,19,22
85:21 87:6,11,13
87:15,19 88:3,6
89:12 90:13 93:2
93:6,8,16,17,23
94:1 96:25 97:1
97:18,18,24 98:8,9
99:21 100:17
101:1,3,13,18
102:20 103:6,6,14
103:15,20,21
105:14,18 106:13
108:15 109:9,10
110:8,16,21
111:10 112:5,14
113:19 116:14
124:3,7 130:6,22
132:2 133:2,3
142:25 143:8,14
145:17 146:12,18

146:19,19,21,24
148:4,12
**houston**   16:21
**hovering**   31:16
**huddled**   43:16
44:6 127:19
128:13
**huge**   135:6 146:8
**hugely**   100:9
**huizar**   88:2 91:4
**hulf**   105:13
**human**   1:4 3:9
19:6,9 42:24 63:8
113:3,11 122:9
138:9 145:20
**humanitarian**
16:11,25 20:24
**humble**   116:4
**humbly**   6:4 14:5
41:17 51:2 67:25
85:3,6,23 117:25
142:9 149:7,17
**hundred**   148:5,5,5
**hundreds**   52:22
**hunger**   147:21
**hurdles**   130:16
**hyde**   151:2,19
**hygiene**   68:20
69:13 70:1 83:6
**hyperion**   80:21
**hypothermia**
79:13 122:15,16
125:22 126:1
128:6 138:6

---

**i**

**idea**   24:13 117:15
**ideas**   29:22 107:4
**identified**   69:6
**identify**   20:18
58:19 68:2 83:4
98:15 112:21

Veritext Legal Solutions
866 299-5127

[identify - initially]

137:6
**ignoring** 81:5
**illicit** 87:7
**illness** 7:2 38:11
  46:21 47:6
**illusion** 17:20
**image** 120:13
  122:9
**imagine** 52:4
  61:13
**immediacy** 27:20
  33:11
**immediate** 22:14
  22:15 52:24 55:8
  56:4 90:12,13
  104:6 105:25
  113:19 122:2
**immediately** 31:18
  32:4 87:16 105:8
  105:12 125:10
  129:25
**immense** 9:6
**immigrant** 18:16
**impact** 9:5 135:6
**impacted** 25:17
  31:19 49:11,12
  53:20 56:20
**impacts** 113:9
**impassioned** 7:7,9
**impatience** 60:9
  65:19
**impede** 36:9
**implement** 72:7
**implemented**
  81:23
**implicitly** 40:18
**importance** 25:13
**important** 5:19
  13:12,16 19:12
  20:22 28:21 41:10
  54:21 58:6 62:13

64:11 75:4,21
  77:24 79:9,11
  86:8 88:25 96:5
  120:8,10,12 135:5
  135:12
**importantly** 16:4
  19:25,25 27:23
  36:2 85:21 147:19
**impossible** 19:14
**impoverished**
  23:16 26:6
**impression** 95:8
**improve** 145:20
**improvement**
  102:19
**improvements**
  69:20 83:9
**improving** 99:16
**inability** 8:24 23:1
  24:10 37:20
**inaction** 8:24
**inaudible** 133:17
  133:20,21 134:2
  138:3,5 140:6,8
  144:2
**incarcerated** 34:8
  34:25
**incident** 17:11
  61:18
**inclement** 52:18
  57:11 125:25
**include** 38:9
  115:14
**included** 8:8,11
  89:9 90:18
**includes** 102:23
  143:7
**including** 16:18
  25:20 56:9 61:3
  80:21 103:6,8
  126:2 130:16

**income** 30:10 34:7
  81:6 102:21,21
  103:7,7,7
**incomes** 64:2
**incompetent** 11:22
**incorrect** 49:14
**increase** 5:3 38:10
  46:19,25 47:4
  48:19 83:18
  122:22 135:11
**increased** 47:7
  48:20 72:16 95:25
  96:1
**increases** 12:1
**increasing** 4:25
  48:14 138:12
**increasingly** 9:5
**incredible** 42:9
**incredibly** 26:2
**indicated** 60:16
**indications** 58:2
**indicator** 99:5
**indigenous** 53:23
**indignities** 63:1
**indiscernible** 6:13
  6:18 7:13,13,17,18
  10:3 20:16 22:4
  25:3 26:14,17
  38:12,17 41:19
  42:24 43:13,18,22
  45:4 46:3,4 47:10
  47:14 48:15,23
  49:6,22,23 50:12
  52:12 53:2,24
  54:10 57:12,12,14
  58:17 66:7,11,18
  70:18,23 71:1
  73:7,10,13 74:1,2
  74:4 77:11 82:15
  82:19,21 85:10,13
  88:9,19,20,21 89:2

89:7,10,14,16,17
  89:19,21,22,23
  90:11,15,18,19
  97:13 98:4 102:3
  102:15 105:20
  114:20 116:15,22
  117:16 119:11
  122:7
**individual** 105:13
  128:7 141:22
**individuals** 16:21
  20:3 28:4 55:4
  102:21 103:7
  109:6 132:22
  135:3,4,4 138:16
  138:21 139:7,12
  141:13 148:23
**indoor** 69:10
**industrial** 86:22
**industrialization**
  86:20
**industries** 34:1
**inequalities** 109:2
  110:21 111:4
**inequality** 90:8
  109:16 112:2
**inequitably** 117:8
**inferred** 61:24
**inform** 85:10
**information** 28:15
  28:16 60:20 68:8
  82:22 89:2 97:7
  142:6 149:8
**informed** 86:23
**infrastructure**
  93:18 97:2 103:9
  103:17
**inherent** 77:23
**initially** 61:15
  100:10

Veritext Legal Solutions
866 299-5127

| | | | |
|---|---|---|---|
| **initiate** 141:11 | **interestingly** | **invite** 9:18 51:9 | 52:14 53:3 54:16 |
| **initiated** 104:18 | 62:12 | 81:25 | 54:21 59:19 62:1 |
| 138:24 141:10 | **interim** 32:12 58:8 | **invited** 6:9 82:13 | 63:14 64:11 65:14 |
| **injunction** 114:23 | 69:16 84:4 85:21 | 105:15,15 | 65:21 66:22,24 |
| 127:10 | 97:4 109:9,14 | **inviting** 29:9 | 68:1,6,22 72:9 |
| **innocent** 15:17 | 112:5,13 | 134:22 | **i'd** 5:4 25:9 30:17 |
| **innovative** 32:11 | **intermingled** 17:5 | **involved** 118:24 | 42:15 48:21 49:1 |
| 87:15 | **interrupting** 88:24 | **involving** 40:2 | 49:5 51:19 52:3 |
| **inquiry** 6:17 37:13 | **intervene** 78:9 | 51:5 | 52:12 59:13 70:25 |
| 37:21 115:2 | **interveners** 37:7 | **ironic** 11:12 | **i'll** 26:17 38:9 43:1 |
| **insecure** 18:12 | **intervening** 75:16 | **irony** 11:15 | 46:21,21 53:25 |
| 87:20 | 75:23 | 124:17 | 54:5,6 64:15 66:5 |
| **inside** 87:1 89:19 | **intervenor** 139:17 | **isaac** 94:21,21 | 66:15 70:20 73:19 |
| 113:20,23 114:3 | **intervenors** 79:8 | **isn't** 47:19 52:15 | 74:3 |
| **insight** 42:10 | 94:13 107:20,25 | 73:4 | **i'm** 3:23 4:8,9,10 |
| **installed** 83:17 | 108:7,10 116:13 | **issue** 7:8 19:20 | 4:12 9:19 10:9,10 |
| **instance** 38:12 | 136:20 | 28:21 65:20 92:12 | 14:18 15:2 19:17 |
| **instituted** 114:19 | **intervention** 52:16 | 92:24 96:14,14 | 20:17 21:10 22:5 |
| **institutional** 90:7 | 56:5 58:7 78:22 | 97:10 104:1 | 23:7,22 25:14 |
| 113:9 | 108:21 | 108:13,15 113:16 | 26:8,15 27:6 |
| **institutions** 19:1 | **interventions** 45:2 | 114:17 116:10 | 28:15 35:18 37:12 |
| 25:7 | 45:5 55:2,16,18 | 118:10,15 120:12 | 37:24 38:25 39:8 |
| **intake** 130:15 | 56:2,23 57:10 | 148:20 | 40:18 41:6 42:2 |
| **intelligent** 22:21 | 84:16,18 108:20 | **issued** 89:5 104:5 | 42:17,20 43:6,8 |
| 78:8 | 109:5,6,8,14 110:7 | 114:22 | 45:14 46:25 47:18 |
| **intelligently** 149:1 | **introduce** 60:14 | **issues** 9:11 17:17 | 48:24,25 50:24 |
| **intend** 144:19 | 66:2 119:10 | 20:7 36:5,6 42:16 | 51:2,8,10 54:6,23 |
| **intensity** 60:9 | 123:16 | 60:15 65:7 88:23 | 57:15 59:20 60:4 |
| 65:18 95:19 | **introduced** 20:11 | 92:23 93:14 94:4 | 60:19 62:22 64:4 |
| **intention** 20:18 | 104:9 146:7,15 | 133:14 | 67:3,5,22 68:4,9 |
| **intentional** 9:7 | **introducing** 60:24 | **it's** 9:5 11:12,16 | 72:6,19 73:1,9,20 |
| **intentionally** | **invest** 80:25 109:4 | 11:16,21,24 12:1 | 86:15 115:8 119:8 |
| 76:11 | **invested** 32:24 | 12:21 13:11 17:15 | **i've** 6:8 19:16 26:7 |
| **interest** 23:3 | 83:12 | 18:13 19:12 20:24 | 28:11,12 30:23 |
| 102:18 | **investment** 52:14 | 24:21 26:19 27:14 | 31:1 33:13 39:25 |
| **interested** 13:23 | 81:10 | 30:15,15 33:10,11 | 62:5,23 |
| 13:24 21:16 73:20 | **invisible** 29:2 | 34:20 35:18 38:14 | |
| 97:9 138:8 150:14 | 110:18 | 38:21 39:9,23 | **j** |
| 151:11 | **invitation** 6:1 8:13 | 40:1 41:10,18,20 | **jail** 32:6 36:16 |
| **interesting** 91:15 | 8:14 27:2 | 42:21 45:19,20 | **jails** 32:8 |
| 120:15,19 121:1 | | 47:10 48:8 52:7 | **january** 47:23 |
| | | | 49:12 68:7 70:7,8 |

82:20 120:1,1
122:19,20 124:25
134:16 136:4,9
**jeff**  2:3 9:18,18
10:5,6,7,8 14:11
14:14,18 71:13
85:24 86:7 126:18
131:1
**jeffrey**  90:25 91:1
**job**  1:24 34:9
43:11,13,15 65:14
72:4 102:25
106:11 142:5
**jockeying**  128:18
**john**  38:12 117:17
**johnny**  38:19
**johnson**  114:21
**join**  140:4
**joint**  147:14
**jonathan**  12:10
**jose**  2:9 16:19,19
58:24 88:2
**joyous**  10:13
**judge**  2:5,6 10:23
15:9,9 21:3 26:24
27:3,3,5,18 29:13
31:2 32:15 42:7
44:25 47:14 57:18
58:21 66:25 86:10
87:5,9 90:24
91:13 92:13 113:5
114:21 116:8,18
116:22 117:4
119:17 120:6
121:9,21 123:3,24
125:4 126:21
128:1 131:1,12,20
141:3 142:22
143:20 145:8
**judgment**  65:3,12
80:1,2,3,7,8

**judiciary**  25:2
**july**  58:11 68:19
**june**  5:11 38:4,7
39:20 44:24 46:1
46:7 67:22 84:18
**justice**  33:25
92:15,15

**k**

**kathryn**  8:7 9:23
27:8 41:18 47:2
**keep**  14:6 22:13
24:19 111:16
132:9 135:13
138:15
**keeping**  132:25
**keeps**  72:4,8 124:6
**kept**  92:3
**kevin**  2:4 10:21
14:23 15:2,8
22:10 24:5 26:13
32:21 74:7 104:10
112:18 119:8,10
119:12 123:10,14
123:25 125:2
126:8,24 142:20
145:10
**key**  35:13,14,20
55:25 56:4 57:2,5
57:8 84:20,21
109:11 121:2,4,5,6
121:8,12,15 148:2
**kicked**  80:14
**kid**  66:24
**kidding**  4:11
**kids**  80:23
**killed**  88:21
**killing**  39:23
**kind**  6:14 14:9
23:1 35:24 36:14
39:18 55:13 59:19
70:20,21 74:6

82:15 97:24 101:2
114:20 142:19
**kinds**  21:22
**king**  92:14
**kirkpatrick**
128:12
**kits**  70:1
**knew**  63:25 122:3
**know**  6:4,15 11:8
11:14,14,17,24
12:6,10,18 13:11
13:22 15:11 16:11
18:11,13,15 19:12
25:2,3 27:5 30:2
30:19 33:1 36:18
39:16,24 41:5,7
44:17 48:13,24
49:17,20,21,21
50:1,8,8,10 52:1
54:18,24 58:8,19
59:1,4 61:1 63:17
67:3 70:9,17
72:19 74:11 75:23
76:23 82:11,12
84:8 92:20,23
93:4 95:4 100:5
105:14 110:12
113:8,22 114:6,6,7
114:10 115:25
118:6,10,13 124:8
127:2 134:19
135:21,23 137:15
139:6 140:3,21
142:7,11 143:17
143:19 144:20
147:16 148:18,21
**knowing**  29:7
**knowledge**  46:19
150:9 151:6
**known**  5:5 94:14
119:23 139:22

**knows**  48:12,13

**l**

**l**  108:3
**l.a.**  81:2 91:22
108:5,5,10 125:1
**la**  1:4 3:9 15:21,21
15:22 27:16 30:22
30:24 35:23 36:15
48:12 65:21 66:4
125:23 143:21
**lacan**  79:8 108:8
**lacans**  87:16
**lack**  17:4 34:19
41:18 76:3 77:23
**ladies**  43:15
**lady**  43:3,20
**lahsa**  11:22,23
36:5 52:21 57:3
71:9 78:13,14
94:13 110:10
113:17 114:6
115:15,17,21,22
121:11 130:4,9,12
130:14 131:16
147:12
**lame**  11:2
**land**  66:6
**landscaping**
103:10
**language**  78:6
103:13 107:18
**languishing**
109:10 148:1
**lapd**  81:16
**large**  71:12 96:6
101:25 129:18
139:11 148:22
**largely**  99:15
**larger**  5:13,21
24:23,24 69:8

[largest - looming]

largest 16:16 94:7 94:8
las 40:21
latino 53:10,15 54:15,17 55:4
laugh 67:2
launched 100:7
laundry 68:20 69:9 71:11
law 61:22,22
lawyer 61:2 63:3
lay 84:15,17
laying 22:3
lead 51:7 61:25 120:24 122:15
leader 122:18
leaders 17:24 26:10 36:2 71:21
leadership 21:14 26:11 82:6 145:23
leading 12:3,4 42:5 113:10 122:13
lean 51:20 52:10
learned 118:14 121:9 143:22
learning 115:22
leased 69:7
leasing 35:15 69:19 83:8,8 124:7
leave 4:17 21:9 59:5,11 60:23 71:4 73:13 79:15 131:6 139:5 141:1 142:13
led 90:5 118:3
ledanski 151:2,19
ledge 61:10
left 75:14 90:6 122:15 129:5,14

130:8,22 131:7,23 132:22
legal 8:21 61:2 63:25 65:7 104:23 108:4 128:10
legislation 124:3
legislature 17:24
legitimate 64:13 65:10
lens 29:12
leon 88:1 91:4 104:10 123:10,25 125:2 126:8,24 127:5 128:21 129:14,20 130:8 130:18,24 131:2 131:21,25 132:15 133:12 142:21 143:12
leon's 129:12 132:10
letters 21:22 23:22 104:17,24
letting 117:12
lettuce 92:8,9
let's 23:3,17 42:12 59:25
level 19:2,17 20:25 26:16 28:21 31:12 76:6,14 77:7 78:22 80:5 82:1
levels 146:9
levity 66:21
lies 35:20 110:11 110:12,13
life 7:10 31:5 33:17 44:12 79:21 80:23 123:16
lifeboats 129:4
lifetime 87:21

lifted 87:2,9
lifting 19:21
light 129:22
limit 128:25
limitation 4:3
limited 26:3 29:6 97:1 129:3
limits 8:17,23
line 62:12,22 65:8 115:2 127:13
list 21:7 68:18
listen 118:19
listening 60:21 63:18 65:12 92:1 118:17
literally 7:5 9:8 51:23 87:1 116:4
litigants 44:1 142:5
litigation 108:7 118:18
little 5:9 11:1 15:6 21:25 41:1 43:3 43:20 60:22 61:10 66:21 67:4,9 73:1 89:25 90:2 107:5 107:5 117:1 141:21
live 31:3 61:8 62:20 87:5
lived 18:17
lives 9:14 19:6 29:5 113:1
living 5:24 10:17 18:12,24 19:3 64:18 88:8,22 89:8 114:5 123:1 145:21 147:22 148:13,23
liz 95:16

loan 104:18,19
loans 98:22
local 7:14,24 8:9 8:25 14:25 15:1 19:17 23:4,23 37:19 39:2,16 40:16 90:17 115:4 126:19 129:16 147:2
located 125:9 143:2
location 1:14 21:23 24:1,14,16 24:16 42:7,7 62:9 62:19 63:9,22
locations 21:21 69:24 70:2 83:12 84:2
lofts 83:19
long 8:24 16:18 44:18 60:7 73:9 79:18 85:21 91:24 92:18 112:14 114:9 144:22 149:7
longer 19:3 40:17 113:25 122:23 148:13
look 29:12,13,19 34:14 41:8 56:16 87:8 95:12 101:20 103:20 106:14
looked 86:9 115:9 115:10
looking 26:15 28:20 30:7 34:21 35:22 42:8 103:22 105:10 118:10 145:7,19
looming 5:21

Veritext Legal Solutions
866 299-5127

[los - means]

**los** 1:7,16 3:9,12
4:25 6:12 7:11,20
7:21,22 8:4 9:15
11:17 13:7,7,14,14
16:12,17 17:1
19:7,19 20:16,23
21:18 22:9 23:21
27:17 28:14 29:17
30:1,8 32:23 33:2
39:9 40:10 42:13
51:24 52:1 60:4
63:11 70:8 74:19
75:20 76:7,25
80:12,21 81:19,22
86:4 96:19,19,20
98:6 103:24 108:4
108:6,25 109:11
109:16,17,21,25
110:15,16 111:24
112:24 116:11,14
117:3 120:23
122:10 123:21
125:1,12,20,24
132:20 134:23
146:6 147:15
**losing** 73:2 121:23
**loss** 125:22
**lost** 19:6 124:17
**lot** 10:15 12:22
13:12,13,16 20:13
23:22 30:13 32:5
35:16 38:18 42:3
43:4 44:11 58:2
59:6 62:18 66:1
69:4,7 72:5,5 77:1
85:16 93:9 99:8
100:2 102:4
105:24 107:3
115:23 116:9
117:2 118:17
124:14 125:9,14

126:3,4,7,13 127:4
127:13,21 128:22
129:2,20,25 131:7
132:6 133:12
142:24 143:10,13
143:19,23 149:8
**lots** 64:5 125:6
**lotus** 69:15
**loved** 146:25
148:24
**low** 30:10 34:6
57:21 64:2 81:6
102:21,21 103:6,7
103:7 105:19
144:13
**léon** 2:4 10:21
14:23 15:3,8
22:10 24:5 26:13
32:21 74:7 123:14
145:10

**m**

**m** 108:3
**macro** 22:6,17,24
23:6 24:24 42:5
42:11 74:13
**madam** 145:24
148:16
**madame** 15:9
123:15
**magnitude** 7:14
16:24
**main** 13:3
**maintain** 94:20
99:7
**maintenance**
32:22 99:6
**major** 60:11
**majority** 11:10
**makeshift** 18:25
**making** 8:12 23:2
36:7 44:2 59:8

95:15 129:13
131:10 141:15
146:18
**man** 53:15 59:21
66:18 127:17
134:8 140:6
149:19
**management**
69:10,14
**mandate** 64:21
**maneuver** 29:7
**manner** 3:8 16:2
22:21,21 141:12
147:10
**map** 84:17
**maple** 42:13
**marc** 2:22 134:22
**march** 68:13,17,24
83:1,24 84:4
96:12
**marine** 80:23
**market** 63:23 64:3
84:24
**marks** 3:12,20
149:20
**marshal** 4:13
22:20 42:19
133:19
**marshals** 4:9
**marston** 2:19
112:19,22,23
118:2 119:6
147:12
**martinez** 2:7 10:2
14:16 15:10 21:4
26:21 60:1 97:14
100:21,22 101:7
102:8 123:24
126:22 128:2
131:1,12,20

**mask** 95:11
**massive** 81:10
143:7
**master** 2:7 10:2
14:16 15:10 21:4
26:21 33:25 60:1
97:14 100:21,22
101:7 102:8
123:15,24 124:7
126:22 128:2
145:24 148:17
**matt** 2:10 59:1,2
77:12
**matter** 10:12 12:3
33:23
**matters** 123:20
**maximum** 75:22
**mayor** 5:15 7:23
8:4 11:3 14:1 26:1
34:13 37:15,17
41:24,24 52:20
56:11 59:3 77:7
81:19 97:16
100:17,25 101:12
114:10,11 120:19
121:12 128:12
**mayor's** 83:4
114:12 128:9
131:17
**mayor's** 55:21
59:12
**mean** 52:8 65:1
67:7 85:4 106:13
116:7 117:1
**meander** 146:3
**meaning** 91:17
104:14 135:11
**meaningful** 33:17
149:3
**means** 4:10 18:5
62:4 81:22 82:3

Page 24

[means - months]

93:13 125:17 128:11 147:9 148:11,12,14
meant 101:25 102:1 119:15 123:6
measure 75:2 82:7 96:21 98:17 100:4 106:9,22,25,25 107:7,15
measured 40:16
measures 111:21 112:4 115:5
mechanism 35:6 138:25
med 141:24
media 3:13,21 120:16 149:21
medical 70:11 82:23,23 134:22 141:24
meet 7:4 76:14 125:1 127:17,18 143:22
meeting 120:8 144:16
meetings 73:14
meg 2:12 65:17 66:2,6,8,10 67:25 68:4,25 70:17 82:17 84:8 85:7 97:20 98:3,5 100:22
melvin 127:17
member 4:4,5 41:24 66:12 81:14 88:19 126:16
members 22:13,23 24:14 146:25 147:4 148:24

membership 62:23
memorializes 104:20
memorized 40:1 85:2
mental 7:2 12:12 34:25 38:11 46:20 47:6 102:24 106:10,17,19 107:5 143:2
mentally 32:9
mentioned 119:15 127:22
men's 32:5
merely 60:19
met 37:12 113:6 126:22
metal 126:4
method 20:20
metro 81:2,9
mic 66:15
michele 2:7 7:21 10:2 14:9,16 26:21 27:4 42:1 44:8 60:1 74:10 97:14 100:21 101:7 102:8 121:10 123:24 126:22 128:2 131:1,12,20
micro 22:6,14,23 23:6,9 24:7,22 26:16 42:3,4 74:12,14 116:8,10 116:10
microcosm 133:6
microphone 10:3 26:22
midst 110:15 127:8

mike 2:11,13 8:5 8:11 59:17,19,24 60:2,4 74:5,8 77:16 82:10 85:23 121:20
miles 62:8 63:8
milestone 5:1
milestones 37:11
military 76:24
million 32:3 33:14 33:14 57:17,19,21 57:21 83:12 92:20 97:4 105:5,6,7 106:1 107:1
mind 44:5 62:14 66:2 135:13 138:15
mindful 52:13
mindset 18:4
mine 42:1
minimum 145:17 146:12
minorities 5:22
minority 23:19 114:14
minute 60:23 92:7 127:4 136:17
minutes 27:22 33:8 88:14 126:23 132:13
mirrors 103:13
misaligned 17:2
misery 87:22 147:20
misgivings 6:3
missing 77:5
mission 15:20 106:24 107:4,9 119:23 125:11 127:14 129:10 140:3

missionary 106:23
mistaken 42:6
mitchell 2:17 94:23 95:17 97:16 98:1 102:10,16 107:23 115:15 124:4
mobile 32:13 70:3 83:25
model 12:22 28:5
modernize 99:10
modify 107:19
modular 87:16 105:22 124:7
moment 27:12 31:15 42:13,16,18 42:21 47:16 60:13 65:16 66:13 68:25 79:19 135:21
moments 7:4 19:9 108:9 147:12
monday 78:11
money 18:14 31:21,25 32:3,11 33:13 57:23 85:19 94:8 95:7,8 100:8 101:21 106:2
monica 80:22
monies 95:5 101:1
monique 2:15 86:2 86:15 88:14,17,19 89:24,24,25,25 90:22
monitor 37:11 79:4
month 52:23 86:12 135:9
monthly 136:11 136:16
months 19:17 49:12 62:17 81:15

[months - notes]

89:14 95:20 96:3
96:3 116:7,18,25
146:15
**moral** 16:25
**morning** 3:2,3
15:11 26:24 43:6
43:16 44:5,25
60:19 68:3 78:11
86:3,6 88:9 90:22
92:1,5
**mosaic** 42:9
**motels** 35:15
113:21
**mother** 18:16
**motion** 34:15
40:23 104:9,11,22
105:16 144:7
**motions** 20:12
146:15
**motto** 36:16
**mou** 84:17
**movable** 40:25
**move** 23:25 32:13
32:17 83:14
100:25 101:2,3
109:14 110:20
113:22 122:12,13
128:6 130:4,10,11
148:2
**moved** 23:18
61:24 74:25
100:25 110:6
112:12 117:8
130:21 131:5
**moving** 26:2 32:12
34:11,16 41:11
67:7 106:3
**multi** 79:11
**multiple** 47:3 65:9
122:10

**music** 15:4
**muster** 23:1
**myers** 2:18 108:2
108:3 112:9
139:16

**n**

**n** 3:1
**nafta** 86:22
**name** 3:3 10:7,8
26:24 33:6 58:23
59:21 60:4 61:20
86:3 88:18 94:22
108:3 119:22
134:18,20 142:19
**named** 44:8
**names** 33:7
**narcotics** 137:19
**national** 19:20
28:20
**nation's** 16:13
**nature** 76:8
**nazis** 42:23
**near** 18:19 128:3
130:7
**nearby** 62:19
64:15 132:12
**nebulous** 107:15
**necessarily** 31:3
98:24
**necessary** 7:24
9:12 19:23 28:17
33:17 115:5 148:2
**necessity** 102:19
**need** 4:5,7,7,20
12:23 13:19,20
15:23 17:7 18:9
18:10 20:9 22:23
31:11 32:25 34:25
35:8 41:13,14
46:2,8 47:12
52:13 58:14 59:23

60:8 62:13 63:18
64:1 80:12 81:24
81:25 82:2,5,5,5
90:10,11 92:24
93:4,14,16 94:9
96:8,9 99:8 106:1
106:8,19 107:7
109:24 111:7
112:14 113:19,24
120:22 122:13
123:3,3 127:6
142:11 145:25
147:18 148:3
**needed** 4:16 80:13
113:15 120:22
127:24 130:17
**needs** 11:15 12:13
52:24 55:8 68:15
79:10 80:14 82:7
92:23 103:19
107:11 110:5
111:8 113:18
114:8 144:21
145:3
**negotiate** 31:23
79:1,2
**negotiating** 116:17
**negotiations** 6:16
**neighborhood**
64:14 99:13
**neighborhoods**
16:10
**neighbors** 20:15
64:6 146:25
148:25
**neither** 150:10
151:7
**network** 86:5
108:5
**never** 44:5 62:15
64:17 67:18 99:5

111:19 119:15
**new** 18:8 32:21
38:3 44:22 68:12
84:4,24 98:9 99:2
99:13 100:3
122:15 126:2
143:11 146:12,17
**newest** 5:1
**news** 5:14 120:24
135:16
**newspaper** 120:17
**nice** 112:20
**nigeria** 61:21
**night** 11:22 23:11
23:15 24:2 43:8
52:20 55:24 78:10
111:3 127:25
130:15,20 131:9
131:14 144:24
**nights** 123:18
**nighttime** 130:1
**nine** 54:2 74:16
**nobody's** 59:6
**noel** 2:15 88:14,18
88:19 90:4 91:9
**non** 22:12 57:13
106:1 128:6
**nonprofit** 71:10
125:11
**nonprofits** 132:23
**normal** 7:15 8:1
**normalized** 19:2
**normally** 10:15
**north** 13:2 20:9
145:25 146:1
**notary** 1:23 150:1
150:21
**note** 18:11 77:24
**noted** 78:23
**notes** 112:11

Veritext Legal Solutions
866 299-5127

[notice - organizers]

notice  104:4
noticed  61:9
notified  141:14
notwithstanding
  24:12
number  3:23 5:3
  14:7 16:12,22,22
  24:17 25:10 38:21
  49:24 50:2,5 55:4
  56:14 82:19 89:8
  97:2 99:3 117:20
  128:25 129:3
  135:11 136:8
  137:19 139:6,22
  141:12,16,17
  145:4 148:22
numbers  12:6
  46:9 49:10 53:4
  54:16 95:25 96:1
  137:6
numerous  27:10
  35:4

**o**

o  1:13 3:1
oakland  16:19
oaks  63:21
oaths  3:6
objections  81:19
objective  24:12
objectives  146:1
oblige  97:11
observations  40:5
  62:7
observed  116:8
  125:13
obtaining  125:17
obvious  9:5
obviously  25:1,4
  63:17 83:5 114:25
  115:3 117:21
  145:6 148:7

occasion  10:13
  43:8
occasions  114:19
occupied  84:20
occur  30:18
occurred  23:14
  40:3 51:6 60:17
occurring  9:9
october  40:24
odd  43:9
offend  33:1
offer  16:2 89:6
offered  128:15
  129:11
offering  75:7
offhand  135:25
office  19:16 65:11
  68:5 72:5,8 75:18
  83:4 85:15 97:15
  98:12 116:18,25
  125:23 128:9,10
  131:17,17 135:20
  136:2 139:6,14
  140:10 141:2
  146:14
officer  68:5 70:11
  82:23 150:2
offices  59:12
official  9:16 39:19
  64:21 76:5 92:4
officially  104:20
officials  8:25
  13:24,25 19:24
  20:1,6 23:23 25:6
  36:2 63:18 64:22
  65:3,5,21 73:12
  75:15 79:25 80:9
  82:12 135:17
oftentimes  25:12
  59:4

oh  14:11,18
  119:13 123:7
  136:14
okay  10:4,5 14:22
  41:15 42:15,23
  44:9 46:15,18
  47:17 48:4,7,8,10
  48:23 49:17 50:1
  50:2,6,24 51:4
  52:5 53:11,22
  54:18 55:22 56:7
  56:25 58:15,25
  59:4,15 60:3 66:8
  66:12,20 67:2
  68:25 71:2 72:3
  72:11 73:17,19,24
  74:4 82:18,22,25
  85:4,7 91:12
  101:7 112:15
  119:8 123:9
  124:21 125:4
  135:24 137:8,12
old  30:6
older  56:6
once  14:1 23:16
  48:11 51:19 85:6
  117:6 124:20
  132:21
ones  36:3 146:25
  148:24
one's  10:4 41:12
ongoing  15:15
  68:16 83:3
online  52:23 55:1
  55:6 57:3 133:3
open  29:18 83:19
  87:18 107:20
  111:17 131:22
  144:19 149:10
opened  68:20
  69:17 71:14 84:4

84:16,18 126:4
opening  30:21
operate  142:25
operating  23:10
  23:14 68:22 83:9
operation  32:22
operational  23:15
  52:14
operations  68:23
  69:21
opinion  26:9
opioid  48:1
opportunities
  12:23 29:18 30:18
  33:22 37:1 148:12
opportunity  21:5
  30:1 90:21 107:20
  124:1 147:10
opposed  64:16
  76:22 147:8
option  88:22
  100:24 105:18,19
  118:25
options  57:14
  67:21 104:23
  105:24 109:11
order  3:24 4:12
  6:2 8:12 41:2
  42:17 68:7 74:12
  86:10 87:2 94:12
  94:14 98:14,15
  99:20 100:1
  107:13,17
ordered  111:14
organization  90:5
  132:7
organizations
  36:10 126:19
  129:7
organizers  126:18

Veritext Legal Solutions
866 299-5127

[organizing - people]

| | | | |
|---|---|---|---|
| **organizing** 90:5 | **p** | **particular** 24:19 | **patients** 140:18 |
| **originally** 68:8 | | 50:14 94:12,13 | **pay** 14:25 18:14 |
| **originated** 24:13 | **p** 3:1 86:3 | **particularly** 25:18 | 32:21 |
| **ornament** 116:2 | **p.m.** 68:22 149:21 | 53:1 56:21 135:8 | **paying** 40:19 41:8 |
| **ornaments** 45:10 | 149:22 | 141:6,7 | 69:12 |
| **outcome** 150:15 | **pages** 1:25 | **parties** 6:16 17:9 | **payment** 102:7 |
| 151:12 | **paid** 41:4,4 101:22 | 22:19 57:16 67:23 | 148:8 |
| **outcomes** 89:1 | **pain** 67:10 | 85:18 104:18 | **peak** 55:7 |
| 148:3 | **pallet** 79:17 84:23 | 115:13 142:14 | **pedro** 1:15 3:11 |
| **outer** 8:17 | 105:22 | 149:12 150:11,14 | 13:11 17:12 91:17 |
| **outerwear** 127:20 | **pandemic** 11:21 | 151:8,11 | 91:17 125:10 |
| **outgrown** 28:5 | 31:16 52:17 72:14 | **partner** 118:14 | 127:23 128:3 |
| **outgrowth** 86:19 | 89:13 135:6 143:5 | 145:6 | 145:14 |
| **outhouse** 18:18,20 | **paper** 55:11 96:9 | **partners** 12:18 | **peh** 137:10 |
| **outrageous** 103:22 | **papers** 54:10 | 35:12 36:10,20 | **pending** 105:16 |
| **outreach** 47:8 | **paradigm** 32:10 | **partnership** 30:16 | **people** 4:17 5:23 |
| 106:13,16 107:1 | **paramedics** | 35:2 69:18 82:5 | 7:11 8:9 10:22 |
| **outside** 4:5,8 6:21 | 138:20 | **partnerships** | 11:4 14:7 15:15 |
| 9:21 10:24 14:6 | **park** 20:15 93:21 | 31:11 32:20 34:15 | 15:23 16:16 18:24 |
| 18:21 63:1 101:22 | 93:24 94:1 | **parts** 30:23 | 19:4 23:3 27:21 |
| 117:15 124:14 | **parking** 13:12,13 | **party** 129:18 | 28:20,24 29:1 |
| 125:13 126:15 | 13:16 20:13 30:13 | **pass** 106:7 | 30:6 31:2,8 32:9 |
| 128:3 131:3 132:3 | 32:4 38:18 43:4 | **passable** 111:1 | 33:2,6,9,18,20 |
| **overall** 24:12 | 62:18 64:7 116:9 | **passage** 68:21 | 34:23 35:8,19 |
| 135:7 | 124:14 125:6,9,14 | **passed** 96:23 98:7 | 36:13 38:17,18,21 |
| **overdose** 48:1 | 126:3,7,13 127:4 | 98:18 102:18 | 39:12,16 40:2,11 |
| 122:11 137:19 | 127:13,21 128:22 | 107:9 | 40:11 42:23 47:24 |
| 139:2 | 129:2,20,25 131:6 | **passing** 63:4 | 53:2,6 59:8 60:8 |
| **overlapping** | 132:6 142:24 | **pastor** 2:16 9:22 | 61:3,4,16 63:15 |
| 133:24 | 143:13,19,23 | 85:25 86:1 91:13 | 64:2,18 65:15 |
| **overlooked** 89:3 | **part** 9:24 11:4 | 91:14,17 94:11,14 | 66:23 67:7 69:25 |
| **overpass** 137:22 | 12:7 25:23 26:25 | 95:7 126:22 131:2 | 70:8 74:25 75:6 |
| **overwhelmed** 93:9 | 27:9 35:6 36:1 | 132:1,15 | 76:17,18 78:2 |
| 139:14 | 37:3 39:2 54:19 | **path** 20:10 109:5,8 | 79:8,12,16 81:7,23 |
| **owned** 30:4 87:12 | 73:7 97:18 101:25 | 109:13,22 110:19 | 83:10 86:21,24 |
| 90:15 125:6 | 108:24 117:2,2,13 | 112:5 114:18 | 87:3,20 88:3 |
| 126:13 143:10 | 133:7 | 119:1 | 89:20 90:6 92:20 |
| 146:21 | **partially** 22:4 | **pathway** 20:8 | 92:22 93:11,11,16 |
| **owners** 40:6 | **participant** 75:19 | 146:2 | 93:17,17 95:15 |
| **o'clock** 43:6 | **participants** 95:1 | **patient** 141:24 | 96:7,7 98:11 99:8 |
| | **participatory** | | 99:9 100:18 |
| | 87:23 | | |

[people - point]

101:23 105:25
106:19 107:6
109:9,12,13,23
110:6,24 111:2,7,9
111:17,18,24,25
112:12 113:2,9,20
113:23 114:3
115:20,21 116:5
116:19,23 117:13
118:5,7,19 121:7
121:24 124:6,9,19
125:13,14 128:23
129:3 130:4,10
131:11 132:9,25
133:15 134:10,15
135:17 138:10
139:22,24 140:4
147:9 148:14,14
**people's** 105:9
**percent** 5:3 39:24
47:25 48:6,8 49:3
53:3,10 54:2,3
97:1,3,17 101:9
103:16,21 105:4
119:7,24,25,25
122:21,21 134:13
135:11 136:4
137:18,19,20
139:11 140:21
141:8
**percentage** 48:18
48:22
**perfect** 35:18
144:20
**performance**
40:18
**performed** 139:2
**period** 8:24 137:2
**perished** 122:10
134:14 135:17
136:2,3,9

**perishing** 138:10
**permanence**
109:11,15
**permanent** 20:19
22:18,22 32:14
35:19 58:7,10
68:19 69:6,8
72:17 79:18 83:15
83:20 84:19 98:7
98:9 100:4,5,17,18
101:1,12,17 102:1
102:6 103:20,21
109:9 110:8
113:24 143:13
144:4 146:24
147:4
**permanently** 69:4
**permeated** 133:7
**permission** 15:2
84:9
**permit** 144:17
**person** 4:14 38:14
70:20 77:13 85:7
87:21 102:14
**personal** 5:8 18:11
18:23 29:22 61:1
118:7
**personally** 45:9
53:14 67:11 78:9
80:4
**personnel** 7:16 8:2
**persons** 5:11
21:23 38:2,6,10
45:25 46:6 47:5
50:2 51:5 53:6
96:1 118:17
123:11 137:7
**person's** 46:19
**perspective** 24:8
71:18 113:17

**perspectives** 65:20
**pete** 2:14 9:23
85:23,24 86:3
93:15,19 108:7
126:18
**peter** 91:18
**petitions** 64:14
**petri** 35:23
**phase** 104:14,25
105:3
**phases** 79:11
**philanthropic**
36:21
**phoenix** 16:21
**phone** 86:2 116:22
**phoning** 14:25
**photos** 79:14
**physical** 15:17
**picture** 43:20
101:20 140:1
**pictures** 29:3
42:16 43:2
**piece** 42:8 62:13
75:24
**pieces** 42:22
**pile** 13:19
**piled** 11:13
**pipeline** 45:3,6,15
55:2 87:5 120:18
**pipelines** 87:5
**pit** 69:24 83:25
**place** 24:18 28:3
33:7 34:9 35:9
51:17 56:19 62:8
62:19 67:13 69:25
77:15 79:16 86:18
88:5 91:3 94:21
111:7,18 117:8
118:6 127:9,24
137:4 143:16
144:19

**placed** 45:7
**placement** 74:25
**placements** 57:2
74:22 84:22
**places** 7:22 30:2
56:24 74:18
**plaintiffs** 1:5 79:7
108:11 110:25
136:20
**plan** 25:19,20
33:25 34:6 54:19
54:24 55:10,12,14
56:15 98:16 127:2
143:7 146:8
**planning** 120:18
**plant** 80:21 81:1
**plastic** 125:16
**plata** 108:22 115:8
117:22
**platitudes** 95:21
**play** 25:5 139:13
**plays** 15:25
**please** 14:13 15:3
26:20 41:25 43:4
51:11 58:18 59:1
71:5 77:15 112:17
112:21 119:18
121:23 142:17
**pleased** 27:7 95:2
**pleasure** 59:20
68:1 112:20
134:19
**plight** 86:24
**pm** 132:18
**point** 12:5 13:5
16:7 46:9 63:8
64:12 65:1,10
70:16 75:4 81:18
127:9,12,16
129:14 132:4
141:4 146:22

Veritext Legal Solutions
866 299-5127

[point - project]

| | | | |
|---|---|---|---|
| 147:11 | **power** 8:18 11:7 | **presentations** | 110:18 |
| **points** 118:3 | 26:5 41:13 45:21 | 60:21 87:7 | **problems** 76:16 |
| 119:14 | 45:22 67:17 76:10 | **presented** 130:11 | 78:8 110:4 |
| **police** 81:21 88:5 | 76:13 115:19,24 | **presenting** 130:16 | **proceed** 104:5 |
| **policies** 17:6 88:4 | 117:19 119:3,4 | **preserving** 81:25 | 149:14 |
| **policy** 65:4 80:16 | **powerful** 86:25 | **president** 119:22 | **proceeding** 3:5,25 |
| 87:22 133:2 | **powerpoint** 68:6 | 127:1 | 9:17 108:19 |
| **political** 86:23 | 68:12 87:7 | **press** 120:24 | 111:15 149:22 |
| **politics** 124:12 | **powers** 37:13,16 | 135:15 139:15 | 151:4 |
| **poor** 88:3 | 37:22 67:24 | **pretend** 109:1 | **proceedings** 10:14 |
| **poorest** 61:3 | 114:11,12 115:8 | 112:3 | 11:4 12:7 15:6 |
| **popular** 135:15 | 119:2 121:21 | **pretty** 61:2 77:1 | 150:3,4,5,8 151:6 |
| **populated** 16:23 | 147:15 149:10,16 | **prevalent** 43:10 | **process** 9:12 22:3 |
| **population** 11:10 | **power's** 67:18 | **prevent** 76:12 | 23:18 37:21 87:4 |
| 16:1,16 23:24 | **practice** 61:22 | **previous** 125:25 | 125:5 130:12 |
| 47:21 48:11 49:19 | **practiced** 61:22 | **previously** 20:24 | 132:20 142:8 |
| 53:10 54:2 114:14 | **pre** 104:13,16,25 | 84:20 | 143:3 |
| 141:6 146:5 | 105:2 124:6 | **price's** 30:17 | **product** 58:1 |
| **populations** 34:8 | **preach** 93:6,7 | **primarily** 98:8 | 85:18,20 95:9,14 |
| 39:6 53:24 | **precious** 120:12 | 99:9 101:16,17 | 116:2 |
| **portable** 84:1 | 122:9 147:25 | **primary** 23:21 | **professionally** |
| 129:11,13 | **predators** 120:14 | 117:7 | 53:14 |
| **portend** 24:22 | **predecessor** 63:23 | **printed** 135:15 | **program** 39:17 |
| **portion** 37:8 | **predicting** 123:8 | **prior** 68:17 78:11 | 70:4 84:1 98:12 |
| **portrayed** 44:14 | **predominantly** | 92:21 93:10,12 | 98:14 99:1,15,19 |
| **posed** 75:11 | 125:14 | 137:10 150:4 | 99:24 100:1,7,9 |
| **position** 26:1 | **prefab** 87:16 | **priorities** 31:22 | 144:10 145:16 |
| 78:15 128:18 | **preface** 65:17 | **prioritize** 90:13 | **programs** 84:24 |
| 147:14,17 | **preliminary** 6:22 | 92:10 | 144:18 |
| **possesses** 119:4 | 142:8 | **prioritizing** 90:14 | **progress** 45:1 |
| **possibility** 118:21 | **preparations** | 92:6 | 58:16 |
| **possible** 6:7 | 131:10 | **priority** 146:19 | **progression** 39:7 |
| 105:11 144:2,14 | **prepared** 60:11,15 | **prison** 86:22 | 40:7 50:10 137:2 |
| 144:19 | 68:6 151:3 | **privately** 98:25 | **progressive** 76:11 |
| **possibly** 112:8 | **preparing** 101:21 | **privilege** 23:3 67:6 | **project** 35:20 56:4 |
| **post** 108:20 | **prerogative** | **prk** 52:22 56:4 | 57:2,5,8 77:20,21 |
| **pot** 36:12 | 114:12,25 | **prkey** 56:3 | 83:13,21 84:20,21 |
| **potentially** 63:12 | **presence** 8:4 26:20 | **probably** 28:19 | 87:17 93:6,8 |
| 104:23 117:10 | **present** 8:6 9:13 | 67:12 74:18 141:4 | 98:16 104:22 |
| **poverty** 22:2 | 88:12 90:22 | **problem** 16:8 78:2 | 109:11 121:2,4,5,6 |
| 23:19 67:6 123:20 | 116:13,13 128:13 | 78:4 81:4 108:24 | 121:8,11,14 |

[project - quoted]

129:21 130:14
143:16 145:16
148:1
**projects** 24:22
58:12 84:19 97:5
98:15,25 104:16
104:19,24 105:5
107:8 143:9
146:20 148:1
**prominent** 21:22
**promise** 4:21
24:25 96:23 116:3
**promised** 96:20
97:6 106:22
130:20 131:13
**promises** 11:18
23:8,12 40:17
45:10
**prompted** 4:23
5:12
**promptly** 41:5
**prong** 93:16
**pronounced** 139:8
**prop** 96:20,23
104:3,24 107:14
**properties** 30:8
34:2,3 147:3
**property** 30:4
31:13 64:9 66:21
67:1 87:12 90:16
90:16 102:20
127:3,10 130:8
146:21
**prophecies** 91:19
**prophetic** 91:18
**proportion** 37:19
53:17 54:14
**proportionality**
67:8
**proportions** 20:25

**propose** 20:14
**proposed** 107:18
**proposition** 83:20
83:23 97:19 98:7
98:17,20 99:22
100:8,17 101:15
101:22 102:2
103:12,18 104:21
**props** 12:10,16
**protect** 127:20
**protest** 21:23
**protocol** 144:15
**protocols** 29:7
**proud** 10:9
**provide** 20:9,12
22:22 28:4,16
30:1 31:18 33:15
35:24 60:12 69:24
70:1 82:24 83:25
87:6 98:23 99:7
102:20 103:3
105:8,17 106:9
107:1 109:5
111:13,18 127:7
127:13 130:15
133:8 136:18
140:13
**provided** 42:10
51:24,25 55:15
69:22 70:12 83:7
83:8,15 84:6
99:17 103:1
105:20
**providers** 52:4,11
110:10
**provides** 69:16
70:1,3,5 71:9 84:1
146:1
**providing** 21:5
58:13 69:25 78:13
99:4,11 117:11

131:18 132:25
**provision** 60:13
**provisions** 129:8
129:10
**provocative** 27:14
27:14 28:10,15
35:7
**proximity** 128:4
**psh** 99:24
**public** 1:23 6:5
44:14 65:4 80:16
83:10 84:1 87:18
102:18 143:15
144:11 150:1,21
**publicized** 39:9
**publicly** 146:21
**pull** 113:23 136:12
142:12
**pulling** 13:10
78:19
**punch** 115:21,21
**punctuate** 16:7
**purchase** 129:15
**purport** 109:19
**purpose** 125:6
**push** 23:3 33:21
64:21 117:3
**pushback** 129:23
**pushes** 89:10
**pushing** 23:23
128:11
**put** 11:16 16:23
19:19 30:12,14
32:4,11 33:13,14
33:15 34:15 40:13
41:2 46:25 61:12
81:9 86:15,20
98:16 103:12
116:4,19,23 118:5
132:11 133:12
144:7 148:8

**putting** 14:9 28:13
80:6 110:9 140:9

**q**

**qualified** 150:7
**quarter** 61:11
**quarterly** 45:6
55:3,15
**query** 140:15
141:21
**question** 5:21
22:23 23:24 25:15
25:23,25 39:5
41:6 47:12 50:22
57:15 65:8 70:7
74:23 75:3,11
79:23 80:8 82:20
86:6,17,18 97:16
101:9 104:1 110:6
112:10,11 147:13
147:18
**questions** 5:13
7:12 8:22 14:8,10
25:10 37:24 44:20
45:25 46:25 47:19
59:7,7,15 61:6
64:25 65:9 66:5
70:12 74:16,20,21
75:8 95:13 107:13
110:4 114:13
115:14 117:23
134:25 135:2
148:18
**quickly** 10:21,23
18:6 32:16 52:9
123:15
**quite** 6:3,18 24:3
24:18 44:12 63:7
80:2 95:22 117:11
**quoted** 120:20

Veritext Legal Solutions
866 299-5127

[r - regarding]

| r | | | |
|---|---|---|---|
| **r**  3:1 108:3 | **rampart**  81:17 | **realize**  20:23 | **reconfigure** |
| **race**  86:25 | **ran**  64:15 140:15 | **realized**  132:4 | 147:18 |
| **racial**  22:1 110:20 | **rape**  5:25 31:4 | **realizing**  123:2 | **reconfigured**  30:7 |
| 111:3 | **rapes**  24:17 | **really**  5:6 11:15 | **record**  3:4,7,13,15 |
| **racism**  90:8 92:25 | **rapid**  18:4,7 84:21 | 12:16 26:11 28:5 | 3:20 5:7 6:23 13:1 |
| 108:25 109:3,20 | **rare**  114:19 | 29:12,14 32:16,25 | 15:4 28:16 38:1 |
| 112:3 113:9 | **rate**  33:10 39:6 | 35:24 39:14 45:20 | 41:13 43:1 45:14 |
| **racist**  117:10 | 47:20 48:10 53:4 | 65:2 75:8 77:13 | 58:22 66:20 68:2 |
| **radio**  39:18 | 53:18 54:3 63:23 | 77:25 79:19 96:5 | 84:13 94:21 95:6 |
| **rain**  11:21 17:13 | 93:21,24 119:24 | 99:5 107:3 112:12 | 100:22 134:20 |
| 40:11 43:17,21,24 | 125:24 | 113:15 116:7 | 142:20 149:21 |
| 52:7 79:13 111:16 | **ratio**  11:20 | 117:20 118:15,19 | 150:9 151:5 |
| 111:19 116:5 | **reach**  6:13 8:10 | 118:23 | **recorded**  150:6 |
| 120:11 121:17 | 29:8 67:20 | **reason**  7:14 17:14 | **recording**  150:8 |
| 122:4 124:10,16 | **reached**  5:10 | 47:24 93:1 | 151:4 |
| 127:21 133:16 | 21:20 37:14 38:4 | **reasonable**  19:24 | **records**  40:23 |
| 149:4 | 115:3 116:12,20 | **recall**  64:14,17 | **recover**  34:25 |
| **raincoat**  43:20 | **reaches**  37:18 | **recalling**  63:19 | **recovery**  122:12 |
| **raincoats**  44:6 | **reaching**  115:13 | **receive**  87:18 | 122:13 |
| 125:16 | 118:22 | **received**  21:22 | **red**  133:4 |
| **rainstorm**  24:11 | **react**  38:24 | 104:14,17 129:20 | **redlining**  86:19 |
| 112:1 125:8 127:8 | **reactivate**  62:23 | 130:6 134:9 136:1 | **reduce**  148:22 |
| **raise**  89:6 | **reactivation**  62:22 | 144:12 | **reduced**  150:6 |
| **raised**  61:21 66:5 | **read**  39:25 40:23 | **receivership**  80:6 | **reducing**  146:16 |
| 107:14 115:15 | 54:9,24 84:10 | **receiving**  5:14 | **reelection**  64:16 |
| **ramirez**  2:9 44:25 | 86:10 97:21,21,22 | 142:18 | **reevaluating** |
| 45:5,11,16,23 46:2 | 124:21 125:3 | **recess**  142:20 | 147:25 |
| 46:8,13,16,23 47:7 | 143:21 | **recipient**  23:17 | **reference**  48:21 |
| 47:10,17,22 48:5,9 | **readily**  57:1 | 117:7 | 49:1 137:17 |
| 48:14,17,20 49:1,5 | **reading**  137:16 | **recognition**  25:16 | **reflect**  117:21 |
| 49:9,15,18,23 50:4 | 139:15 | 25:18 53:5 | **reflects**  5:3 |
| 50:12,14,16,19,22 | **ready**  12:19,23 | **recognize**  41:3 | **reforming**  81:21 |
| 51:1,3,7,13,16,19 | 19:13 37:2 74:2 | **recognized**  17:4 | **reforms**  76:11 |
| 52:3,10 53:9,12,19 | 85:12 88:17 | **recollection**  49:4 | 81:22 |
| 53:23 54:4,8,11,16 | **real**  20:8 31:7,8 | **recommend**  76:1 | **refresh**  49:3 68:19 |
| 54:21 55:1,14,20 | 42:24 75:1,2 | 102:15 | 69:1 |
| 55:23 56:3,8,18 | 102:20 146:1,2,2 | **recommendation** | **regard**  104:8 |
| 57:1,6,9 58:6,16 | 147:9 | 99:18,19,25 | **regarding**  27:19 |
| 58:21,23,23,24 | **reality**  9:8 88:8 | 100:16 | 31:24 134:25 |
| 59:16 | 147:1 | **recommendations** | 135:2 |
| | | 52:11 90:8 | |

Veritext Legal Solutions
866 299-5127

[regardless - resuscitative]

**regardless** 45:1
**regards** 51:13
  147:11
**regenerate** 117:12
**region** 8:1 61:3
**regions** 126:1
**regularly** 7:16
**regulating** 89:21
**rehab** 99:10
**rehabilitation**
  99:4,16
**rehearsal** 78:7
**rehousing** 18:5
  84:21
**reimagining** 36:16
**reimbursed** 121:4
  121:6
**reinscribed**
  108:25
**reinscribing**
  109:15
**reiterate** 16:7
  145:12
**reiterated** 27:25
**rejected** 121:18
**related** 140:24,25
  150:10 151:7
**relates** 61:6
**relationship** 61:23
**relationships**
  29:20
**relative** 150:12
  151:9
**relatively** 61:5
  139:22
**reliance** 57:4,7
**relief** 51:24,25
  133:8
**remain** 4:5 14:5
  25:9 37:10

**remaining** 105:6
**remains** 17:4
**remedies** 6:11,24
  110:24
**remedy** 8:18,18
  54:19
**remember** 18:22
  81:14 91:7 116:16
**reminded** 129:2
**reminiscent** 8:25
**render** 110:17
**rent** 18:14
**rental** 106:12
**repaid** 121:3
**repayment** 98:22
**repeat** 67:18 122:6
**report** 45:6 47:23
  55:3,15 64:15
  85:1 97:3 144:12
  145:2
**reported** 1:23 5:4
  40:2 51:4 56:22
  135:16
**reporter** 3:2,3,19
  39:10 90:1 149:20
**reporting** 37:11
**reports** 51:20
  120:16,24
**represent** 27:22
  43:6 80:20 108:5
**representation**
  91:12 116:24
  143:11
**representative**
  38:12 94:16
  128:12
**representatives**
  66:3
**represented** 88:10
**representing**
  26:25

**repurpose** 30:9
**repurposing** 34:21
**reputable** 30:5
  140:4
**request** 26:3 97:9
  104:22 107:12
  115:6 136:17
**requested** 5:18 8:3
  68:8,8
**requesting** 15:1
**requests** 35:4
**require** 78:9 102:6
**required** 94:5,6
  107:16
**requires** 17:22
  22:17,18
**rescue** 15:20
  119:23 129:10
  140:3
**reservations**
  130:10
**reside** 34:8
**resident** 10:10
**residents** 16:12
  68:21 69:17
**residing** 9:14
**resilient** 87:9
**resolution** 56:16
  102:11,13,17
**resolve** 54:25
  55:12 65:22
  149:14
**resolving** 6:6
**resource** 51:11
  57:16,17
**resourced** 78:14
**resources** 4:19
  22:15,20 28:17
  29:25 37:19 38:15
  38:20 43:15 59:23
  76:4 78:18 88:6

90:17 94:9 96:17
  96:18,20 100:19
  101:18,19 104:2
  109:7 113:25
  118:7 121:22
  146:10 147:5,25
**respect** 20:2 27:20
  124:12 133:11
  143:19
**respectfully** 8:3
  104:2 107:12
**respectively** 67:9
**respond** 25:7,7
  55:11 70:14,15
**respondent** 147:20
**responder** 134:6
  139:21
**responders** 137:10
  140:20 141:9
**responding** 134:5
**response** 17:23
  23:5 64:25 68:7
  70:12 84:16,17
  111:11 117:4
**responsibility**
  20:8 65:6 79:24
**responsible**
  143:18
**responsibly** 67:5
**resting** 89:11
**restorative** 34:17
**restroom** 18:22
**result** 33:22 76:3
  80:10,11 82:8
  115:21
**results** 17:6 20:7,9
  80:16
**resuscitate** 138:20
**resuscitative**
  138:24 141:10

[retailer - second]

**retailer** 129:16
**retain** 37:9
**retains** 118:22
**retrieve** 132:7
**retroactively**
 121:5,16
**return** 68:23
**revealing** 93:25
**reverse** 18:2
**revisit** 46:8
**revolving** 124:5
**rfp** 98:13,18,21
**rfps** 99:20
**ridership** 81:4
**right** 3:22 4:15,23
 10:24,25 11:13
 12:14 13:4 23:9
 26:9,18 27:13
 29:13 33:25 36:24
 41:8,11 43:3
 45:23 47:1 48:5
 48:18 51:19 59:19
 60:18 63:15 67:14
 72:25 73:3,6 74:4
 74:4,5 80:3,9,10
 80:11,11 81:3
 82:6,8,8 86:16
 87:14,19 91:16,18
 91:19 92:11 93:17
 98:2,18 99:1
 112:15,22 113:22
 114:2 118:10
 123:18 138:18,22
 139:10 140:2
 142:14 143:6,10
 146:11
**rightly** 78:12
**rights** 1:4 3:9
 41:23 81:6
**rise** 33:8 65:24
 86:22 119:7,25

134:11,12 136:4
 138:10
**risk** 92:21 103:5,8
**river** 30:25
**road** 6:22 18:10
 26:9 41:11 84:16
 117:19 149:9
**roadmap** 55:16
**robust** 81:14
 144:9
**rock** 20:15
**rode** 129:4
**role** 15:25 36:22
 60:12 75:22,23
 78:24,25 79:4
 117:21
**roof** 114:4 149:4
**roofs** 105:8
**room** 35:13,13
 44:8 56:4 57:2,5,8
 66:13 84:21
 109:11 121:2,4,5,6
 121:8,11,14
 139:23
**roomkey** 129:21
 130:14
**rooms** 55:5,7,20
 121:12,18 131:5
 131:14 132:1
**rotating** 14:7
**rough** 57:19
**round** 145:12
**row** 9:14 10:9,10
 10:11,14,22 11:10
 12:6,25 13:1,19
 15:20 16:14 18:1
 21:11,17 24:19
 25:24 26:25 28:1
 28:23 31:4,10
 38:5,7 39:13 40:3
 44:14 46:1,6,21,22

50:3,11,14 51:6
 52:9 53:1 56:21
 62:4 63:10 68:13
 68:17,21 69:17,23
 70:4,4,9 71:12
 72:16 74:12,15,18
 82:20 83:2,12,16
 83:22 86:18,18,24
 89:9,18 90:5
 91:14 93:22,23
 94:2 113:2,6
 117:5,16 123:19
 125:1 127:17
 130:7,23 132:9
 134:12 135:3
 136:7,9 140:17
 141:7,22,25
 145:22
**rowing** 146:10
**rug** 124:24
**rule** 76:22
**rules** 76:22
**rumors** 42:3
**run** 18:21 136:18
**running** 18:22
 63:25
**runs** 105:14

**s**

**s** 3:1 108:3,3
**sacramento** 16:19
**saddened** 28:22
 115:17 118:3,9
**safe** 12:21 22:13
 34:21 62:5 68:21
 69:25 84:24
 120:14 132:25
**safely** 66:6 144:13
 144:18
**safety** 4:24 26:4
 56:17 117:11

**salvation** 15:20
 129:8
**san** 1:15 3:11
 13:11 16:18,19,19
 17:12 18:19 30:25
 122:16 125:10
 127:23 128:3
**sanitation** 15:22
 147:8
**santa** 80:22
**sarah** 128:22
**save** 79:13
**saving** 79:21
**saw** 29:3 42:24,25
 75:24
**saying** 33:6 35:18
 64:19 65:18 101:6
 101:8,11 106:17
 120:20
**says** 39:20 65:13
 94:5 102:18
 103:19
**sb1380** 124:2
**scalable** 96:6
**scandal** 81:17
**scattered** 38:16
**scene** 139:8
**scenes** 118:17
**schedule** 85:1
**scheme** 24:23
**school** 18:17
**score** 148:7
**scott** 59:24 70:20
 70:20,23 71:1,5
 74:1
**scripture** 94:5
**seated** 9:20
**seats** 4:17
**second** 4:7 25:23
 47:15 48:1 51:8
 67:15 75:3 85:25

[second - sidewalks]

86:14 122:13
145:12
**sections**  103:14
120:17
**secure**  24:16
130:18 144:17
**secures**  144:8
**securing**  24:14
146:20
**security**  33:16
132:6
**see**  4:12 7:8 13:9,9
22:8 27:23 30:17
30:18 32:16 33:3
39:15 40:13,13
41:11 43:2,2,5
45:6 49:11 55:2
56:9,16 59:25
63:2 90:10 93:7
97:7 102:4 111:3
117:3 119:13
133:19 138:11,12
141:5 144:18
**seeing**  19:18 43:25
44:3 95:21 112:20
136:6 139:20
141:16 145:19
**seeking**  81:23
110:25
**seen**  80:16 89:10
**sees**  127:10
**segregation**  86:19
**seismically**  34:21
**selected**  20:6
**sending**  62:4 92:6
**senior**  64:4 93:13
**seniors**  64:2
**sense**  20:2 22:6,7
22:16 45:19 91:19
95:19,19 139:24
140:10 148:25

**sensitive**  33:3
**sent**  47:2 62:16,21
121:7
**separate**  103:14
109:22 136:7
146:15
**series**  95:23 96:9
103:11 107:8
**servants**  6:6
**serve**  55:3,8 69:16
81:2 98:11 101:23
143:1 144:13
**served**  125:20
**service**  36:14
38:14 78:13,14,15
98:22 127:7,13,22
134:7
**serviced**  129:2
**services**  7:16 8:2
17:1 38:10,25
46:19 47:5 63:25
68:21 69:13,14,14
69:21,22 71:15
79:18 83:3,7
85:21 98:23 99:11
102:23 103:3
106:9,15 107:1,11
107:16 109:24
111:7,10 112:24
143:3
**serving**  15:23,25
28:12 83:21
**session**  3:23 149:7
**set**  5:6 31:22 77:6
77:17 127:23
128:16
**setting**  17:12
57:13
**settlement**  5:10
6:16 57:18

**setup**  43:21
**seven**  68:22 69:24
75:18 148:5
**sewage**  80:21,22
80:25
**sexual**  7:3 24:17
**shadows**  110:22
**shame**  19:20
**shannon**  2:21
123:22,22,23
125:4
**share**  52:19 61:18
65:19 67:7 88:16
137:1 140:14
**shared**  29:4 57:3
84:21 105:14,18
**shares**  47:24
**sharing**  67:16
**shayla**  2:18 94:15
107:25 108:1,3
112:9 116:6
139:16
**sheer**  54:16
139:14
**shelter**  17:12
21:17,18,24 22:12
22:13 24:1 31:18
44:7 75:1 78:11
79:17 83:16 84:23
93:5,7 96:25 97:4
97:25 98:20 99:2
99:4,7 100:11,19
101:10,14 103:1
103:15 105:7,19
105:20,22,25
107:10 108:16,19
108:23 109:18
118:7 124:5
125:17 128:7
**sheltering**  93:17

**shelters**  21:25
57:11 93:3,9
98:19 100:9,12
104:7 110:18
**sherin**  12:11
117:17
**sherman**  63:21
**she's**  43:4,21 63:7
66:2
**shield**  62:25
**shining**  113:14
**shiny**  45:10 116:2
**ship**  129:4
**shirts**  127:20
**shivering**  43:4
44:7 125:15
**shoes**  121:17
**shomar**  94:23,24
**short**  17:9,16
127:19 145:25
**shortly**  100:6
**should've**  44:17
**shout**  35:11
**show**  6:9 35:25
42:22 67:3 78:6
112:12 129:7
**showed**  125:24
**shower**  18:18,22
70:3 103:2
**showers**  69:9
71:11 129:13
**showing**  115:16
**shown**  79:14
**shows**  55:15
**shuttled**  132:12
**sick**  80:23
**sidelines**  132:24
**sides**  52:8 118:19
**sidewalk**  12:8 70:5
**sidewalks**  11:1
111:1,9

Page 35

[sight - specifically]

sight   43:9,10
sign   12:24
signature   150:19
    151:18
significance   6:17
    92:19
significant   55:4
    81:10 93:4 101:19
significantly   53:21
    80:25 100:19
    140:8
similar   35:9 81:4
simply   6:1 39:5
    112:4
singing   78:5
single   13:5 18:16
    19:5 27:15 31:6
    84:5 147:22
sir   8:6 48:14,17
    49:16 50:5,17,20
    55:14 59:18 71:7
    134:8,21 135:25
    136:10,14 137:14
    138:14 142:9,10
    142:15
sit   40:14 61:10
    143:24
site   12:12,14 20:21
    22:9,9 33:5 40:24
    42:12 68:19 69:16
    69:18,20 71:10
    83:21 84:6
sites   20:18 130:14
sitting   20:14 61:13
    62:24 124:18
situation   8:20
    11:24 52:6 73:23
    78:1 127:6 135:1
six   4:9,13 15:12
    28:11 43:6 116:18
    116:25 144:14

148:5
sizable   146:5
size   64:7
skid   9:14 10:9,10
    10:11,14,22 11:10
    12:6,25 13:1,19
    15:20 16:14 18:1
    21:10,17 24:19
    25:24 26:25 28:1
    28:23 31:4,10
    38:5,7 39:13 40:3
    44:14 46:1,6,21,22
    50:3,11,14 51:6
    52:9 53:1 56:21
    62:4 63:10 68:13
    68:17,21 69:17,23
    70:4,4,9 71:12
    72:16 74:12,15,18
    82:20 83:2,12,16
    83:22 86:17,18,24
    89:8,18 90:5
    91:14 93:22,23
    94:2 113:2,5
    117:5,16,16
    123:19 125:1
    127:17 130:6,23
    132:9 134:12
    135:3 136:7,9
    140:17 141:7,22
    141:25 145:22
skills   150:9 151:6
skirmishes   77:2
    95:24 121:25
sleep   111:2 127:25
    130:22
sleeping   12:21
    62:24 131:13
sleeved   127:19
slept   61:13
slow   4:6,22 59:24
    70:20 92:6,8

slower   89:25 90:2
    125:3
small   35:15 126:6
    129:11
smaller   129:19
smoothly   130:11
social   143:4
socially   128:23
society   93:1
solis   2:8 8:6 26:17
    26:18,18,23,24
    41:16,20
solitary   13:5
solution   13:5
    14:20 22:18 37:3
    92:16 100:5,18
    109:4,19 144:4
solutions   12:4
    13:20 17:16 75:7
    89:6 90:13 110:2
    111:10,20 112:5
    113:19 121:22
    145:4
solve   118:14
solved   108:13,16
    112:4
somebody   39:25
    64:12 65:16 97:15
    113:1 118:8
    139:18
song   78:6
sonya   151:2,19
soon   45:17 130:9
    144:19
sooner   149:4
sorry   14:18 54:23
    82:18 119:13,14
    120:9 123:7 134:5
    134:19
sort   9:4

sorted   130:2
sorts   78:8
sound   59:11 73:5
    144:13
sounds   71:3
south   13:3,14
    93:21,24 94:1
    114:21
space   16:3 57:12
    58:10 69:10 125:7
spaces   84:24
span   19:6
speak   4:7 5:20
    9:18 10:1 11:6
    13:23 15:11 60:15
    60:23 66:4 68:9
    75:10 106:16
    124:1 128:2
speaker   82:17
    112:17
speakers   7:5 36:18
    72:21 112:7
    133:24
speaking   4:20
    29:6 39:14 126:8
special   2:7 10:2
    14:16 15:10,18
    21:4 23:2 26:21
    60:1 97:14 100:21
    100:22 101:7
    102:8 123:15,24
    126:21 128:1
    145:24 148:17
specific   60:15 66:4
    79:4 96:14,22
    104:21 142:11
specifically   23:7
    24:15 50:11 90:14
    101:8 102:16
    104:12 106:9
    137:6 141:1

Veritext Legal Solutions
866 299-5127

[spectrum - subjectively]

spectrum  148:20
speculative  148:1
speech  60:11
speeches  95:21
spent  101:10
  123:17
spike  135:7
spiral  4:25 138:12
spiraling  117:25
split  71:8 132:1,15
spoke  71:14
  127:18
spoken  34:18
  71:20 113:5
spokesperson
  10:10
sponsored  98:25
spot  68:19 69:1
spotlight  113:14
spotted  126:8
spread  13:19,20
spur  95:19
square  103:23
  131:11
st  91:17,17,17
  145:14
stab  139:1
staff  4:4 31:13
  41:25 52:21 59:3
  66:13 81:14
  118:23 126:14
  128:14,24 129:12
  131:7 132:10
  145:15
staffers  131:2
staffs  128:21
staged  130:1
staggering  136:5
staging  32:5
stakeholders
  36:20

stand  6:16 26:19
  37:2 42:2 53:12
  88:4 111:16
standing  9:21
  20:13 116:9
  121:16 126:23
staple  58:10
star  20:9 145:25
  146:1
start  3:16 6:6,22
  8:16 22:3 30:24
  42:15 44:21 45:20
  46:21,21 54:24
  59:21 60:13 70:7
  72:14 73:20 86:2
  137:3
started  31:12
  35:15 61:1 81:11
  86:5 114:20
  142:21 144:5
starting  26:8
  37:12 67:22 115:1
  115:2 117:23
  119:1 149:9
state  3:6 22:19
  35:3 56:9 90:9,17
  91:15,21,23,24,25
  93:20 94:6 142:19
  147:2 150:22
state's  124:3
stated  101:11
statements  59:8
states  1:1 4:13
  42:19 104:11
  120:21
stating  121:14
  130:14
station  39:18
  140:17
stations  72:15
  111:14

statistical  138:8
statistics  5:5
  125:23
stats  122:6 137:25
stay  59:13 82:13
  86:16
step  82:6 94:9
  133:11 144:16
stepped  16:2 51:8
steps  20:22 90:12
stick  102:15
stonewalling
  131:24
stood  110:7
  132:24
stop  19:4 60:18
  69:24 83:25 88:4
  89:21 90:12
  111:21 119:8
  127:24
stopped  61:17
storage  83:10,11
  103:1
stories  31:7 89:20
storm  43:17
  125:15,18
storming  125:9
story  62:12 89:22
strategic  143:7
strategically  52:12
strategies  87:15
strategy  110:17
streamline  146:10
street  1:15 3:12
  12:9 13:2,2,3,3,15
  18:18 21:18 23:25
  27:1 43:16 51:25
  52:2 71:15 85:19
  88:23 89:11 95:10
  95:14 96:2 106:17
  113:21 116:2,12

116:14 117:3
  128:3 132:5
streets  5:24 6:21
  9:9 11:12,19
  15:13 18:25 19:7
  24:18 26:7 31:9
  40:4 42:10 56:14
  60:8 63:15 66:22
  72:1 76:17 83:14
  87:1 109:13
  111:24 114:5,16
  120:11,14 121:7
  121:19 122:10
  123:3 130:23
  147:21,22 148:13
  148:23
strength  115:11
stretch  149:2
strictly  107:16
stronger  75:23
strongly  59:10
  79:6 108:14
struck  86:11,11
structural  8:17
  90:7 92:23,24
  108:25 109:2,3,16
  109:20 110:20
  112:2
structure  30:12
  76:9 92:25 115:16
structures  102:4
  116:4
struggle  18:11
struggles  15:17
struggling  15:15
stuck  10:25 109:6
student  75:19
subject  5:25 62:21
  104:18
subjectively  24:7

**[submit - temporary]**

**submit** 80:12 84:10 145:3
**submitted** 143:15
**submitting** 137:25
**subsidies** 87:18 106:12
**subsidy** 99:23
**substance** 32:9 35:1,24 106:11,18 106:21 107:5 138:4
**substantial** 49:11 49:16 52:17 57:25 104:13
**substantially** 48:21
**substitute** 65:3
**substituting** 79:25 80:2,7
**succeeded** 79:19
**success** 75:3 89:22
**successful** 100:10
**succession** 145:20
**succinct** 47:19
**succumbed** 139:7
**suffer** 38:11 46:20 47:6 147:23 148:15
**suffering** 11:12 113:3 121:18 128:5
**suffers** 106:22
**suggest** 59:5,10 74:19 78:21 80:1 91:10
**suggested** 12:8 149:12
**suicide** 138:3
**suit** 121:20
**suited** 37:25

**sum** 57:20
**summertime** 61:9
**summoned** 5:18
**super** 11:21 14:25
**supervisor** 2:8 15:1 26:17,18,23 26:24 27:8 28:13 41:16,20
**supervisorial** 28:7
**supervisors** 5:16 17:23 31:24
**supplied** 23:25
**supply** 21:14
**support** 11:1 14:21 28:4,11 34:12 64:12 69:14 92:17 98:22 129:12
**supported** 85:22 87:17 143:12
**supportive** 30:20 32:2 38:19 58:7 58:14 69:6 83:20 84:19 96:24 98:7 98:9 101:13 102:20 103:3,14 103:21 109:24 112:14 142:25 143:8,14
**supposed** 11:25 32:5 82:24 97:23 97:24 107:1
**supposedly** 50:9 116:9 117:9
**sure** 23:23 28:15 36:7 45:7 48:9 51:1,3,10 52:15 59:22 71:24 72:22 79:16 82:14 85:2 85:5 91:11 100:3 139:18 142:1

147:19 149:3
**surge** 135:9
**surprised** 32:16 143:20
**surround** 31:9
**surrounding** 147:8
**surveillance** 33:16
**survive** 15:15
**susie** 2:21 112:17 119:10,13 123:13 123:22,22
**suspected** 140:24
**suspicion** 139:13
**swept** 124:24
**swift** 113:15 114:8
**sworn** 150:5
**sync** 17:2
**system** 17:1 76:13 76:15 78:8 79:16 81:5,8,10 108:23 109:15 118:12 133:8
**systemic** 29:11 77:23 92:12 108:20 112:3 113:8
**systems** 17:16 109:22 147:18
**szabo** 2:10 59:2,2

**t**

**t** 86:3,4
**table** 14:10 121:23
**take** 3:4,5 7:5,23 12:8 14:8 23:8 24:18 38:19 39:3 39:4 42:1,15 43:19 67:13 75:23 78:24,24 85:11,13 88:6 94:10 114:16 119:15 122:1

137:25
**taken** 3:8,11 38:3 44:23 51:16 68:12 90:13 107:22 114:8 150:3,12 151:9
**takeover** 127:4
**talk** 11:3,9,11 12:13 29:21 124:20 146:23
**talked** 31:1,2 84:15 88:10,10 92:14 110:3 113:6
**talking** 28:24 33:2 62:9 85:5 93:20 111:22 113:12 116:25
**talks** 95:8 144:1
**tangible** 17:6
**tape** 133:5
**target** 55:3
**targeted** 100:10
**task** 27:23 31:20 81:21
**tasked** 131:18 132:23
**taxpayer** 102:6
**taxpayers** 96:24 97:5,6
**team** 12:18 52:20
**tear** 116:6
**teenagers** 28:24
**tell** 31:16 36:5,19 47:9 93:24 97:8 118:13,13
**tells** 114:23
**temperatures** 129:6
**temporarily** 116:5
**temporary** 17:12 20:19 22:12,12

[temporary - threw]

30:15 69:4 96:25
97:4,18 100:24
101:10,14,25
102:2 103:1,15
124:4 130:6,22
132:2 147:4
**tenant**  83:9
**tens**  76:17 109:22
110:23 111:23
**tent**  9:22 11:16
23:9 40:10,10
43:21,23 79:17
105:23 124:18
129:18
**tents**  18:25 40:9
51:22,23,25 52:5,9
74:21 111:16
118:5 125:16
129:8,11,19
143:23 144:7
147:9
**term**  17:16 62:16
79:18 85:22
112:14 113:25
**terminate**  104:6
**terminated**  105:5
**terms**  5:19 10:14
10:17 22:8 26:16
29:14 57:22 62:14
79:1 85:20 118:11
**terrible**  61:25
**test**  10:7,7
**testify**  39:25 54:1
119:13
**testifying**  54:7
59:8 150:5
**testimony**  54:13
85:11 124:22
148:19
**testing**  126:8

**texas**  61:23 62:23
**text**  98:1 102:17
**textbook**  28:20
**thank**  3:14 4:15
7:21 10:6 13:22
14:2,4,21,22 15:10
15:19 16:4 21:7
26:22,23 27:2
32:1 41:16,17,23
42:14 43:20 44:6
44:21 58:20 59:15
60:3,10 66:17,20
67:25 71:6,7 72:3
73:24 74:4,9,9,9
75:8 77:16 82:9
82:10,15,17 84:25
85:3,6,22,23 86:15
88:18 90:21,22,24
91:7 94:10,11
95:17 102:9
107:23 108:1,2
112:15,19,25
117:25 118:2
119:6,17 122:4
123:4,10,23
133:20,22,22
134:5,6,8,21
136:23 142:4,9,10
142:15,17,18,22
145:8,9,10,13,22
149:17,18,19,21
**thanking**  149:7
**thanks**  10:20 60:5
**that's**  13:10,13
19:10 29:23 31:16
34:11,19 35:14
36:15,16,17 38:25
39:23 41:7 47:11
50:6,22 54:8
55:14 62:4,15
65:23 68:9 72:12

73:8
**thereof**  37:8 41:13
147:5
**there'll**  18:13
**there's**  4:2 5:20
7:1,2,2,3,9 11:14
11:20 12:22,24
13:4,13 31:10
36:17 37:6 39:2
41:5 42:2,16
45:12 55:12,14,25
64:9
**they'll**  48:8 65:15
66:25
**they're**  4:13 5:5
11:12 17:2 23:15
30:21 35:8 37:25
44:6,9
**they've**  28:10
39:16 44:6
**thick**  129:15
**thing**  4:8 11:16,16
12:21 14:12,19
40:25 61:25 62:6
64:9 67:15 77:8
91:18 106:6
108:12 119:4
134:1 148:21
**thing's**  118:21
**things**  24:23 25:12
29:10 33:16 35:25
36:4 63:5 68:18
78:16 90:9 96:15
96:16 106:14
115:17 124:23,23
130:11
**think**  15:5 24:7,9
24:12,21 27:6,13
27:15 28:2,4,18
29:23 31:17 32:15
33:21 34:17 35:23

36:4,24 37:25
38:13 41:14 42:21
44:8,13 48:7 58:4
59:13 60:7 62:1
62:13,14,15,25
64:11 65:23 66:21
74:20,23 75:2,3
76:3,5 77:23 79:9
79:22 80:2,4
81:24 82:2,6 85:1
85:16 86:8 96:5
104:11 107:22
113:3 116:21
117:17 123:5
124:10 135:4
138:6 140:2
141:20 145:25
**thinking**  32:25
60:25 61:4
**third**  18:16 48:2,3
48:5 122:14
**thought**  28:3
30:11 120:15
**thoughtfully**
41:14 79:23
**thousand**  144:23
148:5
**thousands**  76:17
80:18 89:18
109:23 110:23
111:24
**threat**  7:13
**threatening**  31:5
**three**  9:21 15:9
16:22 19:17 30:15
62:17 69:19 112:8
120:16,16 125:25
137:11 145:2
146:7
**threw**  132:24

Veritext Legal Solutions
866 299-5127

[thrilled - underscore]

thrilled  143:11
throughputs  58:9
throw  107:20
thursday  1:11
  3:10
time  1:12 6:17
  9:22,23,24 13:22
  14:3 25:12 26:8,8
  27:12 28:2,3
  40:24 41:2,4 43:5
  43:5 44:18 46:10
  46:13 48:15 52:25
  63:13,13 65:22
  78:7 79:20 81:18
  81:19 90:23 91:25
  92:15,16,18 102:7
  122:1,20 130:24
  141:13 142:7
  144:21
timely  141:12
times  6:5 39:10
  40:1 48:12 54:9
  91:22 113:10
  143:21
timing  120:15,19
  121:2
tiny  38:18 42:8
titanic  129:4
today  5:9 16:3,5
  17:14 20:4,14
  21:5,15 25:10
  27:13,15 29:24
  38:5,7 40:13,14
  41:10 46:1,6 54:1
  56:10 59:7 60:7
  60:12,21 68:7,10
  74:10,14 75:10
  93:6 95:18 96:11
  96:16 108:9,17
  109:21 110:1
  113:1,13 114:13

119:1 120:9 124:1
  142:8,17,18
  143:24 148:13,24
today's  74:11
  108:18
today's  4:23 45:19
toilet  18:18
toilets  71:11 72:15
  84:1 129:13
token  67:20 78:12
told  23:10 61:20
  61:22 78:6,16
  97:17,23 126:7,16
tone  86:11,11
tonight  111:9
top  21:6 47:24
torrential  125:8
total  20:14 57:4
  83:11 132:14
  142:1
totally  121:15
tough  95:13,13
  147:16
town  68:20 69:7
trading  88:3
traffic  48:2,3 64:7
  122:14 137:20
  138:5,25 140:25
tragedy  5:1 39:23
  108:17
tragic  134:25
trailers  70:3
trained  61:21
training  34:10
  102:25 106:12
trajectory  80:4
  88:2
transcriber  151:1
transcribing  3:16
  3:17

transcript  151:3,5
transcriptionist
  150:7
transition  35:19
transportation
  106:13
transported  23:25
  141:22,23 142:2
trash  83:18
trauma  12:14
treat  21:1 38:21
treated  89:20
treating  34:24
treatment  35:6,8
  80:21 81:1 102:24
  102:25 106:11,18
tree  116:3
tremendous  17:3
  64:1 104:11
tried  43:19 67:7
trigger  92:3,3
triggered  92:2,4
  93:5
trough  32:3
trucks  147:8
true  53:9 67:17
  87:23 139:19
  141:17 150:8
  151:5
trust  40:18 42:3
  45:9
trusted  130:12
truth  11:7
try  6:6 24:5 29:18
  141:11
trying  4:1 33:9
  43:21 118:4
  121:11 133:3
turk  2:23 126:9
  142:16,18,22,23
  145:13

turn  14:17 26:22
  88:7 95:3
turned  87:14 91:8
  130:13
tutor  63:6
twenty  144:13,22
twilight  123:2
two  3:21 15:8
  20:11 34:16 37:6
  53:3 60:23 74:20
  83:11 93:16 96:25
  98:14,14 99:20
  104:17 112:7
  117:20 124:23
  128:25 143:23
  148:9
type  22:7 76:15
types  20:18 32:19
typewriting  150:6
typically  31:22
  106:14
tzedek  63:25

u

ultimately  18:3
  131:23 146:16
umbrellas  125:16
un  44:4
unacceptable
  89:15
unallocated  105:6
unclear  132:18
uncomfortable
  67:12,13
unconscionable
  103:24
undercount  140:5
underneath
  103:11 116:15,23
underscore  17:10
  20:5 21:2 22:11
  145:12 146:22

[underscore - voluntarily]

147:24
**understand** 19:23
37:4 39:11 42:19
42:20 45:18 65:18
86:9 106:8 137:3
**understanding**
107:14 130:9
132:19
**understood** 119:6
**undertaking** 21:17
**undetermined**
139:3 141:5
**undoubtedly**
22:11
**unenviable** 16:15
147:14
**unfairly** 23:18
**unfortunate** 11:2
**unfortunately**
123:8
**unhappy** 64:6
126:12
**unhoused** 15:17
16:1,16,20 17:18
20:3 22:13 24:13
60:8 75:6 79:9
90:9,14 109:24
111:7,9 123:17
124:19,20 125:7
125:12,20 127:2,7
127:11,17 128:2
128:19 131:19
132:11,21,23
133:4,8,15 145:17
146:5
**unified** 146:11
**unilaterally** 17:21
**unimaginable**
20:25
**union** 15:19
119:23 129:10

**uniquely** 37:17
**unit** 83:19 99:22
99:23,23 103:23
105:3
**united** 1:1 4:13
42:18 120:21
**uniting** 146:16
**units** 20:14 30:14
32:13 33:8 34:22
58:3,13 63:23
64:3,4 77:18
80:18 87:5 88:3
98:9 100:4 105:2
110:14 113:21
120:18 121:10,13
129:21,23,24
130:5,10,13,20
131:16 132:18
133:3 143:13
145:17 146:13,18
146:20 148:4,11
148:11
**unprecedented**
8:22 135:8
**unrepresented**
29:2
**unsheltered** 6:20
**unspent** 104:4
**updated** 99:14
**upgrade** 33:15
80:25
**upset** 126:12
**upstairs** 18:21
**urban** 12:18,20
69:23 129:11
**urge** 79:6
**urgency** 20:2
22:16 31:15 32:17
60:9 65:19 74:11
92:14,14 127:6
149:1

**urgent** 17:22 21:6
74:21 122:2
**urgently** 75:21
**usc** 34:18 141:23
142:3
**use** 23:6,7 29:25
30:11,13,14 31:17
32:2,11,12 35:7
40:13 42:2 62:14
62:15 67:18 69:25
77:17 87:13 98:10
100:18 101:18
118:6 120:7,9,10
124:7 147:5
**uses** 70:2
**usually** 37:11
**utilized** 105:25
**utilizing** 20:20
56:3 147:2

**v**

**v** 1:6 3:9 9:2 86:10
108:20,22
**vacancies** 93:22
94:1
**vacancy** 33:9
93:21,23
**vacant** 4:18 87:12
**vaccine** 92:10
**vaccines** 92:7
**valuable** 149:8
**value** 18:9 67:16
149:2
**values** 64:10 66:21
66:25 67:1
**van** 13:10
**various** 129:7
**venegas** 1:23 3:3
150:2,20
**venice** 63:12 74:15
74:17

**verbal** 12:15
**verify** 50:9 54:5
97:19
**veritext** 3:4
**versus** 137:10
138:20 140:20
**veteran** 76:23
**veterans** 84:5,6
**vibrant** 44:15 87:8
**victims** 7:1
**videos** 33:16
**view** 10:16 65:5,11
75:17,20
**views** 63:19
**vignes** 31:12 32:4
33:5 34:1
**vigorously** 87:17
**village** 12:21
33:25 34:17 144:6
**violated** 81:6
**violations** 9:4
**violence** 5:25
145:1
**violent** 138:25
140:24
**virgenes** 40:21
**visibly** 126:12
**vision** 34:11 146:4
**visited** 31:14
**vital** 44:15 74:23
**vocally** 38:13
**voice** 23:20 26:5
44:19 88:11,13
145:5
**voices** 36:7 37:2
89:9 90:6,23
**void** 91:3
**volume** 18:9
139:14 149:2
**voluntarily** 6:3

Veritext Legal Solutions
866 299-5127

[voluntary - widows]

**voluntary** 83:10

**volunteers** 15:21
23:11 129:9

**vote** 65:16

**voted** 97:6 102:12
106:10

**voters** 20:6 100:24
101:2 102:12
103:13,25 106:10
107:9

**vulnerability** 5:23
25:22 114:15

**vulnerable** 16:1
19:21 25:19 46:13
52:25 56:5,9,15
87:19 120:13

**w**

**w** 86:4

**wait** 16:8 92:7,16
122:22 124:13

**waiting** 4:15 26:10
92:18 116:1
126:20 130:21
131:3,5 132:2

**waiver** 130:16,19

**walk** 7:4 40:4
66:25 71:25 146:3

**walked** 24:2 61:17
126:11,20 127:16
132:12,17

**walking** 15:12
26:7 66:22 117:18

**walks** 113:2

**walls** 91:14

**want** 3:17 6:4 10:9
10:20 12:16 13:18
13:18 14:23 15:18
15:24 16:4 21:2
24:9 27:2 28:9,13
31:3,8,10 32:10,20
33:3,6,19 35:11

36:17,19,19 41:15
41:17 42:14,14
44:20 46:16 49:20
49:24 58:19 62:6
66:19 67:17,25
72:20 74:14 76:1
82:9,11,13,14
84:15,25 85:3,4,6
85:22 89:11 91:7
94:3 95:22 96:13
96:22 101:19
104:8 106:6,7
107:18,21 112:25
114:3 117:20,25
118:12 120:3
123:9 124:23,24
133:19 134:5,6,24
142:4,16,17
145:22 146:22
147:24 149:17

**wanted** 14:19
24:19 47:15 61:18
62:3 63:3 65:17
75:10 84:17 92:13
100:3 123:15,23
127:1 128:24

**wanting** 148:22

**wants** 44:19 60:20
116:6

**war** 76:24 86:20
86:21,21 122:1

**warehouse** 110:23

**warm** 125:7,17
127:24 129:15
132:9 149:4

**warmer** 52:8

**warming** 127:22
128:16 130:1
131:22

**warns** 106:24

**water** 72:17,17
95:11

**way** 15:3 19:1,14
25:5 29:22 30:11
39:22 41:6 44:21
50:7 52:14 57:9
59:19 66:6 77:5
81:5,7,25 82:16,25
92:4 93:19 96:7
122:3,11 126:17
127:18 132:25
138:15 146:8
148:3

**we've** 79:19,20
83:8,17 84:15
89:10 92:17 94:18
94:25 96:15 113:6
114:19 116:17,24
134:9 136:1
148:18

**wealth** 89:4

**wearing** 127:19

**weather** 10:20
15:16 52:18 57:11
125:25

**week** 12:1 68:23
84:3 144:11

**weekend** 52:15
130:2

**weekends** 123:18

**weeks** 33:23 34:16
98:14,14 146:7

**weingart** 20:12
33:20,20 129:22
130:15

**welcome** 9:25 10:9
14:4,23 15:6
42:14 43:8 81:24
142:23

**went** 67:10 94:7
100:23 128:2

**west** 13:3

**wet** 125:15 126:15
130:23

**we'll** 4:22 23:12
38:13 41:25 59:24

**we're** 3:6,13,20
5:20 6:4 8:15 11:6
11:6,19 12:23
13:23,24,25 17:14
20:13 27:11 28:23
30:19 32:7,15
33:4,9,15,21,24
34:5,16 38:25
55:6 57:13 58:4
65:23 70:7

**we've** 12:10,18
27:5 28:5 29:17
29:24 31:2 39:21
44:11 45:2 55:7
64:13 67:8 73:21

**what's** 9:9 12:20
38:9 39:6,23 40:7
46:18 47:4 48:10
48:11 52:13 54:13
57:6

**where's** 43:12

**white** 2:14 9:23
85:23,25 86:3
89:24 90:21 93:19
108:7 126:18

**who've** 75:11
111:25

**whomever's** 4:20

**who's** 8:5 12:3
41:12 43:7 53:13
118:8

**who've** 39:16
49:12

**wide** 135:7 140:16

**widows** 28:23 29:4

Page 42

[willing - you're]

| | | | |
|---|---|---|---|
| **willing**  12:11 | 127:2,18,22 128:3 | **worked**  41:7 53:13 | **year**  5:2 12:2 16:8 |
| 38:22 71:23,25 | 128:5,25 129:1 | 68:14 125:19 | 19:6,8 21:21 27:6 |
| 77:22 | 130:21 131:5,13 | 144:11 | 27:10 38:8 39:21 |
| **willingness**  23:1 | 131:15 132:2,5,11 | **worker**  62:18 | 40:7 44:24 47:24 |
| 37:19 128:19 | 143:1,3,4,8 144:13 | 108:6 | 48:19,24 57:19,21 |
| **wind**  80:5 | 144:21,23,25,25 | **workers**  12:12 | 58:11 73:21 83:8 |
| **wing**  91:19 | 145:5,21 | 92:6,9,10 106:16 | 86:14 98:17 |
| **winter**  57:11 | **women's**  83:13,16 | **working**  10:4 | 104:17 111:25 |
| 89:14 116:7 | 83:17 88:15,16,23 | 19:18 29:17 33:19 | 119:25 122:8,19 |
| **wisdom**  147:25 | 124:15 125:11 | 61:2 63:7 78:2 | 122:19,21,22 |
| **wise**  24:15 | 126:5,9,25 127:14 | 92:20 121:10,11 | 123:8 134:13,14 |
| **wisely**  38:20 | 128:4,9,14,17,24 | 133:1 134:1 145:7 | 135:7,17 136:11 |
| **wish**  25:5 93:6 | 129:24 130:3,7,25 | 148:6 | 136:13 138:6,7,11 |
| 147:17 | 131:4,7,18,22 | **works**  14:20 88:17 | 139:8 140:21,21 |
| **wishes**  60:16 | 132:3,5 142:23 | 113:2 | 143:1 146:13,18 |
| **withdraw**  104:23 | 143:6,25 144:6,9 | **world**  63:1 94:7,8 | **years**  16:8,9 18:17 |
| **witness**  15:14 | 144:21 145:13,23 | **worried**  93:23 | 28:1,12 29:17 |
| 150:4 | **women's**  1:14 | **worry**  73:11 | 30:15 34:20 39:7 |
| **witnessed**  128:13 | 3:11 11:13 15:19 | 135:22 | 40:8 50:11 57:18 |
| **witnesses**  113:3 | 15:25 27:13 28:10 | **worse**  132:24 | 58:4 61:9 62:8 |
| **woman**  12:13 | 28:14 30:20 41:23 | **worth**  81:22 | 63:13 64:19 69:20 |
| 43:18,22 45:4 | **wonder**  134:5 | 137:13 | 75:18 76:25 86:14 |
| 61:10 62:24 78:10 | **wonderful**  39:17 | **would've**  11:25 | 89:11 98:10 110:8 |
| 123:16 133:21 | 43:11,13 44:13,15 | **wound**  79:20 | 122:25 123:18 |
| 134:2 | 44:15 148:19 | 139:1,1 | 125:25 137:2,11 |
| **women**  5:24 6:20 | **wondering**  18:13 | **wrap**  106:14 | 138:1 140:15 |
| 7:1 10:24 11:9,11 | **won't**  24:8 | **wrapped**  96:6 | 142:25 145:2 |
| 11:11,11 12:9 | **word**  34:20 35:7 | **write**  39:11 | **yesterday**  20:11 |
| 24:11,15 25:18 | 37:5 38:17 129:20 | **written**  76:12 | 56:12 70:13 75:24 |
| 26:4 28:17,22,23 | 138:9 | **wrong**  7:10 115:18 | 91:25 120:17 |
| 29:4,4 40:12 | **words**  18:9 24:3 | **wrote**  75:24 | 144:8 |
| 56:14,17 79:13 | 48:12 52:6 58:2 | | **yield**  90:23 |
| 83:14 88:11,12,14 | 137:25 139:20 | **y** | **york**  122:16 126:2 |
| 88:22 89:8,10,17 | **work**  11:24 17:3 | **y**  108:3,3 | **young**  28:24 78:10 |
| 89:17,18 90:5,9,14 | 20:1 28:6,11 | **yeah**  7:19 26:11 | **youth**  84:5 |
| 90:15,16,20,23 | 29:14 36:19 37:3 | 26:12 47:2 49:5 | **you'd**  25:9 59:18 |
| 91:11 105:21 | 47:12 49:18 61:11 | 49:23 54:11 55:19 | **you'll**  4:19 5:6 7:4 |
| 114:16 117:12 | 68:16 71:8 72:6,8 | 58:18 66:16 70:19 | 45:6,16 50:7 55:2 |
| 120:11,12,12 | 72:10 80:15 83:1 | 70:24 73:15 80:9 | 64:3 66:23 |
| 121:16,18 122:3 | 83:3 95:13 118:12 | 82:15 102:16 | **you're**  3:17 4:4,16 |
| 125:12 126:15 | 143:4,21 | 123:13 | 6:2 25:19 29:13 |

Veritext Legal Solutions
866 299-5127

**[you're - zone]**

| | |
|---|---|
| | 33:2 37:2 40:20 |
| | 41:1,7 43:1,12 |
| | 51:13 56:1 57:25 |
| | 59:5 67:16 74:2 |
| **you've** | 27:9 30:3 |
| | 65:1,7 |

| **z** |
|---|
| **zero**  16:14 123:19 |
| **zone**  123:2 |

Veritext Legal Solutions
866 299-5127