MICHAEL N. FEUER (SBN 111529)
City Attorney
KATHLEEN A. KENEALY (SBN 212289)
Chief Deputy City Attorney
SCOTT MARCUS (SBN 184980)
Senior Assistant City Attorney
200 N. Main St., City Hall East, 7th Floor
LOS Angeles, CA 90012
Tel:  213.978.4681
Fax:  213.978.7011
scott.marcus@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Tel:  213.205.6520
Fax:  213.205.6521
mumhofer@spertuslaw.com
emitchell@spertuslaw.com

Attorneys for Plaintiffs

Shayla R. Myers (SBN 264054)
LEGAL AID FOUNDATION OF LOS ANGELES
7000 S. Broadway
Los Angeles, CA 90003
Tel:  213.640.3983
smyers@lafla.org

Attorneys for Intervenors Los Angeles Catholic Worker and Los Angeles Community Action Network

Brooke Weitzman (SBN 301037)
William Wise (SBN 109468)
ELDER LAW AND DISABILITY LAW RIGHTS CENTER
1535 E 17th Street, Suite 110
Santa Ana, California 92705
Tel:  714.617.5353
bweitzman@eldrcenter.org
bwise@eldrcenter.org

Attorneys for Intervenors Orange County Catholic Worker

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>                        Plaintiffs,<br><br>      vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>                  Defendants. | Case No. CV 20-02291 DOC (KESx)<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME TO FILE BRIEFS IN RESPONSE TO COURT'S REQUEST  [220]** |

Carol A. Sobel (SBN 84483)
LAW OFFICE OF CAROL A. SOBEL
725 Arizona Ave.
Santa Monica, California 90401
Tel: 310.393.3055
carolsobel@aol.com

Attorneys for Intervenors Los Angeles Catholic Worker,
Los Angeles Community Action Network,
and Orange County Catholic Worker

ORDER GRANTING JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME TO FILE BRIEFS IN RESPONSE TO COURT'S REQUEST

-2-                                    CV 20-02291 DOC (KESx)

## ORDER

The Court GRANTS Defendant City of Los Angeles, Plaintiffs LA Alliance for Human Rights, Joseph Burk, Harry Tashdjian, Karyn Pinsky, Charles Malow, Charles Van Scoy, George Frem, Gary Whitter, and Leandro Suarez, and Intervenors Los Angeles Community Action Network, Los Angeles Catholic Worker, and Orange County Catholic Worker, by and through their respective counsel, Stipulation for an extension of time until **March 4, 2021**, to file the briefs and respond to the requests for information ordered by the Court on January 31, 2021 [Dkt. 205], February 3, 2021 [Dkt. 206], and February 8, 2021 [Dkt. 213].

**IT IS SO ORDERED**

DATED: February 10, 2021

_____

Hon. David O. Carter

United States District Judge

ORDER GRANTING JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME TO FILE BRIEFS IN RESPONSE TO COURT'S REQUEST

-3-                    Case No. CV 20-02291 DOC (KESx)