RODRIGO A. CASTRO-SILVA (SBN 185251)
County Counsel
LAUREN M. BLACK (SBN 192302)
Assistant County Counsel
AMIE S. PARK (SBN 273346)
Deputy County Counsel
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone: (213) 974-1830 | Facsimile: (213) 626-7446
Email: rcastro-silva@counsel.lacounty.gov

LOUIS R. MILLER (SBN 54141)
MIRA HASHMALL (SBN 216842)
EMILY A. RODRIGUEZ-SANCHIRICO (SBN 311294)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400 | Facsimile: (310) 552-8400
Email: smiller@millerbarondess.com

BYRON J. MCLAIN (SBN 257191)
FOLEY & LARDNER, LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone: (310) 972-4500 | Facsimile: (213) 486-0065
Email: bmclain@foley.com

Attorneys for Defendant
COUNTY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES** <br><br> **REQUEST FOR EXTENSION OF TIME TO FILE BRIEFS IN RESPONSE TO COURT'S REQUEST** <br><br> The Hon. David O. Carter and Magistrate Judge Karen E. Scott |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

Defendant County of Los Angeles hereby requests an extension of time until March 4, 2021, to file the briefs and respond to the requests for information ordered by the Court on January 31, 2021 [Dkt. 205], February 3, 2021 [Dkt. 206], and February 8, 2021 [Dkt. 213].  This extension matches the Court's recent order granting Plaintiffs, Intervenors, and Defendant City of Los Angeles' stipulation for an extension.  [Dkt. 221.]

DATED:  February 11, 2021          MILLER BARONDESS, LLP

By:  _____/s/ Mira Hashmall_____

MIRA HASHMALL
Attorneys for Defendant
COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

497544.2                                  2                    Case No. 2:20-cv-02291 DOC-KES

REQUEST FOR EXTENSION OF TIME TO FILE BRIEFS IN RESPONSE TO COURT'S REQUEST