# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>        Plaintiffs,<br><br>     v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>        Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES**<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE BRIEFS IN RESPONSE TO COURT'S REQUEST**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

# **ORDER**

The Court hereby GRANTS Defendant County of Los Angeles' ("County") Request for an Extension of Time to March 4, 2021 to file the briefs and respond to the requests for information ordered by the Court on January 31, 2021 [Dkt. 205], February 3, 2021 [Dkt. 206], and February 8, 2021 [Dkt. 213].

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
HON. DAVID O. CARTER
United States District Judge

.1             Case No. 2:20-cv-02291 DOC-KES

ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE BRIEFS IN RESPONSE TO COURT'S REQUEST