UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  LA CV 20-02291-DOC (KESx)                    Date:  February 23, 2021

Title:      LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, JUDGE

|  |  |
|---|---|
| Kelly Davis | Not Present |
| Court Clerk | Court Reporter |

**PROCEEDINGS: (IN CHAMBERS)**

    Because of the complex and multi-faceted issues involved in this case, the Court's responsibility to monitor the June 18, 2020 agreement entered into by the County of Los Angeles and the City of Los Angeles, and the Court's concerns regarding progress made under that agreement, the Court finds that the assistance of the Social Justice Legal Foundation (https://www.socialjusticelaw.org/), with pro bono support from the Hueston Hennigan, LLP. law firm ("Hueston Hennigan") is warranted.  Specifically, the Court intends for this assistance to be in the form of additional research into the law, the parties' arguments, and the record. The Social Justice Legal Foundation's assistance and information will be provided directly to the Court, not the parties.

    As of February 8, 2021, Hueston Hennigan was listed as counsel on one matter on the Court's docket: TomTom International B.V. v. Broadcom Corp., Case No. 8:20-cv-00841-DOC-DFM.  In an abundance of caution, I have transferred this matter to another judge. Also, in an abundance of caution, I have resigned from my voluntary position on the Advisory Board of the Social Justice Legal Foundation, effective immediately.

    Additionally, Hueston Hennigan has disclosed that it currently represents the Southern California Edison Company and Edison International (collectively "SCE") with respect to the Bobcat Fire. The Bobcat fire began on September 6, 2020, in the Angeles National Forest in Azusa, CA., near the Cogswell dam. Before being extinguished, the Bobcat fire burned approximately 115,796 acres

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

and allegedly destroyed 87 homes, damaged another 28 homes, destroyed 83 other structures, and injured 6 firefighters. On November 5, 2020, a complaint was filed on behalf of six plaintiffs alleging that Southern California Edison's facilities ignited the Bobcat fire and asserting claims for, among other things, inverse condemnation and negligence. Representatives of Los Angeles County have also indicated that they will likely assert claims against SCE in connection with the Bobcat fire. SCE is also investigating whether equipment owned and operated by the County (LADPW) related to the operation of Cogswell dam may have played a role in igniting the Bobcat fire.

The parties are given five (5) court days, more specifically, March 1, 2021, to lodge any objection to this order and appointment.

|  |  |
|---|---|
| MINUTES FORM 11<br>CIVIL-GEN | _____:_____<br>Initials of Deputy Clerk:  kd |