MICHAEL N. FEUER, City Attorney (SBN 111529)
KATHLEEN A. KENEALY, Chief Deputy City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 North Main Street, City Hall East, 7th Floor
Los Angeles, California 90012
Telephone: 213-978-4681
Facsimile: 213-978-7011
Email:  Scott.Marcus@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | Case No. CV 20-02291 DOC (KES) <br><br> **DEFENDANT CITY OF LOS ANGELES' RESPONSE AND OBJECTION TO COURT'S FEBRUARY 23, 2021 ORDER AND APPOINTMENT [DKT. 224]** <br><br> **Hon. David O. Carter** <br> **United States District Judge** |

Defendant City of Los Angeles ("City") hereby respectfully responds to the Court's February 23, 2021 Order and Appointment for assistance from the Social Justice Legal Foundation ("the Foundation"), with pro bono support from Hueston Hennigan, LLP ("the law firm") (Dkt. 224).

The City shares the Court's interest in assuring that the factual and legal analyses of the complex and multi-faceted issues involved in this case are accurate and comprehensive.  The Court, the parties, and the public could certainly benefit from the contributions of the Foundation and the law firm.  Any submission provided by the Foundation and the law firm should, therefore, be made on the court's docket so that it is open and publicly transparent.  In that way, it will be provided in timely fashion to the parties and public at large, and will allow the parties to respond as appropriate, just as would occur if the Foundation and the law firm were *amicus curiae*.  To the extent the assistance will be open, transparent, and made timely available to the parties and the public, the City does not object.  The City does object, however, to the provision of the Court's order indicating the work product of the Foundation and the law firm "will be provided directly to the Court, not the parties."  [Dkt 224.]

DATED:  March 1, 2021

MICHAEL N. FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Deputy City Attorney
SCOTT MARCUS, Senior Assistant City Attorney
GABRIEL S. DERMER, Assistant City Attorney
ARLENE N. HOANG, Deputy City Attorney
JESSICA MARIANI, Deputy City Attorney

By: /s/  *Scott Marcus*
Scott Marcus, Senior Assistant City Attorney
Counsel for Defendant City of Los Angeles