## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES                    Date:  March 4, 2021

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:  THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|:---:|:---:|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER REGARDING APPOINTMENT OF THE SOCIAL JUSTICE LEGAL FOUNDATION AND HUESTON HENNIGAN, LLP**

On February 23, 2021, the Court announced that it was considering requesting the Social Justice Legal Foundation and Hueston Hennigan, LLP to provide assistance to the Court "in the form of additional research into the law, the parties' arguments, and the record." [224]. The Court requested the parties to lodge any objection to this appointment within five days. *Id.* After considering the thoughtful objections presented by the City of Los Angeles [225], the County of Los Angeles [226], and Intervenors Orange County Catholic Worker and CANGRESS [227], the Court has decided not to appoint the Social Justice Legal Foundation and Hueston Hennigan, LLP.

The Court thanks and greatly appreciates the willingness of the Social Justice Legal Foundation and Hueston Hennigan to provide assistance in this matter.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                    Initials of Deputy Clerk: kd

CIVIL-GEN