Mark Ravis, Esq. (SBN )
David Martin, Esq. (SBN 189755)
**LAW OFFICE OF MARK RAVIS & ASSOC.**
26565 West Agoura Road, Suite 200
Calabasas, California 91302
T: (310) 295-4145
F: (310) 388-5251
mravis99@gmail.com
dhmartin99@post.harvard.edu

*Attorneys for NAACP-Compton Branch, and CORE-CA, Committee for Safe Havens*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, *et al.* <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES** <br><br> **EX PARTE APPLICATION FOR LEAVE TO APPEAR AS AMICI CURIAE IN SUPPORT OF L.A. ALLIANCE FOR HUMAN RIGHTS [DKTS. 205, 206, 213]; MEMORANDUM OF POINTS AND AUTHORITIES** <br> [*Declarations of Mark Ravis and David Martin; [Proposed] Order filed concurrently*] <br><br> Date: March 4, 2021 <br> Time: 1:30 p.m. <br> Before: Hon. Otis D. Wright II <br> Courtroom: 1 <br><br> Complaint Filed: Dec. 3, 2019 |

1

**EX PARTE APPLICATION TO APPEAR IN SUPPORT OF LA ALLIANCE FOR HUMAN RIGHTS**

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** proposed amici curiae NAACP-Compton Branch, the Congress of Racial Equality-California, and The Committee for Safe Havens (collectively, "Proposed Amici") respectfully request that the Court grant the Proposed Amici ex parte leave to appear in support of the relief requested by Plaintiff LA Alliance for Human Rights.

As more fully set forth in the accompanying Memorandum of Points and Authorities, the Proposed Amici -- two eminent civil rights organizations and a multidisciplinary task force that has been actively exploring the feasibility and legality of the same issues now before the Court – are in unique position to, among other things, offer insight into the impact and efficacy of potential remedies on the African-American community in the affected areas.

This Application is made pursuant to Local Rule 7-19 and this Court's invitation for third-party participation in its Order dated January 31, 2021. [Doc. No. 205].

Counsel for Proposed Amici advised counsel for Plaintiff LA Alliance for Human Rights and the other plaintiffs – who support this application -- as well as LOS ANGELES CITY ATTORNEY'S and FOLEY AND LARDNER LLP, principal counsel for defendants. As of the filing of this Application, the Proposed Amici do not know the defendants' position regarding this Application.

Pursuant to Local Civil Rule 7-19, the Proposed Amici provide the following information:

Elizabeth Anne Mitchell, Esq.
Matthew Donald Umhofer, Esq.
**SPERTUS LANDES AND UMHOFER LLP**
617 West 7th Street, Suite 200
Los Angeles, CA 90017
Tel. (213) 205-6520

Mary Wickham
**LA COUNTY ATTORNEY**
Hahn Hall of Admin.
500 W. Temple St. # 648
Los Angeles, CA 90017
Tel. (213) 974-1833

Arlene Nancy Hoang, Esq.
Scott D. Marcus, Esq.
Jessica Mariani, Esq.
**LA CITY ATTORNEY'S OFFICE**
200 North Main Street Room 675
Los Angeles, CA 90012
Tel. (213) 978-7558

Byron J. McLain, Esq.
**FOLEY AND LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Tel. (213) 972-4500

Brooke Alyson Weitzman, Esq.
William R. Wise, Jr., Esq.
**ELDER LAW AND DISABILITY RIGHTS CENTER**
1535 East 17th Street Suite 110
Santa Ana, CA 92705
Tel. (714) 617-5353

Brandon D. Young, Esq.
**MANATT PHELPS AND PHILLIPS LLP**
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Tel. (310) 312-4281

Shayla Renee Myers, Esq.
**LEGAL AID FOUNDATION OF LA**
7000 S. Broadway
Los Angeles, CA 90003
Tel. (213) 640-3983

Catherine Elizabeth Sweetser, Esq.
**SCHONBRUN SEPLOW**
11543 West Olympic Boulevard
Los Angeles, CA 90064
Tel. (310) 396-0731.

Respectfully Submitted,

Dated:  March 4, 2021           **MARK RAVIS & ASSOC.**

                     By:       /s/ *Mark Ravis*
                               Mark Ravis, Esq.
                               David Martin, Esq.
                               *Attorneys for Proposed Amici*

# MEMORANDUM OF POINTS AND AUTHORITIES

This request is made on the ground that the Court has the inherent authority and discretion to allow a non-party to participate as an amicus curiae. See *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995); *Nat. Res. Def. Council v. Evans*, 243 F.Supp.2d 1046, 1047 (N.D. Cal. 2003). This authority and discretion

is commonly exercised to grant such participation in matters of general public interest having ramifications beyond the named parties and in which amicus can be helpful to the Court. *Miller-Wohl Co., Inc. v. Comm'r. of Labor and Industry*, 694 F.2d 203, 204 (9th Cir. 1982); *Sonoma Falls Dev. LLC v. Nevada Gold & Casinos, Inc.*, 272 F.Supp.2d 919, 925 (N.D. Cal. 2003).

The Court has recognized that the matters at issue in this action transcend the interests and concerns of the named parties as those matters implicate serious public health, safety, and general welfare considerations on a local, regional, and potentially statewide level.   Organizations such as the Proposed Amici have been involved in issues affecting this community in the past.  See, e.g., *Peruta v. Cnty. of San Diego* (9th Cir. 2016) 824 F.3d 919, 955.) (citing Amicus Curiae brief of the Congress of Racial Equality, Inc. for its discussion of evidence of efforts to disarm ethnic minorities in the history of California's gun control efforts); C*oalition to Defend Affirmative Action v. Brown,* 674 F.3d 1128 (9th Cir. 2012) (Los Angeles NAACP and California Branches appeared as amici curiae in lawsuit alleging ethnic minorities being unfairly excluded from higher education).

As the Court has also noted, homelessness disproportionately affects minority groups, particularly African-Americans.  Their community should have a seat at the table as the Court contemplates necessary solutions and orders.  The

situation is dire and government, despite good intentions, has failed to deliver solutions proportionate to the problem.

The Parties to this document support the Complaint brought by the LA Alliance for Human Rights and the requested relief.  The Parties propounding this document are branches of two of the largest civil rights organizations in the United States:  National Association for the Advancement of Colored People (NAACP) and the Congress of Racial Equality-California (C.O.R.E.).  The Committee for Safe Havens is an unincorporated associated of private professionals (engineer, architect, attorneys, medical finance expert, medical personnel, activists with experience in providing homeless shelters), all working pro bono. (Declaration of Mark Ravis, ¶¶ 4-5).  The group was created with the goal of addressing precisely the issues before this Court, both in terms of developing novel, feasible approaches to homelessness but also to ensuring that those potential plans raised no legal issues.  (Declaration of David Martin, ¶ 4).

All of the members of the Committee for Safe Havens as well as representatives from CORE-California and the NAACP-Compton are willing to work with or advise the Court on a pro bono basis, if requested to do so.  (Ravis Decl., ¶ 7).

For the foregoing reasons, the Proposed Amici respectfully request leave of the Court to support the relief requested in this litigation.

6

EX PARTE APPLICATION TO APPEAR IN SUPPORT OF LA ALLIANCE FOR HUMAN RIGHTS

1 | Respectfully Submitted,

Dated: March 4, 2021                    **MARK RAVIS & ASSOC.**

                              By:      /s/ *Mark Ravis*
                                       Mark Ravis, Esq.
                                       David Martin, Esq.
                                       *Attorneys for Proposed Amici*