Mark Ravis, Esq. (SBN: 137479)
David Martin, Esq. (SBN: 189755)
**LAW OFFICE OF MARK RAVIS & ASSOC.**
26565 West Agoura Road, Suite 200
Calabasas, California 91302
Tel: 310.295.4145 │ Fax: 310.388.5251
mravis99@gmail.com
dhmartin00@post.harvard.edu

*Attorneys for NAACP-Compton Branch, and*
*CORE-CA*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

1

**MARTIN DECLARATION IN SUPPORT OF EX PARTE APPLICATION**
**TO APPEAR IN SUPPORT OF LA ALLIANCE FOR HUMAN RIGHTS**

| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*, | **CASE NO. LA CV 20-02291 DOC-(KESx)** |
|---|---|
| Plaintiffs, | **DAVID MARTIN DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR LEAVE TO APPEAR AS AMICI CURIAE IN SUPPORT OF  L.A. ALLIANCE FOR HUMAN RIGHTS** |
| v. | |
| CITY OF LOS ANGELES, *et al.* | |
| Defendants. | Date: March 4, 2021 |
| | Before: Hon. David O. Carter |
| | Complaint Filed: March 10, 2020 |

2

**MARTIN DECLARATION IN SUPPORT OF EX PARTE APPLICATION
TO APPEAR IN SUPPORT OF LA ALLIANCE FOR HUMAN RIGHTS**

## DECLARATION OF DAVID MARTIN

I, **DAVID MARTIN,** declare:

1. I am an attorney at law duly licensed to practice before the state courts California and the Central District of California. I have personal knowledge of the facts stated below to which I could and would competently testify if called as a witness.

2. I am authorized by the NAACP-Compton Branch and C.O.R.E.-California to represent them in this matter and in the filing of this document.

3. I, as well as my co-counsel, Mark Ravis, have a background in public policy as well as law, beginning with my admittance to the Harvard Kennedy School of Government, and in my legal career, representing government entities and elected officials. In *Knox v. United States*, 510 U.S. 939, 114 S. Ct. 375, 126 L. Ed. 2d 325 (1993), for example, I represented 241 Members of Congress as amici curiae in a federal appeal involving the legal implications arising out of the government's decision to alter ongoing litigation strategy following a change in the administration.

4. I have been involved with The Committee for Safe Havens ("CSF") since its inception. CSH is a multidisciplinary task force comprised of an architect with extensive experience building efficient and low-cost housing, myself and Mark Ravis, who brings his medical as well as legal experience, and several other members who have extensive backgrounds working with state and

4

local officials on a variety of issues, including homelessness.  The group was created with the goal of addressing precisely the issues before this Court, both in terms of developing novel, feasible approaches to homelessness but also to ensuring that those potential plans raised no legal issues.

5.    Groups such as the NAACP-Compton and C.O.R.E.-California allow us to gauge the reception of these plans in some of the areas most in need, as this Court has noted in its orders this year.

6.    I believe each of the Proposed amici curiae would provide valuable input as this litigation moves toward exploring solutions and resolution, and the three working together could provide a unique perspective and be of substantial assistance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct;

Executed this 4th day of March, 2021 at Los Angeles, California.

By: /s/ *David Martin*
David Martin, Declarant

5

MARTIN DECLARATION IN SUPPORT OF EX PARTE APPLICATION
TO APPEAR IN SUPPORT OF LA ALLIANCE FOR HUMAN RIGHTS