## DECLARATION OF MARK RAVIS

**I, MARK RAVIS, declare:**

I am an attorney at law duly licensed to practice before the state courts of California, several Federal District Courts in California and elsewhere (pro hac vice), and the United States Court of Federal Claims. I am also a licensed physician in good standing with the Medical Board of California. I have an academic background in Public Administration and a Master's Degree in same. I have personal knowledge of the facts stated below to which I could and would competently testify if called as a witness.

1. I am authorized by the NAACP-Compton Branch and C.O.R.E.- California to represent them in this matter and in the filing of this document. I am the Legal Redress Officer for the NAACP-Compton. David Martin is also so authorized by these groups.

2. The purpose of the document is to express support of Plaintiff's request for Court intervention for relief of the homelessness emergency. By the submission of this document, the NAACP-Compton and C.O.R.E.- California request a voice in the formulation of any Consent Decree, Special Master Report, or Order of the Court intended to restructure the local approach to the homeless emergency. This request is based on the fact that a very large percentage of the homeless population are black.

3. The Committee for Safe Havens is an unincorporated association of private individuals who formed a task force and have donated their time to formulating possible solutions, largely involving public-private partnerships. The ideas range from creating large-scale "Safe Haven or Sanctuary Zones or Districts" to

1

repurposing existing buildings. A central feature of the proposals considered is the participation of private enterprise for funding of construction in exchange for various negotiated financial considerations.

4. The Committee for Safe Havens consists of several attorneys, a general contractor and engineer with multiple subspecialty certifications, an architectural firm from Santa Monica, a health care finance expert, the President of CORE-California who is former President of the Los Angeles County Human Rights Office, and others.  All members have met weekly and debated ideas.

5. Two members of the group, Lincoln Chan (Engineer/Contractor) and Lucas Giordino (Architect) made a site visit to a Federal property that was considered suitable for repurposing.  The idea was rejected for various reasons.

6. The technical experts in the Committee for Safe Havens believe that suitable shelters can be constructed for a small fraction of the costs currently expended.

7. All of the members of the Committee for Safe Havens as well as representatives from CORE-California and the NAACP-Compton are willing to work with or advise the Court on a pro bono basis, if requested to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct;

Executed this 3rd day of March 2021 at Los Angeles, California.

By: /s/ Mark Ravis
Mark Ravis, Declarant

2