RODRIGO A. CASTRO-SILVA (SBN 185251)
*County Counsel*
LAUREN M. BLACK (SBN 192302)
*Assistant County Counsel*
AMIE S. PARK (SBN 273346)
*Deputy County Counsel*
500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel: (213) 974-1830 | Fax: (213) 626-7446
Email: rcastro-silva@counsel.lacounty.gov

BYRON J. MCLAIN (SBN 257191)
FOLEY & LARDNER, LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071
Tel.: (310) 972-4500 | Fax: (213) 486-0065
Email: bmclain@foley.com

LOUIS R. MILLER (SBN 54141)
MIRA HASHMALL (SBN 216842)
EMILY A. RODRIGUEZ-SANCHIRICO (SBN 311294)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400
Email: smiller@millerbarondess.com

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>   Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES**<br><br>**DEFENDANT COUNTY OF LOS ANGELES' BRIEF RE COURT'S FEBRUARY 3, 2021 AND FEBRUARY 8, 2021 QUESTIONS**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

On February 3, 2021 and February 8, 2021, the Court requested responses from the City of Los Angeles ("City"), County of Los Angeles ("County"), and LAHSA to certain questions. [Dkt. Nos. 206 and 213.] The County hereby submits its answers to the questions applicable to the County.[1]

## I. FEBRUARY 3, 2021 QUESTIONS [Dkt. 206]

### A. Question #3: What has been done to increase access to services for those persons experiencing homelessness ("PEH") who suffer from mental illness?

The County has implemented various programs to provide services and support for PEH suffering from mental illness. Some of the recent initiatives include:

#### 1. $35 Million in Housing Bonds in Palmdale

In February 2020, the County Board of Supervisors issued $35 million in housing bonds to build 101 units in Palmdale to serve individuals with mental illness, who are formerly homeless, and with low incomes.

#### 2. Pilot to Enhance Mental Health Support for PEH

In June 2020, the Board voted to expand the Homeless Outreach and Mobile Engagement (HOME) teams to provide critical treatment and resources to PEH with mental illness. The County launched a pilot program that equips HOME Teams to apply to the courts for a conservatorship and the opportunity to participate in determining whether an individual requires hospitalization or emergency mental health treatment. HOME teams provide field-based outreach, engagement, support, and treatment to individuals with severe and persistent mental illness who are experiencing unsheltered homelessness. These services are provided by addressing

---

[1] The County's response to Question 1 from Dkt. 206 ("What new actions to address the homeless crisis have been taken since June 18, 2020 and for the entire year 2020?") are addressed in the County's concurrently filed brief in response to the Court's questions in Dkt. 205.

basic needs, conducting clinical assessments, providing street psychiatry, and providing linkage to appropriate services (including mental health services, substance abuse treatment, and housing).

### 3. Increased DMH Actions for PEH

DMH multi-disciplinary outreach teams (MDTs) are working with DHS's Housing for Health program and LAHSA's Homeless Engagement Teams (HET) to provide additional outreach at countywide encampments, including freeway encampments, to ensure appropriate levels of care. DMH also is included in the County COVID response teams to provide COVID-19 testing. DMH was actively involved in moving people to Project Roomkey sites, and continues to provide mental health support at the sites. It also supported the City's congregate recreation centers shelters. DMH is also participating a County pilot program to provide select on-site services at the facilities developed under the 6700 Bed Agreement.

### 4. DMH Programs

On October 22, 2020, the County provided a list of the extensive programs and case management services that DMH provides to PEH suffering from mental illness. [*See* Dkt. 189-1 at 7-8.]

**B.   Questions #4/5: What is death rate amongst the homeless population in 2020 and the progression over the last five years in Skid Row? How many people experiencing homelessness have died in Skid Row, the City and the County since June 18, 2020 and for the entire year 2020? What is the progression over the last five years on Skid Row, the City and County?**

Data[2] from the County's Department of Public Health ("DPH") is below.

---

[2] These figures are based on geocoded data and exclude (i) deaths that occurred in hospitals; and (ii) deaths where there was no usable address available.

| Skid Row PEH Deaths ||
|---|---|
| Year | Number of Deaths |
| **2018** | 51 |
| **2019** | 57 |
| **2020** | 52 |

| City of Los Angeles PEH Deaths ||
|---|---|
| Year | Number of Deaths |
| **2018** | 401 |
| **2019** | 462 |
| **2020** | 653 |

| Los Angeles County PEH Deaths ||
|---|---|
| Year | Number of Deaths |
| **2018** | 695 |
| **2019** | 773 |
| **2020** | 1065 |

The proportion of County PEH deaths that occurred in the City remained relatively stable over the three years (between 58% and 61%), but the proportion of City Deaths that occurred in Skid Row specifically decreased to 4.5% in 2020 (down from 7% in 2018 and 2019). This represents an approximately 36% decrease in the proportion of City deaths that occurred in Skid Row in 2020, compared to 2019.

The reporting standard for mortality rates is deaths per 100,000. In the City, those rates progressed as follows: 1,200 (2018), 1,202 (2019), and 1,581 (2020). For Skid Row, the trend was slightly different: 1,249 (2018), 1,336 (2019), and 1,115 (2020). For the County, the trend was: 1,244 (2018), 1233 (2019), 1603

(2020).

Decreasing mortality among PEH is a priority for the County. In 2019, DPH released its first comprehensive report on trends in mortality and causes of death among PEH in Los Angeles County. That same year, at the direction of the County's Board of Supervisors, DPH partnered with DMH, LAHSA, the Department of Health Services, the Chief Medical Examiner-Coroner, and the Chief Executive Office to launch the Homeless Mortality Prevention Initiative (HMPI). The goal of the HMPI is to understand, and address, the high and rising mortality rates in the PEH population. DPH released its second comprehensive report in January 2021.

Since the onset of the pandemic, the HMPI, along with the City and other partners, collaborated to enhance the comprehensive crisis response to protect PEH from COVID-19. The County, and its partners, rigorously implemented infectious disease protocols in congregate settings and mobilized staff to investigate all COVID-19 outbreaks where PEH live.

### C. Question #6: How many reported fires involving the people experiencing homelessness have occurred in Skid Row, the City and County since June 18, 2020 and for the entire year 2020? What is the progression over the last five years on Skid Row, the City and County?

The Los Angeles County Fire Department (LACFD) serves 59 cities and all of the unincorporated areas of the County. It also provides mutual aid to other cities in the County and the surrounding counties, as well. As a result, LACFD's data includes statistics for all incidents responded to by the Department, without regard to a jurisdiction. Based on this information, the number of fires associated with the homeless and encampments appears to have increased in the County and its

surrounding areas every year from 2016 to 2020.³  The total number of estimated PEH-related fires for 2020 reached 867 fires, a 104% increase from 2019, during which there were 442 fires.  Specifically, from June 18, 2020 to December 31, 2020, the total number was approximately 596 fires, or 68.74% of the 2020 total.

| Year | Total Homeless-Related Fires in County Areas | Homeless-Related Fires Difference From Previous Year | Percentage Change From Previous Year |
|---|---|---|---|
| 2016 | 242 | N/A | N/A |
| 2017 | 278 | +36 | +14.88% |
| 2018 | 381 | +103 | +37.05% |
| 2019 | 425 | +44 | +10.35% |
| 2020 | 867 | +442 | +104.00% |

### D. Question #9: What emergency efforts can be employed by the City and County to address interim/emergency housing shelters for the population in Skid Row?

The entire countywide services system is available to PEH in Skid Row.  [*See* Docket 189-1 – County List of Services.]  As it relates specifically to the need for emergency interim housing shelters during the colder months, the County's winter shelters provides beds countywide and are currently open every day in light of the COVID-19 pandemic.  As of February 22, 2021, there were a total of 16 sites and 712 winter shelter beds throughout the County.  The County also operated an augmented winter shelter program , which provided an additional six sites and 271 beds.

The County's concurrently filed brief in response to the Court's questions in

---

³ LACFD does not track fires with a connection specific to PEH.  Therefore, in order to obtain the data requested by the Court, LACFD searched through individual fire suppression incidents where the words "homeless" and/or "encampment" were noted within the incident write-up submitted by the firefighter on scene.

Docket 205 has additional information about temporary housing locations in the County.

II. **FEBRUARY 8, 2021 QUESTIONS [Dkt. 213]**

    A. **Question #1: How many people experiencing homelessness have received shelter in interim or emergency shelters in Skid Row, the City, and the County since June 18, 2020 and for the entire year 2020? Of those individuals, how many have exited into permanent housing placements? How many have entered into transitional housing placements? Of those that have exited into permanent or temporary housing since June 18, 2020, how long were they were in interim housing before they exited into permanent housing or transitional housing?**

The Los Angeles Homeless Services Authority ("LAHSA") report in response to this question is attached hereto as **Exhibit A**.

    B. **Question #3: The Court is trying to ascertain whether the City's policies with regard to Skid Row have been intended to be a gathering place, voluntary or involuntary, for racial minorities. Is there any evidence in the records of the city or the county that either government intended Skid Row or any other section of the city to be a gathering place, voluntary or involuntary, for individuals who are homeless, knowing said individuals are disproportionately racial minorities? Is any evidence in the records of the city or the county that either government intended Skid Row or any other section of the city to be a gathering place, voluntary or involuntary, for racial minorities? Please produce any material where race has been discussed or considered with regard to Skid Row policy.**

The County has not located any documents created by the County that are

responsive to the Court's questions.

DATED: March 4, 2021         MILLER BARONDESS, LLP

By:  /s/ Mira Hashmall
     MIRA HASHMALL
     Attorneys for Defendant
     COUNTY OF LOS ANGELES