# EXHIBIT A



Emergency Shelter and Permanent Housing Data

March 1, 2021

Prepared for: Jayanthi Daniel

Prepared by: Manuel Nuno and Lalitha Madakshira, Report Development Unit, Data Management Department

1

**Description of the request:** The following information provided in response to Judge Carter's Minute Order dated February 8, 2021, question number 1:

How many people experiencing homelessness have received shelter in interim or emergency shelters in Skid Row, the City, and the County since June 18, 2020 and for the entire year 2020? Of those individuals, how many have exited into permanent housing placements?

How many have entered into transitional housing placements?

Of those that have exited into permanent or temporary housing since June 18, 2020, how long were they were in interim housing before they exited into permanent housing or transitional housing?

**Information:** Emergency and transitional shelter jurisdiction was determined based on project location captured in the Homeless Management Information System (HMIS). Emergency shelter means any facility, the primary purpose of which is to provide a temporary shelter for the homeless in general or for specific populations of the homeless and which does not require occupants to sign leases or occupancy agreements. Transitional housing is a project that is designed to provide housing and appropriate supportive services to homeless persons to facilitate movement to independent living.

People experiencing homelessness are at risk for infection during community spread of COVID-19. Based on the guidance from Center for Disease Control and Prevention and local public health agency, shelter provider continues to adjust their inventory to conform to social distancing rules. Generally, this results in reduction on number of available beds and the overall inventory are likely to fluctuate depending on the spread of the virus.

2

**Details:**

| Description (**Skid Row**) | Result for period June 18, 2020 - February 9 2021 | Result for period January 2020 - December 2020 |
|---|---|---|
| How many people experiencing homelessness have received shelter in interim or emergency shelters in Skid Row * | 885 individuals | 1,441 individuals |
| Of those individuals, how many have exited into permanent housing placements?** | 115 individuals | 260 individuals |
| How many have entered into transitional housing placements?*** | 252 individuals | 262 individuals |
| Of those that have exited into permanent or temporary housing, how long were they were in interim housing before they exited into permanent housing? (in days)**** | 115 days | 198 days |
| Of those that have exited into permanent or temporary housing since, how long were they were in interim housing before they exited into transitional housing? (in days) ***** | 138 days | 112 days |
| Participants who were exited to other destination but not to unsheltered location****** | 81 individuals | 111 individuals |

\* It is likely more participants are being served who are not captured in this data. According to Housing Inventory Count (HIC) point in-time 2019, approximately 77% of the programs that offered shelter bed participates in HMIS. Additionally, within this cohort there are number of beds that are not reported through HIC. This may be due to the fact those funded beds are not subsidized through public grants. LAHSA contracted providers are required to report data in HMIS, but providers who do not received LAHSA funding are encouraged but not required to report their inventory nor share occupancy information.

The data includes beds strictly funded by LAHSA. Service providers have the option to contract with multiple agencies. For example, a service provider may have 100 beds available but they may choose to contract with LAHSA for only 30 beds. This data reflects the occupancy of those 30 beds. HMIS does not have occupancy information for the remaining 70 beds.

\*\* The placements information is likely an undercount. Historically, on average 80% of housing placements are captured through HMIS. Additionally, clients who self-resolve (locates housing indepdently) are not captured in this data set since outcome of their placements are difficult to capture. Clients may not always update their case manager. Additionally, since the base population is limited to participants who are enrolled in emergency or transitional programs, it will not match the annual system placement. Participants have multiple pathways to permanent housing which is not limited to just these two programs. LAHSA funds interim housing at a variety of beds rates with programs such as Bridge Housing Programs funded at a level that requires a percent of permanent housing placements, but other interim housing programs such as Winter Shelter Programs funded at lower bed rates that are not conducive to permanent housing placements.

\*\*\* Transitional housing portfolio are not fully captured in HMIS. Most transitional programs for adults are privately funded.

\*\*\*\* Participants pathway to housing are not captured through a linear process. The participants' journey to housing can be captured in multiple system since they are likely to be engaged with more than one agency. Therefore, the data must not be used as an absolute value. Also, persons experiencing homelessness who are victim of domestic violence are not represented in this data set since it is not captured in the HMIS.

\*\*\*\*\* HMIS coverage of transitional housing is likely an undercount. There has been a shift in the region over the past few years to invest and prioritize funding in other portfolio such as emergency shelter and permanent housing. Also, most transitional programs for adults are privately funded.

\*\*\*\*\*\* Permanent housing placements are determined based on specific outcome set forth by HUD. However, those categories do not always represent all possible exit destination. This line item represents participants whose exit destination response included Other, Client refused, Client does not know, and Client did not want to disclose.

3

**Details:**

| Description (**City**) | Result for period June 18, 2020 - February 9 2021 | Result for period January 2020 - December 2020 |
|---|---|---|
| How many people experiencing homelessness have received shelter in interim or emergency shelters in the city * | 17,776 individuals | 25,036 individuals |
| Of those individuals, how many have exited into permanent housing placements? ** | 2,026 individuals | 3,733 individuals |
| How many have entered into transitional housing placements? *** | 2,965 individuals | 4,690 individuals |
| Of those that have exited into permanent or temporary housing, how long were they were in interim housing before they exited into permanent housing? (in days)**** | 254 days | 252 days |
| Of those that have exited into permanent or temporary housing since, how long were they were in interim housing before they exited into transitional housing? (in days) ***** | 176 days | 144 days |
| Participants who exited to other destination but not to unsheltered location****** | 1,650 individuals | 4,438 individuals |

* It is likely more participants are being served who are not captured in this data. According to Housing Inventory Count (HIC) point in-time 2019, approximately 77% of the programs that offered shelter bed participates in HMIS. Additionally, within this cohort there are number of beds that are not reported through HIC. This may be due to the fact those funded beds are not subsidized through public grants. LAHSA contracted providers are required to report data in HMIS, but providers who do not received LAHSA funding are encouraged but not required to report their inventory nor share occupancy information.

The data includes beds strictly funded by LAHSA. Service providers have the option to contract with multiple agencies. For example, a service provider may have 100 beds available but they may choose to contract with LAHSA for only 30 beds. This data reflects the occupancy of those 30 beds. HMIS does not have occupancy information for the remaining 70 beds.

** The placements information is likely an undercount. Historically, on average 80% of housing placements are captured through HMIS. Additionally, clients who self-resolve (locates housing indepdently) are not captured in this data set since the outcome of their placement are difficult to capture. Clients may not always update their case manager. Additionally, since the base population is limited to participants who are enrolled in emergency or transitional programs, it will not match the annual system placement. Participants have multiple pathways to permanent housing which is not limited to just these two programs. This represents 20% of all known system placement for calendar year 2020. It does not include placements from HACLA, LACDA or Long Beach. Also, intervention may differ depending on the specific need of the participants. LAHSA funds interim housing at a variety of beds rates with programs such as Bridge Housing Programs funded at a level that requires a percent of permanent housing placements, but other interim housing programs such as Winter Shelter Programs funded at lower bed rates that are not conducive to permanent housing placements.

*** Transitional housing portfolio are not fully captured in HMIS. Most transitional programs for adults are privately funded.

**** Participants pathway to housing are not captured through a linear process. The participants' journey to housing can be captured in multiple system since they are likely to be engaged with more than one agency. Therefore, the data must not be used as an absolute value. Also, persons experiencing homelessness who are victim of domestic violence are not represented in this data set since it is not captured in the HMIS.

***** HMIS coverage of transitional housing is likely an undercount. There has been a shift in the region over the past few years to invest and prioritize funding in other portfolio such as emergency shelter and permanent housing. Also, most transitional programs for adults are privately funded.

****** Permanent housing placements are determined based on specific outcome set forth by HUD. However, those categories do not always represent all possible exit destination. This line item represents participants whose exit destination response included Other, Client refused, Client does not know, and Client did not want to disclose.

**Details:**

| Description (**County**) | Result for period June 18 2020 - February 9 2021 | Result for period January 2020 - December 2020 |
|---|---|---|
| How many people experiencing homelessness have received shelter in interim or emergency shelters in the county * | 25,155 individuals | 36,036 individuals |
| Of those individuals, how many have exited into permanent housing placements? ** | 2,945 individuals | 5,550 individuals |
| How many have entered into transitional housing placements? *** | 4,738 individuals | 7,136 individuals |
| Of those that have exited into permanent or temporary housing, how long were they were in interim housing before they exited into permanent housing? (in days) **** | 233 days | 228 days |
| Of those that have exited into permanent or temporary housing since, how long were they were in interim housing before they exited into transitional housing? (in days) ***** | 154 days | 133 days |
| Participants who exited to other destination but not to unsheltered location****** | 3,408 individuals | 9,576 individuals |

* It is likely more participants are being served who are not captured in this data. According to Housing Inventory Count (HIC) point in-time 2019, approximately 77% of the programs that offered shelter bed participates in HMIS. Additionally, within this cohort there are number of beds that are not reported through HIC. This may be due to the fact those funded beds are not subsidized through public funding. LAHSA contracted providers are required to report data in HMIS, but providers who do not received LAHSA funding are encouraged but not required to report their inventory nor share occupancy information.

The data includes beds strictly funded by LAHSA. Service providers have the option to contract with multiple agencies. For example, a service provider may have 100 beds available but they may choose to contract with LAHSA for only 30 beds. This data reflects the occupancy of those 30 beds. HMIS does not have occupancy information for the remaining 70 beds.

** The placements information is likely an undercount. Historically, on average 80% of housing placements are captured through HMIS. Additionally, clients who self-resolve (locates housing independently) are not captured in this data set since the outcome of their placement are difficult to capture. Clients may not always update their case manager. Additionally, since the base population is limited to participants who are enrolled in emergency or transitional programs, it will not match the annual system placement. Participants have multiple pathways to permanent housing which is not limited to just these two programs. This represents 29% of all known system placement for calendar year 2020. It does not include placements from HACLA, LACDA or Long Beach. Also, intervention may differ depending on the specific need of the participants. LAHSA funds interim housing at a variety of beds rates with programs such as Bridge Housing Programs funded at a level that requires a percent of permanent housing placements, but other interim housing programs such as Winter Shelter Programs funded at lower bed rates that are not conducive to permanent housing placements.

*** Transitional housing portfolio are not fully captured in HMIS. Most transitional programs for adults are privately funded.

**** Participants pathway to housing are not captured through a linear process. The participants' journey to housing can be captured in multiple system since they are likely to be engaged with more than one agency. Therefore, the data must not be used as an absolute value. Also, persons experiencing homelessness who are victim of domestic violence are not represented in this data set since it is not captured in the HMIS.

***** HMIS coverage of transitional housing is likely an undercount. There has been a shift in the region over the past few years to invest and prioritize funding in other portfolio such as emergency shelter and permanent housing. Also, most transitional programs for adults are privately funded.

****** Permanent housing placements are determined based on specific outcome set forth by HUD. However, those categories do not always represent all possible exit destination. This line item represents participants whose exit destination response included Other, Client refused, Client does not know, and Client did not want to disclose.

5