MICHAEL N. FEUER (SBN 111529)
*City Attorney*
KATHLEEN A. KENEALY (SBN 212289)
*Chief Deputy City Attorney*
SCOTT MARCUS (SBN 184980)
*Senior Assistant City Attorney*
200 North Main Street, City Hall East, 7th Floor
Los Angeles, California 90012
Telephone:  (213) 978-4681
Facsimile:  (213) 978-7011
Email: scott.marcus@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

RODRIGO A. CASTRO-SILVA (SBN 185251)
*County Counsel*
LAUREN M. BLACK (SBN 192302)
*Assistant County Counsel*
AMIE S. PARK (SBN 273346)
*Deputy County Counsel*
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:  (213) 974-1830
Facsimile:  (213) 626-7446
Email: apark@counsel.lacounty.gov

Attorneys for Defendant
COUNTY OF LOS ANGELES

[*Additional counsel continued on next page.*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>       Plaintiffs,<br><br>       v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>       Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES**<br><br>**DEFENDANTS' JOINT STATEMENT OF FACTS PURSUANT TO COURT'S JANUARY 31, 2021 ORDER**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

1

*[Additional counsel, continued from previous page.]*

2

BYRON J. MCLAIN (SBN 257191)
FOLEY & LARDNER, LLP

3

555 South Flower Street, Suite 3300
Los Angeles, California 90071

4

Telephone:   (310) 972-4500

5

Facsimile:    (213) 486-0065
Email: bmclain@foley.com

6

7

LOUIS R. MILLER (SBN 54141)
MIRA HASHMALL (SBN 216842)

8

EMILY A. RODRIGUEZ-SANCHIRICO (SBN 311294)
MILLER BARONDESS, LLP

9

1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067

10

Telephone:   (310) 552-4400

11

Facsimile:    (310) 552-8400
Email: esanchirico@millerbarondess.com

12

Attorneys for Defendant

13

COUNTY OF LOS ANGELES

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## JOINT STATEMENT OF FACTS PURSUANT TO COURT'S JANUARY 31, 2021 ORDER

Pursuant to the Court's Order to Appear and Show Cause dated January 31, 2021 (the "Order") [Dkt. 205 at 4], the County of Los Angeles ("County") and City of Los Angeles ("City") hereby submit the following agreed-upon Statement of Facts.

Based on the Los Angeles Homeless Services Authority's ("LAHSA") most recent point-in-time homeless count from 2020, there were 2,093 unsheltered people experiencing homelessness in 2,054 unsheltered households on Skid Row. Skid Row's general boundaries are 3rd and 7th Streets, to the North and South, and Alameda and Main, to the East and West. The area consists of approximately 50 city blocks.[1]

These numbers represented a 20% and 24% increase, respectively, over the point-in-time count from the year prior. Of those unsheltered individuals, 1,301 were experiencing chronic homelessness.[2] That figure was a 35% jump from the last count. There was no point-in-time homeless count conducted in 2021 due to the COVID-19 pandemic and related health and safety concerns.

---

[1] *See Jones v. City of Los Angeles*, 444 F.3d 1118, 1121 (9th Cir. 2006); https://urm.org/about/faqs/about-skid-row/.

[2] "A 'chronically homeless' individual is defined to mean a homeless individual with a disability who lives either in a place not meant for human habitation, a safe haven, or in an emergency shelter, or in an institutional care facility if the individual has been living in the facility for fewer than 90 days and had been living in a place not meant for human habitation, a safe haven, or in an emergency shelter immediately before entering the institutional care facility. In order to meet the 'chronically homeless' definition, the individual also must have been living as described above continuously for at least 12 months, or on at least four separate occasions in the last 3 years, where the combined occasions total a length of time of at least 12 months. Each period separating the occasions must include at least 7 nights of living in a situation other than a place not meant for human habitation, in an emergency shelter, or in a safe haven." 80 Fed. Reg. 75791 (Dec. 4, 2015).

The numbers are staggering, and the County and City are working together to find ways to bring unsheltered Angelenos on Skid Row indoors.  In 2020, the County and City confronted the unique challenges of the interplay between the homelessness crisis and the COVID-19 pandemic in creative ways:

Housing/Shelter

- In June 2020, the County and the City reached an agreement, wherein the City agreed to provide 6,700 beds within 18 months to house or shelter (i) people experiencing homelessness living within 500 feet of freeway overpasses, underpasses, and ramps in the City of Los Angeles, and then to give priority to providing housing or shelter to (ii) people experiencing homelessness who are 65+ and (iii) other vulnerable people experiencing homelessness within the City of Los Angeles.  The City also committed to financing at least 50% of the costs of providing services to these new shelters and interventions.  The County committed up to $293 million over five years to contribute to the service costs for those housed and sheltered in the beds created by the City under this historic agreement.  [Dkt. 137.]

- In 2018 the County acquired the property located at 1060 North Vignes Street—only a short distance away from Skid Row.  In another historic agreement, the County and City partnered to use this downtown Los Angeles property for approximately 232 units to be used for both interim (100 units) and permanent (132) housing.

- On January 20, 2021,  the City opened the first "A Bridge Home" shelter on Skid Row.  The shelter, called The Lotus, has room for 120 beds.  The interim housing facility will be used as interim housing for unsheltered Skid Row residents.

- There are three current Project Roomkey sites operating near

1    downtown Los Angeles (two leased by the City and one by the

2    County), with a total of 853 beds.

3       • There are a total of 712 winter shelter beds in the County of

4    Los Angeles.  The City funds four winter shelters that operate in the

5    City of Los Angeles, with a total of 197 beds.

6    <u>Health and Hygiene</u>

7       • Since April 2020, the County's Department of Health Services has

8    staffed existing multi-disciplinary outreach teams with street-based

9    nursing staff to increase clinical capacity on Skid Row and provide

10    COVID-19 testing.

11       • The County's Department of Mental Health has deployed additional

12    outreach workers to Skid Row to supplement the existing DMH

13    presence on Skid Row.

14       • The Skid Row ReFresh Spot, funded by Mayor Eric Garcetti and

15    operated by Homeless Healthcare Los Angeles, reopened on

16    September 18, 2020.  The facility has six showers, seven bathrooms,

17    24 double washers, and 24 dryers.  Other services include towels, free

18    hygiene products, laundry supplies, charging stations for cell phones,

19    free clothing, and, on specific days, HIV, STD, and COVID-19 testing.

20       • The City installed permanent hand-washing stations.

21       • In April 2020, the County opened six washrooms in County-owned

22    properties in the vicinity of Skid Row.

23    There is still much to be done.  The County and City will continue to work

24  together to reimagine solutions to the region's homelessness crisis.

25

26

27

28

1  DATED:  March 4, 2021          OFFICE OF THE CITY ATTORNEY

2

3                                 By:  _____/s/ Scott Marcus_____

4                                      SCOTT MARCUS
                                       Attorneys for Defendant
5                                      CITY OF LOS ANGELES

6

7  DATED:  March 4, 2021          MILLER BARONDESS, LLP

8

9

10                                By:  _____/s/ Mira Hashmall_____

11                                     MIRA HASHMALL
                                       Attorneys for Defendant
12                                     COUNTY OF LOS ANGELES

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28