SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
mumhofer@spertuslaw.com
emitchell@spertuslaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association, JOSEPH BURK, HARRY TASHDJIAN, KARYN PINSKY, CHARLES MALOW, CHARLES VAN SCOY, GEORGE FREM, GARY WHITTER, and LEANDRO SUAREZ, individuals,<br><br>                    Plaintiffs,<br><br>          v.<br><br>CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 200 inclusive,<br><br>                    Defendants. | Case No. 2:20-cv-02291 DOC-KES<br><br>**PLAINTIFFS' NOTICE OF INTENT TO FILE MOTION FOR PRELIMINARY INJUNCTION** |

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

Plaintiffs filed this case almost exactly one year ago today. Nine days after filing, the parties suspended litigation with the intent to explore settlement and set the stage for a comprehensive solution in the City and County of LA. Despite several settlement conferences and discussions, no settlement agreement has been reached, and the County appears intent on denying its role in causing this crisis in the first place. The death rate for persons experiencing homelessness is now up to five-per-day and the crisis on the streets is more desperate than ever. Immediate and sweeping action is needed, yet Defendants drown in politicking and bureaucracy.

For the reasons stated on the record at the hearing held on February 4, 2021, Plaintiffs hereby give notice of their intent to file a Motion for Preliminary Injunction on or about March 25, 2021. Plaintiffs continue to welcome settlement discussions and ask that Judge Birotte, if willing and available, facilitate said discussions should Defendants so-request.

Respectfully submitted,

Dated: March 4, 2021

/s/  Matthew Donald Umhofer
SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)

*Attorneys for Plaintiffs*

1

PLAINTIFFS' NOTICE OF INTENT TO FILE MOTION FOR PRELIMINARY INJUNCTION