LATHAM & WATKINS LLP
  Manuel A. Abascal (SBN: 171301)
   *manny.abascal@lw.com*
  Katherine Sawyer (SBN: 330412)
   *katherine.sawyer@lw.com*
  Molly K. Wyler (SBN: 299881)
   *molly.wyler@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Telephone:  +1.213.485.1234
Facsimile:  +1.213.891.8763

Attorneys for Non-Party As *Amicus Curiae*
*Union Rescue Mission*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association, JOSEPH BURK, HARRY TASHDJIAN, KARYN PINSKY, CHARLES MALOW, CHARLES VAN SCOY, GEORGE FREM, GARY WHITTER, and LEANDRO SUAREZ, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity, COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 200 inclusive,<br><br>Defendants. | Case No. 2:20-cv-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE *AMICUS* BRIEF ON BEHALF OF UNION RESCUE MISSION IN RESPONSE TO THIS COURT'S JANUARY 31, 2021 ORDER TO APPEAR AND SHOW CAUSE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date:  April 5, 2021<br>Time: 8:30 a.m.<br>Place: Courtroom 9D |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on April 5, 2021, or as soon thereafter as the matter may be heard in Courtroom 9D, United States District Court, 411 West Fourth Street, Santa Ana, CA, Union Rescue Mission ("URM") will and hereby does move the Court for leave to file an *amicus* brief in response to this Court's Order to Appear and Show Cause dated January 31, 2021 (the "Order"), in which it invites third party briefing on the issues raised in that Order. Dkt. 205. The *amicus* brief is attached hereto as **Exhibit A.** This Motion is made on grounds that this Court has inherent authority to allow participation of *amicus curiae,* and participation by URM will be helpful and desirable to the Court because URM will facilitate a more complete understanding of the factual and legal issues before the Court.

DATED:  March 4, 2021

Respectfully submitted,

LATHAM & WATKINS LLP
Manuel A. Abascal
Katherine Sawyer
Molly K. Wyler


By: /s/ Manuel A. Abascal
Manuel A. Abascal
Attorneys for *Amicus Curiae* Union
Rescue Mission

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF MOTION AND MOTION FOR LEAVE
TO FILE *AMICUS* BRIEF BY UNION RESCUE
MISSION

**MEMORANDUM OF POINTS AND AUTHORITIES**

Union Rescue Mission ("URM") hereby respectfully requests that this Court allow it to act as *amicus curiae* in this important matter affecting the tens of thousands of people experiencing homelessness in Los Angeles County. URM is a nonpartisan, nonprofit organization that for over a century has provided comprehensive services to people experiencing homelessness in Skid Row and elsewhere in Los Angeles. URM provides shelter, food, clothing, medical and dental care, and additional supportive resources including recovery programs, legal assistance, education, counseling, and job training to hundreds of people experiencing homelessness.

In its January 31, 2021 (the "Order"), this Court invited third-party briefing on specific issues. Dkt. 205 at 4. URM has submitted a proposed brief attached as **Exhibit A** addressing the Court's questions. URM respectfully requests the opportunity to submit future briefs and information if the Court would deem it helpful.

This Court has ample authority to allow briefing from *amicus* curiae. "District courts frequently welcome *amicus* briefs from nonparties concerning legal issues that have potential ramifications beyond the parties directly involved or if the *amicus* has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *Safari Club Intern. v. Harris*, No. 2:14-cv-01856-GEB-AC, 2015 WL 1255491, at *1 (E.D. Cal. Jan. 14, 2015); *accord Missouri v. Harris*, No. 2:14-cv-00341-KJMKJN, 2014 WL 2987284, at *2 (E.D. Cal. Jul. 1, 2014) ("An *amicus* brief should normally be allowed when, among other considerations, the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.") (internal citation omitted).

For the past 128 years, URM has brought help and hope to men, women and children experiencing homelessness in Downtown Los Angeles. The CEO of

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE *AMICUS* BRIEF BY UNION RESCUE MISSION

URM, Reverend Andrew J. Bales, M.A.T., has nearly 35 years of experience in service to people experiencing homelessness in Skid Row. As service providers who work directly with people experiencing homelessness, URM and its staff are well-positioned to provide information and perspective in this matter. In addition, any disposition in this matter will affect the interests of URM and the hundreds of people that it serves.

URM respectfully requests that it be permitted to file the attached *amicus* brief in response to the Court's Order, and be permitted to participate in further briefings on this matter to the extent the Court may find helpful.

DATED: March 4, 2021

Respectfully submitted,

LATHAM & WATKINS LLP
Manuel A. Abascal
Katherine Sawyer
Molly K. Wyler

By: /s/ Manuel A. Abascal
    Manuel A. Abascal
    Attorneys for *Amicus Curiae* Union
    Rescue Mission

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
LOS ANGELES

4

NOTICE OF MOTION AND MOTION FOR LEAVE
TO FILE *AMICUS* BRIEF BY UNION RESCUE
MISSION