LATHAM & WATKINS LLP
   Manuel A. Abascal (SBN: 171301)
    *manny.abascal@lw.com*
   Katherine Sawyer (SBN: 330412)
    *katherine.sawyer@lw.com*
   Molly K. Wyler (SBN: 299881)
    *molly.wyler@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Telephone:  +1.213.485.1234
Facsimile:  +1.213.891.8763

Attorneys for Non-Party As *Amicus Curiae*
Union Rescue Mission

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association, JOSEPH BURK, HARRY TASHDJIAN, KARYN PINSKY, CHARLES MALOW, CHARLES VAN SCOY, GEORGE FREM, GARY WHITTER, and LEANDRO SUAREZ, individuals,<br><br>             Plaintiffs,<br><br>        vs.<br><br>CITY OF LOS ANGELES, a municipal entity, COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 200 inclusive,<br><br>             Defendants. | Case No. 2:20-cv-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MOTION OF UNION RESCUE MISSION FOR LEAVE TO FILE AS *AMICUS CURIAE* IN RESPONSE TO THIS COURT'S JANUARY 31, 2021 ORDER TO APPEAR AND SHOW CAUSE** |

# [PROPOSED] ORDER

The Court having considered the Motion of Union Rescue Mission for Leave to File *Amicus Curiae* Brief in response to this Court's January 31, 2021 Order to Appear and Show Cause, Dkt 205, it is hereby ORDERED that the Motion is GRANTED.

It is therefore ORDERED that *Amicus Curiae* Union Rescue Mission be granted leave to file its brief in this case.

 

The Honorable David O. Carter
United States District Court

Date: _____