# EXHIBIT A

A Bridge Home Sites and Ownership (as of 3.3.2021)

| ID | | Status | Ownership | Roadmap | CD | Number of Beds - Total |
|---|---|---|---|---|---|---|
| 1 | 711 N. Alameda St. | Operating | City/Recreation and Parks | No | 14 | 45 |
| 2 | 1533 Schrader Blvd. | Operating | City/Department of Transportation | No | 13 | 72 |
| 3 | 1214 Lodi Pl. (Phase 1) | Operating | Private | No | 13 | 64 |
| 4 | 1920 W 3rd St. | Operating | Private | No | 1 | 28 |
| 4 | 1920 W 3rd St. | Operating | Private | No | 1 | 13 |
| 5 | 442 San Pedro St. | Operating | Private | No | 14 | 25 |
| 6 | 1403 N. Gardner St. | Operating | City/General Services Department | No | 4 | 30 |
| 7 | 5965 St. Andrews Pl. | Operating | City/General Services Department | No | 8 | 100 |
| 8 | 7120 Franklin Ave. | Operating | Private | No | 4 | 42 |
| 9 | 2316 E Imperial Hwy. | Operating | County | No | 15 | 100 |
| 10 | 100 Sunset Ave. | Operating | METRO | No | 11 | 100 |
| 10 | 100 Sunset Ave. | Operating | METRO | No | 11 | 54 |
| 11 | 2817 S Hope St. | Operating | County | No | 9 | 100 |
| 12 | 1214 Lodi Place (Phase 2) | Operating | Private | No | 13 | 30 |
| 12 | 1214 Lodi Place (Phase 2) | Operating | Private | No | 13 | 30 |
| 13 | VA West LA Campus | Operating | U.S. Veterans Administration | No | 11 | 100 |
| 14 | 1479 La Cienega | Operating | Private | Yes | 5 | 54 |
| 15 | 13160 Raymer St. | Operating | Private | Yes | 2 | 85 |
| 16 | 515 N Beacon St. | Operating | CalTrans | Yes | 15 | 100 |
| 17 | 828 Eubank Ave. | Operating | Port of Los Angele | Yes | 15 | 100 |
| 18 | Sylmar Armory | Operating | LAHSA | Yes | 7 | 85 |
| 19 | 3428 Riverside Dr. | Operating | Private | Yes | 4 | 100 |
| 20 | 7700 Van Nuys Blvd | Operating | Department of Water and Power | Yes | 2 | 100 |
| 21 | 14333 Aetna St. | Operating | METRO | Yes | 6 | 74 |
| 22 | 310 N. Main St. (Civic Center) | Operating | City/General Services Department | Yes | 14 | 99 |

3/3/2021

A Bridge Home Sites and Ownership (as of 3.3.2021)

| ID | | Status | Ownership | Roadmap | CD | Number of Beds - Total |
|---|---|---|---|---|---|---|
| 23 | 1819 S Western Ave. | Operating | City/General Services Department | Yes | 10 | 15 |
| 24 | 3061 Riverside Dr. | Under Construction | Private | Yes | 4 | 80 |
| 25 | S. La Fayette Park Pl. | Complete | City/Recreation and Parks | Yes | 10 | 70 |
| 26 | 1426 Paloma St. | Operating | Private | Yes | 14 | 120 |
| 27 | 4601 S. Figueroa St. | Under Construction | Private | Yes | 9 | 30 |
| 28 | 7521 Canoga Ave. | Operating | County of LA (1) | Yes | 3 | 80 |
| | | Total | | | | 2125 |
| | | | | | | |

(1) This site is a City/County partnership. The County of Los Angeles purchased this site with funding from the City. Servcies and operations are funded by the County.

3/3/2021