# EXHIBIT B

| No. | CD | Intervention Type | Project Type | Address | Beds (4) | Ownership |
|---|---|---|---|---|---|---|
|  | **City of Los Angeles COVID-19 Homelessness Roadmap**<br>List of Approved Sites for Homeless Interventions (1)<br>as of February 24, 2021 |
| 1 | 2 | Temporary/A Bridge Home | A Bridge Home | 13160 Raymer St. | 85 | Private |
| 2 | 2 | Temporary/A Bridge Home | A Bridge Home | 7700 Van Nuys Blvd. | 100 | City of LA - Department of Water and Power |
| 3 | 3 | Temporary/A Bridge Home | A Bridge Home | 7621 Canoga Ave. | 81 | County of LA (5) |
| 4 | 4 | Temporary/A Bridge Home | A Bridge Home | 3428 Riverside Dr. | 100 | City of LA - Recreation and Parks |
| 5 | 4 | Temporary/A Bridge Home | A Bridge Home | 3061 Riverside Dr. | 80 | Private |
| 6 | 5 | Temporary/A Bridge Home | A Bridge Home | 1479 S. La Cienega | 54 | Private |
| 7 | 6 | Temporary/A Bridge Home | A Bridge Home | 14333 Aetna St. | 70 | METRO |
| 8 | 7 | Temporary/A Bridge Home | A Bridge Home | 12860 Arroyo St. | 85 | LAHSA |
| 9 | 9 | Temporary/A Bridge Home | A Bridge Home | 4601 Figueroa St. | 30 | Private |
| 10 | 10 | Temporary/A Bridge Home | A Bridge Home | 1819 S. Western Ave. | 15 | City of LA - General Services |
| 11 | 10 | Temporary/A Bridge Home | A Bridge Home | 625 La Fayette Pl. | 70 | City of LA - Recreation and Parks |
| 12 | 14 | Temporary/A Bridge Home | A Bridge Home | 310 N. Main St. | 99 | City of LA - General Services |
| 13 | 14 | Temporary/A Bridge Home | A Bridge Home | 1426 Paloma St. | 120 | Private |
| 14 | 15 | Temporary/A Bridge Home | A Bridge Home | 515 N. Beacon Street | 100 | CalTrans |
| 15 | 15 | Temporary/A Bridge Home | A Bridge Home | 828 Eubank Ave. | 100 | Port of LA |
| colspan="5" | *Subtotal: A Bridge Home Interventions:* | *1,189* | |
| 16 | 1 | Temporary | Project Homekey | 1710 7th St. | 91 | City of LA/Private (3) |
| 17 | 2 | Temporary | Interim Housing (Pallet) | 11471 Chandler Blvd. | 75 | City of LA Recreation and Parks |
| 18 | 2 | Temporary | Interim Housing (Pallet) | 6099 Laurel Canyon Blvd. | 200 | City of LA - Recreation and Parks |
| 19 | 2 | Temporary | Interim Housing (Pallet) | 12600 Saticoy St. | 150 | City of LA & CalTrans |
| 20 | 3 | Temporary | Interim Housing (Pallet) | 19040 Vanowen | 101 | City of LA - General Services |
| 21 | 3 | Temporary | Interim Housing (Pallet) | 6073 N. Reseda Blvd. | 148 | METRO |
| 22 | 3 | Temporary | Project Homekey | 7432 Reseda Blvd. | 75 | City of LA/Private (3) |
| 23 | 3 | Temporary | Project Homekey | 7631 Topanga Canyon | 52 | City of LA/Private (3) |
| 24 | 6 | Temporary | Project Homekey | 8209 Sepulveda Blvd. | 51 | City of LA/Private (3) |
| 25 | 6 | Temporary | Project Homekey | 8647 Sepulveda Blvd. | 59 | City of LA/Private (3) |
| 25 | 6 | Temporary | Project Homekey | 9120 Woodman Ave. | 74 | City of LA/Private (3) |
| 26 | 7 | Temporary | Project Homekey | 12835 Encinitas Ave. | 87 | City of LA/Private (3) |
| 27 | 8 | Temporary | Project Homekey | 3501 Western Ave. | 31 | City of LA/Private (3) |
| 28 | 9 | Temporary | Project Homekey | 2521-2525 Long Beach Ave. | up to 200 | City of LA/Private (3) |
| 29 | 9 | Temporary | Project Homekey | 2300 S. Central Ave. | 91 | City of LA/Private (3) |
| 30 | 9 | Temporary | Project Homekey | 1300-1332 W. Slauson Ave | 100 | City of LA/Private (3) |
| 31 | 10 | Temporary | Project Homekey | 4701 W. Adams Blvd. | 23 | City of LA/Private (3) |
| 32 | 11 | Temporary | Project Homekey | 9250 Airport Dr. | 44 | City of LA/Private (3) |
| 33 | 11 | Temporary | Project Homekey | 3130 Washington Blvd. | 33 | City of LA/Private (3) |
| 34 | 12 | Temporary | Interim Housing | 18140 Parthenia St. | 107 | Private |
| 35 | 12 | Temporary | Project Homekey | 21603 Devonshire St. | 76 | City of LA/Private (3) |
| 36 | 13 | Temporary | Interim Housing | 5941 Hollywood Blvd. | 30 | Private |
| 37 | 13 | Temporary | Interim Housing (Pallet) | 1455 N. Alvarado St. | 74 | Private |
| 38 | 13 | Temporary | Project Homekey | 253 S. Hoover St. | 41 | City of LA/Private (3) |
| 39 | 14 | Temporary | Interim Housing | 566 S. San Pedro St. | 60 | Private |
| 40 | 14 | Temporary | Interim Housing | 1060 N. Vignes St. | 232 | County of LA |
| 41 | 14 | Temporary | Project Homekey | 5350 S. Huntington Dr. | 52 | City of LA/Private (3) |
| 42 | 14 | Temporary | Project Homekey | 5333 Huntington Drive | 49 | City of LA/Private (3) |
| 43 | 15 | Temporary | Interim Housing (Pallet) | 1221 S. Figueroa Place | 75 | City of LA - Recreation and Parks |
| 44 | 15 | Temporary | Project Homekey | 18600 Normandie Avenue | 40 | City of LA/Private (3) |
| 45 | All | Temporary | Project Roomkey | 1256 W 7th St. | 294 | Private |
| 46 | All | Temporary | Project Roomkey | 12825 Ventura Blvd. | 148 | Private |
| 47 | All | Temporary | Project Roomkey | 333 S Figueroa St. | 467 | Private |
| colspan="5" | *Subtotal: Temporary Housing Interventions:* | *3,430* | |
| 48 | 1 | Permanent | Permanent Housing: Non-Prop HHH | 1255 S. Elden Ave. | 93 | Private |
| 49 | 4 | Permanent | Permanent Housing: Prop HHH | 1119 N. McCadden Pl. | 26 | Private |
| 50 | 5 | Permanent | Permanent Housing: Non-Prop HHH | 8866 W. Pico Blvd. | 48 | Private |
| 51 | 6 | Permanent | Permanent Housing: Non-Prop HHH | 11050 W. Arminta St. | 110 | Private |
| 52 | 7 | Permanent | Permanent Housing: Prop HHH | 13574 W. Foothill Blvd. | 48 | Private |
| 53 | 8 | Permanent | Permanent Housing: Prop HHH | 5501 S. Western Ave. | 33 | Private |

| | | | City of Los Angeles COVID-19 Homelessness Roadmap<br>List of Approved Sites for Homeless Interventions (1)<br>as of February 24, 2021 | | |
|---|---|---|---|---|---|
| No. | CD | Intervention Type | Project Type | Address | Beds (4) | Ownership |
| 54 | 9 | Permanent | Permanent Housing: Non-Prop HHH | 1036 E. 35th St. | 74 | Private |
| 55 | 9 | Permanent | Permanent Housing: Non-Prop HHH | 5215 S. Figueroa | 40 | City of LA - Housing + Community Investment Dept |
| 56 | 9 | Permanent | Permanent Housing: Prop HHH | 6901 S. Main St. | 50 | Private |
| 57 | 9 | Permanent | Permanent Housing: Prop HHH | 2600 S. Hoover St. | 37 | Private |
| 58 | 9 | Permanent | Permanent Housing: Prop HHH | 4050 S. Figueroa St. | 57 | Private |
| 59 | 10 | Permanent | Permanent Housing: Non-Prop HHH | 4018 S. Buckingham Rd. | 103 | Private |
| 60 | 10 | Permanent | Permanent Housing: Non-Prop HHH | 3317 W. Washington Blvd. | 17 | Private |
| 61 | 13 | Permanent | Permanent Housing: Non-Prop HHH | 252 S. Rampart Blvd. | 23 | Private |
| 62 | 14 | Permanent | Permanent Housing: Prop HHH | 649 S Wall st. | 55 | Private |
| | | | | *Subtotal: Permanent Housing Interventions:* | *814* | |
| 63 | 3 | Safe Parking | Safe Parking | 7128 Jordan Ave. | 25 | City of LA - Department of Transportation |
| 64 | 4 | Safe Parking | Safe Parking | 15380 Oxnard St. | 14 | US Army Corps of Engineers & City of LA - Recreation and Parks |
| 65 | 9 | Safe Parking | Safe Parking | 1201 S. Figueroa St. | 30 | City of LA |
| 66 | 9 | Safe Parking | Safe Parking | 4301 S. Central Ave. | 10 | City of LA - General Services |
| 67 | 11 | Safe Parking | Safe Parking | 11339 Iowa Ave. | 10 | City of LA - General Services |
| 69 | 11 | Safe Parking | Safe Parking | 9100 Lincoln Blvd. | 20 | City of LA - Recreation and Parks |
| 70 | 12 | Safe Parking | Safe Parking | 8775 Wilbur Ave. | 20 | City of LA - Department of Transportation |
| 71 | 13 | Safe Parking | Safe Parking | 4591 Santa Monica Blvd. | 10 | City of LA - Library |
| 72 | 13 | Safe Parking | Safe Parking | 1033 Cole Ave. | 10 | City of LA - Department of Water and Power |
| 73 | 15 | Safe Parking | Safe Parking | 19610 S. Hamilton Ave | 25 | Housing Authority of the City of LA |
| 74 | 15 | Safe Parking | Safe Parking | 711 S. Beacon St. | 25 | City of LA - General Services |
| | | | | *Subtotal: Safe Parking Interventions:* | *199* | |
| 75 | All | Rapid Rehousing / Shared Housing | Rapid Rehousing / Shared Housing | Rapid Rehousing / Shared Housing Placements (2) | 3,000 | Private |
| | | | | Total: | 8,632 | |

(1)  This list includes all sites that have been approved for funding.  The City is currently assessing additional sites.

(2) LAHSA is funded for 3,000 rapid/shared housing  placements through December 16, 2021. These placements occur in the private rental market.

(3) The City paid for the acquisition of these sites and selected owner/operators to implement interim housing programs.

(4) Under the MOU, beds include shelter beds, motel/hotel room, safe parking, safe sleeping, etc.

(5) This site is a City/County partnership. The County of Los Angeles purchased this site with funding from the City. Servcies and operations are funded by the County.