# EXHIBIT C

| COVID-19 Homelessness Roadmap |
|---|
| Timeline of Interventions |
| as of February 24, 2021 |

| Interventions Opening by April 16, 2021 | | | | | |
|---|---|---|---|---|---|
| No. | CD | Project Type | Address / Location | Beds | Date Occupiable |
| | | New Interventions | | | |
| 1 | All | Rapid Rehousing / Shared Housing (1) | Various | 1,490 | In Process |
| 2 | 5 | A Bridge Home | 1479 S. La Cienega | 54 | 6/22/2020 |
| 3 | 15 | A Bridge Home | 515 N. Beacon Street (3) | 38 | 7/7/2020 |
| 4 | 15 | A Bridge Home | 828 Eubank Ave. | 100 | 7/7/2020 |
| 5 | 2 | A Bridge Home | 13160 Raymer St. | 85 | 7/16/2020 |
| 6 | 4 | A Bridge Home | 3428 Riverside Drive | 100 | 7/28/2020 |
| 7 | 5 | Permanent Housing: Non-Prop HHH | 8866 W Pico Blvd. | 48 | 8/7/2020 |
| 8 | 6 | A Bridge Home | 14333 Aetna St. | 70 | 8/10/2020 |
| 9 | 2 | A Bridge Home | 7700 Van Nuys Blvd. | 100 | 8/17/2020 |
| 10 | 14 | A Bridge Home | 310 N. Main St. | 99 | 8/18/2020 |
| 11 | 10 | A Bridge Home | 1819 S. Western Avenue | 15 | 9/21/2020 |
| 12 | 11 | Safe Parking | 11339 Iowa Ave | 10 | 10/1/2020 |
| 13 | 11 | Safe Parking | 9100 Lincoln Blvd | 20 | 10/6/2020 |
| 14 | All | Project Roomkey | Sportsmen's Lodge | 148 | 11/1/2020 |
| 15 | All | Project Roomkey | Mayfair | 294 | 11/1/2020 |
| 16 | All | Project Roomkey | LA Grand | 467 | 11/1/2020 |
| 17 | 9 | Safe Parking | 1201 S Figueroa Street | 30 | 11/2/2020 |
| 18 | 10 | Permanent Housing: Non-Prop HHH | 4018 S Buckingham Rd. | 103 | 11/23/2020 |
| 19 | 1 | Project Homekey (4) | Solaire Hotel 1710 7th St | 82 | 1/1/2021 |
| 20 | 3 | Project Homekey (4) | Howard Johnson 7432 Reseda Blvd | 68 | 1/1/2021 |
| 21 | 3 | Project Homekey (4) | Super 8 Canoga Park 7631 Topanga Canyon | 47 | 1/1/2021 |
| 22 | 2 | Interim Housing (Pallet) | 11471 Chandler Blvd. | 75 | 2/1/2021 |
| 23 | 14 | Interim Housing | 566 S. San Pedro | 60 | 2/1/2021 |
| 24 | 1 | Permanent Housing: Non-Prop HHH | 1255 S ELDEN Ave. | 93 | 2/3/2021 |
| 25 | 10 | A Bridge Home | 625 La Fayette Pl. | 70 | 2/11/2021 |
| 26 | 3 | Safe Parking | 7128 Jordan Ave, Canoga Park - DOT Lot 704 | 25 | 2/15/2021 |
| 27 | 15 | Safe Parking | 19610 S. Hamilton Ave | 25 | 2/15/2021 |
| 28 | 9 | Safe Parking | 4301 S Central Ave | 10 | 3/1/2021 |
| 29 | 13 | Interim Housing | 5941 Hollywood Blvd | 30 | 3/1/2021 |
| 30 | 15 | Safe Parking | 711 S. Beacon St. | 25 | 3/1/2021 |
| 31 | 9 | A Bridge Home | 4601 Figueroa | 30 | 3/15/2021 |
| 32 | 12 | Safe Parking | Metrolink Station - Northridge 8775 Wilbur Ave. | 20 | 3/15/2021 |
| 33 | 13 | Safe Parking | Cahuenga Branch Library 4591 Santa Monica Blvd | 10 | 3/15/2021 |
| 34 | 15 | Project Homekey (4) | Travelodge 18600 Normandie Avenue | 36 | 3/29/2021 |
| 35 | 9 | Permanent Housing: Non-Prop HHH | 1036 E 35TH ST | 74 | 3/31/2021 |
| 36 | 12 | Project Homekey (4) | Travelodge 21603 Devonshire St. | 68 | 3/31/2021 |
| 37 | 13 | Project Homekey (4) | The NEST 253 S. Hoover St | 37 | 3/31/2021 |
| 38 | 14 | Project Homekey (4) | Super 8 Alhambra 5350 S Huntington Dr. | 47 | 3/31/2021 |
| 39 | 14 | Project Homekey (4) | Titta's Inn 5333 Huntington Drive | 44 | 3/31/2021 |
| 40 | 6 | Project Homekey (4) | Panorama Inn 8209 Sepulveda Blvd. | 46 | 4/1/2021 |
| 41 | 14 | Interim Housing | 1060 N Vignes St. | 232 | 4/1/2021 |
| 42 | 2 | Interim Housing (Pallet) | 6099 Laurel Canyon Blvd. / Alexandria Park | 200 | 4/16/2021 |
| 43 | 6 | Project Homekey (4) | Econo Motor Inn 8647 Sepulveda Blvd. | 53 | 4/16/2021 |
| | | | *Subtotal:* | 4,778 | /5300 |

3/4/2021

1

| | | Interventions in Existing Agreements with the County | | | |
|---|---|---|---|---|---|
| 44 | 15 | A Bridge Home | 515 N. Beacon Street | 62 | 7/7/2020 |
| 45 | 7 | A Bridge Home | Sylmar Armory 12860 Arroyo St. | 85 | 8/3/2020 |
| 46 | 9 | Permanent Housing: Prop HHH | 6901 S. Main St. | 50 | 11/17/2020 |
| 47 | 14 | A Bridge Home | 1426 Paloma St. | 120 | 12/21/2020 |
| 48 | 3 | A Bridge Home | 7621 Canoga Ave. | 81 | 2/1/2021 |
| 49 | 8 | Permanent Housing: Prop HHH | 5501 S. Western Ave. | 33 | 3/11/2021 |
| 50 | 14 | Permanent Housing: Prop HHH | 649 S WALL ST. | 55 | 3/11/2021 |
| 51 | 4 | Permanent Housing: Prop HHH | 1119 N. McCadden Pl. | 26 | 3/31/2021 |
| 52 | 7 | Permanent Housing: Prop HHH | 13574 W FOOTHILL BLVD. | 48 | 3/31/2021 |
| 53 | 9 | Permanent Housing: Prop HHH | 2600 S HOOVER ST. | 37 | 3/31/2021 |
| 54 | 9 | Permanent Housing: Prop HHH | 4050 S FIGUEROA ST. | 57 | 3/31/2021 |
| 55 | 4 | A Bridge Home | 3061 Riverside Dr. | 80 | 4/15/2021 |
| | | | *Subtotal:* | 734 | /700 |
| | | Total Confirmed to Open by April 16, 2021: | | 5,512 | /6000 |

| New Interventions that May Open by April 16, 2021 | | | | | |
|---|---|---|---|---|---|
| No. | CD | Project Type | Address / Location | Beds | Opening Date |
| 56 | 3 | Interim Housing (Pallet) | 19040 Vanowen | 101 | 5/5/2021 |
| 57 | 3 | Interim Housing (Pallet) | 6073 N Reseda Blvd / Topham | 148 | 5/5/2021 |
| 58 | 15 | Interim Housing (Pallet) | 1221 S. Figueroa Place | 75 | 5/5/2021 |
| 59 | 13 | Interim Housing (Pallet) | 1455 N. Alvarado St | 74 | 6/1/2021 |
| 60 | 8 | Project Homekey (4) | EC Motel 3501 Western Avenue | 28 | TBD |
| 61 | 10 | Project Homekey (4) | Best Inn 4701 W Adams Blvd. | 21 | TBD |
| 62 | 11 | Project Homekey (4) | Super 8 LAX 9250 Airport Dr. | 40 | TBD |
| 67 | 13 | Safe Parking | 1033 Cole Ave. | 10 | TBD - 4/2021 |
| Total Pending Confirmation to Open by April 16, 2021: | | | | 496 | |

| Grand Total of Interventions Confirmed and Pending to Open by April 16, 2021: | | |
|---|---|---|
| | 6,008 | /6000 |

3/4/2021

| No. | CD | Project Type | Address / Location | Beds | Opening Date |
|---|---|---|---|---|---|
| colspan-header | | New Interventions Opening after April 16, 2021 and by December 16, 2021 | | | |
| 68 | All | Rapid Rehousing / Shared Housing (1) | Various | 1,510 | In Process |
| 69 | All | Project Homekey (4) | 10% Occupancy | 72 | TBD |
| 70 | 6 | Permanent Housing: Non-Prop HHH | 11050 W. Arminta St. | 110 | 6/1/2021 |
| 71 | 7 | Project Homekey | The Good Nite Inn 12835 Encinitas Ave. | 87 | 6/1/2021 |
| 72 | 10 | Permanent Housing: Non-Prop HHH | 3317 W. Washington Blvd. | 17 | 8/25/2021 |
| 73 | 13 | Permanent Housing: Non-Prop HHH | 252 S. Rampart Blvd. | 23 | 11/9/2021 |
| 74 | 12 | Interim Housing | 18140 Parthenia St. | 107 | 12/16/2021 |
| 75 | 11 | Project Homekey (4) | Ramada Inn 3130 Washington Blvd. | 30 | TBD |
| 76 | 4 | Safe Parking | 15380 Oxnard Street | 14 | TBD |
| 77 | 9 | Project Homekey | Long Beach Ave. (2) | 200 | TBD - 12/2021 |
| 78 | 6 | Project Homekey | Woodman 9120 Woodman Ave. | 74 | TBD - 4/2021 |
| 79 | 9 | Project Homekey | Historic Lincoln Theatre (2) 2300 S Central Ave. | 91 | TBD - 4/2021 |
| 80 | 9 | Project Homekey | Slauson Villas (2) 1300-1332 W Slauson Ave | 100 | TBD - 4/2021 |
| 81 | 2 | Interim Housing (Pallet) | 12600 Saticoy | 150 | TBD - 6/2021 |
| 82 | 9 | Permanent Housing: Non-Prop HHH | 5215 S. Figueroa | 40 | TBD - 6/2021 |
| | | Total Opening after April 16, 2021 and by December 16, 2021: | | 2,625 | /700 |

| | | Grand Total of All Interventions: | 8,633 | /6700 |
|---|---|---|---|---|

(1) LAHSA is funded for 3,000 placements by December 16, 2021, and anticipates 1,490 PEH being placed by April 16, 2021.

(2) As of February 8, 2021 these projects are listed as "up to" the number of beds, and the actual bed count will depend on the final design of the project.

(3) 515 Beacon Street is partially funded by the County, and the beds are split by funding source between those in an existing agreement and new.

(4) Ten percent of Project Homekey interventions scheduled to open by April 16, 2021 will be under accessibility renovations, and will not be occupiable. These rooms  will become occupiable by December 16, 2021.