# EXHIBIT D

| 2020-2021 Year-Round Shelter Locations | | | | |
|---|---|---|---|---|
| Service Provider | Council District | Address | Total Beds/Units in the City | Total Beds/Units funded by the City |
| People Assisting the Homeless (P.A.T.H.) | 1 | 1920 West 3rd Street | 33 | 7 |
| Los Angeles LGBT Center | 4 | 1220 North Highland Avenue | 14 | 0 |
| Weingart Center Association | 4 | 1403 North Gardner Street | 30 | 0 |
| L.A. Family Housing Corporation | 6 | 7816 Simpson Avenue | 33 | 0 |
| First To Serve Inc. | 8 | 1718 West Vernon Avenue | 100 | 0 |
| Home at Last Community Development Corporation | 8 | 4920 South Avalon Boulevard | 60 | 0 |
| Special Services for Groups, Inc. (HOPICS) | 8 | 10328 South Main Street | 10 | 3 |
| Special Services for Groups, Inc. (HOPICS) | 8 | 109 East 104th Street | 10 | 3 |
| Special Services for Groups, Inc. (HOPICS) | 8 | 115 West 91st Street | 8 | 3 |
| Special Services for Groups, Inc. (HOPICS) | 8 | 1218 East 59th Place | 6 | 0 |
| Special Services for Groups, Inc. (HOPICS) | 8 | 1218 West 59th Place | 6 | 0 |
| Special Services for Groups, Inc. (HOPICS) | 8 | 1750 West 49th Street | 8 | 3 |
| Special Services for Groups, Inc. (HOPICS) | 8 | 201 East 67th Street | 22 | 0 |
| Special Services for Groups, Inc. (HOPICS) | 8 | 220-221 East Colden | 10 | 3 |
| Special Services for Groups, Inc. (HOPICS) | 8 | 422 West 109th Place | 10 | 3 |
| Special Services for Groups, Inc. (HOPICS) | 8 | 5206 South St Andrews Place | 5 | 2 |
| Special Services for Groups, Inc. (HOPICS) | 8 | 5514 Ruthelen | 10 | 3 |
| Special Services for Groups, Inc. (HOPICS) | 8 | 5965 St Andrews Place | 100 | 20 |
| Special Services for Groups, Inc. (HOPICS) | 8 | 634 West 95th Street | 5 | 2 |
| Special Services for Groups, Inc. (HOPICS) | 8 | 7838 Crocker Street | 9 | 3 |
| Special Services for Groups, Inc. (HOPICS) | 8 | 8124 South Western Avenue | 24 | 0 |
| Special Services for Groups, Inc. (HOPICS) | 8 | 8501 1/2 South Vermont Avenue | 14 | 5 |
| Special Services for Groups, Inc. (HOPICS) | 8 | 8501 South San Pedro Street | 33 | 3 |
| Special Services for Groups, Inc. (HOPICS) | 8 | 8869 San Pedro Street | 16 | 0 |
| Testimonial Community Love Center | 8 | 5701 South Western Avenue | 90 | 0 |
| Upward Bound House | 8 | 203 East 69th Street | 9 | 0 |
| Upward Bound House | 8 | 326 East 104th Street | 9 | 0 |
| Upward Bound House | 8 | 332 East 59th Place | 9 | 0 |
| Volunteers of America of Los Angeles | 8 | 8224 Broadway | 8 | 0 |
| Volunteers of America of Los Angeles | 8 | 8770 South Broadway Place | 128 | 60 |
| Home at Last Community Development Corporation | 9 | 2035 West Manchester Avenue | 60 | 0 |
| Home at Last Community Development Corporation | 9 | 5165 South Vermont Avenue | 70 | 0 |
| Special Services for Groups, Inc. (HOPICS) | 9 | 1120 East 94th Street | 10 | 3 |
| Special Services for Groups, Inc. (HOPICS) | 9 | 148 East 77th Street | 9 | 3 |
| Special Services for Groups, Inc. (HOPICS) | 9 | 157 East 57th Street | 12 | 4 |
| Special Services for Groups, Inc. (HOPICS) | 9 | 161-163 West 57th Street | 10 | 3 |
| Special Services for Groups, Inc. (HOPICS) | 9 | 164 West 43rd Place | 12 | 4 |
| Special Services for Groups, Inc. (HOPICS) | 9 | 245 West 41st Street | 10 | 3 |
| Special Services for Groups, Inc. (HOPICS) | 9 | 332 West 48th Street | 5 | 2 |
| Special Services for Groups, Inc. (HOPICS) | 9 | 807 East 76th Street | 12 | 0 |
| Special Services for Groups, Inc. (HOPICS) | 9 | 815 East 76th Street | 9 | 3 |
| Special Services for Groups, Inc. (HOPICS) | 9 | 819 East 76th Street | 9 | 3 |
| Special Services for Groups, Inc. (HOPICS) | 9 | 846 East 88th Street | 10 | 3 |
| Special Services for Groups, Inc. (HOPICS) | 9 | 930 West 51st Pl | 8 | 3 |
| Special Services for Groups, Inc. (HOPICS) | 9 | 981 43rd Place | 8 | 3 |
| Upward Bound House | 9 | 1726 East 107th Street | 9 | 0 |
| Volunteers of America of Los Angeles | 9 | 2817 South Hope Street | 100 | 41 |
| Volunteers of America of Los Angeles | 9 | 3804 South Broadway Place | 313 | 215 |
| People Assisting the Homeless (P.A.T.H.) | 10 | 3323 West Washington Boulevard | 12 | 0 |
| Special Services for Groups, Inc. (HOPICS) | 10 | 1422 South Wilton Place | 16 | 0 |
| New Directions, Inc. | 11 | 11303 Wilshire Boulevard | 32 | 0 |
| Catholic Charities of Los Angeles, Inc. | 13 | 1640 Rockwood Street | 30 | 0 |
| Catholic Charities of Los Angeles, Inc. | 13 | 267 Belmont Avenue | 30 | 0 |
| Covenant House California | 13 | 1325 North Western Avenue | 60 | 60 |
| Jovenes, Inc. | 13 | 1208 Pleasant Avenue | 8 | 8 |
| Los Angeles Youth Network | 13 | 1719 Taft Avenue | 17 | 17 |
| Los Angeles Youth Network | 13 | 1754 Taft Avenue | 6 | 6 |
| People Assisting the Homeless (P.A.T.H.) | 13 | 1215 Lodi Place | 64 | 0 |
| People Assisting the Homeless (P.A.T.H.) | 13 | 1533 Schrader Boulevard | 72 | 12 |
| People Assisting the Homeless (P.A.T.H.) | 13 | 340 North Madison Avenue | 88 | 30 |
| The Salvation Army | 13 | 5939 Hollywood Boulevard | 12 | 0 |
| The Whole Child - Mental Health & Housing Services | 13 | 1807 Lakeshore | 4 | 0 |
| The Whole Child - Mental Health & Housing Services | 13 | 1809 Lakeshore | 3 | 0 |
| The Whole Child - Mental Health & Housing Services | 13 | 1815 Lakeshore | 3 | 0 |
| The Whole Child - Mental Health & Housing Services | 13 | 1829 Lakeshore | 3 | 0 |
| The Whole Child - Mental Health & Housing Services | 13 | 1833 Lakeshore | 4 | 0 |
| The Whole Child - Mental Health & Housing Services | 13 | 1837 Lakeshore | 4 | 0 |
| The Whole Child - Mental Health & Housing Services | 13 | 1841 Lakeshore | 4 | 0 |
| The Whole Child - Mental Health & Housing Services | 13 | 1845 Lakeshore | 5 | 0 |
| The Whole Child - Mental Health & Housing Services | 13 | 1851 Lakeshore | 4 | 0 |
| The Whole Child - Mental Health & Housing Services | 13 | 1855 Lakeshore | 5 | 0 |

| Service Provider | Council District | Address | Total Beds/Units in the City | Total Beds/Units funded by the City |
|---|---|---|---|---|
| The Whole Child - Mental Health & Housing Services | 13 | 1865 Lakeshore | 5 | 0 |
| Downtown Women's Center | 14 | 442 South San Pedro Street | 24 | 24 |
| Jovenes, Inc. | 14 | 1320 Pleasant Avenue | 12 | 12 |
| Los Angeles House of Ruth | 14 | 605 N Cummings Street | 8 | 0 |
| Los Angeles House of Ruth | 14 | Confidential | 13 | 0 |
| National Health Foundation | 14 | 1032 18th Street | 10 | 0 |
| Proyecto Pastoral | 14 | 135 North Mission Road | 15 | 8 |
| Proyecto Pastoral | 14 | 171 South Gless Street | 45 | 24 |
| Single Room Occupancy Housing Corporation | 14 | 517 San Julian Street | 7 | 0 |
| Society of St. Vincent de Paul | 14 | 231 Winston Street | 50 | 0 |
| The Midnight Mission | 14 | 601 South San Pedro | 150 | 0 |
| The People Concern | 14 | 527 South Crocker Street | 50 | 0 |
| The People Concern | 14 | 771 North Alameda Avenue | 45 | 3 |
| The Salvation Army | 14 | 832 James M Wood Boulevard | 19 | 2 |
| The Whole Child - Mental Health & Housing Services | 14 | 207 North Breed Street | 27 | 0 |
| Volunteers of America of Los Angeles | 14 | 543 Crocker Street | 40 | 0 |
| Weingart Center Association | 14 | 566 South San Pedro Street | 140 | 14 |
| Special Services for Groups, Inc. (HOPICS) | 15 | 132 West 64th Street | 4 | 1 |
| Special Services for Groups, Inc. (HOPICS) | 15 | 319 West 66th Street | 2 | 1 |
| Special Services for Groups, Inc. (HOPICS) | 15 | 345 East 118th Street | 9 | 3 |
| Special Services for Groups, Inc. (HOPICS) | 15 | 380 East 116th Street | 8 | 3 |
| The Salvation Army | 15 | 2316 East Imperial Way | 100 | 20 |
| Special Services for Groups, Inc. (HOPICS) | None | 152 East 126th Street | 5 | 2 |
| The Salvation Army | None | 1401 South Sepulveda Boulevard | 30 | 0 |
| **Total** | | | **2,809** | **666** |

| 2020-2021 Winter Shelter Locations | | | | |
|---|---|---|---|---|
| Service Provider | Council District | Address | Total Beds/Units in the City | Total Beds/Units funded by the City |
| *First to Serve | 1 | 3650 Verdugo Road | 100 | 31 |
| Bryant Temple CDC | 8 | 2514 West Vernon Avenue | 40 | 11 |
| Bryant Temple CDC | 8 | TBD | 100 | 29 |
| Home at Last Community Development Corporation | 8 | 5500 South Hoover Street | 60 | 60 |
| Home at Last Community Development Corporation | 8 | 5171 South Vermont Avenue | 49 | 22 |
| Home at Last Community Development Corporation | 8 | 5100 South Central Avenue | 12 | 5 |
| Home at Last Community Development Corporation | 8 | 5108 South Central Avenue | 48 | 22 |
| *First to Serve | 9 | 1357 E. 22nd St. | 100 | 31 |
| First To Serve Inc. | 11 | TBD | 160 | 147 |
| First To Serve Inc. | 11 | 12603 South Broadway | 100 | 0 |
| *Home at Last | 11 | 8740 Lincoln Blvd | 50 | 50 |
| *First to Serve | 11 | 1350 S. Sepulveda Blvd. | 125 | 38 |
| The Salvation Army | 13 | 5939 Hollywood Boulevard | 30 | 30 |
| Weingart Center Association | 14 | 566 South San Pedro Street | 59 | 59 |
| Total | | | 1,033 | 535 |