# EXHIBIT E

# FUNDS AVAILABLE TO THE CITY FOR HOMELESS SERVICES

| TYPE | ALLOCATION | AMOUNT |
|---|---|---|
| **HUD (Annual Federal Funding)** | | |
| Emergency Solutions Grant (ESG) | Depending on the congressional appropriation, the City's annual ESG allocation ranges from $3-$5 million annually.  These funds are administered by LAHSA as the lead for the Los Angeles Continuum of Care (CoC). These monies fund the annual winter shelter program, day shelters, crisis housing, data collection, and general administration. | $4.6 Million (Fiscal Year 2020-2021) |
| **CARES Act (One-Time Federal Funding)** | | |
| Emergency Solutions Grant (ESG–COVID) | These funds are being used for the Homelessness Roadmap, including the 6,000 new beds and services for those beds in response to COVID-19. | $183.5 Million |
| Community Development Block (CDBG-COVID) | Monies from the initial CDBG-COVID grant has been allocated for the Homelessness Roadmap for capital and rehabilitation (e.g., tiny home villages, Project Homekey rehabilitation, etc.). | $8 Million |
| Coronavirus Relief Funds (CRF) | $171.2 million of CRF funds has been allocated to the Homelessness Roadmap for acquisition and rehabilitation, including of Homekey sites. | $171.2 Million |
| **State of California Homeless Grants (One-Time Funding)** | | |
| HEAP | 99.8% of this three-year grant has been committed and $65 million has already been expended on efforts to address homelessness, including construction and services for A Bridge Home (ABH) sites$21 million has been allocated and will be spent this year on Homelessness Roadmap projects and is referenced in the City's Homeless Budget. | $85 Million |
| HEAP COVID | Allocated to Project Roomkey and to the cost of extending the Winter Shelter program in response to COVID-19. 100 percent of these funds have been committed. | $19.3 Million |

1

## FUNDS AVAILABLE TO THE CITY FOR HOMELESS SERVICES

| TYPE | ALLOCATION | AMOUNT |
|---|---|---|
| HHAP | $92.6 million of this five-year grant has been committed to continue the programs initiated with the HEAP grant, including construction and services for interim housing sites, hygiene services, and to extend the four (4) City-administered Project Roomkey hotels.  $41 million of these funds have been specifically allocatedto the Homelessness Roadmap and is referenced in the City's Homeless Budget. | $117 Million |
| HHAP Round 2 | The City's application for this grant is pending.  If approved, $51.4 million has been committed and reserved as follows: $17.5 million for the Homelessness Roadmap, and $33.9 million for the ongoing operating costs for the A Bridge Home program (ABH) and City-wide and Skid Row hygiene services. If granted, the allocations will be referenced in the FY 2021-22 Homeless budget. | $55.5 Million (*Pending*) |
| | **City Homeless Budget (Annual Funding)** | |
| General Fund and Special Funds | Each year the City allocates funding for homeless services. It includes all homeless-related funding by multiple City Departments, General Fund and Special Funds allocations to LAHSA, and Proposition HHH funding commitments for permanent supportive housing units. | $399.7 Million (Fiscal Year 2020-2021) |
| | | |
| | *TOTAL:* | *$786.3 Million\** |
| | | |
| *The Total excludes the HEAP, HHAP and HHAP 2 grants as these amounts are referenced in the Homeless Budget. | | |

2