# EXHIBIT F

# HOMELESS BUDGET

# BASIS FOR THE ADOPTED BUDGET

The 2020-21 Adopted Budget for homeless-related expenditures relates to current year funding as follows:

|  | General Fund | Special Funds | Total | % Change |
|---|---|---|---|---|
| 2019-20 Adopted Budget (revised) | $ 106,395,876 | $ 322,146,586 | $ 428,542,462 |  |
| 2020-21 Adopted Budget | $ 113,322,893 | $ 286,364,069 | $ 399,686,962 |  |
| Change from 2019-20 Budget | $ 6,927,017 | $ (35,782,518) | $ (28,855,500) | (6.7)% |

The Homeless Budget describes funding included in the Budget for the provision of housing and services to homeless individuals and families in the City. Items included as part of the Homeless Budget are funded within the individual budgets for the Los Angeles Homeless Services Authority (LAHSA), City departments, the General City Purposes (GCP) budget, and the Unappropriated Balance (UB).

Proposition HHH (Prop HHH), approved by voters in November 2016, authorizes the City to issue up to $1.2 billion in General Obligation (GO) bonds to finance the development of permanent supportive housing, affordable housing, and facilities. Permanent Supportive Housing (PSH) units house chronically homeless and homeless households. PSH is housing combined with services, which may include mental and health services, drug and alcohol treatment, and education and job training. GO bond proceeds may also fund facilities that provide services to the homeless, such as service centers, health centers, shelters, storage, and shower facilities. Bond proceeds may only be used for capital, not operations or services. The 2020-21 Special Fund amount includes the total amount of Prop HHH funding proposed for PSH projects in the 2020-21 Prop HHH Project Expenditure Plan (PEP). Only housing projects that are projected to execute loan agreements and start construction in 2020-21 are included in the PEP. Prop HHH bond issuances require Mayor and Council approval.

In addition to General Fund and Special Fund allocations included within the Proposed Budget, the State of California awarded the City of Los Angeles two grants under the Homeless Emergency Aid Program (HEAP) and the Homeless Housing, Assistance and Prevention Program (HHAP).

The City's $85,013,607 HEAP allocation received in October 2018 provides one-time funds to address emergency homeless needs. These funds are supporting construction and operations costs for A Bridge Home sites, outreach teams, hygiene facilities, and other services throughout the City. 100 percent of these must be expended by June 30, 2021. The City has expended $43,494,342 of these funds and is on track to meet the expenditure deadline.

The City was awarded a HHAP grant of $117,562,500 in March 2020. The HHAP is a one-time formula grant to provide immediate assistance to people experiencing homelessness. These funds will be used to support A Bridge Home (interim housing) construction and operations, prevention and diversion, rapid rehousing, outreach, hygiene facilities, and other services. 50 percent of these funds must be obligated by May 31, 2023; and 100 percent expended by June 30, 2025. Although HHAP is a five-year grant, the City anticipates expending 100 percent of the funds within two years.

# LOS ANGELES HOMELESS SERVICES AUTHORITY

The Los Angeles Homeless Services Authority (LAHSA) is a Joint Powers Authority created and designated by the City and County of Los Angeles to act on behalf of both entities to address homelessness.  LAHSA is a direct administrator of publicly-funded homeless programs throughout the Los Angeles region.  LAHSA advises and participates in the framing of major public programs that affect people experiencing homelessness.

| Los Angeles Homeless Services Authority | 2019-20 Adopted Budget | 2020-21 Adopted Budget |
|---|---|---|
| **Administration and Operations** - In addition to managing and administering the programs noted below, the proposed funding will support LAHSA's capacity to manage over $37 million in U.S. Department of Housing and Urban Development McKinney-Vento program funding for the City's Continuum of Care. The proposed increase reflects incremental administrative costs for all new budget requests including a three percent cost of living adjustment. | 3,224,664 | 3,687,387 |
| **Annual Homeless Point-in-Time Count** – The U.S. Department of Housing and Urban Development requires an annual census of those experiencing homelessness during the last 10 days of January for local jurisdictions to receive McKinney-Vento Homeless Assistance Grant funding. The census is a community-wide effort, funded equally by the City and County, and made possible with the support of over 8,100 volunteers. | 750,000 | 750,000 |
| **C3 Partnership - Skid Row** – C3 (City+County+Community) is a partnership designed to systematically engage people and help them regain health and housing stability. This request includes funding for the Street Based Engagement Director at the Community Partner agencies and continue the contract with Los Angeles County Department of Health Services. | 325,000 | 325,000 |
| **Centralized Training Academy** – The Centralized Training Academy (CTA) is a countywide training and education resource that provides consistent access to training opportunities through different learning tracks relevant to staff working in roles that provide both direct and indirect services to individuals and families experiencing homelessness. Users include LAHSA staff, subcontractors, and government agencies. Funding provided for Trauma Informed Care to support the training of City employees has been included in this expanded program. | 25,000 | 25,000 |
| **Continuum of Care Coordinated Assessment Match** – This match funds the City's portion of U.S. Department of Housing and Urban Development grant-funded administrative oversight, operation, and ongoing improvements to coordinated entry systems. An equal amount of funding is provided by the County of Los Angeles. | 59,883 | 59,883 |
| **Continuum of Care Planning Program Grant Match** – This match leverages U.S. Department of Housing and Urban Development grant funds and continues implementation of local strategic planning initiatives. An equal amount of funding is provided by the County of Los Angeles. | 156,250 | 156,250 |
| **Coordinated Entry System (CES) Crisis and Bridge Housing for Families, Singles, and Youth and Rapid Re-Housing for Families** – This program funds basic emergency shelter and case management services to offer a safe and secure shelter to families, men, women, and transition-age youth (18-24) who need shelter and access to showers and meals for a brief period (usually less than 30 days) before resolving the issues that caused their homeless episode. In addition to crisis and bridge housing, it also provides rapid re-housing for families. CES identifies the most appropriate intervention based on each client's needs and prescribes pathways to those interventions across all components of the homeless services system. | 10,726,609 | 10,726,609 |

Homeless Budget

| **Los Angeles Homeless Services Authority** | **2019-20 Adopted Budget** | **2020-21 Adopted Budget** |
|---|---|---|
| • **Coordinated Entry System Navigation Centers** – Full year funding is provided to operate three navigation centers in Council District 2, 8, and 15. These City-sponsored Proposition HHH-funded facilities were completed in 2019-20 and provide access to hygiene facilities (restrooms, showers, laundry), storage options, and case management services for individuals and families experiencing or at risk of homelessness. These programs were partially funded in 2019-20, while facilities were under construction. The proposed increase reflects the required full year funding in 2020-21. | 1,600,000 | 2,156,000 |
| • **Coordinated Entry System (CES) Regional Coordination** – Regional coordination across the CES ensures that individuals and families experiencing homelessness throughout the system receive assessments and access to housing and services, to rapidly connect them to the most appropriate housing and service intervention(s). CES oversees and coordinates engagement, assessment, and interim support of those experiencing homelessness. | 700,000 | 700,000 |
| • **Homeless Engagement Teams (HETs)** – HETs conduct direct outreach to unsheltered homeless individuals. This outreach facilitates better access to City and County homeless resources, including the Coordinated Entry System. These teams support the Bureau of Sanitation's Comprehensive Cleaning and Rapid Engagement (CARE and CARE+) Teams. The proposed increase reflects a cost of living adjustment for HETs. | 5,451,376 | 5,537,267 |
| • **Homeless Engagement Teams (HETs) - Comprehensive Cleaning and Rapid Engagement (CARE and CARE+) Teams** – HETs conduct direct outreach, in conjunction with Los Angeles Police Department CARE and CARE+ teams formerly known as Homeless Outreach and Partnership Endeavor (HOPE) teams, to homeless individuals who typically do not seek shelter or service programs of their own initiative. This outreach facilitates better access to City and County homeless resources, including the Coordinated Entry System. The increased funding will support the 13 existing teams at full-year funding. The proposed increase reflects a cost of living adjustment. | 2,530,996 | 2,570,874 |
| • **Homeless Engagement Teams (HETs) - Unified Homelessness Response Center (UHRC) Dedicated Manager** – Funding is provided for a dedicated HET manager at the City's UHRC, which brings together all critical City departments to respond in a collaborative and coordinated fashion to issues related to homeless encampments and individuals experiencing homelessness, protecting the public health and safety of all Angelenos. The UHRC provides a space for a more timely and effective response to homelessness, leading with services grounded in a unified incident command structure. The proposed increase reflects a cost of living adjustment. | 132,744 | 134,835 |
| • **Homeless Management Information System (HMIS) Cash Match** - To receive over $37 million annually in McKinney-Vento Homeless Act funds through U.S. Department of Housing and Urban Development, the Los Angeles Continuum of Care (CoC) is required to implement and operate a HMIS that tracks homeless population demographics, services, and outcomes for all homeless service providers in the CoC. The proposed increase supports increased use of the system and additional user licenses and features. An equal amount of funding is provided by the County of Los Angeles. The proposed increase will leverage an additional $400,000 in Federal Funding for the Los Angeles CoC. | 405,888 | 455,888 |

Homeless Budget

| Los Angeles Homeless Services Authority | 2019-20 Adopted Budget | 2020-21 Adopted Budget |
|---|---|---|
| • **Operation Healthy Streets (OHS)** – This program provides outreach services, restroom and bathing facilities, temporary storage, and mandatory 90-day storage for homeless individuals to meet public health requirements for clean streets. Funding is also included for the operation of the ReFresh Spot on Crocker Street. The proposed increase reflects reallocated funds from Public Right-of-Way Storage Program which includes leasing costs associated with program expansion, as well as cost of living adjustment. | 5,254,102 | 5,634,785 |
| • **Public Right-of-Way Storage Program** – This funding ensures the availability and adequacy of regional storage capacity for personal property collected to public right-of-way cleanups. Funds are used to support the Clean Streets LA operations and expand the regional storage capacity. The proposed decrease reflects contract cost savings identified for the additional voluntary storage added in 2018-19. The proposed decrease reflects fund reallocation to Operation Healthy Streets. | 754,000 | 467,212 |
| • **Safe Parking** – Funding is provided to continue five Safe Parking Programs for families and individuals experiencing homelessness who are reliant on their vehicles for shelter. Programs provide a safe parking location and related services. Partial funding was provided for new sites in 2019-20. Additional funding is provided in 2020-21 to fund full year operations in all sites. | 1,618,073 | 2,266,650 |
| • **Shelter Program** – The Shelter Program leverages over $2 million from U.S. Department of Housing and Urban Development Emergency Solutions Grant funding to increase emergency shelter bed capacity in the City by over 800 additional emergency shelter beds from November through March of each year. This safety net program assists unsheltered individuals experiencing homelessness during cold winter months. During a typical period of operation, over 80,000 emergency shelter bed nights are provided within the city limits of Los Angeles. The proposed increase reflects extended operations by opening shelters one month earlier, in November 2020. | 1,756,722 | 2,097,762 |
| **LAHSA Subtotal** | $ 35,471,307 | $ 37,751,402 |

## CITY DEPARTMENTS

City departments complement the work of the Los Angeles Homeless Services Authority (LAHSA) to help design, implement, and coordinate the efficient provision of services to individuals and families in the City to ultimately end homelessness.

| | 2019-20 Adopted Budget | 2020-21 Adopetd Budget |
|---|---|---|
| ***Aging*** | | |
| • **Older Workers Employment Program** – Funding is provided for part-time, work-based training opportunities at local community service agencies for older unemployed individuals who have poor employment prospects and for departmental staff to support this program. Full year funding is provided for four positions consisting of two Administrative Clerks, one Social Worker I, and one Management Analyst to support this program. | 608,631 | 728,017 |
| ***Animal Services*** | | |
| • **Homeless Services Support/Pet Resource Centers** – Funding is included in the base budget for one Animal Control Officer to provide departmental liaison services to the homeless community. | 58,897 | 64,444 |
| ***City Administrative Officer*** | | |
| • **Citywide Homeless Initiative** – Funding is provided for one Chief Administrative Analyst, one Senior Administrative Analyst I, and one Administrative Analyst to address and manage homelessness issues as directed in the Comprehensive Homeless Strategy (C.F. 15-1138-S1). The proposed increase reflects full year funding for the positions. | 313,744 | 438,102 |
| • **Proposition HHH Facilities Bond Program** – Funding is provided for one Administrative Analyst II for the Proposition HHH Program. | 93,190 | 101,660 |
| ***City Attorney*** | | |
| • **Proposition HHH Legal Support** – Funding is provided for three positions consisting of two Deputy City Attorney IIs and one Paralegal I to provide legal support for the Proposition HHH Program. | 295,347 | 350,537 |
| ***City Planning*** | | |
| • **Housing Unit** – The unit provides case management services for entitlement cases with housing development activities. Funding is included in the base budget for nine positions to provide expertise in housing development and coordinate with other City agencies to help resolve issues related to affordable housing/permanent supportive housing development throughout the project entitlement and permitting process. The total amount is comprised of General Fund ($481,710) and special funds ($416,111). The proposed increase reflects full year funding. | 559,982 | 897,821 |
| ***Disability*** | | |
| • **HIV and Homelessness Pilot Program** – Funding is continued on an one-time basis in the Contractual Services Account for the HIV and Homelessness Pilot Program and other HIV prevention services. | 200,000 | 200,000 |
| • **Syringe Exchange** – Funding is included in the base budget and is continued to provide syringe exchange to homeless individuals with HIV/AIDS. | 30,000 | 30,000 |
| • **Unified Homeless Response Center Staff Enhancement** – Funding is provided for one Community Program Assistant II to act as a liaison between the Department and the Mayor's Unified Homeless Response Center, and the City's Comprehensive Homeless Strategy stakeholders. Nine-months funding was provided in 2019-20 for one Community Program Assistant. The increased funding reflects full year funding and upgrading the position to one Community Program Assistant II. | 44,805 | 72,515 |

Homeless Budget

|  | 2019-20 Adopted Budget | 2020-21 Adopetd Budget |
|---|---|---|
| ***Economic and Workforce Development Department (EWDD)*** | | |
| • **LA RISE** – Funding is continued for the Los Angeles Regional Initiative for Social Enterprise (LA RISE) that provides job development activities for homeless individuals and for participants at A Bridge Home sites. These activities include subsidized employment for individuals with a history of homelessness, supportive case management designed to help prepare participants for continued employment, and training in both hard and soft skills. The program services are implemented through EWDD's existing network of 17 WorkSource Centers throughout the City. | 3,000,000 | 3,000,000 |
| ***Fire*** | | |
| • **Advanced Provider Response Unit (APRU)** – Funding and resolution authority is provided for three positions consisting of one EMS Advanced Provider and one Firefighter III/Paramedic to provide emergency medical assistance, respond to non-urgent, low acuity-level call requests, and provide intervention services to 9-1-1 "super user" patients in Skid Row and surrounding areas. | 226,073 | 252,622 |
| • **Fast Response Vehicle** – Funding is provided in the base budget for six Firefighter IIIs to staff a Fast Response Vehicle (FRV) operating as a mobile triage unit at Fire Station 9 in the Skid Row area. Funding is also included in the Sworn Bonuses and Overtime, Constant Staffing accounts. The increase reflects full-year funding for four Firefighter IIIs that were partially funded in 2019-20. | 702,888 | 854,709 |
| • **SOBER Unit** – Funding is provided for one Firefighter III/Paramedic to continue support of the SOBER Unit deployment. Six months funding for this position was provided in 2019-20; the proposed increase reflects full year funding. | 57,597 | 123,457 |
| ***General Services Department*** | | |
| • **Hepatitis A Prevention and Custodial Service Increases** – Funding is provided for three Custodians to address Hepatitis A concerns at the Central Library. Funding in the base budget includes costs for contracted employees and vendor supplies at various branch libraries. Funding will be reimbursed by the Library Department. | 413,453 | 441,347 |
| • **Comprehensive Homeless Strategy** – Funding is provided to perform appraisals, title reports, and review of City-owned property in support of the Comprehensive Homeless Strategy, including Proposition HHH and A Bridge Home. | 100,000 | 100,000 |
| • **Custodial Services for the Los Angeles City Mall** – Funding is provided for monthly pest control ($200,000) and pressure washing ($100,000) services at the LA City Mall and surrounding municipal buildings. | 300,000 | 300,000 |
| • **Sale of City-Owned Property** – Funding is included in the base budget for one Senior Real Estate Officer to assist with the disposition of properties connected to the Comprehensive Homeless Strategy. | 122,120 | 128,445 |
| ***Housing and Community Investment Department*** | | |
| • **Domestic Violence Shelter Operations Support** – Funding is provided for the Domestic Violence Shelter Operations Program to maintain the current level of services. Funding is provided for two Management Analysts and contractual services funding. Partial funding is provided by the Community Development Trust Fund ($50,146). | 1,750,629 | 1,782,018 |

Homeless Budget

|  | 2019-20 Adopted Budget | 2020-21 Adopetd Budget |
|---|---|---|
| ● **Expansion of Domestic Violence Shelter Operations** – Funding is provided for one Senior Project Coordinator and related expenses to provide additional support to the Domestic Violence Shelter Operations Program. Funding is provided by the Community Development Trust Fund ($112,147) and the Community Services Grant Trust Fund ($12,461). | - | 124,608 |
| ● **Human Trafficking Shelter Pilot Program** – Funding is continued for the Human Trafficking Shelter Pilot Program to continue to offer safe, conditional housing through two 24-hour shelters. | 800,000 | 800,000 |
| ● **Construction Services for Proposition HHH** – Funding is provided for two Rehabilitation Construction Specialist Is to review and approve documents and reports for Proposition HHH Program projects in construction. | - | 195,870 |
| ● **Occupancy Monitoring Contract for Proposition HHH** – Funding is provided for occupancy monitoring services for affordable housing units funded by Proposition HHH. | - | 35,904 |
| ● **Oversight and Reporting of LAHSA's Homeless Services** – Funding is provided for four positions consisting of one Project Coordinator, one Senior Project Coordinator, and two Management Analysts to provide oversight of the Los Angeles Homeless Services Authority's homeless services programs. These positions were previously authorized under several service delivery and program management services funded by various federal, state, and local grants. Partial funding is provided by the Community Development Trust Fund ($134,495) and the Federal Emergency Solutions Grant Fund ($85,087). | 422,140 | 436,924 |
| ● **Prevailing Wage Monitoring for Proposition HHH** – Funding is provided for one Management Analyst to assist in monitoring prevailing wages during the construction of Proposition HHH Program projects. | - | 87,210 |
| ● **Proposition HHH Contracts** – Funding is provided in the Contractual Services Account for estimating ($80,000) and prevailing wage compliance ($150,000) services to provide additional support to the Proposition HHH Program. | 230,000 | 230,000 |
| ● **Proposition HHH Occupancy Monitoring Staff** – Funding is provided for one Management Analyst to monitor tenant occupancy requirements in Proposition HHH Program units. | - | 65,407 |
| ● **Proposition HHH Program Staff** – Funding is provided for 13 positions consisting of five Finance Development Officer Is, two Finance Development Officer IIs, one Community Housing Program Manager, three Management Analysts, and two Management Assistants to provide underwriting support for the Proposition HHH Program. Nine-months funding was provided in 2019-20 for these positions; the proposed increase reflects full-year funding in the base budget. | 1,481,265 | 1,426,214 |
| ● **Supportive Housing Services** – Funding is provided for one Assistant Chief Grants Administrator to oversee Supportive Housing Services, which consist of the Los Angeles Homeless Services Authority and Housing Opportunities for Persons with Aids programs. Funding is provided by the Community Development Trust Fund. | - | 178,111 |

Homeless Budget

| | 2019-20 Adopted Budget | 2020-21 Adopetd Budget |
|---|---|---|
| *Mayor* | | |
| • **Homelessness Policy and Implementation Support** – Funding is provided for the Mayor's Office to support initiatives to address homelessness within the City of Los Angeles which is provided for the creation of the Office of Citywide Homelessness Initiatives that oversees the development and execution of street-level coordination around homeless encampments, bridge housing projects, Skid Row interventions, and affordable/permanent supportive housing production. | 860,000 | 860,000 |
| *Police Department* | | |
| • **A Bridge Home Sites** – Funding is provided for sworn overtime to patrol the vicinity of Bridge Housing sites. The increase reflects $5.0 million that was included in the Unappropriated Balance in 2019-20, being included in the Police Department budget in 2020-21. | 3,462,156 | 8,400,000 |
| • **Homeless Coordinator Resources** – Funding is included in the base budget for two positions consisting of one Police Sergeant II and one Secretary for the Office of Operations' Homeless Coordinator. This Office coordinates the Department's response to crime and quality of life issues for residents, business owners, and visitors to the City and ensures the Department's alignment with the Mayor and Council's homelessness policies and priorities. Six-months funding for one Secretary and one Police Sergeant II was provided in 2019-20; the proposed increase reflects full year funding. | 79,248 | 216,482 |
| • **Proactive Engagement Staff/Support for Public Right-of-Way Clean Up** – Funding is included in the base budget for the redeployment of resources to support the implementation of expanded public right-of-way clean up and related outreach services (CARE and CARE+ Teams) by LAHSA and the Bureau of Sanitation. Funding supports four Sergeants and 40 Police Officers that comprise the CARE and CARE+ Teams. | 4,706,400 | 4,875,830 |
| • **Resource Enhancement Services and Enforcement Team** – Funding is included in the base budget for two positions consisting of one Police Lieutenant I and one Police Officer III for the Central Bureau Citywide Homelessness Coordinator's Office, which coordinates the Department's response to crime and quality of life issues for residents, business owners, and visitors to the City and ensures the Department's alignment with the Mayor and Council's homelessness policies and priorities. | 248,748 | 257,703 |
| • **Unified Homeless Response Center** – Funding is included in the base budget for five positions consisting of three Police Officer IIs and one Police Officer III to staff the Unified Homeless Response Center. These officers will ensure coordination of City services relative to homelessness, including the City's Clean Street Los Angeles, Operation Healthy Streets, and the Skid Row Americans with Disabilities "Right of Way" Compliance teams. | 418,905 | 434,000 |
| *Public Works, Bureau of Engineering* | | |
| • **A Bridge Home Program Support –** Funding was provided in 2019-20 for two positions consisting of one Civil Engineer and one Civil Engineering Associate III to support the A Bridge Home project. 2020-21 funding will be provided through the State Homeless Housing, Assistance and Prevention Program (HHAP) grant. | 1,000,000 | - |
| • **City Homeless Facilities Services** – Six-months funding is provided for one Senior Architect to provide design and project management for capital projects involving new City facilities that provide services to the City's homeless population. Funding for eligible costs will be provided through interim appropriations from Proposition HHH. | - | 78,113 |

| | 2019-20 Adopted Budget | 2020-21 Adopetd Budget |
|---|---|---|

**Public Works, Bureau of Sanitation**

- **Comprehensive Cleaning and Rapid Engagement (CARE)** – Funding is provided for 78 positions to staff 17 CARE Teams and overtime and related expenses. These positions consist of two Chief Environmental Compliance Inspector Is, seven Senior Environmental Compliance Inspectors, 34 Environmental Compliance Inspectors, 17 Refuse Collection Truck Operator IIs, 17 Maintenance Laborers, and one Public Relations Specialist II. These positions are responsible for keeping the City's sidewalks and other public areas safe, clean, sanitary, and accessible for public use by all individuals in accordance with the provisions of Los Angeles Municipal Code Section 56.11. One team is deployed to each of the four Los Angeles Police Department Bureaus, another team is deployed to the Los Angeles River, and the remaining teams are deployed to the highest need areas of the City. The CARE teams were previously known as Homeless Outreach Proactive Engagement Teams (HOPE). The proposed increase reflects an additional 31 positions to increase the number of CARE teams from 10 to 17 and the partial funding of $6,468,000 that was set aside in the Unappropriated Balance for this item in 2019-20. | 5,985,704 | 11,222,556 |

- **Comprehensive Cleaning and Rapid Engagement Plus (CARE+)** – Funding is provided for 128 positions to staff 13 CARE+ Teams and overtime and related expenses. These positions consist of one Sanitation Solid Resources Manager II, one Sanitation Solid Resources Manager I, one Wastewater Collection Supervisor, one Chief Environmental Compliance Inspector II, two Refuse Collection Superintendents, 10 Refuse Collection Supervisors, three Senior Environmental Compliance Inspectors, 24 Environmental Compliance Inspectors, 36 Refuse Collection Truck Operators, 46 Maintenance Laborers, one Management Analyst, and two Administrative Clerks. These teams are responsible for removing abandoned waste from the public right-of-way and cleaning homeless encampments. These teams are deployed to the highest need areas of the City. The CARE+ teams were previously known as Clean Street Los Angeles Teams. The proposed increase reflects an additional 16 positions to increase the number of CARE+ teams from 10 to 13 and the partial funding of $6,468,000 that was set aside in the Unappropriated Balance for this item in 2019-20. | 14,247,151 | 16,513,823 |

- **Clean Streets Related Costs** – The Clean Streets Program addresses illegal dumping, alleyway cleanups, and homeless encampments. Funding for the Clean Streets Program is provided directly in the Bureau of Sanitation's operating budget. Funds are provided in the General City Purposes Budget to reimburse the Solid Waste Resources Revenue Fund for indirect costs for the Clean Streets Program including vehicle fuel, vehicle depreciation, and fleet maintenance expenses. This request supports homeless encampment clean-ups in addition to other waste removal operations in the public right-of-way. The increase supports positions added for 2020-21. | 1,617,762 | 1,800,000 |

- **Clean Streets Safety and Training Program** – Funding is included in the base budget for one Refuse Crew Field Instructor to conduct training on the proper and safe operation of refuse collection vehicles and equipment. In addition, this position will proactively identify and correct work hazards and train employees on proper work techniques and field practices to prevent injuries. Nine-months funding for this position was provided in 2019-20; the proposed increase reflects full year funding. | 61,062 | 87,862 |

- **Mobile Hygiene Centers Program** – Funding is included for 13 Maintenance Laborers and overtime salaries. This team provides hygiene facilities for homeless individuals. | - | 5,854,304 |

Homeless Budget

| | 2019-20 Adopted Budget | 2020-21 Adopetd Budget |
|---|---|---|
| • **Operation Healthy Streets (OHS)** – Funding is included in the base budget for 11 positions consisting of four Environmental Compliance Inspectors, three Wastewater Collection Worker IIs, one Senior Environmental Compliance Inspector, one Refuse Collection Truck Operator II, and one Maintenance Laborer. This team provides comprehensive cleanups and hazardous waste removal in the downtown Los Angeles and Venice Skid Row areas. | 2,188,057 | 2,252,074 |
| *Recreation and Parks* | | |
| • **24-Hour Public Restroom Access (Venice)** – Funding is included in the base budget to allow year-round 24-hour access to one public restroom (ten stalls) at Venice Beach. | 222,164 | 235,502 |
| • **Bulky Item Illegal Dumping Crew** – Funding is included in the base budget and is provided for seven positions consisting of three Gardener Caretakers, one Equipment Operator, one Park Ranger, one Electrician, and one Plumber to staff a dedicated Bulky Item Illegal Dumping Crew. | 508,562 | 542,127 |
| • **Gladys Park Maintenance Program** – Funding is included in the base budget to provide ground maintenance and security services at Gladys Park located in Skid Row. | 158,000 | 161,630 |
| • **Homeless Encampment Cleanup** - Funding is included in the base budget and is provided for regular authorities of eight positions, consisting of four Gardener Caretakers, one Equipment Operator, one Park Ranger, one Electrician, and one Plumber to comprise one additional Bulky Item Illegal Dumping (BIID) Crew to assist with homeless encampment cleanups. Nine-months funding for these positions was provided in 2019-20; the proposed increase reflects full year funding. | 926,465 | 1,235,287 |
| • **Park Restroom Enhancement Program** – Funding is included in the base budget to continue the increased frequency of restroom cleaning by one additional cleaning per day at 50 heavily-used park locations and also expand bathroom operating hours at various park locations to meet the needs of park patrons. | 2,444,278 | 2,569,401 |
| *Transportation* | | |
| • **Community Assistance Parking Program** – Funding is provided for twelve months funding for one Management Assistant and nine-months funding for one Senior Administrative Clerk. These positions will support the Community Assistance Parking Program (CAPP), which allows individuals experiencing homelessness with open and unpaid parking citations to pay them by providing community service. The CAPP was approved as a pilot program by Council in 2017-18 (C.F. 15-1450-S1). The proposed increase reflects nine months funding for one Senior Administrative Clerk. | 49,382 | 107,777 |
| **City Departments Subtotal** | $    50,994,805 | $    71,150,413 |
| *Non-Departmental Appropriations* | | |
| • **Additional Homeless Services (formerly Crisis and Bridge Housing Fund)** – Continued funding for homeless services is provided in the budget to fund gaps in the City's effort to address the homeless crisis. | 9,000,000 | 10,000,000 |
| • **Clinica Romero** – Funding for Clinica Romero is provided for quality affordable health care services that target underserved communities within the Greater Los Angeles area. | 100,000 | 100,000 |

Homeless Budget

|  | 2019-20 Adopted Budget | 2020-21 Adopetd Budget |
|---|---|---|
| ● **Midnight Stroll Transgender Café**  – Funding is provided to support a safe haven for unsheltered transgender individuals in Hollywood between the hours of 9:00 pm and 7:00 am. | 100,000 | 100,000 |
| ● **Mobile Laundry Truck** – Funding is provided to offer individuals and families experiencing homelessness a place to wash clothes. Funding includes the Mobile Laundry Truck. | 67,600 | 67,600 |
| ● **Proposition HHH Project Expenditures** – Reflects proposed Proposition HHH Permanent Supportive Housing Program costs in the 2020-21 Proposition HHH Project Expenditure Plan (PEP), pending Council and Mayor approval. All project costs are directly tied to project construction. | 281,340,750 | 179,033,312 |
| ● **Homeless Emergency Aid Program (HEAP)** – HEAP is one-time State grant for emergency homeless needs. These funds support the construction and operations of a A Bridge Home sites, outreach teams, hygiene facilities, and other services throughout the City. All interest proceeds from its HEAP allocation be used for HEAP-eligible activities. | 36,000,000 | 41,519,265 |

● **Homeless Housing, Assistance and Prevention Program (HHAP)** – HHAP is a one-time State grant to address immediate homeless needs. These funds will be used to support A Bridge Home sites (interim housing) construction and operations, prevention and diversion, rapid rehousing, outreach, hygiene facilities, and other services. Funding is set aside for nine positions consisting of

-    ● City Administartive Officer – one Administrative Analyst,
-    ● City Attorney – one Deputy City Attorney III,
-    ● General Services – one Senior Real Estate Officer,
-    ● Mayor – one Director of Interim Housing Strategies, one Senior Project Manager for A Bridge Home, one Senior Operations Manager for the United Homelessness Response Center,
-    ● Public Works, Bureau of Engineering – one Civil Engineer, one Civil Engineer Associate III, and one Senior Management Analyst II

to provide administrative support for HHAP Program grant. Funding for these positions will be provided through interim appropriations pending Mayor and Council Approval.

The 2020-21 Adopted Budget value for HHAP is 59,964,970 (with 2019-20 shown as -).

|  | 2019-20 Adopted Budget | 2020-21 Adopetd Budget |
|---|---|---|
| **Non-Departmental Subtotal** | $    326,608,350 | $    290,785,147 |

*Unappropriated Balance (UB)*

| | 2019-20 Adopted Budget | 2020-21 Adopetd Budget |
|---|---|---|
| ● **Police Department Sworn Overtime - Homelessness Initiatives** – Funding for the Police Department to provide patrol services surrounding 12 A Bridge Home sites and the vicinity of the El Puente, Schrader, and Paloma Bridge Housing sites were set aside in 2019-20 in the Unappropriated Balance. 2020-21 funding is provided in the Police Department budget, above. | 5,000,000 | - |
| ● **Comprehensive Cleaning and Rapid Engagement (CARE)/ CARE+ Team** – Funding for the Bureau of Sanitation to deploy 11 four-person crews and associated expenses were set aside in 2019-20 in the Unappropriated Balance. These crews' duties include keeping the City sidewalks and other public areas safe, clean, sanitary, and accessible, removing abandoned waste from the public right-of-way, and cleaning homeless encampments. 2020-21 funding is provided in the Public Works, Bureau of Sanitation budget, above. The CARE and CARE+ teams are previously known as Homeless Outreach Proactive Engagement (HOPE) and Clean Streets LA teams respectively. | 6,468,000 | - |

Homeless Budget

| | 2019-20 Adopted Budget | 2020-21 Adopetd Budget |
|---|---|---|
| ● **Eviction Prevention and Homeless Prevention Services** – Combined with the Consolidated Plan allocation for Right to Counsel, a total of $3 million funding for eviction prevention and homeless prevention services was set aside in 2019-20 in the Unappropriated Balance. | 2,000,000 | - |
| ● **Homelessness Services** – 2018-19 savings ($2 million) within the Los Angeles Homeless Services Authority was set aside in 2019-20 in the Unappropriated Balance to support showers, toilets, shared housing facilities, and Safe Parking program costs for homeless individuals. | 2,000,000 | - |
| **Unappropriated Balance Subtotal** | $    15,468,000 | $    - |
| **Total LAHSA, City Departments, Non-Departmental, and UB** | $    428,542,462 | $    399,686,962 |

# Homeless Services and Housing Program

| Adopted Budget 2019-20 | | Adopted Budget 2020-21 |
|---:|:---|---:|
| | **SOURCE OF FUNDS** | |
| $ 2,651,759 | Cash Balance, July 1 | $ 2,651,759 |
| | **Less:** | |
| -- | Prior Year's Unexpended Appropriations | -- |
| 2,651,759 | Balance Available, July 1 | 2,651,759 |
| 103,744,117 | General Fund | 110,671,134 |
| 4,805,836 | [1] Departmental Special Funds | 5,732,505 |
| 36,000,000 | Homeless Emergency Aid Program Grant | 41,519,265 |
| -- | Homeless Housing, Assistance and Prevention Grant | 59,964,970 |
| 281,340,750 | Proposition HHH | 179,147,329 |
| $ 428,542,462 | **Total Revenue** | $ 399,686,962 |
| | | |
| | **APPROPRIATIONS** | |
| | **General Fund:** | |
| 608,631 | Aging | 728,017 |
| 58,897 | Animal Services | 64,444 |
| 406,934 | City Administrative Officer | 539,762 |
| 295,347 | City Attorney | 350,537 |
| 177,742 | City Planning | 481,710 |
| 274,805 | Disability | 302,515 |
| 3,000,000 | Economic and Workforce Development | 3,000,000 |
| 986,558 | Fire | 1,230,788 |
| 935,573 | General Services | 969,792 |
| 267,600 | General City Purposes | 267,600 |
| 9,000,000 | [2] General City Purposes: Additional Homeless Services | 10,000,000 |
| 4,519,907 | Housing and Community Investment | 4,753,915 |
| 32,819,548 | [3] Los Angeles Homeless Services Authority | 37,751,402 |
| 860,000 | Mayor | 860,000 |
| 8,915,457 | Police | 14,184,015 |
| -- | Public Works, Board of Public Works | -- |
| 1,000,000 | Public Works, Bureau of Engineering | -- |
| 24,099,736 | Public Works, Bureau of Sanitation | 37,730,619 |
| -- | Recreation and Parks | -- |
| 49,382 | Transportation | 107,777 |
| 15,468,000 | Unappropriated Balance | -- |
| 103,744,117 | **General Fund Subtotal** | 113,322,893 |
| | | |
| | **Departmental Special Funds:** | |
| 382,240 | City Planning | 416,111 |
| 164,127 | Housing and Community Investment | 572,447 |
| 4,259,469 | Recreation and Parks | 4,743,947 |
| 4,805,836 | **Departmental Special Funds Subtotal** | 5,732,505 |
| | | |
| 36,000,000 | **Homeless Emergency Aid Program Grant** | 41,519,265 |
| | | |
| | **Homeless Housing, Assistance and Prevention Program Grant:** | |
| -- | A Bridge Home Projects (Construction & Operations) | 50,382,313 |
| -- | City Administrative Officer | 101,372 |
| -- | City Attorney | 141,870 |
| -- | General Services | 64,223 |
| -- | Mayor | 301,109 |
| -- | Public Works, Bureau of Engineering | 347,633 |
| -- | Other Programs | 8,626,450 |
| -- | **Homeless Housing, Assistance and Prevention Program Grant Subtotal** | 59,964,970 |

Homeless Budget

| Adopted Budget 2019-20 | | Adopted Budget 2020-21 |
|---|---|---|
| | **Proposition HHH** | |
| 281,340,750 | Construction of Permanent Supportive Housing | 179,033,312 |
| -- | Homeless Services Facilities | 78,113 |
| -- | Occupancy Monitoring Contract | 35,904 |
| 281,340,750 | **Proposition HHH Subtotal** | 179,147,329 |
| | | |
| $ 425,890,703 | **Total Appropriations** | $ 399,686,962 |
| | | |
| $ 2,651,759 | **Ending Balance, June 30** | $ -- |

1Departmental Special Funds include: Planning Case Processing Fund, Community Development Trust Fund, Community Service Trust Fund, the Federal Emergency Solutions Grant Fund, and the Recreation and Parks Other Revenue Fund.

2The Additional Homeless Services (formerly Crisis and Bridge Housing Fund) is jointly administered by the Mayor and City Council.

3The 2019-20 General Fund appropriation for LAHSA is reduced to reflect the agency's anticipated underspend of $2,651,759, which is being used to offset its 2020-21 General Fund appropriation.