# EXHIBIT G

# MOTION

72A

The City is currently experiencing an outbreak of the coronavirus (COVID-19), which has been deemed a pandemic by the World Health Organization. The City has already taken a number of steps to protect the health and safety of the public and is continuing to review all measures and options that may be necessary.

While the City is encouraging social distancing and work-from-home arrangements, not all workers have the privilege to remain at home amidst this outbreak and many rely on public transit to travel to and from work. Reports have indicated that COVID-19 can remain on hard surfaces for long periods of time, presenting a potential health risk to those visiting our City and those that rely on public transportation on a daily basis. Though there have not yet been reports of COVID-19 exposure on our public transit system nor at major public spaces, the City must act.

Introduced on March 4th, Motion (O'Farrell – Rodriguez – Price) directed the Bureau of Sanitation to provide sanitation stations at homeless encampments (C.F. 20-0147) and over 250 have already been rolled out. A plan to have similar services in all highly-populated areas of the City, by Council District, is needed to provide access to sanitation stations as regular hand-washing and sanitizing is one of the best defenses against the spread of the virus. Further, while existing street furniture contracts require bi-weekly cleanings at a minimum, it is necessary to get an updated plan for maintenance of these areas.

I THEREFORE MOVE that the Council determine, as provided in Government Code Section 54954.2(b)(2), and pursuant to **Rule 23** of the Rules of the City Council, that there is a need to take immediate action on this matter AND that the need for action came to the attention of the City Council subsequent to the posting of the agenda for today's Council meeting.

I FURTHER MOVE that the Bureau of Street Services be instructed to coordinate with Council Offices to determine where best to locate sanitation stations within the public right-of-way of each Council District and install them as needed.

I FURTHER MOVE that the Bureau of Street Services be instructed to report on what efforts are currently being undertaken to ensure the cleanliness of the City's street furniture and to increase street furniture cleanings at the most-used sites across the City.

I FURTHER MOVE that the City Administrative Officer be instructed to assist in the effectuation of this urgent policy and to report back with monetary and/or fiscal issues as they arise.

PRESENTED BY: _____

MITCH O'FARRELL
Councilmember, 13th District

MAR 1 7 2020

SECONDED BY: _____

**(SEE COUNCIL FILE NO. 20-0147-S6)**

72-P

# MOTION

In the City of Los Angeles, tens of thousands of people live in encampments on our streets. It is a public health crisis that is ongoing, continuing, and worsening. That crisis is made exponentially worse by the spread of COVID-19, a deadly virus that has prompted health officials to advise people to stay indoors, avoid contact with other people, and wash their hands frequently. That is advice that most unhoused people cannot physically follow. When tens of thousands of people cannot comply with public health directives in the face of a highly communicable disease, that threatens the health and safety of everyone in Los Angeles. Moreover, some emergency measures to slow the spread of the coronavirus have made it more difficult for unhoused people to follow basic hygienic advice, such as the closure of libraries, which has drastically reduced the availability of public restrooms, and the closure of gyms, which has eliminated the access many unhoused people have to showers.

The ideal solution is provide housing and shelter and allow people to move out encampments and come indoors. State and county officials are moving to expand and expedite such efforts during this state of emergency, but in the meantime, people remain on our streets, in tents and underneath tarps. Multiple, urgent efforts must be undertaken to the public health issues from and in encampments.

In the City of Los Angeles, through the coordinated efforts of our Unified Homelessness Response Center (UHRC) and our Bureau of Sanitation (LASAN), the City operates CARE and CARE+ teams. These teams have a dual function - to provide sanitation services and to enforce city codes about keeping sidewalks clean and passable. Supporters of the programs characterize them as helpful "clean-ups," necessary to protect public health through the removal of trash and hazardous materials, and the cleaning of sidewalks. Critics decry them as punitive "sweeps," which force people to take down and move tents, displace people and push them further from services, cause stress and trauma, and frequently result in the seizure and loss of vital personal possessions, including medications.

Over the past two years, the City of Los Angeles has begun to provide mobile bathrooms, mobile showers and trash cans at some encampments. In the past week, the City of Los Angeles has begun installing portable hand-washing stations at many other encampments. Yet most encampments lack any hygiene services, and many that do have services only have them part-time. Generally, unhoused residents still lack regular access to basic hygiene services.

MAR 1 7 2020



**(SEE COUNCIL FILE NO. 20-0147-S21)**

Los Angeles' uneven provision of hygiene services and largely unsuccessful efforts to address the issue of encampments has been guided by a number of factors: fiscal constraints, complaints and community feedback, and political considerations. Los Angeles must urgently re-evaluate its current practices and protocols regarding homeless encampments. *It is imperative that we answer this public health crisis with a public health response, as directed by public health professionals.*

**I THEREFORE MOVE** that the City of Los Angeles formally request that the California Department of Public Health and the Los Angeles Department of Public Health provide the City of Los Angeles with guidance and suggested protocols to protect the public health of people living in encampments, people living near encampments, and government and social service workers visiting or serving encampments.

**I FURTHER MOVE** that the City Council urge Governor Gavin Newsom to use his full emergency executive powers to use hotel and motel rooms to *immediately* provide shelter for unhoused Angelenos.

**I FURTHER MOVE** that the CIty Council instruct the Chief Legislative Analyst to work with the Department of General Services, the Department of Recreation & Parks, the various bureaus and agencies within the Board of Works, and other agencies as appropriate, to produce of list of vacant or under-used city properties that can be used for emergency housing, and vacant or under-used parking lots and other spaces that could be established as "Emergency Safe Camping Zones," where unhoused residents could camp at a minimum of six feet apart, and be provided with hygiene services.

**I FURTHER MOVE** that the City Council take the following steps to make it easier for unhoused individuals living in encampments to comply with public health advice and directives regarding hygiene and social distancing:

- Instruct LASAN and other relevant agencies to suspend enforcement of the provision of 56.11 that require tents to come down during daytime hours, provided that the location of the tent does not impede ADA access, or is not within 10 feet of an operable driveway. Enforcement of that provision effectively prohibits people from self-quarantining and maintaining social distance.

- Instruct LASAN and other relevant agencies to suspend seizure and confiscation of materials in excess of 60 gallons unless those materials meet the definition of hazardous materials.

- Instruct LASAN, Department of General Services, and other relevant agencies to provide for the installation and servicing of the following at all major encampments: round-the-clock port-a-potties; dumpsters and vermin-proof trash cans; weekly shower service; hand-washing stations with soap and water.

- Instruct the Department of General Services, the Department of Recreation & Parks, the Library Department, and other agencies as appropriate to immediately accommodate 24-hour access to restrooms, with attendants as appropriate, at parks, libraries and other government buildings.

**I FURTHER MOVE** that the CIty Council direct the City Administrative Officer to identify city, county, state or federal emergency and public health funds, or recommend interdepartmental transfers, sufficient to provide for the costs associated with the above items.

PRESENTED BY:

**MIKE BONIN**
*Councilmember, 11th District*

**MARQUEECE HARRIS-DAWSON**
*Councilmember, 8th District*

**GIL CEDILLO**
*Councilmember, 1st District*

ORIGINAL

SECONDED BY: _____

72-P-A

## MOTION

I MOVE that Motion #72P (Bonin/Harris-Dawson/Cedillo),  relative to directing various departments and agencies to take actions in response to the Coronavirus pandemic, be AMENDED as follows, with all other actions remaining unchanged:

INSTRUCT LASAN and other relevant agencies to suspend enforcement, **during the emergency declaration,** of the provision of 56.11 that requires tents to come down during daytime hours, provided that the location of the tent does not impede ADA access, or is not within 10 feet of an operable driveway. Enforcement of that provision effectively prohibits people from self-quarantining and maintaining social distance.

~~INSTRUCT LASAN and other relevant agencies to suspend seizure and confiscation in excess of 60 gallons unless those materials meet the definition of hazardous materials.~~

INSTRUCT LASAN, Department of General Services and other relevant agencies to **report on the feasibility and costs associated with** providing for the installation and services of the following at all major encampments: round-the-clock port-a-potties, dumpsters and vermin-proof trash cans; weekly shower service; hand-washing stations with soap and water

INSTRUCT the Department of General Services, the Department of Recreation and Parks, the Library Department and other agencies as appropriate to ~~immediately accommodate~~ **report on the feasibility and costs associated with providing** 24-hour access to restrooms, with attendants as appropriate, at parks libraries and other government buildings.

PRESENTED BY: _Joe Buscaino_
JOE BUSCAINO
Councilmember, 15th District

SECONDED BY: _____



MAR 1 7 2020

## AMENDING MOTION

I HEREBY MOVE that Council AMEND the Motion 72P-A (Buscaino – Price) to read as follows:

INSTRUCT LASAN and other relevant agencies to suspend enforcement, **during the emergency declaration,** of the provision of 56.11 that requires tents to come down during daytime hours, provided that the location of the tent does not impede ADA access, or is not within 10 feet of an operable driveway. Enforcement of that provision effectively prohibits people from self-quarantining and maintaining social distance. **At the end of the emergency declaration, seek the advice of (LA County) Public Health and provide recommendations as to whether to continue or revise the ordinance.**

~~INSTRUCT LASAN and other relevant agencies to suspend seizure and confiscation in excess of 60 gallons unless those materials meet the definition of hazardous materials.~~

INSTRUCT LASAN, Department of General Services and other relevant agencies **to do as much as possible within the next week to** provide for the installation and services of the following at all major encampments: round-the-clock port-a-potties, dumpsters and vermin-proof trash cans; weekly shower service; hand-washing stations with soap and water, and to **report back in seven days on the feasibility and costs.**

INSTRUCT the Department of General Services, the Department of Recreation and Parks, the Library Department and other agencies as appropriate to **do as much as possible within the next week to accommodate** 24-hour access to restrooms, with attendants as appropriate, at parks, libraries and other government buildings, and to **report back in seven days on the feasibility and costs.**

PRESENTED BY _____
JOE BUSCAINO
Councilmember, 15th District

SECONDED BY _____
NURY MARTINEZ
Councilmember, 6th District

March 17, 2020

CF 20-0147

72-II

## MOTION

There is a homelessness crisis in the City of Los Angeles. According to the 2019 Point-in-Time (PIT) Homeless Count, there are approximately 36,300 homeless individuals in the City of Los Angeles of which 1,974 are sheltered and 2,783 are unsheltered and experiencing homelessness in Skid Row. To address this need, the City of Los Angeles has received $85 million in direct allocation from the State of California through the statewide Homeless Emergency Aid Program (HEAP) of which $20 million is allocated for Skid Row. Consistent with Council action (C.F. 18-0628) any HEAP funding request will be reviewed by the Homeless Strategy Committee and submitted to Council for approval.

To help address the unsheltered homeless crisis, including the vulnerable residents of downtown, the City established the ReFresh Spot in Skid Row which provides a variety of hygiene services. The ReFresh Spot is an incredibly popular intervention which sees approximately 800 hundred intakes daily and is accessible 24/7. Visitors can use its showers, restrooms, and laundry facilities, as well as receive referrals for additional homeless services. The ReFresh Spot also hires local community members to help operate the site. However, because of the high use and demand for this service, the operators of the ReFresh Spot have concerns about not having enough funding to operate until the end of this fiscal year. In light of the COVID-19 precautions, it is important to continue and expand hygiene access and hand washing resources.

There is funding available ($150,000) in the Skid Row line item of the HEAP grant that was previously allocated to St. Vincent de Paul for hygiene services that can be used to assist Homeless Healthcare Los Angeles's ReFresh Spot program.

I THEREFORE MOVE that the Council, subject to the approval of the Mayor,
1. Reprogram $150,000 in Homeless Emergency Aid Program Grant from funding previously allocated to St. Vincent de Paul hygiene program to the ReFresh Spot Program to continue and expand hygiene services in the Skid Row Area;
2. Instruct the General Manager of Housing and Community Investment Department to amend contracts with the Los Angeles Homeless Services Authority to transfer $150,000 in available funding from St. Vincent de Paul Hygiene line item in Homeless Emergency Aid Program grant to continue and expand the ReFresh Spot program in Skid Row Area; and

I FURTHER MOVE that the Council instruct the Housing and Community Investment Department, with the assistance of City Administrative Officer to prepare Controller instructions or make any necessary technical adjustments consistent with the Mayor and Council action in this matter and AUTHORIZE the Controller to implement these instructions.

PRESENTED BY: _____
JOSE HUIZAR
Councilmember, 14th District

SECONDED BY: _____

MAR 17 2020

**(SEE COUNCIL FILE NO. 20-0147-S40)**