# EXHIBIT M


Greater Los Angeles Homeless Count



## 2020 Greater Los Angeles Homeless Count - City of Los Angeles

**Notes:** Data from the 2020 Greater Los Angeles Point-In-Time Count estimate the number and demographic characteristics of the homeless population on a single night in January 2020. · Family households, defined as at least one adult over 18 and one child under 18, have two or more members. · Data presented reflect the estimated number of people unless labeled as a household count. ·Significant differences indicate whether the change in the unsheltered population from 2019 to 2020 were statistically significant tested at the 95% confidence interval. · Percent changes for gender are not presented because the gender category changed this year to be more inclusive and can't be compared to prior years; percent changes for other data are not presented because it was not published in prior years. · If you have any questions about the data presented, please email datasupport@lahsa.org.

| Population | Sheltered | Unsheltered | Total | Prevalence in Homeless Pop. (%) | Percent Change 2019-2020 | Significant Difference 2019 - 2020 |
|---|---|---|---|---|---|---|
| **TOTALS** | | | | | | |
| All Persons | 12,438 | 28,852 | 41,290 | 100% | 16% | Yes |
| All Households | 7,926 | 27,700 | 35,626 | 100% | | |
| **HOUSEHOLD COMPOSITION** | | | | | | |
| Individuals (those not in family units) | 5,745 | 27,237 | 32,982 | 80% | 9% | Yes |
| Adults 25+ | 5,119 | 25,763 | 30,882 | 75% | 9% | Yes |
| Transitional Age Youth 18-24 | 613 | 1,470 | 2,083 | 5% | 14% | No |
| Unaccompanied Minors (under 18) | 13 | 4 | 17 | 0% | -69% | Yes |
| Family Households (at least 1 child under 18) | 2,181 | 463 | 2,644 | 7% | | |
| All Family Members | 6,693 | 1,615 | 8,308 | 20% | 56% | Yes |
| Adult-headed Households | 1,849 | 415 | 2,264 | 6% | | |
| Family Members 18+ | 2,288 | 720 | 3,008 | 7% | | |
| Family Members under 18 (children) | 3,578 | 761 | 4,339 | 11% | | |
| Transitional Age Youth-headed Households | 332 | 48 | 380 | 1% | | |
| Family Members 18+ | 342 | 52 | 394 | 1% | | |
| Family Members under 18 (children) | 485 | 82 | 567 | 1% | | |
| **VETERANS** | | | | | | |
| All Veterans | 314 | 1,806 | 2,120 | 5% | -3% | No |
| Veterans who are individuals | 311 | 1,799 | 2,110 | 5% | -3% | No |
| Veterans in families | 3 | 7 | 10 | 0% | -64% | No |
| **CHRONIC HOMELESSNESS** | | | | | | |
| People Experiencing Chronic Homelessness (all) | 1,830 | 13,917 | 15,747 | 38% | 53% | Yes |
| Chronically Homeless who are individuals | 1,383 | 13,513 | 14,896 | 36% | 50% | Yes |
| Chronically Homeless Family Members (all) | 447 | 420 | 867 | 2% | 128% | Yes |
| Chronically Homeless Veterans | 47 | 1,143 | 1,190 | 3% | 63% | Yes |
| Chronically Homeless Youth (24 & under) | 160 | 450 | 610 | 1% | | |
| **GENDER** | | | | | | |
| Male (includes transgender) | 6,345 | 21,445 | 27,790 | 67% | | |
| Female (includes transgender) | 6,057 | 7,273 | 13,330 | 32% | | |
| Gender Non-Binary (includes transgender) | 36 | 134 | 170 | 0% | | |
| Transgender | 135 | 531 | 666 | 2% | | |
| **RACE / ETHNICITY** | | | | | | |
| American Indian/Alaska Native | 41 | 389 | 430 | 1% | -15% | No |
| Asian | 109 | 393 | 502 | 1% | 73% | No |
| Black/African American | 6,266 | 9,356 | 15,622 | 38% | 16% | No |
| Hispanic/Latino | 4,285 | 9,139 | 13,424 | 33% | 10% | No |
| Native Hawaiian/Other Pacific Islander | 46 | 30 | 76 | 0% | -21% | No |
| White | 1,465 | 8,828 | 10,293 | 25% | 28% | Yes |
| Multi-Racial/Other | 226 | 717 | 943 | 2% | -2% | No |
| **AGE** | | | | | | |
| Under 18 | 4,076 | 847 | 4,923 | 12% | 53% | Yes |
| 18 - 24 | 1,280 | 1,630 | 2,910 | 7% | 28% | No |
| 25 - 54 | 5,121 | 18,358 | 23,479 | 57% | 10% | No |
| 55 - 61 | 1,040 | 4,858 | 5,898 | 14% | 5% | No |
| 62 and Over | 921 | 3,159 | 4,080 | 10% | 32% | No |
| **SEXUAL ORIENTATION** | | | | | | |
| Straight | 10,320 | 26,837 | 37,157 | 90% | 16% | Yes |
| Gay or Lesbian | 416 | 890 | 1,306 | 3% | -6% | No |
| Bisexual | 318 | 761 | 1,079 | 3% | -24% | Yes |
| Sexual Orientation Non-Conforming | 1,384 | 364 | 1,748 | 4% | 110% | No |

**HEALTH & DISABILITY     Note: Indicators are not mutually exclusive (a person may report more than one).**

| Population | Sheltered | Unsheltered | Total | Prevalence in 18+ Homeless Pop. (%) | Percent Change 2019-2020 | Significant Difference 2019 - 2020 |
|---|---|---|---|---|---|---|
| Substance Use Disorder | 633 | 9,724 | 10,357 | 28% | 116% | Yes |
| HIV/AIDS | 256 | 648 | 904 | 2% | 4% | No |
| Serious Mental Illness | 1,682 | 7,441 | 9,123 | 25% | 5% | No |
| Developmental Disability | 1,286 | 2,778 | 4,064 | 11% | 34% | No |
| Physical Disability | 1,304 | 5,651 | 6,955 | 19% | 16% | No |

**DOMESTIC / INTIMATE PARTNER VIOLENCE**

| Population | Sheltered | Unsheltered | Total | Prevalence in 18+ Homeless Pop. (%) | Percent Change 2019-2020 | Significant Difference 2019 - 2020 |
|---|---|---|---|---|---|---|
| DV/IPV Experience | 1,981 | 9,641 | 11,622 | 32% | -8% | Yes |
| Homeless Due to Fleeing DV/IPV | 573 | 2,168 | 2,741 | 8% | 50% | No |