# EXHIBIT N

HOMELESSNESS AND POVERTY

MOTION

For decades the City of Los Angeles has operated under a failed policy of containment when it comes to homeless services, largely concentrated in the Skid Row area. Homelessness has grown by 12% over the last two years in the City and County of Los Angeles, and that growth has been broadly spread throughout the region.

More than ever it is evident that Homelessness is a citywide and regional concern with encampments being familiar throughout the City, even while there are high concentrations in areas such as Skid Row, Venice and Hollywood. When pursuing solutions to homelessness, the City must seek to make services, facilities and housing accessible throughout the City and the region. People begin to experience homelessness for multiple reasons and in all communities throughout the City. Provisions to help them return and retain stable housing should also be accessible throughout the City.

This week the City will begin to consider a draft Comprehensive Homeless Strategy, which was requested by the Homelessness and Poverty Committee and which is an opportunity to provide both immediate relief to the current crisis, as well as longer-term and consistent attention. It is also an opportunity to set strategies that can reverse decades of unsuccessful policies and underinvestment. The expansion of related facilities and housing should more proportionately benefit communities Citywide.

I THEREFORE MOVE that the City establish a guiding principle that services, facilities and housing be provided throughout the City and the County and to formally reverse the policy of containment that has led to over-concentrations of homeless services in certain parts of the City and County.

PRESENTED BY: _____

JOSE HUIZAR,
Councilmember, 14th District

SECONDED BY: _____



JAN 1 2 2016


ORIGINAL

**File No. 16-0046**

HOMELESSNESS AND POVERTY COMMITTEE REPORT relative to the establishment of a guiding principle that services, facilities and housing be provided throughout the City and the County and to formally reverse the policy of containment that has led to over-concentrations of homeless services in certain parts of the City and County.

Recommendations for Council action, as initiated by Motion (Huizar - Harris-Dawson):

1. APPROVE Motion (Huizar - Harris-Dawson) inasmuch as the Comprehensive Homeless Strategy includes 14 Guiding Principles to effectuate the intent of the motion.

2. INSTRUCT the City Clerk, with the assistance of the Chief Legislative Analyst (CLA) to consolidate Council file No. 16-0046 into Council file No. 15-1138-S1 (Comprehensive Homeless Strategy).

3. INSTRUCT the City Administrative Officer (CAO) to report on the following:

   a. Cities in Los Angeles County complying and not complying with Senate Bill 2 (Local Planning - 2007) and the consequences resulting from non-compliance; how and when did the City establish a policy of containment, and what was the intent of this policy.

   b. The proportion of services available to homeless individuals citywide versus where those individuals live, given that recent data indicates that 85 percent of the homeless population lives outside of downtown, but that services have historically been centered in the downtown Skid Row area.

Fiscal Impact Statement:  Neither the CAO nor the CLA has completed a financial analysis of this report.

Community Impact Statement: Yes.

Greater Valley Glen Neighborhood Council

Summary:

On February 24, 2016, the Homelessness and Poverty Committee considered Motion (Huizar - Harris-Dawson) relative to the establishment of a guiding principle that services, facilities and housing be provided throughout the City and the County and to formally reverse the policy of containment that has led to over-concentrations of homeless services in certain parts of the City and County.

After providing an opportunity for public comment, the Committee recommended that Council approve the motion as amended. This matter is now submitted to Council for its consideration.

Respectfully Submitted,

HOMELESSNESS AND POVERTY COMMITTEE

| MEMBER | VOTE |
|--------|------|
| HUIZAR: | YES |
| HARRIS-DAWSON: | YES |
| BONIN: | YES |
| PRICE: | YES |
| CEDILLO: | YES |

EV
16-0046_rpt_hp_2-24-16

**-NOT OFFICIAL UNTIL COUNCIL ACTS-**