# EXHIBIT O

# Homeless Older Adults: Economic Security through Job Training

**OLDER WORKERS EMPLOYMENT PROGRAM (OWEP): PILOT REPORT**

City of Los Angeles Department of Aging
Division of Older Worker Employment Programs

2018 N4A Innovation Award

## CONTENT

1. Background
2. Older Workers Employment Program
3. Client Profile
4. It's all in your point of view!
5. Participant and Program Impact
6. Length of Homelessness
7. Lessons Learned and Next Steps

**"Nearly one-quarter of the homeless population in Los Angeles is aged 55 and older, we must ensure that older adults are included in all aspects of our work to address homelessness."** Laura Trejo, General Manager, Department of Aging

## Background

Changing demographic trends, economic insecurity, and lack of affordable senior living have contributed to increased housing instability among those over age 55.   Researchers have found that homeless older adults experience a wider medical, psychological, and social problems.  Yet, older homeless people are invisible to researchers, policymakers, and the public at large.

- ⊃ According to the 2017 Homeless Count, there were 12,421 persons aged 55 and older experiencing homeless, a 17% increase from 2016.
- ⊃ The number of "new seniors" (from 2000 to 2010) increased faster in the Los Angeles region than any other metropolitan area in the U.S.
- ⊃ Homeless adults are showing signs of premature aging, yet are less likely to access health care and social services.
- ⊃ Homeless older adults will more than double by 2050.

**Solution-Focused Strategy**

In 2016, Los Angeles Department of Aging (LADOA) launched a pilot designed to evaluate how an economic security approach targeting job training could support older adults experiencing homelessness.

The recommendation relied on three decades of experience providing part-time work-based training opportunities at local community service agencies for older adults who have poor employment prospects and are unemployed; helping individuals in finding employment opportunities in the community through a variety of supportive services such as personal and job-related counseling, job training, and job referral; and in educating employers about the benefits of hiring older workers.

This report provides a summary of the opportunities, challenges and lessons learned in the implementation of a targeted service for older adults experiencing homelessness.

**OWEP Pilot Report**

**Page 2**

# Older Workers Employment Program (OWEP)

LADOA received approval to assist homeless older adult through a work-based training program.  The Older Workers Employment Program (OWEP) became operational on July 5, 2016 to provide paid on-the-job training for older adults that are either homeless or high at-risk of homelessness.  The program is included as a supporting action in Strategy 9L of the City's Comprehensive Homeless Strategy.

OWEP participants are placed in local host agencies where they receive skills-based training.  Program staff provides assistance with job searches and accessing social supportive services.  Everyone's focus is on minimizing barriers.

## Client Profile

**GENDER**
67% Male
33% Female

**AGE DISTRIBUTION**
55-59  24%
60-64  42%
65-69  24%
70-75  10%

**RACE/ETHNICITY**
Black/Afro-American – 75%
Hispanic/Latino – 13%
White – 7%
Asian – 2%

DISABILITY – 42%
EDUCATION -  73% high school or higher
ECONOMIC SECURITY – 73% one or more source  of income, while 20% have none

## Meet Linda!

Linda is described as reserved but highly motivated. Having been homeless for over 10 years, Linda's work experience was limited. With OWEP support, Linda learned to type within a week, is taking computer classes, and is working in a state-of-the-art digital print shop! Her training supervisor says, "We do not want to lose her. We are training her and she showed us that she has much to offer."



# Length of Homelessness



### Type of Shelter & Months without Permanent Housing

| | Shelter | Transitional Housing | Car | Street | Garage/Tent |
|---|---|---|---|---|---|
| 0-12 months | 7 | 5 | 2 | 1 | |
| 13-60 months | 15 | 5 | 8 | 5 | 1 |
| 61+ months | 4 | | 2 | 3 | 2 |

A recent report by Los Angeles Homeless Services Authority states that "Aging persons are more likely to experience unsheltered and chronic homelessness compared to the general population experiencing homelessness."

A survey of OWEP participants revealed that enrollees experienced various levels of unsheltered homelessness that included living in tents, streets, and vehicles while others receive temporary and emergency shelter. Nearly 20% of participants experienced sixty-one months or more without permanent housing.  See chart

As a result of OWEP, sheltered were able to obtain permanent housing and unsheltered participants obtained temporary shelters, thereby, reducing unsheltered homelessness and stabilizing participant lives.

# OWEP Pilot Report

## Page 3

## It's all in your point of view!

The challenges of implementation required that we see our proposed intervention from three unique points of view:

- ➲ **Older Adult Participants** – Respecting participants' values and preferences are central to the delivery model. Thus, engaging and empowering participants in all aspects of the process.

- ➲ **Host Agencies** – Employers and staff were educated about the abilities and skills found among older persons experiencing homelessness.

- ➲ **Homeless Services Providers** – Staff were educated that older adults have unique needs, strengths of older adults and goals of full reintegration into society.

- ➲ **Aging Services provider** – Staff were educated to the unique challenges faced by older adults experiencing homelessness.



*Reaching Out and Engaging*

*Definition of CHANGE:*
*To make a difference from what is or from what could be if left alone*

## Participant and Program Impact

Outcomes
- Served 128 participants in 21 months (37% more than targeted)
- 10 secured employment
- 12 secured permanent housing
- All became eligible for transitional housing
- 11 received supportive services from the Department of Rehabilitation
- 100% received supportive services

Challenges
- High participant turnover
- Participants required extensive and frequent follow up
- Increased partner recruitment to diversify training
- Continually promoted OWEP at partner agencies to reach out to population that moves about



*Enrolling participants in OWEP – understanding that too often older persons have difficulties in filling out the paperwork*

**"Attendance is not a problem. One participant arrives 30 minutes early every day."** *A host agency representative*

**OWEP Pilot Report**



**Mayor Eric Garcetti challenges his managers to become part of the solution in helping to end homelessness in Los Angeles**

## Lessons Learned...

**AGEISM.** The best form of combating negative stereotypes of older adults was to show how much they wanted and could do.

**INDEPENDENCE.** Participants reported reduced reliance on public services by achieving earning potential and building self-esteem.

**PARTNERSHIPS.** Program model relies on local partners to provide two-fold goal: To serve the local community and transition training position to employment opportunity.

**RESPECT.** Treating participant and colleagues alike with respect goes a long way to building trust.

**SOCIAL ENTERPRISE.** A model that applies business solutions to social problems, achieving sustainability and transferable skills.

**SOLUTION ORIENTED.** When facing a barrier, we found creativity, client input and seeking support of the community to be the most reliable to our problem solving strategies.

**TRUST.** Participant trust is earned with our actions.



*OWEP Participant training at L.A. City Hall "Homeless Help Desk"*



Laura Trejo, General Manager

## Next Steps....

Secure funding to identify and stabilize economic and home insecurity among homeless older adults; include social enterprises; and facilitate transition to the local job market.

For More Information Contact:
Mariella Freire, Division Older Workers Employment Programs
221 N. Figueroa Street, Suite 500
Los Angeles, CA 90012
http://aging.lacity.org
213.482.7252