# EXHIBIT Q

**SUBSTITUTE 37**

# MOTION

According to the 2020 Point-in-Time (PIT) Homeless Count, there are approximately 41,290 homeless individuals in the City of Los Angeles of which 2,569 are sheltered and 2,093 are unsheltered and experiencing homelessness in Skid Row. To address this need, the City of Los Angeles received $85 million in direct allocation from the State of California in 2018 through the statewide Homeless Emergency Aid Program (HEAP) of which $20 million was allocated for Skid Row.

According to the PIT Count, over 28 percent of people experiencing homelessness on Skid Row are women. Downtown Women's Center's (DWC) provides a female-specific focus and strengths-based approach to providing services to women in the Skid Row Area. DWC provides Permanent Supportive Housing, Bridge Housing, Access Center Basic Need Services, Healthcare, and Workforce Development Services to 5,000 women each year. In order to meet the increase in demand for basic services related to the COVID-19 pandemic, DWC has redirected focus from identifying long-term housing solutions to providing basic services. DWC is requesting funding from the HEAP Skid Row line item to cover expenses in their Health and Wellness Program which provides healthy meals to clients served by DWC.

To address the needs of women in Skid Row Area, Council should allocate $200,000 in HEAP funds from the balance available in the Skid Row Area line item to Downtown Women's Center for its Health and Wellness program to provide meals to its clients.

I THEREFORE MOVE that the Council adopt the following recommendations:

1. INSTRUCT the Housing and Community Investment Department to amend the City's HEAP Contract with the Los Angeles Homeless Services Authority (LAHSA) (C-133135) to reprogram $200,000 from Homeless Emergency Aid Program Skid Row line item to establish a new program for the Downtown Women's Center (DWC) to support the Health and Wellness Program to provide meals to women in the Skid Row area; and

2. REQUEST LAHSA to contract with DWC to execute a sole source subcontract with DWC to support the Health and Wellness Program to provide meals to women in the Skid Row area from July 1 2020 through June 30, 2021; and

3. AUTHORIZE the City Administrative Officer to make any technical corrections or clarifications to the above instructions in order to effectuate the intent of this Motion, including any corrections and changes to fund or account numbers.

PRESENTED BY: _____

SECONDED BY: _____

ORIGINAL

SEP 2 9 2020

pa

HOLLY L. WOLCOTT
CITY CLERK

PETTY F. SANTOS
EXECUTIVE OFFICER

When making inquiries relative to this matter, please refer to the Council File No.: 20-1219

City of Los Angeles
CALIFORNIA



Eric Garcetti
MAYOR

OFFICE OF THE
CITY CLERK

**Council and Public Services Division**
200 N. SPRING STREET, ROOM 395
LOS ANGELES, CA 90012
GENERAL INFORMATION - (213) 978-1133
FAX: (213) 978-1040

PATRICE Y. LATTIMORE
DIVISION MANAGER

CLERK.LACITY.ORG

# OFFICIAL ACTION OF THE LOS ANGELES CITY COUNCIL

September 29, 2020

| | |
|---|---|
| **Council File No.:** | 20-1219 |
| **Council Meeting Date:** | September 29, 2020 |
| **Agenda Item No.:** | 37 |
| **Agenda Description:** | MOTION (MARTINEZ - PRICE) relative to Homeless Emergency Aid Program (HEAP) funding for the Downtown Women's Center Health and Wellness program to provide meals to women in the Skid Row Area. |

**Council Action:**   SUBSTITUTE MOTION (MARTINEZ - O'FARRELL) ADOPTED FORTHWITH

**Council Vote:**

| | | | | | |
|---|---|---|---|---|---|
| YES | BLUMENFIELD | YES | KORETZ | YES | PRICE |
| YES | BONIN | YES | KREKORIAN | YES | RODRIGUEZ |
| YES | BUSCAINO | YES | LEE | YES | RYU |
| YES | CEDILLO | YES | MARTINEZ | ABSENT | VACANT |
| YES | HARRIS-DAWSON | YES | O'FARRELL | YES | WESSON |

HOLLY L. WOLCOTT
CITY CLERK

**Pursuant to Charter/Los Angeles Administrative Code Section(s): 341**

**FILE SENT TO MAYOR:**   09/29/2020

**LAST DAY FOR MAYOR TO ACT:**   10/09/2020

✓
**APPROVED**          **\*DISAPPROVED**          **\*VETO**

Mayor

10/09/2020
**DATE SIGNED**

**AN EQUAL EMPLOYMENT OPPORTUNITY - AFFIRMATIVE ACTION EMPLOYER**

Adopted Report(s)


| Title | Date |
|---|---|
| Substitute Motion | 09/29/2020 |