# LOS ANGELES HOUSING & COMMUNITY INVESTMENT DEPARTMENT
## 2020 Income and Rent Limit  -  Land Use Schedule I
### Effective Date:  August 1, 2020

| | | |
|---|---|---|
| 2019 Median | $73,100 | AMI Change from 2019 |
| 2020 Median | $77,300 | |

5.75%

**Table I**: Qualifying Maximum Income Levels Based on Family Size

| Income Level | Family Size | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | One | Two | Three | Four | Five | Six | Seven | Eight | Nine |
| **Extremely Low (30%)** | $23,700 | $27,050 | $30,450 | $33,800 | $36,550 | $39,250 | $41,950 | $44,650 | $47,300 |
| **AMI 35%** | $27,600 | $31,550 | $35,500 | $39,400 | $42,600 | $45,750 | $48,900 | $52,050 | $55,150 |
| **AMI 45%** | $35,500 | $40,550 | $45,650 | $50,650 | $54,750 | $58,800 | $62,850 | $66,900 | $70,900 |
| **Very Low (50%)** | $39,450 | $45,050 | $50,700 | $56,300 | $60,850 | $65,350 | $69,850 | $74,350 | $78,800 |
| **Low (60%)** | $47,350 | $54,050 | $60,850 | $67,550 | $73,000 | $78,400 | $83,800 | $89,200 | $94,550 |
| **Lower (80%)** | $63,100 | $72,100 | $81,100 | $90,100 | $97,350 | $104,550 | $111,750 | $118,950 | $126,150 |
| **Moderate (120%)** | $94,700 | $108,100 | $121,700 | $135,100 | $146,050 | $156,850 | $167,650 | $178,450 | $189,150 |
| **Workforce (150%)** | $118,350 | $135,150 | $152,100 | $168,900 | $182,550 | $196,050 | $209,550 | $223,050 | $236,450 |

**Table II**: Maximum Allowable Rent Levels

| | Extremely Low | | | Very Low | Low | Lower | Moderate | Workforce |
|---|---|---|---|---|---|---|---|---|
| **Bedroom Size** | AMI 30% | AMI 35% | AMI 45% | AMI 50% | AMI 60% | AMI 80% | AMI 120% | AMI 150% |
| **Single** | $593 | $690 | $888 | $986 | $1,184 | $1,578 | $2,368 | $2,959 |
| **One** | $676 | $789 | $1,014 | $1,126 | $1,351 | $1,803 | $2,703 | $3,379 |
| **Two** | $761 | $888 | $1,141 | $1,268 | $1,521 | $2,028 | $3,043 | $3,803 |
| **Three** | $845 | $985 | $1,266 | $1,408 | $1,689 | $2,253 | $3,378 | $4,223 |
| **Four** | $914 | $1,065 | $1,369 | $1,521 | $1,825 | $2,434 | $3,651 | $4,564 |
| **Five** | $981 | $1,144 | $1,470 | $1,634 | $1,960 | $2,614 | $3,921 | $4,901 |
| **Six** | $1,049 | $1,223 | $1,571 | $1,746 | $2,095 | $2,794 | $4,191 | $5,239 |
| **Seven** | $1,116 | $1,301 | $1,673 | $1,859 | $2,230 | $2,974 | $4,461 | $5,576 |
| **Eight** | $1,183 | $1,379 | $1,773 | $1,970 | $2,364 | $3,154 | $4,729 | $5,911 |

The annual allowable automatic rent adjustment rate for rental units subject to the Rent Stabilization Ordinance (RSO) is currently 3%.