RODRIGO A. CASTRO-SILVA (SBN 185251), *County Counsel*
rcastro-silva@counsel.lacounty.gov
LAUREN M. BLACK (SBN 192302), *Assistant County Counsel*
AMIE S. PARK (SBN 273346), *Deputy County Counsel*
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone: (213) 974-1830
Facsimile: (213) 626-7446

BYRON J. MCLAIN (SBN 257191)
bmclain@foley.com
FOLEY & LARDNER, LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone: (310) 972-4500
Facsimile: (213) 486-0065

LOUIS R. MILLER (SBN 54141)
smiller@millerbarondess.com
MIRA HASHMALL (SBN 216842)
EMILY A. RODRIGUEZ-SANCHIRICO (SBN 311294)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES** <br><br> **LOS ANGELES HOMELESS SERVICES AUTHORITY'S MEMORANDUM** <br><br> Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

500853.1

Case No. 2:20-cv-02291 DOC-KES

The County of Los Angeles ("County") hereby submits, as Exhibit A, a memorandum prepared by the Los Angeles Homeless Services Authority ("LAHSA").  The County is submitting Exhibit A on LAHSA's behalf, but did not participate in preparation of the memorandum.

Respectfully submitted,

DATED:  March 5, 2021          MILLER BARONDESS, LLP


By: _____/s/ Mira Hashmall_____
     MIRA HASHMALL
     Attorneys for Defendant
     COUNTY OF LOS ANGELES