# EXHIBIT A



**Date:**          March 4, 2021

**To:**            The Honorable David O. Carter

**From:**          Wendy Greuel, Chair – Los Angeles Homeless Services Authority Commission
                   Heidi Marston, Executive Director – Los Angeles Homeless Services Authority

**Cc:**            Eric Garcetti, Mayor – City of Los Angeles
                   Nury Martinez, Council President – City of Los Angeles
                   Hilda Solis, Chair – County of Los Angeles Board of Supervisors

**RE:**            LAHSA's Role in Los Angeles' Homelessness Response in *LA Alliance for Human Rights et al. v. City of Los Angeles et al.* (2:20-cv-02291)

---

**EXECUTIVE SUMMARY**

The Los Angeles Homeless Services Authority ("LAHSA") respectfully submits this memorandum to aid the Court in assessing the impact, effectiveness, and gaps in the current regional homeless services system in Los Angeles County. It is intended to explain the role of LAHSA in this vast system and respond to various questions posed by this Court. It also offers recommendations to the Court, focusing on reducing fragmentation and advocating for a stronger systemwide approach, which we believe will remove barriers to rapidly house and shelter people currently experiencing homelessness in our community.

This memorandum contains the following sections:

I.   An overview of LAHSA's structure, functions, and role in the homeless services system, and the role of other agencies in the system.
II.  LAHSA's responses to the COVID-19 pandemic, actions taken since the June 2020 settlement agreement between the parties in this matter, and responses to the Court's questions from the February 3, 2021 hearing at the Downtown Women's Center in Skid Row.
III. LAHSA's work to examine equity in the homeless services system and address the disparities identified.
IV.  An overview of systemwide approaches to homelessness.
V.   Recommendations for breaking down barriers within the homeless services system and increasing the speed and efficacy with which people experiencing homelessness can be sheltered and housed.

**Exh. A, Page 4**

**I.    AN OVERVIEW OF LAHSA'S STRUCTURE, FUNCTIONS, AND ROLE IN THE HOMELESS SERVICES SYSTEM**

A. THE REGIONAL HOMELESS SERVICES SYSTEM

Four critical pillars are required for a well-rounded and systemic response to a large-scale homelessness crisis:

- Prevention of homelessness
- Housing creation
- Rehousing of people experiencing homelessness
- Health and safety response

LAHSA is the primary lead on the rehousing pillar and a lead partner in the health and safety pillar alongside County departments like the Department of Mental Health (DMH) and the Department of Health Services (DHS). LAHSA is a participant in the other pillars of the system, but other entities are the leads of the prevention and housing creation pillars of the homeless response. For instance, public housing authorities, non-profit housing developers, and cities and counties that oversee land use decisions, zoning, and planning are the main drivers of affordable housing creation. Similarly, local governments are the leads of the prevention pillar through their control over tenant protections, minimum wage laws, and safety net systems. The prevention and housing creation pillars are discussed below, while LAHSA's role in the rehousing and health and safety response pillars are discussed in the following section.

In order for homelessness to be sharply reduced and addressed in a sustainable manner, all four of these pillars must operate effectively—a homeless system with robust rehousing capabilities but without adequate housing creation will fail to move people out of homelessness and into available housing. Similarly, a homeless system without adequate homelessness prevention will see continuing high levels of homelessness, even as people experiencing homelessness are moved off the street and into shelter and housing, as total inflow may continue to exceed the capacity of the rehousing system.

*i. Prevention*
Homelessness prevention is a much larger effort that sits outside the homeless system's purview. Cities and counties, with support from state and federal partners, are the primary stewards of homelessness prevention through targeted policy responses aimed at increasing economic development and opportunities, workforce development, and housing stability for people with the lowest incomes and highest likelihood of falling into homelessness. These efforts must entail:

- Increasing incomes for people in poverty through wage increases, employment services, and more robust income supports through programs like CalWORKs,

2

**Exh. A, Page 5**

- Robust tenant protections with readily available free legal counsel to allow at-risk households to remain in their housing,
- Greater availability of housing that is affordable to people at the lowest incomes,
- Availability of affordable health care, mental health, and substance use disorder treatment services,
- Protections against discrimination and enforcement of discrimination laws to protect people based on their race, ethnicity, immigration status, sexual orientation, gender identity, and other factors that cause people to fall out of systems of care and into housing instability and homelessness, and
- Major reforms of criminal justice systems that create major barriers to economic and housing stability upon re-entry into the community.

All of these factors and more are essential pillars of homelessness prevention. LAHSA administers homelessness prevention services for people at immediate risk of homelessness, such as those funded through the County's Measure H Strategies A1/A5 (Homeless Prevention for Families and Individuals). But many of these factors that lead a household to homelessness, such as evictions, healthcare, or the criminal justice system, do not traditionally fall under the purview of the homeless services system, but are often conflated as such when talked about in the context of homelessness. LAHSA is a committed partner with the administrators and bodies that oversee these systems, and we advocate for better alignment with the homeless services system for homelessness prevention to be working effectively.

*ii. Housing Creation*
Another critical pillar of the homeless response system is housing creation. Local governments lead housing creation, as they control land use, zoning, and planning. LAHSA plays no role in the capital construction piece of permanent housing creation. In the City of Los Angeles, capital construction of supportive housing and rehabilitation of existing structures into housing for people experiencing homelessness (through Proposition HHH and other programs such as the Affordable Housing Managed Pipeline program) is administered by the Housing and Community Investment Department (HCID) and the Housing Authority of the City of Los Angeles (HACLA). At the County level, programs to create housing for people experiencing homelessness (such as the No Place Like Home program) are administered by the Los Angeles County Development Authority (LACDA). These entities are essential partners in creating opportunities for people to exit homelessness into housing units.

In addition, agencies overseeing land use, such as the City's Planning Department (City Planning) and County's Department of Regional Planning (DRP), are important partners in housing creation by determining equitable and efficient processes for siting these developments and removing barriers to needed development.

B. LAHSA'S STRUCTURE AND FUNCTIONS

LAHSA is an independent joint powers authority of the City and County of Los Angeles, formed in 1993 to oversee the region's homelessness response. The agency is governed by a 10-

**Exh. A, Page 6**

member commission, with five commissioners appointed by the Board of Supervisors and five commissioners appointed by the Mayor of Los Angeles, with confirmation from the City Council. LAHSA is charged with several key responsibilities:

- Contracting and funding administration
- Continuum of Care lead entity
- Homeless services system lead
- Direct services (outreach)
- Inclement weather responses through expanded outreach and shelter capacity

*i. Contracting and Funding Administration*
LAHSA is the lead contract and funding administrator for the Los Angeles Continuum of Care (LA CoC) and the broader Los Angeles homeless services system. A continuum of care is a federally-designated and defined region, led by a federal Department of Housing and Urban Development (HUD)-designated entity that coordinates housing and services funding for homeless families and individuals.

As the lead of the Los Angeles homeless services system, LAHSA disburses funding to community-based service providers using a Request for Proposal (RFP) process, originates contracts with service providers to ensure performance and adherence to all relevant local, state, and federal requirements, and provides monitoring, performance management, and oversight of funding. As of the end of the second quarter for FY 20-21 (July, 1, 2020 to June 30, 2021), LAHSA anticipates administering approximately $880 million in funding. Much of this funding, however, is restricted by other entities: LAHSA serves as a contracting entity for numerous City and County contracts, along with serving as a pass-through for some federal funding that is directed to housing authorities and Permanent Supportive Housing providers.

When LAHSA was founded, it primarily administered funding from the federal Continuum of Care (CoC) program, the federal ESG program, and select funding from the City of Los Angeles and County of Los Angeles' general funds. However, with the passage of Measure H in 2017, new funding from the State of California, and federal CARES Act funding resulting from the COVID-19 pandemic, the amount of funding that LAHSA administers has increased by 728% over a five-year period. Yet even with this increase in funding, the homeless system is insufficiently funded to meet its current needs. According to LAHSA's 2020 Homeless Services Systems Analysis, the Los Angeles system needs an estimated $500 million in additional annual funding beyond current funding levels to achieve a functional end to homelessness.

There are five primary categories of intervention that LAHSA funds and oversees. These are homelessness prevention programs, street outreach, interim housing (or shelter), rental subsidy programs such as Rapid Re-Housing, and subsidies and services for Permanent Supportive Housing (PSH). In addition to developing policies, oversight, best practices, and technical assistance for these programs, LAHSA seeks to fund these five interventions in balance with each other, so as to achieve as optimal a homeless services system as possible given both available funding and limited discretion over that funding.

*ii. Continuum of Care Lead Entity*

LAHSA serves as the federally designated lead entity for the LA CoC, which encompasses 85 cities within Los Angeles County, as well as the County Unincorporated Areas. Under mandates set by HUD, an administrator of a CoC is required to utilize a Coordinated Entry System (CES) and a Homeless Management Information System (HMIS) to manage housing placements and services.

In this role, LAHSA carries out several key functions required by HUD. These roles include:

- Serving as the collaborative applicant for the federal CoC program, which brings approximately $120 million to the Los Angeles CoC annually.
- Administering the federally-mandated HMIS, which tracks key data and outcomes related to homelessness.
- Leading the development and implementation of the CES in alignment with federal, state, and local statues and regulations, and
- Overseeing the annual Greater Los Angeles Homeless Count and ensuring its adherence to HUD standards.

*iii. Homeless Services System Lead*

As noted in Section I.A., four pillars define a well-functioning regional homelessness system: homelessness prevention, housing creation, the rehousing of people experiencing homelessness, and health and safety responses. LAHSA is a critical partner in the pillars of rehousing and health and safety responses, developing policies for the programs that operate in these pillars, along with best practices and guidance for other entities and jurisdictions that play a role in these pillars.

LAHSA focuses on rehousing most critically, playing a central role in increasing the number of housing placements from just under 10,000 in 2014 to nearly 23,000 housing placements in 2019. The agency plays the lead coordinating role between the different pillars and agencies in the Los Angeles homeless services system. LAHSA leads the regional planning and policy response between multiple entities, including City departments [Housing and Community Investment Department (HCID), Economic and Workforce Development Department (EWDD), and others], and County Departments [Department of Public Social Services (DPSS), DMH, DHS, and others], as well as entities from other jurisdictions [other cities, CoCs, and Councils of Government (COGs)]. As part of this role, LAHSA also develops and coordinates the policies for the CES, including policies governing access, assessment, referral, and prioritization for CES resources. The development and refinement of CES has been central in maximizing new resources in the system and driving the more than doubling in housing placements.

*iv. Direct Service (Outreach)*

The main operators of direct services (outreach) to unsheltered people experiencing homelessness are LAHSA and the County of Los Angeles. The County operates nearly 850 outreach staff regionwide. LAHSA's homeless engagement teams (HET) fill in the gaps of the County outreach teams, and often work alongside County-funded teams to offer expanded

5

**Exh. A, Page 8**

services to very impacted areas. In addition, LAHSA funds additional outreach teams by contracting with community-based nonprofits. LAHSA's HET teams connect persons experiencing homelessness to services including shelter and housing, along with assisting with fulfilling basic health and safety needs. LAHSA's HET teams alone made 27,959 contacts with people experiencing homelessness in FY 19-20, in addition to contacts made by other County agencies that provide outreach.

*v. Inclement Weather Response Through Outreach and Expanded Shelter Capacity*
As part of LAHSA's role in administering interim housing contracts and a health and safety response, LAHSA provides supplemental services in anticipation of inclement weather, such as cold or rain. These weather conditions pose life-threatening risks for people experiencing homelessness. Each winter, LAHSA administers an additional low-barrier interim housing program ranging between 1,000 to 2,000 beds through the Winter Shelter Program (WSP) beyond what is provided through the year-round interim housing portfolio. WSP provides life-saving beds to move people experiencing unsheltered homelessness out of cold and wet conditions. WSP is funded by both the City and County. Last year, in partnership with the City and the County, LAHSA expanded ESSP year-round to provide accommodation to sheltered residents who needed to leave other interim housing sites due to decompression of sites to accommodate for social distancing protocols in shelter settings. During the winter of 2020-2021, LAHSA offered Augmented Winter Shelter (AWSP), opening short-term shelter sites during peak weather events in some neighborhoods.

## II.   LAHSA'S RESPONSE TO THE COVID-19 PANDEMIC, COURT SETTLEMENT, AND FEBRUARY 3, 2021 HEARING

Since the beginning of the COVID-19 pandemic in March 2020, LAHSA has pivoted a portion of its resources from normal operations to a massive COVID-19 response to move thousands of the most vulnerable unsheltered Angelenos into safe non-congregate shelter, while providing basic nutrition assistance, personal protective equipment (PPE), and information to those on the street who are unable to access these new sites. While continuing to operate the existing homeless services system, LAHSA has responded to COVID-19 in several primary ways:

- Outreach Activities
- Project Roomkey
- Operations through the City of Los Angeles Homelessness Roadmap Plan
- Operations through LAHSA's COVID-19 Recovery Plan
- Project Roomkey Demobilization Planning and Extensions

A. LAHSA'S COVID RESPONSE: OUTREACH AND PROJECT ROOMKEY

*i. Outreach Activities*
LAHSA's homeless engagement teams (HET) are providing front-line COVID response on the streets. Since the pandemic began, homeless engagement teams have:

**Exh. A, Page 9**

- **Provided over 40,000 health and safety checks** to people experiencing homelessness using the Akido Labs HOTSpot app. Teams have also coordinated street-based COVID-19 testing for thousands of unsheltered residents in collaboration with County health agencies. For those residents that are symptomatic or test positive, LAHSA's homeless engagement teams have assisted to connect these residents to quarantine or isolation units administered by County agencies, or assisted them with resources to shelter in place when these quarantine units are not available.
- With food security challenges for people experiencing homelessness exacerbated by the social distancing protocols of the pandemic, LAHSA's outreach teams have distributed 4,500 meals daily during the pandemic to ensure meeting of basic nutrition needs.
- LAHSA's outreach teams have also worked to identify and connect thousands of people experiencing homelessness with new interim housing capacity, discussed below.

*ii. Project Roomkey and Other New Interim Housing Capacity*

At the start of the pandemic in early 2020, the State of California launched Project Roomkey, encouraging municipalities to use State funding to provide non-congregate shelter options to people experiencing homelessness with a high vulnerability to COVID-19 based on age, health, and other vulnerability factors, by operating underutilized hotels as shelters. LAHSA launched Project Roomkey with State funding channeled through the City and County, with reimbursement provided by the Federal Emergency Management Agency (FEMA).

In partnership with the City, County, and local hotels, LAHSA opened 39 Project Roomkey sites, with a total of just over 4,000 contracted rooms at the height of the program, to serve people experiencing homelessness. Over the course of the pandemic, these rooms have served over 6,000 people. LAHSA and homeless system partners served an additional 2,000 people at supplemental sites utilizing City Recreation and Parks facilities, trailers, and other sites.

| Table 1. Capacity Added Through Project Roomkey | |
|---|---:|
| Total Number of Project Roomkey Sites | 39 |
| Total Number of Contracted Rooms | 4,164 |
| Total Clients Served Through Project Roomkey | 6,255 |

Project Roomkey represents the largest increase in the Los Angeles homeless services system's capacity in a short period of time—in the four-month span between April 2020 and August 2020, the peak of Project Roomkey enrollment, <u>LAHSA worked with City and County to increase interim housing capacity by over 6,000 beds.</u> Prior to Project Roomkey, there were an estimated 19,159 shelter beds in the LA CoC, according to the 2020 Housing Inventory Count, meaning the increase in shelter capacity represented a 31.4% increase in Los Angeles' sheltering capacity in the span of just a few months.

**Exh. A, Page 10**

| Table 2. Capacity Increase Through Project Roomkey and Other COVID Responses | |
|---|---|
| Total Number of Interim Housing Beds as of 2020 Housing Inventory Count | 19,159 beds |
| Increase in Shelter Capacity, Project Roomkey and Other Sites | 6,010 beds |
| Capacity Increase from COVID-19 Responses | 31.4% |

Since the inception of Project Roomkey, a total of 675 Project Roomkey participants have moved out of Project Roomkey sites and into permanent housing, with 455 of these permanent housing placements coming from City of Los Angeles Project Roomkey sites—many more are expected to move in to housing units in the coming weeks as more units become available. Over half a million meals have been served at Project Roomkey sites. A number of critical services have been provided at these sites, including legal services, benefits enrollment, and case management.

| Table 3. Placements from Project Roomkey into Permanent Housing | |
|---|---|
| Placements into Permanent Housing, All Sites | 675 |
| Placements into Permanent Housing, City Sites | 455 |

B. LAHSA'S COVID-19 RECOVERY PLAN AND THE CITY OF LOS ANGELES HOMELESSNESS ROADMAP PLAN

Mapping the housing resources that have come online since the start of the pandemic is a complex task—some resources are directly connected to the pandemic and responses from all levels of government, while other resources are connected to the first settlement made in the case of *LA Alliance for Human Rights et al v. City of Los Angeles et al* in June 2020. Some resources overlap these efforts.

The City of Los Angeles' Homelessness Roadmap is a comprehensive interim and permanent housing umbrella project designed for the City to meet benchmarks of placements as defined by the June 2020 settlement. Separately, LAHSA released a COVID-19 Recovery Plan at the request of the City and County, detailing recommendations and a plan to ultimately house unsheltered Angelenos across the region who are most vulnerable to hospitalization and death if infected by COVID-19. Based on funding allocated to the Recovery Plan plan by the City and County, the number of people projected to be housed by this plan is 4,700 individuals, although these 4,700 individuals anticipated to be housed are in excess of the numbers expected to be served by the existing programs of the homeless services system.

Since June 2020, LAHSA has ramped up operations as part of plans to connect approximately 8,400 people to permanent and interim housing resources, in addition to the normal operations of the Los Angeles regional homeless services system. This figure comprises efforts made under both the City's Homelessness Roadmap Plan (6,700 individuals), as well as LAHSA's COVID

8

Recovery Plan (4,700 individuals, about 3,000 of whom overlap with the Roadmap population, for a total of 8,400 people.

| Table 4. Number of People Projected to Be Housed or Sheltered Through City's Homelessness Roadmap Plan and LAHSA's COVID-19 Recovery Plan | |
|---|---|
| Number Projected to be Housed/Sheltered Through City Roadmap Plan | 6,700 |
| Number Projected to be Housed Through LAHSA COVID-19 Recovery Plan | 4,700 |
| Population Overlap Between Two Plans | 3,000 |
| Total Number to Be Housed/Sheltered | 8,400 |

These collective plans and resources are intended to ensure that both Project Roomkey participants are able to connect to interim and permanent housing resources without returning to the street, while also moving other people identified in specific encampments out of unsheltered homelessness through the City's Homelessness Roadmap umbrella project. These efforts come in addition to LAHSA's normal efforts to maintain a homeless services system that has permanent housed approximately 20,000 people each year over the last three years and provides ongoing interim housing and services to tens of thousands more people.

i. **LAHSA's** *COVID-19 Recovery Plan*
In response to Project Roomkey and the urgent need to provide housing resources to many thousands more individuals facing heightened risk of hospitalization if infected with COVID-19, LAHSA proposed a COVID-19 Recovery Plan to the City and County, a comprehensive proposal to house 15,000 people experiencing homelessness over the coming months at a three-year cost of $609 million in new funding. The proposed plan sought to connect all people identified by the plan to permanent housing interventions by utilizing rental subsidies, shallow subsidies, and permanent supportive housing units. Given the funding commitments that the City and County were able to make in response to LAHSA's proposal, the Recovery Plan has been modified to serve an anticipated 4,700 individuals.

Following commitments of County ESG, Measure H, and CRF funding in July 2020 from the County Board of Supervisors, the City of Los Angeles committed $97 million in City ESG funding with expenditure authority of $30 million, to serve 3,000 people from the LAHSA Recovery Plan using rental subsidies. These 3,000 people are accounted for by both the LAHSA Recovery Plan and the City's Homelessness Roadmap. Of these 3,000 people anticipated to be served, a total of 1,885 housing placements are set aside for Project Roomkey participants, while the remaining 1,115 would be for other people served as part of the City's Homelessness Roadmap.

**Exh. A, Page 12**

| Table 5. LAHSA's COVID-19 Recovery Plan and Overlap with Other Initiatives | |
|---|---|
| Total Number Anticipated to be Housed Through LAHSA's Recovery Plan | 4,700 |
| Overlap with City Homelessness Roadmap | 3,000 |
| Among 3,000 Overlap, Origin of Participants: | |
| Project Roomkey Participants | 1,885 |
| Other Homelessness Roadmap Areas | 1,115 |

*ii. City of Los Angeles Homelessness Roadmap*
In response to the June 2020 agreement, LAHSA has initiated rehousing and sheltering of residents under the City's Homelessness Roadmap umbrella project, which details the City and County's joint commitment to fund interventions for 6,700 individuals, including both interim housing and permanent housing:

- LAHSA continues to meet with each of the City's Council Districts to discuss the Roadmap and reach understandings on how specific client populations would be prioritized for new resources funded through the Roadmap projects. These resources include interim housing (such as new shelters, "Tiny Home" communities, and safe parking sites) and permanent housing (including Rapid Re-Housing and shared housing).
- The City and LAHSA agreed to prioritize people who are highly vulnerable to COVID-19, age 65 and over, or residing in target encampments identified throughout the City of Los Angeles. In addition, some resources were agreed to be deployed to support the demobilization of Project Roomkey sites to ensure people sheltered through Project Roomkey would not return to unsheltered homelessness.
- LAHSA has placed a total of <u>274 people into permanent housing</u> that were previously experiencing unsheltered homelessness and identified through the Roadmap. In addition, <u>293 new interim housing beds have opened through</u> the Roadmap in the form of the Tiny Home Village in Council District 2 and three Project Homekey sites (one in Council District 1, and two sites in Council District 3) in the City in recent weeks, in addition to 1,109 other beds that have come online in the City since June 2020 in the form of 14 new A Bridge Home interim housing sites.
- As shared previously, the City is also funding LAHSA to provide about **3,000 Rapid Re-Housing rental subsidy slots**, including use of shared housing, utilizing federal Emergency Solutions Grant (ESG) funding, as part of the larger commitment to serve 6,700 individuals through the Roadmap. Of the 3,000 served with Rapid Re-Housing slots, about 1,885 of these slots will be dedicated towards housing Project Roomkey participants, while the remaining 1,115 slots will serve people currently experiencing unsheltered homelessness at target encampments.

*iii. Project Roomkey Demobilization Planning & Extensions*
As shared above, Project Roomkey sites are funded by the City and County, with eventual FEMA reimbursement to cover the costs of these sites. As a result of funding decisions by these entities, LAHSA was instructed to begin demobilizing many Project Roomkey sites during the

**Exh. A, Page 13**

summer and has worked to ensure that no Project Roomkey participant return to the street, despite the demobilizations. At the current moment, there are a total of 1,706 rooms contracted in the City (including sites funded by both City and County). Of the 1,706 remaining contracted rooms in the City, 857 of these contracted rooms are funded by the City, with the remaining rooms being funded by the County. The responses to Project Roomkey demobilization are shared below.

| Table 6. Remaining Project Roomkey Capacity in the City | |
|---|---|
| Current Contracted Rooms in the City, Funded by Any Source | 1,706 |
| Current Actively Enrolled Clients, Funded by Any Source | 993 |
| Current Contracted Rooms in the City, Funded by the City | 857 |
| Current Actively Enrolled Clients, Funded by the City | 676 |

- LAHSA is using Rapid Re-Housing resources to ensure that Project Roomkey sites undergoing demobilization does not lead to people going back to unsheltered homelessness in the City. To date, these participants have been served with federal Coronavirus Relief Funds (CRF) in the initial period, and are now being served with ESG funds. Of the over 6,000 people served through Project Roomkey throughout the County, a total of 675 Project Roomkey participants Countywide (including 455 Project Roomkey participants in the City) have moved out of Project Roomkey and into permanent housing to date, with many more move-ins to permanent housing expected in the coming weeks.
- The majority of participants that are exiting demobilizing Project Roomkey sites have moved into other interim housing, while only 4% of participants from demobilized sites have gone on to an unsheltered destination.
- Exits from Project Roomkey sites into permanent housing have accelerated in recent months: from July-October 2020, only 6% of exits from demobilizing Project Roomkey sites were to permanent housing. This number has more than tripled in November and December of 2020, with permanent housing placements accounting for nearly 20% of exits from demobilizing Project Roomkey sites in these two months.
- In the context of the launch of the City's Roadmap Plan, LAHSA's COVID-19 Recovery Plan, and the demobilization of some Project Roomkey sites, LAHSA has launched regular "Housing Surge Calls" with all recovery re-housing providers, Coordinated Entry System lead agencies, agencies providing housing navigation services, homeless engagement roadmap teams, and PATH Lease Up teams. These calls have allowed LAHSA to coordinate housing placements and services across the region faster than ever before.

**Exh. A, Page 14**

While LAHSA is coordinating efforts to demobilize Project Roomkey sites, the agency is also tasked with coordinated the extension and expansion of existing and new sites within the City of Los Angeles:

- After a decision from the City to extend the remaining three City-funded Project Roomkey sites in early February, LAHSA is in the process of contracting and filling 254 vacant rooms within these sites. Since February 10, LAHSA has moved 132 people into these sites.
- Assuming these sites remain open through September 2021, LAHSA anticipates serving an additional 1,203 people in these sites on account of the extension—the number of people served is expected to exceed the number of rooms as participants are expected to continue to transition out of these sites and into permanent housing, thus creating "turnover" in the rooms.
- Pending funding decisions being made by the City, LAHSA has targeted an additional four Project Roomkey sites in the City that could "remobilize" into Project Roomkey sites by April 1 for an additional 209 contracted rooms. LAHSA projects being able to serve an additional 394 people at these sites between April 1 and September should they be "remobilized."

**III.      RACIAL EQUITY IN HOMELESSNESS RECOVERY RESOURCES**

Advancing racial equity is central to LAHSA's efforts to address homelessness. Prior to COVID-19, Black people were disproportionately represented among people experiencing homelessness, accounting for 34% of the LA CoC's homeless population in the 2020 Greater Los Angeles Homeless Count, compared to 8% of the overall County population. The COVID-19 pandemic has amplified these inequities, with Black and Latinx people making up a disproportionate share of COVID-19 infections and deaths, along with a disproportionate share of job losses resulting from the economic contraction. Any strategy to address homelessness in Los Angeles must employ a racial equity lens if it is to meaningfully address homelessness—this is all the more so the case in light of COVID-19.

A. AD HOC COMMITTEE ON BLACK PEOPLE EXPERIENCING HOMELESSNESS

In recognition of the disparities noted above, LAHSA convened the *Ad Hoc Committee on Black People Experiencing Homelessness* in 2018. In December of that year, LAHSA released a report by the Ad Hoc Committee, a culmination of nine months of work by the 26-member committee detailing the ways in which systemic and institutional racism has created the disproportional number of Black people experiencing homelessness, the ways in which that racism is replicated in the homeless services system, and policy recommendations to address it. LAHSA is now in the process of launching work groups, including members from a diversity of experiences and racial/ethnic backgrounds, to put forth an action plan to eliminate racial disparities across the LA CoC homeless services system, as well as in other systems of care.

12

In response to findings from the Ad Hoc Committee, LAHSA is also engaging in racial equity research on racial inequities perpetuated by the homeless services system's assessment tools, as well as research on PSH, and understanding the reasons that Black people are more likely to fall out of PSH than other occupants.

B. RACIAL EQUITY IN PROJECT ROOMKEY

In the early stages of Project Roomkey, data from service providers revealed that existing criteria for the program were resulting in a share of participants in the program that did not match the disproportionate share of Black people within the larger homeless population. In response, LAHSA developed a new policy for filling open Project Roomkey rooms, utilizing the "Disadvantaged Communities" criteria developed by CalEnviroScreen to better capture the unique vulnerabilities of Black people experiencing homelessness that traditional assessment tools may fail to capture. LAHSA approved the "Most Disadvantaged Communities" policy for filling Project Roomkey beds in June 2020. Since the approval of the new policy, Project Roomkey admissions have seen a significant increase in the proportion of Black people experiencing homelessness entering Project Roomkey sites, leading to the program's participants more accurately reflecting the racial composition of the homeless population.

C. RACIAL EQUITY IN RECOVERY PLAN HOUSING

LAHSA aims to further address racial disparities through the LAHSA COVID-19 Recovery Plan, which will rehouse the most vulnerable people experiencing homelessness. Using a set of criteria informed by DHS and analysis based on the CalEnviroScreen, LAHSA is developing an enrollment strategy to connect clients who have yet to be placed on a path for housing (e.g., through Project Roomkey enrollment) with a Recovery Plan housing resource. This plan will prioritize those populations who are at the highest levels of increased risk of severe illness to COVID-19 and who have been disparately impacted by the pandemic.

IV.    AN OVERVIEW OF SYSTEMWIDE APPROACHES TO HOMELESSNESS

A decade of work has gone into building up a regional response system to improve the equity, efficiency, and effectiveness of the homeless services system. As stated earlier, LAHSA is a federally-designated administrator of the LA CoC. As such, LAHSA is required to use a Coordinated Entry System (CES) and Homeless Management Information System (HMIS) to manage housing placements and service coordination. Before the establishment of CES and HMIS in Los Angeles, little to no coordination existed when service providers outreached to unsheltered individuals—leading to these individuals receiving fragmented services and repeat interactions with as many as 10 different entities. Whether someone was able to be placed into housing depended largely on the connections or skills of their particular case manager, with little in the way of regional efforts to ensure equity, consistency, or accountability across these efforts.

**Exh. A, Page 16**

In early 2011, the CES was put into practice through a series of pilots in Skid Row. In 2014, CES was expanded to all Service Planning Areas in Los Angeles County. This was followed by extensive planning between City, County, LAHSA, and many more stakeholders over 2015 and 2016 to create the County's Approved Strategies to Combat Homelessness and the City's Comprehensive Homeless Plan to detail how to deploy new funding to build on CES. This funding was provided after City voters passed Proposition HHH in November 2016 and County voters approved Measure H in March 2017.

The creation of a regional system and systemwide planning effort, coupled with the infusion of resources, has led the number of annual housing placements to increase from 9,658 in 2014 (when the CES was expanded) to 22,769 in 2019, a 136% increase over five years. The Los Angeles region must build on systemwide approaches to achieve further progress and eschew policy changes that would undermine the regional, systemwide approach that is responsible for the continued acceleration of housing placements in Los Angeles.

In addition, as fragmentation occurs, equity in homeless services outcomes suffers. Systems that are more complex are less equitable, as the most disadvantaged populations struggle to navigate a complex set of eligibility criteria for being served that varies city by city.

## V.     RECOMMENDATIONS TO THE COURT TO REMOVE BARRIERS TO REDUCING HOMELESSNESS

The Court can take several actions that would allow LAHSA, the City, and the County to rapidly increase the number of people moved into housing and shelter over the coming months. Most of these recommendations are related to supporting local partners to address homelessness from a systemwide approach and buttressing systemwide approaches to resource allocation. While there has been considerable progress in creating a regional system, too much decision-making, resource allocation, and prioritization of homeless populations remains fragmented.

To that end, LAHSA submits the following recommendations that would allow LAHSA, the City, and the County to adhere to the intent of the original 1993 joint powers agreement, by giving LAHSA the flexibility to focus city and county resources on moving people out of homelessness as efficiently and equitably as possible:

**I. Support a systemwide approach to homelessness:** The Court can emphasize a balanced approach that encourages the City and County to work with LAHSA to maintain and build on a systemwide approach to homelessness, rather than a fragmented approach. Fragmented decision-making and resource allocation limits the overall number of people that are housed and sheltered Citywide and regionwide, adds significant administrative burden, and draws resources away from the activities of optimizing performance and maximizing placements in permanent and interim housing. LAHSA would welcome the opportunity to speak with the Court to identify specific examples of fragmentation of resource allocation and decision-making within the homeless services system.

14

**Exh. A, Page 17**

**II. Support a balanced approach that creates system flow by coordinating interim interventions with housing interventions:** <u>LAHSA's homeless services systems analysis notes that an optimal homeless system invests in five permanent housing resources for every one interim housing resource.</u> The Los Angeles region can invest in more permanent housing interventions (including rental subsidies, supportive housing, affordable housing, and problem solving interventions) to create greater flow-through out of new interim interventions.

**III. Support removing federal barriers to housing and shelter:** LAHSA recommends that the Biden Administration, in partnership with the federal court, compel the Social Security Administration to grant CoCs across the country access to client data. This lack of access currently hinders thousands of people in the homeless system from moving into PSH. We also recommend that federal entities compel HUD to allow continued flexibility in how ESG funding can be used, as was the case in the initial months of the COVID-19 pandemic. These two barriers present significant obstacles both for the full utilization of PSH units and the effective deployment of rental subsidies that can move people into existing housing units.

**IV. Support efforts to streamline contracting and reporting requirements:** In alignment with the above recommendations, LAHSA recommends working with the City of Los Angeles to review contracting and reporting requirements, and streamline these processes by consolidating reporting and contracting to ease administrative burden on City and County agencies, LAHSA, and service providers. This would allow agencies to focus their energies on managing service provider performance and accelerating placements into shelter and housing.

Taken together, these recommendations would significantly improve coordination and allow LAHSA, the City, and the County to maximize existing housing and funding to end more people's homelessness permanently. Implementing these recommendations would allow the staff and resources of the homeless services system to focus far more of their energies on moving people out of encampments and into available shelter and housing units. Instead, too many resources and too much staff time is consumed by navigating complex eligibility requirements and assembling difficult-to-obtain documentation to satisfy a variety of agencies.

Homeless services systems around the nation have shown that a regional approach coupling systemwide interventions and planning, including CES, creates more equity in our systems and brings more of our neighbors home. LAHSA thanks the Court for the opportunity to submit these recommendations to expedite efforts to shelter and house people experiencing homelessness. We look forward to advancing this work together with the Court, the City, and the County.

**Exh. A, Page 18**