LATHAM & WATKINS LLP
  Manuel A. Abascal (SBN: 171301)
   *manny.abascal@lw.com*
  Katherine Sawyer (SBN: 330412)
   *katherine.sawyer@lw.com*
  Molly K. Wyler (SBN: 299881)
   *molly.wyler@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Telephone:  +1.213.485.1234
Facsimile:  +1.213.891.8763

Attorneys for Non-Party As *Amicus Curiae*
Union Rescue Mission

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association, JOSEPH BURK, HARRY TASHDJIAN, KARYN PINSKY, CHARLES MALOW, CHARLES VAN SCOY, GEORGE FREM, GARY WHITTER, and LEANDRO SUAREZ, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 200 inclusive,<br><br>Defendants. | CASE NO. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**BRIEF ON BEHALF OF *AMICUS CURIAE* UNION RESCUE MISSION** |

# **TABLE OF CONTENTS**

**Page**

I.    INTRODUCTION ..................................................................................... 1

II.   BACKGROUND REGARDING AMICUS CURIAE ................................. 4

    A.    Union Rescue Mission ................................................................... 4

III.  HOMELESSNESS IS AN URGENT CRISIS THAT IS WORSENING AND REQUIRES IMMEDIATE ACTION ....................... 4

    A.    Homelessness in Los Angeles is a Crisis. ..................................... 4

        1.    The Homelessness Crisis is Catastrophic and Undisputed. ........................................................................... 5

        2.    The Homelessness Crisis is Deadly. .......................................... 6

        3.    Natural Disasters and Pandemics Disproportionately Affect the Homeless. ................................. 8

        4.    Homelessness Disproportionally Affects Racial Minorities. ...................................................................... 10

        5.    Service Providers Do Not Have the Capacity to Care for the Number of People Experiencing Homelessness. ................................................................. 11

    B.    The Homelessness Crisis Requires Immediate and Emergency Intervention. ............................................................... 12

IV.   THE CITY AND COUNTY HAVE NUMEROUS AVAILABLE PROPERTIES TO SERVE AS LOCATIONS FOR TEMPORARY HOUSING ................................................................. 13

V.    THE COURT'S POWER TO ORDER RELIEF ....................................... 13

BRIEF ON BEHALF OF *AMICUS CURIAE* UNION RESCUE MISSION

## TABLE OF AUTHORITIES

**Page(s)**

### CASES

*Brown v. Plata*,
563 U.S. 493 (2011) ......................................................................... 13

*Swann v. Charlotte-Mecklenburg Bd. of Ed.*,
402 U.S. 1 (1971) ............................................................................ 13

### OTHER AUTHORITIES

California State Auditor, *Homelessness in California: State Government and the Los Angeles Homeless Services Authority Need to Strengthen Their Efforts to Address Homelessness* at 22, Report Number: 2017-112 (Apr. 2018), https://www.auditor.ca.gov/pdfs/reports/2017-112.pdf ...................................... 6

City News Service, *This new LA County map track homeless population density and shelter capacity across LA*, L.A. Daily News (Dec. 11, 2019, 11:23 AM), https://www.dailynews.com/2019/12/10/this-new-la-county-map-tracks-homeless-population-density-and-shelter-capacity-across-la/ ............... 12

Coffey, Sean, *Study confirms serious health problems, high trauma rates among unsheltered people in U.S.*, UCLA Newsroom, (Oct. 7, 2019), https://newsroom.ucla.edu/releases/serious-health-conditions-trauma-unsheltered-homeless ........................................................... 4

Dep't of Pub. Health, L.A. Cnty., Recent Trends in Mortality Rates and Causes of Death Among People Experiencing Homelessness in L.A. County at 14 (Jan. 2021), http://publichealth.lacounty.gov/chie/reports/HomelessMortality2020_CHIEBrief_Final.pdf ("2021 Mortality Report")................................ 6, 7, 10

ii

Dep't of Public Health, L.A. County, *Summary Report of Covid-19 in People Experiencing Homelessness (PEH)* at 1 (2021), accessed March 3, 2021, http://publichealth.lacounty.gov/media/coronavirus/docs/Summary Report_People_Experiencing_Homelessness.pdf ("PEH COVID Summary") .................................................................................................. 9, 11

Fruen, Lauren, '*Collapse of a city that's lost control': Shocking new pictures from downtown LA capture the huge problem it faces with trash and rats amid fear of typhoid fever outbreak among LAPD*, Daily Mail, (June 2, 2019, 2:03 PM), https://www.dailymail.co.uk/news/article-7095533/Pictures-downtown-LA-capture-problem-faces-trash-tries-rodents.html ........................... 7

Galperin, Ron, *Meeting the Moment* (Sept. 9, 2020), https://lacontroller.org/wp-content/uploads/2020/09/Meeting-the-Moment-An-Action-Plan-to-Advance-Prop.-HHH.pdf ("Controller Report") ................................................................................................ 3, 11

Glass, Genevieve, *Garcetti announces new steps to address Los Angeles' homelessness crisis*, USC AnnenbergMedia (Oct. 16, 2019), http://www.uscannenbergmedia.com/2019/10/16/garcetti-announces-new-steps-to-address-los-angeles-homelessness-crisis/ .................... 5

Goodheart, Jessica, *Geography of Despair: Homeless Deaths Are LA's Other Epidemic*, LAist (June 18, 2020), https://laist.com/2020/06/18/homeless_deaths_are_las_other_epidemic.php ("Goodheart, *Geography of Despair*") .................................................... 9

Goodheart, Jessica, *Homeless Deaths in Los Angeles Rose by More than 30% in 2020*, Capital & Main (Feb. 2, 2021), https://capitalandmain.com/homeless-deaths-in-los-angeles-rose-by-more-than-30-percent-in-2020-0202 ("Goodheart, *Homeless Deaths*") .......................................................................................... 2, 9, 10

Hayes, Rob, *LA homelessness authority calls for government to treat homelessness crisis with same urgency as natural disaster*, abc7 Eyewitness News (Feb. 19, 2020), https://abc7.com/society/la-agency-wants-homeless-crisis-to-be-treated-like-natural-disaster/5945026/ ............................................................................. 5

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

BRIEF ON BEHALF OF *AMICUS CURIAE* UNION RESCUE MISSION

Kandel, Jason, *Typhus Epidemic Worsens in Los Angeles*, NBC Los Angeles, (February 1, 2019, 1:15 PM), https://www.nbclosangeles.com/news/local/typhus-epidemic-worsens-in-los-angeles/1238/. ..................................................................... 7

Koronowski, Ryan, *Climate change's growing impact on people experiencing homelessness, Think Progress* (Jun. 29, 2016 8:26 PM), https://archive.thinkprogress.org/climate-changes-growing-impact-on-people-experiencing-homelessness-219e2b8ba90d/ ......................... 8

L.A. Almanac, *Homeless Population Counts*, http://www.laalmanac.com/social/so14.php ...................................................... 2, 5

L.A. Cnty. Econ. Dev. Corp., *Pathways for Economic Resiliency: Los Angeles County 2021-2026* (Dec. 2020), https://wdacs.lacounty.gov/wp-content/uploads/2021/02/Pathways-for-Economic-Resiliency-Condensed-Report-FINAL.pdf?utm_content=&utm_medium=email&utm_name=&utm_source=govdelivery&utm_term= ("Pathways Report") ........................... 2, 9

LAHSA, 2020 Greater Los Angeles Homeless Count – Data Summary (Feb. 3, 2021), https://www.lahsa.org/documents?id=4692-2020-greater-los-angeles-homeless-count-total-point-in-time-homeless-population-by-geographic-areas.pdf ("2020 Homeless Count – Data Summary") ................................................................................. 5, 9

LAHSA, "2020 Greater Los Angeles Homeless Count Presentation" (2020), https://www.lahsa.org/documents?id=4558-2020-greater-los-angeles-homeless-count-presentation.pdf ("2020 Homeless Count – Presentation") .......................................................... 1, 3, 5, 10

McKinsey Glob. Inst., *Affordable housing in Los Angeles* (Nov. 2019), https://www.mckinsey.com/~/media/mckinsey/industries/public%20and%20social%20sector/our%20insights/affordable%20housing%20in%20los%20angeles%20delivering%20more%20and%20doing%20it%20faster/mgi-affordable-housing-in-los-angeles-full-report-vf.pdf ........................................................................... 13

Park, Brian, *The pandemic and hoarding are drying up vital food supplies to LA's homeless residents,* L.A. Times (Apr. 9, 2020), https://www.latimes.com/food/story/2020-04-09/coronavirus-homeless-los-angeles-skid-row-food ........................................................ 11, 12

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

BRIEF ON BEHALF OF *AMICUS CURIAE* UNION RESCUE
MISSION

Ray, Oliver, *In Sunny Los Angeles, More Homeless People Die From The Cold Than in SF And NYC, Combined*, L.A. Taco (Jan. 19, 2021), https://www.lataco.com/homeless-la-death-hypothermia/#:~:text=The%20Los%20Angeles%20Times%20found,%2C%20churches%2C%20and%20on%20sidewalks ("Ray, *In Sunny Los Angeles*") .................................................................................... 8

Report of the Special Rapporteur on extreme poverty and human rights on his mission to the United States of America ¶ 44, U.N. Doc. A/HRC/38/33/Add.1 (May 4, 2018), http://undocs.org/A/HRC/38/33/ADD.1 ........................................................... 7

Ryan, Harriet, *'Absolutely terrifying': Deputy city attorney says she contracted typhus at City Hall*, L.A. Times, (Feb. 9, 2019, 5:45 PM), https://www.latimes.com/local/lanow/la-me-ln-city-hall-typhus-20190209-story.html ................................................................... 7

Silva, Danielle, *With winter approaching, homeless shelters face big challenges against coronavirus*, NBC News, (Dec. 5, 2020), https://www.nbcnews.com/news/us-news/winter-approaching-homeless-shelters-face-big-challenges-against-coronavirus-n1249906 ......................................................................................... 12

Tinoco, Matt, *SoCal's Homeless Crisis Is Accelerating. Here Are The 2020 Numbers*, LAist (June 12, 2020), https://laist.com/2020/06/12/homeless-increase-los-angeles-2020.php ("Tinoco, *SoCal's Homeless Crisis*") ........................................ 2, 3, 10

USC Dornsife Equity Rsch. Inst. et al., No Going Back: Policies For An Equitable and Inclusive L.A. at 66 (2020), https://bj6.4b9.myftpupload.com/wp-content/uploads/2020/12/USC_ERI_no-going-back_policy_report.pdf ("No Going Back Report") ........................... 7, 9, 10, 11

Ward, Ethan, *They were homeless, now they're dead*, Crosstown (Feb. 10, 2021), https://xtown.la/2021/02/10/homeless-deaths-los-angeles/ ("Ward, *They Were Homeless*") .................................................*passim*

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
LOS ANGELES

BRIEF ON BEHALF OF *AMICUS CURIAE* UNION RESCUE
MISSION

## <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

This brief is submitted on behalf of Union Rescue Mission ("URM"), a non-profit that provides services to people experiencing homelessness in Los Angeles. We submit this brief at the Court's invitation and are simultaneously requesting that the Court allow URM to act as *amicus curiae* in this litigation so that it may continue to provide input to the Court.

## I.   INTRODUCTION

Today about five people experiencing homelessness will die on the streets in Los Angeles County (the "County").  The same will happen tomorrow, and the next day too.  At least 1,383 people experiencing homelessness died in Los Angeles County in 2020 alone.  Ethan Ward, *They were homeless, now they're dead*, Crosstown (Feb. 10, 2021), https://xtown.la/2021/02/10/homeless-deaths-los-angeles/ ("Ward, *They Were Homeless*").  This is as many people as fit in seven commercial airplanes.  If seven commercial airplanes crashed every year at Los Angeles International Airport, something would be done about it – immediately.  No one would suggest spending years modifying or fixing runways while planes keep crashing.  The same urgency needs to be shown towards people experiencing homelessness in Los Angeles City (the "City") and County.

Tragically, the number of deaths appears to be skyrocketing.  In January 2021, 165 homeless people died, an increase of 75.5% compared to January 2020.  Ward, *They Were Homeless*.  If this trend continues, we can expect over 2,400 homeless people to die in 2021.

In 2020, the Los Angeles Homeless Services Agency ("LAHSA") reported that 66,436 people were experiencing homelessness in Los Angeles County, with 41,290 homeless people in the City, representing 12.7% and 16.1% annual increases, respectively.  LAHSA, "2020 Greater Los Angeles Homeless Count Presentation" at 4 (2020), https://www.lahsa.org/documents?id=4558-2020-greater-los-angeles-homeless-count-presentation.pdf ("2020 Homeless Count –

1

Presentation").  Notwithstanding a small decrease from 2017 to 2018, homelessness has been increasing steadily in the County since at least 2009, and in the City since at least 2013.  L.A. Almanac, *Homeless Population Counts*, http://www.laalmanac.com/social/so14.php ("L.A. Almanac Homeless Count").  Although the homelessness count for 2021 was canceled due to Covid-19, the numbers of people experiencing homelessness is expected to have increased greatly due to the vast economic and public health impact of the Covid pandemic.  The Los Angeles County Economic Development Corporation estimates that Covid has resulted in over 20,000 additional people experiencing homelessness in the County.  L.A. Cnty. Econ. Dev. Corp., *Pathways for Economic Resiliency: Los Angeles County 2021-2026* at 44-45 (Dec. 2020), https://wdacs.lacounty.gov/wp-content/uploads/2021/02/Pathways-for-Economic-Resiliency-Condensed-Report-FINAL.pdf?utm_content=&utm_medium=email&utm_name=&utm_source=govd elivery&utm_term= ("Pathways Report").  As Reverend Bales of URM notes in a declaration filed concurrently herewith as **Exhibit A**, this means there are likely over 86,000 people experiencing homelessness in Los Angeles County, over 64,000 of whom are unhoused.  Ex. A ¶ 4.

This humanitarian crisis is on our sidewalks, in our parks, freeway underpasses and rights of way, in virtually every community in the City and County, and is having a tragically disproportionate effect on people of color.  Despite making up 7.9% of the County's population, "African Americans comprise 34% of the homeless, about four times their share of the county's population."  Jessica Goodheart, *Homeless Deaths in Los Angeles Rose by More than 30% in 2020*, Capital & Main (Feb. 2, 2021), https://capitalandmain.com/homeless-deaths-in-los-angeles-rose-by-more-than-30-percent-in-2020-0202 ("Goodheart, *Homeless Deaths*"); Matt Tinoco, *SoCal's Homeless Crisis Is Accelerating. Here Are The 2020 Numbers*, LAist (June 12, 2020), https://laist.com/2020/06/12/homeless-increase-los-angeles-2020.php ("Tinoco, *SoCal's Homeless Crisis*").  According to

2

this same report, "Latinx residents represent 48.5% of the County's population but are 36.51% of those experiencing homelessness." Tinoco, *SoCal's Homeless Crisis*. Government agencies have conceded that a startling 15,000 people of color experience homelessness as a result of institutional racism. 2020 Homeless Count – Presentation at 22.

And despite the passage of Proposition HHH in November 2016 homelessness continues to increase. The Los Angeles City Controller issued a report on September 9, 2020 stating that since Proposition HHH was passed in November 2016, only *three* projects with a total of 179 supportive units and 49 non-supportive units of housing have been completed. Ron Galperin, *Meeting the Moment* at 1 (Sept. 9, 2020), https://lacontroller.org/wp-content/uploads/2020/09/Meeting-the-Moment-An-Action-Plan-to-Advance-Prop.-HHH.pdf ("Controller Report"). During the same period of time the population experiencing homelessness jumped 45 percent, the number of deaths increased by 59 percent, and the total number of homeless people who died was 5,630 according to published reports. *Id*. at 1; Ward, *They Were Homeless*.

The evidence is clear – the failure to provide housing to the homeless is costing lives every day.

The homelessness crisis will continue to swell, and the disproportionate impact on minority communities will continue, unless immediate action is taken to provide shelter options for people in need. When natural disasters have left people in this country homeless, government agencies have immediately provided food and shelter to those displaced—no one has ever suggested that people left homeless by a flood, hurricane, or earthquake should be left homeless for several years until their housing is rebuilt. The same urgency must be shown to those living on the streets today while longer term solutions are planned and implemented.

3

## II.   BACKGROUND REGARDING AMICUS CURIAE

### A.   Union Rescue Mission

Union Rescue Mission is a longstanding nonpartisan, nonprofit organization providing comprehensive services to people experiencing homelessness in an effort to end the homelessness crisis in Los Angeles.  URM, established in 1891, is the oldest rescue mission in Los Angeles and one of the largest of its kind in the United States.  Dedicated to serving people experiencing homelessness in Skid Row, URM provides a comprehensive array of emergency and long-term services to people experiencing homelessness, including resources to meet individuals' immediate physical needs, such as shelter, food, clothing, and medical and dental care.  URM also provides additional supportive resources to people experiencing homelessness including recovery programs, transitional housing, legal assistance, education, counseling, and job training.

## III.   HOMELESSNESS IS AN URGENT CRISIS THAT IS WORSENING AND REQUIRES IMMEDIATE ACTION

### A.   Homelessness in Los Angeles is a Crisis.

The homelessness crisis in Los Angeles is nothing short of devastating. People are dying every day in the City and County *because* they are homeless. People are not just dying—their physical and mental health deteriorates the longer people remain unhoused and unsheltered.  Sean Coffey, *Study confirms serious health problems, high trauma rates among unsheltered people in U.S.*, UCLA Newsroom, (Oct. 7, 2019), https://newsroom.ucla.edu/releases/serious-health-conditions-trauma-unsheltered-homeless.  The longer people who may be temporarily homeless go without housing, the greater risk that they become chronically homeless with debilitating health conditions.  *See generally id*.  As this Court has observed, the existing crisis, combined with the impact of the Covid pandemic and soaring mental health and substance abuse issues, has led to a crisis

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

that "would typically follow a significant natural disaster in Southern California." Minute Order at 1 (Dkt. 205).

1.    *The Homelessness Crisis is Catastrophic and Undisputed.*

The material facts are not in dispute.  Los Angeles elected officials and government agencies have repeatedly declared the homelessness crisis a dire and urgent humanitarian issue that requires bold and immediate action.  Heidi Marston, Executive Director of LAHSA, recognizes that "[w]e have an emergency on our streets and we need an emergency response."  Rob Hayes, *LA homelessness authority calls for government to treat homelessness crisis with same urgency as natural disaster*, abc7 Eyewitness News (Feb. 19, 2020), https://abc7.com/society/la-agency-wants-homeless-crisis-to-be-treated-like-natural-disaster/5945026/.  Mayor Eric Garcetti has called the crisis the most "urgent of our time."  Genevieve Glass, *Garcetti announces new steps to address Los Angeles' homelessness crisis*, USC AnnenbergMedia (Oct. 16, 2019), http://www.uscannenbergmedia.com/2019/10/16/garcetti-announces-new-steps-to-address-los-angeles-homelessness-crisis/.

LAHSA has conceded that in 2020, Los Angeles County had 66,436 homeless individuals, of which, 41,290 were located in the City of Los Angeles alone.  LAHSA, 2020 Greater Los Angeles Homeless Count – Data Summary (Feb. 3, 2021), https://www.lahsa.org/documents?id=4692-2020-greater-los-angeles-homeless-count-total-point-in-time-homeless-population-by-geographic-areas.pdf ("2020 Homeless Count – Data Summary").  The County and City saw annual increases of approximately 13 percent and 16 percent, respectively, and a shocking 25 percent increase from just two years prior.  2020 Homeless Count – Presentation at 4; L.A. Almanac Homeless Count.  Almost 75 percent of persons experiencing homelessness in Los Angeles are unsheltered or living and sleeping in a place not meant for human habitation.  2020 Homeless Count - Data Summary (2020).  In comparison, as of 2017, only 5 percent of the people experiencing

5

homelessness in New York City were unsheltered.  California State Auditor, *Homelessness in California: State Government and the Los Angeles Homeless Services Authority Need to Strengthen Their Efforts to Address Homelessness* at 22, Report Number: 2017-112 (Apr. 2018), https://www.auditor.ca.gov/pdfs/reports/2017-112.pdf.

> 2.    *The Homelessness Crisis is Deadly.*

Like natural disasters, the homelessness crisis is deadly.  A record 1,267 homeless Angelenos passed away in 2019.  Dep't of Pub. Health, L.A. Cnty., Recent Trends in Mortality Rates and Causes of Death Among People Experiencing Homelessness in L.A. County at 14 (Jan. 2021), http://publichealth.lacounty.gov/chie/reports/HomelessMortality2020_CHIEBrief_ Final.pdf ("2021 Mortality Report").  In 2020, 1,383 homeless Angelenos died.  Ward, *They Were Homeless*.  People experiencing homelessness are dying at an alarming rate – approximately five per day.  *Id*.  The deaths continue to rise and so do the number of people living on the streets.  Indeed, the number of homeless deaths from 2014 to 2020 has doubled, in just six years.  2021 Mortality Report at 6 (Figure 1: LA County Homeless Deaths and Mortality Rates, 2014-2019).  There were 75 percent more deaths in January 2021 than there were in January 2020.  Ward, *They Were Homeless*.  If this past year's trend remains constant, Los Angeles will experience 2,400 homeless deaths in 2021 alone.  At the current pace more than six people experiencing homelessness in Los Angeles will die every single day, or one person every 3.5 hours.

Compared to the County's general population, people experiencing homelessness are "36 times more likely to die from a drug or alcohol overdose, four times more likely to die from [Chronic Heart Disease], 17 times more likely to die from transportation-related injuries, 15 times more likely to die by homicide, and eight times more likely to die by suicide[.]"  2021 Mortality Report at 12.  And while the County continues to deal with the catastrophic consequences of the

6

Covid-19 virus, "[f]or the combined months of January through July [of 2020], there were 26% more [homeless] deaths in 2020 than there were in 2019." *Id*.

The prevalence of disease has contributed significantly to the increasingly deadly conditions amongst the homeless population, including the reemergence of primitive diseases such as typhoid fever, which has largely been eradicated from developed countries through good hygiene, sanitation and availability of potable drinking water.  Lauren Fruen, *'Collapse of a city that's lost control': Shocking new pictures from downtown LA capture the huge problem it faces with trash and rats amid fear of typhoid fever outbreak among LAPD*, Daily Mail, (June 2, 2019, 2:03 PM), https://www.dailymail.co.uk/news/article-7095533/Pictures-downtown-LA-capture-problem-faces-trash-tries-rodents.html.  In 2019, the City designated Skid Row as a "typhus zone" after multiple Los Angeles Police Department officers contracted the disease.  Harriet Ryan, *'Absolutely terrifying': Deputy city attorney says she contracted typhus at City Hall*, L.A. Times, (Feb. 9, 2019, 5:45 PM), https://www.latimes.com/local/lanow/la-me-ln-city-hall-typhus-20190209-story.html; Jason Kandel, *Typhus Epidemic Worsens in Los Angeles*, NBC Los Angeles, (February 1, 2019, 1:15 PM), https://www.nbclosangeles.com/news/local/typhus-epidemic-worsens-in-los-angeles/1238/.  To the City's international embarrassment, the United Nations cited Los Angeles for "fail[ing] to meet even the minimum standards the United Nations High Commissioner for Refugees sets for refugee camps in the Syrian Arab Republic and other emergency situations."  Report of the Special Rapporteur on extreme poverty and human rights on his mission to the United States of America ¶ 44, U.N. Doc. A/HRC/38/33/Add.1 (May 4, 2018), http://undocs.org/A/HRC/38/33/ADD.1; USC Dornsife Equity Rsch. Inst. et al., No Going Back: Policies For An Equitable and Inclusive L.A. at 66 (2020), https://bj6.4b9.myftpupload.com/wp-content/uploads/2020/12/USC_ERI_no-going-back_policy_report.pdf ("No Going Back Report").

7

3.  *Natural Disasters and Pandemics Disproportionately Affect the Homeless.*

Los Angeles's homeless population is especially at risk during natural disasters and other extreme weather events.  The damage from even minor weather events like rain can be catastrophic.  This Court observed this damage firsthand when it visited Skid Row to observe the devastating impact of a recent rainstorm on the residents.  The Court noted the storm's particularly acute impact on "elderly women and victims of mental illness, at least one of whom was naked and suffering from hypothermia."  Minute Order at 2 (Dkt. 205).  Indeed, people experiencing homelessness are especially vulnerable to extreme heat and cold.  And extended exposure to pollution has led to people experiencing homelessness suffering from lung disease at double the rate of the general population.  Ryan Koronowski, *Climate change's growing impact on people experiencing homelessness, Think Progress*, (Jun. 29, 2016 8:26 PM), https://archive.thinkprogress.org/climate-changes-growing-impact-on-people-experiencing-homelessness-219e2b8ba90d/.  As noted by Reverend Bales in the declaration filed concurrently herewith, the number of people experiencing homelessness in Los Angeles who died from hypothermia in 2018 was larger than those in San Francisco and New York City combined—an extraordinary statistic considering the climates of the different cities.  Ex. A ¶ 13; *see also* Lexis-Oliver Ray, *In Sunny Los Angeles, More Homeless People Die From The Cold Than in SF And NYC, Combined*, L.A. Taco (Jan. 19, 2021), https://www.lataco.com/homeless-la-death-hypothermia/#:~:text=The%20Los%20Angeles%20Times%20found,%2C%20churches%2C%20and%20on%20sidewalks ("Ray, *In Sunny Los Angeles*").  Since 2019, 12 unhoused people died from hypothermia in Los Angeles, compared with just two people who died from hypothermia in San Francisco.  Ray, *In Sunny Los Angeles*.

8

The Covid-19 pandemic has unsurprisingly further exacerbated the crisis. With 66,436 people experiencing homeless already living in LA County, and moratoriums on evictions set to end this year, increases in homelessness are likely to rise significantly, likely seeing up to "120,000 tenant households falling into homelessness." 2020 Homeless Count – Data Summary; No Going Back Report at 71. Covid-19 has "increased the magnitude of existing problems and demonstrated the inadequacy of current 'solutions.'" *Id*. at 69. From February to November 2020 an estimated additional 20,000 people have become homeless in Los Angeles County. Pathways Report at 44-45.

In addition, cramped conditions and resource sharing is likely to contribute to infection rates among the homeless because preventative measures, such as social distancing and handwashing, are impractical if not impossible. On August 7, 2020, more than 1,200 homeless individuals had tested positive for Covid-19. No Going Back Report at 69. Seven months later, as of March 1, 2021, there were 6,927 confirmed cases of Covid-19 among the homeless. Dep't of Public Health, L.A. County, Summary Report of Covid-19 in People Experiencing Homelessness (PEH) at 1 (2021), accessed March 3, 2021, http://publichealth.lacounty.gov/media/coronavirus/docs/SummaryReport_People_Experiencing_Homelessness.pdf ("PEH COVID Summary"). The County reported more than 520 cases in the first two weeks of January 2021, alone. Goodheart, *Homeless Deaths*. This represents a marked increase from the average of 66 reported cases in both August and September, and an explosion from the reported 506 cases among the homeless as of June 15, 2020. Goodheart, *Homeless Deaths*; Jessica Goodheart, *Geography of Despair: Homeless Deaths Are LA's Other Epidemic*, LAist (June 18, 2020), https://laist.com/2020/06/18/homeless_deaths_are_las_other_epidemic.php ("Goodheart, *Geography of Despair*"). As of January 25, 2021, "123 people experiencing homelessness had died of Covid-19 since the beginning of the

9

pandemic," and experts have estimated that Covid-19 will claim the lives of upwards of "400 unhoused Los Angeles County residents."  Goodheart, *Homeless Deaths*; No Going Back Report at 69.

Despite this unprecedented crisis, the number of shelters available for the homeless has not increased significantly and, in fact, due to the safety measures needed for Covid, the number of available shelter beds have decreased.  As Reverend Bales notes, the number of available shelters has never been so low, while the number of people experiencing homelessness continues to grow.  Ex. A at ¶¶ 3, 5, 9-10.  Without an emergency response, the crisis will continue to grow to even larger unprecedented and catastrophic numbers.  In the face of continued inaction, the trend is unlikely to reverse.

4.    *Homelessness Disproportionally Affects Racial Minorities.*

Minority communities have disproportionately shouldered the brunt of the homelessness crisis.  "Without institutional racism, there would be 15,000 fewer people experiencing homelessness, almost all coming from African American & Native American populations."  2020 Homeless Count – Presentation at 22. "African Americans comprise 34% of the homeless, about four times their share of the county's population."  Goodheart, *Homeless Deaths*.  Despite accounting for only 7.9% of L.A. County's population, Tinoco, *SoCal's Homeless Crisis*, African-Americans made up 26% of the deaths among people experiencing homelessness in 2020.  Ward, *They Were Homeless*.  Further, there are "notable disparities" by race and ethnicity in the mortality rate trends of people experiencing homelessness. 2021 Mortality Report at 14.  "The all-cause mortality rate," which accounts for the increasing population size, "among Black and Latinx [people experiencing homelessness] increased from 2017 to 2019, while the rate among white [people experiencing homelessness] decreased slightly."  *Id*.  The rate of overdose deaths among "Black [people experiencing homelessness] nearly doubled and the rate among Latinx [people experiencing homelessness] increased by a third," a rise that

10

"can largely be attributed to increases among Black and Latinx [people experiencing homelessness]." *Id*. Neighborhoods with mostly Black and Latino tenants are also at a higher risk for falling into homelessness when the County's Covid eviction moratorium ends. No Going Back Report at 71. African Americans and Latinx account for 66 percent of Covid cases among people experiencing homelessness and 72 percent of the deaths as a result of Covid. PEH COVID Summary at 4.

As noted, none of these material facts are in dispute. The vast majority of the data cited above come from the defendants in this action, or agencies within their control.

5.      *Service Providers Do Not Have the Capacity to Care for the Number of People Experiencing Homelessness.*

The service providers do not have sufficient resources to meet the growing burden of sheltering unhoused persons. While the City has committed over $1.1 billion of Proposition HHH funds to permanent supportive housing, only $58 million has been provided to the shelter community. Controller Report at 7. The bulk of these funds has not been dedicated to increase shelter capacity but rather to shore up deteriorating shelters. *Id*. at 8. As a result, the number of shelter beds available for unhoused as a percentage of the total homeless population has fallen dramatically. The results are seen on the streets, in the parks, and on or near freeways. People experiencing homelessness have no place to go other than to be exposed to the elements.

The Covid pandemic is further disrupting service providers from providing much needed resources to people experiencing homelessness in Los Angeles. "There is more competition for food supplies in store aisles, diminishing a vital reservoir that food pantries and shelters have traditionally relied upon." Brian Park, *The pandemic and hoarding are drying up vital food supplies to LA's homeless residents,* L.A. Times (Apr. 9, 2020),

11

https://www.latimes.com/food/story/2020-04-09/coronavirus-homeless-los-angeles-skid-row-food.  URM is serving 3,000 meals every single day and demand for lunch has grown by 40%, and the Los Angeles Mission has had to suspend regular meal service.  *See id.*

### B.     The Homelessness Crisis Requires Immediate and Emergency Intervention.

On an average day there is insufficient shelter for people experiencing homelessness.  The convergence of the homelessness crisis and the Covid-19 epidemic has drastically limited the available space for people experiencing homelessness in Los Angeles.  Prior to 2020, Los Angeles County had less than 18,000 available shelter beds for the more than 44,000 unsheltered people.  City News Service, *This new LA County map track homeless population density and shelter capacity across LA*, L.A. Daily News (Dec. 11, 2019, 11:23 AM), https://www.dailynews.com/2019/12/10/this-new-la-county-map-tracks-homeless-population-density-and-shelter-capacity-across-la/.  And as a result of Covid, at shelters throughout Los Angeles County, capacity has dropped enormously to maintain social distancing between residents at the shelters.  Shelters, such as URM, simply have less space and cannot safely house as many displaced Los Angelenos.  The increase in people experiencing homelessness due to Covid causes "an influx of people into a system that does not have the ability to absorb a really huge increase in the number of individuals."  Danielle Silva, *With winter approaching, homeless shelters face big challenges against coronavirus*, NBC News, (Dec. 5, 2020), https://www.nbcnews.com/news/us-news/winter-approaching-homeless-shelters-face-big-challenges-against-coronavirus-n1249906.

For example, at URM, capacity dropped from 1,000 people to just 350.  Consequently, the numbers of people experiencing homelessness are the highest the County has ever seen, and people have the fewest places to go.  Despite the passage of Proposition HHH in 2016, the number of people experiencing

12

homelessness has only gone up and the number of available beds has not increased accordingly.

## IV. THE CITY AND COUNTY HAVE NUMEROUS AVAILABLE PROPERTIES TO SERVE AS LOCATIONS FOR TEMPORARY HOUSING

While City and County officials have more accurate inventories, URM is aware of many acres of government-owned land that could be put to immediate use to help stem the tide of homelessness that those same officials have recognized as an impending humanitarian crisis. In addition, numerous commentators have cited reforms that could dramatically and quickly make more housing available. *See, e.g.,* McKinsey Glob. Inst., *Affordable housing in Los Angeles* (Nov. 2019), https://www.mckinsey.com/~/media/mckinsey/industries/public%20and%20social%20sector/our%20insights/affordable%20housing%20in%20los%20angeles%20delivering%20more%20and%20doing%20it%20faster/mgi-affordable-housing-in-los-angeles-full-report-vf.pdf.

## V. THE COURT'S POWER TO ORDER RELIEF

At this stage, URM defers to the parties on the Court's question regarding its powers over the claims at issue, but notes that this Court does have broad authority to implement injunctive relief in light of the devastation caused by the ongoing homelessness crisis. *See Swann v. Charlotte-Mecklenburg Bd. of Ed.*, 402 U.S. 1, 15 (1971) ("Once a right and a violation have been shown, the scope of a district court's equitable powers to remedy past wrongs is broad, for breadth and flexibility are inherent in equitable remedies."); *Brown v. Plata*, 563 U.S. 493, 538 (2011) (a district court exercising its equitable power has broad discretion to fashion a flexible remedy that balances the various interests at stake). URM thanks the Court for requesting input from third parties, and respectfully requests that the Court continue to allow third parties to provide input to the Court if it intends to

13

impose equitable relief.  As service providers to people experiencing homelessness, URM is well informed on reforms that would improve services and housing for the homeless in the City and County.

Dated:  March 4, 2021

LATHAM & WATKINS LLP
Manuel A. Abascal
Katherine Sawyer
Molly K. Wyler


By /s/ Manuel A. Abascal
Manuel A. Abascal
Attorneys for *Amicus Curiae* Union Rescue Mission

14