# EXHIBIT A

LATHAM & WATKINS LLP
  Manuel A. Abascal (SBN: 171301)
   *manny.abascal@lw.com*
  Katherine Sawyer (SBN: 330412)
   *katherine.sawyer@lw.com*
  Molly K. Wyler (SBN: 299881)
   *molly.wyler@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Telephone:  +1.213.485.1234
Facsimile:  +1.213.891.8763

Attorneys for Non-Party As *Amicus Curiae*
*Union Rescue Mission*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association, JOSEPH BURK, HARRY TASHDJIAN, KARYN PINSKY, CHARLES MALOW, CHARLES VAN SCOY, GEORGE FREM, GARY WHITTER, and LEANDRO SUAREZ, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 200 inclusive,<br><br>Defendants. | CASE NO. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**DECLARATION OF REV. ANDREW J. BALES, M.A.T. IN SUPPORT OF AMICUS BRIEF ON BEHALF OF UNION RESCUE MISSION** |

# DECLARATION OF REV. ANDREW J. BALES, M.A.T.

I, Reverend Andrew J. Bales, M.A.T., state and declare as follows:

1.      I make this declaration based on my personal knowledge and information I have read and come to learn in my profession, except where I have indicated otherwise.  If called as a witness, I could and would testify competently and truthfully to these matters.

2.      I am president and chief executive officer ("CEO") of Union Rescue Mission ("URM").  I have nearly 35 years of experience in community outreach and service to people experiencing homelessness.  As CEO of URM, my present focus is organizing and working with community partners to address the epidemic of homelessness in Los Angeles.

3.      There are more people devastated by homelessness in Los Angeles than there has ever been, and there are fewer beds and fewer places for those people to immediately go than Los Angeles has had in many decades.

4.      In January 2020, according to LAHSA, there were 66,436 people devastated by homelessness in Los Angeles County, with approximately 48,000 people on the streets with nowhere permanent to lay their heads.

5.      Recently, with the many the impacts of Covid-19, the best estimate from a report commissioned by the Los Angeles County Department of Workforce Development, Aging and Community Services and drafted by the Los Angeles County Economic Development Corporation, indicates that over 20,000 precious souls have been added to the streets of Los Angeles County from February to November 2020.  That means a projected 86,000 people are now houseless in Los Angeles and heartbreakingly, more than 68,000 are on our streets.

6.      The most accurate barometer of correctly measuring the number of people on the streets, tragically, is the number of deaths on the streets.  According to data from the Los Angeles County Department of Public Health, deaths were up 104% in the past six years - from 630 people experiencing homelessness who died

2

in 2014 - to 1,267 souls lost in 2019.  Preliminary data from the Los Angeles County Medical Examiner-Coroner shows that 1,383 people experiencing homelessness died in 2020.  The Los Angeles County Medical Examiner-Coroner also preliminarily determined that deaths amongst the homeless are already up 75.5% from 94 in January 2020 to 165 in January 2021.  If this trend continues, we can expect over 2,400 deaths in 2021.

7.     Los Angeles City's (the "City") and Los Angeles County's (the "County") initial positive response to the Covid-19 crisis was to use community recreation centers for shelter beds, to use empty hotels to house temporarily people devastated by homelessness through Project Roomkey, and to implement other measures, all of which provided some hope.  Sadly, most of that hope has since diminished.

8.     The County's decision to release prisoners from custody without previously arranged living quarters decreased the capacity of missions and shelters to house people experiencing homelessness – capacity that was already limited due to social distancing.

9.     From my personal observations, the decompression of missions and shelters, closure of community recreation centers, winding down of Project Roomkey, slow development of Project Homekey, and extremely slow and very expensive development of permanent supportive housing units, have left us with far less than half the emergency beds we had available during January 2020.

10.     With less beds available than at any other time in the recent decades, more people devastated by homelessness than ever, and deaths skyrocketing, we are far beyond any tipping point of an epidemic of homelessness.

11.     The mythical belief that the slow to develop single-person units for 10,000 individuals is a silver bullet solution to homelessness is just that – a myth. According to the Los Angeles Controller's September 2020 report, since 2016 when Proposition HHH was approved, only approximately 230 units of housing

3

DECLARATION OF REV. ANDREW J. BALES, M.A.T. ISO
AMICUS BRIEF ON BEHALF OF UNION RESCUE MISSION

have been produced as of August 2020.  But at what cost?  The failure to spend significant funds on shelter beds to alleviate **immediate** suffering, instead, focusing on the mythical singular solution to homelessness, has not resulted in any number of impactful units being built, and from 2016 through 2021, 5,630 people devastated by homelessness have tragically died according to data from the Los Angeles County Medical Examiner-Coroner.

12.    Not only is permanent supportive housing not being built quickly enough, but it comes with a requirement of the harm reduction model, allowing alcohol and drugs to flow freely.  From 2017 through July 2020, drug and alcohol overdose was the leading cause of death amongst people devastated by homelessness on our streets and in our buildings, according to the Los Angeles County Department of Public Health.

13.    While we wait for permanent housing, and while there are not enough shelters or missions to house the unsheltered population in Los Angeles, people continue to die from the elements.  In 2018 more unhoused people died in Los Angeles from hypothermia than in San Francisco and New York City combined, according to the Los Angeles Times.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 4, 2021 at Los Angeles, California

Rev. Andrew J. Bales, M.A.T.

4