

FILED
CLERK, U.S. DISTRICT COURT
3/25/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___KD___ DEPUTY

**Citizens Preserving Venice**
**Friends of Venice Boardwalk**
**Ocean Front Walk Action Committee**               LA CV 20-2291-DOC

March 24, 2021

Dear Honorable Elected and Appointed Officials:

We are writing as a group of grassroots resident stakeholders to stress to you that our beloved coastal community, Venice, is in the throes of a humanitarian, safety and sanitation crisis. Venice is historically one of the most racially, culturally and economically diverse coastal communities in California, and one that offers coastal access to the largest, most socioeconomically and culturally diverse populations of beachgoers.

However, the current proliferation of homeless encampments and rapidly deteriorating safety and health conditions jeopardizes both unhoused and housed residents, as well as visitors seeking recreation along our coast.

This is taking place under your jurisdiction! Blight, drugs and gang violence are taking over swathes of our neighborhoods, including the crown jewel of Venice, Ocean Front Walk. Unhoused people are dying on our streets due to multiple failures of our government at all levels to address the festering problems that are plaguing our community, both unhoused and housed.
- It is inexcusable to leave thousands of people suffering on our streets with no alternatives to unsafe, squalid, living conditions.
- It is inexcusable that the City, County and State have not made the homelessness crisis their number one priority.
- It is inexcusable to accept failure as the new normal.
- It is inexcusable to point fingers instead of collaborating to end this crisis.
- It is inexcusable to continue pursuing policies that drive people from their homes.
- It is inexcusable that lack of political will at all levels of government has forced the Federal courts to take responsibility.
- It is inexcusable that the Governor, the County Supervisors, and the Mayor have all failed to utilize their broad emergency powers to overcome this crisis for un-housed people and housed communities.

We need your help!  We implore you, as representatives of the State of California, the County, and City of Los Angeles, to use your collective energy, creativity, intelligence and urgency to intervene immediately, and to collaborate with each other to protect both

the unhoused and housed residents of Venice from dramatically increased risks to our health, safety, and well-being.

Thank you,
Citizens Preserving Venice, Friends of Venice Boardwalk and
Ocean Front Walk Action Committee