1  RODRIGO A. CASTRO-SILVA (SBN 185251), *County Counsel*
   rcastro-silva@counsel.lacounty.gov
2  LAUREN M. BLACK (SBN 192302), *Assistant County Counsel*
   AMIE S. PARK (SBN 273346), *Deputy County Counsel*
3  500 West Temple Street, Suite 468
4  Los Angeles, California 90012
   Telephone:  (213) 974-1830
5  Facsimile:   (213) 626-7446

6  BYRON J. MCLAIN (SBN 257191)
7  bmclain@foley.com
   FOLEY & LARDNER, LLP
8  555 South Flower Street, Suite 3300
   Los Angeles, California 90071
9  Telephone:  (310) 972-4500
10 Facsimile:   (213) 486-0065

11 LOUIS R. MILLER (SBN 54141)
   smiller@millerbarondess.com
12 MIRA HASHMALL (SBN 216842)
   EMILY A. RODRIGUEZ-SANCHIRICO (SBN 311294)
13 MILLER BARONDESS, LLP
14 1999 Avenue of the Stars, Suite 1000
   Los Angeles, California 90067
15 Telephone:  (310) 552-4400
   Facsimile:   (310) 552-8400
16

17 Attorneys for Defendant
   COUNTY OF LOS ANGELES
18

19           **UNITED STATES DISTRICT COURT**

20      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

21

22 LA ALLIANCE FOR HUMAN          **CASE NO. 2:20-cv-02291 DOC-KES**
   RIGHTS, et al.,
23                                 **NOTICE TO THE COURT OF**
                                   **PAYMENT FROM COUNTY OF**
24         Plaintiffs,             **LOS ANGELES PURSUANT TO**
                                   **BINDING TERM SHEET**
25      v.

26 CITY OF LOS ANGELES, et al.,    Assigned to the Hon. David O. Carter
                                   and Magistrate Judge Karen E. Scott
27         Defendants.

28

*(left margin, vertical text)* MILLER BARONDESS, LLP · ATTORNEYS AT LAW · 1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067 · TEL (310) 552-4400  FAX: (310) 552-8400

503665.1

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On June 16, 2020, the County of Los Angeles ("County") and the City of Los Angeles ("City") reached a historic agreement to provide a total of 6,700 beds and services for people experiencing homelessness (PEH") in the City of Los Angeles within 18 months. (*See* Dkt. 136, Binding Term Sheet ("BTS") at ¶ 1.) The City is responsible for creating 5,300 new beds by April 16, 2021 and 700 additional new beds by December 16, 2021, for a total of 6,000 new beds. (*See* Dkt., BTS at ¶ 1.) The City also must provide an additional 700 beds by April 16, 2021 that "may be beds previously captured in an agreement or plan between the City and County." (*See* Dkt., BTS at ¶ 1.) The County has committed to pay up to $293 million over the next five years to support the City's obligation to provide the 6,000 new beds.

The County hereby notifies the Court that the County made its third payment ($17.67 million) to the City on March 24, 2021 in good faith. To date, the County has provided the City $53 million in its ongoing support of the City.

DATED: March 29, 2021          MILLER BARONDESS, LLP


By:  /s/ Mira Hashmall
     _____
     MIRA HASHMALL
     Attorneys for Defendant
     COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400