RODRIGO A. CASTRO-SILVA (SBN 185251), *County Counsel*
rcastro-silva@counsel.lacounty.gov
LAUREN M. BLACK (SBN 192302), *Assistant County Counsel*
AMIE S. PARK (SBN 273346), *Deputy County Counsel*
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:   (213) 974-1830
Facsimile:   (213) 626-7446

BYRON J. MCLAIN (SBN 257191)
bmclain@foley.com
FOLEY & LARDNER, LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:   (310) 972-4500
Facsimile:   (213) 486-0065

LOUIS R. MILLER (SBN 54141)
smiller@millerbarondess.com
MIRA HASHMALL (SBN 216842)
EMILY A. RODRIGUEZ-SANCHIRICO (SBN 311294)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES**<br><br>**DEFENDANT LOS ANGELES COUNTY'S NOTICE OF MOTION TO DISMISS**<br><br>Hearing Date: May 10, 2021<br>Time: 8:30 a.m.<br>Location: Courtroom 9D<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT,** pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Los Angeles County (the "County") hereby moves to dismiss all claims asserted by Plaintiffs in the Complaint against the County for lack of subject matter jurisdiction and for failure to state a claim. This Motion is set for hearing on May 10, 2021 before the Honorable David O. Carter in the United States District Court, Central District of California, Western Division, located at 411 West Fourth Street, Courtroom 9D, Santa Ana, CA, 92701-4516.

The Motion is well-taken. Under Rule 12(b)(1), dismissal for lack of subject matter jurisdiction should be granted because Plaintiffs have not sufficiently alleged Article III standing and "prudential" standing to assert their claims against the County. Plaintiffs have not alleged injuries that are "fairly traceable" to the alleged conduct of the County. Plaintiffs' claims are also not redressible because the broad and unmanageable injunction that they seek cannot be issued by this Court. Further, as a prudential matter, this Court cannot exercise jurisdiction because Plaintiffs are asserting generalized grievances against the County on behalf of third parties not before the Court and seek remedies that cannot be awarded by this Court.

In addition, under Rule 12(b)(6), Plaintiffs have not stated any of their federal or state law claims against the County. Plaintiffs' federal claims against the County are all asserted under 42 U.S.C. section 1983 and allege violations of the Fourteenth Amendment to the United States Constitution. But these claims fail because Plaintiffs have not alleged that (1) the County infringed fundamental rights or engaged in arbitrary action that shocks the conscience, (2) the County discriminated against suspect classes with deliberate indifference, (3) the County's officials affirmatively placed any Plaintiff in imminent risk of bodily harm, or (4) that the County could be liable, even if any of the above had been alleged, because the harm was caused by an official County policy, practice or custom under *Monell*.

Plaintiffs' state law claims fail as well because Plaintiffs invoke state statutes that grant the County *discretion* over how to spend funds and provide services to combat homelessness.  Further, the common law claims fail for an additional reason as the County and its policy-making officials are immune from suit under the California Government Code.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 that took place on Monday, March 22, 2021.  (Declaration of Mira Hashmall ¶ 20 & Ex. 19.)  This Motion is based on this Notice, the accompanying Memorandum of Law, the Declaration of Mira Hashmall and exhibits attached thereto, the Request for Judicial Notice, the pleadings and records on file in this action, and any further evidence or argument received by the Court in connection with the Motion.

DATED:  March 29, 2021                MILLER BARONDESS, LLP

By:     /s/ Louis R. Miller
    LOUIS R. MILLER
    Attorneys for Defendant
    COUNTY OF LOS ANGELES