RODRIGO A. CASTRO-SILVA (SBN 185251), *County Counsel*
rcastro-silva@counsel.lacounty.gov
LAUREN M. BLACK (SBN 192302), *Assistant County Counsel*
AMIE S. PARK (SBN 273346), *Deputy County Counsel*
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:  (213) 974-1830
Facsimile:  (213) 626-7446

BYRON J. MCLAIN (SBN 257191)
bmclain@foley.com
FOLEY & LARDNER, LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:  (310) 972-4500
Facsimile:  (213) 486-0065

LOUIS R. MILLER (SBN 54141)
smiller@millerbarondess.com
MIRA HASHMALL (SBN 216842)
EMILY A. RODRIGUEZ-SANCHIRICO (SBN 311294)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 552-4400
Facsimile:  (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>            Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES**<br><br>**DECLARATION OF MIRA HASHMALL IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS**<br><br>Hearing Date: May 10, 2021<br>Time: 8:30 a.m.<br>Location: Courtroom 9D<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

## DECLARATION OF MIRA HASHMALL

I, Mira Hashmall, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Miller Barondess, LLP, counsel of record for Defendant County of Los Angeles (the "County"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts. I make this declaration in support of the County's Motion to Dismiss and Request for Judicial Notice.

### Request for Judicial Notice

2. A true and correct copy of the February 2016 report published by the Los Angeles County Homeless Initiative ("Homeless Initiative"), titled "Approved Strategies to Combat Homelessness," is attached hereto as **Exhibit 1**. This exhibit is publically available at the Los Angeles County website https://homeless.lacounty.gov/wp-content/ uploads/2018/07/HI-ReportApproved 2.pdf.

3. A true and correct copy of the February 28, 2020 Homeless Initiative Quarterly Report No. 16, submitted to the Los Angeles County Board of Supervisors ("Board") by the Los Angeles County Chief Executive Office ("CEO") is attached hereto as **Exhibit 2.** This exhibit is publically available at Los Angeles County website https://homeless.lacounty.gov/wp-content/uploads/2020/03/Homeless-Initiative-Quarterly-Report-No.16-Brd-Memo.pdf.

4. A true and correct copy of the Measures appearing on the March 7, 2017 Ballot is attached hereto as **Exhibit 3.** These Measures are publically available at the Los Angeles County website https://www.lavote.net/ docs/rrcc/election-info/03072017-measures-appearing-on-ballot.pdf.

5. A true and correct copy of the September 29, 2017 report submitted to the Board by the CEO, titled "Homeless Initiative Measure H Strategy Implementation Plans," is attached hereto as **Exhibit 4.** This exhibit is publically

available at the Los Angeles County website https://homeless.lacounty.gov/wp-content/uploads/2019/02/Measure-H-Strategy-Implementation-Plans.pdf.

6. A true and correct copy of the September 15, 2020 report submitted to the Board by the CEO, titled "Fiscal Year 2020-21 Measure H and Homeless Housing, Assistance and Prevention (HHAP) Funding Recommendations," is attached hereto as **Exhibit 5.** This exhibit is publically available at the Los Angeles County website http://file.lacounty.gov/SDSInter/bos/supdocs/ 148681. pdf#search =%22% 22CEO-Homeless%20initiative%22%22.

7. A true and correct copy of the February 22, 2021 Countywide Homeless Initiative's Year Four performance evaluation prepared by Public Sector Analytics is attached hereto as **Exhibit 6.** This exhibit is publically available at the Los Angeles County website https://homeless.lacounty.gov/wp content/uploads/ 2021/03/ 2021-2-22-Transmitting-the-Countywide-Homeless-Initiatives-Year-Four-Performance-Evaluation-002.pdf?utm_content=&utm_ medium=email&utm _name=&utm_ source=govdelivery&utm_term=.

8. A true and correct copy of the May 15, 2020 report submitted to the Board by the CEO, titled "Piloting a Comprehensive Crisis Response to Ensure Post-COVID-19 Housing for Homeless Older Adults in Los Angeles County (Item No. 8, Agenda of April 14, 2020)," is attached hereto as **Exhibit 7.** This exhibit is publically available at the Los Angeles County website http://file.lacounty.gov/SDSInter/bos/supdocs/145234.pdf.

9. A true and correct copy of the March 15, 2021 Los Angeles County Emergency Operations Center COVID-19 Update is attached hereto as **Exhibit 8.** This exhibit is publically available at the Los Angeles County website https://covid19.lacounty.gov.

10. A true and correct copy of the July 2, 2020 report submitted to the Board by the CEO, titled "Developing a COVID-19 Recovery Plan Related to People Experiencing Homelessness (Item No. 4, Agenda of May 12, 2020)," is

attached hereto as **Exhibit 9.** This exhibit is publically available at the Los Angeles County website http://file.lacounty.gov/SDSInter/bos/supdocs/145804.pdf.

11. A true and correct copy of the March 24, 2020 report submitted to the Board by the CEO, titled "Establishing a Comprehensive Homelessness Crisis Response Strategy in Los Angeles (Item No. 2, Agenda of January 21, 2020)," is attached hereto as **Exhibit 10.** This exhibit is publically available at the Los Angeles County website http://file.lacounty.gov/SDSInter/bos/supdocs/145145.pdf.

12. A true and correct copy of the April 14, 2020 Revised Motion by Los Angeles County Supervisors Mark Ridley-Thomas and Janice Hahn, titled "Piloting a Comprehensive Crisis Response to Ensure Post-COVID-19 Housing for Homeless Older Adults in Los Angeles County," is attached hereto as **Exhibit 11.** This exhibit is publically available at the Los Angeles County website http://file.lacounty.gov/ SDSInter/bos/supdocs/145359.pdf.

13. A true and correct copy of the Board's April 14, 2020 Statement of Proceedings is attached hereto as **Exhibit 12**. This exhibit is publically available at the Los Angeles County website http://file.lacounty.gov/ SDSInter/bos/sop/1071503_041420.pdf.

14. A true and correct copy of the May 12, 2020 Motion by Los Angeles County Supervisors Sheila Kuehl and Mark Ridley-Thomas, titled "Developing a COVID-19 Recovery Plan Related to People Experiencing Homelessness," is attached hereto as **Exhibit 13.** This exhibit is publically available at the Los Angeles County website http://file.lacounty.gov/SDSInter/bos/supdocs/145559.pdf.

15. A true and correct copy of the Board's May 12, 2020 Statement of Proceedings is attached hereto as **Exhibit 14**. This exhibit is publically available at the Los Angeles County website http://file.lacounty.gov/ SDSInter/bos/sop/1072802_051220.pdf.

16. A true and correct copy of the May 2, 2017 report to the Board, titled "Adopt the Department of Mental Health's Mental Health Services Act Three-Year

1  Program and Expenditure Plan for Fiscal Years 2017-18, 2018-19 and 2019-20," is attached hereto as **Exhibit 15**. This exhibit is publically available at http://file.lacounty.gov/SDSInter/bos/supdocs/113337.pdf.

17. A true and correct copy of excerpts from the Los Angeles County Department of Mental Health's website are attached hereto as **Exhibit 16**. This exhibit is publically available at dmh.lacounty.gov/about/mhsa/announcements.

18. A true and correct copy of the County's Report of Available Resources for People Experiencing Homelessness, filed with this Court at ECF Dkt. No. 189, is attached hereto as **Exhibit 17**.

19. A true and correct copy of the December 3, 2020 Homeless Initiative Quarterly Report No. 18, submitted to the Board by the CEO is attached hereto as **Exhibit 18.** This exhibit is publically available at Los Angeles County website https://homeless.lacounty.gov/wp-content/uploads/2020/12/Homeless-Initiative-Quarterly-Report-No.-18.pdf.

**Local Rule 7-3 Meet and Confer**

20. Before filing the Motion to Dismiss, the County informed Plaintiffs of the arguments in support of the Motion and requested that counsel participate in a pre-motion meet and confer. A true and correct copy of the County's March 15, 2021 letter to Plaintiffs is attached hereto as **Exhibit 19**. Counsel participated in a virtual meet and confer on Monday, March 22, 2021. The parties were unable to resolve or narrow their disputes, and Plaintiffs declined to amend the Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of March 2021, at Los Angeles, California.

/s/ Mira Hashmall
Mira Hashmall

**INDEX OF EXHIBITS TO THE DECLARATION OF MIRA HASHMALL**

| Ex. No. | Description | Pg. No. |
|---|---|---|
| 1. | February 2016 Report published by the Los Angeles County Homeless Initiative | 8-138 |
| 2. | February 28, 2020 Homeless Initiative Quarterly Report No. 16 | 139-221 |
| 3. | Measures appearing on the March 7, 2017 Ballot | 222-225 |
| 4. | September 29, 2017 report submitted to the Board by the CEO, titled "Homeless Initiative Measure H Strategy Implementation Plans" | 226-301 |
| 5. | September 15, 2020 report submitted to the Board by the CEO, titled "Fiscal Year 2020-21 Measure H and Homeless Housing, Assistance and Prevention (HHAP) Funding Recommendations" | 302-338 |
| 6. | February 22, 2021 Countywide Homeless Initiative's Year Four performance evaluation prepared by Public Sector Analytics | 339-414 |
| 7. | May 15, 2020 report submitted to the Board by the CEO, titled "Piloting a Comprehensive Crisis Response to Ensure Post-COVID-19 Housing for Homeless Older Adults in Los Angeles County (Item No. 8, Agenda of April 14, 2020)" | 415-448 |
| 8. | March 15, 2021 Los Angeles County Emergency Operations Center COVID-19 Update | 449-454 |
| 9. | July 2, 2020 report submitted to the Board by the CEO, titled "Developing a COVID-19 Recovery Plan Related to People Experiencing Homelessness (Item No. 4, Agenda of May 12, 2020)" | 455-464 |
| 10. | March 24, 2020 report submitted to the Board by the CEO, titled "Establishing a Comprehensive Homelessness Crisis Response Strategy in Los Angeles (Item No. 2, Agenda of January 21, 2020)" | 465-483 |

| Ex. No. | Description | Pg. No. |
|---|---|---|
| 11. | April 14, 2020 Revised Motion by Los Angeles County Supervisors Mark Ridley-Thomas and Janice Hahn, titled "Piloting a Comprehensive Crisis Response to Ensure Post-COVID-19 Housing for Homeless Older Adults in Los Angeles County" | 484-487 |
| 12. | Board's April 14, 2020 Statement of Proceedings | 488-546 |
| 13. | May 12, 2020 Motion by Los Angeles County Supervisors Sheila Kuehl and Mark Ridley-Thomas, titled "Developing a COVID-19 Recovery Plan Related to People Experiencing Homelessness" | 547-551 |
| 14. | Board's May 12, 2020 Statement of Proceedings | 552-611 |
| 15. | May 2, 2017 report to the Board, titled "Adopt the Department of Mental Health's Mental Health Services Act Three-Year Program and Expenditure Plan for Fiscal Years 2017-18, 2018-19 and 2019-20" | 612-902 |
| 16. | Excerpts from the Los Angeles County Department of Mental Health's website | 903-918 |
| 17. | County's Report of Available Resources for People Experiencing Homelessness | 919-936 |
| 18. | December 3, 2020 Homeless Initiative Quarterly Report No. 18, submitted to the Los Angeles County Board of Supervisors | 937-1003 |
| 19. | March 15, 2021 Letter re Motion to Dismiss | 1004-1008 |