# EXHIBIT 2

Exhibit 2 Page 139



**SACHI A. HAMAI**
Chief Executive Officer

# County of Los Angeles
# CHIEF EXECUTIVE OFFICE

Kenneth Hahn Hall of Administration
500 West Temple Street, Room 713, Los Angeles, California 90012
(213) 974-1101
http://ceo.lacounty.gov

Board of Supervisors
**HILDA L. SOLIS**
First District

**MARK RIDLEY-THOMAS**
Second District

**SHEILA KUEHL**
Third District

**JANICE HAHN**
Fourth District

**KATHRYN BARGER**
Fifth District

February 28, 2020

To:        Supervisor Kathryn Barger, Chair
           Supervisor Hilda L. Solis
           Supervisor Mark Ridley-Thomas
           Supervisor Sheila Kuehl
           Supervisor Janice Hahn

From:      Sachi A. Hamai
           Chief Executive Officer

## HOMELESS INITIATIVE QUARTERLY REPORT NO. 16 (ITEM NO. 47, FEBRUARY 9, 2016 AGENDA)

On February 9, 2016, the Board of Supervisors (Board) approved the Los Angeles County Homeless Initiative (HI) recommendations, which included 47 Strategies to combat homelessness, and instructed the Chief Executive Office (CEO) to report back to the Board on a quarterly basis regarding the implementation status and outcomes of each Strategy. On December 6, 2016, the Board approved four new Strategies as part of the Measure H Ordinance and they are also included in the CEO's quarterly reports.

Attached is the HI's 16th quarterly report, updated to include data from October 1, 2019 through December 31, 2019. The report shows that we are making measurable progress across all dimensions of the County's commitment to combat and prevent homelessness. While the numbers of those directly served by HI Strategies are encouraging, a humanitarian crisis of such complexity will require sustained focus and collaboration with the County's partners and stakeholders. The HI continues to work closely and build capacity with a diverse and ever-growing network of partners to serve many more of our homeless neighbors.

The next quarterly report will be provided on May 15, 2020.

If you have any questions, please contact Phil Ansell, Homeless Initiative Director, at 213-974-1752 or pansell@ceo.lacounty.gov.

SAH:FAD:TJM
PA:JR:SH:ib

*"To Enrich Lives Through Effective and Caring Service"*

**Exhibit 2 Page 140**

Each Supervisor
February 28, 2020
Page 2

Attachments

c:     Executive Office, Board of Supervisors
       County Counsel
       District Attorney
       Sheriff
       Alternate Public Defender
       Animal Care and Control
       Arts and Culture
       Beaches and Harbors
       Child Support Services
       Children and Family Services
       Consumer and Business Affairs
       Fire
       Health Services
       Human Resources
       LA County Library
       Los Angeles County Development Authority
       Mental Health
       Military and Veterans Affairs
       Parks and Recreation
       Probation
       Public Defender
       Public Health
       Public Social Services
       Public Works
       Regional Planning
       Registrar-Recorder/County Clerk
       Workforce Development, Aging and Community Services
       Superior Court
       Los Angeles Homeless Services Authority

**Exhibit 2 Page 141**



David Blumenkrantz Art

**QUARTERLY REPORT #16**
**FEBRUARY 2020**

Exhibit 2 Page 142

# CONTENTS

HOMELESS INITIATIVE: INTRODUCTION — 3

HOMELESS INITIATIVE IMPLEMENTATION
- HIGHLIGHTS — 4 - 7
- SUCCESS STORIES — 8 - 14

PUBLIC ACCOUNTABILITY
- PERFORMANCE DATA & EXPENDITURES SUMMARY — 15
- AB 210 IMPLEMENTATION IN LA COUNTY — 16
- MEASURE H FUNDING RECOMMENDATIONS PROCESS — 17
- MEASURE H CONTRACT DIRECTORY — 18

OTHER KEY ACTIVITIES
- URGENT HOUSING ACTION PLAN AND GIS MAP — 19
- MAINSTREAM SYSTEM HOMELESSNESS PREVENTION — 20
- EXPANDING EVICTION DEFENSE PROGRAM — 21
- SAFE PARKING AT COUNTY SITES — 22
- CITIES & COUNCILS OF GOVERNMENT UPDATE — 23

EXHIBITS — 24



2

Exhibit 2 Page 143

# HOMELESS INITIATIVE: INTRODUCTION



More than four years ago, the **Los Angeles County Board of Supervisors** made a bold move and created the County Homeless Initiative, which underscored homelessness as a **top regional priority**. With the creation of the Homeless Initiative and passage by voters of the landmark Measure H sales tax in March 2017 – which is generating an estimated $355 million annually - we have accelerated our critical work to **improve the lives of individuals and families experiencing homelessness**.

While movements take time to build, **thousands of individuals and families** have already been helped through a **major expansion** of outreach, emergency shelter, rapid rehousing, and permanent supportive housing for homeless disabled adults – **in all parts of the County**.

This is a **community-wide undertaking** made possible only through **sustained collaboration** among dedicated service providers, County departments, civic leaders, cities, businesses, labor, faith-based institutions and community coalitions —and a galvanized public—who **share the mission to prevent and combat homelessness** in L.A. County.

The Homeless Initiative's **16th quarterly report** covering the period of July 1, 2017 thru December 31, 2019 - **includes 30 months of Measure H outcomes** and shows that we are making measurable progress across the full scope of the **County's commitment** to combat and prevent homelessness. Although there was an increase in the County's homeless population between 2018 and 2019, the increase was much smaller than the increase experienced by surrounding Counties, which can be directly attributed to Measure H.

As the critical work continues, there is a **powerful sense of community and commitment** across Los Angeles County that, together, we can bring our homeless neighbors home and **achieve lasting change**.



3

**Exhibit 2 Page 144**

# HOMELESS INITIATIVE IMPLEMENTATION

Of the 51 HI Strategies approved by the Board, **ALL have now been fully or partially implemented**, as reflected in Exhibit I.  Of the 21 Strategies funded through Measure H, all have been implemented.  Implementation status and next steps for the 51 HI strategies can be found in Exhibit II.

## 19,767
**PERMANENTLY HOUSED THROUGH MEASURE H STRATEGIES SINCE JULY 2017**

## PERMANENTLY HOUSED THROUGH MEASURE H STRATEGIES

A total of **19,767 individuals and family members have been permanently housed** because of Measure H strategies since July 2017. Since July 2019, **4,316 individuals and family members have been permanently housed** through strategies funded by Measure H.

## A1 AND A5: HOMELESS PREVENTION PROGRAM FOR FAMILIES AND INDIVIDUALS

**643** new families were assisted with prevention services through the Family Solutions Centers.  During the same time period, **286** families exited the program and, of those, **226 (79 percent)** either retained their housing or transitioned into other permanent housing. In the same time period, **937** new individuals were assisted in the Homeless Prevention Program for Individuals. Between July and December 2019, **654** individuals exited the program and, of those, **522 (80 percent)** either retained their housing or transitioned into other permanent housing.

## 39,218
**PLACED IN INTERIM HOUSING FACILITIES THROUGH MEASURE H STRATEGIES SINCE JULY 2017**

## INTERIM HOUSING FUNDED IN WHOLE OR IN PART THROUGH MEASURE H STRATEGIES

A total of **39,218 individuals and family members entered interim housing** funded in whole or in part by Measure H since July 2017.  Since July 2019, **9,726 individuals and family members entered interim housing** funded in part or in whole by Measure H.

*All highlights feature data for FY 2019-20 unless noted otherwise.

**QUARTERLY REPORT #16 – PUBLISHED FEBRUARY 2020**



4

**Exhibit 2 Page 145**

# HOMELESS INITIATIVE IMPLEMENTATION

## B3: PARTNER WITH CITIES TO EXPAND RAPID RE-HOUSING (RRH)

**1,801** RRH participants secured permanent housing with or without a RRH subsidy. Of RRH participants who secured housing with an RRH subsidy, **370** exited the program to permanent housing. These participants represent **77% of the 482** participants who exited the program to any destination.

**370**

PARTICIPANTS EXITED RRH INTO PERMANENT HOUSING THROUGH B3

## B4: FACILITATE UTILIZATION OF FEDERAL HOUSING SUBSIDIES

The participating Public Housing Authorities throughout the County provided **$2,288,145** in incentives to landlords to help house 1,139 formerly homeless individuals and families with housing vouchers.

**2,850**

INDIVIDUALS RECEIVED INTERIM HOUSING AFTER EXITING INSTITUTIONS

## B7: INTERIM/BRIDGE HOUSING FOR THOSE EXITING INSTITUTIONS

**2,850** individuals discharged from institutions were provided interim housing administered by DPH, DHS or LAHSA.

## C4/C5/C6: ESTABLISH A COUNTYWIDE SSI AND VETERANS BENEFITS ADVOCACY PROGRAM FOR PEOPLE EXPERIENCING HOMELESSNESS OR AT RISK OF HOMELESSNESS

Countywide Benefits Entitlement Services Teams assisted **3,486** new disabled individuals to begin pursuing applications for SSI and/or Veterans Disability Benefits.

**3,486**

BEGAN PURSUING DISABILITY BENEFITS THROUGH C4/C5/C6

*All highlights feature data for FY 2019-20 unless noted otherwise.

**QUARTERLY REPORT #16 – PUBLISHED FEBRUARY 2020**



5

**Exhibit 2 Page 146**

# HOMELESS INITIATIVE IMPLEMENTATION

## 689

**INMATES RECEIVED JAIL IN-REACH SERVICES THROUGH D2**

### D2: EXPANSION OF JAIL IN-REACH

**689** inmates received D2 Jail In-Reach services.

## 749

**INDIVIDUALS PLACED IN PERMANENT HOUSING THROUGH D7**

### D6: CRIMINAL RECORD CLEARING PROJECT

The Public Defender (PD) held **68** record clearing services events and the City Attorney (CA) held **38** record clearing events throughout the County. The PD engaged **449** clients and filed **964** petitions for dismissal or reduction. **451** petitions filed by the PD (including some filed last FY) have been granted since July 2019. The CA engaged **704** clients and filed **1,360** petitions for dismissal or reduction. **1,504** petitions filed by the CA have been granted since July 2019.

## 1,247

**INDIVIDUALS LINKED TO NEW ICMS SLOTS THROUGH D7**

### D7: PROVIDE SERVICES & RENTAL SUBSIDIES FOR PERMANENT SUPPORTIVE HOUSING

**1,247** clients were linked to new D7 Intensive Case Management Services (ICMS) slots. In the same time period, **781** additional participants who were residing in existing PSH units that had insufficient supportive services received D7 ICMS services to increase housing retention. **990** clients received federal rental subsidies, **210** clients received local rental subsidies, and **749** clients were newly placed in D7 permanent supportive housing.

*(Note: Strategy D7 anticipates slot growth on a fiscal year basis. DHS slot growth has been adversely impacted due to a slowdown in federal subsidies needed to meet D7 goals.  DHS is unable to fill existing vacant slots or add new slots without the availability of additional federal subsidies.)*

**\*All highlights feature data for FY 2019-20 unless noted otherwise.**

**QUARTERLY REPORT #16 – PUBLISHED FEBRUARY 2020**

6

**Exhibit 2 Page 147**

# HOMELESS INITIATIVE IMPLEMENTATION

## E4: FIRST RESPONDERS TRAINING

**595** Los Angeles Sherriff's Department (LASD) deputies and sergeants and **13** non-LASD law enforcement personnel, and **296** non-law enforcement first responders were trained using the LASD first responder training.

## E6: COUNTYWIDE OUTREACH SYSTEM

**4,854** individuals were newly engaged by Countywide Outreach Teams and **10,898** individuals were engaged by Countywide Outreach Teams (including some who had also been engaged in previous reporting periods). Teams connected **6,298** individuals to services, placed **733** individuals into interim housing, and linked **393** individuals to a permanent housing program.

## E8: ENHANCE THE EMERGENCY SHELTER SYSTEM

**8,640** individuals entered crisis, bridge, and interim housing funded in whole or in part by Measure H (strategy E8). During the same period of time, **1,629** individuals exited interim housing to permanent housing, amounting to **27** percent of all exits from interim housing.

# 1,363

**YOUTH ASSESSED USING THE NEXT STEP TOOL**

## E14: ENHANCED SERVICES FOR TRANSITION AGE YOUTH

**1,363** youth were assessed using the Next Step Tool. **99** Transition Age Youth (TAY) exited TAY transitional housing to permanent housing, amounting to **44** percent of all exits during that time period.

*All highlights feature data for FY 2019-20 unless noted otherwise.*

**QUARTERLY REPORT #16 – PUBLISHED FEBRUARY 2020**



7

**Exhibit 2 Page 148**

# SUCCESS STORIES

## Housing Choice Voucher Program Helps End Homelessness for Dennis

Dennis (age 65) had been homeless and living in Warner Center Park for the past nine years. His mental health and substance abuse issues caused landlord-tenant problems and contributed to him having a criminal record – which ultimately led to his descent into homelessness.

Dennis was referred to the Housing Incentive Program (HIP) and was contacted soon after to begin viewing apartments.  He was pleased with the first unit he saw and signed a rental agreement.  Dennis felt the HIP process was fast, efficient and gave him hope. He expressed his gratitude to the HIP team in how they impacted his life to secure a home.

*Strategy B4:  Facilitate Utilization of Federal Housing Subsidies*



*"It's wonderful to have a house."*



**Exhibit 2 Page 149**

# SUCCESS STORIES



*"I showed my daughter it's possible to work and that my work matters."*

## Employment Program Gives Single Mom A Fresh Start

Sara-Monica, a 43-year-old single mother, had been couch surfing with her daughter. She also had not worked a formal job in approximately 15 years before enrolling in the Transitional Subsidized Employment (E-TSE) program.

Upon entering the E-TSE program, Sara-Monica was able to secure subsidized employment as an Office Assistant with MELA Counseling. She exceled in her role and even took on extra duties, which included case management and client-facing support. Sara-Monica was able to deliver excellent service to the clients she served – drawing from her lived experience, commitment to providing for her family, and passion for helping others.

Sara-Monica was offered a permeant position with MELA Counseling upon completion of her paid work experience. Due to her steady paycheck, she was also able to secure permanent housing for herself and her daughter.

*Strategy C1: Enhance the CalWORKs Subsidized Employment Program for Homeless Families*


Exhibit 2 Page 150

# SUCCESS STORIES

## Family Referral Provides Housing Opportunity to Relative in Need

About a year-and-a-half ago, Kevin began living in his car after the relative he had been staying with moved away and was unable to take him. The 21-year-old was able to maintain his job at Home Depot, but found it extremely difficult having to constantly worry about where he would sleep at night, how he was going to take a shower, and what he could afford to eat.

Luckily, Kevin had a sister who was participating in the My First Place (MFP) program and was able to connect him with MFP. Kevin has been highly successful in the program and has maintained employment while also attending Los Angeles Community College (LACC). Kevin is thriving in the program and notes that he is now able to focus on bettering himself through education rather than being concerned about where he will lay his head at night.

*Strategy E14: Enhanced Services for Transition Age Youth*



*"First Place has had an extremely positive influence on my life.*


**Exhibit 2 Page 151**

# SUCCESS STORIES



*"Do not take NO for an answer."*

## Path to Employment

Kevin, age 48, is experiencing homelessness by living in his tent near the 5 freeway in Valencia, Ca. He had been in and out of homeless shelters and was doubtful of the services and resources they provided after feeling let down by most in the past.

After working with "Bridge to Home" homeless shelter, Kevin was referred to LA:RISE and started working with a career specialist on August 19th. By August 29th, Kevin began his work experience at the Stevenson Ranch Goodwill store and was able to gain permanent employment there before completing the program. He now has the motivation to better his life circumstances and is ready to get off the streets, once and for all.

*Strategy C2: Increase Employment Opportunities for Homeless Adults by Supporting Social Enterprise*



11

Exhibit 2 Page 152

# SUCCESS STORIES

## Sanctuary of Hope Gives Hope to Family Reunification

Robert (age 23) and his partner Khalill (age 20) fell into homelessness after having to leave Robert's brother's Section 8 residence – since they were not on the lease.  The pair began sleeping in Robert's vehicle around Los Angeles until they were referred to Sanctuary of Hope (SOH).

After intake, Robert and Khalill began receiving supportive services through Hope Connections. They also entered Sanctuary of Hope's Bridge Housing program - which provided relief from sleeping in their car. After 4 months in SOH's Transitional Housing Program, the couple was able to secure permanent housing with a Section 8 voucher.

Robert and Khalill believe their lives and relationship have been positively impacted since securing housing and receiving services. Since their enrollment in SOH, Robert and Khalill secured gainful employment, have boosted their income, and enrolled into post-secondary education at SOCHI- studying Massage Therapy and Fitness and Medicine. Collaboration with the program has even made it possible for Khalill to begin exploring the possibility of getting custody of her daughter.

***Strategy E7:  Strengthen the Coordinated Entry System***



"Remember this moment, so that in the future, you can look back and consider the hard work you invested to become successful."

 

**Exhibit 2 Page 153**

# SUCCESS STORIES



*"Take no days off, never give up and try your best to stay clean, inside and out.  Don't allow the situation to overpower you. Just keep trying."*

## Long Distance Journey to Find Housing Ends in Success

Frances (age 32) is a member of the LGBT community who identifies as male. He lived with his mother in Louisiana, until their relationship became strained – due to his mental health problems and being a member of the LGBT community. Frances has been experiencing homelessness for more than 10 years.  He moved to different states and cities, couch surfing with family and friends, before finding himself on the streets of Los Angeles.

Frances was referred to the Los Angeles County Development Authority, where he was directed to apply for a rental unit.  His application was accepted two weeks later and the County's Homeless Incentive Program paid the security deposit for the unit and processed a furniture request once he moved in. Frances feels his quality of life has improved but continues to adjust to living alone.

*Strategy B4: Facilitate Utilization of Federal Housing Subsidies*


**Exhibit 2 Page 154**

# SUCCESS STORIES

## Army Veteran Returns To A Home

Shari, a 48-year-old single-mother, proudly served in the United States Army for eight years.  She was diagnosed with Post-Traumatic Stress Disorder (PTSD) and depression upon being discharged and soon fell into homelessness.  After living in a women's homeless shelter with her daughter Zoe, Shari set out to find more stable housing.

With the help of the Redondo Beach Housing Authority and the Homeless Incentive Program, Shari was able to secure a two-bedroom apartment for herself and her daughter. She feels that finding a home has greatly improved both their lives. Zoe is doing great in school and Shari has plans to go back to school to obtain a degree in social services.  Shari is thankful for the Housing Incentive Program and hopes her success story will allow continued funding for homeless families like hers.

*Strategy B4:  Facilitate Utilization of Federal Housing Subsidies*



*"A helping hand goes a long way.  Ms. Zavala went above and beyond to help me find a home.  The positive impact she's had on our lives is indescribable. I thank HIP and people like her for helping me find a place I can finally call home."*



14

**Exhibit 2 Page 155**

# PUBLIC ACCOUNTABILITY

## PERFORMANCE DATA

The following exhibits provide cumulative **performance data** for **Fiscal Year 2019-19**:



- ☐ **EXHIBIT III** – Outcomes for select HI strategy metrics, which demonstrate the significant progress most strategies have made since the last quarterly report (includes FY 2017-18 data).

- ☐ **EXHIBIT IV** – Data for Five Key Strategies by Service Planning Area (SPA).

- ☐ **EXHIBIT V** – Demographic information for individuals enrolled in, or served by, those same five key strategies, including graphs that provide a visual representation of the demographic data.



Additionally:

- ☐ **Dashboards** to track Measure H progress can be accessed using the following link: http://homeless.lacounty.gov/impact-dashboard/

- ☐ A **data visualization** page highlighting key measures can be found at https://data.lacounty.gov/stories/s/7xtx-jbvj



**Exhibit 2 Page 156**

# PUBLIC ACCOUNTABILITY



## AB210 Implementation in Los Angeles County

AB 210, which became effective as a state law in January 2018, allows counties to create multidisciplinary teams (MDT) of service providers who can share information that is confidential under State law/regulations to better and more quickly serve individuals and families experiencing homelessness.

- The law enables homeless services providers, social service agencies, medical and mental health personnel, and others to share confidential information across agencies.
- AB 210 authorizes MDT members to share information to improve coordination of housing and supportive services, increase continuity of care, and decrease duplication of services.

The County has developed a new automated information system, called the **Countywide Homeless Information Portal (CHIP).** The automated system is not a requirement of AB 210, but it will assist with the sharing and tracking of information. CHIP queries information from various data source systems (County Departments and the Los Angeles Homeless Services Authority) and will allow AB 210 MDT members to search and view clients' service information.

The CHIP is currently in the "soft launch" phase, which means a small group of 100 users are testing the functionality of the system. The CHIP will be rolled out to additional users in the coming months. To participate in AB 210, agencies must sign a Participating Agency Agreement and the agency employees must complete an AB 210 training. For more information, please visit: http://homeless.lacounty.gov/ab-210



16

**Exhibit 2 Page 157**

# PUBLIC ACCOUNTABILITY

## Measure H Funding Recommendations Process

In response to a Board directive, the Homeless Initiative (HI) is implementing a process to develop recommendations to the Board for the allocation of Measure H funds for Fiscal Year 2020-21.

- As a part of that process, in the fall of 2019, the HI hosted eight policy summits to engage policy experts and key stakeholders. Detailed notes from those summits can be found on the HI website at https://homeless.lacounty.gov/funding/.
- In collaboration with the Los Angeles Homeless Services Authority (LAHSA), the HI hosted eight community input sessions (one in each Service Planning Area) to engage community members. A report summarizing community input from these sessions can be found on the HI website at https://homeless.lacounty.gov/wp-content/uploads/2020/01/Community-Listening-Session-Report.pdf.
- The public was able to provide written input through an online form; more than 100 public comments were received. They are posted on the HI website at https://homeless.lacounty.gov/wp-content/uploads/2019/12/Public-Comments_NoNames2.pdf.

Measure H-funded strategy lead agencies and departments have begun a series of meetings during which input from these forums, as well as available data and evaluations of the Strategies, will be carefully considered in order to develop recommendations to the Board. Once an initial draft of these recommendations is completed in June, it will be released to the public for written comment and comment during a public meeting.




**Exhibit 2 Page 158**

# PUBLIC ACCOUNTABILITY

## MEASURE H CONTRACT DIRECTORY

The FY 2019-20 Measure H-funded contract directory includes all Measure H-funded contracts, categorized by Homeless Initiative Strategy and by Service Planning Area, where applicable.

The directory can be found online at

https://homeless.lacounty.gov/wp-content/uploads/2019/10/Q1-FY19-20-Measure-H-Contractor-Directory.pdf



18

Exhibit 2 Page 159

# OTHER KEY ACTIVITIES

## Urgent Housing Action Plan and GIS Map

On December 10, 2019, the County of Los Angeles unveiled a multilayered, interactive GIS planning tool designed to guide urgent efforts to create interim and supportive housing to address the homelessness crisis. The map draws on data from the Los Angeles Homeless Services Authority's January 2019 Point in Time Count, which reported nearly 59,000 people experiencing homelessness across Los Angeles County—more than 44,000 of them unsheltered.



The map makes it possible to view the homeless population data geographically, while adding layers that show existing supportive and interim housing, as well as housing that is currently being developed. It reflects the unprecedented development underway to create more supportive housing than ever before in the County's history. It also visually demonstrates gaps between where the need is and where projects currently exist or are being developed.

On January 28, 2020, the Homeless Initiative conduced a webinar for all interested cities in the County to walk them through the interactive mapping tool. Our hope is that showing this data on a map will help identify where the need is greatest and enhance policymakers' abilities to make public policy decisions throughout the 88 cities and unincorporated areas.

The interactive mapping tool can be found at:
https://storymaps.arcgis.com/stories/400d7b75f18747c4ae1ad22d662781a3


**Exhibit 2 Page 160**

# OTHER KEY ACTIVITIES

## MAINSTREAM SYSTEM HOMELESSNESS PREVENTION



On May 21, 2019, the Board Directed the Homeless Initiative (HI) to collaborate with various County departments, Los Angeles Homeless Services Authority, legal services, research organizations, and other experts to assess how to strengthen homelessness prevention efforts within mainstream County departments. A workgroup has been meeting regularly to evaluate the homelessness prevention programs already in place and to assess if any new policies and programs need to be implemented. An interim report was submitted to the Board on August 22, 2019, and an action plan was submitted on December 16, 2019. The action plan included:

- Update on the status of expanding Problem Solving to mainstream County Departments;
- Feasibility assessment of enhancing homeless status information in County Department data systems; and
- Description of the 15 proposed actions

For a copy of this report, please click here. The next report will be submitted to the Board in March 2020, which will contain additional information regarding the recommended implementation plan, including the utilization of the $3.0 million in Measure H funding for this effort which was approved by the Board in October 2019.

**QUARTERLY REPORT #16 – PUBLISHED FEBRUARY 2020**

20

**Exhibit 2 Page 161**

# OTHER KEY ACTIVITIES

## Expanding Eviction Defense Program



On September 10, 2019, the Board directed the Department of Consumer and Business Affairs, in collaboration with the Homeless Initiative and other relevant department and agencies to establish the first phase of the Expanding Eviction Defense Program (EEDP).

**Phase I of the EEDP will include:**
- Establishment of Eviction Prevention Centers at or adjacent to LA County courthouses where tenants could access legal services related to a termination of tenancy notice (3-Day Notice) or an Unlawful Detainer case
- Full-scope and limited-scope legal representation to tenants facing evictions
- Short-term rental assistance
- Outreach and education
- Access to County wraparound and supportive services
- Data collection and program evaluation

**Eligibility Requirements:**
For Phase I implementation, five zip codes will be targeted for EEDP services. Tenants seeking assistance must:
- Reside within one of the five zip codes
- Have a household income **at or below** 80% Area Median Income and/or receive public benefits, such as Medi-Cal, CalFresh, CalWORKs, General Relief, Supplemental Security Income/State Supplementary Disability Income, Tribal Temporary Assistance for Needy Families, In-Home Supportive Services, and/or Cash Assistance Program for Immigrants.


**Exhibit 2 Page 162**

# OTHER KEY ACTIVITIES

## SAFE PARKING AT COUNTY SITES




In January 2018, the Board of Supervisors directed the Homeless Initiative and other stakeholder agencies to explore options to assist persons experiencing homelessness living in vehicles.  One option was to develop a Safe Parking program on County properties to provide a temporary site for individuals and families residing in their vehicles to park overnight. Seven County-owned parking lots were identified and operators of the sites were selected via a solicitation process administered by the Los Angeles Homeless Services Authority.  Below is a status of this effort:

- Two of the seven sites are currently operational with 25 safe parking spots available at each site: one in Service Planning Area (SPA) 2 in North Hollywood and the other in SPA 4 in the East Hollywood area.
- Legal and logistical issues are being addressed in order to bring the remaining five sites to operation.  These sites are located in SPA 1 (Lancaster); SPA 2 (Van Nuys); SPA 4 (Downtown LA); SPA 6 (Compton); and SPA 7 (Whittier).  Once all five of these sites are operational, there will be an additional 135 Safe Parking slots available for people experiencing vehicular homelessness.



**Exhibit 2 Page 163**

# OTHER KEY ACTIVITIES

## CITIES AND COUNCILS OF GOVERNMENT

**Funding for City Implementation Plans**

In two areas, $8.2 million in Measure H Funds has been allocated to bolster cities' efforts to implement their Homelessness Plans:



- Priority Area 1 (Increase the supply of supportive and interim housing) and
- Priority Area 2 (Enhance the effectiveness of the homeless services delivery system).

**City Data**

LAHSA released Homeless Statistics by City for service and outcome data (includes data from 10/1/2019 to 12/31/2019), which is available at the following link:
https://www.lahsa.org/documents?id=4233-homelessness-statistics-by-city-february-2020.pdf



**New Innovation Funding for Council of Governments (COGs) and Cities**

On September 10, 2019, the Board directed the CEO to prepare a report with a framework to provide $6.0 million in available Measure H carryover funds from FY 2018-19 to Councils of Government to support activities that (a) align with the Board-approved, Homeless Initiative Action Plan to Prevent and Combat Homelessness, and (b) are consistent with the following Priority Areas:

- Priority Area 1 (Increase the supply of supportive and interim housing) and
- Priority Area 2 (Enhance the effectiveness of the homeless services delivery system).

On November 12, 2019, the Board adopted CEO's recommended framework for City Innovation Funding which included the following components:

- Funding will be proportionate to the 2019 Homeless Count.
- Each COG shall conduct its own process to determine how to utilize the funding, provided that funding shall be used only for activities which fall within Priority Area 1 or 2.

For more information on our partnership with cities, please go to: http://homeless.lacounty.gov/cities/

**QUARTERLY REPORT #16 – PUBLISHED FEBRUARY 2020**



23

Exhibit 2 Page 164

# EXHIBITS

**EXHIBIT I:**
APPROVED COUNTY STRATEGIES TO COMBAT HOMELESSNESS IMPLEMENTATION STATUS AT-A-GLANCE

**EXHIBIT II:**
STATUS OF STRATEGIES TO COMBAT HOMELESSNESS

**EXHIBIT III:**
HOMELESS INITIATIVE PERFORMANCE DATA BY STRATEGY

**EXHIBIT IV:**
SELECT HOMELESS INITIATIVE STRATEGY (B3, B7, D7, E6, E8) PERFORMANCE DATA BY SERVICE PLANNING AREA (SPA)

**EXHIBIT V:**
DEMOGRAPHIC ENROLLMENT/SERVICE DATA FOR SELECT HOMELESS INITIATIVE STRATEGIES

**EXHIBIT VI:**
BOARD MOTION RESPONSE SUMMARIES





**QUARTERLY REPORT #16 – PUBLISHED FEBRUARY 2020**



24

Exhibit 2 Page 165

EXHIBIT I

## Approved County Strategies to Combat Homelessness
## Implementation Status At-A-Glance
## February 2020

| LEGEND |
|---|

| Fully Implemented | Partially Implemented |
|---|---|

### E. Create a Coordinated System

| | | |
|---|---|---|
| E1 – Advocate with Relevant Federal and State Agencies to Streamline Applicable Administrative Processes for SSI and Veterans Benefits | E5 – Decriminalization Policy | E13 – Coordination of Funding for Supportive Housing |
| | E6 – Countywide Outreach System (H) | |
| | E7 – Strengthen the Coordinated Entry System (H) | E14 – Enhanced Services for Transition Age Youth (H) |
| E2 – Drug Medi-Cal Organized Delivery System for Substance Use Disorder Treatment Services | E8 – Enhance the Emergency Shelter System (H) | E15– Homeless Voter Registration and Access to Vital Records |
| E3 – Creating Partnerships for Effective Access and Utilization of ACA Services by Persons Experiencing Homelessness | E9 – Discharge Data Tracking System | E16 – Affordable Care Act Opportunities |
| | E10 – Regional Coordination of LA County Housing Authorities | |
| | E11 – County Specialist Support Team | E17 – Regional Homelessness Advisory Council and Implementation Coordination |
| E4 – First Responders Training | E12 – Enhanced Data Sharing and Tracking | |

### A. Prevent Homelessness

| |
|---|
| A1 – Homeless Prevention Program for Families (H) |
| A2 – Discharge Planning Guidelines |
| A3 – Housing Authority Family Reunification Program |
| A4 – Preventing Discharges into Homelessness from Foster Care and Probation |
| A5 – Homeless Prevention Program for Individuals (H) |

### B. Subsidize Housing

| |
|---|
| B1 – Provide Subsidized Housing to Homeless, Disabled Individuals Pursuing SSI (H) |
| B2 – Expand Interim Assistance Reimbursement to additional County Departments and LAHSA |
| B3 – Partner with Cities to Expand Rapid Re-Housing (H) |
| B4 – Facilitate Utilization of Federal Housing Subsidies (H) |
| B5 – Expand General Relief Housing Subsidies |
| B6 – Family Reunification Housing Subsidy (H) |
| B7 – Interim/Bridge Housing for those Exiting Institutions (H) |
| B8 – Housing Choice Vouchers for Permanent Supportive Housing |

(H) – Strategies eligible to receive Measure H Funding

### C. Increase Income

| |
|---|
| C1 – Enhance the CalWORKS Subsidized Employment Program for Homeless Families |
| C2/C7 – Increase Employment for Homeless Adults by Supporting Social Enterprise (H) and Subsidized Employment for Adults (H) |
| C3 – Expand Targeted Recruitment and Hiring Process to Homeless/ Recently Homeless People to Increase Access to County Jobs |
| C4 – Establish a Countywide SSI Advocacy Program for People Experiencing Homelessness or At Risk of Homelessness (H) |
| C5 – Establish a Countywide Veterans Benefits Advocacy Program for Veterans Experiencing Homelessness or At Risk of Homelessness (H) |
| C6 – Targeted SSI Advocacy for Inmates (H) |

### D. Provide Case Management and Services

| |
|---|
| D1 – Model Employment Retention Support Program |
| D2 – Expand Jail In-Reach (H) |
| D3 – Supportive Services Standards for Subsidized Housing |
| D4 – Regional Integrated Re-entry Networks – Homeless Focus (H) |
| D5 – Support for Homeless Case Managers |
| D6 – Criminal Record Clearing Project (H) |
| D7- Provide Services and Rental Subsidies for Permanent Supportive Housing (H) |

### F. Increase Affordable/Homeless Housing

| | | |
|---|---|---|
| F1 – Promote Regional SB 2 Compliance and Implementation | F4 – Development of Second Dwelling Units Pilot Program | F7 – Preserve Current Affordable Housing and Promote the Development of Affordable Housing for Homeless Families and Individuals (H) |
| F2 – Linkage Fee Nexus Study | F5 – Incentive Zoning/Value Capture Strategies | |
| F3 – Support for Inclusionary Zoning for Affordable Housing Rental Units | F6 – Using Public Land for Homeless Housing | |

**Exhibit 2 Page 166**

Exhibit 2 Page 167

EXHIBIT II

## Homeless Initiative Quarterly Report No. 16 – As of January 16, 2020

## Status of Strategies to Combat Homelessness

(H) after Strategy Name indicates strategy is eligible to Measure H funding.

Acronyms are spelled out in full at first mention; see appended chart for full list of acronyms.

| Strategy Implementation Date (Actual or Target) | Status | Next Steps |
|---|---|---|
| **PREVENT HOMELESSNESS** | | |
| A1: Homeless Prevention Program for Families (H)<br><br>Actual Implementation Dates:<br>Phase 1: May 2016<br>Phase 2: November 2016<br><br>Legal services for families at risk of homelessness: March 2018<br><br>Problem-Solving: October 2019 | Prevention<br>• LAHSA's new Homelessness Prevention Coordinator was introduced to lead agencies in each SPA funded to provide family prevention services.<br>• LAHSA presented information about Prevention services to more than 75 attendees at the annual national Supportive Services for Veteran Families (SSVF) Housing Conference.<br><br>Problem Solving<br>• LAHSA created and finalized material for a 16-Hour Problem-Solving Training as well as a Problem-Solving mini presentation to educate family providers and key partners on components of the Problem-Solving Intervention.<br>• The Problem-Solving Funds Coordinator developed policy and procedures for internal process flow of approved Problem-Solving Assistance Funds requests.<br>• LAHSA provided a two-day (16-Hour) Problem-Solving Training to:<br>   o 95 homeless service providers;<br>   o 51 Department of Mental Health (DMH) providers;<br>   o 58 persons who work with victims of crime; and<br>   o 37 family source center providers.<br>• Provided a two-hour training to:<br>   o Service Planning Area (SPA) 2 Probation Officers; | Prevention<br>LAHSA anticipates collaborating with the California Policy Lab (CPL) to adjust the Homelessness Prevention Targeting Tool to ensure that we are providing this limited resource to those who most need it and for whom providing such resource will make the most difference.<br><br>Problem-Solving<br>• Provide 16-Hour Problem-Solving Training in each SPA, to key system partners such as: DPSS, DCFS, DMH, Hospital Liaisons, LAUSD, Probation Officers and DHS.<br>• Create and develop webinar material and office hours to provide ongoing support and technical assistance to providers |

Page | 1

**Exhibit 2 Page 168**

EXHIBIT II

| | | |
|---|---|---|
| | <ul><li>○ LAUSD Homeless Liaisons; and</li><li>○ LAHSA-funded Hospital Liaisons.</li></ul><ul><li>Published and distributed the first edition of the Problem-Solving Best Practices and Implementation Guidebook.</li></ul> | who completed the Problem-Solving Training.<ul><li>Develop the Second Edition of the Problem-Solving Best Practices and Implementation Guide.</li></ul> |
| **A2: Discharge Planning Guidelines**<br><br><u>Actual Implementation Date</u>:<br>June 2017 | The Discharge Planning Guidelines, released in June 2017, continue to be available for use by institutions across the County. | Distribute Guidelines as requested and revise as needed. |
| **A3: Housing Authority Family Reunification Program**<br><br><u>Actual Implementation Date</u>:<br>March 2016 | The Probation Department screened and referred the following probationers for Program placement during the last Quarter:<ul><li>October – 327</li><li>November – 267</li><li>December – 271</li></ul>The Sheriff Department screened and referred the following clients for Program placement during the last Quarter:<ul><li>October – 109</li><li>November – 60</li><li>December – 63</li></ul> | None. |
| **A4: Discharges from Foster Care and Juvenile Probation**<br><br><u>Actual Implementation Date</u>:<br>Phase 1:  January 2018<br><br>Phase 2:  August 2018 | <u>DCFS</u><ul><li>On October 18, 2019, approximately 159 Foster Care Exit questionnaires were mailed to former foster youth who left care in July, August and September 2019.   Of those, 19 surveys were returned.  Most youth who returned the survey reported that they were living in stable housing since leaving foster care, and that they were able to locate housing upon leaving foster care. Youth also reported that they had been in contact with DCFS staff since exiting care.  Only 3 youth reported that while they were currently sheltered, they were unsure where they would be staying in the next 6 months.</li><li>Regional staff continue to use the "Special Projects" tracking field in CWS/CMS to track the utilization of the 6-Month Transition Plan.  For October 2019, a sampling of the 6-Month Transition Plan showed a 69 percent utilization. The sampled population of TAY was 52.  Of those, 20 were white, 23 black, 1 Asian, and 8 were reported as</li></ul> | <u>DCFS</u><ul><li>DCFS will continue to monitor the utilization of the amended 6-Month Transition Plan and provide quality assurance oversight by working collaboratively with the DCFS regional office staff.</li><li>December 2019 data will be included in the next Quarterly Report.</li><li>Monitoring discharge plans for youth who are age 17.5 is</li></ul> |

Page | 2

Exhibit 2 Page 169

EXHIBIT II

| | | |
|---|---|---|
| | "undetermined."  For November 2019, a sampling of the 6-Month Transition Plan showed a 77 percent utilization. The sampled population of TAY was 39.  Of those, 15 were white, 13 black, 2 Asian, and 9 were reported as "undetermined."  As a corrective action, Youth Development Services Housing section conducted a follow-up audit of the incomplete 6-Month Transition Plan which showed a 100% utilization for both October and November 2019.<br><br> Probation<br><br>• Probation implemented a Quality Assurance (QA) Review of youth who are exiting/discharging from Placement. Juvenile probationers transitioning out of Residential Based Services (RBS) almost exclusively reunify with their families. Non-minor dependents (NMD), however, exiting Extended Foster Care (EFC) at 21 years of age may be at greater risk of homeless at exit/discharge.  The QA review of NMDs exiting EFC during the months of October 2019 through December 2019, found that approximately 67% of the six randomly selected cases (two per month), all had stable housing at discharge.  The two NMDs making up the 23% where "stable housing" could not be determined, left the EFC program without notice and their cases were terminated for cause.<br>• During this quarter, Probation continued to enhance data capturing platforms and tools related to TAY housing and other relevant TAY outcomes.<br>• Working with the existing and newly assigned YDS Housing Coordinators, the YDS/TJS Program Analyst created an enhanced monthly reporting tool that, in addition to capturing the number of TAY requiring THP services, provides a detailed breakdown of services provided.  During this reporting quarter, YDS Housing Coordinators provided 550 housing-related services to 252 TAY. | underway and will be included in future Quarterly Reports.<br><br>Probation<br>• The Probation Department is in the final stage of completing its Six Month/90 Day Transition Plan Policy.  A team of Placement Services Bureau Managers are refining what will be the final draft |
| A5:  Homeless Prevention Program for Individuals (H)<br><br>Actual Implementation Dates:<br>Homeless prevention services: February 2018 | Prevention<br>• LAHSA Prevention department attended a statewide kickoff meeting for the Adult Protective Services (APS) Home Safe pilot program in Sacramento, with the California Department of Social Services.<br>• LAHSA Prevention consulted with lead legal services agency to design the legal referrals aspect of the APS Home Base pilot program. | Prevention<br>LAHSA anticipates collaborating with the California Policy Lab (CPL) to adjust the Homelessness Prevention Targeting Tool to ensure that we are providing this limited resource to those who most need it and for whom |

Exhibit 2 Page 170

EXHIBIT II

| | | |
|---|---|---|
| Legal services for people at risk of homelessness: March 2018<br><br>Problem-Solving: October 2019 | • LAHSA Prevention trained 40 homeless services providers and legal services providers on the newly launched APS Home Base pilot program aimed at preventing homelessness for APS involved individuals; launched bi-weekly APS Home Safe calls with all providers.<br>• LAHSA Prevention trained 50 homeless services providers on the Shallow Subsidy Program.<br><br>Problem Solving<br>• LAHSA created and finalized material for a 16-Hour Problem-Solving Training as well as a Problem-Solving mini presentation to educate family providers and key partners on components of the Problem-Solving Intervention.<br>• The Problem-Solving Funds Coordinator developed policy and procedures for internal process flow of approved Problem-Solving Assistance Funds requests.<br>• LAHSA provided a two-day (16-Hour) Problem-Solving Training to:<br>  o 95 homeless service providers;<br>  o 51 Department of Mental Health (DMH) providers;<br>  o 58 persons who work with victims of crime; and<br>  o 37 family source center providers.<br>• Provided a two-hour training to:<br>  o Service Planning Area (SPA) 2 Probation Officers;<br>  o LAUSD Homeless Liaisons; and<br>  o LAHSA-funded Hospital Liaisons.<br>• Published and distributed the first edition of the Problem-Solving Best Practices and Implementation Guidebook. | providing such resource will make the most difference.<br><br>Problem-Solving<br>• Provide 16-Hour Problem-Solving Training in each SPA, to key system partners such as: DPSS, DCFS, DMH, Hospital Liaisons, LAUSD, Probation Officers and DHS.<br>• Create and develop webinar material and office hours to provide ongoing support and technical assistance to providers who completed the Problem-Solving Training.<br>• Develop the Second Edition of the Problem-Solving Best Practices and Implementation Guide. |
| B1: Provide Subsidized Housing to Homeless Disabled Individuals Pursuing Supplement Security Income (SSI) (H)<br><br>Actual Implementation Dates:<br>Phase 1: June 2016 | • General Relief Housing Case Managers completed case management training conducted by Homeless Health Care of Los Angeles. The training subject areas included: Landscape of Homelessness, Effective Practices, Core Functions of Case Management, and Housing Retention.<br>• The Department of Public Social Services (DPSS) continued in partnership with the Department of Health Services (DHS) to assist General Relief (GR) participants with housing location services through the Homeless and Disability Advocacy Program | DPSS will continue to closely monitor approvals and disengagements for Strategy B1 subsidies to ensure timely connection to housing for GR disabled individuals pursuing SSI. |

Page | 4

**Exhibit 2 Page 171**

EXHIBIT II

| | | |
|---|---|---|
| Phase 2:  October 2016 | (HDAP).  A referral tool is currently being tested that will enable DPSS Case Managers to better refer participants for potential housing options.<br>• DPSS is continuing discussion with LAHSA to determine the criteria for entering individuals into the Homeless Management Information System. | |
| **B2:  Expand Interim Assistance Reimbursement (IAR) to additional County Departments and LAHSA**<br><br>Implementation Dates:<br>Phase 1: Actual –<br>January 2019<br>Phase 2: Actual- Fall/Winter 2019<br>Phase 3: Target- to be determined | Continued monitoring Phase 1 implementation, which allows DPSS to process IAR claims on behalf of DHS.  Phase 1 implementation includes Countywide Benefits Entitlement Services Teams (CBEST) clients, where subsidies and services are being provided through both Measure H and Housing and Disability Advocacy Program (HDAP) funding from the California Department of Social Services. Phase 2, implemented in Fall /Winter 2019, expanded IAR collection to CBEST clients being provided interim housing or a local subsidy. | • Continuing to monitor Phase 1 and 2 claiming experience to assess the feasibility of automating claiming and documentation process between departments claiming IAR and DPSS who will process IAR claims on their behalf.<br>• DPSS will assess the need for additional resources and feasibility of Phase 3 expansion based on experience of Phase 1 and Phase 2 claiming processes. |
| **B3:  Partner with Cities to Expand Rapid Re-Housing (H)**<br><br>Actual Implementation Dates:<br>Housing and Jobs Collaborative (HJC): January 2016<br><br>LAHSA's Family and Youth Rapid Re-housing: September 2016<br><br>LAHSA's Single Adult Rapid Re-housing:  July 2017 | • **CES refinement workshop Singles and Youth**: In November, LAHSA's Rapid Re-Housing (RRH) Coordinator participated and assisted with the Coordinated Entry System (CES) refinement workshops for both Single Adults and Youth. The refinement workshops consisted of exercises and activities that allowed providers to share their ideas on how to help refine and improve CES. The RRH coordinator was able to hear firsthand concerns and barriers to referring program participants into the RRH program as well as hear about potential solutions to these issues.<br>• **Shallow Subsidy Workshop:** In mid-November, Salvation Army, with support from LAHSA, hosted a Shallow Subsidy workshop. Salvation Army walked providers through the process of referring appropriate program participants to the Shallow Subsidy program.<br>• **First RRH Testing and Implementation Team Kick-Off:** In late November, LAHSA hosted a kick-off for the Rapid Re-Housing Testing and Implementation Team. The RRH Testing and Implementation Team consists of 14 LAHSA-funded RRH providers who have volunteered to test prioritization and matching within RRH. The kick-off was a time to plan, collaborate and hear concerns regarding implementation of prioritization and matching. A subsequent meeting was held in December, which included discussions about acuity, prioritization, matching, and possible program transfers for program | • Shallow Subsidy program Standard Operating Procedure will be created by The Salvation Army. Workshop to be scheduled for February 2020.<br>• LAHSA is working with Technical Assistance provider to schedule and develop RRH learning communities and training for providers. |

Page | 5

**Exhibit 2 Page 172**

EXHIBIT II

| | participants who are considered too high need for RRH. Participants reached agreement regarding the overall goal for this round of testing. | |
|---|---|---|
| **B4:  Facilitate Utilization of Federal Housing Subsidies (H)**<br><br><u>Actual Implementation Date:</u> May 2016 | • **Los Angeles County Development Authority (LACDA):**  Attended 17 meetings and community events such as three Homeless Connect Days, Apartment Association of Greater Los Angeles (AAGLA) Apartment Building Expo, Kidz Health Fair LAC+USC Medical Center, 2 Landlord Breakfast Meetings in SPA 6, Taste of Soul, and the Union Station Homeless Services Housing Clinic.  Staff also participated in The Weekend to End Homelessness events at multiple locations throughout the County.  Attendance at these events allowed for successful marketing and education on LACDA's incentive programs.<br>• **Housing Authority of the City of Los Angeles (HACLA):** On November 19, 2019, HACLA's Homeless Incentive Program (HIP) participated in a landlord Engagement Collaborative session for SPA 6 at the WLCAC.  On November 21st, 2019, HACLA's HIP participated in a landlord workshop informational session at the WLCAC Landlord Breakfast.<br>• **Pomona:** The Pomona Housing Authority (PHA) leased five households with the use of HIP funds. These funds allowed families to secure units by providing a full security deposit payment on their behalf. Without access to this program, these households would not have been able to secure these units and move into housing and would have remained homeless. In addition, one household was able to utilize utility assistance to ensure their water was not shut off due to inability to pay.<br>• **Long Beach:** Loong Beach Housing Authority has focused on staff training on how to administer HIP incentives to participants over the past quarter.  The PHA is currently designated a shortfall agency which has severely impacted federal subsidy utilization. It is currently only able to assist families in special programs and those that become homeless while moving from one unit to another.<br>• **Norwalk:** Norwalk Housing Authority executed an MOU with Kingdom Causes Bellflower to coordinate referrals and provide housing navigation services in 2020.  The Housing Authority is also preparing to open its waitlist to Homeless referrals. | • **LACDA:**  LACDA will continue its outreach efforts by scheduling additional HouseLA events along with other local public housing authorities receiving Measure H funding. LACDA is currently scheduled to participate in the following outreach events: Homeless Connect events, Landlord Breakfast, the AOA Million Dollar Tradeshow and the Housing Rights Center Annual Fair Housing Summit.<br>• **HACLA:**  HACLA will assist 300 individuals/families with move-in costs to reach their goal of assisting 1200 individuals/families for FY 2019-2020. |

Page | 6

**Exhibit 2 Page 173**

EXHIBIT II

| | | |
|---|---|---|
| **B5: Expand General Relief Housing Subsidies**<br><br><u>Actual Implementation Date:</u><br>December 2017 | • DPSS continues to monitor GR Housing Subsidy Case Management Program pending program redesign.<br>• DPSS proposal to redesign the GR Housing Subsidy Case Management Program is currently under executive review/approval. | • Finalize and receive DPSS executive approval of new program design and train staff. |
| **B6: Family Reunification Housing Subsidy (H)**<br><br><u>Actual Implementation Date:</u><br>January 2017 | • DCFS continues collaboration with LAHSA, DHS, and LACDA/HACLA, on the Family Unification Program (FUP) to provide homeless DCFS families and Transition Age Youth (TAY), with LACDA/HACLA section 8 vouchers and ongoing case management services to assist families and youth with securing and maintaining permanent housing.<br>• In October 2019, DCFS entered into a collaboration with LACDA Public Housing Program to provide priority to homeless DCFS families as units become available.<br>• DCFS submitted NOFA application for 150 combined LACDA and HACLA section 8 vouchers.<br>• DCFS submitted proposal and awaiting funding approval for new BFH 2.0 program. | • DCFS will continue efforts to increase the number of families housed. |
| **B7: Interim/Bridge Housing for Those Exiting Institutions (H)**<br><br><u>Actual Implementation Date:</u><br>October 2016 | **Centralized Referral System**<br>• The Interim Housing Countywide Matcher has overseen a portfolio of 1008 emergency shelter beds administered by LAHSA and the Health Agency:<br>   o 599 A Bridge Home project beds;<br>   o 229 B7 Bridge Housing beds; and<br>   o 180 Enhanced Bridge Housing beds (116 for Women; 64 for Older Adults)<br>• During this reporting period the DHS/DMH Interim Housing unit administered over 3,000 interim housing beds, including 511 B7-funded beds.<br><br>**CES Matching (Enhanced Bridge Housing programs and A Bridge Home)**<br>• Since October 1, 2019:<br>   o 334 Referrals have been received by the LAHSA Interim Housing Matcher<br>      ▪ 143 Persons Identifying as Women; 188 Persons Identifying as Men<br>      ▪ More than 124 successfully Matched to a B7 or Enhanced Bridge bed<br><br>**Quality Assurance and Grievance Policy Implementation**<br>• In a coordinated effort between LAHSA and the Health Agency, a shared Quality Assurance plan for Interim Housing providers was developed and implemented.<br>• This process included:<br>   o The development of a Grievance Policy for all contracted interim housing providers | Continue to expand interim housing access training. |

Page | 7

**Exhibit 2 Page 174**

EXHIBIT II

|  |  |  |
|---|---|---|
|  | o   Adopting a coordinated monitoring plan and schedule<br>o   The creation of a shared Quality Assurance Evaluation Tool<br><br>**Trainings & Presentations**<br>• Training - Street-Based Engagement Collaborative Training & Orientation<br>   o  December 12 - Presented to a conference of Outreach teams on program definitions, access, and guidance with partners from the County Health Agency<br>• December 17th – DHS worked with the Office of Diversion and Reentry (ODR) to provide a de-escalation training for recuperative care providers. This training was attended by 90 key staff at these facilities.<br><br>**Bed Availability Web Application**<br>• Completed analysis of App Efficiency and Cost Assessment for expansion:<br>   o  Synthesized provider feedback on capacity needs in a survey of LAHSA-funded emergency shelter providers. We learned that nearly half (45%) of the responding providers felt unable to manage the current inflow of referrals for beds; of the total providers who responded, nearly all (89%) indicated that they were unable to offer 24-hour availability of intake, or availability of intake every day of the week. When asked what more is needed to extend intake, responding providers largely prioritized more staffing (77%) over enhancing the technology resources (e.g. improving phone lines). Overall, these providers identified that as many as five (5) additional staff positions would be needed; case manager(s), supervision, site monitor(s), and security – on average, providers suggested an additional 2.33 additional staff.<br>        ▪  Recommendation: Additional staffing<br>        ▪  Recommendation: Site-based swipe card equipment (as is available for Winter Shelter program sites)<br>   o  Identified need for user training; outlined needed training elements<br>• Features and development<br>   o  Developing Bed Availability App training<br>        ▪  Training to include guidance on emergency shelter access including gaining participant consent, identifying availability (using the Bed App), and the definitions of the various LAHSA emergency shelter programs<br>        ▪  Plan to implement training into LAHSA Configio – Centralized Training Academy where any provider could access and complete the training online |  |

**Exhibit 2 Page 175**

EXHIBIT II

|  |  |  |
|---|---|---|
|  | o Pending new features:<br>    ▪ Program site photo;<br>    ▪ Site visibility – rearranging the order of sites by SPA, and alphabetically;<br>    ▪ Ability to export an emergency shelter list from the Bed Availability App<br><br>**Community and Stakeholder Involvement**<br>County Health entities (Department of Health Services, Department of Mental Health, and Department of Public Health) and LAHSA continued in monthly coordination meetings. |  |
| **B8: Housing Choice Vouchers for Permanent Supportive Housing**<br><br>Actual Implementation Date:<br>June 2016 | The LACDA continued regular conference calls with LAHSA, DMH, DHS, HOPICS and DCFS to share status reports on all referrals and applications received from referred clients and provide responses to any inquiries submitted by participating agencies. | The LACDA will continue to refer voucher holders to the Housing Advisory Unit (related to HI Strategy B4) for housing locator assistance and for available resources. |
|  |  |  |
| **C1: Enhance the CalWORKs Subsidized Employment Program for Homeless Families**<br><br>Actual Implementation Date:<br>December 2016 | • The Greater Avenues for Independence (GAIN) Program, in collaboration with South Bay Workforce Investment Board (SBWIB)/Community-Based Organizations/GAIN Offices, developed a customer survey to get insight from participants on how to improve the E-TSE Program.  Survey has been disseminated. | • The Greater Avenues for Independence (GAIN) Program will continue to work with South Bay Workforce Investment Board (SBWIB) to find ways to increase Enhanced Transitional Subsidized Employment (E-TSE) subsidized placements, completions, and unsubsidized employment numbers. |
| **C2: Increase Employment Opportunities for Homeless Adults by Supporting Social Enterprise (H)**<br><br>Implementation Dates: | **Los Angeles Regional Initiative for Social Enterprise (LA:RISE):**<br>• The Department of Labor's Employment & Training Administration chose LA:RISE to spotlight as an innovative approach to the design and delivery of employment services. The video can be viewed at https://innovation.workforcegps.org/resources/2019/12/15/22/23/LA_Rise_WIF_Partnership_Model. | • In partnership with EWDD and WDACS, LA:RISE will be hosting four hiring fairs in 2020; they are scheduled to take place on: 2/13/20, 3/12/20, 4/14/20, and 5/21/20. |

**Exhibit 2 Page 176**

EXHIBIT II

| | | |
|---|---|---|
| Phase 1: County adoption of Social Enterprise Preference Program: Actual – October 2016<br><br>County adoption of Social Enterprise Sub-Contractor Preference Program: Target – March 2020<br><br>Phase 2: Complete Feasibility Study assessing capacity of Social Enterprises to perform as Alternative Staffing Organizations (ASOs): Actual - September 2018<br><br>Phase 3: Place DPSS Transitional Subsidized Employment (TSE) participants with ASOs: Actual – December 2019<br><br><br><br>C7: Subsidized Employment for Homeless Adults (H)<br><br>Actual Implementation Dates:<br><br>Phase 1: Expand LA:RISE model: Actual – July 2017 - June 2018 | • WDACS, EWDD, and REDF hosted a LA:RISE Academy Meeting on 1/23/20. The Academy meeting included a presentation on the ASO and Hire Up programs.<br><br>Homeless Opportunity for Meaningful Employment (HOME):<br>• Verdugo WDB attended a City of Glendale Continuum of Care meeting, Glendale Homeless Connect Day. a Prison to Employment meeting, and the Organizational Access for Customers with Disabilities training. Verdugo also connected with the YWCA, an agency that provides wrap around services to participants that are experiencing Domestic Violence.<br>• South Bay Workforce Investment Board (SBWIB) took part in the very successful Annual Carson Homeless Resource Fair for individuals, families and youth held on October 23, 2019 at the Dominguez Aquatic Center.<br>• South East Los Angeles County Workforce Development Board (SELACO) continued their collaboration efforts by attending monthly Downey Cares Collaborative (DCC) and Collaborative Community Networking (CCN) meetings.<br><br>Alternative Staffing Organization Program (ASO):<br>• WDACS and First Step Staffing Inc. met with staff at the DPSS Pomona Office on 11/12/19 to provide an overview of the ASO program and to strategize about how to best connect GROW participants to ASO services. A DPSS ASO recruitment was held on 11/21/19 for GROW participants interested in temporary and permanent employment opportunities.<br>• WDACS hosted a program overview and CalJOBS training for the newly hired First Step Staffing employees on 1/23/20.<br>• In December, Goodwill ASO hosted a breakfast for partners, employers, and community-based organizations to promote the ASO program. Goodwill ASO also hosted a graduation for participants that successfully completed an eight week long, 150-hour, Printing Apprenticeship.<br>• WDACS and DPSS hosted their second recruitment on 1/8/20 for GROW participants interested in participating in the ASO program.<br><br>Home2Work Referral Pilot<br>• WDACS and LAHSA hosted a Home2Work meeting on 11/18/19. WDACS trained homeless services providers on the programs and services offered at the AJCCs that could benefit homeless services providers' participants.<br><br>Hire Up: | AJCC homeless case managers will undergo a series of training, including:<br>• Rapid Rehousing & Employment Training on 1/16/20 hosted by United Way Los Angeles along with Heartland Alliance.<br>• Problem-Solving training hosted by LAHSA.<br>• New staff that have not previously attended will join LAHSA's Centralized Training Academy in which trainees participate in five (5) days (35 hours) of training on evidence-based practices in trauma informed care, cultural humility, Housing First, harm reduction, Motivational Interviewing, and critical time intervention. |

Page | 10

**Exhibit 2 Page 177**

EXHIBIT II

| | | |
|---|---|---|
| Phase 2: Scale LA:RISE Countywide: Actual – June 2019 | • Hire Up commenced programming in November 2019.<br>• The Hire UP program hosted three orientation sessions in January. | |
| C3:  Expand Targeted Recruitment and Hiring Process to Homeless/Recently Homeless People to increase Access to County Jobs<br><br>Actual Implementation Dates:<br>Phase 1:  October 2016<br>Phase 2:  May 2017 | Increased total number of previously homeless individuals in Career Development Intern, Countywide Youth Bridges, and TempLA programs. | • DHR will continue to expand network partners and reach out to homeless individuals.<br>• DHR will conduct "Train the Trainer" sessions for Homeless Services Providers and their clients on "How to navigate the County application system." |
| C4, C5, C6:  Countywide Benefits Entitlement Services Teams (CBEST) (H):<br><br>C4:  Establish a Countywide SSI Advocacy Program for People Experiencing Homelessness or at Risk of Homelessness<br><br>C5:  Establish a Countywide Veterans Benefits Advocacy Program for Veterans Experiencing Homelessness or at Risk of Homelessness<br><br>Actual Implementation Date: April 2017<br><br>C6:  Targeted SSI Advocacy for Inmates<br><br>Actual Implementation Date: | • On November 1, 2019, CBEST launched full-scope legal services. CBEST can now offer legal services at any juncture in the Supplemental Security Income (SSI) application process as it pertains to the acquisition of benefits or the termination of benefits due to cessation, overpayment, immigration issues, and/or identification documentation.<br>• With the assistance of the Administrative Assistants and Community Health Workers (CHWs), the backlogs at SPA 6 and SPA 8 were cleared this quarter, which will allow the agencies to focus their efforts on their current caseloads and on targeted referral sources.<br>• Six-month check-ins were conducted at CBEST agencies to review achievement toward contractual goals, outreach and referrals, and expectations in the upcoming program year.<br>• Following the CBEST pilot project between DHS and the Department of Children and Family Services'(DCFS) Glendora site, the CBEST-DCFS partnership is in the process of building out a partnership at DCFS' Belvedere site. CBEST will provide disability benefits advocacy services to their AB12 population (non-minor dependents). This project officially launched in January 2020.<br>• DHS continues to meet with directors and clinical staff of DHS directly-operated clinics and hospitals to implement a direct referral process for DHS hospital and clinic partners. The following hospitals and clinics were visited: St. Johns Providence Hospital, VA Long Beach, LAC-USC Hospital and Outpatient Clinic, Hollywood LGBT Center, Harbor UCLA, Verdugo Hills Hospital, Augustus Hawkins, HealthNet Health Plan, Valley Community Health Center, and Cedars Sinai Internal Medicine. DHS also continued its impact meetings with Full-Service Partnership (FSP) providers. This quarter, DHS provided trainings to SPA 5 and APRTP. Finally, DHS attended a community fair, targeting clinical providers at Penny Lane Centers. | CHAMP referral source fields have been redesigned to allow the collection of targeted referral source data beginning 12/18/19. CBEST plans to study this data to target referral sources accordingly. |

Page | 11

Exhibit 2 Page 178

EXHIBIT II

| December 2017 | | |
| --- | --- | --- |
| | | |
| **D1:  Model Employment Retention Support Program** <br><br> <u>Actual Implementation Dates</u>: <br> Phase 1:  January 2017 (DPSS Lead) <br><br> Phase 2:  July 2017 and on-going (WDACS Lead) | WDACS and CEO are assessing the efficacy of this strategy in relation to the work of the Employment and Homelessness Taskforce; recommendations for advancing the goals of the strategy will be included in a future quarterly report. | See status update. |
| **D2:  Expand Jail In Reach (H)** <br><br> <u>Actual Implementation Date</u>: January 2017 | • Two D2 planning/collaboration meetings were held during this quarter in conjunction with ODR service provider monthly meetings and included the four in-reach contract agencies and staff from Housing for Health, ODR, Sheriff's Department, and Correctional Health Services. <br> • All-staff training: On November 14, 2019, DHS staff convened all 4 contracted D2 agencies to train staff on updated policies and documentation and standardize procedures around linking D2 participants to supportive services. A total of 11 case managers and 4 program managers attended. <br> • County staffing: LASD remained fully staffed during this period with four Custody Assistants. Among the four DHS Clinical Social Worker positions, the vacant position at Century Regional Detention Facility (CRDF) was filled during this period, with the new social worker starting on December 18, 2019.  A candidate was identified for the final vacancy at Pitchess Detention Center, and is currently in the onboarding process and expected to start in February 2020. <br> • D2 DHS social workers, agency case managers and Custody Assistants stationed at Men's Central Jail, Twin Towers and CRDF conducted a group visit to Pitchess Detention Center in Castaic on October 31, 2019 to provide intake services to the waitlist of clients at that location. <br> • D2 case conference meetings continued during this period with each of the active in-reach agencies. Individual client cases are discussed to troubleshoot and collaborate on case planning and services. Meetings occur every two weeks. | • Volunteers of America to complete recruitment for the one remaining case manager. <br> • DHS to onboard and train the new Clinical Social Worker for Pitchess Detention Center. |
| **D3:  Supportive Service Standards for Subsidized Housing** | • In November 2019, LAHSA convened the Housing Central Command (HCC) to bring together key system partners. Since then, representatives from these system partners | • The HCC will continue to assess, prioritize, and match highly vulnerable persons experiencing |

Page | 12

**Exhibit 2 Page 179**

EXHIBIT II

| | | |
|---|---|---|
| **Target Implementation Date:** March 2021 | have met daily to work on identifying roadblocks in the match to move-in process, to determine solutions and to begin testing new mechanisms to fully utilize PSH resources.<br>• In January 2020, the HCC formally announced its efforts to create unified operational awareness of all LA County PSH resources and processes.<br>• With the implementation of the HCC, PSH standards have been put on hold until the HCC proposed changes are implemented and refined. The goal is to incorporate any changes adopted by HCC into the PSH standards.<br>• As a result of HCC's efforts, PHAs have issued guidance indicating they will accept digital documents, clarified that diagnosis forms do not expire, and have agreed to have LAHSA staff stationed at the PHAs to help aid in documenting a person's history of homelessness and disability using HMIS data. These developments will greatly increase the ability to move participants into PSH.<br>• On February 8, 2020 LAHSA and its system partners release a video informing the public of HCC and the adopt of digital documents and other changes.<br>• LAHSA's HMIS team is working on creating dashboards to track HCC implementation strategy and progress towards unified system awareness of PSH resources.<br>• LAHSA staff has started to conduct bi-weekly TA meetings with Housing Navigation providers to increase their capacity to participate as part of HCC.<br>• LAHSA staff has updated a webinar on how to complete the universal homeless verification forms and will be uploading it to LAHSA's website.<br>• LAHSA has been actively conducting trainings for LAHSA, DMH, DHS, and HACLA, and LACDA-funded providers throughout the homeless continuum on the use of the universal forms and HMIS records to facilitate the documentation of a person's history of homelessness and expedite their entrance into interim and permanent housing. | homelessness; in order to move vulnerable persons into housing.<br>• The HCC will test system changes in SPA 4 and SPA 7 and LAHSA will provide updates in subsequent reports.<br>• HCC plans on strategically utilizing Housing Navigation as part of the SPA 4 and SPA 7 pilots. The lessons learned will be implemented as part of the standards. HCC plans on initiating field testing of SPA 4 and SPA 7 pilots during the second half of February.<br>• LAHSA and its system partners plans to incorporate the lessons learned and the refinement process into the standards. This is why the target date is pushed back until March 2021. |
| **D4:  Regional Integrated Re-entry Networks – Homeless Focus (H)** | The D4 Measure H funding has been transferred to Strategy B7 to increase the number of B7 beds available each fiscal year by 75 for those exiting County and local jails.  Strategy D4 is no longer an active strategy. | Continue referring and placing clients exiting jails into the B7 beds, subject to availability. |
| **D5:  Support for Homeless Case Managers**<br><br>**Actual Implementation Dates:** December 2016 | **Strategy D5 Workgroup:**<br>• Alternate Public Defender (APD), CEO, CSSD, Dept. of Animal Care and Control (DACC), DPH, DPSS, Public Defender, and WDACS submitted 161 referrals during October through December 2019.<br>• The Strategy D5 Full Workgroup continues to meet quarterly to discuss referrals and best practices. | • Strategy D5 Homeless Referral Trainings will continue, so new County department staff can make appropriate referrals for people experiencing homelessness. |

**Exhibit 2 Page 180**

EXHIBIT II

| | | |
|---|---|---|
| o **WDACS-APS Co-Location Pilot Program: September 2018 – Active**<br>o **Home2Work Pilot Program: October 1, 2018 – Active**<br>o **Elderly Nutrition Pilot Program: March 2018 – November 2019**<br>o **DPSS & Union Station Homeless Services Pilot Program: July 31, 2018-January 31, 2019**<br>o **DPSS & LAFH Diversion Co-location Pilot: March 2019 - June 2019** | <u>Strategy D5 Pilots:</u><br>• WDACS/APS/PATH Co-Location Pilot<br> o A staff person from PATH is co-located at the WDACS Metro field office in SPA 4 once a week to provide case management support to older adults experiencing homelessness<br> o As of January 2020, a total of 13 clients have been referred to homeless providers.<br><br>• Home2Work Pilot<br> o A full group meeting was held in November 2019 to provide a program overview of the D5 referral process for new staff members participating in Home2Work.<br> o As of December 2019, a total of 46 have been referred to homeless providers, including 4 enrollments. | • LAHSA will continue to provide technical assistance to implement the Strategy D5 Pilots and assist County Departments and homeless provider agencies with referrals.<br>• LAHSA will be rolling out the "Referring Partner Tool" which will be an online portal to submit referrals for better tracking and record keeping. The tool will be release sometime in Spring 2020. This tool will replace the D5 paper referral form. |
| **D6: Criminal Record Clearing Project (H)**<br><br><u>Actual Implementation Date:</u> January 2018 | **Los Angeles County Public Defender Homeless Mobile Unit:**<br>• Implemented "DPSS Monday" program, sending out a team to a different DPSS office every Monday;<br>• Onboarded two new attorneys (including an onsite supervisor), two new paralegals, and two new legal secretaries to the team;<br>• Trained numerous CBO's, FBO's and partner agencies on record clearing and the Public Defender's Office;<br>• Met with the Los Angeles County Superior Court, Court Administrators, CEO-HI and the District Attorney's Office and City Attorney's Office to propose a plan for a centralized Homeless Court; and<br>• Attended San Diego Homeless Court Program with the LA City Attorney and delegates from Atlanta, Georgia.<br><br>**Los Angeles County Homeless Court Program/Los Angeles City Attorney:**<br>• The LA County Homeless Court Program/City Attorney (City Attorney) team continues to serve participants throughout the county. In the past quarter, the City Attorney attended seventeen (17) clinics in: South Los Angeles, Northeast Los Angeles, the San Fernando Valley, West Los Angeles, Hollywood, the Antelope Valley, Downtown Los Angeles, San Pedro, and Malibu. | • The Los Angeles Public Defender will onboard a staff member through grant funding to focus on data collection and connecting clients with warrants to Public Defenders throughout the County of Los Angeles.<br>• Public Defender will streamline the direct referral process.<br>• Public Defender will acquire a fourth vehicle to facilitate travel and services throughout the County.<br>• The LA County Homeless Court Program/City Attorney (City Attorney) team will continue enhancing technology tools to increase capacity. The team is looking to additional internal resources that may be used. |

Page | 14

Exhibit 2 Page 181

EXHIBIT II

| | | |
|---|---|---|
| **D7:  Provide Services and Rental Subsidies for Permanent Supportive Housing (H)**<br><br>Actual Implementation Date: July 2017 | • DHS issued Master Agreements and/or Work Orders for two additional ICMS providers.<br>• DHS held 43 training sessions with the ICMS agencies that focused on services, documentation, mental health, Intimate Partner Violence, and other topics.<br>• To date, DHS has funded approximately 2,622 slots for services (1,962 in project based + 660 scattered site) and continues to implement the roll out of this funding each month in project-based settings and in agencies with tenant-based subsidies.<br>• DMH, DHS and LAHSA have reviewed the PSH pipeline and are preparing contract amendments to add Housing FSP at 26 new sites that will serve 649 individuals.<br>• DMH hosted a Learning Collaborative for Housing FSP and ICMS providers with focus on ways clinicians and case workers could collaborate on client issues such as outreach, engagement and treatment goals.<br>• DPH-SAPC co-located CENS at one additional PSH project-based site, bringing the total number of co-located or connected CENS sites to 65 in FY 19-20.<br>• DPH-SAPC conducted additional Field Safety Training for all CENS counselors to ensure personal safety while providing services in housing units and in the PSH units. | • DMH will expand its Property Management Training to help property managers to effectively work with residents with mental illness.<br>• DPH-SAPC will develop CENS policies and procedures that guide counselors' delivery of services including at scattered PSH sites.<br>• In Q3, DPH-SAPC will release a Work Order Solicitation for CENS services for FY 20-21. |
| **E1:  Advocate with Relevant Federal and State Agencies to Streamline Applicable Administrative Processes for SSI and Veterans Benefits**<br><br>Actual Implementation Dates: Advocacy with SSA – April 2017<br><br>Advocacy with VA – December 2017 | No additional activity since last reporting period. | Continue to monitor partnership with Veterans Administration and SSA for opportunities to enhance services. |
| **E2:  Drug Medi-Cal Organized Delivery System for Substance Use Disorder Treatment Services**<br><br>Actual Implementation Date: | • DPH SAPC continued implementation of the Drug Medi-Cal Organized Delivery System.<br>• DPH SAPC-Tarzana Treatment Center's partnership in implementing the Antelope Valley after-hours treatment services has served 100 clients.<br>• DPH-SAPC opened three Connecting to Opportunities for Recovery and Engagement Centers throughout Los Angeles County located at Antelope Valley, Pomona, and Martin Luther King Jr. Public Health Centers. | • Continue to collect client experience data via the Substance Abuse Service Helpline (SASH) and Client engagement and Navigations Services (CENS). |

**Exhibit 2 Page 182**

EXHIBIT II

| | | |
|---|---|---|
| July 2017 | | • DPH-SAPC is working with an electronic health record vendor to create a service connections log, which will provide capability to input and track client data at referral sites and create aggregate reports. |
| **E3:  Creating Partnerships for Effective Access and Utilization of ACA Services by People Experiencing Homelessness**<br><br>Actual Implementation Date: October 31, 2018 | • All 16 Whole Person Care (WPC) programs have been implemented for all six high risk populations: homeless; reentry; mental health; substance use disorder; perinatal; and those with chronic medical conditions<br>• A Whole Person Care Clinical Pharmacy program has been launched to provide high-value and comprehensive medication-related interventions that have been integrated into inpatient and primary care teams.<br>• Medical-Legal Partnership program expanded to three new sites: Long Beach, El Monte and Mid-Valley comprehensive health centers. Since program inception, 2,650 clients have been served. | Continue program improvement efforts across all WPC programs. |
| **E4:  First Responders Training**<br><br>Actual Implementation Date: October 2016 | During this quarter, members of the LASD Homeless Outreach Services Team presented at over 17 meetings/events and engaged local city staff and law enforcement agencies, County department staff, and community-based organization staff to inform them of and provide the Sheriff's First Responders Training. | Continue engaging entities regarding LASD First Responders Training and provide trainings upon request. |
| **E5:  Decriminalization Policy**<br><br>Actual Implementation Date: January 2017 | LASD continues to disseminate the Decriminalization Policy Departmentwide and share it with local law enforcement entities upon request. | Continue to disseminate the Policy and ensure it is adhered to Countywide. |
| **E6:  Countywide Outreach System (H)**<br><br>Actual Implementation Date: March 2017 | Outreach Team Implementation:<br>• Measure H-funded outreach teams continue to proactively serve people experiencing unsheltered homelessness throughout the County of Los Angeles, serving tens of thousands of people experiencing street-based homelessness.<br>• As of December 31, 2019, 100% of all Measure H-funded teams inclusive of MDTs, HET, CES, Public Spaces and Weekend teams were fully implemented and continue to ensure SPA-wide coverage despite some vacancies. | On February 20, 2020, the Public Defender will educate the outreach teams about their services and present on the *Mobile Expungement Unit: Legal Services on the Street.* |

Exhibit 2 Page 183

EXHIBIT II

| | | |
|---|---|---|
| | **Outreach Team Capacity Building:** <br><br> • The LAHSA & Health Agency Street-Based Engagement Training and Orientation Week was conducted on December 9-13, 2019 and trained more than 100 newly-hired DMH HOME, DHS-Contracted MDT and LAHSA HET outreach team members. This comprehensive training included 25 training topics facilitated by over 40 presenters in the areas of health, safety, mental health, substance use, peer support and collaboration with law enforcement. <br><br> • The Health Agency MDT Learning Collaborative meetings continue monthly, focusing on capacity building training, sharing success stories, reviewing outcomes, and problem-solving barriers to serving vulnerable populations. <br><br> • In December, over 70 outreach workers from across the County were provided full VI SPDAT training by LAHSA. <br><br> • In conjunction with the Department of Public Health's (DPH) Homeless Mortality Prevention Initiative, the DHS-contracted MDTs, in collaboration with the DMH HOME teams, administered over 500 street-based surveys throughout Los Angeles County from November 22, 2019 to December 18, 2019. <br><br> **Outreach Coordination:** <br><br> • As of the end of this quarter, LA-HOP had received nearly 15,000 requests since it launched.  It received nearly 3,200 requests in this quarter alone. <br><br> • Outreach Coordinators and teams quickly mobilized for many days to support people experiencing homelessness in the vicinity of three large-scale wildfires: Saddleridge, Tick and Getty Fires.  They disseminated hundreds of masks, staffed evacuation centers, provided extra resources, and transported clients to shelters and other safe areas. <br><br> • Outreach Coordinators and Teams quickly mobilized Countywide to support the opening of 1,000 early/augmented Winter Shelter beds in advance of Thanksgiving weekend.  A number of outreach team members also served as volunteers in the shelters and provided extra supports over the holiday. | |
| **E7:  Strengthen the Coordinated Entry System (H)** <br><br> <u>Actual Implementation Date:</u> July 2017 | • <u>Organization Capacity Building</u>: Year to date, 45 providers have been awarded funding and a total of $6,820,639 has been invested in operational infrastructure enhancements, of which $2,267,514 is funded by Measure H. <br><br> • <u>Workforce Development</u>: LAHSA's Talent Acquisition Coordinator sourcing efforts included 392 pre-screened candidates and filled 151 vacant positions on behalf of 14 providers. | • The Homeless Service Professionals Job Fair will be held in spring of 2020 and is anticipated to draw over 1,000 job seekers and continue to engage approximately 40-45 homeless services employers. |

**Exhibit 2 Page 184**

EXHIBIT II

| | | |
|---|---|---|
| | • Centralized Training Academy trained 1,023 unduplicated individuals during reporting period 16 from 98 unique service providing agencies. 38 trainings were available through the CTA on 20 unique topics.<br>• Domestic Violence Regional Coordination: 7 of the 8 DV Regional Coordinators have been hired. Coordinators conducted quarterly meetings with Victim Service Providers and homeless service providers to build and maintain partnerships.<br>• Legal Services: LA Public Defender's office conducted a training for all Legal Services staff on December 2, 2019, covering criminal expungements. A Legal Services work group was formed to strengthen advocacy, and to identify additional avenues to assist individuals experiencing homelessness.<br>• Supervising Attorney Group: All legal service providers meet monthly to do case consultation to trouble shoot cases, discuss access issues in the courts and areas of support that may be needed for difficult cases.<br>• Housing Location Program hosted a Landlord Seminar on Fair Housing best practices.<br>• LAHSA is analyzing the Housing Location Program's capacity to leverage the program to strategically secure units aligned with procedural developments in HCC.<br>• Housing Navigation: LAHSA created a Supportive Service Coordinator position that will be providing program oversight and guidance to the Housing Navigation program.<br>• Housing Location: Housing Central Command (HCC) is developing processes to provide a comprehensive profile of available housing resources throughout the Los Angeles CoC. | • Capacity building will develop a set of trainings for providers of trauma-informed care to children ages 0-5 with a special emphasis on families experiencing homelessness.<br>• LAHSA will train CES Matchers on new enhanced and improved tools for matching created by the collaborative efforts of HCC.<br>• LAHSA will pilot a way for victim service providers to refer survivors into CES<br>• Housing Location Coordinator will identify new strategies to secure market units for Tenant Based Rental Assistance (TBRA) certificate holders.<br>• LAHSA, HCC, and the Housing Location Program will engage property owners and managers via the Landlord Advisory Board Meeting on January 16, 2020 to identify system enhancements in leasing up TBRA certificates.<br>• LAHSA will hold a joint Legal Services and Prevention Learning Community in mid-February 2020. |
| E8:  Enhance the Emergency Shelter System (H)<br><br>Actual Implementation Date: October 2016 | • As of this report, LAHSA has secured a total of 84 beds of Enhanced Bridge Housing for Older Adults throughout the SPAs.<br>• Due to inclement weather, the Winter Shelter program began operating on November 27, 2019, which consisted of 12 sites, 696 beds in the City of LA, and 563 beds outside of LA City. | None. |

Page | 18

Exhibit 2 Page 185

EXHIBIT II

| | | |
|---|---|---|
| | • Interim Housing Coordinators conducted two feedback sessions in November 2019, with the purpose of gaining input and feedback from the providers to better inform future program design, system design, and procurement of shelter services.<br>• The first LAHSA-funded Enhanced Bridge Housing for women (16 beds) that specifically serves transgender women opened in December 2019.<br>• LAHSA in conjunction with 211, hosted an Emergency Response and Activation Webinar training on October 27, 2019, with selected Interim Housing Providers to inform them of the County's Emergency Activation process.<br>• DHS held various trainings including a quarterly interim housing provider meeting on CBEST and Enriched Residential Care, and Office of Diversion and Reentry (ODR) to provide a de-escalation training for recuperative care providers.<br>• LAHSA, DHS, DMH, and DPH developed and implemented a Quality Assurance plan for Interim Housing providers. The Plan included the Grievance Policy, coordinated monitoring plan and schedule, and a shared QA Evaluation Tool. | |
| E9:  Discharge Data Tracking System<br><br><u>Actual Implementation Date:</u> June 2017 | • Began the implementation of MCOs, hospitals, and clinics into HMIS for care coordination.  In the second quarter of implementation, three hospitals, two Managed Care Organizations and 19 Community Based Care Management Entities have been granted HMIS access, and many more are in active discussion to gain access.<br>• Completed reformatting of the Enterprise Linkage Project (ELP) data into the CWMDM platform. | Continue to review and revise HMIS policies with HUD TA to more clearly define participating organizations eligible to access HMIS and update its privacy and data sharing policies. |
| E10:  Regional Coordination of Los Angeles County Housing Authorities<br><br><u>Actual Implementation Date:</u> May 2016 | • On November 13, 2019, the LACDA conducted a meeting with Housing Authorities from multiple cities including the Cities of Los Angeles, Pomona, Pasadena, Long Beach, South Gate, Norwalk, and Burbank.<br>• Key stakeholders and partners also attended the meeting including representatives from the Los Angeles County Office of Immigrant Affairs, Office of U.S. Senator Dianne Feinstein, and the Los Angeles HUD Office of Community Planning and Development. | • Awaiting HUD approval of regional exception payment standards for the Veteran Affairs Supportive Housing (VASH) Program.<br>• Awaiting HUD approval of waiver to streamline the Housing Quality Control inspection process. |
| E11:  County Specialist Support Team (Super Connect)<br><br><u>Actual Implementation Date:</u> | SuperConnect Team has been phased out as of November 2019 as it has been incorporated into the Housing for Health Program. However, DPSS continues to provide vital services to the street-based teams, Interim Housing, CBEST, and Enriched Residential Care program (Board and Cares) by providing access to vital income information, copies of IDs, assistance with reestablishing benefits, status on sanctions, assistance with My Benefits Now, and warm hand-offs to district offices. | None. |

**Exhibit 2 Page 186**

EXHIBIT II

| December 2017 | | |
|---|---|---|
| E12:  Enhanced Data Sharing and Tracking<br><br>Actual Implementation Date: June 2017 | **Evaluations**<br>• The Year 3 HI performance evaluation was released on January 6, 2020. The evaluator, PSA, presented the findings before the Homeless Policy Board deputies on January 9, 2020.<br>• Five strategy-specific evaluations were completed and submitted to the Homeless Policy Board deputies. The evaluators have begun to present their evaluation findings to the deputies, with presentations continuing through March.<br><br>**Homeless fatalities**<br>• In November, CEO Research and Evaluation Services (RES) was asked to aid DPH in preparing a report back to the Board on rising homeless fatalities in Los Angeles County and potential preventive steps. RES conducted data matches linking decedents in a 2018 Coroner's homeless death file to services used in the two years prior to their death dates.  The unit additionally helped prepare a brief summarizing qualitative information collected in Interviews with stakeholders regarding increasing homeless deaths  and potential preventive measures to be taken. Match results and key qualitative information are to be included in DPH's report back to the Board, which is due in February.<br>• In December, RES convened a conference call with the Chief Medical Examiner (CME), Department of Public Health (DPH) and the California Policy Lab (CPL) to explore the most expeditious path to obtain authorization for CPL to use Coroner's death data in developing models to support efforts to prevent homeless fatalities.<br>• In December and January, RES completed interview summaries and the data match analyses in support   of DPH's report back to the Board on homeless fatalities and countywide prevention efforts.<br><br>**LACOE-LA County-CES data linkage project**<br>• A series of meetings in October and November with LACOE, LAHSA, and other stakeholders resulted in selection of a technical approach to perform matches between the agencies' data systems. In December and January, RES prepared a legal memo, with input from LACOE, seeking legal guidance on the most expeditious path to an agreement to perform the matches.<br><br>**HMIS-DPSS data match** | • RES is finalizing an agreement with HPRI/USC to provide rapid response research/evaluation.<br>• RES is working with County Counsel to develop and execute an agreement that will provide CPL with access to County death data in connection with an effort to onboard the CME into the County's Integrated Data System.<br>• In February and March, RES and LACOE will perform a series of test matches to confirm the functionality of the technical process selected for the matches. In March, RES will circle back with Counsel to explore using RES's delegated authority to execute the formal agreement needed to complete the Proof of Concept Match.  RES will also present an overview of the proof of concept.<br>• In February, RES will work with the HI, DPSS and LAHSA to add supplemental information to the results to the HMIS-DPSS results to be presented to the homeless policy Board deputies in March. |

Exhibit 2 Page 187

EXHIBIT II

| | | |
|---|---|---|
| | • RES completed a comprehensive match between DPSS and HMIS clients, to identity the rate of DPSS benefit receipt among families and individuals receiving HMIS services. | |
| E13:  Coordination of Funding for Supportive Housing<br><br>Actual Implementation Date:<br>Fall 2018 | The Universal Notice of Funding Availability (UNOFA) team continues to meet regularly for the development of the online application system.   The LACDA and HCID-LA have coordinated funding eligibility, special needs populations to be served, and financial and project forms, so joint funding applications will be seamless.  3Di (vendor) is completing work on various sections of the application, which are then tested by E13 members.  3Di then completes fixes as testing continues.  New application releases are available every 2-3 weeks. | The UNOFA system development and testing continues.  Roll-out of the UNOFA system is expected by mid-2020. |
| E14:  Enhanced Services for Transition Age Youth (H)<br><br>Actual Implementation Dates:<br>Phase 1:  August 2016<br>Phase 2:  September 2016<br>Phase 3:  July 2018<br>Phase 4:  October 2016 | • Campus Peer Navigators, staffed by Youth CES Lead Agencies, began co-locating on several community college campuses.<br>• DCFS/Probation Liaisons, staffed by Youth CES Lead Agencies, began accepting referrals from DCFS, Probation, and other partner agencies.<br>• Funding for Strategy E14 was augmented with one-time Measure H funding, based on 2019 Homeless County results which reflected an increase in youth homelessness. With one-time Measure H funding, LAHSA added 127 Rapid Re-Housing slots for TAY to existing Rapid Re-Housing contracts and added $415,000 to the centrally-administered Problem-Solving Assistance Fund (PSAF) to serve an estimated 192 TAY in Fiscal Year 2019-20.<br>• LAHSA began administering the centralized Problem-Solving Assistance Fund (PSAF), accessible to trained system partners (i.e. DCFS, Probation, DPSS, etc.) and homeless service providers; the PSAF will provide TAY with limited and one-time financial assistance to support them to access temporary or permanent housing outside of CES, such as with family or friends<br>• LAHSA released a Request for Proposals (RFP) to fund one TAY Access Center in each Service Planning Area.  The RFP was released in December 2019 and awards were approved in January 2020. Services will begin in April 2020.<br>• LAHSA added 8 new members to the Homeless Youth Forum of Los Angeles.<br>• UCLA Project STRIVE completed its evaluation of the Youth Family Reconnection Program.  LAHSA expects to share the evaluation findings with stakeholders by Spring 2020.<br>• LAHSA selected a consultant to lead the Higher Education and Homelessness Workgroup through a strategic planning process between November 2019 and May 2020. | • Campus Peer Navigators will co-locate on all remaining community college campuses.<br>• LAHSA will apply on behalf of the LA CoC to the State for $67 million in one-time funding, of which at least 8% will be dedicated to TAY programs and services, as part of the Homeless Housing Assistance and Prevention (HHAP) program.<br>• LAHSA will convene various stakeholders for a second Youth CES refinement workshop in the next quarter.<br>• A third-party evaluation of TAY Transitional Housing in LA County, led by Abt Associates, will launch in the next quarter. |

Page | 21

**Exhibit 2 Page 188**

EXHIBIT II

| | | |
|---|---|---|
| | • LACDA, HACLA, DCFS, and LAHSA partnered to prepare and apply to HUD for new Family Unification Program (FUP) vouchers. | |
| **E15: Homeless Voter Registration and Access to Vital Records**<br><br>Actual Implementation Date: January 2017 | • During this quarter, the Registrar-Recorder/County Clerk (RR/CC) participated in four Homeless Connect days offering information on how to obtain birth certificates using a fee waiver, voter registration opportunities, and election information.<br>• As part of County's new Voting Solutions for All People (VSAP) system, RR/CC is working to recruit locations as vote centers that will be easily accessible to homeless communities and individuals experiencing homelessness. | • RR/CC will continue to promote voter education and civic engagement with homeless services agencies including participation in Homeless Connect Days.<br>• RR/CC will continue outreach to new community partners and explore additional opportunities with current partners for insight on locations to use as vote centers for the March 2020 Presidential Primary Election.<br>• RR/CC will work with LASD to enhance the voting experience for incarcerated voters inside jail facilities. |
| **E16: Affordable Care Act opportunities**<br><br>Implementation Dates: Actual: July 2017<br><br>Health Homes: Targeted for Summer 2019 | • Cumulative enrollments in WPC programs through September 2019 reached 62,068 clients.<br>• Sustainability planning and program transitions are underway for WPC. Health Agency representatives have been participating in Medi-Cal waiver discussions at the State. The State released a draft of the CalAIM documents for public comment by October 29, 2019, with feedback on the proposals due by December 2019. | The annual report and invoice for Program Year 4 is currently under development and will be submitted on April 1, 2020. |
| **E17: Regional Homelessness Advisory Council (RHAC) and Implementation Coordination**<br><br>Actual Implementation Date: February 2017 | The RHAC held its quarterly meeting on December 5, 2019 and included a discussion by Los Angeles County DMH on its homelessness efforts. | RHAC meetings are held quarterly. The RHAC 2020 meeting calendar is currently under development. |

Page | 22

**Exhibit 2 Page 189**

EXHIBIT II

| | | |
|---|---|---|
| **F1:  Promote Regional SB 2 Compliance**<br><br>Actual Implementation Date: November 2016 | No community outreach was conducted this quarter promoting SB 2 compliance. | CEO and Department of Regional Planning will evaluate next steps to take to best promote SB 2 compliance. |
| **F2:  Linkage Fee Nexus Study, and**<br>**F5:  Incentive Zoning/Value Capture Strategies**<br><br>Actual Implementation Date: January 2018 | Completed as of January 31, 2019. | N/A |
| **F3:  Support for Inclusionary Zoning for Affordable Rental Units**<br><br>Actual Implementation Date: March 2016 | A consultant was selected to assist the Department of Regional Planning review and update the Inclusionary Housing Feasibility Study based on input gathered from stakeholders. | Complete the Inclusionary Housing Feasibility Study update during the first quarter of 2020. |
| **F4:  Development of Second Dwelling Unit Pilot Project**<br><br>Actual Implementation Date: October 2017 | • Of the new ADU projects that are part of the pilot, two are under construction and completion is anticipated by Summer 2020; two other new ADU projects are anticipated to be completed by Spring 2021.<br>• Ongoing program monitoring of progress and identifying "Lessons Learned" along the way from homeowner selection, design, construction to completion and lease-up of the new or unpermitted ADU.<br>• LACDA is collecting data on all existing ADU-related programs within the County of Los Angeles. LACDA will continue to develop this data for informational and comparative purposes.<br>• DRP reviewed new State ADU laws, which take effect on January 1, 2020, to prepare for an update to the County's ADU ordinance. | • Continue to identify "Lessons Learned", and strategies to address issues encountered by the ADU Pilot Program participants.<br>• Update ADU ordinance to reflect changes to State law, which took effect on January 1, 2020. |
| **F6:  Use of Public Land for Homeless Housing** | Ongoing discussions between CEO Asset Management and CEO-HI staff regarding potential vacant or underutilized properties for interim and supportive housing. | CEO to obtain approval of Board Offices for use of County property for interim or permanent housing. |

Page | 23

Exhibit 2 Page 190

EXHIBIT II

| | | |
|---|---|---|
| Target Implementation Date: Ongoing | | |
| F7:  Preserve and Promote the Development of Affordable Housing for Homeless Families and Individuals (H)<br><br>Actual Implementation Date: NOFA 23-A released in September 2017 NOFA 24-A released in September 2018 | Project management is on-going for the five projects from NOFA 23-A, which received Measure H fund allocations in 2018:<br>• PATH Villas at South Gate – Predevelopment<br>• Kensington Campus – Completed<br>• The Spark at Midtown – In construction<br>• Florence Apartments – In construction<br>• Sun Commons – Predevelopment<br><br>Projects receiving Measure H funding through NOFA 24-A include the following projects:<br>• Veterans Park Apartments – In construction<br>• Fairview Heights – In construction<br>• Vermont/Manchester Apartments – Predevelopment<br>• The Pointe on La Brea – Predevelopment<br>• PCH & Magnolia Apartments – Predevelopment<br>• Juniper Grove Apartments – Predevelopment | |
| F7:  One-time Housing Innovation Fund (H)<br><br>Implementation Dates: Actual RFP release:  June 2018 Selection of winning proposals:  December 2018 | On August 13, 2019, the Board authorized LACDA to execute and administer contracts with the five winners of the Housing Innovation Challenge (HIC).   Below is a status of the five HIC projects.<br>• South LA Bungalows:  Loan documents have been executed and deposited into escrow.  Escrow is expected to close the week of February 3, 2020, with construction starting thereafter.<br>• Flyaway Homes: Developer is identifying financing commitments for financing gap before closing can be authorized.<br>• LifeArk El Monte:   Escrow is expected to close in February 2020.  The state is reviewing modular design documents before providing final approval.  Site work permit is expected to be received in March.<br>• Community Corp of Santa Monica:  A new potential site has been identified for the project.  Developer executed a purchase and sale agreement for the new site.<br>• United Dwelling:  The template loan documents are not compatible for this project; therefore, a grant and disbursement agreement is being drafted by legal counsel. | |

Page | 24

Exhibit 2 Page 191

EXHIBIT II

| ACA | Affordable Care Act | IAR | Interim Assistance Reimbursement |
|---|---|---|---|
| ADU | Accessory Dwelling Unit | ICMS | Intensive Case Management Services |
| AJCC | America's Job Center of California | IPV | Intimate Partner Violence |
| ASO | Alternative Staffing Organization | LACA | Los Angeles City Attorney |
| CBEST | Countywide Benefits Entitlement Services Teams | LACAC | Los Angeles County Arts Commission |
| CBO | Community Based Organization | LACEYH | Los Angeles Coalition to End Youth Homelessness |
| CDC | Community Development Corporation | LACOE | Los Angeles County Office of Education |
| CES | Coordinated Entry System | LAHSA | Los Angeles Homeless Services Authority |
| CEO | Chief Executive Office | LAFH | LA Family Housing |
| CENS | Client Engagement and Navigation Services | LASD | Los Angeles Sheriff Department |
| CoC | Continuum of Care | MET | Mental Evaluation Team |
| COG | Council of Governments | MDT | Multidisciplinary Team |
| DCFS | Department of Children and Family Services | NOFA | Notice of Funding Availability |
| DHR | Department of Human Resources | ODR | Office of Diversion and Re-entry |
| DHS | Department of Health Services | PD | Public Defender |
| DMH | Department of Mental Health | PH | Permanent Housing |
| DMVA | Department of Military and Veteran's Affairs | PHA | Public Housing Authority |
| DPH | Department of Public Health | PSH | Permanent Supportive Housing |
| DPSS | Department of Public Social Services | RBH | Recovery Bridge Housing |
| DPW | Department of Public Works | RCB-ICMS | Reentry Community-Based Intensive Case Management Services |
| DRP | Department of Regional Planning | REDF | Roberts Enterprise Development Fund |
| DV | Domestic Violence | RES | Research and Evaluation Services |
| E-TSE | Enhanced Transitional Subsidized Employment | RHAC | Regional Homelessness Advisory Council |
| FSC | Family Solutions Center | RRH | Rapid Re-Housing |
| FSP | Full-Service Partnership | RR/CC | Registrar Recorder/County Clerk |

Page | 25

Exhibit 2 Page 192

EXHIBIT II

| | | | |
|---|---|---|---|
| GR | General Relief | SAPC | Substance Abuse Prevention and Control |
| HACLA | Housing Authority of City of Los Angeles | SPA | Service Planning Area |
| HACoLA | Housing Authority of County of Los Angeles | SSA | Social Security Administration |
| HCID-LA | Los Angeles Housing and Community Investment Department | SSI | Supplemental Security Income |
| HCV | Housing Choice Voucher | TAY | Transition Age Youth |
| HET | Homeless Engagement Team | TSE | Transitional Subsidized Employment |
| HIP | Homeless Incentive Program | VA | Veterans Administration |
| HJC | Housing and Jobs Collaborative | VI-SPDAT | Vulnerability Index – Service Prioritization Decision Tool |
| HMIS | Homeless Management Information System | WDACS | Workforce Development Aging and Community Services |
| HUD | U.S. Department of Housing and Urban Development | WIOA | Workforce Innovation and Opportunity Act |
| IAR | Interim Assistance Reimbursement | | |

Page | 26

Exhibit 2 Page 193

Exhibit III

## Homeless Initiative Performance Data by Strategy
### Fiscal Year 2019-2020, Quarters 1 and 2 (July 2019 - December 2019)*

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO SEPTEMBER 2019 (Q1 of FISCAL YEAR 2019/2020) | JULY 2019 TO DECEMBER 2019 (Q1 and Q2 of FISCAL YEAR 2019/2020) |
|---|---|---|---|---|---|
| A1: Homeless Prevention Program for Families | Percentage of A1 participant families that exit the program who retain their housing or transition directly into other permanent housing | 73% (348/477) | 89% (689/775) | 81% (120/149) | 79% (226/286) |
| A1: Homeless Prevention Program for Families | Percentage of A1 participant families that did not enter any homeless services programs within six months of exiting the prevention program | N/A | 93% (583/629) | 100% (221/221) | 99% (329/333) |
| A5: Homeless Prevention Program for Individuals | Percentage of A5 participants that exit the program who retain their housing or transition directly into other permanent housing | 89% (72/81) (data is for February 2018-June 2018) | 93% (813/872) | 80% (270/336) | 80% (522/654) |
| A5: Homeless Prevention Program for Individuals | Percentage of A5 participants that did not enter any homeless services programs within six months of exiting the prevention program | Not available | 89% (510/572) | 97% (207/213) | 97% (428/439) |
| B1: Provide Subsidized Housing to Homeless Disabled Individuals Pursuing SSI | Number of B1 participants who secured housing with B1 subsidy** | 1,476 | 253 | 246 | 662 |
| B1: Provide Subsidized Housing to Homeless Disabled Individuals Pursuing SSI | Percentage of enrolled B1 participants who secured housing with B1 subsidy | 61% | 86% | 47% | 58% |
| B1: Provide Subsidized Housing to Homeless Disabled Individuals Pursuing SSI | Number of B1 participants approved for SSI | 120 | 117 | 24 | 71 |

*Some of the outcomes reported in prior quarterly reports have changed due to data lag and other revisions.

**B1 subsidy referrals/enrollments were suspended between March 2018 and February 2019.

Exhibit 2 Page 194

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2019-2020, Quarters 1 and 2 (July 2019 - December 2019)**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO SEPTEMBER 2019 (Q1 of FISCAL YEAR 2019/2020) | JULY 2019 TO DECEMBER 2019 (Q1 and Q2 of FISCAL YEAR 2019/2020) |
|---|---|---|---|---|---|
| **B3: Partner with Cities to Expand Rapid Re-Housing** | Number of participants newly enrolled in B3 | Not available; data under review. Data will be available in next quarterly report. | | 6,513 | 10,297 |
| | Number of participants active in the program on the last day of the reporting period | | | 13,092 | 11,336 |
| | Number of B3 participants active in the program within the reporting period date range | | | 13,598 | 15,557 |
| **B4: Facilitate Utilization of Federal Housing Subsidies** | Number of formerly homeless individuals and families that were housed using B4 landlord incentive payments | 629 | 2,120 | 607 | 1,139 |
| | Number of landlord/community engagement events held | 49 | 125 | 29 | 51 |
| | Number of landlord requests to participate in Homeless Incentive Program (HIP) | 691 | 2,435 | 632 | 1,148 |
| | Number of incentives provided to landlords | 874 | 2,534 | 756 | 1,333 |
| | Amount of incentives provided to landlords | $ 1,285,217 | $ 4,207,723 | $ 1,276,612 | $ 2,288,145 |

2

**Exhibit 2 Page 195**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2019-2020, Quarters 1 and 2 (July 2019 - December 2019)**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO SEPTEMBER 2019 (Q1 of FISCAL YEAR 2019/2020) | JULY 2019 TO DECEMBER 2019 (Q1 and Q2 of FISCAL YEAR 2019/2020) |
|---|---|---|---|---|---|
| **B4: Facilitate Utilization of Federal Housing Subsidies** | Number of units leased with HIP incentives (by bedroom size) | Total: 498 Bedroom sizes: SRO = 2 0 = 64 1 = 224 2 = 153 3 = 38 4 = 11 5 = 6 | Total: 1,863 Bedroom sizes: SRO = 4 0 = 106 1 = 916 2 = 558 3 = 192 4 = 62 5 = 16 6 = 1 Shared = 8 | Total: 607 Bedroom sizes: SRO = 1 0 = 54 1 = 285 2 = 164 3 = 65 4 = 21 5 = 6 6 = 3 7= 1 Shared = 7 | Total: 1,333 Bedroom sizes: SRO = 2 0 = 107 1 = 563 2 = 453 3 = 147 4 = 35 5 = 11 More than 5 = 5 Shared = 10 |
| | Number of security deposits paid | 361 | 2,083 | 687 | 1,294 |
| | Amount of security deposits paid | $ 780,476 | $ 5,298,068 | $ 1,828,970 | $ 3,421,499 |
| | Number of utility deposits/connection fees paid | 56 | 757 | 367 | 649 |
| | Amount of utility deposits/connection fees paid | $ 7,928 | $ 97,583 | $ 48,702 | $ 87,029 |
| | Number of rental application and credit check fees paid | 46 | 512 | 173 | 321 |
| | Amount of other move-in assistance paid | $ 129,051 | $ 688,029 | $ 460,283 | $ 15,766 |
| **B6: Family Reunification Housing Subsidy** | Number of B6 participant families placed in housing | 73 (Data for 1/1/17-6/30/18) | 89 | 34 | 73 |

3

**Exhibit 2 Page 196**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2019-2020, Quarters 1 and 2 (July 2019 - December 2019)**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO SEPTEMBER 2019 (Q1 of FISCAL YEAR 2019/2020) | JULY 2019 TO DECEMBER 2019 (Q1 and Q2 of FISCAL YEAR 2019/2020) |
|---|---|---|---|---|---|
| **B7: Interim/Bridge Housing for Those Exiting Institutions** | Number of individuals who have been served with B7-funded interim/bridge housing. | 2179 *(does not include Department of Public Health Substance Abuse Prevention and Control outcomes)* | 3,257 | 1,756 | 2,850 |
| | Breakdown of the institution from which individuals who were served in interim/bridge housing were discharged<br><br>*(Sum of categories does not equal total number because some individuals have multiple enrollments and/or came from different places prior to enrollment.)* | Hospitals: 386<br><br>Jail/Prison/ Juvenile Detention Center: 1,164<br><br>Other: 635 *(does not include Department of Public Health Substance Abuse Prevention and Control outcomes)* | Hospitals: 1,037<br><br>Jail/Prison/ Juvenile Detention Center: 861<br><br>Substance Abuse Treatment: 926<br><br>Interim or Transitional Housing: 138<br><br>Other: 305 | Hospitals: 411<br><br>Jail/Prison/ Juvenile Detention Center: 678<br><br>Substance Abuse Treatment: 492<br><br>Interim or Transitional Housing: 43<br><br>Other: 132 | Hospitals: 573<br><br>Jail/Prison/ Juvenile Detention Center: 1037<br><br>Substance Abuse Treatment: 1000<br><br>Interim or Transitional Housing: 63<br><br>Other: 174 |

4

**Exhibit 2 Page 197**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2019-2020, Quarters 1 and 2 (July 2019 - December 2019)**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO SEPTEMBER 2019 (Q1 of FISCAL YEAR 2019/2020) | JULY 2019 TO DECEMBER 2019 (Q1 and Q2 of FISCAL YEAR 2019/2020) |
|---|---|---|---|---|---|
| B7: Interim/Bridge Housing for Those Exiting Institutions | Number of B7 participants who exit to a permanent  housing destination | 445 *(does not include Department of Public Health Substance Abuse Prevention and Control outcomes)* | 544 | 128 | 306 |
| C1: Enhance the CalWORKs Subsidized Employment Program for Homeless Families | Number of C1 participants who are engaged in subsidized employment | 268 | 236 | 68 | 136 |
| | Number of C1 participants who are placed in unsubsidized employment | 52 (out of 131 who completed the subsidized placement) | 21 (out of 58 who completed the subsidized placement) | 1 (out of 1 participant who completed the subsidized placement) | 1 (out of 1 participant who completed the subsidized placement) |
| C2/C7: Increase Employment for Homeless Adults | Number of C2/C7 participants enrolled in Transitional Employment | 800 | 1,265 | 815 | 1,234 |
| | Number of C2/C7 participants who secured unsubsidized employment | 206 | 742 | 373 | 518 |
| | Number of DPSS GR Participants served by C2/C7 | 142 | 215 | 169 | 270 |

5

**Exhibit 2 Page 198**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2019-2020, Quarters 1 and 2 (July 2019 - December 2019)**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO SEPTEMBER 2019 (Q1 of FISCAL YEAR 2019/2020) | JULY 2019 TO DECEMBER 2019 (Q1 and Q2 of FISCAL YEAR 2019/2020) |
|---|---|---|---|---|---|
| C3: Expand Targeted Recruitment & Hiring Process to Homeless/ Recently Homeless to Increase Access to County Jobs | Number of individuals at risk of or experiencing homelessness who were enrolled in TempLA, a program that places low-income people into temporary employment with the County. | 34 | 3 | 1 | 1 |
| | Number of individuals at risk of or experiencing homelessness who were enrolled in Community Youth Bridges Program, a program to connect at-risk youth to County employment. | Not available | Not available | 12 | 17 |
| C4/5/6: Countywide SSI/Veterans Benefits Advocacy Program for People/ Veterans/ Inmates Experiencing Homelessness or at Risk of Homelessness | Number of individuals newly enrolled in CBEST | 7,458 | 6,226 | 1,905 | 3,486 |
| | Number of individuals currently enrolled in CBEST | 5,861 | 11,499 | 13,214 | 13,049 |
| | Number of CBEST participants whose applications for SSI/Veterans' benefits were submitted | 443 | 1,413 | 548 | 1,213 |
| | Number of CBEST participants whose applications for SSI/Veterans' benefits were denied | 4 | 47 | 13 | 16 |
| | Number of CBEST participants whose applications for SSI/Veterans' benefits are pending disposition | Not available | 1,007 | 1,290 | 1,568 |
| | Number of CBEST participants approved for SSI/Veterans' benefits | 142 | 364 | 161 | 402 |

6

**Exhibit 2 Page 199**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2019-2020, Quarters 1 and 2 (July 2019 - December 2019)**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO SEPTEMBER 2019 (Q1 of FISCAL YEAR 2019/2020) | JULY 2019 TO DECEMBER 2019 (Q1 and Q2 of FISCAL YEAR 2019/2020) |
|---|---|---|---|---|---|
| C4/5/6: Countywide SSI/Veterans Benefits Advocacy Program | Number of current CBEST participants who were linked to and had access to mental health services at some point in their enrollment | 2,723 | 2,314 | Not available *(replaced by care coordination and navigation metric below)* | Not available *(replaced by care coordination and navigation metric below)* |
| | Number of current CBEST participants who were linked to and had access to health services at some point in their enrollment | 4,963 | 4,185 | Not available *(replaced by care coordination and navigation metric below)* | Not available *(replaced by care coordination and navigation metric below)* |
| | Number of CBEST participants in Care Coordination and Navigation in the data period *(includes only those who were actively engaged in the application process in the data period, rather than those who had been engaged at one point in their CBEST enrollment, as in the above two metrics)* | Not available | Not available | 879 | 995 |
| D2: Expansion of Jail in Reach | Number of inmates who received D2 jail in-reach services | 3,489 | 1,349 | 368 | 689 |
| | Number of D2 participant inmates who were assessed with the VI-SPDAT | 2,632 | 975 | 285 | 551 |
| | Number of D2 participant inmates placed in bridge housing upon release | 723 (from 9/14/17- 6/30/18) | 429 | 118 | 202 |
| | Number of D2 participant inmates transported to housing upon release | 620 (from 9/14/17- 6/30/18 | 210 | 62 | 162 |

7

**Exhibit 2 Page 200**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2019-2020, Quarters 1 and 2 (July 2019 - December 2019)**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO SEPTEMBER 2019 (Q1 of FISCAL YEAR 2019/2020) | JULY 2019 TO DECEMBER 2019 (Q1 and Q2 of FISCAL YEAR 2019/2020) |
|---|---|---|---|---|---|
| **D2: Expansion of Jail in Reach** | Number of D2 participant inmates referred to SSI advocacy program (CBEST) | 106 (from 9/14/17- 6/30/18 | 55 | 7 | 18 |
| | Number of D2 participant inmates placed in permanent supportive housing by the Housing for Health program within 12 mo. of release | 119 | 160 | 24 | 30 |
| | Number of D2 participant inmates referred to Community Transition Unit (CTU) for GR assistance at DPSS | 407 | 63 | 2 | 10 |
| | Number of D2 participant inmates referred to CTU for Medi-Cal application assistance | 283 | 75 | 96 | 283 |
| **D6: Criminal Record Clearing Project** | Number of Public Defender homeless outreach events held through D6 | 54 (January - June 2018) | 138 | 34 | 68 |
| | Number of City Attorney homeless outreach events held through D6 | N/A | 56 | 21 | 38 |
| | Number of homeless persons engaged by Public Defender through D6 | 577 (January - June 2018) | 897 | 212 | 449 |
| | Number of homeless persons engaged by City Attorney through D6 | N/A | 1,211 | 412 | 704 |
| | Number of petitions for dismissal/reduction filed by Public Defender for D6 participants | 264 (January - June 2018) | 987 | 538 | 964 |
| | Number of petitions for dismissal/reduction filed by City Attorney for D6 participants | N/A | 1,793 | 675 | 1,360 |

8

**Exhibit 2 Page 201**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2019-2020, Quarters 1 and 2 (July 2019 - December 2019)**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO SEPTEMBER 2019 (Q1 of FISCAL YEAR 2019/2020) | JULY 2019 TO DECEMBER 2019 (Q1 and Q2 of FISCAL YEAR 2019/2020) |
|---|---|---|---|---|---|
| **D6: Criminal Record Clearing Project** | Number of petitions filed by Public Defender for dismissal/reduction that were granted for D6 participants | 153 (January - June 2018) | 554 | 311 | 451 |
| | Number of petitions filed by City Attorney for dismissal/reduction that were granted for D6 participants (some granted petitions were filed prior to Measure H funding) | N/A | 1,102 | 1,006 | 1,504 |
| **D7: Provide Services and Rental Subsidies for Permanent Supportive Housing (PSH)** | Number of D7 participants newly enrolled and linked to Intensive Case Management Services (ICMS) | 2,842 | 3,962 | 612 | 1,247 |
| | Number of participants in existing PSH units that had insufficient supportive services who began receiving D7 ICMS services to increase housing retention (*These participants are considered to be part of the "D7 Flex" program.*) | N/A | 803 | 246 | 781 |
| | Number of individuals who were active in the D7 and D7-flex programs during the reporting period | 2,842 | 7,255 | 7,431 | 8,939 |
| | Number of newly enrolled D7 participants receiving federal rental subsidies. | 1,524 | 2,267 | 493 | 990 |
| | Number of newly enrolled D7 participants receiving local rental subsidies | 1,081 | 1,573 | 102 | 210 |

9

**Exhibit 2 Page 202**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2019-2020, Quarters 1 and 2 (July 2019 - December 2019)**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO SEPTEMBER 2019 (Q1 of FISCAL YEAR 2019/2020) | JULY 2019 TO DECEMBER 2019 (Q1 and Q2 of FISCAL YEAR 2019/2020) |
|---|---|---|---|---|---|
| D7: Provide Services and Rental Subsidies for Permanent Supportive Housing (PSH) | Number of D7 participants placed in housing during the reporting period | 1,340 | 2,152 | 298 *Note: Strategy D7 anticipates slot growth on a fiscal year basis. DHS slot growth has been adversely impacted due to a slowdown in federal subsidies needed to meet D7 goals. DHS is unable to fill existing vacant slots or add new slots without the availability of additional federal subsidies.* | 749 |
| E4: First Responders Training | Number of LASD deputies and sergeants trained | 1,315 (from 10/2016 to 6/2018) | 729 | 220 | 595 |
| | Number of non-LASD law enforcement personnel trained | 43 | 19 | - | 13 |
| | Number of non-law enforcement first responders trained | 389 (from 6/2017 to 6/2018) | 465 | 71 | 296 |
| E6: Countywide Outreach System* | Number of individuals initiated contact | 17,929 | 22,410 | 6,098 | 11,242 |
| | Number of individuals newly engaged during the reporting period | 8,658 | 10,905 | 2,535 | 4,854 |
| | Number of individuals engaged during the reporting period | 9,257 | 15,039 | 9,147 | 10,898 |
| *(Data is for CES Outreach Teams, DHS Multidisciplinary Teams, and LAHSA Homeless Engagement Teams.) | | | | | |

10

**Exhibit 2 Page 203**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2019-2020, Quarters 1 and 2 (July 2019 - December 2019)**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO SEPTEMBER 2019 (Q1 of FISCAL YEAR 2019/2020) | JULY 2019 TO DECEMBER 2019 (Q1 and Q2 of FISCAL YEAR 2019/2020) |
|---|---|---|---|---|---|
| **E6: Countywide Outreach System*** | Number of individuals who received services or successfully attained referrals | 6,833 | 17,673 | 4,059 | 6,298 |
| | Number of individuals who were placed in crisis or bridge housing | 1,164 | 1,468 | 354 | 733 |
| | Number of individuals who were linked to a permanent housing resource | 533 | 1,018 | 222 | 393 |
| | Number of individuals who were placed in permanent housing | 375 | 757 | 143 | 315 |
| **E7: Strengthen the Coordinated Entry System (CES)** (All data for this strategy is for the CES as a whole.) | Number of households assessed through CES | 28,874 | 27,116 | 5,876 | 11,482 |
| | Average length of time in days from assessment to housing match | 208 | 257 | 298 | Not available |
| | Average length of stay in days in crisis/bridge housing for those who exited in the reporting period | 63 | 48 | 76 | 77 |
| | Average acuity score of persons or households who have obtained permanent housing | 7.4 | 7.8 | 8.4 | 8.4 |
| | Number of persons/households who have increased their income | 5937 | 7,093 | 4,656 | 5,538 |

*(Data is for CES Outreach Teams, DHS Multidisciplinary Teams, and LAHSA Homeless Engagement Teams.)

11

**Exhibit 2 Page 204**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2019-2020, Quarters 1 and 2 (July 2019 - December 2019)**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO SEPTEMBER 2019 (Q1 of FISCAL YEAR 2019/2020) | JULY 2019 TO DECEMBER 2019 (Q1 and Q2 of FISCAL YEAR 2019/2020) |
|---|---|---|---|---|---|
| E8: Enhance the Emergency Shelter System (Data includes all participants served in programs funded in whole or in part by Measure H.) | Number of participants newly enrolled in the program during the reporting period | 13,524 | 17,759 | 4,270 | 8,640 |
| | Number of persons active in the program within the reporting period | 15,970 | 22,362 | 10,617 | 14,888 |
| | Number of persons who exited crisis, bridge, or interim housing to permanent housing during the reporting period (out of total exits to any destination) | 2752 (out of 11,420 total exits) = 24% | 3,971 (out of 15,581 total exits) = 25% | 779 (out of 3,351 total exits) = 23% | 1,629 (out of 6,033 total exits) = 27% |
| E14: Enhanced Services for Transition Aged Youth (TAY) | Percentage of E14 TAY participants who exit transitional housing to permanent housing destinations during the reporting period | 50% (34 out of 66 total exits) | 39% (150 out of 388 total exits) | 49% (55 out of 113 total exits) | 44% (99 out 225 total exits) |
| | Percentage of E14 TAY participants who obtained employment during the reporting period | 16% (47 out of 287 active participants) | 14% (122 out of 872 active participants) | 14% (90 out of 647 active participants) | 15% (75 out of 508 active participants) |
| | Number of TAY participants who were assessed using the Next Step Tool | 3,537 | 3,285 | 739 | 1,363 |
| | Number of children linked to appropriate educational programs, including enrollment in school and/or connections to Mckinney-Vento resources | Not available | 1,811 | 706 | 1,459 |
| | Number of educational assessments completed with youth ages 16-24 | Not available | 396 | 169 | 259 |

12

**Exhibit 2 Page 205**

**Exhibit IV**

**Select Homeless Initiative Strategy (B3, B7, D7, E6, E8) Performance Data by Service Planning Area (SPA)**
**Fiscal Year 2019/2020, Quarters 1 and 2 (July 2019 - December 2019)**

| B3: Partner with Cities to Expand Rapid Re-Housing | Number of individuals newly enrolled | Number of individuals active in the program within the reporting period | Number of B3 participants who secured permanent housing during the reporting period with or without a rapid rehousing subsidy |
|---|---|---|---|
| Total | 10,297 | 15,557 | 4,223 |
| SPA 1 | 647 | 787 | 513 |
| SPA 2 | 2,855 | 3,841 | 680 |
| SPA 3 | 1,189 | 1,499 | 435 |
| SPA 4 | 1,648 | 2,607 | 692 |
| SPA 5 | 391 | 1,102 | 202 |
| SPA 6 | 1,751 | 2,516 | 685 |
| SPA 7 | 910 | 1,695 | 450 |
| SPA 8 | 906 | 1,509 | 566 |
| SPA Unknown | | 1 | |

| B7: Interim/Bridge Housing for Those Exiting Institutions | Number of individuals who have been served with B7 funded interim/bridge housing | Number of B7 participants who exit to a permanent housing destination |
|---|---|---|
| Total | 2,850 | 306 |
| SPA 1 | 148 | 32 |
| SPA 2 | 305 | 5 |
| SPA 3 | 509 | 7 |
| SPA 4 | 612 | 45 |
| SPA 5 | 148 | 2 |
| SPA 6 | 315 | 12 |
| SPA 7 | 190 | 20 |
| SPA 8 | 627 | 4 |

| D7: Provide services and rental subsidies for Permanent Supportive Housing | Number of D7 participants newly placed in housing |
|---|---|
| Total | 749 |
| SPA 1 | 152 |
| SPA 2 | 65 |
| SPA 3 | 53 |
| SPA 4 | 145 |
| SPA 5 | 17 |
| SPA 6 | 176 |
| SPA 7 | 62 |
| SPA 8 | 78 |
| SPA Unknown | 1 |

**Notes:**
• B3 data is broken down by the Service Planning Area in which the participant was served.
• B7 data is broken down by the Service Planning Area in which the participant was served. These data do not include outcomes from the Department of Public Health, Substance Abuse Prevention and Control, which also administers B7 programs.
• D7 SPA data is based on location where participant is housed.

**Exhibit 2 Page 206**

**Select Homeless Initiative Strategy (B3, B7, D7, E6, E8) Performance Data by Service Planning Area (SPA) Fiscal Year 2019/2020, Quarters 1 and 2 (July 2019 - December 2019)**

| E6: Countywide Outreach System | Number of unduplicated individuals initiated contact | Number of unduplicated individuals newly engaged during reporting period | Number of unduplicated individuals who received services or successfully attained referrals | Number of unduplicated individuals who are placed in crisis or bridge housing | Number of unduplicated individuals who are linked to a permanent housing resource | Number of unduplicated individuals who are placed in permanent housing |
|---|---|---|---|---|---|---|
| Total | 11,242 | 4,854 | 6,298 | 733 | 393 | 315 |
| SPA 1 | 791 | 435 | 641 | 67 | 55 | 69 |
| SPA 2 | 1,065 | 424 | 564 | 52 | 18 | 15 |
| SPA 3 | 1,472 | 643 | 766 | 162 | 84 | 27 |
| SPA 4 | 2,448 | 838 | 1,364 | 180 | 134 | 73 |
| SPA 5 | 1,450 | 998 | 937 | 15 | 11 | 12 |
| SPA 6 | 1,039 | 401 | 499 | 78 | 7 | 23 |
| SPA 7 | 1,468 | 638 | 865 | 117 | 45 | 69 |
| SPA 8 | 1,791 | 608 | 845 | 77 | 52 | 34 |

**Notes**: E6 data is broken down by the Service Planing Area in which the participant was served. Data is for three types of outreach teams: Department of Health Services' Multidisciplinary Teams (MDTs), Los Angeles Homeless Services Authority Homeless Engagement Teams (HET), and Coordinated Entry System (CES) teams. Due to participants being enrolled into multiple programs across countywide outreach teams, the total number per SPA does not equal the sum of all teams added together. Data for metrics on services/referrals, crisis housing, and permanent housing include individuals who were engaged during the reporting period but may have been engaged for the first time in a prior reporting period. Therefore, the total number who received services/referrals exceeds the total number who were newly engaged.

**Exhibit 2 Page 207**

**Select Homeless Initiative Strategy (B3, B7, D7, E6, E8) Performance Data by Service Planning Area (SPA)**
**Fiscal Year 2019/2020, Quarters 1 and 2 (July 2019 - December 2019)**

| E8: Enhance the Emergency Shelter System | Number of individuals who entered E8 interim/crisis/ bridge housing programs in the reporting period | Number of individuals who have been served by E8 funded interim/crisis/ bridge housing beds | Number of persons that exited to permanent housing destination within the report date range (by program SPA) |
|---|---|---|---|
| Total | 8,640 | 14,888 | 1,629 (out of 6,030 exits = 27%) |
| SPA 1 | 629 | 1,012 | 230 (out of 526 exits = 44%) |
| SPA 2 | 1,055 | 2,406 | 145 (out of 466 exits = 31%) |
| SPA 3 | 943 | 1,165 | 51 (out of 190 exits = 27%) |
| SPA 4 | 1,390 | 2,504 | 433 (out of 1,248 exits = 35%) |
| SPA 5 | 802 | 968 | 88 (out of 288 exits = 31%) |
| SPA 6 | 3,081 | 5,674 | 388 (out of 2,655 exits = 15%) |
| SPA 7 | 342 | 667 | 85 (out of 354 exits = 24%) |
| SPA 8 | 563 | 761 | 209 (out of 404 exits = 52%) |

**Note**: E8 data is broken down by the Service Planning Area in which the participant was served.

**Exhibit 2 Page 208**

**Exhibit V**

Demographic Enrollment/Service Data for Select Homeless Initiative Strategies for Fiscal Year 2019-2020, Quarter 1 and 2 (July - December 2019)

| Demographic Category | | A1: Prevention for Families | | A5: Prevention for Individuals | | B3: Rapid Re-Housing | |
|---|---|---|---|---|---|---|---|
| | | Number Newly Enrolled | Number Served | Number Newly Enrolled | Number Served | Number Newly Enrolled | Number Served |
| **Total individuals** | | 1,749 | 2,517 | 937 | 1,472 | 4,128 | 15,349 |
| **Age** | Under 18 (unaccompanied) | 23 | 37 | 10 | 12 | 13 | 86 |
| | Under 18 (in a family) | 875 | 1,247 | 163 | 221 | 1,929 | 6,587 |
| | 18-24 | 158 | 231 | 116 | 171 | 387 | 1,464 |
| | 25-54 | 603 | 876 | 447 | 683 | 1,555 | 6,095 |
| | 55-61 | 49 | 70 | 101 | 190 | 146 | 658 |
| | 62 & older | 36 | 48 | 98 | 191 | 90 | 435 |
| | Unknown | 5 | 8 | 2 | 4 | 8 | 24 |
| **Ethnicity** | Hispanic/Latino | 785 | 1,201 | 303 | 460 | 1,894 | 6,384 |
| | Not Hispanic/Latino | 879 | 1,198 | 579 | 923 | 2,050 | 8,402 |
| | Unknown | 85 | 118 | 55 | 89 | 184 | 563 |
| **Race** | White | 702 | 1,062 | 304 | 517 | 1,761 | 6,270 |
| | Black/African- American | 752 | 1,027 | 441 | 676 | 1,655 | 6,850 |
| | Asian | 2 | 8 | 6 | 7 | 36 | 102 |
| | American Indian/Alaskan Native | 5 | 12 | 9 | 15 | 48 | 159 |
| | Native Hawaiian/Other Pacific Islander | - | 1 | 1 | 1 | 26 | 102 |
| | Multi-Racial/Other | 46 | 65 | 28 | 40 | 117 | 444 |
| | Unknown | 242 | 342 | 148 | 216 | 485 | 1,422 |
| **Gender** | Female | 1,067 | 1,515 | 541 | 825 | 2,276 | 8,609 |
| | Male | 667 | 984 | 382 | 622 | 1,824 | 6,648 |
| | Transgender Male to Female | 2 | 2 | 4 | 11 | 4 | 30 |
| | Transgender Female to Male | - | 1 | - | 2 | 2 | 11 |
| | Other | 2 | 2 | 2 | 3 | - | - |
| | Unknown | 11 | 13 | 8 | 9 | 21 | 42 |
| **Individuals at risk of Homelessness** | | Not available | Not available | Not available | Not available | - | - |
| **Homeless Individuals/Family Members** | | Not available | Not available | Not available | Not available | 4,128 | 15,349 |
| **Chronically Homeless Individuals** | | 30 | 34 | 33 | 40 | 342 | 1,528 |
| **Veterans** | | 12 | 14 | 16 | 45 | 17 | 61 |
| **Individuals in Families with Minor Child(ren)** | | 1,485 | 2,146 | 273 | 369 | 3,240 | 11,283 |
| **Families with Minor Child(ren)** | | 430 | 621 | 87 | 116 | 1,034 | 3,481 |

**Exhibit 2 Page 209**

**Demographic Enrollment/Service Data for Select Homeless Initiative Strategies for Fiscal Year 2019-2020, Quarter 1 and 2 (July - December 2019)**

| Demographic Category | | B7: Interim Housing for Those Exiting Instituions | | D7: Permanent Supportive Housing | | E6: Countywide Outreach System | | E8: Emergency Shelter | |
|---|---|---|---|---|---|---|---|---|---|
| | | Number Newly Enrolled | Number Served | Number Newly Enrolled* | Number Served* | Number Newly Enrolled | Number Served | Number Newly Enrolled | Number Served |
| **Total individuals** | | 1,446 | 2,850 | 2,844 | 9,322 | 6,098 | 18,741 | 8,640 | 14,888 |
| **Age** | Under 18 (unaccompanied) | 6 | 7 | - | - | 17 | 53 | 25 | 84 |
| | Under 18 (in a family) | - | - | - | 7 | 7 | 22 | 2,261 | 4,569 |
| | 18-24 | 100 | 183 | 101 | 347 | 278 | 737 | 773 | 1,299 |
| | 25-54 | 1,097 | 2,093 | 1,144 | 4,477 | 3,551 | 10,401 | 4,030 | 6,626 |
| | 55-61 | 158 | 342 | 447 | 1,900 | 873 | 2,549 | 903 | 1,351 |
| | 62 & older | 85 | 212 | 392 | 1,826 | 587 | 1,834 | 629 | 924 |
| | Unknown | - | 13 | 760 | 765 | 785 | 3,145 | 19 | 35 |
| **Ethnicity** | Hispanic/Latino | 572 | 1,066 | 574 | 2,450 | 2,181 | 5,543 | 2,827 | 4,933 |
| | Not Hispanic/Latino | 756 | 1,538 | 1,512 | 6,043 | 3,616 | 11,616 | 5,578 | 9,516 |
| | Unknown | 118 | 246 | 758 | 829 | 301 | 1,582 | 235 | 439 |
| **Race** | White | 698 | 1,325 | 844 | 3,488 | 3,631 | 9,907 | 3,393 | 5,585 |
| | Black/African- American | 340 | 712 | 946 | 3,822 | 1,567 | 5,435 | 4,087 | 7,300 |
| | Asian | 25 | 43 | 39 | 188 | 79 | 216 | 110 | 162 |
| | American Indian/Alaskan Native | 29 | 52 | 34 | 140 | 114 | 284 | 92 | 151 |
| | Native Hawaiian/Other Pacific Islander | 5 | 8 | 14 | 46 | 56 | 151 | 67 | 105 |
| | Multi-Racial/Other | 188 | 361 | 135 | 523 | 77 | 280 | 262 | 429 |
| | Unknown | 161 | 349 | 831 | 1,114 | 574 | 2,468 | 629 | 1,156 |
| **Gender** | Female | 492 | 932 | 940 | 3,650 | 2,147 | 6,242 | 4,034 | 7,224 |
| | Male | 940 | 1,884 | 1,159 | 4,866 | 3,837 | 11,860 | 4,532 | 7,547 |
| | Transgender Male to Female | 8 | 14 | 13 | 62 | 22 | 118 | 36 | 62 |
| | Transgender Female to Male | 2 | 6 | 7 | 13 | 2 | 11 | 7 | 9 |
| | Other | 1 | 2 | 7 | 13 | 5 | 18 | 5 | 11 |
| | Unknown | 3 | 13 | 718 | 718 | 85 | 492 | 26 | 35 |
| **Individuals at risk of Homelessness** | | 39 | 62 | - | - | - | - | - | - |
| **Homeless Individuals/Family Members** | | 1,446 | 2,850 | 2,045 | 8,523 | 6,098 | 18,741 | 8,640 | 14,888 |
| **Chronically Homeless Individuals** | | 822 | 1,595 | 1,342 | 6,188 | 1,103 | 3,068 | 1,927 | 2,886 |
| **Veterans** | | 47 | 88 | 77 | 347 | 195 | 570 | 286 | 395 |
| **Individuals in Families with Minor Child(ren)** | | 139 | 280 | 26 | 61 | 10 | 38 | 3,814 | 7,857 |
| **Families with Minor Child(ren)** | | - | - | 6 | 17 | 3 | 12 | 1,271 | 2,524 |

**Exhibit 2 Page 210**

**Demographic Enrollment/Service Data for Select Homeless Initiative Strategies for Fiscal Year 2019-2020, Quarter 1 and 2 (July - December 2019)**

**Notes:**

• "Newly enrolled" refers to all participants enrolled during the reporting period (July 2019-September 2019)

• "Number served" refers to all participants served during the reporting period, some of whom were enrolled prior to the reporting period.

• Strategy B7: Although DPH SAPC administers B7 programs, data from Department of Public Health, Substance Abuse Prevention and Control are not included here

• Strategy E6: Outreach includes three types of outreach teams - Coordinated Entry System Teams, Department of Health Services' Multidisciplinary Teams (MDTs), and Los Angeles Homeless Services Authority (LAHSA) Homeless Engagement Teams (HETs). The data provided is de-duplicated. Family counts for the E6 data may be underrepresented due to incomplete household identifying data.

Exhibit 2 Page 211

**Demographic Service Data for Select Homeless Initiative Strategies: FY 2019-2020, Quarters 1 & 2**

## A1: Homeless Prevention Program for Families



*Data in this attachment show the number of participants served in each program, broken down by age, ethnicity, race, and gender.

**Exhibit 2 Page 212**

**Demographic Service Data for Select Homeless Initiative Strategies: FY 2019-2020, Quarters 1 & 2**

## A5: Homeless Prevention Program for Individuals



**Exhibit 2 Page 213**

**Demographic Service Data for Select Homeless Initiative Strategies: FY 2019-2020, Quarters 1 & 2**

### B3: Rapid Re-Housing



**Exhibit 2 Page 214**

**Demographic Service Data for Select Homeless Initiative Strategies: FY 2019-2020, Quarters 1 & 2**

### B7: Interim Housing for Those Exiting Institutions*



*B7 data does not include outcomes from the Department of Public Health, Substance Abuse Prevention and Control.

**Exhibit 2 Page 215**

**Demographic Service Data for Select Homeless Initiative Strategies: FY 2019-2020, Quarters 1 & 2**

## D7: Permanent Supportive Housing



Exhibit 2 Page 216

**Demographic Service Data for Select Homeless Initiative Strategies: FY 2019-2020, Quarters 1 & 2**

### E6: Countywide Outreach System



**Exhibit 2 Page 217**

**Demographic Service Data for Select Homeless Initiative Strategies: FY 2019-2020, Quarters 1 & 2**

### E8: Emergency Shelter



**Exhibit 2 Page 218**

Exhibit 2 Page 219

EXHIBIT VI

**RESPONSES TO BOARD MOTIONS**
**November 15, 2019 – February 14, 2020**

From November 15, 2019 to February 14, 2020, the Chief Executive Office – Homeless Initiative (CEO-HI) responded to seven Board Motions related to homelessness.  Below is a list of these motions with links to the associated reports.

- **Increasing Transparency and Accountability within Homeless Services Funding (Item No. 3, Agenda of January 8, 2019)**
  *Submitted on December 2, 2019*
  This report provides a spend-down analysis detailing LAHSA's year-to-date first quarter Measure H expenditures by strategy.
  http://file.lacounty.gov/SDSInter/bos/bc/1065140_12-2-19IncreasingTransparency_Accountabilityw-HomelessFunds.pdf

- **Comprehensive Homelessness Prevention Assessment and Action Plan (Item No. 4, Agenda of May 21, 2019)**
  *Submitted on December 16, 2019*
  This report provides the Homelessness Prevention Workgroup's Action Plan Report, which includes assessments of existing homelessness prevention programs, and recommendations to improve and expand prevention efforts.
  http://file.lacounty.gov/SDSInter/bos/bc/1065656_12.16.19BM-CompHomelessnessPrevAssessment_ActionPlan-Item4-Agenda5-21-19.pdf

- **Re-Orienting Transition Age Youth Systems of Care to Support Housing Stability (Item No. 2, Agenda of November 20, 2018)**
  *Submitted on December 16, 2019*
  This memorandum reports back on 11 deliverables focused on enhancing Transition Age Youth (TAY) systems of care to support housing stability.
  http://file.lacounty.gov/SDSInter/bos/bc/1065738_12.16.19BM-Re-orientingTransitionAgeYouthSystemsofCaretoSupportHousingStability-BOARDMEMO.pdf

- **Employment Innovations to Link Homeless Individuals to Jobs (Item No. 8, Agenda of April 9, 2019)**
  *Submitted on December 23, 2019*
  This report provides an interim response to the Board Motion, describing efforts to implement the recommendations of the Employment and Homelessness Taskforce thus far and the feasibility of scaling the piloted recommendations Countywide.
  http://file.lacounty.gov/SDSInter/bos/bc/1065860_12.23.19EmployeeInnovationstoLinkHomelessIndividualstoJobs_Item8of4-9-19_.pdf

**Exhibit 2 Page 220**

EXHIBIT VI

- **Report Back on the Centralized Transitional-Aged Youth Hub (Item No. 17, Agenda of July 24, 2018)**
  *Submitted on December 26, 2019*
  This report provides an update on efforts to develop and launch a Centralized Transitional-Aged Youth Hub.
  http://file.lacounty.gov/SDSInter/bos/bc/1066110_12-26-19RptBackontheCentralizedTransitional-AgedYouthHUB.pdf

- **Increased Employment Opportunities for Homeless Individuals (Item No. 12, Agenda of June 25, 2019)**
  *Submitted on January 15, 2020*
  This second interim report provides an overview of results of a survey of County vendors and describes next steps in developing detailed recommendations for a pilot incentive program to encourage County contractors to hire people experiencing homelessness.
  http://file.lacounty.gov/SDSInter/bos/bc/1067966_01.15.20IncreasedEmploymentOpportunitiesforHomelessIndividualsSurvey.pdf

- **Innovative Housing Construction Projects (Item No. S-1, Agenda of December 10, 2019)**
  *Submitted on February 3, 2020*
  This memo provides a report back on innovative housing construction projects in LA County.
  http://file.lacounty.gov/SDSInter/bos/bc/1068226_2-3-20InnovativeHousingConstructionProj-ItemS-1ofAgenda2-10-19.pdf

**Exhibit 2 Page 221**