# EXHIBIT 8

Exhibit 8 Page 449



# LOS ANGELES COUNTY EMERGENCY OPERATIONS CENTER
# COVID-19 UPDATE

Information Line: 211
Website: **https://covid19.lacounty.gov/**

 **@CountyofLA**    **@CountyofLA**    **/CountyofLA**

| SITUATION AS OF MARCH 15, 2021 | | |
|---|---|---|
| Incident Type: **Public Health Emergency** | First U.S. Case: **January 21, 2020** | First LA County Case: **January 26, 2020** |
| **Total Cases** | 1,210,663 | |
| **New Cases Today** | 422 | |
| **Total Deaths** | 22,475 | |
| **Current Hospitalizations** | 893 | |

## SITUATION SUMMARY

The following public information is a summary of events managed by the Los Angeles County Emergency Operations Center (EOC). The County EOC is tasked with coordinating emergency response and Countywide resources to address the COVID-19 disaster. Please share this information with your family, fellow residents, municipal, state, and community partners.

- **Today's Public Health Update**
- **View the latest Revised Health Officer Order**
- **Los Angeles County Announces Red Tier Re-openings To Begin Monday. Click Here for more information.**
- **Cold Weather Alert**: Cold Temperatures Expected in Parts of LA County
- LA County Health Services Expands Free Community-Based COVID-19 Testing in New Partnership with Black Churches**. Click Here** to learn more.
- LA County Department of Public Health Statement on Schools Reopening: **Click Here**.
- Visit the **COVID-19 Dashboard** for updates on hospital beds, ventilators, and personal protective equipment.
- **LA County COVID-19 Hospital Demand Modeling Projections**
- **Public Health's COVID-19 Surveillance Dashboard**
- To receive regular updates, sign up for our **GovDelivery** distribution list here: **https://bit.ly/2QE6khO**

### PRESS CONFERENCE SCHEDULE:

LA County Officials provide COVID-19 Updates. Watch the press conferences on **Facebook**, **Twitter** or **YouTube**.

- Monday, March 22, 2021 at 1:00 PM
- Monday, March 29, 2021 at 1:00 PM
- Monday, April 5, 2021 at 1:00 PM
- Monday, April 12, 2021 at 1:00 PM
- Monday, April 19, 2021 at 1:00 PM
- Monday, April 26, 2021 at 1:00 PM

## TESTING
No Appointment Needed

Free COVID-19 testing is available to all LA County residents at drive-up and walk-up testing sites. Appointments are currently not needed, and you are able to register on-site at LA County testing

**Exhibit 8 Page 450**

sites. Appointments can still be made and can help reduce wait times. **Click Here** **to schedule an appointment.**

**Additional Testing Resources:**
- **LA County Home Test Collection Program**
- **Testing FAQs**
- COVID-19: **What You Need to Know**
- Learn about **Contact Tracing** to stop the spread.
- **Home Isolation Instructions for People with COVID-19**
- **Home Quarantine Instructions for Close Contacts to COVID-19**
- Department of Public Health Website: **COVID-19 Testing**

**Testing highly recommended for:**
- **People who have symptoms**: If you have symptoms of COVID-19, talk to a healthcare provider and get tested.
- **People who have been a close contact to someone with confirmed or suspected COVID-19 (a case) within the last 14 days.** Even if your test is negative, you will still need to complete your quarantine.
- **People with or without symptoms who are part of an outbreak response or contact investigation in high-risk settings**, such as nursing homes, congregate living facilities, correctional facilities, or persons experiencing homelessness.

**TO SCHEDULE AN APPOINTMENT CLICK HERE**

## VACCINE & DISTRIBUTION

**Los Angeles County is now vaccinating Phase 1A and Phase 1B. Please visit VaccinateLACounty.com to find out when it's your turn to receive a COVID-19 vaccination.**

- To make an appointment **Click Here**.
- For vaccination Distribution Prioritization and Phase information **Click Here**.
- For second dose information **Click Here**.
- **COVID-19 Vaccine FAQs**
- **Vaccine Distribution Dashboard**
- Vaccine Newsletter Sign-up **Click Here**
- **For vaccine information in Spanish: Click Here.**

Residents with disabilities or without computer access can call **833-540-0473** between 8:00 a.m. and 8:30 p.m. 7 days/week for assistance with appointments.

## PUBLIC HEALTH COVID-19 CASE COUNTS

The Los Angeles County Department of Public Health is actively monitoring the number of COVID-19 cases reported throughout the County.  As of 3/15/2021, nearly 5,961,000 people in LA County have been tested for COVID-19 with 19% testing positive. Today's daily test positivity rate is 1.7%.

| Source | Number of Cases | Deaths |
|---|---|---|
| **LA County (Excluding LB & Pas)** | 1,148,011 | 21,263 |
| **City of Long Beach** | 51,621 | 885 |

2

**Exhibit 8 Page 451**

| City of Pasadena | 11,031 | 327 |
|---|---|---|
| **Los Angeles County Public Health (Total)** | **1,210,663** | **22,475** |

| Confirmed Cases by Age Group | |
|---|---|
| **Los Angeles County (Excluding LA & Pas)** | |
| **0-4** | 22,577 |
| **5-11** | 54,582 |
| **12-17** | 68,447 |
| **18-29** | 271,091 |
| **30-49** | 381,775 |
| **50-64** | 221,944 |
| **65-79** | 88,585 |
| **Over 80** | 32,214 |
| **Under Investigation** | 6,796 |

### Confirmed Cases – Public Safety

**Los Angeles County Sheriff's Department:**

As of 3/15/2021: 2,910 LASD staff have tested positive for COVID-19, 887 are quarantined, 5,716 have returned to work. For more LASD Coronavirus updates **Click Here.**

**Los Angeles County Fire Department**

As of 3/15/2021: 1,029 LACoFD staff have tested positive for COVID-19, 33 are isolated and recovering, 996 have returned to work. For more LACoFD Coronavirus updates **Click Here.**

## REOPENING & RECOVERY RESOURCES

- **View the latest Health Officer Order.**
- For the latest sector openings **Click Here**.
- Los Angeles County Announces Red Tier Re-openings To Begin Monday. **Click Here** for more information.
- **L.A. County Department of Public Health Statement on Schools Reopening**
- COVID-19 Safety Compliance Certificate Program for Business Owners and Employees: **Click Here** for more information.
- **Reopening Toolkits**

## COVID-19 RELATED MEDICAL SHELTERING OPERATIONS

As of July 1, 2020, DHS assumed the role of operational lead for the County's Medical Sheltering program. For more information on Medical Sheltering **Click Here**.

| Current Medical Sheltering Locations: | | |
|---|---|---|
| **Location** | **Date operational** | **Number of Clients\*** |
| **Pomona Fairplex** | 3/25/20 | 24 |
| **Sherman Hotel** | 3/27/20 | 21 |
| **David L. Murphy** | 4/25/20 | 2 |
| **Vagabond Inn** | 12/22/20 | 43 |
| **Total** | | **90** |

3

**Exhibit 8 Page 452**

*Number of clients is reported as of 0800 today. This number will fluctuate daily as clients arrive/are discharged.*

## PERSONS EXPERIENCING HOMELESSNESS

The Los Angeles Homeless Services Authority (LAHSA) is the designated lead coordinating agency for work relating to people experiencing homelessness in LA County. Visit the website for more information on **Homelessness & Housing**. For more information on Project Roomkey **Click Here.**

### Project Roomkey Locations:

*Locations and occupancy numbers are as of Monday, March 15, 2021. The next update will be Monday, March 22, 2021.*

| Service Planning Area (SPA) | Total Rooms | Date Operational | # of Rooms Occupied | # of Clients | Sites to Close in the Next Month |
|---|---|---|---|---|---|
| SPA 1 Antelope Valley (#1) | 94 | 4/6/20 | 86 | 90 | |
| SPA 2 San Fernando Valley (#3) | 50 | 4/11/20 | 41 | 48 | |
| SPA 5 West (#1) | 136 | 4/3/20 | 86 | 88 | |
| SPA 8 South Bay (#2) | 100 | 4/16/20 | 90 | 104 | |
| SPA 2 San Fernando Valley (#4) | 242 | 4/20/20 | 105 | 131 | x |
| SPA 5 West (#2) | 47 | 4/24/20 | 10 | 10 | |
| SPA 7 East (#3) | 210 | 5/7/20 | 163 | 178 | |
| SPA 3 San Gabriel Valley (#5) | 140 | 4/28/20 | 73 | 111 | |
| SPA 4 Metro (#6) | 467 | 5/11/20 | 397 | 435 | |
| SPA 6 South (#2) | 39 | 5/26/20 | 17 | 19 | |
| SPA 8 South Bay (#6) | 103 | 5/27/20 | 98 | 112 | |
| SPA 4 Metro (#7) | 92 | 5/20/20 | 72 | 72 | |
| SPA 4 Metro (#10) | 294 | 7/14/20 | 248 | 284 | |
| SPA 1 Antelope Valley (#2) | 97 | 8/2/20 | 86 | 100 | |
| SPA 2 San Fernando Valley (#6) | 150 | 8/11/20 | 141 | 163 | |
| **Overall Totals** | **2,261** | | **1,713** | **1,945** | |

## COMBATTING HUNGER

The County of Los Angeles is committed to feeding our most vulnerable communities during the Coronavirus pandemic. We mobilized public agencies, nonprofits, and volunteers to provide meals to anyone in need. Visit **https://covid19.lacounty.gov/food/** for more information.

- The LA Regional Food Bank is leading efforts to make sure that food and product remain safe, and that distributions and volunteer activities can continue. For more information **Click Here.** To find a food distribution event near you **Click Here.**

**Food Distribution Event Totals**

4

**Exhibit 8 Page 453**

As of 3/15/2021: 98 events serving 156,842 households, representing an estimated 484,000 individuals have been provided with 4,78 tons of food (equivalent to 8 million meals).

## PROCLAMATION AND EMERGENCY DECLARATIONS

- Federal: National Emergency Declaration on March 13, 2020
- Federal: U.S. Small Business Administration Declaration on March 16, 2020
- Federal: Presidential Major Disaster Declaration, March 22, 2020
- Federal: President Trump signed the CARES Act into law on March 27,2020
- State: California State of Emergency Proclaimed on March 4, 2020
- County: LA County Proclamation of Local Emergency on March 4, 2020
- Cities: 86 proclaimed Local Emergency; 2 declared Local Health Emergency

5

**Exhibit 8 Page 454**