# EXHIBIT 11

Exhibit 11 Page 484

AGN. NO.

REVISED MOTION BY SUPERVISORS MARK RIDLEY-THOMAS AND   April 14, 2020
JANICE HAHN

**Piloting a Comprehensive Crisis Response to Ensure Post-COVID-19 Housing
for Homeless Older Adults in Los Angeles County**

The Los Angeles County (County) Board of Supervisors (Board) has long recognized that a comprehensive crisis response is required to counteract the complex and multi-factorial reasons that cause people to fall into homelessness across the County and State. The framework for such a response was articulated in a "Comprehensive Crisis Response Strategy to Address Homelessness Statewide" (Strategies), which was advanced to Governor Newsom by his Council of Regional Homeless Advisors in early January 2020.

Based on the Board's direction on January 21, 2020, County departments, led by the Chief Executive Office's Homeless Initiative and Office of Emergency Management, have developed a prioritized strategy for implementing or scaling up the recommended Strategies, where feasible, and advocating, where appropriate. On January 21, 2020, the Board also requested that the departments propose a legal framework and implementation strategy to pilot an effort to ensure shelter or housing for those ready and willing to receive such services.

On March 24, 2020, a report-back was issued that included recommendations from a workgroup of multiple County departments, including a subgroup that included

- MORE -

MOTION

SOLIS                    _____

RIDLEY-THOMAS_____

KUEHL                   _____

HAHN                    _____

BARGER                 _____

**Exhibit 11 Page 485**

**REVISED MOTION BY SUPERVISORS MARK RIDLEY-THOMAS AND JANICE HAHN**
**APRIL 14, 2020**
**PAGE 2**

representatives from the Chief Executive Office, the Department of Health Services, the Department of Mental Health, the Department of Workforce Development, Aging and Community Services, the Los Angeles Homeless Services Authority, and the Corporation for  Supportive Housing.  With the concurrence of the larger workgroup, the subgroup identified people experiencing homelessness who are aged 65 years or older as the recommended target population, should the County wish to pilot an effort to ensure shelter or housing for everyone in a target population who were ready and willing to receive such services.

While this effort was initiated prior to the global coronavirus (COVID-19) pandemic, the public health crisis has brought extraordinary urgency at both the local and State levels to shelter and house, albeit temporarily, the older and most vulnerable members who are at elevated risk of contracting the virus. The County, in deep coordination with public and private partners, is mobilizing in unprecedented ways to bring this population indoors, including executing occupancy agreements for thousands of motel and hotel units for residents experiencing homelessness who are older or have underlying health conditions that make them particularly vulnerable to COVID-19. These sites will include health, mental health and other supportive services provided by personnel from the County and its non-profit and private sector partners.

While the scale and intricacy of these COVID-19-related activities should not be underestimated, it is equally incumbent on the County and State to take steps now to ensure the long-term sustainability of these efforts. It is critical to start assembling post-COVID-19 plans to ensure that those whom have been temporarily housed are able to remain housed. Such efforts are aligned with the recommendation in the March 24, 2020 report-back regarding efforts to eliminate homelessness amongst seniors.

**Exhibit 11 Page 486**

**REVISED MOTION BY SUPERVISORS MARK RIDLEY-THOMAS AND JANICE HAHN**
**APRIL 14, 2020**
**PAGE 3**

**WE THEREFORE MOVE THAT THE BOARD OF SUPERVISORS:**

1. Receive and file the recommendations provided by the Chief Executive Officer in the report entitled "Establishing a Comprehensive Homelessness Crisis Response Strategy in Los Angeles", dated March 24, 2020;

2. Direct all appropriate Los Angeles County (County) departments to take appropriate action to implement, locally and statewide, the 16 recommended priority strategies within the "Comprehensive Crisis Response Strategy to Address Homelessness Statewide"; and

3. Direct the Chief Executive Officer, along with all appropriate County departments, and in coordination with City and State officials, to:

    a. Report back in writing within 30 ~~45~~ days with a strategy to provide long-term housing options to individuals experiencing homelessness who are aged 65 year or older and were provided emergency housing based on the COVID-19 emergency public health declaration; and

    b. Report back in writing within 45 ~~90~~ days with an interim report, followed by a multi-year implementation framework as part of Fiscal Year 2020/2021 Supplemental Budget deliberations, with cost estimates for the pilot program targeting all individuals experiencing homelessness who are aged 65 or older.

# # # #

(KK/DW)

**Exhibit 11 Page 487**