# EXHIBIT 12

Exhibit 12 Page 488



**STATEMENT OF PROCEEDINGS FOR THE**

**REGULAR MEETING OF THE BOARD OF SUPERVISORS**

**OF THE COUNTY OF LOS ANGELES HELD IN ROOM 381B**

**OF THE KENNETH HAHN HALL OF ADMINISTRATION**

**500 WEST TEMPLE STREET, LOS ANGELES, CALIFORNIA 90012**

**Tuesday, April 14, 2020**

**9:30 AM**

Present:    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

Video Link for the Entire Virtual Meeting  (03-1075)

*Attachments:*    Video Transcript

**I.  SET MATTER    11:00 A.M.**

**S-1.**  **Status Report on the Los Angeles County Shelter Crisis and Housing Initiative for Individuals Experiencing Homelessness**

Report by the Chief Executive Officer and the Director of the Homeless Initiative on a status of the shelter crisis and development of urgent housing initiative for individuals experiencing homelessness, as requested at the Board meetings of October 29, 2019 and November 26, 2019.  (19-7713)

**Kevin Chun submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was continued to June 2, 2020.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Public Comment/Correspondence

**Exhibit 12 Page 489**

## II.  SPECIAL DISTRICT AGENDAS

**STATEMENT OF PROCEEDINGS FOR THE MEETING OF
THE LOS ANGELES COUNTY
DEVELOPMENT AUTHORITY
TUESDAY, APRIL 14, 2020
9:30 A.M.**

**1-D.    Implementation of Earvin "Magic" Johnson Park Phase 1B**

Recommendation as submitted by Supervisor Ridley-Thomas: Determine, as a responsible agency, that the recommended actions are within the scope of the impacts analyzed in the Addendum No. 2 to the Certified Final Environmental Impact Report, as approved by the Board of Commissioners of the Los Angeles County Development Authority (LACDA) on October 15, 2019 for the Earvin "Magic" Johnson Park 2019 Master Plan; authorize LACDA to carry out the Earvin "Magic" Johnson Park Project (Project) on behalf of the County; authorize the Acting Executive Director of LACDA to execute and/or, if necessary, amend a funding agreement and all related documents for the Project between the Department of Parks and Recreation (DOPR) and LACDA to fund the Project with the following sources: $1,080,000 in Measure A Funds and $200,000 in Measure R Local Return funds available to the Second Supervisorial District; and take the following actions: (Relates to Agenda No. 7) **4-VOTES**

Authorize the Acting Executive Director to amend the existing funding agreement, and all related documents, between the County and LACDA for Phase 1B to transfer $2,659,000 in Second District Utility User Tax - Measure U to further fund the construction of Phase 1B, thereby increasing the total amount under the funding agreement from $6,080,000 to $8,739,000 for the Project;

Authorize the Acting Executive Director to accept and incorporate the above funds into LACDA's approved Fiscal Year 2019-20 budget, as needed;

Adopt the plans and specifications for the Project;

Advertise for bids to be received before 2:00 p.m. on May 20, 2020;

Authorize the Acting Executive Director to make a determination that a bid is non-responsive and reject a bid on that basis, award to the next lowest responsive and responsible bidder and waive inconsequential and nonmaterial deficiencies in bids submitted, and upon such determination, award and execute a construction contract to the apparent lowest responsive and responsible bidder if the low bid can be awarded within the

**Exhibit 12 Page 490**

approved total Project budget, establish the effective date of the contract upon receipt by LACDA of acceptable performance and payment bonds and evidence of required contractor insurance, and determine and, as necessary and appropriate, terminate the contractor's right to proceed with the performance of the contract or terminate the contract for convenience, and take all other actions necessary and appropriate to deliver the Project;

Approve a contingency amount of up to 15% of the construction contract using the same source of funds, except Measure R Local Return funds, for unforeseen Project costs, and authorize the Acting Executive Director to approve individual change orders or additions in the work being performed under the contract, and use the contingency amount for such changes or additions pursuant to the authority and subject to limitations set forth; and

Authorize the Acting Executive Director to approve and accept the Project at completion on behalf of the County.  (20-2174)

**On motion of Supervisor Ridley-Thomas, seconded by Supervisor Kuehl, this item was adopted.**

**Ayes:**  5 -  Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Motion by Supervisor Ridley-Thomas
Public Comment/Correspondence

## 2-D.   COVID-19 Small Business Assistance Program

Recommendation as submitted by Supervisor Ridley-Thomas: Authorize the Acting Executive Director of the Los Angeles County Development Authority (LACDA) to take all actions necessary including, but not limited to, executing or amending a funding agreement with the County, to facilitate the transfer of County funds to establish the Los Angeles County COVID-19 Relief Fund (Relief Fund); within the umbrella of the Relief Fund, authorize the Acting Executive Director to utilize existing available Federal funding to develop and implement a COVID-19 Business Assistance Program (COVID-19 BAP) to assist small businesses in the unincorporated areas of the County and in Community Development Block Grant (CDBG)-participating cities governed by appropriate guidelines and underwriting standards designed to address the needs of impacted businesses; and authorize the Acting Executive Director to take the following related actions: (Relates to Agenda No. 9)

Enter into memoranda of understanding and other agreements, as necessary, with County Departments to assist with the implementation of the Relief Fund and the COVID-19 BAP;

**Exhibit 12 Page 491**

**Statement Of Proceedings**

Execute agreements or necessary amendments with CDBG cities that desire to participate in the COVID-19 BAP;

Enter into agreements or necessary amendments with community-based non-profits, banks, foundations, community development financial institutions and philanthropic organizations that have demonstrated expertise and capacity to assist LACDA with the implementation of the Relief Fund;

Apply for grant funds from State and Federal agencies that can be used to assist COVID-19 impacted businesses;

Execute funding agreements from State and Federal agencies and from private lending institutions, foundations and philanthropic organizations; and

Report back to the Board monthly in writing on the progress in implementing the Relief Fund, including the COVID-19 BAP including, but not limited to, the number and type of businesses assisted and the status of funding for the program.  (20-2153)

**George Buzzetti, Amy Wong, Trevor Davis, Gustavo Herrera, Sara McDaniels, Stephanie O'Connor, Emmanuel Benavides, Angelo Logan, David Stears and Lyric Kelkar submitted written testimony.**

**On motion of Supervisor Ridley-Thomas, seconded by Supervisor Kuehl, this item was approved.**

> **Ayes:**  5 -  Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*  Motion by Supervisor Ridley-Thomas
Report
Public Comment/Correspondence

**3-D.**  **Implementing the Coronavirus Aid, Relief and Economic Security Act Across Los Angeles County**

Revised recommendation as submitted by Supervisor Ridley-Thomas: Authorize the Acting Executive Director of the Los Angeles County Development Authority (LACDA) to serve as the agent of the County for the administration of the Coronavirus Aid, Relief and Economic Security Act Funds (CARES Act Funds); accept the CARES Act Community Development Block Grant (CDBG) funds in the amount of $13,668,315 and Emergency Solutions Grant (ESG) funds in the amount of $6,605,000, allocated to the County and incorporate into the current and future fiscal year budgets; designate the Acting Executive Director as the official responsible for completing all required actions to be taken by LACDA to

**Exhibit 12 Page 492**

**Board of Supervisors**                    **Statement Of Proceedings**                    **April 14, 2020**

administer the allocated CARES Act Funds described herein; approve the use of CARES Act CDBG funds in the amount of $13,668,315 and ESG funds in the amount of $6,605,000, and any future allocated CARES Act Funds; instruct the Acting Executive Director to coordinate with the Chief Executive Officer, or her designee within the Homeless Initiative, the Acting Executive Director of the Los Angeles Homeless Services Authority, on the expenditure of the ESG funds and report back to the Board in writing as soon as possible within 30 days with their recommendations; instruct the Acting Executive Director to work with the Chief Executive Officer, Director of Consumer and Business Affairs, and other partners, to report back to the Board on the feasibility of using current or future ESG, CDBG, California Building Homes and Jobs Act (SB-2) or other funding to support preventing people from becoming homeless through the County's Eviction Defense Program or for rental assistance for people facing eviction; approve the use of $2,733,663 in CARES Act CDBG funds and $660,500 in ESG funds for administration, and approve the use of any future allocated CARES Act Funds for administration, as allowed by the United States Department of Housing and Urban Development (HUD) regulations; and take the following actions: (Relates to Agenda No. 10)

> Authorize the Acting Executive Director, in administration of these CARES Act Funds, to execute Reimbursable and Advance Contracts for participating cities, community-based organizations and other public agencies to allocate CARES Act Funds in any fiscal year and execute any necessary non-monetary and monetary amendments;

> Authorize the Acting Executive Director, within the limits prescribed by HUD, to reprogram CARES Act Funds to fully expend the grants for the purposes described in the CARES Act, and instruct the Acting Executive Director to identify and deposit into unprogrammed fund accounts of the respective Supervisorial Districts, all CARES Act Funds that are unexpended, disallowed or recovered as a result of full or partial Reimbursable or Advance Contract terminations;

> Authorize the Acting Executive Director to amend the Reimbursable or Advance Contracts utilizing CARES Act Funds from time to time, as necessary, to address the cancellation and/or inclusion of off-cycle projects, as well as any necessary non-monetary and monetary amendments to projects being undertaken by the County, participating cities and recipient agencies during Fiscal Year 2019-20 or in the future, and include Federal regulatory changes, additional funds and new HUD directives;

> Authorize the Acting Executive Director, in consultation with the Supervisorial Districts, to terminate Reimbursable and Advance Contracts

---

*County of Los Angeles*                    *Page 5*

**Exhibit 12 Page 493**

utilizing CARES Act Funds when the operating agencies fail to address administrative deficiencies, program compliance issues or other contract obligations; and take all related actions, including execution of any necessary documents, to effectuate such terminations; and

Authorize the Acting Executive Director to enter into agreements with Los Angeles Urban County participating cities or other entitlement cities, to provide administrative and oversight of their CARES Act programs, including procurement, contracting for and carrying out projects within these jurisdictions.  (20-2204)

**This item was taken up with Item No. 10.**

**Joseph Maizlish, Arturo Castro Jr., Jacquie Burbank, Lori Chandler, Christina Yglesias, Alejandra Monteagudo, Ben Nicholson, Laura Morales Garcia, Trinidad Ruiz, Rebecca Quinte, Susan Hunter, Megan Yu, Miki Jackson, Christopher Williams, Sean Broadbent and other interested persons submitted written testimony.**

**Emilio Salas, Acting Executive Director, and Linda Jenkins, Assistant Director of the Community and Economic Development Division, Los Angeles County Development Authority, addressed the Board and responded to questions.**

**Supervisor Ridley-Thomas revised his motion as detailed above.**

**After discussion, on motion of Supervisor Ridley-Thomas, seconded by Supervisor Hahn, this item was approved as revised.**

> **Ayes:**  5 -  Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Motion by Supervisor Ridley-Thomas
Revised motion by Supervisor Ridley-Thomas
Revised motion by Supervisor Ridley-Thomas
Report
Public Comment/Correspondence
Audio

**Exhibit 12 Page 494**

| Board of Supervisors | Statement Of Proceedings | April 14, 2020 |
|---|---|---|

### 4-D. Emergency Rental Assistance for the COVID-19 Impacted Families

Recommendation as submitted by Supervisors Hahn and Solis: Instruct the Acting Executive Director of the Los Angeles County Development Authority along with the Chief Executive Officer, through the Legislative Affairs and Intergovernmental Relations Division, and the Director of Consumer and Business Affairs, to secure additional CARES Act funds to implement a Countywide Emergency Rental Assistance Program, seek additional funding to leverage additional CARES Act funds, including philanthropy and private funding, and report back to the Board in 30 days with an implementation plan for the Program for those impacted by COVID-19. (Relates to Agenda No. 17)  (20-2194)

**Nicole Gordon, Benjamin Yoo, Thea Gudis, Nati Livas, Xavier Kelly, Frances Aguirre, Emilia Dencik, William James, Karrie Melendrez, Joaquin Hernandez Solis, Mattox Moran, William Bigby, Maeve Keller, Wesley Reutimann, Miles Yum and other interested persons submitted written testimony.**

**After discussion, on motion of Supervisor Hahn, seconded by Supervisor Solis, this item was approved.**

| | **Ayes:** | 5 - | Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger |
|---|---|---|---|

| *Attachments:* | Motion by Supervisors Hahn and Solis |
|---|---|
| | Report |
| | Public Comment/Correspondence |
| | Audio |

**Exhibit 12 Page 495**

**Board of Supervisors**                    **Statement Of Proceedings**                    **April 14, 2020**

**5-D.** **Carmelitos Family Public Housing Development Kitchen Rehabilitation Project Construction Contract**

Recommendation: Approve the proposed Phase III Kitchen Rehabilitation Project (Project) at the Carmelitos family public housing development located at 1000 East Via Wanda in the City of Long Beach (4) for cabinet and countertop installation, flooring replacement, painting and associated work, and adopt the plans and specifications for the Project; authorize the Acting Executive Director of the Los Angeles County Development Authority (LACDA) to award and execute a construction contract and all related documents with Gibraltar Construction Company, Inc., the apparent lowest responsive and responsible bidder for the Project, following receipt of the acceptable Faithful Performance and Labor and Material Bonds and insurance filed by the contractor in an amount up to $2,095,000, using Capital Fund Program funds allocated by the United States Department of Housing and Urban Development and included in LACDA's approved Fiscal Year 2019-20 budget; determine that the proposed Project is exempt from the application of the County's Local Targeted Worker Hire Policy because it is wholly funded with Federal funds, which prohibit geographic preferences; find that the contract and proposed Project are exempt from the California Environmental Quality Act; and authorize the Acting Executive Director to take the following related actions:

Determine, as necessary and appropriate, to amend the contract, or terminate the contractor's right to proceed with the performance of the contract or terminate the contract for convenience; and

Approve contract change orders not to exceed $419,000, which represents 20% of the $2,095,000 contract amount, for unforeseen Project costs using the same source of funds.   (20-2119)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was adopted.**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Board Letter
                   Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 8*

**Exhibit 12 Page 496**

**Board of Supervisors**                    **Statement Of Proceedings**                    **April 14, 2020**

**6-D.**    **Los Angeles County Development Authority Meeting Minutes for February 2020**

Recommendation: Approve minutes of the meetings of the Los Angeles County Development Authority for the month of February 2020.  **NOTE: The minutes for the month of February 2020 can be found online at:** http://portal.lacounty.gov/wps/portal/sop/  (20-2085)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Board Letter
Public Comment/Correspondence

**Exhibit 12 Page 497**

**STATEMENT OF PROCEEDINGS FOR THE MEETING OF
THE REGIONAL PARK AND OPEN SPACE DISTRICT
OF THE COUNTY OF LOS ANGELES
TUESDAY, APRIL 14, 2020
9:30 A.M.**

**1-P.    Regional Park and Open Space District Meeting Minutes for February 2020**

Recommendation: Approve minutes of the meetings of the Regional Park and Open Space District for the month of February 2020. **NOTE: The minutes for the month of February 2020 can be found online at:** http://portal.lacounty.gov/wps/portal/sop/  (20-2083)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved.**

| | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger |

*Attachments:*    Board Letter
Public Comment/Correspondence

**Exhibit 12 Page 498**

## III.   CONSENT CALENDAR

### BOARD OF SUPERVISORS   1 - 19

1.    **Appointments to Commissions/Committees/Special Districts**

Recommendation for appointment/reappointment for the following Commissions/
Committees/Special Districts (+ denotes reappointments): **Documents on file in
Executive Office**.

Supervisor Hahn
Ramon Pizarro, Los Angeles County Commission on Disabilities

Supervisor Barger
Margaret Fawcett Edwards, Measure H Citizens' Oversight Advisory Board
(20-0207)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was
approved.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas,
Supervisor Kuehl, Supervisor Hahn and Supervisor
Barger

*Attachments:*    Public Comment/Correspondence

**Exhibit 12 Page 499**

**Board of Supervisors**                    **Statement Of Proceedings**                    **April 14, 2020**

**2.**    **Ratifying Executive Order of the Chair of the County of Los Angeles Board of Supervisors Following Proclamation of Existence of a Local Health Emergency Regarding Novel Coronavirus (COVID-19) For Allocation of Funds to Facilitate the Purchase of COVID-19 Testing Kits**

Recommendation as submitted by Supervisors Barger and Solis: Ratify the Executive Order of the Chair of the Board following the Proclamation of Existence of a Local Health Emergency Regarding Novel Coronavirus (COVID-19) for allocation of funds to facilitate the purchase of COVID-19 testing kits; and approve an appropriation adjustment that increases services and supplies appropriation by $80,000,000 in the Federal and State Disaster Aid budget unit, which is fully offset by $40,000,000 of State-Special Grants revenue and the cancellation of $40,000,000 in Obligated Fund Balance Committed for Health Services - Tobacco Settlement. **4-VOTES**  (20-2168)

**Dr. Genevieve Clavreul, Joseph Maizlish and Eric Preven submitted written testimony.**

**On motion of Supervisor Barger, seconded by Supervisor Solis, this item was approved.**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Motion by Supervisors Barger and Solis
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 12*

**Exhibit 12 Page 500**

Board of Supervisors                     Statement Of Proceedings                     April 14, 2020

**3.**     **Reinstatement of Reward Offer in the Investigation of the Murder of Robert Calderon**

Recommendation as submitted by Supervisor Barger: Reinstate the $20,000 reward offered in exchange for information leading to the apprehension and/or conviction of the person or persons responsible for the heinous murder of 28-year-old Robert Calderon, who was found lying on the parkway suffering from gunshot wounds on the 600 block on North Mentor Avenue in the City of Pasadena on December 18, 2015 at approximately 10:45 p.m.   (16-1837)

**On motion of Supervisor Barger, seconded by Supervisor Kuehl, this item was approved.**

**Ayes:**  5 -  Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*     Motion by Supervisor Barger
Notice of Reward
Public Comment/Correspondence

**4.**     **Ratifying Letter Sent by the County of Los Angeles Board of Supervisors to Sheriff Alex Villanueva**

Recommendation as submitted by Supervisors Solis and Kuehl: Ratify a five-signature letter from the Board to Sheriff Alex Villanueva, concerning the pay status of deputies ordered to quarantine in March 2020.  (20-2202)

**Sheriff Alex Villanueva, Joseph Maizlish, Eric Preven and Pearl Marshall submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved.**

**Ayes:**  5 -  Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*     Motion by Supervisors Solis and Kuehl
Public Comment/Correspondence

---

**Exhibit 12 Page 501**

5.    **Ensuring Collection of Full Racial and Ethnic Data of COVID-19 Patients throughout Los Angeles County**

Revised recommendation as submitted by Supervisors Solis and Barger: Instruct the Director of Public Health to report back to the Board in writing within 30 days on an analysis of available racial and ethnic demographic data on COVID-19 cases, including a breakdown by age groups and socioeconomic status, and an analysis on COVID-19 testing data to include information on those who have tested positive by race and ethnicity, when available, and socioeconomic status, and an analysis of fatalities by race and ethnicity; instruct the Director of Public Health to work in collaboration with the Director of Health Services, to include in the report back to the Board within 30 days with COVID-19 related hospitalization data from County-operated hospitals, including average length of stay by racial group and age group, when available; and instruct the Director of Public Health to work in collaboration with the Chief Medical Examiner-Coroner, to report back to the Board in writing within 30 days on COVID-19 related data, including, when available, a breakdown of fatalities by race, ethnicity and age group.

Also, consideration of Supervisor Ridley-Thomas' recommendation to amend Supervisors Solis and Barger's motion as follows: instruct the Director of Public Health to immediately take efforts to collect relevant demographic data, including race and ethnicity, across all testing sites and report back to the Board in writing within 30 7 days on an analysis of available racial and ethnic demographic data on COVID-19 cases, including a breakdown by age groups and socioeconomic status, and an analysis on COVID-19 testing data to include information on those who have requested testing on the online COVID-19 testing portal and 211, regardless of their ultimate approval for testing, made appointments, received testing and tested positive or negative by race and ethnicity, when available, and socioeconomic status, including an analysis of fatalities by race and ethnicity; and provide updates on a weekly basis; all testing, data collection and research efforts underway or planned by the Department of Public Health Center for Health Equity as it relates to COVID-19, including serological testing, and those efforts in partnership with academic institutions and community-based organizations, to ensure prioritization and contextualization of health equity; and instruct the Director of Public Health to work in collaboration with the Director of Health Services, to include in the report back to the Board within 30 7 days with hospitalization data from County-operated hospitals, including average length of stay by racial group and age group, when available, and provide updates on a weekly basis. (20-2181)

**Dr. Genevieve Clavreul, Joseph Maizlish, Rebecca Quinte, George Buzzetti and Chrissie Castro submitted written testimony.**

**Exhibit 12 Page 502**

**Dr. Barbara Ferrer, Director of Public Health, addressed the Board and responded to questions.**

**Supervisor Solis made a motion to amend Supervisor Ridley-Thomas' amending motion, instructing the Director of Public Health to report back to the Board in writing within 14 days instead of 7 days with an analysis of available racial and ethnic demographic data on COVID-19 cases and on COVID-19 testing data; and instructing the Director of Public Health, in collaboration with the Director of Health Services, to report back to the Board in writing within 14 days instead of 7 days with hospitalization data from County-operated hospitals.**

**Supervisor Ridley-Thomas accepted Supervisor Solis' amendment.**

**After discussion, on motion of Supervisor Solis, seconded by Supervisor Barger, this item was approved as amended.**

> **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Motion by Supervisors Solis and Barger
Revised motion by Supervisors Solis and Barger
Motion by Supervisor Ridley-Thomas
Report
Public Comment/Correspondence
Audio

**Exhibit 12 Page 503**

**Board of Supervisors**                    **Statement Of Proceedings**                    **April 14, 2020**

**6.**    **Supporting Incarcerated Youth Transition Back into the Community**

Recommendation as submitted by Supervisor Solis: Authorize the Director of Health Services to contract with Impact Justice to expand their AmeriCorps Program in support of youth transitioning back to Los Angeles County from the California Department of Juvenile Justice; authorize the Director to execute amendments to the Impact Justice services agreements to amend the statement of work, extend the agreement term, update the pricing schedule and incorporate new Board requirements; and instruct the Director of the Office of Diversion and Re-Entry's Youth Diversion and Development Division to report back to the Board in writing within 180 days on how the expansion of the AmeriCorps Program is progressing and provide updates on progress and outcomes every 120 days thereafter.  (20-2175)

**Joseph Maizlish and Eric Preven submitted written testimony.**

**After discussion, on motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved.**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Motion by Supervisor Solis
Report
Public Comment/Correspondence
Audio

**7.**    **Implementation of Earvin "Magic" Johnson Park Phase 1B**

Recommendation as submitted by Supervisor Ridley-Thomas: Determine that the recommended actions are within the scope of the impacts analyzed in Addendum No. 2 to the Certified Final Environmental Impact Report as approved by the Board on October 15, 2019 for the Earvin "Magic" Johnson Park 2019 Master Plan Project (2019 Master Plan); approve the revised total budget of $11,019,000 for Phase 1B of the 2019 Master Plan of the Earvin "Magic" Johnson Park Project (Project) from the previously approved budget of $7,080,000, funded with the following additional resources; $1,080,000 in Regional Park and Open Space District (RPOSD) Measure A Funds, $2,659,000 in Utility User Tax - Measure U and $200,000 in Measure R Local Return funds available to the Second Supervisorial District; authorize the Acting Director of Parks and Recreation to execute and/or if necessary, amend a funding agreement and all related documents for the Project between the County, through the Department of Parks and Recreation (DOPR), and the Los Angeles County Development Authority (LACDA) to fund the Project; and take the following actions: (Relates to Agenda No. 1-D) **4-VOTES**

**Exhibit 12 Page 504**

**Board of Supervisors**                    **Statement Of Proceedings**                    **April 14, 2020**

Approve an appropriation adjustment to transfer $2,659,000 in Second District Utility User Tax - Measure U to the Chief Executive Office's (CEO) Project and Facility Development (PFD) Budget, and allocate $1,080,000 in RPOSD Measure A Funds in DOPR's operating budget to fund the necessary funding agreements with LACDA which will manage the construction of the Project;

Upon approval of the allocation of additional $1,080,000 in RPOSD's Measure A Funds, transfer a cash advance not to exceed 50% of $1,080,000 in the amount of $540,000, via DOPR's Operating Budget to LACDA to be used for Phase 1B;

Authorize the Chief Executive Officer to amend the existing funding agreement, and all related documents, between the County and LACDA for the Project to transfer $2,659,000 in Second District Utility User Tax - Measure U to further fund the construction of the Project;

Authorize the Director of Public Works to transfer $200,000 in Fiscal Year 2019-20 from the Public Works Measure R Local Return Fund available to the Second Supervisorial District to LACDA, to be used for the vacation construction on Wadsworth Avenue north of East 126th Street upon execution of the new or revised funding agreement between the County, through DOPR, and LACDA to award the subject funds; and

Authorize the Acting Executive Director of LACDA to execute the Project and approve and accept the Project at completion on behalf of the County. (20-2169)

**On motion of Supervisor Ridley-Thomas, seconded by Supervisor Kuehl, this item was approved.**

> **Ayes:**   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Motion by Supervisor Ridley-Thomas
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 17*

**Exhibit 12 Page 505**

**Board of Supervisors**                    **Statement Of Proceedings**                    **April 14, 2020**

8.    **Piloting a Comprehensive Crisis Response to Ensure Post-COVID-19 Housing for Homeless Older Adults in Los Angeles County**

Revised recommendation as submitted by Supervisors Ridley-Thomas and Hahn: Receive and file the recommendations provided by the Chief Executive Officer in the report entitled, "Establishing a Comprehensive Homelessness Crisis Response Strategy in Los Angeles," dated March 24, 2020; instruct all appropriate County Departments to take appropriate action to implement, locally and Statewide, the 16 recommended priority strategies within the "Comprehensive Crisis Response Strategy to Address Homelessness Statewide;" and direct the Chief Executive Officer, along with all appropriate County Departments, and in coordination with City and State officials, to report back to the Board in writing within 45 30 days with a strategy to provide long-term housing options to individuals experiencing homelessness who are aged 65 years or older and were provided emergency housing based on the COVID-19 emergency public health declaration; and report back to the Board in writing within 90 45 days with an interim report, followed by a multi-year implementation framework as part of Fiscal Year 2020-21 Supplemental Budget deliberations, with cost estimates for the pilot program targeting all individuals experiencing homelessness who are aged 65 or older.  (20-2188)

**Joseph Maizlish, Mariana Mendoza, Amy Wang, Olivia Gleason, Delia Brown, Candace Seu, Jessica Craven, Cindy Gaete, Emily Skehan, Eliza Harris, Rebecca Weiker, Armando A. Garcia, Andria Tattersfield, Alejandra Aguirre, Clara Karger and other interested persons submitted written testimony.**

**Sachi A. Hamai, Chief Executive Officer, and Phil Ansell, Director of the Homeless Initiative, Chief Executive Office, addressed the Board and responded to questions.**

**Supervisor Ridley-Thomas revised his and Supervisor Hahn's joint motion as detailed above.**

**After discussion, on motion of Supervisor Ridley-Thomas, seconded by Supervisor Hahn, this item was approved as revised.**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

_**Attachments:**_    Motion by Supervisors Ridley-Thomas and Hahn
Revised Motion by Supervisors Ridley-Thomas and Hahn
Chief Executive Officer's Report
Report
Public Comment/Correspondence
Audio

---

**Exhibit 12 Page 506**

**Board of Supervisors**                **Statement Of Proceedings**                **April 14, 2020**

---

9.    **COVID-19 Small Business Assistance Program**

Recommendation as submitted by Supervisor Ridley-Thomas: Direct the Chief Executive Officer to identify one-time funding to establish and launch the Los Angeles County COVID-19 Relief Fund (Relief Fund) and allocate funds as needed for the purposes of establishing the Relief Fund; and take the following actions: (Relates to Agenda No. 2-D)

Instruct the Director of Consumer and Business Affairs, in collaboration with the Chief Executive Officer and the Acting Executive Director of the Los Angeles County Development Authority (LACDA), to develop a multi-tiered programmatic model for the Relief Fund, including, among other things, bridge funding for small businesses likely to receive Federal disaster assistance; low-cost working capital loans to maintain small businesses who may not qualify for Federal disaster assistance; working capital loans to nonprofit organizations and small businesses who are providing essential services, or transitioning from an existing model to provide essential services, that directly address the health or economic impacts of COVID-19; and cash grants to microentrepreneurs and other highly vulnerable populations who will not qualify for Federal disaster relief; the programmatic model to incorporate community development financial institutions as intermediaries and other nonprofit partners to market available relief and engage communities in an inclusive, equitable, and culturally and linguistically competent manner;

Authorize the Chief Executive Officer, the Director of Consumer and Business Affairs and the Acting Director of LACDA to work with external partners including, but not limited to, financial institutions, foundations and philanthropic organizations, to establish partnerships that will increase the effectiveness of the Relief Fund and grow the amount of capital contributions into the fund;

Authorize the Chief Executive Officer and the Director of Consumer and Business Affairs to enter into any agreements with third-parties including, but not limited to, consultants, financial institutions and nonprofits, necessary to design, establish, implement and administer the Relief Fund;

Direct the Chief Executive Officer and the Director of Consumer and Business Affairs to establish the Relief Fund on or before April 21, 2020, and report back to the Board in writing on or before April 24, 2020, with a description of the Relief Fund and next steps to deploy loans and grants in the community;

---

*County of Los Angeles*                *Page 19*

**Exhibit 12 Page 507**

Upon programmatic development of the Relief Fund, authorize the Chief Executive Officer to transfer the funding necessary to establish the relief fund to LACDA or other community development financial institutions that will serve as a fund manager; and

Direct the Chief Executive Officer to enter into any necessary funding agreements with LACDA or community development financial institutions to establish the parameters by which LACDA will utilize the funding for the purposes of establishing and administering the Relief Fund.  (20-2151)

**Joseph Maizlish, Nicole Gordon, Karrie Melendrez, K. Jackson, Natalie Burke, Wesley Reutimann, Joan Mao, Eric Preven, Angelo Logan, David Stears, Lyric Kelkar, Zachary Schlagel and Maria S. Salinas submitted written testimony.**

**On motion of Supervisor Ridley-Thomas, seconded by Supervisor Kuehl, this item was approved.**

**Ayes:**  5 -  Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*  Motion by Supervisor Ridley-Thomas
Report
Public Comment/Correspondence

**10.  Implementing the Coronavirus Aid, Relief and Economic Security Act Across Los Angeles County**

Revised recommendation as submitted by Supervisor Ridley-Thomas: Approve receipt of the Coronavirus Aid, Relief and Economic Security Act Funds (CARES Act Funds) consisting of Community Development Block Grant (CDBG) and Emergency Solutions Grant (ESG) in the amount of $20,273,315, and any future allocated CARES Act Funds from any other program source when allocated to the County; designate the Acting Executive Director of the Los Angeles County Development Authority (LACDA) to serve as the agent of the County for administration of the CARES Act Funds, and authorize the transfer of these allocated and future funds to LACDA by the County; direct the Chief Executive Officer, or her designee within the Homeless Initiative, to coordinate with the Acting Executive Director of the Los Angeles Homeless Services Authority, the Acting Executive Director of LACDA on the expenditure of the ESG funds and report back to the Board in writing as soon as possible within 30 days with their recommendations; and direct the Chief Executive Officer to work with the Director of Consumer and Business Affairs and Acting Executive Director and other partners, to report back to the Board on the feasibility of using current or future ESG, CDBG, California Building Homes

**Exhibit 12 Page 508**

**Board of Supervisors**                **Statement Of Proceedings**                **April 14, 2020**

and Jobs Act (SB-2) or other funding to support preventing people from becoming homeless through the County's Eviction Defense Program ~~or for rental assistance for people facing eviction.~~ (Relates to Agenda No. 3-D) (20-2203)

**This item was taken up with Item No. 3-D.**

**Joseph Maizlish, Arturo Castro Jr., Jacquie Burbank, Lori Chandler, Christina Yglesias, Alejandra Monteagudo, Ben Nicholson, Laura Morales Garcia, Trinidad Ruiz, Rebecca Quinte, Susan Hunter, Megan Yu, Miki Jackson, Christopher Williams, Sean Broadbent and other interested persons submitted written testimony.**

**Emilio Salas, Acting Executive Director, and Linda Jenkins, Assistant Director of the Community and Economic Development Division, Los Angeles County Development Authority, addressed the Board and responded to questions.**

**Supervisor Ridley-Thomas revised his motion as detailed above.**

**After discussion, on motion by Supervisor Ridley-Thomas, seconded by Supervisor Hahn, this item was approved as revised.**

**Ayes:**   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

_**Attachments:**_   Motion by Supervisor Ridley-Thomas
Revised motion by Supervisor Ridley-Thomas
Revised motion by Supervisor Ridley-Thomas
Report
Public Comment/Correspondence
Audio

---

_**County of Los Angeles**_                        _**Page 21**_

**Exhibit 12 Page 509**

**Board of Supervisors**                    **Statement Of Proceedings**                    **April 14, 2020**

**11.**   **Supporting Construction Staging for the Fairview Heights Affordable Housing Project**

Recommendation as submitted by Supervisor Ridley-Thomas: Find that the services to be provided by National CORE, a 501(c)(3) non-profit corporation, are necessary to meet the social needs of the County and serve public purposes which benefit the County; find that the County parking lot located at 968 East 68th Street in the City of Inglewood is not currently needed for County purposes; waive the $200 per-day Right-of-Entry Permit (Permit) fee, excluding the cost of security, liability insurance, and a $250 one-time cleaning deposit, for National CORE's use of the County-owned parking lot from April 15, 2020 through April 15, 2021; authorize the Chief Executive Officer to negotiate and execute a Permit with National CORE, with a term extending through April 15, 2021; authorize the Chief Executive Officer to amend the Permit to extend the term, if and as necessary, for the duration of the construction of the Fairview Heights Affordable Housing Project and/or the term of the ground lease previously entered into between the County and LINC-CORE Fairview Metro, L.P.; authorize the Chief Executive Officer to negotiate and execute any other ancillary documentation, and take any other actions necessary and appropriate to implement and effectuate the Permit; and find that the proposed Permit is exempt from California Environmental Quality Act. (20-2173)

**On motion of Supervisor Ridley-Thomas, seconded by Supervisor Kuehl, this item was approved.**

**Ayes:**   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

_Attachments:_   Motion by Supervisor Ridley-Thomas
Public Comment/Correspondence

**Exhibit 12 Page 510**

**Board of Supervisors**                    **Statement Of Proceedings**                    **April 14, 2020**

**12.**     **Reestablish the Reward Offer in the Investigation of the Murder of Tauvaaga (Judy) Lauvai**

Recommendation as submitted by Supervisor Ridley-Thomas: Reestablish the $10,000 reward offered in exchange for information leading to the apprehension and/or conviction of the person or persons responsible for the murder of 53-year-old Tauvaaga (Judy) Lauvai, who was fatally shot on the front porch of her family's residence located on the 22700 block of Island Avenue in the City of Carson on June 16, 2018 at approximately 8:55 p.m.   (18-4122)

**George Buzzetti and Eric Preven submitted written testimony.**

**On motion of Supervisor Ridley-Thomas, seconded by Supervisor Kuehl, this item was approved.**

|  |  |  |
|--|--|--|
| **Ayes:** | 5 - | Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger |

*Attachments:*     Motion by Supervisor Ridley-Thomas
Notice of Reward
Public Comment/Correspondence

**13.**     **Reestablish the Reward Offer in the Investigation of the Murder of Erin Lavender and Dalelaja Hearn**

Recommendation as submitted by Supervisor Ridley-Thomas: Reestablish the $10,000 reward offered in exchange for information leading to the apprehension and/or conviction of the person or persons responsible for the murder of 19-year-old Erin Lavender and 17-year-old Dalelaja Hearn, who were fatally shot on the 20300 block of Alvo Avenue in the City of Carson on December 15, 2019 at approximately 8:50 p.m.  (20-0138)

**George Buzzetti and Eric Preven submitted written testimony.**

**On motion of Supervisor Ridley-Thomas, seconded by Supervisor Kuehl, this item was approved.**

|  |  |  |
|--|--|--|
| **Ayes:** | 5 - | Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger |

*Attachments:*     Motion by Supervisor Ridley-Thomas
Notice of Reward
Public Comment/Correspondence

**Exhibit 12 Page 511**

Board of Supervisors                  Statement Of Proceedings                  April 14, 2020

**14.**    **Declaring April as "Fair Housing Month"**

Recommendation as submitted by Supervisor Ridley-Thomas: Commemorate and proclaim April 2020 as "Fair Housing Month" in Los Angeles County in order to emphasize the importance of the rights guaranteed under Title VIII of the Civil Rights Act of 1968 (the Act) and its amendments; commit to the furtherance of the Act's goals and ideals throughout the year; and encourage residents to participate in the Housing Rights Center's virtual 21st Annual Housing Rights Summit Webinar, scheduled for April 22, 2020.   (20-2163)

**Eric Preven submitted written testimony.**

**On motion of Supervisor Ridley-Thomas, seconded by Supervisor Kuehl, this item was approved.**

> **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Motion by Supervisor Ridley-Thomas
Public Comment/Correspondence

**15.**    **Declaring April 13th through 17th as "National Community Development Week"**

Recommendation as submitted by Supervisor Ridley-Thomas: Proclaim April 13 through 17, 2020 as "National Community Development Week" in Los Angeles County in order to recognize the history, significance and accomplishments of the Community Development Block Grant and HOME Investment Partnerships Programs.  (20-2164)

**On motion of Supervisor Ridley-Thomas, seconded by Supervisor Kuehl, this item was approved.**

> **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Motion by Supervisor Ridley-Thomas
Public Comment/Correspondence

**Exhibit 12 Page 512**

**Board of Supervisors**                **Statement Of Proceedings**                **April 14, 2020**

16.  **New MOU With Mission College for Use of El Cariso Ballfields #3 and #5**

Recommendation as submitted by Supervisor Kuehl: Instruct the Acting Director of Parks and Recreation to grant the Los Angeles Community College District temporary access to El Cariso Community Regional Park for recreational use of ballfields #3 and #5 for a maximum period of six months, commencing upon Board approval, while the County negotiates and executes the Joint Use Agreement with the District and take all further actions necessary and appropriate to implement the terms and conditions for non-exclusive access.  (20-2159)

**On motion of Supervisor Kuehl, seconded by Supervisor Solis, this item was approved.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Motion by Supervisor Kuehl
Public Comment/Correspondence

17.  **Emergency Rental Assistance for the COVID-19 Impacted Families**

Recommendation as submitted by Supervisors Hahn and Solis: Instruct the Acting Executive Director of the Los Angeles County Development Authority along with the Chief Executive Officer, through the Legislative Affairs and Intergovernmental Relations Division, and the Director of Consumer and Business Affairs, to secure additional Coronavirus Aid, Relief and Economic Security Act Funds (CARES Act funds) to implement a Countywide Emergency Rental Assistance Program, seek additional funding to leverage additional CARES Act funds, including philanthropy and private funding, and report back to the Board in 30 days with an implementation plan for the Program for those impacted by COVID-19. (Relates to Agenda No. 4-D)  (20-2187)

**Nicole Gordon, Benjamin Yoo, Thea Gudis, Nati Livas, Xavier Kelly, Frances Aguirre, Emilia Dencik, William James, Karrie Melendrez, Joaquin Hernandez Solis, Mattox Moran, William Bigby, Maeve Keller, Wesley Reutimann, Miles Yum and other interested persons submitted written testimony.**

**After discussion, on motion of Supervisor Hahn, seconded by Supervisor Solis, this item was approved.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Motion by Supervisors Hahn and Solis
Report
Public Comment/Correspondence
Audio

*County of Los Angeles*                *Page 25*

**Exhibit 12 Page 513**

**Board of Supervisors**                    **Statement Of Proceedings**                    **April 14, 2020**

**18.**     **Proclaiming "Cambodian Genocide Remembrance Day"**

Recommendation as submitted by Supervisor Hahn: Proclaim April 17, 2020 as "Cambodian Genocide Remembrance Day" in Los Angeles County, in honor of those killed in the genocide, the survivors and their descendants for their courage and contributions to the County of Los Angeles.  (20-2198)

**On motion of Supervisor Hahn, seconded by Supervisor Kuehl, this item was approved.**

                    **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Motion by Supervisor Hahn
                    Public Comment/Correspondence

**19.**     **Board of Supervisors Meeting Minutes for February 2020**

Executive Officer of the Board's recommendation: Approve minutes for the February 2020 meetings of the Board of Supervisors and Special Districts for which the Board is the governing body. **NOTE: The minutes for the month of February 2020 can be found online at:**  http://portal.lacounty.gov/wps/portal/sop/ (20-2131)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved.**

                    **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Board Letter
                    Public Comment/Correspondence

**Exhibit 12 Page 514**

Board of Supervisors                    Statement Of Proceedings                    April 14, 2020

---

**ADMINISTRATIVE MATTERS    20 - 44**

**Chief Executive Office**

20.    **Report on Training and Worker Resources Needs related to COVID-19 Response Efforts**

Report by the Chief Executive Officer, in collaboration with the Directors of Personnel and Consumer and Business Affairs, the Acting Director of Workforce Development, Aging and Community Services and other relevant Departments, regarding discussions with impacted Labor Unions and other impacted entities to partner on training and worker resources needs in the County related to COVID-19 response efforts, as requested at the Board meeting of March 31, 2020.  (20-2139)

**Dr. Genevieve Clavreul, Joseph Maizlish, Sandy Sanchez, David Fleming, Tracy Hernandez and Rana Ghadban submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, the report was received and filed.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Report
Public Comment/Correspondence

21.    **Report by the Chief Executive Officer on Reducing the County's Reliance on Proposition A Contracts**

Report by the Chief Executive Officer, in consultation with the County's labor partners, with a five-year plan on the services that could be brought in-house, including the fiscal impact of bringing said services in-house. (Continued from the meeting of 10-22-19)   (19-6752)

**Joseph Maizlish submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was taken off calendar.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Public Comment/Correspondence

---

**Exhibit 12 Page 515**

Board of Supervisors                          Statement Of Proceedings                          April 14, 2020

---

**22.    Report on Progress of the Women and Girls Initiative Governing Council**

Report on the progress of the Women and Girls Initiative Governing Council, as requested at the Board meeting of December 13, 2016. (Continued from the meetings of 12-3-19 and 3-10-20)  (18-6654)

**Joseph Maizlish submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was continued to May 26, 2020 at 1:00 p.m.**

> **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Report
                         Public Comment/Correspondence

**23.    Sheriff's Department Lease**

Recommendation: Authorize the Chief Executive Officer to execute a proposed four-year lease with 3055 Wilshire, LLC for the Sheriff's Department's continued use of approximately 8,054 rentable sq ft of office space and 32 on-site parking spaces located at 3055 Wilshire Boulevard in Los Angeles (2), at an estimated maximum first-year base rental amount of $231,956, with the total base rental cost payable to the landlord under the proposed lease to be approximately $985,000 and the Department's total lease costs payable to the landlord not to exceed $1,205,000 over the four-year term, which is comprised of the base rental cost and an estimated $220,000 for parking costs, with the rental costs consisting of 100% Net County Cost; authorize the Chief Executive Officer to execute any other ancillary documentation necessary to effectuate the terms of the proposed lease, and take other actions necessary and appropriate to implement and effectuate the terms of the lease including, without limitation, exercising early termination rights, options to extend the term and the right of first offer to lease additional premises, effective upon Board approval; and find that the proposed lease is exempt from the California Environmental Quality Act.   (20-2141)

**Eric Preven submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved.**

> **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Board Letter
                         Public Comment/Correspondence

---

*County of Los Angeles*                          *Page 28*

**Exhibit 12 Page 516**

**Board of Supervisors**                     **Statement Of Proceedings**                     **April 14, 2020**

**24.**   **Sheriff's Department Lease**

Recommendation: Authorize the Chief Executive Officer to execute a proposed lease with 901 Corporate Center, LP for the Sheriff's Department's continued use of approximately 2,725 rentable sq ft of office space and 11 on-site parking spaces at 901 Corporate Center Drive in Monterey Park (1), at an estimated maximum first-year base rental amount of $81,750, with the total base rental cost payable to the landlord under the proposed lease to be approximately $443,000 over the five-year term, at 100% Net County Cost; authorize the Chief Executive Officer to execute any other ancillary documentation necessary to effectuate the terms of the proposed lease, and implement and effectuate the terms of the proposed lease including, without limitation, exercising early termination rights, option to extend the term and the right of first offer to lease additional premises, effective upon Board approval; and find that the proposed lease is exempt from the California Environmental Quality Act.   (20-2160)

**Eric Preven submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved.**

**Ayes:**   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*   Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                     *Page 29*

**Exhibit 12 Page 517**

**Board of Supervisors**                    **Statement Of Proceedings**                    **April 14, 2020**

**25.**    **Internal Services Department Order for Expansion Space**

Recommendation: Authorize the Chief Executive Officer to execute a proposed order with T5@Los Angeles, LLC to add an additional approximately 800 sq ft of data center space at 444 North Nash Street in El Segundo (4), to be occupied by the Internal Services Department, at an estimated first-year amount of $877,865, which includes $515,140 for the estimated annual rental fee and $362,725 for a one-time Tenant Improvement expense, at 100% Net County Cost; exercise the four one-year extension options to the existing license, subject to satisfaction that the Department has sufficient funding and demonstrated the need to continue the use of the space; execute any other ancillary documentation necessary to effectuate the proposed order or exercise any extension option, and take actions necessary and appropriate to implement the proposed Order; and find that the proposed order is exempt from the California Environmental Quality Act. (20-2142)

**Eric Preven submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved.**

|  | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger |

*Attachments:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 30*

**Exhibit 12 Page 518**

**Board of Supervisors**                    **Statement Of Proceedings**                    **April 14, 2020**

**26.**    **Pay Additional Interest on Tenant Improvements**

Recommendation: Authorize the Chief Executive Officer to reimburse Sotoco Corporation in an amount not to exceed $120,000 to pay for additional interest on certain Tenant Improvement costs for the Department of Children and Family Services' lease at 1373 Center Court Drive in the City of Covina (5), with all interest costs to be paid to the landlord in a lump sum payment, funded 22.5% with Federal and State funds and 77.5% Net County Cost; authorize the Chief Executive Officer to execute any ancillary documentation necessary, and take any other actions necessary and appropriate to implement the authorizations provided; and find that the proposed approval of lease terms is exempt from the California Environmental Quality Act.  (20-2161)

**Eric Preven submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved.**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 31*

**Exhibit 12 Page 519**

Board of Supervisors                    Statement Of Proceedings                    April 14, 2020

**27.**    **Countywide Classification Actions**

Recommendation: Approve an ordinance for introduction amending County Code, Title 6 - Salaries to add one new unclassified classification in the Department of Health Services, delete one non-represented classification in the Fire Department, change the title of one non-represented classification in the LA County Library and reclassify 23 positions in the Departments of Board of Supervisors, Chief Executive Office, Health Services, Parks and Recreation, Public Social Services, Sheriff and Workforce Development, Aging and Community Services; amending County Code, Title 5 - Personnel to make a technical correction to an existing compensation provision specific to the Sheriff's Department; and approve in the Classification Plan the deletion of five represented classifications and the title change of one represented classification, these actions have been approved by the Employee Relations Commission. (Relates to Agenda No. 45)  (20-2091)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved.**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

_Attachments:_    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 32*

**Exhibit 12 Page 520**

Board of Supervisors                    Statement Of Proceedings                    April 14, 2020

___

**County Operations**

28.    **Public Art in Private Development Policy and Procedures**

Recommendation: Adopt the Public Art in Private Development Policies and Procedures to ensure that everyone in the County has equitable access to arts and culture, and improve inclusion in the wider arts ecology for all residents in every community; and find that the proposed policies and procedures are exempt from the California Environmental Quality Art. **(Department of Arts and Culture)** (Relates to Agenda No. 40) (Continued from the meeting of 2-4-20)  (20-0810)

**Eric Preven submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was continued to May 26, 2020 at 1:00 p.m.**

> **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Board Letter
Public Comment/Correspondence

29.    **Lloyd Taber - Marina Del Rey Library Refurbishment Project**

Recommendation: Approve a revised total project budget of $1,038,000, from a previously adopted budget of $688,000, to fully fund the remaining scope of work that is necessary for the Lloyd Taber - Marina del Rey Library Refurbishment Project, Capital Project (CP) No. 87573 (4); approve an appropriation adjustment to transfer $350,000 from the LA County Library's Developer Fee Area No. 6 budget to CP No. 87573; and find that the recommended actions are within the scope of the previous finding of exemption for the Project under the California Environmental Quality Act. **(Internal Services Department) 4-VOTES**  (20-2126)

**Eric Preven submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved.**

> **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Board Letter
Public Comment/Correspondence

___

*County of Los Angeles*                    *Page 33*

**Exhibit 12 Page 521**

Board of Supervisors                    Statement Of Proceedings                    April 14, 2020

---

**Community Services**

30. **East Los Angeles Sustainable Median Stormwater Capture Project Construction Contract**

    Recommendation: Find that the recommended actions are within the scope of the Water Resources Core Service Area East Los Angeles Sustainable Median Stormwater Capture Project, Capital Project No. 69810 (Project) (1) impacts analyzed in the Final Program Environmental Impact Report (FPEIR) for the Enhanced Watershed Management Programs (EWMP), previously certified by the County Flood Control District, and the Addendum thereto for the Project, previously certified by the County; approve the revised budget for the Project at a revised estimated total budget of $36,840,000 from the previously approved budget of $31,005,000; approve the Fiscal Year (FY) 2019-20 appropriation adjustment to transfer $5,835,000 of District funding to the Project to be used for the construction of the Project, and authorize the Director of Public Works, on behalf of the County, to enter into a funding agreement with the District memorializing the additional contribution together with the previously approved contribution by the District of $5,600,000 in a total amount not to exceed $11,435,000; find that Mladen Buntich Construction Company, Inc., is the apparent lowest responsive and responsible bidder, and authorize the Director to award and execute a construction contract with Mladen Buntich Construction Company, Inc., and establish the effective contract date; and

    Also, acting as the Governing Body of the County Flood Control District, acting as a responsible agency for the Project, find that the recommended actions are within the scope of the Project impacts analyzed in the FPEIR for the EWMP, previously certified by the District, and Addendum thereto for the Project, previously certified by the County, as lead agency for the Project; approve an additional contribution by the District in an amount not to exceed $5,835,000 in FY 2019-20 in addition to the previously approved contribution of $5,600,000, to be used for the construction of water conservation components and related costs associated with the Project, and instruct the Chief Engineer, on behalf of the District, to include the additional contribution in a funding agreement with the County. **(Department of Public Works) 4-VOTES** (20-2113)

    **On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved.**

    **Ayes:** 5 - Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

    *Attachments:* Board Letter
    Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 34*

**Exhibit 12 Page 522**

**Board of Supervisors**                **Statement Of Proceedings**                **April 14, 2020**

31. **On-Call Traffic Signal Construction Fiscal Year 2019-20 Contract B Project Construction Contract**

Recommendation: Approve the proposed On-Call Traffic Signal Construction Fiscal Year 2019-20 Contract B Project (Project) located in various unincorporated communities and split jurisdiction intersections in the Los Angeles basin and Santa Clarita Valley, at an estimated construction amount between $2,100,000 and $2,700,000, and adopt the plans and specifications for the Project; advertise for bids to be received before 11:00 a.m. on May 12, 2020; find that the proposed Project is exempt from the California Environmental Quality Act; and authorize the Director of Public Works to take the following actions: **(Department of Public Works)**

> Determine, award and execute a construction contract for the Project with the responsible contractor with the lowest responsive bid within or less than the estimated amount range; and

> Extend the date and time for the receipt of bids, allow substitution of subcontractors and relief of bidders, execute change orders within the same monetary limits delegated to the Director, accept the Project upon its final completion and release retention money withheld.  (20-2137)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was adopted.**

|            |       |                                                                                                  |
|------------|-------|--------------------------------------------------------------------------------------------------|
| **Ayes:**  | 5 -   | Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger |

*Attachments:*     Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                        *Page 35*

**Exhibit 12 Page 523**

Board of Supervisors                    Statement Of Proceedings                    April 14, 2020

**32.**    **Glendora Mountain Road, Big Dalton Canyon Road to East Fork Road
Project Construction Contract**

Recommendation: Approve the proposed Glendora Mountain Road, Big Dalton
Canyon Road to East Fork Road Project (Project) located in the unincorporated
community of Glendora and the Angeles National Forest (5) at an estimated
construction amount between $700,000 and $950,000, and adopt the plans and
specifications for the Project; advertise for bids to be received before 11:00 a.m.
on May 19, 2020; find that the proposed Project is exempt from the California
Environmental Quality Act; and authorize the Director of Public Works to take the
following actions: **(Department of Public Works)**

Determine, award and execute a construction contract for the Project with
the responsible contractor with the lowest responsive bid within or less than
the estimated amount range; and

Extend the date and time for the receipt of bids, allow substitution of
subcontractors and relief of bidders, execute change orders within the same
monetary limits delegated to the Director, accept the Project upon its final
completion and release retention money withheld.  (20-2136)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was
adopted.**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas,
Supervisor Kuehl, Supervisor Hahn and Supervisor
Barger

*Attachments:*    Board Letter
Public Comment/Correspondence

*County of Los Angeles*                    *Page 36*

**Exhibit 12 Page 524**

**Board of Supervisors**                    **Statement Of Proceedings**                    **April 14, 2020**

**33.** **Metro Green Line Vermont Station Wayfinding Signage Project Construction Contract**

Recommendation: Approve a revised construction amount of $549,287, which exceeds the originally estimated construction contract amount between $405,000 and $545,000 for the Metro Green Line Vermont Station Wayfinding Signage Project (Project) located in the unincorporated communities of Athens and Westmont (2); award and authorize the Director of Public Works to execute a construction contract with Express Sign & Neon in the amount of $549,287, and establish the effective date following receipt of approved Faithful Performance and Labor and Material Bonds and insurance certificate filed by the contractor for the Project; authorize the Director to approve and execute change orders within the same monetary limits delegated to the Director, accept the Project upon its final completion and release retention money withheld; and find that the recommended actions are within the scope of a previously approved exemption from the California Environmental Quality Act. **(Department of Public Works)** (20-2138)

**Eric Preven submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved.**

> **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*        Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 37*

**Exhibit 12 Page 525**

**Board of Supervisors**                    **Statement Of Proceedings**                    **April 14, 2020**

**34.**        **Las Virgenes Road Traffic Signals Project Construction Contract**

Recommendation: Approve the proposed Las Virgenes Road Traffic Signals Project (Project) in the City of Calabasas and unincorporated community of Calabasas (3) at an estimated construction amount between $120,000 and $160,000, and adopt the plans and specifications for the Project; advertise for bids to be received before 11:00 a.m. on May 19, 2020; find that the proposed Project is exempt from the California Environmental Quality Act; and authorize the Director of Public Works to take the following actions: **(Department of Public Works)**

Determine, award and execute a construction contract for the Project with the responsible contractor with the lowest responsive bid within or less than the estimated amount range; and

Extend the date and time for the receipt of bids, allow substitution of subcontractors and relief of bidders, approve and execute change orders within the same monetary limits delegated to the Director, accept the Project upon its final completion and release retention money withheld.  (20-2130)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was adopted.**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Board Letter
Revised Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 38*

**Exhibit 12 Page 526**

**Board of Supervisors**                    **Statement Of Proceedings**                    **April 14, 2020**

**35.**    **Parkway Concrete Maintenance, Maintenance District No. 3, Group A Project
Construction Contract**

Recommendation: Approve 49 proposed pavement preservation, roadway
improvement, parkway concrete repair and guardrail replacement projects for an
aggregate estimated amount not to exceed $92,996,000, including an estimated
aggregate construction amount not to exceed $71,940,700; reject the bid received
on October 29, 2019 for JOC No. 6669, Project ID No. RMDJOC6669, Parkway
Concrete Maintenance, Maintenance District No. 3, Group A (JOC No. 6669);
adopt the revised specifications for JOC No. 6669 in an amount not to exceed
$1,500,000; find that the 49 proposed projects are exempt from the California
Environmental Quality Act (CEQA) and that the award of JOC No. 6669 does not
constitute a project under CEQA; and authorize the Director of Public Works to
take the following actions: **(Department of Public Works)**

Advertise and award JOC No. 6669 to the lowest responsible bidder with a
responsive bid for a 12-month term for an amount not to exceed
$1,500,000;

Determine whether the bid of the apparent responsible contractor with the
lowest apparent responsive bid is, in fact, responsive and, if not responsive,
to determine which apparent responsible contractor submitted the lowest
responsive bid;

Execute the JOC and establish the effective date following receipt of
approved Faithful Performance and Labor and Material Bonds and
insurance certificate filed by the contractors;

Extend the date and time for the receipt of bids, allow substitution of
subcontractors and relief of bidders, accept any project assigned by work
order under this contract upon that project's final completion, and release
retention money withheld; and

Issue work orders to the selected contractor for JOC No. 6669 in an amount
not to exceed $1,500,000 for parkway concrete maintenance.  (20-2128)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was
adopted.**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas,
Supervisor Kuehl, Supervisor Hahn and Supervisor
Barger

*Attachments:*    Board Letter
Public Comment/Correspondence

*County of Los Angeles*                    *Page 39*

**Exhibit 12 Page 527**

Board of Supervisors                    Statement Of Proceedings                    April 14, 2020

**36.** **Repair, Remodel, Refurbishment and Maintenance of County Infrastructure and Facilities Job Order Contracts**

Recommendation: Award Job Order Contracts (JOCs) 1906, 1907 and 1908 to MTM Construction, Inc., the lowest responsive and responsible bidder, each for an amount not to exceed $5,100,000, and to be financed through the appropriate maintenance, repair and refurbishment projects; authorize the Director of Public Works to execute JOCs 1906, 1907 and 1908 and establish the effective date following receipt of approved Faithful Performance and Payment for Labor and Materials Bonds filed by the contractor; and authorize the Director to take the following action: **(Department of Public Works)**

Issue JOC work orders for projects that are not subject to the State Public Contract Code including maintenance work, as applicable, in an amount not to exceed $5,100,000 per work order, subject to the limitation that the aggregate amount of all work orders issued under a particular JOC does not exceed the maximum contract amount, upon receipt of funding authorization from the appropriate funding source, subject to a finding of exemption under the California Environmental Quality Act.  (20-2150)

**Eric Preven submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved.**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Board Letter
Public Comment/Correspondence

*County of Los Angeles*                    *Page 40*

**Exhibit 12 Page 528**

**37.**   **Traffic Signal Synchronization Project Construction Contract**

Recommendation: Approve the changes in work and increase the contract amount by $340,727.08, for a total contract amount of $2,569,677.18 for the Slauson Avenue, et al., Traffic Signal Synchronization Project (Project) located in the Cities of Culver City and Los Angeles and unincorporated communities of Baldwin Hills, Ladera Heights, View Park and Windsor Hills (2), related to performing additional traffic signal work at night, obtaining a City of Los Angeles encroachment permit, compensating the contractor for Southern California Edison delays, and additional quantities of various items of work to complete the Project performed by Aldridge Electric, Inc.; and find that the recommended action is within the scope of the previously approved exemption from the California Environmental Quality Act. **(Department of Public Works)**  (20-2146)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved.**

|        |     |                                                                                                       |
|--------|-----|-------------------------------------------------------------------------------------------------------|
| **Ayes:** | 5 - | Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger |

*Attachments:*      Board Letter
                    Public Comment/Correspondence

**38.**   **Final Map in the Unincorporated Community of South San Gabriel**

Recommendation: Approve the final map for Tract No. 63876 in the unincorporated County community of South San Gabriel (1); accept grants and dedications as indicated on the final map for Tract No. 63876; and find that approval of the final map for Tract No. 63876 is exempt from the California Environmental Quality Act. **(Department of Public Works)**  (20-2140)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved.**

|        |     |                                                                                                       |
|--------|-----|-------------------------------------------------------------------------------------------------------|
| **Ayes:** | 5 - | Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger |

*Attachments:*      Board Letter
                    Public Comment/Correspondence

**Exhibit 12 Page 529**

**Board of Supervisors** | **Statement Of Proceedings** | **April 14, 2020**

**39.** **Sierra Madre Dam Slope Protection and Basin Access Road Improvement Project Construction Contract**

Recommendation: Acting as the Governing Body of the County Flood Control District, approve the proposed Sierra Madre Dam Slope Protection and Basin Access Road Improvement Project (Project) located in the City of Sierra Madre (5), at an estimated construction contract amount between $3,700,000 and $4,900,000, and adopt the plans and specifications for the Project; advertise for bids to be received before 11:00 a.m. on May 19, 2020; find, pursuant to Public Contract Code Section 3400(b), that it is necessary to specify Rockfall Protection Barrier GBE-1000A Hybrid System, manufactured by Geobrugg and Natina Steel, manufactured by Natina Products, LLC, by specific brand name in order to field test the product's suitability for future use and to obtain a necessary item that is only available from one source, respectively: find that the proposed Project is exempt from the California Environmental Quality Act; and authorize the Chief Engineer of the District to take the following actions: **(Department of Public Works)**

Determine, award and execute a construction contract for the Project with the responsible contractor with the lowest responsive bid within or less than the estimated amount range; and

Extend the date and time for the receipt of bids, allow substitution of subcontractors and relief of bidders, approve and execute change orders within the same monetary limits delegated to the Director of Public Works, accept the Project upon its final completion and release retention money withheld.  (20-2135)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was adopted.**

**Ayes:**  5 -  Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Board Letter
Public Comment/Correspondence

**Exhibit 12 Page 530**

| Board of Supervisors | Statement Of Proceedings | April 14, 2020 |
|---|---|---|

**Ordinance for Adoption**

**40.     County Code, Title 22 - Planning and Zoning Amendment**

Ordinance for adoption amending County Code, Title 22 - Planning and Zoning, to establish a Public Art in Private Development (PAPD) Program for commercial and industrial development and repair, addition and alterations of such projects in the unincorporated areas of the County.

Or in the alternative, adopt an ordinance amending County Code, Title 22 - Planning and Zoning, to establish a PAPD Program for both residential, commercial and industrial development, and repair, addition and alterations of such projects in the unincorporated areas of the County. (On July 23, 2019, the Board indicated its intent to adopt a commercial and industrial PAPD Program and to further consider a residential, commercial and industrial PAPD Program.) (Relates to Agenda No. 28) (Continued from the meeting of 2-4-20)  (19-4740)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was continued to May 26, 2020 at 1:00 p.m.**

**Ayes:**     5 -     Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*     Revised ordinance
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 43*

**Exhibit 12 Page 531**

**Board of Supervisors**                    **Statement Of Proceedings**                    **April 14, 2020**

<u>**Miscellaneous**</u>

**41.**     **Claremont Unified School District Levying of Taxes**

Request from the Claremont Unified School District: Adopt a resolution authorizing
the County to levy taxes in an amount sufficient to pay the principal of and interest
on the District's Election of 2016 General Obligation Bonds, Series C, in an
aggregate principal amount not to exceed $6,000,000; and direct the
Auditor-Controller to place on the 2020-21 tax roll and all subsequent tax rolls,
taxes sufficient to fulfill the requirements of the debt service schedule, which will be
provided to the Auditor-Controller by the District following the sale of the Bonds.
(20-2082)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was
adopted.**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger |

*<u>Attachments:</u>*     Board Letter
                  Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 44*

**Exhibit 12 Page 532**

| Board of Supervisors | Statement Of Proceedings | April 14, 2020 |
|---|---|---|

**Miscellaneous Additions**

42.   **Additions to the agenda which were posted more than 72 hours in advance of the meeting, as indicated on the supplemental agenda.** (12-9995)

42-A.   **Expansion of Tenant Protections During the COVID-19 Crisis to Preserve and Increase Housing Security and Stability and Prevent Further Homelessness**

Recommendation as submitted by Supervisors Solis and Kuehl: Adopt a resolution to amend the Executive Order issued by the Chair of the Board on March 19, 2020, in order to take the following actions;

Include a temporary moratorium on evictions for non-payment of space rent for mobilehome owners who rent space in mobilehome parks;

Expand to all jurisdictions within the County, pursuant to Government Code Section 8630, et seq. and Chapter 2.68 of the County Code with considerations for cities that already have local eviction moratoria in place;

Prohibit rent increases for residential units and mobilehome owners from March 4, 2020 through May 31, 2020 (Moratorium Period), unless extended further, to the extent permitted by State law and consistent with Chapters 8.52 and 8.57 of the County Code, with the Executive Order to also prohibit a landlord from imposing any new pass-throughs or charging interest and/or late fees for unpaid rent during the Moratorium Period, and bar landlords from attempting to collect interest and late fees incurred during this Moratorium Period following the termination of the Executive Order;

Encourage landlords and tenants to agree on a payment plan that would allow landlords to accept partial rent payments during the moratorium if tenants are able to make such payments;

Extend the repayment period from six months to twelve months following the end of the Moratorium Period;

Further define financial impact and relation to COVID-19, as well as prohibit an eviction during the Moratorium Period based on the presence of unauthorized occupants, pets or nuisance necessitated by or related to the COVID-19 emergency;

*County of Los Angeles*                              *Page 45*

**Exhibit 12 Page 533**

**Board of Supervisors**                    **Statement Of Proceedings**                    **April 14, 2020**

Allow tenants to provide and require landlords to accept a self-certification of a tenant's inability to pay rent and provide notice to the landlord to that effect;

Prohibit landlords, and those acting on their behalf, from harassing or intimidating tenants for acts or omissions expressly permitted under the Executive Order, as amended, and the resolution; and

Address the County's public policy and intent to close certain businesses to protect public health, safety and welfare, and the County recognizes that the interruption of any business will cause loss of and damage to the business, and therefore, the County finds and declares that the closure of these businesses is mandated for the public health, safety and welfare and that the physical loss of and damage to businesses is resulting from the shutdown and that these businesses have lost the use of their property and are not functioning as intended.  (20-2211)

**Tim Riley, Matt Wiliams, Dr. Genevieve Clavreul, Joseph Maizlish, Nicole Gordon, Karrie Melendrez, Amy Pickard, Natalie Burke, Adam Mayfield, Michael Capkanis, Wesley Reutimann, Beverly Kenworthy, Rebecca Quinte, Jessica Lall, Cathy Tessier and other interested persons submitted written testimony.**

**Supervisor Barger made a motion to amend Supervisors Solis and Kuehl's joint motion to revise the Executive Order for commercial tenants, to include a provision for self-certification for businesses with less than 10 employees; and instruct the Director of Consumer and Business Affairs to establish a dedicated webpage to document, maintain and provide the latest information regarding cities that have existing local eviction moratoria in place and cities that implement local eviction moratoria after the adoption of these actions and would be exempt from the County's moratorium.**

**Supervisor Hahn made a motion to amend Supervisors Solis and Kuehl's joint motion to revise the Executive Order and instruct County Counsel along with the Director of Consumer and Business Affairs to report back to the Board in 7 days with a legal analysis on self-certification which should be provided in good faith and with a reasonable basis; and the rent increase and deferral payment protections should not apply to businesses that are multi-national, publicly traded or have more than 500 employees. Supervisors Solis and Kuehl accepted Supervisors Barger and Hahn's amendments.**

---

**Exhibit 12 Page 534**

**Supervisor Kuehl instructed County Counsel to include in the 7 day report back to the Board a legal analysis of residential tenants not having the ability to self-certify.**

**After discussion, on motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was adopted as amended; to revise the Executive Order for commercial tenants, to include a provision for self-certification for businesses with less than 10 employees; the Director of Consumer and Business Affairs was instructed to establish a dedicated webpage to document, maintain and provide the latest information regarding cities that have existing local eviction moratoria in place and cities that implement local eviction moratoria after the adoption of these actions and would be exempt from the County's moratorium; and County Counsel along with the Director of Consumer and Business Affairs, were instructed to report back to the Board in 7 days with a legal analysis on self-certification which should be provided in good faith and with a reasonable basis; and the rent increase and deferral payment protections should not apply to businesses that are multi-national, publicly traded or have more than 500 employees; also County Counsel was instructed to include in the 7 day report back to the Board a legal analysis of residential tenants not having the ability to self-certify.**

**Ayes:**  5 -  Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*   Motion by Supervisors Solis and Kuehl
Motion by Supervisor Barger
Motion by Supervisor Hahn
Report
Public Comment/Correspondence
Audio I
Audio II

**Exhibit 12 Page 535**

Board of Supervisors                    Statement Of Proceedings                    April 14, 2020

**42-B.** **Economic Relief for Marina del Rey Lessees**

Revised recommendation as submitted by Supervisor Hahn: Instruct the Director of Beaches and Harbors to evaluate the economic impacts of COVID-19 on the County's Marina del Rey lessees (Marina Lessees); and authorize the Director to implement appropriate economic relief measures, effective through June 30, 2020, to assist the Marina Lessees in mitigating the impacts of the COVID-19 pandemic, such measures may include, without limitation, deferral of minimum and other rents, deferral of required reserve fund contributions and provision of consent to allow Marina Lessees to apply for State, Federal and other economic relief, with the Director's authority provided hereby will be subject to the following: any relief from rent or other payment obligations shall be in the form of deferrals only; ~~and~~ Hotels with more than 25 rooms must agree to pursue available Federal & State stimulus, and the Director should report back to the Board in 120 days regarding all measures implemented during the period ending June 30, 2020 and recommendations for additional relief thereafter, if appropriate.  (20-2206)

**Joseph Maizlish, Rebecca Quinte, Eric Preven, Michael Seeley submitted written testimony.**

**Supervisor Hahn revised her motion as detailed above.**

**On motion of Supervisor Hahn, seconded by Supervisor Kuehl, this item was approved as revised.**

>                Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas,
>                                Supervisor Kuehl, Supervisor Hahn and Supervisor
>                                Barger

*Attachments:*        Motion by Supervisor Hahn
                      Revised motion by Supervisor Hahn
                      Report
                      Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 48*

**Exhibit 12 Page 536**

**Board of Supervisors**                   **Statement Of Proceedings**                   **April 14, 2020**

**42-C.** **Settlement of the Matter Entitled, <u>Keela Castle v. County of Los Angeles</u>**

Los Angeles County Claims Board's recommendation: Authorize settlement of the matter entitled, <u>Keela Castle v. County of Los Angeles</u>, Los Angeles Superior Court Case No. 19STCV06099 in the amount of $350,000 and instruct the Auditor-Controller to draw a warrant to implement this settlement from the Internal Services Department's budget.

This lawsuit concerns allegations that an employee of the Internal Services Department was subjected to retaliation and discrimination based on gender, race and age.  (20-2098)

**Eric Preven submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved.**

               **Ayes:**   5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*<u>Attachments:</u>*    Board Letter
                     Public Comment/Correspondence

---

*County of Los Angeles*                   *Page 49*

**Exhibit 12 Page 537**

**Board of Supervisors**                **Statement Of Proceedings**                April 14, 2020

---

**42-D.** **Settlement of the Matter Entitled, <u>Gaspar Zavala v. Brown, Ronald, et al.</u>**

Los Angeles County Claims Board's recommendation: Authorize settlement of the matter entitled, <u>Gaspar Zavala v. Brown, Ronald, et al.</u>, United States District Court Case No. CV 18-04472 SJO (ASx) in the amount of $2,800,000 and instruct the Auditor-Controller to draw a warrant to implement this settlement from the Office of the Public Defender's budget.

This lawsuit concerns allegations of Federal civil rights violations by a former Public Defender client who claims his constitutional rights were violated.  (20-2110)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved.**

> **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*<u>Attachments:</u>*        Board Letter
Public Comment/Correspondence

**42-E.** **Settlement of the Matter Entitled, <u>Ren Zheng v. County of Los Angeles, et al.</u>**

Los Angeles County Claims Board's recommendation: Authorize settlement of the matter entitled, <u>Ren Zheng v. County of Los Angeles, et al.</u>, Los Angeles Superior Court Case No. BC 670331 in the amount of $495,000 and instruct the Auditor-Controller to draw a warrant to implement this settlement from the Sheriff's Department's budget.

This lawsuit arises from alleged injuries sustained in a vehicle accident involving an on-duty Sheriff's Deputy.  (20-2104)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved.**

> **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*<u>Attachments:</u>*        Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                        *Page 50*

**Exhibit 12 Page 538**

Board of Supervisors                    Statement Of Proceedings                    April 14, 2020

**42-F.   County Code, Title 11 - Health and Safety Amendment**

Interim urgency ordinance for adoption amending County Code, Title 11 - Health and Safety, by adding Chapter 11.57 which establishes sanitary practices, and workplace safety protections for Retail Grocery Store and Retail Drug Store premises, provides for the supply of protective face covering, sanitizing and other protective products, and provides other practices to assist vulnerable customers and other members to help protect the health and safety of Retail Grocery Store, Retail Drug Store and Food Delivery Platform workers and their customers in response to the pandemic COVID-19 public health crisis; this interim urgency ordinance will take immediate effect upon its approval by at least a four-fifths vote of the Board, and will expire on the latter of the lifting of the Emergency Order declared on March 4, 2020 by the Governor of the State of California, or the Local Emergency declared on March 4, 2020, by the Board of Supervisors, as requested at the Board meeting of March 31, 2020. **4-VOTES** (20-2207)

**Dr. Genevieve Clavreul, Joseph Maizlish, Rachel Torres, John Grant, Kathy Finn, Karina Soto, Eli Longnecker, Amardeep Gill, Rebecca Quinte, Elizabeth Valdivia, Misha Gill, Andres Medina, Michelle Seyler, Cathleen Deppe, Natasha Castro and other interested persons submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, the Board adopted Ordinance No. 2020-0018U entitled, "An interim urgency ordinance amending Title 11 - Health and Safety of the Los Angeles County Code, relating to establishing sanitary practices and providing protective products by certain employers in response to the public health crisis created by the COVID-19 pandemic."  This ordinance shall take effect April 14, 2020.**

**This item was duly carried by the following vote:**

      **Ayes:**  5 -  Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Ordinance
Certified Ordinance
Public Comment/Correspondence

**Exhibit 12 Page 539**

**Board of Supervisors**                **Statement Of Proceedings**                **April 14, 2020**

**43.**    **Items not on the posted agenda, to be presented and (if requested) referred to staff or placed on the agenda for action at a future meeting of the Board, or matters requiring immediate action because of an emergency situation or where the need to take immediate action came to the attention of the Board subsequent to the posting of the agenda.** (12-9996)

**43-A.**    **Support of Youth in Foster Care During the COVID-19 Pandemic**

Recommendation as submitted by Supervisors Solis and Barger: Instruct the Director of Children and Family Services, in partnership with the Chief Executive Office Service Integration Branch, Parents Anonymous, iFoster and stakeholders, to report back to the Board in one week, and bi-monthly thereafter, with an implementation plan on Governor Gavin Newsom's investment for youth in foster care and families. (20-2225)

**On motion of Supervisor Barger, seconded by Supervisor Solis, this item was introduced for discussion and placed on the agenda of April 28, 2020.**

> **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Motion by Supervisors Solis and Barger
Public Comment/Correspondence
Audio

**43-B.**    **Public Testimony for Virtual Board Meetings**

Recommendation as submitted by Supervisor Hahn: Instruct the Executive Officer of the Board, working in consultation with County Counsel, to report back to the Board in two weeks with options for enhancing public access to the Board meeting for the duration of this crisis, including live testimony, video conferencing and any other appropriate technology. (20-2223)

**After discussion, on motion of Supervisor Hahn, and by Common Consent, this item was approved.**

> **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Motion by Supervisor Hahn
Report
Public Comment/Correspondence
Audio

**Exhibit 12 Page 540**

Board of Supervisors                    Statement Of Proceedings                    April 14, 2020

## IV.   ORDINANCE FOR INTRODUCTION    45

**45.**        **County Codes, Title 5 - Personnel and Title 6 - Salaries Amendments**

Ordinance for introduction amending County Codes, Title 5 - Personnel and Title 6 - Salaries by amending Section 5.40.490, Incidental Expenses - Sheriff's Department, to add one employee classification entitled to receive a flat monthly allowance; adding and establishing the salary for one employee classification; deleting one employee classification; changing the title of one employee classification in the LA County Library; and adding, deleting and/or changing certain employee classifications and number of ordinance positions in the Departments of Board of Supervisors, Chief Executive Office, Health Services, Parks and Recreation, Public Social Services, Sheriff and Workforce Development, Aging and Community Services. (Relates to Agenda No. 27) (20-2092)

**By Common Consent, there being no objection, the Board introduced, waived reading and ordered placed on the agenda for adoption an ordinance entitled, "An ordinance amending Title 5 – Personnel to update a compensation provision and Title 6 – Salaries of the Los Angeles County Code to add and establish the salary for one employee classification entitled to receive a flat monthly allowance; add and establish the salary for one employee classification; delete one employee classification; change the title for one employee classification; and add, delete and/or change certain employee classifications and number of ordinance positions in various Departments to implement the findings of classification studies."**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Ordinance
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 53*

**Exhibit 12 Page 541**

Board of Supervisors                          Statement Of Proceedings                          April 14, 2020

## V.   PUBLIC HEARING    46

46.   **Hearing on Appeal of Project No. 2017-007238-(3) for the Expansion of an Adolescent Group Home in the Santa Monica Mountains North Area Community Standards District**

Hearing on Project No. 2017-007238-(3) and Conditional Use Permit No. RPPL2018003334, to authorize the expansion of an existing six-occupant adolescent group home to eight occupants located within the Resort and Recreation (R-R) Zone located at 29470 Lake Vista Drive in The Malibu Zoned District within the Santa Monica Mountains North Area Community Standards District, applied for by Monte Nido & Affiliates; and find that the proposed Project is exempt from the California Environmental Quality Act. **(Department of Regional Planning)**   (20-1229)

**By Common Consent, there being no objection, this item was continued to June 23, 2020.**

**Ayes:**   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*   Board Letter
Public Comment/Correspondence

*County of Los Angeles*                          *Page 54*

**Exhibit 12 Page 542**

**Board of Supervisors**                      **Statement Of Proceedings**                      **April 14, 2020**

## VI.   GENERAL PUBLIC COMMENT    47

47.    Opportunity for members of the public to address the Board on items of interest
       that are within the subject matter jurisdiction of the Board.

       **Amb. R. James Woolsey, Brian Fox, Brent Turner, Gretchen Kubacky,
       Michael Workman, Monisha Parker, Jennifer Lowman, Joseph Maizlish,
       Natalie Burke, Patricia Torres Bruno, Richard Baas, Joan Mao, Carolyn
       Navarro, Amy J. Wong, Brian Planas and other interested persons
       submitted written testimony.**  (20-2241)

       _**Attachments:**_        Public Comment/Correspondence

**Exhibit 12 Page 543**

| Board of Supervisors | Statement Of Proceedings | April 14, 2020 |
|---|---|---|

## VII.  ADJOURNMENT    48

48.    On motions, duly seconded and unanimously carried, the meeting was adjourned in memory of the following persons:

**Supervisor Solis and All Members of the Board**
Jack Azua
The 320 people who lost their lives due to COVID-19

**Supervisor Ridley-Thomas and All Members of the Board**
Irene Hirano Inouye
Bill Withers

**Supervisor Ridley-Thomas**
John Frierson

**Supervisors Kuehl and Barger**
David Workman

**Supervisor Kuehl**
John Bell
Marcia Burnam
Allen Garfield
Harriet Glickman
Rachmil Hakman
Alexander Litvak
Donald Litvak

**Supervisor Hahn and All Members of the Board**
Eric Armstrong
Alicia A. Jones
Steven Powell

**Supervisors Hahn and Kuehl**
Garry Bowie

**Supervisors Hahn and Ridley-Thomas**
Saeed Muzafar Ali

**Exhibit 12 Page 544**

### Supervisor Hahn

Robert "Bert" Manley Argo, Jr.
Klete Ikemoto
Margaret Corinne Marshall
Larry Robertson
Michael Shurley

### Supervisor Barger

Helen Goodman
Jerry Lawrence
Robert Merrill Parker
A.C. Warnack  (20-2242)

**Exhibit 12 Page 545**

**Closing    49**

49.  The Board of Supervisors of the County of Los Angeles, and ex officio the governing body of all other special assessment and taxing districts, agencies and authorities for which said Board so acts, adjourned its meeting at 11:47 a.m.

The next Regular Meeting of the Board will be Tuesday, April 28, 2020 at 9:30 a.m. (20-2234)

The foregoing is a fair statement of the proceedings of the regular meeting, April 14, 2020, by the Board of Supervisors of the County of Los Angeles and ex officio the governing body of all other special assessment and taxing districts, agencies and authorities for which said Board so acts.

Celia Zavala, Executive Officer
Executive Officer-Clerk
of the Board of Supervisors

By

Adela Guzman
Head Board Specialist, Agenda
Preparation Section

**Exhibit 12 Page 546**