# EXHIBIT 14

Exhibit 14 Page 552



**STATEMENT OF PROCEEDINGS FOR THE**

**REGULAR MEETING OF THE BOARD OF SUPERVISORS**

**OF THE COUNTY OF LOS ANGELES HELD IN ROOM 381B**

**OF THE KENNETH HAHN HALL OF ADMINISTRATION**

**500 WEST TEMPLE STREET, LOS ANGELES, CALIFORNIA 90012**

**Tuesday, May 12, 2020**

**9:30 AM**


Present:        Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

Video Link for the Entire Virtual Meeting   (03-1075)

*Attachments:*        Video Transcript


I.    SPECIAL DISTRICT AGENDA

**STATEMENT OF PROCEEDINGS FOR THE MEETING OF
THE LOS ANGELES COUNTY
DEVELOPMENT AUTHORITY
TUESDAY, MAY 12, 2020
9:30 A.M.**

**1-D.    Funding to Support Affordable Housing Development at 11909 Willowbrook Avenue**

Recommendation as submitted by Supervisor Ridley-Thomas: Authorize the Acting Executive Director of the Los Angeles County Development Authority (LACDA) to execute a Loan Agreement and all related documents with Restore Neighborhoods LA, Inc., (RNLA) in an amount not to exceed $180,000 in Condominium Conversion Funds from the Second Supervisorial District, for the affordable supportive housing project located at 11909 Willowbrook Avenue in the unincorporated community of Willowbrook (Project); authorize the Acting Executive Director to execute any necessary amendments to the Loan Agreement and all related documents with RNLA, and incorporate up to $180,000 of Condominium Conversion Funds from the Second Supervisorial District into LACDA's approved Fiscal Year 2019-20 Budget and future fiscal year budgets,

**Exhibit 14 Page 553**

Board of Supervisors                Statement Of Proceedings                May 12, 2020

as needed, for the purposes described herein; and find that the recommended actions are within the scope of the previously approved exemption from the California Environmental Quality Act.   (20-2532)

**This item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*        Motion by Supervisor Ridley-Thomas
                      Public Comment/Correspondence

**2-D.**    **Fourth Supervisorial District Small Business Grant Initiative**

Recommendation as submitted by Supervisor Hahn: Authorize the Acting Executive Director of the Los Angeles County Development Authority (LACDA) to utilize up to $500,000 from existing Funding Agreements between the County and LACDA, available from Fourth Supervisorial District projects, to fund the Small Business Grant Initiative (Initiative) to target microenterprise businesses in the Fourth Supervisorial District with five or less employees who demonstrate a hardship caused by COVID-19 and execute any necessary amendments to the Funding Agreement with the County to reallocate the funds for the Initiative; develop an application process, grant agreements and execute and, if necessary, amend grant agreements and all related documents, between LACDA and the microenterprises who apply for a grant under the Initiative; and incorporate these funds into LACDA's approved Fiscal Year 2019-20 approved budget and future fiscal year budgets, as needed. (Relates to Agenda No. 8)  (20-2531)

**This item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*        Motion by Supervisor Hahn
                      Public Comment/Correspondence

*County of Los Angeles*                        *Page 2*

**Exhibit 14 Page 554**

**Board of Supervisors**                    **Statement Of Proceedings**                    **May 12, 2020**

**3-D.**    **Los Angeles County Development Authority Meeting Minutes for March 2020**

Recommendation: Approve minutes of the meetings of the Los Angeles County Development Authority for the month of March 2020.  **NOTE: The minutes for the month of March 2020 can be found online at:** http://portal.lacounty.gov/wps/portal/sop/  (20-2401)

**This item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 3*

**Exhibit 14 Page 555**

Board of Supervisors                    Statement Of Proceedings                    **May 12, 2020**

## II.  CONSENT CALENDAR

## BOARD OF SUPERVISORS     1 - 18

**1.**       **Appointments to Commissions/Committees/Special Districts**

Recommendation for appointment/reappointment for the following Commissions/Committees/Special Districts (+ denotes reappointments): **Documents on file in the Executive Office**.

Supervisor Solis
Tamika Butler+ and Albert W. Young, M.D., Community Prevention and
   Population Health Task Force, effective June 1, 2020

Supervisor Ridley-Thomas
Manal Aboelata+, Chad Monk and Sonya Vasquez, Community Prevention and
   Population Health Task Force, effective June 1, 2020
David Louie and Dan Rosenfeld, West Carson Public Financing Authority

Supervisor Kuehl
Cathy Friedman+, Anisha Hingorani+ and Damon Nagami+, Community
   Prevention and Population Health Task Force, effective June 1, 2020

Supervisor Hahn
Lauren Nakano+, Elisa Nicholas, M.D.+ and Margaret Farwell Smith+,
   Community Prevention and Population Health Task Force, effective June 1,
   2020
Eric R. Eisenberg+, Los Angeles County Arts Commission
Teresa Furey+, Los Angeles County Beach Commission

Supervisor Barger
Michelle Fluke+ and Theresa Nitescu+, Community Prevention and Population
   Health Task Force, effective June 1, 2020

West Carson Public Financing Authority
Mark Ridley-Thomas, appointment by Board of Supervisors
Janice Hahn, appointment by Board of Supervisors  (20-0213)

**This item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Solis, Supervisor Ridley-Thomas,
> Supervisor Kuehl, Supervisor Hahn and Supervisor
> Barger

*Attachments:*       Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 4*

**Exhibit 14 Page 556**

**Board of Supervisors**        **Statement Of Proceedings**        **May 12, 2020**

**2.**     **Proclaiming May as "Asian Pacific American Heritage Month" in Los Angeles County**

Recommendation as submitted by Supervisors Ridley-Thomas and Hahn: Proclaim May 2020 as "Asian Pacific American Heritage Month" throughout Los Angeles County, to celebrate and raise awareness of the contributions and history of Asian Americans and Pacific Islander Americans (AAPIAs) throughout the nation; and encourage AAPIAs and all County residents to complete the 2020 United States Census Questionnaire, to ensure equitable distribution of resources. (20-2538)

**This item was duly carried by the following vote:**

       **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*     Motion by Supervisors Ridley-Thomas and Hahn
                  Public Comment/Correspondence

**Exhibit 14 Page 557**

Board of Supervisors                         Statement Of Proceedings                         May 12, 2020

3.       **Tenant Protections During the COVID-19 Crisis to Preserve and Increase Housing Security and Stability and Prevent Further Homelessness**

Revised recommendation as submitted by Supervisors Kuehl and Solis: Instruct County Counsel, in consultation with the Director of Consumer and Business Affairs, to report back to the Board in 10 business days on whether unpaid rent, due to the COVID-19 emergency, can be classified as consumer debt in order to prevent unpaid back rent from being a cause for eviction after the end of the 12-month repayment period, and whether existing harassment protections allow tenants a private right of action, and with an analysis of how the County could amend the eviction moratorium to help ensure that <u>all</u> tenants in the County are protected with the same or similar basic protections of our moratorium, including self-certification, extended repayment periods and other critical protections; and authorize the Chair to execute an Amended and Restated Executive Order that incorporates the following provisions:

Extend the Moratorium Period through August 31, 2020 unless further extended or repealed by the Board;

Extend the County's Moratorium to evictions of residential <u>or</u> ~~and~~ commercial tenants<u>, respectively,</u> who are affected by COVID-19 and located in incorporated cities within the County whose local eviction moratoria do<u>es</u> not ~~address either residential or commercial evictions~~ <u>extend to that type of tenancy</u>;

Clarify that the repayment period(s), as specified in the Moratorium, for unpaid rent due to a COVID-19 qualifying reason begins after August 31, 2020, unless the Moratorium is further extended or repealed by the Board; and

Authorize the Director of Consumer and Business Affairs to adopt guidelines to aid in the implementation of the Moratorium.  (20-2248)

**Ron Recht, Alicia Hancock, Ashley Thomas, Kija Wade, Hanna Hixson, Cindy McCaughey, Larry Rubenstein, Alfred Somekh, Rita Aus, George Matsuura, Andrea Stindt, Horace H. Heidt, J. Jordan, Howard Steenwyk, Susan Anderson and other interested persons submitted written testimony.**

**Lisa Marques, Brady Collins, Jeremey Pennock, Scarlett De Leon, Aaron Taxy, Jared Gonzales, Armando Flores and Lyric Kelkar addressed the Board.**

**Dr. Barbara Ferrer, Director of Public Health, addressed the Board.**

**Exhibit 14 Page 558**

Board of Supervisors                    Statement Of Proceedings                    May 12, 2020

Supervisor Kuehl revised her and Supervisor Solis' joint motion as detailed above.

Supervisors Barger and Hahn made a friendly amendment to Supervisors Kuehl and Solis' joint motion authorizing the Chair to execute an Amended and Restated Executive Order that incorporates the provision to extend the moratorium until June 30, 2020 and reevaluate every 30 days to provide further extensions.  Supervisor Kuehl did not accept Supervisors Barger and Hahn's friendly amendment.

After discussion, on motion of Supervisor Barger, seconded by Supervisor Hahn, Supervisors Barger and Hahn's amending motion authorizing the Chair to execute an Amended and Restated Executive Order that incorporates the provision to extend the moratorium until June 30, 2020 and reevaluate every 30 days to provide further extensions was duly carried by the following vote:

|  |  |  |
|---|---|---|
| **Ayes:** | 3 - | Supervisor Solis, Supervisor Hahn and Supervisor Barger |
| **Noes:** | 2 - | Supervisor Ridley-Thomas and Supervisor Kuehl |

After further discussion, this item as amended, was duly carried by the following vote:

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger |

*Attachments:*    Motion by Supervisors Kuehl and Solis
Revised motion by Supervisors Kuehl and Solis
Motion by Supervisors Barger and Hahn
Report
Public Comment/Correspondence
Audio

---

*County of Los Angeles*                    *Page 7*

**Exhibit 14 Page 559**

Board of Supervisors                    Statement Of Proceedings                    May 12, 2020

---

4.    **Developing a COVID-19 Recovery Plan Related to People Experiencing Homelessness**

Recommendation as submitted by Supervisors Kuehl and Ridley-Thomas: Instruct the Interim Executive Director of the Los Angeles Homeless Services Authority, in collaboration with the Chief Executive Officer, the Director of Health Services' Housing for Health Division and the Directors of the Office of Diversion and Re-Entry, Public Health and Mental Health, as well as coordinating with the City of Los Angeles, philanthropy and other key partners, to develop a Homelessness COVID-19 Recovery Plan which, among other input, incorporates recommendations from the Comprehensive Crisis Response Strategy and post-pandemic housing plans for homeless older adults, as approved by Board Order No. 8 of April 14, 2020, and report back to the Board in 15 days with a plan framework and in 30 days with a full plan that presents goals and objectives for this effort; and take the following actions:

> Direct the Chief Executive Officer to identify existing resources, including The CARES Act (House Resolution 748) Coronavirus Relief Fund, to support the plan and report back to the Board in 45 days with a funding plan; and

> Direct the Chief Executive Office's Legislative Affairs and Intergovernmental Relations Branch and the County's Legislative Advocates in Sacramento and Washington D.C. to continue advocating for Federal and State resources to expand COVID-19-related housing opportunities for highly vulnerable people experiencing homelessness and resources to prevent homelessness, including eviction defense services and rental assistance that can support implementation of the Homelessness COVID-19 Recovery Plan, as well as financial regulation that provides financial relief for struggling mortgage holders and renters.  (20-2421)

**Kija Wade, Ashley Thomas, Juan Garza, Sandra Armenta, Hanna Hixson, Erik Abriss, Bryne Rasmussen, Jon Kern, Alexander Fierro-Clarke, Angel Castillo, Andy Seymour, Allison Henry, Susan Blais, Matt Wait, Erica Hudson and other interested persons submitted written testimony.**

**Brady Collins, Susan Partovi, Veronica Jauregui, Scarlett De Leon, Daniel Gaines and Lyric Kelkar addressed the Board.**

**Sachi A. Hamai, Chief Executive Officer, Mary Wickham, County Counsel, and Heidi Marston, Interim Executive Director of the Los Angeles Homeless Services Authority, addressed the Board and responded to questions.**

---

*County of Los Angeles*                    *Page 8*

**Exhibit 14 Page 560**

Board of Supervisors                   Statement Of Proceedings                   May 12, 2020

**Supervisor Barger made a motion, seconded by Supervisor Solis, to amend Supervisors Kuehl and Ridley-Thomas' joint motion, to direct the Chief Executive Officer to send a five-signature letter to the leadership of the United States Senate and House of Representatives advocating for the CARES Act.**

**After discussion, this item was approved as amended to direct the Chief Executive Officer to send a five-signature letter to the leadership of the United States Senate and House of Representatives advocating for the CARES Act; and was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*   Motion by Supervisors Kuehl and Ridley-Thomas
Five-Signature Letter
Report
Public Comment/Correspondence
Audio

**5.**   **Proclaiming May 16, 2020 as "Armed Forces Day" in Los Angeles County and Pay Tribute to our Service Members Past and Present**

Recommendation as submitted by Supervisors Kuehl and Barger: Proclaim May 16, 2020 as "Armed Forces Day" throughout Los Angeles County and express immense gratitude and support of our nation's current and past service members. (20-2378)

**Ashley Thomas submitted written testimony.**

**This item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*   Motion by Supervisors Kuehl and Barger
Public Comment/Correspondence

---

*County of Los Angeles*                   *Page 9*

**Exhibit 14 Page 561**

**Board of Supervisors**                          **Statement Of Proceedings**                          **May 12, 2020**

**6.**     **Tenant Protections During the COVID-19 Crisis**

Revised recommendation as submitted by Supervisors Hahn and Ridley-Thomas:
Approve and authorize the Chair to execute an Amended and Restated Executive
Order that incorporates the following provisions:

> Authorize the Director of Consumer and Business Affairs to issue guidelines
> to aid in the implementation of the Rent Stabilization Moratorium
> (Moratorium) including, but not limited to, guidance regarding the ways in
> which tenants can certify they are entitled to protection under the
> Moratorium, appropriate supporting documentations for tenants not entitled
> to self-certify under the Moratorium, notice requirements and procedures
> for utilizing dispute resolution services offered by the Department of
> Consumer and Business Affairs, among other clarifications;
>
> Commencing June 1, 2020, exclude from the Moratorium commercial
> tenants that are multi-national, publicly-traded or have more than 100
> employees; and
>
> Require commercial tenants that have 10 or more, but less than 100,
> employees to have not more than six months following the end of the
> Moratorium period to pay the Landlords, in equal installments unless the
> Tenant and Landlord agree to an alternate payment arrangement, any rental
> amounts due and owing.  (20-2549)

**Alicia Hancock, Ashley Thomas, Ada Ramirez, Erik Abriss, Charles Xu,
Natalie Burke, Christie Leece, Coleen Evanson, Joseph Ocón, Bryne
Rasmussen, J. Jordan, Jon Kern, Cindy McCaughey, Andrea Stindt, Natalija
Vekic and other interested persons submitted written testimony.**

**Brady Collins, Jeremey Pennock, Scarlett De Leon, Armando Flores and
Lyric Kelkar addressed the Board.**

**After discussion, this item was duly carried by the following vote:**

    **Ayes:**     5 -     Supervisor Solis, Supervisor Ridley-Thomas,
                          Supervisor Kuehl, Supervisor Hahn and Supervisor
                          Barger

_**Attachments:**_     Motion by Supervisors Hahn and Ridley-Thomas
                       Revised motion by Supervisors Hahn and Ridley-Thomas
                       Public Comment/Correspondence
                       Audio

---

**Exhibit 14 Page 562**

**Board of Supervisors** | **Statement Of Proceedings** | **May 12, 2020**

7.    **Responsible Banking**

Recommendation as submitted by Supervisors Hahn and Kuehl: Direct the Chief Executive Officer, in consultation with the Treasurer and Tax Collector, the Director of Consumer and Business Affairs and County Counsel, to report back to the Board in writing within 14 days on:

The measures financial institutions are taking to provide maximum protections during the COVID-19 emergency including, but not limited to:

Requiring financial institutions already providing or seeking County banking business to disclose, within 30 days, the institution's contributions to meeting the County's goal of offering mortgage relief conditioned on rent suspension for rental properties in the County during the COVID-19 emergency and the subsequent recovery period;

Requiring financial institutions already providing or seeking County banking business to disclose, every 30 days during the COVID-19 emergency, available foreclosure data for mortgage holding rental properties in the County; and

Requiring an evaluation and publicly accessible scorecard of the performance of financial institutions already providing County banking services, specifically related to meeting the County's goals of both mortgage relief and rent relief to help landlords maintain rental properties and to help renters stay in their homes during the COVID-19 emergency and the subsequent recovery period; and

**Exhibit 14 Page 563**

**Board of Supervisors**                    **Statement Of Proceedings**                    **May 12, 2020**

Other possible actions within the County's authority to require or incentivize rent suspension, including mortgage relief conditioned on rent suspension for rental properties during the COVID-19 emergency and the subsequent recovery period.  (20-2528)

**Alicia Hancock, Ashley Thomas, Kristian Cardenas, Hanna Hixson, Ada Ramirez, Erik Abriss, Charles Xu, Natalie Burke, Christie Leece, Colleen Evanson, Joseph Ocón, Bryne Rasmussen, J. Jordan, Jon Kern, Alexander Fierro-Clarke and other interested persons submitted written testimony.**

**Brady Collins, Jeremey Pennock, Scarlett De Leon, Armando Flores and Lyric Kelkar addressed the Board.**

**This item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Motion by Supervisors Hahn and Kuehl
Report
Public Comment/Correspondence
Audio

**8.**    **Fourth Supervisorial District Small Business Grant Initiative**

Recommendation as submitted by Supervisor Hahn: Authorize the Chief Executive Officer to reallocate up to $500,000 from existing Funding Agreements between the County and the Los Angeles County Development Authority (LACDA), available from Fourth Supervisorial District projects, to fund the Small Business Grant Initiative (Initiative) in the Fourth Supervisorial District and execute any necessary amendments to reallocate the funds to LACDA for the Initiative. (Relates to Agenda No. 2-D)    (20-2522)

**This item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Motion by Supervisor Hahn
Public Comment/Correspondence

**Exhibit 14 Page 564**

**Board of Supervisors**                    **Statement Of Proceedings**                    **May 12, 2020**

**9.**    **Board Meeting Public Testimony**

Recommendation as submitted Supervisor Hahn: Direct the Executive Officer of the Board to put in place a Board of Supervisors meeting format that allows the public to comment on items on the agenda telephonically prior to the Board voting on them, with the new format to be implemented for the May 26, 2020 Board meeting.  (20-2520)

**On motion of Supervisor Hahn, seconded by Supervisor Solis, this item was referred back to Supervisor Hahn's office.**

> **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Motion by Supervisor Hahn
Public Comment/Correspondence

**10.**    **CalFresh Student Eligibility**

Recommendation as submitted by Supervisor Hahn: Direct the Chief Executive Officer to send a five-signature letter to the members of the Senate and House Leadership, the Chairs and Ranking Members of the House Ways and Means Committee, the Senate Finance Committee, and the Los Angeles County Congressional Delegation in support of suspending the Supplemental Nutrition Assistance Program Student Rule.  (20-2547)

**This item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Motion by Supervisor Hahn
Five-Signature Letter
Public Comment/Correspondence

**Exhibit 14 Page 565**

**Board of Supervisors**                    **Statement Of Proceedings**                    **May 12, 2020**

**11.**    **Approve the 2020 All-Hazards Mitigation Plan**

Recommendation as submitted by Supervisor Barger: Approve the 2020
All-Hazards Mitigation Plan to satisfy the Federal Emergency Management
Agency's requirement of maintaining a Hazard Mitigation Plan that is updated
every five years in order to be eligible for disaster grant funds.  (20-2521)

**Dr. Genevieve Clavreul submitted written testimony and addressed the
Board.**

**This item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas,
> Supervisor Kuehl, Supervisor Hahn and Supervisor
> Barger

*Attachments:*    Motion by Supervisor Barger
Public Comment/Correspondence
Audio

**12.**    **Proclaiming May 2020 "CalFresh Awareness Month" in Los Angeles County**

Recommendation as submitted by Supervisor Barger: Proclaim May 2020 as
"CalFresh Awareness Month" in Los Angeles County and urge all County
employees, community residents and stakeholders to share this important
information with those who need it most.  (20-2519)

**Kristian Cardenas submitted written testimony.**

**This item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas,
> Supervisor Kuehl, Supervisor Hahn and Supervisor
> Barger

*Attachments:*    Motion by Supervisor Barger
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 14*

**Exhibit 14 Page 566**

**Board of Supervisors**                          **Statement Of Proceedings**                          **May 12, 2020**

**13.**    **Proclaiming May 2020 as "National Foster Care Awareness Month"**

Recommendation as submitted by Supervisor Barger: Proclaim May 2020 as "Foster Care Awareness Month;" encourage families and others in the community to consider the benefits and rewards of being a resource parent by calling (888) 811-1121 or visiting www.FosterLAKids.com to become a resource or adoptive parent; and instruct the Auditor-Controller to print "May is Foster Care Awareness Month. Call (888) 811-1121 or visit www.FosterLAKids.com" on all County warrants and, further, that the Director of Personnel include the same message on the electronic paystub viewer on e-CAPS.  (20-2489)

**This item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger |

*Attachments:*    Motion by Supervisor Barger
Public Comment/Correspondence

**14.**    **Proclaiming May 2020 as "Mental Health Awareness Month"**

Recommendation as submitted by Supervisors Solis and Barger: Proclaim May 2020 as "Mental Health Awareness Month" in Los Angeles County.  (20-2422)

**This item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger |

*Attachments:*    Motion by Supervisors Solis and Barger
Public Comment/Correspondence

**Exhibit 14 Page 567**

**Board of Supervisors**                     **Statement Of Proceedings**                     **May 12, 2020**

15.    **Emergency Rental and Mortgage Relief**

Revised recommendation as submitted by Supervisor Solis: Direct the County's Legislative Advocates in Sacramento and Washington D.C. through the Chief Executive Officer's Legislative Affairs and Intergovernmental Relations Branch to send a letter to Federal and State Legislative leadership, in support of legislative proposals providing comprehensive rent and mortgage forgiveness program for residents impacted by COVID-19 to ensure that no property owner or renter is required to make mortgage or rental payments or accumulate interest, late fees or other housing related debt, for the duration of the health emergency; and take the following actions:

Instruct the Acting Executive Director of the Los Angeles County Development Authority, the Director of Consumer and Business Affairs and other related Departments, to report back to the Board in writing within 45 days on identifying Housing and Urban Development (HUD) approved counseling agencies that offer services beyond foreclosure prevention, such as mortgage counseling and financial literacy, identifying data sharing protocols to share data and identify displacement trends in the residential real-estate industry, and developing a referral protocol to further assist low and moderate-income homeowners, low- and moderate-income landlords, faith communities and non-profit organizations serving vulnerable communities in order to leverage the County's Foreclosure Prevention Services;

Instruct the Treasurer and Tax Collector and the Auditor-Controller to report back to the Board in writing within 45 days on deferring the collection of real property taxes and Property Assisted Clean Energy (PACE) tax assessments for no less than 12 months with deferred payments added to the end of the PACE assessment contract term and suspension of new PACE loans for the duration of the crisis;

Instruct the Director of Consumer and Business Affairs, the Treasurer and Tax Collector and any other related Departments, to report back to the Board in writing within 45 days on implementation of an outreach and awareness campaign, including the use of social media accounts and utilizing housing counselors and small business networks that exist to prevent fraudulent and predatory practices targeting low-income property owners and referring entities engaged in unlawful practices to the District Attorney;

Direct the Chief Executive Officer's Affordable Housing Unit, the Acting Executive Director of the Los Angeles County Development Authority and the Director of Consumer and Business Affairs to report back to the Board

*County of Los Angeles*                     *Page 16*

**Exhibit 14 Page 568**

in writing within 45 days on collaboration with HUD approved housing counseling agencies establishing an opportunity for a residential property owner, before a notice of default on their property is issued, to sell their property to either existing tenants, a non-profit agency, community land trust or other mission-driven entity with the goal being to preserve single and multi-family units for conversion to permanent affordable housing, and to research and report back on a right to purchase program that provides existing tenants, non-profit organizations, community land trusts and/or mission-driven affordable housing developers, the first right to purchase residential properties as a tool to stabilize existing communities and counter speculative or large-scale corporate purchase of residential properties;

Instruct the Chief Executive Officer and relevant Departments to report back to the Board in writing within 45 days on collaboration with State and Federal agencies to identify funding sources for the County to purchase the properties to then convey to non-profit organizations, community land trusts and other mission-driven entities towards converting single and multi-family housing to permanent affordable housing;

Instruct the Acting Director of Workforce Development, Aging and Community Services and the Director of Consumer and Business Affairs to report back to the Board in writing within 45 days on identifying non-profit organizations that provide probate and post-purchase counseling services, and analyzing necessary steps to create a referral network with these providers, to inform and protect consumers about estate planning, programmatic support for heirs with the goal of preserving neighborhood properties; and

Instruct the Acting Director of Workforce Development, Aging and Community Services, in collaboration with the Executive Director of the Office of Immigrant Affairs and other related Departments, to report back to the Board in writing within 45 days with an analysis of how the $125,000,000 in State Disaster Relief funds can be accessed by the County

individuals and families, and to determine how these relief funds can be leveraged with County resources to increase resources that are accessible exclusively to undocumented immigrants. (20-2548)

**Alicia Hancock, Ashley Thomas, Kija Wade, Ada Ramirez, Erik Abriss, Larry Rubenstein, Alfred Somekh, Rita Aus, George Matsuura, Masis Khodaverdian, Horace H. Heidt, J. Jordan, Howard Steenwyk, Jim Berryman, Lori Gay and other interested persons submitted written testimony.**

*County of Los Angeles*                    *Page 17*

**Exhibit 14 Page 569**

Board of Supervisors                    Statement Of Proceedings                    May 12, 2020

Sparky Abraham, Stephanie Carrol, Lisa Marques, Natalie Godinez, Rabeya Sen, Tanya Love, Brady Collins, Elsa Sanchez, Eric Preven, Jeremey Pennock, Patricia Russell, Veronica Jauregui, Scarlett De Leon, Aaron Taxy and Lyric Kelkar addressed the Board.

Mary C. Wickham, County Counsel, addressed the Board and responded to questions.

Supervisor Barger made a friendly amendment to Directive No. 1 to change language from rent and mortgage forgiveness to rent and mortgage relief programs for residents impacted by the COVID-19 to ensure that we are leveraging all available State and Federal resources to support property owners and renters through the end of the Safer at Home orders. Supervisor Solis accepted Supervisor Barger's friendly amendment.

Supervisor Kuehl made a request to bifurcate the approval of Directive No. 4 from Supervisor Solis' motion.

After discussion, on motion of Supervisor Kuehl, seconded by Supervisor Ridley-Thomas, Supervisor Kuehl's request to bifurcate Directive No. 4 of Supervisor Solis' motion failed to carry by the following vote:

|  |  |  |
|---|---|---|
| **Ayes:** | 2 - | Supervisor Ridley-Thomas and Supervisor Kuehl |
| **Noes:** | 2 - | Supervisor Solis and Supervisor Barger |
| **Abstentions:** | 1 - | Supervisor Hahn |

After further discussion, this item as amended, was duly carried by the following vote:

|  |  |  |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Hahn and Supervisor Barger |
| **Noes:** | 1 - | Supervisor Kuehl |

_**Attachments:**_     Motion by Supervisor Solis
Revised motion by Supervisor Solis
Motion by Supervisor Barger
Report
Letter
Public Comment/Correspondence
Audio

_County of Los Angeles_                    _Page 18_

**Exhibit 14 Page 570**

Board of Supervisors                    Statement Of Proceedings                    May 12, 2020

**16.** **Ratifying Executive Order of the Chair of the County of Los Angeles Board of Supervisors Authorizing the County Counsel to Amend Litigation Against the City of Norwalk to Include the Cities of Bell Gardens, Lynwood and any Other City Necessary to Protect People Experiencing Homelessness from COVID-19 and to Prevent Interference with Project Roomkey and Related Programs**

Recommendation as submitted by Supervisor Solis: Ratify the Executive Order of the Chair authorizing County Counsel to take necessary legal action against cities that interfere with the County's authority to implement and operate Project Roomkey and similar programs intended to provide safe isolation and quarantine capacity, as necessary to protect public health against COVID-19, including amendment of the lawsuit filed by the County against the City of Norwalk to include the cities of Bell Gardens and Lynwood.  (20-2551)

**Lauren Natoli, Miki Jackson, Dr. Genevieve Clavreul and Henry Fung submitted written testimony.**

**This item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Motion by Supervisor Solis
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 19*

**Exhibit 14 Page 571**

**17.**    **Proclaiming May 2020 as "Asian Pacific American Heritage Month"**

Revised recommendation as submitted by Supervisors Solis and Barger: Proclaim May 2020 as "Asian Pacific American Heritage Month" in Los Angeles County. (20-2084)

**This item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Motion by Supervisor Solis
Revised motion by Supervisors Solis and Barger
Public Comment/Correspondence

**18.**    **Board of Supervisors Meeting Minutes for March 2020**

Executive Officer of the Board's recommendation: Approve minutes for the March 2020 meetings of the Board of Supervisors and Special Districts for which the Board is the governing body. **NOTE: The minutes for the month of March 2020 can be found online at:**  http://portal.lacounty.gov/wps/portal/sop/  (20-2400)

**This item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Board Letter
Public Comment/Correspondence

---

**Exhibit 14 Page 572**

Board of Supervisors                    Statement Of Proceedings                    May 12, 2020

---

**ADMINISTRATIVE MATTERS    19 - 53**

**Chief Executive Office**

19.  **Report on the Los Angeles Homeless Services Authority's Rehousing
Services System**

Report by the Chief Executive Officer and the Interim Executive Director of the Los
Angeles Homeless Services Authority (LAHSA) on the work being done by LAHSA,
including data on outcomes from its rehousing services system, outreach and
prevention efforts, as well as progress reports on LAHSA's Ad Hoc Committee on
Governance, its work with independent experts on best practices around structure,
the Vacancy to Move-In "Work Plan," including permanent supportive housing
central command and its overall strategic planning efforts, as requested at the
Board meeting of February 11, 2020.  (20-1494)

**On motion of Supervisor Barger, seconded by Supervisor Solis, this item
was continued to July 21, 2020.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas,
Supervisor Kuehl, Supervisor Hahn and Supervisor
Barger

*Attachments:*    Public Comment/Correspondence

20.  **Report on the Financial Status of the Sheriff's Department Fiscal Year
2017-18 Budget**

Report by the Chief Executive Officer and the Auditor-Controller, in consultation
with the Sheriff, on an overview of the financial status of the Sheriff's Department
Fiscal Year 2017-18 budget, as requested at the Board meeting of June 26, 2017.
(17-3026)

**On motion of Supervisor Hahn, seconded by Supervisor Solis, this item was
continued to October 27, 2020.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas,
Supervisor Kuehl, Supervisor Hahn and Supervisor
Barger

*Attachments:*    Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 21*

**Exhibit 14 Page 573**

**Board of Supervisors**                    **Statement Of Proceedings**                    **May 12, 2020**

**21.**   **Adjustments to Employee Retirement Contribution Rates**

Recommendation: Approve an amendment to the Fringe Benefit Memorandum of Understanding (MOU) with Service Employees International Union Local 721, Change to Win, Canadian Labor Congress implementing changes in employee retirement contribution rates; approve an amendment to the Fringe Benefit MOU with the Coalition of County Unions, American Federation of Labor/Congress of Industrial Organizations implementing changes in employee retirement contribution rates; adopt a resolution implementing changes in employee retirement contribution rates for represented and non-represented employees who are members of Safety Member Plans A and B and General Member Plans A, B, C and D, effective July 1, 2020; approve the employee contribution rate changes, effective July 1, 2020 for all represented and non-represented employees who are members of the Safety Member Plan C and General Member Plan G; and instruct the Auditor-Controller to make the system changes necessary to implement these recommendations. (Relates to Agenda No. 44)  (20-2420)

**This item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*   Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 22*

**Exhibit 14 Page 574**

Board of Supervisors                    Statement Of Proceedings                    May 12, 2020

22. **West Carson Enhanced Infrastructure Financing District**

Recommendation: Adopt a resolution to express the intent of the County to establish the West Carson Enhanced Infrastructure Financing District (2) in an unincorporated area of the County.  (20-2423)

**This item was duly carried by the following vote:**

> **Ayes:** 5 - Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Board Letter
Public Comment/Correspondence

### County Operations

23. **Spirit Awakening Foundation Contract Amendment**

Recommendation: Approve and authorize the Director of Arts and Culture to execute a contract amendment with Spirit Awakening Foundation retroactively to approve a payment in the total amount of $42,091.55 for services that were conducted during the retroactive period of July 1, 2019 through August 6, 2019; and find that the contract is exempt from the California Environmental Quality Act. **(Department of Arts and Culture)**  (20-2452)

**This item was duly carried by the following vote:**

> **Ayes:** 5 - Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 23*

**Exhibit 14 Page 575**

Board of Supervisors                    Statement Of Proceedings                    May 12, 2020

**24.** **Resolution for Project No. 2016-000317-(2) for the Connect Southwest LA: A Transit Oriented District Specific Plan for West Athens-Westmont**

Recommendation: Adopt a resolution approving Project No. 2016-000317-(2), consisting of the Connect Southwest LA: A Transit Oriented District Specific Plan for West Athens-Westmont (Plan) and the associated zone changes. (On August 13, 2019, the Board indicated its intent to approve the Plan.) **(County Counsel)** (Relates to Agenda Nos. 41 and 42)  (19-4758)

**This item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*   Resolution
Public Comment/Correspondence

**25.** **Design Stewardship Services for the Voting Solutions for All People (VSAP) Project Contract Amendment**

Recommendation: Authorize the Chief Executive Officer to execute an amendment to a contract with IDEO LP to extend the term to December 31, 2020, make changes to the statement of work and pricing schedule and increase the contract amount by $700,000, increasing the total contract amount to $2,400,000, to provide additional design stewardship services related to the Voting Solutions for All People Ballot Marking Devices voting system manufacturing and recertification phases; execute a future amendment to the contract, as needed, including changes to the statement of work, pricing schedule, contract amount and extend the term for up to six one-month periods through June 30, 2021, provided sufficient funding is available and such additional work does not increase the contract amount by more than $240,000, for a maximum total contract amount not to exceed $2,640,000; and issue written notices to suspend or terminate, in whole or in part, the contract pursuant to the contract terms.
**(Registrar-Recorder/County Clerk)** *(NOTE: The Chief Information Officer recommended approval of this item.)*  (20-2448)
**Monisha Parker submitted written testimony.**

**This item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*   Board Letter
Public Comment/Correspondence

*County of Los Angeles*                    *Page 24*

**Exhibit 14 Page 576**

Board of Supervisors                    Statement Of Proceedings                    May 12, 2020

**26.**    **April 14, 2020 Charter City Elections**

Recommendation: Declare the election results of the April 14, 2020 Charter City Elections officially concluded. **(Registrar-Recorder/County Clerk)**  (20-2373)

**This item was duly carried by the following vote:**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Board Letter
                  Public Comment/Correspondence

**Community Services**

**27.**    **Parcel 12R in Marina del Rey Proposed Assignment and Lease Amendment**

Recommendation: Consent to the proposed assignment of the Parcel 12R Lease located at the end of Marquesas Way in Marina del Rey (4) from the current lessee GATEWAY KW-ESPRIT I OWNER, LLC, a Delaware limited liability company, to ESPRIT MDR OWNER, LLC, a Delaware limited liability company; authorize the Director of Beaches and Harbors to execute any consents, estoppels or other related documentation necessary to effectuate the assignment of the Parcel 12R Lease, if consummated; and authorize the Director to execute an amendment to the lease pertaining to additional excluded transfers required by the proposed assignee of the Lease, upon consummation of the transfer. **(Department of Beaches and Harbors) 4-VOTES**  (20-2454)

**Eric Preven and April Sims addressed the Board.**

**This item was duly carried by the following vote:**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Board Letter
                  Public Comment/Correspondence
                  Audio

*County of Los Angeles*                    *Page 25*

**Exhibit 14 Page 577**

**Board of Supervisors**                    **Statement Of Proceedings**                    **May 12, 2020**

**28.** **Palmdale Fleet Shop Protective Shade Canopy Project Construction Contract**

Recommendation: Establish and approve the Palmdale Fleet Shop Protective Shade Canopy Project, Capital Project (CP) No. 89115 (Project), located in the City of Palmdale (5), and approve a total proposed Project budget of $476,000; approve an appropriation adjustment to transfer $476,000 from various Department of Public Works funds to Capital Assets Buildings and Improvements to fully fund the proposed Project; adopt the plans and specifications for the Project; advertise the Project for bids to be received by 9:30 a.m. on June 11, 2020; find that the proposed Project is exempt from the California Environmental Quality Act; and take the following actions: **(Department of Public Works) 4-VOTES**

Authorize the Director of Public Works to execute a consultant services agreement with the apparent lowest responsive and responsible bidder to prepare a baseline construction schedule for an amount not to exceed $5,000 funded by the existing Project funds; and

Determine that a bid is nonresponsive and reject a bid on that basis, award the next lowest responsive and responsible bidder, waive inconsequential and nonmaterial deficiencies in bids submitted, and determine, in accordance with the applicable contract and bid documents, whether the apparent lowest responsive and responsible bidder has timely prepared a satisfactory baseline construction schedule and satisfied all conditions for contract award; upon such determination, award and execute the construction contract to the apparent lowest responsive and responsible bidder if the low bid can be awarded within the approved total budget, establish the effective date of the contract upon receipt of acceptable performance and payment bonds and evidence of required contractor insurance, and take all other actions necessary and appropriate to deliver the Project. (20-2279)

**This item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Board Letter
Public Comment/Correspondence

**Exhibit 14 Page 578**

Board of Supervisors | Statement Of Proceedings | May 12, 2020

**29.** **Martin Luther King, Jr. Medical Campus Behavioral Health Center Renovation Project Construction Contract**

Recommendation: Find that the recommended actions are within the scope of the environmental impacts analyzed in the previously certified Addendum to the Final Environmental Impact Report for the Martin Luther King, Jr. Behavioral Health Center Renovation Project (2); and authorize the Director of Public Works to finalize and execute change orders with Bernards Bros. Inc. to replace deteriorated sections of existing underground sewer lines in an amount not to exceed $414,000, level the existing floor slabs throughout the building in an amount not to exceed $2,755,000, abate and dispose of unforeseen hazardous material at walls below the exterior window assemblies in an amount not to exceed $664,000, and replace selected existing deteriorated/damaged interior partition walls in an amount not to exceed $450,000. **(Department of Public Works) 4-VOTES** (20-2453)

**Dr. Genevieve Clavreul submitted written testimony and addressed the Board.**

**This item was duly carried by the following vote:**

| | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger |

*Attachments:*    Board Letter
Public Comment/Correspondence
Audio

---

*County of Los Angeles* | *Page 27* |

**Exhibit 14 Page 579**

**Board of Supervisors**                **Statement Of Proceedings**                **May 12, 2020**

30. **Castaic Animal Care Center Wash Rack, Asphalt and Americans with Disabilities Act Improvements Project Construction Contract**

Recommendation: Adopt plans and specifications for the Castaic Animal Care Center Wash Rack, Asphalt and American with Disabilities Act Improvements Project, Capital Project No. 69816 (Project), located in the unincorporated community of Castaic (5) at an estimated fair construction amount of $786,000; advertise the Project for bids to be received by 2:00 p.m. on June 11, 2020; find that the recommended actions are within the scope of the previous finding of exemption under the California Environmental Quality Act; and authorize the Director of Public Works to take the following actions: **(Department of Public Works)**

Execute a consultant services contract with the apparent lowest responsive and responsible bidder to prepare a baseline construction schedule for an amount not to exceed $2,000, funded by the existing Project funds; and

Determine that a bid is nonresponsive and reject a bid on that basis, waive inconsequential and nonmaterial deficiencies in bids submitted and determine, in accordance with the applicable contract and bid documents, whether the apparent lowest responsive and responsible bidder has prepared a satisfactory baseline construction schedule and satisfied all conditions in a timely manner for contract award, upon such determination, award and execute the construction contract to the apparent lowest responsive and responsible bidder if the low bid can be awarded within the approved total Project budget, and take all other actions necessary and appropriate to deliver the Project.  (20-2403)

**This item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*   Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                *Page 28*

**Exhibit 14 Page 580**

**Board of Supervisors**                     **Statement Of Proceedings**                     **May 12, 2020**

**31.**   **Construction Task Catalog and Job Order Contracts**

Recommendation: Adopt the January 2020 Job Order Contract (JOC) Construction Task Catalog and Specifications prepared by The Gordian Group, Inc.; advertise for bids to be received on June 10, 2020 by 2:00 p.m. for eight separate JOCs 2001 through 2008; and authorize the Director of Public Works to take the following actions: **(Department of Public Works)**

Determine that a bid is nonresponsive and reject a bid on that basis, award to the next lowest responsive and responsible bidder, waive inconsequential and nonmaterial deficiencies in bids submitted and determine, in accordance with the applicable contract and bid documents, whether the apparent lowest responsive and responsible bidder has satisfied all conditions for contract award; upon such determination, award and execute eight separate JOCs, each in an amount not to exceed $5,100,000, and establish the effective date of the contracts upon receipt of acceptable performance and payment bonds and evidence of required contractor insurance; and

With respect to JOCs 2001 through 2008, subject to a finding of exemption under the California Environmental Quality Act, issue work orders for projects that are not subject to the State Public Contract Code, including maintenance work, as applicable, in an amount not to exceed $5,100,000 per work order, subject to the limitation that the aggregate amount of all work orders issued under a particular JOC does not exceed the maximum contract amount of the JOC, upon receipt of funding authorization from the appropriate funding source.  (20-2413)

**Eric Preven addressed the Board.**

**This item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

_Attachments:_   Board Letter
Public Comment/Correspondence
Audio

---

*County of Los Angeles*                     *Page 29*

**Exhibit 14 Page 581**

**Board of Supervisors**                    **Statement Of Proceedings**                    **May 12, 2020**

**32.** **Repair, Remodel, Refurbishment and Maintenance of County Infrastructure and Facilities Job Order Contracts**

Recommendation: Find that Exbon Development, Inc., the second apparent lowest bidder on Job Order Contracts (JOCs) 1815, 1817 and 1818, is nonresponsive for failing to meet the Experience Modifier Rate requirement for the year 2015 and failing to submit Receipt of Notice to Bidders, and reject its bids on these grounds; award JOCs 1815, 1817 and 1818 to New Creation Builders, Inc., the lowest responsive and responsible bidder, each for an amount not to exceed $4,900,000, to be funded through the appropriate maintenance, repair and refurbishment projects; authorize the Director of Public Works to execute JOCs 1815, 1817 and 1818 and establish the effective date following receipt of approved Faithful Performance and Payment for Labor and Materials Bonds filed by the contractor; and authorize the Director with respect to JOCs 1815, 1817 and 1818, to issue work orders for projects that are not subject to the State Public Contract Code including maintenance work, as applicable, in an amount not to exceed $4,900,000 per work order, subject to the limitation that the aggregate amount of all work orders issued under a particular JOC does not exceed the maximum contract amount, upon receipt of funding authorization from the appropriate funding source. **(Department of Public Works)**  (20-2406)

**This item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 30*

**Exhibit 14 Page 582**

**Board of Supervisors**                    **Statement Of Proceedings**                    **May 12, 2020**

**33.**   **Annexation and Levying of Assessments for County Lighting Districts in the Unincorporated Areas of South Whittier, La Rambla, Stevenson Ranch and Ramona**

Recommendation: Adopt a resolution of intention to Annex Approved Tentative Subdivision Territories Parcel Map 73221, Tract Nos. 71925 and 52796 and Single-Lot Territories L 076-2018 and L 032-2016 to County Lighting Maintenance District 1687 and County Lighting District Landscaping and Lighting Act-1 (CLD LLA-1), Unincorporated Zone, and order the levying of assessments within the annexed territories for Fiscal Year (FY) 2020-21 in the unincorporated communities of South Whittier, La Rambla, Stevenson Ranch and Ramona (4 and 5); advertise and set July 28, 2020 at 9:30 a.m. for a public hearing regarding the proposed annexation territories and levying of annual assessments based on the FY 2019-20 Annual Engineer's Report, which establishes assessments based on land use type for all zones within CLD LLA-1 for street lighting purposes with an annual base assessment rate for single-family home of $5 for the Unincorporated Zone; and find that the proposed project is exempt from the California Environmental Quality Act. **(Department of Public Works)**  (20-2476)

**This item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*   Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 31*

**Exhibit 14 Page 583**

**Board of Supervisors**                    **Statement Of Proceedings**                    **May 12, 2020**

34. **Annexation and Levying of Assessments for County Lighting Districts in the Unincorporated Areas of Hacienda Heights, Charter Oak Islands, Covina and the City of Paramount**

   Recommendation: Approve the Engineer's Report for Petition Nos. 2-116, 6-116, 54-616 and 32-416, either as filed or as modified, for the annexation of territories to County Lighting Maintenance Districts 1687 and 10066 and County Lighting District (CLD) Landscaping and Lighting Act-1 (LLA-1), Unincorporated and Paramount Zones, and the levying of assessments within the annexed territories for street lighting purposes in the unincorporated areas of Hacienda Heights, Charter Oak Islands, Covina and in the City of Paramount (4 and 5); adopt a resolution of intention to annex territories to County Lighting Maintenance Districts 1687 and 10066 and CLD LLA-1, Unincorporated and Paramount Zones; order the levying of assessments within the annexed territories for Fiscal Year 2020-21 whose areas and boundaries are identified on the diagrams included in the resolution; advertise and set July 28, 2020 at 9:30 a.m. for public hearing regarding the proposed annexations and levying of annual assessments within the annexed territories for street lighting purposes based on the approved Engineer's Reports, which establish assessments for each petition area based on land use type with Unincorporated and Paramount Zones, respectively, of CLD LLA-1; and find that the proposed project is exempt from the California Environmental Quality Act. **(Department of Public Works)**  (20-2455)

   **This item was duly carried by the following vote:**

   **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

   *Attachments:*    Board Letter
   Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 32*

**Exhibit 14 Page 584**

**Board of Supervisors**                    **Statement Of Proceedings**                    **May 12, 2020**

**35.** **Annual Levying of Assessments for County Lighting Districts for Fiscal Year 2020-21**

Recommendation: Approve and file the Engineer's Report for the proposed annual levying of assessments in County Lighting District (CLD) Landscaping and Lighting Act-1 (LLA-1) for street lighting purposes for Fiscal Year (FY) 2020-21; adopt a resolution of intention to order the levying of assessments in CLD LLA-1 for FY 2020-21; advertise and set May 26, 2020 at 9:30 a.m. for public hearing on the proposed continuation of the FY 2019-20 levying of annual assessments in CLD LLA-1 for FY 2020-21 in all zones identified in the FY 2020-21 Engineer's Report; and find that the proposed project is exempt from the California Environmental Quality Act. **(Department of Public Works)** (20-2483)

**This item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 33*

**Exhibit 14 Page 585**

**Board of Supervisors**                    **Statement Of Proceedings**                    **May 12, 2020**

**36.**   **Final Tract Maps in the Unincorporated Community of Stevenson Ranch**

Recommendation: Approve the final maps for Tract Nos. 61105-17 through 61105-21 (Mission Village) in the unincorporated County community of Stevenson Ranch (5); accept grants and dedications as indicated on the final maps for Mission Village; and find that approval of the final maps is exempt from the California Environmental Quality Act. **(Department of Public Works)**  (20-2485)

**Diane Duarte Babko, Susan Rizzo, Roger McClure, Judy McClure, Maria Christopher, Marie Scherb, Shawnee Badger, Adrian Tenney, Lynne Plambeck, Alex Dosh, John Powell and Sally White submitted written testimony.**

**Lynne Plambeck addressed the Board.**

**This item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*   Board Letter
Public Comment/Correspondence
Audio

---

*County of Los Angeles*                    *Page 34*

**Exhibit 14 Page 586**

Board of Supervisors                  Statement Of Proceedings                  May 12, 2020

### Public Safety

**37.    Report by the Inspector General on Reforms and Oversight Efforts**

Report by the Inspector General on reforms and oversight efforts with regard to the Sheriff's Department, as requested at the Board meeting of October 9, 2012, and updated on May 31, 2016.  (12-5525)

**On motion of Supervisor Hahn, seconded by Supervisor Solis, this item was continued to June 9, 2020.**

**Ayes:**   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Public Comment/Correspondence

**38.    Special Appropriation Funds Transfer**

Recommendation: Approve the transfer of funds from services and supplies to reimburse the Sheriff's Special Appropriation Fund in the amount of $4,460.61. **(Sheriff's Department)**  (20-2430)

**This item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Board Letter
                        Public Comment/Correspondence

**Exhibit 14 Page 587**

| Board of Supervisors | Statement Of Proceedings | May 12, 2020 |
|---|---|---|

**Ordinances for Adoption**

**39.    County Codes, Title 2 - Administration and Title 20 - Utilities Amendment**

Ordinance for adoption amending County Codes, Title 2 - Administration, Section 2.18.015 and Title 20 - Utilities, Section 20.94.030, to clarify that the Director of Public Works is authorized to issue permits for the use of real property and improvements to real property under the Director's administrative control, subject to specified limits; revise the limits on the delegated authority of the Director to issue permits and enter into and amend agreements for the use of real property under the Director's administrative control by others; clarify the Director's authority to take specified actions to comply with the California Environmental Quality Act (CEQA) in connection with issuing permits and entering into and amending agreements for the use of real property under the Director's administrative control by others, when the County is acting as a Responsible Agency under CEQA; extend the delegated authority of the Director to enter into and amend agreements for the use of real property and improvements to real property owned by the County through and including May 1, 2025; and conform to recent amendments to Chapter 19 of the Flood Control District Code.  (20-2324)

**The Board adopted Ordinance No. 2020-0022 entitled, "An ordinance amending Section 2.18.015 of Title 2 - Administration of the Los Angeles County Code, relating to the authority of the Director of Public Works to issue permits and enter into agreements for the use of property under the Director's administrative control and Section 20.94.030 of Title 20 - Utilities of the Los Angeles County Code, relating to the use of property and facilities of the Los Angeles County Flood Control District."  This ordinance shall take effect June 11, 2020.**

**This item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Ordinance
Certified Ordinance
Public Comment/Correspondence

---

**Exhibit 14 Page 588**

Board of Supervisors                    Statement Of Proceedings                    May 12, 2020

**40.**        **County Code, Title 5 - Personnel Amendment**

Ordinance for adoption amending County Code, Title 5 - Personnel relating to the County of Los Angeles Deferred Compensation and Thrift Plan (Horizons) and Savings Plan (the Plans) by amending the Savings Plan to reflect changes in the tax rules related to hardship distributions and to make a conforming change to the Horizons Plan emergency withdrawal rules to the extent permitted by applicable tax regulations, in particular, both Plans are being amended to remove the previously required six-calendar-month suspension of elective employee contributions imposed on Plan participants who take an emergency or hardship withdrawal, these provisions of the ordinance are effective January 1, 2020; amending the Plans to clarify that small account balances are not mandatorily distributed solely on the basis they are $1,000 or less; and effective July 1, 2020, amend the Plans to eliminate the requirement that account balances of $5,000 or less be paid only in a lump sum, and provisions related to the County of Los Angeles Pension Savings Plan to simplify the distribution provisions thereunder by making available the same optional forms of benefit for participants over and under age 50 and for participants with account balances over and under $5,000 at the time of distribution.  (20-2254)

**The Board adopted Ordinance No. 2020-0023 entitled, "An ordinance amending Title 5 - Personnel of the Los Angeles County Code as it relates to the County of Los Angeles' Defined Contribution Program."  This ordinance shall take effect pursuant to Section 5 of the ordinance.**

**This item was duly carried by the following vote:**

|  | **Ayes:** | 5 - | Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger |

_**Attachments:**_        Ordinance
                Certified Ordinance
                Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 37*

**Exhibit 14 Page 589**

**Board of Supervisors** | **Statement Of Proceedings** | **May 12, 2020**

**41.** **County Code, Title 22 - Planning and Zoning Amendment**

Ordinance for adoption amending County Code, Title 22 - Planning and Zoning, to create a specific plan known as "Connect Southwest LA: A Transit Oriented District Specific Plan for West Athens-Westmont." (On August 13, 2019 the Board indicated its intent to approve the Plan.) (Relates to Agenda Nos. 24 and 42) (20-2492)

**The Board adopted Ordinance No. 2020-0024 entitled, "An ordinance amending the Los Angeles County Code, Title 22 - Planning and Zoning, to create a specific plan known as, Connect Southwest LA: A TOD Specific Plan for West Athens-Westmont." This ordinance shall take effect June 11, 2020.**

**This item was duly carried by the following vote:**

**Ayes:** 5 - Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:* Ordinance
Certified Ordinance
Public Comment/Correspondence

---

*County of Los Angeles* | *Page 38* |

**Exhibit 14 Page 590**

Board of Supervisors                     Statement Of Proceedings                     May 12, 2020

42. **County Code, Title 22 - Planning and Zoning Amendment, Connect Southwest LA: A Transit Oriented District Specific Plan for West Athens-Westmont**

Ordinance for adoption amending County Code, Title 22 - Planning and Zoning, Section 22.06.060, changing regulations for the execution of the General Plan, related to the unincorporated community of West Athens-Westmont, comprised of the West Athens-Westmont Zoned District. (On August 13, 2019, the Board indicated its intent to approve the Plan.) (Relates to Agenda Nos. 24 and 41) (20-2493)

**The Board adopted Ordinance No. 2020-0025Z entitled, "An ordinance amending the Los Angeles County Code, Title 22 - Planning and Zoning, Section 22.06.070, changing regulations for the execution of the General Plan, related to the unincorporated community of West Athens-Westmont, comprised of the following Zoned Districts: West Athens-Westmont Zoned District." This ordinance shall take effect June 11, 2020.**

**This item was duly carried by the following vote:**

| | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger |

*Attachments:*     Ordinance
Certified Ordinance
Public Comment/Correspondence

---

*County of Los Angeles*                     *Page 39*

**Exhibit 14 Page 591**

**43.** **County Code, Flood Control District Code Amendment**

Ordinance for adoption amending County Code, Flood Control District Code, Chapter 19 to revise the criteria applicable to the delegated authority of the Chief Engineer of the Los Angeles County Flood Control District to issue permits and enter into and amend agreements with others related to the use and occupancy of District-owned facilities and property; authorize the Chief Engineer to grant easements to cities and counties for street and highway purposes over District-owned real property in accordance with specified criteria; and clarify the Chief Engineer's authority to take specified actions to comply with the California Environmental Quality Act (CEQA) in connection with exercising any authority delegated to the Chief Engineer in Chapter 19 when the District is acting as a Responsible Agency under CEQA.  (20-2323)

**The Board adopted Ordinance No. 2020-0026 entitled, "An ordinance amending Chapter 19 of the Flood Control District Code, relating to the use of property and facilities of the Los Angeles County Flood Control District by others."  This ordinance shall take effect June 11, 2020.**

**This item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*    Ordinance
Certified Ordinance
Public Comment/Correspondence

**Exhibit 14 Page 592**

**Miscellaneous**

44.    **New Retirement Contribution Rates**

Los Angeles County Employees Retirement Association's (LACERA) recommendation: Adopt the revised employer and employee retirement contribution rates approved by the LACERA Board of Investments, effective no later than September 29, 2020; and instruct the Auditor-Controller to make the system changes necessary to implement the recommendation. (Relates to Agenda No. 21)  (20-2416)

**This item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*        Board Letter
Public Comment/Correspondence

45.    **Settlement of the Matter Entitled, Christopher Clausen v. County of Los Angeles, et al.**

Los Angeles County Claims Board's recommendation: Authorize settlement of the matter entitled, Christopher Clausen v. County of Los Angeles, et al., Los Angeles Superior Court Case No. BC 661851 in the amount of $1,250,000 and instruct the Auditor-Controller to draw a warrant to implement this settlement from the Sheriff's Department's budget.

This lawsuit arises from alleged injuries sustained in a vehicle accident involving a Sheriff's Sergeant.  (20-2475)

**This item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*        Board Letter
Public Comment/Correspondence

**Exhibit 14 Page 593**

**46.** **Settlement of the Matter Entitled, <u>Mario Garcia v. County of Los Angeles, et al.</u>**

Los Angeles County Claims Board's recommendation: Authorize settlement of the matter entitled, <u>Mario Garcia v. County of Los Angeles, et al.</u>, United States District Court Case No. 13-CV-00616 in the amount of $150,000 and instruct the Auditor-Controller to draw a warrant to implement this settlement from the Sheriff's Department's budget.

This lawsuit alleges Federal and State-law civil rights violations by the Sheriff's Department.  (20-2469)

**This item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*<u>Attachments:</u>*   Board Letter
Public Comment/Correspondence

**47.** **Settlement of the Matter Entitled, <u>Christy Mayfield v. County of Los Angeles</u>**

Los Angeles County Claims Board's recommendation: Authorize settlement of the matter entitled, <u>Christy Mayfield v. County of Los Angeles</u>, Los Angeles Superior Court Case No. BC 686153 in the amount of $275,000 and instruct the Auditor-Controller to draw a warrant to implement this settlement from the Department of Health Services' budget.

This lawsuit concerns allegations that an employee of the Department of Health Services was subjected to discrimination and harassment based on disability and retaliation.  (20-2465)

**This item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*<u>Attachments:</u>*   Board Letter
Public Comment/Correspondence

**Exhibit 14 Page 594**

Board of Supervisors                    Statement Of Proceedings                    May 12, 2020

**48.**    **Settlement of the Matter Entitled, <u>Dennis Todd Rogers, Jr., et al v. County of Los Angeles, et al</u>.**

Los Angeles County Claims Board's recommendation: Authorize settlement of the matter entitled, <u>Dennis Todd Rogers, Jr., et al. v. County of Los Angeles, et al.</u>, United States District Court Case No. 17-CV-05236 in the amount of $1,300,000 and instruct the Auditor-Controller to draw a warrant to implement this settlement from the Sheriff's Department's budget.

This lawsuit alleges Federal civil rights violations and wrongful death arising out of the fatal Deputy-involved shooting of Plaintiff's father.  (20-2461)

**This item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*<u>Attachments</u>:*    Board Letter
Public Comment/Correspondence

**49.**    **City of Industry Election**

Request from the City of Industry: Render specified services relating to the conduct of a Special Municipal Election, to be held July 21, 2020.   (20-2442)

**This item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*<u>Attachments</u>:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 43*

**Exhibit 14 Page 595**

**Board of Supervisors**              **Statement Of Proceedings**              **May 12, 2020**

**50.**     **Los Nietos School District Levying of Taxes**

Request from the Los Nietos School District: Adopt a resolution authorizing the County to levy taxes in an amount sufficient to pay the principal of and interest on the District's 2014 Measure E Election General Obligation Bonds, 2020 Series A and 2014 Measure N Election General Obligation Bonds, 2020 Series A, in an aggregate principal amount not to exceed $7,500,000; and direct the Auditor-Controller to place on the 2020-21 tax roll and all subsequent tax rolls, taxes sufficient to fulfill the requirements of the debt service schedule for the Bonds, which will be provided to the Auditor-Controller by the District following the sale of the Bonds.  (20-2429)

**This item was duly carried by the following vote:**

**Ayes:**     5 -     Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*     Board Letter
Public Comment/Correspondence

*County of Los Angeles*                  *Page 44*

**Exhibit 14 Page 596**

**Board of Supervisors**                **Statement Of Proceedings**                **May 12, 2020**

<u>**Miscellaneous Additions**</u>

**51.** **Additions to the agenda which were posted more than 72 hours in advance of the meeting, as indicated on the supplemental agenda.** (12-9995)

**51-A.** **Establishing a Countywide Program to Reduce the Court's Failure to Appear Rate**

Recommendation as submitted by Supervisor Ridley-Thomas: Instruct the Public Defender and the Alternate Public Defender, in coordination with the Chief Executive Officer, to enter into a one-year pilot (Pilot), at no additional Net County Cost, using the appropriate technology solution in order to reduce failure to appear cases in the County, produce better outcomes for justice-involved individuals and, through proactive measures, make courtrooms and courthouses safer, and keep the jail population down in an effort consistent with preventing the spread of COVID-19; report back to the Board in writing in 120 days after the Pilot's implementation with progress and outcomes of the Pilot, including data on communications and reminders dispatched through this system; and ensure coordination of the Pilot with any electronic reminders that will be sent out as a result of the Los Angeles Superior Court's bail reform pilot, in order to minimize duplication of services.   (20-2579)

**Michelle Parris and Joseph Maizlish submitted written testimony.**

**Ricardo Garcia, Public Defender, addressed the Board.**

**After discussion, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*   Motion by Supervisor Ridley-Thomas
Report
Public Comment/Correspondence
Audio

**51-B.** **Worker Protections**

Recommendation as submitted by Supervisors Hahn and Solis: Approve ordinances for introduction amending County Code, Title 8 - Consumer Protection, Business and Wage Regulations by providing for the "right of recall" for janitorial, maintenance, security service and hospitality industry employees laid off due to the COVID-19 pandemic to be first rehired; and providing "worker retention" provisions for janitorial, maintenance, security service and hospitality industry employees, in the event these businesses file bankruptcies and/or are sold as a result of the COVID-19 crisis. (Relates to Agenda Nos. 51-G and 51-H)  (20-2575)

**Exhibit 14 Page 597**

Board of Supervisors                    Statement Of Proceedings                    May 12, 2020

This item was taken up with Item Nos. 51-G and 51-H.

John Erickson, Jessica Cowley, Celia DuRea, Corey Kniss, Sarah Carano, Christine Bos, Todd Johnson, Kian Zarrinnam, Robert Lapsley, Clara Karger, Karenjo Goodwin, Brooke Saunders, Toby Malara, Gabriel Prado, Dan Struve and other interested persons submitted written testimony.

Brady Collins, Michael Racanelli, Joseph Maizlish, Jamie Garcia, Jonah Breslau, Luis Moreno, Scarlett De Leon, Armando Flores, Sarah Wiltfong, Patricia Bruno and Lyric Kelkar addressed the Board.

Mary Wickham, County Counsel, and Nicole Davis Tinkham, Senior Assistant County Counsel, addressed the Board and responded to questions.

Supervisor Kuehl made a motion, seconded by Supervisor Hahn, to amend Supervisors Hahn and Solis' joint motion to instruct County Counsel to report back to the Board in 14 days regarding adding language in the ordinances as it relates to the employer holding an employees' position by allowing an employee to exhaust their sick time prior to returning to work. Supervisors Hahn and Solis accepted Supervisor Kuehl's amendment.

Supervisor Barger instructed County Counsel to report back to the Board on the impacts to workers if businesses declared bankruptcy.

After discussion, this item, as amended to instruct County Counsel to report back to the Board in 14 days regarding adding language in the ordinances as it relates to the employer holding an employees' position by allowing an employee to exhaust their sick time prior to returning to work and on the impacts to workers if businesses declared bankruptcy, was duly carried by the following vote:

| | | |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl and Supervisor Hahn |
| **Abstentions:** | 1 - | Supervisor Barger |

*Attachments:*      Motion by Supervisors Hahn and Solis
Report
Public Comment/Correspondence
Audio

**Exhibit 14 Page 598**

**Board of Supervisors**          **Statement Of Proceedings**          **May 12, 2020**

**51-C.   State Route 57/60 Confluence Chokepoint Relief Program**

Recommendation as submitted by Supervisor Hahn: Send a five signature letter to United States Transportation Secretary Elaine Chao supporting the Los Angeles County Metropolitan Transportation Authority's application seeking funding from the Fiscal Year 2020 Infrastructure for Rebuilding America discretionary grant program for the State Route 57/60 Confluence Chokepoint Relief Program. (20-2573)

**This item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*   Motion by Supervisor Hahn
Five-Signature Letter
Public Comment/Correspondence

**51-D.   Supporting the Closure of AES Redondo Beach Power Plant**

Recommendation as submitted by Supervisor Hahn: Direct the Chief Executive Officer, through the Legislative Affairs and Intergovernmental Relations Division, to send a five-signature letter in support of Assembly Bill 2071 (Muratsuchi), legislation which will prohibit the extension of the AES Redondo Beach power plant closure deadline.  (20-2111)

**This item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*   Motion by Supervisor Hahn
Five-Signature Letter
Public Comment/Correspondence

**Exhibit 14 Page 599**

**Board of Supervisors**      **Statement Of Proceedings**      **May 12, 2020**

**51-E.**   **Baby Supplies are Essential Supplies**

Recommendation as submitted by Supervisor Solis: Instruct the Directors of Public Health and Public Social Services, in collaboration with the Women, Infants and Children program, First 5 LA and other stakeholders, to determine if there are unmet needs or a lack of baby supplies and identify potential programs to provide relief and assistance for the purchase of baby supplies; instruct the Director of the Office of Emergency Management to coordinate with the local Voluntary Organizations Active in Disaster to identify potential members aiding the community by providing baby supplies to County residents and review all options within the Federal and State declaration that may offer any assistance to families in need of baby supplies; and instruct the Directors of the Office of Emergency Management, Public Health and Public Social Services, to report back to the Board within 14 days on the above directives.  (20-2112)

**Nisha Kashyap submitted written testimony.**

**This item was duly carried by the following vote:**

         **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*      Motion by Supervisor Solis
                   Report
                   Public Comment/Correspondence

**Exhibit 14 Page 600**

**51-F.** **Voting Solutions for All People (VSAP) Tally System and Ballot Layout Application Support Sole Source Contract Amendment**

Recommendation: Authorize the Registrar-Recorder/County Clerk to execute an amendment to a sole source contract with Digital Foundry, Inc. to make changes to the statement of work and pricing schedule, extend the term through June 30, 2021 and increase the amount by $13,600,000, increasing the total contract amount to $26,800,000, to provide additional services related to VSAP Tally System and Ballot Layout Application; and approve an appropriation adjustment to transfer $3,600,000 from the Committed for IT Enhancements to the Registrar-Recorder/County Clerk's Services and Supplies budget. **(Registrar-Recorder/County Clerk) 4-VOTES** *(NOTE: The Chief Information Officer recommended approval of this item.)* (20-2550)

**Eric Preven addressed the Board.**

**This item was duly carried by the following vote:**

> **Ayes:** 5 - Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

*Attachments:*      Board Letter
Public Comment/Correspondence
Audio

**ORDINANCES FOR INTRODUCTION**

**51-G.** **County Code, Title 8 - Consumer Protection, Business and Wage Regulations Amendment - Right of Recall**

Ordinance for introduction amending County Code, Title 8 - Consumer Protection, Business and Wage Regulations, by adding Chapter 8.201 and establishing a right of recall for janitorial, maintenance, security service, and hospitality workers who are laid off as a result of the COVID-19 pandemic public health crisis. (Relates to Agenda Nos. 51-B and 51-H) (20-2566)

**This item was taken up with Item Nos. 51-B and 51-H.**

**John Erickson, Jessica Cowley, Celia DuRea, Corey Kniss, Sarah Carano, Christine Bos, Todd Johnson, Kian Zarrinnam, Robert Lapsley, Clara Karger, Karenjo Goodwin, Brooke Saunders, Toby Malara, Gabriel Prado, Dan Struve and other interested persons submitted written testimony.**

**Brady Collins, Michael Racanelli, Joseph Maizlish, Jamie Garcia, Jonah Breslau, Luis Moreno, Scarlett De Leon, Armando Flores, Sarah Wiltfong, Patricia Bruno and Lyric Kelkar addressed the Board.**

**Exhibit 14 Page 601**

**Mary Wickham, County Counsel, and Nicole Davis Tinkham, Senior Assistant County Counsel, addressed the Board and responded to questions.**

**Supervisor Barger made a motion to amend Supervisors Hahn and Solis' joint motion to reduce worker time to respond to re-employment offer from 5 days to 2 days; remove language related to punitive damages for laid off workers who bring an action in Superior Court of California; and change the sunset date to December 31, 2020 or the end of Safer at Home orders.**

**Said motion failed to carry for a lack of a second.**

**After discussion, the Board introduced, waived reading and ordered placed on the agenda for adoption an ordinance entitled, "An ordinance adding Chapter 8.201 (COVID-19 Right of Recall) to Division 5 - COVID-19 Worker Protections of Title 8- Consumer Protection, Business and Wage Regulations of the Los Angeles County Code, establishing a right of recall for janitorial, maintenance, security service, and hospitality workers who are laid off as a result of the COVID-19 pandemic public health crisis."**

**This item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl and Supervisor Hahn |
| **Abstentions:** | 1 - | Supervisor Barger |

*Attachments:*    Ordinance
Motion by Supervisor Barger
Public Comment/Correspondence
Audio

**Exhibit 14 Page 602**

Board of Supervisors                 Statement Of Proceedings                 May 12, 2020

**51-H.** **County Code, Title 8 - Consumer Protection, Business and Wage**
**Regulations Amendment - Right of Retention**

Ordinance for introduction amending County Code, Title 8 - Consumer Protection,
Business and Wage Regulations, by adding Chapter 8.202 and establishing legal
protections for workers to be retained when certain specified businesses change
ownership or control. (Relates to Agenda Nos. 51-B and 51-G)  (20-2567)

**This item was taken up with Item Nos. 51-B and 51-G.**

**John Erickson, Jessica Cowley, Celia DuRea, Corey Kniss, Sarah Carano,**
**Christine Bos, Todd Johnson, Kian Zarrinnam, Robert Lapsley, Clara**
**Karger, Karenjo Goodwin, Brooke Saunders, Toby Malara, Gabriel Prado,**
**Dan Struve and other interested persons submitted written testimony.**

**Brady Collins, Michael Racanelli, Joseph Maizlish, Jamie Garcia, Jonah**
**Breslau, Luis Moreno, Scarlett De Leon, Armando Flores, Sarah Wiltfong,**
**Patricia Bruno and Lyric Kelkar addressed the Board.**

**Mary Wickham, County Counsel, and Nicole Davis Tinkham, Senior Assistant**
**County Counsel, addressed the Board and responded to questions.**

**Supervisor Barger made a motion to amend Supervisors Hahn and Solis'**
**joint motion to remove language related to punitive damages for laid off**
**workers who bring an action in the Superior Court of California; and change**
**the sunset date to December 31, 2020 or the end of Safer at Home orders.**

**Said motion failed to carry for a lack of a second.**

**After discussion, the Board introduced, waived reading and ordered placed**
**on the agenda for adoption an ordinance entitled, "An ordinance adding**
**Chapter 8.202 to Title 8 - Consumer Protection, Business and Wage**
**Regulations of the Los Angeles County Code, establishing legal protections**
**for workers to be retained when certain specified businesses change**
**ownership or control."**

**This item was duly carried by the following vote:**

**Ayes:**    4 -    Supervisor Solis, Supervisor Ridley-Thomas,
Supervisor Kuehl and Supervisor Hahn

**Abstentions:**    1 -    Supervisor Barger

*Attachments:*    Ordinance
Motion by Supervisor Barger
Public Comment/Correspondence
Audio

*County of Los Angeles*                 *Page 51*

**Exhibit 14 Page 603**

Board of Supervisors                    Statement Of Proceedings                    May 12, 2020

52.     **Items not on the posted agenda, to be presented and (if requested) referred to staff or placed on the agenda for action at a future meeting of the Board, or matters requiring immediate action because of an emergency situation or where the need to take immediate action came to the attention of the Board subsequent to the posting of the agenda.** (12-9996)

52-A.   **Stopping the Abrupt and Unvetted Curtailments and Closure of Patrol Stations**

        Recommendation as submitted by Supervisors Ridley-Thomas and Barger: Request the Sheriff to immediately cease efforts to close stations as announced on May 4, 2020 without any County vetting, validation, or advanced notice to impacted communities and Los Angeles County Departments, and without considering the impact to public safety; and request the Sheriff, in consultation with the Chief Executive Officer and Auditor-Controller, to identify appropriate budget curtailments that are properly vetted and will have limited impact on public safety. (20-2600)

        **This item was introduced and discussed during Item A-1.**

        **Park Mowers, Zivia Sweeney, Lee Bailey, Andrea Leer, Sharyn Powell and Ricardo Perez submitted written testimony.**

        **Sachi A. Hamai, Chief Executive Officer, addressed the Board.**

        **After discussion, on motion of Supervisor Ridley-Thomas, seconded by Supervisor Barger, this item was duly carried by the following vote:**

                        **Ayes:**   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger

        *Attachments:*   Motion by Supervisors Ridley-Thomas and Barger
                        Public Comment/Correspondence
                        Audio

---

*County of Los Angeles*                    *Page 52*

**Exhibit 14 Page 604**

Board of Supervisors                    Statement Of Proceedings                    May 12, 2020

## CLOSED SESSION MATTERS

**CS-1.** CONFERENCE WITH LEGAL COUNSEL - ANTICIPATED LITIGATION
(Paragraph (2) of subdivision (d) of Government Code Section 54956.9)

Significant exposure to litigation (one case).

**No reportable action was taken.**  (20-2580)

**CS-2.** DEPARTMENT HEAD PERFORMANCE EVALUATIONS
(Government Code Section 54957)

Department Head performance evaluations.

**No reportable action was taken.**   (11-1977)

**Report of Closed Session**  (CSR-20)

*Attachments:*          Audio Report of Closed Session 5/12/2020

---

*County of Los Angeles*                    *Page 53*

**Exhibit 14 Page 605**

**Board of Supervisors**          **Statement Of Proceedings**          **May 12, 2020**

### III.   GENERAL PUBLIC COMMENT    54

**54.**  Opportunity for members of the public to address the Board on items of interest that are within the subject matter jurisdiction of the Board.

**Carolyn Navarro, Toby Horn, Monisha Parker, Haiyan Li, Shoulder Labrum, Joseph Maizlish, Veronica Toledo, Hanna Hixson, Megan Penn, Natalie Burke, Tamara Mobley, Colleen Evanson, J. Jordan, Jon Kern, Alicia Ness and other interested persons submitted written testimony.**

**Gabreille Seiwert, Lynne Plambeck, Joseph Maizlish, Elsa Sanchez, Veronica Toledo, Eric Preven, Jonah Breslau, Erica Copeland, John Nelson, Roberto Guzman, Breanna Jordan, George Buzzetti, Scarlett De Leon, Patricia Bruno and Daniel Gaines addressed the Board.**  (20-2631)

*Attachments:*     Public Comment/Correspondence
Audio

---

*County of Los Angeles*                    *Page 54*

**Exhibit 14 Page 606**

Board of Supervisors                    Statement Of Proceedings                    May 12, 2020

## IV.   ADJOURNMENT    55

55.    On motions, duly seconded and unanimously carried, the meeting was adjourned in memory of the following persons:

**Supervisors Solis and Hahn**
Mary Lou (Niblock) Stackhouse

**Supervisor Solis**
Bobby Lee Verdugo

**Supervisor Ridley-Thomas and All Members of the Board**
Robin Ross

**Supervisors Ridley-Thomas and Kuehl**
Dr. Kerry English

**Supervisor Ridley-Thomas**
Barbara J. Hopper
Lillaine Madolyn Speese

**Supervisor Kuehl**
Suzanne Aspaturian
Lynn Harrell
Peter Hunt
Etyl Leder
Sam Lloyd
Joel Rogosin
Gil Schwartz
Jerry Stiller

**Supervisor Hahn**
Donald Amptman
Jeanette Baran
Lois Brestoff
Honorable Tom Clark
Charles "Chuck" Davis
Honorable Jim Edwards
Lance R. Hughes
Roger Emmett Ryan
Frank Schaffer
Mary Sutton

*County of Los Angeles*                    *Page 55*

**Exhibit 14 Page 607**

**Supervisors Barger and Kuehl**

Diane Duncan Cornwell

**Supervisor Barger**

Jerry Dean Bloom

William Paul Montamble

Sarah Elizabeth Zacharia  (20-2639)

**Exhibit 14 Page 608**

**V.   ITEMS CONTINUED FROM PREVIOUS MEETINGS FOR FURTHER DISCUSSION AND ACTION BY THE BOARD**

**A-1.**   Continue local emergencies as a result of the following: (a) Discovery of an infestation of fruit flies, as proclaimed on May 10, 1990; (b) Conditions of disaster arose as a result of the discovery of a leak at the natural gas storage wells at the Aliso Canyon storage field affecting the City and County of Los Angeles, as proclaimed on December 10, 2015 and ratified by the Board on December 15, 2015; (c) Conditions of disaster and extreme peril to the safety of persons and property arose as a result of the Creek Fire that started December 5, 2017 and affected the Kagel Canyon and the City of Los Angeles, as proclaimed and ratified by the Board on December 5, 2017; (d) Conditions of disaster and extreme peril to the safety of persons and property arose as a result of the Woolsey Fire that began in Ventura County that started on or about November 8, 2018 and quickly spread into the County of Los Angeles, as proclaimed and ratified by the Board on November 13, 2018; (e) An imminent threat to public health in Los Angeles County in the form of contaminated fire debris from household hazardous waste created as a result from the Woolsey Fire that started on November 8, 2018, as proclaimed by the Public Health Officer on November 12, 2018 and ratified by the Board on November 13, 2018; (f) Conditions of extreme peril to the safety of persons and property arose as a result of a winter storm beginning January 10 through 18, 2019 affecting the unincorporated communities around Little Tujunga and surrounding areas of Los Angeles County, as proclaimed on January 29, 2019 and ratified by the Board on February 5, 2019; (g) Conditions of disaster or extreme peril to the safety of persons and property arose as a result of a winter storm beginning January 31, 2019 through February 5, 2019 affecting the unincorporated communities throughout the County as well as the Cities of Malibu, Burbank and Los Angeles, as proclaimed on February 14, 2019 and ratified by the Board on February 19, 2019; (h) Conditions of disaster or of extreme peril to the safety of persons and property arose as a result of the introduction of the novel coronavirus (COVID-19), a novel communicable disease, which was first detected in Wuhan City, Hubei Province, China in December 2019, as proclaimed and ratified by the Board on March 4, 2020; and (i) An imminent threat and proximate threat to public health from the introduction of COVID-19 in Los Angeles County, as proclaimed by the Public Health Officer on March 4, 2020 and ratified by the Board on March 4, 2020.  (A-1)

**Item No. 52-A was introduced and discussed during this item.**

**Park Mowers, Zivia Sweeney, Lee Bailey, Andrea Leer, Sharyn Powell and Ricardo Perez submitted written testimony.**

**Exhibit 14 Page 609**

**Sachi A. Hamai, Chief Executive Officer, addressed the Board.**

**After discussion, this item was reviewed and continued.**

|  | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Hahn and Supervisor Barger |

*Attachments:*     Public Comment/Correspondence
Audio

**Closing     56**

56.     Open Session adjourned to Closed Session at 1:19 p.m. following adjournments on Closed Session Items to:

**CS-1**.
Confer with legal counsel on anticipated litigation, pursuant to Paragraph (2) of subdivision (d) of Government Code Section 54956.9:

Significant exposure to litigation (one case).

**CS-2.**
Consider Department Head performance evaluations, pursuant to Government Code Section 54957.

Closed Session convened at 1:21 p.m.  Present were Supervisors Hilda L. Solis, Mark Ridley-Thomas, Sheila Kuehl, Janice Hahn and Kathryn Barger, Chair presiding.

Closed Session adjourned at 2:40 p.m.  Present were Supervisors Hilda L. Solis, Mark Ridley-Thomas, Sheila Kuehl, Janice Hahn and Kathryn Barger, Chair presiding.

Open Session reconvened at 2:42 p.m.  Present were Supervisors Hilda L. Solis, Mark Ridley-Thomas, Sheila Kuehl, Janice Hahn and Kathryn Barger, Chair presiding.

The Board of Supervisors of the County of Los Angeles, and ex officio the governing body of all other special assessment and taxing districts, agencies and authorities for which said Board so acts, adjourned its meeting at 2:43 p.m.

The next meeting of the Board will be a Special Meeting for the 2020-21 Recommended Budget commencing on Wednesday, May 13, 2020 at 9:30 a.m.

**Exhibit 14 Page 610**

Board of Supervisors | Statement Of Proceedings | May 12, 2020

The Board will also hold Special Closed Session Meetings on Tuesday, May 19, 2020 at 11:00 a.m. and Thursday, May 21, 2020 at 2:30 p.m.

The next Regular Meeting of the Board will be Tuesday, May 26, 2020 at 9:30 a.m. (20-2630)

The foregoing is a fair statement of the proceedings of the regular meeting, May 12, 2020, by the Board of Supervisors of the County of Los Angeles and ex officio the governing body of all other special assessment and taxing districts, agencies and authorities for which said Board so acts.

Celia Zavala, Executive Officer
Executive Officer-Clerk
of the Board of Supervisors

By _____

Carmen Gutierrez
Chief, Board Services Division

Exhibit 14 Page 611