# EXHIBIT 17

Exhibit 17 Page 919

MARY C. WICKHAM (Bar No. 145664)
*County Counsel*
RODRIGO A. CASTRO-SILVA (Bar No. 185251)
*Acting Chief Deputy County Counsel*
LAUREN M. BLACK (Bar No. 192302)
*Assistant County Counsel*
AMIE S. PARK (Bar No. 273346)
*Deputy County Counsel*
500 West Temple Street, Suite 468
Los Angeles, CA 90012
Tel: 213.974.1830  Fax: 213.626.7446
Email: apark@counsel.lacounty.gov

BYRON J. MCLAIN (Bar No. 257191)
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Tel:  213.972.4500  Fax:  213.486.0065
Email: bmclain@foley.com

LOUIS R. MILLER (SBN 54141)
MIRA HASHMALL (SBN 216842)
EMILY A. SANCHIRICO (SBN 311294)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400
Email: esanchirico@millerbarondess.com

Attorneys for Defendant
COUNTY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L.A. ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>                         Plaintiffs,<br><br>        vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>                         Defendants. | Case No. 2:20-cv-02291 DOC-KES<br><br>**COUNTY OF LOS ANGELES REPORT OF AVAILABLE RESOURCES FOR PEOPLE EXPERIENCING HOMELESSNESS** |

**Exhibit 17 Page 920**

Pursuant to this Court's September 28, 2020 Order, the County of Los Angeles ("County") hereby submits the attached Exhibit A as a list of its available resources for people experiencing homelessness, including the names of the entities/organizations as well as a brief description of the resources available.

DATED:  October 22, 2020                    FOLEY & LARDNER LLP
                                            Byron J. McLain


                                            /s/ Byron J. McLain
                                            Byron J. McLain
                                            Attorneys for Defendant
                                            COUNTY OF LOS ANGELES

REPORT OF AVAILABLE RESOURCES FOR PEH
-1-            Case No. 2:20-cv-02291 DOC-KES

**Exhibit 17 Page 921**

# EXHIBIT A

**EXHIBIT A**

Exhibit 17 Page 922

# County of Los Angeles Programs Serving People Experiencing Homelessness

County of Los Angeles

Chief Executive Office, Homeless Initiative
October 2020

HOA.103038182.1

**Exhibit 17 Page 923**

COUNTY OF LOS ANGELES

PROGRAMS SERVING PEOPLE EXPERIENCING HOMELESSNESS

## Table of Contents

1. Department of Children & Family Services……………………………………………………………………… 3

2. Department of Health Services……………………………………………………………………………………… 3

3. Department of Mental Health………………………………………………………………………………………… 4

4. Department of Public Health………………………………………………………………………………………… 6

5. Department of Public Social Services………………………………………………………………………… 8

6. Los Angeles Homeless Services Authority …………………………………………………………………… 9

7. Los Angeles County Development Authority ……………………………………………………………… 10

8. Los Angeles Sheriff's Department……………………………………………………………………………….. 12

9. Probation Department………………………………………………………………………………………………… 12

10. Public Defender…………………………………………………………………………………………………………. 12

11. Workforce Development, Aging & Community Services…………………………………………… 13

**Exhibit 17 Page 924**

COUNTY OF LOS ANGELES

PROGRAMS SERVING PEOPLE EXPERIENCING HOMELESSNESS

This County of Los Angeles' Comprehensive Homelessness Program document describes programs funded by the County for housing and services to individuals and families who are experiencing homelessness, formerly homeless or at-risk of homelessness in Los Angeles County. Some programs included in this document serve both families/individuals with no connection to homelessness and those with a connection to homelessness; those programs are identified with an asterisk.

Homeless Programs included in this document are funded within the departmental or agency budgets for the following:

- Department of Children and Family Services (DCFS)
- Department of Health Services (DHS)
- Department of Mental Health (DMH)
- Department of Public Health (DPH)
- Department of Public Social Services (DPSS)
- Los Angeles County Development Authority (LACDA)
- Los Angeles Homeless Services Authority (LAHSA)
- Los Angeles Sheriff's Department (LASD)
- Probation
- Public Defender
- Workforce Development, Aging and Community Services (WDACS)

Funding, which is budgeted to one department/agency and then transferred to another department/agency, is listed under the department/agency which is the ultimate recipient of the funding.

**Exhibit 17 Page 925**

COUNTY OF LOS ANGELES

PROGRAMS SERVING PEOPLE EXPERIENCING HOMELESSNESS

**Department of Children & Family Services**

**1.  Strategy A1 Homeless Prevention for Families -** A pilot for a Prevention and Aftercare Program to assist families who are referred to DCFS, do not have an open DCFS case, and have unstable housing.

**2. Strategy A5 Homeless Prevention for Individuals -** A pilot focused on transition age youth who need additional services to take advantage of the Supervised Independent Living Program (SILP).

**3. Strategy B6 - Family Reunification Housing Subsidy -** Strategy B6 provides rapid re-housing and case management services to families in the child welfare system where the parent(s)' homelessness is the sole barrier to the return of the child(ren), and the family meets eligibility criteria.

**4. Bringing Families Home (BFH) -** BFH provides direct financial assistance and supportive services to families in the Family Maintenance Program under the Department of Children and Family Services (DCFS). The program aims to assist families to locate housing and prevent children from entering or re-entering into foster care.

**Department of Health Services**

**1. Clinical Services (Stress, Trauma and Resilience (STAR) & Union Rescue Mission (URM) Clinic -** Funds to operate medical clinics located in the Skid Row area offering a medical home and specialty services for people who are homeless or formerly homeless.

**2. Office of Diversion and Re-Entry\* -** Office of Diversion and Re-entry offers interim housing (IH) and permanent supportive housing (PSH) for justice-involved individuals diverted from jail.

**3. Whole Person Care\* -** Whole Person Care Pilot (WPC) is a 5-year program created under California's Medicaid Section 1115 waiver to provide integrated care for the most vulnerable group of Medi-Cal beneficiaries who have been identified as high users of multiple systems and continue to have poor health outcomes. WPC-LA's costs include direct program costs as well as administrative and delivery infrastructure expenditures for the Medi-Cal clients from several high-risk populations (homeless, justice-involved, mental health, substance use disorder and medically high-risk).

**4. Strategy B3 - Rapid Re-Housing -** Provides homeless families and individuals with time-limited financial assistance, case management, targeted supportive services, and housing navigation.

**5. Strategies B7 and E8 - Interim Housing -** Supports a variety of short-term housing environments that provide a safe environment for people experiencing homelessness to sleep and to be assessed for long-term stability, including permanent housing, health, mental health, and other supportive services.

**6. Strategy E8 Capital Improvement Intermediary - Capital Projects -** Supports capital improvement projects approved by LA County that expand interim housing and supportive services for homeless individuals.

**7. Strategy E6 - Outreach System -** Provides  approximately 60 Multidisciplinary Teams (MDTs) throughout Los Angeles County that provide outreach and engagement to unsheltered people experiencing

**Exhibit 17 Page 926**

COUNTY OF LOS ANGELES

PROGRAMS SERVING PEOPLE EXPERIENCING HOMELESSNESS

homelessness to connect them to housing, supportive services, and sources of income. Each team consists of a health professional, mental health specialist, substance abuse counselor, case manager, and someone with lived experience. The MDTs operate 7 days a week, and operate a drop-in location serving some of the most vulnerable unsheltered residents of Skid Row.

**8. Strategy C4/5/6 - Disability Benefits Advocacy -** Provides targeted benefit advocacy services to assist individuals who are homeless or at-risk of homelessness in obtaining sustainable income through programs such as Supplemental Security Income (SSI), Social Security Disability Income (SSDI), Cash Assistance Program for Immigrants (CAPI), and Veteran benefits.

**9. Strategy D2 - Jail In Reach -** Provides supportive services for homeless incarcerated individuals in order to avoid discharges into homelessness. Services are provided by community-based organizations.

**10. Strategy D7 - Permanent Supportive Housing -** Supports permanent supportive housing including intensive case management services, local rental subsidies and high-quality tenancy support services, and clinical services, as well as placements into and enhanced services in licensed care facilities, where appropriate.

**11. Strategy A5 Homeless Prevention for Individuals -** A new Homelessness Prevention Unit focused on County single adult clients at the greatest risk of becoming homeless as identified by the California Policy Lab using predictive analytics.

**13. COVID-19 - Housing for Health (HFH) -** Supports COVID-related projects operated by HFH including medical sheltering and infection control measures provided by COVID Response Teams (CRTs) in unsheltered and sheltered settings.

**14. COVID-19 -** To provide certain services for the benefit of COVID-19 impacted individuals including supporting COVID-19 testing and providing services to support building capacity of outreach teams and interim housing providers who provide services to people experiencing homelessness.

**Department of Mental Health**

**1. Enriched Residential Care (ERC) Program -** Assists DMH clients to obtain and maintain housing at a licensed residential facility (Board & Care) by providing assistance for rent, personal and incidental expenses and/or enhanced services that may be needed due to their mental illness. Supports clients Countywide. Participants include both those who are homeless and those exiting higher levels of care that need housing.

**2. Emergency Enhanced Shelter Program - Transition-Age Youth (TAY) -** Provides DMH TAY clients (ages 18-25) who are homeless and have a mental illness with short-term housing that provides a bed, 24-hour general oversight, three meals each day, linens, clothing, toiletries and case management services. Funds sites in Service Planning Area (SPA) 4, with a site in SPA 6 pending.

**4. Homeless FSP Program -** Field-based teams provide ongoing, intensive outreach, mental health and case management services tailored to meet the complex needs of individuals who are homeless and have a serious mental illness including assisting them with securing permanent housing.

**Exhibit 17 Page 927**

COUNTY OF LOS ANGELES

PROGRAMS SERVING PEOPLE EXPERIENCING HOMELESSNESS

**5. Homeless Outreach & Mobile Engagement (HOME) Program -** Field-based teams provide outreach and engagement services to individuals who are homeless and have a serious mental illness with the goal of linking them to ongoing mental health services and permanent housing.

**6. Housing Assistance Program (HAP) -** Provides DMH clients who are homeless or at-risk of homelessness and who have limited or no income with funds for housing subsidies, security deposits, utility assistance, household goods and eviction prevention assistance.

**7. MHSA Housing FSP Program -** Provides field-based/on-site mental health services to individuals who have a serious mental illness and are living in permanent housing in order to promote housing stability and retention.

**8. Innovative Coordinated Employment -** Aims to create a network of businesses within a community that will provide competitive job opportunities to individuals who have a serious mental illness and who are formerly homeless and living in permanent supportive housing. Supports services in Long Beach.

**9. Integrated Mobile Health Team (IMHT) FSP Program -** Field-based teams partner with a Federally Qualified Health Center to provide integrated care to individuals who are homeless and have co-occurring mental health, physical health and/or substance use disorders. Supports services in SPAs 4, 5 and 8.

**10. Intensive Case Management Services (ICMS) -** Provides field-based/on-site case management services to individuals with serious mental illness who are living in permanent housing in order to promote housing stability and retention.

**11. Interim Housing Program -** Provides DMH clients who are homeless and have a serious mental illness (as well as their minor children) with short-term housing that provides a bed, 24-hour general oversight, three meals each day, linens, clothing, toiletries and case management services.

**12. Prevent Homelessness | Promote Health -** Provides housing retention services to individuals/families in permanent housing who have a serious mental illness, are formerly homeless and are at-risk of losing their housing.

**13. Homeless Mentally Ill Outreach and Treatment Program -** Provides capital development funding for interim housing.

**14. Strategy E8 - Enhance the Emergency Shelter System -** Supports one DMH staff who is co-located with DHS to triage Interim Housing Program (IHP) referrals and determine the most appropriate IHP placement for a referred individual.  Staff also monitors IHP contracts.

**15. Strategy B7 - Interim/ Bridge Housing for Those Exiting Institutions -** Supports one DMH staff who is co-located with DHS to triage Interim Housing Program (IHP) referrals and determine the most appropriate IHP placement for a referred individual. Staff also monitors IHP contracts.

**16. Strategy C4/5/6 - Countywide Benefits Entitlement Services Teams (CBEST) -** Supports DMH staff working to assist individuals who are homeless and have a serious mental illness with obtaining benefits including SSI.

**Exhibit 17 Page 928**

COUNTY OF LOS ANGELES

PROGRAMS SERVING PEOPLE EXPERIENCING HOMELESSNESS

**17. Strategy D7 - Provide Services and Rental Subsidies for Permanent Supportive Housing -** Supports DMH's Measure H Housing FSP Program, which provides field-based/on-site mental health services to individuals who have a serious mental illness and are living in permanent housing in order to promote housing stability and retention. Strategy D7 also supports the DMH staff who support this program.

**18. Veterans Peer Access Network (VPAN)\* -** Provides outreach, case management and mental health services to Veterans who have a serious mental illness. Approximately 85% of VPAN clients are homeless or at-risk of homelessness. Supports clients Countywide.

**19. Assisted Outpatient Treatment (AOT) Program\* -** Provides outreach to individuals who have a serious mental illness and are at substantial risk of deterioration as a direct result of poor psychiatric treatment compliance, to voluntarily engage them in Full-Service Partnerships (FSP)  or residential-type services in an Institutions for Mental Disease (IMD) step-down facility. Approximately 41% of AOT clients are homeless.

**20. Intensive Service Recipient (ISR)/Kin to Peer (KTP) Programs\* -** Provide individuals who have a serious mental illness and a recent history of psychiatric inpatient hospitalizations with a range of supportive services to prevent future psychiatric hospitalizations. Approximately 90% of ISR/KTP clients are homeless.

**21. CalWORKs Coordinated Entry System for Families (CESF) -** Provides co-located clinicians at homeless services agencies to screen families for mental health concerns and provide linkage to needed services including mental health services.

**Department of Public Health**

**1. Substance Abuse Prevention and Control (SAPC)\* -** Administers Drug Medi-Cal substance use disorder (SUD) services through contracts with 80 community-based certified and/or licensed SUD treatment programs at 443 locations countywide. Treatment services offered to SAPC's homeless population (20-25% of all SAPC clients) include outpatient, intensive outpatient, and opioid treatment programs withdrawal management, medication for addiction treatment, short-term residential, case management, recovery support services and recovery bridge housing.

**2. Homeless Encampment Project (SAPC) -** Client Engagement and Navigation Services (CENS) counselors engage and refer people experiencing homelessness (PEH) with substance use disorders (SUD) in designated homeless encampments and on the streets.

**3. Homeless Encampment Project (EHD) -** Environmental Health Division (EHD) conducts surveys and assessment in Skid Row and unincorporated areas to identify public areas with accumulations of trash, medical waste such as needles, feces and urine, and rodent burrows. The survey also includes access to public toilets and handwashing facilities and other public health concerns affecting people experiencing homelessness. EHD also works with Los Angeles Homeless Services Authority to identify areas in the County with vulnerable populations that needed to be assessed for elevated risks of disease transmission due to unsanitary conditions.

**4. CalWORKs (CW) Families Solution Centers (FSC) -** FSCs are the first entry point to the Coordinated Entry System for Families (CESF) intended as a one-stop setting for homeless CalWORKs families. The FSC provides standardized assessments and coordinated access to housing and supportive services for homeless families.

**Exhibit 17 Page 929**

COUNTY OF LOS ANGELES

PROGRAMS SERVING PEOPLE EXPERIENCING HOMELESSNESS

Client Engagement and Navigation Services (CENS) counselors screen every referred client for SUD and make referrals to substance use disorder treatment if necessary.

**5. Strategy B7 - Interim/ Bridge Housing for Those Exiting Institutions -** Provides Recovery Bridge Housing (RBH), which is abstinence-focused, peer-supported housing that provides a safe interim living environment for clients who are unstably housed or homeless, according to the U.S. Department of Housing and Urban Development. Participants in RBH must be concurrently enrolled in outpatient, intensive outpatient, an opioid treatment program, or an outpatient (aka ambulatory) withdrawal management setting. Participants in RBH supported by Measure H funds must meet the requirement of exiting an institution (e.g., jails, hospitals, residential services).

**6. Strategy E6 - Countywide Outreach System -** A countywide network of multidisciplinary, integrated street-based teams to identify, engage and connect, or re-connect, people experiencing homelessness to interim and/or permanent housing and supportive services. Integrates 4 Public Health Nurses into the multidisciplinary street-based teams to support health care coordination and provide nursing services including general health assessments, tuberculosis screenings, vaccinations, clean syringe distribution, Naloxone provision, etc. to homeless encampments that are identified to have high health risk concerns.

**7. Strategy E8 - Enhance the Emergency Shelter System -** Supports EHD Interim Housing Program to ensure quality housing and food are provided to those experiencing homelessness through regulatory oversight, which includes the following activities: 1) permitting of interim housing operations, 2) conducting routine inspections and complaint investigations at interim housing facilities, 3) providing training and outreach to interim housing facility operators and stakeholders, 4) assisting and educating interim housing operators on necessary actions needed to achieve compliance, and 5) collaborating with interim housing agencies to strengthen multiagency service delivery and efficiency.

**8. Strategy D7 - Provide Services and Rental Subsidies for Permanent Supportive Housing -** Provides an integrated care model of physical health, specialty mental health, and SUD services to residents to retain their housing and achieve long-term stability, and improved health and well-being. CENS counselors are co-located at various sites to educate, engage, screen, and refer residents to SUD treatment.

**9. Ryan White MIA (Homeless and Transitional Housing Services for Persons w/ HIV) -** Transitional Housing assistance services provide temporary and longer-term housing for homeless/unstably housed individuals living with HIV/AIDS. The purpose of transitional housing assistance services is to secure safe transitional and permanent housing through assessment of a person's housing needs, housing case management, and referral to other supportive services.

**10. Recovery Bridge Housing -** Recovery Bridge Housing (RBH) is an abstinence-focused, peer-supported housing that provides a safe interim living environment for clients who are unstably housed or homeless, according to the U.S. Department of Housing and Urban Development. Participants in RBH must be concurrently enrolled in outpatient, intensive outpatient, Opioid Treatment Program, or Outpatient (aka Ambulatory) Withdrawal Management settings.

**Exhibit 17 Page 930**

COUNTY OF LOS ANGELES

PROGRAMS SERVING PEOPLE EXPERIENCING HOMELESSNESS

**Department of Public Social Services**

---

**1. General Relief (GR) Anti-Homeless -** Designed to assist individuals who are experiencing homelessness. The program provides homeless GR participants with a monthly rental subsidy of up to $475 and move-in-assistance of up to $500.  In addition, access is provided to other necessary supportive services that increase employment and/or approval of Supplemental Security Income (SSI) benefits. The program subsidies are allocated to serve unemployable and employable participants. For GR participants who are on track for SSI approval, the subsidy is subject to reimbursement through the GR interim assistance reimbursement process.

**2. Strategy B1 - HPI Subsidized Housing to Homeless Disabled Individuals Pursuing Supplement Security Income (SSI) -** Designed to assist individuals who are experiencing homelessness. The strategy provides homeless GR participants with a monthly rental subsidy of up to $475 and move-in assistance of up to $500. In addition, access is provided to other necessary supportive services and assistance with securing an approval of Supplemental Security Income (SSI) benefits. The program subsidies are allocated to serve unemployable participants. For GR participants who are on track for SSI approval, the subsidy is subject to reimbursement through the GR interim assistance reimbursement process.

**3. Strategy B1 - AB109 Housing Subsidies -** Designed to assist individuals who are experiencing homelessness. The strategy provides homeless GR participants a monthly rental subsidy of up to $475 and move-in-assistance of up to $500. In addition, access is provided to other necessary supportive services and assistance with securing an approval of SSI benefits. The program subsidies are allocated to serve unemployable participants that have justice involvement. For GR participants who are on track for SSI approval, the subsidy is subject to reimbursement through the GR interim assistance reimbursement process.

**4. Emergency Assistance to Prevent Eviction -** Provides a maximum of $3,000 per Welfare-to-Work (WtW) participant to prevent eviction. Moving Assistance - Provides a maximum of $2,500 per WtW participant to secure housing and/or assist with moving costs.

**5. 4-Month Rental Assistance -** Provides a monthly rental subsidy of up to $500 per WtW participant for a maximum of four consecutive months to help pay for rent after experiencing homelessness or being at-risk of homelessness. Participants enrolled in the WtW Family Stabilization Program can receive up to eight consecutive months of rental subsidy payments.

**6. Temporary Homeless Assistance Program+14 -** Provides up to 14 days of temporary shelter payments per WtW participant at a daily rate from $85 to $145 depending on the number of CalWORKs eligible persons in the Assistance Unit.

**7. CalWORKs Temporary/Permanent Homeless Assistance (HA) -** Temporary HA provides a homeless Assistance Unit (AU) with up to 16 consecutive calendar days of shelter payments so that the AU can obtain temporary shelter from a commercial establishment (e.g., a hotel, motel), a paid shelter, or a person or establishment with whom the AU has entered into a short-term lease, sublease, or shared housing agreement.

---

**Exhibit 17 Page 931**

COUNTY OF LOS ANGELES

PROGRAMS SERVING PEOPLE EXPERIENCING HOMELESSNESS

Permanent HA provides a homeless Assistance Unit (AU) with a payment to help the AU secure permanent housing. The Permanent HA payment includes: 1) an amount not to exceed two months of an AU's rent, for fees the landlord requires before the AU moves in (i.e., last month's rent and any legal payment, fee, deposit, or charge that is required as a condition of assuming occupancy); and 2) additional funds/payments for utility deposits (turn-on fees) required for gas, electricity, and/or water.

**Los Angeles Homeless Services Authority**

**1. Year-Round Emergency Shelter Program (YRP) -** The YRP supports basic emergency shelter and case management to provide immediate emergency assistance upon individuals becoming homeless and is an essential component of the Los Angeles Homeless Continuum of Care. The program provides safe and secure shelter to men, women, and families who need shelter, access to showers, and meals for a brief period before resolving the issues that created the homeless episode. YRP also offers case management and supportive services to engage program participants who need more assistance by connecting them to benefits and stable housing opportunities.

**2. Homeless Emergency Team (HET) -** The HET staff provides intense outreach efforts to locate, identify, assess, and refer homeless individuals and families to supportive services and housing opportunities.

**3. Family Emergency Housing Program CES -** The Family Emergency Housing Program CES provides a uniform method for assessing families in need of housing and supportive services in a coordinated approach across the eight County Service Provider Areas (SPAs). The CES complements and enhances all County homeless programs for families.

**4. CES Family Solution Centers -** The CES provides a uniform method of assessing families in need of housing and supportive services in a coordinated approach across the eight County SPAs. The CES complements and enhances all County homeless programs for families.

**5. CalWORKs Coordinated Entry System (CES) – Prevention Services -** Funding administered by LAHSA under the DPSS/LAHSA CES for Families contract to provide Prevention Services for at-risk CalWORKs and non-CalWORKs families.

**6. Winter Shelter Program (WSP) -** The WSP provides emergency shelter beds during cold winter months.

**7. Homeless Count -** Supports LAHSA's annual homeless count.

**8. HUD County – Cash Match: Planning, Assessment & HMIS -** Provides a required cash match in order to receive HUD grant funding.

**9. Mobile Showers -** The mobile shower program provides mobile shower facilities near homeless encampments throughout the County.

**10. Strategy A1 - Homeless Prevention Program for Families -** A homeless prevention program that provides rental subsidies, case management and employment services, and legal services to families in danger of becoming homeless.

**Exhibit 17 Page 932**

COUNTY OF LOS ANGELES

PROGRAMS SERVING PEOPLE EXPERIENCING HOMELESSNESS

**11. Strategy A5 - Homeless Prevention Program for Individuals -** A homeless prevention program that provides rental subsidies, case management and employment services, and legal services to individuals in danger of becoming homeless.

**12. Strategy B3 - Partner with Cities to Expand Rapid Re-Housing -** Supports rapid re-housing to help homeless families/individuals/youth with low-to moderate housing barriers to be quickly re-housed and stabilized in permanent housing.

**13. Strategy B7 - Interim/Bridge Housing for those Exiting Institutions -** Supports interim/bridge housing stock across the County.

**14. Strategy E6 - Countywide Outreach System -** A countywide network of multidisciplinary, integrated street-based teams to identify, engage and connect, or re-connect, homeless individuals to interim and/or permanent housing and supportive services.

**15. Strategy E7 - Strengthen the Coordinated Entry System -** Supports the Coordinated Entry System for adults, families, and youth.

**16. Strategy E8 - Enhance the Emergency Shelter System -** Supports the Emergency Shelter System, as an effective point-of-access to and component of an integrated homeless services system.

**17. Strategy E14 - Enhanced Services for Transition Age Youth -** Supports the Youth Coordinated Entry System and programs providing housing navigation, access/drop-in centers, shelter, after care/case management and transitional housing for youth.

**Los Angeles County Development Authority**

**1. Affordable Housing Trust Fund\* -** Since the dissolution of redevelopment, The Board of Supervisors created an Affordable Housing Trust Fund to expand the availability of affordable housing in LA County. LACDA receives this fund annually to issue yearly affordable housing NOFAs to create affordable units for low-income and special needs populations.

**2. No Place Like Home -** Supports development of permanent supportive housing for homeless individuals and families with a qualifying mental illness.

**3. HOME Program\* -** Supports affordable and special needs multifamily housing.

**4. Housing Choice Voucher Program\* -** Low-income housing assistance program(s).

**5. Strategy B4 - Facilitate Utilization of Federal Housing Subsidies -** Encourage landlord acceptance of subsidized tenants with a Federally-funded voucher issued by LACDA by providing vacancy payments to hold units, payment of rental application fees, move-in assistance, vacancy loss payments, and/or damage claims.

**6. Homeless Coordinator -** Facilitates the coordination, integration and reporting of all homeless matters, and represents the LACDA at the various meetings and events surrounding the implementation of the

**Exhibit 17 Page 933**

COUNTY OF LOS ANGELES

PROGRAMS SERVING PEOPLE EXPERIENCING HOMELESSNESS

County's 51 Homeless Initiative strategies. Establish and maintain a framework of activities in order to build a strong interagency structure, align policies, promote systems integration, and ensure collaboration among the various LACDA divisions as well as with the other Los Angeles County government agencies and external stakeholders, such as other Public Housing Agencies (PHAs), LAHSA, and the City of Los Angeles.

**7. HUD - Emergency Solutions Grant -** Assist people to quickly regain stability in permanent housing after experiencing a housing crisis and/or homelessness.

**8. HUD - PSH Continuum of Care Funding to Housing Authority -** The Continuum of Care (CoC) program utilizes Federal funding to provide rental assistance and supportive services for homeless individuals and families with a disability. LACDA administers the CoC program in partnership with LAHSA and various Community Based Organizations, prioritizing resources via the Coordinated Entry System.

**9. HUD - Community Development Block Grant\* -** Benefits persons of low- and moderate- income; aids in the prevention or elimination of slums or blight; or meets an urgent development need which is defined as posing a serious and immediate threat to the health and welfare of the community in the past 18 months, and that the grantee is unable to finance on its own nor with other funding sources.

**10. HUD - Housing Opportunities for Persons with HIV/AIDS\* -** Provide rental assistance services to low-income individuals living with AIDS in a professional manner and an atmosphere of care and respect for all clients.

**11. HUD – HOME\* -** Eligible uses of funds include tenant-based rental assistance, housing rehabilitation, assistance to homebuyers, and new construction of housing. Funding may also be used for site acquisition, site improvements, demolition, relocation, and other necessary and reasonable activities related to the development of non-luxury housing.

**12. HUD - Public Housing Operating Subsidy\* -** Provides operating subsidies to housing authorities to assist with the operating and maintenance expenses of their own dwellings. The subsidies are required to help maintain services and provide minimum operating reserves.

**13. Public Housing Project Based -** Project-based housing ties federal rental assistance to specific rental units in a housing development or scattered site setting. LACDA administers a number of project-based units, some of which are targeted to homeless individuals and families.

**Exhibit 17 Page 934**

COUNTY OF LOS ANGELES

PROGRAMS SERVING PEOPLE EXPERIENCING HOMELESSNESS

**Sheriff's Department**

**1. Homeless Outreach Services Team (HOST) -** The HOST team delivers dedicated public safety outreach services to people experiencing homelessness and collaborates with other County departments, contracted service providers, community-based organizations, and other police agencies to assist the homeless population countywide.

**2. Strategy D2 - Expand Jail In Reach -** Conduct jail in-reach services (homeless case management) with inmates who self-identify as homeless at jail intake.

**3. DOJ Paragraph 34\* -** Provide comprehensive and compassionate release planning, resources aimed at providing inmates with mental illness the tools and support needed to successfully re-enter the community.

**4. Whole Person Care \*-** Provide homelessness diversion and re-entry, substance use disorder treatment and Mental Health Care for the County's most vulnerable populations.

**Probation Department**

**1. INVEST -** Program provides comprehensive job preparation and placement for probationers and post-release individuals. Specially trained deputy probation officer (DPO) work with WDACS, American Job Centers of California to provide support to probationer in the program. The program provides specialized support specifically focused on the challenges faced by justice involved individuals in obtaining and maintaining employment.

**2. AB 109 Housing Contract -** Inmates released from state prison are provided with up to 180 days of transitional housing with a goal of realizing permanent housing at the end of 180 days. Includes case management services, system navigation services, and employment preparation, search, and retention assistance.

**Public Defender**

**1. Strategy D6 - Criminal Record Clearing Project –** The Criminal Record Clearing Project provides record clearing services for the homeless population by directly serving these clients at outreach events hosted by homeless service providers and government agencies at their respective facilities.

**Exhibit 17 Page 935**

COUNTY OF LOS ANGELES

PROGRAMS SERVING PEOPLE EXPERIENCING HOMELESSNESS

**Workforce Development, Aging and Community Services**

**1. Strategy C2/C7 - Increase Employment for Homeless Adults -** An innovative and collaborative partnership that unites the Workforce Development System with employment Social Enterprises (SEs) to assist those impacted by homelessness into the workforce. Social Enterprises provide homeless, formerly homeless, and individuals at risk of homelessness with transitional subsidized employment paired with wrap-around supports and barrier removal services. Simultaneously, the workforce development system works collaboratively with the Social Enterprises to provide participants career development, job training, employment assistance and intensive employment retention services.

**2. Adult Protective Services Home Safe -** Assist Adult Protective Services (APS) clients who are homeless or at imminent risk of homelessness as a result of elder abuse by providing housing-related assistance, including short-term financial assistance, legal services, eviction prevention, heavy cleaning, and landlord mediation, among other services.

**3. HireUp -** The HireUp program was designed to provide individuals who are experiencing homelessness an opportunity for training and attachment to high road employment opportunities to stabilize in both housing and careers. HireUp is a career pathway program for job-ready adults that provides individuals with paid employment skills training and wrap around services through multi-agency collaboration. Upon successful completion, participants will be placed into high-road career pathways providing full-time, unsubsidized employment with union partners.

**4. Alternative Staffing Organizations (ASO) -** The Los Angeles County ASO program serves County residents who are 18 and over and who are considered homeless, as defined by Housing and Urban Development (HUD), by providing avenues into the workforce. This employment program aims to assist those affected by homelessness in the Los Angeles County region into subsidized temporary employment positions with the long-term goal of financial stability through stable employment in high-growth industries. Program features include: temporary subsidized employment, placement into unsubsidized employment, barrier removal services, supportive services, soft skills training and workshops, and assistance with enrollment into workforce development programs.

**Exhibit 17 Page 936**