RODRIGO A. CASTRO-SILVA (SBN 185251), *County Counsel*
rcastro-silva@counsel.lacounty.gov
LAUREN M. BLACK (SBN 192302), *Assistant County Counsel*
AMIE S. PARK (SBN 273346), *Deputy County Counsel*
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:   (213) 974-1830
Facsimile:   (213) 626-7446

BYRON J. MCLAIN (SBN 257191)
bmclain@foley.com
FOLEY & LARDNER, LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:   (310) 972-4500
Facsimile:   (213) 486-0065

LOUIS R. MILLER (SBN 54141)
smiller@millerbarondess.com
MIRA HASHMALL (SBN 216842)
EMILY A. RODRIGUEZ-SANCHIRICO (SBN 311294)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>  Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES**<br><br>**NOTICE OF LODGING [PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(B)**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

Case No. 2:20-cv-02291 DOC-KES
NOTICE OF LODGING [PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES'
MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(B)

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant County of Los Angeles hereby lodges with the Court the following document, a true and correct copy of which is attached hereto:

1. [Proposed] Order Granting Defendant County Of Los Angeles' Motion To Dismiss Pursuant To F.R.C.P. 12(B)

DATED: March 29, 2021          MILLER BARONDESS, LLP

By: /s/ Louis R. Miller
LOUIS R. MILLER
Attorneys for Defendant
COUNTY OF LOS ANGELES

Case No. 2:20-cv-02291 DOC-KES
NOTICE OF LODGING [PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(B)