# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*, | CASE NO. 2:20-cv-02291 DOC-KES |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(B)** |
| v. | |
| CITY OF LOS ANGELES, *et al.*, | Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |
| Defendants. | |

## ORDER

On May 3, 2021, Defendant County of Los Angeles' ("County") Motion to Dismiss Plaintiff LA Alliance for Human Rights, et al.'s Complaint Pursuant to F.R.C.P. 12(b) ("Motion") came on for hearing on May 10, 2021 in the above-captioned Court, the Honorable David O. Carter presiding. All parties were represented at the hearing by their respective counsel of record.

**IT IS HEREBY ORDERED THAT:**

1. The County's Motion is **GRANTED**; and
2. The First, Second, Third, Fourth, Sixth, Seventh, Eleventh, Twelfth, and Fourteenth Causes of Action against the County in the Complaint are dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable David O. Carter
Judge of the United States District Court