# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

## ORDER

On May 3, 2021, Defendant County of Los Angeles' ("County") Request for Judicial Notice (the "RJN") in Support of its Motion to Dismiss came on for hearing in the above-captioned court, the Honorable David O. Carter presiding.

Having reviewed the pleadings and heard oral argument, if any, the Court hereby takes judicial notice of the following documents:

1. The February 2016 report published by the Los Angeles County Homeless Initiative, titled "Approved Strategies to Combat Homelessness," a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 1**.

2. The February 28, 2020 Homeless Initiative Quarterly Report No. 16, submitted to the Los Angeles County Board of Supervisors ("Board") by the Los Angeles County Chief Executive Office ("CEO"), a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 2**.

3. The Measures appearing on the March 7, 2017 Ballot, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 3**.

4. The September 29, 2017 report submitted to the Board by the CEO, titled "Homeless Initiative Measure H Strategy Implementation Plans," a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 4**.

5. The September 15, 2020 report submitted to the Board by the CEO, titled "Fiscal Year 2020-21 Measure H and Homeless Housing, Assistance and Prevention (HHAP) Funding Recommendations," a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 5**.

6. The February 22, 2021 Countywide Homeless Initiative's Year Four

performance evaluation prepared by Public Sector Analytics, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 6**.

7. The May 15, 2020 report submitted to the Board by the CEO, titled "Piloting a Comprehensive Crisis Response to Ensure Post-COVID-19 Housing for Homeless Older Adults in Los Angeles County (Item No. 8, Agenda of April 14, 2020)," a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 7**.

8. The March 15, 2021 Los Angeles County Emergency Operations Center COVID-19 Update, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 8**.

9. The July 2, 2020 report submitted to the Board by the CEO, titled "Developing a COVID-19 Recovery Plan Related to People Experiencing Homelessness (Item No. 4, Agenda of May 12, 2020)," a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 9**.

10. The March 24, 2020 report submitted to the Board by the CEO, titled "Establishing a Comprehensive Homelessness Crisis Response Strategy in Los Angeles (Item No. 2, Agenda of January 21, 2020)," a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 10**.

11. The April 14, 2020 Revised Motion by Los Angeles County Supervisors Mark Ridley-Thomas and Janice Hahn, titled "Piloting a Comprehensive Crisis Response to Ensure Post-COVID-19 Housing for Homeless Older Adults in Los Angeles County," a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 11**.

12. The Board's April 14, 2020 Statement of Proceedings, a true and

1 correct copy of which is attached to the Declaration of Mira Hashmall
2 as **Exhibit 12**.

3  13.  The May 12, 2020 Motion by Los Angeles County Supervisors Sheila Kuehl and Mark Ridley-Thomas, titled "Developing a COVID-19 Recovery Plan Related to People Experiencing Homelessness," a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 13**.

  14.  The Board's May 12, 2020 Statement of Proceedings, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 14**.

  15.  The May 2, 2017 report to the Board, titled "Adopt the Department of Mental Health's Mental Health Services Act Three-Year Program and Expenditure Plan for Fiscal Years 2017-18, 2018-19 and 2019-20," a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 15**.

  16.  Excerpts from the Los Angeles County Department of Mental Health's website, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 16**.

  17.  The County's Report of Available Resources for People Experiencing Homelessness, filed with this Court at ECF Dkt. No. 189, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 17**.

  18.  The December 3, 2020 Homeless Initiative Quarterly Report No. 18, submitted to the Board by the CEO, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 18**.

**IT IS SO ORDERED.**

DATED: _____

                      Honorable David O. Carter
                      Judge of the United States District Court