SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
mumhofer@spertuslaw.com
emitchell@spertuslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association, JOSEPH BURK, HARRY TASHDJIAN, KARYN PINSKY, CHARLES MALOW, CHARLES VAN SCOY, GEORGE FREM, GARY WHITTER, and LEANDRO SUAREZ, individuals, Plaintiffs,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 200 inclusive, Defendants.,<br><br>Defendants. | CASE NO. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>***UNOPPOSED EX PARTE APPLICATION TO EXTEND PAGE LIMITATION FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ELIZABETH MITCHELL*** |

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

EX PARTE APPLICATION RE PAGE LIMIT

PLEASE TAKE NOTICE THAT Plaintiffs LA Alliance for Human Rights, Joseph Burk, Harry Tashdjian, Karyn Pinsky, Charles Malow, Charles Van Scoy, George Frem, Gary Whitter, and Leandro Suarez ("Plaintiffs") move *ex parte*, pursuant to Local Rule 7-19, for an extension of ten pages for their preliminary injunction motion, for a total page limit of 35 pages.

On April 6, 2021, the undersigned counsel for Plaintiffs notified Defendants and Intervenors of Plaintiffs' intent to file this application to request 10 additional pages. Counsel for Defendant County indicated the County would "submit the matter to the Court" without opposition. Counsel for Defendant City indicated the City would not oppose a request for additional pages "as long as all parties receive the same number of additional pages." Plaintiffs do not oppose an extension of ten pages for Defendants' opposition.

The name, address, telephone number, and email address of Defendants counsel is as follows:

**Counsel for City**
Scott Marcus; Scott.Marcus@lacity.org
Arlene Hoang; Arlene.Hoang@lacity.org
Jessica Mariani; Jessica.Mariani@lacity.org
200 N. Main Street, 7th Floor
Los Angeles, CA 90012
(213) 978-4681

`                **Counsel for County**
Rodrigo A. Castro-Silva; rcastro-silva@counsel.lacounty.gov
Lauren M. Black; lblack@counsel.lacounty.gov;
Amie S. Park; apark@counsel.lacounty.gov
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone: (213) 974-1830

Byron J. Mclain; bmclain@foley.com
FOLEY & LARDNER, LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone: (310) 972-4500

1

Louis R. Miller; smiller@millerbarondess.com
Mira Hashmall; mhashmall@millerbarondess.com
Emily A. Rodriguez-Sanchirico; esanchirico@millerbarondes.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400

This *Ex Parte* Application is based on this Application, the supporting Memorandum of Points and Authorities, the supporting Declaration of Elizabeth Mitchell, and other written or oral argument that Plaintiffs may present to the Court.

Dated: April 7, 2021                    */s/ Elizabeth A. Mitchell*
                                        SPERTUS, LANDES & UMHOFER, LLP
                                        Matthew Donald Umhofer (SBN 206607)
                                        Elizabeth A. Mitchell (SBN 251139)

                                        *Attorneys for Plaintiffs*

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles. CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

2

EX PARTE APPLICATION RE PAGE LIMIT

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiffs file this application for *Ex Parte* relief to extend the page limit by ten (10) pages, to a total of thirty-five (35) pages, for Plaintiffs Motion for Preliminary Injunction.

On March 19, 2020 the parties jointly agreed to stay litigation pending exploration of global settlement.  Progress has been made; however, it has been over a year since that agreement and no global settlement has been reached.  In that time over a thousand persons experiencing homelessness ("PEH") have died, many because of a lack of shelter.  Plaintiffs can wait no longer and will be filing a motion for preliminary injunction forthwith.  However, given the extensive facts and complicated legal issues involved, the twenty-five (25) page limit in Local Rule 11-6 is insufficient to support a thorough analysis.

*Ex parte* applications are proper when "the party seeks a routine procedural order that cannot be obtained through a regularly noticed motion (i.e., **to file an overlong brief** or shorten the time within which a motion may be brought)." *Horne v. Wells Fargo Bank, N.A.*, 969 F. Supp. 2d 1203, 1205 (C.D. Cal. 2013) (emphasis added); *accord In re Intermagnetics Am., Inc.*, 101 B.R. 191, 193–94 (C.D. Cal. 1989).  Here, because Plaintiffs must file no later than April 12, 2021 to coincide with Defendant County's Motion to Dismiss, and because the order sought is a "routine procedural order" of the specific type identified by *Horne*, this *ex parte* application is proper.  Moreover, this request is not opposed by either party.

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

3

EX PARTE APPLICATION RE PAGE LIMIT

Because a complete factual record and thorough legal analysis is essential to this matter of critical civic importance, Plaintiffs respectfully request an additional ten (10) pages for their Motion for Preliminary Injunction.

Dated: April 7, 2021                    /s/ Elizabeth A. Mitchell
                                         SPERTUS, LANDES & UMHOFER, LLP
                                         Matthew Donald Umhofer (SBN 206607)
                                         Elizabeth A. Mitchell (SBN 251139)

                                         *Attorneys for Plaintiffs*

4

EX PARTE APPLICATION RE PAGE LIMIT

**DECLARATION OF ELIZABETH MITCHELL**

I, Elizabeth A. Mitchell, hereby declare as follows:

1.     I am an attorney at the law firm of Spertus, Landes, & Umhofer LLP, and I represent Plaintiffs in this action.  I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2.     I emailed counsel for Defendants and Intervenors on April 6, 2021 and relayed Plaintiffs' intention to file this application to request 10 additional pages. Counsel for Defendant County, Skip Miller, indicated the County would "submit the matter to the Court" without opposition.  Counsel for Defendant City, Scott Marcus, indicated the City would not oppose a request for additional pages "as long as all parties receive the same number of additional pages."

3.     Plaintiffs do not oppose an extension of ten pages for Defendants' opposition.

4.     A ten (10) page extension of the 25-page limit contained in Local Rule 11-16 is necessary to present a thorough factual record and complete legal analysis to the Court in Plaintiffs' Motion for Preliminary Injunction which is anticipated to be filed no later than April 12, 2021.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed in Los Angeles, California on April 7, 2021.

*/s/ Elizabeth A. Mitchell*
Elizabeth A. Mitchell

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA  90025
Telephone 310-826-4700; Facsimile 310-826-4711

5

EX PARTE APPLICATION RE PAGE LIMIT