Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association, JOSEPH BURK, HARRY TASHDJIAN, KARYN PINSKY, CHARLES MALOW, CHARLES VAN SCOY, GEORGE FREM, GARY WHITTER, and LEANDRO SUAREZ, individuals, Plaintiffs, | CASE No. 2:20-CV-02291-DOC-(KESx) |
| | Assigned to Judge David O. Carter |
| Plaintiffs, | **ORDER RE UNOPPOSED *EX PARTE* APPLICATION TO EXTEND PAGE LIMITATION FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [262]** |
| v. | |
| CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 200 inclusive, Defendants., | |
| Defendants. | |

ORDER RE EX PARTE APPLICATION RE PAGE LIMIT

Having reviewed the papers, and good cause appearing therefor, IT IS HEREBY ORDERED:

The page limit for Plaintiffs' Motion for Preliminary Injunction is extended by ten (10) pages.  The new page limit for Plaintiffs' Motion for Preliminary Injunction is thirty-five (35) pages.

Dated:   April 7, 2021

*David O. Carter*

Hon. David O. Carter
United States District Court Judge

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES. CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

1
ORDER RE EX PARTE APPLICATION RE PAGE LIMIT