# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-(KESx)            Date: April 13, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS, et al. v. CITY OF LOS ANGELES, et al.

---

PRESENT: THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER LIFTING STAY AND SETTING BRIEFING SCHEDULE**

At the March 19, 2020 emergency status conference, the parties in this case agreed to stay the litigation in order to explore the possibility of settlement (Dkt. 90; Dkt. 255 at 2). In light of the Motion to Dismiss filed by Defendant County of Los Angeles on March 29, 2021 and the Motion for Preliminary Injunction filed by Plaintiffs LA Alliance et al. on April 12, 2021, the Court hereby LIFTS the stay. Defendants are hereby ORDERED to comply with Local Rule 7-9 and file their opposition to Plaintiffs' Motion for Preliminary Injunction "not later than twenty-one (21) days before the date designated for the hearing of the motion," by April 19, 2021. *See* L.R. 7-9. No reply will be required from Plaintiffs.

In their oppositions to the Motion for Preliminary Injunction, Defendants are further ORDERED to respond to the Brief on Behalf of Amici Curiae NAACP–Compton, Core–California, and Committee for Safe Havens filed on April 11, 2021 (Dkt. 264). Defendants may have a page limit of thirty-five (35) pages for their opposition.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                          Initials of Deputy Clerk: kd