MICHAEL N. FEUER, City Attorney (SBN 111529)
KATHLEEN A. KENEALY, Chief Deputy City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 North Main Street, City Hall East, 7th Floor
Los Angeles, California 90012
Telephone: 213-978-4681
Facsimile: 213-978-7011
Email:  Scott.Marcus@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>　　　　Defendants. | Case No. CV 20-02291 DOC (KES)<br><br>**DEFENDANT CITY OF LOS ANGELES' QUARTERLY STATUS REPORT PURSUANT TO THE MEMORANDUM OF UNDERSTANDING BETWEEN THE COUNTY OF LOS ANGELES AND THE CITY OF LOS ANGELES [DKT. 185-1]**<br><br>**Hon. David O. Carter**<br>**United States District Judge** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to, and in compliance with, Section IV (B)(1) of the Memorandum of Understanding between the County of Los Angeles and the City of Los Angeles ("MOU") dated October 9, 2020 (Dkt. 185-1), Defendant City of Los Angeles ("the City") submits the following documents attached hereto:

A.   **Exhibit A** is a report showing the interventions developed by the City pursuant to the MOU that will be open and occupiable on April 16, 2021.  On April 16, 2021, the City will have developed 5,467 open and occupiable new intervention beds (of the agreed-upon 5,300 beds), and 728 open and occupiable beds in interventions that were pursuant to existing agreements with the County of Los Angeles (of the agreed-upon 700 beds), for a total of 6,195 open and occupiable beds.

B.   **Exhibit B** is the Homeless Roadmap Quarterly Report, which summarizes the type of interventions being developed in each Council District, the number of beds provided in each intervention, the status of each project, and the number of unsheltered Angelenos from each of the three target populations placed in each intervention.

C.   **Exhibit C** contains updated Council District Plans reflecting the current status of each Council District's Interventions in Development to shelter people experiencing homelessness, and Possible Additional Interventions being contemplated for development.  Prior versions of these Council District Plans were filed by the City in connection with its July 15, 2020 status report (Dkt. 153-1), October 15, 2020 Quarterly Status Report Pursuant to the MOU (Dkt. 186), and January 15, 2021 Quarterly Status Report Pursuant to the MOU (Dkt. 204).

D.   **Exhibit D** is a report to City Council, dated March 18, 2021, that contains the Office of the City Administrative Officer's funding recommendations for the City's interventions.

DEFENDANT CITY OF LOS ANGELES' QUARTERLY STATUS REPORT PURSUANT TO THE MEMORANDUM OF UNDERSTANDING BETWEEN THE COUNTY OF LOS ANGELES AND THE CITY OF LOS ANGELES [DKT. 185-1]

| | | |
|---|---|---|
| 1 | DATED:  April 15, 2021 | MICHAEL N. FEUER, City Attorney |
| 2 | | KATHLEEN A. KENEALY, Chief Deputy City Attorney |
| | | SCOTT MARCUS, Senior Assistant City Attorney |
| 3 | | ARLENE N. HOANG, Deputy City Attorney |
| 4 | | JESSICA MARIANI, Deputy City Attorney |
| 5 | | By: /s/     *Scott Marcus* |
| | | SCOTT MARCUS, Senior Assistant City Attorney |
| 6 | | Counsel for Defendant City of Los Angeles |

DEFENDANT CITY OF LOS ANGELES' QUARTERLY STATUS REPORT PURSUANT TO THE MEMORANDUM OF UNDERSTANDING BETWEEN THE COUNTY OF LOS ANGELES AND THE CITY OF LOS ANGELES [DKT. 185-1]