# EXHIBIT A

| | | **COVID-19 Homelessness Roadmap**<br>**City-County MOU**<br>Interventions Open and Occupiable on April 16, 2021 | | | |
|---|---|---|---|---|---|
| No. | CD | Bed Category | Address / Location | No. of Beds | Open & Occupiable |
| | | **New Interventions** | | | |
| 1 | 1 | Interim Housing | Echo Park Community Center<br>303 Patton Street | 27 | 4/1/2021 |
| 2 | 2 | Interim Housing | 13160 Raymer St. | 85 | 7/16/2020 |
| 3 | 2 | Interim Housing | 7700 Van Nuys Blvd. | 100 | 8/17/2020 |
| 4 | 2 | Interim Housing (Pallet) (7) | 11471 Chandler Blvd. | 75 | 2/1/2021 |
| 5 | 2 | Interim Housing (Pallet) (7) | 6099 Laurel Canyon Blvd. | 200 | 4/12/2021 |
| 6 | 4 | Interim Housing | 3428 Riverside Drive | 100 | 7/28/2020 |
| 7 | 4 | Interim Housing | Pan Pacific Park<br>7600 Beverly Blvd | 73 | 4/1/2021 |
| 8 | 4 | Interim Housing | 1701 Camino Palmero St. | 21 | 4/16/2021 |
| 9 | 5 | Interim Housing | 1479 S. La Cienega | 54 | 6/22/2020 |
| 10 | 6 | Interim Housing | 14333 Aetna St. | 70 | 8/10/2020 |
| 11 | 6 | Interim Housing | 6909 N Sepulveda Blvd. | 146 | 4/16/2021 |
| 12 | 7 | Interim Housing | Greater Missionary Church<br>11067 Norris Avenue | 57 | 4/1/2021 |
| 13 | 8 | Interim Housing | Home At Last Women's Shelter<br>8311 S. Western Avenue | 30 | 4/1/2021 |
| 14 | 8 | Interim Housing | Bryant Temple AME<br>2514 W. Vernon Ave. | 20 | 4/1/2021 |
| 15 | 8 | Interim Housing | 8501 1/2 S. Vermont Ave. | 25 | 4/16/2021 |
| 16 | 8 | Interim Housing | 5615 - 5749 South Western Ave. | 7 | 4/16/2021 |
| 17 | 9 | Interim Housing | Home At Last Men's Shelter<br>5171 S. Vermont Ave. | 20 | 4/1/2021 |
| 18 | 9 | Interim Housing | 5100 S. Central Ave. | 25 | 4/1/2021 |
| 19 | 9 | Interim Housing | 4601 Figueroa | 30 | 4/16/2021 |
| 20 | 9 | Interim Housing | 8501 S. Broadway | 150 | 4/16/2021 |
| 21 | 10 | Interim Housing | 1819 S. Western Avenue | 15 | 9/21/2020 |
| 22 | 10 | Interim Housing | 625 La Fayette Pl. | 70 | 3/1/2021 |
| 23 | 13 | Interim Housing | Shatto Park Recreation Center<br>3191 W. 4th St. | 48 | 4/1/2021 |
| 24 | 13 | Interim Housing | 5941 Hollywood Blvd. | 30 | 4/15/2021 |
| 25 | 14 | Interim Housing | 310 N. Main St. | 99 | 8/18/2020 |
| 26 | 14 | Interim Housing | 566 S. San Pedro | 60 | 2/1/2021 |
| 27 | 14 | Interim Housing | Scattered Sites - SRO Housing | 60 | 3/1/2021 |

| | COVID-19 Homelessness Roadmap<br>City-County MOU<br>Interventions Open and Occupiable on April 16, 2021 | | | |
|---|---|---|---|---|
| **No.** | **CD** | **Bed Category** | **Address / Location** | **No. of Beds** | **Open & Occupiable** |
| 28 | 14 | Interim Housing | 1060 N Vignes St. | 232 | 4/1/2021 |
| 29 | 14 | Interim Housing | Weingart Center<br>566 S. San Pedro St. | 49 | 4/1/2021 |
| 30 | 14 | Interim Housing | 543 Crocker St. | 40 | 4/16/2021 |
| 31 | 15 | Interim Housing | 515 N. Beacon Street (2) | 38 | 7/7/2020 |
| 32 | 15 | Interim Housing | 828 Eubank Ave. | 100 | 7/7/2020 |
| 33 | N/A | Interim Housing | Various | 44 | 4/16/2021 |
| 34 | 1 | Permanent Supportive Housing | 1255 S Elden Ave. | 93 | 2/3/2021 |
| 35 | 5 | Permanent Supportive Housing | 8866 W Pico Blvd. | 48 | 8/7/2020 |
| 36 | 6 | Permanent Supportive Housing | 11050 W. Arminta St. | 110 | 2/23/2021 |
| 37 | 9 | Permanent Supportive Housing | 1036 E 35th St. | 74 | 3/24/2021 |
| 38 | 10 | Permanent Supportive Housing | 4018 S Buckingham Rd. | 103 | 11/23/2020 |
| 39 | 13 | Permanent Supportive Housing | 252 S. Rampart Blvd. | 23 | 11/9/2020 |
| 40 | 1 | Project Homekey/Interim Housing (1) | Solaire Hotel<br>1710 7th St. | 81 | 1/1/2021 |
| 41 | 3 | Project Homekey/Interim Housing (1) | Howard Johnson<br>7432 Reseda Blvd. | 62 | 1/1/2021 |
| 42 | 3 | Project Homekey/Interim Housing (1) | Super 8 Canoga Park<br>7631 Topanga Canyon | 46 | 1/1/2021 |
| 43 | 6 | Project Homekey/Interim Housing (1) | Econo Motor Inn<br>8647 N. Sepulveda Blvd. | 49 | 3/17/2021 |
| 44 | 8 | Project Homekey/Interim Housing (1) | EC Motel<br>3501 Western Ave. | 26 | 4/15/2021 |
| 45 | 10 | Project Homekey/Interim Housing (1) | Best Inn<br>4701 W Adams Blvd. | 21 | 3/23/2021 |
| 46 | 12 | Project Homekey/Interim Housing (1) | Travelodge<br>21603 Devonshire St. | 50 | 3/15/2021 |
| 47 | 13 | Project Homekey/Interim Housing (1) | The NEST<br>253 S. Hoover St. | 33 | 3/22/2021 |
| 48 | 14 | Project Homekey/Interim Housing (1) | Titta's Inn<br>5333 Huntington Dr. | 39 | 4/6/2021 |

| | | **COVID-19 Homelessness Roadmap**<br>**City-County MOU**<br>Interventions Open and Occupiable on April 16, 2021 | | | |
|---|---|---|---|---|---|
| No. | CD | Bed Category | Address / Location | No. of Beds | Open & Occupiable |
| 49 | 14 | Project Homekey/Interim Housing (1) | Super 8 Alhambra<br>5350 S Huntington Dr. | 43 | 4/7/2021 |
| 50 | All | Project Roomkey/Interim Housing (3) | Sportsmen's Lodge Hotel<br>12825 Ventura Blvd. | 165 (6) | 11/1/2020 |
| 51 | All | Project Roomkey/Interim Housing (3) | The Mayfair Hotel<br>1256 W. 7th St. | 294 | 11/1/2020 |
| 52 | All | Project Roomkey/Interim Housing (3) | The L.A. Grand Hotel Downtown<br>333 S. Figueroa St. | 483 | 11/1/2020 |
| 53 | All | Project Roomkey/Interim Housing (3) | Vagabond Inn San Pedro<br>215 S Gaffey St. | 72 | 4/15/2021 |
| 54 | All | Project Roomkey/Interim Housing (3) | Airtel<br>7277 Valjean Ave. | 240 | 4/15/2021 |
| 55 | All | Project Roomkey/Interim Housing (3) | Shelter Hotels<br>457 S. Mariposa Ave. | 48 | 4/16/2021 |
| 56 | All | Project Roomkey/Interim Housing (3) | H Hotel<br>6151 W. Century Blvd. | 49 | 4/16/2021 |
| 57 | All | Project Roomkey/Interim Housing (3) | America's Best Value Inn<br>1123 W 7th St. | 61 | 4/16/2021 |
| 58 | All | Project Roomkey/Interim Housing (3) | Best Western Dragon's Gate Inn<br>818 N. Hill St. | 52 | 4/16/2021 |
| 59 | All | Rapid Rehousing / Shared Housing (4) | Various | 644 | In Process |
| 60 | 3 | Safe Parking | 7128 Jordan Ave. | 25 | 3/18/2021 |
| 61 | 9 | Safe Parking | 1201 S Figueroa St. | 30 | 11/2/2020 |
| 62 | 9 | Safe Parking | 4301 S Central Ave. | 10 | 3/8/2021 |
| 63 | 11 | Safe Parking | 11339 Iowa Ave. | 10 | 10/1/2020 |
| 64 | 11 | Safe Parking | 9100 Lincoln Blvd. | 20 | 10/6/2020 |
| 65 | 12 | Safe Parking | Metrolink Station - Northridge<br>8775 Wilbur Ave. | 20 | 4/7/2021 |
| 66 | 13 | Safe Parking | Cahuenga Branch Library<br>4591 Santa Monica Blvd. | 10 | 3/15/2021 |
| 67 | 13 | Safe Parking | 1033 Cole Ave. | 10 | 4/12/2021 |
| 68 | 15 | Safe Parking | 19610 S. Hamilton Ave. | 25 | 2/15/2021 |
| 69 | 15 | Safe Parking | 711 S. Beacon St. | 25 | 3/1/2021 |
| 70 | 13 | Safe Sleeping | 317 N Madison Ave (5) | 73 | 4/16/2021 |
| | | | *Subtotal:* | 5,467 | /5300 |

| No. | CD | Bed Category | Address / Location | No. of Beds | Open & Occupiable |
|---|---|---|---|---|---|
|  | **COVID-19 Homelessness Roadmap City-County MOU Interventions Open and Occupiable on April 16, 2021** | | | | |
| | | *Interventions in Existing Agreements with the County* | | | |
| 71 | 3 | Interim Housing | 7621 Canoga Ave. | 81 | 2/1/2021 |
| 72 | 4 | Interim Housing | 3061 Riverside Dr. | 80 | 4/15/2021 |
| 73 | 7 | Interim Housing | Sylmar Armory 12860 Arroyo St. | 85 | 8/3/2020 |
| 74 | 14 | Interim Housing | 1426 Paloma St. | 120 | 12/21/2020 |
| 75 | 15 | Interim Housing | 515 N. Beacon Street (2) | 62 | 7/7/2020 |
| 76 | 1 | Permanent Support Housing | 1532 W. Cambria St. | 57 | 10/9/2020 |
| 77 | 7 | Permanent Support Housing | 13574 W. Foothill Blvd. | 48 | 3/15/2021 |
| 78 | 8 | Permanent Support Housing | 5501 S. Western Ave. | 33 | 3/31/2021 |
| 79 | 9 | Permanent Support Housing | 6901 S. Main St. | 50 | 11/17/2020 |
| 80 | 9 | Permanent Support Housing | 4050 S. Figueroa St. | 57 | 3/31/2021 |
| 81 | 14 | Permanent Support Housing | 649 S. Wall St. | 55 | 2/26/2021 |
| | | | *Subtotal:* | 728 | /700 |
| | | Total Confirmed to be Open and Occupiable on April 16, 2021: | | 6,195 | /6000 |

(1) The Project Homekey program is an interim housing program implemented through hotel rooms purchased by the City. Approximately 10% of Project Homekey interventions scheduled to open by April 16, 2021 will be under accessibility renovations, and will not be occupiable. These rooms will become occupiable by December 16, 2021.
(2) 515 Beacon Street is partially funded by the County, and the beds are split by funding source between those in an existing agreement
(3) Project Roomkey is an interim housing program implemented through hotel rooms leased by the City. Project Roomkey beds extended within City COVID-19 Homelessness Roadmap (Roadmap) because all beds were extended past their scheduled March 2021 end
(4) LAHSA is funded for 3,000 placements by December 16, 2021, and anticipates 644 people experiencing homelessness being placed
(5) 317 Madison Ave. was recently confirmed to be open and occupiable by April 16, 2021.
(6) Sportsmen's Lodge confirmed an additional 17 rooms are available for Project Roomkey, increasing the total rooms from 148 to 165 rooms.
(7) Pallet shelters are used to create Tiny Home Villages, an innovative interim housing mode.