# EXHIBIT B

| | | | COVID-19 Homelessness Roadmap<br>Quarterly Report<br>Quarter Ending March 31, 2021 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Individuals Served since June 16, 2020 | | | | | |
| No. | CD | Project Type (1) | Address / Location | Beds* (3) | Status | Open & Occupiable Date | PEH** within 500 ft (4)(5) (Individuals) | PEH 65 Years or Older (Individuals) | PEH Other Vulnerable (6) (Individuals) | Total PEH Served per the Agreement (Individuals) | Other PEH (Not Prioritized in Agreement) (Individuals) | Total PEH Served to Date (Individuals) |
| 1 | All | Rapid Rehousing / Shared Housing | Scattered Sites | 3000 | In Process | | 4 | 87 | 282 | 373 | 12 | 385 |
| 2 | All | Project Roomkey (9) | Sportsmen's Lodge | 165 | Open | 11/1/2020 | 6 | 33 | 225 | 264 | 16 | 280 |
| 3 | All | Project Roomkey (9) | Mayfair | 294 | Open | 11/1/2020 | 42 | 83 | 370 | 495 | 29 | 524 |
| 4 | All | Project Roomkey (9) | LA Grand | 483 | Open | 11/1/2020 | 224 | 123 | 585 | 932 | 69 | 1001 |
| 5 | All | Project Roomkey (10) | Shelter Hotel | 48 | In Process | | | | | | | |
| 6 | All | Project Roomkey (10) | H Hotel | 49 | In Process | | | | | | | |
| 7 | All | Project Roomkey (10) | America's Best Value | 61 | In Process | | | | | | | |
| 8 | All | Project Roomkey (10) | Best Western Dragon's Gate | 52 | In Process | | | | | | | |
| 9 | All | Project Roomkey (10) | Vagabond Inn San Pedro | 72 | In Process | | | | | | | |
| 10 | All | Project Roomkey (10) | Airtel | 240 | In Process | | | | | | | |
| 11 | All | Project Roomkey (10) | Royal Pagoda | 35 | In Process | | | | | | | |
| 12 | 1 | Interim Housing | Echo Park Community Center 303 Patton St. | 27 | In Process | | | | | | | |
| 13 | 1 | Permanent Supportive Housing | 1255 S Elden Ave. | 93 | Open | 2/3/2021 | 0 | 0 | 0 | 0 | 10 | 10 |
| 14 | 1 | Project Homekey | Solaire Hotel 1710 7th St | 91 | Open | 1/1/2021 | 3 | 20 | 63 | 86 | 1 | 87 |
| 15 | 2 | A Bridge Home | 13160 Raymer St. | 85 | Open | 7/16/2020 | 0 | 10 | 66 | 76 | 97 | 173 |
| 16 | 2 | A Bridge Home | 7700 Van Nuys Blvd. | 100 | Open | 8/17/2020 | 2 | 19 | 56 | 77 | 116 | 193 |
| 17 | 2 | Interim Housing (Pallet) | 11471 Chandler Blvd. | 75 | Open | 2/1/2021 | 0 | 0 | 15 | 15 | 45 | 60 |
| 18 | 2 | Interim Housing (Pallet) | 6099 Laurel Canyon Blvd. aka Alexandria Park | 200 | In Process | | | | | | | |
| 19 | 2 | Interim Housing (Pallet) | 12600 Saticoy St. | 150 | In Process | | | | | | | |
| 20 | 3 | Interim Housing (Pallet) | 19040 Vanowen St. | 101 | In Process | | | | | | | |
| 21 | 3 | Interim Housing (Pallet) | 6073 N Reseda Blvd. aka Topham | 148 | In Process | | | | | | | |
| 22 | 3 | Project Homekey | Howard Johnson 7432 Reseda Blvd. | 75 | Open | 1/1/2021 | 0 | 30 | 66 | 96 | 0 | 96 |
| 23 | 3 | Project Homekey | Super 8 Canoga Park 7631 Topanga Canyon | 46 | Open | 1/1/2021 | 1 | 9 | 37 | 47 | 2 | 49 |
| 24 | 3 | Safe Parking | 7128 Jordan Ave. | 25 | Open | 3/22/2021 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | 4 | A Bridge Home | 3428 Riverside Dr. | 100 | Open | 7/28/2020 | 7 | 8 | 52 | 67 | 72 | 139 |
| 26 | 4 | Interim Housing | Pan Pacific Park 7600 Beverly Blvd. | 73 | In Process | | | | | | | |
| 27 | 4 | Interim Housing | 1701 Camino Palmero St. | 21 | In Process | | | | | | | |
| 28 | 4 | Safe Parking | 15380 Oxnard St. | 14 | In Process | | | | | | | |
| 29 | 5 | A Bridge Home | 1479 S. La Cienega | 54 | Open | 6/22/2020 | 0 | 0 | 0 | 0 | 53 | 53 |
| 30 | 5 | Interim Housing | 7253 Melrose Ave. | 60 | In Process | | | | | | | |
| 31 | 5 | Interim Housing | Coalition to Abolish Slavery and Human Trafficking (CAST) Shelter - Address Witheld | 19 | In Process | | | | | | | |
| 32 | 5 | Permanent Supportive Housing | 8866 W Pico Blvd. | 48 | Open | 8/7/2020 | 0 | 6 | 0 | 6 | 4 | 10 |
| 33 | 6 | A Bridge Home | 14333 Aetna St. | 70 | Open | 8/10/2020 | 0 | 12 | 31 | 43 | 79 | 122 |
| 34 | 6 | Interim Housing | 6909 N Sepulveda Blvd. | 146 | In Process | | | | | | | |
| 35 | 6 | Permanent Supportive Housing | 11050 W. Arminta St. | 110 | Open | 2/23/2021 | Pending data confirmation from the County Department of Health Services. | | | | | |

| | | | COVID-19 Homelessness Roadmap<br>Quarterly Report<br>Quarter Ending March 31, 2021 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Individuals Served since June 16, 2020 | | | | | |
| No. | CD | Project Type (1) | Address / Location | Beds* (3) | Status | Open & Occupiable Date | PEH** within 500 ft (4)(5) (Individuals) | PEH 65 Years or Older (Individuals) | PEH Other Vulnerable (6) (Individuals) | Total PEH Served per the Agreement (Individuals) | Other PEH (Not Prioritized in Agreement) (Individuals) | Total PEH Served to Date (Individuals) |
| 36 | 6 | Project Homekey | Woodman<br>9120 Woodman Ave. | 148 | In Process | | | | | | | |
| 37 | 6 | Project Homekey | Econo Motor Inn<br>8647 N. Sepulveda Blvd. | 59 | Open | 3/17/2021 | 0 | 4 | 20 | 24 | 7 | 31 |
| 38 | 6 | Project Homekey | Panorama Inn<br>8209 Sepulveda Blvd. | 74 | In Process | | | | | | | |
| 39 | 7 | Interim Housing | Greater Missionary Church<br>11067 Norris Ave. | 57 | In Process | | | | | | | |
| 40 | 7 | Project Homekey | The Good Nite Inn<br>12835 Encinitas Ave. | 87 | In Process | | | | | | | |
| 41 | 8 | Interim Housing | Home At Last Women's Shelter<br>8311 S. Western Ave. | 30 | In Process | | | | | | | |
| 42 | 8 | Interim Housing | Bryant Temple AME<br>2514 W. Vernon Ave. | 20 | In Process | | | | | | | |
| 43 | 8 | Interim Housing | 8501 1/2 S. Vermont Ave. | 25 | In Process | | | | | | | |
| 44 | 8 | Interim Housing | 5615 - 5749 South Western Ave. | 7 | In Process | | | | | | | |
| 45 | 8 | Project Homekey | EC Motel<br>3501 Western Ave. | 31 | In Process | | | | | | | |
| 46 | 9 | A Bridge Home | 4601 Figueroa St. | 30 | In Process | | | | | | | |
| 47 | 9 | Interim Housing | Home At Last Men's Shelter<br>5171 S. Vermont Ave. | 20 | In Process | | | | | | | |
| 48 | 9 | Interim Housing | 5100 S. Central Ave. | 25 | In Process | | | | | | | |
| 49 | 9 | Interim Housing | 8501 S. Broadway | 150 | In Process | | | | | | | |
| 50 | 9 | Permanent Supportive Housing | 1036 E 35th St. | 74 | Open | 3/31/2021 | Since site opened on 3/31/2021, leasing data will not be available until the next quarterly report. | | | | | |
| 51 | 9 | Permanent Supportive Housing | 5215 S. Figueroa St. | 40 | In Process | | | | | | | |
| 52 | 9 | Project Homekey | Slauson Villas<br>1300-1332 W Slauson Ave. | 100 | In Process | | | | | | | |
| 53 | 9 | Safe Parking | 1501 S Figueroa St. | 30 | Open | 11/2/2020 | 0 | 3 | 5 | 8 | 24 | 32 |
| 54 | 9 | Safe Parking | 4301 S Central Ave. | 10 | Open | 3/8/2021 | 0 | 1 | 1 | 2 | 5 | 7 |
| 55 | 10 | A Bridge Home | 1819 S. Western Avenue | 15 | Open | 9/21/2020 | 1 | 4 | 6 | 11 | 9 | 20 |
| 56 | 10 | A Bridge Home | 625 La Fayette Pl. | 70 | Open | 3/1/2021 | 17 | 3 | 21 | 41 | 19 | 60 |
| 57 | 10 | Permanent Supportive Housing | 4018 S Buckingham Rd. | 103 | Open | 11/23/2020 | 0 | 22 | 2 | 24 | 1 | 25 |
| 58 | 10 | Permanent Supportive Housing | 3317 W. Washington Blvd. | 17 | In Process | | | | | | | |
| 59 | 10 | Project Homekey | Best Inn<br>4701 W Adams Blvd. | 23 | Open | 3/23/2021 | 3 | 0 | 11 | 14 | 2 | 16 |
| 60 | 11 | Project Homekey | Super 8 LAX<br>9250 Airport Dr. | 44 | In Process | | | | | | | |
| 61 | 11 | Project Homekey | Ramada Inn<br>3130 Washington Blvd. | 33 | In Process | | | | | | | |
| 62 | 11 | Safe Parking | 11339 Iowa Ave. | 10 | Open | 10/1/2020 | 1 | 7 | 8 | 16 | 32 | 48 |
| 63 | 11 | Safe Parking | 9100 Lincoln Blvd. | 20 | Open | 10/6/2020 | 0 | 9 | 3 | 12 | 23 | 35 |
| 64 | 12 | Interim Housing | 18140 Parthenia St. | 107 | In Process | | | | | | | |
| 65 | 12 | Project Homekey | Travelodge<br>21603 Devonshire St. | 76 | Open | 3/15/2021 | 0 | 4 | 28 | 32 | 9 | 41 |
| 66 | 12 | Safe Parking | Metrolink Station - Northridge<br>8775 Wilbur Ave. | 20 | In Process | | | | | | | |

| | | | | | | | Individuals Served since June 16, 2020 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | CD | Project Type (1) | Address / Location | Beds* (3) | Status | Open & Occupiable Date | PEH** within 500 ft (4)(5) (Individuals) | PEH 65 Years or Older (Individuals) | PEH Other Vulnerable (6) (Individuals) | Total PEH Served per the Agreement (Individuals) | Other PEH (Not Prioritized in Agreement) (Individuals) | Total PEH Served to Date (Individuals) |
|  | **COVID-19 Homelessness Roadmap** Quarterly Report Quarter Ending March 31, 2021 | | | | | | | | | | | |
| 67 | 13 | Interim Housing | Shatto Park Recreation Center 3191 W. 4th St. | 48 | In Process | | | | | | | |
| 68 | 13 | Interim Housing | 5941 Hollywood Blvd. | 30 | In Process | | | | | | | |
| 69 | 13 | Interim Housing | 1214 Lodi Pl. | 64 | In Process | | | | | | | |
| 70 | 13 | Interim Housing (Pallet) | 1455 N. Alvarado St. | 74 | In Process | | | | | | | |
| 71 | 13 | Permanent Supportive Housing | 252 S. Rampart Blvd. | 23 | Open | 11/9/2020 | 0 | 0 | 13 | 13 | 9 | 22 |
| 72 | 13 | Project Homekey | The NEST 253 S. Hoover St. | 41 | Open | 3/22/2021 | 10 | 1 | 0 | 11 | 11 | 22 |
| 73 | 13 | Safe Parking | Cahuenga Branch Library 4591 Santa Monica Blvd. | 10 | Open | 3/15/2021 | 0 | 0 | 0 | 0 | 3 | 3 |
| 74 | 13 | Safe Parking | 1033 Cole Ave. | 10 | In Process | | | | | | | |
| 75 | 13 | Safe Sleeping | 317 N Madison Ave. | 73 | In Process | | | | | | | |
| 76 | 14 | A Bridge Home | 310 N. Main St. | 99 | Open | 8/18/2020 | 17 | 14 | 68 | 99 | 56 | 155 |
| 77 | 14 | Interim Housing | Weingart Center 566 S. San Pedro St. | 60 | Open | 2/1/2021 | 12 | 22 | 41 | 75 | 135 | 210 |
| 78 | 14 | Interim Housing | Scattered Sites - SRO Housing Corporation | 60 | Open | 3/1/2021 | 1 | 8 | 21 | 30 | 24 | 54 |
| 79 | 14 | Interim Housing | 1060 N Vignes St. | 232 | In Process | | | | | | | |
| 80 | 14 | Interim Housing | Weingart Center 566 S. San Pedro St. | 49 | In Process | | | | | | | |
| 81 | 14 | Interim Housing | 543 Crocker St. | 40 | In Process | | | | | | | |
| 82 | 14 | Interim Housing | El Puente | 45 | In Process | | | | | | | |
| 83 | 14 | Interim Housing (Pallet) | Arroyo Drive at Ave 60 | 224 | In Process | | | | | | | |
| 84 | 14 | Project Homekey | Titta's Inn 5333 Huntington Dr. | 49 | In Process | | | | | | | |
| 85 | 14 | Project Homekey | Super 8 Alhambra 5350 S Huntington Dr. | 52 | In Process | | | | | | | |
| 86 | 15 | A Bridge Home | 515 N. Beacon St. (3) | 38 | Open | 7/7/2020 | 6 | 5 | 15 | 26 | 27 | 54 |
| 87 | 15 | A Bridge Home | 828 Eubank Ave. | 100 | Open | 7/7/2020 | 8 | 25 | 37 | 70 | 101 | 171 |
| 88 | 15 | Interim Housing (Pallet) | 1221 S. Figueroa Pl. | 80 | In Process | | | | | | | |
| 89 | 15 | Project Homekey | Travelodge 18600 Normandie Ave. | 40 | In Process | | | | | | | |
| 90 | 15 | Safe Parking | 19610 S. Hamilton Ave. | 25 | Open | 2/15/2021 | 0 | 0 | 0 | 0 | 11 | 11 |
| 91 | 15 | Safe Parking | 711 S. Beacon St. | 25 | Open | 3/1/2021 | 0 | 1 | 0 | 1 | 2 | 3 |
|  | **Other Beds** (2) | | | | | | | | | | | |
| 92 | 1 | Permanent Supportive Housing - In Existing Agreement with County | 1532 W. Cambria St. | 57 | Open | 10/9/2020 | 0 | 1 | 0 | 1 | 54 | 55 |
| 93 | 3 | A Bridge Home - In Existing Agreement with County | 7621 Canoga Ave. | 81 | Open | 2/1/2021 | 1 | 7 | 24 | 32 | 28 | 60 |
| 94 | 4 | Permanent Supportive Housing - In Existing Agreement with County | 1119 N. McCadden Pl. | 26 | In Process | | | | | | | |
| 95 | 4 | A Bridge Home - In Existing Agreement with County | 3061 Riverside Dr. | 80 | In Process | | | | | | | |

| | | | | | | | Individuals Served since June 16, 2020 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | CD | Project Type (1) | Address / Location | Beds* (3) | Status | Open & Occupiable Date | PEH** within 500 ft (4)(5) (Individuals) | PEH 65 Years or Older (Individuals) | PEH Other Vulnerable (6) (Individuals) | Total PEH Served per the Agreement (Individuals) | Other PEH (Not Prioritized in Agreement) (Individuals) | Total PEH Served to Date (Individuals) |
| 96 | 7 | A Bridge Home - In Existing Agreement with County | Sylmar Armory 12860 Arroyo St. | 85 | Open | 8/3/2020 | 0 | 6 | 32 | 38 | 34 | 72 |
| 97 | 7 | Permanent Supportive Housing - In Existing Agreement with County | 13574 W. Foothill Blvd. | 48 | Open | 3/31/2021 | Since site opened on 3/31/2021, leasing data will not be available until the next quarterly report. | | | | | |
| 98 | 8 | Permanent Supportive Housing - In Existing Agreement with County | 5501 S. Western Ave. | 33 | In Process | | | | | | | |
| 99 | 9 | Permanent Supportive Housing - In Existing Agreement with County | 6901 S. Main St. | 50 | Open | 11/17/2020 | TBD | 2 | 5 | 7 | 42 | 49 |
| 100 | 9 | Permanent Supportive Housing - In Existing Agreement with County | 4050 S. Figueroa St. | 57 | In Process | | | | | | | |
| 101 | 14 | A Bridge Home - In Existing Agreement with County | 1426 Paloma St. | 120 | Open | 12/21/2020 | 18 | 3 | 22 | 43 | 23 | 66 |
| 102 | 14 | Permanent Supportive Housing - In Existing Agreement with County | 649 S. Wall St. | 55 | Open | 2/26/2021 | 2 | 0 | 6 | 8 | 2 | 10 |
| 103 | 15 | A Bridge Home - In Existing Agreement with County | 515 N. Beacon St. (3) | 62 | Open | 7/7/2020 | 10 | 9 | 24 | 43 | 45 | 87 |
| | | | Total: | 10,330 | | | 396 | 601 | 2,261 | 3,258 | 1,343 | 4,601 |

(1) The type of homeless intervention. Tiny Home Villages (or Pallet shelters) are listed as interim housing interventions.
(2) Interventions in existing agreements with the County of Los Angeles prior to June 16, 2020. Per the agreement, only 700 beds from existing agreements may be counted toward the Homelessness Roadmap.
(3) Total beds opened as of the Quarter ending date. Per Los Angeles County Department of Public Health COVID-19 restrictions, not all beds may be occupied in interim housing facilities.
(4) LAHSA provides the data for the number of PEH in the target population served. The target population for this effort includes:
    a. People experiencing homelessness and living in the City within 500 feet of freeway overpasses, underpasses and ramps;
    b. People experiencing homelessness within the City who are 65 years of age or older; and
    c. Other vulnerable people experiencing homelessness within the City of Los Angeles.
(5) The geographic location of encampments for "PEH within 500 ft" may be adjusted by LAHSA between quarterly report, resulting in data variations.
(6) The criteria for "PEH Other Vulnerable" are persons with preexisting medical conditions and vulnerable to COVID-19.
(7) Occupancy data for these sites was unavailable in the LAHSA Homeless Management Information System. The data will be provided in the next quarterly report.

* Beds include all homeless Interventions in development: interim beds/units, safe parking, and permanent supportive housing units.
** PEH: People Experiencing Homelessness