# EXHIBIT C

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Gil Cedillo | |
|---|---|---|
| Council District: | 1 | |
| | | **Target:** |
| Size of District (square miles) | 15.8 sq mi | |
| Unsheltered Homeless Population within 500 feet of the Freeway | 430 | 430 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 6th/ Beaudry- Obj ID 43 | Y | 25 | large encampments multiple structures |
| 2 | 14th/ Oak St- Obj ID 44 | Y | 15 | large encampments multiple structures |
| 3 | Ave 19/ 110 fwy- Obj ID 114 | Y | 10 - vehicles | large encampments and numerous vehicle dwellers |
| 4 | 5 fwy/ Pasadena Ave- Obj ID 118 | Y | 5 - vehicles | large encampments and numerous vehicle dwellers |
| 5 | North Central Dog Park- Obj ID 124 | Y | 10 - vehicles | large encampments and numerous vehicle dwellers |
| 6 | Ave 52/ 110 fwy-Obj ID 126 | Y | 5 - vehicles | large encampments and numerous vehicle dwellers |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| Permanent Housing: Prop HHH | 1532 W. Cambria St. | 57 | | | 10/9/2020 |
| Interim Housing | Solaire Hotel 1710 7th St. | 91 | Project Homekey | | 1/1/2021 |
| Permanent Housing: Non-Prop HHH - PSH | 1255 S Elden Ave. | 93 | | | 2/3/2021 |
| Interim Housing | Echo Park Community Center 303 Patton St. | 27 | | | 4/1/2021 |
| Rapid Rehousing/Shared Housing | N/A | 286 | LAHSA-coordinated unit placements | TBD | N/A |

**Proposed Additional Interventions**

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|
| Rapid Rehousing/Shared Housing | S. Columbia Ave | 20-60 | Privately owned building | 5-14% of encampments |

CD2

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Paul Krekorian | |
|---|---|---|
| Council District: | 2 | |

| | | Target: |
|---|---|---|
| Size of District (square miles) | 25.0 sq mi | |
| Unsheltered Homeless Population within 500 feet of the Freeway | 203 | 203 |

### Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Lankershim/Riverside --134 fwy | Y | 30 | |
| 2 | Laurel Canyon/Erwin --170 fwy | Y | 60 | |
| 3 | Moorpark/Bellflower --170 fwy | Y | 20 | |
| 4 | Strathern Park West/170 fwy | Y | 50 | |
| 5 | 12240 Archwood st. -- 170 fwy | Y | 40 | |
| 6 | 10835 Chandler Blvd. | N | 10 | |
| 7 | 11476 Hatteras st. | N | 15 | |
| 8 | 7241 Ethel Ave. | N | 20 | |
| 9 | 7135 Woodman Ave. | N | 10 | |
| 10 | 7880 San Fernando Rd. | N | 100 | |

### Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| A Bridge Home | 13160 Raymer St. | 85 | | Within catchment area | 7/16/2020 |
| A Bridge Home | 7700 Van Nuys Blvd. | 100 | | Within catchment area | 8/17/2020 |
| Interim Housing | 11471 Chandler Blvd. | 75 | Tiny Homes | 1, 3, 6 | 2/1/2021 |
| Interim Housing | 6099 Laurel Canyon Blvd. / Alexandria Park | 200 | Tiny Homes | 2, 5, 8, 9 | 4/16/2021 |
| Interim Housing | 12600 Saticoy St. | 150 | Tiny Homes | 4, 8, 9 | TBD |
| Project Roomkey | Sportsmen's Lodge | 165 | | TBD | 11/1/2020 |
| Rapid Rehousing/Shared Housing | N/A | 115 | LAHSA-coordinated unit placements | TBD | N/A |

### Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|
| Safe Parking | Ventura Blvd. | 50 Cars or TBD RVs | County-owned lot | TBD |

### Other Homeless Interventions Not Included in the Roadmap

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| Project Homekey | Burbank Blvd. | 70 rooms | HACLA-owned building | | TBD |

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Bob Blumenfield | |
|---|---|---|
| Council District: | 3 | |

| | | Target: |
|---|---|---|
| Size of District (square miles) | 36.6 sq mi | |
| Unsheltered Homeless Population within 500 feet of the Freeway | 14 | 14 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Winnetka Ave at 101 fwy | Y | currently none, but in past up to 30 | underpass encampment where people were given shelter in LAHSA pilot Oct 2020 |
| 2 | Corbin Ave at 101 fwy | Y | at least 10, in the past has been more | underpass encampment where people were given shelter in LAHSA pilot Oct 2020, currently approx 10 people (some returning some new). Fire 3/31/21 destroyed much of it. |
| 3 | LA River at Winnetka, (length from Canoga to White Oak including DeSoto, Tampa) | N | approximately 20-40 | LA River zone, particularly the bikeway, street underpasses, property that is owned by City, some by County in flood control district |
| 4 | Eton and Vanowen (Canoga Park) | N | 12-15 | River adjacent area where encampment spills onto private property near Orange Line |
| 5 | 6 other underpasses in CD3 = Burbank, Tampa, DeSoto, Canoga, Topanga, Shoup | Y | currently none, but in past up to 15 | underpass encampments where people were given shelter in LAHSA pilot Oct 2020 |
| 6 | Don Pio and Costanso (near DeSoto underpass) | Y | approximately 7 | residential area with two large RVs and four separate sleeping areas including the adjacent LADOT parking lot, including seniors and veterans. Some previously lived at the Winnetka underpass. |
| 7 | Vassar and Califa (near Warner Ranch Park) | N | 5-7 people | numerous tents on sidewalk on Vassar and the adjacent private property |
| 8 | Saticoy and Reseda Blvd (Reseda) | N | 2 | tents on sidewalk |
| 9 | Deering Circle at Independence Ave | N | approximately 7 | tents and structures near the Orange Line, property owned by Metro, DWP, or City |
| 10 | Deering Ave at Deering Court | N | approximately 6 | vehicles and structures on sidewalk and public right of way |
| 11 | Winnetka Ave and Roscoe (Winnetka Rec Center) | N | at least 15 | Winnetka Rec Center, shelters built on baseball diamond and bleachers and tents near the on site child care |
| 12 | Bassett at DeSoto and at Owensmouth | N | 15-20 | tents and structures on sidewalk and areas that are owned by LA County or LA City |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| A Bridge Home | 7621 Canoga Ave. | 80 | | Within catchment area of Canoga Park | 2/1/2021 |
| Safe Parking | 7128 Jordan Ave., Canoga Park | 25 | | Canoga Park streets first, then entire CD3 | 3/22/2021 |

| Interim Housing | 19040 Vanowen St., Reseda | 101 | Tiny Homes | TBD, to include Reseda area of LA River | May 2021 |
| Interim Housing | 6073 N Reseda Blvd. aka Topham St. | 148 | Tiny Homes | TBD, to include Canoga Park area of LA River | May 2021 |
| Interim Housing | Howard Johnson 7432 Reseda Blvd | 75 | Project Homekey | TBD / River | 1/1/2021 |
| Interim Housing | Super 8 Canoga Park 7631 Topanga Canyon | 52 | Project Homekey | TBD / River | 1/1/2021 |
| Rapid Rehousing/Shared Housing | Winnetka / Corbin Underpass | 59 | LAHSA Pilot Program with LA Family Housing | Winnetka, Corbin and all CD3 Underpass Areas per LAHSA pilot project, permanent placement of 59 individuals is ongoing | October 2020 |
| Rapid Rehousing/Shared Housing | N/A | 169 | LAHSA-coordinated unit placements | TBD | N/A |

| Proposed Additional Interventions | | | | |
| --- | --- | --- | --- | --- |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
| Safe Parking | Ventura Blvd., Woodland Hills | TBD | | Freeway Encampment Dwellers along 101 Highway |

CD4

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Raman |
| Council District: | 4 |

| | | | Target: |
| Size of District (square miles) | | 41.0 sq mi | |
| Unsheltered Homeless Population within 500 feet of the Freeway | | 46 | 46 |

### Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y | # of Residents | Description |
|---|---|---|---|---|
| 1 | Los Feliz Blvd./5 Freeway | Y | 10-15 | near Griffith Park/LA River/bike path |
| 2 | Riverside Dr./Hyperion Bridge | Y | 10 | near LA River/bike path |
| 3 | 101 Fwy at Cahuenga Blvd. at Odin Pl. | Y | 4 | |
| 4 | 101 Freeway/Cahuenga Blvd. (N. of 6500 Cerritos Pl.) | Y | 10 | underpass (N. of 6500 Cerritos Pl.) |
| 5 | 1700 N. Berendo Ave. | N | 8 | |
| 6 | Hollywood Blvd. / Rodney Ave. | N | 8 | |
| 7 | 101 Freeway/Franklin Ave. | Y | 4 | underpass -- only north side of street is CD4 |
| 8 | Sunset Blvd. / Martel Ave. | N | 5 | |
| 9 | 7140 Sunset Blvd. | N | 8 | Durant Library |
| 10 | Sunset Blvd. / La Brea Ave. | N | 4 | |
| 11 | Highland Ave. / Hollywood Blvd. | N | 5 | |
| 12 | Romaine St. / Orange to Mansfield | N | 10 | |
| 13 | McCadden Pl. / Romaine to Santa Monica Blvd. | N | 5 | |
| 14 | Highland Ave. / Willoughby | N | 3 | |
| 15 | Highland Ave. / Waring St. | N | 3 | |
| 16 | Santa Monica Blvd. / Mansfield | N | 4 | |
| 17 | Delongpre Park | N | 2 | |
| 18 | 149 N St Andrews Pl | N | 3 | |
| 19 | Gramercy Ave. / 10th Pl. | N | 8 | |
| 20 | Pan Pacific Park (park grounds) | N | 5 | |
| 21 | Lankershim/134 | Y | 15 | |
| 22 | 170 Fwy / Tujunga Ave. | Y | 6 | |
| 23 | 11185 Riverside Dr. | Y | 2 | west of Riverside Dr., no one in the underpass |
| 24 | Moorpark/101 | Y | 15 | |
| 25 | Vineland/101 | Y | 10 | 4530 Vineland Ave., underpass (west side of the street) |
| 26 | 14440 Riverside Dr. / Van Nuys Blvd. | Y | 5 | near SE corner of Riverside & Van Nuys. |
| 27 | Ventura Blvd. / Stern Ave. | N | 4-7 | 4/6: noted to be increasing in size |
| 28 | 101 Fwy / Coldwater Canyon Blvd. | Y | 6 | |
| 29 | Chandler Blvd/Coldwater Canyon | N | 2-3 | Under Chandler Blvd. at the LA River |
| 30 | 101 Freeway between Hazeltine and Woodman | Y | 8-10 | Various encampments in the hidden area in the trees along 101 wall. CalTrans |

### Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| A Bridge Home | 3428 Riverside Dr. | 100 | Open | Encampments 1,2,5,6 are within catchment area | 7/28/2020 |

| A Bridge Home | 3061 Riverside Dr. | 26 families / up to 80 beds | | | 4/16/2020 |
| Safe Parking | 15380 Oxnard St. | 14 RVs | | | TBD |
| Interim Housing | Pan Pacific Park 7600 Beverly Blvd. | 73 | | | 4/1/2021 |
| Interim Housing | 1701 Camino Palmero St. | 21 | | | 4/16/2021 |
| Permanent Housing: Prop HHH | 1136 N. McCadden Pl. | 26 | | | 4/7/2021 |
| Rapid Rehousing/Shared Housing | N/A | 90 | LAHSA-coordinated unit placements | 101 and 134 Freeway encampments in the Valley | N/A |

| Proposed Additional Interventions | | | | |
| --- | --- | --- | --- | --- |
| What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways. | | | | |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
| Interim Housing | N. Sepulveda | 40 | Federal Land | |

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Paul Koretz |
|---|---|
| Council District: | 5 |

| | | Target: |
|---|---|---|
| Size of District (square miles) | 37.5 sq mi | |
| Unsheltered Homeless Population within 500 feet of the Freeway | 94 | 94 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Cotner Ave. between Wilshire and SM | Y | approx. 75 | primarily sidewalk campers, but some embankment |
| 2 | north side of Venice Blvd. at 405 | Y | approx. 25 | sidewalk under freeway overpass |
| 3 | Balboa Blvd. under the 101 | Y | approx. 10 | sidewalk under freeway overpass |
| 4 | White Oak under the 101 | Y | approx. 10 | sidewalk under freeway overpass |
| 5 | Hayvenhurst under the 101 | Y | approx. 10 | sidewalk under freeway overpass |
| 6 | Balboa at Clark | Y | approx. 10 | sidewalk near bus stop about 450 feet from 101 |
| 7 | National at 10 | Y | approx. 20 | sidewalk under freeway overpass |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampments | Open & Occupiable |
|---|---|---|---|---|---|
| A Bridge Home | 1479 S. La Cienega | 54 | | | 7/6/2020 |
| Permanent Housing: Non-Prop HHH - PSH | 8866 W Pico Blvd. | 48 | | | 12/1/2020 |
| Interim Housing | 7253 Melrose Ave | 60 | | | October 2021 |
| Interim Housing | Coalition to Abolish Slavery and Human Trafficking (CAST) Shelter - Address Withheld | 19 | | | TBD |
| Rapid Rehousing/Shared Housing | N/A | 88 | LAHSA-coordinated unit placements | Venice/405 and others, per LAHSA | N/A |

**Proposed Additional Interventions**

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampments |
|---|---|---|---|---|
| Interim Housing | Wilshire Blvd. | 25 | publicly owned, consider for pallet shelters | |
| Interim Housing | W. Olympic Blvd. | 80 | privately owned, pending feasibility assessment | |
| Interim Housing | Venice Blvd. | TBD | privately owned, pending feasibility assessment | |

CD5

| Interim Housing | W. Olympic Blvd. | TBD | privately owned, pending feasibility assessment | |
| Interim Housing | S. Robertson | TBD | privately owned, pending feasibility assessment | |
| Interim Housing | W. Santa Monica Blvd | TBD | privately owned, pending feasibility assessment | |
| Interim Housing | Santa Monica Blvd. | TBD | motel acquisition | |
| Interim Housing | S. Sepulveda Blvd. | TBD | motel acquisition | |
| Interim Housing | Santa Monica Blvd. | TBD | motel acquisition | |
| Interim Housing | Westwood Blvd. | TBD | motel acquisition | |
| Interim Housing | S. La Cienega Blvd. | TBD | motel acquisition | |
| Interim Housing | S. La Cienega Blvd. | TBD | motel acquisition | |
| Interim Housing | S. La Cienega Blvd. | TBD | motel acquisition | |
| Interim Housing | W. Pico Blvd. | TBD | privately owned, pending feasibility assessment | |

CD6

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Nury Martinez |
|---|---|
| Council District: | 6 |

| | | Target: |
|---|---|---|
| Size of District (square miles) | 27.2 sq mi | |
| Unsheltered Homeless Population within 500 feet of the Freeway | 125 | 125 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 15611 Parthenia Ave. North Hills | Yes | 20 | Encampment under the I-405 |
| 2 | Sepulveda Basin | No | 70 | Last census of the Basin was Oct 2020, we need to reassess the area |
| 3 | Gilmore St b/t Van Nuys Blvd - Sylmar Ave | No | 10 | By LADOT Lot and elementary school. Large tents on sidewalk |
| 4 | Gilmore St b/t Vesper Ave - Van Nuys Blvd | No | 7 | By LADOT Lot and by Dr. Rojas and Steve Friedmann. Transients refuse help. Businesses say a lot of criminal activity and prostitution here |
| 5 | Sylmar Ave b/t Gilmore St - Victory Blvd | No | 4 | Tents on sidewalk |
| 6 | 8825 Kester Ave, Panorama City, | No | 8 | Sepulveda Recreation Center |
| 7 | 9122 Tobias Ave, Panorama City | No | 10 | Tobias Park |
| 8 | 8723 Sepulveda Blvd North Hills | No | 2 | 99 Cent Store, Rosa |
| 9 | 8767 Parthenia Place North Hills | No | 4 | sidewalk E of Columbus Ave |
| 10 | 15263 Parthenia St. North Hills | No | 4 | sidewalk E of Columbus Ave |
| 11 | 15607 Roscoe Blvd. North Hills | Yes | 10 | On Caltrans Property |
| 12 | 8166 Orion Ave. North Hills | Yes | 2 | Vehicle Dwelling |
| 13 | 7815 Van Nuys Blvd Panorama City | No | 20 | Cabrito Rd./Van Nuys Blvd. Dead End |
| 14 | South of Victory/Haskell by Orange Line Bike Path under I-405 freeway, Van Nuys | Yes | 10 | Number of occupants unclear |
| 15 | Vanowen St @ under the I-405 | Yes | 3 | RV and personal property on sidewalk with a lot of bikes |
| 16 | 7755 Aqueduct Ave. Lake Balboa | Yes | 10 | Encampment and vehicle dwelling |
| 17 | 8048 Haskell Ave. Lake Balboa | Yes | 10 | Encampment at dead end of Haskell near RR tracks |
| 18 | 15640 Roscoe Blvd. Van Nuys | Yes | 5 | Encampment by the Southbound Roscoe On-ramp |
| 19 | 15798-16000 Victory Blvd. Lake Balboa | Yes | 10 | Encampments by the Metro Orange Line Bike Path |

CD6

| 20 | Haskell Ave between Victory and Vanowen | Yes | 4 | At least 2 RV dwellers, possibly vehicle dwellers as well |
|---|---|---|---|---|
| 21 | Haskell Ave. and Haynes St. | Yes | 15 | Encampment on Caltrans Property |
| 22 | 15650 Sherman Way Lake Balboa | Yes | 10 | Encampment on Caltrans Property |
| 23 | I-405 and Union Pacific Railroads | Yes | 10 | Extremely Dangerous |
| 24 | Vanowen St/ I-405 behind 6719 Aqueduct Ave | Yes | 2 | There was a fire here in 2020 |
| 25 | Firmament Ave b/t Saticoy St - Wyandotte St | Yes | 7 | Vehicle dwellers |
| 26 | Vanowen St/ I-405 behind 6719 Aqueduct Ave | Yes | 2 | There was a fire here in 2020 |
| 27 | Firmament Ave b/t Saticoy St - Wyandotte St | Yes | 7 | Vehicle dwellers |
| 28 | 13500 block of Reedley Street | No | 8 | Encampment |
| 29 | 8300 block of Allott Avenue between Roscoe Blvd & Ventura Canyon Street, Arleta | No | 4 | 1 RV with 2 occupants. 2 tents with 1 occupant each. |
| 30 | 7651 Woodman Ave to 13962 Saticoy St. Panorama City | No | 40 | RV's and 3 encampments all through Saticoy on both sides of the street. |
| 31 | 14400 block of Van Nuys Blvd between Woodman Avenue and Canterbury Avenue, Arleta | No | 10 | Encampments |
| 32 | 13253 Wingo St. Arleta | Yes | 4 | Encampments between State and City Property |
| 33 | 9661 Sharp Ave. Arleta | Yes | 15 | Encampment on State Property |
| 34 | 13333 Osborne St. Arleta | Yes | 10 | Encampment by the Southbound Osborne St. Off-Ramp |
| 35 | 13310 Osborne Street. Arleta | Yes | 6 | |
| 36 | 12600 block of Tonopah Street. Arleta | Yes | 5 | Encampment by Pedestrian Tunnel |
| 37 | 10321 Sharp Ave. Arleta | Yes | 10 | Encampment next to Van Nuys Blvd. On Ramp |
| 38 | 14556 Victory Blvd @ Goodwill Van Nuys | No | 1 | Occupant refuses help. According to the LAPD Senior Lead Officer in the area, family drops off money but doesn't provide other support. Occupant has been in this area for more than 1 year around the same place. LAHSA has been out there multiple times but occupant continues to refuse help. |
| 39 | Aetna St between Van Nuys-Tyrone Ave Van Nuys | No | 20 | They've all been offered a bed at Aetna ABH |
| 40 | Aetna St between Tyrone Ave - Hazeltine Ave Van Nuys | No | 10 | All occupants have been offered a bed at Aetna ABH |
| 41 | East side of Tyrone b/t Bessemer St - Calvert St Van Nuys | No | 5 | Tents on sidewalk. |

CD6

| 42 | Tyrone b/t Bike Path - Oxnard St Van Nuys | No | 5 | Tents on sidewalk. |
|---|---|---|---|---|
| 43 | 14233 Bessemer St @ Tyrone Ave Van Nuys | No | 5 | Vehicle dwellers and tents. They come and go |
| 44 | Erwin St b/t Van Nuys Blvd - Vesper Ave Van Nuys | No | 8 | Tents all over sidewalk in front of LADOT lot |
| 45 | 6101 Cedros Ave b/t Bessemer St - Calvert St Van Nuys | No | 15 | This has been an issue for years. |
| 46 | Sylvan St b/t Van Nuys Blvd - Vesper Ave Van Nuys | No | 5 | Tents on sidewalk |
| 47 | 6301 Vesper @ Sylvan St Van Nuys | No | 5 | By LADOT Lot. Tents on sidewalk |
| 48 | Vesper Ave b/t Victory Blvd - Gilmore St  Van Nuys | No | 3 | A few tents on sidewalk |
| 49 | 6609 Van Nuys Blvd @ Kittridge St Van Nuys | No | 6 | Older men |
| 50 | 14538 Kittridge St @ side of old Dearden's building Van Nuys | No | 2 | Large tent |
| 51 | 14537 Wyandotte St @ Vista Del Monte Ave Van Nuys | No | 15 | On side of Super King. People who had an encampment on Van Nuys Blvd moved to Wyandotte St because of CD2's Care Plus |
| 52 | Raymer Pedestrian Bridge Van Nuys | No | 4 | They have a tent inside the bridge |
| 53 | NE Sepulveda Blvd / Vanowen Ave. Van Nuys | No | 1 | 1 man east of the gas station |
| 54 | 8065 Webb | No | 2 | encampment behind nursery |
| 55 | 8300 San Fernando Rd. Sun Valley | Yes | 30 | Multiple RV's with vehicle dwelling and encampments |
| 56 | 11201 Penrose St. Sun Valley | Yes | 8 | Multiple RV's with vehicle dwelling |
| 57 | 11590 Tuxford St | Yes | 4 | RV dwellers have left. 2 encampments |
| 58 | 8961 Laurel Canyon Blvd. | Yes | 10 | Encampments between State and City Property |
| 59 | 12144 Wicks St. Sun Valley | Yes | 5 | Encampments on both sides  to pedestrian bridge |
| 60 | 8841 O'melveny Ave. Sun Valley | Yes | 3 | Encampment next to pedestrian bridge, Vehicle Dwellers |
| 61 | 12552 Jerome St. Sun Valley | Yes | 10 | Encampments under the Interchange, access through DWP spreading grounds |
| 62 | 9041 Laurel Canyon Blvd. | Yes | 12 | Encampment by on ramp |
| 63 | 8707 Lankershim Blvd. Sun Valley | Yes | 5 | Encampment off the on-ramp |
| 64 | 11940 Peoria St. Sun Valley | Yes | 2 | Encampment |
| 65 | 11042 Olinda St. Sun Valley | Yes | 6 | Encampment next to pedestrian bridge ,  Vehicle Dwellers |
| 66 | 8701 San Fernando Rd. Sun Valley | Yes | 6 | Encampment on Northbound Tuxford On-Ramp |
| 67 | 8620 Cayuga Ave. Sun Valley | Yes | 1 | Encampment on freeway wall behind building address |

CD6

| 68 | 9051 Laurel Canyon Blvd. Sun Valley | Yes | 5 | 3 RVs |
|---|---|---|---|---|
| 69 | 8620 Old San Fernando Rd. Sun Valley | Yes | 10 | Encampments and Vehicle Dwelling |
| 70 | 8969 Laurel Canyon Blvd. Sun Valley | Yes | 6 | Encampment near business and sidewalk |
| 71 | 8003 Vineland Ave Sun Valley | No | 4 | Encampment by Autozone |
| 72 | 7955 Vineland Ave Sun Valley | No | 2 | Behind the Jack in The Box |
| 73 | 8069 Vineland Ave. Sun Valley | No | 4 | Encampment on Lorne Street |
| 74 | 8203 Vineland Ave. Sun Valley | No | 1 | Encampment usually against the building |
| 75 | 7709 Simpson Ave. North Hollywood | No | 10 | Cul-de-sac, behind 7709 lankershim |
| 76 | 7744 Lankershim Blvd. North Hollywood | No | 10 | By the Bus Stop |
| 77 | 11811 Strathern St. North Hollywood | No | 5 | 2 RVs on Morella and Strathern |
| 78 | 9500 El Dorado Ave. Sun Valley | No | 6 | 3 RVs on Cul de Sac |
| 79 | 13161 Telfair Ave. Sun Valley | No | 3 | Encampment at Cul de Sac |
| 80 | 9675 San Fernando Rd. Sun Valley | No | 10 | 5 encampments behind the Fedex |
| 81 | 11201 Pendleton St. Sun Valley | No | 20 | Vehicle Dwellers, mostly RVs |
| 82 | Bridge along the Pacoima Wash from Paxton Street to Wentworth Street, Arleta | No | 30 | Encampments under the Bridges |
| 83 | 14660 Cabrito RD. Panorama City | No | 15 | E of Wills Ave. alley of 14660 Arminta Ave. |
| 84 | 7875 Willis Ave Panorama City | No | 15 | at the bridge |
| 85 | 14800 Roscoe Blvd. Panorama City | No | 1 | Willis Ave. sidewalk |
| 86 | 8315 Noble Ave North Hills | No | 1 | School sidewalk on Roscoe. |
| 87 | 16251-16301 Raymer St. Lake Balboa | No | 6 | Three RVs on Raymer St. - unsure how many people in each vehicle |
| 88 | 7100 White Oak Ave. Lake Balboa | No | 8 | 2 vehicle dwellers, 1 RV dwelling, two tents in Jesse Owens Park |
| 89 | 15828 Arminta Ave. Lake Balboa | No | 1 | RV on Stagg St - single woman, sometimes kids stay with her |
| 90 | 13962 Saticoy St Panorama City | No | 2 | tent in front of the recycling center |
| 91 | 7610 Woodman Ave. Panorama City | No | 3 | RV in front of business 3/17: within LASAN lot |
| 92 | 14201 Roscoe Blvd. Panorama City | No | 3 | in front of Panorama Presbyterian Church; 3/17: rejected services from LAHSA |
| 93 | 14355 Roscoe Blvd. Panorama City | No | 1 | makeshift tent in front of tech school |
| 94 | 8333 Woodman Ave. Panorama City | No | 1 | a man in a makeshift tent along community. |

CD6

| 95 | 8305 Woodman Ave. Panorama City | No | 1 | a woman with mental health needs living in a rent in front of Woodman Plaza (currently under construction) |
| 96 | 8315 Noble Ave North Hills | No | 1 | School sidewalk on Roscoe. |

| Interventions in Development | | | | | |
|---|---|---|---|---|---|
| List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.** | | | | | |
| Project Type | Location | Capacity | Description | Target Encampments | Open & Occupiable |
| A Bridge Home | 14333 Aetna St. | 70 | Open | Van Nuys | 8/10/2020 |
| Interim Housing | Woodman 9120 Woodman Ave. | 148 | Project Homekey | Seniors Unhoused throughout the district | Summer/Fall 2021 |
| Interim Housing | Econo Motor Inn 8647 N. Sepulveda Blvd. | 59 | Project Homekey | North Hills/Panorama City/ I-405 | 3/17/2021 |
| Interim Housing | Panorama Inn 8209 Sepulveda Blvd. | 51 | Project Homekey | North Hills/Panorama City/ I-405 | TBD |
| Interim Housing | AHF-Valley Haven 6909 N Sepulveda Blvd. | 146 | | I-405/ Van Nuys | April 2021 |
| Project Roomkey | Airtel | 240 | | TBD | 4/15/2021 |
| Rapid Rehousing/Shared Housing | N/A | 208 | LAHSA-coordinated unit placements | TBD | N/A |

| Proposed Additional Interventions | | | | |
|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways. | | | | |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
| Interim Housing | San Fernando Rd. | 25 | Publicly-owned | Encampments along I-5/ Sun Valley |
| Interim Housing | Paxton St. | 20 | Privately-owned | Encampments along the I-5 and Arleta |
| Interim Housing | Travel Inn on Sepulveda | 79 | motel acquisition | Panorama City/Arleta |
| Interim Housing | Emerson on San Fernando | 30 | motel acquisition | I-5/Sun Valley |
| Interim Housing | Corona on Saticoy | 23 | motel acquisition | I-5/Sun Valley |
| Interim Housing | Hyland on Sepulveda | 40 | motel acquisition | Van Nuys/Panorama City |
| Pallet Shelter | Gilmore Ave. | TBD | Publicly-owned | Van Nuys |

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Monica Rodriguez |
| Council District: | 7 |

|  |  | Target: |
|---|---|---|
| Size of District (square miles) | 54.1 sq mi | |
| Unsheltered Homeless Population within 500 feet of the Freeway | 134 | 134 |

## Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 118 Freeway Paxton St./ Bradley Ave. | Y | 55 | Over 20 tents and makeshift shelters under the freeway overpass and along both edges reaching the nearby business and residential home on the east/west side |
| 2 | Big Tujunga Wash, under 210 fwy and Foothill bridges | Y | 20-25 | Makeshift structures built within the Wash under the freeway overpasses/bridges. |
| 3 | Sepulveda / 118 fwy underpass and offramp | Y | 20-25 | Tents along the underpass. Between the freeway exit and Pizza Hut structure in Caltrans ROW. Tents/makeshift shelter reinforcement. |
| 4 | 118 fwy between Bradley and Herrick | Y | 8-10 | Caltrans right of way parallel to 118 freeway behind business that face Paxton St. Various tents along that pathway between Bradley Ave. and Herrick St. |
| 5 | 118 fwy Devonshire onramp/offramp | Y | 12 | 5 tents on Caltrans property, large quantities of property and debris. About 4 individuals under the freeway and about 8 at the east off ramp. |
| 6 | 12966 Arroyo St / Foothill Blvd. | Y | 2-5 | Encampment made up of vehicle and tents, large quantities of property. |
| 7 | 14801 Rinaldi / 5 fwy | Y | 2 | Two tents and property. |
| 8 | 210 fwy/Hubbard St | Y | 6 | Approx. 6 tents |

## Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampments | Open & Occupiable |
|---|---|---|---|---|---|
| Permanent Housing: Prop HHH | 13574 W. Foothill Blvd. | 48 | | | 3/31/2021 |
| Interim Housing | The Good Nite Inn 12835 Encinitas Ave. | 87 | Project Homekey | Under Assessment | 8/29/2021 |
| A Bridge Home | Sylmar Armory 12860 Arroyo St. | 85 | | | 8/3/2020 |
| Interim Housing | Greater Missionary Church 11067 Norris Avenue | 57 | | | 4/1/2021 |
| Rapid Rehousing/Shared Housing | N/A | 90 | LAHSA-coordinated unit placements | Sepulveda / 118 fwy, Big Tujunga Wash, under 210 and Foothill bridges, 118 fwy / Devonshire ramps | N/A |

## Proposed Additional Interventions

CD7

| What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways. | | | | |
|---|---|---|---|---|
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |

CD8

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Marqueece Harris-Dawson | | |
|---|---|---|---|
| Council District: | 8 | | |
| | | | Target: |
| Size of District (square miles) | | 16.0 sq mi | |
| Unsheltered Homeless Population within 500 feet of the Freeway | | 84 | 84 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 88th Pl, b/t Grand & Flower St. | Y | 25 | Freeway Underpass |
| 2 | Colden Ave, b/t Grand & Flower St. | Y | 25 | Freeway Underpass |
| 3 | 115th & Vermont | | 20 | |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| Permanent Housing: Prop HHH | 5501 S. Western Ave. | 33 | | TBD | 4/15/2021 |
| Interim Housing | Home At Last Women's Shelter 8311 S. Western Avenue | 30 | | TBD | 4/1/2021 |
| Interim Housing | Bryant Temple AME 2514 W. Vernon Avenue | 20 | | TBD | 4/1/2021 |
| Interim Housing | EC Motel 3501 Western Avenue | 31 | Project Homekey | TBD | 4/15/2021 |
| Interim Housing | 8501 1/2 S. Vermont Ave. | 25 | | TBD | 4/16/2021 |
| Interim Housing | 5615 - 5749 South Western Avenue | 7 | | TBD | 4/16/2021 |
| Rapid Rehousing/Shared Housing | N/A | 295 | LAHSA-coordinated unit placements | TBD | N/A |

**Proposed Additional Interventions**

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|
| Interim Housing | Various | 36 | There are 12 smaller shelters that serve CD8, and we will work to identify openings for relocations from freeway encampments | TBD |
| Interim Housing | 86th | 99 | Pallet Shelter | TBD |
| Interim Housing | 87th | TBD | Pallet Shelter | TBD |

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Curren Price |
|---|---|
| Council District: | 9 |

| | | Target: |
|---|---|---|
| Size of District (square miles) | 13.0 sq mi | |
| Unsheltered Homeless Population within 500 feet of the Freeway | 482 | 482 |

### Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 4500-5700 Grand Ave | Y | est 100 | primarily tent structures |
| 2 | 4900-5700 Flower St | Y | est 50 | primarily tent structures |
| 3 | 5900-6300 Grand Ave | Y | est 30 | primarily RVs |
| 4 | 6900-6400 Grand Ave | Y | est 80 | 80% RVs, 20% tents |
| 5 | 3500-3900 Grand Ave | Y | est 35 | tent structures |

### Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Address | Capacity | Description | Target Encampments | Open & Occupiable |
|---|---|---|---|---|---|
| Safe Parking | 1501 S Figueroa St. | 30 | | | 11/2/2020 |
| Permanent Housing: Prop HHH | 6901 S. Main St. | 50 | | | 11/17/2020 |
| Safe Parking | 4301 S Central Ave. | 10 | | | 3/8/2021 |
| Permanent Housing: Non-Prop HHH - PSH | 1036 E 35th St. | 74 | | | 3/24/2021 |
| Interim Housing | 5100 S. Central Ave. | 25 | | | 4/1/21 |
| Interim Housing | Home At Last Men's Shelter 5171 S. Vermont Ave. | 20 | | | 4/1/21 |
| Permanent Housing: Prop HHH | 4050 S. Figueroa St. | 57 | | | 4/15/2021 |
| A Bridge Home | 4601 Figueroa St. | 30 | | within catchment area | 4/16/2021 |
| Interim Housing | 8501 S. Broadway | 150 | | | 4/16/21 |
| Permanent Housing: Non-Prop HHH - PSH | 5215 S. Figueroa St. | 40 | | | 10/8/2021 |
| Interim Housing | 2521-2525 Long Beach Ave. | Up to 220 | | | TBD |
| Permanent Housing | Historic Lincoln Theatre 2300, 2312, 2324 & 2332 S Central Ave. | TBD | | | TBD |
| Interim Housing | Slauson Villas 1300-1332 W Slauson Ave. | Up to 100 | | | TBD |
| Rapid Rehousing/Shared Housing | N/A | 315 | LAHSA-coordinated unit placements | TBD | N/A |

### Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampments |
|---|---|---|---|---|

| Interim Housing (Pallet Shelters) | W. Slauson | 75 | Caltrans-owned | |

| Other Homeless Interventions Not Included in the Roadmap | | | | |
|---|---|---|---|---|
| Project Type | Location | Capacity | Description | Target Encampment(s) |
| Rapid Rehousing | Various | 262 | HOPICS Master Leasing Program | TBD |

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Mark Ridley-Thomas |
| Council District: | 10 |

| | | Targets: |
|---|---|---|
| Size of District (square miles) | 14.5 sq mi | |
| Unsheltered Homeless Population within 500 feet of the Freeway | 77 | 77 |

## Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Venice and the I-10 Freeway | Y | 40 | mostly tents; some living in cars |
| 2 | Washington and the I-10 Freeway | Y | over 30 | mostly tents; some living in cars |
| 3 | Western and the I-10 Freeway | Y | over 25 | mostly cars; some living in tents |
| 4 | Koreatown | N | over 40 | tent encampments; some cars |
| 5 | Leimert Park | N | 60 | tents; cars |

## Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Address | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| A Bridge Home | 1819 S. Western Avenue | 15 | | Western and I-10/Leimert Park - women and children only | 9/21/2020 |
| Permanent Housing: Non-Prop HHH - PSH | 4018 S Buckingham Rd. | 103 | | | 11/23/2020 |
| A Bridge Home | 625 La Fayette Pl. | 70 | | Koreatown | 3/1/2021 |
| Interim Housing - Project Homekey | Best Inn 4701 W Adams Blvd. | 23 | Project Homekey | Venice and I-10 | 3/23/2021 |
| Permanent Housing: Non-Prop HHH - PSH | 3317 W. Washington Blvd. | 17 | | | 9/30/2021 |
| Project Roomkey | Shelter Hotel | 48 | | TBD | 4/15/2021 |
| Project Roomkey | H Hotel | 49 | | TBD | 4/15/2021 |
| Rapid Rehousing/Shared Housing | Multiple | 133 | LAHSA-coordinated unit placements | Leimert Park, Venice and I-10, Koreatown | TBD |

## Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|

**City of Los Angeles**

**Council District Sheltering Plan**

| Councilmember: | Mike Bonin | |
|---|---|---|
| Council District: | 11 | |

| | | Target: |
|---|---|---|
| Size of District (square miles) | 63.8 sq mi | |
| Unsheltered Homeless Population within 500 feet of the Freeway | 92 | 92 |

## Target Encampments

Identify the key encampments within your district that should be addressed in the Sheltering Plan.

| Priority | Location | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Rose/Penmar | N | 80 | Encampment abuts golf course and is adjacent to residential. Also covers a walking path. |
| 2 | 405 at Venice/Globe | Y | 25 (in CD11) | Mar Vista. Encampment flows underneath the 405, and is shared by both CD11 and CD5. |
| 3 | Pico/Centinela | Y | 10 | Encampment near 405. Adjacent to SM. |
| 4 | Barry/Gateway at the 10 | Y | 5-10 | Small encampment under the 10. |

## Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| Safe Parking | 11339 Iowa Ave | 25 | | TBD | 10/1/2020 |
| Safe Parking | 9100 Lincoln Blvd | 25 | | TBD | 10/6/2020 |
| Interim Housing | Super 8 LAX 9250 Airport Dr. | 44 | Project Homekey | TBD | TBD |
| Interim Housing | Ramada Inn 3130 Washington Blvd. | 33 | Project Homekey | TBD | TBD |
| Rapid Rehousing/Shared Housing | N/A | 210 | LAHSA-coordinated unit placements | TBD | N/A |

## Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|
| Interim Housing - Cabin Community | Will Rogers State Beach 1700 CA-1 | 50 shelters | Parking lot in Pacific Palisades | All |
| Interim Housing - Cabin Community | Parking Lot #3, Dockweiler State Beach, 11999 Vista Del Mar | 50 shelters | Parking lot in Playa del Rey | Westchester and Playa locations |
| Interim Housing - Cabin Community | Marina Del Rey Boat Launch Ramp Parking Lot (Lot 2, 13477 Fiji Way, parcel 49R) | 50 shelters | Parking lot in Marina del Rey | All |
| Safe Sleeping | Mar Vista Park | TBD | City RAP property | Venice Globe/ Mar Vista Rec Center |
| Safe Sleeping | Westchester Park | TBD | Consolidated encampment services | Westchester |
| Safe Sleeping | 9415-9425 Venice Blvd | TBD | Consolidated encampment services; lot owned by Culver City; located in CD5; partnership between City and Culver City | Venice Globe/ Mar Vista Rec Center |

| Safe Sleeping | 5000 Beethoven ("Bird Island") | TBD | Consolidated encampment services to assist an existing encampment at this location | Bird Island |
|---|---|---|---|---|
| Interim Housing - Cabin Community; Safe Sleeping; or Safe Parking | any LAWA-owned site near LAX | TBD | LAWA to identify a site for safe sleeping, cabin community, or safe parking | All |
| Interim Housing - Women and Children | 1645 Corinth Ave | TBD | Shelter for women and children at the West LA Civic Center 2nd floor office space (currently unoccupied). | All |
| RV Safe Parking | RV park at Dockweiler State Beach, 12001 Vista Del Mar | TBD | County owned parking lot in Playa del Rey | All |

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | John Lee | |
|---|---|---|
| Council District: | 12 | |

| | | Target: |
|---|---|---|
| Size of District (square miles) | 58.7 sq mi | |
| Unsheltered Homeless Population within 500 feet of the Freeway | 17 | 17 |

### Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Location | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 118 and 405 Freeway Adjacent | Y | 17 | Tents and RVs |
| 2 | Balboa - Devonshire - Petit | N | 20 | Tents |
| 3 | Plummer - Jordan - Nordhoff (at Owensmouth) | N | 50 | Tents and RVs |
| 4 | Nordhoff Pl - Oakdale Ave | N | 30 | Tents and RVs |
| 5 | Balboa - San Fernando Mission | N | 5-10 | Tents and RVs |

### Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampments | Open & Occupiable |
|---|---|---|---|---|---|
| Safe Parking | Metrolink Station - Northridge 8775 Wilbur Ave. | 20 | | | 4/7/21 |
| Interim Housing | Travelodge 21603 Devonshire St. | 76 | Project Homekey | | 3/15/21 |
| Interim Housing | 18140 Parthenia St. | 107 | | | TBD |
| Rapid Rehousing/Shared Housing | N/A | 57 | LAHSA-coordinated unit placements | TBD | N/A |

### Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampments |
|---|---|---|---|---|

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Mitch O'Farrell |
|---|---|
| Council District: | 13 |

| | | Targets: |
|---|---|---|
| Size of District (square miles) | 13.6 sq mi | |
| Unsheltered Homeless Population within 500 feet of the Freeway | 468 | 468 |

### Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Echo Park Lake | N - some parts Y | TBD | Tent Encampments & RVs on all sides of lake |
| 2 | Hollywood US-101 Corridor | Y | 146 | City Sidewalks, Caltrans property (Cahuenga/Gower/Bronson/ |
| 3 | Alvarado St/US-101 | Y | 20 | On sidewalks of 101 underpass & Caltrans property |
| 4 | Hoover St/John St/Virgil Ave/US-101 | Y | 60 | City Sidewalks under US-101 |
| 5 | Shatto Pl/4th Street | N | 51 | City Sidewalks |
| 6 | East Hollywood US-101 Corridor | Y | 30 | City Sidewalks/Caltrans property (Santa Monica Blvd) |
| 7 | Verdugo Road/2 Fwy | Y | 10 | Sidewalks under 2 freeway |

### Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occuipable |
|---|---|---|---|---|---|
| Permanent Housing: Non-Prop HHH - PSH | 252 S. Rampart Blvd. | 23 | | All | 11/9/2020 |
| Safe Parking | Cahuenga Branch Library 4591 Santa Monica Blvd. | 10 | | All - Car dwellers | 3/15/2021 |
| Interim Housing | The NEST 253 S. Hoover St. | 41 | Project Homekey | All | 3/22/2021 |
| Interim Housing | Shatto Park Recreation Center 3191 W. 4th Street | 48 | | All | 4/1/2021 |
| Interim Housing | 5941 Hollywood Blvd. | 30 | | All - Hollywood/101 | 4/15/2021 |
| Safe Parking | 1033 Cole Ave. | 10 | | All - Car dwellers | 4/16/2021 |
| Safe Sleeping | 317 N Madison Ave. | 73 | | All | 4/30/2021 |
| Interim Housing | 1455 N. Alvarado St. | 74 | Tiny Homes | All | 6/9/2021 |
| Rapid Rehousing/Shared Housing | N/A | 270 | LAHSA-coordinated unit placements | TBD | N/A |

### Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|
| Interim Housing | W. 3rd St. | TBD | Privately owned lot | TBD |
| Interim Housing | Cole Ave. | TBD | RAP owned park | All |
| Interim Housing | Santa Monica Blvd. | 82 | Privately owned building | TBD |

CD14

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Kevin De Leon |
| Council District: | 14 |

| | | Target: |
|---|---|---|
| Size of District (square miles) | 24.2 sq mi | |
| Unsheltered Homeless Population within 500 feet of the Freeway | 622 | 622 |

### Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Location | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 10 fwy and San Pedro | Y | 16 | Encampments on Both Side of San Pedro |
| 2 | 110 fwy and Olympic | Y | 12 | Encampments on Both Side of Olympic |
| 3 | 7476 North Figueroa and 134 | Y | 15 | Encampments on both Sides |
| 4 | 2900 West Broadway and 2 fwy | Y | 8 | |
| 5 | Hope and 10 fwy | Y | 16 | |
| 6 | fwy Overpass Arcadia and Main | Y | 15 to 20 | Encampments on both Sides |

### Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occuppiable |
|---|---|---|---|---|---|
| A Bridge Home | 310 N. Main St. | 99 | | Within catchment area | 8/18/2020 |
| A Bridge Home | 1426 Paloma St. | 120 | | | 12/21/2020 |
| Interim Housing | Weingart Center 566 S. San Pedro Street | 60 | | TBD | 2/1/2021 |
| Permanent Housing: Prop HHH | 649 S. Wall St. | 55 | | TBD | 2/26/2021 |
| Rapid Rehousing/Shared Housing | SRO Housing Corp RRH | 60 | | TBD | 3/1/2021 |
| Interim Housing | Weingart Center 566 S. San Pedro Street | 49 | | TBD | 4/1/2021 |
| Interim Housing | Super 8 Alhambra 5350 S Huntington Dr. | 52 | Project Homekey | TBD | 4/7/2021 |
| Interim Housing | 1060 N. Vignes St. | 232 | | TBD | 4/12/2021 |
| Interim Housing | Titta's Inn 5333 Huntington Drive | 49 | Project Homekey | TBD | 4/12/2021 |
| Interim Housing | 543 Crocker St. | 40 | | TBD | 4/16/2021 |
| Interim Housing | Arroyo Drive at Ave 60 | 224 | Tiny Homes | TBD | TBD |
| Project Roomkey | LA Grand | 483 | | TBD | 11/1/2021 |
| Rapid Rehousing/Shared Housing | TBD | 540 | LAHSA-coordinated unit placements | TBD | N/A |

### Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|
| Interim Housing | Paloma St. (Phase II) | 70 | Interim Housing | TBD |

| Interim Housing | N. Figueroa | 134 | Pallet Shelters | TBD |
| Interim Housing | S. Broadway | TBD | TBD | TBD |
| Interim Housing | N. Mission Road | 148 | TBD | TBD |

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Joe Buscaino |
|---|---|
| Council District: | 15 |

| | | Target: |
|---|---|---|
| Size of District (square miles) | 32.1 sq mi | |
| Unsheltered Homeless Population within 500 feet of the Freeway | 194 | 194 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Location | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Lomita Blvd @ McCoy St. | Y | 35-40 | |
| 2 | San Pedro Post Office | N | 10-15 | |
| 3 | 535 Broad Avenue | N | 5-10 | |
| 4 | F Street @ Banning | N | 12 | |
| 5 | Anaheim Bridge @ 5 points | N | 3 | |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occuiable |
|---|---|---|---|---|---|
| A Bridge Home | 515 N. Beacon St. | 100 | | Within catchment area | 7/7/2020 |
| A Bridge Home | 828 Eubank Ave. | 100 | | Within catchment area | 7/7/2020 |
| Interim Housing | 1221 S. Figueroa Pl. | 80 | Tiny Homes | | 5/5/2021 |
| Safe Parking | 711 S. Beacon St. | 25 | | | 3/1/2021 |
| Safe Parking | 19610 S. Hamilton Ave. | 25 | | | 3/8/2021 |
| Interim Housing | Travelodge 18600 Normandie Ave. | 40 | Project Homekey | | 5/26/2021 |
| Project Roomkey | Vagabond Inn San Pedro | 72 | | TBD | 4/15/2021 |
| Rapid Rehousing/Shared Housing | TBD | 134 | LAHSA-coordinated unit placements | TBD | N/A |

**Proposed Additional Interventions**

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|
| Safe Parking | E. 116th Pl. | 25 | Caltrans-owned | |