# EXHIBIT D

REPORT FROM

# OFFICE OF THE CITY ADMINISTRATIVE OFFICER

Date:        March 18, 2021

CAO File No.      0220-05734-0014
Council File No.   20-0841, 20-0941, and 18-0628,
Council District:   All

To:          The City Council

From:        *for* Richard H. Llewellyn, Jr., City Administrative Officer

Reference:   Homelessness Roadmap

Subject:     **Fifth Report: COVID-19 Homelessness Roadmap Funding Recommendations**

## SUMMARY

On September 9, 2020, the City Council approved funding for the initial projects under the COVID-19 Homelessness Roadmap and directed the City Administrative Officer to submit funding recommendations for projects via reports. This is the fifth funding report related to the COVID-19 Homelessness Roadmap (Roadmap). This report recommends funding for two (2) new interim housing sites in Council Districts 5 and 14 with 284 beds, and 268 previously unfunded interim beds operated by various service providers, for a total of 552 new and ongoing beds for the Roadmap. Funding to extend 324 winter shelter beds, given the on-going COVID safety concerns, is also proposed. This report also recommends funding for an eight-month Safe Sleep pilot site with 70 spaces in Council District 13.

This report substitutes Homeless Housing, Assistance, and Prevention Program (HHAP) funding with Coronavirus Relief Funds (CRF), given the CRF extension to December 31, 2021, for eight (8) previously approved interim housing sites. Additional rehabilitation funding for 14 Project Homekey sites and two (2) of the three (3) sites purchased in Council District 9 is also included. This report further clarifies previously approved recommendations and requests the contract and other authorities to effectuate the entirety of the recommendations.

If the recommendations in this report are approved, 100 percent of the capital funding allocated to the Homelessness Roadmap in Fiscal Year (FY) 2020-2021 will be fully committed.

## RECOMMENDATIONS

That the City Council, subject to approval by the Mayor:

1.  DETERMINE the Crisis and Bridge Housing facility located on the easterly portion of APN# 5492-021-900, Arroyo Seco (Arroyo Drive and Avenue 60), which allows for the lease of a

CAO File No.                                   PAGE

0220-05734-0014                          2

portion of this property and use as a temporary shelter for those experiencing homelessness, is statutorily exempt under Public Resources Code Section 21080(b)(4) as a specific action necessary to prevent or mitigate an emergency as also reflected in CEQA Guideline Section 15269(c);  Public Resources Code section 21080.27 (AB 1197) applicable to City of Los Angeles emergency homeless shelters; and, because the project uses "Homeless Housing, Assistance and Prevention Program funds," it is exempt under Governor's order N-32-20.

2. DETERMINE the Crisis and Bridge Housing facility on 7253 Melrose Ave., which allows for the lease of this property and use as a temporary shelter for those experiencing homelessness, is statutorily exempt under the California Environmental Quality Act exemption determinations under Public Resources Code Section 21080(b)(4) as a specific action necessary to prevent or mitigate an emergency, Public Resources Code section 21080.27 (AB 1197) applicable to City of Los Angeles bridge homeless shelters; and, because the project is partly funded by "Homeless Housing, Assistance and Prevention Program funds," it is exempt under Governor's Order N-32-20.

3. APPROVE $7,173,096 for the construction of a Tiny Home Village with 224 beds at Arroyo Seco (Arroyo Drive and Avenue 60) in Council District 14;

4. TRANSFER $7,163,096 in the Community Development Block Grant-COVID  (CDBG-COVID) Fund No. 424, Account No. 43T9CV, CV-19 Pallet Shelters to Fund No. 682, Department No. 50, a new account entitled, "CD 14 Arroyo Seco Pallet Shelters";

5. APPROVE $3,732,920 from the Homelessness Efforts - County Funding Agreement Fund No. 63Q, Department No. 10, Account No. 10T618 and transfer to Fund No. 63Q, Department No. 43, account numbers to be determined, for the cost of operations ($3,720,640) through June 30, 2022, and furniture, fixtures, and equipment ($12,280) for the Arroyo Seco (Arroyo Drive and Avenue 60) Tiny Home Village in Council District 14;

6. APPROVE $2,970,444 from the Homelessness Efforts - County Funding Agreement Fund No. 63Q, Department No. 10, Account No. 10T618 and transfer to Fund No. 63Q, Department No. 43, account numbers to be determined, for leasing and operating costs to establish an interim housing facility with 60 beds at 7253 Melrose Avenue in Council District 5:
   a. Appropriate up to $384,046 for leasing costs through June 30, 2022;
   b. Reserve up to $1,490,798 for leasing costs from July 1, 2022 through June 30, 2025;
   c. Appropriate up to $1,095,600 for the cost of operations ($897,600) through June 30, 2022, and furniture, fixtures, and equipment ($198,000);

7. APPROVE up to $20,000 from HHAP Category 1 - A Bridge Home Capital to:

CAO File No.                                      PAGE

0220-05734-0014                                    3

    a.  $10,000 to HHAP Fund No. 62Y, Department No 10, a new account entitled, "CD 14 Arroyo Seco Pallet Shelters" for the Tiny Home Village in Council District 14); and

    b.  $10,000 to General Fund No. 100, General Service Department No. 40, Account No. 006030, Leasing for the interim housing facility at 7253 Melrose Avenue in Council District 5;

8.  AUTHORIZE the Department of General Services to negotiate and execute a lease agreement with the property owner of 7253 Melrose Avenue to establish an interim housing facility at this site, for a term of up to five (5) years;

9.  APPROVE up to $1,491,410 to establish a pilot eight-month Safe Sleep Village with 70 spaces at 317 North Madison Avenue in Council District 13 from the following accounts;

    a.  $230,557 from HHAP Category 1 - A Bridge Home Capital and transfer to General Fund No. 100, Capital Improvement Expenditure No. 54, account number to be determined, for site prep and hygiene trailer maintenance;

    b.  $10,553 from HHAP Category 1 - A Bridge Home Capital and transfer to the General Fund 100 , Department of General Services, No. 40, Account No. 003040, Contractual Services for hygiene station rental services; and

    c.  $1,250,300 from the Homelessness Efforts - County Funding Agreement Fund No. 63Q, Department No. 10, Account No. 10T618 and transfer to Fund No. 63Q, Department No. 43, account number to be determined, for the cost of operations, including furniture, fixtures and equipment, from April 16, 2021 through December 17, 2021;

10. AUTHORIZE the Department of General Services to negotiate and execute a no cost lease agreement with the property owner of 317 North Madison Avenue to establish a Safe Sleeping Village at this location for up to eight (8) months;

11. DIRECT the City Administrative Officer and the Los Angeles Homeless Services Authority to report back in early 2022 on the effectiveness of the safe sleep pilot;

12. APPROVE $1,389,115 to the Los Angeles Homeless Services Authority for the cost of operations of 268 beds at various year-round interim housing sites from April 1, 2021 through June 30, 2021 as follows:

    a.  $1,188,915 from the Homelessness Efforts - County Funding Agreement Fund No. 63Q, Department No. 10, Account No. 10T618 to Fund No. 63Q, Department No. 43, account numbers to be determined for the cost of operations of 228 beds at various year-round interim housing shelters; and

    b.  $200,200 from HEAP Activity Category 2 - Capital and Operating Support - Skid Row (Activity Category 2) for the cost of operations of 40 year-round interim housing beds at 543 Crocker Street in Council District 14;

CAO File No.                    PAGE

0220-05734-0014                    4

| CD | Address | Population Served | No. of Beds | Cost of Operations (4/1/2021 - 6/30/2021 | Service Provider |
|---|---|---|---|---|---|
| 4 | 1701 Camino Palmero Street | Families | 21 | $152,880 | Aviva |
| 6 | 6909 North Sepulveda Boulevard | Individual Adults | 150 | $750,750 | TBD |
| 8 | 8501 1/2 South Vermont Avenue | Women | 25 | $125,125 | New Reflections |
| 8 | 5615 - 5749 South Western Avenue | Individual Adults | 7 | $35,035 | Testimonial Community Love Center |
| 9 | 5100 South Central Avenue | Families | 25 | $125,125 | Home at Last |
| 14 | 543 Crocker Street | Individual Adults | 40 | $200,200 | Volunteers of America |
| **Total** | | | **268** | **$1,389,115** | |

13. APPROVE $2,283,340 for the cost to extend operations of 203 beds at various Winter Shelter sites from April 1, 2021 through October 31, 2021 as follows:

   a. $1,647,800 to the Los Angeles Homeless Services Authority from the Homelessness Efforts - County Funding Agreement Fund No. 63Q, Department No. 10, Account No. 10T618 to Fund No. 63Q, Department No. 43, account numbers to be determined for the cost of operations of 154 beds at various Winter Shelter sites;

   b. $111,240 to the Department of Recreation and Parks for the labor costs at Echo Park Community Center, 303 Patton Street from the Homelessness Efforts - County Funding Agreement Fund No. 63Q, Department No. 10, Account No. 10T618 to Fund No. 302, Department No. 88, Account No. 001070, salaries as needed; and

   c. $524,300 to the Los Angeles Homeless Services Authority from Homeless Emergency Aid Program (HEAP) Activity Category 2 - Capital and Operating Support - Skid Row ($222,950) and Homelessness Efforts - County Funding Agreement Fund No. 63Q ($301,350) for the cost of operations of 49 beds at a Winter Shelter site located at Weingart Center 566 South San Pedro Street;

CAO File No.                                    PAGE

0220-05734-0014                      5

| CD | Address | Population Served | No. of Beds | Cost of Operations (4/1/2021 - 10/31/2021) | Service Provider |
|---|---|---|---|---|---|
| 1 | Echo Park Community Center | Individual Adults | 27 | $400,140 | First To Serve |
| 7 | Greater Missionary Church 11067 Norris Avenue | Individual Adults | 57 | $609,900 | Hope of the Valley |
| 8 | Home At Last Women's Shelter 8311 South Western Avenue | Women | 30 | $321,000 | Home At Last |
| 8 | Bryant Temple AME 2514 West Vernon Avenue | Women | 20 | $214,000 | Bryant Temple CDC |
| 9 | Home At Last Men's Shelter 5171 South Vermont Avenue | Men | 20 | $214,000 | Home At Last |
| 14 | Weingart Center 566 South San Pedro Street | Individual Adults | 49 | $524,300 | Weingart |
| **Total** | | | **203** | **$2,283,340** | |

14. APPROVE $483,009 for the cost to extend operations of 121 Winter Shelter Program beds at Department of Recreation and Parks sites through from April 1, 2021 through May 31, 2021 as follows:

   a. $369,050 to the Los Angeles Homeless Services Authority from the Homelessness Efforts - County Funding Agreement Fund No. 63Q, Department No. 10, Account No. 10T618 to Fund No. 63Q, Department No. 43, account numbers to be determined;

   b. $113,959 to the Department of Recreation and Parks for the labor costs from the Homelessness Efforts - County Funding Agreement Fund No. 63Q, Department No. 10, Account No. 10T618 to Fund No. 302, Department No. 88, Account No. 001070, salaries as needed;

CAO File No.                    PAGE

0220-05734-0014              6

| CD | Address | Population Served | No. of Beds | Cost of Operations (4/1/2021 - 5/31/2021) | Service Provider |
|---|---|---|---|---|---|
| 4 | Pan Pacific Park | Individual Adults | 73 | $304,937 | First to Serve |
| 13 | Shatto Park Recreation Center | Individual Adults | 48 | $178,072 | First to Serve |
| **Total** | | | **121** | **$483,009** | |

15. REQUEST that the Los Angeles Homeless Services Authority:
    a. Execute or amend sole source sub-contracts with the service providers for the operation of 268 beds at various year-round interim housing shelters through June 30, 2021 as described in this report;
    b. Execute or amend sole source sub-contracts with the service providers for the operation of 203 beds at various Winter Shelter sites through October 31, 2021 as described in this report;
    c. Execute or amend sole source sub-contracts with the service providers for the operation of 121 beds at various Department of Recreation and Parks Winter Shelter sites through May 31, 2021 as described in this report; and
    d. Work with Council District 6 to identify a service provider and enter into a service contract for the year-round interim housing site at 6909 North Sepulveda Boulevard;

16. RESCIND Recommendation 2.a., 2.b.i, 3, 5, and 6 in the City Administrative Officer Report relative to the Fourth Funding Report for COVID-19 Homelessness Roadmap Projects, dated December 4, 2020 (C.F. 20-0841), as these recommendations are being substituted by the recommendations in this report, replacing funding for tiny home village construction from the State of California Homeless Housing, Assistance, and Prevention Program (HHAP) with Federal Coronavirus Relief Fund (CRF), since the CRF expenditure deadline was extended to December 31, 2021 (recommendations 19 and ), and authorizes the City Administrative Officer to execute a contract with the Bureau of Engineering as the project manager for the Hope of the Valley site in Council District 12 (recommendation 46);

17. INCREASE $13 million in Federal Coronavirus Relief Funds reserved for the construction of interim housing beds within Federal Coronavirus Relief Fund No. 63M Department No. 10, Account No. 10T695 to replace Homeless Housing, Assistance, and Prevention Program (HHAP) funds previously allocated to these projects;

CAO File No.                    PAGE

0220-05734-0014                    7

18. REPROGRAM $3,668,578 to Federal Coronavirus Relief Fund No. 63M, Department No. 10, Account No. 10T695 from:
    a. $1,000,000 allocated to the Bureau of Engineering for site assessments and environmental studies for Tiny Home Village; and
    b. $2,668,578 reserved for matching funds for successful Homekey applications.

19. TRANSFER $17,560,289 from the Federal Coronavirus Relief Fund No. 63M, Department No. 10, Account No. 10T695 to Fund No. 63M, Department No. 10, to various project accounts for the construction of eight (8) previously approved interim housing sites to replace Homeless Housing Assistance, and Prevention Program (HHAP) funding as outlined in this report, Page 13;

20. TRANSFER $1,896,689 (Salaries: $1,885,927 and Overtime: $10,762) of the $17,560,289 in recommendation 19 above from various Federal Coronavirus Relief Fund project accounts to the Bureau of Engineering for general salaries associated with the construction costs of previously approved interim housing sites;

21. APPROVE $378,314 from the Homelessness Efforts - County Funding Agreement Fund No. 63Q, Department No. 10, Account No. 10T618 to Fund No. 63Q, Department No. 43, account numbers to be determined, for leasing costs for the previously approved 74-bed Tiny Home Village at 1455 Alvarado Street in Council District 13;
    a. Appropriate up to $136,815 for leasing costs through June 30, 2022; and
    b. Reserve up to $241,499 for leasing costs from July 1, 2022 through April 30, 2024;

22. RECOGNIZE $9,202.68 in savings from acquisition costs for various Homekey sites in Fund No. 63M, RSRC 5188, and allocate to Federal Coronavirus Relief Fund No. 63M, Department No. 10, Account No. 10T617;

23. REPROGRAM $1,768,822 from Emergency Solutions Grant (ESG) - COVID Fund No. 517, Account No. 43TA42 in savings allocated for the cost of operations and services for various Project Homekey sites, to Fund No. 517, Account No. 43TA43, Homekey Rehab for Project Homekey rehabilitation costs;

24. APPROVE $11,236,203 in Emergency Solutions Grant (ESG) - COVID Fund No. 517, Account No. 43TA43, Homekey Rehab to fund additional rehabilitation costs for various Project Homekey sites as described in this report page 16-17;

25. APPROPRIATE $11,236,203 in Emergency Solutions Grant (ESG) COVID Fund No. 517, Account No.43TA43, Homekey Rehab to the Los Angeles Homeless Services Authority for life safety and accessibility rehabilitation at Homekey properties;

CAO File No.                              PAGE

0220-05734-0014                              8

26. REQUEST that the Los Angeles Homeless Services Authority amend the contracts with Homekey owner/operators to effectuate recommendation 25 above;

27. APPROVE $3,406,547 for rehabilitation costs for the Volunteers of America of Los Angeles site at 2521-2525 Long Beach Boulevard, Los Angeles, CA 90058 in Council District 9 that will establish up to 220 interim housing beds from the following accounts:
    a. $199,873 from the Federal Coronavirus Relief Fund No. 63M, Department No. 10, Account No. 10T695;
    b. $1,548,085 from the Emergency Solutions Grant (ESG) - COVID Fund No. 517, Account No. 43TA43, Homekey Rehab;
    c. $836,904 from Community Development Block Grant (CDBG-COVID) Fund No. 424, Account No. 43T9CV, CV-19 Pallet Shelters; and
    d. $821,685 from HHAP Category 1 - A Bridge Home Capital;

28. TRANSFER $3,406,547, to General Fund No. 100, Office of City Administrative Officer Department No. 10, Account No. 003040, Contractual Services to effectuate recommendation 27 above;

29. REQUEST that the Los Angeles Homeless Services Authority transfer $1,548,085 in Emergency Solutions Grant (ESG) - COVID funds to the City Administrative Officer for a project management contract with the Bureau of Engineering, for the Volunteers of America of Los Angeles for rehabilitation costs to establish up to 220 interim housing beds at 2521-2525 Long Beach Boulevard, Los Angeles, CA 90058 in Council District 9;

30. AUTHORIZE the City Administrative Officer to negotiate and execute a contract, with the Bureau of Engineering as the Project Manager, with Volunteers of America Los Angeles, or designee, in the amount of $3,406,547 for the rehabilitation costs at the interim housing facility at 2521-2525 Long Beach Boulevard, Los Angeles, CA 90058;

31. RESERVE $153,894 from the Emergency Solutions Grant (ESG) - COVID Fund No. 517, Account No. 43TA43, Homekey Rehab for additional rehabilitation costs of interim housing at the Panorama Motel Project Homekey Site located at 8209 Sepulveda Boulevard in Council District 6;

32. APPROVE $2,043,164 from the Federal Coronavirus Relief Fund No. 63M, Department No. 10, Account No. 10T695 to Fund No. 63M, Department No. 10, account number to be determined, for the Los Angeles Neighborhood Housing Services and Ward Economic Development Corporation for rehabilitation costs to establish up to 100 interim housing beds at 1332 West Slauson Avenue in Council District 9;

33. TRANSFER $2,043,164 from the Federal Coronavirus Relief Fund No. 63M, Department

CAO File No.                    PAGE

0220-05734-0014                 9

No. 10, Account No. 10T695 to Fund No. 63M, Department No. 10, account number to be determined;

34. AUTHORIZE the City Administrative Officer to negotiate and execute, with the Bureau of Engineering as the Project Manager, with Neighborhood Housing Services of Los Angeles County and Ward Economic Development Corporation, or designee, in the amount of $2,043,164 for rehabilitation for the interim housing facility at 1300-1332 West Slauson Avenue, Los Angeles, CA 90044;

35. RECOGNIZE $961,001 in Emergency Solutions Grant (ESG)-COVID funding allocated to the Los Angeles Homeless Services Authority for Homekey Operations;

36. APPROVE $1,972,149 in Emergency Solutions Grant (ESG) - COVID Fund No. 517, Account No. 43TA42, Homekey Operations to the Los Angeles Homeless Services Authority for the cost of operations through June 30, 2022 as follows:
    a. $1,046,499 for Home at Last to operate 100 beds of interim housing at 1300-1332 West Slauson Avenue in Council District 9; and
    b. $925,650 to operate 51 beds of interim housing at the Panorama Motel Project Homekey Site located at 8209 Sepulveda Boulevard in Council District 6, as this site did not receive a State service subsidy;

37. AUTHORIZE the City Attorney and the City Administrative Officer to renegotiate and execute amendments to the regulatory documents recorded against the property at 2300, 2312, 2320, 2322, 2324 & 2332 South Central Avenue and 1115 East 25th Street Los Angeles, CA 90011 to remove the three-year minimum interim housing requirement to allow for immediate redevelopment of the site to permanent supportive and affordable housing by the Coalition for Responsible Community Development;

38. APPROVE the sole sourcing of the ownership and operations of the Project Homekey site at 9120 Woodman Avenue, Arleta CA 91334, in Council District 6, due to the urgency to develop these interim housing units, to the National Health Foundation;

39. AUTHORIZE the City Administrative Officer, or designee, to negotiate and execute escrow documents, covenant/regulatory agreements, and any other documents necessary to transfer the ownership of the Project Homekey Site, located at 9120 Woodman Avenue, Arleta CA 91334, in Council District 6, to the Los National Health Foundation, subject to the City Attorney's approval as to form;

40. REQUEST that the Los Angeles Homeless Services Authority to enter into a sole source contract with the National Health Foundation for the previously approved $3,825,250 in Emergency Solutions Grant-COVID funding for operations/services and alterations at the

CAO File No.                                                    PAGE

0220-05734-0014                                    10

Woodman Project Homekey Site, located at 9120 Woodman Avenue, Arleta CA 91334, in Council District 6;

41. RESCIND the approved recommendation 9.b. and 10.b. from the Homelessness and Poverty Committee Report to the State Homeless Emergency Aid Program (HEAP) Eighth Quarterly Expenditure Report dated February 25, 2021, Council File 18-0628;

42. APPROVE $311,229.60 from HEAP Activity Category 2 for the Los Angeles Homeless Services Authority to contract with the SRO Housing Corporation for financial assistance and supportive services for 60 additional Rapid Rehousing slots for four (4) months from March 1, 2021 through June 30, 2021;

43. INSTRUCT the General Manager, Housing and Community Investment Department, or designee, to amend HEAP Contract No. C-133135 with the Los Angeles Homeless Services Authority as follow:
   a. Extend the term through October 31, 2021;
   b. Increase the following programs:
       i. Winter Shelter Program - $2,541,150;
   c. Establish the following programs:
       i. Year-round Interim Housing Shelter Operations - 543 Crocker Street - $202,200;
       ii. SRO Housing Corporation – Rapid Rehousing - $311,229.60

44. REAPPROPRIATE $150,000 allocated to the Los Angeles Homeless Services Authority for the cost of operations for the A Bridge Home site at 1819 S Western Ave through June 30, 2022, to the Housing and Community Investment Department Fund 10A, Account 43S880;

45. INSTRUCT the General Manager, Housing and Community Investment Department, or designee, to add $150,000 in previously-approved Council District 10 AB1290 funds to the City's 2021-22 General Fund contract with the  Los Angeles Homeless Services Authority;

46. AUTHORIZE the City Administrative Officer to negotiate and execute a contract, with the Bureau of Engineering as the Project Manager, with Hope of the Valley Rescue Mission, or designee, for rehabilitation costs for the interim housing facility at 18140 Parthenia Boulevard, in Council District 12;

47. REQUEST that the Los Angeles Homeless Services Authority:
   a. Enter into a contract in the amount of $1,158,267 with Urban Alchemy to operate the Safe Sleep Village located 317 North Madison Avenue for up to eight (8) months from April 16, 2021 through December 17, 2021
   b. Amend its subcontracts with the following service providers to add funds for

CAO File No.                                    PAGE

0220-05734-0014                    11

rehabilitation of Project Homekey sites by $11,278,649;

48. INSTRUCT the General Manager, Housing and Community Investment Department, or designee, to amend the Roadmap Contract No. C-137223 with the Los Angeles Homeless Services Authority to:
   a. Reflect the service funding allocations in this report for:
      i. 317 North Madison Avenue;
      ii. 7253 Melrose Avenue;
      iii. Arroyo Drive and Avenue 60;
      iv. 1300-1332 West Slauson Avenue;
      v. 8209 Sepulveda Boulevard;
      vi. 1701 Camino Palmero Street;
      vii. 6909 North Sepulveda Boulevard;
      viii. 8501 1/2 South Vermont Avenue;
      ix. 5615 - 5749 South Western Avenue; and
      x. 5100 South Central Avenue;
   b. Increase Project Homekey Owner/Operator Rehabilitation sites by $66,843 as described in this report;
   c. Decrease Project Homekey Owner/Operator Services by $1,768,822 as described in this report;

49. DIRECT the City Administrative Officer to report on the status of services/operations funding for the five-year term of the Memorandum of Understanding, and on the final costs per site and per unit for the 15 Project Homekey sites; and

50. AUTHORIZE the City Administrative Officer to:
   a. Prepare Controller instructions or make necessary technical adjustments, including to the names of the Special Fund accounts recommended for this report, consistent with the Mayor and Council action in this matter, and authorize the Controller to implement these instructions; and
   b. Prepare any additional Controller instructions to reimburse City Departments for their accrued labor, material or permit costs related to projects in this report consistent with the Mayor and Council action on this matter and authorize the Controller to implement these instructions.

**DISCUSSION**

**CITY'S COMMITMENT TO THE HOMELESSNESS ROADMAP**

The City of Los Angeles (City) reached an agreement with the County of Los Angeles (County) on June 16, 2020, to develop an additional 6,700 homeless interventions in the City COVID-19

Homelessness Roadmap (Roadmap) to address the COVID-19 emergency within 18 months. This agreement establishes the following milestones:

- 700 beds in existing agreements with the County within 10 months;
- 5,300 new beds within 10 months; and
- 700 new beds within 18 months.

6,000 of these beds must be new beds, which are not included in any existing agreements between the City and the County. The County has committed to providing $60 million in services per year over five (5) years for a total of $300 million or half of the estimated $600 million cost for these beds over the five (5) year term of the agreement. The target population for this effort includes:

- People experiencing homelessness and living in the City within 500 feet of freeway overpasses, underpasses and ramps;
- People experiencing homelessness within the City who are 65 years of age or older; and
- Other vulnerable people experiencing homelessness within the City of Los Angeles.

As of March 10, 2021, up to 8,810 invention have been approved. 2,919 of these are completed, 2,831 are in progress, and 3,000 are rapid rehousing/shared housing interventions being implemented by LAHSA.

## FUNDING RECOMMENDATIONS

### *Interim Housing*

This report recommends funding for two (2) new interim housing sites with 284 beds. $7,173,096 is proposed for the construction of a Tiny Home Village with 224 beds at Arroyo Drive and Avenue 60, a Recreation and Parks Department site, in Council District (CD) 14. An additional, $3,732,920 is recommended for services/operations through June 30, 2022 ($3,720,640), and for furniture, fixtures and equipment ($12,280) for this site. $2,980,444 is proposed for leasing (through June 30, 2025), operations (through June 30, 2022) and furniture, fixtures, and equipment, for a permanent site with 60 beds at 7253 Melrose in CD 5. Authorization is also requested for the Department of General Services (GSD) to negotiate and execute a lease with the owner of 7253 Melrose for a period of up to five (5) years. The Bureau of Engineer (BOE) has conducted a California Environmental Quality Act (CEQA) analysis for these sites and transmitted this analysis under separate cover. The Mayor and City Council must approve BOE's determination that these uses are categorically exempt from CEQA.

This report also replaces $17,560,289 in Homeless Housing, Assistance, and Prevention Program (HHAP) with Federal Coronavirus Relief Fund (CRF) funds, given the CRF expenditure deadline extension to December 31, 2021, to eight (8) previously approved interim housing sites as outlined in Table 1 below.

CAO File No.                                      PAGE

0220-05734-0014                              13

**Table 1: Replacement of HHAP Funding with CRF Funding**

| CD | Site | Number of Beds | Amount |
|----|------|----------------|--------|
| 2 | 11471 Chandler  Boulevard | 66 | $ 174,000 |
| 2 | 6099 Laurel Canyon  Boulevard | 200 | $ 423,145 |
| 2 | 12600 Saticoy Street | 150 | $ 6,719,339 |
| 3 | 19040 Vanowen Street | 104 | $ 379,092 |
| 3 | 6073 Reseda Boulevard | 148 | $ 911,358 |
| 12 | 18140 Parthenia Boulevard | 107 | $ 6,021,115 |
| 13 | 1455 Alvarado Street | 74 | $ 2,687,133 |
| 15 | 1221 Figueroa Place | 75 | $ 245,107 |
| **Total** | | **924** | **$ 17,560,289** |

In addition, the report recommends $378,314 for leasing costs through June 30, 2024 for the previously approved Tiny Home Village site at 1455 Alvarado Street in CD 13.

***Unfunded Beds/Interim Housing***

The City Administrative Officer (CAO) requested that the Los Angeles Homeless Services Authority (LAHSA) survey service providers to identify unfunded interim housing beds that could be funded and added to the Roadmap. 268 beds have been identified at six (6) sites. $1,389,115 is being recommended to fund these beds from April 1, 2021 through June 30, 2021, as outlined in Table 2. The funding for next FY will be in included in the next Roadmap funding report.

**Table 2**

| CD | Address | Population Served | No. of Beds | Cost of Operations (4/1/2021 - 6/30/2021 | Service Provider |
|----|---------|-------------------|-------------|------------------------------------------|------------------|
| 4 | 1701 Camino Palmero Street | Families | 21 | $152,880 | Aviva |
| 6 | 6909 North Sepulveda Boulevard | Individual Adults | 150 | $750,750 | TBD |

| CD | Address | Population Served | No. of Beds | Cost of Operations (4/1/2021 - 6/30/2021) | Service Provider |
|---|---|---|---|---|---|
| 8 | 8501 1/2 South Vermont Avenue | Women | 25 | $125,125 | New Reflections |
| 8 | 5615 - 5749 South Western Avenue | Individual Adults | 7 | $35,035 | Testimonial Community Love Center |
| 9 | 5100 South Central Avenue | Families | 25 | $125,125 | Home at Last |
| 14 | 543 Crocker Street | Individual Adults | 40 | $200,200 | Volunteers of America |
| | Total | | 268 | $1,389,115 | |

### *Extension of Winter Shelter Beds*

This report recommends $2,766,349 for the extension of 324 winter shelter beds given the on-going COVID-19 safety concerns. These beds will be added to the Roadmap during the extension period, either April 1 – May 31, 2021 or April 1 – October 31, 2021, depending on the site and service provider availability. The sites, extension period, and funding recommendations are outlined in Table 3 and 4 below.

**Table 3**

| CD | Address | Population Served | No. of Beds | Cost of Operations (4/1/2021 - 5/31/2021) | Service Provider |
|---|---|---|---|---|---|
| 4 | Pan Pacific Park | Individual Adults | 73 | $304,937 | First to Serve |
| 13 | Shatto Park Recreation Center | Individual Adults | 48 | $178,072 | First to Serve |
| | Total | | 121 | $483,009 | |

CAO File No.                                                    PAGE

0220-05734-0014                                           15

**Table 4**

| CD | Address | Population Served | No. of Beds | Cost of Operations (4/1/2021 - 10/31/2021) | Service Provider |
|---|---|---|---|---|---|
| 1 | Echo Park Community Center | Individual Adults | 27 | $400,140 | First To Serve |
| 7 | Greater Missionary Church 11067 Norris Avenue | Individual Adults | 57 | $609,900 | Hope of the Valley |
| 8 | Home At Last Women's Shelter 8311 South Western Avenue | Women | 30 | $321,000 | Home At Last |
| 8 | Bryant Temple AME 2514 West Vernon Avenue | Women | 20 | $214,000 | Bryant Temple CDC |
| 9 | Home At Last Men's Shelter 5171 South Vermont Avenue | Men | 20 | $214,000 | Home At Last |
| 14 | Weingart Center 566 South San Pedro Street | Individual Adults | 49 | $524,300 | Weingart |
| **Total** | | | **203** | **$2,283,340** | |

These beds will have to be replaced with new beds at the end of the extension period to maintain the City's bed commitment as outlined in the City-County agreement.

***Pilot Safe Sleep Site***

This report includes a recommendation of $1,491,410 for an eight-month pilot 70-space safe sleep site at 317 North Madison Avenue in CD 13, from April 16, 2021 through December 31, 2021. It is recommended that the GSD be authorized to negotiate and execute a no-cost lease with the owner of this site, which is scheduled to break ground for a permanent supportive housing project in early 2022. The goal of the Safe Sleep Village program is to provide a low-barrier, harm reduction intervention that mitigates the risks of living in encampments. Clients will enter the Safe Sleep Village with their tents, and any other belongings that can fit in a designated 12-foot by 12-foot area. One of the expected benefits of the Safe Sleep Village Program is to reduce the time between when a client is matched to permanent housing and when the client moves in.

CAO File No.                                    PAGE

0220-05734-0014                          16

Because this site is a flat, paved surface, with sewer access in the right of way, existing access to power and water, and a fire hydrant located within 300 feet, it allows the City to quickly establish the site with over-the-counter, permitting requirements from the Department of Building and Safety and the Los Angeles Fire Department.

The site will be operated by Urban Alchemy under a contract with LAHSA. Urban Alchemy will enter clients into the Coordinated Entry System (CES), and connect residents to outreach workers, case management, and housing navigators within the homeless services system. The scope of services includes: client intake and care coordination, custodial and sanitation services within the site and surrounding area, de-escalation interventions to help manage mental health episodes, reverse overdose events, prevent or disrupt violence and crime, and monthly reporting on key placements and other metrics. The Safe Sleep Village model, as implemented by Urban Alchemy, is heavily staffed with practitioners with special de-escalation skills critical to ensuring that sites run smoothly. These practitioners are also responsible for security, and perform the other activities in the scope of services above. The staffing plan Urban Alchemy recommends for a successful program is a minimum staff-to-participant ratio of one (1) to 12.

The cost per participant is $21,306 for the eight -month operating period. Data reporting for the pilot will include metrics to assess the effectiveness of this program as an alternative to encampments, to be determined by CD 13, LAHSA, the CAO, and Urban Alchemy, prior to the start of services.

Given the program's high cost, we recommend that the data outcomes/effectiveness of the program be reported on by the CAO and LAHSA before initiating additional sites.

### *Project Homekey Sites*

The City, with the Housing Authority of the City of Los Angeles' assistance and matching funds from the State of California, purchased 10 Project Homekey sites. The City purchased five (5) additional motels/hotels with its CRF monies and no State match. The 15 Homekey sites have 826 rooms. The City also used CRF to purchase three (3) commercial sites in Council District 9.

This report recommends $11,236,203 in additional rehabilitation, based on a more thorough assessment of the sites by the owner/operators and a determination by the Los Angeles Fire Department that two (2) of the sites need to add fire sprinklers. This increases the rehabilitation allocation to $16,515,094 as outlined in Table 5 below. The remaining Emergency Solutions Grant –COVID balance of $153,894 will be reserved for Homekey site rehabilitation needs.

**Table 5**

| CD | Homekey Site | Owner/Operator | Original Rehab Budget | Recommended Adjustment | Updated Rehabilitation Request |
|----|--------------|----------------|----------------------|------------------------|-------------------------------|
| 6 | Econo Motor Inn | Volunteers of America Los Angeles (VOALA) | $306,041 | $294,099 | $600,140 |

CAO File No.                    PAGE

0220-05734-0014                 17

| CD | Homekey Site | Owner/Operator | Original Rehab Budget | Recommended Adjustment | Updated Rehabilitation Request |
|---|---|---|---|---|---|
| 6 | Panorama Motel | LA Family Housing (LAFH) | $640,490 | $460,488 | $1,100,978 |
| | EC Motel | Special Service for Groups, Inc. (SSG HOPICS) | $146,488 | $43,500 | $189,988 |
| 1 | Hotel Solaire | Weingart Center Association | $544,585 | $2,687,153 | $3,231,738 |
| 3 | Howard Johnson | LAFH | $329,313 | $2,856,541 | $3,185,854 |
| 14 | Titta's Inn | National Community Renaissance of California (NCRC) and Union Station Homeless Services | $125,659 | $111,613 | $237,272 |
| | Best Inn | The People Concern | $437,612 | $0 | $437,612 |
| 15 | Travelodge (Normandie) | People Assisting the Homeless (PATH) | $383,021 | $1,536,434 | $1,919,455 |
| 12 | Travelodge (Devonshire) | VOALA | $172,796 | $656,799 | $829,595 |
| 13 | The Nest | VOALA | $257,184 | $22,381 | $279,565 |
| 6 | Woodman | TBD | $397,200 | $0 | $397,200 |
| 7 | Good Nite Inn | LAFH | $579,282 | $2,186,741 | $2,766,023 |
| 11 | Super 8 LAX | The People Concern | $331,800 | -$22,886 | $308,914 |
| 11 | Ramada Inn | PATH | $382,220 | $422,900 | $805,120 |
| 14 | Super 8 Alhambra | NCRC and Union Station Homeless Services | $245,200 | -$19,560 | $225,640 |
| | | **TOTAL** | **$5,278,891** | **$11,236,203** | **$16,515,094** |

This report also recommends the National Health Foundation as the owner/operator the Woodman Homekey site at 9120 Woodman Avenue, and requests that LAHSA execute a contract with the National Health Foundation for the previously approved $3,825,250 in ESG-COVID ($397,200 for rehabilitation and $3,428,050 for operations through June 30, 2022).

The CAO will report on the total costs for all Project Homekey sites in the next funding report.

CAO File No.            PAGE

0220-05734-0014         18

**Council District 9 Sites**

The City also used its CRF monies to allow the Coalition for Responsible Community Development (CRDC), Volunteers of America of Los Angeles (VOALA), and Neighborhood Housing Services of Los Angeles County (LANHS)/Ward Economic Development Corporation acquire three (3) commercial properties in CD 9 for interim and/or permanent housing. This report recommends funding of $3,406,547 for rehabilitation for the VOALA site at 2521-2525 Long Beach Boulevard, $2,043,164 for rehabilitation for the LANHS/WARD site at 1300-1332 West Slauson Avenue and $2,007,500 for services for 100 interim beds through June 30, 2022, and the authority to effectuate these contracts, including having the BOE serve as the project manager for these contracts.

After further assessment, it was determined that it was infeasible to convert the CRDC site at 2300,2312, 2320, 2324 and 2332 South Central Avenue into interim housing in the short-term, given the historic nature of the site and the cost involved. This report, therefore, requests authority to renegotiate the terms of the City's agreement with CRDC to allow the organization to convert the site into permanent supportive and affordable housing immediately.

**Other Funding Recommendations/Clarifications**

*Scattered Site Beds in Skid Row*
On March 2, 2021, the Mayor and Council approved recommendations from the Homelessness and Poverty Committee relative to the State of California Homeless Emergency Aid Program (HEAP) Eighth Quarterly Expenditure Report (C.F. 18-0628). These recommendations included approval of $311,229.60 in HEAP funding for the Downtown Women's Center to provide financial assistance and supportive services for 60 slots of Rapid Rehousing at single room occupancy (SRO) hotels operated by SRO Housing Corporation for four months from March 1, 2021 through June 30, 2021. Since these recommendations were approved, it has been determined that it is more efficient for SRO Housing Corporation to administer these funds directly, rather than providing the funds through Downtown Women's Center. This report provides recommendations necessary to effectuate this change.

*CD 10 A Bridge Home Site*
This report reappropriates the remaining balance of $150,000 for FY 2021-22 from the previously approved $300,000 in AB1290 funds to cover operations at the interim housing site at 1819 South Western Avenue in CD 10.

*CRF Funding for Acquisition*
Although not addressed in the recommendations in this report, $900,000 in CRF monies allocated to the Homelessness Roadmap is pending approval via Council Motion introduced on March 17, 2021 (Council File pending). These funds will allow the Coalition to Abolish Slavery and Trafficking (CAST) to acquire a permanent shelter site with 19 beds to serve victims of human trafficking who are experiencing homelessness in CD 5. These beds will be accounted for in the Homelessness

Roadmap.

*Contract Authority*
Finally, this report transfers the project management for the interim housing site at 18140 Parthenia Blvd in CD 12 to BOE, and requests that the both LAHSA and the Housing and Community Investment Department (HCID) amend its contracts as appropriate to effectuate the recommendations in the report.

## FUNDING STATUS

Attachment 1 outlines the funding status of the capital funding sources allocated to the Roadmap in FY 2020-2021. If the recommendations in this report are approved, the current capital allocations will be 100 percent committed.

## FISCAL IMPACT

There is no impact to the General Fund as a result of the recommendations in this report at this time. The recommendations in this report will be funded with CARES Act, HEAP, and the County of Los Angeles service funding commitment in FY 2020-21 and FY 2021-22. The next funding report will outline the status of service funding for the term of Memorandum of the Understanding between the City and the County, and the outstanding City liability starting in FY 2022-23.

## FINANCIAL POLICIES STATEMENT

The recommendations in this report comply with the City Financial Policies.


Attachments
1. COVID-19 Homelessness Roadmap Fiscal Year 2020-21 Status of Capital Funding
2. Controller Instructions

*RHL:YC:MTB:CN:16210056*

Attachment 1

**COVID-19 Homelessness Roadmap Fiscal Year 2020-21 Status of Capital Funding**

| Type of Unit/Intervention | | Units | HEAP/HHAP Allocated/Committed | CRF Allocations | CRF Commitments | CRF Uncommitted | CRF Expenditures | ESG-COVID Allocations | ESG-COVID Commitments | ESG-COVID Uncommitted | ESG-COVID Expenditures | CDBG-COVID Allocations | CDBG-COVID Commitments | CDBG-COVID Uncommitted | CDBG-COVID Expenditures |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **New Interim Housing Beds** | | | | | | | | | | | | | | | |
| - ABH Beds | Capital | 1,069 | $42,571,579 | | | | | | | | | | | | |
| | Operating | | $21,020,220 | | | | | | | | | | | | |
| - Other Interim Beds (Including Pallet Shelters)** | Capital | 1,004 | $1,588,204 | $51,068,577 | $51,068,577 | $0 | $10,350,252 | | | | | | | | |
| | Operating | | | | | | | $20,237,195 | $20,237,195 | $0 | $5,830,182 | $7,163,096 | $7,163,096 | | $0 |
| New permanent housing units/not included in existing County Contracts | | 908 | | | | | | | | | | | | | |
| Homekey Units** | Match | 1,237 | | $118,557,103 | $118,557,103 | $0 | $118,557,103 | | | | | | | | |
| | Operating | | | | | | | $33,665,428 | $33,665,428 | $0 | $14,819,548 | | | | |
| | Rehabilitation | | $821,685 | | | | | $18,334,573 | $18,334,573 | $0 | $4,179,603 | $836,904 | $836,904 | | $0 |
| Rapid Rehousing Shared Housing*** | | 3,000 | | | | | | $97,165,429 | $97,165,429 | $0 | $1,000,000 | | | | |
| Measure H Strategy**** | | | | | | | | $1,136,000 | $1,136,000 | $0 | $0 | | | | |
| Leased Facilities*** | Leasing | 600 | | | | | | $3,951,600 | $3,951,600 | $0 | $0 | | | | |
| | Operating | | | | | | | | | | | | | | |
| Safe Parking** | | 513 | | | | | | | | | | | | | |
| Housing Units in Existing County Contracts | | 700 | | | | | | | | | | | | | |
| Outreach | | | | | | | | $2,449,650 | $2,449,650 | $0 | $2,449,650 | | | | |
| Administration | | | | $1,500,000 (BOE) $79,500 (GSD) | $1,579,500 | $0 | $767,618 | $6,658,937 | $6,658,937 | $0 | $0 | | | | |
| **TOTAL** | | 9,031 | $66,001,688 | $171,205,180 | $171,205,180 | $0 | $129,674,973 | $183,598,812 | $183,598,812 | $0 | $28,278,983 | $8,000,000 | $8,000,000 | | $0 |

* Funded by the Federal and State Sources

** Operating Costs: ABH Beds $60/bed/night; Shelters, Leased Facilities: $55/bed/night; Safe Parking: $30/car/night, based on average operating time of eight months operations for Other Interim Beds, Acquired Units, Leased Facilities, and Safe Parking in FY 2020-21.

*** Reflects the entire cost of the program for four (4) years using ESG-COVID.

**** Placements funded with City funding for Measure H Strategies will be counted toward the Roadmap target of 6,700 interventions.

3/18/20

Attachment 2: Controller Instructions to Implement City Administrative Officer Recommendations

*Transfers Between Departments and Funds*

| Rec. No. | TRANSFER FROM — FUND/ACCOUNT | AMOUNT | TRANSFER TO — FUND/ACCOUNT | AMOUNT |
|---|---|---|---|---|
| 4 | Community Development Trust Fund No. 424<br>43T9CV, CV-19 Pallet Shelters | $ 7,163,096 | Engineering Special Services Fund No. 682/50<br>50TXXX, CD 14 Arroyo Seco Pallet Shelters | $ 7,163,096 |
| | | | | TOTAL $ 7,163,096 |
| 5 | Fund 63Q/10, HOMELESS EFFORTS - COUNTY FUNDING AGREEMENT<br>10T618, Homeless Efforts – County Funding Agreement | $ 3,732,920 | Fund 63O/43, HOMELESS EFFORTS - COUNTY FUNDING<br>43TXXX, Tiny Home Operations - Arroyo Drive and Avenue 60 | $ 3,732,920 |
| | | | | TOTAL $ 3,732,920 |
| Melrose 6.a. | Fund 63Q/10, HOMELESS EFFORTS - COUNTY FUNDING AGREEMENT<br>10T618, Homeless Efforts – County Funding Agreement | $ 384,046 | Fund 100/40, General Services<br>006030, Leasing | $ 384,046 |
| 6.c. | Fund 63Q/43, HOMELESS EFFORTS - COUNTY FUNDING AGREEMENT<br>10T618, Homeless Efforts – County Funding Agreement | $ 1,095,600 | Fund 63O/43, HOMELESS EFFORTS - COUNTY FUNDING<br>43TXXX, Operations - 7553 Melrose Ave. | $ 1,095,600 |
| | | | | TOTAL $ 1,479,646 |
| Melrose 7.a. | Fund 62Y/10, HHAP<br>10S650, FC-1 - A Bridge Home Capital | $ 10,000 | Fund 100/40, General Services<br>006030, Leasing | $ 10,000 |
| Arroyo 7.b. | Fund 62Y/10, HHAP<br>10S650, FC-1 - A Bridge Home Capital | $ 10,000 | Fund 62Y/10, HHAP<br>10TXXX, CD 14 Arroyo Seco Pallet Shelters | $ 10,000 |
| | | | | TOTAL $ 20,000 |
| 9.a. | Fund 62Y/10, HHAP<br>10S650, FC-1 - A Bridge Home Capital | $ 230,557 | Fund 100/54, CIEP<br>00TXXX, Safe Sleep Village - 317 N. Madison Avenue | $ 230,557 |
| 9.b. | Fund 62Y/10, HHAP<br>10S650, FC-1 - A Bridge Home Capital | $ 10,553 | Fund 100/40, General Services<br>003040, Contractual Services | $ 10,553 |
| 9.c. | Fund 63Q/43, HOMELESS EFFORTS - COUNTY FUNDING AGREEMENT<br>10T618, Homeless Efforts – County Funding Agreement | $ 1,250,300 | Fund 63O/43, HOMELESS EFFORTS - COUNTY FUNDING<br>43TXXX, Safe Sleep Village Operations - 317 N. Madison Avenue | $ 1,250,300 |
| | | | | TOTAL $ 1,491,410 |
| 12.a. | Fund 63Q/10, HOMELESS EFFORTS - COUNTY FUNDING AGREEMENT<br>10T618, Homeless Efforts – County Funding Agreement | $ 1,188,915 | Fund 63O/43, HOMELESS EFFORTS - COUNTY FUNDING<br>43TXXX, Year-Round Interim Housing Operations - 1701 Camino Palmero St | $ 152,880 |
| | | | 43TXXX, Year-Round Interim Housing Operations - 6909 North Sepulveda Blvd | $ 750,750 |
| | | | 43TXXX, Year-Round Interim Housing Operations - 8501 1/2 South Vermont Ave | $ 125,125 |
| | | | 43TXXX, Year-Round Interim Housing Operations - 5615 - 5749 South Western Ave | $ 35,035 |
| | | | 43TXXX, Year-Round Interim Housing Operations - 5100 South Central Ave | $ 125,125 |
| | | | | TOTAL $ 1,188,915 |

CF 20-0841

3/18/2021

Attachment 2: Controller Instructions to Implement City Administrative Officer Recommendations

| Rec. No. | TRANSFER FROM | | TRANSFER TO | |
|---|---|---|---|---|
| | FUND/ACCOUNT | AMOUNT | FUND/ACCOUNT | AMOUNT |
| 12.b. | Fund 60P/10, HEAP<br>10R631, AC-2 – Capital and Operating Support - Skid Row | $ 200,200 | Fund 60P/43, HEAP<br>437XXX, Year-Round Interim Housing Operations - 543 Crocker St | $ 200,200 |
| | | | | TOTAL $ 200,200 |
| WSPs 13.a. | Fund 63Q/10, HOMELESS EFFORTS - COUNTY FUNDING AGREEMENT<br>10T618, Homeless Efforts – County Funding Agreement | $ 1,647,800 | Fund 63Q/43, HOMELESS EFFORTS - COUNTY FUNDING<br>437XXX, Winter Shelter Program | $ 1,647,800 |
| 13.b. | Fund 63Q/10, HOMELESS EFFORTS - COUNTY FUNDING AGREEMENT<br>10T618, Homeless Efforts – County Funding Agreement | $ 111,240 | Fund 302/88, Department of Recreation and Parks<br>001070, Salaries As Needed | $ 111,240 |
| 13.c. | Fund 60P/10, HEAP<br>10R631, AC-2 – Capital and Operating Support - Skid Row | $ 222,950 | Fund 60P/43, HEAP<br>437XXX, Winter Shelter Program | $ 222,950 |
| | Fund 63Q/10, HOMELESS EFFORTS - COUNTY FUNDING AGREEMENT<br>10T618, Homeless Efforts – County Funding Agreement | $ 301,350 | Fund 63Q/43, HOMELESS EFFORTS - COUNTY FUNDING<br>437XXX, Winter Shelter Program | $ 301,350 |
| | | | | TOTAL $ 2,283,340 |
| RAP WSPs 14.a | Fund 63Q/10, HOMELESS EFFORTS - COUNTY FUNDING AGREEMENT<br>10T618, Homeless Efforts – County Funding Agreement | $ 369,050 | Fund 63Q/43, HOMELESS EFFORTS - COUNTY FUNDING<br>437XXX, Winter Shelter Program | $ 369,050 |
| | Fund 63Q/10, HOMELESS EFFORTS - COUNTY FUNDING AGREEMENT<br>10T618, Homeless Efforts – County Funding Agreement | $ 113,959 | Fund 302/88, Department of Recreation and Parks<br>001070, Salaries As Needed | $ 113,959 |
| | | | | TOTAL $ 483,009 |
| 18.a. | Fund 63M/10, COVID-19 FEDERAL RELIEF FUND<br>10T178, Bureau of Engineering | $ 1,000,000 | Fund 63M/10, COVID-19 FEDERAL RELIEF FUND<br>10T695, CIEP/Homelessness Roadmap/Capital | $ 1,000,000 |
| | | | | TOTAL $ 1,000,000 |
| 19 | Fund 63M/10, COVID-19 FEDERAL RELIEF FUND<br>10T695, CIEP/Homelessness Roadmap/Capital | $ 17,560,289 | Fund 63M/10, COVID-19 FEDERAL RELIEF FUND<br>10T612, 11471 Chandler Boulevard<br>10T613, 6099 Laurel Canyon<br>10T614, 19020-19040 Vanowen Street<br>10T610, 6073 N Reseda Blvd<br>10T615, 1221 S. Figueroa Place<br>10T620, 12600 Saticoy<br>10T681, 1455 Alvarado St<br>10TXXX, 18140 Parthenia Blvd. | $ 174,000<br>$ 423,145<br>$ 379,092<br>$ 911,358<br>$ 245,107<br>$ 6,719,339<br>$ 2,687,133<br>$ 6,021,115 |
| | | | | TOTAL $ 17,560,289 |
| 20 | Fund 63M/10, COVID-19 FEDERAL RELIEF FUND<br>10T612, 11471 Chandler Boulevard<br>10T613, 6099 Laurel Canyon<br>10T614, 19020-19040 Vanowen Street | $ 149,776<br>$ 417,788<br>$ 278,276 | Fund 100/78, Bureau of Engineering<br>001010, General Salaries | $ 1,885,927 |

3/18/2021

Attachment 2: Controller Instructions to Implement City Administrative Officer Recommendations

| Rec. No. | TRANSFER FROM FUND/ACCOUNT | AMOUNT | TRANSFER TO FUND/ACCOUNT | AMOUNT |
|---|---|---|---|---|
| | 1OT610, 6073 N Reseda Blvd | $ 239,350 | | |
| | 1OT615, 1221 S. Figueroa Place | $ 265,880 | | |
| | 1OT620, 12600 Saticoy | $ 285,673 | | |
| | 1OT681, 1455 Alvarado St | $ 214,828 | | |
| | 1OT695, CIEP/Homelessness Roadmap/Capital | $ 34,356 | | |
| | Fund 63M/10, COVID-19 FEDERAL RELIEF FUND | | Fund 100/78, Bureau of Engineering | |
| | 1OT612, 11471 Chandler Boulevard | $ 5,114 | 001090, Overtime - General | $ 10,762 |
| | 1OT613, 6099 Laurel Canyon | $ 5,357 | | |
| | 1OT695, CIEP/Homelessness Roadmap/Capital | $ 291 | | |
| | | | TOTAL | $ 1,896,689 |
| Alvarado 21.a. | Fund 63Q/10, HOMELESS EFFORTS - COUNTY FUNDING AGREEMENT | | Fund 100/40, General Services | |
| | 1OT618, Homeless Efforts -- County Funding Agreement | $ 136,815 | 006030, Leasing | $ 136,815 |
| | | | TOTAL | $ 136,815 |
| 22 | Fund 63M/10, COVID-19 FEDERAL RELIEF FUND | | Fund 63M/10, COVID-19 FEDERAL RELIEF FUND | |
| | BFY 2021, RSRC 5188 | $ 9,202.68 | 1OT617, Matching Funds for Homekey Program Applications | $ 9,202.68 |
| | | | TOTAL | $ 9,202.68 |
| 23 | Emergency Solutions Grant-COVID Fund No. 517 | | Emergency Solutions Grant-COVID Fund No. 517 | |
| | 43TA42, Homekey Operations | $ 1,768,822 | 43TA43, Homekey Rehab | $ 1,768,822 |
| | | | TOTAL | $ 1,768,822 |
| VOALA 27.a. & 28 | Fund 63M/10, COVID-19 FEDERAL RELIEF FUND | | Fund 100/10, Office of City Administrative Officer | |
| | 1OT695, CIEP/Homelessness Roadmap/Capital | $ 199,873 | 003040, Contractual Services | $ 3,406,547 |
| 27.b. & 28 | Emergency Solutions Grant-COVID Fund No. 517 | | | |
| | 43TA43, Homekey Rehab | $ 1,548,085 | | |
| 27.c. & 28 | Community Development Trust Fund No. 424 | | | |
| | 4379CV, CV-19 Pallet Shelters | $ 836,904 | | |
| 27.d. & 28 | Fund 62Y/10, HHAP | | | |
| | 10S660, FC-1 - A Bridge Home Capital | $ 821,685 | | |
| | | | TOTAL | $ 3,406,547 |
| 33 Slauson | Fund 63M/10, COVID-19 FEDERAL RELIEF FUND | | Fund 63M/10, COVID-19 FEDERAL RELIEF FUND | |
| | 1OT695, CIEP/Homelessness Roadmap/Capital | $ 2,043,164 | 1OTXXX, Homekey Rehab - 1332 W. Slauson Ave | $ 2,043,164 |
| | | | TOTAL | $ 2,043,164 |
| 42 | Fund 60P/10, HEAP | | Fund 60P/43, HEAP | |
| | 1OR631, AC-2 -- Capital and Operating Support - Skid Row | $ 311,229.60 | 43TXXX, SRO Housing Corporation -- Rapid Rehousing | $ 311,229.60 |
| | | | TOTAL | $ 311,229.60 |

3/18/2021

Attachment 2: Controller Instructions to Implement City Administrative Officer Recommendations

| Rec. No. | TRANSFER FROM | | TRANSFER TO | |
|---|---|---|---|---|
| | FUND/ACCOUNT | AMOUNT | FUND/ACCOUNT | AMOUNT |
| 44 | Community Investment Department Fund 10A 43S880, A Bridge Home Services-1918 S Western Ave-1736 Family Crisis (FY 2020-21) | $ 150,000 | Community Investment Department Fund 10A 43S880, A Bridge Home Services-1918 S Western Ave-1736 Family Crisis (FY 2021-22) | $ 150,000 |
| | | | TOTAL | $ 150,000 |
| | | | TOTAL ALL DEPARTMENTS AND FUNDS | $ 46,325,294 |

CF 20-0841

3/18/2021