RODRIGO A. CASTRO-SILVA (SBN 185251), *County Counsel*
rcastro-silva@counsel.lacounty.gov
LAUREN M. BLACK (SBN 192302), *Assistant County Counsel*
AMIE S. PARK (SBN 273346), *Deputy County Counsel*
500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel.: (213) 974-1830 | Fax: (213) 626-7446

BYRON J. MCLAIN (SBN 257191)
bmclain@foley.com
FOLEY & LARDNER, LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071
Tel.: (310) 972-4500 | Fax: (213) 486-0065

LOUIS R. MILLER (SBN 54141)
smiller@millerbarondess.com
MIRA HASHMALL (SBN 216842)
EMILY A. RODRIGUEZ-SANCHIRICO (SBN 311294)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES** <br><br> **DEFENDANT COUNTY OF LOS ANGELES' OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:  May 10, 2021 <br> Time:  8:30 a.m. <br> Crtrm.:  9D <br><br> Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

508093.2

Case No. 2:20-cv-02291 DOC-KES

Defendant County of Los Angeles ("County") respectfully submits the following objections to the evidence filed in support of Plaintiffs' motion for a preliminary injunction ("Motion").  Compiled in one omnibus document, Plaintiffs have included 19 declarations: Rev. Andrew J. Bales, Hal Bastian, Mary Brannon, Joseph Burk, Maria Diaz, Gregory Gibson, Javier Gonzales, Ann Jackson, Wenzial Jarrell, Charles Malow, Karyn Pinsky, Lisa Rich, Mark Shinbane, Don Steier, Deisy Suarez, Leandro Suarez, Harry Tashdjian, Charles Van Scoy, and Luis Zaldivar. [Dkt. 265-2.]

There are nine Plaintiffs in this lawsuit:  LA Alliance for Human Rights, Joseph Burk, Harry Tashdjian, Karyn Pinsky, Charles Malow, Charles Van Scoy, George Frem, Gary Whitter, and Leandro Suarez.  Mr. Frem and Mr. Whitter did not submit declarations.[1]  Instead, Plaintiff include declarants who are not parties to this lawsuit.[2]  Others claim membership in the LA Alliance for Human Rights, but do not describe their role or indicate any involvement in this case.

These declarations cannot serve as evidentiary support for the extraordinary relief Plaintiffs seek here.  The declarants do not describe how *Plaintiffs* will be irreparably harmed absent the injunction (an order requiring, among other things, the relocation of people experiencing homelessness on Skid Row within 90 days).  Moreover, any connection to the *County* is far too attenuated to justify judicial intervention in County homelessness policy.

The County's specific evidentiary objections are set forth in more detail below.

---

[1] Mr. Frem owns a luxury auto shop in Mar Vista.  (Compl. ¶ 108.)  Mr. Whitter "has been homeless on and off in the Los Angeles area for the last 13 years." (*Id*. ¶ 119.)  When the Complaint was filed, he was staying at the Union Rescue Mission.  (*Id*. ¶ 121.)

[2] Lisa Rich (property owner), Mark Shinbane (property owner), Deisy Suarez (resident and property owner), and Luis Zaldivar (resident experiencing homelessness).

508093.2

Case No. 2:20-cv-02291 DOC-KES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

## OBJECTIONS TO DECLARATION OF REV. ANDREW J. BALES, M.A.T.

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Bales Decl. ¶ 3, page 2, lines 14-17** <br><br> I believe that the City of Los Angeles ("City") and County of Los Angeles ("County") have established policies and taken action to contain and to concentrate people experiencing homelessness in Skid Row. I base this belief on my personal experience and observations over the past several decades. | Lack of personal knowledge, lack of foundation, and speculation (FRE 602); <br><br> Improper Lay Opinion (FRE 702). | Sustained:_____ <br> Overruled:_____ |
| **Bales Decl. ¶ 3(b), page 2, lines 21-25** <br><br> [I have observed] The City and County concentrating in Skid Row services for people experiencing homelessness. For example, I observed the City providing in Skid Row storage facilities for people experiencing homelessness, while delaying or not approving such storage facilities in other parts of the City. | Lack of personal knowledge (FRE 602); <br><br> Improper lay opinion (FRE 701); <br><br> Hearsay (FRE 801, 802). | Sustained:_____ <br> Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Bales Decl. ¶ 3(c), page 2, lines 26-28**<br><br>[I have observed] The City and County approving housing in Skid Row for people experiencing homelessness while objecting to and attempting to prevent similar housing in other parts of the City. | Lack of personal Knowledge, lack of foundation, and speculation (FRE 602);<br><br>Improper lay opinion (FRE 701);<br><br>Hearsay (FRE 801, 802). | Sustained:_____<br>Overruled:_____ |
| **Bales Decl. ¶ 3(d), page 3, lines 1-4**<br><br>I have witnessed employees of the City and County and political leaders suffer personal and professional loss by standing up against and speaking out against this County and City policy corralling and containment. | Hearsay (FRE 801, 802);<br><br>Lack of personal knowledge (FRE 602);<br><br>Irrelevant (FRE 104(b), 401, 402);<br><br>Confusing the issues (FRE 403). | Sustained:_____<br>Overruled:_____ |
| **Bales Decl. ¶ 4, page 3, lines 5-6**<br><br>On April 8, 2021, my associate observed a fire in a tent that killed a person experiencing homelessness. | Hearsay (FRE 801, 802);<br><br>Lack of personal knowledge (FRE 602);<br><br>Irrelevant (FRE 104(b), 401, 402);<br><br>Confusing the issues (FRE 403);<br><br>Unfairly prejudicial (FRE 403). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Bales Decl. ¶ 4, Page 3, lines 6-10**<br><br>Attached as Exhibit A is a picture taken today of the deceased.  This was described in the media as a debris fire.  A handicapped person like me was inside of this debris fire. This risk is not an isolated incident. I believe every person experiencing homelessness on Skid Row is at great risk of death from fire or other dangers. | Lack of personal knowledge, lack of foundation, and speculation (FRE 602);<br><br>Hearsay (FRE 801, 802);<br><br>Irrelevant (FRE 104(b), 401, 402);<br><br>Confusing the issues (FRE 403);<br><br>Unfairly prejudicial (FRE 403);<br><br>Improper lay opinion (FRE 701). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

## OBJECTIONS TO DECLARATION OF HAL BASTIAN

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Bastian Decl. ¶ 4, Page 1, line 24 - Page 2, line 2**<br><br>Through my experiences as both a resident and a professional working for the betterment of Los Angeles, it has become clear that the actions and inaction of the City and County of Los Angeles have been a substantial factor in the current homelessness crisis. The current response to a number of federal lawsuits has coincided with a surge in homelessness and has affected the housed and homeless alike. | Lack of foundation, and speculation (FRE 602);<br><br>Improper legal conclusion (FRE 701, 702);<br><br>Improper lay opinion testimony (FRE 701). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Bastian Decl. ¶8, Page 3, lines 13-22**<br><br>Most frustrating is that the first step to solving these issues seems eminently clear: have empathy and compassion or those forced to live on the street, take every step available to shelter them all, and then return the public space to the benefit of the entire community.  It shocks me that if we were to have a natural disaster or major earthquake FEMA (the Federal Emergency Management Agency) would likely be here within hours or days, able to provide shelter to everyone currently living on the street.  Los Angeles has been going through a disaster of equal scope and of its own making in slow motion for the past 60 years, yet the City and County are unable or unwilling to do anything about the state of affairs.  It is not alright. | Improper lay opinion testimony (FRE 701);<br><br>Irrelevant (FRE 104(b), 401, 402);<br><br>Lack of personal knowledge, lack of foundation, and speculation (FRE 602). | Sustained:_____<br>Overruled:_____ |

508093.2

6

Case No. 2:20-cv-02291 DOC-KES

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Bastian Decl. ¶9, Page 3, lines 23 – 28**<br><br>This lawsuit brought by the LA Alliance for Human Rights is seemingly the only path forward to enable the City and County to overcome the NIMBYism ("Not In My Back Yard") which has stopped so much progress on this issue.  All 15 council districts are necessary parts in solving this crisis, and this action provides the basis for them all to get involved. Now is the time for the City and County to step up and make the necessary change for our community. | Improper legal conclusion (FRE 701, 702);<br><br>Improper lay opinion testimony (FRE 701);<br><br>Lack of personal knowledge and foundation (FRE 602). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

508093.2

Case No. 2:20-cv-02291 DOC-KES

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

**OBJECTIONS TO DECLARATION OF JOSEPH BURK**

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Burk Decl. ¶ 7, Page 2, lines 5 – 9**<br><br>On October 11, 2016, I received an email from an agent with a huge international shoe brand: "After driving past your place on 6th and Crocker yesterday, I can no longer present your property for upcoming shoots.  The homeless conditions directly around your property is out of control and I wouldn't feel safe bringing my film crew into that area." | Hearsay (FRE 801, 802);<br><br>Lack of authentication (901);<br><br>Best evidence rule (FRE 1002). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Burk Decl. ¶ 8, Page 2, lines 10 – 16**<br><br>On October 24, 2016, I received an email from another local production company stating, "Sorry the scout left before going inside to see your space today.  He told me that when he showed up, he could barely walk down the street [be]cause there were so many homeless tents and people around. He said it would be a nightmare to try and film there and didn't want to put the option in front of the director.  Also, wouldn't be appealing to bring the client there due to all the homeless people." | Hearsay (FRE 801, 802);<br><br>Lack of authentication (FRE 901);<br><br>Best evidence rule (FRE 1002). | Sustained:_____<br>Overruled:_____ |

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Burk Decl. ¶ 9, Page 2, lines 17 – 20**<br><br>On February 7, 2017, I received an email from an individual who had hoped to use my property for a Fox TV Pilot.  The e-mail stated, "thank you for showing [interested client] your place.  She really liked it.  But she is concerned about the neighborhood because her show has a big star attached.  Thanks again." | Hearsay (FRE 801, 802);<br><br>Lack of authentication (FRE 901);<br><br>Best evidence rule (FRE 1002). | Sustained:_____<br>Overruled:_____ |
| **Burk Decl. ¶ 10, Page 2, lines 21 – 26**<br><br>On June 27, 2017, another potential client refused to work on our property.  The email noted, "When the location manager showed up with the director, his instant reaction was "I won't shoot here, because I won't get out of the car [.]' Due to the severity of the homelessness in your area, I fear you are losing out on a lot of shoots.  I know it[']s out of your hands, but thanks for all your help today." | Hearsay (FRE 801, 802);<br><br>Lack of authentication (FRE 901);<br><br>Best evidence rule (FRE 1002). | Sustained:_____<br>Overruled:_____ |

508093.2

10

Case No. 2:20-cv-02291 DOC-KES

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Burk Decl. ¶ 11, Page 2, lines 27 – 28**<br><br>In addition to its commercial use, and in compliance with the artist-in-residence ordinance, I have lived at the Property from 2001 to January 2021. | Hearsay (FRE 801, 802) | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Burk Decl. ¶ 13, Page 3, lines 5– 12**<br><br>The tenants moved out of the Property in 2017 due to safety, physical and mental health reasons directly associated with the declining neighborhood.  The amount of noise and trash coming from the encampments had become too much for them.  The wife was harassed a few times and the husband had his bike stolen numerous times. People would urinate and defecate on the Property's fence, which would run down towards their front door.  The tenants frequently came across needles, left behind from people in the encampments and were calling public safety officials to help individuals overdosing on drugs. | Hearsay (FRE 801, 802);<br><br>Lack of personal knowledge, lack of foundation, and speculation (FRE 602). | Sustained:_____<br>Overruled:_____ |
| **Burk Decl. ¶ 14, Page 3, lines 14– 15**<br><br>People are not interested in renting my Property as a home or living space because of the surrounding area. | Lack of foundation, and speculation (FRE 602);<br><br>Hearsay (FRE 801, 802). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

508093.2

12

Case No. 2:20-cv-02291 DOC-KES

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Burk Decl. ¶ 16, Page 3, lines 21– 22**<br><br>My property fence is regularly used as a restroom since there are minimal facilities for the number of people living in front of my Property. | Lack of foundation, and speculation (FRE 602) | Sustained:_____<br>Overruled:_____ |
| **Burk Decl. ¶ 17, Page 3, lines 24– 25**<br><br>The unmanaged urine and feces surrounding my Property, as well as the rat and bug infestations, creates significant health risk. | Improper lay opinion testimony (FRE 701) | Sustained:_____<br>Overruled:_____ |
| **Burk Decl. ¶ 19, Page 4, lines 2– 5**<br><br>Law enforcement has told me that they cannot ask the homeless to move their belongings from the sidewalks or from my Property.  Because of this, when I have asked people to move their belongings from blocking the entrance to my home, I have been threatened, spit on and verbally attacked. | Hearsay (FRE 801, 802) | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

508093.2

13

Case No. 2:20-cv-02291 DOC-KES

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Burk Decl. ¶ 26, Page 4, line 28—Page 5 line 4**<br><br>Insurance on my Property is significantly higher than on properties in other areas due to the increased danger surrounding me daily.  Since 2018, three buildings across from my Property have caught on fire from homeless encampment open flames.  Additionally, several buildings down the street recently caught on fire for the same reason. | Lack of foundation, and speculation (FRE 602) | Sustained:_____<br>Overruled:_____ |
| **Burk Decl. ¶ 27, Page 5, line 5-10**<br><br>My insurance company recently dropped my coverage due to the high risk associated with the homeless encampments and recent encampment fires.  After weeks of getting denied by admitted insurance companies, I finally was approved by a non-admitted insurance company.  However, I now pay five times what I was paying before, which was already higher than what other properties in other areas have to pay. | Hearsay (FRE 801, 802);<br><br>Lack of foundation, and speculation (FRE 602). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

508093.2

14

Case No. 2:20-cv-02291 DOC-KES

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Burk Decl. ¶ 30, Page 5, line 20-21**<br><br>Any attempts to lease or sell my Property have been futile because of the conditions surrounding it. | Lack of foundation, and speculation (FRE 602) | Sustained:_____<br>Overruled:_____ |
| **Burk Decl. ¶ 31, Page 5, line 22-23**<br><br>The recent and widely reported Typhus and Hepatitis outbreaks in the area have made potential buyers avoid viewing my listed Property. | Lack of foundation, and speculation (FRE 602) | Sustained:_____<br>Overruled:_____ |
| **Burk Decl. ¶ 32, Page 5, line 25-27**<br><br>All potential buyers have cited the dangerous conditions on the surrounding streets and sidewalks as the reasons they would not purchase the Property. | Hearsay (FRE 801, 802) | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

508093.2

15

Case No. 2:20-cv-02291 DOC-KES

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Burk Decl. ¶ 33, Page 5, line 28 – Page 6, 10**<br><br>On January 17, 2018, I received an email from a potential buyer stating, in part, "Just wondering how you're planning to sell it when the homeless are 3 tents deep all around that. I know that DTLA is working on the problem but isn't the skid row development company super close?...[W]hat precautions and what actions can be taken regarding the sidewalks around the property as owners[,] if we were to buy it?"  The email also includes a text message screen shot from a potential buyer stating, "Thanks for letting me know about the sidewalk directly around the building.  I just know that it will make it awfully hard for pedestrians to walk over from the arts district…if no one will venture over because the rest of the surrounding streets look like a scene from Mad Max then that could be a hiccup." | Hearsay (FRE 801, 802);<br><br>Lack of authentication (FRE 901);<br><br>Best evidence rule (FRE 1002);<br><br>Incomplete writing (FRE 106). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

16

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Burk Decl. ¶ 34, Page 6, lines 11 – 14**<br><br>On January 20, 2018, I received an email from a potential buyer stating that his client was "worried about the homeless people around [the] property, because his kid will [be] living there too, so he [has] changed his mind to buy another property…" | Hearsay (FRE 801, 802);<br><br>Lack of authentication; (FRE 901);<br><br>Best evidence rule (FRE 1002). | Sustained:_____<br>Overruled:_____ |
| **Burk Decl. ¶ 35, Page 6, lines 15 – 17**<br><br>On October 16, 2018, I received an email from one agent stating, "Our client arrived early & saw police & other non desirable elements[.] [T]hat pressure prompted him to call & say he is no longer interested." | Hearsay (FRE 801, 802);<br><br>Lacks of authentication (FRE 901);<br><br>Best evidence rule (FRE 1002). | Sustained:_____<br>Overruled:_____ |
| **Burk Decl. ¶ 36, Page 6, lines 18 – 19**<br><br>In 2018, the City of Los Angeles inquired into the acquisition of my Property.  The City would not tell me why they were interested in my Property. | Hearsay (FRE 801, 802) | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Burk Decl. ¶ 37, Page 6, lines 20 – 23**<br><br>In January 2019, I found out from an article in the Los Angeles Times that the City was looking to turn my Property into a Homeless Hygiene Center. The City has not made an offer on my Property but has released my address to the public.  This has confused me and my clients. | Hearsay (FRE 801, 802);<br><br>Lack of personal knowledge, lack of foundation, and speculation (FRE 602);<br><br>Lack of authentication (FRE 901). | Sustained:_____<br>Overruled:_____ |
| **Burk Decl. ¶ 38, Page 6, lines 24 – 26**<br><br>On May 2, 2019, I received an email from a potential client saying, "When I google mapped it (the property) it shows a major tent city around the property, is there any update on what the scene is?" | Hearsay (FRE 801, 802);<br><br>Lack of authentication (FRE 901);<br><br>Best evidence rule (FRE 1002). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Burk Decl. ¶ 39, Page 6, line 27 – Page 7 line 3**<br><br>On May 21, 2019, I received an email from a potential buyer stating, "Personally I think this property is great and has huge potential! But I believe my client is just worried that the homeless issues won't be t[aken] care [of] soon enough and it could cause some problem[s] for the business he's going to do in there." | Hearsay (FRE 801, 802);<br><br>Lack of authentication (FRE 901);<br><br>Best evidence rule (FRE 1002). | Sustained:_____<br>Overruled:_____ |
| **Burk Decl. ¶ 40, Page 7, lines 4 -- 8**<br><br>On May 26, 2019, an email from another potential buyer revealed, "After a lot of research and thought, we have decided to pass on the property.  Even though we love the building, I believe the price is too high for us at the moment.  We believe skid row will not change fast enough to really be able to invest there at the moment." | Hearsay (FRE 801, 802);<br><br>Lack of authentication (FRE 901);<br><br>Best evidence rule (FRE 1002). | Sustained:_____<br>Overruled:_____ |

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Burk Decl. ¶ 41, Page 7, lines 9 – 12**<br><br>I recently spoke to some young men around my Property who told me they came to Skid Row from the Valley because they knew they could pitch a tent, buy and use drugs, without any repercussions. To be clear, they are not homeless, they were simply capitalizing on the drug-haven Skid Row has become. | Hearsay (FRE 801, 802);<br><br>Lack of personal knowledge, lack of foundation, and speculation (FRE 602). | Sustained:_____<br>Overruled:_____ |
| **Burk Decl. ¶ 42, Page 7, lines 18 - 20**<br><br>The person that I have hired also knows a lot of homeless in the area and will ask them to move their tents from the front of my Property – sometimes this works, sometimes it doesn't. | Hearsay (FRE 801, 802) | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Burk Decl. ¶ 42, Page 7, lines 22 - 27**<br><br>If I did not have someone cleaning these sidewalks around my Property daily, they would be completely filled with tents and debris. Indeed, if one were to look across the street or even next door to my Property – areas that I have not paid someone to clean, they would see a concentration of tents that have been there for years and continue to grow. I know the situation will only decline further. | Lack of personal knowledge, lack of foundation, and speculation (FRE 602) | Sustained:_____<br>Overruled:_____ |

508093.2

21

Case No. 2:20-cv-02291 DOC-KES

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Burk Decl. ¶ 43, Page 8, lines 3 – 4**<br><br>I have suffered in terms of my economic interests in my Property and also in basic use and enjoyment of my Property. I cannot go outside and walk around the neighborhood. Because I fear for my safety, I even have to drive down the street to restaurants or grocery stores. Illegal drug use and street prostitution are rampant around my Property. I cannot open my windows at my Property due to the loud sounds and terrible odors day and night. | Improper Legal Conclusion (FRE 701, 702) | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

## OBJECTIONS TO DECLARATION OF MARIA DIAZ

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Diaz Decl. ¶ 6, Page 2, lines 11-15**<br><br>Further, the housing provided by the City and County which does appear reasonably available is located on Skid Row, the epicenter of issues for those trying to escape homelessness.  This is unacceptable as it leaves vulnerable people sequestered in a region where they face the greatest threat of harm and relapse into a life on Skid Row. | Lack of personal knowledge, lack of foundation, and speculation (FRE 602);<br><br>Improper lay opinion testimony (FRE 701). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

## **OBJECTIONS TO DECLARATION OF KARYN PINSKY**

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Pinsky Decl. ¶ 3, Page 1, lines 11-18**<br><br>My husband and I originally moved to DTLA in 2010 because we were drawn to the architecture, history, and walkability of the area. People experiencing homelessness were always present near our home, but in far fewer numbers. In 2010, the only tents west of Skid Row were on Broadway, and they were erected every night and removed shortly after sunrise. I understood this was a result of a compromise between the City and activists in the Jones case. It would make more sense to me to provide people shelter than this arrangement, for the benefit of the unsheltered and the entire community | Improper legal conclusion (FRE 701, 702);<br><br>Improper lay opinion testimony (FRE 701). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP<br>ATTORNEYS AT LAW<br>1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067<br>TEL: (310) 552-4400   FAX: (310) 552-8400

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Pinsky Decl. ¶ 13, Page 4, lines 14-20**<br><br>I understand that life on the street is extremely challenging. I can imagine how bad it must be for individuals living in these encampments given the effect these issues have had on my life. Homeless persons (particularly women) are subjected to the assaults, the elements, the drug pushers, the gang members, the rats, the filth, and the disease. This is no way for a society to treat its most helpless members and the City and County need to step up and make change for all of us. | Improper lay opinion testimony (FRE 701);<br><br>Improper legal conclusion (FRE 701, 702). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

508093.2

25

Case No. 2:20-cv-02291 DOC-KES

**OBJECTIONS TO DECLARATION OF LISA RICH**

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Rich Decl. ¶ 2, Page 1, lines 6-12**<br><br>I own several buildings in Skid Row, which I rent out to various businesses. My family has been running the properties for over 40 years and has brought significant numbers of jobs to the area. Over the past several years, the number of homeless persons on the sidewalk in front of the buildings has dramatically increased, as has the quantity of their personal property. Frequently, tents and belongings block the sidewalks for days at a time, bringing with them refuse, criminal activity, and unhygienic conditions | Lack of foundation, and speculation (FRE 602). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Rich Decl. ¶ 3, Page 1, lines 13-18**<br><br>The situation continues to worsen and is certainly at its highest ever level now during the Covid-19 crisis. At times, the buildup of property physically prevents tenants and patrons from accessing the buildings. Tenants frequently complain and request rent reductions due to the effect the homeless encampments are having on their business. In turn, the situation on Skid Row has done immense harm to my business | Hearsay (FRE 801, 802);<br><br>Lack of foundation, and speculation (FRE 602). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Rich Decl. ¶ 4, Page 1, lines 19-28 – Page 2, line 1.**<br><br>I have attempted twice to contact LAPD for assistance in moving the immense amount of accumulated property, but LAPD did not provide any help. When I asked why the LAPD would not move homeless persons or their property, I was informed that there was nothing LAPD could or would do. After learning the City, the County, and the LAPD had chosen not to assist the property owners and businesses in Skid Row, I attempted to do my best to help my tenants avoid the dangerous situation posed by the homeless encampments. To do this I installed some fencing around some higher risk properties to keep tents from being propped directly against the buildings. These fences did little more than create a small one foot spacing between the walls of the building and the accumulated property of homeless persons. | Hearsay (FRE 801, 802);<br><br>Lack of foundation, and speculation (FRE 602);<br><br>Irrelevant (FRE 104(b), 401, 402). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Rich Decl. ¶ 4, Page 2, lines 1-6**<br><br>However, as if a kind of grand irony, the City, after choosing to themselves do nothing about the issue of hazards to the properties, warned me that the fencing was unlawful, unpermitted, and would lead to me receiving fines. Before I could remove the fencing at issue, an unknown person or entity removed the chain link, and the tents returned gathering around the bare fence poles. | Hearsay (FRE 801, 802);<br><br>Lack of foundation, and speculation (FRE 602);<br><br>Irrelevant (FRE 104(b), 401, 402). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Rich Decl. ¶ 5, Page 2, lines 7-20**<br><br>Recently, the Los Angeles Department of Water & Power ("DWP") requested one of my tenants to take photos of their meter readings and send it to them instead of DWP doing it themselves because a large number of tents had been erected near the meter, and the DWP employee did not feel safe checking the meter themselves. The DWP representative threatened that if the tenant failed to properly provide the information from his meter the City would turn of his water and power. Yet, the City would not provide any means for my tenant to safely access the meter. Only after I involved Council District 14's office, the Business Industrial District, and Estela Lopez were we able to clear up the situation between DWP and my tenant. | Hearsay (FRE 801, 802);<br><br>Lack of foundation, and speculation (FRE 602).<br><br>Irrelevant (FRE 104(b), 401, 402). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

30

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| It is ludicrous that businesses are forced to do the job of City actors, under threat of losing essential utilities, when the City itself caused and perpetuates this crisis. The City feels it unsafe for their workers to perform routine tasks, but the City also refuses to make it safe for businesses or the members of the Los Angeles community who work there. | | |
| **Rich Decl. ¶ 6, Page 2, lines 21-25**<br><br>A few years ago, my concerns about safety were realized when a campfire at a homeless encampment burned out of control and set one of my buildings ablaze. The fire significantly damaged the building's offices and electrical system, requiring nearly $90,000 worth of repairs. The fire and repair process disrupted my tenant's business for significant time. | Hearsay (FRE 801, 802);<br><br>Lack of foundation, and speculation (FRE 602). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Rich Decl. ¶ 7, Page 2, line 26 – Page 3, line 5**<br><br>Adding salt to the wound, at the next policy renewal period, my fire insurer refused to renew the policy covering all of my buildings, claiming the buildings were no longer insurable because of the risks of fire and other damage posed by the homeless encampments surrounding the buildings. My insurance agent then approached 27 other insurers—of those, 26 insurers outright refused to insure my buildings at any rate due to the concerns about fire or other damage posed by the encampments. Eventually, a single insurer offered to cover my buildings but at a premium more than four times my original rate. | Hearsay (FRE 801, 802);<br><br>Lack of foundation, and speculation (FRE 602).<br><br>Irrelevant (FRE 104(b), 401, 402). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Rich Decl. ¶ 8, Page 3, lines 6-19** <br><br> Since that incident, the number of fires on Skid Row has drastically increased. I have heard of different out-of-control fires which have damaged other buildings in Skid Row.  On April 10, 2021, just this weekend, there was another fire outside one of my buildings. Luckily, it appears that the building escaped any serious damage; however, it was observable from the scene that a massive amount of property had accumulated and was then burned.  Photos of the aftermath are attached as Exhibit A.  There is no doubt in my mind, that many Skid Row businesses are facing similar threats of fire, an increase in their costs reflecting the likelihood of damage from homeless persons, and difficulties securing basic services from the City, the County, and the LAPD. I am aware that some tent fires are accidents, but some are set intentionally in retribution. | Hearsay (FRE 801, 802); <br><br> Lack of personal knowledge, lack of foundation, and speculation (FRE 602); <br><br> Improper lay opinion testimony (FRE 701). | Sustained:_____ <br> Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| People have been seriously hurt and injured because of these fires, and it is only a matter of time before one of my tenants is hurt or killed. We need immediate assistance to address this catastrophe. | | |
| **Rich Decl. ¶ 9, Page 3, lines 20-26**<br><br>As a result of these developments, I have been forced to consider selling my family's business and abandoning the Skid Row area. I hope that the City and County will do something to help the ever-escalating number of homeless persons and amount property accumulating on Skid Row. Otherwise, the businesses and residents will be forced to close or move due to the increasing costs of doing business, which would have the unfortunate effect of entrenching Skid Row as a location wholly abandoned by the City and County. | Hearsay (FRE 801, 802);<br><br>Lack of personal knowledge, lack of foundation, and speculation (FRE 602);<br><br>Improper lay opinion testimony (FRE 701). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

# OBJECTIONS TO DECLARATION OF MARK SHINBANE

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Shinbane Decl. ¶ 3, Page 1, lines 11-15**<br><br>Four years ago, Crocker Street and other streets in our vicinity – such as 6th Street, 7th Street and Towne Avenue – were free of encampments. There were small homeless encampments west of San Pedro Street on San Julian Street and Wall Street. Property was generally kept contained, crime was generally addressed, and the sidewalks were usable. | Lack of foundation, and speculation (FRE 602) | Sustained:_____<br>Overruled:_____ |
| **Shinbane Decl. ¶ 4, Page 1, lines 16-18**<br><br>Starting around 2016, Crocker Street, 6th Street, 7th Street and Town Avenue became a haven for homeless individuals. Very rapidly, the streets filled with tents and encampments, inundating the area | Lack of personal knowledge, lack of foundation, and speculation (FRE 602) | Sustained:_____<br>Overruled:_____ |
| **Shinbane Decl. ¶ 7, Page 1, lines 26-28**<br><br>Based on conversations with LAPD Officers and Detectives in the area, I am aware that gang members are supplying narcotics to homeless | Hearsay, (FRE 801, 802);<br><br>Lack of personal knowledge, lack of foundation, and speculation (FRE 602). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP<br>ATTORNEYS AT LAW<br>1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067<br>TEL: (310) 552-4400   FAX: (310) 552-8400

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| individuals right outside our business. | | |
| **Shinbane Decl. ¶ 8, Page 2, lines 1-4**<br><br>There has been an increase in violence with both homeless (as victims and perpetrators) and gang members. My employees and transportation drivers have been threatened by homeless individuals. Illegal entry onto our property, car break-ins, and thefts have increased in frequency. | Hearsay (FRE 801, 802);<br><br>Lack of personal knowledge, lack of foundation, and speculation (FRE 602). | Sustained:_____<br>Overruled:_____ |
| **Shinbane Decl. ¶ 9, Page 2, lines 5-8**<br><br>My property and business are at an increased risk of fire because of the encampment fires that surround the property. This danger is made worse by the huge quantities of trash and debris that litter our street and surrounding neighborhood. | Hearsay (FRE 801, 802);<br><br>Lack of foundation, and speculation (FRE 602);<br><br>Improper lay opinion (FRE 701);<br><br>Improper expert opinion (FRE 702). | Sustained:_____<br>Overruled:_____ |
| **Shinbane Decl. ¶ 11, Page 2, lines 12-14**<br><br>These conditions have made it extremely difficult to hire new workers, and we have lost many well qualified candidates due to | Hearsay (FRE 801, 802);<br><br>Lack of foundation, and speculation (FRE 602). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

508093.2

Case No. 2:20-cv-02291 DOC-KES

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| the unpleasant neighborhood and environment. | | |
| **Shinbane Decl. ¶ 12, Page 2, lines 15-18**<br><br>I have had at least 10 candidates for administrative or managerial roles decline an offer because of concern for their safety or the conditions in the area. Approximately 25-40% of candidates decline offers or interviews based solely on the location. This never used to be the case. | Hearsay (FRE 801, 802);<br><br>Lack of foundation, and speculation (FRE 602). | Sustained:_____<br>Overruled:_____ |
| **Shinbane Decl. ¶ 13, Page 2, lines 19-22**<br><br>In order to combat some of the deteriorating conditions, we have completely fenced in our property to prevent individuals from camping on our grounds and to keep the used needles from being fed into our exterior drains from the rampant narcotics use. | Hearsay (FRE 801) | Sustained:_____<br>Overruled:_____ |
| **Shinbane Decl. ¶ 14, Page 2, lines 23-24**<br><br>I was forced to replace roll up doors and add sections of fence due to individuals | Hearsay (FRE 801) | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
| --- | --- | --- |
| constantly urinating on them, a cost of $ 25,000. | | |
| **Shinbane Decl. ¶ 15, Page 2, line 25 – Page 3, line 1**<br><br>Additionally, I have had to significantly increase our exterior maintenance by washing and sanitizing the perimeter of our facility daily. In some cases, we have to clean multiple times a day, in order to maintain cleanliness. I spend $5,000 a year – a cost I did not previously have – on maintaining the perimeter of the property. | Hearsay (FRE 801, 802) | Sustained:_____<br>Overruled:_____ |
| **Shinbane Decl. ¶ 16, Page 3, lines 2-4**<br><br>In fact, one staff member now dedicates 25% of his time to maintaining the perimeter and external areas of our facility. This cost is around $10,000 per year. | Hearsay (FRE 801, 802) | Sustained:_____<br>Overruled:_____ |
| **Shinbane Decl. ¶ 17, Page 4, lines 5-14**<br><br>I invite the court to watch the following footage: https://abc7.com/society/las-homeless-aerial-tour-of-skid-row-epicenter-of-crisis/5344680/ | Lack of foundation (FRE 602);<br><br>Lack of authentication (FRE 901);<br><br>Best evidence rule (FRE 1002). | Sustained:_____<br>Overruled:_____ |

508093.2

38

Case No. 2:20-cv-02291 DOC-KES

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| This is a video that was taken on June 13, 2019 by Chris Christi and posted on ABC7.com with his commentary. Based on my own knowledge and experience, it accurately depict the conditions on Skid Row that day. Specifically, at 0:32-1:00 the video shows the corner of 6th and Crocker within a couple hundred feet of the building. The video shows mounds of trash with tents, structures, and other property completely blocking sidewalks and spilling into the streets. | | |
| **Shinbane Decl. ¶ 19, Page 3, lines 21-25**<br><br>The Covid pandemic has made things worse. Operation Healthy Streets ("OHS"), an initiative implemented by the City to clean and disinfect the sidewalks, has been put on hold. Without LA Sanitation spraying down the sidewalks as part of OHS, there has been a significant increase in trash and debris piling up. | Hearsay (FRE 801, 802);<br><br>Lack of personal knowledge, lack of foundation, and speculation (FRE 602);<br><br>Improper lay opinion testimony (FRE 701). | Sustained:_____<br>Overruled:_____ |

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

## OBJECTIONS TO DECLARATION OF DON STEIER

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Steier Decl. ¶ 7, Page 2, lines 7-16**<br><br>I have represented CCEA in all litigation in which the organization has been involved. I have been involved in litigation involving homeless issues during the past including suits brought by Legal Aid of Los Angeles, and the ACLU. I have watched the Skid Row area decline tremendously in the last several years, in no small part because of the myriad lawsuits brought against the City and County. The conditions on Skid Row are the worst they have ever been, and those that suffer the most are those left on the street without help. Often when there is a crisis—for example a fire, or violent attack—BID security personnel are the first ones on the scene and attempting to help. But the BIDs small security staff is ill equipped to deal with the death and misery in the Skid Row area today | Hearsay (FRE 801, 802);<br><br>Lack of personal knowledge, lack of foundation, and speculation (FRE 602);<br><br>Improper lay opinion testimony (FRE 701);<br><br>Improper legal conclusion (FRE 701, 702). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Steier Decl. ¶ 8, Page 2, lines 17-22**<br><br>Fires occur in the Skid Row area nearly every day, and sometimes sadly someone is inside. On April 7, 2021 an elderly disabled man—who was confined to a wheelchair and took fentanyl to manage his chronic pain—burned to death, unable to escape the fire that engulfed his tent on Towne Avenue in Skid Row. BID security was on scene prior to any fire department personnel, and attempted to put the fire out but was unsuccessful. | Hearsay (FRE 801, 802);<br><br>Lack of personal knowledge, lack of foundation, and speculation (FRE 602); | Sustained:_____<br>Overruled:_____ |
| **Steier Decl. ¶ 9, Page 2, line 23 – Page 3, line 3**<br><br>In 1976 the City adopted the "Blue Book Plan" which effected a policy of "Containment" within the Skid Row area—effectively trying to "contain" the "people problem" so neighboring communities would remain unaffected. At the same time the County concentrated the majority of its social services within the Skid Row area, most notably Department | Improper lay opinion testimony (FRE 701);<br><br>Lack of personal knowledge, lack of foundation, and speculation (FRE 602);<br><br>Improper expert opinion (FRE 702). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

508093.2

41

Case No. 2:20-cv-02291 DOC-KES

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| of Public Social Services, which brought individuals from outside the area into the area and often provided vouchers for people to stay in the hotels and SROs (single room occupancy) within Skid Row. The combination of these two efforts effectively brought the poorest and must vulnerable from the entire community into the Skid Row area, and then kept them there. | | |
| **Steier Decl. ¶ 10, Page 3, lines 4-7**<br><br>As the homelessness crisis grew in the 1980s and 1990s, and notably with the explosion of the drug market, the City and County offered insufficient relief in terms of shelter bed, drug rehabilitation, law enforcement, and mental health assistance | Improper lay opinion testimony (FRE 701);<br><br>Lack of personal knowledge, lack of foundation, and speculation (FRE 602);<br><br>Improper expert opinion (FRE 702);<br><br>Improper legal conclusion (FRE 701, 702). | Sustained:_____<br>Overruled:_____ |
| **Steier Decl. ¶ 11, Page 3, lines 8-14**<br><br>In 2016 former City Councilmember Jose Huizar introduced a motion to rescind the "failed policy of | Improper lay opinion testimony (FRE 701);<br><br>Lack of personal knowledge, lack of foundation, and speculation (FRE 602);<br><br>Improper expert opinion (FRE 702); | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

508093.2

Case No. 2:20-cv-02291 DOC-KES

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| containment" acknowledging the discrepancy between "[the] proportion of services available to homeless individuals citywide versus where those individuals live, given that recent data indicates that 85 percent of the homeless population lives outside of downtown, but that services have historically been centered in the downtown Skid Row area." The motion passed 14-0, but nothing has changed. | Improper legal conclusion (FRE 701, 702). | |
| **Steier Decl. ¶ 12, Page 3, lines 15-23**<br><br>Despite the City's formal dis-adoption, the Containment Policy is still in practice today. The County continues to concentrate services in the Skid Row area, including Mental Health, Social Services, Public Health, housing, food programs, and recently critical, Covid-19 injections. Development of SROs (single room occupancy), emergency housing, and other housing for persons experiencing | Improper lay opinion testimony (FRE 701);<br><br>Lack of personal knowledge, lack of foundation, and speculation (FRE 602);<br><br>Improper expert opinion (FRE 702);<br><br>Improper legal conclusion (FRE 701, 702). | Sustained:_____<br>Overruled:_____ |

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| homelessness (PEH) has been concentrated in Skid Row for years. The City provides storage bins in Skid Row for PEH, but attempts to provide similar projects in other places of the City have been rejected. LA County-funded services, including Social Services, continued to be concentrated in Skid Row. | | |
| **Steier Decl. ¶ 13, Page 3, line 24 – Page 4, line 5**<br><br>The City is enforcing laws outside of Sid Row, but not inside Skid Row which further supports "containment" in the area, and also subjects those residing within Skid Row to increased crime and squalor. For example, in the Mitchell settlement the City has foregone enforcement of certain provisions of the Los Angeles Municipal Code (LAMC) intended to maintain clean and clear sidewalks and streets. In other areas of the city anti-drug and anti-prostitution laws are enforced; within the containment area open drug use and sales and blatant prostitution are | Improper lay opinion testimony (FRE 701);<br><br>Lack of personal knowledge, lack of foundation, and speculation (FRE 602);<br><br>Improper expert opinion (FRE 702);<br><br>Improper legal conclusion (FRE 701, 702). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

508093.2

44

Case No. 2:20-cv-02291 DOC-KES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| completely ignored. Street clean-ups and targeted encampment reduction with offers of shelter for entire areas occurs elsewhere in the City, including the Echo Park closure and the Rose/Penmar "Encampment to Home" effort, but never Skid Row. | | |
| **Steier Decl. ¶ 14, Page 4, lines 6-10**<br><br>The County regularly releases inmates who have no home to go back to, directly from their main facility downtown, just a few blocks from Skid Row. With the concentration of services, and continued "containment" policy, those recently-incarcerated individuals head directly to Skid Row. Often those individuals have acute physical or mental health concerns but are released anyway. | Lack of personal knowledge, lack of foundation, and speculation (FRE 602);<br><br>Improper lay opinion testimony (FRE 701);<br><br>Improper expert opinion (FRE 702). | Sustained:_____<br>Overruled:_____ |
| **Steier Decl. ¶ 15, Page 4, lines 11-15**<br><br>At the start of the pandemic, City Council voted to stop basic | Lack of personal knowledge, lack of foundation, and speculation (FRE 602);<br><br>Improper lay opinion testimony (FRE 701); | Sustained:_____<br>Overruled:_____ |

508093.2

45

Case No. 2:20-cv-02291 DOC-KES

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| encampment clean-ups, including sanitizing sidewalks and removal of trash and human waste. Comprehensive cleanings have resumed in other places in the City, but not in Skid Row. Trash, needles, human waste, and food have accumulated in and around encampments in Skid Row for over a year in the name of "health safety." | Improper expert opinion (FRE 702). | |
| **Steier Decl. ¶ 16, Page 4, lines 16-25**<br><br>Increasingly PEH are both suspects and victims in criminal activity. In reviewing the 2020 Central Division crime statistics, the difference between homeless-related crime in Central Division (where Skid Row is most located) and the rest of the city is stark. From 2018 to 2019 there was an increase of 33 percent in homicides against a homeless victim in Central Bureau, despite the citywide rate rising only 5 percent. Violent crimes with an identified homeless suspect rose 48.1 percent in Central Division from 2019-2020 (22.5 percent citywide) | Lack of personal knowledge, lack of foundation, and speculation (FRE 602);<br><br>Improper lay opinion testimony (FRE 701);<br><br>Improper expert opinion (FRE 702). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

508093.2

Case No. 2:20-cv-02291 DOC-KES

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| and property crimes with an identified homeless suspect rose 27.9 percent in Central Division (18 percent citywide). Homicides in Central Division with an identified homeless suspect increased by 175 percent from 2018 to 2019. | | |
| **Steier Decl. ¶ 17, Page 4, lines 26 -27** Residents of the Skid Row area encounter daily fire risks, made worse by the City and County's current refusal to provide sanitation services to these areas. | Lack of personal knowledge, lack of foundation, and speculation (FRE 602); Improper lay opinion testimony (FRE 702). | Sustained:_____ Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

## OBJECTIONS TO DECLARATION OF DEISY SUAREZ

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Suarez Decl. ¶ 5, Page 2, lines 16-23.**<br><br>Apart from the dangers, the general conditions of the street have deteriorated significantly in recent years. Alongside the encampments, rodents, trash, and filth, including fecal matter, have become common sightings when I try and move about downtown. This has made downtown much more unsightly, unclean, and off putting in recent years. No doubt these conditions also affect customer's opinions of my business and the ability for me to attract new customers. I have seen the crisis getting so much worse in the last year, with more persons experiencing homelessness than ever before; it is heartbreaking to see so many people in crisis | Hearsay (FRE 801, 802);<br><br>Lack of foundation, and speculation (FRE 602). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION

## OBJECTIONS TO DECLARATION OF LEANDRO SUAREZ

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Suarez Decl. ¶ 9, Page 3, lines 7-20**<br><br>Since the Covid-19 pandemic this situation has worsened dramatically. Previously the immense amount of foot traffic or open businesses through certain areas of downtown effectively prevented homeless encampments from moving in. While these areas were in use by large numbers of people or in use by a business, homeless individuals had less space and time to setup tents and the City had an incentive to keep foot traffic moving. Now that the streets have been practically empty of workers and tourists and many businesses have closed, encampments have further encroached onto the already limited public walkways. Encampments have also become much more entrenched than they were previously. It is not uncommon to see full makeshift structures featuring metal or wood walls, support beams, and | Hearsay (FRE 801, 802);<br><br>Lack of foundation, speculation (FRE 602);<br><br>Improper lay opinion testimony (FRE 701). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

508093.2

49

Case No. 2:20-cv-02291 DOC-KES

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| carpeting or other flooring alongside the usual tarps and tents. In many cases it would now be impossible for these individuals to move their property so I could pass even if asked. It now feels impossible for me to traverse the sidewalks. | | |
| **Suarez Decl. ¶ 11, Page 3, line 12 – Page 4, line 7**<br><br>With this recent expansion it appears that many homeless persons feel they have more ownership of the area where they are encamped. The City and County's inaction with respect to these individuals has lead them to believe that they have a right to live on the sidewalk by occupying a section of sidewalk for a long period of time. This has made them more defensive and increased the verbal abuse I already received from many individuals when I attempt to travel down public walkways. Frequently now, homeless persons seek to engage in a conversation which is occasionally benign and frequently hostile. I now | Hearsay (FRE 801, 802);<br><br>Lack of personal knowledge, lack of foundation, and speculation (FRE 602);<br><br>Improper lay opinion testimony (FRE 701). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| have a greater fear that I will be berated or attacked merely for traveling outside and avoid as many interactions as possible. | | |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

**OBJECTIONS TO DECLARATION OF HARRY TASHDJIAN**

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| **Tashdjian Decl. ¶ 2 Page 1, lines 7-14**<br><br>I own an upholstery supply in the industrial area of downtown Los Angeles ("DTLA"), and the property surrounding the business. My building typically houses millions of dollars worth of inventory. When I purchased the building in 2013, tents were not allowed on the streets during the day and the City and County would enforce the law. Because my business operates during traditional business hours, I believed that the location would not hinder my business, despite regularly having between 70 and 100 will-call orders per day where customers come into my business to pick up their purchases. | Hearsay (FRE 801, 802);<br><br>Lack of personal knowledge, lack of foundation, and speculation (FRE 602);<br><br>Improper lay opinion testimony (FRE 701). | Sustained:_____<br>Overruled:_____ |
| **Tashdjian, Decl. ¶ 3, Page 1, lines 15-25**.<br><br>In mid-2016, I saw an immediate increase in the number and size of tents on the streets and sidewalks outside of my business. This trend of | Hearsay (FRE 801, 802);<br><br>Lack of foundation, and speculation (FRE 602). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| escalating encampments and increasing amounts of property accumulating on sidewalks continues to this day. Now, tents occupy the sidewalks at all hours, and it is difficult for me and, more importantly, my customers to access my business due to the piles of property and people loitering on the sidewalk and in the street. My customers constantly tell me how difficult it is to get into the building or the adjacent parking lot without hitting people or being harassed. I have been repeatedly told by customers that they prefer to do business with my competitors solely to avoid the hassle and inconvenience of trying to access my store. | | |
| **Tashdjian Decl. ¶ 4, Page 1, line 4 – Page 2, line 3**<br><br>Vendors from all over the world-Italy, Germany, the United Kingdom, China, etc.-visit my shop and express their shock and dismay that such horrendous and inhumane conditions exist in Los Angeles. My business is | Hearsay (FRE 801, 802);<br><br>Lack of foundation, and speculation (FRE 602);<br><br>Improper lay opinion testimony (FRE 701). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

508093.2

53

Case No. 2:20-cv-02291 DOC-KES

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| now at much greater risk for vandalism, violence, fire damage, and complete loss due to the County and City's decision to do nothing about the homelessness crisis. | | |
| **Tashdjian Decl. ¶ 6, Page 2, lines 15-26**<br><br>These tent fires have caused many insurers to either completely drop my business insurance or otherwise steeply increase their rates to cover my business and building. The homeless encampments and the City's s decision to do nothing about them prevent my business from accessing a competitive market rate for building insurance. Many insurers who we seek quotes simply tell us we are uninsurable. Instead, I am forced to use the limited set of insurers who are willing to accept the high risk presented by Skid Row and charge commensurately higher rates, further cutting into the profitability and viability of my business. The number of fires has been increasing in the last few months, and it is only | Hearsay (FRE 801, 802);<br><br>Lack of foundation, and speculation (FRE 602). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| a matter of time before I, one of my employees, or one of my customers is seriously injured or killed in one of these fires. The risk is immediate. | | |
| **Tashdjian Decl. ¶ 7, Page 2, line 27 – Page 3, line 9**<br><br>Theft is also a major concern – pallets are constantly stolen from the building and car batteries are frequently stolen from inside people's cars. Additionally, this year a forklift was stolen from my business. An individual jumped the fence, started a non-operational forklift, and smashed through the twelve-foot front gate while fleeing the property in the forklift. Fortunately, LAPD was able to find the forklift, but unfortunately, the damage was so severe that it was essentially a write off and the gates were completely destroyed. Even worse, because the building insurance is considered so high risk due to fires, my insurance provided no payment for the loss and my business had to cover | Hearsay (FRE 801, 802);<br><br>Irrelevant (FRE 104(b), 401, 402);<br><br>Lack of foundation, and speculation (FRE 602). | Sustained:_____<br>Overruled:_____ |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| the damage itself nearly $20,000. Unsurprisingly, the culprit had no funds to cover the damage he caused. | | |
| **Tashdjian Decl. ¶ 9, Page 3, lines 17-24**<br><br>Altogether, the conditions surrounding my property have cost me a great deal of money.  Because of the immediate fire danger posed by the  tents outside my building, I have been forced to upgrade the fire monitoring  system which cost approximately $40,000. I have had to spend approximately $37,000 on a new security surveillance system to protect the building. I have had to spend over $100,000 in upgrades to my system and increased monitoring and pest control just as a result of the increased number of homeless persons and property in the area. | Hearsay (FRE 801, 802) | Sustained:_____<br>Overruled:_____ |
| **Tashdjian Decl. ¶ 10, Page 3, line 25 – Page 4, line 5**<br><br>Over the last few years, as the City and County have | Hearsay (FRE 801, 802);<br><br>Lack of foundation, and speculation (FRE 602);<br><br>Improper lay opinion | Sustained:_____<br>Overruled:_____ |

DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON THE OBJECTION: |
|---|---|---|
| permitted the homelessness crisis to grow, the risk to my property from fire damage and vandalism has increased exponentially-the business constantly replaces gates and other property, cleans the facilities, and pays private security to safeguard its property. My employees and I cannot walk anywhere in the area and are constantly subject to the risk of disease due to the putrid conditions outside the business. The City and the County have offered no assistance to me and have taken no steps to address the impact of the homelessness crisis on my business or to enforce the laws that are broken daily in the area. | testimony (FRE 701). | |

DATED:  April 19, 2021          MILLER BARONDESS, LLP


                                By:      /s/ Louis R. Miller
                                        LOUIS R. MILLER
                                        Attorneys for Defendant
                                        COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

508093.2                          57                    Case No. 2:20-cv-02291 DOC-KES
DEFENDANT COUNTY'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION