RODRIGO A. CASTRO-SILVA (SBN 185251), *County Counsel*
rcastro-silva@counsel.lacounty.gov
LAUREN M. BLACK (SBN 192302), *Assistant County Counsel*
AMIE S. PARK (SBN 273346), *Deputy County Counsel*
500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel.: (213) 974-1830 | Fax: (213) 626-7446

BYRON J. MCLAIN (SBN 257191)
bmclain@foley.com
FOLEY & LARDNER, LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071
Tel.: (310) 972-4500 | Fax: (213) 486-0065

LOUIS R. MILLER (SBN 54141)
smiller@millerbarondess.com
MIRA HASHMALL (SBN 216842)
EMILY A. RODRIGUEZ-SANCHIRICO (SBN 311294)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>    Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES**<br><br>**DECLARATION OF CHERI TODOROFF IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:    May 10, 2021<br>Time:    8:30 a.m.<br>Place:    Courtroom 9D<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

507135.2

Case No. 2:20-cv-02291 DOC-KES

DECLARATION OF CHERI TODOROFF IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES'
OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

# DECLARATION OF CHERI TODOROFF

I, Cheri Todoroff, declare as follows:

1. I currently serve as the head of the Los Angeles County Homeless Initiative, a position I have held since April 1, 2021. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts. I make this declaration in support of the County's Opposition to Plaintiffs' Motion for Preliminary Injunction.

## My Background

2. Prior to my appointment as head of the Los Angeles County Homeless Initiative, I served as the Director of Community Programs for the Los Angeles County Department of Health Services (DHS) and provided strategic leadership, oversight, and direction for Housing for Health, the Office of Diversion and Reentry, and postacute care community placements. In this capacity, I directed the development and implementation of community-based health, social, and housing programs and services for people experiencing homelessness with complex health and/or behavioral health conditions.

3. In my work on homelessness, I spearheaded the creation and refinement of Housing For Health, one of the nation's largest homeless services programs, which provides a full spectrum of services to people experiencing homelessness, including multi-disciplinary outreach teams, interim housing, recuperative care, permanent supportive housing and benefits advocacy. I also led the Flexible Housing Subsidy Pool, which operates a rental subsidy program that makes housing affordable for people who are homeless, as well as the Capital Improvement Intermediary Program, which has supported the construction of hundreds of interim housing beds.

4. During the coronavirus pandemic, I led DHS community-based COVID response programs for vulnerable populations, including the Medical Shelter Isolation and Quarantine Program, the COVID-19 testing program for people

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DECLARATION OF CHERI TODOROFF IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

experiencing homelessness, and a meals program for people who are unsheltered and COVID-vulnerable.

5.  I previously served as the DHS Director of Housing for Health and DHS Deputy for Planning and Program Oversight and, in the Department of Public Health ("DPH"), as the Director of Children's Medical Services, Immunization Program Director, and Sexually Transmitted Disease Program Deputy Director. I've worked at the County of Los Angeles for 32 years; and I have a Master of Public Health degree from University of California, Los Angeles and a Bachelor of Arts degree in Sociology from University of California, Berkeley.

**The Los Angeles County Homeless Initiative**

6.  On August 17, 2015, the Los Angeles County Board of Supervisors ("Board") launched the Homeless Initiative to combat the homeless crisis in Los Angeles.  The Homeless Initiative was created following 18 policy summits on nine topics with 25 County departments, 30 cities and other public agencies, and over 100 community partners and stakeholders.  In February 2016, the Homeless Initiative finalized its recommended Strategies ("2016 HI Report") and submitted it to the Board for approval.  A true and correct copy of the 2016 HI Report is attached hereto as **Exhibit A.**  On February 9, 2016, the Board approved the Homeless Initiative's recommendations and instructed the County's Chief Executive Office ("CEO") to report to the Board on a quarterly basis.

7.  In March 2017, voters approved Measure H, which is a quarter cent increase to the County's sales tax, to provide an ongoing revenue stream to address the homeless crisis.  As it appeared on the ballot, Measure H also required "independent annual audits and citizens' oversight."  A true and correct copy of the March 7, 2017 Countywide Measure known as "Measure H" is attached hereto as **Exhibit B.**

8.  On June 13, 2017, the Board approved the recommended funding allocations for each of the Measure H-eligible Homeless Initiative strategies.  A true

507135.2

3

Case No. 2:20-cv-02291 DOC-KES

DECLARATION OF CHERI TODOROFF IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

and correct copy of the September 29, 2017 CEO report attaching the final implementation plans is attached hereto as **Exhibit C.**

9.      In the ensuing years, Measure H generated an estimated $355 million annually, which accelerated the critical work of the Homeless Initiative to improve the lives of individuals and families experiencing homelessness.  To ensure public accountability, a Citizens' Oversight Advisory Board reviews all expenditures.  As of February 2020, the Homeless Initiative reported to the Board that all 47 Strategies had been fully or partially implemented.  A true and correct copy of the February 2020 HI Quarterly Report is attached hereto as **Exhibit D.**

10.      On September 15, 2020, the Board adopted the CEO's Measure H and Homeless Housing, Assistance and Prevention (HHAP) Funding Recommendations. The funding recommendations total $465,090,000 for Fiscal Year 2020-21, which includes $28,737,000 in Measure H funds to be carried over from the prior fiscal year.  The funds are allocated for specific strategies, as set forth in Attachment I.  A true and correct copy of the September 15, 2020 funding recommendations that were adopted by the Board is attached hereto as **Exhibit E.**

11.      On December 3, 2020, the CEO submitted the Homeless Initiative Quarterly Report No. 18 ("December 2020 HI Quarterly Report").  A true and correct copy of the CEO's report transmitting the December 2020 HI Quarterly Report is attached hereto as **Exhibit F.**

12.      On February 22, 2021, the CEO submitted the Countywide Homeless Initiative's Year Four performance evaluation prepared by Public Sector Analytics ("PSA").  The PSA evaluation was prepared by Dr. Halil Toros (Statistical Analytics Consultant, USC Price Center for Social Innovation), Dr. Dennis Culhane (Professor, University of Pennsylvania, Social Policy & Practice), and Dr. Stephen Metraux (Assistant Professor, University of Delaware, Biden School of Public Policy & Administration).

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DECLARATION OF CHERI TODOROFF IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES'
OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

13.     The PSA determined that the Homeless Initiative is responsible for 30,900 permanent housing placements and 52,201 interim housing placements funded in whole or in part through the Homeless Initiative since it was adopted.  The PSA reported that, "for the third consecutive year, over 20,000 people experiencing homelessness exited homeless services to [Permanent Housing ("PH")] placements," and "nearly 10,000 of these PH placements occurred within the purview of HI-supported initiatives."  The February 22, 2021 CEO report to the Board transmitting the Countywide Homeless Initiative's Year Four performance evaluation is attached hereto as **Exhibit G.**

**The Proposed Injunction**

14.     I understand that Plaintiffs have asked the Court to issue a preliminary injunction ordering the City and County to offer shelter or other alternative housing options to people experiencing homelessness who live in Skid Row within 90 days. I also understand that Plaintiffs want the Court to order the City and County to, among other things, do the following: (i) ensure that housing is not concentrated in the "containment area;" (ii) adhere to certain requirements when contracting with private organizations to provide shelter or housing; (iii) provide support services (County) and operational services (County/City); (iv) fund audits of Proposition HHH, MHSA, Measure H, and LAHSA; and (v) submit to the jurisdiction of a Special Master, to be paid by the City/County.

15.     On behalf of the Homeless Initiative, I have identified a number of concerns with, and negative consequences relating to, the requested preliminary injunction.

**The County's Funding Is Allocated Through Thoughtful Planning and Consideration**

16.     Addressing the homeless crisis in Los Angeles County requires a long-term plan.  The action plan the Board approved on February 9, 2016 comprised of

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DECLARATION OF CHERI TODOROFF IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

nearly four dozen interlocking strategies—focusing on six key areas—to prevent and combat homelessness.

17.     The funding allocations the Board approved on June 13, 2017 are tailored to those strategies.  The budget was developed through a collaborative process including the involvement of 50 community and government stakeholders.  The transparent funding recommendations process included a community webinar, public hearing and online public comments.  Detailed plans were developed for new strategies, and those that were significantly expanded and/or enhanced with Measure H funding.   The plans were developed by the lead County departments/agencies for each strategy, in consultation with the County Homeless Initiative team.

18.     Measure H funds for each strategy are administered by one or more lead agencies (such as LAHSA or DHS), who in turn generally contract with community-based organizations and government entities to provide services/rental subsidies.

19.     As described above, the Homeless Initiative submits quarterly reports to the Board.  The Homeless Initiative also submits funding recommendations for each fiscal year, and details Measure H expenditures by strategy.  The expenditures are independently audited on an annual basis.

20.     The Board has already approved the CEO's Measure H and Homeless Housing, Assistance and Prevention (HHAP) Funding Recommendations, which include allocations for specific strategies.  *See* **Exhibit E.**

**Implementation Of The Injunction Would Interfere With Provision Of Services And Create Harmful Inequities For PEH**

21.     Wherever practical, Measure H funds are allocated regionally to each Service Planning Area (SPA).  For strategies where funding is allocated by SPA, the allocation is determined based on each SPA's percentage of the homeless count.

DECLARATION OF CHERI TODOROFF IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

22. However, specific funding for certain strategies is utilized countywide, not allocated by SPA. Those strategies are:

- Interim/Bridge Housing for Existing Institutions;
- Increase Employment for Homeless Adults by Supporting Social Enterprise / Subsidized Employment for Homeless Adults; and
- Provide Services and Rental Subsidies for Permanent Supportive Housing.

23. A true and correct copy of the FY 2019-20 Measure H Funded Contracts by SPA is attached hereto as **Exhibit H.** There are eight SPAs. Skid Row is in SPA 4.

24. According to the most recent homeless count, there are 48,041 unsheltered people experiencing homelessness in Los Angeles County. Of those individuals , 12,454 are in SPA 4 and 2,093 are in Skid Row. A true and correct copy of the 2020 Greater Los Angeles Homeless Count for Los Angeles County is attached hereto as **Exhibit I.** A true and correct copy of the 2020 Greater Los Angeles Homeless Count for Skid Row is attached hereto as **Exhibit J.**

25. The requested injunction ignores the regional nature of the homeless crisis. The County and its partners have built a robust infrastructure to provide strategic and deliberate services to people experiencing homelessness throughout the County. Through 11 different County departments and partner agencies—Children and Family Services, Health Services, Mental Health, Public Health, Public Social Services, LAHSA, Development Authority, Sheriff's Department, Probation, Public Defender and Workforce Development, Aging and Community Services—the County provides an extensive array of services to people experiencing homelessness. A summary of County programs serving PEH is attached hereto as **Exhibit K.**

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

26. Funding, services, and other resources are distributed across Los Angeles County. These services are provided to all PEH, regardless of whether they live in Skid Row or another area.

27. The requested injunction asks the County to prioritize Skid Row relocation efforts above all else. This would upend the County's Board-approved, voter-endorsed process and interfere with contracting, provision of services, and housing efforts.

28. To even attempt to comply with the terms of the requested injunction, the County would have to pull resources from other areas, which would mean disproportionately directing services with resulting inequities. The results would be devastating to PEH outside of Skid Row.

**The Requested Injunction Ignores The Need For Permanent Housing**

29. The requested injunction is focused solely on interim housing. This does not consider the current state of homeless services in Los Angeles County and the critical need for increased long-term housing solutions in the region to ensure that people do not languish in interim shelter. While the County and its partners have successfully expanded outreach, engagement, and interim housing, there is a lack of permanent housing. As a result, whereas people used to stay in interim housing for 60 days, they are now staying for 6-12 months because there is not enough inventory to transition them to permanent housing.

30. Continuing to invest in interim housing and the front stages of the homeless services system will not end homelessness. That is why the Homeless Initiative and its partners are prioritizing finding permanent housing for people who are currently in interim housing. Doing so will then free up existing interim housing, allowing the housing cycle to continue. Stopping those efforts and shifting the focus back to interim housing would only exacerbate the existing backlog and delay or prevent sheltered individuals from transitioning to permanent housing. That would have a material, negative impact on the County's homeless policies.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

31.     Moreover, because the interim housing resources that exist are occupied, and because constructing 2,093 new beds in 90 days is simply not feasible, issuing the requested injunction would actually require the County to move current residents out of their housing resources to move the Skid Row population in. It would make a humanitarian crisis worse, while we are still struggling with the impacts of the COVID-19 crisis.

32.     Finding housing or shelter for all people experiencing homelessness in Los Angeles County is a complicated endeavor.  Forcing an expedited relocation for a small segment of that population is not the solution.

**Amicus Curiae's Proposal Is Untenable**

33.     I reviewed Amici Curiae NAACP-Compton, CORE-California, and Committee for Save Havens' Brief ("Amicus Brief").  The Amicus Brief proposes establishing "Safe Havens" of 10,000 to 20,000 PEH.

34.     While I appreciate Amicus Curiae's input, this proposal is not consistent with County policy and undermines the County's goal of achieving long-term results by building relationships with PEH and helping them find permanent housing and services.  Aggregating thousands of PEH in mass encampments, which would likely be far from their chosen locations, is counter to the best practices embraced by the County and its homeless services providers.

35.     While creative solutions are needed, I do not believe the "Safe Havens" proposal in the Amicus Brief is the right approach.

**The Requested Injunction Ignores The Human Aspect Of The Homeless Crisis**

36.     Addressing the homeless crisis in Los Angeles County requires compassion.  The requested injunction disregards the human aspect of this crisis, instead distilling it down to numbers in one specific area.  Working with individuals in this area, and throughout Los Angeles County, requires individual relationships and trust building.  It usually takes significant interaction with an individual before

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

they feel open to pursuing housing opportunities and mental health and other services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of April 2021, at Los Angeles, California.

_Cheri Todoroff_

Cheri Todoroff

MILLER BARONDESS, LLP

ATTORNEYS AT LAW

1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067

TEL: (310) 552-4400    FAX: (310) 552-8400

507135.2

Case No. 2:20-cv-02291 DOC-KES

DECLARATION OF CHERI TODOROFF IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

**INDEX OF EXHIBITS TO THE DECLARATION OF CHERI TODOROFF**

| Ex. No. | Description | Pg. No. |
|---|---|---|
| A. | February 2016 Los Angeles County HI Report – Approved Strategies to Combat Homelessness | 12-142 |
| B. | Measures Appearing on the Ballot - Measure H | 143-146 |
| C. | September 29, 2017 CEO HI Measure H Strategy Implementation Plans | 147-222 |
| D. | February 28, 2020 HI Quarterly Report No. 16 | 223-305 |
| E. | September 15, 2020 CEO Fiscal Year 2020-21 Measure H and Homeless Housing Recommendations | 306-342 |
| F. | December 3, 2020 HI Quarterly Report No. 18 | 343-409 |
| G. | February 22, 2021 CEO report to the Board Transmitting the Countywide Homeless Initiative's Year Four Performance Evaluation | 410-485 |
| H. | FY 2019-20 Measure H Funded Contracts by SPA | 486-531 |
| I. | 2020 Greater Los Angeles Homeless Count for Los Angeles County | 532-533 |
| J. | 2020 Greater Los Angeles Homeless Count for Skid Row | 534-535 |
| K. | Summary of County Programs Serving PEH | 536-550 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400