# EXHIBIT C

EXHIBIT C - Page 147

## County of Los Angeles
# CHIEF EXECUTIVE OFFICE
Kenneth Hahn Hall of Administration
500 West Temple Street, Room 713, Los Angeles, California 90012
(213) 974-1101
http://ceo.lacounty.gov

SACHI A. HAMAI
Chief Executive Officer

Board of Supervisors
HILDA L. SOLIS
First District

MARK RIDLEY-THOMAS
Second District

SHEILA KUEHL
Third District

JANICE HAHN
Fourth District

KATHRYN BARGER
Fifth District

September 29, 2017

To:        Supervisor Mark Ridley-Thomas, Chairman
           Supervisor Hilda L. Solis
           Supervisor Sheila Kuehl
           Supervisor Janice Hahn
           Supervisor Kathryn Barger

From:      Sachi A. Hamai
           Chief Executive Officer

## HOMELESS INITIATIVE MEASURE H STRATEGY IMPLEMENTATION PLANS

On June 13, 2017, the Board of Supervisors (Board) approved the recommended funding allocations for each of the Measure H-eligible Homeless Initiative (HI) strategies. As reported in the June 13, 2017 Board letter, detailed implementation plans were being developed for new strategies and those that are significantly expanded and/or enhanced with Measure H funding. The plans were developed by the lead County departments/agencies for each strategy in consultation with the County HI team. This memorandum serves to provide the Board with the final implementation plans.

The implementation plans were presented to the Homeless Policy Deputies at their July and August meetings, where they provided input and comments that were incorporated in the implementation plans. Attached for your review are the final implementation plans for the following strategies:

- A1 – Homeless Prevention Program for Families
- A5 – Homeless Prevention Program for Individuals
- B1 – Provide Subsidized Housing to Homeless Disabled Individuals Pursuing Supplemental Security Income
- B3 – Expand Rapid Rehousing
- B4 – Facilitate Utilization of Federal Housing Subsidies
- B6 – Family Reunification Housing Subsidies
- B7 – Interim/Bridge Housing for those Exiting Institutions

*"To Enrich Lives Through Effective And Caring Service"*

**Please Conserve Paper – This Document and Copies are _Two-Sided_
Intra-County Correspondence Sent Electronically Only**

EXHIBIT C - Page 148

Each Supervisor
September 28, 2017
Page 2

- C2/C7 – Increase Employment for Homeless Adults by Supporting Social Enterprise/Subsidized Employment for Homeless Adults
- C4/C5/C6 – Countywide Supplemental Security/Social Security Disability Income and Veterans Benefits Advocacy for People Experiencing Homelessness or At-Risk of Homelessness
- D6 – Criminal Record Clearing Project
- D7 – Provide Services and Rental Subsidies for Permanent Supportive Housing
- E6 – Countywide Outreach System
- E7 – Strengthen the Coordinated Entry System
- E8 – Enhance the Emergency Shelter System
- E14 – Enhance Services for Transition Age Youth
- F7 – Preserve and Promote the Development of Affordable Housing for Homeless Families and Individuals
    - Affordable Housing Program
    - One-time Housing Innovation Fund

If you have any questions, please contact Phil Ansell, Director of the Homeless Initiative, at (213) 974-1752 or pansell@ceo.lacounty.gov.


SAH:JJ:FAD
PA:JK:ef

Attachment

EXHIBIT C - Page 149

ATTACHMENT

# IMPLEMENTATION PLANS FOR MEASURE H FUNDED STRATEGIES

| TABLE OF CONTENTS | Page |
|---|---|
| **PREVENT HOMELESSNESS** | |
| A1:  Homeless Prevention Program for Families | 2 |
| A5:  Homeless Prevention Program for Individuals (New Strategy) | 5 |
| **SUBSIDIZE HOUSING** | |
| B1:  Provide Subsidized Housing to Homeless Disabled Individuals Pursuing Supplemental Security Income | 8 |
| B3:  Expand Rapid Re-Housing | 13 |
| B4:  Facilitate Utilization of Federal Housing Subsidies | 17 |
| B6:  Family Reunification Housing Subsidy | 22 |
| B7:  Interim/Bridge Housing for those Exiting Institutions | 26 |
| **INCREASE INCOME** | |
| C2 and C7: Increase Employment for Homeless Adults by Supporting Social Enterprise/Subsidized Employment for Homeless Adults (C7 is a New Strategy) | 30 |
| C4, C5, C6:   Countywide Supplemental Security Income and Veterans Benefits Advocacy Program for People Experiencing Homelessness or At Risk of Homelessness | 35 |
| **PROVIDE CASE MANAGEMENT & SERVICES** | |
| D6: Criminal Record Clearing Project | 40 |
| D7: Provide Services and Rental Subsidies for Permanent Supportive Housing (New Strategy) | 44 |
| **CREATE A COORDINATED SYSTEM** | |
| E6:  Countywide Outreach System | 48 |
| E7:  Strengthen the Coordinated Entry System | 54 |
| E8:  Enhance the Emergency Shelter System | 59 |
| E14: Enhanced Services for Transition Age Youth | 62 |
| **AFFORDABLE HOUSING FOR THE HOMELESS** | |
| F7:  Preserve Current Affordable Housing and Promote the Development of Affordable Housing for Homeless Families and Individuals- (new strategy) | |
| Affordable Housing Program | 70 |
| One-time Housing Innovation Fund | 72 |

**EXHIBIT C - Page 150**

**Measure H Implementation Plan**
**A1: Homeless Prevention Program for Families**

### Objectives and Goals

*Please describe the objective and goals of this Strategy.*

This funding will expand the current services provided through the Coordinated Entry System (CES) for families.   Prior to Measure H funding, the Homeless Initiative Strategy A1 identified Department of Public Social Services (DPSS) Fraud Incentive dollars to be used for prevention services for families who were at risk of becoming homeless.  However, the funding could only be used for CalWORKs families and a narrow non-CalWORKs population (two parent households with at least one U.S. citizen child, or a single parent household with a U.S. citizen child between the ages of 13-18).  Families that were not eligible were forced to become homeless before services were provided.  Measure H funding will also expand the current system by providing enhanced legal services currently offered to the families for eviction prevention.

This funding will create a new component that is dedicated to shelter diversion services within CES for families. Although diversion is a common practice within the CES, it has yet to be a funded component.  Having funding earmarked for diversion will allow CES for family providers to have specialized diversion staff and limited financial assistance to help families identify alternative housing arrangements outside the homeless system or return to a community of care outside of Los Angeles County.

### Components / Process Steps

*Please provide the names of major strategy components.  For each component, include a description of the substance as well as a timeline for implementation.*

| Component | Detail | Timeline |
|---|---|---|
| Diversion | Diversion is a strategy that prevents homelessness by helping people experiencing a housing crisis and seeking shelter make immediate alternative arrangements without having to enter shelter or the homeless system.<br><br>The CES for family providers (Family Solution Centers) will screen and provide mediation for families at intake and throughout the program. | July 1, 2017 |
| Homelessness Prevention Services | Homeless Prevention Services aims to help low-income households resolve a crisis that would otherwise lead to a loss of housing.<br><br>The CES for family providers (Family Solution Centers) will provide services to help stabilize families who are at imminent risk of losing their housing, or have exhausted all other options and are either doubled-up or paying for a motel out of pocket. | July 1, 2017 |

EXHIBIT C - Page 151

| Homelessness Prevention Financial Assistance | Homeless Prevention Financial Assistance includes short-term financial assistance, housing-related support services, legal assistance, discharge planning, employment services/training and child care. | July 1, 2017 |
|---|---|---|

**Use of Funding Including Staff and Salaries**

| Please describe all uses of funding for the following: | |
|---|---|
| Program Costs | $1,330,846 (Rental Assistance, Arrears, Security Deposits etc.) |
| Administrative (salaries excluded) | • Indirect = $223,713<br>• Admin/Operations= $102,913 |
| Staff Costs (# of positions, classifications and S&EB) | • 22 Direct Client Staff (partially or fully funded)<br>• $610,728 Total Salary (partially and/or fully funded positions) |

**Projected # Served**

| Please project the # of individuals and/or households served under this Strategy for FY 2017-2018. |
|---|
| 500 families for Fiscal Year 2017-18 |

**Contracts**

| Please list any contract procurements or amendments for providers with which your agency or department will contract for implementation of this Strategy. |
|---|
| On January 19, 2017, a Request for Proposals (RFP) was issued for the 2017 CES for Families. In the RFP, Los Angeles Homeless Services Authority (LAHSA) blended in Prevention Services and Assistance since the Homeless Initiative A1 (DPSS-Fraud Incentive) funding was going to be integrated into the total award. LAHSA included language in the RFP that allowed for integration of anticipated Measure H funding. With the passage of Measure H, LAHSA integrated the funds into existing contracts with family system lead agencies, and developed the required contractual provisions to allow for all Strategy A1 service components to be provided to families. |

**Community Input**

| Please describe any community input that contributed to the program design of this Strategy. Include any upcoming or planned input sessions. |
|---|
| In the development of the RFP, LAHSA held three Community Forum Sessions to solicit input on the benefits and challenges of the current CES for families and address any changes that could be integrated into the new contracts. As a result of this community input, LAHSA integrated regional coordination, diversion, and expanded access points into the service contracts; these new resources and services were integrated into Strategy A1 as a result of Measure H funding. |

**EXHIBIT C - Page 152**

**Lived Experience Advisory Group**

*Please describe any input from the lived experience advisory group that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.*

In the development of the RFP, LAHSA held six Family Focus Groups with clients who were either currently being served by a Family Solutions Center (FSC) or who were already placed into housing by an FSC. At these Focus Groups, LAHSA wanted to identify the benefits and challenges of the current program and to address any changes that could be integrated into the new contracts. As a result of the information obtained by these Focus Groups, LAHSA integrated customer service programs, developed quality assurance plans, adopted stringent fluency requirements, and allowed employment services/training and childcare eligible expenses. These components were direct contributions to the Strategy A1 program design that were incorporated as a result of Measure H funding.

**Metrics**

*Please list the metrics that will be tracked to evaluate how implementation achieves the objectives of the Strategy and either reaches or makes progress toward its goals.*

For the new CES for families contracts, the following two metrics for Homelessness prevention, which LAHSA will be tracking through the Homeless Management Information System (HMIS), are proposed:

- 75% of participant families exit to a permanent housing destination;
- 70% of participant families remained in permanent housing and did not enter crisis housing within one year.

These metrics will be tracked and evaluated on a quarterly basis for each sub-contractor by LAHSA.

The goal of the new diversion component of Strategy A1 is to divert between 23-30% of families screened, which will be tracked in HMIS. The diversion outcomes from the first-year programing will inform contractual targets in FY 2018-19 service contracts. LAHSA is committed to working closely with the contracted family service providers and agencies understand how diversion is working and how best to implement.

**EXHIBIT C - Page 153**

**Measure H Strategy Implementation Plan**
**A5: Homeless Prevention Program for Individuals (New Strategy)**

**Objectives and Goals**

| |
|---|
| *Please describe the objectives and goals of this Strategy.* |
| This Strategy will provide screening and a targeted intervention to single adults and youth who are currently at risk of becoming homeless and have been screened and identified as having high risk factors. The goal of Homeless Prevention is to provide a short-term targeted intervention to address people's housing crisis before they become homeless.<br><br>According to the January 2016 Los Angeles Homeless Services Authority (LAHSA) Housing Gaps Analysis, there were approximately 2,500 households that could benefit from prevention services each year; however, in looking at recent data of people newly experiencing homelessness this number appears to be increasing.  Additionally, the data used for the Gaps Analysis did not identify all households that become homeless.<br><br>If programs are able to provide targeted intervention services and resources, this Strategy can reduce long-term biological, psychological, social, and economic impacts often caused by the experience of becoming homeless.  An objective during the initial implementation of the A5 Strategy will be to improve intervention screening and targeting. |

**Components/Process Steps**

| |
|---|
| *Please provide the names of major strategy components.  For each component, include a description of the substance as well as a timeline for implementation.* |
| A5 prevention funds will be added to existing Rapid Re-Housing (RRH) contracts after LAHSA has gathered more feedback about implementation. Contracts are scheduled to start on December 1, 2017. The legal services component of A5 will be procured through a Request for Proposals (RFP) which will be released in October 2017. |

There are three unique interventions to prevent future homelessness:

| Component | Detail | Timeline |
|---|---|---|
| Diversion | For people who are reaching out to the Coordinated Entry System (CES) seeking services, this would provide an intervention to identify and utilize other resources that can resolve the person's housing crisis before entering the homeless services system. | December 2017 |
| Retention | For people who have been assisted with supportive services to obtain permanent housing and are now facing a housing crisis putting them at risk of becoming homeless again.  Retention will allow for programs *to step in earlier and provide stabilization as needed.* | December 2017 |

**EXHIBIT C - Page 154**

| Homelessness Prevention | For households who have not experienced homelessness in the past and are facing a housing crisis and are at imminent risk of becoming homeless. This would provide financial assistance and services to either stabilize a person's current housing or find new housing that will better fit their needs in the long term. | December 2017 |

## Use of funding Including Staff and Salaries

| Please describe all uses of funding for the following: | |
|---|---|
| Program Costs | LAHSA – $5,092,593 |
| Administrative (salaries excluded) | LAHSA – $81,481 |
| Staff Costs (# of positions, classifications and S&EB) | LAHSA – $325,926 |

## Target Population and Projected # Served

Please identify the target population and project the # of individuals and/or households to be served for each component under this Strategy for FY 2017-18.

| Strategy Component | Target Population | Projected # Served |
|---|---|---|
| Prevention to Households | Single adults and youth | 700 |
| Legal Services | Single adults and youth | 327 |

## Contracts

Please list any contract procurements or amendments for providers with which your agency or department will contract for implementation of this Strategy.

A5 prevention funds will be added to existing RRH contracts after LAHSA has gathered more feedback about implementation. Contracts are scheduled to start in December 2017. The legal services component of A5 will be procured through an RFP which will be released in October 2017.

**EXHIBIT C - Page 155**

**Community Input**

| | |
|---|---|
| Please describe any community input that contributed to the program design of this Strategy. Include any upcoming or planned input sessions. | |
| Date | Community Input |
| 5/26/17 (ongoing) | LAHSA conducted a community input session for A5.<br><br>In addition to community input sessions, LAHSA has been getting support from local and national technical assistance (TA) providers in researching and getting input around prevention. Local TA provider Shelter Partnership is engaging local providers with experience in providing homeless prevention services to provide feedback. Feedback from those meetings will be incorporated in a report to LAHSA, which will be used in finalizing program design. |

**Lived Experience Advisory Group**

| |
|---|
| Please describe any input from the Lived Experience Advisory Group that contributed to the program design of this Strategy. Include any upcoming or planned input sessions. |
| On June 29, 2017, LAHSA held a Lived Experience Focus Group with individuals who have previously or are currently experiencing homelessness. |

**Metrics**

| |
|---|
| Please list the metrics that will be tracked to evaluate how implementation achieves the objectives of the Strategy and either reaches or makes progress toward its goals. |
| Proposed metrics:<br>• 75% of participants exit to a permanent housing destination; and<br>• 70% of participants remained in permanent housing and did not enter crisis housing within one year. |

EXHIBIT C - Page 156

**Measure H Strategy Implementation Plan**
**B1: Provide Subsidized Housing to Homeless Disabled Individuals Pursuing SSI**

**Objectives and Goals**

*Please describe the objectives and goals of this Strategy.*

To connect disabled, homeless General Relief (GR) participants with a GR housing subsidy (up to $475/month, in addition to $100 from the participant's GR grant) and/or other appropriate housing and support services to stabilize their living situation and increase their ability to complete the SSI application process and move to permanent housing that meets their needs.

The following objectives will enhance the Department of Public Social Service's (DPSS) General Relief Housing Subsidy and Case Management (GRHSCM) Program across the 14 General Relief offices to support achieving the B1 goal described above:

A. Bring on additional Strategy B1 GRHSCM Program staff and ensure that all Strategy B1 GRHSCM Program staff are aware of roles and responsibilities in supporting Strategy B1 goal;

B. Establish a support structure to assist with housing location and navigation;

C. Implement a housing subsidy increase from $400/month to a maximum $475/month, in addition to the participant's $100 contribution from the GR grant;

D. Strengthen the support structure across the 14 General Relief Districts to provide frequent, routine feedback on individual and collective GR HCM concerns and performance issues; identify and quickly mitigate risks and barriers to good performance; and implement program adjustments and best practices based on performance data and other factors;

E. Track and report Strategy B1 data to measure performance across the metrics listed in the Metrics Section of this Plan; and

F. Develop new service partnerships across the Homeless Initiative provider network to increase positive housing outcomes for homeless, disabled GR participants pursing SSI.

EXHIBIT C - Page 157

**Components/Process Steps**

*Please provide the names of major Strategy components. For each component, include a description of the substance as well as a timeline for implementation.*

The following are major Strategy Components and the objective each aligns with:

| Component | Detail | Timeline |
|---|---|---|
| Staffing: Objective A | Begin on-boarding two additional managers and several additional staff (funded through Measure H) to support Strategy B1 goal and objectives described in the preceding section. Ensure existing staff are also aware of program enhancements. | July 31, 2017 |
| Housing Location and Navigation: Objective B | Establish a housing location and navigation support structure, including but not limited to, collaborative service relationships with local providers with expertise in these areas. | October 31, 2017 |
| Increase Housing Subsidy: Objective C | Implement a housing subsidy increase from $400 to $475 per month, in addition to the $100 contribution from the GR participant. | November 30, 2017 |
| HCM Support Structure: Objective D | Strengthen the support structure across the 14 General Relief Districts to implement best practices, closely track performance data, identify and more quickly mitigate risks or barriers to good performance. | September 30, 2018 |
| Data Tracking and Reporting: Objective E | Implement tools to track and report B1 data to measure performance across the metrics listed in the Metrics Section of this Plan. | November 30, 2017 |
| Develop New Service Partnerships: Objective F | Complete implementation of a customized homeless resource directory at each of the 14 General Relief Districts, in a standardized format, and which supports referral processes and maximizes housing and supportive services resources provided through local Homeless Initiative community service providers. | April 30, 2018 |

**Use of Funding Including Staff and Salaries**

*Please describe all uses of funding for the following:*

| | |
|---|---|
| Program Costs<br><br>GR Housing Subsidy | B1 Housing Subsidies and Move-In Costs are projected to be $4,490,000 annually.<br>• 735 Subsidies available ($475/month)<br>• One-time only move-in costs at $500 for an estimated 50 participants each month. |

**EXHIBIT C - Page 158**

| | |
|---|---|
| Administrative (salaries excluded) | N/A |
| Staff Costs (# of positions, classifications and S&EB) | The following new B1 staff positions will be covered with $644,000 Measure H funding annually, and the balance of $389,000 will be covered with Federal/State funding. Please see breakdown below:<br><br>**Human Services Administrator I (HSA I) – 8021 (2) – Measure H staffing cost for two HSA I's is $21,000. Federal/State cost is $278,000.**<br>Serves as a <u>General Relief Homeless Resource Coordinator</u>. Duties include, but are not limited to:<br>- Coordinates housing location and navigation assistance for homeless, disabled GR participants trying to utilize a GR Housing Subsidy under HI Strategy B1;<br>- Conducts routine case supervision meetings with GSSs overseeing Strategy B1 GR HCMs operations in each GR office;<br>- Analyzes Strategy B1 GR HCM performance data to identify and address (in partnership with the GSS) deficiencies in each GR office;<br>- Makes recommendations for policy and procedure changes to the Director of the DPSS Homeless Services Section; and<br>- Provides Technical Assistance for other GR HCMs on serving homeless GR participants.<br><br>**Program Assistant (PA), PSS – 7980 (1) – Measure H staffing cost for one PA is $9,000. Federal/State cost is $111,000.**<br>This position develops and analyzes performance information, and makes policy and training recommendations in support of both the 14 GR District offices and Program staff. Duties include, but are not limited to:<br>- Develops reports requested by management for tracking referrals and outcomes for B1/Measure H funded subsidies;<br>- Conducts visits to District offices to support District staff performing duties under HI Strategy B1 and assure quality service delivery;<br>- Monitors B1 allocated slots in all 14 GR Districts;<br>- Ensures that the GR Housing Project GSWs and other District staff have access to appropriate Departmental and County resources, such as housing locator assistance; and<br>- Alerts Program and District management staff of progress towards meeting targets, risks of exceeding allocated slots and tracking placement trends. |

10 | P a g e

**EXHIBIT C - Page 159**

GAIN Services Worker (GSW) - 9165 (7) – Measure H staffing cost for seven GSWs is $614,000. No Federal/State funding.

Serves as a <u>General Relief Homeless Case Manager.</u>   Duties include but are not limited to:

- Conducts standardized assessment of GR homeless, disabled applicants and participants to identify housing needs;
- Conducts warm referral to local service agencies, as needed;
- Identifies gaps in local service resources and works with their GSS and GR Homeless Resource Coordinator to develop solutions;
- Assists participants in completing required rental-related forms and reviews them for completeness; and
- Contacts participants residing in subsidized housing, via telephone or mail, no less than once a month.

## Referrals In and Connection to Other Strategies

*Please list each strategy component and describe the referrals in and connection to other Measure H strategies associated with each component.*

The following are potential connections between several Strategies and B1 (referrals in or out) that need to be explored:

| Strategy Component | Referrals In / Out | Connection to Other Strategies |
|---|---|---|
| All Strategy components are impacted by the connections described in the columns to the right | REFERRAL IN: Disabled homeless individuals soon to be released from institutions, referred and potentially eligible to GR. | A2 – Discharge Planning Guidelines |
| | REFERRAL IN: Potential GR participants who are homeless and referred from other providers in the CES. | A5 – Homeless Prevention Program for Individuals |
| | REFERRAL IN: Disabled, homeless individuals potentially eligible for GR soon to be released from institutions. | B7 – Interim/Bridge Housing for those Exiting Institutions |
| | REFERRAL IN & OUT: Homeless GR participants identified as potentially eligible for SSI. | C4/C5/C6 - Establish a Countywide SSI Advocacy Program |
| | REFERRAL IN: Disabled, homeless individuals potentially eligible for GR soon to be released from jail. | D2 – Expand Jail In-reach |

11 | P a g e

EXHIBIT C - Page 160

| REFERRAL OUT:<br>Participants who have exhausted B1 subsidy and need additional resources. | D5 – Support for Homeless Case Managers |
|---|---|
| REFERRAL OUT:<br>Participants who have exhausted B1 subsidy and need additional resources. | D7 – Provide Services and Rental Subsidies for Permanent Supportive Housing |
| REFERRAL IN:<br>Potential Transition Age Youth (TAY) that meet B1 criteria. | E14 – Enhanced Services for TAY |

**Target Population and Projected # Served**

*Please project the # of individuals and/or households served under this Strategy for FY 2017-18.*

| Strategy Component | Projected # Served |
|---|---|
| Housing Subsidies (up to $475/month)<br>One-time Move-In costs (up to $500) | 735 homeless GR participants, annually<br>50 subsidy recipients per month |

**Contracts**

*Please list any contract procurements or amendments for providers with which your agency or department will contract for implementation of this Strategy.*

N/A

**Community Input**

*Please describe any community input that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.*

August 2017 - DPSS will meet with the recently updated list of community volunteers (compiled by the CEO) who expressed an interest in B1, and the Lived Experience Advisory Group to share our B1 Implementation Plan and gather feedback to inform implementation.

**Lived Experience Advisory Group**

*Please describe any input from the Lived Experience Advisory Group that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.*

Please see description included in the Community Input section above.

**Metrics**

*Please list the metrics that will be tracked to evaluate how implementation achieves the objectives of the Strategy and either reaches or makes progress toward its goals.*

- Number of eligible individuals referred for a B1 subsidy;
- Number and percentage of individuals who secure housing with B1 subsidy;
- Number of B1 participants approved for SSI; and
- Increase in the amount of B1 funding recovered through Interim Assistance Reimbursement (IAR).

EXHIBIT C - Page 161

## Measure H Strategy Implementation Plan
### B3: Expand Rapid Re-Housing

### Objectives and Goals

*Please describe the objectives and goals of this Strategy.*

The purpose of Rapid Re-Housing (RRH) is to help homeless families/individuals/youth with low-to-moderate housing barriers to be quickly re-housed and stabilized in permanent housing.

The objective of RRH is to provide a time-limited intervention including financial assistance and supportive services so that participants will be able to successfully maintain housing without long-term assistance. Nationally, this has been shown to be an efficient and effective intervention for over 50 percent of people experiencing homelessness.

Strategy B3 will implement a new intervention of providing a shallow subsidy for participants that need longer rental support assistance. Many RRH participants will continue to face a high-rent burden due to the increasingly tight housing market. The shallow subsidy program will provide additional rental assistance for participants exiting a RRH program who need continued rental assistance while working to increase income and/or access an affordable housing option. This is not meant to be an ongoing supportive services program.

### Components/Process Steps

*Please provide the names of major strategy components. For each component, include a description of the substance as well as a timeline for implementation.*

RRH programs for single adults, families and youth consist of supportive services and financial assistance. Supportive Services include, but are not limited to:
- Case Management
- Housing Location
- Rental Negotiation
- Retention Services
- Life Skills Support
- Employment and Benefit Support
- Referral to Resources

Financial Assistance includes the following:
- Security Deposit
- Rental Assistance
- Utility Deposit
- Utility Assistance
- Transportation
- Application Fees
- Furniture
- Landlord Incentives
- General Housing Assistance

13 | P a g e

EXHIBIT C - Page 162

The Department of Health Services' (DHR) RRH program falls under the Housing and Jobs Collaborative (HJC) which was implemented in FY 2016-2017. DHS will continue operations at their current funding level to maintain the program with no additional expansion or staffing. The HJC program is Countywide (services are in all eight Service Planning Areas) and works closely with the Los Angeles Homeless Services Authority (LAHSA) RRH Programs to ensure flexible term subsidies and services for homeless individuals who would benefit from a RRH intervention.

LAHSA expanded family RRH contracts in November 2016, and then re-procured contractors through the CES for families Request for Proposals (RFP) which had contract start dates of July 1, 2017.

LAHSA awarded Transition Age Youth (TAY) RRH contracts in September 2016. Those contracts are being expanded through additional funds from Measure H.

LAHSA awarded single adult RRH contracts in October 2016 with funds through the City of Los Angeles. LAHSA is in the process of transitioning all city funded RRH contracts to be funded through Measure H. As LAHSA transitions, it is also processing expansion of Rapid Re-Housing contracts in many of the Service Planning Areas (SPA's) which will be in place by October 2017.

LAHSA in its requests for FY 17-18 and FY 18-19 has included funding which would allow the Los Angeles Continuums of Care (CoC's) to move Federally funded RRH Programs to Measure H Funding. This Strategy would allow Los Angeles to create additional Federally-funded rental assistance to blend with Strategy D7 to create additional Permanent Supportive Housing (PSA). LAHSA has engaged providers in exploring this as a possibility and is finalizing which programs will be included in the annual Notice of Funding Availability (NOFA) submittal to United States Department of Housing and Urban Development (HUD.)

LAHSA is still receiving programmatic input and guidance on implementation and design of the shallow subsidy program. LAHSA received input through a community listening session for Strategy B3. Shelter Partnership is currently conducting research and receiving input. LAHSA will provide additional opportunity for input on program design once Shelter Partnership has finalized a report. LAHSA looks to procure a contract to administer this Program with implementation in the 3rd quarter of FY 17-18.

## Use of Funding Including Staff and Salaries

| Please describe all uses of funding for the following: | |
|---|---|
| Program Costs | LAHSA – $38,885,185<br><br>DHS<br>Contract Program Services - $13,878,700 |
| Administrative (salaries excluded) | LAHSA – $622,163<br><br>DHS<br>Administrative Cost (7.5%) - $1,125,300 |

EXHIBIT C - Page 163

| Staff Costs (# of positions, classifications and S&EB) | LAHSA – $2,488,652 |
|---|---|
| | DHS<br>No new staffing requests |

## Target Population and Projected # Served

*Please identify the target population and project the # of individuals and/or households to be served for each component under this Strategy for FY 2017-18.*

| Strategy Component | Target Population | Projected # Served |
|---|---|---|
| Rapid Re-Housing | Single adults, youth, and families | LAHSA – 3,534 households<br>DHS – 800 |
| Shallow Subsidy | Single adults, youth, and families | LAHSA – 1,250 households<br>DHS – TBD |

## Contracts

*Please list any contract procurements or amendments for providers with which your agency or department will contract for implementation of this Strategy.*

RRH programs for single adults, families, and youth are scheduled to be expanded in August 2017 through amendments to existing contracts.

The shallow subsidy component is scheduled to be procured in October 2017.

The HJC will continue to serve clients at the same funding level. Contracts will be maintained and monitored for outcomes.

## Community Input

*Please describe any community input that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.*

On May 26, 2017, LAHSA, the Department of Health Services and other community stakeholders, conducted a community input session for B3. More than 80 people attended the session. For more information, please see:
https://www.lahsa.org/news?article=234-summary-report-of-measure-h-program-design-community-input-sessions-now-available

EXHIBIT C - Page 164

**Lived Experience Advisory Group**

*Please describe any input from the Lived Experience Advisory Group that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.*

On June 29, 2017, LAHSA held a Lived Experience Focus Group with individuals who have previously or are currently experiencing homelessness. At this Focus Group, we identified the benefits and challenges of the current program and discussed changes that might be integrated into the County Homeless Strategies.

**Metrics**

*Please list the metrics that will be tracked to evaluate how implementation achieves the objectives of the Strategy and either reaches or makes progress toward its goals.*

- Number of people enrolled;
- Number of people who obtain permanent housing;
- Number of people who obtain employment and/or benefits;
- Number of people who retain permanent housing; and
- Number of people who return to homelessness after being permanently housed.

EXHIBIT C - Page 165

**Measure H Strategy Implementation Plan**
**B4: Facilitate Utilization of Federal Housing Subsidies**

## Objectives and Goals

*Please describe the objectives and goals of this Strategy.*

On February 9, 2016, the Board of Supervisors directed the Housing Authority of the County of Los Angeles (HACoLA) to develop a two-year program to encourage landlord acceptance of subsidized tenants with a United States Department of Housing and Urban Development (HUD) voucher issued by HACoLA. HACoLA was provided with $2 million one-time Homeless Prevention Initiative funding to cover a 24-month period. Per the Board's directive, HACoLA developed Homeless Incentive Program (HIP), which was modeled after the recently implemented Veteran Incentive Program, which provided the following:

- Holding Fees.
- Move-In Assistance.
- Damage Claims.
- Tenant assistance with credit checks and rental application fees.

With the passage of Measure H, there is an opportunity to sustain this Strategy beyond the initial two-year period and extend the incentive programs to other Public Housing Agencies (PHAs) in Los Angeles County. Currently, the following PHAs are approved to receive funding to implement or enhance incentive programs for homeless individuals and families who need permanent supportive housing: Pomona, Burbank, Pasadena, Redondo Beach, Glendale, Long Beach, and Los Angeles. Each PHA determined an appropriate commitment for their organization based on voucher availability, expected voucher attrition, availability of Federal funding for vouchers, etc.

| PHA | Vouchers Committed for FY 2017-18 |
|---|---|
| HACoLA | 600 |
| Pomona | 5 |
| Burbank | 20 |
| Pasadena | 25 |
| Redondo Beach | 5 |
| Glendale | 4 |
| Long Beach | 225 |
| HACLA | 1200 |
| **Total** | **2084** |

## Components/Process Steps

*Please provide the names of major strategy components. For each component, include a description of the substance as well as a timeline for implementation.*

- Holding Fees - landlords are offered one month's free rent to hold their unit and consider accepting a family/individual with a voucher who needs permanent supportive housing:
  - The PHA actively recruits landlords to participate in HIP by hosting landlord outreach events, and other targeted marketing efforts.

17 | P a g e

**EXHIBIT C - Page 166**

- o   When an owner expresses interest, the PHA will inspect the unit to determine if it meets minimum housing quality standards. Once the unit passes inspection, the owner enters into an agreement with the PHA to take their unit off of the open market. The owner also agrees to accept for consideration, homeless individuals/families with a permanent housing subsidy. In exchange for this commitment, the owner receives the equivalent of one-month's rent. The holding fee can be extended to a second month if needed to complete the leasing process.
  - o   Units secured with holding fees are compiled in a list of available units that is shared with homeless clients in need of permanent supportive housing.
- Tenant assistance with credit checks and rental application fees:
  - o   Once a client identifies a unit, they are eligible to receive financial assistance to cover the costs of credit checks and rental application fees. This funding is provided directly to the property owner.
- Move-In Assistance – homeless families and individuals are provided with a listing of available units, preparation for the rental process, transportation to visit units, and financial assistance to cover the security deposit, utilities, and other move-in costs:
  - o   Clients are provided with available unit listings and are eligible to receive transportation to view prospective units.
  - o   If the client and owner agree to enter into a lease for the unit, the family/individual is eligible to receive funding to facilitate the move-in process.
  - o   Clients can receive funding for the security deposit, up to the limit allowed under California law for security deposits.
  - o   Clients can receive funding to cover costs to establish utilities, including payment of outstanding bills, and utility deposits.
  - o   Other move-in costs can include household supplies, furniture, and other miscellaneous items.
- Damage Claims – landlord may receive assistance to fix damages caused by a tenant with a voucher:
  - o   If a homeless individual/family vacates a unit and the owner identifies damages that are beyond normal wear and tear, the owner is eligible for vacancy loss.
  - o   The owner must identify the damages and notify the PHA who will conduct an inspection to confirm the damages.
  - o   The owner completes the repairs and provides proof of the repairs to the PHA to request payment.
  - o   The PHA verifies the repairs and processes the damage claim.
  - o   The owner must first deduct the security deposit from the damages, and the PHA will pay for damages beyond the security deposit up to $2000. This is the most the PHA will pay under any circumstances.
  - o   HACoLA received approximately $170k in initial HPI funds for damage mitigation. As this fund has not been substantially expended, HACoLA will make the fund available for the other PHAs' owners until the funds are expended.

EXHIBIT C - Page 167

All components have been implemented by HACoLA. The expansion of HIP into the other PHAs is expected to happen as such:

1st quarter 2017-2018
- HACLA
- Long Beach
- Pasadena
- Glendale
- Burbank

2nd quarter 2017-2018
- Redondo Beach
- Pomona

## Use of Funding Including Staff and Salaries

*Please describe all uses of funding for the following:*

| Program Costs | | |
|---|---|---|

| PHA | Funding |
|---|---|
| HACoLA | $1,084,340* |
| Pomona | $17,500 |
| Burbank | $70,000 |
| Pasadena | $87,500 |
| Redondo Beach | $17,500 |
| Glendale | $14,000 |
| Long Beach | $787,500 |
| HACLA | $4,200,000 |
| **Total** | **$6,278,340** |

Funding for the PHAs who committed vouchers to this effort was determined using a baseline average of $3,500 in direct costs per family based on HACoLA data and previous experience in administering HIP.

*Note: For FY 2017-18, HACoLA is not requesting additional funding for the original HIP programs since they were budgeted for two years; however, HACoLA is requesting $1,084,340 to cover enhancements of the HIP that were implemented in Spring of 2017.

| Administrative (salaries excluded) | | |
|---|---|---|

| PHA | Administrative Funding |
|---|---|
| HACoLA | $627,834* |
| Pomona | $1,750 |
| Burbank | $7,000 |
| Pasadena | $8,750 |
| Redondo Beach | $1,750 |
| Glendale | $1,400 |
| Long Beach | $78,750 |
| HACLA | $420,000 |
| **Total** | **$1,147,234** |

**EXHIBIT C - Page 168**

| | |
|---|---|
| | Each PHA who committed vouchers will receive 10 percent of the program funding they receive for administrative fees associated with operating HIP.

*HACoLA, as the program administrator for HIP on the County's behalf, will receive 10 percent of the total funding awarded under Strategy B4 to oversee the expanded HIP program.  With this funding, HACoLA will:

- Request funding advances on a quarterly basis based on anticipated activity, and pass funds along to participating PHAs.
- Enter into agreements with each PHA and monitor their performance under HIP.  Complete and submit any financial or outcome updates as requested.
- Provide each PHA with technical assistance, including assistance with policies, procedures, systems, etc.
- Provide each PHA with the forms and marketing materials needed to recruit landlords, and convene landlord outreach events on behalf of participating PHAs.
- For PHAs with relatively lower administrative fees HACoLA will provide some access to HACoLA's housing advisor unit as needed to assist with housing navigation and client transportation. |
| Staff Costs (# of positions, classifications and S&EB) | The PHAs will cover staff costs out of their administrative funding. |

## Target Population and Projected # Served

Please identify the target population and project the # of individuals and/or households to be served for each component under this Strategy for FY 2017-18.

| Strategy Component | Target Population | Projected # Served |
|---|---|---|
| HIP Incentives | Homeless individuals and/or families with a permanent federal housing subsidy who need permanent supportive housing. | 2084 |

## Contracts

Please list any contract procurements or amendments for providers with which your agency or department will contract for implementation of this Strategy.

HIP activities will not require contract procurements; however, HACoLA will enter into interagency agreements with participating PHAs who have pledged vouchers to HIP.

EXHIBIT C - Page 169

**Community Input**

*Please describe any community input that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.*

2016-2017 – HACoLA has convened or attended approximately 49 community events where they have provided information about HIP and solicited feedback from property owners who are either current or perspective participants in HACoLA's rental assistance programs. The feedback provided by these owners has informed the type and level of incentives offered and has also led to other policy and procedure considerations.

**Lived Experience Advisory Group**

*Please describe any input from the Lived Experience Advisory Group that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.*

None at this time, however, HACoLA is exploring ways to effectively engage homeless clients assisted by HIP to gather their feedback which can be used to further improve/refine HIP.

**Metrics**

*Please list the metrics that will be tracked to evaluate how implementation achieves the objectives of the Strategy and either reaches or makes progress toward its goals.*

- Number of landlord/community engagement events attended;
- Number of landlord requests to participate in HIP;
- Number and amount of incentives provided to landlords (by bedroom size);
- Number of units currently being held (by bedroom size);
- Number of expired unit holds (by bedroom size);
- Number of units leased with HIP incentives (by bedroom size);
- Number and amount of damage mitigation requests;
- Number and amount of damage mitigation claims paid;
- Number and amount of security deposits paid;
- Number and amount of utility deposits/connection fees paid;
- Number and amount of rental application and credit check fees paid; and
- Number and amount of other move-assistance paid.

EXHIBIT C - Page 170

**Measure H Strategy Implementation Plan**
**B6: Family Reunification Housing Subsidy (FRHS)**

## Objectives and Goals

*Please describe the objectives and goals of this Strategy.*

The Department of Children and Family Services (DCFS) and the Community Development Commission (CDC) will provide subsidized time limited Rapid Re-Housing (RRH) and case management services to families in the child welfare system where the parent's homelessness is the sole barrier to the return of the child(ren), and the family meets the following criteria:

1. The child(ren) are currently placed in out of home care (including relative caregivers);
2. The parent(s) have complied with or are in substantial compliance with all court orders for the return of their children;
3. Homelessness is the sole barrier to the return of the child(ren) to their care; and
4. The family is a good candidate for RRH rather than a longer-term rental subsidy.

The goal is to provide subsidized RRH for 200 court dependent families that meet the aforementioned criteria.

## Components/Process Steps

*Please provide the names of major strategy components. For each component, include a description of the substance as well as a timeline for implementation.*

**Major Strategy Component:** Subsidized time limited RRH and case management services to families in the child welfare system where the parent's homelessness is the sole barrier to the return of the child(ren).

**Timeline of Implementation:**
- In October 2016, the CDC released a Request for Proposals (RFP) and selected six agencies to provide countywide housing services in preparation for the start of the FRHS Program in January 2017.

- On January 1, 2017, the FRHS program was fully implemented and began providing full countywide services to DCFS court dependent homeless families with children in foster care.

- On January 1, 2017, DCFS entered into a contract with 211 Resource and Referral to provide a preliminary assessment to determine acuity; connect court ordered families to their zip code preference housing agency; obtain an appointment for the client to meet with the housing agency and provide a warm hand off to housing agency.

EXHIBIT C - Page 171

- In January 2017, DCFS released a departmentwide For Your Information Procedural Guide on the new FRHS program and how to refer families to obtain housing services.

- In February 2017, DCFS, in conjunction with the CDC, Los Angeles Homeless Services Authority (LAHSA) and 211, began providing countywide FRHS training to all DCFS regional office staff, Los Angeles Dependency Lawyers (LADL) attorneys, Children's Law Center attorneys, Judges, and County Counsels. Initial training of all DCFS offices is almost complete and ongoing training will be provided as required.

Below are descriptions of the various personnel/agencies involved with the referral process.

### Children's Social Worker (CSW)
- Identifies and refers eligible DCFS clients based on the above listed eligibility criteria.
- Makes a recommendation at the upcoming court hearing or walks the matter into court, if the hearing is not upcoming.
- Includes the language in the court report indicating that the client is in substantial compliance with all court orders and meets the entry criteria.
- Instructs the client to be present at the scheduled court hearing to receive a copy of the standardized housing court order signed by the Judge/hearing officer to take to the DCFS contracted 211 Care Coordinator located in room 305 in the Edelman Court.
- Follows up with client to ensure follow-through with 211 LA and the assigned contracted agency.
- Once housing is located, assesses the home to ensure there are no immediate child safety issues and releases the child(ren) to the parents within five days of parent(s) moving into the unit.

### 211 LA Information and Referral Care Coordinator
- 211 LA is an information and referral service that provides referrals to families at Edmund D. Edelman Children's Court.
- 211 Lead Coordinator in room 305 makes a copy of the signed housing order from client, provides a mini assessment, contacts housing agency in client's zip code preference, and obtains an appointment date for client to go to selected housing agency.
- 211 Care Coordinator uploads all client information into the 211 CarelinQ database for tracking outcomes. 211 LA CarelinQ is a web based software system designed to be an all-in-one care coordination solution to record and manage client/family information.

### Court Officer
- Ensures appropriate language is included in the court report and that the dependency hearing officer signs the standardized housing court order and issues a copy to the client to provide to 211 staff.

EXHIBIT C - Page 172

**CDC Contracted Housing Agency**

- Assigns a case manager upon client entry and conducts a comprehensive assessment to determine all client needs, including housing.
- Coordinates with the Department of Public Social Services staff in determining client eligibility or ineligibility for CalWORKs/GAIN services.
- Works closely with the client in locating and obtaining housing.
- Provides case management services, including after care services to ensure housing stability.
- Subsidizes the client's rent (with incremental decreases) for up to 12 months.

**DCFS FRHS Program Staff**

- Acts as the liaisons for the countywide housing agency staff, Dependency Court, and CSW to provide agency technical assistance, CSW consults, trouble shooting, and programmatic expertise with the FRHS referral process and services.
- Tracks all data and provides monthly updates on status of each family.
- Facilitates monthly meetings with housing agencies, CDC and Dependency Court.
- Tracks deliverables and program outcomes.

## Use of Funding Including Staff and Salaries

| | Please describe all uses of funding for the following: |
|---|---|
| Program Costs | On February 9, 2016, the Board of Supervisors approved 47 Homeless Strategies, including the Homeless Initiative B6. To aid in implementing this program, the Board allocated $1 million in one-time Homeless Prevention Initiative funding, and DCFS allocated $2 million of Title IV-E funds which would otherwise be used for out-of-home placement costs. Out-of-home placement cost savings will be tracked, based on an assumption that the child(ren) would have otherwise remained in placement for 12 additional months. The savings of the placement cost will be re-invested to sustain the program on an on-going basis.<br><br>The budgets below are separated by the HPI $1 million, DCFS $2 million allocation, and Measure H (FY 17-18) DCFS staffing costs. |

| Staff Costs (# of positions, classifications and S&EB) | **DCFS $2 Million Allocation** | |
|---|---|---|
| | AGENCY/DEPARTMENTAL STAFFING | |
| | Staffing | $134,000 |
| | Indirect Costs | $25,000 |
| | Mileage | $700 |
| | **Total Staffing Cost** | **$159,700** |
| | **HPI $1 Million Allocation** | |
| | AGENCY/DEPARTMENTAL STAFFING | |
| | Staffing | $67,000 |
| | Indirect Costs | $13,000 |
| | Mileage | $300 |
| | **Total Staffing Cost** | **$80,300** |

EXHIBIT C - Page 173

| | FY 17-18 Measure H allocated $116,000 to be used for salaries for the local share of the cost of three additional staff: Two Children's Services Administrators and one Intermediate Typist Clerk | |
|---|---|---|
| | Staffing | $116,000 |
| | **Total Staffing Cost** | **$116,000** |

## Target Population and Projected # Served

*Please project the # of individuals and/or households served under this Strategy for FY 2017-18.*

| Strategy Component | Projected # Served |
|---|---|
| Provide RRH and case management to DCFS court involved families. | 200 |

## Contracts

*Please list any contract procurements or amendments for providers with which your agency or department will contract for implementation of this Strategy.*

On January 1, 2017, DCFS entered into a Memorandum of Understanding (MOU) with the CDC for $3 million for the provision of countywide housing services. The CDC issued a RFP in October 2016 and contracted with eight countywide housing agencies.

## Community Input

*Please describe any community input that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.*

In 2014, DCFS Senior Deputy Director and other DCFS management staff, in conjunction with LAHSA, CDC Commissioner, LADL Director of Policy, County Counsel, and 211 began monthly meetings with the specific goal of developing a process to house DCFS court dependent families with children in out of home care. These meetings still occur monthly and are the foundation for the implementation of the B6 FRHS program.

## Lived Experience Advisory Group

*Please describe any input from the Lived Experience Advisory Group that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.*

N/A

## Metrics

*Please list the metrics that will be tracked to evaluate how implementation achieves the objectives of the Strategy and either reaches or makes progress toward its goals.*

- Number of families placed in housing;
- Number and percentage of families who have retained housing after 12 months by SPA;
- Number and percent with increased income from all potential sources at program exit; and
- Number and percent of families who successfully transition to un-subsidized or permanent supportive housing.

**EXHIBIT C - Page 174**

## Measure H Strategy Implementation Plan
## B7: Interim/Bridge Housing for People Exiting Institutions

### Objectives and Goals

*Please describe the objectives and goals of this Strategy.*

Strategy B7 (Interim/Bridge Housing for those Exiting Institutions) centers on increasing the interim/bridge housing stock across the County for individuals exiting institutions such as jails, prisons, foster care, hospitals, urgent care centers and other medical, behavioral health, and substance abuse treatment facilities. The Interim/Bridge Housing is designed to facilitate permanent housing placement.

Department of Health Services (DHS) and Department of Mental Health (DMH) – Interim housing is intended to serve clients with complex health and/or behavioral health conditions who need a higher level of support services than is available in most shelter settings. Interim housing includes stabilization housing (with onsite intensive case management services) and recuperative care (with onsite intensive case management services and health care oversight). Some interim housing programs provide enhanced onsite mental health services.

Department of Public Health (DPH)-Substance Abuse Prevention and Control (SAPC) Recovery Bridge Housing (RBH) is intended to serve individuals who are homeless at treatment discharge and who choose abstinence-based housing. RBH is a peer-supported bridge housing that combines abstinence-based housing, for up to 90 days, concurrent with substance use disorder (SUD) treatment in an outpatient setting. The goal of RBH is to improve SUD outcomes and increase the percentage of homeless clients who are linked to stable housing upon discharge from RBH.

Los Angles Homeless Services Authority (LAHSA) - Increasing the bed rate for these shelters specifically reserved for people exiting institutions allows for a specialized level of care at the facilities. These are safe, reserved, low-barrier and supportive 24-hour interim housing beds for persons exiting institutions but who are not in need of specialized and high level care.

### Components/Process Steps

*Please provide the names of major strategy components. For each component, include a description of the substance as well as a timeline for implementation.*

LAHSA will increase the bed rate for the existing bridge housing beds funded through B7 (funds from FY 16/17 are rolled over). This will happen through contract amendments in August 2017.

DHS and DMH will increase the number of beds with existing interim housing providers who have capacity to serve homeless individuals with complex health and/or behavioral health conditions and will identify new providers.

DPH-SAPC will provide RBH for up to 90 days to homeless clients who are still homeless at treatment discharge and choose abstinence-based housing. This will happen through contract amendments. The contracts were amended and beds came online in July 2017.

26 | Page

**EXHIBIT C - Page 175**

**Use of Funding Including Staff and Salaries**

| Please describe all uses of funding for the following: | |
|---|---|
| Program Costs | LAHSA – $1,646,838<br><br>DHS - Contract Program Services - $4,023,142<br><br>DPH-SAPC - 500 RBH Beds - $6,200,000 |
| Administrative (salaries excluded) | LAHSA – $26,349<br><br>DHS -Administrative Costs (7.5%) = $326,201 |
| Staff Costs (# of positions, classifications and S&EB) | _LAHSA – $105,398_<br><br>DHS<br>Assistant Staff Analyst, Health Services - (4595A) 1.0 FTE - $109,840<br>Registered Nurse II (5134A) 1.0 FTE - $121,877<br>Senior Staff Analyst, Health (4594A) - 0.50 FTE - $74,188<br>Staff Analyst, Health (4593A) - 1.0 FTE - $122,415<br>Staff Assistant I (0907A) - 0.50 FTE - $34,053<br><br>Administrative Support Staff<br>Accounting Technician II (0643A) - 0.29 FTE - $19,562<br>Administrative Services Manager I (1002A) - 0.29 - $32,947<br>Administrative Services Manager II (1003A) - 0.19 FTE - $23,824<br>Administrative Services Manager III (1004A) - 0.20 FTEs - $31,170<br>Health Care Financial Analyst (0672A) - 0.20 FTE - $18,758<br>Management Analyst (1848A) - 0.20 FTEs - $18,211<br><br>**Total = $606,845**<br><br>DMH<br>Staff Analyst, Health (4593A) - 0.50 FTE $62,812<br><br>DPH-SAPC<br>Clinical Social Worker (9013A) - 1.0 FTE = $110,585 |

**Target Population and Projected # Served**

| Please identify the target population and project the # of individuals and/or households to be served for each component under this Strategy for FY 2017-18. | | |
|---|---|---|
| Strategy Component | Target Population | Projected # Served |
| LAHSA – Bridge Housing | People exiting institutions | 506 |

EXHIBIT C - Page 176

| DHS/DMH Interim Housing | Individuals with complex and/or behavioral health conditions exiting institutions | 250 in FY 17-18 and 450 in FY 18-19 and following |
|---|---|---|
| DPH-SAPC – Recovery Bridge Housing | Adults (age 18 years and over) exiting institutions, including residential SUD treatment, who are homeless upon treatment discharge and are in need of a recovery oriented living space, while concurrently enrolled in an outpatient SUD treatment service. | Up to 2,000 homeless clients per year |

## Contracts

*Please list any contract procurements or amendments for providers with which your agency or department will contract for implementation of this Strategy.*

LAHSA will amend the existing bridge housing contracts of current B7 funded agencies to reflect the new rate of $50 a bed. These contracts will be amended in August 2017. LAHSA will not add new B7 funded beds in year one.

DHS will both execute new and amend existing Supportive Housing Services Master Agreements to increase the number of beds serving individuals with complex health and/or behavioral health conditions.

DPH-SAPC's Alcohol and Drug Free Living Center Statement of Work for Fiscal Year (FY) 2016–17 was amended to reflect RBH as a new service under the System Transformation to Advance Recovery and Treatment – Organized Delivery System for FY 2017–18. RBH Statement of Work amendments for FY 2017-18 included Measure H funding allocations.

## Community Input

*Please describe any community input that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.*

| Date | Community Input |
|---|---|
| May 11, 2017 | LAHSA, DMH, DHS, and DPH conducted an input session for both B7 and E8. |

## Lived Experience Advisory Group

*Please describe any input from the Lived Experience Advisory Group that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.*

On June 29th LAHSA held a Lived Experience Focus Group, with individuals who have previously or are currently experiencing homelessness. At this Focus Group, we wanted to identify the benefits and challenges of the current program and to address any changes that could be integrated into the County Homeless Strategy B7.

EXHIBIT C - Page 177

**Metrics**

| Please list the metrics that will be tracked to evaluate how implementation achieves the objectives of the Strategy and either reaches or makes progress toward its goals. |
| --- |
| <ul><li>Number of individuals who have been served with B7 funded interim/bridge housing and a breakdown of the institution from which they were discharged;</li><li>Number of individuals who were in B7 funded interim/bridge housing who exit to permanent housing; and</li><li>Average length of stay.</li></ul> |

EXHIBIT C - Page 178

**Measure H Strategy Implementation Plan**
**C2 and C7: Increase Employment for Homeless Adults by Supporting**
**Social Enterprise/Subsidized Employment for Homeless Adults**
**(C7 is a New Strategy)**

## Objectives and Goals

*Please describe the objectives and goals of this Strategy.*

The goal of strategies C2 and C7 is to increase employment for adults that are homeless/recently homeless/at risk of homelessness by supporting Social Enterprises (SE) and the partnership between SEs and the workforce development system. The partnership between SEs and the workforce development system leverages SEs' expertise in serving job-seekers with employment barriers with the expertise of the workforce development system in preparing and matching job-seekers with hiring businesses. This is accomplished by partnering SEs with the workforce development system's Job Centers known as the America's Job Centers of California (AJCCs)/WorkSource Centers. Additionally, the Strategies aim to expand the partnership's capacity to provide transitional employment, wrap-around support services, training, job placement, and job retention services to the targeted population.

Additionally, the Strategies are looking to expand the capacity and competitiveness of Alternate Staffing Organizations (ASO) operated by SEs. ASOs provide transitional subsidized employment and training opportunities for homeless adults while helping businesses meet their temporary human capital needs. The Strategies aim to expand capacity and competitiveness of ASOs by providing SE ASO(s) with a subsidy of $2 per hour worked to reduce the markup passed on to the customer, thus making the ASO a more competitive option. Through a combination of County Social Enterprise Preference programs and designating ASOs as the preferred temporary staffing agency for County departments, contractors and sub-contractors, the Strategies will increase ASO capacity and subsidized employment opportunities for homeless adults. Lastly, the Strategies look to leverage existing Subsidized Employment (SE) and SE Bridge Employment programs to place program participants with SE operated ASOs.

The Department of Workforce Development, Aging and Community Services (WDACS) will work with partners to accomplish this by:

- Supporting and scaling the Los Angeles Regional Initiative for Social Enterprise (LA:RISE) Program implemented by LA City in collaboration with the non-profit Roberts Enterprise Development Fund (REDF). This will allow for the inclusion of additional SEs in the Program and the ability to serve more individuals.
- Implementing and expanding the LA:RISE program model throughout Los Angeles County in partnership with the local Continuums of Care (COC's) and other Workforce Development Boards (WDB.)
- Identifying SE ASOs or building the capacity of existing SEs to operate ASOs. This includes working with the Board of Supervisors (BOS) to designate ASOs as the preferred temporary staffing agency for County departments, contractors and sub-contractors
- Expanding the capacity of existing and additional SEs to provide transitional employment opportunities and wrap-around support services in order to scale programming.

30 | P a g e

**EXHIBIT C - Page 179**

**Components/Process Steps**

*Please provide the names of major strategy components. For each component, include a description of the substance as well as a timeline for implementation.*

Countywide LA:RISE Program Model Implementation

**Phase 1: Scaling LA:RISE Program**

WDACS is working with the City of L.A. and REDF to scale the LA:RISE Program to include more SE partners and expand services to adults that are homeless/recently homeless/at risk of homelessness. The Program provides subsidized employment/bridge jobs and wrap-around services provided in a SE supportive work environment. Wrap-around services include a multi-disciplinary team approach to case management, supportive services, job readiness preparation, training, and employment placement and retention services provided by the partner SE and Workforce Development Job Centers.   This will allow for the inclusion of additional SEs in the Program and the ability to serve more individuals.

Implementation began August 1, 2017, and is slated to serve 400 individuals by June 30, 2018.

**Phase 2: Countywide LA:RISE Program Model Implementation**

WDACS will work with REDF to implement and expand the LA:RISE Program Model throughout L.A. County in partnership with the local CoC's and other WDB's. The partnership includes:

- Glendale CoC
- Long Beach CoC
- Pasadena CoC
- LAHSA
- Foothill WDB
- Pacific Gateway WDB
- South Bay WDB
- Verdugo WDB

Planning, partner capacity building, and program development is currently underway and implementation is targeted to roll out January through March 2018. Full implementation is contingent on SE capacity to partner and scale.

**Alternative Staffing Organizations**

WDACS will work with REDF to identify SE ASOs that serve targeted populations or build the capacity of existing SEs to operate ASOs. Implementation will include developing a framework for Work Orders for LA County departments.  WDACS will work with the BOS to designate ASOs as the preferred temporary staffing agency for County departments, contractors and sub-contractors. WDACS has established a Master Agreement list to facilitate the procurement of ASO services by County departments.

Planning, ASO identification, and program development is currently underway and implementation is targeted to roll out January through March 2018. Full implementation is contingent on SE capacity to partner and scale.

WDACS is targeting designation of ASOs as the preferred staffing agency for County departments, contractors, and sub-contractors by November 1, 2017.

**Parallel Capacity Building:**

WDACS will help expand the capacity of existing and additional SEs to provide transitional employment opportunities and wrap-around support services in order to scale programming.

31 | Page

EXHIBIT C - Page 180

WDACS will work with REDF to assist current SE partners to expand their existing capacity and/or business portfolio in order to scale subsidized employment opportunities. In addition, WDACS and REDF will work to identify, recruit, and train additional SEs in order to create more SE/Job Center partnerships and subsidized employment and training opportunities. This includes expanding the number of SEs on WDACS Master Agreement for provision of Social Enterprises Employment and Training Programs.

This effort is currently underway and looks to scale capacity building and technical assistance by October 1, 2017.

## Use of Funding Including Staff and Salaries

| | |
|---|---|
| *Please describe all uses of funding for the following:* | |
| Program Costs | Contract/Intergovernmental Services:<br>SE Subsidized Employment and Wrap-around Services<br>    Wages<br>    Case Management<br>    Supportive Services<br>    Job Retention Services<br>ASO(s) subsidy<br>Technical Assistance<br>**Contract/Intergovernmental Services:**     **$ 6,300,000** |
| Administrative (salaries excluded) | Administrative Support, Overhead, and Indirect Costs (Accounting, Contracting, Compliance, Data and Performance Reporting, Fiscal Services, and indirect S&S)    $ 363,000 |
| Staff Costs (# of positions, classifications and S&EB) | Program Staff Salary and Employee Benefits (3 FTEs)<br>    Salaries      $ 208,000<br>    Employee Benefits      $ 129,000<br>    **Total Program Staff Salary and Employee Benefits**      $ 337,000 |

## Target Population and Projected # Served

*Please identify the target population and project the # of individuals and/or households to be served for each component under this Strategy for FY 2017-18.*

| Strategy Component | Target Population | Projected # Served |
|---|---|---|
| **Countywide LA:RISE Program Model Implementation**<br><br>Phase 1:<br>Scaling LA:RISE Program | Homeless/recently homeless/at risk of homelessness adults, including homeless older adults.<br><br>Minimum 50% DPSS GR participants | Minimum 400 |
| Phase 2:<br>Countywide LA:RISE Program Model Implementation | Homeless/recently homeless/at risk of homelessness adults, including homeless older adults.<br><br>Minimum 50% DPSS GR participants | Minimum 400 |

EXHIBIT C - Page 181

## Contracts

*Please list any contract procurements or amendments for providers with which your agency or department will contract for implementation of this Strategy.*

WDACS will leverage its existing contracts and Intergovernmental Agreements to distribute funding to:

- City of Los Angeles
- Foothill WDB
- Pacific Gateway WDB
- South Bay WDB
- Verdugo WDB
- Current AJCC Operators

WDACS will procure additional services through its active Master Agreement for provision of Social Enterprises Employment and Training Programs. This will include contracts for Social Enterprises to establish ASOs and expand SE partnerships with Job Centers.

## Community Input

*Please describe any community input that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.*

2015 - In the development of the LA:RISE model, the City of Los Angeles, in partnership with REDF, included stakeholder input in the LA:RISE model planning and design.

By October 2017, WDACS will move forward implementing Strategies C2 and C7 using the existing highly successful LA:RISE model, but is planning to host a meeting to present the existing LA:RISE model to interested stakeholders and solicit input to enhance or modify the model.

## Lived Experience Advisory Group

*Please describe any input from the Lived Experience Advisory Group that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.*

WDACS will move forward with the existing highly successful LA:RISE model, but is working with the Los Angeles Homeless Services Authority (LAHSA) to present the existing LA:RISE model, that will be expanded as part of Strategies C2 and C7, to the Lived Experience Advisory Group (LEAG) in the coming months, as the LEAG agenda permits.

EXHIBIT C - Page 182

## Metrics

*Please list the metrics that will be tracked to evaluate how implementation achieves the objectives of the Strategy and either reaches or makes progress toward its goals.*

**Countywide LA: RISE Program Model Implementation**

- Number of Program Participants engaged in Transitional Employment;
- Number of Participants that Complete Job Readiness Assessment;
- Number that Complete Job Readiness Training;
- Number that Receive Vocational Training;
- Number Placed in Unsubsidized Employment;
- Employment Retention 1st Quarter after Placement;
- Employment Retention 2st Quarter after Placement;
- Employment Retention 3st Quarter after Placement;
- Number of DPSS GR Participants Served;
- Establishment of ASO(s) that leverage existing Subsidized Employment and SE bridge employment programs to place program participants; and
- BOS designates ASOs as the preferred temporary staffing agency for County departments, contractors, and sub-contractors.

EXHIBIT C - Page 183

**Measure H Strategy Implementation Plan**
**C4, C5, and C6: Countywide Supplemental Security Income and Veterans Benefits Advocacy Program for People Experiencing Homelessness or At Risk of Homelessness**

## Objectives and Goals

*Please describe the objectives and goals of this Strategy.*

The Countywide Benefits Entitlements Services Team (CBEST) includes three Strategies to increase income through the provision of benefits advocacy services as follows: 1) Strategy C4 –Countywide SSI Advocacy Program for People Experiencing Homelessness or at Risk of Homelessness; 2) Strategy C5 –Countywide Veterans Benefits Advocacy Program for Veterans Experiencing Homelessness or at Risk of Homelessness, and 3) Strategy C6 - Targeted SSI Advocacy for Inmates.

CBEST currently operates countywide and serves clients in all eight Service Planning Areas (SPA's) in Los Angeles County, including co-location in 14 Department of Public Social Services (DPSS) General Relief District offices; community locations that are accessible to the residents of each SPA; as well as at six Los Angeles County jail facilities.

With the addition of funding from Measure H, CBEST will screen 20,000 people and submit 10,000 SSI/SSDI benefits applications and 1,200 Veterans Benefits applications annually.

## Components/Process Steps

*Please provide the names of major strategy components. For each component, include a description of the substance as well as a timeline for implementation.*

### Scope of Work

CBEST services include working closely with outreach and engagement teams in each SPA; coordination with the Whole Person Care initiative; coordination and integration with existing systems of care including the Coordinated Entry System (CES); gathering and summarizing current and historical health and mental health records; linking clients to health and mental health services to document their disability(ies); completing and submitting applications for SSI, SSDI, CAPI and Veteran's benefits; coordinating and advocating with the Social Security Administration, California Department of Social Services Disability Determination Services, and the Department of Veterans Affairs regarding pending applications; maintaining regular communication with clients on application status; and developing and implementing a program exit plan including an assessment and documentation of warm hand-off to community providers.

Through the Measure H expansion, CBEST will increase the number of people screened from 10,000 to 20,000 and increase the number of SSI applications from 5,000 to 10,000. This funding will also provide ongoing funding for Strategies C5 and C6 which originally came with one-time funding, scheduled to end after two years. Additionally, Veteran's benefits applications will increase from 600 to 1,200.

EXHIBIT C - Page 184

Measure H expansion will also launch and/or expand three critical program components to better serve our target populations and assist our benefits advocates to achieve approvals on initial disability applications: (1) integration of legal support for the CBEST teams, including technical assistance and training, and appeals services for non-DPSS clients. (Funding for appeals is needed for non-DPSS clients because a current contract exists at DPSS with Health Advocates that only serves DPSS clients. It is anticipated that a percentage of individuals who may not be DPSS clients in C4 and C6 will need appeals services); (2) expansion and integration of physical and mental health clinical services (Department of Mental Health (DMH), Department of Health Services, and Correctional Health Services) to support the CBEST teams, including technical assistance, training, case consultation, record retrieval services, care coordination and comprehensive evaluations; and (3) implementation of representative payee services for CBEST clients who may need assistance managing their benefits once received.

### CBEST Implementation Timeline

April 3, 2017 – May 31, 2017    CBEST implementation in 14 DPSS GR District Offices (C4)
July 1, 2017                    CBEST implementation in community locations (C4 & C5)
July 1, 2017                    Expansion of clinical services (C4, C5, C6)
August 1, 2017                  Integration of legal services (C4, C5, C6)
September 1, 2017               CBEST implementation in Los Angeles County Jails (C6)
September 30, 2017             Implementation of Representative Payee Services (C4, C6)

### Outcomes

CBEST goals include achieving a minimum of an 80 percent approval rate on all benefits applications and ensuring that 75 percent of clients are linked to and have access to primary health, mental health, and substance use disorder services.

### Use of Funding Including Staff and Salaries

| Please describe all uses of funding for the following: | |
| --- | --- |
| Program Costs | Contract Program Services - $10,646,676 |
| Administrative (salaries excluded) | Administration Costs (7.5%) - $863,244 |

36 | Page

EXHIBIT C - Page 185

| Staff Costs (# of positions, classifications and S&EB) | **DHS**<br>Assistant Staff Analyst, Health Svcs (4595A) 3.0 FTEs - $329,519<br><br>Health Information Technician (1417A) - 2.0 FTEs - $176,540<br>Intermediate Typist-Clerk (2214A) - 4.0 FTEs - $225,348<br>Nurse Manager (5286A) - 1.0 FTE - $202,620<br>Nurse Practitioner (5121A) - 1.0 FTE - $162,460<br>Registered Nurse II, Sheriff (5140A) - 4.0 FTEs = $487,506<br>Senior Staff Analyst, Health (4594A) - 1.0 FTE = $148,376<br>Staff Analyst, Health (4593A) - 1.0 FTE - $122,414<br>Phys Spec Internal Medicine-Gen/Endocrine (5476A-55) - 1.0 FTE - $283,323<br>Phys Spec Psychiatry (5476A-79) - 1.0 FTE = $315,786<br><br>Administrative Support Staff<br>Accounting Technician II (0643A) - 1.55 FTEs - $103,819<br>Administrative Services Manager I (1002A) - 1.55 FTEs - $174,854<br>Administrative Services Manager II (1003A) - 1.04 FTEs - $126,439<br>Administrative Services Manager III (1004A) - 1.04 FTEs - $165,421<br>Health Care Financial Analyst (0672A) - 1.04 FTEs - $99,553<br>Management Analyst (1848A) - 1.04 FTEs - $96,652<br><br>**DMH**<br>Supervising Psychologist (8712A) - 1.0 FTE - $153,601<br>Psychiatric Social Worker II (9035A) - 6.0 FTE - $683,892<br>Intermediate Typist-Clerk (2214A) - 2.0 FTE - $111,957<br><br>**Total = $4,170,080** |
|---|---|

**Target Population and Projected # Served**

| Please identify the target population and project the # of individuals and/or households to be served for each component under this Strategy for FY 2017-18. | | |
|---|---|---|
| Strategy Component | Target Population | Projected # Served |
| *C4 & C6* | Screened and Assessed<br>SSI applications | 20,000<br>10,000 |
| *C5* | Veteran's Benefits applications | 200 |

EXHIBIT C - Page 186

**Contracts**

*Please list any contract procurements or amendments for providers with which your agency or department will contract for implementation of this Strategy.*

DHS will amend the agreements for Benefits Advocacy Services, approved by the Board of Supervisors on March 8, 2017, to reflect both the increase in funding and the increase in number of clients served.

**Community Input**

*Please describe any community input that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.*

**May 25, 2016**
Conducted a C4, C5, and C6 strategy partner call on May 25, 2016, with volunteers who expressed interest in collaborating on implementation planning and to discuss the joint solicitation and any potential program design issues. Several agencies excused themselves from the call as they intended to bid on the proposal. The agencies that remained included: LAHSA, City of Long Beach, Congresswoman Janice Hahn's office, DPSS, and the CEO's office.

**June 15, 2016**
Coordinated a joint presentation on the coordination of C4, C5, and C6 at the DMH Housing Institute with Department of Military and Veterans Affairs, Office of Diversion and Re-entry, and community volunteer, Legal Aid Foundation staff attorney.

**August 26, 2016**
Participated in a field hearing with Social Security Administration (SSA), United States Interagency Council on Homelessness (USICH), Los Angeles County CEO, Disability Determination Services, DPSS, DMH, Los Angeles Homeless Services Authority (LAHSA), and community advocates.

**April 19, 2017**
Discussion, input, and collaboration opportunities from the Veteran's Administration.

**May 3, 2017**
Discussion and input from Shelter Partnership.

**May 4, 2017**
Discussion and presentation with Justice in Aging staff.

**June 5, 2017**
Presentation and discussion with Whole Person Care Community Health Workers.

**June 8, 2017**
Presentation and discussion for E6 outreach teams and presentation and discussion for Transition Age Youth (TAY) CES providers.

**June 15, 2017**
Presentation to Housing Navigators.

38 | Page

**EXHIBIT C - Page 187**

**June 22, 2017**
Discussion and input from Vets Advocacy.

**July 28, 2017**
Planned community input session.

### Lived Experience Advisory Group

*Please describe any input from the Lived Experience Advisory Group that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.*

DHS is currently providing presentations and trainings throughout Los Angeles County with the intent to engage individuals with lived experience to participate on an advisory board that will inform the CBEST Program.

### Metrics

*Please list the metrics that will be tracked to evaluate how implementation achieves the objectives of the Strategy and either reaches or makes progress toward its goals.*

- 80% approval rate on all benefits applications; and
- 75% of clients are linked to and have access to primary health, mental health, and substance use disorder services.

EXHIBIT C - Page 188

**Measure H Strategy Implementation Plan**
**D6:  Criminal Record Clearing Project**

**Objectives and Goals**

*Please describe the objectives and goals of this Strategy.*

Planning meetings were held with our Chief Executive Office (CEO) Homeless Initiative (HI) lead, partner departments, and the Public Defender (PD) IT division to discuss how to most effectively and efficiently provide record clearing services for the homeless population.   The PD came to the conclusion that the most effective way to effectuate the record clearing process would to be to directly serve these clients by convening Criminal Record Clearing Clinics at community and faith-based organizations where they are receiving support services; in addition, clinics can be convened at city facilities such as libraries.  This field based service will require mobile IT capabilities which are now available. Dedicated mobile outreach vehicles will provide all mobile office capabilities to provide for immediate intake, research, and preparation of all required legal documents on site.  With the attorney client relationship established, the PD will be able to conduct all filings and appearances on behalf of the client. Clients will not be required to set up additional appointments or appearances in distant courts and PD offices in the County.

The outreach vehicles will be equipped with mobile office capabilities and staffed by attorney, paralegal, and legal office support assistant (LOSA).  The mobile units will partner with County and community based outreach teams to provide direct, one-stop services to our homeless clients such as expungement and other record clearing services at their locations and be present at one stop drop in events provided by other agencies, service providers, and Community Based Organizations (CBO's.)

We continue to plan further meetings with service providers to develop a training curriculum on identifying and referring those who can benefit from record clearing.  We plan to partner with these organizations and agencies to provide on-site legal consultation and restorative services.

**Components/Process Steps**

*Please provide the names of major strategy components. For each component, include a description of the substance as well as a timeline for implementation.*

October 2017:  Two mobile outreach vehicles to be purchased and up-fitted with mobile office capability.
October 2017: Formal budgetary recognition of required staff positions – 2 DPDII,  2 Paralegals,  2 LOSA - in budget supplemental changes.
November to December 2017: Selection and training of staff on referral process, CES and mobile technology.
January 2018: Roll-out Event in coordination with LAHSA and HI.

40 | P a g e

**EXHIBIT C - Page 189**

Record Clearing Mobile Outreach teams will provide services to clients from one stop drop in events and referrals from Coordinated Entry System (CES), Los Angeles Homeless Services Agency (LAHSA) coordinated referral programs to individual CBO's.

- Commencing October 2017: Receive referrals from other partner departments and agencies via CES referrals.

- Twice each month, commencing January 2018: Continue collaboration with Probation Homeless Outreach and parole reporting events.

- Twice each month, commencing January 2018:  Continue collaboration with L.A. City Attorney's Office on field based collaborations including existing LA County Homeless Court Citation Clinics to provide drop-in record clearing.

- Monthly, commencing January 2018:  Provide drop-in record clearing at monthly L.A. Central Library TheSource, the one-stop Health, Shelter, Emergency and Social Service resource events.

EXHIBIT C - Page 190

- Three to four CBO's each month, commencing January 2018:  Continue development of record clearing project with LAHSA to coordinate pilot record clearing events organized with CBO's in each Service Provider Areas (SPA's.)

- Commencing March 2018: Homelessness status captured and integration with CES with Department Client Case Management System.  Internal referrals from trial attorneys to Record Clearing unit.

## Use of Funding Including Staff and Salaries

*Please describe all uses of funding for the following:*

| Program Costs | **FY 2017-18**<br>Purchase and up fit two outreach vehicles with mobile office capabilities with funding to include $200,000 FY 2016-17 initial Homeless Initiative funding.  Assign and train two teams of: One Deputy Public Defender II, one Paralegal, and one LOSA. | | |
|---|---|---|---|

| Budget Summary | 2017 |
|---|---|
| Vehicle 1 One-Time Cost | $54,060.00 |
| Vehicle 1 Recurring Cost | $8,840.00 |
| Vehicle 2 One-Time Cost | $54,060.00 |
| Vehicle 2 Recurring Cost | $8,840.00 |
| **Vehicle Subtotal** | **$125,800.00** |

| Administrative (salaries excluded) | N/A | | |
|---|---|---|---|

| Staff Costs (# of positions, classifications and S&EB) | | | |
|---|---|---|---|
| **FY 17-18** | **S&EB** | **Class Code** |
| DPD II - Vehicle 1 | $171,000.00 | 9248 |
| Paralegal - Vehicle 1 | $101,000.00 | 9232 |
| ITC - Vehicle 1 | $76,464.00 | 2214 |
| DPD II - Vehicle 2 | $171,000.00 | 9248 |
| Paralegal - Vehicle 2 | $101,000.00 | 9232 |
| ITC - Vehicle 2 | $76,464.00 | 2214 |
| **Staffing Sub-total** | **$696,928.00** | 2- DPD II<br>2-Paralegal<br>2-ITC |

## Projected # Served

*Please project the # of individuals and/or households served under this Strategy for FY 2017-18.*

| Strategy Component | Projected # Served |
|---|---|
| | FY 2017-18:    2,500 |

**EXHIBIT C - Page 191**

**Contracts**

| |
|---|
| *Please list any contract procurements or amendments for providers with which your agency or department will contract for implementation of this Strategy.* |
| All purchases and up-fitting of mobile outreach vehicles will be through authorized County vendors, ISD, department facilities, and IT units. |

**Community Input**

| | |
|---|---|
| *Please describe any community input that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.* | |
| Date | Community Input |
| Various | The plan for mobile office outreach vehicles as the focal point to the Criminal Record Clearing Project administered by the County Public Defender (PD) is the culmination of several meetings with Homeless Initiative stakeholders, leads, and partner departments. It was apparent in initial planning meetings that the collateral effects of prior criminal convictions disproportionately affected the homeless population and prevented reintegration by disqualifying them from receiving benefits, aid, and job opportunities. A public meeting was held with service providers to explore what they desired and provide education on applicability and limits of available criminal record clearing procedures. |

**Lived Experience Advisory Group**

| |
|---|
| *Please describe any input from the Lived Experience Advisory Group that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.* |
| N/A |

**Metrics**

| |
|---|
| *Please list the metrics that will be tracked to evaluate how implementation achieves the objectives of the Strategy and either reaches or makes progress toward its goals.* |
| The proposed metrics for Measure H Strategy D6 are below. The proposed metrics are not final and subject to revision pending the implementation of Strategy D6.<br><br>• Number of homeless outreach events;<br>• Number of homeless persons engaged;<br>• Number of petitions for dismissal/reduction filed;<br>• Number of petitions for dismissal/reduction granted; and<br>• Number of homeless persons referred to homeless case managers.<br><br>Initially, all client contact and services will be on internal PD database. We will await potential interface with CES database. Department is currently in development of Client Case Management System (CCMS) capable of interfacing with other County and service provider databases. Anticipated roll-out of CCMS is March 2018. |

EXHIBIT C - Page 192

**Measure H Strategy Implementation Plan**
**D7:  Provide Services and Rental Subsidies for**
**Permanent Supportive Housing (New Strategy)**

### Objectives and Goals

*Please describe the objectives and goals of this Strategy.*

D7 supports the increase in access to supportive housing by funding high quality tenant services and, when necessary, a local rent subsidy to ensure that housing units are affordable to people who are homeless.

All D7 clients will receive Intensive Case Management Services (ICMS) and be matched to a rental subsidy.  Based on client need, approximately one-third of clients will receive specialty mental health services through the Housing Full Service Partnership Program. Substance use disorder outreach, assessment and service navigation will be available to all clients who need this service.  D7 housing includes project based and scattered site housing.

With funding from Measure H, D7 will link 2,500 individuals/families to permanent supportive housing in FY 2017/18.  It is estimated that 1,500 individuals/families will be housed with a Federal rental subsidy and 1,000 will be housed with a local rental subsidy.

### Component/Process Steps

*Please provide the names of major strategy components. For each component, include a description of the substance as well as a timeline for implementation.*

- July 1, 2017, and ongoing – The Department of Health Services (DHS) to execute new and increase existing work orders to provide ICMS to an average of 208 new clients each month for a total of 2,500 clients by June 30, 2018.

- July 1, 2017, and ongoing – Collaborate with the Los Angeles Homeless Services Authority (LAHSA) to identify clients to be matched to D7 permanent supportive housing through the Coordinated Entry System (CES).

- July 14, 2017 – The Department of Mental Health (DMH) released a Statement of Eligibility and Interest to expand Full Service Partnership Programs (FSP) including the new Housing FSP. In August 2017, DMH will begin reviewing responses to determine eligibility.  In September 2017, DMH will begin executing contracts with eligible respondents for Housing FSP services as clients are matched to D7 housing resources.

- September 1, 2017, and ongoing - SAPC Client Engagement and Navigation Services (CENS) will be provided to clients residing in permanent supportive housing who may need substance use disorder (SUD) services.  CENS services include Outreach and Engagement, Screening and Referral, SUD Service Navigation, and Care Coordination to improve access to SUD services/treatment and housing retention.  Existing Community Assessment and Service Center statements of work were amended to create the CENS contracts for Fiscal Year 2017-18 and to reflect the expanded CENS services.

**EXHIBIT C - Page 193**

CENS contracts were amended, as of July 1, 2017, to include Measure H funding allocations, with projected service implementation date of September 1, 2017.

- Quarterly – Health Agency, LAHSA, Community development Commission (CDC), HCID and Housing Authorities meet to: 1) review and update pipeline of project based housing, 2) monitor progress toward identification and utilization of 1,500 Federal rental subsidies, 3) monitor progress toward utilization of 1,000 local rental subsidies, and 4) monitor progress toward matching approximately 208 clients per month to D7 permanent supportive housing using the CES.

- October 15, 2017 – Implement plan for $7.5 million D7 Flexible Allocation. The Flexible Allocation can be used for 1) new permanent supportive housing, 2) services in existing permanent supportive housing that has insufficient services funding, or 3) local rental subsidies if projections for Federal subsidies are not realized.

**Use of Funding Including Staff and Salaries**

| Please describe all uses of funding for the following: | |
|---|---|
| Program Costs | **DHS**<br>Contract Program Services - $18,589,344<br>**DMH**<br>Contract Program Services - $2,100,790<br>**SAPC**<br>Contract Program Services - $562,500 |
| Administrative (salaries excluded) | **DHS**<br>Administration Costs (7.5%) - $1,507,244<br>**DMH**<br>Administration Costs (9.0567%) - $209,210<br>**SAPC**<br>There are no administrative costs deducted for this Strategy. |
| Staff Costs (# of positions, classifications and S&EB) | **DHS**<br>Assistant Staff Analyst, Health Services - (4595A) 2.0 FTEs - $219,680<br>Senior Staff Analyst, Health (4594A) - 1.0 FTE - $148,376<br>Staff Analyst, Health (4593A) - 5.0 FTEs - $612,073<br>Staff Assistant I (0907A) - 1.0 FTE - $68,107<br><br>Administrative Support Staff<br>Accounting Technician II (0643A) - 0.66 FTE - $44,349<br>Administrative Services Manager I (1002A) - 0.66 - $74,693<br>Administrative Services Manager II (1003A) - 0.44 FTE - $54,011<br>Administrative Services Manager III (1004A) - 0.43 FTEs - $70,663<br>Health Care Financial Analyst (0672A) - 0.44 FTE - $42,527<br>Management Analyst (1848A) - 0.44 FTEs - $41,287<br><br>**Total = $1,375,766** |

EXHIBIT C - Page 194

> **DMH**
> Mental Health Clinical Program Manager II (4741A) 1.0 FTE = $170,551
> Clinical Psychologist II (8697A) 1.0 FTE = $136,951
> Staff Analyst, Health (4593A) 2.0 FTE = $251,247
> Psychiatric Social Worker II (9035A) 1.0 FTE = $106,232
> Staff Assistant I (0888A) 1.0 FTE = $67,492
> Secretary III (2096A) 1.0 FTE = $66,173
>
> Total = $ 798,646
>
> **SAPC**
> Staff Analyst, Health (4593A) - 1.0 FTE - $142,751
>
> **Program Total = $2,317,163**

### Projected # Served

*Please project the # of individuals and/or households served under this Strategy for FY 2017-18.*

| Strategy Component | Projected # Served |
|---|---|
| Individuals/Household linked to Permanent Supportive Housing | 2,500 |
| Provide specialty mental health services through the Housing Full Service Partnership Program | Approximately 833 clients |
| Provide SUD CENS Services to Those Residing in Permanent Supportive Housing | Up to 900 clients |

### Contracts

*Please list any contract procurements or amendments for providers with which your agency or department will contract for implementation of this Strategy.*

DHS will increase existing work orders and execute new work orders with Supportive Housing Services Master Agreement (SHSMA) vendors to provide ICMS.

DHS will amend the SHSMA Flexible Housing Subsidy Pool work order with Brilliant Corners to increase funding to provide local rental subsidies and move in assistance.

On July 14, 2017, DMH released a Statement of Eligibility and Interest to expand Full Service Partnership Programs (FSP) which includes the new Housing FSP. This will be open continuously. DMH will review responses to determine eligibility and will amend contracts with eligible agencies to provide Housing FSP services on a flow basis.

SAPC amended the Community Assessment and Service Centers (CASC) Statements of Work (SOW) to create the CENS contracts for FY 2017-18. The CASC SOW was amended to reflect the CENS screening, outreach, engagement, and navigation/coordination services under the System Transformation to Advance Recovery and Treatment, Organized Delivery System. Measure H funding allocations were included in the amended CENS SOW.

**EXHIBIT C - Page 195**

**Community Input**

| | |
|---|---|
| *Please describe any community input that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.* | |
| Date | Community Input |
| August 2017 | D7 is a new Strategy that was approved by the Board on June 13, 2017. A community input session is planned for August 2017. |

**Lived Experience Advisory Group**

| |
|---|
| *Please describe any input from the Lived Experience Advisory Group that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.* |
| The Lived Experience Advisory Group was invited to the August 2017 community input meeting. |

**Metrics**

| |
|---|
| *Please list the metrics that will be tracked to evaluate how implementation achieves the objectives of the Strategy and either reaches or makes progress toward its goals.* |
| • Number of clients linked to Intensive Case Management services;<br>• Number of clients receiving Housing Full Service Partnership services;<br>• Number of clients referred to substance use disorder treatment, number admitted to treatment, number who enter treatment, and number who complete treatment;<br>• Number of Federal rental subsidies;<br>• Number of local rental subsidies;<br>• Number of clients housed;<br>• 12-month housing retention percentage; and<br>• 24-month housing retention percentage. |

EXHIBIT C - Page 196

**Measure H Strategy Implementation Plan**
**E6:  Countywide Outreach System**

**Objectives and Goals**

*Please describe the objectives and goals of this Strategy.*

Strategy E6 of the Homeless Initiative is aimed at improving outreach efforts to homeless individuals and families on the streets and in encampments in Los Angeles County. The Strategy has the following objectives and goals:

- Develop a dispatch and tracking technology infrastructure for outreach requests: To ensure efficient and effective outreach coordination and information sharing, E6 funding will support the development and use of a countywide outreach request and deployment system. This will allow for individuals, businesses, elected officials and other entities to report homeless individuals in need via a centralized system. The primary platform will be a web-based request system, with an associated "outreach 101" educational component.
- Expand Service Planning Area (SPA)-level and macro coordination of outreach teams through Coordinated Entry System (CES) Outreach Coordinators: Outreach Coordination funding will ensure that every SPA has at least two outreach coordinators and there are also two countywide coordinators. Outreach coordinators will ensure that all outreach in the SPA is coordinated via meetings, joint outreach events, and strategies that are in alignment with best practices and their SPA-wide plan.
- Launch and implement Multidisciplinary Outreach teams (MDT) to better assist unsheltered homeless individuals through expanded multidisciplinary outreach capacity: DHS-funded community-based multidisciplinary teams include staff with mental health, physical health, substance abuse, peers with lived experience, and generalist homeless case management expertise. Each SPA has MDTs assigned in accordance with Homeless Count data and range from two to six– teams. This funding will also support Los Angeles Homeless Services Authority (LAHSA) Emergency Response Team (ERT) members attached to existing C3 Programs in Venice and Skid Row.
- Support and expand general outreach staffing in all SPAs to further support outreach bandwidth: This funding will support existing generalist outreach grants to leading community-based programs via LAHSA and expanded LAHSA ERT teams.

EXHIBIT C - Page 197

## Components/Process Steps

*Please provide the names of major strategy components. For each component, include a description of the substance as well as a timeline for implementation.*

**Strategy Component A: Develop a dispatch and tracking technology infrastructure for outreach requests**

| Associated Tasks | Responsible Party | Timeline for Completion |
|---|---|---|
| Negotiate/execute a contract with 211 | CEO/LAHSA/ Health Agency | August 16, 2017 |
| Work with 211 to complete workflow, design website, draft portal verbiage, and create backend dispatch infrastructure | LAHSA/ Health Agency | August 2017 |
| Pilot portal to identified stakeholders – "soft launch" | LAHSA/ Health Agency | Sept 2017 |
| Launch portal throughout the County | LAHSA/ Health Agency | Oct 2017 |

**Strategy Component B: • Expand SPA-level and macro coordination of outreach teams through CES Outreach Coordinators**

| Associated Tasks | Responsible Party | Timeline for Completion |
|---|---|---|
| Recruit Macro Outreach Coordinator | LAHSA | December 2016 |
| Recruit all initial SPA-level Outreach Coordinators | Community Partners | September 2017 |
| Develop a comprehensive inventory of all homeless outreach being conducted within respective SPAs | LAHSA | September 2017 |
| Recruit all additional Outreach Coordinators funded in FY 2017- 18 (SPA and Macro) | LAHSA/Comm unity Partners | November 2017 |
| Implement regular SPA-wide meetings to discuss homeless outreach efforts/needs, etc. | LAHSA | Ongoing |
| Create and foster a learning community for CES Outreach Coordinators | LAHSA | Ongoing |
| Accept referrals and assign to appropriate outreach team | LAHSA | Ongoing |
| Build 211 platform for web based and phone referrals to outreach teams | LAHSA/Health Agency | Oct 2017 |
| Support joint outreach efforts and capacity building within respective SPAs | LAHSA | Ongoing |
| Strengthen partnerships with cities and County departments, allied homeless service providers, and other community members | LAHSA/Health Agency/CEO | Ongoing |
| Create a SPA-wide outreach plan | LAHSA | Jan 2018 |

EXHIBIT C - Page 198

| Create and implement a common outreach referral and services taxonomy and related targets and indicators across eligible outreach programs across the Continuum | LAHSA/ Health Agency/comm unity-based organizations | Aug 2017 |
| Monitor outcomes and provide technical assistance | LAHSA | Ongoing |

**Strategy Component C: • Launch and implement Multidisciplinary Outreach Teams (MDT) to better assist unsheltered homeless individuals through expanded multidisciplinary outreach capacity**

| Associated Tasks | Responsible Party | Timeline for Completion |
|---|---|---|
| Implement work orders for 25 MDTs with the CES leads (or partner agencies) within each SPA | Health Agency | Sept 2017 |
| Provide ongoing training and learning collaboratives for MDTs | Health Agency | Ongoing |
| Ramp up to 25 MDTs | Health Agency | December 2017 |
| Ramp up to 36 MDTs | Health Agency | July 2018 |
| Monitor outcomes and provide technical assistance | Health Agency | Ongoing |

**Strategy Component D: • Support and expand general outreach staffing in all SPAs to further support outreach bandwidth**

| Associated Tasks | Responsible Party | Timeline for Completion |
|---|---|---|
| Renew CES Outreach contracts with new referral/services taxonomy and outcome targets | LAHSA | July 2017 |
| Implement new referral/services taxonomy and outcome targets for ERT where appropriate | LAHSA | Sept 2017 |
| Hire additional ERT staff for expanded teams and deploy in accordance with priority areas | LAHSA | Sept 2017 |
| Monitor outcomes and provide technical assistance | LAHSA | Ongoing |

**EXHIBIT C - Page 199**

**Use of Funding Including Staff and Salaries**
**Health Agency**

| Please describe all uses of funding for the following: | |
|---|---|
| Program Costs | DHS<br>Contract Program Services - $10,253,887 |
| Administrative (salaries excluded) | DHS<br>Administrative Cost (7.5%) - $831,396 |
| | DHS<br>Staff Analyst, Health (4593A) - 2.0 FTEs<br>Staff Assistant I (0907A) 1.0 FTE<br>Administrative Support Staff (Various) - 0.93 FTE<br>$410,717<br><br>DMH<br>Health Program Analyst III (4731A) – 1.0 FTE<br>$143,511 |
| TOTAL | $11,783,022 |

**LAHSA**

| Please describe all uses of funding for the following: | |
|---|---|
| Program Costs | CBO Outreach/Outreach Coordinators: $2,704,800<br>LAHSA ERT: $3,462,729 |
| Administrative (salaries excluded) | Administrative Cost: $235,200 |
| Staff Costs (# of positions, classifications and S&EB) | Macro Outreach Coordinator: $87,500 - 1 FTE |
| TOTAL | $6,490,229 |

**Projected # Served**

| Please project the # of individuals and/or households served under this Strategy for FY 2017-18. | |
|---|---|
| **Strategy Component** | **Projected # Served** |
| Multidisciplinary Teams (MDTs) | 7,500 |
| LAHSA ERT | 3,666 |
| CES Outreach | 791 |

**Contracts**

| Please list any contract procurements or amendments for providers with which your agency or department will contract for implementation of this Strategy. |
|---|
| Health Agency: Component.  All of the CES lead agencies were either on the DHS Supportive Housing Services Master Agreement vendor list or are a partner of an agency that is on the master agreement list who agreed to subcontract with that partner agency.<br><br>LAHSA: CES Outreach and Outreach Coordination contracts have been amended for FY 2017-18. |

51 | P a g e

EXHIBIT C - Page 200

**Community Input**

| | |
|---|---|
| Please describe any community input that contributed to the program design of this Strategy. Include any upcoming or planned input sessions. | |
| Date | Community Input |
| June 21, 2017 | LAHSA, DHS, and the Los Angeles County Department of Mental Health (DMH) hosted a community input session, focused on program design for E6. More than 80 community members participated in the program design input session including LA City and County departments, service providers with extensive homeless outreach expertise, individuals with lived experience of homelessness, and other community stakeholders.<br><br>For more information please visit:<br>https://www.lahsa.org/documents?id=1433-community-input-session-summary-county-strategy-e6.pdf |
| October 17, 2016 | Stakeholder meeting included community partners, CES leads and County departments and other agencies to provide further input on the call center, referral flow and the structure of the multidisciplinary teams |
| August 1, 2016 | Stakeholder meeting included community partners, CES Leads and County departments and other agencies |

**Lived Experience Advisory Group**

| |
|---|
| Please describe any input from the Lived Experience Advisory Group that contributed to the program design of this strategy. Include any upcoming or planned input sessions. |
| On June 29, 2017, LAHSA convened a Measure H community input session for those with Lived Experience in advance of the launch of the expanded Lived Experience Advisory Group. Outreach best practices was one of a number of components discussed by this group. |

EXHIBIT C - Page 201

## Metrics

*Please list the metrics that will be tracked to evaluate how implementation achieves the objectives of the strategy and either reaches or makes progress toward its goals.*

**DHS-Funded Multi-Disciplinary Teams (MDT), 12 months**

| Performance Measure | Target per Team of 6 | Total (25 Teams) |
|---|---|---|
| Number of unduplicated individuals initiated contact | 500 | 12,500 |
| Number of unduplicated individuals engaged | 300 | 7,500 |
| Number of unduplicated individuals provided services or successfully attaining referrals | 50% (150) | 3,750 |
| Number of unduplicated individuals engaged who successfully attain crisis or bridge housing | 30% (90) | 2,250 |
| Number of unduplicated individuals engaged who are linked to a permanent housing resource | 30% (90) | 2,250 |
| Number of unduplicated individuals engaged who are permanently housed | 20% (60) | 1,500 |

**LAHSA Measure H-Funded Emergency Response Team (ERT), 12 months**

| Performance Measure | Target per Team of 2 | Total (19.5 Teams) |
|---|---|---|
| Number of unduplicated individuals initiated contact | 375 | 7,313 |
| Number of unduplicated individuals engaged | 188 | 3,666 |
| Number of unduplicated individuals provided services or successfully attaining referrals | 50% (94) | 1,833 |
| Number of unduplicated individuals engaged who are successfully linked to interim housing | 20% (38) | 733 |
| Number of unduplicated individuals engaged who are linked to a permanent housing resource | 20% (38) | 733 |
| Number of unduplicated individuals engaged who are permanently housed | 10% (19) | 367 |

**CES-Funded Outreach Teams. 12 months**

| Performance Measure | Target per Agency | Total (est. 30 FTE) |
|---|---|---|
| Number of unduplicated individuals initiated contact | Varies by agency | 1,313 |
| Number of unduplicated individuals engaged | Varies by agency | 791 |
| Number of unduplicated individuals provided services or successfully attaining referrals | 50% (Varies by agency) | 396 |
| Number of unduplicated individuals engaged who successfully attain crisis or bridge housing | 20% (Varies by agency) | 158 |
| Number of unduplicated individuals engaged who are linked to a permanent housing resource | 20% (Varies by agency) | 158 |
| Number of unduplicated individuals engaged who are permanently housed | 10% (Varies by agency) | 79 |

EXHIBIT C - Page 202

**Measure H Strategy Implementation Plan**
**E7: Strengthen the Coordinated Entry System**

## Objectives and Goals

*Please describe the objectives and goals of this Strategy.*

With the implementation of the Coordinated Entry System (CES), all people in need of housing and services can be screened, triaged, and connected to resources, based upon service need and availability. In a County where the need for permanent housing and supportive services exceeds the availability of resources, it is vital to create efficiency and effectiveness in our response system.

E7 has numerous program components that work together to improve the coordination of services, supportive roles in the system, and supports to improve the overall quality of services being provided system-wide.

## Components/Process Steps

| Strategy Component A: Expand Regional Coordination for Each Population System | | |
|---|---|---|
| **Associated Tasks** | **Responsible Party** | **Timeline for Completion** |
| Renew contracts for existing Regional Coordination in the Single Adult and Youth System | Los Angeles Homeless Services Authority (LAHSA) | July 1, 2017 |
| Award new contracts for the Family System which includes $1.6 Million in Regional Coordination | LAHSA | July 1, 2017 |
| Expand contracts for Single Adult and Youth Regional Coordination | LAHSA | August 2017 |
| Kick off meeting for new Regional Coordination contracts to provide orientation and set expectations for Regional Coordinators. | LAHSA | September 2017 |
| United Way and LAHSA will host a joint orientation for the newly hired Service Planning Area (SPA) Data Coordinators to support the lead CES agencies in making data informed decisions on programming and utilization of resources. | LAHSA / United Way | September 2017 |
| United Way began partially funding a SPA System Director and Data Coordinator. LAHSA will expand existing contracts to fully fund these positions. | LAHSA | September 2017 |
| Final Expansion of Regional Coordination. | LAHSA | October 2017 |

| Strategy Component B: Creation of DV Liaisons | | |
|---|---|---|
| **Associated Tasks** | **Responsible Party** | **Timeline for Completion** |
| Recruitment and hiring of a centralized Domestic Violence (DV) Coordinator to provide overall guidance and leadership. | LAHSA | September 2017 |
| Provide funding for the recruitment and hiring of DV liaisons in each SPA. | LAHSA | October 2017 |
| Begin monthly learning community with the new DV liaisons. | LAHSA | November 2017 |

**EXHIBIT C - Page 203**

| Begin development of best practices in coordinating and providing linkages between the DV and CES systems. | LAHSA | December 2017 |
| Create standard protocols around coordination and referrals between the DV and CES systems. | LAHSA | December 2017 |

**Strategy Component C: Expanded Housing Navigation**

| Associated Tasks | Responsible Party | Timeline for Completion |
| --- | --- | --- |
| Renew existing contracts for Housing Navigation within the Single Adults and Youth system. | LAHSA | July 2017 |
| Award new contracts for the Family System which includes Housing Navigation funding. | LAHSA | July 2017 |
| Expand contracts for Single Adults and Youth Housing Navigation. | LAHSA | August 2017 |
| Begin implementation of a monthly learning community for Housing Navigation. | LAHSA | October 2017 |
| Create and implement common best practices for Housing Navigation and how it works as a linkage throughout the delivery system. | LAHSA/ Health Agency | October 2017 start and Ongoing |
| Monitor outcomes and provide technical assistance. | LAHSA | Ongoing |

**Strategy Component D: Creation of Housing Location Program**

| Associated Tasks | Responsible Party | Timeline for Completion |
| --- | --- | --- |
| Release a Request for Proposals (RFP) and award contracts for new service provider(s). | LAHSA | October 2017 –February 2018 |
| Create and staff centralized oversite of the Housing Location Program. | LAHSA | February 2018 |
| Develop and implement a centralized data base that assists in managing property manager contacts and support. | LAHSA | February 2018 |
| Begin implementation of a monthly learning community for Housing Location. | LAHSA | March 2018 |
| Create and implement common best practices for Housing Location including an adopted standard of care for working with property owners. | LAHSA/ Health Agency | April 2018 start and Ongoing |
| Monitor outcomes and provide technical assistance. | LAHSA | Ongoing |

**Strategy Component E: Creation of a Training Academy (TA) and provision of Technical Assistance to Agencies**

| Associated Tasks | Responsible Party | Timeline for Completion |
| --- | --- | --- |
| Continue with current TA to agencies that began in FY 16-17 | LAHSA | July 2017 and Ongoing |
| Begin to identify new agencies to start and receive agencies' analysis and targeted technical assistance | LAHSA | September 2017 and Ongoing |

EXHIBIT C - Page 204

| | | |
|---|---|---|
| Procure an agency to operate a centralized TA (The timeline may be delayed depending on the number of agencies interested in providing this service). | LAHSA | September 2017 |
| Finalization of a core curriculum to provide training to direct service staff, program management, leadership, and boards. | LAHSA | October 2017 |
| Creation of a tracking system that allows for centralized sign-up and monitoring of who has completed trainings. | LAHSA/ awarded contractor | October 2017 |
| Begin setting up cohorts and providing trainings. | LAHSA / awarded contractor | November 2017 and Ongoing |
| Monitor outcomes of the TA | LAHSA | Ongoing |

| Strategy Component F: Creation of a Legal Services System | | |
|---|---|---|
| **Associated Tasks** | **Responsible Party** | **Timeline for Completion** |
| Meet with Legal Service providers and get input to inform the creation of a Legal Services Program. | LAHSA /Shelter Partnership | August 2017 |
| Procure and award agency(s) to provide Legal Services Program. | LAHSA | October 2017 to February 2018 |
| Create referral system between the CES agencies and the Legal Service providers. | LAHSA | February 2018 |
| Cross train staff between the CES lead agencies and Legal Service providers to increase effectiveness and efficient utilization. | LAHSA/ awarded contractor(s) | February 2018 |
| Begin providing Legal Services for persons experiencing homelessness. | LAHSA/ awarded contractor(s) | February 2018 |
| Monitor outcomes of the Legal Services. | LAHSA | Ongoing |

| Strategy Component G: Creation of a Representative Payee Program | | |
|---|---|---|
| **Associated Tasks** | **Responsible Party** | **Timeline for Completion** |
| Gather research and input on what the Representative Payee program should look like and draft an RFP and Scope of Required Services. | LAHSA / Shelter Partnership | September 2017 |
| Procure and award agency(s) to provide Representative Payee Services. | LAHSA | October 2017 to February 2018 |
| Create referral system between the CES agencies and the Representative Payee provider(s). | LAHSA | February 2018 |
| Begin to provide Representative Payee services to program participants. | LAHSA | February 2018 and Ongoing |
| Create a learning community to meet to discuss best practices and the development of this program. | LAHSA | March 2018 and Ongoing |
| Monitor outcomes of the Program. | LAHSA | Ongoing |

**EXHIBIT C - Page 205**

| Strategy Component H: Access Centers | | |
|---|---|---|
| **Associated Tasks** | **Responsible Party** | **Timeline for Completion** |
| Renewal of existing Access Center Contracts. | LAHSA | July 2017 |
| Procure and award agency(s) to operate Access Centers. | LAHSA | Oct 2017 to Feb 2018 |
| Operations within new Access Center locations begin. | LAHSA | Feb 2018 |
| Ensure connections and referral networks between the new Access Centers and the CES system. | LAHSA | Feb 2018 |
| Monitor outcomes of the Access Centers. | LAHSA | Ongoing |

## Use of Funding Including Staff and Salaries

| *Please describe all uses of funding for the following:* | |
|---|---|
| Program Costs | LAHSA – $23,518,519 |
| Administrative (salaries excluded) | LAHSA – $976,296 |
| Staff Costs (# of positions, classifications and S&EB) | LAHSA – $1,505,185 |
| Capacity Building / Start Up Costs | To assist agencies with the financial lift of growing their capacity, LAHSA has raised the amount that agencies can spend on Administrative cost to 12 percent from 10 percent. |

## Targeted Population and Projected # Served

*Please identify the target population and project the # of individuals and/or households to be served for each component under this Strategy for FY 2017-18.*

| Strategy Component | Target Population | Projected # Served |
|---|---|---|
| Regional Coordination | All | N/A |
| DV Liaisons | All | N/A |
| Housing Navigation | All | 4,650 |
| Housing Locators | All | 2,700 |
| Legal Services | All | 750 |
| Representative Payee | People receiving SSI and SSDI | 700 |
| Training Academy and Tech. Assistance | Service providers | N/A |
| Access Centers | All | 1,800 |

**EXHIBIT C - Page 206**

**Contracts**

*Please list any contract procurements or amendments for providers with which your agency or department will contract for implementation of this Strategy.*

To allow for sufficient time to develop programs, procure service, and start up each program, LAHSA will bundle similar components of Measure H funded activities into procurement "Tracks." These procurement Tracks will have staggered release dates, due dates, and implementation timelines.

Track 1 & 2 procurements will be released in August 2017
Track 3 procurements will be released in October 2017

LAHSA will procure the following services funded through E7:
Housing Navigation (Track 1)
DV Liaisons (Track 1)

Housing Location (Track 2)
Access Centers (Track 2)

Legal Services (Track 3)
Capacity Building/Technical Assistance (Track 3)
Training Academy (Track 3)
Representative Payee (Track 3)

**Community Input**

*Please describe any community input that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.*

**5/26/17**
*LAHSA conducted a community input session for E7.*

**Lived Experience Advisory Group**

*Please describe any input from the Lived Experience Advisory Group that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.*

On June 29th LAHSA held a Lived Experience Focus Group with individuals who have previously or are currently experiencing homelessness. At this Focus Group, we identified the benefits and challenges of the current program and discussed changes that might be integrated into the County Homeless Strategies.

**Metrics**

*Please list the metrics that will be tracked to evaluate how implementation achieves the objectives of the Strategy and either reaches or makes progress toward its goals.*

Some preliminary areas identified for metrics are:
- Number of households screened and matched to a housing resource through CES;
- Length of time from assessment to housing match;
- Length of time from housing match to actual housing move-in;
- Average length of stay in crisis/bridge housing;
- Number or persons/households who have moved into housing;
- The need and acuity level of those who are obtaining permanent housing;
- Number of persons/households who have increased their income as well as the source of that income increase;
- Percentage of persons who retain their housing over a 12-month period; and
- Overall data quality within the system.

**Measure H Strategy Implementation Plan**

EXHIBIT C - Page 207

### E8: Enhancing the Emergency Shelter System

**Objectives and Goals**

*Please describe the objectives and goals of this Strategy.*

Strategy E8 efforts will enhance the emergency shelter system's ability to be an effective point-of-access to and component of an Integrated Homeless Services System.

The Department of Health Services (DHS) and the Department of Mental Health (DMH) – Interim housing is intended to serve clients with complex health and/or behavioral health conditions who need a higher level of support services than is available in most shelter settings. Interim housing includes stabilization housing (with onsite intensive case management services) and recuperative care (with onsite intensive case management services and health care oversight). Some interim housing programs provide enhanced onsite mental health services.

Los Angeles Homeless Services Authority (LAHSA) - Raising the bed rate for LAHSA's existing shelters allows for higher quality services in the shelters resulting in better outcomes. Adding beds to the system will decrease the gap in shelter services. These safe, low-barrier and supportive 24-hour crisis housing beds are designed to facilitate permanent housing placement.

**Components/Process Steps**

*Please provide the names of major strategy components. For each component, include a description of the substance as well as a timeline for implementation.*

| Component: Increase bed rate of existing shelters | | |
|---|---|---|
| **Associated Tasks** | **Responsible Party** | **Timeline for Completion** |
| Amend contracts | LAHSA | August 2017 |

| Component: Add shelter beds (or motel vouchers) for families | | |
|---|---|---|
| **Associated Tasks** | **Responsible Party** | **Timeline for Completion** |
| Amend contracts | LAHSA | August 2017 |

| Component: Add shelter beds for singles and youth | | |
|---|---|---|
| **Associated Tasks** | **Responsible Party** | **Timeline for Completion** |
| Release Request for Proposals (RFP) for singles and youth | LAHSA | August 2017 |
| RFP awards are made | LAHSA | October 2017 |
| Contracts start | LAHSA | December 2017 |
| Release RFP for single women | LAHSA | October 2017 |
| RFP awards are made | LAHSA | December 2017 |
| Contracts start | LAHSA | February 2017 |
| **Component: Bed availability system** | | |

EXHIBIT C - Page 208

| Associated Tasks | Responsible Party | Timeline for Completion |
|---|---|---|
| Determine software design using information from the existing pilot | LAHSA | Q4 2017/2018 |
| Build software components | LAHSA | TBD |
| Implementation with a smaller group of users | LAHSA | TBD |
| Implement a full roll out | LAHSA | TBD |

| Component: Capital funding for acquisition or rehab of shelter facilities | | |
|---|---|---|
| Associated Tasks | Responsible Party | Timeline for Completion |
| Determine method to procure and administer funds | LAHSA | September/ October 2017 |
| Procure funds | LAHSA | TBD |

## Use of Funding Including Staff and Salaries

| Please describe all uses of funding for the following: | |
|---|---|
| Program Costs | LAHSA – $47,204,631<br>DHS - Contract Program Services - $4,023,141 |
| Administrative (salaries excluded) | LAHSA – $755,274<br><br>DHS - Administrative Costs (7.5%) = $326,201 |
| Staff Costs (# of positions, classifications and S&EB) | LAHSA – $3,021,096<br><br>DHS<br>• Assistant Staff Analyst, Health Services - (4595A) 1.0 FTE - $109,840<br>• Registered Nurse II (5134A) 1.0 FTE - $121,877<br>• Senior Staff Analyst, Health (4594A) - 0.50 FTE - $74,188<br>• Staff Analyst, Health (4593A) - 1.0 FTE - $122,415<br>• Staff Assistant I (0907A) - 0.50 FTE - $34,054<br><br>Administrative Support Staff<br>• Accounting Technician II (0643A) - 0.30 FTE - $19,562<br>• Administrative Services Manager I (1002A) - 0.30 - $32,947<br>• Administrative Services Manager II (1003A) - 0.20 FTE - $23,824<br>• Administrative Services Manager III (1004A) - 0.19 FTEs - $31,168<br>• Health Care Financial Analyst (0672A) - 0.19 FTE - $18,759<br>• Management Analyst (1848A) - 0.19 FTEs - $18,212<br>• Total = $606,846<br><br>DMH<br>• Staff Analyst, Health (4593A) - 0.50 FTE - $62,812 |

EXHIBIT C - Page 209

**Target Population and Projected # Served**

| | | |
|---|---|---|
| *Please identify the target population and project the # of individuals and/or households to be served for each component under this Strategy for FY 2017-18.* | | |
| *Strategy Component* | *Target Population* | *Projected # Served* |
| LAHSA – Crisis and Bridge Housing | Adults, families, and transitional age youth who are experiencing homelessness | 7,465 |
| DHS/DMH Interim Housing | Individuals with complex and/or behavioral health conditions | 250 |

**Contracts**

*Please list any contract procurements or amendments for providers with which your agency or department will contract for implementation of this Strategy.*

In August, LAHSA will amend the crisis and bridge housing contracts to reflect the new rate of $40 a bed for crisis programs and $50 a bed for bridge programs. LAHSA will also release an RFP to add beds for all populations.

DHS will both execute new and amend existing Supportive Housing Services Master Agreements to increase the number of beds serving individuals with complex health and/or behavioral health conditions.

**Community Input**

*Please describe any community input that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.*

5/11/17 LAHSA, DMH, DHS, and DPH conducted a community input session for B7 and E8.

**Lived Experience Advisory Group**

*Please describe any input from the Lived Experience Advisory Group that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.*

On June 29th LAHSA held a Lived Experience Focus Group with individuals who have previously or are currently experiencing homelessness. At this Focus Group, we wanted to identify the benefits and challenges of the current program and to address any changes that could be integrated into the County Homeless Strategies.

**Metrics**

*Please list the metrics that will be tracked to evaluate how implementation achieves the objectives of the strategy and either reaches or makes progress toward its goals.*

- Number and percentage of individuals, families, and youth who have entered LAHSA funded crisis or bridge housing programs who exit the program in the reporting period (broken out by exit destination including permanent housing, population, and Service Planning Area (SPA);
- Number of individuals who have been served by E8 DHS/DMH funded interim housing beds and number that exit to permanent housing; and
- Average length of shelter stay.

EXHIBIT C - Page 210

**Measure H Implementation Plan**
**E14: Enhanced Services for Transition Age Youth**

**Objectives and Goals**

*Please describe the objective and goals of this Strategy.*

Funding through this Strategy will expand and enhance the resources to house and serve transition age youth (TAY) experiencing homelessness. The resources funded through this Strategy aim to address needs not otherwise identified for funding in other strategies.

**Components/Process Steps**

*Please provide the names of major strategy components. For each component, include a description of the substance as well as a timeline for implementation.*

| Component | Detail | Timeline |
|---|---|---|
| Transitional Housing (TH) Models | TH Models provide safe housing with support services for youth who may not be able to sign a lease on their own and/or who have special needs. Currently, one of the main challenges with TH programs is the maximum length of stay of 24 months, which has been widely discussed by providers and youth as being too short of a time period to adequately support youth in developing and practicing life skills, completing education goals, and/or gaining stable employment.<br><br>Based on input received during several opportunities for initial as well as targeted community input sessions, LAHSA is developing a more flexible transitional housing framework. The framework will inform the 2018 procurement (the 2nd RFP) for transitional housing models for TAY.<br><br>The 1st RFP will procure 60 new TH beds for TAY. To begin enhancing TH models, LAHSA is extending the maximum length of time allowable to 36 months. Projects serving TAY families will be eligible for funding.<br><br>LAHSA has also been working with the providers currently operating HUD funded TH for TAY to relinquish their HUD contracts in order to receive funding through this Strategy to allow for more flexibility in the TH model. HUD funding for this program type is fairly restrictive, and includes the maximum stay of 24 months. Providers | 1st Request For Proposals (RFP) to be released in August 2017 to fund 60 beds<br><br>Estimated contract start: December. 2017<br><br>Estimated service start: No later than Feb. 2018<br><br><br>2nd RFP estimated for release in Spring 2018 to fund 144 beds |

EXHIBIT C - Page 211

| | | |
|---|---|---|
| | demonstrated their support for this Strategy and will be relinquishing their contracts via reallocation or surrender during the United States Department of Housing and Urban Development (HUD) Notice of Funding Availability (NOFA) process.<br><br>Together, these HUD TH contracts represent approximately $4.9 Million, which will be targeted for permanent supportive housing (PSH) for TAY. This Strategy expands and enhances TH Models for TAY, while also creating PSH for TAY.<br><br>The two RFPs will create a total of 204 new beds. Together with the conversion of the HUD funded TH beds, Measure H funding will support a total of 609 TH beds for transition age youth throughout LA County. | |
| Family Reconnection Models | Family conflict is one of the top reasons that young people cite as causes for their homelessness. Not surprisingly, family members are not always equipped when young people want to move back to family or begin re-cultivating positive relationships with family.<br><br>Family Reconnections Services will create a small team per Service Planning Area (SPA) to support young people in finding, reconnecting, and if appropriate, reunifying with family.<br><br>Providing reconnection services to youth and their families entails:<br><br>   i. Searching for and identifying extended family members and engaging those family members to work towards ensuring that youth are connected to their family;<br>   ii. Facilitating the emotional connections between youth and their family members;<br>   iii. Intervening with youth to help them develop relational competencies and the skills needed to develop and maintain relationships; and | RFP is expected to be released in October 2017.<br><br>Estimated contract start: February 2018<br><br>Estimated services start: April 2018 |

EXHIBIT C - Page 212

| | | |
|---|---|---|
| | iv. Utilizing professionals to provide services to youth and their families to help them navigate conflict and challenges that may render a youth homeless or prevent reunification.<br><br>LAHSA is developing the program design to inform the procurement in October 2017. In addition to the input provided at the Community Input Design Session, LAHSA conducted listening sessions with two local programs that utilize different approaches, as well as one national technical assistance provider. A review of best and promising practices on family reconnection, family strengthening, and family reunification programs is also informing the program design for this service. | |
| Access Center Enhancements | This funding will be made available to provide limited enhancements to existing access and drop-in centers serving young people experiencing homelessness and housing instability. Enhancements may include startup costs to support co-location of CES and/or support service partners, transportation supports for youth, food and other limited projects. | Procurement for projects is underway |
| LACOE CES Liaisons | The instability of homelessness can disrupt the educational attainment and long-term success of children, youth, and young adults. Coordination with schools is essential to supporting students and their families experiencing homelessness. These positions, to be known as CES Education Coordinators, will serve as the primary contact between the schools and CES to help ensure that students and their families are connected to resources and support services. CES Education Coordinators will be co-located at CES for Families sites and CES for Youth sites to ensure their support is available to all students and their families, regardless of which system they access.<br><br>Detailed information can be found in the Scope of Work for this program, which was discussed with the Homeless Policy Deputies on July 27, 2017. | Partially implemented |

EXHIBIT C - Page 213

| Youth Collaboration | In Spring 2017, the Homeless Youth Forum of Los Angeles (HYFLA) was established to influence and inform the Los Angeles Continuum of Care's policies, programs, and practices for young people experiencing homelessness. | Implemented |
|---|---|---|
| | Young people are valuable partners in improving the systems of care designed to serve them. During the 100 Day Challenge, LAHSA began to lay the groundwork to create a youth-specific lived experience advisory group. LAHSA has been collaborating with True Colors, a national organization that supports communities in authentic collaboration with young people with experience of homelessness, promoting young people to be engaged in the creation of sustainable solutions to addressing all youth homelessness. | |
| | True Colors provided technical assistance to LAHSA in planning and facilitating the group's first official meeting in April 2017. The meeting was a planning session where the members developed a mission, vision, and name: The Homeless Youth Forum of LA (HYFLA). | |
| | Funding ensures that HYFLA members have the support needed to consistently contribute to the development and implementation of programs and practices that serve youth and young adults experiencing homelessness. This includes opportunities for trainings and conferences; as well as supported participation in key workgroups and collaboratives, such as the CES Policy Development Workgroup and the LA Coalition to End Youth Homelessness Steering Committee. | |
| | HYFLA members will be identifying specific projects within three main areas of focus: 1) Youth Empowerment; 2) Community Education; and 3) Organizational Accountability. Specific projects will be developed based on the identification of gaps and needs by HYFLA members, as well as input from the E14 Community Input Session. | |

EXHIBIT C - Page 214

**Use of Funding Including Staff and Salaries**

| Please describe all uses of funding for the following: | |
|---|---|
| Program Costs | $4,629,631 |
| Administrative (salaries excluded) | $74,074 |
| Staff Costs (# of positions, classifications and S&EB) | $296,296<br><br>Total = $5,000,000 |

**Projected # Served**

| Please project the # of individuals and/or households served under this Strategy for FY 2017-2018. |
|---|
| • *Transitional Housing Models:* 60<br>• *Family Reconnection:* 120<br><br>*CES Education Coordinators:* To be developed in year one. These positions create new infrastructure that has not previously existed to serve students and their families experiencing homelessness. Therefore, it is difficult to project the number of individuals/households to be served. The workload of these positions will be monitored throughout the year to inform numbers to be served in year two and beyond.<br><br>*Access/Drop-In Center Enhancements:* Will be determined by the project proposals received for funding consideration.<br><br>*Youth Collaboration:* Not applicable. |

**Contracts**

| Please list any contract procurements or amendments for providers with which your agency or department will contract for implementation of this Strategy. |
|---|
| *Transitional Housing Models:*<br>   - 1st RFP in August 2017.<br>   - HUD TH for TAY contracts to be reallocated/surrendered during NOFA process.<br>   - Increase to bed rate of existing YRP-funded TH programs beginning September 1, 2017.<br>   - 2nd RFP in Spring 2018.<br><br>*Family Reconnection:*<br>   - RFP in October 2017.<br><br>*CES Education Coordinators:*<br>   - LAHSA will contract with LACOE to administer the program. LACOE will subcontract with LAUSD to expand LAUSD's co-located homeless liaisons to serve students and their families experiencing homelessness in all schools in SPAs 2,4,5,6,7, and 8. LACOE will directly hire CES Education Coordinators for SPAs 1 and 3. |

**EXHIBIT C - Page 215**

| |
|---|
| *Access/Drop-In Center Enhancements:*<br>- Procurement in September 2017.<br><br>*Youth Collaboration:*<br>- No procurement for providers. |

## Community Input

| |
|---|
| *Please describe any community input that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.* |
| LAHSA held a Community Input Design Session on May 11, 2017, to solicit program design input for each component of Strategy E14. That input continues to be utilized to inform program design across the strategies.  Since those sessions, LAHSA has facilitated two convenings with youth-specific transitional housing providers, where program design was discussed.  Feedback from the community design session, as well as the two following convenings, is being analyzed to shape a transitional housing framework that will inform future transitional housing procurements.  LAHSA met with two local family reconnection programs to inform a program design brief that will detail the program design for the family reconnection procurement.  Both documents will be made available for public comment.  Invitations to participate in public comment will be sent to the LA CoC, LA Coalition to End Youth Homelessness, CES for Youth partners, and youth serving providers. |

## Lived Experience Advisory Group

| |
|---|
| *Please describe any input from the Lived Experience Advisory Group that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.* |
| The community design input sessions included individuals with lived experience. LAHSA also convened a separate convening on program design with individuals with lived experience. In addition, LAHSA convenes the HYFLA, which is made up of young people, ages 18-25, with lived experience.  LAHSA will continue to collaborate with HYFLA to inform program design. |

**EXHIBIT C - Page 216**

**Metrics**

*Please list the metrics that will be tracked to evaluate how implementation achieves the objectives of the strategy and either reaches or makes progress toward its goals.*

- Transitional Housing
  - Exits to safe and supportive housing, including permanent housing
  - Increased Income
  - Progress toward educational goals
  - Employment status
  - Client satisfaction survey
- Family Reconnection Program
  - Number of youth who identify family reunification as a desired housing option
  - Number of youth served
  - Number of youth who reunify with family
  - Number of family visits facilitated
  - Recidivism
- Access/Drop-In Center Enhancements
  - Types of enhancements proposed

  Metrics will depend on each project funded
- CES Education Liaisons
  - Number of referrals for families of non-school age children (0-5) to Early Start, Head Start, etc.
  - Number of students linked back to LEA, and/or post-secondary educational settings.
  - Number of youth linked to appropriate education/vocational resources, programs and other programs such as DMH, DPH, DPSS, DCFS, etc.
  - Client Satisfaction Service Survey for families and youth at end of process.
  - Ongoing collection and analysis of data in regard to:
    - ❖ Attendance
    - ❖ Graduation
    - ❖ Smarter Balanced Assessment: An assessment based on the Common Core State Standards for English Language Arts, literacy, and mathematics.
    - ❖ Hi-Set: A high school equivalency test for out-of-school youth and adults with no HS diploma that demonstrates skills and knowledge, in order to earn a State-issued high school equivalency credential.
    - ❖ AB1806: Graduation under state requirements
    - ❖ Dropout
    - ❖ Chronic absence
- Demographic data of homeless youth including:
  - Grade
  - Ethnicity
  - Gender
  - Runaway status
  - Unaccompanied youth status
  - Nighttime Residency

EXHIBIT C - Page 217

- ❖ Doubled up
- ❖ Shelter
- ❖ Unsheltered
- ❖ Hotel
  - o Special Education
  - o Gifted and Talented
  - o English Learners
- Youth Collaboration
  - o Number of members
  - o Number of meetings, external facing activities
  - o Outcomes of workplans developed by members

EXHIBIT C - Page 218

**Measure H Strategy Implementation Plan**
**F7: Preserve and Promote the Development of Affordable Housing for Homeless Families and Individuals - Affordable Housing Program (AHP)**

### Objectives and Goals

*Please describe the objectives and goals of this Strategy.*

This Strategy proposes to promote the development and preservation of affordable housing for homeless families and individuals by investing in the following program:

Homeless Housing Development and Preservation
Funds for this program will be provided to the Community Development Commission (CDC) to finance the development and preservation of homeless housing through their Notice of Funding Availability (NOFA) process. The funding provided for this program is intended to support the development and preservation of homeless housing in areas of the County where there is an urgent need. Certain elements of the program specific to this funding source, such as population targeting, geographic preferences, and local jurisdiction participation, will be developed by the CDC, with guidance from Los Angeles Homeless Services Authority's (LAHSA) Housing Gap Analysis and stakeholder feedback.

### Components/Process Steps

*Please provide the names of major strategy components. For each component, include a description of the substance as well as a timeline for implementation.*

Provide capital funding for the development of homeless housing through the CDC's annual NOFA. The funds budgeted for FY 2017-18 will be issued through the NOFA to be released in September 2017.

### Use of Funding Including Staff and Salaries

| Please describe all uses of funding for the following: | |
|---|---|
| Program Costs | $9,200,000 for capital funding through the CDC's NOFA |
| Administrative (salaries excluded) | $800,000 for NOFA administrative costs |
| Staff Costs (# of positions, classification, and S&EB) | Not applicable |

EXHIBIT C - Page 219

## Target Population and Projected # Served

*Please identify the target population and project the # of individuals and/or households to be served for each component under this Strategy for FY 2017-18.*

| Strategy Component | Target Population | Projected # Served |
|---|---|---|
| Development of homeless housing | Homeless households | Depending on the amount of subsidy allocated to the project, the funds will provide for the direct subsidy of approximately 115 units. |

## Contracts

*Please list any contract procurements or amendments for providers with which your agency or department will contract for implementation of this Strategy.*

NA

## Community Input

*Please describe any community input that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.*

05/01/17
CDC hosted a stakeholder meeting to solicit input from the development community on the funding criteria for the issuance of the NOFA in September 2017, including the availability of Measure H funding.

## Lived Experience Advisory Group

*Please describe any input from the Lived Experience Advisory Group that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.*

NA

## Metrics

*Please list the metrics that will be tracked to evaluate how implementation achieves the objectives of the strategy and either reaches or makes progress toward its goals.*

- # of units funded; and
- Restrictive covenants are recorded on the projects receiving Measure H funds and the units will be monitored for the 55-year term of affordability.

EXHIBIT C - Page 220

**Measure H Strategy Implementation Plan**
**F7: Preserve and Promote the Development of Affordable Housing for Homeless Families and Individuals – One-time Housing Innovation Fund**

## Objectives and Goals

| |
|---|
| *Please describe the objectives and goals of this Strategy.* |
| This Strategy proposes to promote the development and preservation of affordable housing for homeless families and individuals by funding proposal(s) which expedite and/or lower the cost of developing homeless/affordable housing through a one-time Housing Innovation Grant of $5,000,000. |

## Components/Process Steps

| |
|---|
| *Please provide the names of major strategy components. For each component, include a description of the substance as well as a timeline for implementation.* |
| Housing Innovation Grant: The Chief Executive Office (CEO) will engage a consultant to develop and implement a competitive solicitation that seeks creative proposals to expedite the development process and/or lower the cost of constructing homeless/affordable housing.  Examples might include innovative building techniques that allow for a shorter construction timeline or new construction models that are more cost-effective than traditional stick-built construction or innovative financing methods. The solicitation is expected to yield four to five projects that will be funded through F7 to produce prototypes that can potentially be brought to scale with future funding.<br><br>Tentative Timeline:<br>• September 2017 – Consultant selected and contract procured for solicitation<br>• End of 2017 – Solicitation sent out for proposals<br>• Early 2018 – Review of proposals<br>• March/April 2018 – Winning proposals announced |

## Use of Funding Including Staff and Salaries

| *Please describe all uses of funding for the following:* | |
|---|---|
| Program Costs | $4,600,000 in grant funding for selected proposals. |
| Administrative (salaries excluded) | $400,000 for contract procurement/monitoring/administration. (8%) |
| Staff Costs (# of positions, classification, and S&EB) | N/A |

EXHIBIT C - Page 221

## Projected # Served

*Please identify the target population and project the # of individuals and/or households to be served for each component under this Strategy for FY 2017-18.*

Housing Innovation Grant Solicitation
Homeless households - TBD

## Contracts

*Please list any contract procurements or amendments for providers with which your agency or department will contract for implementation of this Strategy.*

The CEO will execute a contract with a consultant to develop and oversee the solicitation process in collaboration with the Homeless Initiative and other CEO staff.

The CEO will execute contracts with the bidders selected through the solicitation process.

## Community Input

*Please describe any community input that contributed to the program design of this Strategy. Include any upcoming or planned input sessions.*

**Ongoing**

Experts in the fields of housing, development, and planning will be consulted on an ongoing basis during the development phase of the solicitation as well as throughout the implementation process.

## Lived Experience Advisory Group

*Please describe any input from the Lived Experience Advisory Group that contributed to the program design of this strategy. Include any upcoming or planned input sessions.*

N/A

## Metrics

*Please list the metrics that will be tracked to evaluate how implementation achieves the objectives of the strategy and either reaches or makes progress toward its goals.*

Evaluation metrics will be based on three main components:

1. Is progress being made toward finding a way to expedite the process of developing homeless/affordable housing?
   - Construction timeline
2. Is progress being made toward supporting innovative construction methods that are more cost efficient than traditional methods?
   - Cost per unit
   - Total development cost
3. Is the solicitation attracting creative proposals that can feasibly be brought to scale?
   - Scalability/Replicability

EXHIBIT C - Page 222