# EXHIBIT H

# FY 2019-20
# Measure H Funded Contracts by SPA

Measure H funds 21 Homeless Initiative (HI) strategies; wherever reasonable, the funding is allocated regionally to each Service Planning Area (SPA). For strategies where funding is allocated by SPA, in FY 2019-20, the allocation was determined based on each SPA's percentage of the 2018 and 2019 homeless count.

Measure H funds for each strategy are administered by one or more lead County agencies (such as LAHSA or the Department of Health Services), who in turn generally contract with community-based organizations and government entities to provide services/rental subsidies, as identified in the following chart. The chart does not include information about any subcontractors providing services under these contract agreements. The funding breakdown in the attached document is for FY 2019-20, and only reflects funding contracted to community-based organizations and government entities, not the total amount allocated for each strategy.

Additionally, funding for the following strategies is utilized countywide, but is not allocated by SPA: (funding amounts are for FY 2019-20)
- Strategy B7 – Interim/Bridge Housing for those Exiting Institutions - $20,711,106
- Strategy C2/C7 – Increase Employment for Homeless Adults by Supporting Social Enterprise / Subsidized Employment for Homeless Adults - $7,875,000
- Strategy D7 – Provide Services and Rental Subsidies for Permanent Supportive Housing - $3,644,500

The list of B7, C2/C7 and D7 contractors is included at the end of the attached chart, along with other contracts that support services in multiple SPAs.

If you have any questions or comments, please contact the Homeless Initiative, homelessinitiative@lacounty.gov.

# Service Planning Areas

### SPA 1: Antelope Valley

**Areas Served:** Acton, Agua Dulce, Gorman, Lake Hughes, Lake Los Angeles, Lancaster, Littlerock, Palmdale, Pearblossom and Quartz Hill

### SPA 2: San Fernando Valley

**Areas Served:** Arleta, Burbank, Calabasas, Canyon Country, Castaic, Castaic Canyon, Encino, Glendale, Granada Hills, Hasely Canyon, Kagel Canyon, Lake Balboa, La Cañada, La Crescenta, Lake Hughes, Lake View Terrace, Mission Hills, Newhall, North Hills, North Hollywood, Northridge, Pacoima, Panorama City, Sand Canyon, Santa Clarita, San Fernando, Saugus, Sherman Oaks, Stevenson Ranch, Studio City, Sylmar, Sunland, Tarzana, Toluca Lake, Topanga, Tujunga, Universal City, Valencia, Valley Glen, Valley Village, Van Nuys, Val Verde

### SPA 3: San Gabriel Valley

**Areas Served:** Altadena, Alhambra, Angeles Crest, Arcadia, Avocado Heights, Azusa, Baldwin Park, Bradbury, Charter Oak, Claremont, Covina, Diamond Bar, Duarte, El Monte, Glendora, Hacienda Heights, Industry, Irwindale, La Puente, La Verne, Mayflower Village, Monrovia, Monterey Park, Pomona, Rosemead, Rowland Heights, San Dimas, San Gabriel, San Marino, Sierra Madre, South El Monte, South Pasadena, Temple City, Pasadena, Pomona, Valinda, Walnut, West Covina

### SPA 4: Metro

**Areas Served:** Atwater Village, Beverly Grove, Boyle Heights, Chinatown, Cypress Park, Downtown Los Angeles, Eagle Rock, East Hollywood, East Los Angeles, Echo Park, Elysian Park, El Sereno, Glassel Park, Griffith Park, Hancock Park, Highland Park, Hollywood, Hollywood Hills, Korea Town, Larchmont District, Lincoln Heights, Mid-City, Miracle Mile, Montecito Heights, Mount Olympus, Mount Washington, North East Los Angeles, Park La Brea, Pico Union, Silver Lake, Thai Town, West Hollywood, Westlake

### SPA 5: West

**Areas Served:** Bel Air, Beverly Hills, Beverly Crest, Beverly Glen, Brentwood, Century City, Culver City, Holmby Hills, Laurel Canyon, Malibu, Mar Vista, Marina Del Rey, Manchester, Pacific Palisades, Palms, Rancho Park, Santa Monica, South Robertson, Venice, Westchester, Westwood

### SPA 6: South

**Areas Served:** Baldwin Hills, Compton, Crenshaw, Exposition Park, Florence, Gramercy Park, Hyde Park, Jefferson Park, Ladera Heights, Leimert Park, Lynwood, Paramount, Rosewood, South Los Angeles, South Central, South Park, University Park, Vermont, Watts, West Adams, Willowbrook, Windsor Hills

### SPA 7: East

**Areas Served:** Artesia, Bell, Bellflower, Bell Gardens, Cerritos, Commerce, Cudahy, Downey, Hawaiian Gardens, Huntington Park, Lakewood, La Habra Heights, La Mirada, Maywood, Montebello, Norwalk, Pico Rivera, Santa Fe Springs, Signal Hill, South Gate, Vernon, Walnut Creek, Whittier

### SPA 8: South Bay / Harbor

**Areas Served:** Alondra Park, Avalon, Carson, Del Aire, El Segundo, Gardena, Harbor City, Harbor Gateway, Hawthorne, Hermosa Beach, Inglewood, Lawndale, Lennox, Lomita, Long Beach, Manhattan Beach, Palos Verdes Cities, Redondo Beach, Rolling Hills, San Pedro, Torrance, West Athens, West Carson, Wilmington



Case 2:20-cv-02291-DOC-KES   Document 274-8   Filed 04/19/21   Page 3 of 46   Page ID #:6717

**EXHIBIT H - Page 488**

**FY2019-20 Measure H Funded Contractors**
**SPA 1 - Antelope Valley**
**Total FY2019-20   Allocation: $11,646,408**

**Areas Served:** Acton, Agua Dulce, Gorman, Lake Hughes, Lake Los Angeles, Lancaster, Littlerock, Palmdale, Pearblossom and Quartz Hill

| CONTRACTING AGENCY | SERVICES (HI STRATEGY) | TOTAL CONTRACT AMOUNT | AGENCY CONTACT INFORMATION |
|---|---|---|---|
| Antelope Valley Domestic Violence Council, Inc., dba "Valley Oasis" | Homeless Prevention Program for Families (A1) Homeless Prevention Program for Individuals (A5) Partner with Cities to Expand Rapid Re-housing (B3) Countywide Outreach System (E6) Strengthen the Coordinated Entry System (E7) Enhance the Emergency Shelter System (E8) Enhanced Services for Transition Age Youth (E14) | $ 8,125,610 | Julia Sudduth, Assistant Program Manager P.O Box 2980, Lancaster, CA 93539 (661) 942-2758 jsuddith@avdvc.org |
| L.A. Family Housing Corporation | Countywide Outreach System (E6) | $ 538,349 | Kris Freed, Chief Programs Officer 7843 Lankershim Blvd., North Hollywood, CA 91605 (818) 982-4091 kfreed@lafh.org |
| Mental Health America Antelope Valley | Partner with Cities to Expand Rapid Re-Housing (B3) | $ 211,950 | Christina Miller, Ph.D., President & CEO 100 W. Broadway, Suite 5010 Long Beach, CA 90802 (562) 285-1330 cmiller@mhala.org |
| Mental Health America Los Angeles | Countywide Outreach System (E6) | $ 1,499,630 | Christina Miller, Ph.D., President & CEO 100 W. Broadway, Suite 5010 Long Beach, CA 90802 (562) 285-1330 cmiller@mhala.org |
| Penny Lane Centers | Enhanced Services for Transition Age Youth (E14) | $ 178,850 | Lee Overson, Contract Specialist 15317 Rayen Street, North Hills, CA 91343 (818) 402-2112 loverson@pennylane.org |

2

**EXHIBIT H - Page 489**

| CONTRACTING AGENCY | SERVICES (HI STRATEGY) | TOTAL CONTRACT AMOUNT | AGENCY CONTACT INFORMATION |
|---|---|---|---|
| The Catalyst Foundation | Countywide Supplemental Security Income (SSI) / Social Security Disability Income and Veterans Benefits Advocacy (C4/C5/C6) | $ 231,510 | David Mashore, Chief Executive Officer 44758 Elm Ave., Suite I Lancaster, CA 93534 (661) 948-8559 davem@qnet.com |
| The Salvation Army | Strengthen the Coordinated Entry System (E7) Enhance the Emergency Shelter System (E8) Enhanced Services for Transition Age Youth (E14) | $ 860,509 | Lianna Pollastrini, Director 180 East Ocean Blvd., Long Beach, CA 90802 (323) 469-2846 lianna.pollastrini@usw.salvationarmy.org |

Note: This chart includes funding under Strategy E8 for specific interim housing sites in each SPA, even though funding for this strategy is not allocated by SPA based on Homeless Count data.

This chart also includes amounts for LAHSA funded contracts that reflect FY18-19 contract allocations that will be amended to modify contract sums in October 2019.

Case 2:20-cv-02291-DOC-KES   Document 274-8   Filed 04/19/21   Page 5 of 46   Page ID #:6719

**FY2019-20 Measure H Funded Contractors**
**SPA 2 - San Fernando**
**Total FY2019-20   Allocation: $24,086, 839**

**Areas Served:** Arleta, Burbank, Canyon Country, Castaic, Castaic Canyon, Encino, Glendale, Granada Hills, Hasely Canyon, Kagel Canyon, Lake Balboa, La Cañada, La Crescenta, Lake Hughes, Lake View Terrace, Mission Hills, Newhall, North Hills, North Hollywood, Northridge, Pacoima, Panorama City, Sand Canyon, Santa Clarita, San Fernando, Saugus, Sherman Oaks, Stevenson Ranch, Studio City, Sylmar, Sunland, Tarzana, Toluca Lake, Topanga, Tujunga, Universal City, Valencia, Valley Glen, Valley Village, Van Nuys, Val Verde

| CONTRACTING AGENCY | SERVICES (HI STRATEGY) | TOTAL CONTRACT AMOUNT | AGENCY CONTACT INFORMATION |
|---|---|---|---|
| L.A. Family Housing Corporation | Homeless Prevention Program for Families (A1)<br>Homeless Prevention Program for Individuals (A5)<br>Partner with Cities to Expand Rapid Re-housing (B3)<br>Countywide Outreach System (E6)<br>Stregthen the Coordinated Entry System (E7)<br>Enhance the Emergency Shelter System (E8) | $        21,344,833 | Kris Freed, Chief Programs Officer<br>7843 Lankershim Blvd.,<br>North Hollywood, CA 91605<br>(818) 982-4091<br>kfreed@lafh.org |
| Penny Lane Centers | Enhanced Services for Transition Age Youth (E14) | $          1,233,700 | Lee Overson, Contract Specialist<br>15317 Rayen St.,<br>North Hills, CA 91343<br>(818) 402-2112<br>loverson@pennylane.org |
| San Fernando Valley Community Mental Health Center, Inc. | Countywide Outreach System (E6)<br>Strengthen the Coordinated Entry System (E7) | $             472,930 | Timothy Ryder, President & CEO<br>16360 Roscoe Blvd., 2nd Floor<br>Van Nuys CA, 91406<br>(818) 901-4830<br>tryder@sfvcmhc.org |
| Tarzana Treatment Centers, Inc. | Countywide Supplemental Security Income (SSI) /<br>Social Security Disability Income and Veterans<br>Benefits Advocacy (C4/C5/C6) | $             457,549 | Albert Senella, President & CEO<br>18646 Oxnard St.,<br>Tarzana, CA 91356<br>(818) 654-3815<br>asenella@tarzanatc.org |
| The Village Family Services | Homeless Prevention Program for Individuals (A5)<br>Partner with Cities to Expand Rapid Re-housing (B3)<br>Strengthen the Coordinated Entry System (E7)<br>Enhance the Emergency Shelter System (E8)<br>Enhanced Services for Transition Age Youth (E14) | $             577,827 | Hugo Villa, CEO<br>6736 Laurel Canyon Blvd., Suite 200<br>North Hollywood, CA 91606<br>(818) 755-8786<br>hvilla@thevillagefs.org |

Note: This chart includes funding under Strategy E8 for specific interim housing sites in each SPA, even though funding for this strategy is not allocated by SPA based on Homeless Count data.

This chart also includes amounts for LAHSA funded contracts that reflect FY18-19 contract allocations that will be amended to modify contract sums in October 2019.

4

**FY2019-20 Measure H Funded Contractors**
**SPA 3 - San Gabriel Valley**
**Total FY2019-20  Allocation: $13,576,589**

**Areas Served:** Altadena, Alhambra, Angeles Crest, Arcadia, Avocado Heights, Azusa, Baldwin Park, Bradbury, Charter Oak, Claremont, Covina, Diamond Bar, Duarte, El Monte, Glendora, Hacienda Heights, Industry, Irwindale, La Puente, La Verne, Mayflower Village, Monrovia, Monterey Park, Pomona, Rosemead, Rowland Heights, San Dimas, San Gabriel, San Marino, Sierra Madre, South El Monte, South Pasadena, Temple City, Pasadena, Pomona, Valinda, Walnut, West Covina

| CONTRACTING AGENCY | SERVICES (HI STRATEGY) | TOTAL CONTRACT AMOUNT | AGENCY CONTACT INFORMATION |
|---|---|---|---|
| City of Pomona Housing Authority | Enhance the Emergency Shelter System (E8) | $ 242,000 | George Montano, Housing Authority Manager 505 South Garey Ave., Pomona, CA 91766 (909) 634-4495 george_montano@ci.pomona.ca.us |
| Hathaway-Sycamores Child and Family Services | Homeless Prevention Program for Single Adults (A5) Partner with Cities to Expand Rapid Re-Housing (B3) Strengthen the Coordinated Entry System (E7) Enhance the Emergency Shelter System (E8) Enhanced Services for Transition Age Youth (E14) | $ 2,165,086 | Stan Rushing, VP of Supportive Housing 100 W. Walnut St., Suite 375 Pasadena, CA 91124 (626) 395-7100 srushing@hscfs.org |
| Homes for Life Foundation | Enhanced Services for Transition Age Youth (E14) | $ 459,900 | Deborah Gibson, QA Compliance Manager 8939 S. Sepulveda, Suite 460 Los Angeles, CA 90045 (310) 337-7417 dgibson@homesforlife.org |
| Union Station Homeless Services | Homeless Prevention Program for Families (A1) Partner with Cities to Expand Rapid Re-Housing (B3) Countywide Outreach System (E6) Strengthen the Coordinated Entry System (E7) Enhance the Emergency Shelter System (E8) | $ 8,192,557 | Anne Miskey, Chief Executive Officer 825 Orange Grove Blvd., Pasadena, CA 91104 (626) 240-4550 amiskey@unionstationhs.org |

5

| CONTRACTING AGENCY | SERVICES (HI STRATEGY) | TOTAL CONTRACT AMOUNT | AGENCY CONTACT INFORMATION |
|---|---|---|---|
| Volunteers of America Los Angeles (VOALA) | Homeless Prevention Program for Individuals (A5)<br>Partner with Cities to Expand Rapid Re-Housing (B3)<br>Countywide Supplemental Security Income (SSI) / Social Security Disability Income and Veterans Benefits Advocacy (C4/C5/C6)<br>Strengthen the Coordinated Entry System (E7)<br>Enhance the Emergency Shelter System (E8) | $          2,517,046 | Jim Hlawek, Director<br>3600 Wilshire Blvd., Suite. 1500<br>Los Angeles, CA 90010<br>(213) 500-6682<br>jhlawek@voala.org |

Note: This chart includes funding under Strategy E8 for specific interim housing sites in each SPA, even though funding for this strategy is not allocated by SPA based on Homeless Count data.

This chart also includes amounts for LAHSA funded contracts that reflect FY18-19 contract allocations that will be amended to modify contract sums in October 2019.

6

**Areas Served:** Atwater Village, Beverly Grove, Boyle Heights, Chinatown, Cypress Park, Downtown Los Angeles, Eagle Rock, East Hollywood, East Los Angeles, Echo Park, Elysian Park, El Sereno, Glassel Park, Griffith Park, Hancock Park, Highland Park, Hollywood, Hollywood Hills, Korea Town, Larchmont District, Lincoln Heights, Mid-City, Miracle Mile, Montecito Heights, Mount Olympus, Mount Washington, North East Los Angeles, Park La Brea, Pico Union, Silver Lake, Thai Town, West Hollywood, Westlake

| CONTRACTING AGENCY | SERVICES (HI STRATEGY) | TOTAL CONTRACT AMOUNT | AGENCY CONTACT INFORMATION |
|---|---|---|---|
| Catholic Charities of Los Angeles, Inc. | Enhance the Emergency Shelter System (E8) | $ 949,000 | Elvia Valdes, Associate Program Director 1531 James M Wood Blvd., Los Angeles, CA 90026 (213) 235-1460 evaldes@gschomeless.org |
| Covenant House California | Homeless Prevention Program for Individuals (A5) Partner with Cities to Expand Rapid Re-Housing (B3) Enhanced Services for Transition Age Youth (E14) | $ 1,076,935 | Marissa Espinonza, Sr. VP Southern CA Region 1325 N. Western Ave., Los Angeles, CA 90027 (213) 835-2700 mespinonza@covca.org |
| Exodus Recovery Inc. - NELA | Countywide Outreach System (E6) | $ 1,175,851 | Monica Alcaraz, Single Adults Coordinator 9808 Venice Blvd., Suite 700 Culver City, CA 90232 (213) 276-4600 malcaraz@exodusrecovery.com |
| First Place for Youth | Enhanced Services for Transition Age Youth (E14) | $ 201,389 | Jamie Kugelberg, Regional Director, Southern California 3530 Wilshire Blvd., Los Angeles, CA 90010 (213) 835-2700 jkugelberg@firstplaceforyouth.org |
| Homeless Health Care Los Angeles | Countywide Outreach System (E6) Strengthen the Coordinated Entry System (E7) | $ 218,750 | Mark Casanova, Executive Director 2330 Beverly Blvd., Los Angeles, CA 90057 (213) 739-1627 mcasanova@hhcla.org |

Case 2:20-cv-02291-DOC-KES   Document 274-8   Filed 04/19/21   Page 9 of 46   Page ID #:6723

7

**FY2019-20 Measure H Funded Contractors**
**SPA 4 - Metro**
**Total FY2019-20   Allocation: $35,819,953**

| CONTRACTING AGENCY | SERVICES (HI STRATEGY) | TOTAL CONTRACT AMOUNT | AGENCY CONTACT INFORMATION |
|---|---|---|---|
| Jovenes, Inc. | Homeless Prevention Program for Individuals (A5)<br>Partner with Cities to Expand Rapid Re-Housing (B3)<br>Enhance the Emergency Shelter System (E8)<br>Enhanced Services for Transition Age Youth (E14) | $          257,037 | Andrea Marchetti, Executive Director<br>1208 Pleasant Ave.,<br>Los Angeles, CA 90033<br>(323) 260-8035<br>amarchetti@jovenesinc.org |
| Los Angeles House of Ruth | Partner with Cities to Expand Rapid Re-Housing (B3)<br>Enhance the Emergency Shelter System (E8) | $          554,464 | Jennifer Gaeta, Executive Director<br>P.O. Box 33288,<br>Los Angeles, CA 90033<br>(323) 266-4139<br>jennifergaetasss@gmail.com |
| Los Angeles LGBT Center | Partner with Cities to Expand Rapid Re-Housing (B3)<br>Strengthen The Coordinated Entry System (E7)<br>Enhance the Emergency Shelter System (E8)<br>Enhanced Services for Transition Age Youth (E14) | $       1,211,193 | Lorri Jean, CEO<br>1625 N. Schrader Blvd.,<br>Los Angeles, CA 90028<br>(323) 993-7613<br>ljean@lagaycenter.org |
| Los Angeles Youth Network | Enhanced Services for Transition Age Youth (E14) | $            63,875 | Mark Supper, Executive Director<br>1853 Taft Ave.,<br>Los Angeles, CA 90028<br>(323) 467-8466<br>msuper@layn.org |
| National Health Foundation | Enhance the Emergency Shelter System (E8) | $          156,950 | Kelly Bruno, CEO<br>515 S. Figueroa St.,<br>Los Angeles, CA 90071<br>(213) 538-0708<br>kbruno@nhfca.org |
| P.A.T.H. | Homeless Prevention Program for Families (A1)<br>Homeless Prevention Program for Individuals (A5)<br>Partner with Cities to Expand Rapid Re-Housing (B3)<br>Countywide Outreach System (E6)<br>Strengthen the Coordinated Entry System (E7)<br>Enhance the Emergency Shelter System (E8)<br>Enhanced Services for Transition Age Youth (E14) | $     12,676,737 | Tescia Uribe, Chief Program Officer<br>340 N. Madison Ave.,<br>Los Angeles, CA 90004<br>(310) 938-6348<br>tesciau@epath.org |

8

**EXHIBIT H - Page 495**

**FY2019-20 Measure H Funded Contractors**
**SPA 4 - Metro**
**Total FY2019-20   Allocation: $35,819,953**

| CONTRACTING AGENCY | SERVICES (HI STRATEGY) | TOTAL CONTRACT AMOUNT | AGENCY CONTACT INFORMATION |
|---|---|---|---|
| Single Room Occupancy Housing Corporation | Enhance the Emergency Shelter System (E8) | $ 127,750 | Qualena McClung, Administrator, Contracts & Grants<br>1055 W. 7th St., Suite 3250<br>Los Angeles, CA 90017<br>(213) 229-9640<br>qualenam@srohousing.org |
| St. Anne's Maternity Home | Enhanced Services for Transition Age Youth (E14) | $ 992,800 | Lorna Little, President & CEO<br>155 N. Occidental Blvd.,<br>Los Angeles, CA 90026<br>213-381-2931<br>llittle@stannes.org |
| The Midnight Mission | Enhance the Emergency Shelter System (E8) | $ 1,346,850 | Jeanette Rowe, Director of Programs<br>601 South San Pedro St.,<br>Los Angeles, CA 90014<br>213-624-9258<br>jrowe@midnightmission.org |
| The People Concern | Homeless Prevention Program for Individuals (A5)<br>Partner with Cities to Expand Rapid Re-Housing (B3)<br>Countywide Outreach System (E6)<br>Strengthen The Coordinated Entry System (E7)<br>Enhance the Emergency Shelter System (E8) | $ 9,726,349 | John Maceri, CEO<br>2116 Arlington Ave., Suite 100<br>Los Angeles, CA 90018<br>310-264-6646<br>jmaceri@opcc.net |
| The Salvation Army | Enhance the Emergency Shelter System (E8)<br>Enhanced Services for Transition Age Youth (E14) | $ 898,283 | Lianna Pollastrini, Director<br>180 East Ocean Blvd.,<br>Long Beach, CA 90802<br>213-835-2700<br>lianna.pollastrini@usw.salvationarmy.org |
| United Friends of the Children | Enhanced Services for Transition Age Youth (E14) | $ 1,204,500 | Angela Carter-Blackshear,<br>Director of Housing Programs<br>1055 Wilshire Blvd, Suite 1955,<br>Los Angeles, CA 90017<br>213-580-1850<br>angela@unitedfriends.org |

9

**FY2019-20 Measure H Funded Contractors**
**SPA 4 - Metro**
**Total FY2019-20   Allocation: $35,819,953**

| CONTRACTING AGENCY | SERVICES (HI STRATEGY) | TOTAL CONTRACT AMOUNT | AGENCY CONTACT INFORMATION |
|---|---|---|---|
| Volunteers of America Los Angeles (VOALA) | Countywide Supplemental Security Income (SSI) / Social Security Disability Income and Veterans Benefits Advocacy (C4/C5/C6) Strengthen the Coordinated Entry System (E7) Enhance the Emergency Shelter System (E8) | $ 1,414,981 | Jim Hlawek, Director 3600 Wilshire Blvd., Suite 1500 Los Angeles, CA 90010 (213) 500-6682 jhlawek@voala.org |
| Weingart Center Association | Strengthen The Coordinated Entry System (E7) Enhance the Emergency Shelter System (E8) | $ 1,566,259 | Jose Najera, Senior Director of Contracts and Compliance 566 S. San Pedro St., Los Angeles, CA 90013 (213)689-2180 josen@weingart.org |

Note: This chart includes funding under Strategy E8 for specific interim housing sites in each SPA, even though funding for this strategy is not allocated by SPA based on Homeless Count data.

This chart also includes amounts for LAHSA funded contracts that reflect FY18-19 contract allocations that will be amended to modify contract sums in October 2019.

10

**Areas Served:** Bel Air, Beverly Hills, Beverly Crest, Beverly Glen, Brentwood, Century City, Culver City, Holmby Hills, Laurel Canyon, Malibu, Mar Vista, Marina Del Rey, Manchester, Pacific Palisades, Palms, Rancho Park, Santa Monica, South Robertson, Venice, Westchester, Westwood

| CONTRACTING AGENCY | SERVICES (HI STRATEGY) | TOTAL CONTRACT AMOUNT | AGENCY CONTACT INFORMATION |
|---|---|---|---|
| Community Partners | Strengthen the Coordinated Entry System (E7) Enhanced Services for Transition Age Youth (E14) | $ 173,390 | Paul Vandeventer, President & CEO 1000 N. Alameda St., Suite 240 Los Angeles, CA 90012 (213) 346-3201 paulv@communitypartners.org |
| New Directions, Inc. | Enhance the Emergency Shelter System (E8) | $ 55,663 | Kirk Johnson, Program Manager 11303 Wilshire Blvd., VA Bldg. 116 Los Angeles, CA 90073 (310) 914-4045 Kjohnson@ndvets.org |
| St. Joseph Center | Homeless Prevention Program for Families (A1) Homeless Prevention Program for Individuals (A5) Partner with Cities to Expand Rapid Re-Housing (B3) Countywide Supplemental Security Income (SSI) / Social Security Disability Income and Veterans Benefits Advocacy (C4/C5/C6) Countywide Outreach System (E6) Strengthen the Coordinated Entry System (E7) Enhance the Emergency Shelter System (E8) | $ 9,738,050 | LaCheryl Porter, Chief Operating Officer 206 Hampton Dr., Venice, CA 90291 (310) 396-6468 lporter@stjosephctr.org |
| The People Concern | Homeless Prevention Program for Individuals (A5) Partner with Cities to Expand Rapid Re-Housing (B3) Strengthen the Coordinated Entry System (E7) Enhance the Emergency Shelter System (E8) | $ 145,451 | Julie Derose, Director of Permanent Housing 526 S. San Pedro St., Los Angeles, CA 90013 (310) 264-6646 jderose@thepeopleconcern.org |
| The Salvation Army | Enhance the Emergency Shelter System (E8) Enhanced Services for Transition Age Youth (E14) | $ 952,650 | Lianna Pollastrini, Director 180 East Ocean Blvd., Long Beach, CA 90802 (213) 835-2700 lianna.pollastrini@usw.salvationarmy.org |

11

Case 2:20-cv-02291-DOC-KES   Document 274-8   Filed 04/19/21   Page 13 of 46   Page ID #:6727

**FY2019-20 Measure H Funded Contractors**
**SPA 5 - West**
**Total FY2019-20   Allocation: $11,327,485**

| CONTRACTING AGENCY | SERVICES (HI STRATEGY) | TOTAL CONTRACT AMOUNT | AGENCY CONTACT INFORMATION |
|---|---|---|---|
| Upward Bound House | Enhance the Emergency Shelter System (E8) | $ 134,181 | Chris Oliver, Program Manager<br>1104 Washington Ave.,<br>Santa Monica, CA 90403<br>(310) 458-7779<br>coliver@upwardboundhouse.org |
| Venice Community Housing Corporation | Enhanced Services for Transition Age Youth (E14) | $ 128,100 | Becky Dennison, Executive Director<br>720 Rose Ave.,<br>Venice, CA 90291<br>(310) 573-8399<br>bdennison@vchcorp.org |

Note: This chart includes funding under Strategy E8 for specific interim housing sites in each SPA, even though funding for this strategy is not allocated by SPA based on Homeless Count data.

This chart also includes amounts for LAHSA funded contracts that reflect FY18-19 contract allocations that will be amended to modify contract sums in October 2019.

12

**Areas Served:** Baldwin Hills, Compton, Crenshaw, Exposition Park, Florence, Gramercy Park, Hyde Park, Jefferson Park, Ladera Heights, Leimert Park, Lynwood, Paramount, Rosewood, South Los Angeles, South Central, South Park, University Park, Vermont, Watts, West Adams, Willowbrook, Windsor Hills

| CONTRACTING AGENCY | SERVICES (HI STRATEGY) | TOTAL CONTRACT AMOUNT | AGENCY CONTACT INFORMATION |
|---|---|---|---|
| Coalition for Responsible Community Development | Homeless Prevention Program for Individuals (A5) Partner with Cities to Expand Rapid Re-Housing (B3) Strengthen the Coordinated Entry System (E7) Enhanced Services for Transition Age Youth (E14) | $ 247,040 | Lynnette Jenkins, Program Manager 3101 S. Grand Ave., Los Angeles, CA 90011 (323) 432-2440 ljenkins@coalitionrcd.org |
| First to Serve | Partner with Cities to Expand Rapid Re-Housing (B3) Enhance the Emergency Shelter System (E8) | $ 785,838 | Christina Verjan 1017 W. 50th St., Los Angeles, CA 90037 (323) 270-6792 cverjan@firsttoserve.org |
| Good Seed Community Development Corporation | Partner with Cities to Expand Rapid Re-Housing (B3) | $ 162,000 | Angela Snyder, Program Manager 2814 W. Martin Luther King Blvd., Los Angeles, CA 90008 (323) 758-5433, ext. 2 asnyder@goodseedcdc.org |
| Home at Last | Enhance the Emergency Shelter System (E8) | $ 492,750 | Michael Young, Executive Director 7913 S. Western Ave., Los Angeles, CA 90047 (323) 750-7177 myoung@homeatlastcdc.org |
| P.A.T.H. | Partner with Cities to Expand Rapid Re-Housing (B3) | $ 698,112 | Tescia Uribe, Chief Program Officer 340 N. Madison Ave., Los Angeles, CA 90004 (310) 938-6348 tesciau@epath.org |
| Sanctuary of Hope | Enhance the Emergency Shelter System (E8) Enhanced Services for Transition Age Youth (E14) | $ 181,057 | Janet Kelly, CEO P.O. Box 431038 Los Angeles, CA 90043 (323) 786-2413 janet.kelly@thesoh.org |

13

| CONTRACTING AGENCY | SERVICES (HI STRATEGY) | TOTAL CONTRACT AMOUNT | AGENCY CONTACT INFORMATION |
|---|---|---|---|
| Special Service for Groups, Homeless Outreach Program Integrated Care System (HOPICS) | Homeless Prevention Program for Families (A1) Homeless Prevention Program for Individuals (A5) Partner with Cities to Expand Rapid Re-Housing (B3) Countywide Supplemental Security Income (SSI) / Social Security Disability Income and Veterans Benefits Advocacy (C4/C5/C6) Countywide Outreach System (E6) Strengthen the Coordinated Entry System (E7) Enhance the Emergency Shelter System (E8) | $ 25,994,191 | Herbert K. Hatanaka, Executive Director 905 East 8th St., Los Angeles, CA 90021 (213) 553-1800 hhata@ssg.org |
| St. Joseph Center | Homeless Prevention Program for Individuals (A5) Partner with Cities to Expand Rapid Re-Housing (B3) Strengthen the Coordinated Entry System (E7) | $ 776,582 | LaCheryl Porter, Chief Operating Officer 206 Hampton Dr., Venice, CA 90291 (310) 396-6468 lporter@stjosephctr.org |
| Testimonial Community Love Center | Enhance the Emergency Shelter System (E8) | $ 949,000 | Cindy Carter, Program Director 5721 S. Western Ave., Los Angeles, CA 90062 (323) 291-6753 cindytclc@aol.com |
| The People Concern | Enhanced Services for Transition Age Youth (E14) | $ 69,877 | John Maceri, CEO 2116 Arlington Ave., Suite 100 Los Angeles, CA 90018 (310) 264-6646 jmaceri@opcc.net |
| Upward Bound House | Enhance the Emergency Shelter System (E8) Enhanced Services for Transition Age Youth (E14) | $ 1,087,800 | Tara Brown, Program Director 1104 Washington Ave., Santa Monica, CA 90403 (310) 458-7779 tbrown@upwardboundhouse.org |

14

| CONTRACTING AGENCY | SERVICES (HI STRATEGY) | TOTAL CONTRACT AMOUNT | AGENCY CONTACT INFORMATION |
|---|---|---|---|
| Volunteers of America Los Angeles (VOALA) | Homeless Prevention Program for Individuals (A5) Partner with Cities to Expand Rapid Re-Housing (B3) Countywide Outreach System (E6) Strengthen the Coordinated Entry System (E7) Enhance the Emergency Shelter System (E8) | $                       8,169,171 | Caleb Anderson, Director of Homeless Services 3600 Wilshire Blvd., Ste. 1500 Los Angeles, CA 90010 (213) 393-6942 canderson@voala.org |

Note: This chart includes funding under Strategy E8 for specific interim housing sites in each SPA, even though funding for this strategy is not allocated by SPA based on Homeless Count data.

This chart also includes amounts for LAHSA funded contracts that reflect FY18-19 contract allocations that will be amended to modify contract sums in October 2019.

15

**Areas Served:** Artesia, Bell, Bellflower, Bell Gardens, Cerritos, Commerce, Cudahy, Downey, Hawaiian Gardens, Huntington Park, Lakewood, La Habra Heights, La Mirada, Maywood, Montebello, Norwalk, Pico Rivera, Santa Fe Springs, Signal Hill, South Gate, Vernon, Walnut Creek, Whittier

| CONTRACTING AGENCY | SERVICES (HI STRATEGY) | TOTAL CONTRACT AMOUNT | AGENCY CONTACT INFORMATION |
|---|---|---|---|
| Jovenes, Inc. | Homeless Prevention Program for Individuals (A5) Parter with Cities to Expand Rapid Re-Housing (B3) Strengthen the Coordinated Entry System (E7) Enhanced Services for Transition Age Youth (E14) | $ 456,286 | Andrea Marchetti, Executive Director 1208 Pleasant Ave., Los Angeles, CA 90033 (323) 260-8035 amarchetti@jovenesinc.org |
| P.A.T.H. | Homeless Prevention Program for Individuals (A5) Parter with Cities to Expand Rapid Re-Housing (B3) Countywide Supplemental Security Income (SSI) / Social Security Disability Income and Veterans Benefits Advocacy (C4/C5/C6) Countywide Outreach System (E6) Strengthen the Coordinated Entry System (E7) | $ 3,972,476 | Tescia Uribe, Chief Program Officer 340 N. Madison Ave., Los Angeles, CA 90004 (310) 938-6348 tesciau@epath.org |
| St. Joseph Center | Strengthen the Coordinated Entry System (E7) Enhanced Services for Transition Age Youth (E14) | $ 31,332 | LaCheryl Porter, Chief Operating Officer 206 Hampton Dr., Venice, CA 90291 (310) 396-6468 lporter@stjosephctr.org |
| The Salvation Army | Strengthen the Coordinated Entry System (E7) Enhance the Emergency Shelter System (E8) | $ 1,040,806 | Lianna Pollastrini, Director 180 East Ocean Blvd., Long Beach, CA 90802 (213) 835-2700 lianna.pollastrini@usw.salvationarmy.org |
| The Whole Child - Mental Health & Housing Services | Homeless Prevention Program for Families (A1) Parter with Cities to Expand Rapid Re-Housing (B3) Strengthen the Coordinated Entry System (E7) Enhance the Emergency Shelter System (E8) | $ 4,972,494 | Erika Guzman, FSC Program Manager 10155 Colima Rd., Whittier, CA 90603 (562) 204-0640 eguzman@thewholechild.info |

16

Case 2:20-cv-02291-DOC-KES   Document 274-8   Filed 04/19/21   Page 18 of 46   Page ID #:6732

**FY2019-20 Measure H Funded Contractors**
**SPA 7 - East**
**Total FY2019-20   Allocation: $11,619,494**

| CONTRACTING AGENCY | SERVICES (HI STRATEGY) | TOTAL CONTRACT AMOUNT | AGENCY CONTACT INFORMATION |
|---|---|---|---|
| United Friends of the Children | Enhanced Services for Transition Age Youth (E14) | $            1,146,100 | Angela Carter-Blackshear, Director of Housing Programs<br>1055 Wilshire Blvd., Suite 1955<br>Los Angeles, CA 90017<br>(213) 580-1850<br>angela@unitedfriends.org |

Note: This chart includes funding under Strategy E8 for specific interim housing sites in each SPA, even though funding for this strategy is not allocated by SPA based on Homeless Count data.

This chart also includes amounts for LAHSA funded contracts that reflect FY18-19 contract allocations that will be amended to modify contract sums in October 2019.

17

**EXHIBIT H - Page 504**

**Areas Served:** Alondra Park, Avalon, Carson, Del Aire, El Segundo, Gardena, Harbor City, Harbor Gateway, Hawthorne, Hermosa Beach, Inglewood, Lawndale, Lennox, Lomita, Long Beach, Manhattan Beach, Palos Verdes Cities, Redondo Beach, Rolling Hills, San Pedro, Torrance, West Athens, West Carson, Wilmington

| CONTRACTING AGENCY | SERVICES (HI STRATEGY) | TOTAL CONTRACT AMOUNT | AGENCY CONTACT INFORMATION |
|---|---|---|---|
| 1736 Family Crisis Center | Homeless Prevention Program for Single Adults (A5)<br>Partner with Cities to Expand Rapid Re-Housing (B3)<br>Strengthen the Coordinated Entry System (E7)<br>   - Single Adult Provider<br>Enhance the Emergency Shelter System (E8) | $          1,839,353 | Brenda Magid, Director of Contracts<br>2116 Arlington Ave.,  Suite 200<br>Los Angeles, CA 90018<br>(323) 737-3900<br>bmagid@1736fcc.org |
| Catholic Charities of Los Angeles | Enhance the Emergency Shelter System (E8) | $             408,800 | Veronique Johnson, Program Director<br>1531 James M. Wood Blvd.,<br>Los Angeles, CA 90026<br>(213) 251-3436<br>vjohnson@cchartities.org |
| Harbor Interfaith Services, Inc. | Homeless Prevention Program for Families (A1)<br>Homeless Prevention Program for Individuals (A5)<br>Partner with Cities to Expand Rapid Re-Housing (B3)<br>Countywide Outreach System (E6)<br>Strengthen the Coordinated Entry System (E7)<br>Enhance the Emergency Shelter System (E8)<br>Enhanced Services for Transition Age Youth (E14) | $          6,043,685 | Tahia Hayslet, Executive Director<br>670 W. 9th St.,<br>San Pedro, CA 90731<br>(310) 831-0603<br>thayslet@harborinterfaith.org |
| Hathaway-Sycamores Child and Family Services | Enhanced Services for Transition Age Youth (E14) | $               46,125 | Stan Rushing, Vice President of Supportive Housing<br>100 W. Walnut Street, Suite 375<br>Pasadena, CA 91124<br>(626) 395-7100<br>srushing@hscfs.org |

18

Case 2:20-cv-02291-DOC-KES   Document 274-8   Filed 04/19/21   Page 20 of 46   Page ID #:6734

| CONTRACTING AGENCY | SERVICES (HI STRATEGY) | TOTAL CONTRACT AMOUNT | AGENCY CONTACT INFORMATION |
|---|---|---|---|
| Lutheran Social Services | Countywide Supplemental Security Income (SSI) / Social Security Disability Income and Veterans Benefits Advocacy (C4/C5/C6) | $  386,906 | Deborah Anderson, Chief Financial Officer 435 W. Orange Show Ln., Suite 104 San Bernando, CA 92408 (909) 254-4048 danderson@lsscommunitycare.org |
| Mental Health America of Los Angeles | Partner with Cities to Expand Rapid Re-Housing (B3) Countywide Outreach System (E6) | $  2,911,440 | Christina Miller, President & CEO 100 W. Broadway, Suite 5010 Long Beach, CA 90802 (562) 285-1330 cmiller@mhala.org |
| Rainbow Services, Ltd. | Enhance the Emergency Shelter System (E8) | $  354,950 | Elizabeth Eastlund, Executive Director 453 W. 7th St., San Pedro, CA 90731 (424) 264-0630 eeastlund@rainbowservicesdv.org |
| Sanctuary of Hope | Strengthen the Coordinated Entry System (E7) Enhanced Services for Transition Age Youth (E14) | $  89,971 | Ishimine Caldwell, Director of Programs P.O. Box 431038 Los Angeles, CA 90043 (424) 374-8038 ishimine.caldwell@thesoh.org |
| United States Veterans Initiative | Enhance the Emergency Shelter System (E8) | $  521,038 | Steve Peck, President 800 W. Sixth St., Suite 1505 Los Angeles, CA 90017 (213) 542-2600 sjpeck@usvetsinc.org |

Note: This chart includes funding under Strategy E8 for specific interim housing sites in each SPA, even though funding for this strategy is not allocated by SPA based on Homeless Count data.

This chart also includes amounts for LAHSA funded contracts that reflect FY18-19 contract allocations that will be amended to modify contract sums in October 2019.

Case 2:20-cv-02291-DOC-KES   Document 274-8   Filed 04/19/21   Page 21 of 46   Page ID #:6735

19

# FY2018-19 Measure H Funded Contractors
## Multi-SPA
### Total FY2019-20   Allocation: $21,947,074

| CONTRACTING AGENCY | SERVICES (HI STRATEGY) | TOTAL CONTRACT AMOUNT | AGENCY CONTACT INFORMATION |
|---|---|---|---|
| 211 LA County | Enhance the Emergency Shelter System (E8) | $ 159,795 | Amy Latzer, Chief Operating Officer P.O. Box 726 San Gabriel, CA 91778 (626) 299-2979 alatzer@211la.org |
| City of Los Angeles, Office of the City Attorney | Criminal Record Clearing Project (D6) | $ 973,608 | Gina Di Domenico, Supervising Deputy City Attorney 200 N. Spring St., 23rd Floor Los Angeles, CA 90012 (213) 978-1924 gina.m.didomenico@lacity.org |
| Cleveland Mediation Center | Strengthen the Coordinated Entry System (E7) | $ 56,248 | Danielle Cosgrove, Director 1701 Payne Ave., Cleveland, OH, 44114 (216) 571-6803 danielle.cosgrove@clevelandmediation.org |
| Inner City Law Center | Homeless Prevention Program for Families (A1) Homeless Prevention Program for Single Adults (A5) Strengthen the Coordinated Entry System (E7) | $ 5,311,716 | Adam Murray, Executive Director 1309 East 7th St., Los Angeles, CA 90021 (213) 891-3205 amurray@innercitylaw.org |
| Integrated Recovery Network | Partner with Cities to Expand Rapid Re-Housing (B3) | $ 259,200 | Marsha Temple, Executive Director 2010 Wilshire Blvd., Suite 1012 Los Angeles, CA 90057 (213) 977-9447 mtemple@integratedrecoverynetwork.org |
| Los Angeles County Office of Education | Enhanced Services for Transition Age Youth (E14) | $ 800,000 | Melissa Schoonmaker, Consultant II 9300 Imperial Hwy., Downey, CA 90242 (562) 401-5397 schoonmaker_melissa@lacoe.edu |
| Los Angeles House of Ruth | Partner with Cities to Expand Rapid Re-Housing (B3) | $ 128,000 | Jennifer Gaeta, Executive Director P.O. Box 33288, Los Angeles, CA 90033 (323) 266-4139 jennifergaetasss@gmail.com |

20

Case 2:20-cv-02291-DOC-KES   Document 274-8   Filed 04/19/21   Page 23 of 46   Page ID #:6737

**FY2018-19 Measure H Funded Contractors**
**Multi-SPA**
**Total FY2019-20   Allocation: $21,947,074**

| CONTRACTING AGENCY | SERVICES (HI STRATEGY) | TOTAL CONTRACT AMOUNT | AGENCY CONTACT INFORMATION |
|---|---|---|---|
| Lutheran Social Services of Southern California | Strengthen the Coordinated Entry System (E7) | $ 349,480 | Ricardo Forbes, Director of Grants 215 N. Lemon St., Unit A Fullerton, CA 92832 (909) 366-3287 rforbes@lsssc.org |
| P.A.T.H. | Strengthen the Coordinated Entry System (E7) | $ 2,760,000 | Tescia Uribe, Chief Program Officer 340 N. Madison Ave., Los Angeles, CA 90004 (310) 938-6348 tesciau@epath.org |
| Point Source Youth - Host Homes | Enhanced Services for Transition Age Youth (E14) | $ 14,750 | Larry Cohen, Executive Director 215 Park Ave. South, 11th Floor New York, NY 10003 (917) 392-1018 larry@pointsourceyouth.org |
| St. Joseph Center | Strengthen the Coordinated Entry System (E7) | $ 244,277 | LaCheryl Porter, Chief Operating Officer 206 Hampton Dr., Venice, CA 90291 (310) 396-6468 lporter@stjosephctr.org |
| The Cloudburst Group | Partner with Cities to Expand Rapid Re-Housing (B3) | $ 103,356 | Michelle Hayes, President 8400 Corporate Dr., Suite 550 Landover, MD 20785 (301) 918-4400 michelle.hayes@cloudburstgroup.com |
| The Lens Co. | Enhanced Services for Transition Age Youth (E14) | $ 90,000 | Robin Petering, Executive Director Los Angeles, CA hello@findyourlens.co |
| The Salvation Army | Partner with Cities to Expand Rapid Re-Housing (B3) | $ 10,696,644 | Lisa Anderson, Director 832 James M. Woods Blvd., Los Angeles, CA 90015 (213) 553-3204 lisa.anderson@usw.salvationarmy.org |

21

| CONTRACTING AGENCY | AGENCY CONTACT INFORMATION |
|---|---|
| Antelope Valley Domestic Violence Council, Inc., dba "Valley Oasis" | Julia Sudduth, Assistant Program Manager<br>P.O Box 2980,<br>Lancaster, CA 93539<br>(661) 942-2758<br>jsuddith@avdvc.org |
| Asian American Drug Abuse Program, Inc. | Mike Watanabe, President & CEO<br>2900 Crenshaw Blvd.,<br>Los Angeles, CA 90016<br>(323) 293-6284<br>miwat@aadapinc.org |
| Behavioral Health Services, Inc. | Shirley Summers, President & Chief Executive Officer<br>15519 South Crenshaw Blvd.,<br>Gardena, CA 90249<br>(310) 679-9126<br>ssummers@bhs-inc.org |
| Canon Human Services, Inc. | Richard Harrison, Executive Director<br>9705 South Holmes Ave.,<br>Los Angeles, CA 90002<br>(323) 249-9097<br>canonhsci@aol.com |
| Chabad of California, Inc. | Donna Miller, Executive Director<br>741 Gayley Ave.,<br>Westwood CA 90024<br>(323) 965-1365<br>donna@chabadrehab.com |

22

# FY2019-20  Measure H Funded Contractors
## B7 - Interim/Bridge Housing for those Exiting Institutions
## Total FY2019-20   Allocation: $20,711,106

| CONTRACTING AGENCY | AGENCY CONTACT INFORMATION |
|---|---|
| Clare Foundation, Inc. | Lisa Steele, Chief Executive Officer<br>909 Pico Blvd.,<br>Santa Monica, CA 90405<br>(310) 314-6200<br>lsteele@clarefoundation.org |
| Cri-Help, Inc. | Jack Bernstein, President & Chief Executive Officer<br>11027 Burbank Blvd.,<br>North Hollywood, CA 91601<br>(818) 985-8323<br>JackB@cri-help.org |
| First to Serve | Christina Verjan<br>1017 W. 50th St.,<br>Los Angeles, CA 90037<br>(323) 270-6792<br>cverjan@firsttoserve.org |
| Fred Brown's Recovery Services, Inc. | Roxana Natale-Brown, Executive Director<br>270 West 14th St.,<br>San Pedro, CA 90731<br>(310) 519-8723<br>roxie@fredbrown.org |
| Grandview Foundation, Inc. | Shelly Wood, Executive Director<br>1230 North Marengo Ave.,<br>Pasadena, CA 91103<br>(626) 797-1124<br>shelly@grandviewfoundation.com |

23

## FY2019-20  Measure H Funded Contractors
### B7 - Interim/Bridge Housing for those Exiting Institutions
### Total FY2019-20   Allocation: $20,711,106

| CONTRACTING AGENCY | AGENCY CONTACT INFORMATION |
|---|---|
| Hathaway-Sycamores Child and Family Services | Stan Rushing, VP of Supportive Housing<br>100 W. Walnut St., Suite 375<br>Pasadena, CA 91124<br>(626) 395-7100<br>srushing@hscfs.org |
| HealthRIGHT 360 | Vitka Eisen, Chief Executive Officer<br>1000 North Alameda St., Suite 390<br>Los Angeles, CA 90012<br>(213) 542-3838<br>veisen@healthright360.org |
| House of Hope Foundation, Inc. | Barbara Tschirgi, Executive Director<br>235 West 9th St.,<br>San Pedro, CA 90731<br>(310) 521-9209<br>bobbi@houseofhopesp.org |
| JWCH Institute, Inc. | Nora O'Connor, Program Director<br>5650 Jillson St.,<br>Commerce, CA 90040<br>(323) 201-4516<br>noconnor@jwchinstitute.org |
| Los Angeles Centers for Alcohol and Drug Abuse | Juan Navarro, Executive Director<br>12070 Telegraph Rd., Suite 207<br>Santa Fe Springs, CA 90670<br>(562) 777-7500<br>jnavarro@lacada.com |

# FY2019-20  Measure H Funded Contractors
## B7 - Interim/Bridge Housing for those Exiting Institutions
## Total FY2019-20   Allocation: $20,711,106

| CONTRACTING AGENCY | AGENCY CONTACT INFORMATION |
|---|---|
| New Directions, Inc. | Kirk Johnson, Program Manager<br>11303 Wilshire Blvd., VA Bldg. 116<br>Los Angeles, CA 90073<br>(310) 914-4045<br>Kjohnson@ndvets.org |
| Principles, Inc. | Lois Gonzales, Controller<br>1680 North Fair Oaks Ave.,<br>Pasadena, CA 91103<br>(323) 798-0884<br>lois@impacthouse.com |
| Safe Refuge | Kathryn Romo, Executive Director<br>1041 Redondo Ave.,<br>Long Beach, CA 90804<br>(562) 987-5722, ext. 12238<br>kromo@asaferefuge.org |
| Social Model Recovery Systems, Inc. | Bruce Boardman, Chief Executive Officer<br>223 East Rowland St.,<br>Covina, CA 91723<br>(626) 332-3145<br>bruceb@socialmodel.com |
| Special Service for Groups, Homeless Outreach Program Integrated Care System (HOPICS) | Herbert K. Hatanaka, Executive Director<br>905 East 8th St.,<br>Los Angeles, CA 90021<br>(213) 553-1800<br>hhata@ssg.org |

25

# FY2019-20  Measure H Funded Contractors
## B7 - Interim/Bridge Housing for those Exiting Institutions
## Total FY2019-20   Allocation: $20,711,106

Case 2:20-cv-02291-DOC-KES    Document 274-8    Filed 04/19/21    Page 28 of 46    Page ID #:6742

| CONTRACTING AGENCY | AGENCY CONTACT INFORMATION |
|---|---|
| Tarzana Treatment Centers, Inc. | Albert Senella, President & Chief Executive Officer<br>18646 Oxnard St.,<br>Tarzana, CA 91356<br>(818) 654-3815<br>ttcadmin@tarzanatc.org |
| The People Concern | Julie Derose, Director of Permanent Housing<br>526 S. San Pedro St.,<br>Los Angeles, CA 90013<br>(310) 264-6646<br>jderose@thepeopleconcern.org |
| Union Station Homeless Services | Anne Miskey, Chief Executive Officer<br>825 Orange Grove Blvd.,<br>Pasadena, CA 91104<br>(626) 240-4550<br>amiskey@unionstationhs.org |
| United States Veterans Initiative | Steve Peck, President<br>800 W. Sixth St., Suite 1505<br>Los Angeles, CA 90017<br>(213) 542-2600<br>sjpeck@usvetsinc.org |
| Van Ness Recovery House | Kathleen Watt, Executive Director<br>1919 North Beachwood Dr.,<br>Los Angeles, CA 90068<br>323-463-4266<br>wattvnrh@aol.com |

26

# FY2019-20  Measure H Funded Contractors
## B7 - Interim/Bridge Housing for those Exiting Institutions
### Total FY2019-20   Allocation: $20,711,106

| CONTRACTING AGENCY | AGENCY CONTACT INFORMATION |
|---|---|
| Volunteers of America Los Angeles (VOALA) | Jim Hlawek, Director<br>3600 Wilshire Blvd., Suite. 1500<br>Los Angeles, CA 90010<br>(213) 500-6682<br>jhlawek@voala.org |
| Watts Healthcare Corporation, dba "House of Uhuru" | Roderick Seamster, President & Chief Executive Officer<br>10300 Compton Ave.,<br>Los Angeles, CA 90002<br>(323) 357-6686<br>roderick.seamster@wattshealth.org |
| Whittier Area First Day | Irene Muro, Executive Director<br>12426 Whittier Blvd.,<br>Whittier, CA 90602<br>(562) 945-4304<br>irene@whittierfirstday.org |

27

Case 2:20-cv-02291-DOC-KES   Document 274-8   Filed 04/19/21   Page 30 of 46   Page ID #:6744

| CONTRACTING AGENCY | AGENCY CONTACT INFORMATION |
|---|---|
| Catholic Charities of Los Angeles, Inc. | Rosa Penaloza, Executive Director<br>5301 Whittier Blvd., 2nd Floor<br>Los Angeles, CA 90022<br>(951) 941-0587<br>rosa@aye-la.org |
| Center for Employment Opportunities | Sarah Glenn-Leistikow, California Program Director<br>1320 E. 7th St., Suite 260<br>Los Angeles, CA 90021<br>(909) 272-9957<br>sglenn@ceoworks.org |
| Chrysalis | Michael Graff-Weisner, Vice President<br>522 S. Main St.,<br>Los Angeles, CA 90013<br>(213) 806-6341<br>michaelgw@changelives.org |
| City of Los Angeles | Glenn Hino, Senior Accountant<br>1200 W. 7th St., 6th floor<br>Los Angeles, CA 90017<br>(213) 744-7305<br>glenn.hino@lacity.org |
| Community Career Development | Alberto Uribe, Executive Director<br>2909 East Pacific Commerce Dr.,<br>Compton, CA 90221<br>(213) 805-4273<br>auribe@communitycareer.org |

28

# FY2019-20  Measure H Funded Contractors
## C2/C7 - Increase Employment for Homeless Adults by Supporting Social Enterprise / Subsidized Employment for Homeless Adults
## Total FY2019-20   Allocation: $7,875,000

| CONTRACTING AGENCY | AGENCY CONTACT INFORMATION |
|---|---|
| First Step Staffing | Amelia Nickerson, Vice President of Development & Commmunity Relations<br>236 Auburn Ave., Suite 203<br>Atlanta, GA 30303<br>(404) 577-3394<br>amelia@firststepstaffing.com |
| Foothill Workforce Development | Sarah Mendoza-Jaime, Youth Programs Coordinator<br>1207 E. Gereen St.,<br>Pasadena, CA 91106<br>(626) 584-8383<br>smendoza-jaime@foothilletc.org |
| Goodwill Industries of SoCal | Joel Morgan, Executive Director<br>14101 E. Nelson Ave.,<br>La Puente, CA 91746<br>(661) 433-5371<br>jmorgan@goodwillsocal.org |
| Goodwill Industries of SoCal (Social Enterprise) | Simon Lopez, Vice President<br>342 N. San Fernando Rd.,<br>Los Angeles, CA 90031<br>(323) 539-2115<br>simon.lopez@goodwillsocal.org |
| Hub Cities Consortium | Jose Martinez, Executive Director<br>2677 Zoe Ave., 2nd Floor<br>Huntington Park, CA 90255<br>(310) 344-6305<br>jmartinez@hubcities.org |

# FY2019-20  Measure H Funded Contractors
## C2/C7 - Increase Employment for Homeless Adults by Supporting Social Enterprise / Subsidized Employment for Homeless Adults
## Total FY2019-20   Allocation: $7,875,000

| CONTRACTING AGENCY | AGENCY CONTACT INFORMATION |
|---|---|
| Jewish Vocational Services (JVS SoCal) | Josefina Santiago, Executive Director<br>5446 Sepulveda Blvd.,<br>Culver City, CA 90230<br>(310) 382-0976<br>jsantiago@jvs-socal.org |
| Managed Career Solutions | Phillip Starr, Executive Director<br>264 East Monterey Ave.,<br>Pomona, CA 91746<br>(213) 272-8635<br>pstarr@mcscareergroup.com |
| Pacific Gateway Workforce Development Board | Nick Schultz, Executive Director<br>3447 Atlantic Ave.,<br>Long Beach, CA 90807<br>(562) 570-3700<br>nick.schultz@pacific-gateway.org |
| Roberts Enterprise Development Fund | Greg Ericksen, Associate Director Regional Partnerships<br>801 S. Grand Ave., Suite 725<br>Los Angeles, CA 90017<br>(213) 947-3889<br>gericksen@redf.org |
| SASSFA | Kirk Kain, Executive Director<br>10400 Pioneer Blvd., Suite 9<br>Santa Fe Springs, CA 90670<br>(562) 547-2433<br>kkain@sassfa.com |

30

## FY2019-20  Measure H Funded Contractors
## C2/C7 - Increase Employment for Homeless Adults by Supporting Social Enterprise / Subsidized Employment for Homeless Adults
## Total FY2019-20   Allocation: $7,875,000

| CONTRACTING AGENCY | AGENCY CONTACT INFORMATION |
|---|---|
| SELACO | Marjean Clements, Director of Business Services<br>10900 E. 183rd St., Suite 350<br>Cerritos, CA 90703<br>(562) 402-9336, ext. 1252<br>marjeanc@selaco.com |
| South Bay Workforce Development Board | Robert Chavez, Manager<br>110 S. La Brea Ave.,<br>Inglewood, CA 90301<br>(310) 680-3700<br>rchavez@sbwib.org |
| Verdugo Workforce Development Board | Melissa Younesian, Manager<br>1255 S. Central Ave.,<br>Glendale, CA 91204<br>(818) 937-8025<br>myounesian@glendaleca.gov |

31

# FY2019-20  Measure H Funded Contractors
## D7 - Provide Services and Rental Subsidies for Permanent Supportive Housing
### Total FY2019-20   Allocation: $66,595,900

| CONTRACTING AGENCY | AGENCY CONTACT INFORMATION |
|---|---|
| A Community of Friends | Luana Murphy, President & CEO<br>9808 Venice Blvd., Suite 700<br>Culver City, CA 90232<br>(310) 945-3350<br>lmurphy@exodusrecovery.com |
| Affordable Living for the Aging | Antonio Manning, President & CEO<br>2029 Century Park East, Suite 4393<br>Los Angeles, CA 90067<br>(323) 650-8033<br>antonio@alaseniorliving.org |
| Alcott Center for Mental Health Services | Nick Maiorino, Executive Director<br>1433 S. Robertson Blvd.,<br>Los Angeles, CA 90035<br>(310) 785-2121<br>nmaiorino@alcottcenter.org |
| Alliance for Housing and Healing | Terry Goddard II, Executive Director<br>825 Colorado Blvd., Suite 100<br>Los Angeles, CA 90041<br>(323) 344-4899<br>tgoddard@alliancehh.org |
| American Family Housing | Milo Peinemann, Chief Executive Officer<br>15161 Jackson St.,<br>Midway City, CA 92655<br>(714) 897-3221<br>milo@afhusa.org |

32

# FY2019-20  Measure H Funded Contractors
## D7 - Provide Services and Rental Subsidies for Permanent Supportive Housing
### Total FY2019-20   Allocation: $66,595,900

| CONTRACTING AGENCY | AGENCY CONTACT INFORMATION |
|---|---|
| Ascencia | Natalie, Komuro, Executive Director<br>1851 Tyburn St.,<br>Glendale, CA 91204<br>(818) 409-3336<br>nkomuro@ascenciaca.org |
| Behavioral Health Services, Inc. | Shirley Summers, President & CEO<br>15519 South Crenshaw Blvd.,<br>Gardena, CA 90249<br>(310) 679-9126<br>ssummers@bhs-inc.org |
| Bridge to Home SCV | Chris Najarro, Director of Programs<br>23752 Newhall Ave.,<br>Santa Clarita, CA 91321<br>(661) 254-4663<br>chris.najarro@btohome.org |
| Brilliant Corners | Bill Pickel, Executive Director<br>527 W. 7th St.,<br>Los Angeles, CA 90014<br>(213) 232-0134<br>bill@brilliantcorners.org |
| California Hispanic Commission On Alcohol and Drug Abuse | James Hernandez, Chief Executive Officer<br>1901 Royal Oaks Blvd., Suite 101<br>Sacramento, CA 95815<br> (916) 443-5473<br>mrh@chcada.org |

33

| CONTRACTING AGENCY | AGENCY CONTACT INFORMATION |
|---|---|
| Catholic Charities of Los Angeles | Gregory Cox, Executive Director<br>1531 James M. Wood Blvd.,<br>Los Angeles, CA 90015<br>(213) 251-3400<br>mcox@ccharities.org |
| Century Villages at Cabrillo, Inc. | Steve Colman, Executive Director<br>1000 Corporate Pointe, Suite 200<br>Culver City, CA 90230<br>scolman@centuryvillages.org |
| Coalition for Responsible Community Development | Mark Wilson, Executive Director<br>3101 S. Grand Ave.,<br>Los Angeles, CA 90007<br>(213) 743-6193<br>mwilson@coalitionrcd.org |
| Didi Hirsch Mental Health Services | Kita S. Curry, CEO<br>4760 South Sepulveda Blvd.,<br>Culver City, CA 90230<br>(310) 390-6612<br>kcurry@didihirsch.org |
| Downtown Women's Center | Amy Turk, Chief Innovation Officer<br>442 S. San Pedro St.,<br>Los Angeles, CA 90013<br>(213) 680-0600<br>amyt@downtownwomenscenter.org |

34

## FY2019-20  Measure H Funded Contractors
## D7 - Provide Services and Rental Subsidies for Permanent Supportive Housing
## Total FY2019-20   Allocation: $66,595,900

| CONTRACTING AGENCY | AGENCY CONTACT INFORMATION |
|---|---|
| Emotional Health Association, dba "SHARE! The Self-Help and Recovery Exchange" | Ruth Hollman, Principal Officer 6666 Green Valley Circle, Culver City, CA 90230 (310) 846-5270 ruth@shareselfhelp.org |
| Exodus Recovery | Luana Murphy, President & CEO 9808 Venice Blvd., Suite 700 Culver City, CA 90232 (310) 945-3350 lmurphy@exodusrecovery.com |
| Gettlove | Aileen Getty, Founder & President 7420 S. Vermont Ave., Los Angeles, CA 90044 (323) 620-7508 aileengetty@gmail.com |
| Good Seed Community Development Corporation | Jonathan Thompson, Executive Director 6568 5th Ave., Los Angeles, CA 90043 (323) 758-5433 jthompson@goodseedcdc.org |
| Harbor Interfaith Services | Tahia Hayslet, Executive Director 670 W. 9th St., San Pedro, CA 90731 (310) 831-0603 thayslet@harborinterfaith.org |

35

Case 2:20-cv-02291-DOC-KES   Document 274-8   Filed 04/19/21   Page 38 of 46   Page ID #:6752

# FY2019-20  Measure H Funded Contractors
## D7 - Provide Services and Rental Subsidies for Permanent Supportive Housing
### Total FY2019-20   Allocation: $66,595,900

| CONTRACTING AGENCY | AGENCY CONTACT INFORMATION |
|---|---|
| Helpline Youth Counseling | Jeff Farber, Executive Director<br>14181 Telegraph Rd.,<br>Whittier, CA 90604<br>(562) 273-0722<br>jfarber@hycinc.org |
| Heritage Clinic and the Community Assistance Program for Seniors | Vatche Kelartinian, CEO<br>447 N. El Molino Ave.,<br>Pasadena, CA 91101<br>(626) 577-8480<br>vkelartinian@heritageclinic.org |
| Homeless Health Care Los Angeles | Mark Casanova, Executive Director<br>2330 Beverly Blvd.,<br>Los Angeles, CA 90057<br>(213) 739-1627<br>mcasanova@hhcla.org |
| Penny Lane Centers | Rosana LaFianza, Director of Clinical Operations<br>15305 Rayen St.,<br>North Hills, CA 91343<br>(818) 892-3423<br>rlafianza@pennylane.org |
| Prototypes, Centers for Innovation in Health, Mental Health, and Social Services | Vitka Eisen, Chief Executive Officer<br>1000 North Alameda St., Suite 390<br>Los Angeles, CA 90012<br>1-800-200-7181<br> veisen@healthright360.org |

36

| CONTRACTING AGENCY | AGENCY CONTACT INFORMATION |
|---|---|
| San Fernando Valley Community Health Center, Inc. | Timothy Ryder, President and Chief Executive Officer<br>16360 Roscoe Blvd., 2nd Floor<br>Van Nuys, CA 91406<br>Van Nuys, CA 91405<br>(818) 901-4830<br>tryder@sfvcmhc.org |
| Special Services for Groups, Inc. (HOPICS) | Herbert K. Hatanaka, Executive Director<br>905 East 8th St.,<br>Los Angeles, CA 90021<br>(213) 553-1800<br>hhata@ssg.org |
| St. Anne's Maternity Home | Lorna Little, LCSW, President & CEO<br>155 N. Occidental Blvd.,<br>Los Angeles, CA 90026<br>(213) 381-2931<br>llittle@stannes.org |
| Step Up On Second | Tod Lipka, President & CEO<br>1328 Second St.,<br>Santa Monica, CA 90401<br>(310) 901-9142<br>tod@stepuponsecond.org |
| Tarzana Treatment Centers, Inc. | Albert M. Senella, President & CEO<br>18646 Oxnard St.,<br>Tarzana, CA 91356<br>(818) 654-3815<br>asenella@tarzanatc.org |

Case 2:20-cv-02291-DOC-KES   Document 274-8   Filed 04/19/21   Page 39 of 46   Page ID #:6753

# FY2019-20  Measure H Funded Contractors
## D7 - Provide Services and Rental Subsidies for Permanent Supportive Housing
### Total FY2019-20   Allocation: $66,595,900

| CONTRACTING AGENCY | AGENCY CONTACT INFORMATION |
|---|---|
| The People Concern | John Maceri, Chief Executive Officer<br>2116 Arlington Ave., Suite 100<br>Los Angeles, CA 90018<br>(310) 264-6646, ext. 229<br>jmaceri@thepeopleconcern.org |
| The Catalyst Foundation | Dave Mashore, Chief Executive Officer<br>44758 Elm Ave.,<br>Lancaster, CA 93534<br>(661) 948-8559<br>davem@qnet.com |
| St. Johns Well Child and Family Center | Jim Mangia, President & CEO<br>808 W. 58th St.,<br>Los Angeles, CA 90037<br>(323) 541-1600<br>jimmangia@wellchild.org |
| St. Joseph Center | Va Lecia Adams, President & CEO<br>204 Hampton Dr.,<br>Venice, CA 90291<br>(310) 396-6468<br>vadams@stjosephctr.org |
| The Illumination Foundation | Paul Leon, President & CEO<br>2010 Lincoln Park Ave.,<br>Los Angeles, CA 90031<br>(949) 273-0555<br>pleon@ifhomeless.org |

38

# FY2019-20  Measure H Funded Contractors
## D7 - Provide Services and Rental Subsidies for Permanent Supportive Housing
### Total FY2019-20   Allocation: $66,595,900

| CONTRACTING AGENCY | AGENCY CONTACT INFORMATION |
|---|---|
| The Salvation Army | Alen Davtian, Grants Manager<br>180 East Ocean Blvd., Suite 500<br>Long Beach, CA 90802<br>(562) 264-3618<br>alen.davtian@usw.salvationarmy.org |
| The Skid Row Housing Trust | Mike Alvidrez, External Ambassador<br>1317 E. 7th St.,<br>Los Angeles, CA 90021<br>(213) 683-0522<br>mike@skidrow.org |
| The Whole Child - Mental Health and Housing Services | Erika Guzman, Associate Director of Housing Programs<br>10155 Colima Rd.,<br>Whittier, CA 90603<br>(562) 204-0640<br>eguzman@thewholechild.info |
| Union Station Homeless Services | Anne Miskey, Chief Executive Officer<br>825 East Orange Grove Blvd.,<br>Pasadena, CA 91104<br>(626) 240-4550<br>amiskey@unionstationhs.org |
| Upward Bound House | Christine Mirasy-Glasco, Executive Director<br>1104 Washington Ave.,<br>Santa Monica, CA 90403<br>(310) 458-7779<br>cglasco@upwardboundhouse.org |

39

| CONTRACTING AGENCY | AGENCY CONTACT INFORMATION |
|---|---|
| Venice Community Housing Corporation | Becky Dennison, Executive Director<br>720 Rose Ave.,<br>Venice, CA 90291<br>(310) 573-8399<br>bdennison@vchcorp.org |
| Watts Labor Community Action Committee | Timothy Watkins, President & CEO<br>10950 South Central Ave.,<br>Los Angeles, CA 90059<br>(310) 567-5979<br>wlcacceo@gmail.com |
| Single Room Occupancy Housing Corporation | Anita Nelson, Chief Executive Officer<br>1055 West 7th St., Suite 3250<br>Los Angeles, CA 90017<br>(213) 229-9640<br>anitan@srohousing.org |
| Southern California Health and Rehabilitation Program | Jack Barbour, Chief Executive Officer<br>2610 Industry Way, Suite A<br>Lynwood, CA 90262<br>(310) 631-8004<br>jmbarbour@earthlink.net |
| Sanctuary of Hope | Janet Kelly, Founder & Executive Director<br>4003 W. Adams Blvd.,<br>Los Angeles, CA 90018<br>(323) 786-2413<br>janet.kelly@thesoh.org |

Case 2:20-cv-02291-DOC-KES   Document 274-8   Filed 04/19/21   Page 43 of 46   Page ID #:6757

# FY2019-20  Measure H Funded Contractors
## D7 - Provide Services and Rental Subsidies for Permanent Supportive Housing
### Total FY2019-20   Allocation: $66,595,900

| CONTRACTING AGENCY | AGENCY CONTACT INFORMATION |
| --- | --- |
| PATH Ventures | Amy Anderson, Executive Director<br>340 N. Madison Ave.,<br>Los Angeles, CA 90004<br>(323) 644-2200<br>amya@pathventures.org |
| PATH | Joel John Roberts, Chief Executive Officer<br>340 N. Madison Ave.,<br>Los Angeles, CA 90004<br>(323) 644-2200<br>joelr@epath.org |
| Mental Health of America Los Angeles | Christina Miller, Ph.D., President & CEO<br>100 W. Broadway, Suite 5010<br>Long Beach, CA 90802<br>(562) 285-1330<br>cmiller@mhala.org |
| Lutheran Social Services of Southern California | Ron Drews, President & CEO<br>215 N. Lemon St., Unit A<br>Fullerton, CA 92832<br>(714) 244-4263<br>rdrews@lsssc.org |
| Los Angeles LGBT Center | Lorri L. Jean, Chief Executive Officer<br>1625 N. Schrader Blvd.,<br>Los Angeles, CA 90028<br>(323) 993-7615<br>ljean@lalgbtcenter.org |

41

# FY2019-20  Measure H Funded Contractors
## D7 - Provide Services and Rental Subsidies for Permanent Supportive Housing
## Total FY2019-20   Allocation: $66,595,900

| CONTRACTING AGENCY | AGENCY CONTACT INFORMATION |
|---|---|
| Los Angeles Christian Health Centers | Lisa Abdishoo, Ph.D., President & CEO<br>202 W. 1st St., Suite 4-0435<br>Los Angeles, CA 90012<br>(213) 893-1960<br>labdishoo@lachc.com |
| Housing Works | Mary Kirchen, Founder<br>1277 N. Wilcox Ave.,<br>Los Angeles, CA 90038<br>(323) 466-0042<br>mkirchen@housingworksca.org |
| Imagine Los Angeles | Jill Govan Bauman, President & CEO<br>672 S. Lafayette Park Pl., Suite 28<br>Los Angeles, CA 90057<br>(323) 944-0210<br>jill@imaginela.org |
| Jovenes, Inc. | Andrea Marchetti, Executive Director<br>1208 Pleasant Ave.,<br>Los Angeles, CA 90033<br>(323) 260-8035<br>amarchetti@jovenesinc.org |
| Koreatown Youth and Community Center | Johng Ho Song, Executive Director<br>3727 W. 6th St., Suite 300<br>Los Angeles, CA 90020<br>(213) 365-7400<br>jsong@kyccla.org |

42

Case 2:20-cv-02291-DOC-KES    Document 274-8    Filed 04/19/21    Page 45 of 46    Page ID #:6759

## FY2019-20  Measure H Funded Contractors
## D7 - Provide Services and Rental Subsidies for Permanent Supportive Housing
## Total FY2019-20   Allocation: $66,595,900

| CONTRACTING AGENCY | AGENCY CONTACT INFORMATION |
|---|---|
| L.A. Family Housing Corporation | Stephanie Klasky-Gamer, President & CEO<br>7843 Lankershim Blvd.,<br>North Hollywood, CA 91605<br>(818) 255-2700<br>stephanie@lafh.org |
| Life Skills Training and Educational Programs | Craig Gillett, J.D., MFT, Founder & Board President<br>520 S. Sepulveda Blvd., Suite 306<br>Los Angeles, CA 90049<br>(916) 965-0110<br>craig@lifestepsusa.org |
| Kedren Community Health Center | John Griffith, Ph.D., President & CEO<br>4211 S. Avalon Blvd.,<br>Los Angeles, CA 90011<br>(323) 233-0425<br>j_griffith@kedren.org |
| The People Concern | John Maceri, Chief Executive Officer<br>2116 Arlington Ave., Suite 100<br>Los Angeles, CA 90018<br>(310) 264-6646, ext. 229<br>jmaceri@thepeopleconcern.org |
| Telecare Corporation | Anne Bakar, President & CEO<br>1005 S. Central Ave.,<br>Los Angeles, CA 90021<br>(213) 533-1050<br>abakar@telecarecorp.com |

| CONTRACTING AGENCY | AGENCY CONTACT INFORMATION |
|---|---|
| Volunteers of America of Los Angeles | Robert Pratt, President<br>3600 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90010<br>(213) 389-1500<br>bpratt@voala.org |
| JSI Acquisition, Inc. dba "Libertana Home Health Care" | Jonathan Istrin, Executive Director<br>5805 Sepulveda Blvd., Suite 605<br>Sherman Oaks, CA 91411<br>800-750-1444<br>info@libertana.com |
| East Valley Community Mental Health Center, Inc. | Alicia Mardini, Chief Executive Director<br>420 South Glendora Ave.,<br>West Covina, CA 91790<br>(626) 919-4333<br>amardini@evchc.org |
| Turning Point Alcohol and Drug Education Program, Inc. | Michelle Perkins, Executive Director<br>3756 Santa Rosalia Dr., Suite 617<br>Los Angeles, CA 90008<br>(323) 810-3153<br>turningpoint123@att.net |

Case 2:20-cv-02291-DOC-KES Document 274-8 Filed 04/19/21 Page 46 of 46 Page ID #:6760