# EXHIBIT I

**EXHIBIT I - Page 532**

 Greater Los Angeles Homeless Count

## 2020 Greater Los Angeles Homeless Count - Data Summary
## Total Point-In-Time Homeless Population by Geographic Areas

| Geographic Area | Sheltered | Unsheltered | Total | Total Percent Change 2019-2020 |
|---|---|---|---|---|
| Los Angeles County | 18,395 | 48,041 | 66,436 | 13% |
| City of Los Angeles | 12,438 | 28,852 | 41,290 | 16% |

| Service Planning Areas (SPA) - Data includes all Continuums of Care in Los Angeles County | | | | |
|---|---|---|---|---|
| SPA 1 | 837 | 3,918 | 4,755 | 44% |
| SPA 2 | 2,587 | 6,690 | 9,277 | 16% |
| SPA 3 | 1,761 | 3,321 | 5,082 | 1% |
| SPA 4 | 4,667 | 12,454 | 17,121 | 4% |
| SPA 5 | 967 | 5,042 | 6,009 | 14% |
| SPA 6 | 5,121 | 7,891 | 13,012 | 36% |
| SPA 7 | 955 | 3,631 | 4,586 | -10% |
| SPA 8 | 1,500 | 5,094 | 6,594 | 5% |

| County Supervisorial Districts (SD) - Data includes all Continuums of Care in Los Angeles County | | | | |
|---|---|---|---|---|
| SD 1 | 3,561 | 10,966 | 14,527 | 0.6% |
| SD 2 | 8,445 | 14,309 | 22,754 | 23% |
| SD 3 | 3,583 | 10,920 | 14,503 | 17% |
| SD 4 | 1,252 | 5,493 | 6,745 | -2% |
| SD 5 | 1,554 | 6,353 | 7,907 | 19% |

| City Council Districts (CD) | | | | |
|---|---|---|---|---|
| CD 1 | 451 | 2,374 | 2,825 | -4% |
| CD 2 | 40 | 1,700 | 1,740 | 5% |
| CD 3 | 98 | 606 | 704 | 4% |
| CD 4 | 120 | 952 | 1,072 | 15% |
| CD 5 | 251 | 954 | 1,205 | 10% |
| CD 6 | 1,881 | 1,427 | 3,308 | 42% |
| CD 7 | 224 | 1,216 | 1,440 | 10% |
| CD 8 | 2,337 | 2,049 | 4,386 | 72% |
| CD 9 | 2,238 | 2,653 | 4,891 | 9% |
| CD 10 | 666 | 1,264 | 1,930 | 20% |
| CD 11 | 108 | 3,165 | 3,273 | 40% |
| CD 12 | 76 | 659 | 735 | 25% |
| CD 13 | 713 | 3,194 | 3,907 | 22% |
| CD 14 | 2,912 | 4,705 | 7,617 | -0.3% |
| CD 15 | 323 | 1,934 | 2,257 | 2% |

**EXHIBIT I - Page 533**