# EXHIBIT J

## 2020 Greater Los Angeles Homeless Count - Skid Row

**Notes:** Data from the 2020 Greater Los Angeles Point-In-Time Count estimate the number and demographic characteristics of the homeless population on a single night in January 2020. Family households, defined as at least one adult over 18 and one child under 18, have two or more members. · Data presented reflect the estimated number of people unless labeled as a household count. · Percent changes for gender are "N/A" because the gender category changed this year to be more inclusive and can't be compared to prior years. · If you have any questions about the data presented, please email datasupport@lahsa.org.

| Population | Sheltered | Unsheltered | Total | Prevalence of Homeless Pop. (%) | Percent Change 2019-2020 |
|---|---|---|---|---|---|
| **TOTALS** | | | | | |
| All Persons | 2,569 | 2,093 | 4,662 | 100% | 20% |
| All Households | 2,376 | 2,054 | 4,430 | 100% | 24% |
| **HOUSEHOLD COMPOSITION** | | | | | |
| Individuals (those not in family units) | 2,263 | 2,038 | 4,301 | 92% | 26% |
| Adults 25+ | 2,232 | 1,997 | 4,229 | 91% | 26% |
| Transitional Age Youth 18-24 | 31 | 41 | 72 | 2% | 29% |
| Unaccompanied Minors (under 18) | - | - | - | 0% | - |
| Family Households (at least 1 child under 18) | 113 | 16 | 129 | 3% | -20% |
| All Family Members | 306 | 55 | 361 | 8% | -23% |
| Adult-headed Households | 111 | 16 | 127 | 3% | -14% |
| Family Members 18+ | 115 | 26 | 141 | 3% | -8% |
| Family Members under 18 (children) | 187 | 29 | 216 | 5% | -26% |
| Transitional Age Youth-headed Households | 2 | - | 2 | 0% | -85% |
| Family Members 18+ | 2 | - | 2 | 0% | -71% |
| Family Members under 18 (children) | 2 | - | 2 | 0% | -88% |
| **VETERANS** | | | | | |
| All Veterans | 93 | 150 | 243 | 5% | -32% |
| Veterans who are individuals | 93 | 150 | 243 | 5% | -32% |
| Veterans in families | - | - | - | 0% | - |
| **CHRONIC HOMELESSNESS** | | | | | |
| People Experiencing Chronic Homelessness (all) | 544 | 1,301 | 1,845 | 40% | 35% |
| Chronically Homeless who are individuals | 544 | 1,287 | 1,831 | 39% | 35% |
| Chronically Homeless Family Members (all) | - | 14 | 14 | 0% | 133% |
| Chronically Homeless Veterans | 6 | 96 | 102 | 2% | -34% |
| Chronically Homeless Youth (24 & under) | 9 | 11 | 20 | 0% | 18% |
| **GENDER** | | | | | |
| Male (includes transgender) | 1,799 | 1,541 | 3,340 | 72% | N/A |
| Female (includes transgender) | 770 | 541 | 1,311 | 28% | N/A |
| Gender Non-Binary (includes transgender) | - | 11 | 11 | 0% | N/A |
| Transgender | 25 | 45 | 70 | 2% | N/A |
| **RACE / ETHNICITY** | | | | | |
| American Indian/Alaska Native | 11 | 20 | 31 | 1% | -58% |
| Asian | 37 | 18 | 55 | 1% | 120% |
| Black/African American | 1,501 | 1,247 | 2,748 | 59% | 24% |
| Hispanic/Latino | 618 | 468 | 1,086 | 23% | 13% |
| Native Hawaiian/Other Pacific Islander | 6 | - | 6 | 0% | -80% |
| White | 363 | 294 | 657 | 14% | 29% |
| Multi-Racial/Other | 33 | 46 | 79 | 2% | 72% |
| **AGE** | | | | | |
| Under 18 | 189 | 29 | 218 | 5% | -29% |
| 18 - 24 | 207 | 44 | 251 | 5% | 298% |
| 25 - 54 | 1,509 | 1,320 | 2,829 | 61% | 20% |
| 55 - 61 | 360 | 397 | 757 | 16% | 3% |
| 62 and Over | 304 | 303 | 607 | 13% | 48% |
| **SEXUAL ORIENTATION** | | | | | |
| Straight | 2,344 | 1,935 | 4,279 | 92% | 21% |
| Gay or Lesbian | 107 | 44 | 151 | 3% | 41% |
| Bisexual | 49 | 91 | 140 | 3% | 12% |
| Sexual Orientation Non-Conforming | 69 | 23 | 92 | 2% | -6% |

**HEALTH & DISABILITY** Note: Indicators are not mutually exclusive (a person may report more than one).

| Population | Sheltered | Unsheltered | Total | Prevalence in 18+ Homeless Pop. (%) | Percent Change 2019-2020 |
|---|---|---|---|---|---|
| Substance Use Disorder | 482 | 1,091 | 1,573 | 35% | 96% |
| HIV/AIDS | 112 | 53 | 165 | 4% | 26% |
| Serious Mental Illness | 798 | 905 | 1,703 | 38% | 12% |
| Developmental Disability | 493 | 287 | 780 | 18% | 64% |
| Physical Disability | 569 | 600 | 1,169 | 26% | 29% |

**DOMESTIC / INTIMATE PARTNER VIOLENCE**

| Population | Sheltered | Unsheltered | Total | Prevalence in 18+ Homeless Pop. (%) | Percent Change 2019-2020 |
|---|---|---|---|---|---|
| DV/IPV Experience | 514 | 789 | 1,303 | 29% | 7% |
| Homeless Due to Fleeing DV/IPV | 181 | 190 | 371 | 8% | 51% |

**EXHIBIT J - Page 535**

Prepared by Los Angeles Homeless Services Authority (7/30/2020)