Carol A. Sobel (SBN 84483)
**LAW OFFICE OF CAROL A. SOBEL**
1158 26th Street, #552
Santa Monica, California  90403
Telephone: (31) 393-3055
Email:  carolsobel@aol.com

Shayla Myers (SBN 264054)
**LEGAL AID FOUNDATION
OF LOS ANGELES**
7000 South Broadway
Los Angeles, CA  90003
Telephone: (213) 640-3983
Email: smyers@lafla.org

Catherine Sweetser (SBN 271142)
**SCONBRUN SEPLOW HARRIS
& HOFFMAN, LLP**
11543 W. Olympic Blvd.
Los Angeles, CA  90064
Telephone: (310) 396-0731
Email: catherine.sshhh@gmail.com

*Attorneys for Intervenors CANGRESS
and Los Angeles Catholic Worker*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, ET AL,. <br><br> Plaintiff(s), <br><br> v. <br><br> CITY OF LOS ANGELES, ET AL., <br><br> Defendant(s). | CASE NO. 2:20-cv-02291-DOC-KES <br><br> Assigned to Judge David O. Carter <br><br><br> **DECLARATION OF DANIEL FLAMING IN SUPPORT OF INTERVENORS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

**DECLARATION OF DANIEL FLAMING IN SUPPORT OF INTERVENORS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, DANIEL FLAMING, declare:

1. I am the President of the Economic Roundtable. I have personal knowledge of the facts set forth below and, if called to testify to these facts, I could and would do so competently.

2. The Economic Roundtable is a nonprofit urban research organization that creates *knowledge for the common good*. Our mission is to conduct research and implement programs that contribute to the sustainability of individuals and communities. The guiding values for carrying out our mission are:

    a.    *Knowledge:* Develop information as a force for systemic change and public good.

    b.    *Social Initiative:* Act to end unfair situations and empower marginalized and vulnerable individuals to live better lives.

    c.    *Open Access:* Provide immediate, free access to information without barriers.

    d.    *Stewardship:* Ensure that the public benefits from the resources available to and created by the Roundtable.

    e.    *Independence:* Act based on principles, mission and values.

3. The Economic Roundtable carries out large-scale data analyses to identify actionable solutions to crucial social, economic and environmental problems facing communities, including affordable housing policy and homelessness. Our research findings are made available to public policy makers, affected communities and the general public.

**DECLARATION OF DANIEL FLAMING IN SUPPORT OF INTERVENORS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

4. I have been with the Economic Roundtable since its inception. From 1983 to 1991, the Economic Roundtable was a research group within Los Angeles County government. In 1991, the Board of Supervisors unanimously endorsed converting the Economic Roundtable into an independent research organization to work on social and economic problems. All of the Roundtable's work is linked to building a sustainable economy and inclusive communities.

5. The Economic Roundtable maintains a website where its reports may be accessed. The URL is economicrt.org

6. My declaration addresses several areas of research by the Economic Roundtable that are relevant to the issues now before the Court. These include: 1) the difficulty of accurately counting homeless residents; 2) the gap between point-in-time homeless counts and the annual number of individuals who experience homelessness; 3) the diversity of needs among homeless residents; and 4) explanations given by unsheltered residents of Skid Row for why they chose not to be in a shelter. What we have learned is summarized here and the full reports are attached.

### *Counting Homeless Residents*:

7. The Economic Roundtable analyzed the accuracy of the annual homeless counts carried out by the Los Angeles Homeless Services Authority ("LAHSA") from 2007 through 2017 in a report titled, "*Who Counts: Assessing Accuracy of L.A.'s Homeless Count.*" The Report was issued in November, 2017. I am a co-author of the Report. A true and correct copy of the Report is submitted with my declaration at Exhibit A.

8. The Report found that this effort, which is planned year-round, drawing on hundreds of staff and thousands of volunteers, produces estimates of the number of homeless residents and their attributes that have large

DECLARATION OF DANIEL FLAMING IN SUPPORT OF INTERVENORS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

measurement errors. The count data is not reliable enough to be used for comparing the number or population composition of homeless residents from different years.

9. The relevant point is that it is very difficult to accurately count people who do not have fixed dwelling places, who may seek invisibility, and are off of the "data grid."  Consequently, using the count data to formulate a threshold point at which government officials could enforce criminal laws for people experiencing homelessness in public places – i.e., 60% of the Point-in-Time number "sheltered" – would set a level that is significantly below the actual number of people who are unhoused in Los Angeles at any one time and over the course of the year.  In addition, LAHSA's Point-in-Time results for 2019 and 2020 calculated annual increases of slightly more than 12 and 14 percent, respectively, of the number of people experiencing homelessness in the City of Los Angeles.  Given the number of individuals included as unhoused in the annual January count, this percentage translates to several thousand more individuals living on the streets each year.

### *Gap between Point-in-Time and Annual Homeless Counts*

10. Reliable estimates of the number of people who are homeless during a year and the amount of time that they spend homeless are important for evidence-based intervention. In the case of housing, the resource being allocated is static – beds and rooms in buildings – but the population is cumulative.

11. Our statistical model for converting the number of people who are homeless on a single night into the number of people who are homeless over the course of a year is described in a report titled, "*Estimating the Annual Size of the Homeless Population in Los Angeles Using Point-In-Time Data*."  This Report was issued in 2018.  A true and correct copy of the Report is submitted with my declaration at Exhibit B.  Although I am not a co-author

**DECLARATION OF DANIEL FLAMING IN SUPPORT OF INTERVENORS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

of this Report, in my role as president of the Economic Roundtable, I reviewed the Report prior to its publication.

12. Two key findings in the Report support the proposition that the annual homeless count is, as it describes, only a point in time and does not fully capture the total number of individuals who will experience homelessness throughout the year.   The first finding is that that for every homeless person on a given night, 1.96 people are homeless over the course of a year.  The second finding is that individuals spend an average of 7.1 months homeless over the course of a year. This means that each homeless person in a point-in-time count represents a need for 13.9 months of housing during the year. On a given night, about half of the people experiencing homelessness have been homeless for over a year. However, our model suggests that group only accounts for a third of the annualized population. On the other hand, it is likely that a quarter of the annualized population was homeless for only two months or less.  As noted above, while the number of individuals experiencing homeless at any one time varies greatly, the available shelter beds are static.

### *Diversity of Needs among Homeless Residents*

13. Our research has also documented the wide diversity among people who are dwelling in places not meant for human habitation. One-size-fits-all solutions are counter-productive. There is diversity in age, gender, ethnicity, education, household structure, duration of homelessness, employment history, medical problems, justice system involvement, cause of homelessness, and type of assistance being sought. This diversity is documented in our report titled, "*Escape Routes: Meta-Analysis of Homelessness in L.A*" issued on April 24, 2018.  I am a co-author of the

**DECLARATION OF DANIEL FLAMING IN SUPPORT OF INTERVENORS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Report.  A true and correct copy of the Report is submitted with my declaration as Exhibit C.

14. Different groups of homeless residents need different types of help in order to escape homelessness.  A recent evaluation of Los Angeles County's homeless initiative found that that the growth in homelessness is from persistently homeless individuals. The important implication of this finding is that a growing number of homeless residents face significant barriers to escaping homelessness and need substantive assistance rather than yet another quick-fix response. This report is titled, "*LA County's Homeless Initiative Annual Performance Evaluation: Year 4 Outcomes*."  A true and correct copy of the Report is submitted with my declaration as Exhibit D.

### *Reasons for Not Choosing to Reside in a Shelter*

15. One of our early homeless research projects at the Economic Roundtable was to survey individuals living on the sidewalks of Skid Row.  The results of this survey are described in "*Homeless Workers: A Labor Market Analysis*," published in 1997.  I am co-author of the Report.  A true and correct copy of the Report is submitted with my declaration at Exhibit E.  I believe that what we found is still applicable today.

16. One of the questions we asked in the tent-to-tent survey of people who had chosen not to be in a shelter was, "When you have to choose between staying on the street or try to enter a residential program, what things are important?"

17. Homeless individuals identified the three factors that are most important when choosing between staying on the street and trying to enter a residential program: 1) Protecting their sense of dignity (very important to 81%), 2) Personal safety (64%), 3) Being with friends (64%).

**DECLARATION OF DANIEL FLAMING IN SUPPORT OF INTERVENORS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

18. We also asked, "How important are the following reasons in explaining why homeless people go through programs for helping them get off the streets, but still return to Skid Row?" The most important reason was identified as a serious problem by 80% of the respondents: "Programs end without giving people money or a place to go."

19. To sum up the findings from our work that are applicable to alleviating homelessness in Skid Row are: 1) it is difficult to count the number of people who are homeless, 2) the need for housing is greater than the number of people counted on a single night, 3) needs are diverse and call for individualized rather than standardized interventions, and 4) interventions that do not respect individuals' dignity and provide long-term solutions are likely to be resisted.

I declare under penalty of perjury that the foregoing is true and correct. Executed April 18, 2021 at Los Angeles, California.



_____.
DANIEL FLAMING

DECLARATION OF DANIEL FLAMING IN SUPPORT OF INTERVENORS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1