Carol A. Sobel (SBN 84483)
**LAW OFFICE OF CAROL A. SOBEL**
725 Arizona Ave.
Santa Monica, California 90401
Telephone: (31) 393-3055
Email:   carolsobel@aol.com

Shayla Myers (SBN 264054)
**LEGAL AID FOUNDATION
OF LOS ANGELES**
7000 South Broadway
Los Angeles, CA  90003
Telephone: (213) 640-3983
Email:   smyers@lafla.org

Catherine Sweetser (SBN 271142)
**SCONBRUN SEPLOW HARRIS &
HOFFMAN, LLP**
11543 W. Olympic Blvd.
Los Angeles, CA  90064
Telephone: (310) 396-0731
Email: catherine.sshhh@gmail.com

*Attorneys for Intervenors CANGRESS
and Los Angeles Catholic Worker*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, ET AL,. <br><br> Plaintiff(s), <br><br> v. <br><br> CITY OF LOS ANGELES, ET AL., <br><br> Defendant(s). | CASE NO. 2:20-cv-02291-DOC-KES <br><br> Assigned to Judge David O. Carter <br><br> **DECLARATION OF SAM TSEMBERIS IN SUPPORT OF INTERVENORS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Complaint Filed: March 10, 2020 |

DECLARATION OF SAM TSEMBERIS IN SUPPORT OF INTERVENOR'S OPPOSITION TO MOTION
FOR PRELIMNARY INJUNCTION

DECLARATION OF SAM TSEMBERIS, Ph.D.

I, Sam Tsemberis, Ph.D., state and declare as follows:

1.      I make this declaration based on my training as a clinical-community psychologist and three decades of clinical observations, treatment and research with people experiencing homelessness, except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2.      I have been retained by counsel for Intervenors Los Angeles Community Action Network and Los Angeles Catholic Worker to provide an expert opinion regarding the propriety and effectiveness of the proposed Preliminary Injunction sought by Plaintiffs in *LA Alliance for Human Rights, et al. v. City of Los Angeles*, CV-02291 DOC-KES. In preparation for the statements and opinions contained in my declaration, I reviewed Plaintiff's Notice of Motion and Motion for Preliminary Injunction in the above-referenced case, and the accompanying declarations submitted in support of the motion.

3.      I received my B.A. in Psychology and English Literature from Concordia University in Montreal, Quebec in 1970. I received a M.A. in Psychology from the New School for Social Research in New York City in 1975. I then obtained my Ph.D. in Clinical-Community Psychology from New York University in 1985.

4.      Founder of several non-profit organizations operating housing and treatment services for people with mental illness and addiction experiencing homelessness (literally living on the streets or in and out of shelters, jails, and hospitals).  I am the Founder and Executive Director of the Pathways Housing First Institute, which provides consultation, technical assistance, implementation support to agencies and governments seeking to end street homelessness by using the Pathways Housing First approach. This is work performed in person and online in domestic and international settings.  I regularly consult on programs addressing homelessness, mental illness, and addiction across the United States and Canada, the EU, Australia, and New Zealand. A true and correct copy of my curriculum vitae is attached to this Declaration.

5.      I am the author of *Housing First: The Pathways Model to End Homelessness for People with Mental Health and Substance Use Disorders*, Dartmouth PRC/Hazelden Evidence Based Practice Series, Hazelden Publishing (2010). I am also the co-author of *Housing First:*

**DECLARATION OF SAM TSEMBERIS IN SUPPORT OF INTERVENOR'S OPPOSITION TO MOTION FOR PRELIMNARY INJUNCTION**

*Ending Homelessness, Transforming Lives, and Systems Change*, Oxford University Press (2016). My research work has been published in 74 peer reviewed journals, and I have conducted presentations at over 250 conferences and meeting of professional groups in the past 25 years.

6.      I founded Pathways to Housing, Inc., the organization that developed the Housing First program, first in New York City in 1992, and later in Washington, DC (2003), Philadelphia (2009), Burlington, Vermont (2009) and in partnership with Step Up in Atlanta GA (2019).  I also serve as the Executive Director for the Greater Los Angeles VA-UCLA Center of Excellence for Training and Research on Veterans Homelessness and Recovery and serve on the faculty at UCLA Department of Psychiatry and Biobehavioral Sciences.

7.      Due to my work, I have received numerous awards and honors including the Distinguished Contribution to Independent Practice award from the American Psychological Association (2016) and the Meritorious Service Cross awarded by the Lieutenant Governor of Canada (2018).

8.      I originated the "Housing First" model of addressing the issue of homelessness. Housing First is a permanent supported housing program that is especially effective in housing that cohort of the homeless population characterized as "chronically homeless" and often deemed "difficult to treat" and "not housing ready" by traditional homeless service providers. Housing First is a well-documented, complex clinical intervention based on a consumer-directed philosophy which has two key program components – a) permanent rental subsidies and b) support service adequate to meet client needs. This model has produced positive research outcomes in randomized-control clinical research trails in the US, Canada, and France (Tinland, A., Loubiere, S., Boucekine, M., Boyer, L., … Auquier, P. (2020).  Effectiveness of a housing support team intervention with a recovery-oriented approach on hospital and emergency department use by homeless people with severe mental illness: a randomized control trial. *Epidemiology and Psychiatric Sciences*, https://doi.org/10.1017/S2045796020000785.

9.      Housing First is a paradigm shift from traditional homeless services that require sobriety, psychiatric treatment, and program compliance as a precondition for shelter or housing which then place many more conditions on consumers if they are going to receive housing. Such conditions may make sense for some shelter residents who are able to manage such regimens. In Housing First programs, rather than housing being offered as reward for treatment compliance or good behavior, it is offered as a basic human right.

**DECLARATION OF SAM TSEMBERIS IN SUPPORT OF INTERVENOR'S OPPOSITION TO MOTION FOR PRELIMNARY INJUNCTION**

10.     Under the Housing First program, apartments are rented from community landlords. The program pays a rent subsidy, and this augmented by the participants paying 30% of their income (if they have any) towards the rent. Participants live in "normal" housing that is socially integrated into the community. They are expected to meet the terms and conditions of a standard lease and must also agree to accept a regular home visit by a member of the support services team.

11.     It is important to distinguish Housing First from other traditional programs for the homeless where housing and services are both located in the same building (a single-site program). Exits or evictions from single-site programs result in an exit from housing as well as a discontinuation of support services. In HF programs, services are in the community but remain separate from the housing. If clients are evicted from their apartments by the landlord, they are not discharged from the support services. In fact, support service staff will help them through the crisis of eviction and assist with moving them into the next place.

12.     Support services staff consists of a combination of social workers, mental health counselors, addiction specialists, peer specialists, and can include nurses and other treatment professionals. The composition and size of the team depends on the size of the program. Staff all make regular home visits to support the well-being of the client. The program uses a harm reduction approach and a stages of change theoretical framework, trauma informed care, and other clinical interventions with proven effectiveness for the conditions faced by this population. Prochaska, J. O., & DiClemente, C. C. (1983), *Stages and processes of self-change of smoking: Towards an integrative model of change*, Journal of Consulting and Clinical Psychology, 51, (3), 390-395.

13.     This consumer-directed approach is the philosophical foundation of the entire Housing First program. Participants with complex problems are welcomed, accepted, and encouraged to set their own goals. Client choice is what drives the type and sequence of services. Since most clients want housing as the very first step, the program became known as "housing first"—it was the first service that most clients requested when given a real choice. The consumer-directed service and treatment approach of Housing First is consistent with the principles and practices of recovery-focused care. The treatment and support offered after the person is housed contributes to achieving high rates of housing stability and improvements in self-reported quality of life. Housing First programs have consistently achieved an 80% rate of

**DECLARATION OF SAM TSEMBERIS IN SUPPORT OF INTERVENOR'S OPPOSITION TO MOTION FOR PRELIMNARY INJUNCTION**

housing stability compared to 40% of treatment first approaches which lack the commitment to rehouse. Aubry, T., Tsemberis, S., Adair, C.E., Veldhuizen, S., Steiner, D., et al., *One Year Outcomes of a Randomized Controlled Trial of Housing First in Five Canadian Cities*, Psychiatric Services, 66(5), 463-469 (2015). The 80% housing retention rate presents a profound challenge to clinical assumptions held by many supportive housing and shelter providers who regard the chronically homeless as "not housing ready." Tsemberis, S., Gulcur, L., & Nakae, M., *Housing First, Consumer Choice, and Harm reduction for Individuals Who Are Homeless with Dual Diagnoses: A 24 Month Clinical Trail*, American Journal of Public Health, 94, 4, at 654 (2004).

14.    It is my understanding that Plaintiffs in the *LA Alliance* matter are seeking an injunction that would require the following which would be relevant to my opinion:

a.    the City and County of Los Angeles to, within 90 days, offer homeless residents in an area to be defined by the court, but no less than: between 3rd and 8th Street to the North and South and Alameda and Main to the East and West, either shelter or housing (I shall hereafter refer to this geographic area as "Skid Row");

b.    the County of Los Angeles to, within 90 days, offer homeless residents of Skid Row emergency, interim, or permanent housing and treatment to those who are in need of special placement through the Department of Mental Health or Department of Public Health;

c.    that after alternative shelter is offered within the aforementioned 90 days, the City shall clear sidewalks, public streets, and public places where these same homeless residents of Skid Row live or have lived; and

d.    prohibit Skid Row residents from returning to the area by enacting and enforcing camping prohibitions during the pendency of the preliminary injunction.

15.    It is also my understanding that Plaintiffs allege that the necessity for the proposed injunction are based on the following:

a.    the current conditions on Skid Row pose a public health risk of communicable disease and are not sanitary;

b.    Skid Row is unsafe;

c.    Skid Row sidewalks are inaccessible for individuals in wheelchairs; and

d.    the City and County acknowledge the need for a solution.

**DECLARATION OF SAM TSEMBERIS IN SUPPORT OF INTERVENOR'S OPPOSITION TO MOTION FOR PRELIMNARY INJUNCTION**

16.     As I indicated above, Housing First takes a consumer-directed approach which when implemented achieves an 80% rate of housing stability for formerly homeless individuals in the program. Plaintiffs' injunction proposes a completely different and ultimately an ineffective approach, i.e., displacing people out of Skid Row into shelters or other unspecified places with no long-term strategy that promotes housing stability or recovery-focused care, especially for individuals with mental illness is not a remedy for homelessness or a cure for the illnesses that ail them.  It is simply a dispersion and displacement of the problem.

17.     Rather than provide housing, the effect of Plaintiffs' plan will be to create a vast temporary shelter system that, because of the City's dismal experience in moving people from shelters to housing, ensures that this will be a part of the permanent landscape of the Los Angeles homeless services sector. Right now, most services in the Skid Row area are designed with the idea that homelessness is an emergency that requires an emergency response. This approach represents a fundamental misunderstanding of the structural forces (e.g., lack of supply of affordable housing, low wages, low benefits and entitlements so that those who are extremely poor are permanently priced out of the housing market) remain homelessness and homelessness will continue to increase unless these structural economic issues are addressed. More and more people will become homeless at a rate faster than they can be sheltered or moved somewhere else.

18.     Plaintiffs' plan appears to assume that there are a fixed number of homeless people living in Skid Row, and that if they are housed, sheltered, or removed from the area, the homelessness issue will be resolved. This is not the case.  Thousands of homeless people are housed in LA County each year and still the numbers increase because the front door for people to fall into homelessness—the structural housing and economic problems remain the same.

19.     Displacing homeless residents of Skid Row under the terms of Plaintiffs' proposed injunction will not prevent homeless residents from returning to the same area one or two years later. Most services are located in Skid Row and a move outside the area to place where there are few services or accommodations will result in people returning to the services they know.

20.     In addition, coercing individuals out of Skid Row and into shelters or other unspecified housing, within the timetables called for in the proposed injunction, fails to acknowledge that for most people who have mental illness or who suffer from addiction, a cure

**DECLARATION OF SAM TSEMBERIS IN SUPPORT OF INTERVENOR'S OPPOSITION TO MOTION FOR PRELIMNARY INJUNCTION**

or effective treatment may require months or years – a timeframe that is inconsistent with placement in shelters or temporary housing. Numerous studies and clinical trials show that while 40% of the people in these programs may eventually get into stable housing, over 80% of the people in the Housing First model get into permanent housing and keep it. Tsemberis, S., *From streets to homes: An innovative approach to supported housing for homeless individuals with psychiatric disabilities*, Journal of Community Psychology, 27, 225-241 (1999); Tsemberis, S., Gulcur, L., & Nakae, M., *Housing First, Consumer Choice, and Harm reduction for Individuals Who Are Homeless with Dual Diagnoses: A 24 Month Clinical Trail*, American Journal of Public Health, 94, 4, 651-656 (2004); Aubry, T., Tsemberis, S., Adair, C.E., Veldhuizen, S., Steiner, D., et al., *One Year Outcomes of a Randomized Controlled Trial of Housing First in Five Canadian Cities*, Psychiatric Services, 66(5), 463-469 (2015). The difference between these outcomes highly significant, the 80% to 85% effectiveness for ending homelessness by Housing First programs is tantamount to having a vaccine for homelessness.

21. Then for those who do not accept the offer of shelter or unspecified housing, under the injunction, they will be forced to leave Skid Row. Displacement of the nature and scope proposed by Plaintiffs is not a solution to homelessness and will not improve the mental health of people who experience mental illness. Forcing homeless residents of Skid Row to leave the area will disrupt all their existing networks and relationships and untether them from support services already there. Sweeps and other coercive tools will cause homeless people to lose personal items, important documents, fragile possessions, and medications. Displacement will only force individuals to move to other neighborhoods where support services are more limited or nonexistent, and where hostility to their presence would be the same or greater than where they are currently located. It is setting up the homeless for failure, conflict with the community and other adverse outcomes.

22. There is nothing clear delineated in Plaintiffs' plan for provision of support services. There is no clear housing advocacy to enable people to exit the shelter into stable permanent housing. There is no identified number of housing vouchers or units that would allow people to enter community-based housing. If the plan had as a purpose to help people who are homeless to leave homelessness, it would require resources for rent and resources for services once people are housed. Rather, the proposed injunction will only remove individuals from an

**DECLARATION OF SAM TSEMBERIS IN SUPPORT OF INTERVENOR'S OPPOSITION TO MOTION FOR PRELIMNARY INJUNCTION**

area that is service-rich, to locations that are lacking in services, putting them in a more precarious situation than the one they just left.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 19, 2021, at Los Angeles, California.

Sam Tsemberis, Ph.D.

**DECLARATION OF SAM TSEMBERIS IN SUPPORT OF INTERVENOR'S OPPOSITION TO MOTION FOR PRELIMNARY INJUNCTION**

# EXHIBIT 1

# SAM TSEMBERIS, Ph.D.
sam@pathwayshousingfirst.org
**1-917-584-3348**

## EDUCATION:
1966-1970:    B.A., Psychology & English Literature, Concordia University, Montreal, Que.
1973-1975:    M.A., Psychology, New School for Social Research, New York, NY
1978-1985:    Ph.D., Clinical-Community Psychology, New York University, NY

## INTERNSHIP/RESIDENCY:
1980-1981    Externship, Bronx State Psychiatric Center, Einstein Medical Center, Bronx, NY
1981-1982    Internship in Psychology, Bellevue Hospital, NYU Medical Center, NY
1982-1983    Chief Psychology Intern, Bellevue Hospital, NYU Medical Center, NY

## LICENSURE
1985-present   Clinical Psychologist, New York State, #008481-1

## POSTDOCTORAL TRAINING:
1986-1988:    Family Systems Fellowship, Salvador Minuchin, MD, Family Studies Center, NY
and Children's Hospital of Philadalphia.

## PROFESSIONAL ACTIVITIES:
American Association Psychiatric Rehabilitation - Board member
American Public Health Association - member
American Psychological Association -member

## BOARDS:
2008-present   US Association for Psychiatric Rehabilitation
2010-present   Editorial Board, American Journal of Psychiatric Rehabilitation
2012-present   Journal of Social Distress and the Homeless
2019-present   Pathways Housing First Institute
2020-present   Cooper Housing Institute

## ACADEMIC APPOINTMENTS:
1981-2008        Clinical Assistant Professor, Dept. of Psychiatry, NYU Medical Center
1985-1988        Clinical Assistant Professor, Department of Psychiatry, SUNY Downstate Medical Center
2013-2014        Associate Professor, School of Graduate Studies, Department of Psychiatry, University of Toronto
2015-2016        Visiting Research Fellow, Trinity College, Dublin.
2008-2018        Clinical Assistant Professor, NYPH, Department of Psychiatry, Columbia University Medical Center
2018-present     Clinical Associate Professor, UCLA, Department of Psychiatry and Biobehavioral Sciences, UCLA, Los Angeles, CA.

## PROFESSIONAL EXPERIENCE

### Non-profit Management

1992-2014    Founder and Executive Director of the Pathways to Housing, Inc.  Organization that developed the Housing First program, (150 employees $24M annual budget).

2003-2014    Founder and Executive Director of Pathways to Housing, Washing, DC (75 employees, $12M)

2009-2014    Founder and Executive Director of Pathways to Housing, Philadelphia, PA (35 employees, $7M)

2009-2014    Founder and Executive Director of Pathways to Housing, Vermont (20 employees $3M)

2018-present  Founder and Executive Director Pathways Housing First Institute (Consulting, training, and research in US and Internationally).

### Hospital/Medical Centers, Community Mental Health Clinics, Private Practice

1980-1988    Family Therapist, Hellenic American Neighborhood Action Committee, Astoria, Queens (part time).

1980-1983    Senior Program Analyst, Quality Assurance, Department of Mental Health, NYC Health and Hospitals Corporation.

1983-1987    Director of Program Evaluation and Quality Assurance at the State University of New York, Downstate Medical Center, Department of Child and Adolescent Psychiatry.

1984-2012    Private practice in psychotherapy: individual, family, couples (part time)

1988-1989    Research Scientist, New York State Psychiatric Institute, Columbia Presbyterian Medical Center.

1988-1995    Director, Project H.E.L.P.  (Homeless Emergency Liaison Project) New York City Health and Hospitals Corporation; Bellevue & Gouverneur Hospitals.

1990-1995    Executive Director of Choices Unlimited, a drop-in center for individuals experiencing homelessness and psychiatric symptoms, an NIMH Research Demonstration Project (part time).

2003-2008    Executive Director, ACT Training Institute, training curriculum and coordination for New York State's 75 ACT teams (part time).

2017-2019    Clinical Director of 'A Way Home's' *Housing First for Youth* research demonstration project (part time).

2017-present  Executive Director, VA-UCLA Center of Excellence for Training and Research on Veterans Homelessness and Recovery (part time).

2019-present  Director of Housing First, Step Up on Second, Santa Monica, CA.

2020-present  Clinical Director, Trans Housing Coalition, Atlanta, GA.

### Teaching Experience

1982-2008    Clinical Assistant Professor, Dept. Psychiatry, New York University Medical Center:  teaching and supervising interns, fellows, and residents in psychology,

2

social work, and psychiatry, teach undergraduate and graduate programs at NYU Graduate School of Arts and Sciences.

2013-2014    Visiting Scientist, and Associate Professor at University of Toronto, Department of Psychiatry; teaching and supervision at St. Michael's Hospital.

2015-2016    Visiting Research Fellow, Trinity College, Dublin, Ireland

2008-2018    Clinical Assistant Professor, New York Presbyterian Hospital, Department of Psychiatry, Columbia University Medical Center.

2018-2020    Clinical Associate Professor, UCLA, Department of Psychiatry and Biobehavioral Sciences, UCLA Medical Center.

## HONORS AND SPECIAL AWARDS:

1975    Frieda Wunderlich Fellowship, Graduate, New School for Social Research

1980    Canada Council Fellow, Canadian Government, doctoral research at NYU

2001    Special Achievement Award, National Alliance for the Mentally Ill NYC

2002    Special Recognition Services Award, New York University, Division of Nursing

2002    Marty Smith Memorial Award for Outstanding Contribution to the Advancement of Services for People with Psychiatric Disabilities, New York Association for Psychiatric Rehabilitation

2004    Leadership and Advocacy in Public Health, Public Health Association of NY

2005    Distinguished Administrator Award, American Association of Psychiatric Administrators, NY Chapter

2005    Gold Award in Community Mental Health, American Psychiatric Association, Institute for Psychiatric Services

2006    Macy Award for Individual Achievement, National Alliance to End Homelessness

2008    Behavioral Healthcare Champion, National Council on Behavioral Healthcare

2011    Distinguished Contribution Award, NY Association for Psychosocial Rehabilitation

2013    Housing Hall of Fame, Affordable Housing and Finance

2014    Distinguished Contribution to Practice in Community Psychology, Society for Community Research and Action, American Psychological Association.

2016    Distinguished Contribution to Independent Practice, American Psychological Association

2018    Meritorious Service Cross (Civil Division) for outstanding accomplishment to benefit Canadians (for Developing the Pathways Housing First): Governor General of Canada.

## RESEARCH GRANTS:

2017-2019    A Way Home Canada: research grant received by A Way Home from Employment and Social Development Canada; (role: Clinical Director for development, implementation, and evaluation of Housing First program for youth) ($8,450,000 3 years).

2012-2017    NIMH, Peer-led Lifestyle Program in Supportive Housing (R01MH104574), Columbia School of Social Work (role: co-investigator) ($1,200,000 3 years)

2013-2016    US Department of Health and Human Services (Administration for Community Living) and the grant number is H133G130086.  Examining Determinants of

3

Community Participation among Persons with Psychiatric Disabilities.  John Jay College, CUNY (role: advisor/consultant) ($1,750,000 3 years).

2012-2015   SAMHSA (Substance Abuse and Mental Health Services Administration). Healthworks!  Integrating health care into mental health and addiction treatment.  Services grant awarded to Pathways to Housing DC.   (role: Project Director).  ($1,350,000 3 years).

2011-2014   SAMHSA "Introducing Housing First in Rural Vermont" 1UD1T1023514-01   Three years of funding awarded (role: Principal Investigator) ($1,173,828 3 years).

2011-2014   Veteran's Administration Training Grant – 14 City Housing First Demonstration Project; (role:  project Director) ($171, 247 3 years).

2009-2014   Mental Health Commission of Canada – National Implementation of Randomized Control Trial of Housing First ($110 million/5 years) (role: research advisor and lead trainer).

2009-2014   Training Grant from Mental Health Commission of Canada: (role: project director) ($978,000 for 3 years).

2009-2014   SAMHSA "Integrating Peer-Led Illness Management and Recovery (IMR)" 5H79SM059196-02   Four years of funding awarded (role:  Project Director) ($1,980,235 for 5 years).

2009-2014   SAMHSA "Introducing Housing First-Assertive Community Treatment in Vermont" 5H79SM059197-02   Four years of funding awarded (role: Project Director); ($1,596,200 for 5 years)

**Past Support:**

1990-1993   NIMH "Taking Psych Rehab to the Streets" R01-MH48215 Three years of funding awarded (role:  Co-Principal Investigator) ($2,890,149 for 3 years).

1998-2002   SAMHSA CMHS-CSAT "From Streets to Homes: A consumer Preference Independent Living Model" 4UD9SM51970-03-2 Three years of funding awarded (role:  Principal Investigator) ($1, 130,000 for 5 years).

1998-2000   SAMHSA "Supportive Housing Study" 4UD9SM51970–03–2 (role: Co Principal Investigator) ($1,320,000 for 3 years).

2002-2004   SAMHSA CSAT, "A comparison of treatment first versus housing first programs for individuals who are homeless and have psychiatric disabilities and substance abuse disorders" 1KD1T12548-01 Two years of funding awarded (role:  Principal Investigator) ($1,120,000 for 3 years).

2004-2008   NIMH, "Consumers perceptions of Mental Health Services" R01-MH69865 Four years of funding awarded (role:  Co-Principal Investigator) ($1,250,000 for 5 years).

2009-2014   Columbia University Center for Homelessness Prevention Qualitative Assessment of the Usefulness of a Peer-Run Resource Center (role: Co-Investigator) ($3,250,000 for 5 years).

2010-2013   University of California, San Diego – Fidelity Assessment of California's Full Partnership Programs; (role: co-investigator) ($264,403 for 3 years).

## LECTURES AND PRESENTATIONS

Presentations at local, national, and international conferences and at meetings of

4

professional groups are more than 250 over the past 25 years.

## PUBLICATIONS/BIBLIOGRAPHY:

## RESEARCH PAPERS (PEER REVIEWED JOURNALS) (74):

**1980**
1) Miller, F., Tsemberis, S., Grega, D., and Malia, G.  (1980). Neighborhood Satisfaction Among Urban Dwellers.  Journal of Social Issues, 36, 107-117.
**1981**
2) Felton, B. J., Hinrichsen, G. A., & Tsemberis, S. (1981). Urban-suburban differences in the predictors of morale among the aged. Journal of Gerontology, 36 (2), 214-222.
3) Uleman,  J. , Miller,  F. , Henken,  V. , Riley,  E. , and Tsemberis,  S.  (1981).  Visual and Social Perspectives.  Replications in Social Psychology, 2, 54-58.
**1987**
4) Christ, A., Tsemberis, S., & Andrews, H.  (1987).  Childhood Disorder DRG:  Viability in a prospective payment system.  Journal of the Academy of Child and Adolescent Psychiatry, 26, 6, 825-828.
**1988**
5) Tsemberis, S., & Sullivan, C.  (1988). Seclusion in context:  Introducing a seclusion room into a children's unit of a municipal hospital.  American Journal of Orthopsychiatry, 58, 462-465.
**1989**
6) Christ, A., Andrews, H., & Tsemberis, S., (1989).  Childhood Disorder DRG:  Fiscal consequences.  Journal of the Academy of Child and Adolescent Psychiatry, 28, 729-733.

7) Christ, A., Tsemberis, S.  & Andrews, H.  (1989). Childhood Disorder DRG: Considerations for a predictive model.  Journal of the Academy of Child and Adolescent Psychiatry, 28, 47-52.
**1991**
8) Cohen, N. L., & Tsemberis, S., (1991). Emergency psychiatric intervention on the street.  New Directions for Mental Health Services, 52, 3-16.
**1994**
9) Alpert, M., Pouget, E., Minor, S., Tsemberis, S., Trujillo, M. (1994).  Some effects of folate deficiency on mental status in street dwelling homeless mentally ill.  Biological Psychiatry, 35, 9, 699-699.
**1996**
10) Tsemberis, S.  Miller, A. C., & Gartner, D.  (1996). Expert judgements of computer-based and clinician written reports.  Computers in Human Behavior 12, 1, 167-175.
**1999**
11) Tsemberis, S. & Asmussen, S. (1999).  From Streets to Homes:  The Pathways to Housing Consumer Advocacy Supported Housing Model. Alcoholism Treatment Quarterly, 17, 1, 113-131.
12) Tsemberis, S. (1999).  From streets to homes:  An innovative approach to supported housing for homeless individuals with psychiatric disabilities.  Journal of Community Psychology, 27, 225-241.
13) Tsemberis, S. & Elfenbein, C.  (1999). A perspective on voluntary and involuntary outreach services for the homeless mentally ill.  New Directions for Mental Health Services, 82, 9-19.
**2000**
14) Tsemberis, S., & Stefancic, A. (2000).  The role of an espiritista in the treatment of a

5

homeless, mentally ill Hispanic man.  Psychiatric Services, 51, 12, 1572-74.

15) Shern, D. L., Tsemberis, S., Anthony, W., Lovell, A.M., Richmond, L. (2000).  Serving Street-Dwelling Individuals Psychiatric Disabilities: Outcomes of a Psychiatric Rehabilitation Clinical Trial.  American Journal of Public Health, 90, 12, 1873-1878.

16) Tsemberis, S., & Eisenberg, R. (2000).  Pathways to housing: A supported housing program for street dwelling individuals with psychiatric disabilities.  Psychiatric Services, 51P, 4, 487-493.

**2003**

17) Tsemberis, S., Moran, L., Shinn, B., Shern, D., & Asmussen, S.  (2003).  Consumer preference programs for individuals who are homeless and have psychiatric disabilities: A drop-in center and a supported housing program.  American Journal of Community Psychology, 32, 3/4, 305-317.

18) Tsemberis, S., Rogers, S.E., Rodis, E., R., Dushuttle, P., Skryha, V.  (2003). Housing satisfaction for persons with psychiatric disabilities.  Journal of Community Psychology, 31, 6, 581-590.

19) Gulcur, L., Stefancic, A., Shinn, B., Tsemberis, S., & Fischer, S. (2003). Housing, hospitalization, and cost outcomes for individuals with psychiatric disabilities participating in housing first and continuum of care programs. Journal of Community & Applied Social Psychology, 13 (2), 171-186.

**2004**

20) *Stefancic, A., Schaefer-McDaniel, N. J., Davis, A. C., & Tsemberis, S. (2004). Maximizing follow-up of adults with histories of homelessness and psychiatric disabilities. Evaluation & Program Planning, 27, 433-422.

21) Yanos, P., Barrow, S., Tsemberis, S.  (2004). Community Integration in the Early Phase of Housing Among Homeless Persons Diagnosed with Severe Mental Illness:  Successes and Challenges.  Community Mental Health Journal, 40, 2, 133-150.

22) Tsemberis, S., Gulcur, L., & Nakae, M. (2004).  Housing First, Consumer Choice, and Harm reduction for Individuals Who Are Homeless with Dual Diagnoses:  A 24 Month Clinical Trail.  American Journal of Public Health, 94, 4, 651-656.

**2005**

23) Greenwood, R.M., Schaefer-McDaniel, N., Winkel, G., & Tsemberis, S. (2005). Decreasing psychiatric symptoms by increasing choice in services for adults with histories of homelessness.  American Journal of Community Psychology, 36, 4, 223-238.

**2006**

24) Felton, B., Barr, M., Clark, G., and Tsemberis, S. (2006).  ACT team members responses to training in recovery-oriented practices.  Psychiatric Rehabilitation Journal, 30, 2, 112-119.

25) Padgett, D., Gulcur, L., Tsemberis, S. (2006).  Housing First services for people who are homeless with co-occurring serious mental illness and substance abuse.  Research on Social Work Practice, 16, 1, 74-83.

**2007**

26) Tsemberis, S., McHugo, G., Williams, V., Hanrahan, P., & Stefancic, A. (2007).  Measuring homelessness and residential stability: The residential timeline followback inventory.  Journal of Community Psychology, 35, 1, 29-42.

27) Yanos, P., Felton, B., Tsemberis, S., Frye, V. (2007). Exploring the role of housing type, neighborhood characteristics, and lifestyle factors in the community integration of formerly homeless persons diagnosed with mental illness.  Journal of Mental Health, 16, 6, 703-717.

28) Salyers, M.P. & Tsemberis, S. (2007). ACT and recovery: Integrating evidence-based

6

practice and recovery orientation on Assertive Community Treatment teams. <u>Community Mental Health Journal</u>, <u>43</u> (6), 619-641.

29) Gulcur, L., Tsemberis, S., Stefancic, A., Greenwood, R.M. (2007). Community integration of adults with psychiatric disabilities and histories of homelessness. <u>Community Mental Health Journal,</u> 43 (3), 211-28.

30) **\*Stefancic, A., Tsemberis, S. (2007). Housing First for Long-Term Shelter Dwellers with Psychiatric Disabilities in a Suburban County: A Four-Year Study of Housing Access and Retention. <u>J. Primary Prevention</u>, *28*, 265-279.

**2008**

31) Fischer, S., Shinn, M., Shrout, P., Tsemberis, **S.** (2008). Homelessness, Mental Illness, and Criminal Activity: Examining Patterns over Time. <u>American Journal of Community Psychology</u>, *42,* 251-265.

**2009**

32) McGraw S., Larson M., Foster S., Kresky-Wolff M., Botelho E., Elstad E., Stefancic A., Tsemberis S. (2009) Adopting Best Practices: Lessons Learned in the Collaborative Initiative to Help End Chronic Homelessness (CICH). <u>The Journal of Behavioral Health Services and Research</u>, Vol 37(2), 197-212.

**2010**

33) Gilmer, T. P., Stefancic, A., Ettner, S. L., Manning, W. G., & Tsemberis, S. (2010) Effect of Full Service Partnerships on Homelessness, Utilization and Costs of Mental Health Services, and Quality of Life Among Adults with Severe Mental Illness. <u>Archives of General Psychiatry</u>. Vol 67 (6), 645-652.

**2011**

35) Yanos, P. T., Stefancic, A., & Tsemberis, S. Psychological community integration among people with psychiatric disabilities and nondisabled community members. <u>Journal of Community Psychology</u>, 39 (4), 390-401.

36) Henwood, B., Weinstein, L., Tsemberis, S. Creating a Medical Home for Homeless Persons With Serious Mental Illness. <u>Psychiatric Services</u>, 62 (5), 561.

**2012**

37) Tsemberis, S. Housing First: Basic tenents of the definition across cultures. <u>European Journal of Homelessness</u>, <u>6</u>, 2, 168-175.

38) Yanos, P. T., Stefancic, A., & Tsemberis, S. Objective community integration of mental health consumers living in supported housing and of others in the community. <u>Psychiatric Services,</u> 63 (5), 438-444.

39) Stefancic, A., Hul, L., Gillespie, C., Jost, J., Tsemberis, S., & Jones, H. Reconciling Alternative to Incarceration and Treatment Mandates with a Consumer Choice Housing First model: A Qualitative study of Individuals with Psychiatric Disabilities. <u>Journal of Forensic Psychology Practice,</u>  12, 4, 382-408.

40) Appel, P.W., Tsemberis, S., Joseph, H., Stefancic, A., Lambert-Wacey, D., Housing First for Mentally Ill Homeless Methadone Patients. <u>Journal of Addictive Disease</u>**,** #1, 270-277.

41) Cabassa, L.J. Parcesepe, A., Nicasio, A., Baxter, E., Tsemberis, S., and Lewis-Fernandez, R. Health and wellness photovoice project: engaging consumers with serious mental illness in health care interventions. <u>Qualitative Health Research</u>, 23, 5, 618-630.

42) Tsemberis, S., Kent, D., & Respress, C. Housing stability and recovery among chronically homeless persons with co-occurring disorders in Washington, DC. <u>American Journal of Public Health</u>, 102, 1, 13-16.

**2013**

7

43) Weistein, L.C., LaNoue, M.D., Plumb, J.D., King, H., Stein, B., and Tsemberis, S. A primary care-public health partnership addressing homelessness, serious mental illness, and health disparities. Journal of the American Board of Family Medicine, 26, 279-287.

44) Gilmer, T., Stefancic, A., Sklar, M., & Tsemberis, S. Development and validation of a housing first fidelity survey. Psychiatric Services, 64, 9, 911-914.

45) Stefancic, A, Henwood, B., Melton, H., Shin, SM, Lawrence-Gomez, R., and Tsemberis, S. Implementing Housing First in Rural Areas:  Pathways Vermont, American Journal of Public Health, 103, 206-209.

46) Tsemberis, S., Housing First: Implementation, dissemination, and program fidelity. American Journal of Psychiatric Rehabilitation, 16, 235-239.

47) Stefancic, A., Tsemberis, S., Messeri, P., Drake, R., and Goering, P.  The Pathways Housing First fidelity scale for programs serving individuals with psychiatric disabilities.  American Journal of Psychiatric Rehabilitation, 16, 240-261.

48) Henwood, B., Shinn, M., Tsemberis, S and Padgett, D.  Examining provider perspectives within Housing First and traditional programs.  American Journal of Psychiatric Rehabilitation, 16, 262-274.

49) Keller, C., Goering, P., Hume, C., Mcnaughton, E., O'Campo, P., Sarang, A., Thompson, M., Valle, C., Watson, A., and Tsemberis, S.  Initial implementation of Housing First in five Canadian Cities: How do you make the shoe fit, when one size does not fit all?  American Journal of Psychiatric Rehabilitation, 16, 275-289.

50) Greenwood, R.M., Stefancic, A., Tsemberis, S., and Busch-Geertsema, V.  Implementation of Housing First in Europe:  Success and challenges in maintaining model fidelity.  American Journal of Psychiatric Rehabilitation, 16, 290-312.

51) Gilmer, T., Ojeda, V.D., Hiller, S., Stefancic, A., Tsemberis, S., and Palinkas, L.A. Variations in full service partnerships and fidelity to the Housing First Model.  American Journal of Psychiatric Rehabilitation, 16, 313-328.

52) Greenwood, R., Stefancic, A., & Tsemberis, S.  Housing First for homeless persons with psychiatric disabilities: Program innovation, research, and advocacy.  Journal of Social Issues, 69, 4, 645-663.

53) Nelson, G., Stefancic, A., Rae, J., Tsemberis, S., et al.  Early Implementation Evaluation of a multi-site Housing First intervention for people with mental illness; A mixed Methods Approach.  Evaluation and Program Planning, 43, 16-26.

**2014**

54) Tsemberis, S.  Evidence based values in housing and treatment. Psychiatric Services, 65, 3, 1.

55) Gilmer, T.P., Stefancic, A., Tsemberis, S. & Ettner, S.L.  Full-Service Partnerships Among Adults with Serious Mental Illness in California:  Impact on Utilization and Costs.  Psychiatric Services, 65, 9 112-1125.

56) Stergiopoulos, V., Gozdzik, A., O'Campo, P., Holtby, A.R., Jeyaratnam, J., & Tsemberis, S. Housing First:  Exploring participants early support needs.  BMC Health Services Research, 14. 167-182.

57) Gilmer, T.P., Stefancic, A., Katz. M.L., Sklar, M., Tsemberis, S., & Palinkas, L.A.  Fidelity to the Housing First model and effectiveness of supported housing.  Psychiatric Services, 65, 1318-1324.

**2015**

58) Goering, P., Veldhuizen, S., Nelson, G., Stefancic, A., Tsemberis, S., Adair, C., Distasio, J., Aubry, T., Stergiopoulos, V., & Streiner, D. (2016). Further validation of the Pathways Housing

First Scale. <u>Psychiatric Services</u>, *67,* 111-114. http://dx.doi.org/10.1176/appi.ps.201400359

59) Aubry, T., Tsemberis**,** S., Adair, C.E., Veldhuizen, S., Steiner, D., et al. One Year Outcomes of a Randomized Controlled Trial of Housing First in Five Canadian Cities.  <u>Psychiatric Services</u>, 66, 5, 463-469.

60) McNaughton, E., Stefancic, A., Nelson, G., Caplan, Tsemberis, S et al.  Implementing Housing First Across Sites and Over Time: Later Fidelity Implementation Evaluation of a Pan-Canadian Multi-Site Housing Program for Homeless People with Mental Illness.  <u>American Journal of Community Psychology 03/2015.</u>

61) Aubry, T., Nelson, G., & Tsemberis, S., Housing First for People with Severe Mental Illness Who Are Homeless: A Review of Research Findings from At Home/Chez Soi Demonstration Project.  <u>The Canadian Journal of Psychiatry</u>, 467-474.

**2016**

62) Volk, J., Aubry, T., Goering, P., Adair, C., … Tsemberis, S.  Tenants with additional needs: when housing first does not solve homelessness.  <u>Journal of Mental Health</u>, 25, <u>2,</u> 169-175

63) Aubry, T., Goering, P., Veldhuizen, S., Adair, C, …Tsemberis, S.  A multi-city RCT in Five Canadian Cities of Housing First with Assertive Community Treatment for Persons with Serious Mental Illness and a History of Homelessness.  <u>Psychiatric Services, 67:275–281</u>; http://dx.doi.org/10.1176/appi.ps.201400587.

64) Smelson, D. A., Zaykowski, H., Guevermont, N., Siegfriedt, J., … Kane, V. (2016). Integrating permanent supportive housing and co-occurring disorder treatment for individuals who are homeless.  <u>Journal of Dual Diagnosis, 4, 2, 193-201</u>.

**2017**

65) Macnaughton, E., Worton, K.S., Nelson, G., …. Tsemberis, S.  Final cross-site report on Housing First implementation in six Canadian communities.  Waterloo, ON: Wildred Laurier University.

66) Worton, K., Hasford, J., Macnaughton, E., Nelson, G., … Tsemberis, S. (2017). Understanding systems change in early implementation of Housing First in Canadian communities: an examination of facilitators/barriers, training/technical assistance and points of leverage.  <u>American Journal of Community Psychology</u>, *61,* 118-130. 0:1-13 DOI 10.1002/ajcp.12219

**2018**

67) Nelson, G., Macnaughton, E., Worton, S.K.*, Tsemberis, S., MacLeod, T., Stergiopoulos, V., Goering, P., Aubry, T., Hasford, J., & Distasio, J. (2018).  Systems change in the context of an initiative to scale up Housing First in Canada. *Journal of Community Psychology,* DOI: 10.1002/jcop.22095.

68) Macnaughton, E., Nelson, G., Worton, S.K.*, Tsemberis, S., MacLeod, T., Stergiopoulos, V., Aubry, T., Hasford, J., Distasio, J., & Goering, P.  (2018).  Navigating complex implementation contexts: Overcoming challenges and achieving outcomes in a national initiative to scale out Housing First in Canada. *American Journal of Community Psychology*, DOI: 10.1002/ajcp.12268

69) Watson, D. P., Ahonen, E. Q., Scuman, V., Brown, M., Tsemberis, S., et al. The housing first technical assistance and training (HFTAT) implementation strategy: outcomes from a mixed methods study of three programs.  Substance Abuse Treatment, Prevention and Policy, 13, 32 https://doi.org/10.1186/s13011-018-0172-3

70)  Rae, J., Samosh, J., Aubry, T., Tsemberis, S., Agha, A. and Shah, D. (2018) What Helps and What Hinders Program Fidelity to Housing First: Pathways to Housing DC, *European Journal of Homelessness* 12(3), 107-132.

**2019**

71) Nelson, G., Worton, K.S., Macnaughton, E., Tsemberis, S., …. Distasio, J.  (2019).  Systems change in the context of an initiative to scale up Housing First in Canada.  *Journal of Community Psychology*, 47, 7-20.

72) Hasford, J., Nelson, G., Worton, K.S., Macnaughton, E., Tsemberis, S., …  Goering, P. Knowledge translation and implementation of Housing First in Canada: a qualitative assessment of capacity building needs for an evidence-based program.  *Evaluation and Program Planning*, 75, 1-9.

**2020**

73) Brown, M., Anh-Dao Tran, C., Cummings, C., … Tsemberis, S.  Attempting Randomized Housing First Research in a Community Context: Reflections on Failure. *American Journal of Community Psychology*,  https://doi.org/10.1002/ajcp.12421

74) Nelson, G., Aubry, T., Tsemberis, S., & Macnaughton, E. Psychology and Public Policy: The Story of a Housing First Project for Homeless People with Mental Illness. *Canadian Psychology*, Vol. 6, No. 3, 257-268.


## CHAPTERS (24):

**1987**

1.      Orfanos, S., & Tsemberis, S**.**, (1987).  A needs assessment of the Greek American Schools in New York City.  In S. Orfanos, H. Psomiades, and J. Spiridakis (Eds.), Education and Greek Americans:  Process and Prospects (p.185-201).

**1989**

2.      Rotheram, M. & Tsemberis, S**.**, (1989).  Social competency training programs in ethnically diverse communities.  In L. Bond, B. & Compass (Eds.), Primary Prevention and Promotion in the Schools (P. 297-318).  Newbury Park, CA:  Sage Publications.

**1993**

3.      Tsemberis, S., Cohen, N. L., & Jones, R.  (1993).  Conducting emergency psychiatric evaluations on the street.  In S. Katz, D. Nardacci, & A. Sabatini (Eds.), Intensive Treatment of the Homeless Mentally Ill (p. 71-89).  Washington, DC: American Psychiatric Press, Inc.

**1996**

4.      Tsemberis, S. (1996).  From outcasts to community:  A support group for homeless men. In A. Andronico (Ed.), Working with Men in Groups (p.35-49).  Washington DC; American Psychological Association Press.

5.      Tsemberis, S**.**, & Orfanos, S. D.  (1996).  Greek American Families.  In M. McGoldrick & J. Giordano (Eds.)  Ethnicity and Family Therapy (p. 517-529).  New York:  Guilford Press.2004

**1997**

6.       Shern, D.  L., Tsemberis, S., Winarski, J., Cope, N., Cohen, M.., & Anthony, W., (1997).  A psychiatric rehabilitation demonstration for individuals who are street dwelling and seriously disabled.  In W. Breaky & J. Thompson (Eds.), Mentally Ill and Homeless:  Special programs for special needs (p 119-149).  The Netherlands:  Harwood Academic Publishers.


**1998**

7.      Shinn, M. & Tsemberis, S**.**  (1998).  Is housing the cure for homelessness?  In S. Oskamp (Ed.), Addressing Community Problems: Research and Intervention, (pp. 52-77). Thousand Oaks:  Sage Publications

10

**1999**

8.  **Tsemberis, S**. (1999).  Greek American families: Immigration, acculturation, and psychological well-being.  In S. Tsemberis, H. Psomiades, & A. Karpathakis (Eds.)  Greek American Families: Traditions and Transformations (pp. 197-223).  New York: Pella Press.

**2004**

10.     *Tsemberis, S. (2004). Housing First. Encyclopedia of Homelessness (Vol 1, pp. 277 - 280.) Thousand Oaks: Sage.

11.     * Tsemberis, S. and O'Callaghan, S. (2004). Harm Reduction. Encyclopedia of Homelessness (Vol 1, pp. 189 -193). Thousand Oaks: Sage.

**2007**

12. Barrow, S., McMullin, S., Tripp, J., & Tsemberis, S.  (2007). Consumer Integration and self-determination in homelessness research, policy, planning, and services.  National Symposium on Homelessness Research, 3-1 – 3-55. Housing and Urban Development (HUD), Washington, DC.

**2010**

13.     Tsemberis, S. (2010) Housing First: Ending Homelessness, Promoting Recovery, and Reducing Costs.  In Gould Ellen I., O'Flaherty B. (Eds.). How to House the Homeless (pp. 37-56). New York: Russell Sage Publications.

**2011**

14.     Tsemberis S., Henwood B. (2011) Housing First: A Guide for Clinicians. In Estrine S.A., Hettenbach M.G., Arthur H.G., and Messina M. (Eds.).  Service Delivery for Vulnerable Populations: New Directions in Behavioral Health.  (pp.183-pp.203) New York: Springer Publishing.

**2012**

15.     Nelson G., Goering P., & Tsemberis, S. (2012) Housing for People with Lived Experience of Mental Health Issues: Housing First As a Strategy to Improve Quality of Life. In Walker, C., Johnson, K., & Cunningham, L. (Eds.) Community Psychology & the Socio-economics of Mental Distress. (pp.191-206) New York: Palgrave Macmillian.

16.     *Tsemberis, S., Henwood, B., Yu V., Whoriskey A., & Stefancic A. (2012) The Role of Psychiatry in Permanent Supported Housing. In McQuistion H., Sowers W., Ranz J., and Maus Feldman J. (Eds.) Handbook of Community Psychiatry. (pp. 349-368) New York: Springer.

**2013**

17.     Salyers M., Stull L., & Tsemberis, S.. (2013). Assertive Community Treatment and Recovery.  In V. Vandiver (Ed.) Best Practices in Community Mental Health: A Pocket Guide, (p103-115). NY, NY: Oxford University Press.

18.     Tsemberis, S. & Henwood, B.  Housing First: Homelessness, Recovery, and Community Integration.  In V. Vandiver (Ed.) Best Practices in Community Mental Health: A Pocket Guide, (p. 132-150). NY, NY: Oxford University Press.

**2014**

19.  Ridgway, P., & Tsemberis, S. Housing.  In Best Practices in Psychiatric Rehabilitation, 2nd

11

Edition, (Chapter 10, p, 147-163).  Psychiatric Rehabilitation Association, Publisher.

20.  Goering, P., & Tsemberis, S., Housing First and System/Community Transformation. In G. Nelson, B. Kloos, & J. Ornelas (Eds.) Community Psychology and Community Mental Health: Towards Transformative Change (Ch. 13. P. 278-291).  Oxford University Press.

**2015**

20. Tsemberis, S. & Henwood, B.  The Housing First Approach. In D. Burnes & D. DiLeo (Eds.), *Ending homelessness: why we don't and how we can.*  (pp. 159-175).  Lynne Rienner Publishers.

**2017**

21. Tsemberis, S., & McNaughton, E.  Homelessness and Challenges of Community Care.  In N. Okkels, C. B. Kristiansen, & P. M. Jorgensen (Eds.), *Mental Health and Mental Illness in the City*.  Meteor-Springer.

22. MacNaughton, E., Worton, K., Nelson, G., Hasford, J. & Tsemberis, S. Final Cross-site Report on Housing First Implementation in Six Canadian Communities. http://homelesshub.ca/resource/final-cross-site-report-housing-first-implementation-six-canadian-communities

**2018**

 23. Tsemberis, S. What is the role for shelters in Housing First?  In James Hughes (Ed.) *Beyond shelters: solutions to homelessness in Canada from the front lines* (pp. 20-45).  Toronto, Canada, Lorimer & Co. publishers.

24. Tsemberis, S., & Gurdak, K., Housing First: from streets to homes to recovery.  In Christian Laval (Ed.), Housing First: au-dela du sans-abrisme et de la psychiatrie, Vie Sociale, Centre National du Livre, 23, 31-52.

**BOOKS (3):**

**1999**
Tsemberis, S., Psomiades, H., & Karpathakis, A. (Editors). Greek American Families: Traditions and Transformations. New York: Pella Press

**2010**
Tsemberis, S. (2010) Housing First**:** The Pathways Model to End Homelessness for People with Mental Illness and Addiction Manual. Center City: Dartmouth PRC/Hazelden Evidence Based Practice Series, Hazelden Publications.  (The Housing Frist Manual has been translated into Spanish, French, Norwegian, Czech, and Polish).

**2016**
Padgett, D., Henwood, B., & Tsemberis, S. (2015).  Housing First: Ending Homelessness, Transforming Lives, and Systems Change.  New York: Oxford University Press.