RODRIGO A. CASTRO-SILVA (SBN 185251), *County Counsel*
rcastro-silva@counsel.lacounty.gov
LAUREN M. BLACK (SBN 192302), *Assistant County Counsel*
AMIE S. PARK (SBN 273346), *Deputy County Counsel*
500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel.: (213) 974-1830 | Fax: (213) 626-7446

BYRON J. MCLAIN (SBN 257191)
bmclain@foley.com
FOLEY & LARDNER, LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071
Tel.: (310) 972-4500 | Fax: (213) 486-0065

LOUIS R. MILLER (SBN 54141)
smiller@millerbarondess.com
MIRA HASHMALL (SBN 216842)
EMILY A. RODRIGUEZ-SANCHIRICO (SBN 311294)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES** <br><br> **NOTICE OF INTERLOCUTORY APPEAL** <br><br> Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

1 **NOTICE OF INTERLOCUTORY APPEAL**

2    Defendant County of Los Angeles hereby gives notice that it is appealing the Court's April 20, 2021 Order (Dkt. No. 277) granting Plaintiffs' Motion for Preliminary Injunction (the "April 20, 2021 Order") to the United States Court of Appeals for the Ninth Circuit. A true and correct copy of the April 20, 2021 Order is attached hereto as **Exhibit A**.

   **PLEASE TAKE FURTHER NOTICE** that, pursuant to Ninth Circuit Rule 3-2, a Representation Statement is attached to this filing.

DATED: April 21, 2021          MILLER BARONDESS, LLP


By:    /s/ Mira Hashmall
       MIRA HASHMALL
       Attorneys for Defendant
       COUNTY OF LOS ANGELES

# REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2, the undersigned represents the County of Los Angeles, defendant and appellant in this matter, and no other party.  Attached is a service list that shows all of the parties to this action and identifies their counsel by name, address, and telephone number, if known.  (F.R.A.P. 12(b); Circuit Rule 3-2(b).)

DATED:  April 21, 2021                    MILLER BARONDESS, LLP


By:     /s/ Mira Hashmall
MIRA HASHMALL
Attorneys for Defendant
COUNTY OF LOS ANGELES