# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1999 Avenue of the Stars, Suite 1000, Los Angeles, CA 90067.

On April 21, 2021, I served true copies of the following document(s) described as:

**NOTICE OF INTERLOCUTORY APPEAL**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 21, 2021, at Los Angeles, California.

_Angelica R. Ransom_

508727.1

Case No. 2:20-cv-02291 DOC-KES

NOTICE OF INTERLOCUTORY APPEAL

# SERVICE LIST
*LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
Case No. 2:20-cv-02291

## PLAINTIFFS

| | |
|---|---|
| **Charles Malow**<br>**Charles Van Scoy**<br>**George Frem**<br>**Gary Whitter**<br>**Leandro Suarez**<br>represented by | **Elizabeth Anne Mitchell**<br>**Matthew Donald Umhofer**<br>SPERTUS, LANDES & UMHOFER, LLP<br>617 West 7th Street, Suite 200<br>Los Angeles, CA 90017<br>213-205-6520<br>Email: matthew@spertuslaw.com;<br>emitchell@spertuslaw.com |

## INTERVENOR PLAINTIFFS

| | |
|---|---|
| **Latino Coalition of Los Angeles**<br>**Josue Tiguila**<br>represented by | **Christian M. Contreras**<br>Guizar Henderson and Carrazco, LLP<br>3500 West Beverly Boulevard<br>Montebello, CA 90640<br>323-725-1151<br>Email: ccontreras@ghclegal.com |

## DEFENDANTS

| | |
|---|---|
| **City of Los Angeles**, represented by | **Arlene Nancy Hoang**<br>Los Angeles City Attorneys Office<br>City Hall East<br>200 North Main Street, Room 675<br>Los Angeles, CA 90012<br>213-978-6952<br>Email: arlene.hoang@lacity.org<br><br>**Scott D. Marcus**<br>Los Angeles City Attorneys Office<br>200 North Main Street, 7th Floor, Room 675<br>Los Angeles, CA 90012<br>213-978-7558<br>Email: scott.marcus@lacity.org |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

| | |
|---|---|
| | **Jessica Mariani**<br>Los Angeles City Attorneys Office<br>Business & Complex Litigation<br>200 North Main Street, Room 675<br>Los Angeles, CA 90012<br>213-978-6952<br>Email: jessica.mariani@lacity.org |
| **County of Los Angeles**, represented by | **Amie S. Park**<br>Los Angeles County Counsel Office<br>500 West Temple Street, 6th Floor<br>Los Angeles, CA 90012<br>213-893-5939<br>Email: apark@counsel.lacounty.gov |
| | **Brandon D. Young**<br>Manatt Phelps and Phillips LLP<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>310-312-4181<br>Email: bdyoung@manatt.com |
| | **Byron J. McLain**<br>Foley and Lardner LLP<br>555 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2411<br>213-972-4500<br>Email: bmclain@foley.com |
| | **Lauren M. Black**<br>Los Angeles County Counsel Office<br>500 West Temple Street, 6th Floor<br>Los Angeles, CA 90012-2713<br>213-974-1943<br>Email: lblack@counsel.lacounty.gov |

| | | |
|---|---|---|
| 1 | **AMICI CURIAE** | |
| 2 | **NAACP - Compton Branch** | **David H. Martin** |
| 3 | **CORE-CA** | Law Office of Mark Ravis and Associates |
| 4 | **Committee for Safe Havens** represented by | 26565 West Agoura Road, Suite 200 |
| 5 | | Calabasas, CA 91302 |
| 6 | | 310-295-4145 |
| | | Email: david@jtlegalgroup.com |
| 7 | | |
| 8 | | **Mark S. Ravis** |
| 9 | | Law Office of Mark Ravis and Associates |
| 10 | | 1900 Avenue of the Stars Suite 1100 |
| 11 | | Los Angeles, CA 90067 |
| 12 | | 310-295-4145 |
| | | Email: mravis99@gmail.com |
| 13 | **Central City Association of Los Angeles**, represented by | **Theano Evangelis Kapur** |
| 14 | | **Bradley Joseph Hamburger** |
| 15 | | Gibson Dunn and Crutcher LLP |
| | | 333 South Grand Avenue |
| 16 | | Los Angeles, CA 90071-3197 |
| 17 | | 213-229-7726; 213-229-7000 |
| | | Email: tevangelis@gibsondunn.com; bhamburger@gibsondunn.com |
| 18 | **The Center in Hollywood** | |
| 19 | **Union Rescue Mission**, represented by | **Manuel A. Abascal** |
| 20 | | Latham and Watkins LLP |
| 21 | | 355 South Grand Avenue Suite 100 |
| 22 | | Los Angeles, CA 90071-1560 |
| | | 213-485-1234 |
| 23 | | Email: manny.abascal@lw.com |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

| | |
|---|---|
| **SPECIAL MASTERS** | |
| Michele Martinez | |
| Hon James L. Smith | |
| **INTERESTED PARTIES** | |
| Urban Offerings, Inc. | |
| Santee Village Homeowner's Association | |
| **INTERVENORS** | |
| **Orange County Catholic Worker**, represented by | **Brooke Alyson Weitzman** Elder Law and Disability Rights Center 1535 East 17th Street, Suite 110 Santa Ana, CA 92705 714-617-5353 Email: bweitzman@eldrcenter.org |
| | **Catherine Elizabeth Sweetser** Schonbrun Seplow Harris Hoffman and Zeldes LLP 9415 Culver Boulevard, Suite 115 Culver City, CA 90232 310-396-0731 Email: csweetser@sshhzlaw.com |
| | **Paul L. Hoffman** Schonbrun Seplow Harris and Hoffman LLP 200 Pier Avenue, Suite 226 Hermosa Beach, CA 90254 310-717-7373 Email: hoffpaul@aol.com |
| | **Weston C. Rowland** Law Office of Carol A. Sobel 725 Arizona Avenue, Suite 300 Santa Monica, CA 90401 424-744-8703 Email: rowland.weston@gmail.com |
| | **William R. Wise , Jr.** Elder Law and Disability Rights Center |

|   |   |   |
|---|---|---|
| 1 |   | 1535 East 17th Street, Suite 110 |
| 2 |   | Santa Ana, CA 92705 |
| 3 |   | 714-617-5353 |
|   |   | Email: bwise@eldrcenter.org |
| 4 |   |   |
| 5 |   | **Carol A. Sobel** |
|   |   | Law Office of Carol A. Sobel |
| 6 |   | 1158 26th Street. Suite 552 |
| 7 |   | Santa Monica, CA 90403 |
|   |   | 310-393-3055 |
| 8 |   | Email: carolsobellaw@gmail.com |
| 9 | **Los Angeles Catholic Worker**, | **Catherine Elizabeth Sweetser** |
| 10 | represented by | (See above for address) |
| 11 |   | **Shayla Renee Myers** |
| 12 |   | Legal Aid Foundation of Los Angeles |
|   |   | 7000 S. Broadway |
| 13 |   | Los Angeles, CA 90003 |
| 14 |   | 213-640-3983 |
|   |   | Email: smyers@lafla.org |
| 15 |   |   |
| 16 | **Cangress**, *doing business as* | **Carol A Sobel** |
|   | Los Angeles Community Action | (See above for address) |
| 17 | Network (LA CAN), represented by |   |
| 18 |   | **Catherine Elizabeth Sweetser** |
|   |   | (See above for address) |
| 19 |   |   |
| 20 |   | **Shayla Renee Myers** |
|   |   | (See above for address) |
| 21 | **Los Angeles Community Action** | **Carol A Sobel** |
| 22 | **Network**, represented by | (See above for address) |
| 23 |   | **Shayla Renee Myers** |
| 24 |   | (See above for address) |
| 25 |   |   |
| 26 |   |   |
| 27 |   |   |
| 28 |   |   |

508727.1

Case No. 2:20-cv-02291 DOC-KES

NOTICE OF INTERLOCUTORY APPEAL