Name: Scott D. Marcus
Address: 200 No. Main Street, 7th Floor
City, State, Zip: Los Angeles, CA 90012
Phone: 213-978-7558
Fax: 213-978-8216
E-Mail: Scott.Marcus@lacity.org

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

**PRELIMINARY INJUNCTION APPEAL**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LA Alliance for Human Rights, et al.,

PLAINTIFF(S),

v.

City of Los Angeles, et al.,

DEFENDANT(S).

CASE NUMBER: 2:20-cv-02291-DOC

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _the City of Los Angeles_ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
  Order Granting Preliminary Injunction

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _04/20/2021 clarified 04/22/2021_. Entered on the docket in this action on _04/20/2021 and 04/22/2021_.

A copy of said judgment or order is attached hereto.

04/23/2021
Date

*SCOTT MARCUS*
Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).