# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES            Date: April 22, 2021

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    CLARIFICATION ORDER**

      The Court provides the following two clarifications regarding the Preliminary Injunction issued on April 20, 2021. First, the directives under "Accountability" and "City- and County-Wide Actions" pertain to *all* districts in the City and County and are not limited in any way to Skid Row. Second, the provision regarding the cessation of sales and transfers by lease or covenant under Section 2(a)(ii) does not apply to projects in progress as of the date of the order, April 20, 2021.

      The Clerk shall serve this minute order on the parties.

Case 2:20-cv-02291-DOC-KES Document 281 Filed 04/22/21 Page 1 of 1 Page ID #:7580