Alliance for Human Rights et al v. City of Los Angeles et al

2:20-cv-02291-DOC-KES LA

# Representation Statement

| | | |
|---|---|---|
| **Manuel A Abascal**<br>Latham and Watkins LLP<br>355 South Grand Avenue Suite 100<br>Los Angeles, CA 90071-1560<br>213-485-1234<br>213-891-8763 (fax)<br>manny.abascal@lw.com<br>*Assigned: 03/04/2021*<br>*ATTORNEY TO BE NOTICED* | representing | **Union Rescue Mission**<br>*(Amicus)* |
| **Lauren M Black**<br>Los Angeles County Counsel Office<br>500 W Temple Street 6th Floor<br>Los Angeles, CA 90012-2713<br>213-974-1943<br>lblack@counsel.lacounty.gov<br>*Assigned: 04/06/2020*<br>*ATTORNEY TO BE NOTICED* | representing | **County of Los Angeles**<br><br>Clerk of the Board<br>500 W. Temple Street # 383<br>Los Angeles, CA 90012<br>*(Defendant)* |
| **Christian M Contreras**<br>Guizar Henderson and Carrazco, LLP<br>3500 West Beverly Boulevard<br>Montebello, CA 90640<br>323-725-1151<br>ccontreras@ghclegal.com | representing | **Latino Coalition of Los Angeles**<br><br>Guizar, Henderson & Carrazco, LLP<br>3500 W. Beverly Blvd.<br>Montebello<br>Montebello, CA 90640 |

|  |  |  |
|---|---|---|
| Assigned: 07/17/2020<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | | United Sta<br>3237251151<br>ccontreras@ghclegal.com<br>*(Intervenor Plaintiff)* |
| | | **Josue Tiguila**<br><br>Guizar, Henderson & Carrazco, LLP<br>3500 W. Beverly Blvd.<br>Montebello<br>Montebello, CA 90640<br>United Sta<br>3237251151<br>ccontreras@ghclegal.com<br>*(Intervenor Plaintiff)* |
| **Bradley Joseph Hamburger**<br>Gibson Dunn and Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>213-229-7000<br>213-229-7520 (fax)<br>bhamburger@gibsondunn.com<br>  Assigned: 03/04/2021<br>  ATTORNEY TO BE NOTICED | representing | **Central City Association of Los Angeles**<br>626 Wilshire Blvd<br>Suite 850<br>Los Angeles<br>Los Angeles, CA Los Angeles<br>United Sta<br>*(Amicus)* |
| **Jennifer Mira Hashmall**<br>Miller Barondess LLP<br>1999 Avenue of the Stars Suite 1000<br>Los Angeles, CA 90067<br>310-552-4400<br>mhashmall@millerbarondess.com<br>  Assigned: 04/21/2020<br>  LEAD ATTORNEY<br>  ATTORNEY TO BE NOTICED | representing | **County of Los Angeles**<br><br>Clerk of the Board<br>500 W. Temple Street # 383<br>Los Angeles, CA 90012<br>*(Defendant)* |

| | | |
|---|---|---|
| **Arlene Nancy Hoang**<br>Los Angeles City Attorneys Office<br>City Hall East<br>200 North Main Street Room 675<br>Los Angeles, CA 90012<br>213-978-6952<br>213-978-7011 (fax)<br>arlene.hoang@lacity.org<br>  *Assigned: 03/17/2020*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **City of Los Angeles**<br>City Clerk's Office<br>200 North Spring Street, RM 395<br>Los Angeles, CA 90012<br>*(Defendant)* |
| **Paul L Hoffman**<br>Schonbrun Seplow Harris and Hoffman LLP<br>200 Pier Avenue Suite 226<br>Hermosa Beach, CA 90254<br>310-717-7373<br>310-399-7040 (fax)<br>hoffpaul@aol.com<br>  *Assigned: 03/17/2020*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **Orange County Catholic Worker**<br>*(Intervenor)* |
| **Theano Evangelis Kapur**<br>Gibson Dunn and Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>213-229-7726<br>213-229-6726 (fax)<br>tevangelis@gibsondunn.com<br>  *Assigned: 03/04/2021*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **Central City Association of Los Angeles**<br>626 Wilshire Blvd<br>Suite 850<br>Los Angeles<br>Los Angeles, CA Los Angeles<br>United Sta<br>*(Amicus)* |

| | | |
|---|---|---|
| **Scott D Marcus**<br>Los Angeles City Attorneys Office<br>200 North Main Street 7th Floor Room 675<br>Los Angeles, CA 90012<br>213-978-7558<br>213-978-8216 (fax)<br>scott.marcus@lacity.org<br>  *Assigned: 03/17/2020*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **City of Los Angeles**<br><br>City Clerk's Office<br>200 North Spring Street, RM 395<br>Los Angeles, CA 90012<br>*(Defendant)* |
| **Jessica Mariani**<br>Los Angeles City Attorneys Office<br>Business & Complex Litigation<br>200 North Main Street Room 675<br>Los Angeles, CA 90012<br>213-978-6952<br>213-978-7011 (fax)<br>jessica.mariani@lacity.org<br>  *Assigned: 03/17/2020* | representing | **City of Los Angeles**<br><br>City Clerk's Office<br>200 North Spring Street, RM 395<br>Los Angeles, CA 90012<br>*(Defendant)* |

ATTORNEY TO BE NOTICED

| | | |
|---|---|---|
| **David H Martin**<br>Law Office of Mark Ravis and Associates<br>26565 West Agoura Raod Suite 200<br>Calabasas, CA 91302<br>310-295-4145<br>310-388-5251 (fax)<br>david@jtlegalgroup.com<br>  *Assigned: 04/11/2021*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **CORE-CA**<br>*(Amicus)* |
| | | **NAACP - Compton Branch**<br>*(Amicus)* |
| **Byron J McLain**<br>Foley and Lardner LLP<br>555 South Flower Street Suite 3300<br>Los Angeles, CA 90071-2411<br>213-972-4500<br>213-486-0065 (fax)<br>bmclain@foley.com<br>  *Assigned: 03/19/2020*<br>  *ATTORNEY TO BE NOTICED* | representing | **County of Los Angeles**<br><br>Clerk of the Board<br>500 W. Temple Street # 383<br>Los Angeles, CA 90012<br>*(Defendant)* |

| | | |
|---|---|---|
| **Louis R Miller**<br>Miller Barondess LLP<br>1999 Avenue of the Stars Suite 1000<br>Los Angeles, CA 90067<br>310-552-4400<br>310-552-8400 (fax)<br>smiller@millerbarondess.com<br> *Assigned: 04/21/2020*<br> *ATTORNEY TO BE NOTICED* | representing | **County of Los Angeles**<br><br>Clerk of the Board<br>500 W. Temple Street # 383<br>Los Angeles, CA 90012<br>*(Defendant)* |
| **Elizabeth Anne Mitchell**<br>Spertus Landes and Umhofer LLP<br>617 West 7th Street Suite 200<br>Los Angeles, CA 90017<br>213-205-6520<br>213-205-6521 (fax)<br>emitchell@spertuslaw.com<br> *Assigned: 03/10/2020*<br> *LEAD ATTORNEY*<br> *ATTORNEY TO BE NOTICED* | representing | **LA Alliance for Human Rights**<br>*(Plaintiff)*<br><br><br>**Charles Malow**<br>*(Plaintiff)*<br><br>**Charles Van Scoy**<br>*(Plaintiff)*<br><br>**Gary Whitter**<br>*(Plaintiff)*<br><br>**George Frem**<br>*(Plaintiff)* |

|  |  |  |
|---|---|---|
|  |  | **Harry Tashdjian** <br> *(Plaintiff)* |
|  |  | **Joseph Burk** <br> *(Plaintiff)* |
|  |  | **Karyn Pinsky** <br> *(Plaintiff)* |
|  |  | **Leandro Suarez** <br> *(Plaintiff)* |
| **Shayla Renee Myers** <br> Legal Aid Foundation of Los Angeles <br> 7000 S Broadway <br> Los Angeles, CA 90003 <br> 213-640-3983 <br> 213-640-3988 (fax) <br> smyers@lafla.org <br>  *Assigned: 03/18/2020* <br>  *ATTORNEY TO BE NOTICED* | representing | **Cangress** <br> *(Intervenor)* |
|  |  | **Los Angeles Catholic Worker** <br> *(Intervenor)* |
|  |  | **Los Angeles Community Action Network** <br> *(Intervenor)* |
| **Amie S Park** <br> Los Angeles County Counsel Office <br> 500 West Temple Street 6th Floor <br> Los Angeles, CA 90012 | representing | **County of Los Angeles** <br><br> Clerk of the Board <br> 500 W. Temple Street # 383 |

| | | |
|---|---|---|
| 213-893-5939<br>213-626-2105 (fax)<br>apark@counsel.lacounty.gov<br> *Assigned: 07/10/2020*<br> ATTORNEY TO BE NOTICED | | Los Angeles, CA 90012<br>*(Defendant)* |
| **Mark S Ravis**<br>Law Office of Mark Ravis and Associates<br>1900 Avenue of the Stars Suite 1100<br>Los Angeles, CA 90067<br>310-295-4145<br>310-388-5251 (fax)<br>mravis99@gmail.com<br> *Assigned: 03/04/2021*<br> ATTORNEY TO BE NOTICED | representing | **CORE-CA**<br>*(Amicus)*<br><br>**Committee for Safe Havens**<br>*(Amicus)*<br><br>**NAACP - Compton Branch**<br>*(Amicus)* |

|  |  |  |
|---|---|---|
|  |  | TERMINATED: 04/15/2020<br>*(Intervenor Plaintiff)* |
| **Weston C Rowland**<br>Law Office of Carol A Sobel<br>725 Arizona Avenue Suite 300<br>Santa Monica, CA 90401<br>424-744-8703<br>rowland.weston@gmail.com<br> *Assigned: 03/17/2020*<br> *LEAD ATTORNEY*<br> *ATTORNEY TO BE NOTICED* | representing | **Orange County Catholic Worker**<br>*(Intervenor)* |
| **Carol A Sobel**<br>Law Office of Carol A. Sobel<br>1158 26th Street. Suite 552<br>Ste #552<br>Santa Monica, CA 90403<br>310-393-3055<br>carolsobellaw@gmail.com<br> *Assigned: 03/17/2020*<br> *ATTORNEY TO BE NOTICED* | representing | **Cangress**<br>*(Intervenor)* |
|  |  | **Los Angeles Community Action Network**<br>*(Intervenor)* |
|  |  | **Orange County Catholic Worker**<br>*(Intervenor)* |
| **Catherine Elizabeth Sweetser**<br>Schonbrun Seplow Harris Hoffman and Zeldes LLP<br>9415 Culver Boulevard Suite 115<br>Culver City, CA 90232<br>310-396-0731 | representing | **Orange County Catholic Worker**<br>*(Intervenor)* |

| | | |
|---|---|---|
| 310-399-7040 (fax)<br>csweetser@sshhzlaw.com<br>*Assigned: 03/17/2020*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | | |
| | | **Cangress**<br>*(Intervenor)* |
| | | **Los Angeles Catholic Worker**<br>*(Intervenor)* |
| **Matthew Donald Umhofer**<br>Spertus Landes and Umhofer LLP<br>1990 South Bundy Drive Suite 705<br>Los Angeles, CA 90025<br>310-826-4700<br>310-826-4711 (fax)<br>matthew@spertuslaw.com<br>*Assigned: 03/10/2020*<br>*ATTORNEY TO BE NOTICED* | representing | **LA Alliance for Human Rights**<br>*(Plaintiff)* |
| | | **Charles Malow**<br>*(Plaintiff)* |
| | | **Charles Van Scoy**<br>*(Plaintiff)* |
| | | **Gary Whitter**<br>*(Plaintiff)* |

| | | |
|---|---|---|
| | | **George Frem**<br>*(Plaintiff)* |
| | | **Harry Tashdjian**<br>*(Plaintiff)* |
| | | **Joseph Burk**<br>*(Plaintiff)* |
| | | **Karyn Pinsky**<br>*(Plaintiff)* |
| | | **Leandro Suarez**<br>*(Plaintiff)* |
| **Brooke Alyson Weitzman**<br>Elder Law and Disability Rights Center<br>1535 East 17th Street Suite 110<br>Santa Ana, CA 92705<br>714-617-5353<br>bweitzman@eldrcenter.org<br> *Assigned: 03/17/2020*<br> *LEAD ATTORNEY*<br> *ATTORNEY TO BE NOTICED* | representing | **Orange County Catholic Worker**<br>*(Intervenor)* |
| **William R Wise, Jr.**<br>Elder Law and Disability Rights Center<br>1535 East 17th Strreet Suite 110<br>Santa Ana, CA 92705<br>714-617-5353<br>bwise@eldrcenter.org<br> *Assigned: 03/17/2020*<br> *LEAD ATTORNEY* | representing | **Orange County Catholic Worker**<br>*(Intervenor)* |

*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Brandon D Young**<br>Manatt Phelps and Phillips LLP<br>2049 Century Park East Suite 1700<br>Los Angeles, CA 90067<br>310-312-4181<br>310-996-7081 (fax)<br>bdyoung@manatt.com<br>*Assigned: 03/20/2020*<br>*ATTORNEY TO BE NOTICED* | representing | **County of Los Angeles**<br><br>Clerk of the Board<br>500 W. Temple Street # 383<br>Los Angeles, CA 90012<br>*(Defendant)* |

**Special Monitor/Masters Michele Martinez and Hon. James L. Smith**