MICHAEL N. FEUER, City Attorney (SBN 111529)
KATHLEEN A. KENEALY, Chief Deputy City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 North Main Street, City Hall East, 7th Floor
Los Angeles, California 90012
Telephone: 213-978-4681
Facsimile: 213-978-7011
Email:  Scott.Marcus@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>           Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>           Defendants. | Case No. CV 20-02291 DOC (KES)<br><br>**STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**Complaint Served:   March 16, 2020**<br>**Response Due:           May 4, 2021**<br>**New Response Date:   June 3, 2021**<br><br> **Hon. David O. Carter**<br> **United States District Judge** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, Defendant City of Los Angeles was served with the Complaint and Summons [Dkts. 1, 8] on March 16, 2020 [Dkt. 13];

WHEREAS the Court, with the consent of all parties, imposed a stay of litigation on March 19, 2020 [Dkt. 90];

WHEREAS, the Court lifted the stay on April 13, 2021 [Dkt. 266];

WHEREAS, Defendant City's response to the Complaint is currently due May 4, 2021;

WHEREAS, counsel for Defendant City and for Plaintiffs continue to discuss the potential resolution of the allegations made in the Complaint;

THEREFORE, per Local Rule 8-3, Defendant City and Plaintiffs, through their respective counsel, hereby stipulate to extend the time for Defendant City to respond to the Complaint for not more than 30 days until June 3, 2021.

It is so stipulated.

DATED:  April 26, 2021          MICHAEL N. FEUER, City Attorney


                                By: /s/ *Scott Marcus*_____
                                SCOTT MARCUS, Senior Assistant City Attorney
                                Counsel for Defendant City of Los Angeles


DATED: April 26, 2021           SPERTUS, LANDES & UMHOFER, LLP


                                By:  /s/ *Elizabeth A. Mitchell*_____
                                Elizabeth A. Mitchell


*Filer's Attestation:  Pursuant to Local Rule 5-4.3.4(a)(2)(1), Scott Marcus hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.*

1

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)