UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV 20-02291-DOC-(KESx) | Date | May 10, 2021 |
| Title | LA Alliance for Human Rights, et al. v. City of Los Angeles, et al. | | |

**PRESENT: HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Kelly Davis
Courtroom Clerk

Deborah Parker
Court Reporter

ATTORNEY PRESENT
FOR PLAINTIFF:

Elizabeth Mitchell
Carol Sobel
Brooke Weitzman
Shayla Myers

ATTORNEYS PRESENT
FOR DEFENDANT:

Arlene Hoang
Scott Marcus
Jessica Mariani
Jennifer Hashmall
Emily Rodriguez Sanchirico
Lauren Black
Louis "Skip" Miller
Supervisor Kathryn Barger

**PROCEEDINGS:   MOTION HEARING via Zoom**
**(Held and Completed)**

Case called. Court and counsel confer via Zoom. The Court hears argument from counsel regarding the Motion to Dismiss filed by County of Los Angeles [256]. The Court takes the motion under submission.

: 23

Initials of Deputy Clerk    kd