# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  LA CV 20-02291-DOC (KESx)					Date:   May 12, 2021

Title:	LA ALLIANCE FOR HUMAN RIGHTS, ET AL V CITY OF LOS ANGELES, ET AL

PRESENT:	THE HONORABLE DAVID O. CARTER, JUDGE

|  |  |
|---|---|
| Not Present | Austin Che - Veritext |
| Court Clerk | Court Recorder |

**PROCEEDINGS: (IN CHAMBERS)**

	The Court orders the transcript of the a.m. session of the Status Conference held on April 14, 2020 at Los Angeles City Hall be immediately produced at government expense and billed at the 14-day rate.  The transcript shall be prepared forthwith and filed on the docket with immediate release to the public.

MINUTES FORM 11					Initials of Deputy Clerk:  djl
CIVIL-GEN