UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

_____

L.A. ALLIANCE FOR HUMAN RIGHTS,

et al.,

        Plaintiffs,

    v.                      Case No.

CITY OF LOS ANGELES, a municipal   2:20-CV-02291-DOC-KES

entity; COUNTY OF LOS ANGELES, a

municipal entity; and DOES 1

through 10, inclusive,

        Defendants.

_____

                      HEARING

DATE:        Monday, April 14, 2020

TIME:        10:00 a.m.

BEFORE:     Honorable David O. Carter

LOCATION:   Alexandria Hotel Ballroom

             501 South Spring Street

             Los Angeles, CA 90013

REPORTED BY:  Austin Che, Notary Public

JOB No.:     4055985

Page 1

                        A P P E A R A N C E S

ON BEHALF OF PLAINTIFF:

        ELIZABETH MITCHELL, ESQUIRE

        Spertus Landes & Umhofer, LLP

        617 West 7th Street, Suite 200

        Los Angeles, CA 90017

        emitchell@spertuslaw.com

        (213) 205-6520


        MATTHEW D. UMHOFER, ESQUIRE

        Spertus Landes & Umhofer, LLP

        1990 South Bundy Drive, Suite 705

        Los Angeles, CA 90025

        matthew@spertuslaw.com

        (310) 826-4700


ON BEHALF OF DEFENDANT CITY OF LOS ANGELES:

        SCOTT MARCUS, ESQUIRE

        200 North Main Street, Room 700

        Los Angeles, CA 90012

        scott.marcus@lacity.org

        (213) 978-4681

Veritext Legal Solutions
866 299-5127

A P P E A R A N C E S (cont'd.)

ON BEHALF OF DEFENDANT COUNTY OF LOS ANGELES:

    BRANDON D. YOUNG

    Manatt, Phelps & Phillips, LLP

    11355 West Olympic Boulevard

    Los Angeles, CA 90064

    bdyoung@manatt.com

    (310) 312-4181

ALSO PRESENT:

    Mayor Eric Garcetti (by videoconference)

    Deputy Mayor Christina Miller

    Judge Andre Birotte, Jr.

    Michele Martinez

    Shayla Myers

    Brooke Weitzman

    Heidi Marston

    Carol Sobel (by videoconference)

Page 3

                              I N D E X

                                                              PAGE

   SPEAKER:

   Mayor Eric Garcetti                                         6

   Judge Andre Birotte, Jr.                                    25

   Carol Sobel                                                 30


                            E X H I B I T S

   NO.                 DESCRIPTION                            PAGE


                      (*None marked.)

                                                          Page  4

P R O C E E D I N G S

THE COURT:  We're on the record.  It's 10:00.  Court is in session.  I'll have you identify each of yourselves in just a moment.  But first of all, let me pay a compliment to all of you here and your government leaders.  Your Mayor exchanging e-mails as early as 5:00, 5:30 this morning.  I can assure you that he and the staff are not resting.  It's a compliment to you and the City Mayor.  It's a compliment also to Kathryn Barger, who's been on the phone with us.  So I can assure you and place on the record that your government leaders are extraordinarily hardworking and extraordinarily responsive.

Second, this is the exception. You're here voluntarily, and I will get your consent after the Mayor makes a statement, so we're not taking his time. And you are free to leave.  But this is the exception. Government is the exception to the Defense Production Act.  Now, what that act states is that government is basically an essential service, and we must continue to function in some way.

So we're trying to get the new capabilities up.  We're not successful with it totally yet, but we're trying to enhance that in the future. But as soon as this is lifted by the Mayor, Governor, or

Page 5

whatever entity, then we will be back in federal court. And at that time, I will expect the decisionmakers to be in my -- by invitation.  Right now, we'll go with this situation as long as we can.

So, Mayor, I'm going to turn this over to you to get you back to work, and then I have a few compliments to pay you.  And I want to show you in a moment what you've been talking about, about Angelinos, and just take you through a few slides of some wanderings across your city that I think will hearten you, even reenergize you, about how well the City is stepping up, from waste management to very competent people out there.

So bear with me after you talk, and we'll have just a brief slide show for you, that I think will enlighten you.  So, Mayor, your turn.  We effectively cut off the Mayor.

UNIDENTIFIED SPEAKER:  He's gone, and we're unmuted.

MR. GARCETTI:  Sonya [ph], it's all frozen over there.

MS. MARTINEZ:  We can hear you.

THE COURT:  We can hear you, so we can see you -- so if you can hear us ...

MR. GARCETTI:  Okay.  We're back.  We're

Page 6

good.  We're good.

THE COURT:  Okay.  Mayor ...

MR. GARCETTI:  Thank you so much.  And hopefully, the connection will stay strong on both ends, but thank you, Judge, for your extraordinary hard work, as well, going throughout our city, meeting with officials, looking at what's needed from Skid Row to the San Fernando Valley to west side to South Los Angeles. We're --

THE COURT:  Let me just pay a compliment to my colleague Andre Birotte and Bill Gutierrez [ph] in the court.  There's been a lot of activism and a lot of, a lot of really hard work by my colleagues.

MR. GARCETTI:  Absolutely.  Thank you.

So let me give you a quick update on what is happening.  Right now, we have in the City of Los Angeles, we have -- by next Wednesday, we'll have over 1,000 -- it's 1,022, to be exact, at the 24 rec centers that we've stood up shelters, congregate shelters in. We also -- I know you wanted to know about the trailers. Of the 1,309 trailers offered by the state, I believe about 535 of them we said yes to in Los Angeles City. 310 of them have arrived.

On Thursday, they will begin their service, with 14 in the valley.  They take quite a bit

Page  7

of work to get up and running.  There's 112 on top of those 535 the County has at Dockweiler Beach, and smaller cities in Los Angeles County may have taken some, but I don't have those numbers.

They're asking as tier 1 housing like hotels and motels.  These are for vulnerable people who are asymptomatic.  So they don't have symptoms, but they're vulnerable.  The County has shared with us the challenges at Dockweiler.  It's very difficult to keep people in them when they're supposed to be quarantined.  The decontamination process takes a long time.  And they have about a 50 percent fail rate there because they're not very sturdy.  But we think rather than sick people going in there or folks with other conditions, they're best for healthy, vulnerable, asymptomatic people.

Our sheltered beds right now are over 90 percent of the new ones that we've stood up.  They're doing well.  We had one case of somebody who was COVID-19-positive.  We had County public health there helping us to move quickly so that person could get where they need to go.

We have the 23 cases we know of confirmed of COVID-19 among people experiencing homelessness in L.A. County.  Four of those, only four are from shelters.  Five are unsheltered.  Three are focused

Page 8

at -- are homeless, but might be in a home, a private home, and 11 are unknown.  Some of the places that they're at include the Pomona Sheraton, MLK Hospital, Dockweiler, and 8 of those 23 are hospitalized.

We have conducted about 209 tests so far, but we hope to get those up in the hundreds each day. Of people experiencing homelessness, 172 of those are negative, only three positive, and the rest we are awaiting.

And thank you to the Judge for your focus on sanitation stations.  We have those now daily being checked.  There are 360 now launched stations around the city.  Ten of them are missing or destroyed, but 350 are still good.  And on Skid Row, there's 56 of them, plus 54 toilets, and a number of toilets throughout the city, as well.

Two last things I'll say.  The hotel and motel rooms that the County and state are helping to get, we've got, obviously, hundreds and now we have a thousand, 1,900 to be exact in tier 1, I think.  We want to continue to encourage cooperation with that.  And also, potentially, I know you're going to speak -- be speaking, Your Honor, on the 16th in San Pedro site.  If that was to be a place for RVs, we would certainly need County assistance on the service side, but we'd be happy

Page 9

to entertain that, and I hope we can move forward with some of those sites that we're talking about today.

We're ready to go.  And we're ready, lastly, Your Honor, to not just look at these sites as places to book rooms today, but to hopefully have permanent exits tomorrow.  So I've put a lot of my staff's times into thinking about not just reacting to today, but how do we get as much -- deals made to get permanent housing tomorrow.

As you can imagine, motel and hotel owners are trying to price-gauge.  Many are acting in good faith, but many of them are saying, yeah, yeah, you can buy this for $250 million, things like that, which are way beyond the budgets that everybody has.  But otherwise, it's going well.  That's the report from ...

THE COURT:  Let me humbly give you a report back to substantiate what the Mayor has also said.

MR. GARCETTI:  Hopefully, you can hear me.

UNIDENTIFIED SPEAKER:  Yes.

THE COURT:  Can you hear me, Mayor?  Well, all this technology.  That's why it works in theory, but --

MS. MITCHELL:  So I think that there may

Page 10

be too many of us connected to the Internet.  If, if --

THE COURT:  If we can't get it back, we won't waste time --

MR. GARCETTI:  There's Jim.  Hi, Jim.

THE COURT:  Okay.  All right.  The Mayor is back.  Mayor I want --

MR. GARCETTI:  I think the Internet at that location is a little weak.

THE COURT:  Yeah, I want to start with the, with the testing.  When I first started in the Row, the Christian HELP was the only tester, which had nothing to do with the County or the City.  Then Star was going to round up Rescue Mission and Wellesley Clinic.

MR. GARCETTI:  I've been told you can hear me.  I can't see or hear you, but Christina just texted me, so -- oh, now you're back.

THE COURT:  Okay.  Let me start again. My apologies for the electronics.  It works in theory, but it really doesn't work, which is why we'll be back in court.

UNIDENTIFIED SPEAKER:  Yeah --

THE COURT:  Yeah, everybody else get off the Internet, please.  Okay.  Push the pause button.

UNIDENTIFIED SPEAKER:  That's Carol.

Page 11

THE COURT:  All right.  Mayor, can you hear me now?

MR. GARCETTI:  Yes, I can.  Thank you, Judge --

THE COURT:  You can hear me now.  Okay. First of all, let me validate that the Christian HELP Service was up and operating already -- was already operating for testing, but then the Rescue Mission was supposed to start.  And Eddie Bale [ph] was going to run what are called outside units, so there is no contamination inside.

MR. GARCETTI:  Mm-hmm.

THE COURT:  So my information that that is not up and running.  The Star Clinic is supposed to be up and running, and we need to verify that through you.  And also, the Wellesley Clinic is supposed to be up and running.  So if those are up and running, so be it.  I'm obviously not picking a location, but I'm worried about the Rescue Mission not being running, because that was an outside facility that most people know.

Second, the sanitation is doing well.  I want you to know the feedback from the community literally down here, that the Court has got very positive feedback, plus those sanitation stations were

Page 12

put in place and serviced.  Thank you.

MR. GARCETTI:  Thank you.

THE COURT:  I think it's a great tribute, quite frankly, and the community is reporting back they're very pleased with that. I would encourage you not to be worried about a little bit of theft, although we would never condone it, because people are basically taking soap, and they're taking towels.  That tells us two things.  They need soap and towels.

Number two, if a couple sanitation stations are destroyed, the Court isn't going to ever be critical of that, because when you have the other 48 or 50 working, there is the benefit of the surge in the cleanliness you're asking.  So I don't want the 1 percent to drop --

MR. GARCETTI:  Yes.

THE COURT:  So I think that the ramping up is taking place on Skid Row through the testing, their hygiene, and I think there's wonderful follow-through.  And let me talk to you just a little bit about Skid Row, because while I'm not intending to focus on it, it's the most volatile place in terms of disease, self-distancing, although I've been to Venice, I've been down to see Marquis's, Kerns, Jones.  I've been to more homeless camps that I can count.

Veritext Legal Solutions
866 299-5127

We're going to start today with trailers. You and I agreed that we'll talk to each other at seven or eight o'clock tonight. I'm going to see how serious the parties are. They have old wounds and old hatreds that they're going to tell me about, frankly. It's going to come out because of exasperation and frustration, and I'm going to -- we'll listen to that for a while.

But tonight I expect to see progress. And if we are bearing down on the site, I'm going to ask your help with Gavin in real time, okay? And --

MR. GARCETTI: Great.

THE COURT: And I mean as of tonight, I'm not placing a phone call, but certainly by tomorrow.

The next thing I would generally say is I want to take you through a slide show, because you talk about the spirit of Los Angeles. And if you could see this for a moment, I'd like to show you what you already know out on the streets, because it's a real compliment to the City. And then I'll tell you when we're ready to discuss today, and then hopefully, we can talk tonight.

MR. GARCETTI: Okay.

THE COURT: And I want to make sure the Mayor can see this. It'll go very quickly. Bear with us. All right.

Page 14

MR. GARCETTI:  No problem.

THE COURT:  Now, counsel, while we're waiting, Dr. Scheren [ph] will be here next Tuesday at 10 o'clock.  In addition to that, I want your help getting the director of the Veteran's Administration.  I read in the Los Angeles Times a very positive article today about how they move forward in terms of letting homeless veterans camp outside because the facility was full.  That's not optimum, and I want to talk to him about that and expansion.  Steve Peck [ph] has been instrumental in that along with a lot of veterans.

I want to discuss how you're going to help to get our veterans and our women off the Row as quickly as possible and how you coordinate with DHS.

Here we go.  It's obvious that New York, Mayor, if you can see this, somehow got ahead of the curve because their shelters vastly outnumbers those in Los Angeles.  It's a startling statistic.  You know that statistic as well as I do, so my compliments on you working on this.

Next one.  Next one.  This is just the next one, next one.  All right.  Today we're going to talk about trailers here.  So you know, we've got approximately 2,076 people, give or take a couple thousand -- just kidding you, but if these are accurate,

living in cars.  We've got persons in vans, 2,396.  We have 5,101 according to LASA [ph] stats living in encampments.  If we can resolve this, we're going to take off your street or accommodate some 15- to 17,000 people before we ever start talking about encampments and tents.  And the motivation today is to see if we can reach some type of rapport, starting with Skid Row, and then expand that throughout your counsel.

Next one.  So you know exactly what's going on.  All right.  These are trailers out in Hanson [ph].  These are the trailers you've been talking about, amongst other places.  And you're right.  They're being refurbished, and you really have the Court's compliments.  Eventually, I'm going to ask you how we hang onto those.  And not now.  Not today.  But that's ready-made housing for some of our council people, et cetera, and that would be your vision for the future and the discussion later on with the Court.

Next one.  These are hundreds of trailers out in the distance.  They're being refurbished.

Next one.  Next one.

MS. MARTINEZ:  Hold a moment.  We've got a little glitch.

THE COURT:  Yeah, we have a little break.  We're almost done, Mayor.  I promise you we won't take

Page 16

much more of your time.

Next one.  All right.  These are the safe parking program services we're going to talk about.  And the 10,000 vehicles, somehow they've managed to have 444 parking spaces across the county.  I'm going to be asking both the County and the City why we have this meager accomplishment and put in your and Kathryn's guidance and hands for the future.  Four hundred and forty-four, I'll leave that number to you, with no criticism, because it's fallen on your shoulders and Kathryn Barger's shoulders.  But somehow we've got to do much better at this point.

Next one.  I'll get to the next -- right now.  Face mask distribution.  I want to compliment you.  You've gotten the face masks out there, but they're asking for about 15- to 20,000 more.  I don't know if that's needed or not, but somehow, the organizations throughout the -- to be your charitable organizations still, and some of your city organizations, but they're crying for masks.  You have 500 delivered -- and Elizabeth, thank you for the information.  You have 500 for pit stop, 500 in storage bins, 500 Skid Row.  You can see these figures, and you're aware of them.  The community is asking for more.  Apparently, they're using them.  If a few are destroyed, so be it.

Page 17

Next.  All right.  I won't spend time, but this is your site Rescue Mission.  This was supposed to be up and operating, and the community knows where it is.  There's a sense that -- well, I'll talk to you quietly about that.

Next one.  This is Wellesley Clinic. This -- stop.  Go back -- these are great people that you can see.  These are your kids out in the street on the front lawns.  And I want to compliment you once again, because I think government is supposed to be on the front lines at this time, and you and your staff are on the front lines.  And we're doing our best to distance ourselves six feet from each other here.  But these are young people who are putting themselves at rice on our behalf, and you see them every day.

MR. GARCETTI:  Yes.

THE COURT:  But I want your counsel to see them every day.  And I want the public to know about them.

Next one.  All right.  This is Alameda. This is taken yesterday.  This is what Alameda looks like, and that's just a piece of the environment.  So Marcus knows, we're not just focusing on Skid Row. We're well-aware of the surrounding community.

Next one.  Next one.  Next one.  Next

Page 18

one.  Next one.  This is 16th and Maple, what we're going to talk about.  For the life of me -- this is Caltrans property.  It's free.  Both sides landed on this although each side seems to be now backing away a little bit.  I want to have a discussion with both sides and see if they're serious about settling it up today in real time.

So this is the property.  And we can go through this quickly.  This is for you and Elizabeth to discuss later on, as well as the County, because the first thing was who is going to pay for it?  Well, if it's free, nobody, apparently.  And I don't want to see the dispute break out in between the County and the City, and I think -- relationship where you can resolve that quickly.

Next one.

UNIDENTIFIED SPEAKER:  Okay.  Yeah --

THE COURT:  Okay.  The next one.  The next one.  This is the property.  These are your waste management.  This should invigorate anybody.  These are young people taking in possession at one of the shelters.  I think I -- 10, 11?

UNIDENTIFIED SPEAKER:  Yeah.

THE COURT:  And you've done everything you said you'd do.  First of all, you stood it up as

Page 19

quickly as possible.  I know it was with parks and recreation to begin with.  You've got nurses out there now.  These are extraordinarily well-run shelters at the present time.  And I want to compliment and verify exactly what you've been saying for the public.  Your veracity is unquestionable.  And these are wonderful young people who are manning the front lines.

Next one.  This is one of the shelters.  The good thing is they're not only filling up with 95 percent capacity the first time, most of them go up to 100 percent.  And visiting with Janice Hahn yesterday, they have people camping around their shelter waiting to get in.  That's exactly what we want to see.  The need is there, so as fast as we build, they're there.

Next one.  This is my favorite picture probably of all time.  I don't know if the Mayor can see it because it went blank.  Can you see that, Mayor?

This is --

MR. GARCETTI:  Yes, I can.  I can see it.  Thank you.

THE COURT:  This is one of our citizens in the street, god bless her, she's helpless.

Next one.  This technology is great in theory, and that's why we're going to be back in court.  And the next one.  No, go back, because there's one

Page 20

more.  One was actually helping her off the street.

MS. MARTINEZ:  That's her --

THE COURT:  Yeah, okay.  This is an officer, just an act of kindness, and the public ought to know about this.  It should give everybody a great amount of pride.

Next one.  These are your, these are your mental health kids out in the street right here.  I mean, on the front line, going to service -- people who never would think of going down to Skid Row, because quite frankly, a lot of us are insulated in our various professions.  And these are your kids on the front line.  That is heartening.  That's everything you talk about, Mayor, every night on your program, about coming together as a city.

Next one.  Well, this is what it looks like, and I'm going to be posing a question after 17 years of litigation, it's going to get worse, not better unless all the parties are serious.  And we're going to find out very quickly today with trailers if the old wounds and old hurts are going to preclude that or we're going to move forward.

Next one.  Okay.  Counsel, I'm going to thank the Mayor.  I want to thank you for your efforts.  You need to get back on the front lines.  If it's okay,

Page 21

I'll call you between seven and eight o'clock tonight. I'm going to remain in session until we have some results today.

Thank you very much, Mayor.

Okay.  I want somebody to get on the phone --

MR. GARCETTI:  You're welcome.  Take care.

THE COURT:  Awfully nice of you.  Talk to you tonight.

And I want you to call and invite -- because I have a plethora of attorneys, which means more than one -- okay.

MS. MARTINEZ:  Carol is on again.

THE COURT:  Okay.  Hi, Carol.

MS. MARTINEZ:  Carol, can you hear us? Can you unmute Carol?

THE COURT:  Well, put her on --

MS. MARTINEZ:  Carol, can you hear us? Carol?

MS. WEITZMAN:  She says whatever just happened, like, now she can't hear anything.  She could before.

THE COURT:  Give me one moment.  I want to find this person's name.

Page 22

MS. WEITZMAN:  Does she have to push something, because she's on a phone --

MR. UMHOFER:  If she's -- I'm muting her now, and then the -- and we should be good.  Jim, can you see us?  He's muted.  Sorry.  Jim, can you see us on the screen?  Look at it here -- taken care of --

MS. SOBEL:  I'm here, but I missed, like, the last 10 minutes.

THE COURT:  Well, it's been very spotty.  This is a poor substitute.  Everybody says electronics work in theory.  In actuality, it does not.

MS. SOBEL:  Yeah, I actually think somebody --

THE COURT:  And I'll be right with you, Carol, okay?

MS. SOBEL:  Yeah.

THE COURT:  Okay.  I'm going to have you speak in just a moment.  I've lost my notes, and I don't want to get Steve Peck on his phone, but the director out at the VA Hospital, I'm going to ask one of you to step out, find doctor -- I think it's Balmagis [ph] --

MS. MARSTON:  Braverman.

THE COURT:  The director, it starts with a B.  And I want you to get on the phone today.  And I want you to get with that doctor in charge of the VA and

Page 23

invite him here for next Tuesday at 10 o'clock.  That's an invitation.  I would like him to come voluntarily, secretly, if not under a subpoena.

MS. MARSTON:  It's Dr. Braverman.

THE COURT:  Very -- article --

MS. MARSTON:  Dr. Braverman.

THE COURT:  Okay.

MS. MARSTON:  Yeah.

THE COURT:  Can you do that?

MS. MARSTON:  Sure.

THE COURT:  It's a kindness, it's a request --

MS. MARSTON:  Yeah, sure.

THE COURT:  But the subpoena will arrive shortly.

I think that was a very positive article, Ben.  I don't know if you wrote it or whomever. Somebody in the L.A. Times today, and I just clicked it on so I can only see the headline -- about the movement that Steve Peck talked to, to a building 249.  And my question has been can we get coordination since we have room for women, and can we get coordination for those veterans on the Row to get them into much better housing.

And so I'd like to work with you and Dr.

Page 24

Braverman with -- I'd also like to compliment that we finally re-upped the VA.  But I'd like to also ask why it took so long?  And I'd like to ask what the future is in terms of allowing veterans to come into the parking lot and camp, which a positive statement was made in the L.A. Times today by one of the veterans saying that they felt safe.  They felt safe. T hey were glad to be there.

What I'd like to know is what the future is?  Is it going to remain in the parking lot, because I will constantly be asking you what next?  After this ends, is this the end of your effort?  What next?  Are you really going to be bold and resolve the city's problems, or are we going back through the 17 years of wasted litigation, quite frankly?

So the third thing, generally, and then I'm going to get specifically into trailers and turn this over to Judge Birotte on behalf of the Court.

JUDGE BIROTTE:  Mm-hmm.

THE COURT:  And you've been dealing with the County, and I should also say I had a conversation with Kathryn Barger this morning, as well, about certain things on her agenda.

So Andre?

JUDGE BIROTTE:  All right.  Morning, everyone.  I just had some good conversations with the

Page 25

folks at the County about the efforts that they are trying to do to deal with this issue.  The big question mark -- well, actually, not question -- the issue that I see is whether or not those efforts are to scale of the needs throughout the county.  And to be clear, I'm not suggesting that we rob Peter to pay Paul or pull resources from one to just deal with Skid Row.  The question in my mind is:  Can those resources be enhanced to address the need.

Now, you all are the experts.  And what I'm saying may be incorrect, but it strikes me that Skid Row seems to have a heavy concentration of homeless. I'm not suggesting it doesn't exist throughout the county.  But if that's the case, one might think that there would be a proportionate amount of resources devoted to a place that has the greatest need.

Again, not suggesting that things aren't being done and aren't being done well.  But when I see -- when I -- let me just pull up my notes here. Some of the areas that caused me a little concern were just how many resources are being devoted to downtown. We've got thousands of individuals there, but seemingly small amount of teams that make me question whether or not we can meet the need for the folks downtown.

So I guess I would just invite you all to

Page 26

think about what other resource streams are available so that what I would categorize as the appropriate amount of resources are divvied out throughout the county.  And I recognize there's different spas, and they try to do things somewhat proportionally, but you know, when you see these photographs, it just makes me think what we have down in Skid Row is not enough to address the need.  And so that's really the sum and substance of my thoughts.

THE COURT:  Okay.  And Andre, any time. So, first of all, we have about 34 now, 38 percent women living on Skid Row.  Let me repeat that.  We've increased about 12 percent, and those numbers are probably low.  Shame on us.  Women get raped.  They get abused.  There's no explanation that can be given to this Court about that situation.

How do we get the women who are willing to come off Skid Row into the available housing yesterday?  Maybe even above veterans, because veterans like me don't get raped usually, okay?  So I'm going to ask your help.  How are we going to get out to the community, to those women willing to go to a safer place, to get transported to those places.  And if the nimbies then say, "They're coming into my neighborhood," send them right down to my court to talk to me.  But

Page 27

what I think America is supposed to stand for, and that is protecting people.

The next thing is that -- this is not working.  Electronics are cumbersome, and so as soon as we're going back into work, it's going to be -- this is the exception right now.  And finally, we're going to start into these trailers in just a moment.  I'm going to, and I'm going to keep this public.  I kept the settlement discussions secret the first time, because I thought that they were settlement discussions.

Now I will make a record that this is too public, too much importance to the public to have these confined concessions any longer, where each person can state their self-interested positions.  So let's just get out in front and see who's really willing to compromise and not to make this work, because otherwise, your city is in trouble.  You don't even know what trash to pick up at the present time, do you?  You don't even know what to enforce, do you?  Enough said.

So here we go.  There seem to be -- Carol, I'm going to let you speak first because you have quite a history to convey about the case.  And Carol is probably the most knowledgeable.  And then, Marcus, if you disagree with that, so be it.  By the way, you and I will always have a conflict.  You say the surrounding

Page 28

area, and you're right.  It's the surrounding area of Skid Row.  I view that as Skid Row.

And I have to tell you we don't get involved in nomenclatures, but I think that was a political settlement, quite frankly, so that everybody looked good.  And we dress that pig, and we put a tuxedo on it.  So we took Skid Row, and we expanded it a couple blocks.  And we just called it the surrounding area, so the public, quite frankly, close their eyes.  But that's nothing more than expansion of Skid Row.  And I'm going to call it Skid Row, and it extends from Alameda, and it extends now up to Spring, and it goes from Second, and it goes over to Eighth.  So when I refer to Skid Row, that's what I'm referring to although in the settlement, it says, "Surrounding area."  Nonsense.  That's -- now it extends to Skid Row.

Okay.  Carol, your turn.  Why don't you take us through the history from your perspective.  Marcus, then your perspective from the City, and direct anything that Carol has to say or the County.

So, Carol, your turn.

MS. MARTINEZ:  Carol?

UNIDENTIFIED SPEAKER:  Carol, can we hear you okay?

MS. WEITZMAN:  She was having trouble

Page 29

hearing.

THE COURT:  Everybody just get on electronics ...

UNIDENTIFIED SPEAKER:  Carol?

MS. MARTINEZ:  Carol?

MS. SOBEL:  Yes?

UNIDENTIFIED SPEAKER:  You do have the floor.

THE COURT:  Carol, your presentation?

MS. SOBEL:  Okay.  Well, you know, we filed a status report and went through the history of the last decade.

THE COURT:  Go for it again.  Go for it again.  Some people can't read.

MS. SOBEL:  Okay.  So about 10 years ago, the City started to crack down on people living in -- particularly in Venice.  The City made a list of 250 targeted vehicles and systematically citing people.  A lot of people got their cars towed.  A lot of people got arrested.  A few people, not a lot.  A few people got arrested in the process, who were living in their vehicles during the day.

We filed a lawsuit.  The Ninth Circuit struck down the City's ordinance, and for two years, the City had no prohibitions on living in a vehicle anywhere

Page 30

in the city.  That was 2014.  In 2016, the City -- and along the way, in 2011, after we filed this lawsuit, Bill Rosendahl, who was Mike Bonin's predecessor and Mike was his chief of staff at the time, attempted to get them a revision to 85.02, it was 85.11, that would create a roadmap to how we can create safe parking areas and provide services to people and get them into housing from there.

And I would just as an addendum, all of my clients in -- or almost all of them in the Desertrain case and everyone else I've represented so far except one in a vehicle case ultimately got housing.  But it was a very long struggle, like a year, seven months, whatever.

So that failed entirely.  The council did not approve the roadmap to housing.  The only two places that opened are actually the only two places open now in Mike's district, which is the Westchester office and one other small one.

In 2015, the City passed a revised 85.02. There was a lot of dispute about what it was going to say, so it was passed with a sunset clause for 2015. And when they passed that ordinance in 2016, they also identified streets in the city where people could park legally overnight.  And each police division had a map

available on its website of where you could park legally in that, in that district.

Systematically, once they passed that law, systematically, almost every single week, the council voted to remove different streets. And now, essentially, the only places where you can park are in the lower income communities in South L.A. and Northeast L.A. -- park safely. There is another map available that shows two or three locations.

That is just -- people got cited for -- and the oversized vehicle logs. The third thing the City had tried was the oversized vehicle logs, and they tried to first invent it, and the Postal Commission invalidated the actions because it required a permit. But the, the City had since created oversized vehicle parking restrictions on many streets, and more often than not, overnight parking so that you can't park between two and five. And if you parked between two and five, you'd get a ticket, and those tickets ballooned into incredible amounts of money.

And did a site to the towing -- reports that were produced by a number of public interest groups in the Los Angeles -- issued by the Western Center on Law and Poverty. I can tell you from personal representation of people that I represented this 100

Page 32

percent disabled female vet a few years ago.  She was --
help to get her housing.  But in a space of five months,
she accumulated almost $5,000 of unpaid parking fine
penalty -- in penalties on her vehicle, which is all she
has left in life.

So, so that's sort of where we were at.
So the 2018 council extended the ordinance, and in 2019,
when they extended it, they said it would sunset in
January 2020 if it was not extended.  It was not
extended again.  So there is no restrictions against
living in a vehicle, but the systematic removal of
places where you can do that has resulted in
accumulation of the fines, because in practicality,
there is very few places in the city that you can live
in a vehicle.

And I will just add one other thing.  My
experience is most everyone I have represented who lives
in a vehicle is someone who was housed, lost an
apartment at a time when there was no revenue housing
money, and was disabled.  And the disability income was
not enough to pay for rent, which is why it's just --
and depending upon the disability, a lot of the housing
in California, in Los Angeles, in particular, does not
accommodate physical disabilities in particular.

THE COURT:  So, Carol, let me repeat that

Page 33

back to you --

MS. SOBEL:  Repeat, yeah --

THE COURT:  -- from my perspective, okay? And what I've absorbed.  Then I'm going to turn to Marcus and the City, the County, and then the Plaintiffs on the other side, First Alliance.

First of all, in 2016, it's my understanding that 85.02 was passed, which basically criminalized living in a vehicle.  That was overturned by the Ninth Circuit in a case called Desertrain versus City of Los Angeles.

Then a subsequent, let's say amended 85.02 was passed.  And that listed and established a series of overnight parking spots.  There were supposed to be -- and Carol correct me if I'm wrong -- or Marcus -- a parking spot in, I believe -- well, I'm going to show them in a moment, but a number of locations that I've got a map of, of the number of parking spots.

And we'll put them up, Michele, if I could.  Matt, could you or Michele help me and put up those parking spots for a moment?

And LAPD was forced to put this out on their website.  And at present, we have a grand total of about 10,000 types of vehicles and a total of 444

Page 34

parking spaces, or supposedly safe parking spots, with a budget of about $4,136,650.  So, obviously, there's a concern.

And so, then, the council had a sunset clause in 2018, and they extended this to 2019.  And then on January 1st of 2020, there was another sunset clause that the council didn't act on, which is why Carol, in her briefing, has come to the conclusion that recreational vehicles can probably drive any place in the city except there are restrictions now, which is between 2:00 a.m. and 5:00 a.m., and there are also restrictions about oversized.

So you might speculate that this is now coming from the council in a piecemeal fashion.  And what might be happening is each councilperson from his or her district, who has input from their citizens, that takes another street off the list.  So, in other words, it's who complains the loudest, the most, not who has the shared responsibility.  Now, that's not the Court's conclusion.  That's just a thought.

So if it's happening piecemeal in that way, all that's happening is your vehicles are being pushed around the city in some form by who complains the loudest and which councilperson is able to take it off in a particular council session.  Well, that's the

Page 35

future of the city, and I think Chief Moore [ph] has more things perhaps to do with his time than shepherd recreational vehicles around with meaningless citations.

So I wanted to start with Skid Row, and Marcus, I have not forgotten the City.  I promise you.  But don't deflect me.  And the two things that happened is you came together on a site, surprisingly so, which is 16th and Maple.

Could you help me by Michele, once again, or Matt going up to 16th and Maple?  I didn't know what I was looking at three weeks ago when I drove by this site.  Thank you.

I just drove by randomly -- took it -- and the next one down.  Okay.  Now, hold on.  It's about an acre and a half, maybe even two acres.  We're going to show you a downward view.  Judge Smith did this last night for it.  And you'll see it up in the corner -- the next one.  And this roughly the property.  Goes underneath the 10 freeway, and I know Carol is concerned about the fumes, and I'll to you about that, because of course we all are.  It extends on both sides.

And if you drive down 16th Street -- well, you can't.  It's a one-way.  You come up 16th Street, before you get to this location, you'll see some yellow school buses on the left, and you'll see that the

Page 36

vehicles, how self-chosen 16th Street for blocks. So they pick this location, so you already have a recreational park in the area, where the homeless, or people, who, by the way, are predominantly, mostly women and children, by the way, although there are men out there -- they're camping.

Go to the next one. Now, this is the fenced area. Next one. More fencing. Next one. More fencing. A gate goes in. And by the way, the homeless have gone in there with tents right now. Let's not confuse -- next one. Now, these are, once again, along the street driving up to that location. These are just the vans to show you.

Next one. Down in the corner. Next one. Back up the street. Next one. Just more vehicles. Next one. Once again, looking at the property, the fence. Next one. Once again, looking at the property through the fence. Next one. That's the property on one side. This is what I'm going to call the Skid Row side, not the other side of the freeway.

Next one. Next one. Next one. Next one. All right. Now, the first thing that Carol raised, and then I'm going to turn it over to the City and the County for a moment, is, look, we don't like pallets mixed with recreational vehicles. And so I

Page 37

think that her concern is, first of all, she doesn't like recreational vehicles, I assume, Carol, any place near the freeway anyway, because you pointed out that that's hazardous to people's health.  And I think the other side might respond, yeah, but that's where they're camping anyway.  They're camping on both sides.  They're camping on both sides of that freeway, so why shouldn't they camp underneath the freeway.

So I'm concerned if First Alliance's eventual position is that recreational vehicles should be mixed with pallets, I think that that is potentially a no-starter, that this has to be a recreational site if we're going to turn it into one, that it can't have people running around in tents or pallets, because that's really dangerous.

UNIDENTIFIED SPEAKER:  Carol wanted to clarify.

THE COURT:  Okay.  So, Carol, why don't you clarify your point?

MS. SOBEL:  I just wanted to add one thing.  Under both SB-2 [ph] and all the laws that allow tax credits for building shelters and low-income housing, you are prohibited from locating any such facility within 250 feet of a freeway.

THE COURT:  Okay.

Page 38

MS. SOBEL:  So this would -- placing the pallet homes there would not only be hazardous to people's health, but it would violate every state law that restricts where you can put a shelter.

THE COURT:  Do you support the trailers and cars there, Carol?

MS. SOBEL:  I think that the cars, a temporary thing, or, you know, where people drive in and out is, is a better use of that property.  You know, I think it is problematic no matter what, but I think that it is a better use of that property than something that is semi-permanent like the pallet homes, and becomes the housing for people.  So --

THE COURT:  I'm going to hand this over to --

MS. SOBEL:  A lot of people drive -- what?

THE COURT:  I'm going to turn this over to Matt and Elizabeth in just a moment, but there was a temporary solution, Joe's Parking, or something, and when I read that, I saw that as a stopgap.  That's just a nightmare waiting to happen in 90 days, with a short-term lease.  The Court is really not interesting in engaging in that kind of temporary solution.  That just kicks the can down the road.

Page 39

So the bottom line is, Matt and Elizabeth, real simple, is this acceptable for recreational parking?  And I know you wanted to extend it to pallets, but --

MS. MITCHELL:  Your Honor, this is, from our position, 16th and Maple would be a fantastic location for -- the 16th and Maple would be a fantastic location for the RVs.  One of the Joe's Parking facilities that we identified off of San Julian is right in the middle of Skid Row and has plenty of space for those RVs, and they're willing to enter into a long-term lease at cost.

THE COURT:  Now, I want permanency.  I'll tell you why.  The Governor is giving away Caltrans land.  I like things free.  And we're going to call Gavin today.  We're going to ask Eric to get on the phone to call Gavin, get the decisionmakers doing something.  So why can't we have recreational vehicles here?

MS. MITCHELL:  We would support recreational vehicles on that property --

THE COURT:  Recreational vehicles?

MS. MITCHELL:  Yes.

THE COURT:  Okay.  And I'm sorry.  I don't know who you are, but for the record, take down

Page 40

your bandana, although we don't want to kill you, because I can't hear you.

MS. MILLER:  Christina Miller, Deputy Mayor, City Homelessness Initiatives.  Hi, Judge.  So what was reflected in the status report, and what I'm happy to send over by e-mail, the City has a plan for that site with the --

THE COURT:  Then undo it.

MS. MILLER:  What's that?

THE COURT:  Undo it.  Get this site for recreational vehicles.  It's free unless you have something better, and Joe's Parking place temporarily isn't better.

MS. MILLER:  So with all due respect, I would just say the services --

THE COURT:  That means you don't respect me, so don't ever say that again.  Now, what did you want to say?

MS. MILLER:  The site might be free, but the services of the infrastructure are not --

THE COURT:  And that's between you and the County playing games, when you first told me about who's going to pay for it, and I had that conversation with Kathryn Barger this morning.  Knock it off.  That's a good conversation between Eric and Kathryn, and that's

Page 41

what I've been hearing.  Who's going to pay for it?

MS. MILLER:  If I may --

THE COURT:  With all due respect.  I know.

MS. MILLER:  If I may, so in a few weeks, we plan to put the pallet shelters --

THE COURT:  I don't want a few weeks, because in a few weeks, we'll all be back to the same problem of there's no crisis, so we're not going to solve it.  I want this real time.  Do you understand me?

MS. MILLER:  I hear it --

THE COURT:  That's why I'm calling at eight o'clock tonight.

MS. MILLER:  But the real-time solution I would offer --

THE COURT:  Real time.

MS. MILLER:  Elizabeth was just saying is that Joe's Parking Lot, as long as we get a right of entry, we can assess the lot and move those RVs --

THE COURT:  You can do that by eight o'clock tonight?

MS. MILLER:  [No audible response.]

THE COURT:  Good.  If you do it by eight o'clock tonight, and I have a permanent solution and not a temporary release, I am listening.  I'm not listening

Page 42

to anything temporary.

MS. WEITZMAN:  How long is a long-term lease?  What does that mean?

THE COURT:  Yeah, what does that mean?

MS. MITCHELL:  So I can't -- obviously, I'm not Joe's Parking.  I'd have to talk to them.  What they say is they have as much flexibility as the City --

THE COURT:  No.  It's today.  It's tonight.  I'll sit here till midnight if I have to.

UNIDENTIFIED SPEAKER:  We could get on the phone --

THE COURT:  Get on the phone, because if it's not this, you told me what it is today.

MS. MITCHELL:  I'm going to step out and get Joe's Parking --

THE COURT:  No.  Stay.  This is entertaining.  Have a seat.

MS. MITCHELL:  Sure.

THE COURT:  Let's finish this conversation, because I'm getting tired of hearing who is going to pay for it.  We'll get on the phone with Kathryn right now.

MS. MILLER:  We are open to doing it. The point I was trying to make --

THE COURT:  Are you open -- we going to

Page 43

get on the phone with Kathryn and Eric right now?

MS. MILLER:  If the lot is available, we will do our best to set up all the infrastructure needed to set up safe parking.  We are 100 percent --

THE COURT:  And if this lot is not available, what's your solution?

MS. MILLER:  We will continue to go down the list and look at the sites, and --

THE COURT:  No.  There's no list.  It's now, Christina.

MS. MILLER:  As soon as we talk to the --

THE COURT:  It's now.  You understand me?

MS. MILLER:  I do.

THE COURT:  It's today and tonight.  So what's your backup if Joe's isn't available?

MS. MILLER:  There are a number of lots downtown that we --

THE COURT:  Nope.  I've looked at them, and you didn't have -- you know, those lots were unsatisfactory because they were all temporary except for the veterans lot, which is only letting homeless in for a slightly extended period of time.

MS. MILLER:  Judge, can I ask the other parties in the room a question?  I just want to -- as we game out this plan, we can make the site available.  The

Page 44

City is committed to doing that.  I'd like to understand what the plan would be to move the folks from those RVs into the lots.

THE COURT:  I know.  I know you're committed.  I have no fault upon you with that.  It's today, Christina, and tonight.

MS. MYERS:  Can we get the address for the site?

MS. MILLER:  726 San Julian.

UNIDENTIFIED SPEAKER:  S-A-N-G --

MS. MILLER:  J, J --

UNIDENTIFIED SPEAKER:  Sorry, J.

MS. MARTINEZ:  Real quickly, guys -- and I'm trying to get to your point, Christina -- do all the other parties in the room agree to the two sites that the Judge just mentioned to put up trailers and RVs?

Which you mentioned the first site that you just talked about, Judge Carter, what site is that?

MS. MILLER:  16th and Maple --

THE COURT:  One is 16th and Maple.

MS. MARTINEZ:  16th and Maple, okay. That's all I want.  16th and Maple, can I get an agreement?  Are you all fine with having RVs and cars at that lot if we can make that happen?

THE COURT:  Because there's where you

Page 45

crossed in your papers.  You actually --

MS. SOBEL:  This is Carol.  We are.

MS. MARTINEZ:  Yes.  Carol is a yes.

MR. YOUNG:  No objection here.

MS. MARTINEZ:  Elizabeth?

THE COURT:  Okay.  Christina get on the phone, if you would, with the Mayor --

MS. MARTINEZ:  County, County?  Shayla?

MS. MYERS:  Yes.

THE COURT:  Okay.

MS. MARTINEZ:  County, yes?

MR. YOUNG:  We're fine --

MS. MARTINEZ:  City?

UNIDENTIFIED SPEAKER:  Yes.

THE COURT:  Make it all available --

MS. MILLER:  What I'm trying to say is we already had a plan at that site --

THE COURT:  This is -- Christina --

MS. MARTINEZ:  On the second site, which is the potential of Joe's parking lot, if we can make that feasible, County, are we good with that?

MR. YOUNG:  We're fine with that?

MS. MARTINEZ:  Carol?

MS. SOBEL:  Yes, we -- we're, we're acceptable.

Veritext Legal Solutions
866 299-5127

MS. MARTINEZ:  Shayla?

MS. MYERS:  I need to look at which site. I just -- I needed to see where it is --

MS. SOBEL:  We're talking about 16th and Maple, right?

MS. MARTINEZ:  No, this is on Joe's parking lot.

THE COURT:  Joe's.

MS. SOBEL:  Oh, I didn't hear.  What is the issue on Joe's parking lot?

MS. MARTINEZ:  If it becomes available for a long-term lease to park RVs and vehicles, would you guys be okay for that site to be suitable for that purpose?

THE COURT:  I'm not unless it's two to three years, period.  This isn't going to get dumped back --

MS. MARTINEZ:  But it has to be a long-term lease.

UNIDENTIFIED SPEAKER:  Not a few months.

MS. SOBEL:  I, I, I agree with the Court.

MS. MARTINEZ:  Okay.  So -- okay.  Let me, let me -- two to three-year lease?  Carol?

MS. SOBEL:  Do we have an idea about how many vehicles there actually are on Skid Row?  Because I

Page 47

think it's one of the smaller populations of people living in the vehicles in the city.

THE COURT:  Carol, I'm only starting with Skid Row.  I'm prepared to get Mike Bonin on the phone, Marquis today. I'm prepared to go right down the list if I need to, but I --

MS. SOBEL:  Okay.

THE COURT:  But I'm going to stay with Skid Row, without getting deflected for a moment.

MS. SOBEL:  If that was a long-term lease and people were guaranteed a couple of years while the City worked on housing and other stuff, absolutely.

MS. MARTINEZ:  Agreement.  Yes.

THE COURT:  All right.

MS. MARTINEZ:  County?

MR. YOUNG:  We're fine with it, Judge.

MS. MARTINEZ:  Yes.  City?

MR. MARCUS:  Yes.  And the City, the City would prefer the San Julian lot over the Maple and 16th, because, as we said, we have a plan in place for Maple and 16th to put pallet shelters there.

THE COURT:  No, we're calling the Governor today.  We're going to find out if he's going to give us this Caltrans in real-time or if he's just kidding.

Page  48

MR. MARCUS:  I don't think it's an issue of the property.  It's --

MS. SOBEL:  It was on the published list of free property, Your Honor.

THE COURT:  Right.

MR. MARCUS:  Right.  So --

MS. SOBEL:  On the state's website.

MR. MARCUS:  As Ms. Miller --

THE COURT:  Former -- just happens to be his aid, so we can --

MR. MARCUS:  As Ms. Miller was saying, Your Honor --

MS SOBEL:  Yes.

MR. MARCUS:  As Ms. Miller was saying, the City has been working on a plan to put 50 pallet shelters there --

THE COURT:  Been working on it long enough.

MR. MARCUS:  What the Court is now asking us to do is to stop that plan to not put 50 housing units there and to allow RVs to park there.  What we're saying is we would prefer if the San Julian lot is available long-term, we would prefer that so we could continue with the pallet shelter plan at the Maple and 16th location.

Page 49

MS. MARTINEZ:  So, guys, let me get some clarification, please, some clarification of Mr. Marcus.  The San Julian site is the Caltrans site?

MR. MARCUS:  No.

UNIDENTIFIED SPEAKER:  That's 16th --

MS. MARTINEZ:  That's 16th and Maple?

MR. MARCUS:  Yes.

MS. MARTINEZ:  Okay.  The Caltrans site that the Judge is speaking of is what address?

THE COURT:  I thought it was 16th --

MR. MARCUS:  16th and Maple is the Caltrans site.

UNIDENTIFIED SPEAKER:  And Maple --

THE COURT:  16th and Maple is the Caltrans site --

MS. MARTINEZ:  So --

UNIDENTIFIED SPEAKER:  Yeah, I --

MS. MARTINEZ:  The Saint Julian site.

MR. MARCUS:  Saint Julian's is the Joe's parking.

MS. MARTINEZ:  The Joe's parking.  Okay.  So the Caltrans is the 16th and Maple?

MR. MARCUS:  Yes.

MS. MARTINEZ:  Saint Julian's is Joe's parking?

Page 50

MR. MARCUS:  Yes.

MS. MARTINEZ:  Okay.  Fantastic.  What you're indicating to the Court is that the City -- already had plans to move towards on the Saint Julian side, to put housing there?

MR. MARCUS:  No.

UNIDENTIFIED SPEAKER:  No.

MR. MARCUS:  As I said in my submission, filed last night, the 16th and Maple site is a Caltrans property.  The City is already engaging with Caltrans and the County to provide 50 pallet housing units on that location.  So that's why the City would prefer --

THE COURT:  But -- the Plaintiff's objecting because they don't want pallet housing on that site.  They don't want human beings living in pallets.  But what they are agreeing to are recreational vehicles and cars.

MS. MYERS:  And Your Honor, if I can just point this out, this is the first time that we've heard any plans related to the pallet shelter since they were first talked about at the beginning, and I just want to reiterate this is the first pallet shelter site that the City will be standing up, which is obviously progress, but setting a precedent of setting pallet shelters under a freeway, given the particulate matters that people are

Page 51

breathing in, it's extremely problematic --

THE COURT:  You have a -- settlement depending on what, what the Mayor says right now with recreational vehicles and cars, and you can get a substantial number of people in a fenced area, with safety, with police, and getting medical down to them, and that would be a huge benefit.  So many women and children out there --

MS. MARTINEZ:  So we're doubling back, and almost everyone agrees, Mr. Marcus an exception for the City of L.A. because you had recent plans.  Most folks don't agree to that, so I think if we could move forward and I guess go out there with Christina and work this out, and come back to us, and figure out if this is something that we can move forward with recreational vehicles.

MR. MARCUS:  No.  I understand.  And I think -- and she's making those phone calls.

MS. MARTINEZ:  Okay.  Fantastic.

THE COURT:  We can't move forward if the City is not serious --

MR. MARCUS:  I was just trying to explain the City's reference so that we could move forward with both plans, the RVs at San Julian and the pallet housing at Maple and 16th.  That would be the City's preference.

Page 52

That's all I wanted to say.

THE COURT:  Recreational vehicles on 16th and Maple --

UNIDENTIFIED SPEAKER:  We haven't -- we actually haven't looked --

THE COURT:  Everybody agrees.  We're waiting for her --

MS. MARTINEZ:  Okay.  The, the, the Saint Julian, the only way, Elizabeth, we are moving forward if it's a long-term lease, the Court is saying two to three years, and that is not going to happen -- you got to take that off the table --

THE COURT:  And I'm not going to diffuse that right now.  We're just going to stay with recreational vehicles until we get a yes or no from --

MS. MARTINEZ:  We're --

MS. MYERS:  And Your Honor, I want to be clear, too, that the recreational vehicles, we have the same concerns about 16th and Maple, and we're talking about this as a compromise.  This is not ideal.  It is not ideal to be placing unhoused people under freeways, and at least RVs give some level of protection because they're already there.  But that's not ideal, and it's not an acceptable strategy going forward.

MS. MITCHELL:  Correct.  Your Honor, if I

can step in real quick, our position, the Plaintiff's position, would be we would be in support of putting the pallet shelters on 16th and Maple and using the Joe's lot if available.

THE COURT:  The Plaintiffs don't agree with that --

MS. MITCHELL:  Because we want, we want -- the more people housed, the better.  The people under roofs --

THE COURT:  The Plaintiffs will not agree with that.  If you have a chance with a substantial number of this population, if you -- to put it up --

MR. MARCUS:  Your Honor, those are the Plaintiffs.  They are agreeing to it.

MS. MYERS:  Well, he means --

UNIDENTIFIED SPEAKER:  Plaintiff intervenes.

MR. MARCUS:  Got it.

THE COURT:  You see, this is the diffusion that's always caused.  We can get X, but we want to get Y and G.  Don't let the perfect get in the way of good.  Get this done.  We're going to take thousands of people if this works and get them into a shelter now.  And you've had 17 years to do this.  So we're waiting for the ...

Page 54

MS. WEITZMAN:  I don't know anything about the second site they're proposing because we just got the address seconds ago.  Maybe that would be an appropriate site for the pallet homes.

THE COURT:  So ...

MS. MARTINEZ:  Carol?

MS. SOBEL:  Yes?

MS. MARTINEZ:  On recreational vehicles, if the City and County do move forward with looking at potential sites temporarily as a long-term strategy until we get folks in permanent housing, would you be receptive to utilizing those spaces to --

MS. SOBEL:  You just cut out.

MS. MARTINEZ:  I said would you be receptive to counting that --

MS. SOBEL:  Michele, I didn't hear you. You cut out.

THE COURT:  No, that's -- back and forth. Has anyone been able to reach Dr. Braverman?

MS. MARSTON:  I reached out to him.

THE COURT:  Thank you.

MS. MARSTON:  Yes.  He just needs more details.

THE COURT:  Really appreciate it -- thank you.

Page 55

MS. MARSTON:  Yeah, no problem.

THE COURT:  You look like Christina --

MS. MARSTON:  I know.  It's okay.  It's the mask.

MS. SOBEL:  Michele, can you repeat your question?  Would I be agreeable to what?

MS. MARTINEZ:  If you -- if we do move forward with temporarily utilizing these, these parking sites for RV parking or safe parking, would that be helpful -- could that be helpful to the City and County to meet their 60 percent of unsheltered?  Would you guys move towards --

MS. WEITZMAN:  Those people are still unsheltered.

MS. MARTINEZ:  So you guys --

MS. SOBEL:  You know --

MS. MARTINEZ:   -- would not be open to temporarily --

MS. SOBEL:  Michele, it's going to be a drop in the bucket.  So I don't even think we need to get to that point at this point because we're talking about 10,000 people -- thousand people in the street, maybe more now.  So it's kind of a premature discussion.

MS. MARTINEZ:  Correct.  I'm just --

MS. SOBEL:  Let's see where, where that

Veritext Legal Solutions
866 299-5127

goes.

MS. MARTINEZ:  Carol, I just need -- we need to put everything on the table.

MS. SOBEL:  I understand that, but I don't, I don't, I don't see why it's even an urgent point right now since the City has -- you know, even if they have all the people -- it sounds like it's for all the people living in -- thousand people living on the street --

THE COURT:  Carol, Carol, let's take -- Carol, let's take --

MS. MARTINEZ:  I understand that --

MS. SOBEL:  So I'd just like to hold off, you know --

THE COURT:  Got it.  We're going to hold off.  Let's get -- let's see if we can get --

MS. SOBEL:  Hold -- that at this point --

THE COURT:  And let's see if we can get the cars and trailers to some safe location, better medical, more safety.  And this goes for Skid Row, and then we can start reaching out to Bonin, Marquis at a later time.  Not now.  You know, if we reach this, I want it nice and simple.

We can draft it today, draft it here.  It could be in pencil.  Yeah.  I don't care.  But you're

Page 57

not going back to your offices and your thousand-dollar paper. You're going to draft it right here, nice simple form, and I'll get on the line with the Governor's Office. Going to make sure he's going to give us this Caltrans property. I think it would be a big homerun for him, quite frankly, if he acted quickly. We'll see.

MS. MARTINEZ: They already have it ...

THE COURT: Yeah, they've already got it.

MS. MARTINEZ: They don't need to call the Governor because we have --

THE COURT: Marcus, do you already -- I mean, do you already have this property, Marcus?

MR. MARCUS: I'm sorry?

THE COURT: You already have this property?

MR. MARCUS: My understanding is we're negotiating --

THE COURT: I'm sorry.

MR. MARCUS: We're negotiating a lease with the state to use the property for the pallet shelters, yes. We expect that to be completed by the end of the month.

THE COURT: No, this would be for recreational vehicles.

MR. MARCUS: Well, I'm telling you what

Veritext Legal Solutions
866 299-5127

we have been doing up to this point, so, yes --

THE COURT:  Now, I don't see why the Governor would object --

MR. MARCUS:  I --

THE COURT:  And I would appreciate you talking to him today --

MR. MARCUS:  I don't believe it's a matter of objection, Your Honor.  I think it's simply a matter of working out the terms of the use of the land.

THE COURT:  How long will that take?

MR. MARCUS:  I'm not negotiating, so I don't know.

THE COURT:  Hours.  We'll just sit here.

MS. MYERS:  And Your Honor, if we're talking about moving people into those spaces, I mean, I think there needs to be an agreement amongst the parties about who can move in and how.

THE COURT:  I'm sorry, Shayla, I can't -- and I apologize.  I'm trying --

MS. MYERS:  Sorry, Your Honor.  No, no, no.  It's fine.  I usually think my voice can project through a mask.  There needs to be an agreement and a conversation amongst the parties about moving people in in their RVs as they currently stand --

THE COURT:  I don't think we do that in

Veritext Legal Solutions
866 299-5127

this period of time, because they're self-isolating.

MS. MYERS:  No, Your Honor.  My --

THE COURT:  I don't think Barbara Ferrer wants that.  I spoke to her last night.  I don't know what her position is, but moving people in a caravan out of their present location in one week doesn't make sense.  There's too much displacement.  But you mark that available, as soon as this lifts so they can start moving to that location.  That's what you're trying to set up --

MS. MYERS:  Yes, Your Honor, but what often happens is the perfect becomes the enemy of the good, and moving people into these locations when they're in RVs because their registration isn't up-to-date, because they have parking tickets, those kinds of things.  And so to the extent that you're looking to provide resources and services for that group of people in that location, I just want to make sure that that's a part of the conversation.

THE COURT:  I think if we get this location, we'll have no problem with resources.  We'll get Kathryn and Eric in there, and we'll hammer out with Marcus and counsel the differences in the money and who's going to provide support --

MR. MARCUS:  Did I understand --

Page 60

THE COURT:  I wasn't just --

MR. MARCUS:  Did I understand the Court correctly to say that you don't intend to move the RVs into this facility until after --

THE COURT:  Not immediately, because I'm depending upon Barbara Ferrer.  If she tells me that that's acceptable, we'll move tomorrow, but right now, she wants things in place because she likes the social distancing of the trailers, et cetera, and so you now have this caravan going up in the next couple weeks.  I would just suggest I think her position will be let it alone for a week or two until we get on the back side of this, but we should have this ready to go.

So I will call her in just a moment -- we were talking last night -- and see what her position is with public health.

MS. WEITZMAN:  Judge, I think --

THE COURT:  And we get Mike Moore down here also, and seeing what his position means, but if we're really serious today -- okay.  We've got a lot of bureaucrats ...

MS. WEITZMAN:  I think all the, all the interveners that Shayla was trying to say was that we just want to make sure that once it does open, that it's going to be low-barrier, that if the DMV is closed and

Page 61

somebody can't go update your registration, they can still come in.

THE COURT:  All these other things we're going to work out -- get this done.  We're going to put the horse before the -- cart before the horse, or the horse before the cart, cart before the horse or --

MR. MARCUS:  Or the barn.

THE COURT:  All these problems are problems we will deal with.  I want the location, and if we're not serious about the location, that's it.  But you both cross into this location, so this is the location for recreational vehicles and cars, but not for human beings on pallets.

Could you put up that stat again -- by the way, as we're waiting, wasn't that impressive, some of these young people on the first line of responders?  I mean, when you're out there, you just think who's still serving you food, and we in government aren't supposed to function?  Yes, we are.  We're supposed to be the exception and functioning.  So it's a compliment to you, all of you in this room.

UNIDENTIFIED SPEAKER:  Your Honor --

THE COURT:  Yeah.

And if somebody can explain this out of 10,000 vehicles, 444 and claim that that's success,

Page 62

please make it ...

MS. MYERS:  Your Honor, but I think that --

THE COURT:  That's horrific.

MS. MYERS:  But I think that's our concern about --

THE COURT:  That's horrific.  Thank you. There's no explanation.  Heidi, how did you do with Braverman?  Did you get --

MS. MARSTON:  He has some follow-up questions, so I just need to tell him who to contact.

THE COURT:  What?

MS. MARSTON:  He had some questions.

THE COURT:  He didn't have any questions. He's going to be here either voluntarily or by subpoena.

MS. MARSTON:  Who should he reach out to to get details.

THE COURT:  He doesn't need details.

MS. MARSTON:  Okay.

THE COURT:  He needs to be here.  This is not a negotiation.

MS. MARSTON:  I told him, I told him Tuesday.

THE COURT:  I need to extend invitation to begin with.

Page 63

MS. MARSTON:  Okay.

THE COURT:  Otherwise, it goes the other way, and that's not a good public image.  Understand?

MS. MARSTON:  I'll tell him.  Okay.

THE COURT:  He'll figure that out when he's here.  Remember, I was told on the Santa Ana River -- you got time for a story -- that the VA couldn't come out for surfers in the Santa Ana River because they were in Long Beach.  Now, this is a packed courtroom.  You can imagine the impression being asked why the VA can't come out to the river and service veterans.  Somebody in Washington, DC finally decided in 24 hours that that was a bad image.

MS. MARSTON:  Yeah.

THE COURT:  I placed that in Dr. Braverman's hand.

MS. MARSTON:  Yeah.

THE COURT:  He, he --

MS. MARSTON:  Yeah.

THE COURT:  So it's an invitation to begin with.  We'll handle it a different way if necessary.  I want to know within 48 hours.

MS. MARSTON:  I'll let him know.

THE COURT:  But this is not a negotiation where he's asking --

Page 64

MS. MARSTON:  Okay.

THE COURT:  He's here.

MS. MARSTON:  I ran the homeless programs at VA here before this job, so ...

THE COURT:  Yeah.  By the way, as a compliment, when they came out to the river finally, they did a wonderful job.

MS. MARSTON:  Yeah.

THE COURT:  I mean, I was so impressed with the VA getting --

MS. MARSTON:  But it's hard, it's hard sometimes with VA.

THE COURT:  But we have homeless people that don't know where to go.

MS. MARSTON:  Yeah.

THE COURT:  They give them a card and they say go down to the VA, and for god sakes, they don't even know where that is.

MS. MARSTON:  Yeah.

MR. MARCUS:  Is that correct, Your Honor, you're ordering us not to get the pallets --

THE COURT:  I can't hear you?

MR. MARCUS:  You're ordering us not to put the pallets at that location, just the RVs?

THE COURT:  I'm not ordering you to do

Page 65

anything.  You can't negotiate a settlement by putting pallets in that location.  You can move substantially forward by agreeing right now to recreational vehicles. You can get whole month if you want to do it, or you can take the opportunity to negotiate and go nowhere, which is what you've been doing.

MR. MARCUS:  We're just trying to do as many things as we can --

THE COURT:  Which is what you've been doing.

MS. MILLER:  So, Your Honor, we're working --

THE COURT:  I'm sorry.  I apologize.

MS. MILLER:  It's okay.  So, yes, we are working with the state right now.  We have to redo the lease because the lease was for the pallet shelters, for the 100 --

THE COURT:  So all I want is this, just this written up on a piece of paper because it's in good faith.  Are you in good faith?  What time would you like me to come down?  Five o'clock, seven o'clock, or I know you don't want my hours.  Do any of you want my hours? I don't care if it's midnight.  You tell me when.  And you're not leaving here until you draft it on a piece of paper, okay?  Or you can go out in the hallway.

Page 66

But we're not going back to the thousand-dollar-an-hour paper.  Just draft it right here.  And it's nice and simple.  It's really simple.  And we are agreed to this site for recreational vehicles and cars, not subject to anything, because this is Caltrans property.  And if we need to get the Governor on the line, tell me.  I don't think we do, right, Marcus?

MR. MARCUS:  So, Your Honor --

THE COURT:  No.  Do we need to get the Governor on the line? Happy to call him.  I'm not kidding --

MR. MARCUS:  And we know that, Your Honor --

THE COURT:  If that's embarrassing -- so you tell me --

MR. MARCUS:  As Ms. Miller indicated, we are already in negotiations on the --

THE COURT:  I --

MR. MARCUS:  We were already in negotiations with the state on the terms of the lease.  If they had --

THE COURT:  Then get on the phone and call the state, and do it now.

MR. MARCUS:  Your Honor, all I'm saying, all I'm saying is I don't know if we have a problem yet.

Page 67

THE COURT:  What time do you want to meet?  Five o'clock, seven o'clock, nine o'clock?  Tell me the time.  This is going to get done --

MR. MARCUS:  How fast can you drive, Matt?

MR. UMHOFER:  We're available.  Okay. So, Your Honor, I understand --

THE COURT:  Ten o'clock tonight.

MR. UMHOFER:  Your Honor, we may be able to do this more quickly.  I just want to get clear on what we're -- are we talking about a document among the parties that is a short document that constitutes an agreement to this proposal?

THE COURT:  That's exactly right.

MR. UMHOFER:  Okay.  And so I think the -- we can -- it's easy for us to sign, easy for the interveners to sign, probably for the County to sign. The question is for the City.  How much time would you need to be able to sign that piece of paper, get the ability to sign that?

MR. MARCUS:  We could -- we can sign the agreement to --

THE COURT:  Yeah.  In other words, watch this.  He can come down here.  He can make that decision.  The terms don't ...

Page 68

MR. MARCUS:  Your Honor --

THE COURT:  Kathryn should be here.  Eric should be here if you can reach an agreement.  You're not driving the ship anymore.

MR. MARCUS:  Your Honor, you're misunderstanding.  We can sign the agreement now.  We will do everything we can to turn this into the RV safe park -- RV and car safe parking at Maple and 16th.  What we don't know yet is the state's response to the change in the terms.  If there is a problem --

THE COURT:  Get on the phone.  That's why --

MR. MARCUS:  Again, again, again, Your Honor, if you could allow me to finish.  If there is a problem, we will raise it to the Court immediately.  There may be no problem.  We may be able to get it done later today.

THE COURT:  Okay.

MR. UMHOFER:  Your Honor --

MR. MARCUS:  We haven't heard back from the state yet --

THE COURT:  This is a request to -- I want the Governor involved with Eric Garcetti on the phone call.  I'm requesting that.

MR. MARCUS:  I don't know that --

Page 69

THE COURT:  Now, in other words, if you can't make the decision, then the principal should be making this decision.  And if the Governor says it's done, then the staff will do it.  The problem is attorneys are getting in the way and making the decisions and being a buffer.  And I'm going to be point blank about that.

So you're raising all these problems.  But if I have the Governor here, if I have Eric here, and if I have Kathryn here, they would be telling you what you do.

MR. UMHOFER:  So, Your Honor, I think --

THE COURT:  You appear to be telling them what to do and raising problems.

MR. MARCUS:  And again, Your Honor, I'm not saying there are any problems.  The City is ready to sign the document.

THE COURT:  Then sign it.

MR. UMHOFER:  So, Your Honor, can we come back in an hour with the document?

THE COURT:  Sure.

MR. UMHOFER:  Okay.  Are we okay with an hour to draft?

MR. MARCUS:  Sure.

MR. UMHOFER:  Okay.

Page 70

MR. MARCUS:  Fine.

THE COURT:  Okay.

MR. UMHOFER:  We'll come back in an hour with the document.

THE COURT:  Perfect.  Thank you.  I'm trying to avoid that call with the Governor, but I'm not kidding about it, okay?  Okay.  Thank you very much.  We'll see you in an hour.

MR. UMHOFER:  Thank you.  There is a conference room --

THE COURT:  Hang on.  Then I'm going to get Kathryn down here and Eric down here --

MR. UMHOFER:  There is a conference room that we could -- that a small handful of us could retire to?  I think it's -- you know, Christina, just us to --

MR. MARCUS:  Okay.

THE COURT:  And by the way, something handwritten, Marcus, nothing fancy --

MR. MARCUS:  That's fine.  Your Honor, I work for the City.  I am not a thousand-dollar-an-hour attorney.  Believe me.  It'd take me days to get $1,000.

THE COURT:  Could you work in here?  Would that be easier for you?

MR. MARCUS:  He --

THE COURT:  I could clear the room of all

Page 71

the other parties so you can have some privacy to write this out.

MR. MARCUS:  However --

UNIDENTIFIED SPEAKER:  We've got a conference room upstairs.

MR. MARCUS:  However --

COURT REPORTER:  Off the record.  All right.  The time is 11:15 a.m.  We are off the record.

(Off the record.)

THE COURT:  All right, then.  We're on the record, and counsel has been discussing apparently much broader a transcript than the Court expected.  Were some informal conversations having with the Court.  So could somebody summarize where you're at?

MR. MARCUS:  Yeah, Scott Marcus for the City.  Your Honor, we have asked the interveners and the Plaintiff's to agree to use the Maple and 16th facility not only for RV and car parking, but also to allow for the pallet units that was originally planned to so we can make the most of this land, the most of this lot near downtown for as many uses for as many people as possible.

They are both checking with their respective people, and they are asking for information from the City as to how far the units will be placed

from the freeway, and I'm trying to get that information to them.  But that's, that's what we're negotiating right now is trying to make as much use of this --

THE COURT:  So a broader possible settlement --

MR. MARCUS:  More uses for more people, correct.

THE COURT:  Human beings involved as well as human beings in recreational vehicles.  Okay.  How much time do you need, because I'm not going to break this up when the councilman -- or make it two o'clock. I think it's two.  Yeah, it's two o'clock.

MR. MARCUS:  Well, Your Honor, I'm --

THE COURT:  I want to accommodate, but I want to request -- I will request that the Mayor be here.  I'm going to request that Kathryn Barger be here. That'll work out the discussion about money, because they should be driving you.  You should not be driving them.  From now on, they make the decisions.  You're there to support them.  You're no longer making decisions.

So what time?  Eight o'clock?  I know he has a program at 5:30.

MR. UMHOFER:  So I think the interveners needed the time, correct?

Page 73

THE COURT:  No, I think the Mayor needs some time -- see, he -- eight o'clock?  All right. You're ordered back at eight o'clock.  Thank you.

UNIDENTIFIED SPEAKER:  Thank you.

COURT REPORTER:  This marks the end of media number 3.  The time is 12:50 p.m.  We are off the record.

(Whereupon, at 12:50 p.m., the proceeding was concluded.)

Page  74

CERTIFICATE OF NOTARY PUBLIC

I, AUSTIN CHE, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

AUSTIN CHE

Notary Public in and for the

State of California

Page 75

CERTIFICATE OF TRANSCRIBER

I, DANIELLE S. VANRIPER, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

DANIELLE S. VANRIPER

Page 76

[& - addendum]

**&**

**&**   2:4,11 3:4

**0**

**02291**   1:8

**1**

**1**   1:10 8:5 9:20 13:14
**1,000**   7:18 71:21
**1,022**   7:18
**1,309**   7:21
**1,900**   9:20
**10**   1:11 15:4 19:22 23:8 24:1 30:15 36:19
**10,000**   17:4 34:25 56:22 62:25
**100**   20:11 32:25 44:4 66:17
**10:00**   1:16 5:3
**11**   9:2 19:22
**112**   8:1
**11355**   3:5
**11:15**   72:8
**12**   27:13
**12:50**   74:6,8
**14**   1:15 7:25
**15**   16:4 17:16
**16th**   9:23 19:1 36:8,10,22,23 37:1 40:6,7 45:19,20,21 45:22 47:4 48:19 48:21 49:25 50:5 50:6,10,11,14,22 51:9 52:25 53:2 53:19 54:3 69:8 72:17
**17**   21:17 25:13 54:24
**17,000**   16:4

**172**   9:7
**17500**   75:20
**17929**   76:21
**19**   8:19,23
**1990**   2:12
**1st**   35:6

**2**

**2**   38:21
**2,076**   15:24
**2,396**   16:1
**20,000**   17:16
**200**   2:5,19
**2011**   31:2
**2014**   31:1
**2015**   31:20,22
**2016**   31:1,23 34:7
**2018**   33:7 35:5
**2019**   33:7 35:5
**2020**   1:15 33:9 35:6
**205-6520**   2:8
**209**   9:5
**213**   2:8,22
**23**   8:22 9:4
**24**   7:18 64:13
**249**   24:20
**25**   4:5
**250**   10:13 30:17 38:24
**2:00**   35:11
**2:20**   1:8

**3**

**3**   74:6
**30**   4:6
**310**   2:15 3:8 7:23
**312-4181**   3:8
**34**   27:11
**350**   9:13
**360**   9:12

**38**   27:11

**4**

**4,136,650**   35:2
**4055985**   1:25
**444**   17:4 34:25 62:25
**48**   13:12 64:22

**5**

**5,000**   33:3
**5,101**   16:2
**50**   8:12 13:13 49:15,20 51:11
**500**   17:20,21,22,22
**501**   1:19
**535**   7:22 8:2
**54**   9:15
**56**   9:14
**5:00**   5:7 35:11
**5:30**   5:7 73:23

**6**

**6**   4:4
**60**   56:11
**617**   2:5

**7**

**700**   2:19
**705**   2:12
**726**   45:9
**7th**   2:5

**8**

**8**   9:4
**826-4700**   2:15
**85.02**   31:5 34:8,13
**85.02.**   31:20
**85.11**   31:5

**9**

**90**   8:16 39:22
**90012**   2:20
**90013**   1:20

**90017**   2:6
**90025**   2:13
**90064**   3:6
**95**   20:9
**978-4681**   2:22

**a**

**a.m.**   1:16 35:11,11 72:8
**ability**   68:20 75:9 76:7
**able**   35:24 55:19 68:9,19 69:16
**absolutely**   7:14 48:12
**absorbed**   34:4
**abused**   27:15
**acceptable**   40:2 46:25 53:24 61:7
**accommodate**   16:4 33:24 73:14
**accomplishment**   17:7
**accumulated**   33:3
**accumulation**   33:13
**accurate**   15:25 75:8 76:5
**acre**   36:15
**acres**   36:15
**act**   5:19,19 21:4 35:7
**acted**   58:6
**acting**   10:11
**action**   75:11,15 76:8,12
**actions**   32:14
**activism**   7:12
**actuality**   23:11
**add**   33:16 38:20
**addendum**   31:9

[addition - bottom]

addition   15:4
address   26:9 27:7
  45:7 50:9 55:3
administration
  15:5
agenda   25:22
ago   30:15 33:1
  36:11 55:3
agree   45:15 47:21
  52:12 54:5,10
  72:17
agreeable   56:6
agreed   14:2 67:4
agreeing   51:16
  54:14 66:3
agreement   45:23
  48:13 59:16,22
  68:13,22 69:3,6
agrees   52:10 53:6
ahead   15:16
aid   49:10
al   1:5
alameda   18:20,21
  29:11
alexandria   1:18
alliance   1:4 34:6
alliance's   38:9
allow   38:21 49:21
  69:14 72:18
allowing   25:4
amended   34:12
america   28:1
amount   21:6
  26:15,23 27:2
amounts   32:20
ana   64:6,8
andre   3:13 4:5
  7:11 25:23 27:10
angeles   1:8,9,20
  2:6,13,17,20 3:2,6
  7:8,17,22 8:3

14:17 15:6,18
  32:23 33:23 34:11
angelinos   6:8
anybody   19:20
anymore   69:4
anyway   38:3,6
apartment   33:19
apologies   11:19
apologize   59:19
  66:13
apparently   17:24
  19:12 72:11
appear   70:13
appreciate   55:24
  59:5
appropriate   27:2
  55:4
approve   31:16
approximately
  15:24
april   1:15
area   29:1,1,8,15
  37:3,8 52:5
areas   26:20 31:6
arrested   30:20,21
arrive   24:14
arrived   7:23
article   15:6 24:5
  24:16
asked   64:10 72:16
asking   8:5 13:14
  17:6,16,24 25:10
  49:19 64:25 72:24
assess   42:19
assistance   9:25
assume   38:2
assure   5:7,11
asymptomatic   8:7
  8:15
attempted   31:4

attorney   71:21
  75:13 76:10
attorneys   22:12
  70:5
audible   42:22
audio   75:7 76:3
austin   1:24 75:2
  75:21
available   27:1,18
  32:1,8 44:2,6,15
  44:25 46:15 47:11
  49:23 54:4 60:8
  68:6
avoid   71:6
awaiting   9:9
aware   17:23 18:24
awfully   22:9

**b**

b   4:8 23:24
back   6:1,6,25
  10:17 11:2,6,17,20
  13:4 18:7 20:24
  20:25 21:25 25:13
  28:5 34:1 37:15
  42:8 47:17 52:9
  52:14 55:18 58:1
  61:12 67:1 69:20
  70:20 71:3 74:3
backing   19:4
backup   44:15
bad   64:13
bale   12:9
ballooned   32:19
ballroom   1:18
balmagis   23:21
bandana   41:1
barbara   60:3 61:6
barger   5:10 25:21
  41:24 73:16
barger's   17:11

barn   62:7
barrier   61:25
basically   5:20 13:7
  34:8
bdyoung   3:7
beach   8:2 64:9
bear   6:14 14:24
bearing   14:10
beds   8:16
beginning   51:21
behalf   2:2,17 3:2
  18:15 25:17
beings   51:15 62:13
  73:8,9
believe   7:21 34:16
  59:7 71:21
ben   24:17
benefit   13:13 52:7
best   8:15 18:12
  44:3 75:9 76:6
better   17:12 21:18
  24:23 39:9,11
  41:12,13 54:8
  57:19
beyond   10:14
big   26:2 58:5
bill   7:11 31:3
bins   17:22
birotte   3:13 4:5
  7:11 25:17,18,24
bit   7:25 13:6,20
  19:5
blank   20:17 70:7
bless   20:22
blocks   29:8 37:1
bold   25:12
bonin   48:4 57:21
bonin's   31:3
book   10:5
bottom   40:1

[boulevard - come]

boulevard 3:5
brandon 3:3
braverman 23:22 24:4,6 25:1 55:19 63:9
braverman's 64:16
break 16:24 19:13 73:10
breathing 52:1
brief 6:15
briefing 35:8
broader 72:12 73:4
brooke 3:16
bucket 56:20
budget 35:2
budgets 10:14
buffer 70:6
build 20:14
building 24:20 38:22
bundy 2:12
bureaucrats 61:21
buses 36:25
button 11:24
buy 10:13

**c**

c 2:1 3:1 5:1
ca 1:20 2:6,13,20 3:6
california 1:2 33:23 75:23
call 14:14 22:1,11 29:11 37:19 40:15 40:17 58:9 61:14 67:10,23 69:24 71:6
called 12:10 29:8 34:10

calling 42:12 48:22
calls 52:18
caltrans 19:3 40:14 48:24 50:3 50:8,12,15,22 51:9 51:10 58:5 67:5
camp 15:8 25:5 38:8
camping 20:12 37:6 38:6,6,7
camps 13:25
capabilities 5:23
capacity 20:10
car 69:8 72:18
caravan 60:5 61:10
card 65:16
care 22:8 23:6 57:25 66:23
carol 3:18 4:6 11:25 22:14,15,16 22:17,19,20 23:15 28:21,22 29:17,20 29:21,22,23 30:4,5 30:9 33:25 34:15 35:8 36:19 37:22 38:2,16,18 39:6 46:2,3,23 47:23 48:3 55:6 57:2,10 57:10,11
cars 16:1 30:19 39:6,7 45:23 51:17 52:4 57:19 62:12 67:4
cart 62:5,6,6
carter 1:17 45:18
case 1:7 8:18 26:14 28:22 31:11 31:12 34:10

cases 8:22
categorize 27:2
caused 26:20 54:20
center 32:23
centers 7:18
central 1:2
certain 25:21
certainly 9:24 14:14
certificate 75:1 76:1
certify 75:3 76:2
cetera 16:17 61:9
challenges 8:9
chance 54:11
change 69:9
charge 23:25
charitable 17:18
che 1:24 75:2,21
checked 9:12
checking 72:23
chief 31:4 36:1
children 37:5 52:8
chosen 37:1
christian 11:11 12:6
christina 3:12 11:16 41:3 44:10 45:6,14 46:6,18 52:13 56:2 71:15
circuit 30:23 34:10
citations 36:3
cited 32:10
cities 8:3
citing 30:18
citizens 20:21 35:16
city 1:8 2:17 5:9 6:10,11 7:6,16,22

9:13,15 11:12 14:20 17:6,19 19:14 21:15 28:17 29:19 30:16,17,25 31:1,1,20,24 32:12 32:15 33:14 34:5 34:11 35:10,23 36:1,5 37:23 41:4 41:6 43:7 45:1 46:13 48:2,12,17 48:18,18 49:15 51:3,10,12,23 52:11,21 55:9 56:10 57:6 68:18 70:16 71:20 72:16 72:25
city's 25:12 30:24 52:23,25
claim 62:25
clarification 50:2 50:2
clarify 38:17,19
clause 31:22 35:5 35:7
cleanliness 13:14
clear 26:5 53:18 68:10 71:25
clicked 24:18
clients 31:10
clinic 11:14 12:14 12:16 18:6
close 29:9
closed 61:25
colleague 7:11
colleagues 7:13
come 14:6 24:2 25:4 27:18 35:8 36:23 52:14 62:2 64:8,11 66:21 68:24 70:19 71:3

**[coming - cv]**

| | | | |
|---|---|---|---|
| **coming** 21:14 27:24 35:14 | **connected** 11:1 | **county** 1:9 3:2 8:2 8:3,8,19,24 9:18 | 55:5,18,21,24 56:2 57:10,15,18 58:8 |
| **commission** 32:13 | **connection** 7:4 | 9:25 11:12 17:5,6 | 58:11,14,18,23 |
| **committed** 45:1,5 | **consent** 5:15 | 19:10,13 25:20 | 59:2,5,10,13,18,25 |
| **communities** 32:7 | **constantly** 25:10 | 26:1,5,14 27:3 | 60:3,20 61:1,2,5 |
| **community** 12:23 | **constitutes** 68:12 | 29:20 34:5 37:24 | 61:18 62:3,8,23 |
| 13:4 17:24 18:3 | **cont'd** 3:1 | 41:22 46:8,8,11,21 | 63:4,7,12,14,18,20 |
| 18:24 27:22 | **contact** 63:11 | 48:15 51:11 55:9 | 63:24 64:2,5,15,18 |
| **competent** 6:12 | **contamination** | 56:10 68:17 | 64:20,24 65:2,5,9 |
| **complains** 35:18 | 12:11 | **couple** 13:10 | 65:13,16,22,25 |
| 35:23 | **continue** 5:20 9:21 | 15:24 29:7 48:11 | 66:9,13,18 67:9,14 |
| **completed** 58:21 | 44:7 49:24 | 61:10 | 67:18,22 68:1,8,14 |
| **compliment** 5:5,8 | **conversation** | **course** 36:21 | 68:23 69:2,11,15 |
| 5:9 7:10 14:19 | 25:20 41:23,25 | **court** 1:1 5:2,3 6:1 | 69:18,22 70:1,13 |
| 17:14 18:9 20:4 | 43:20 59:23 60:19 | 6:23 7:2,10,12 | 70:18,21 71:2,5,11 |
| 25:1 62:20 65:6 | **conversations** | 10:16,22 11:2,5,9 | 71:17,22,25 72:7 |
| **compliments** 6:7 | 25:25 72:13 | 11:18,21,23 12:1,5 | 72:10,12,13 73:4,8 |
| 15:19 16:14 | **convey** 28:22 | 12:13,24 13:3,11 | 73:14 74:1,5 |
| **compromise** 28:16 | **cooperation** 9:21 | 13:17 14:13,23 | **court's** 16:13 |
| 53:20 | **coordinate** 15:14 | 15:2 16:18,24 | 35:19 |
| **concentration** | **coordination** | 18:17 19:18,24 | **courtroom** 64:10 |
| 26:12 | 24:21,22 | 20:21,24 21:3 | **covid** 8:18,23 |
| **concern** 26:20 | **corner** 36:17 | 22:9,15,18,24 23:9 | **crack** 30:16 |
| 35:3 38:1 63:6 | 37:14 | 23:14,17,23 24:5,7 | **create** 31:6,6 |
| **concerned** 36:19 | **correct** 34:15 | 24:9,11,14 25:17 | **created** 32:15 |
| 38:9 | 53:25 56:24 65:20 | 25:19 27:10,16,25 | **credits** 38:22 |
| **concerns** 53:19 | 73:7,25 | 30:2,9,13 33:25 | **criminalized** 34:9 |
| **concessions** 28:13 | **correctly** 61:3 | 34:3 38:18,25 | **crisis** 42:9 |
| **concluded** 74:9 | **cost** 40:12 | 39:5,14,18,23 | **critical** 13:12 |
| **conclusion** 35:8,20 | **council** 16:16 | 40:13,22,24 41:8 | **criticism** 17:10 |
| **conditions** 8:14 | 31:15 32:5 33:7 | 41:10,16,21 42:3,7 | **cross** 62:11 |
| **condone** 13:7 | 35:4,7,14,25 | 42:12,16,20,23 | **crossed** 46:1 |
| **conducted** 9:5 | **councilman** 73:11 | 43:4,8,12,16,19,25 | **crying** 17:20 |
| **conference** 71:10 | **councilperson** | 44:5,9,12,14,18 | **cumbersome** 28:4 |
| 71:13 72:5 | 35:15,24 | 45:4,20,25 46:6,10 | **currently** 59:24 |
| **confined** 28:13 | **counsel** 15:2 16:8 | 46:15,18 47:8,15 | **curve** 15:17 |
| **confirmed** 8:22 | 18:17 21:23 60:23 | 47:21 48:3,8,14,22 | **cut** 6:17 55:13,17 |
| **conflict** 28:25 | 72:11 75:10,13 | 49:5,9,17,19 50:10 | **cv** 1:8 |
| **confuse** 37:11 | 76:7,10 | 50:14 51:3,13 | |
| **congregate** 7:19 | **count** 13:25 | 52:2,20 53:2,6,10 | |
| | **counting** 55:15 | 53:13 54:5,10,19 | |

Veritext Legal Solutions
866 299-5127

**[d - eric]**

| d | | | |
|---|---|---|---|

**d**  2:10 3:3 4:1 5:1
**daily**  9:11
**dangerous**  38:15
**danielle**  76:2,22
**date**  1:15 60:15
**david**  1:17
**day**  9:6 18:15,18 30:22
**days**  39:22 71:21
**dc**  64:12
**deal**  26:2,7 62:9
**dealing**  25:19
**deals**  10:8
**decade**  30:12
**decided**  64:12
**decision**  68:25 70:2,3
**decisionmakers**  6:2 40:17
**decisions**  70:6 73:19,21
**decontamination**  8:11
**defendant**  2:17 3:2
**defendants**  1:12
**defense**  5:18
**deflect**  36:6
**deflected**  48:9
**delivered**  17:20
**depending**  33:22 52:3 61:6
**deputy**  3:12 41:3
**description**  4:9
**desertrain**  31:10 34:10
**destroyed**  9:13 13:11 17:25
**details**  55:23 63:17,18

**devoted**  26:16,21
**dhs**  15:14
**differences**  60:23
**different**  27:4 32:5 64:21
**difficult**  8:9
**diffuse**  53:13
**diffusion**  54:20
**digital**  75:7 76:3
**direct**  29:19
**director**  15:5 23:19,23
**disabilities**  33:24
**disability**  33:20,22
**disabled**  33:1,20
**disagree**  28:24
**discuss**  14:21 15:12 19:10
**discussing**  72:11
**discussion**  16:18 19:5 56:23 73:17
**discussions**  28:9 28:10
**disease**  13:22
**displacement**  60:7
**dispute**  19:13 31:21
**distance**  16:20 18:13
**distancing**  13:23 61:9
**distribution**  17:14
**district**  1:1,2 31:18 32:2 35:16
**division**  31:25
**divvied**  27:3
**dmv**  61:25
**doc**  1:8
**dockweiler**  8:2,9 9:4

**doctor**  23:21,25
**document**  68:11 68:12 70:17,20 71:4
**doing**  8:18 12:22 18:12 40:17 43:23 45:1 59:1 66:6,10
**dollar**  58:1 67:2 71:20
**doubling**  52:9
**downtown**  26:21 26:24 44:17 72:21
**downward**  36:16
**dr**  15:3 24:4,6,25 55:19 64:15
**draft**  57:24,24 58:2 66:24 67:2 70:23
**dress**  29:6
**drive**  2:12 35:9 36:22 39:8,16 68:4
**driving**  37:12 69:4 73:18,18
**drop**  13:15 56:20
**drove**  36:11,13
**due**  41:14 42:3
**duly**  75:5
**dumped**  47:16

| e | | | |
|---|---|---|---|

**e**  2:1,1 3:1,1 4:1,8 5:1,1,6 41:6
**early**  5:7
**easier**  71:23
**easy**  68:16,16
**eddie**  12:9
**effectively**  6:16
**effort**  25:11
**efforts**  21:24 26:1 26:4

**eight**  14:3 22:1 42:13,20,23 73:22 74:2,3
**eighth**  29:13
**either**  63:15
**electronics**  11:19 23:10 28:4 30:3
**elizabeth**  2:3 17:21 19:9 39:19 40:2 42:17 46:5 53:9
**embarrassing**  67:14
**emitchell**  2:7
**employed**  75:10 75:13 76:8,10
**employee**  75:13 76:10
**encampments**  16:3,5
**encourage**  9:21 13:5
**ends**  7:4 25:11
**enemy**  60:12
**enforce**  28:19
**engaging**  39:24 51:10
**enhance**  5:24
**enhanced**  26:8
**enlighten**  6:16
**enter**  40:11
**entertain**  10:1
**entertaining**  43:17
**entirely**  31:15
**entity**  1:9,10 6:1
**entry**  42:19
**environment**  18:22
**eric**  3:11 4:4 40:16 41:25 44:1 60:22 69:2,23 70:9

Veritext Legal Solutions
866 299-5127

**[eric - garcetti]**

71:12
es  75:4
esquire  2:3,10,18
essential  5:20
essentially  32:6
established  34:13
et  1:5 16:16 61:9
eventual  38:10
eventually  16:14
everybody  10:14
  11:23 21:5 23:10
  29:5 30:2 53:6
exact  7:18 9:20
exactly  16:9 20:5
  20:13 68:14
exasperation  14:6
exception  5:14,17
  5:18 28:6 52:10
  62:20
exchanging  5:6
exist  26:13
exits  10:6
expand  16:8
expanded  29:7
expansion  15:10
  29:10
expect  6:2 14:9
  58:21
expected  72:12
experience  33:17
experiencing  8:23
  9:7
experts  26:10
explain  52:22
  62:24
explanation  27:15
  63:8
extend  40:3 63:24
extended  33:7,8,9
  33:10 35:5 44:22

extends  29:11,12
  29:16 36:21
extent  60:16
extraordinarily
  5:12,13 20:3
extraordinary  7:5
extremely  52:1
eyes  29:9

**f**

face  17:14,15
facilities  40:9
facility  12:20 15:8
  38:24 61:4 72:17
fail  8:12
failed  31:15
faith  10:12 66:20
  66:20
fallen  17:10
fancy  71:18
fantastic  40:6,7
  51:2 52:19
far  9:5 31:11
  72:25
fashion  35:14
fast  20:14 68:4
fault  45:5
favorite  20:15
feasible  46:21
federal  6:1
feedback  12:23,25
feet  18:13 38:24
felt  25:7,7
female  33:1
fence  37:17,18
fenced  37:8 52:5
fencing  37:8,9
fernando  7:8
ferrer  60:3 61:6
figure  52:14 64:5
figures  17:23

filed  30:11,23 31:2
  51:9
filling  20:9
finally  25:2 28:6
  64:12 65:6
financially  75:14
  76:11
find  21:20 22:25
  23:21 48:23
fine  33:3 45:23
  46:12,22 48:16
  59:21 71:1,19
fines  33:13
finish  43:19 69:14
first  5:4 11:10
  12:6 19:11,25
  20:10 27:11 28:9
  28:21 32:13 34:6
  34:7 37:22 38:1,9
  41:22 45:17 51:19
  51:21,22 62:16
five  8:25 32:18,19
  33:2 66:21 68:2
flexibility  43:7
floor  30:8
focus  9:10 13:21
focused  8:25
focusing  18:23
folks  8:14 26:1,24
  45:2 52:12 55:11
follow  13:19 63:10
food  62:18
forced  34:23
foregoing  75:3,4
  76:4
forgotten  36:5
form  35:23 58:3
former  49:9
forth  55:18
forty  17:9

forward  10:1 15:7
  21:22 52:13,15,20
  52:23 53:9,24
  55:9 56:8 66:3
four  8:24,24 17:8
  17:9
frankly  13:4 14:5
  21:11 25:14 29:5
  29:9 58:6
free  5:17 19:3,12
  40:15 41:11,19
  49:4
freeway  36:19
  37:20 38:3,7,8,24
  51:25 73:1
freeways  53:21
front  18:9,11,12
  20:7 21:9,12,25
  28:15
frozen  6:21
frustration  14:7
full  15:9
fumes  36:20
function  5:21
  62:19
functioning  62:20
further  75:12 76:9
future  5:24 16:17
  17:8 25:3,8 36:1

**g**

g  5:1 45:10 54:21
game  44:25
games  41:22
garcetti  3:11 4:4
  6:20,25 7:3,14
  10:19 11:4,7,15
  12:3,12 13:2,16
  14:12,22 15:1
  18:16 20:19 22:7
  69:23

[gate - honor]

gate   37:9
gauge   10:11
gavin   14:11 40:16 40:17
generally   14:15 25:15
getting   15:5 43:20 48:9 52:6 65:10 70:5
give   7:15 10:16 15:24 21:5 22:24 48:24 53:22 58:4 65:16
given   27:15 51:25
giving   40:14
glad   25:7
glitch   16:23
go   6:3 8:21 10:3 14:24 15:15 18:7 19:8 20:10,25 27:22 28:20 30:13 30:13 37:7 44:7 48:5 52:13 61:13 62:1 65:14,17 66:5,25
god   20:22 65:17
goes   29:12,13 36:18 37:9 57:1 57:20 64:2
going   6:5 7:6 8:14 9:22 10:15 11:13 12:9 13:11 14:1,3 14:5,6,7,10 15:12 15:22 16:3,10,14 17:3,5 19:2,11 20:24 21:9,10,17 21:18,19,21,22,23 22:2 23:17,20 25:9,12,13,16 27:20,21 28:5,5,6 28:7,8,21 29:10

31:21 34:4,17 36:10,15 37:19,23 38:13 39:14,18 40:15,16 41:23 42:1,9 43:14,21,25 47:16 48:8,23,23 53:11,13,14,24 54:22 56:19 57:15 58:1,2,4,4 60:24 61:10,25 62:4,4 63:15 67:1 68:3 70:6 71:11 73:10 73:16
good   7:1,1 9:14 10:12 20:9 23:4 25:25 29:6 41:25 42:23 46:21 54:22 60:13 64:3 66:19 66:20
gotten   17:15
government   5:6 5:12,18,19 18:10 62:18
governor   5:25 40:14 48:23 58:10 59:3 67:6,10 69:23 70:3,9 71:6
governor's   58:3
grand   34:24
great   13:3 14:12 18:7 20:23 21:5
greatest   26:16
group   60:17
groups   32:22
guaranteed   48:11
guess   26:25 52:13
guidance   17:8
gutierrez   7:11
guys   45:13 47:13 50:1 56:11,15

**h**

h   4:8
hahn   20:11
half   36:15
hallway   66:25
hammer   60:22
hand   39:14 64:16
handful   71:14
handle   64:21
hands   17:8
handwritten   71:18
hang   16:15 71:11
hanson   16:10
happen   39:22 45:24 53:11
happened   22:22 36:6
happening   7:16 35:15,21,22
happens   49:9 60:12
happy   9:25 41:6 67:10
hard   7:5,13 65:11 65:11
hardworking   5:12
hatreds   14:4
hazardous   38:4 39:2
he'll   64:5
headline   24:19
health   8:19 21:8 38:4 39:3 61:16
healthy   8:15
hear   6:22,23,24 10:19,22 11:16,16 12:2,5 22:16,19,22 29:23 41:2 42:11 47:9 55:16 65:22

heard   51:19 69:20
hearing   1:14 30:1 42:1 43:20
hearten   6:10
heartening   21:13
heavy   26:12
heidi   3:17 63:8
help   11:11 12:6 14:11 15:4,13 27:21 33:2 34:21 36:9
helpful   56:10,10
helping   8:19 9:18 21:1
helpless   20:22
hereto   75:14 76:11
hey   25:7
hi   11:4 22:15 41:4
history   28:22 29:18 30:11
hmm   12:12 25:18
hold   16:22 36:14 57:13,15,17
home   9:1,2
homeless   9:1 13:25 15:8 26:12 37:3,9 44:21 65:3 65:13
homelessness   8:23 9:7 41:4
homerun   58:5
homes   39:2,12 55:4
honor   9:23 10:4 40:5 49:4,12 51:18 53:17,25 54:13 59:8,14,20 60:2,11 62:22 63:2 65:20 66:11 67:8,13,24 68:7,9 69:1,5,14,19 70:12

Veritext Legal Solutions
866 299-5127

**[honor - knowledgeable]**

70:15,19 71:19 72:16 73:13
**honorable** 1:17
**hope** 9:6 10:1
**hopefully** 7:4 10:5 10:19 14:21
**horrific** 63:4,7
**horse** 62:5,5,6,6
**hospital** 9:3 23:20
**hospitalized** 9:4
**hotel** 1:18 9:17 10:10
**hotels** 8:6
**hour** 67:2 70:20 70:23 71:3,8,20
**hours** 59:13 64:13 64:22 66:22,22
**housed** 33:18 54:8
**housing** 8:5 10:9 16:16 24:24 27:18 31:7,12,16 33:2,19 33:22 38:23 39:13 48:12 49:20 51:5 51:11,14 52:24 55:11
**huge** 52:7
**human** 1:4 51:15 62:13 73:8,9
**humbly** 10:16
**hundred** 17:8
**hundreds** 9:6,19 16:19
**hurts** 21:21
**hygiene** 13:19

**i**

**idea** 47:24
**ideal** 53:20,21,23
**identified** 31:24 40:9
**identify** 5:3

**image** 64:3,13
**imagine** 10:10 64:10
**immediately** 61:5 69:15
**importance** 28:12
**impressed** 65:9
**impression** 64:10
**impressive** 62:15
**include** 9:3
**inclusive** 1:11
**income** 32:7 33:20 38:22
**incorrect** 26:11
**increased** 27:13
**incredible** 32:20
**indicated** 67:16
**indicating** 51:3
**individuals** 26:22
**informal** 72:13
**information** 12:13 17:21 72:24 73:1
**infrastructure** 41:20 44:3
**initiatives** 41:4
**input** 35:16
**inside** 12:11
**instrumental** 15:11
**insulated** 21:11
**intend** 61:3
**intending** 13:21
**interest** 32:22
**interested** 28:14 75:14 76:11
**interesting** 39:23
**internet** 11:1,7,24
**interveners** 61:23 68:17 72:16 73:24
**intervenes** 54:17

**invalidated** 32:14
**invent** 32:13
**invigorate** 19:20
**invitation** 6:3 24:2 63:24 64:20
**invite** 22:11 24:1 26:25
**involved** 29:4 69:23 73:8
**isolating** 60:1
**issue** 26:2,3 47:10 49:1
**issued** 32:23
**it'd** 71:21
**it'll** 14:24

**j**

**j** 45:11,11,12
**janice** 20:11
**january** 33:9 35:6
**jim** 11:4,4 23:4,5
**job** 1:25 65:4,7
**joe's** 39:20 40:8 41:12 42:18 43:6 43:15 44:15 46:20 47:6,8,10 50:19,21 50:24 54:3
**jones** 13:24
**jr** 3:13 4:5
**judge** 3:13 4:5 7:5 9:10 12:4 25:17 25:18,24 36:16 41:4 44:23 45:16 45:18 48:16 50:9 61:17
**julian** 40:9 45:9 48:19 49:22 50:3 50:18 51:4 52:24 53:9
**julian's** 50:19,24

**k**

**kathryn** 5:10 17:11 25:21 41:24 41:25 43:22 44:1 60:22 69:2 70:10 71:12 73:16
**kathryn's** 17:7
**keep** 8:9 28:8
**kept** 28:8
**kerns** 13:24
**kes** 1:8
**kicks** 39:25
**kidding** 15:25 48:25 67:11 71:7
**kids** 18:8 21:8,12
**kill** 41:1
**kind** 39:24 56:23
**kindness** 21:4 24:11
**kinds** 60:15
**knock** 41:24
**know** 7:20,20 8:22 9:22 12:21,23 14:19 15:18,23 16:9 17:16 18:18 20:1,16 21:5 24:17 25:8 27:5 28:17,19 30:10 36:10,19 39:8,9 40:3,25 42:4 44:19 45:4,4 55:1 56:3,16 57:6,14,22 59:12 60:4 64:22 64:23 65:14,18 66:21 67:12,25 69:9,25 71:15 73:22
**knowledge** 75:9 76:6
**knowledgeable** 28:23

Page 8

[knows - martinez]

| | | | |
|---|---|---|---|
| **knows**  18:3,23 | **listen**  14:7 | **looks**  18:21 21:16 | 54:3 69:8 72:17 |
| **l** | **listening**  42:25,25 | **los**  1:8,9,20 2:6,13 | **marcus**  2:18 18:23 |
| **l.a.**  1:4 8:24 24:18 | **literally**  12:24 | 2:17,20 3:2,6 7:8 | 28:23 29:19 34:5 |
| 25:6 32:7,8 52:11 | **litigation**  21:18 | 7:16,22 8:3 14:17 | 34:16 36:5 48:18 |
| **lacity.org**  2:21 | 25:14 | 15:6,18 32:23 | 49:1,6,8,11,14,19 |
| **land**  40:15 59:9 | **little**  11:8 13:6,20 | 33:23 34:11 | 50:2,4,7,11,19,23 |
| 72:20 | 16:23,24 19:5 | **lost**  23:18 33:18 | 51:1,6,8 52:10,17 |
| **landed**  19:3 | 26:20 | **lot**  7:12,12,13 10:6 | 52:22 54:13,18 |
| **landes**  2:4,11 | **live**  33:14 | 15:11 21:11 25:5 | 58:11,12,13,16,19 |
| **lapd**  34:23 | **lives**  33:17 | 25:9 30:19,19,20 | 58:25 59:4,7,11 |
| **lasa**  16:2 | **living**  16:1,2 27:12 | 31:21 33:22 39:16 | 60:23,25 61:2 |
| **lastly**  10:4 | 30:16,21,25 33:11 | 42:18,19 44:2,5,21 | 62:7 65:20,23 |
| **launched**  9:12 | 34:9 48:2 51:15 | 45:24 46:20 47:7 | 66:7 67:7,8,12,16 |
| **law**  32:4,24 39:3 | 57:8,8 | 47:10 48:19 49:22 | 67:19,24 68:4,21 |
| **lawns**  18:9 | **llp**  2:4,11 3:4 | 54:4 61:20 72:20 | 69:1,5,13,20,25 |
| **laws**  38:21 | **locating**  38:23 | **lots**  44:16,19 45:3 | 70:15,24 71:1,16 |
| **lawsuit**  30:23 31:2 | **location**  1:18 11:8 | **loudest**  35:18,24 | 71:18,19,24 72:3,6 |
| **leaders**  5:6,12 | 12:18 36:24 37:2 | **low**  27:14 38:22 | 72:15,15 73:6,13 |
| **lease**  39:23 40:12 | 37:12 40:7,8 | 61:25 | **mark**  26:3 60:7 |
| 43:3 47:12,19,23 | 49:25 51:12 57:19 | **lower**  32:7 | **marked**  4:11 |
| 48:10 53:10 58:19 | 60:6,9,18,21 62:9 | **m** | **marks**  74:5 |
| 66:16,16 67:20 | 62:10,11,12 65:24 | **mail**  41:6 | **marquis**  48:5 |
| **leave**  5:17 17:9 | 66:2 | **mails**  5:6 | 57:21 |
| **leaving**  66:24 | **locations**  32:9 | **main**  2:19 | **marquis's**  13:24 |
| **left**  33:5 36:25 | 34:18 60:13 | **making**  52:18 70:3 | **marston**  3:17 |
| **legally**  31:25 32:1 | **logs**  32:11,12 | 70:5 73:20 | 23:22 24:4,6,8,10 |
| **letting**  15:7 44:21 | **long**  6:4 8:11 25:3 | **managed**  17:4 | 24:13 55:20,22 |
| **level**  53:22 | 31:13 40:11 42:18 | **management**  6:12 | 56:1,3 63:10,13,16 |
| **life**  19:2 33:5 | 43:2,2 47:12,18 | 19:20 | 63:19,22 64:1,4,14 |
| **lifted**  5:25 | 48:10 49:17,23 | **manatt**  3:4 | 64:17,19,23 65:1,3 |
| **lifts**  60:8 | 53:10 55:10 59:10 | **manatt.com**  3:7 | 65:8,11,15,19 |
| **likes**  61:8 | 64:9 | **manning**  20:7 | **martinez**  3:14 |
| **line**  21:9,12 40:1 | **longer**  28:13 73:20 | **map**  31:25 32:8 | 6:22 16:22 21:2 |
| 58:3 62:16 67:7 | **look**  10:4 23:6 | 34:18 | 22:14,16,19 29:22 |
| 67:10 | 37:24 44:8 47:2 | **maple**  19:1 36:8 | 30:5 45:13,21 |
| **lines**  18:11,12 20:7 | 56:2 | 36:10 40:6,7 | 46:3,5,8,11,13,19 |
| 21:25 | **looked**  29:6 44:18 | 45:19,20,21,22 | 46:23 47:1,6,11,18 |
| **list**  30:17 35:17 | 53:5 | 47:5 48:19,20 | 47:22 48:13,15,17 |
| 44:8,9 48:5 49:3 | **looking**  7:7 36:11 | 49:24 50:6,11,13 | 50:1,6,8,16,18,21 |
| **listed**  34:13 | 37:16,17 55:9 | 50:14,22 51:9 | 50:24 51:2 52:9 |
| | 60:16 | 52:25 53:3,19 | 52:19 53:8,16 |

Veritext Legal Solutions
866 299-5127

[martinez - nurses]

55:6,8,14 56:7,15 56:17,24 57:2,12 58:7,9
**mask** 17:14 56:4 59:22
**masks** 17:15,20
**matt** 34:21 36:10 39:19 40:1 68:5
**matter** 39:10 59:8 59:9
**matters** 51:25
**matthew** 2:10,14
**mayor** 3:11,12 4:4 5:6,9,16,25 6:5,16 6:17 7:2 10:17,22 11:5,6 12:1 14:24 15:16 16:25 20:16 20:17 21:14,24 22:4 41:4 46:7 52:3 73:15 74:1
**meager** 17:7
**mean** 14:13 21:9 43:3,4 58:12 59:15 62:17 65:9
**meaningless** 36:3
**means** 22:12 41:16 54:15 61:19
**media** 74:6
**medical** 52:6 57:20
**meet** 26:24 56:11 68:2
**meeting** 7:6
**men** 37:5
**mental** 21:8
**mentioned** 45:16 45:17
**michele** 3:14 34:20,21 36:9 55:16 56:5,19

**middle** 40:10
**midnight** 43:9 66:23
**mike** 31:3,4 48:4 61:18
**mike's** 31:18
**miller** 3:12 41:3,3 41:9,14,19 42:2,5 42:11,14,17,22 43:23 44:2,7,11,13 44:16,23 45:9,11 45:19 46:16 49:8 49:11,14 66:11,14 67:16
**million** 10:13
**mind** 26:8
**minutes** 23:8
**missed** 23:7
**missing** 9:13
**mission** 11:13 12:8 12:19 18:2
**misunderstanding** 69:6
**mitchell** 2:3 10:25 40:5,20,23 43:5,14 43:18 53:25 54:7
**mixed** 37:25 38:11
**mlk** 9:3
**mm** 12:12 25:18
**moment** 5:4 6:8 14:18 16:22 22:24 23:18 28:7 34:17 34:22 37:24 39:19 48:9 61:14
**monday** 1:15
**money** 32:20 33:20 60:23 73:17
**month** 58:22 66:4
**months** 31:13 33:2 47:20

**moore** 36:1 61:18
**morning** 5:7 25:21 25:24 41:24
**motel** 9:18 10:10
**motels** 8:6
**motivation** 16:6
**move** 8:20 10:1 15:7 21:22 42:19 45:2 51:4 52:12 52:15,20,23 55:9 56:7,12 59:17 61:3,7 66:2
**movement** 24:19
**moving** 53:9 59:15 59:23 60:5,9,13
**municipal** 1:8,10
**muted** 23:5
**muting** 23:3
**myers** 3:15 45:7 46:9 47:2 51:18 53:17 54:15 59:14 59:20 60:2,11 63:2,5

**n**

**n** 2:1 3:1 4:1 5:1 45:10
**name** 22:25
**near** 38:3 72:21
**necessary** 64:22
**need** 8:21 9:24 12:15 13:9 20:13 21:25 26:9,16,24 27:7 47:2 48:6 56:20 57:2,3 58:9 63:11,18,24 67:6,9 68:19 73:10
**needed** 7:7 17:17 44:3 47:3 73:25
**needs** 26:5 55:22 59:16,22 63:20 74:1

**negative** 9:8
**negotiate** 66:1,5
**negotiating** 58:17 58:19 59:11 73:2
**negotiation** 63:21 64:24
**negotiations** 67:17 67:20
**neighborhood** 27:24
**neither** 75:10 76:7
**never** 13:7 21:10
**new** 5:22 8:17 15:15
**nice** 22:9 57:23 58:2 67:3
**night** 21:14 36:17 51:9 60:4 61:15
**nightmare** 39:22
**nimbies** 27:24
**nine** 68:2
**ninth** 30:23 34:10
**nomenclatures** 29:4
**nonsense** 29:15
**nope** 44:18
**north** 2:19
**northeast** 32:7
**notary** 1:24 75:1 75:22
**notes** 23:18 26:19
**number** 9:15 13:10 17:9 32:22 34:17,18 44:16 52:5 54:12 74:6
**numbers** 8:4 27:13
**nurses** 20:2

Veritext Legal Solutions
866 299-5127

[o - persons]

| o | | | |
|---|---|---|---|
| **o**  1:17 5:1 | **olympic**  3:5 | 58:20 66:16 72:19 | **peck**  15:10 23:19 |
| **o'clock**  14:3 15:4 | **once**  18:9 32:3 | **pallets**  37:25 | 24:20 |
| 22:1 24:1 42:13 | 36:9 37:11,16,17 | 38:11,14 40:4 | **pedro**  9:23 |
| 42:21,24 66:21,21 | 61:24 | 51:15 62:13 65:21 | **penalties**  33:4 |
| 68:2,2,2,8 73:11 | **ones**  8:17 | 65:24 66:2 | **penalty**  33:4 |
| 73:12,22 74:2,3 | **open**  31:17 43:23 | **paper**  58:2 66:19 | **pencil**  57:25 |
| **object**  59:3 | 43:25 56:17 61:24 | 66:25 67:2 68:19 | **people**  6:13 8:6,10 |
| **objecting**  51:14 | **opened**  31:17 | **papers**  46:1 | 8:13,15,23 9:7 |
| **objection**  46:4 | **operating**  12:7,8 | **park**  31:24 32:1,6 | 12:20 13:7 15:24 |
| 59:8 | 18:3 | 32:8,17 37:3 | 16:5,16 18:7,14 |
| **obvious**  15:15 | **opportunity**  66:5 | 47:12 49:21 69:8 | 19:21 20:7,12 |
| **obviously**  9:19 | **optimum**  15:9 | **parked**  32:18 | 21:9 28:2 30:14 |
| 12:18 35:2 43:5 | **ordered**  74:3 | **parking**  17:3,5 | 30:16,18,19,19,20 |
| 51:23 | **ordering**  65:21,23 | 25:4,9 31:6 32:16 | 30:20 31:7,24 |
| **offer**  42:15 | 65:25 | 32:17 33:3 34:14 | 32:10,25 37:4 |
| **offered**  7:21 | **ordinance**  30:24 | 34:16,19,22 35:1,1 | 38:14 39:8,13,16 |
| **office**  31:18 58:4 | 31:23 33:7 | 39:20 40:3,8 | 48:1,11 51:25 |
| **officer**  21:4 75:2 | **organizations** | 41:12 42:18 43:6 | 52:5 53:21 54:8,8 |
| **offices**  58:1 | 17:17,18,19 | 43:15 44:4 46:20 | 54:23 56:13,22,22 |
| **officials**  7:7 | **originally**  72:19 | 47:7,10 50:20,21 | 57:7,8,8 59:15,23 |
| **oh**  11:17 47:9 | **ought**  21:4 | 50:25 56:8,9,9 | 60:5,13,17 62:16 |
| **okay**  6:25 7:2 11:5 | **outcome**  75:15 | 60:15 69:8 72:18 | 65:13 72:21,24 |
| 11:18,24 12:5 | 76:12 | **parks**  20:1 | 73:6 |
| 14:11,22 19:17,18 | **outnumbers**  15:17 | **part**  60:19 | **people's**  38:4 39:3 |
| 21:3,23,25 22:5,13 | **outside**  12:10,20 | **particular**  33:23 | **percent**  8:12,17 |
| 22:15 23:15,17 | 15:8 | 33:24 35:25 | 13:15 20:10,11 |
| 24:7 27:10,20 | **overnight**  31:25 | **particularly**  30:17 | 27:11,13 33:1 |
| 29:17,24 30:10,15 | 32:17 34:14 | **particulate**  51:25 | 44:4 56:11 |
| 34:3 36:14 38:18 | **oversized**  32:11,12 | **parties**  14:4 21:19 | **perfect**  54:21 |
| 38:25 40:24 45:21 | 32:15 35:12 | 44:24 45:15 59:16 | 60:12 71:5 |
| 46:6,10 47:13,22 | **overturned**  34:9 | 59:23 68:12 72:1 | **period**  44:22 |
| 47:22 48:7 50:8 | **owners**  10:11 | 75:11,14 76:8,11 | 47:16 60:1 |
| 50:21 51:2 52:19 | p | **passed**  31:20,22 | **permanency**  40:13 |
| 53:8 56:3 61:20 | | 31:23 32:3 34:8 | **permanent**  10:6,9 |
| 63:19 64:1,4 65:1 | **p**  2:1,1 3:1,1 5:1 | 34:13 | 39:12 42:24 55:11 |
| 66:14,25 68:6,15 | **p.m.**  74:6,8 | **paul**  26:6 | **permit**  32:14 |
| 69:18 70:22,22,25 | **packed**  64:9 | **pause**  11:24 | **person**  8:20 28:13 |
| 71:2,7,7,16 73:9 | **page**  4:2,9 | **pay**  5:5 6:7 7:10 | **person's**  22:25 |
| **old**  14:4,4 21:20 | **pallet**  39:2,12 42:6 | 19:11 26:6 33:21 | **personal**  32:24 |
| 21:21 | 48:21 49:15,24 | 41:23 42:1 43:21 | **persons**  16:1 |
| | 51:11,14,20,22,24 | | |
| | 52:24 54:3 55:4 | | |

Page 11

**[perspective - put]**

| | | | |
|---|---|---|---|
| **perspective** 29:18 29:19 34:3 | **plaintiffs** 1:6 34:5 54:5,10,14 | **potentially** 9:22 38:11 | **production** 5:18 |
| **peter** 26:6 | **plan** 41:6 42:6 | **poverty** 32:24 | **professions** 21:12 |
| **ph** 6:20 7:11 12:9 15:3,10 16:2,11 23:21 36:1 38:21 | 44:25 45:2 46:17 48:20 49:15,20,24 | **practicality** 33:13 | **program** 17:3 21:14 73:23 |
| | **planned** 72:19 | **precedent** 51:24 | **programs** 65:3 |
| **phelps** 3:4 | **plans** 51:4,20 52:11,24 | **preclude** 21:21 | **progress** 14:9 51:23 |
| **phillips** 3:4 | **playing** 41:22 | **predecessor** 31:3 | **prohibited** 38:23 |
| **phone** 5:10 14:14 22:6 23:2,19,24 40:17 43:11,12,21 44:1 46:7 48:4 52:18 67:22 69:11 69:24 | **please** 11:24 50:2 63:1 | **predominantly** 37:4 | **prohibitions** 30:25 |
| | **pleased** 13:5 | **prefer** 48:19 49:22 49:23 51:12 | **project** 59:21 |
| | **plenty** 40:10 | **preference** 52:25 | **promise** 16:25 36:5 |
| | **plethora** 22:12 | **premature** 56:23 | **property** 19:3,8 19:19 36:18 37:16 37:17,18 39:9,11 40:21 49:2,4 51:10 58:5,12,15 58:20 67:6 |
| **photographs** 27:6 | **plus** 9:14 12:25 | **prepared** 48:4,5 76:3 | |
| **physical** 33:24 | **point** 17:12 38:19 43:24 45:14 51:19 56:21,21 57:6,17 59:1 70:6 | **present** 3:10 20:4 28:18 34:24 60:6 | |
| **pick** 28:18 37:2 | | **presentation** 30:9 | |
| **picking** 12:18 | | **price** 10:11 | **proportionally** 27:5 |
| **picture** 20:15 | | **pride** 21:6 | |
| **piece** 18:22 66:19 66:24 68:19 | **pointed** 38:3 | **principal** 70:2 | **proportionate** 26:15 |
| | **police** 31:25 52:6 | **prior** 75:4 | |
| **piecemeal** 35:14 35:21 | **political** 29:5 | **privacy** 72:1 | **proposal** 68:13 |
| | **pomona** 9:3 | **private** 9:1 | **proposing** 55:2 |
| **pig** 29:6 | **poor** 23:10 | **probably** 20:16 27:14 28:23 35:9 68:17 | **protecting** 28:2 |
| **pit** 17:22 | **population** 54:12 | | **protection** 53:22 |
| **place** 5:11 9:24 13:1,18,22 26:16 27:23 35:9 38:2 41:12 48:20 61:8 | **populations** 48:1 | | **provide** 31:7 51:11 60:17,24 |
| | **posing** 21:17 | **problem** 15:1 42:9 56:1 60:21 67:25 69:10,15,16 70:4 | |
| | **position** 38:10 40:6 54:1,2 60:5 61:11,15,19 | | **public** 1:24 8:19 18:18 20:5 21:4 28:8,12,12 29:9 32:22 61:16 64:3 75:1,22 |
| **placed** 64:15 72:25 | | **problematic** 39:10 52:1 | |
| | **positions** 28:14 | | |
| **places** 9:2 10:5 16:12 27:23 31:16 31:17 32:6 33:12 33:14 | **positive** 8:19 9:8 12:25 15:6 24:16 25:5 | **problems** 25:13 62:8,9 70:8,14,16 | |
| | | **proceeding** 74:8 76:4 | **published** 49:3 |
| | **possession** 19:21 | | **pull** 26:6,19 |
| | **possible** 15:14 20:1 72:22 73:4 | **proceedings** 75:3 75:4,5,8 76:6 | **purpose** 47:14 |
| **placing** 14:14 39:1 53:21 | | | **push** 11:24 23:1 |
| | **postal** 32:13 | **process** 8:11 30:21 | **pushed** 35:23 |
| **plaintiff** 2:2 54:16 | **potential** 46:20 55:10 | **produced** 32:22 | **put** 10:6 13:1 17:7 22:18 29:6 34:20 34:21,23 39:4 |
| **plaintiff's** 51:13 54:1 72:17 | | | |

Veritext Legal Solutions
866 299-5127

**[put - room]**

42:6 45:16 48:21 49:15,20 51:5 54:12 57:3 62:4 62:14 65:24
**putting**  18:14 54:2 66:1

**q**

**qualified**  75:7
**quarantined**  8:10
**question**  21:17 24:21 26:2,3,8,23 44:24 56:6 68:18
**questions**  63:11,13 63:14
**quick**  7:15 54:1
**quickly**  8:20 14:24 15:14 19:9,15 20:1 21:20 45:13 58:6 68:10
**quietly**  18:5
**quite**  7:25 13:4 21:11 25:14 28:22 29:5,9 58:6

**r**

**r**  2:1 3:1 5:1
**raise**  69:15
**raised**  37:23
**raising**  70:8,14
**ramping**  13:17
**ran**  65:3
**randomly**  36:13
**raped**  27:14,20
**rapport**  16:7
**rate**  8:12
**reach**  16:7 55:19 57:22 63:16 69:3
**reached**  55:20
**reaching**  57:21
**reacting**  10:7

**read**  15:6 30:14 39:21
**ready**  10:3,3 14:20 16:16 61:13 70:16
**real**  14:11,19 19:7 40:2 42:10,14,16 45:13 48:24 54:1
**really**  7:13 11:20 16:13 25:12 27:8 28:15 38:15 39:23 55:24 61:20 67:3
**rec**  7:18
**receptive**  55:12,15
**recognize**  27:4
**record**  5:2,11 28:11 40:25 72:7 72:8,9,11 74:7 75:9 76:5
**recorded**  75:6
**recording**  75:8 76:4
**recreation**  20:2
**recreational**  35:9 36:3 37:3,25 38:2 38:10,12 40:3,18 40:21,22 41:11 51:16 52:4,15 53:2,15,18 55:8 58:24 62:12 66:3 67:4 73:9
**redo**  66:15
**reduced**  75:6
**reenergize**  6:11
**refer**  29:13
**reference**  52:23
**referring**  29:14
**reflected**  41:5
**refurbished**  16:13 16:20
**registration**  60:14 62:1

**reiterate**  51:22
**related**  51:20 75:10 76:7
**relationship**  19:14
**relative**  75:12 76:9
**release**  42:25
**remain**  22:2 25:9
**remember**  64:6
**removal**  33:11
**remove**  32:5
**rent**  33:21
**repeat**  27:12 33:25 34:2 56:5
**report**  10:15,17 30:11 41:5
**reported**  1:24
**reporter**  72:7 74:5
**reporting**  13:4
**reports**  32:21
**representation**  32:25
**represented**  31:11 32:25 33:17
**request**  24:12 69:22 73:15,15,16
**requesting**  69:24
**required**  32:14
**rescue**  11:13 12:8 12:19 18:2
**resolve**  16:3 19:14 25:12
**resource**  27:1
**resources**  26:7,8 26:15,21 27:3 60:17,21
**respect**  41:14,16 42:3
**respective**  72:24
**respond**  38:5
**responders**  62:16

**response**  42:22 69:9
**responsibility**  35:19
**responsive**  5:13
**rest**  9:8
**resting**  5:8
**restrictions**  32:16 33:10 35:10,12
**restricts**  39:4
**resulted**  33:12
**results**  22:3
**retire**  71:14
**revenue**  33:19
**revised**  31:20
**revision**  31:5
**rice**  18:15
**right**  6:3 7:16 8:16 11:5 12:1 14:25 15:22 16:10,12 17:2,13 18:1,20 21:8 23:14 25:24 27:25 28:6 29:1 37:10,22 40:9 42:18 43:22 44:1 47:5 48:5,14 49:5 49:6 52:3 53:14 57:6 58:2 61:7 66:3,15 67:2,7 68:14 72:8,10 73:3 74:2
**rights**  1:4
**river**  64:7,8,11 65:6
**road**  39:25
**roadmap**  31:6,16
**rob**  26:6
**roofs**  54:9
**room**  2:19 24:22 44:24 45:15 62:21 71:10,13,25 72:5

Page 13

**[rooms - skid]**

**rooms** 9:18 10:5
**rosendahl** 31:3
**roughly** 36:18
**round** 11:13
**row** 7:7 9:14 11:10
  13:18,21 15:13
  16:7 17:22 18:23
  21:10 24:23 26:7
  26:12 27:7,12,18
  29:2,2,7,10,11,13
  29:16 36:4 37:19
  40:10 47:25 48:4
  48:9 57:20
**run** 12:9 20:3
**running** 8:1 12:14
  12:15,17,17,19
  38:14
**rv** 56:9 69:7,8
  72:18
**rvs** 9:24 40:8,11
  42:19 45:2,16,23
  47:12 49:21 52:24
  53:22 59:24 60:14
  61:3 65:24

**s**

**s** 2:1 3:1 4:8 5:1
  45:10 76:2,22
**safe** 17:2 25:7,7
  31:6 35:1 44:4
  56:9 57:19 69:7,8
**safely** 32:8
**safer** 27:22
**safety** 52:6 57:20
**saint** 50:18,19,24
  51:4 53:8
**sakes** 65:17
**san** 7:8 9:23 40:9
  45:9 48:19 49:22
  50:3 52:24
**sanitation** 9:11
  12:22,25 13:10

**santa** 64:6,8
**saw** 39:21
**saying** 10:12 20:5
  25:6 26:11 42:17
  49:11,14,22 53:10
  67:24,25 70:16
**says** 22:21 23:10
  29:15 52:3 70:3
**sb** 38:21
**scale** 26:4
**scheren** 15:3
**school** 36:25
**scott** 2:18 72:15
**scott.marcus** 2:21
**screen** 23:6
**seat** 43:17
**second** 5:14 12:22
  29:12 46:19 55:2
**seconds** 55:3
**secret** 28:9
**secretly** 24:3
**see** 6:24 11:16
  13:24 14:3,9,17,24
  15:16 16:6 17:23
  18:8,15,18 19:6,12
  20:13,16,17,19
  23:5,5 24:19 26:4
  26:19 27:6 28:15
  36:17,24,25 47:3
  54:19 56:25 57:5
  57:16,18 58:6
  59:2 61:15 71:8
  74:2
**seeing** 61:19
**seemingly** 26:22
**self** 13:23 28:14
  37:1 60:1
**semi** 39:12
**send** 27:25 41:6
**sense** 18:4 60:7

**series** 34:14
**serious** 14:3 19:6
  21:19 52:21 61:20
  62:10
**service** 5:20 7:25
  9:25 12:7 21:9
  64:11
**serviced** 13:1
**services** 17:3 31:7
  41:15,20 60:17
**serving** 62:18
**session** 5:3 22:2
  35:25
**set** 44:3,4 60:10
**setting** 51:24,24
**settlement** 28:9,10
  29:5,14 52:2 66:1
  73:5
**settling** 19:6
**seven** 14:2 22:1
  31:13 66:21 68:2
**shame** 27:14
**shared** 8:8 35:19
**shayla** 3:15 46:8
  47:1 59:18 61:23
**shelter** 20:12 39:4
  49:24 51:20,22
  54:24
**sheltered** 8:16
**shelters** 7:19,19
  8:25 15:17 19:22
  20:3,8 38:22 42:6
  48:21 49:16 51:24
  54:3 58:21 66:16
**shepherd** 36:2
**sheraton** 9:3
**ship** 69:4
**short** 39:22 68:12
**shortly** 24:15
**shoulders** 17:10
  17:11

**show** 6:7,15 14:16
  14:18 34:17 36:16
  37:13
**shows** 32:9
**sick** 8:13
**side** 7:8 9:25 19:4
  34:6 37:19,20,20
  38:5 51:5 61:12
**sides** 19:3,5 36:21
  38:6,7
**sign** 68:16,17,17
  68:19,20,21 69:6
  70:17,18
**signature** 75:20
  76:21
**simple** 40:2 57:23
  58:2 67:3,3
**simply** 59:8
**single** 32:4
**sit** 43:9 59:13
**site** 9:23 14:10
  18:2 32:21 36:7
  36:12 38:12 41:7
  41:10,19 44:25
  45:8,17,18 46:17
  46:19 47:2,13
  50:3,3,8,12,15,18
  51:9,15,22 55:2,4
  67:4
**sites** 10:2,4 44:8
  45:15 55:10 56:9
**situation** 6:4 27:16
**six** 18:13
**skid** 7:7 9:14
  13:18,21 16:7
  17:22 18:23 21:10
  26:7,11 27:7,12,18
  29:2,2,7,10,11,13
  29:16 36:4 37:19
  40:10 47:25 48:4
  48:9 57:20

Veritext Legal Solutions
866 299-5127

[skills - sure]

skills   75:9 76:6
slide   6:15 14:16
slides   6:9
slightly   44:22
small   26:23 31:19
  71:14
smaller   8:3 48:1
smith   36:16
soap   13:8,9
sobel   3:18 4:6 23:7
  23:12,16 30:6,10
  30:15 34:2 38:20
  39:1,7,16 46:2,24
  47:4,9,21,24 48:7
  48:10 49:3,7,13
  55:7,13,16 56:5,16
  56:19,25 57:4,13
  57:17
social   61:8
solution   39:20,24
  42:14,24 44:6
solve   42:10
somebody   8:18
  22:5 23:13 24:18
  62:1,24 64:12
  72:14
somewhat   27:5
sonya   6:20
soon   5:25 28:4
  44:11 60:8
sorry   23:5 40:24
  45:12 58:13,18
  59:18,20 66:13
sort   33:6
sounds   57:7
south   1:19 2:12
  7:8 32:7
space   33:2 40:10
spaces   17:5 35:1
  55:12 59:15

spas   27:4
speak   9:22 23:18
  28:21
speaker   4:3 6:18
  10:21 11:22,25
  19:17,23 29:23
  30:4,7 38:16
  43:10 45:10,12
  46:14 47:20 50:5
  50:13,17 51:7
  53:4 54:16 62:22
  72:4 74:4
speaking   9:23
  50:9
specifically   25:16
speculate   35:13
spend   18:1
spertus   2:4,11
spertuslaw.com
  2:7,14
spirit   14:17
spoke   60:4
spot   34:16
spots   34:14,19,22
  35:1
spotty   23:9
spring   1:19 29:12
staff   5:8 18:11
  31:4 70:4
staff's   10:7
stand   28:1 59:24
standing   51:23
star   11:12 12:14
start   11:9,18 12:9
  14:1 16:5 28:7
  36:4 57:21 60:8
started   11:10
  30:16
starter   38:12
starting   16:7 48:3

startling   15:18
starts   23:23
stat   62:14
state   7:21 9:18
  28:14 39:3 58:20
  66:15 67:20,23
  69:21 75:23
state's   49:7 69:9
statement   5:16
  25:5
states   1:1 5:19
stations   9:11,12
  12:25 13:11
statistic   15:18,19
stats   16:2
status   30:11 41:5
stay   7:4 43:16
  48:8 53:14
step   23:21 43:14
  54:1
stepping   6:12
steve   15:10 23:19
  24:20
stood   7:19 8:17
  19:25
stop   17:22 18:7
  49:20
stopgap   39:21
storage   17:22
story   64:7
strategy   53:24
  55:10
streams   27:1
street   1:19 2:5,19
  16:4 18:8 20:22
  21:1,8 35:17
  36:22,24 37:1,12
  37:15 56:22 57:9
streets   14:19
  31:24 32:5,16

strikes   26:11
strong   7:4
struck   30:24
struggle   31:13
stuff   48:12
sturdy   8:13
subject   67:5
submission   51:8
subpoena   24:3,14
  63:15
subsequent   34:12
substance   27:8
substantial   52:5
  54:11
substantially   66:2
substantiate   10:17
substitute   23:10
success   62:25
successful   5:23
suggest   61:11
suggesting   26:6,13
  26:17
suitable   47:13
suite   2:5,12
sum   27:8
summarize   72:14
sunset   31:22 33:8
  35:4,6
support   39:5
  40:20 54:2 60:24
  73:20
supposed   8:10
  12:9,14,16 18:2,10
  28:1 34:14 62:19
  62:19
supposedly   35:1
sure   14:23 24:10
  24:13 43:18 58:4
  60:18 61:24 70:21
  70:24

Veritext Legal Solutions
866 299-5127

[surfers - trailers]

surfers  64:8
surge  13:13
surprisingly  36:7
surrounding
  18:24 28:25 29:1
  29:8,15
sworn  75:5
symptoms  8:7
systematic  33:11
systematically
  30:18 32:3,4

t

t  4:8 25:7
table  53:12 57:3
take  6:9 7:25
  14:16 15:24 16:4
  16:25 22:7 29:18
  35:24 40:25 53:12
  54:22 57:10,11
  59:10 66:5 71:21
taken  8:3 18:21
  23:6 75:3,12 76:9
takes  8:11 35:17
talk  6:14 13:20
  14:2,16,21 15:9,23
  17:3 18:4 19:2
  21:13 22:9 27:25
  43:6 44:11
talked  24:20 45:18
  51:21
talking  6:8 10:2
  16:5,11 47:4
  53:19 56:21 59:6
  59:15 61:15 68:11
targeted  30:18
tax  38:22
teams  26:23
technology  10:23
  20:23
tell  14:5,20 29:3
  32:24 40:14 63:11

64:4 66:23 67:7
  67:15 68:2
telling  58:25 70:10
  70:13
tells  13:8 61:6
temporarily  41:12
  55:10 56:8,18
temporary  39:8
  39:20,24 42:25
  43:1 44:20
ten  9:13 68:8
tents  16:6 37:10
  38:14
term  39:23 40:11
  43:2 47:12,19
  48:10 49:23 53:10
  55:10
terms  13:22 15:7
  25:4 59:9 67:20
  68:25 69:10
tester  11:11
testifying  75:5
testing  11:10 12:8
  13:18
tests  9:5
texted  11:17
thank  7:3,5,14
  9:10 12:3 13:1,2
  17:21 20:20 21:24
  21:24 22:4 36:12
  55:21,24 63:7
  71:5,7,9 74:3,4
theft  13:6
theory  10:24
  11:19 20:24 23:11
thing  14:15 19:11
  20:9 25:15 28:3
  32:11 33:16 37:22
  38:21 39:8
things  9:17 10:13
  13:9 25:22 26:17

27:5 36:2,6 40:15
  60:16 61:8 62:3
  66:8
think  6:10,15 8:13
  9:20 10:25 11:7
  13:3,17,19 18:10
  19:14,22 21:10
  23:12,21 24:16
  26:14 27:1,6 28:1
  29:4 36:1 38:1,4
  38:11 39:7,10,10
  48:1 49:1 52:12
  52:18 56:20 58:5
  59:8,16,21,25 60:3
  60:20 61:11,17,22
  62:17 63:2,5 67:7
  68:15 70:12 71:15
  73:12,24 74:1
thinking  10:7
third  25:15 32:11
thought  28:10
  35:20 50:10
thoughts  27:9
thousand  9:20
  15:25 56:22 57:8
  58:1 67:1 71:20
thousands  26:22
  54:23
three  8:25 9:8 32:9
  36:11 47:16,23
  53:11
thursday  7:24
ticket  32:19
tickets  32:19
  60:15
tier  8:5 9:20
till  43:9
time  1:16 5:16 6:2
  8:11 11:3 14:11
  17:1 18:1,11 19:7
  20:4,10,16 27:10

28:9,18 31:4
  33:19 36:2 42:10
  42:14,16 44:22
  48:24 51:19 57:22
  60:1 64:7 66:20
  68:1,3,18 72:8
  73:10,22,25 74:2,6
times  10:7 15:6
  24:18 25:6
tired  43:20
today  10:2,5,8
  14:1,21 15:7,22
  16:6,15 19:6
  21:20 22:3 23:24
  24:18 25:6 40:16
  43:8,13 44:14
  45:6 48:5,23
  57:24 59:6 61:20
  69:17
toilets  9:15,15
told  11:15 41:22
  43:13 63:22,22
  64:6
tomorrow  10:6,9
  14:14 61:7
tonight  14:3,9,13
  14:21 22:1,10
  42:13,21,24 43:9
  44:14 45:6 68:8
top  8:1
total  34:24,25
totally  5:23
towed  30:19
towels  13:8,9
towing  32:21
trailers  7:20,21
  14:1 15:23 16:10
  16:11,19 21:20
  25:16 28:7 39:5
  45:16 57:19 61:9

Veritext Legal Solutions
866 299-5127

[transcriber - way]

transcriber 76:1
transcript 72:12
  76:3,5
transcriptionist
  75:7
transported 27:23
trash 28:17
tribute 13:3
tried 32:12,13
trouble 28:17
  29:25
true 75:8 76:5
try 27:4
trying 5:22,24
  10:11 26:2 43:24
  45:14 46:16 52:22
  59:19 60:9 61:23
  66:7 71:6 73:1,3
tuesday 15:3 24:1
  63:23
turn 6:5,16 25:16
  29:17,21 34:4
  37:23 38:13 39:18
  69:7
tuxedo 29:6
two 9:17 13:9,10
  30:24 31:16,17
  32:9,18,18 36:6,15
  45:15 47:15,23
  53:10 61:12 73:11
  73:12,12
type 16:7
types 34:25
typewriting 75:6

u

ultimately 31:12
umhofer 2:4,10,11
  23:3 68:6,9,15
  69:19 70:12,19,22
  70:25 71:3,9,13
  73:24

underneath 36:19
  38:8
understand 42:10
  44:12 45:1 52:17
  57:4,12 60:25
  61:2 64:3 68:7
understanding
  34:8 58:16
undo 41:8,10
unhoused 53:21
unidentified 6:18
  10:21 11:22,25
  19:17,23 29:23
  30:4,7 38:16
  43:10 45:10,12
  46:14 47:20 50:5
  50:13,17 51:7
  53:4 54:16 62:22
  72:4 74:4
united 1:1
units 12:10 49:21
  51:11 72:19,25
unknown 9:2
unmute 22:17
unmuted 6:19
unpaid 33:3
unquestionable
  20:6
unsatisfactory
  44:20
unsheltered 8:25
  56:11,14
update 7:15 62:1
upped 25:2
upstairs 72:5
urgent 57:5
use 39:9,11 58:20
  59:9 72:17 73:3
uses 72:21 73:6
usually 27:20
  59:21

utilizing 55:12
  56:8

v

v 1:7
va 23:20,25 25:2
  64:7,11 65:4,10,12
  65:17
validate 12:6
valley 7:8,25
vanriper 76:2,22
vans 16:1 37:13
various 21:11
vastly 15:17
vehicle 30:25
  31:12 32:11,12,15
  33:4,11,15,18 34:9
vehicles 17:4
  30:18,22 34:25
  35:9,22 36:3 37:1
  37:15,25 38:2,10
  40:18,21,22 41:11
  47:12,25 48:2
  51:16 52:4,16
  53:2,15,18 55:8
  58:24 62:12,25
  66:3 67:4 73:9
venice 13:23 30:17
veracity 20:6
verify 12:15 20:4
versus 34:10
vet 33:1
veteran's 15:5
veterans 15:8,11
  15:13 24:23 25:4
  25:6 27:19,19
  44:21 64:12
videoconference
  3:11,18
view 29:2 36:16
violate 39:3

vision 16:17
visiting 20:11
voice 59:21
volatile 13:22
voluntarily 5:15
  24:2 63:15
voted 32:5
vulnerable 8:6,8
  8:15

w

waiting 15:3 20:12
  39:22 53:7 54:25
  62:15
wanderings 6:10
want 6:7 9:20 11:6
  11:9 12:23 13:14
  14:16,23 15:4,9,12
  17:14 18:9,17,18
  19:5,12 20:4,13
  21:24 22:5,11,24
  23:19,24,25 40:13
  41:1,18 42:7,10
  44:24 45:22 51:14
  51:15,21 53:17
  54:7,8,21 57:23
  60:18 61:24 62:9
  64:22 66:4,18,22
  66:22 68:1,10
  69:23 73:14,15
wanted 7:20 36:4
  38:16,20 40:3
  53:1
wants 60:4 61:8
washington 64:12
waste 6:12 11:3
  19:19
wasted 25:14
watch 68:23
way 5:21 10:14
  28:24 31:2 35:22
  36:23 37:4,5,9

Veritext Legal Solutions
866 299-5127

**[way - young]**

53:9 54:22 62:15 64:3,21 65:5 70:5 71:17
**we've** 7:19 8:17 9:19 15:23 16:1 16:22 17:11 26:22 27:12 51:19 61:20 72:4
**weak** 11:8
**website** 32:1 34:24 49:7
**wednesday** 7:17
**week** 32:4 60:6 61:12
**weeks** 36:11 42:5 42:7,8 61:10
**weitzman** 3:16 22:21 23:1 29:25 43:2 55:1 56:13 61:17,22
**welcome** 22:7
**wellesley** 11:13 12:16 18:6
**went** 20:17 30:11
**west** 2:5 3:5 7:8
**westchester** 31:18
**western** 32:23
**willing** 27:17,22 28:15 40:11
**witness** 75:4
**women** 15:13 24:22 27:11,14,17 27:22 37:4 52:7
**wonderful** 13:19 20:6 65:7
**words** 35:17 68:23 70:1
**work** 6:6 7:5,13 8:1 11:20 23:11 24:25 28:5,16 52:13 62:4 71:20

71:22 73:17
**worked** 48:12
**working** 13:13 15:20 28:4 49:15 49:17 59:9 66:12 66:15
**works** 10:23 11:19 54:23
**worried** 12:19 13:6
**worse** 21:18
**wounds** 14:4 21:21
**write** 72:1
**written** 66:19
**wrong** 34:15
**wrote** 24:17

**x**

**x** 4:1,8 54:20

**y**

**y** 54:21
**yeah** 10:12,12 11:9,22,23 16:24 19:17,23 21:3 23:12,16 24:8,13 34:2 38:5 43:4 50:17 56:1 57:25 58:8 62:23 64:14 64:17,19 65:5,8,15 65:19 68:23 72:15 73:12
**year** 31:13 47:23
**years** 21:18 25:13 30:15,24 33:1 47:16 48:11 53:11 54:24
**yellow** 36:25
**yesterday** 18:21 20:11 27:19

**york** 15:15
**young** 3:3 18:14 19:21 20:7 46:4 46:12,22 48:16 62:16

Page 18