

1317 E. 7th Street
Los Angeles, CA 90021
213.683.0522 Tel
213.683.0781 Fax
skidrow.org

Board of Directors

Simon Ha, AIA
Chair
Steinberg Hart

Martice Mills
Vice Chair
The Capital Corps

Jennifer Christian-Herman, Ph.D.
Secretary
Blue Shield of California

Max Kolomeyer
Treasurer
Forbix Capital Corp.

Diane Ballen
Burnham Benefits

Nancy Goldblum Geller
Mattel, Inc.

Paul Gregerson, MD
JWCH Institute, Inc.

Benjamin Henwood, Ph.D.
USC School of Social Work

Rex Jones
Wells Fargo

Emil Khodorkovsky
Forbix Capital Corp.

Dan Mahoney
Pacific Empire Builders

Diana Skidmore
Crain & Associates

Patrick Spillane
IDS Real Estate Group

David Waite
Cox, Castle & Nicholson LLP

Lee Raagas
Chief Executive Officer

**May 20, 2021**

**The Honorable David O. Carter**
**United States District Court – Central District of California**
**Ronald Reagan Federal Building and United States Courthouse**
**411 West Fourth Street, Courtroom 9 D**
**Santa Ana, CA, 92701-4516**

**RE: LA Alliance for Human Rights vs. County of Los Angeles and City of Los Angeles**

**Honorable Judge Carter:**

Skid Row Housing Trust ("The Trust") respectfully submits this letter to provide perspective, support and commitment to the court's efforts to resolve the enduring crisis of homelessness in Los Angeles vis a vis LA Alliance for Human Rights v. County of Los Angeles and City of Los Angeles. It is the organization's hope that this communication, combined with our track record of housing solutions, facilitates a partnership to continue solving the crisis.

In response to your injunction and clarifying orders, the Trust signed letters of support with other organizational leaders dedicated to addressing the criticality in Skid Row. In addition to that collective support, the Trust welcomes the opportunity to specifically share the direct perspective of an organization that has implemented solutions for over 30 years. We are currently responsible for 36% of residential units that include services in Skid Row and have permanently ended homelessness for 10,037 people. As a community operator, the Trust operates 26 buildings and over 2,000 units of permanent supportive housing ("PSH"), offering supportive services, property management and asset management. Skid Row Housing Trust is a real estate developer, health and social service provider and a Skid Row based employer & workforce developer.

Your adjudication of the LA Alliance for Human Rights case created urgency and acceleration in a community that was in a decades long crisis prior to the pandemic. For that, the Trust extends its deepest gratitude.

We appreciate the urgency of the court's focus on our 4,600 unhoused neighbors in Skid Row, 2,100 of whom are unsheltered. The Trust supports more shelter and housing of all types to be implemented immediately and further proposes additional resources be deployed in resolving the homelessness crisis without jeopardizing existing affordable and permanent supportive housing ("PSH") development pipeline or its funding. There should be an equal amount of attention placed on streamlining timelines and financial management as well.

**Support Position & Recommendation One (1) – House / Shelter Those Suffering and Dying on the Streets**

Skid Row Housing Trust supports the priority to immediately address those suffering and dying on the streets. There was a sharp increase in homelessness prior to the COVID 19 pandemic. Unfortunately, there was no count in January 2021, meaning the industry will be working with January, 2020 numbers through May, 2022. That

count delay will unfortunately skew the already poor numbers and trend to a false baseline, as the actuals are known to be worse.

The Trust is concerned about the growth in chronic homelessness, 58% year over year in the Continuum of Care and 35% in Skid Row.  Unfortunately, underinvestment in safe camping, shelter and transitional housing is creating an increasing number of individuals and families exposed to prolonged trauma on our streets.  We know firsthand that chronic homelessness requires the most costly and complicated solutions in the housing ecosystem and want to make sure every effort is taken to embrace lower cost interventions to keep people housed and provide relief from suffering long before there is a need to address chronic levels requiring PSH solutions. PSH requires complex financing, re-syndication every 15 years and active asset management for 55 years with limited provision for inflation and rising operating costs.

Skid Row Housing Trust, along with its community alliances have raised urgent and consistent concerns around the following:

- Ensuring street safety for **existing** residents that consider Skid Row their permanent home and living community
- Ensuring health & safety for encampment population; sidewalks and streets were not designed for habitability and rising climate concerns regarding heat from concrete and tar negatively affect those living directly on that heat. Emissions due to construction impact those living on the streets as well. Outbreaks of infectious disease; Tuberculosis, Hepatitis A, and Flea Borne Typhus were prevalent in our Skid Row community long before COVID
- Ensuring sidewalk accessibility for disabled Residents living in Skid Row.  It has become impossible for Residents / Clients living in Skid Row to utilize sidewalks forcing those with disabilities to walk in the streets causing unsafe circumstances.
- Ensuring Employee safety to and from work.  Employees experience onsite and near-site assaults as well as workplace accidents resulting in significant Employer and City risk

Recommendation = Provide sites and funding for outreach and engagement, safe camping, shelters and transitional housing to create a conduit so those living in safe campsites and shelters have prioritized access to transitional and permanent supportive units available through vacancies and/or development in Skid Row.

**Support Position & Recommendation Two (2) – Increase Subsidies, Safety and Security**

Skid Row Housing Trust supports the financial audit, funding review and potential reallocation of resources to effectively fund a full ecosystem of solutions. The most immediate needs are safe camping, shelters, and transitional housing. The affordable and permanent supportive housing pipelines must be accelerated, not decelerated. In the PSH space, the most urgent need is unit based vouchers for operating subsidies to complete the Proposition HHH pipeline.  Historically, Skid Row Service Providers had differing philosophies of how to address this crisis. While those Organizations have co-existed, served and provided solutions, efforts have fallen short to effectively collaborate serving the overall community.  Failure has occurred in; 1.) lack of resources to support upticks in crime and pandemic costs, leaving providers across the spectrum to absorb the responsibility of the growing risk they are neither funded nor trained to manage, 2.) lack of subsidies for current Los Angeles development pipeline in process and, 3.) lack of project based voucher subsidies for units for



1317 E 7th Street, Los Angeles, CA 90021 | 213.683.0522 Tel | 213.683.0781 Fax | skidrow.org

forecasted housing needs overall. Residents and Clients have been forced to resort to leaning on CBO's and NGO's for needs such as policing, security, public safety, sanitation, enforcement but with no funding and resources to do so. That expertise and responsibility lies with the City and County. Significant increase in property damage and loss have forced providers to identify philanthropic funding sources while simultaneously managing increasing unfunded COVID costs. Specific impacts and requests to solve are listed below:

- The Organization fully supports all calls and initiatives to continue to decriminalize poverty and homelessness
- Ensuring safety for Veterans experiencing homelessness concerned about Skid Row resulting in lack of interest in moving into housing
- Providing enhanced funding to housing, program and service providers
- Increasing police presence for predation and organized crime in Skid Row
- Transition "policing" from housing and service providers to law enforcement and other government specialists to provide mental health intervention and de-escalation. Developers and service providers should not be in position to manage crime in or out of buildings / communities
- Provide a one time "Relief Package" to provide "recovery" funds for damages sustained during 2020 due to lack of City, County support for COVID impact unaddressed by the CARES Act as well as the Continuum of Care Emergency Manager for FEMA funding, LAHSA, and county crisis management agencies Department of Public Health and Department of Health Services
- Provide ongoing financial support for services and property management in Skid Row by increasing property management fees to "reasonable" premiums for high crime and communities impacted by encampments and crime

Recommendation = Provide more funding, resources and subsidies for safe camping, shelter, interim/transitional housing and permanent supportive housing to immediately and significantly decrease the risks and damage the community.

**Support Position & Recommendation Three (3) – Identify, Collaborate and Innovate Solutions; Rapidly Match Existing Supply to Demand**

Skid Row Housing Trust supports the improved collaboration of all parties at the City and County level with those in the field providing the solutions. That improvement includes a rapid reduction in time to provide and approve a recommended Resident / Client to service providers for available units. There is existing "housing stock" in Skid Row that has become unattractive to new and potential Residents / Clients due to the increased encampment and crime in the community. There are multiple phases of homelessness and therefore multiple solution typologies. A root cause analysis is required to appropriately match needs. Supply and Demand typology examples are:

- Chronic = typically requires Shelters and Permanent Supporting Housing
- Episodic = typically requires Rapid Re Housing and/or Interim Housing
- Transitional = typically requires Internal and/or Transitional Housing
- Hidden = could be a combination of the above

Recommendations and Solutions:

- Identify and fund outreach, engagement, land and supportive services for those who refuse housing due to concerns of privacy or losing possession of belongings



1317 E 7th Street, Los Angeles, CA 90021 | 213.683.0522 Tel | 213.683.0781 Fax | skidrow.org

- Fund safe camping and shelter expansion
- Re-engage and support interim and transitional housing or equivalent

**Support Position & Recommendation Four (4) – Seek to Understand Those with Experience & Operations in Skid Row**

The make-up of Skid Row geographically is a semi-complicated definition and delineation of boundaries and descriptions. That complexity results in either a.) "multi" accountability or b.) "absent" accountability therefore leaving many businesses and providers in the community to manage and regulate independently which are neither designed, nor funded to do. While that experience has reaped objective and subjective expertise, it is time for additional resources to support those in Skid Row by definition of their responsibilities. Intersecting authorities in Skid Row are further complicating. The Industrial District BID is bordered by Third, 8th, Alameda and San Pedro, extending a block beyond Skid Row to 8th Street. There is no BID from San Pedro to Los Angeles in Skid Row. The Historic Core BID picks up at Los Angeles and covers the buildings on Main between 3rd and 7th. Skid Row comprises three (3) separate census tracts, 2073, 2062, and 2063.

There are approximately 5,400 affordable, residential units in the traditional fifty block Skid Row boundary with over two thirds (71%) or 4,000 of these being operated by Skid Row Housing Trust and SRO Housing. Skid Row is considered one of the highest communities in the nation. There's a perception that housing providers and shelters do not have common ground, however all Organizations are committed to decreasing the highest number of people at risk slipping into chronic homelessness (as outlined above) which is the most difficult, expensive and complex population to house and serve. Prioritizing and solving for that forecasted risk is an aligned goal for Skid Row providers. Weingart provides hundreds of housing assistant options and thousands of direct, multi-faceted services. Shelters such as Union Rescue Mission and The Los Angeles Mission, provide thousands of beds and food services every day to existing homeless individuals in our community. Our collective expertise and data are available and we encourage the combined platform to be heard. We at the Trust and Mike Arnold of The Midnight Mission, Reverend Andy Bales of Union Rescue Mission, Senator Kevin Murray of the Weingart Center, Anita Nelson of SRO Housing Corporation and Troy Vaughn of the LA Mission have met to collaborate on solving this post pandemic crisis with the experience and tangible results all the Organizations have demonstrated for decades. We are all encouraged by our shared commitments and hope the court will entertain guidance from the largest providers in Skid Row.

Residential Contributions & Collective Impact:

- ✓ SRO Housing; 2,099 residential units / 29 buildings / Development Pipeline
- ✓ Skid Row Housing Trust; 1,972 residential units / 27 buildings / Development Pipeline
- ✓ Weingart; 600 housing assist units / 1 building / 40,000+ multi services provided / Development Pipeline
- ✓ Shomof 415 units / 3 buildings
- ✓ DWC 119 units / 1 building
- ✓ Mercy Housing 28 units / 1 building
- ✓ Other - 794 Units



1317 E 7th Street, Los Angeles, CA 90021 | 213.683.0522 Tel | 213.683.0781 Fax | skidrow.org

Skid Row Shelter and Bridge Housing Contributions & Impact:

- Union Rescue Mission; 1,000 housed per night / 3,000 fed per day
- Los Angeles Mission; 340 housed per night / 1,100 fed per day
- The Midnight Mission; 50 housed per night / 2,200 fed per day

The Trust supports immediately transitioning people off the street and into humane, sanitary and safe environment including an "all hands" approach to find temporary, bridge, transitional, permanent housing with service options to accommodate different people with different needs. This comprehensive approach includes building permanent supportive housing because a solution that does not include a permanent home only prolongs homelessness.

Skid Row Housing Trust is both a resource and an ally in collectively ending this crisis with all partners committed to ending homelessness.

Thank you for your consideration,

Lee Raagas
Chief Executive Officer

**Distribution:**

- Michele Martinez – Special Master, United States District Court, Central District of California
- Mayor Eric Garcetti
- City Council President Nury Martinez
- Councilmember Joe Buscaino
- Councilmember Kevin De Leon
- Supervisor Hilda Solis
- Supervisor Holly Mitchell
- Senator Maria Elena Durazo
- Senator Sydney Kamlager
- Assemblymember Miguel Santiago
- Congressman Jimmy Gomez
- Heidi Marston – Executive Director, Los Angeles Homeless Services Authority
- Elizabeth Mitchell – Spertus, Landes &Umhoffer, LLP



1317 E 7th Street, Los Angeles, CA 90021 | 213.683.0522 Tel | 213.683.0781 Fax | skidrow.org