FILED
CLERK, U.S. DISTRICT COURT

5/24/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KD_____ DEPUTY

 

LA20CV02291-DOC

  

  

  



May 17, 2021

The Honorable David O. Carter
United States District Court – Central District of California
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street, Courtroom 9 D
Santa Ana, CA, 92701-4516

Honorable Judge Carter:

We write to you as leaders of 12 nonprofit organizations that have spent decades as part of the Skid Row community. The current situation on our streets is disgraceful. We commend your refusal to accept the current status quo. Your recent orders powerfully articulate the damning history of how we got to this awful place where more than 66,000 Los Angeles County residents are homeless. This includes more than 4,600 in Skid Row. Thank you for shining a spotlight on our collective problem and for demanding that our city and county must do better.

It is obvious that those stuck living on our streets would be better off in shelters and housing. We whole heartedly agree that all unsheltered residents should be offered a housing solution that best fits their unique needs. We agree that that there is a desperate need for more emergency shelter and permanent supportive housing for those struggling with mental health issues and/or substance abuse. And all of us agree that we

must do a better job of holding ourselves, our elected officials, and our fellow citizens accountable for this crisis.

Of course, we agree that shelter or housing should be offered to everyone living in Skid Row. What is critically important here is that new resources are provided to offer and provide this additional shelter and housing options. These new resources should not come at the expense of ongoing efforts to create affordable housing, provide healthcare, workforce development, and social services which strive to prevent homelessness more generally.

We need a this "and" approach to this problem, rather than a this "or" approach to the problem. It is incumbent upon us to provide more shelter and more housing, and we need to provide more supportive services. This approach will require additional funding. Without appropriate levels of funding, progress will not be made.

The bottom line here is that resources for additional shelter should not be diverted from current efforts to build housing or to keep people stably housed. It is essential that the City of Los Angeles honor its commitments to use Proposition HHH funding for specific permanent supportive housing projects. In addition, the County of Los Angeles should honor its commitments to use Measure H funding to support the needs of the individuals and families living in this housing.

Just because the overall problem is getting worse should not be interpreted to mean that nothing is working. Plenty of amazing work is happening to avert homelessness every day in Los Angeles. The challenge comes down to this:  the scope of the problem far outstrips the resources available to address it. We need to double down on what is working, and we must scale our activities up to the size of the problem.

As Skid Row stakeholders, we stand firmly against criminalizing homelessness. By including this statement outlining that after "adequate shelter is offered, the Court will let stand any constitutional ordinance consistent with the holdings of Boise and Mitchell," the court's injunction appears to be explicitly creating a road map to show local governments how to increase the use of punitive law enforcement. Actions of this sort will not help to end homelessness. Such criminalization will only lead to further retraumatization and displacement for those struggling to survive here. Since any court would need to independently assess the constitutionality of any future ordinances, we urge you to consider removing this advisory statement from the order.

We also encourage you to consider expanding your order to address the root cause of homelessness in Los Angeles—the collective failure to preserve and build significantly more affordable housing in every neighborhood. We urge you to order local governments to expedite and approve all pending low-income housing projects in the pipeline, to impose inclusionary zoning set-asides that would require that 25% of all new housing developments be affordable, and to require that new construction result in no net loss of affordable units. There are numerous policies (e.g., providing public land) that could be enacted to encourage the development of more affordable housing, along with a spate of anti-displacement protections that could allow people to stay in their homes. We must elevate the practical solutions that can ultimately solve this crisis.

Thank you for considering our thoughts and recommendations. We would welcome the opportunity to discuss these matters with you further.

Respectfully,

Chrysalis
Downtown Women's Center
Inner City Law Center
JWCH Institute, Inc.
Los Angeles Mission
Little Tokyo Services Center
Los Angeles Christian Health Center
Midnight Mission
Skid Row Housing Trust
SRO Housing
Street Symphony
The People Concern


cc:    Michele Martinez – Special Master, United States District Court, Central District of California
       Los Angeles County Board of Supervisors
       Honorable Eric Garcetti – Mayor, City of Los Angeles
       Los Angeles City Council
       Heidi Marston – Executive Director, Los Angeles Homeless Services Authority
       Elizabeth Mitchell – LA Alliance for Human Rights
       Shayla Myers—Legal Aid Foundation of Los Angeles
       Carol Sobel – Law Office of Carol A. Sobel