**BROOKE WEITZMAN** SBN 301037
**WILLIAM WISE** SBN 109468
**ELDER LAW AND DISABILITY RIGHTS CENTER**
1535 E 17th Street, Suite 110
Santa Ana, California 92705
t. 714-617–5353
e. bweitzman@eldrcenter.org
e. bwise@eldrcenter.org

**CAROL A. SOBEL** SBN 84483
**WESTON ROWLAND** SBN 327599
**LAW OFFICE OF CAROL SOBEL**
1158 26th Street. #552
Santa Monica, California 90403
T. 310 393 3055
e. carolsobellaw@gmail.com
e. rowland.weston@gmail.com

**PAUL L. HOFFMAN** SBN  71244
**CATHERINE SWEETSER** SBN 271142
**SCHONBRUN, SEPLOW, HARRIS & HOFFMAN & ZELDES**
9415 Culver Blvd., # 115
Culver City, California 90232
t.  310 396 7031
e. hoffpaul@aol.com
e. csweetser@sshhlaw.com

ATTORNEYS FOR INTERVENORS OCCW
ATTORNEYS FOR INTERVENORS CANGRESS
AND LOS ANGELES CATHOLIC WORKER
ON NEXT PAGE

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | Case No.: 2:20-cv-02291 DOC-KES <br><br> REQUEST TO CORRECT THE DOCKET <br><br> Date:  None <br> Time: None <br> Ctrm: 9D <br><br> Action filed:  March 10, 2020 |

1
INTERVENORS' REQUEST TO CORRECT THE DOCKET

**SHAYLA R. MYERS**  (SBN 264054)
**LEGAL AID FOUNDATION OF LOS ANGELES**
7000 S. Broadway
Los Angeles, CA 90003
t.: 213 640-3983
e . smyers@lafla.org


**CAROL A. SOBEL** SBN 84483          **PAUL L. HOFFMAN** SBN  71244
**WESTON ROWLAND** SBN 327599   **CATHERINE SWEETSER** SBN 271142
**LAW OFFICE OF CAROL SOBEL**   **SCHONBRUN, SEPLOW, HARRIS &**
1158 26th Street. #552                 **HOFFMAN & ZELDES**
Santa Monica, California 90403      9415 Culver Blvd., # 115
T. 310 393 3055                        Culver City, California 90232
e. carolsobellaw@gmail.com          t.  310 396 7031
e. rowland.weston@gmail.com        e. hoffpaul@aol.com
                                      e. csweetser@sshhlaw.com

ATTORNEYS FOR INTERVENORS
CANGRESS AND LACW

INTERVENORS' REQUEST TO CORRECT THE DOCKET

Intervenors Orange County Catholic Worker ("OCCW"), CANGRESS (dba Los Angeles Community Action Network ("LA CAN"), and Los Angeles Catholic Worker ("LACW") submit this Request to Correct the Docket.  The Court's docket currently lists the Latino Coalition of Los Angeles as an intervenor in this action. The Ex Parte Application of the Latino Coalition for intervenor status was denied by the Court on August 10, 2020.  *See* Dkt. 159.

Prior to the time that the Latino Coalition filed its Ex Parte Application to Intervene, the Court granted intervenor status to three entities.  The Ex Parte Application to Intervene As of Right filed by the OCCW, the plaintiff in *Orange County Catholic Worker, et al. v. County of Orange, et al.,* Case No. 19-cv-0155 DOC-KES (C.D. CA), was approved and entered on March 17, 2020.  Dkt 18.

The Ex Parte Application to Intervene filed by CANGRESS, dba Los Angles Community Action Network ("LA CAN"),  and the Los Angeles Catholic Worker ("LACW"),  organizational plaintiffs in *Mitchell v. City of Los Angeles,* Case No. 2:16-cv-01750 (C.D. CA), was granted on March 18, 2020.  Dkt. 29.

Based on the foregoing Orders of the Court, Intervenors Orange County Catholic Worker, CANGRESS ("LA CAN") and the Los Angeles Catholic Worker request that the Clerk of the Court be directed to take appropriate action to correct the docket to reflect the Court's Orders granting intervention to them and denying such status to the Los Angeles Latino Coalition of Los Angeles.

Dated: May 20, 2021       Respectfully submitted,


ELDER LAW & DISABILITY RIGHTS CENTER
LAW OFFICE OF CAROL A. SOBEL
SCHONBRUN, SEPLOW, HARRIS & HOFFMAN


By: /s/   Carol A. Sobel
         CAROL A. SOBEL
         Attorneys for Plaintiffs

3
INTERVENORS' REQUEST TO CORRECT THE DOCKET