

FILED
CLERK, U.S. DISTRICT COURT

5/26/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KD_____ DEPUTY

LA20CV02291-DOC

May 25, 2021

The Honorable David O. Carter
United States District Court - Central District of CA
Ronald Reagan Federal Building & US Courthouse
411 W. 4th Street, Courtroom 9 D
Santa Ana, CA 92701- 4516

Re: LA Alliance for Human Rights v. LA County & City

Dear Judge Carter,

CCA is a membership organization comprised of over 300 members including large employers, small businesses, housing developers, non-profit service providers and trade associations. Our broad coalition is committed to advancing comprehensive solutions to homelessness. We greatly appreciate all that you have done to raise awareness of the homelessness crisis in Skid Row and to bring a sense of urgency to housing unsheltered people living in Skid Row. Skid Row has served as LA County's center for homeless for decades, but it is under-resourced and the City and County continue to lack a coordinated response. **Skid Row is the right to place to focus your efforts and will serve as the barometer to measure the progress we are making to house homeless people.**

### Support for Skid Row

There are many experienced organizations in Skid Row providing interim and permanent housing and services. A number of these housing and service providers sent correspondence to you asking for your help to increase resources from and alignment between the City and County. We agree with those calls and believe your leadership has and should continue to require the City and the County to work together in a coordinated and productive manner. Under your guidance, the City and County agreed to an MOU to house people living by and below freeways. Once completed, the MOU will deliver almost 7,000 new housing solutions. This is a good example of the power that you have to help the City and County work together to support our rapidly growing unhoused population. We believe a similar focused approach could also be done in Skid Row. Skid Row housing providers are working on this challenge now and should provide input on a Skid Row-focused MOU between the City and the County.

### Updated CDC Guidance for Encampments

We are also looking towards June 15th when California is expected to fully reopen and the emergency orders regarding Covid-19 may be modified or lifted. Currently, the CDC has advised cities that encampments cannot be moved to help slow the spread of the virus, but it is unclear how long or if this guidance will remain in place. We are concerned that the current guidance and future ambiguity is contributing to worsening health and safety risks in and around encampments and hope that you will help clarify the guidance and work to restore our public spaces in conjunction with housing and services provision for the most vulnerable among us.



**CCA supports your effort to house homeless people, and we thank you for your commitment.** It will take strong, ongoing partnerships to build a stronger and more inclusive LA and we greatly appreciate your consideration of this letter.

Sincerely,

Jessica Lall
President & CEO
Central City Association of Los Angeles

Cc: Supervisor Solis, Chair, LA County Board of Supervisors
　　Mayor Garcetti, City of LA
　　Councilmember Ridley-Thomas, Chair, Homelessness & Poverty Committee
　　Councilmember de León, Vice Chair, Homelessness & Poverty Committee
　　Councilmember Buscaino, Member, Homelessness & Poverty Committee
　　Councilmember Rodriguez, Member, Homelessness & Poverty Committee
　　Councilmember Raman, Member, Homelessness & Poverty Committee