O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES                                   Date: May 26, 2021

Title: LA ALLIANCE FOR HUMAN RIGHTS, et al. v. CITY OF LOS ANGELES, et al.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER RE: MAY 26, 2021 STATUS CONFERENCE HEARING**

On Wednesday, May 26, 2021, the Court held a status conference in Los Angeles regarding the Agreement & Binding Term Sheet between the City and County of Los Angeles (Dkt. 136). The Court is concerned by the parties' representations that certain provisions of the agreement are not being met. However, the Court will postpone the decision of whether or not to reinstate its May 22, 2020 preliminary injunction (Dkt. 123) pending the outcome of the freeway audit provided by the County in July 2021.

Accordingly, the Court SCHEDULES an additional status conference for August 26, 2021, at which time the Court will receive testimony from the City and County regarding additional progress made towards housing individuals living within 500 feet of freeway overpasses and underpasses and other homeless individuals prioritized in the Agreement & Binding Term Sheet. At that time, the Court will further consider whether to reinstate its May 22, 2020 preliminary injunction.