**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**2ND AMENDED MAY 25, 2021**
**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC (KESx)                    Date:  May 7, 2020

Title: LA Alliance for Human Rights et al v. City of Los Angeles et al.

PRESENT:    THE HONORABLE DAVID O. CARTER, JUDGE

|        Not Present        |        Austin Che        |
|---------------------------|--------------------------|
|      Courtroom Clerk      |       Court Recorder     |

**PROCEEDINGS:**  HEARING HELD ON MAY 7, 2020

Settlement Conference held before Judge David O. Carter at the Alexandria Ballrooms, 501 S. Spring Street, Los Angeles, California.

The Court orders the transcripts for the hearing dates below be made available on the docket forthwith free of charge to all ordering parties:

May 7, 2020, Settlement Conference, Job Number 4107129, Recorder Austin Che, transcriber, Jane Gilliam.

The Court orders the transcript of this hearing designated as the official court record. The Court further orders the transcript be produced at Government expense and billed at the 14-day rate.

The recorder and transcriber referenced above are hereby ordered to submit the original transcript and notes to  transcripts_cacd@cacd.uscourts.gov no later than Monday, May 18, 2020, for immediate uploading on the Court's CM/ECF document filing System.

cc:  Alberto_Ortiz@cacd.uscourts.gov
       Jane W. Gilliam at calendar-la@vertext.com                         3   :  23

| MINUTES FORM 11 | Initials of Deputy Clerk: |
|-----------------|---------------------------|
| CIVIL-GEN       | kd                        |