**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

AMENDED MAY 25, 2021

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC (KESx)                    Date:  May 13, 2020

Title: LA Alliance for Human Rights et al v. City of Los Angeles et al.

PRESENT:    THE HONORABLE DAVID O. CARTER, JUDGE

          Not Present                                   Austin Che
        Courtroom Clerk                               Court Recorder

**PROCEEDINGS:**  HEARING HELD ON MAY 13 2020

Settlement Conference held before Judge David O. Carter at the Alexandria Ballrooms, 501 S. Spring Street, Los Angeles, California.

The Court orders the transcripts for the hearing dates below be made available on the docket forthwith free of charge to all ordering parties:

May 13, 2020, Status Conference, Job Number 4110812, Recorder Austin Che, transcriber, Benjamin Graham.

The Court orders the transcript of this hearing designated as the official court record. The Court further orders the transcript be produced at Government expense and billed at the 3-day rate.

The recorder and transcriber referenced above are hereby ordered to submit the original transcript and notes to  transcripts_cacd@cacd.uscourts.gov no later than Thursday, May 21, 2020, for immediate uploading on the Court's CM/ECF document filing System.

cc:  Alberto_Ortiz@cacd.uscourts.gov
     Jane W. Gilliam at calendar-la@vertiext.com               3   : 01

MINUTES FORM 11                                    Initials of Deputy Clerk:
CIVIL-GEN                                          kd