# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC (KESx)　　　　　　　　Date: May 26, 2021

Title:　　LA Alliance for Human Rights, et al v. City of Los Angeles, et al.

PRESENT:　　THE HONORABLE DAVID O. CARTER, JUDGE
PRESENT:　　THE HONORABLE ANDRE BIROTTE, JUDGE

| Kelly Davis | Miranda Algorri |
| --- | --- |
| Courtroom Deputy | Court Reporter |

Attorneys Present for Plaintiff:　　　　　Attorneys Present for Defendant:
Elizabeth Mitchell　　　　　　　　　　　　Scott Marcus
Matthew Umhofer　　　　　　　　　　　　Jessica Mariani
Carol Sobel　　　　　　　　　　　　　　　Gita O'Neill
Shayla Myers　　　　　　　　　　　　　　Jennifer Hashmall
　　　　　　　　　　　　　　　　　　　　Louis "Skip" Miller

　　　　　　　　　　LAHSA:  Heidi Marston

## PROCEEDINGS:  STATUS CONFERENCE (Held)

　　　Case called.  Also present is Special Master Michele Martinez.  Status Conference held before Judge David O. Carter at 350 W. First Street, Los Angeles, California.
　　　The Court orders the transcript for the hearing date above be made available on the docket forthwith free of charge to all ordering parties.
　　　The Court orders the transcript of this hearing designated as the official court record. The Court further orders the transcript be produced at Government expense and billed at the 7-day rate.
　　　The Court Reporter referenced above is hereby ordered to submit the original transcript and notes to transcripts cacd@cacd.uscourts.gov no later than Wednesday, June 2, 2021, for immediate uploading on the Court's CM/ECF document filing System.

cc:  Alberto_Ortiz@cacd.uscourts.gov
cc:  Miranda Algorri mirandaalgorri@gmail.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　1 : 23

MINUTES FORM 11　　　　　　　　　　　　　　Initials of Deputy Clerk:  kd
CIVIL-GEN