**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC (KESx)                    Date: May 27, 2021

Title:      LA Alliance for Human Rights, et al v. City of Los Angeles, et al.

PRESENT:      THE HONORABLE DAVID O. CARTER, JUDGE
PRESENT:      THE HONORABLE ANDRE BIROTTE, JUDGE

Kelly Davis                              Myra Ponce
Courtroom Deputy                         Court Reporter

Attorneys Present for Plaintiff:         Attorneys Present for Defendant:
Elizabeth Mitchell                       Scott Marcus
Matthew Umhofer                          Jessica Mariani
Carol Sobel                              Gita O'Neill
Shayla Myers                             Jennifer Hashmall
                                         Louis "Skip" Miller

**PROCEEDINGS:  STATUS CONFERENCE (Held and Completed)**

        Case called.  Also present is Special Master Michele Martinez.  Status Conference held before Judge David O. Carter at 350 W. First Street, Los Angeles, California.
        The Court orders the transcript for the hearing date above be made available on the docket forthwith free of charge to all ordering parties.
        The Court orders the transcript of this hearing designated as the official court record. The Court further orders the transcript be produced at Government expense and billed at the 7-day rate.
        The Court Reporter referenced above is hereby ordered to submit the original transcript and notes to transcripts cacd@cacd.uscourts.gov no later than Wednesday, June 2, 2021, for immediate uploading on the Court's CM/ECF document filing System.

cc: Alberto_Ortiz@cacd.uscourts.gov
cc: MyraPonce@sbcglobal.net                                        4:   11

MINUTES FORM 11                               Initials of Deputy Clerk:  kd
CIVIL-GEN