LATHAM & WATKINS LLP
  Manuel A. Abascal (SBN: 171301)
   *manny.abascal@lw.com*
  Katherine Sawyer (SBN: 330412)
   *katherine.sawyer@lw.com*
  Molly K. Wyler (SBN: 299881)
   *molly.wyler@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Telephone:  +1.213.485.1234
Facsimile:  +1.213.891.8763

Attorneys for Non-Party As *Amicus Curiae*
Union Rescue Mission

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association, JOSEPH BURK, HARRY TASHDJIAN, KARYN PINSKY, CHARLES MALOW, CHARLES VAN SCOY, GEORGE FREM, GARY WHITTER, and LEANDRO SUAREZ, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 200 inclusive,<br><br>Defendants. | CASE NO. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**SETTLEMENT PROPOSAL** |

*Amicus Curiae* Union Rescue Mission ("URM") respectfully submits the attached settlement proposal (the "Proposal") for consideration by the parties. URM appreciates that it is unusual for a non-party to propose publicly that parties settle an ongoing litigation; however, URM respectfully submits that the gravity of the ongoing and worsening homelessness crisis warrants such public input.

The Proposal suggests an agreement between the City of Los Angeles (the "City") and the County of Los Angeles (the "County") to take historic and meaningful action towards solving the homelessness crisis.  The intent of the Proposal is for the City and County to agree to use this litigation and Court process as a constructive tool that fosters collaboration towards specific goals.  The Proposal establishes measurable goals, mandates cooperation, and enables the Court to serve as a coordinating mechanism to resolve disputes and maintain progress towards the goals.  The Proposal respects and retains the City's and County's legislative authority and discretion on how to accomplish the goals, thus allowing the experts to continue to set and to implement policy while at the same time holding the City and County accountable towards their shared goals.  The Proposal does not disturb existing commitments, but does call for audits and reports of these commitments.

URM and its counsel are willing to assist the parties in facilitating settlement discussions along these or any other lines.  We can provide office space for discussions or to serve otherwise as a resource to the extent requested by any of the parties or the Court.  Again, we thank the Court for inviting our input.

Dated:  May 27, 2021

LATHAM & WATKINS LLP


By /s/ Manuel A. Abascal
Manuel A. Abascal
Attorneys for *Amicus Curiae* Union
Rescue Mission

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

SETTLEMENT PROPOSAL