MICHAEL N. FEUER, City Attorney (SBN 111529)
KATHLEEN A. KENEALY, Chief Deputy City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 North Main Street, City Hall East, 7th Floor
Los Angeles, California 90012
Telephone: 213-978-4681
Facsimile: 213-978-7011
Email:  Scott.Marcus@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. CV 20-02291 DOC (KES)<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT CITY OF LOS ANGELES TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**Filed Concurrently With:**<br>**[Proposed] Order**<br><br>**Complaint Served: 03/16/20**<br>**Response Due:  06/03/21**<br>**New Response Date: 06/10/21**<br><br>**Hon. David O. Carter**<br>**United States District Judge** |

Plaintiffs LA ALLIANCE, *et al.* ("Plaintiffs") and Defendant City of Los Angeles (the "City")[1], by and through their respective counsel of record, stipulate and agree to extend the time for the City to respond to Plaintiffs' Complaint [Dkt. 1] as follows:

1.      On March 16, 2020, Plaintiffs served their Summons and Complaint on the City.  [Dkt. 1, 8 & 13].

2.      On March 19, 2020, the Court imposed a stay with the agreement of the parties.  [Dkt. 90].  The stay was lifted on April 13, 2021. [Dkt. 266].

3.      Pursuant to a stipulation made under Local Rule 8-3, the parties agreed to extend the City's time to respond to Plaintiffs' Complaint by not more than 30 days, to June 3, 2021.  [Dkt. 288].  The stipulation was entered to allow the Parties to continue to discuss potential resolution of the allegations made in the Complaint. *Id.*

4.      In order to allow the Parties additional time to discuss and confer about the allegations in the Complaint, the City's arguments concerning the allegations, and potential resolution of the Complaint allegations, the Parties hereby stipulate and agree to an additional two week extension of time for the City to respond to Plaintiffs' Complaint, through and including June 17, 2021.  The Parties have scheduled a conference of counsel to proceed on June 1, 2021.

5.      There have not been any prior requests for extensions submitted to the Court by any party.  As discussed in Paragraph 3, above, the City previously requested, and Plaintiffs granted, a 30 day extension for the City to respond to the Complaint pursuant to Local Rule 8-3, with that response date being June 3, 2021. [Dkt. 288].

        IT IS SO STIPULATED.

---

[1] Plaintiffs and the City will collectively be referred to herein as "the Parties."

JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CITY OF LOS ANGELES TO RESPOND TO COMPLAINT

DATED:  May 28, 2021          MICHAEL N. FEUER, City Attorney

By: /s/__Scott Marcus_____
SCOTT MARCUS, Senior Assistant City Attorney
Counsel for Defendant City of Los Angeles

DATED: May 28, 2021           SPERTUS, LANDES & UMHOFER, LLP
By: /s/___Elizabeth A. Mitchell_____
Elizabeth A. Mitchell
Counsel for Plaintiffs LA Alliance, et al.

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(1), Scott Marcus hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.*

JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CITY OF LOS ANGELES TO RESPOND TO COMPLAINT