**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>       Defendants. | Case No. CV 20-02291 DOC (KES)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT CITY OF LOS ANGELES TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**Complaint Served: 03/16/20**<br>**Response Due:  06/03/21**<br>**New Response Date: 06/10/21**<br><br>**Hon. David O. Carter**<br>**United States District Judge** |

The Court, having read and considered the joint stipulation filed on behalf of Plaintiffs LA ALLIANCE, *et al.* ("Plaintiffs") and Defendant City of Los Angeles (the "City"), and finding GOOD CAUSE thereon, hereby grants the stipulated two week extension of time for the City to respond to Plaintiffs' Complaint.

**IT IS HEREBY ORDERED** that the City's response to Plaintiffs' Complaint is to be filed on or by June 17, 2021.

DATED: _____, 2021

_____
DAVID O. CARTER
United States District Judge

1