

LA 20-CV-02291-DOC-(KESx)

LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.

# EVERY WOMAN HOUSED
## ACTION PLAN FOR WOMEN AND FAMILIES IN SKID ROW

## SUMMARY

Per the 2020 Greater Los Angeles Homeless Count, there are 600 unhoused individuals who identify as cisgender female (541), transgender (45), and non-binary (11) residing in Skid Row. 55 families experiencing unsheltered homelessness were also counted. Of people experiencing homelessness in the Skid Row Community, 35% reported chronic homelessness, 30% serious mental illness, and 25% substance abuse disorder.

As of today, the Downtown Women's Center (DWC) has 200 women in its programs who are ready to move into housing. With expanded services and the support of community partners over the next two years, DWC can provide an additional 400 women with short- and long-term services and housing, to effectively end homelessness for a total of 600 women who would otherwise be residing unhoused in Skid Row.

Initial outreach and intake will require 90 days while short-term responses and long-term solutions will take 180 days and 90-365 days, respectively, to implement. Up to two years of financial support for rent and supportive services will also be required. Critical to the overall success of this initiative is the City and County's support in procuring treatment beds, interim housing options, and landlords willing to rent units at affordable rates.

**AT $12,000 PER PERSON ANNUALLY, DWC CAN END HOMELESSNESS FOR 600 UNSHELTERED WOMEN IN SKID ROW**

### ACTION STEPS AT A GLANCE:

- Locate 200 landlords for women already enrolled in LAHSA-funded rental assistance and social service programs

- Expand DWC's Access Center from place-based services to include mobile outreach

- Increase flex funding to provide 100 women with financial resources for rapid placement into permanent housing

- Create linkages to 100 mental health and substance abuse treatment beds

- Provide 200 interim housing placements via models such as Project Roomkey, Project Safe Haven, and A Bridge Home, and/or via the conversion of unused commercial space

- Renew DWC's Housing Justice Program to provide culturally responsive pathways to permanent housing for the 300 women placed in treatment beds and interim housing

- Contract with the local Coordinated Entry System for Families to serve up to 55 unhoused families in Skid Row

In order to serve the 600 unaccompanied women and 55 families currently residing without shelter in Skid Row, DWC proposes the following plan, which consists of (1) outreach and intake, (2) short-term housing responses, and (3) long-term housing solutions.

## OUTREACH & INTAKE:

The DWC Mobile Access Center Outreach will triage the needs of women daily and connect them to pathways for permanent housing. DWC staff will also assess for other service needs and connect women as necessary to DWC's mental health, healthcare, employment, COVID vaccination, and culturally responsive enrichment services. Access to daily meals, bathrooms, and showers will be provided to all.

## SHORT-TERM HOUSING RESPONSES:

Short-Term Housing opportunities are needed for 300 women and must include options for mental health treatment and or hospitalization, substance abuse treatment, and Interim housing. To this end, DWC requests access to 100 inpatient treatment beds and 200 interim housing Beds.

**Avenues for the procurement of beds may include:**
- A Bridge Home
- Funding for overnight hotel stays
- Expansion of Project Roomkey and or Project Safe Haven efforts
- Conversion of vacant downtown office and or commercial space

## LONG-TERM HOUSING SOLUTIONS:

Long Term Housing opportunities can be provided by scaling DWC's Housing Justice Program (formerly known as Project 100), Rapid Re-Housing Program, Problem Solving Program (funded by LAHSA), and Permanent Supportive Housing Program.

DWC currently has the capacity and resources to house 200 women. With additional support in locating landlords, DWC could house all of these women within the next 180 days. To further support long-term solutions, DWC requests access to the new Housing Choice Vouchers made available through the American Rescue Plan.

An expansion of the Housing Justice Program would furthermore enable DWC to provide on-going case management and long-term housing navigation to the 300 women connected with short-term housing, while bringing a layer of much needed trauma-informed community-building to Skid Row.

Through its Problem Solving Program, DWC can also resolve homelessness for up to 100 women, by supporting them in relocating to areas where they have the option to live permanently with family or acquaintances. Problem Solving funds can pay for relocation expenses, ensuring that the individual has a permanent place to reside in a different location.

*For more information, contact DWC at 213.465.5298*