

# BOARD OF SUPERVISORS
# COUNTY OF LOS ANGELES

856 KENNETH HAHN HALL OF ADMINISTRATION  /  LOS ANGELES, CALIFORNIA 90012
Telephone (213) 974-4111  /  FAX (213) 613-1739

**HILDA L. SOLIS**
CHAIR, BOARD OF SUPERVISORS
SUPERVISOR, FIRST DISTRICT

```
            FILED
   CLERK, U.S. DISTRICT COURT

         6/2/2021

   CENTRAL DISTRICT OF CALIFORNIA
   BY:      KD       DEPUTY
```

May 10, 2021

LA20CV02291-DOC

Dear Skid Row Advisory Council:

Thank you for your letter and your continued leadership in righting the wrongs that have brought us to our current homelessness crisis. As Chair of the Board of Supervisors, I want to acknowledge that historic harms must be corrected, past trauma must be addressed, and oppressive systems must be deconstructed. The County is committed to partnering with the Skid Row Advisory Council and communities of color across the County to address the underlying structural and systemic factors which have contributed to disproportionate rates of Black people experiencing homelessness in Los Angeles.

Undoing decades of harm and rebuilding the trust needed to effectively serve the residents of Skid Row will undoubtedly take time. That is why my office is working tirelessly to shelter our unhoused neighbors with proper dignity and respect. The Board of Supervisors has adopted a call for "Care First, Jails Last," and we are prioritizing building out a much-needed system of care for the most vulnerable communities in Los Angeles County. We agree that providing care rather than more criminalization is the only way to support individuals marginalized by our collective racist past.

I would like to highlight two projects in my district that underscore the Board's "Care First, Jail's Last" approach. The Hilda L. Solis Care First Village, which opened in April, is providing interim housing on what would have been the staging area and parking lot for the construction of a new jail. It will house 232 individuals and provide wrap around supportive services on site. The LAC + USC Restorative Care Village will provide 96 clinically enriched interim housing beds with on-site nursing support, health oversight, case management, and connection to permanent housing to serve those who have been discharged from County health facilities and facing unstable housing conditions. It will also host 64 beds for intensive treatment programs for individuals being discharged from County hospital psychiatric emergency services, inpatient psychiatric units, and mental health urgent care centers.

These projects are a small piece of the work that needs to be done. I welcome additional feedback on how County policies and systems can be improved to correct mistakes of the pasts. By centering the voices of community advocates and people experiencing homelessness, I am

Skid Row Advisory Council
Page 2
May 13, 2021

confident that, together, we can effectively address the impacts of systemic racism and oppression in our County.

In partnership,

*[signature: Hilda L. Solis]*

**HILDA L. SOLIS**
Chair Board of Supervisors
First District


Cc:   Honorable Judge David O. Carter
      Los Angeles County Counsel