MICHAEL N. FEUER, City Attorney (SBN 111529)
KATHLEEN A. KENEALY, Chief Deputy City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 North Main Street, City Hall East, 7th Floor
Los Angeles, California 90012
Telephone: 213-978-7508
Facsimile: 213-978-7011
Email: Arlene.Hoang@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. CV 20-02291 DOC (KES)<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT CITY OF LOS ANGELES TO DISMISS PLAINTIFFS' COMPLAINT [Dkt. 1] [FRCP 8, 12(b)(1) and 12(b)(6)]**<br><br>**Filed Concurrently With:**<br>• **Memorandum of Points and Authorities**<br>• **[Proposed] Order**<br><br>Date: August 9, 2021<br>Time: 8:30 a.m.<br>Courtroom: 9D<br><br>**Hon. David O. Carter**<br>**United States District Judge** |

TO THE COURT, AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD, IF ANY:

PLEASE TAKE NOTICE that on August 9, 2021, at 8:30 a.m., or as soon thereafter as this matter may be heard, before the Honorable David O. Carter, United States District Judge, in Courtroom 9D of the above-entitled Court, located at the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth Street, Santa Ana, California, 92701, Defendant CITY OF LOS ANGELES ("the City") will and hereby do move for an order dismissing the Complaint filed by Plaintiffs LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association, JOSEPH BURK, HARRY TASHDJIAN, KARYN PINSKY, CHARLES MALOW, CHARLES VAN SCOY, GEORGE FREM, GARY WHITTER, and LEANDRO SUAREZ, individuals, (collectively "Plaintiffs") (Dkt. 1).

The Motion to Dismiss is brought pursuant to Rules 8, 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that Plaintiffs have failed to meet the mandatory pleading requirements, Plaintiffs have not and cannot establish Article III standing, the court lacks subject matter jurisdiction and cannot provide the relief requested, supplemental jurisdiction is not appropriate over claims for relief numbers one, three through six inclusive, and eight, and Plaintiffs have failed to state a claim upon which relief can be granted.

The City's Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, any material the Court takes judicial notice of, upon all the pleadings and papers that are on file in this action, and upon all oral and documentary evidence that may be presented at the time of any hearing on this motion.

Counsel for the City engaged in a telephonic Local Rule 7-3 conference with counsel for Plaintiffs on June 1, 2021.  As a result of the parties' meet and confer efforts, Plaintiffs agreed to dismiss without prejudice their Seventh claim for relief for violation

1 | of the California Environmental Quality Act ("CEQA"), and the City is therefore not
2 | addressing this claim in its motion.
3 |
4 | DATED: June 16, 2021     MICHAEL N. FEUER, City Attorney
5 |                         KATHLEEN A. KENEALY, Chief Deputy City Atty
                            SCOTT MARCUS, Senior Assistant City Attorney
6 |                         GABRIEL S. DERMER, Assistant City Attorney
                            ARLENE N. HOANG, Deputy City Attorney
7 |                         JESSICA MARIANI, Deputy City Attorney
8 |                         By: /s/ _____
                            Arlene N. Hoang, Deputy City Attorney
9 |                         Counsel for Defendant City of Los Angeles

DEFENDANT CITY OF LOS ANGELES' NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT