**BROOKE WEITZMAN** SBN 301037
**WILLIAM WISE** SBN 109468
**ELDER LAW AND DISABILITY RIGHTS CENTER**
1535 E 17th Street, Suite 110
Santa Ana, California 92705
t. 714-617–5353
e. bweitzman@eldrcenter.org
e. bwise@eldrcenter.org

**CAROL A. SOBEL** SBN 84483
**WESTON ROWLAND** SBN 327599
**LAW OFFICE OF CAROL SOBEL**
1158 26th Street. #552
Santa Monica, California 90403
T. 310 393 3055
e. carolsobellaw@gmail.com
e. rowland.weston@gmail.com

**PAUL L. HOFFMAN** SBN 71244
**CATHERINE SWEETSER** SBN 271142
**SCHONBRUN, SEPLOW, HARRIS & HOFFMAN & ZELDES**
9415 Culver Blvd., # 115
Culver City, California 90232
t. 310 396 7031
e. hoffpaul@aol.com
e. csweetser@sshhlaw.com

ATTORNEYS FOR INTERVENORS OCCW
ATTORNEYS FOR INTERVENORS CANGRESS
AND LOS ANGELES CATHOLIC WORKER
ON NEXT PAGE

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No.: 2:20-cv-02291 DOC-KES<br><br>REQUEST FOR JUDICIAL NOTICE FOR JUDICIAL NOTCE<br><br>Date: None<br>Time: None<br>Ctrm: 9D<br><br>Action filed: March 10, 2020 |

1
INTERVENORS' REQUEST FOR JUDICIAL NOTICE

**SHAYLA R. MYERS** (SBN 264054)
**LEGAL AID FOUNDATION OF LOS ANGELES**
7000 S. Broadway
Los Angeles, CA 90003
t.: 213 640-3983
e. smyers@lafla.org

**CAROL A. SOBEL** SBN 84483
**WESTON ROWLAND** SBN 327599
**LAW OFFICE OF CAROL SOBEL**
1158 26th Street. #552
Santa Monica, California 90403
T. 310 393 3055
e. carolsobellaw@gmail.com
e. rowland.weston@gmail.com

**PAUL L. HOFFMAN** SBN 71244
**CATHERINE SWEETSER** SBN 271142
**SCHONBRUN, SEPLOW, HARRIS &**
  **HOFFMAN & ZELDES**
9415 Culver Blvd., # 115
Culver City, California 90232
t. 310 396 7031
e. hoffpaul@aol.com
e. csweetser@sshhlaw.com

ATTORNEYS FOR INTERVENORS
CANGRESS AND LACW

Intervenors Orange County Catholic Worker ("OCCW"), CANGRESS (dba Los Angeles Community Action Network ("LA CAN"), and Los Angeles Catholic Worker ("LACW") submit this Request to for Judicial Notice. The subject of the Request is two recent reports filed in the United States District Court for the Central District of California by the monitor for the settlement agreement in

Pursuant to Federal Rules of Civil Procedure 201(b), the Court may take judicial notice of filings and other matters of public record. *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006).

Intervenors submit the Monitor's Interim Report and Exhibit 1 filed in *Independent Living Center v. City of Los Angeles*, Case 2:12-cv-00551-FMO-PJW, [Dkt. 691 Filed 05/25/21], and the Monitor's Supplemental Interim Report and Exhibits 2-5, [Dkt.693 6/30/21].

Intervenors believe that the information provided in the Monitor's Interim Reports is relevant to this action as it relates to the Prop. HHH units committed to meeting the terms of the settlement in *Independent Living Center*.

Dated: July 1, 2021         Respectfully submitted,

                      ELDER LAW & DISABILITY RIGHTS CENTER
                      LAW OFFICE OF CAROL A. SOBEL
                      SCHONBRUN, SEPLOW, HARRIS & HOFFMAN

                      By: /s/   Carol A. Sobel
                          CAROL A. SOBEL
                          Attorneys for Plaintiffs