**EXHIBIT 2**




Los Angeles
HOUSING+COMMUNITY
Investment Department
Housing Development Bureau
1200 West 7th Street, Los Angeles, CA 90017
tel 213.808.8638 | fax 213.808.8610
hcidla.lacity.org

Eric Garcetti, Mayor
Rushmore D. Cervantes, General Manager

VIA EMAIL

December 6, 2019

619 Westlake, L.P.
11150 West Olympic Boulevard, Suite 620
Los Angeles, CA 90064
Attn: Chris Maffris
Email: cmaffris@metahousing.com

Re:  Westlake 619
     619 South Westlake Avenue
     Los Angeles, CA 90057

Dear Mr. Maffris:

This letter shall serve as evidence of a Proposition HHH Permanent Supportive Housing Loan Program (HHH) funding commitment for the above-referenced project, in an amount not to exceed Three Million, One Hundred Forty-nine Thousand, Five Hundred Eighty Dollars ($3,149,580). The HHH funding commitment was approved by the Los Angeles City Council under Council File #17-0090-S8.

Please note, the HCIDLA funding commitment is subject to the following terms and conditions, which include, but are not limited to the below requirements. HCIDLA will inform the development team of any due diligence issues requiring resolution prior to the execution of the HCIDLA loan agreement.

AMOUNT: $3,149,580

LOAN TYPE: Residual Receipts

LOAN TERM: Fifty-five (55) years from the date of recordation of the City Deed of Trust

REGULATORY TERM: Fifty-five (55) years from the date of Project Completion

RATE: Three percent (3%) simple interest

EXPIRATION OF HCIDLA COMMITMENT: The HCIDLA and 619 Westlake, L.P. will cooperate on required Loan documentation and subsequent funding of the Loan after acceptance hereof. Notwithstanding the foregoing, this Commitment will expire two (2) years from October 15, 2019.

COMPLIANCE: The Proposition HHH funding commitment shall be subject to the provision recommendations of Council File #17-0090-S8(1)(A)(iii) dated 08/20/2019.

ACCEPTANCE OF HCIDLA COMMITMENT: 619 Westlake, L.P.'s acceptance of this commitment shall be evidenced by signing and delivering to HCIDLA the enclosed copy of this letter no later than December 13, 2019. Until receipt of such written acceptance by HCIDLA, HCIDLA will have no liability hereunder. Please email your signed acceptance of this commitment to Timothy Elliott at Timothy.Elliott@lacity.org.

Should you have any questions, please contact Mr. Timothy Elliott, Development and Finance Division, at (213) 808-8596.

Sincerely,

SEAN L. SPEAR
Assistant General Manager
Housing Development Bureau

## BORROWER ACKNOWLEDGEMENT

The undersigned hereby accepts the foregoing award and understands that the Lender is not obligated to close the Loan unless all of the terms and conditions outlined in the award are met. Furthermore, the undersigned understands and acknowledges that closing the Loan may take up to eight weeks following the execution of this document and the receipt of tax credit allocation.

**619 Westlake, L.P.**
**A California limited partnership**

By: Westlake Affordable Housing, LLC,

[signature] 12/19/19

By: 619 Westlake, LLC,
A California limited liability company,
Its administrative general partner

    By: _____
        Kasey Burke, Vice President

    Date: _____

    By: _____
        George Russo, Chief Financial Officer

    Date: _____

*HHH Commitment Letter, Westlake 619*
*Page 3*

## BORROWER ACKNOWLEDGEMENT

The undersigned hereby accepts the foregoing award and understands that the Lender is not obligated to close the Loan unless all of the terms and conditions outlined in the award are met. Furthermore, the undersigned understands and acknowledges that closing the Loan may take up to eight weeks following the execution of this document and the receipt of tax credit allocation.

**619 Westlake, L.P.**
**A California limited partnership**

By: Westlake Affordable Housing, LLC,
A California limited liability company,
Its managing general partner

    By: _____
        Paul Park, Secretary

    Date: _____

By: 619 Westlake, LLC,
A California limited liability company,
Its administrative general partner

    By: _____
        Kasey Burke, Vice President

    Date: 12/19/19

    By: _____
        George Russo, Chief Financial Officer

    Date: 12/19/19