**EXHIBIT 4**

# HHH Summary

## 125 HHH Projects (8,031 Total Units)

**In service**
**13** HHH Projects
804 total units

+

**In construction**
**47** HHH & Housing Challenge Projects
3,028 total units

+

**By spring 2021**
**9** HHH & Housing Challenge Projects
656 total units targeted to close construction financing by end of spring 2021

+

**By end of 2021**
**20** HHH & Housing Challenge Projects
1,165 total units targeted to close construction financing by end of 2021

+

**By end of 2022**
**36** HHH & Housing Challenge Projects
2,378 total units targeted to close construction financing by end of 2022

Average HHH subsidy $135,000 per unit.

HCIDLA - 5/30/2021