# A LETTER IN SUPPORT OF COURT INTERVENTION

*This Letter has been prepared by the Committee for Safe Havens in support of Federal Court intervention in the matter of homelessness in Los Angeles County and not in support of any party to the pending litigation before Judge David Carter nor in support of any political or special interest group.  The Letter is endorsed by the undersigned.*

California's homelessness disaster represents a failure of government.  The legislative and executive branches, the political branches of government, have failed to provide adequate affordable housing and mental health services to Californians. They need to be held accountable.

The magnitude of homelessness in California is beyond appalling.  It is in significant part the culmination of past legal racial discrimination as evidenced by the fact that nearly half of the homeless are African American.

This crisis offends the conscience of the good people of Los Angeles County.

The problem of homelessness is like the top of a very unstable volcano as large segments of our population struggle at poverty or near-poverty levels, especially in South Los Angeles.  This is a huge just-under-the-radar population of housing insecure people.  They are paying a large percentage of their limited incomes for housing and will become tomorrow's homeless with the infliction of any economic adversity.

Our major cities are increasingly looking more like third-world cities than cities in the United States as we have known them.  Not only is the situation desperate for the homeless, the safety and enjoyment of public areas by all citizens is drastically compromised.

Perhaps a structural change in local government is needed, such as expanding the number of Los Angeles city councilpersons to match the number of councilpersons in other large modern cities, in order to increase the political power of neglected minorities and to promote a more equitable distribution of resources.

Setting aside for now considerations of a more equitable balance of power, the unrelenting growth of the homeless and housing insecure population portends danger for our community and more broadly for our democracy.  We must confront it head on and do it forthwith.

The growing underclass of desperate and frustrated people drives the escalating social unrest and violence on the streets which could end in dangerous class warfare.

As the underclass of homeless and housing-insecure continues to grow, the middle and upper classes will increasingly feel under siege and employ armed private security for protection.  We will become accustomed to armed guards with automatic weapons in front of every venue and business as is commonplace in many countries with corrupt and incompetent governments.

The large and expanding underclass of homeless and housing insecure raises other fundamental issues:  Is the "homeless" label partly a misnomer for what is more fundamentally severe income

inequality?  Is it mis-labeled a "housing" issue by those seeking government funds to build and own housing projects?  Is there enough existing housing for the "homeless" if they simply had the funds to secure it?

Although important, consideration of these issues is beyond the scope of this article.  Now is the time to focus on the immediate need for shelter and mental health and other services for those on the streets.  Now is the time to defy the historical record of racism which has created such a disparate impact of homelessness on African Americans.

Government is at this moment being tested and must prove itself by effectively and humanely resolving the crisis of the unsheltered and mentally ill living in tents and cardboard boxes or laying out in the open in doorways or on sidewalks.

Our democratic government is the best ever created and it would be a global human tragedy to allow it to degrade and transform into something much less desirable.  Without doubt, we are still the best hope for millions of people suffering and oppressed around the world and begging to come here for a better life.

In this test of our democratic government, failure is not an option.  Failure would be an inexcusable betrayal of the millions of men and women who fought for our way of life and so many of whom are lying under Crosses and Stars of David around the globe.

Because of the documented failure of the political branches, judicial intervention is timely, proper and indispensible.  The courts

can order the political branches to do what they have not been able to do on their own.

In recognition of the foregoing, enter the United States District Court for the Central District of California.  One Federal District Court Judge, David Carter, has been bold enough to tackle homelessness head on and issue remedial orders in a case brought by business owners and expanded to include the rights of the homeless and government's responsibility to both.  Judge Carter should be commended for his courage to address one of the major social justice issues of our time.

The judiciary has an established role in correcting an injustice which has created a constitutionally offensive disproportionate impact on African Americans.  Judge Carter is correct to demand structural reform where the political class and their representatives in the legislative and executive branches have failed.

And, in the matter of homelessness, the politicians have certainly failed. If there were to be a vote of no confidence, today's politicians would lose it hands down and should resign en masse.

Judge Carter has recognized that African Americans have been disparately impacted by homelessness.  Being only about 8% of the population of Los Angeles County, they represent about half of the homeless population.

This disparate impact did not happen by accident.  It is the legacy of slavery and its extended afterlife in the form of Black Codes, legal segregation, restrictive local housing laws, and inadequate representation in local government.

No race can recover from centuries of servitude and near-servitude overnight and the mere ending of legal discrimination in the 1950s and 1960s was not a magic wand that could instantly right the wrongs of past centuries or instantly heal the wounded and their descendants.

Judge Carter recognizes that this regrettable race history cannot be stripped from the issue of homelessness in Los Angeles County.  Doing so would lead to flawed causal assumptions and flawed solutions.  Carter should be applauded for this recognition.

Judge Carter's intervention is reminiscent of the four great judges of the Fifth Circuit in the 1950's and 1960s, all white, three of them Republican, who went well beyond the elimination of de jure segregation and issued famous opinions to put an end to de facto segregation in the Deep South.  They were dubbed the "Fifth Circuit Four" by less sympathetic colleagues, a reference to the Four Horsemen of the Apocalypse, because they wanted to remake Southern Society.

The Fifth Circuit's Four took the constitution's requirement for equal justice to heart and believed that the Fourteenth Amendment required legal equality for everyone.  They were subjected to personal attacks and threats of harm but were not intimidated by those who resisted ending discrimination as a way of life.  Judge Carter seems to be cut from the same cloth as the Fifth Circuit Four.

And like the famous Fifth Circuit judges of the Deep South, Judge Carter is under attack.  The City and County attack Carter for overreaching and exceeding his authority. The City and County claim they can do a better job resolving the homeless problem without a

shred of evidence to support that contention.  Carter should not be dissuaded by the moaning and promises of local officials.  He should continue to assert the power of the Federal government to demand prompt corrective action and set deadlines.

Despite the protestations of the politicians, the Court's authority to demand remedial structural change to protect the constitutional rights of the homeless and the public is firmly grounded in law.

Evidence of the Court's authority goes beyond Brown v. Board of Education, the seminal United States Supreme Court case that ended the odious 'separate but equal' doctrine that had kept African Americans out of white public schools. In Brown I, the Court ruled that separate but equal violated the equal protection clause of the U.S. Constitution.

In Brown II, the Court ordered structural reform to implement school integration "with all deliberate speed." And, in cases after Brown, the Supreme Court repeatedly upheld District Court orders for structural change when southern states circumvented the requirement to integrate public schools.

And there is also more recent precedent for Federal Court intervention.  Apart from education, a Federal Court in California took over the prison health care system and ordered structural changes to protect the rights of inmates to be free of cruel and unusual punishment.  The latter included a demand for a major reduction in the prison population.  Another Federal Court also oversaw and ordered structural change in the provision of dental care for inmates.

Federal courts have also issued orders altering school attendance zones, ordered busing, ordered renovation of jail facilities, ordered state agencies to notify eligible citizens of their entitlement to state benefits, and ordered scattered public housing outside of segregated neighborhoods.

As the politicians have been unable to effectively deal with the homelessness disaster, they should not now be heard to complain when a Federal Court steps in at the request of suffering citizens.

Effective political leadership would have already demanded that the homeless matter be declared a state of emergency in this state. Resources from all branches of government should have already been committed forthwith to its immediate resolution.

The constitutional interests of all citizens are on the line, not to mention the matter of real threats to the public health.  The money is there to deal with homelessness and its expenditure should be closely monitored so as not to merely enrich the supporters of the political class who want to build and own income-producing housing projects.

Homelessness is a matter of life and death on our streets, in our parks, and under our freeways. We need leaders who can inspire and guide public opinion to embark upon a great collective effort to supplement existing programs.

Regrettably, no such leader has surfaced.  Our politicians are hamstrung by political alliances, favors owed, desires for increased personal power, all of which are unimportant and stand in the way of doing the right thing.

Carter's intervention will force the hard choices needed for reform and will allow the politicians to disclaim responsibility for them by asserting the decisions were court-ordered and made for them by a Federal Court.  Carter's intervention is political cover for the politicians.

History is proof that we can solve this problem.  During World War II, for example, we were confronted with powerful enemies on two fronts.  We turned out war materiels and munitions, ships, tanks, and planes with unimaginable speed.  Unbelievably, major warships were commissioned weekly.  No country could come close to this level of industrial might.  It happened because we were determined to do it and to win.  And, after the war, we rebuilt Europe with the Marshall Plan.

Similarly, we can now solve a housing crisis.  In comparison to the war effort, it is relatively simple.  We need something akin to a "Marshall Plan" where we dedicate land, resources, and manpower, twenty-four hours a day, to building suitable temporary housing and mental health facilities.  The mental health component is imperative because so many of the homeless urgently need those services.

Engineering and architectural experts, working with the Committee for Safe Havens, have opined and submitted declarations to the Court that temporary housing can be provided at a fraction of the costs previously expended.

These technical experts have witnessed housing developments in South America and Asia and have considerable experience in this country as well.  Developers are ready and willing and standing by to do their share.  Leadership is the missing ingredient.  The private

**Page 8 of  9**

sector needs to be inspired to engage in a great public-private partnership.

This massive effort would be a supplement to the existing programs and good efforts of hundreds of sincere and dedicated men and women already working to help the homeless, many donating their time.

However, absent effective political leadership, we must yield to the pressure of an enlightened Federal Judge that reluctantly issues remedial orders to correct constitutional violations caused by and tolerated by the political branches of government.

Mark Ravis, M.D., J.D.
Civil/Criminal/Civil Rights Litigation
Board Member & Legal Advisor to the Congress of Racial
Equality - CA; Chairman, Committee for Safe Havens

Adrian Dove, Chairman, Congress of Racial Equality – CA;
Past President of the Los Angeles County Human Rights
Commission; White House Economic Advisor to Four
U.S. Presidents; President, Kingdom Day Parade

Timothy Watkins, CEO, Watts Labor Community Action
Committee