RODRIGO A. CASTRO-SILVA (SBN 185251), *County Counsel*
rcastro-silva@counsel.lacounty.gov
LAUREN M. BLACK (SBN 192302), *Assistant County Counsel*
AMIE S. PARK (SBN 273346), *Deputy County Counsel*
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:   (213) 974-1830
Facsimile:    (213) 626-7446

BYRON J. MCLAIN (SBN 257191)
bmclain@foley.com
FOLEY & LARDNER, LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:   (310) 972-4500
Facsimile:    (213) 486-0065

LOUIS R. MILLER (SBN 54141)
smiller@millerbarondess.com
MIRA HASHMALL (SBN 216842)
EMILY A. RODRIGUEZ-SANCHIRICO (SBN 311294)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:    (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES** <br><br> **COUNTY OF LOS ANGELES' NOTICE OF PAYMENT AND REPORT REGARDING MAINSTREAM SERVICES AT CITY FACILITIES** <br><br> Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

517702.1

COUNTY OF LOS ANGELES' NOTICE OF PAYMENT AND REPORT REGARDING MAINSTREAM
SERVICES AT CITY FACILITIES

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On June 16, 2020, the County of Los Angeles ("County") and the City of Los Angeles ("City") reached a historic agreement to provide a total of 6,700 beds and services for people experiencing homelessness (PEH") in the City of Los Angeles within 18 months. [Dkt. 136.] On October 9, 2020, the County and City reached an agreement on a Memorandum of Understanding to clarify the parties' agreement. [Dkt. 185.]

The County hereby notifies the Court that the County made its fourth payment ($60 million) to the City on July 9, 2021. To date, the County has contributed $113 million to the City to support its PEH population.

The County also agreed to take action to provide a package of mainstream services to PEH residing in facilities established by the City pursuant to the MOU, at the scale and availability deemed appropriate by the County. [Dkt. 185-1 at III.H.] A report detailing the County's provision of mainstream services at those facilities is attached hereto as **Exhibit A.**

DATED: July 13, 2021                    MILLER BARONDESS, LLP


By:      /s/ Mira Hashmall
         MIRA HASHMALL
         Attorneys for Defendant
         COUNTY OF LOS ANGELES

517702.1

2

COUNTY OF LOS ANGELES' NOTICE OF PAYMENT AND REPORT REGARDING MAINSTREAM SERVICES AT CITY FACILITIES