# EXHIBIT A

| Project Type | City | Zip Code | SPA | SD | CD | Beds / Spaces | Service Provider | Opening Date | LAHSA Introduced Site Operator to County Departments (Approximately two weeks before estimated | LAHSA Provided County Departments with Site Client List | Dates when On-Site Services Began | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Department of Public Social Services | Department of Health Services - Countywide Benefits Enrollment Services Team | Department of Mental Health | Department of Public Health - Substance Abuse Prevention and Control |
| Pallet Shelter | North Hollywood | 91601 | 2 | 3 | 2 | 75 | Hope of the Valley | 2/1/2021 | 2/4/2021 | 2/24/2021 | 4/28/2021- client services* | 3/15/2021- site visit and client services | 3/11/2021- site visit and client services | 4/28/2021- site visit and client services |
| Project Homekey | Reseda | 91335 | 2 | 3 | 3 | 75 | LA Family Housing | 1/1/2021 | 4/26/2021 | 4/27/2021 | 5/17/2021- site visit and client services | 5/19/2021- site visit; 6/8/2021- client services | 5/20/2021- site visit and client services | 5/19/2021- client services; site visit not needed as Client Engagement Navigation Services (CENS) provider is providing services |
| Project Homekey | Los Angeles | 90032 | 3 | 1 | 14 | 52 | Union Station | 4/7/2021 | 4/26/2021 | 4/27/2021 | 5/24/2021- client services* | 5/25/2021- site visit; 6/22/2021- client services | 5/21/2021- site visit and client services | 5/20/2021- site visit and client services |
| Project Homekey | Los Angeles | 90016 | 4 | 2 | 10 | 23 | The People Concern | 3/24/2021 | 4/26/2021 | 4/27/2021 | 5/20/2021- client services* | 5/24/2021- planning session conference call; 6/9/2021- client services | 5/20/2021- site visit and client services | 5/24/2021- site visit and client services |
| Project Homekey | North Hills | 91343 | 2 | 3 | 6 | 59 | VOALA | 3/17/2021 | 4/26/2021 | 4/27/2021 | 5/19/2021- site visit and client services | 5/13/2021- site visit; 5/26/2021- client services | 5/18/2021- site visit and client services | 5/27/2021- site visit and client services |
| Project Homekey | Chatsworth | 91311 | 2 | 5 | 12 | 76 | VOALA | 3/15/2021 | 4/26/2021 | 4/27/2021 | 5/20/2021- client services* | 5/13/2021- site visit; 6/1/2021- client services | 5/19/2021- site visit and client services | 5/20/2021- site visit and client services |
| Project Homekey | Los Angeles | 90017 | 4 | 1 | 1 | 91 | Weingart | 2/1/2021 | 4/26/2021 | 4/27/2021 | 5/17/2021- site visit and client services | 5/18/2021- site visit; 5/27/2021- client services | 5/20/2021- site visit and client services | 5/19/2021- site visit; 6/3/2021- client services |
| Project Homekey | Canoga Park | 91304 | 2 | 3 | 3 | 52 | LA Family Housing | 1/1/2021 | 4/26/2021 | 4/27/2021 | 5/19/2021- site visit and client services | 5/21/2021- site visit; 6/16/2021- client services | 5/18/2021- site visit and client services | 5/19/2021- client services; site visit not needed as Client Engagement Navigation Services provider is providing services |
| Project Homekey | Los Angeles | 90032 | 4 | 1 | 14 | 49 | Union Station | 4/7/2021 | 5/6/2021 | 5/6/2021 | 6/1/2021- client services* | 5/25/2021- site visit; 6/14/2021- client services | 6/3/2021- site visit and client services | 5/24/2021- site visit; 6/1/2021- client services |
| Project Homekey | Los Angeles | 90018 | 6 | 2 | 8 | 31 | SSG/HOPICS | 4/13/2021 | 6/2/2021 | 6/2/2021 | 6/10/2021- client services* | 6/17/2021- site visit; 7/14/2021- client services | 6/4/2021- site visit and client services | 6/17/2021- site visit; 6/25/2021- client services |
| Project Homekey | Los Angeles | 90045 | 5 | 4 | 11 | 44 | The People Concern | 5/3/2021 | 6/2/2021 | 6/2/2021 | 6/21/2021- client services* | 6/18/2021- site visit; 7/6/2021- client services | 6/24/2021 site visit and client services | 6/22/2021- site visit; 7/7/2021 - client services |
| Project Homekey | Los Angeles | 90004 | 4 | 2 | 13 | 41 | VOALA | 3/22/2021 | 5/18/2021 | 5/18/2021 | 6/10/2021- client services* | 6/17/2021- site visit; 7/6/2021- client services | 6/10/2021- site visit and client services | 5/27/2021- site visit; 6/2/2021- client services |

* Denotes services provided telephonically via a dedicated hotline for the Mainstream Benefits program due to low capacity at the site.

| Department Name | Services Provided |
|---|---|
| Department of Public Social Services (DPSS) | Assistance with General Relief, CalFresh, and Medi-Cal; verification of benefits and case review; Electronic Benefit Transfer card issuance. |
| Department of Health Services - Countywide Benefits Enrollment Services Team (DHS-CBEST) | Assistance with securing Supplemental Security Income, Social Security Disability Insurance, Cash Assistance Program for Immigrants, retirement, and veteran's benefits. |
| Department of Mental Health | Outreach and engagement, referrals and linkages to mental health services. |
| Department of Public Health - Substance Abuse Prevention and Control (DPH-SAPC) | Outreach and engagement, Substance Use Disorder (SUD) education, SUD screening, appointment scheduling, service navigation and linkages to needed ancillary services, transportation support to SUD appointments, early intervention workshops for clients engaged in high risk behavior at risk of SUD. |

**Exhibit A, Page 4**