# EXHIBIT A

**COVID-19 Homelessness Roadmap**
Quarterly Report
Quarter Ending June 30, 2021

| No. | CD | Project Type (1) | Address / Location | Beds* (3) | Status | Open & Occupiable Date (4) | Beds Open to Date (3) | PEH** within 500 ft (5) (Individuals) | PEH 65 Years or Older (Individuals) | PEH Other Vulnerable (6) (Individuals) | Total PEH Served per the Agreement (Individuals) | Other PEH (Not Prioritized in Agreement) (Individuals) | Total PEH Served to Date (Individuals) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | All | Rapid Rehousing / Shared Housing | Scattered Sites | 2000 | In Process | | 944 (7) | 42 | 190 | 673 | 905 | 82 | 987 |
| 2 | 1 | Project Homekey | Solaire Hotel 1710 7th St | 91 | Open | 1/1/2021 | 80 | 4 | 23 | 71 | 98 | 2 | 100 |
| 3 | 1 | Permanent Supportive Housing | 1255 S Elden Ave. | 93 | Open | 2/3/2021 | 15 | 0 | 0 | 0 | 0 | 15 | 15 |
| 4 | 1 | Interim Housing | Echo Park Community Center 303 Patton St. | 27 | Open | 4/1/2021 | 27 | 24 | 9 | 48 | 81 | 59 | 140 |
| 5 | 2 | A Bridge Home | 13160 Raymer St. | 85 | Open | 7/16/2020 | 58 | 21 | 10 | 80 | 111 | 104 | 215 |
| 6 | 2 | A Bridge Home | 7700 Van Nuys Blvd. | 100 | Open | 8/17/2020 | 68 | 18 | 23 | 81 | 122 | 107 | 229 |
| 7 | 2 | Interim Housing (Pallet) | 11471 Chandler Blvd. | 75 | Open | 2/1/2021 | 39 | 3 | 0 | 41 | 44 | 31 | 75 |
| 8 | 2 | Interim Housing (Pallet) | 6099 Laurel Canyon Blvd. aka Alexandria Park | 200 | Open | 4/13/2021 | 103 | 70 | 3 | 18 | 91 | 11 | 102 |
| 9 | 2 | Interim Housing (Pallet) | 12600 Saticoy St. | 150 | In Process | | | | | | | | |
| 10 | 3 | Project Homekey | Howard Johnson 7432 Reseda Blvd. | 75 | Open | 1/1/2021 | 74 | 2 | 36 | 70 | 108 | 1 | 109 |
| 11 | 3 | Project Homekey | Super 8 Canoga Park 7631 Topanga Canyon | 46 | Open | 1/1/2021 | 52 | 2 | 12 | 55 | 69 | 3 | 72 |
| 12 | 3 | Safe Parking | 7128 Jordan Ave. | 25 | Open | 3/22/2021 | 25 | 0 | 1 | 0 | 1 | 14 | 15 |
| 13 | 3 | Interim Housing (Pallet) | 19040 Vanowen St. | 101 | Open | 6/10/2021 | 52 | 13 | 2 | 33 | 48 | 10 | 58 |
| 14 | 3 | Interim Housing (Pallet) | 6073 N Reseda Blvd. aka Topham | 148 | In Process | | | | | | | | |
| 15 | 4 | A Bridge Home | 3428 Riverside Dr. (formerly 3210 Riverside Dr.) | 100 | Open | 7/28/2020 | 75 | 8 | 8 | 65 | 81 | 84 | 165 |
| 16 | 4 | Interim Housing | Pan Pacific Park 7600 Beverly Blvd. | 73 | Open | 4/1/2021 | 73 | 1 | 12 | 69 | 82 | 27 | 109 |
| 17 | 4 | Interim Housing | 1701 Camino Palmero St. | 25 | Open | 4/16/2021 | 25 | 0 | 0 | 2 | 2 | 38 | 40 |
| 18 | 4 | Safe Parking | 15380 Oxnard St. | 14 | In Process | | | | | | | | |
| 19 | 5 | A Bridge Home | 1479 S. La Cienega | 54 | Open | 6/22/2020 | 30 | 2 | 0 | 1 | 3 | 70 | 73 |
| 20 | 5 | Permanent Supportive Housing | 8866 W Pico Blvd. | 48 | Open | 8/7/2020 | 12 | 0 | 8 | 0 | 8 | 4 | 12 |
| 21 | 5 | Interim Housing | 7253 Melrose Ave. | 60 | In Process | | | | | | | | |
| 22 | 5 | Interim Housing | Coalition to Abolish Slavery and Human Trafficking (CAST) Shelter - Address Witheld | 19 | In Process | | | | | | | | |
| 23 | 6 | A Bridge Home | 14333 Aetna St. | 70 | Open | 8/10/2020 | 46 | 4 | 18 | 55 | 77 | 78 | 155 |
| 24 | 6 | Permanent Supportive Housing | 11050 W. Arminta St. | 110 | Open | 2/23/2021 | 44 | 0 | 0 | 1 | 0 | 46 | 46 |
| 25 | 6 | Project Homekey | Econo Motor Inn 8647 N. Sepulveda Blvd. | 59 | Open | 3/17/2021 | 59 | 24 | 8 | 41 | 73 | 15 | 88 |
| 26 | 6 | Interim Housing | 6909 N Sepulveda Blvd. | 146 | Open | 4/13/2021 | 146 | 3 | 5 | 35 | 43 | 26 | 69 |
| 27 | 6 | Project Homekey | Woodman 9120 Woodman Ave. | 148 | In Process | | | | | | | | |
| 28 | 6 | Project Homekey | Panorama Inn 8209 Sepulveda Blvd. | 74 | In Process | | | | | | | | |
| 29 | 7 | Interim Housing | Greater Missionary Church 11067 Norris Ave. | 57 | Open | 4/1/2021 | 57 | 14 | 8 | 17 | 39 | 115 | 154 |
| 30 | 7 | Project Homekey | The Good Nite Inn 12835 Encinitas Ave. | 87 | In Process | | | | | | | | |
| 31 | 8 | Interim Housing | Home At Last Women's Shelter 8311 S. Western Ave. | 30 | Open | 4/1/2021 | 30 | 0 | 2 | 9 | 11 | 30 | 41 |
| 32 | 8 | Interim Housing | Bryant Temple AME 2514 W. Vernon Ave. | 20 | Open | 4/1/2021 | 20 | 1 | 5 | 15 | 21 | 49 | 70 |
| 33 | 8 | Project Homekey | EC Motel 3501 Western Ave. | 31 | Open | 4/13/2021 | 30 | 0 | 1 | 8 | 9 | 18 | 27 |
| 34 | 8 | Interim Housing | 5615 - 5749 South Western Ave. | 7 | Open | 4/16/2021 | 7 | 0 | 0 | 0 | 0 | 0 | 0 |
| 35 | 14 | Interim Housing | 543 Crocker St. | 20 | Open | 4/16/2021 | 20 | 0 | 0 | 0 | 0 | 0 | 0 |
| 36 | 9 | Safe Parking | 1501 S Figueroa St. | 30 | Open | 11/2/2020 | 30 | 1 | 5 | 10 | 16 | 36 | 52 |
| 37 | 9 | Safe Parking | 4301 S Central Ave. | 10 | Open | 3/8/2021 | 10 | 0 | 3 | 5 | 8 | 13 | 21 |
| 38 | 9 | Permanent Supportive Housing | 1036 E 35th St. | 74 | Open | 3/31/2021 | 6 | 0 | 0 | 0 | 0 | 3 | 3 |
| 39 | 9 | Interim Housing | Home At Last Men's Shelter 5171 S. Vermont Ave. | 20 | Open | 4/1/2021 | 20 | 1 | 2 | 5 | 8 | 35 | 43 |
| 40 | 9 | Interim Housing | 3123 S. Grand Ave. | 20 | Open | 4/16/2021 | 20 | 0 | 0 | 0 | 0 | 1 | 1 |
| 41 | 9 | A Bridge Home | 4601 Figueroa St. | 30 | Open | 4/16/2021 | 30 | 0 | 0 | 1 | 1 | 28 | 29 |
| 42 | 9 | Interim Housing | 8501 S. Broadway | 150 | Open | 4/16/2021 | 150 | 0 | 1 | 4 | 5 | 17 | 22 |
| 43 | 8 | Interim Housing | 8501 1/2 S. Vermont Ave. | 25 | Open | 4/16/2021 | 25 | 0 | 0 | 0 | 0 | 3 | 3 |
| 44 | 9 | Permanent Supportive Housing | 5215 S. Figueroa St. | 40 | In Process | | | | | | | | |
| 45 | 9 | Project Homekey | King Solomon Village 1300-1332 W Slauson Ave. | 122 | In Process | | | | | | | | |
| 46 | 10 | A Bridge Home | 1818 S Manhattan Pl. (formerly 1819 S. Western Ave.) | 15 | Open | 9/21/2020 | 12 | 3 | 4 | 7 | 14 | 11 | 25 |
| 47 | 10 | Permanent Supportive Housing | 4018 S Buckingham Rd. | 103 | Open | 11/23/2020 | 51 | 0 | 30 | 5 | 35 | 3 | 38 |
| 48 | 10 | A Bridge Home | 625 La Fayette Pl. | 70 | Open | 3/1/2021 | 56 | 38 | 6 | 34 | 78 | 19 | 97 |
| 49 | 10 | Project Homekey | Best Inn 4701 W Adams Blvd. | 23 | Open | 3/23/2021 | 21 | 4 | 1 | 17 | 22 | 4 | 26 |
| 50 | 10 | Permanent Supportive Housing | 3317 W. Washington Blvd. | 17 | In Process | | | | | | | | |
| 51 | 11 | Safe Parking | 11339 Iowa Ave. | 10 | Open | 10/1/2020 | 25 | 1 | 8 | 13 | 22 | 34 | 56 |
| 52 | 11 | Safe Parking | 9100 Lincoln Blvd. | 20 | Open | 10/6/2020 | 25 | 0 | 10 | 9 | 19 | 25 | 44 |
| 53 | 11 | Project Homekey | Super 8 LAX 9250 Airport Dr. | 44 | Open | 5/5/2021 | 28 | 4 | 6 | 20 | 30 | 6 | 36 |
| 54 | 11 | Project Homekey | Ramada Inn 3130 Washington Blvd. | 33 | In Process | | | | | | | | |
| 55 | 12 | Project Homekey | Travelodge 21603 Devonshire St. | 76 | Open | 3/15/2021 | 46 | 14 | 7 | 41 | 62 | 5 | 67 |
| 56 | 12 | Safe Parking | Metrolink Station - Northridge 8775 Wilbur Ave. | 20 | Open | 4/7/2021 | 20 | 0 | 3 | 1 | 4 | 12 | 16 |
| 57 | 12 | Interim Housing | 18140 Parthenia St. | 107 | In Process | | | | | | | | |
| 58 | 13 | Permanent Supportive Housing | 252 S. Rampart Blvd. | 23 | Open | 11/9/2020 | 22 | 0 | 0 | 15 | 15 | 6 | 22 |
| 59 | 13 | Safe Parking | Cahuenga Branch Library 4591 Santa Monica Blvd. | 10 | Open | 3/15/2021 | 10 | 0 | 2 | 0 | 2 | 12 | 14 |
| 60 | 13 | Project Homekey | The NEST 253 S. Hoover St. | 41 | Open | 3/22/2021 | 38 | 15 | 1 | 39 | 55 | 18 | 73 |
| 61 | 13 | Interim Housing | Shatto Park Recreation Center 3191 W. 4th St. | 48 | Open | 4/1/2021 | 48 | 17 | 6 | 17 | 40 | 26 | 66 |
| 62 | 13 | Interim Housing | 5941 Hollywood Blvd. | 30 | Open | 4/15/2021 | 30 | 1 | 1 | 14 | 16 | 30 | 46 |
| 63 | 9 | Interim Housing | 5100 S. Central Ave. | 25 | Open | 4/1/2021 | 25 | 1 | 0 | 1 | 2 | 2 | 4 |
| 64 | 13 | Safe Sleeping | 317 N Madison Ave. | 90 | Open | 4/16/2021 | 90 | 11 | 5 | 26 | 42 | 107 | 149 |
| 65 | 13 | Interim Housing (Pallet) | 1455 N. Alvarado St. | 74 | Open | 6/8/2021 | 38 | 7 | 2 | 10 | 19 | 27 | 46 |
| 66 | 13 | Interim Housing | 1214 Lodi Pl. | 64 | In Process | 11/15/2021 | | | | | | | |
| 67 | 13 | Interim Housing (Pallet) | 2301 W. 3rd St. | 109 | In Process | | | | | | | | |
| 68 | 14 | A Bridge Home | 310 N. Main St. | 99 | Open | 8/18/2020 | 68 | 26 | 19 | 97 | 142 | 81 | 223 |
| 69 | 14 | Interim Housing | Weingart Center 566 S. San Pedro St. | 60 | Open | 2/1/2021 | 60 | 3 | 7 | 15 | 25 | 32 | 57 |
| 70 | 14 | Rapid Rehousing | Scattered Sites - SRO Housing Corporation | 60 | Open | 3/1/2021 | 60 | 1 | 8 | 22 | 31 | 29 | 60 |
| 71 | 14 | Interim Housing | Weingart Center 566 S. San Pedro St. | 49 | Open | 4/1/2021 | 49 | 15 | 23 | 56 | 94 | 149 | 243 |
| 72 | 14 | Project Homekey | Titta's Inn 5333 Huntington Dr. | 49 | Open | 4/6/2021 | 41 | 6 | 3 | 23 | 32 | 15 | 47 |
| 73 | 14 | Project Homekey | Super 8 Alhambra 5350 S Huntington Dr. | 52 | Open | 4/7/2021 | 43 | 8 | 7 | 18 | 33 | 18 | 51 |
| 74 | 14 | Interim Housing | 1060 N Vignes St. | 232 | Open | 4/12/2021 | 103 | 24 | 5 | 47 | 76 | 42 | 118 |

**COVID-19 Homelessness Roadmap**
Quarterly Report
Quarter Ending June 30, 2021

| No. | CD | Project Type (1) | Address / Location | Beds* (3) | Status | Open & Occupiable Date (4) | Beds Open to Date (3) | PEH** within 500 ft (5) (Individuals) | PEH 65 Years or Older (Individuals) | PEH Other Vulnerable (6) (Individuals) | Total PEH Served per the Agreement (Individuals) | Other PEH (Not Prioritized in Agreement) (Individuals) | Total PEH Served to Date (Individuals) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | 13 | Safe Parking | 1033 Cole Ave. | 10 | Open | 4/16/2021 | 10 | 1 | 1 | 0 | 2 | 5 | 7 |
| 76 | 14 | Interim Housing | El Puente | 45 | In Process | | | | | | | | |
| 77 | 14 | Interim Housing (Pallet) | Arroyo Drive at Ave 60 | 224 | In Process | | | | | | | | |
| 78 | 14 | Interim Housing (Pallet) | 7570 Figueroa St. | 93 | In Process | | | | | | | | |
| 79 | 15 | A Bridge Home | 515 N. Beacon St. (3) | 38 | Open | 7/7/2020 | 75 | 13 | 17 | 73 | 103 | 88 | 191 |
| 80 | 15 | A Bridge Home | 828 Eubank Ave. | 100 | Open | 7/7/2020 | 100 | 6 | 29 | 59 | 94 | 116 | 210 |
| 81 | 15 | Safe Parking | 19610 S. Hamilton Ave. | 25 | Open | 2/15/2021 | 25 | 0 | 0 | 1 | 1 | 18 | 19 |
| 82 | 15 | Safe Parking | 711 S. Beacon St. | 30 | Open | 3/1/2021 | 30 | 0 | 2 | 14 | 16 | 16 | 32 |
| 83 | 15 | Interim Housing (Pallet) | 1221 S. Figueroa Pl. | 80 | Open | 6/14/2021 | 75 | 12 | 0 | 4 | 16 | 9 | 25 |
| 84 | 15 | Project Homekey | Travelodge 18600 Normandie Ave. | 40 | In Process | | | | | | | | |
| 85 | All | Project Roomkey | Sportsmen's Lodge | 165 | Open | 11/1/2020 | 148 | 29 | 36 | 282 | 347 | 12 | 359 |
| 86 | All | Project Roomkey | Mayfair | 294 | Open | 11/1/2020 | 294 | 62 | 88 | 409 | 559 | 33 | 592 |
| 87 | All | Project Roomkey | LA Grand | 483 | Open | 11/1/2020 | 415 | 284 | 128 | 663 | 1075 | 77 | 1152 |
| 88 | All | Project Roomkey | Vagabond Inn San Pedro | 72 | Open | 4/15/2021 | 69 | 0 | 9 | 126 | 135 | 2 | 137 |
| 89 | All | Project Roomkey | Airtel | 223 | Open | 4/15/2021 | 213 | 64 | 21 | 277 | 362 | 23 | 385 |
| 90 | All | Project Roomkey | Shelter Hotel | 48 | Open | 4/16/2021 | 46 | 27 | 3 | 30 | 60 | 2 | 62 |
| 91 | All | Project Roomkey | H Hotel | 49 | Open | 4/16/2021 | 46 | 14 | 4 | 31 | 49 | 14 | 63 |
| 92 | All | Project Roomkey | America's Best Value | 61 | Open | 4/16/2021 | 55 | 15 | 6 | 40 | 61 | 3 | 64 |
| 93 | All | Project Roomkey | Best Western Dragon's Gate | 52 | Open | 4/16/2021 | 49 | 37 | 3 | 21 | 61 | 10 | 71 |
| 94 | All | Project Roomkey | Royal Pagoda | 35 | Open | 5/17/2021 | 33 | 10 | 3 | 28 | 41 | 2 | 43 |
| 95 | All | Project Roomkey | Highland Gardens | 70 | In Process | | | | | | | | |
| | | | | | | **Other Beds (2)** | | | | | | | |
| 96 | 1 | Permanent Supportive Housing - In Existing Agreement with County | 1532 W. Cambria St. | 57 | Open | 10/9/2020 | 56 | 0 | 1 | 0 | 1 | 56 | 56 |
| 97 | 3 | A Bridge Home - In Existing Agreement with County | 7621 Canoga Ave. | 81 | Open | 2/1/2021 | 47 | 9 | 9 | 31 | 49 | 29 | 78 |
| 98 | 4 | Permanent Supportive Housing - In Existing Agreement with County | 1119 N. McCadden Pl. | 26 | Open | 4/7/2021 | 26 | Data will be available in the next quarterly report. | | | | | |
| 99 | 4 | A Bridge Home - In Existing Agreement with County | 3061 Riverside Dr. | 80 | Open | 4/16/2021 | 80 | 0 | 0 | 5 | 5 | 70 | 75 |
| 100 | 7 | A Bridge Home - In Existing Agreement with County | Sylmar Armory 12860 Arroyo St. | 85 | Open | 8/3/2020 | 44 | 6 | 9 | 42 | 57 | 36 | 93 |
| 101 | 7 | Permanent Supportive Housing - In Existing Agreement with County | 13574 W. Foothill Blvd. | 48 | Open | 3/31/2021 | 37 | 0 | 8 | 26 | 34 | 5 | 39 |
| 102 | 8 | Permanent Supportive Housing - In Existing Agreement with County | 5501 S. Western Ave. | 33 | Open | 3/31/2021 | 33 | Data will be available in the next quarterly report. | | | | | |
| 103 | 9 | Permanent Supportive Housing - In Existing Agreement with County | 6901 S. Main St. | 50 | Open | 11/17/2020 | 34 | 0 | 2 | 14 | 16 | 72 | 88 |
| 104 | 9 | Permanent Supportive Housing - In Existing Agreement with County | 4050 S. Figueroa St. | 57 | Open | 4/15/2021 | 57 | 1 | 1 | 4 | 6 | 3 | 9 |
| 105 | 14 | A Bridge Home - In Existing Agreement with County | 1426 Paloma St. | 120 | Open | 12/21/2020 | 78 | 19 | 7 | 32 | 58 | 37 | 95 |
| 106 | 14 | Permanent Supportive Housing - In Existing Agreement with County | 649 S. Wall St. | 55 | Open | 2/26/2021 | 18 | 2 | 0 | 6 | 8 | 2 | 10 |
| 107 | 15 | A Bridge Home - In Existing Agreement with County | 515 N. Beacon St. (3) | 62 | Open | 7/7/2020 | 75 | 13 | 17 | 73 | 103 | 88 | 191 |
| | | | **Total:** | **9,633** | | | **5,779** | **1,081** | **963** | **4,351** | **6,394** | **2,716** | **9,110** |

(1) The type of homeless intervention. Tiny Home Villages (or Pallet shelters) are listed as interim housing interventions.
(2) Interventions in existing agreements with the County of Los Angeles prior to June 16, 2020. Per the agreement, only 700 beds from existing agreements may be counted toward the Homelessness Roadmap.
(3) Total beds opened as of the Quarter ending date. Per Los Angeles County Department of Public Health COVID-19 restrictions, not all beds may be occupied in interim housing facilities.
(4) LAHSA provides the data for the number of PEH in the target population served. The target population for this effort includes:
  a. People experiencing homelessness and living in the City within 500 feet of freeway overpasses, underpasses and ramps;
  b. People experiencing homelessness within the City who are 65 years of age or older; and
  c. Other vulnerable people experiencing homelessness within the City of Los Angeles.
(5) The geographic location of encampments for "PEH within 500 ft" may be adjusted by LAHSA between quarterly report, resulting in data variations.
(6) The criteria for "PEH Other Vulnerable" are persons with preexisting medical conditions and vulnerable to COVID-19.
(7) Rapid Rehousing / Shared Housing "Beds Open to Date" is reported by number of households, not individuals, that were provided a placement.

* Beds include all homeless Interventions in development: interim beds/units, safe parking, and permanent supportive housing units.
** PEH: People Experiencing Homelessness