# EXHIBIT B

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Gil Cedillo |
|---|---|
| **Council District:** | **1** |

| | |
|---|---|
| Size of District (square miles) | 15.8 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 430 |

### Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 6th/ Beaudry- Obj ID 43 | Y | 25 | large encampments multiple structures |
| 2 | 14th/ Oak St- Obj ID 44 | Y | 15 | large encampments mutiple structures |
| 3 | Ave 19/ 110fwy- Obj ID 114 | Y | 10 - vehicles | large encampments and numerous vehicle dwellers |
| 4 | 5fwy/ Pasadena Ave- Obj ID 118 | Y | 5 - vehicles | large encampments and numerous vehicle dwellers |
| 5 | North Central Dog Park- Obj ID 124 | Y | 10 - vehicles | large encampments and numerous vehicle dwellers |
| 6 | Ave 52/ 110fwy-Obj ID 126 | Y | 5 - vehicles | large encampments and numerous vehicle dwellers |

### Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| Permanent Housing: Prop HHH | 1532 W. Cambria St. | 57 | | | 10/9/2020 |
| Interim Housing | Solaire Hotel 1710 7th St | 91 | Project Homekey | | 1/1/2021 |
| Permanent Housing: Non-Prop HHH - PSH | 1255 S Elden Ave. | 93 | | | 2/3/2021 |
| Interim Housing | 303 Patton St. | 27 | Winter Shelter Extension | | 4/1/2021 |
| Interim Housing | 375 S. Columbia Ave. | 60 | La Posada | | |
| Interim Housing | The Mayfair Hotel | 294 | Project Roomkey | | 11/1/2020 |
| Interim Housing | America's Best Value Inn | 61 | Project Roomkey | | 4/16/2021 |
| Interim Housing | Best Western Dragon's Gate Inn | 52 | Project Roomkey | | 4/16/2021 |
| Interim Housing | Royal Pagoda | 35 | Project Roomkey | | 5/17/2021 |
| Rapid Rehousing/Shared Housing | Multiple | 286 | LAHSA-coordinated unit placements | TBD | N/A |

### Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Paul Krekorian |
|---|---|
| Council District: | 2 |

| | |
|---|---|
| Size of District (square miles) | 25.0 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 203 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Lankershim/Riverside --134 fwy | Y | 25 | A few moved into PRK Sportsmans Lodge |
| 2 | Laurel Canyon/Erwin --170 fwy | Y | 20 | More than 40 park and parking lot residents were moved into Tiny Homes |
| 3 | Moorpark/Bellflower --170 fwy | Y | 22 | |
| 4 | Strathern Park West/170 fwy | Y | 5 | Over the course of 3 months, moved many into Raymer ABH; couples went to Tiny Homes |
| 5 | 12240 Archwood st. --170fwy | Y | 25 | |
| 6 | 10835 Chandler Blvd. | N | 10 | |
| 7 | 11476 Hatteras st. | N | 8 | 7 people moved into Chandler TH |
| 8 | 7241 Ethel Ave. | N | 5 | Several people have moved into Raymer, 2 into perm Housing |
| 9 | 7135 Woodman Ave. | N | 10 | |
| 10 | 7880 San Fernando Rd. | N | 100 | Mostly RVs, vehicles w a few tents |
| | | | **230** | |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| A Bridge Home | 13160 Raymer St. | 85 | Open | Within catchment area | 7/16/2020 |
| A Bridge Home | 7700 Van Nuys Blvd. | 100 | Open | Within catchment area | 8/17/2020 |
| Interim Housing | 11471 Chandler Blvd. | 75 | Tiny Home Village on City-owned site | 1, 3, 6 | 2/1/2021 |
| Interim Housing | 6099 Laurel Canyon Blvd. | 200 | Tiny Home Village on City-owned site | 2, 5, 7, 8 | 4/27/2021 |
| Interim Housing | 12600 Saticoy St. | 150 | Tiny Home Village on City/Caltrans-owned site | 4, 9, 10 | TBD - 9/2021 |
| Interim Housing | Sportsmen's Lodge | 165 | Project Roomkey | | 11/1/2020 |
| Rapid Rehousing/Shared Housing | Multiple | 120 | LAHSA-coordinated unit placements | TBD | N/A |

**Proposed Additional Interventions**

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|

**Other Homeless Interventions Not Included in the Roadmap**

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| Project Home Key | Burbank Blvd. | 70 rooms | HACLA | | TBD |

CD3

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Bob Blumenfield |
|---|---|
| Council District: | 3 |

| Size of District (square miles) | 36.6 sq mi |
|---|---|
| Unsheltered Homeless Population within 500 feet of the Freeway | 14 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Winnetka Ave at 101 fwy | Y | currently none, but in past up to 30 | underpass encampment where people were given shelter in LAHSA pilot Oct 2020 |
| 2 | Corbin Ave at 101 fwy | Y | at least 10, in the past has been more | underpass encampment where people were given shelter in LAHSA pilot Oct 2020, currently approx 10 people (some returning some new). Fire 3/31/21 destroyed much of it. |
| 3 | LA River at Winnetka, (length from Canoga to White Oak including DeSoto, Tampa) | N | approximately 20-40 | LA River zone, particularly the bikeway, street underpasses, property that is owned by City, some by County in flood control district |
| 4 | Eton and Vanowen (Canoga Park) | N | 12-15 | River adjacent area where encampment spills onto private property near Orange Line |
| 5 | 6 other underpasses in CD3 = Burbank, Tampa, DeSoto, Canoga, Topanga, Shoup | Y | currently none, but in past up to 15 | underpass encampments where people were given shelter in LAHSA pilot Oct 2020 |
| 6 | Don Pio and Costanso (near DeSoto underpass) | Y | approximately 7 | residential area with two large RVs and four separate sleeping areas including the adjacent LADOT parking lot, including seniors and veterans. Some previously lived at the Winnetka underpass. |
| 7 | Vassar and Califa (near Warner Ranch Park) | N | 5-7 people | numerous tents on sidewalk on Vassar and the adjacent private property |
| 8 | Saticoy and Reseda Blvd (Reseda) | N | 2 | tents on sidewalk |
| 9 | Deering Circle at Independence Ave | N | approximately 7 | tents and structures near the Orange Line, property owned by Metro, DWP, or City |
| 10 | Deering Ave at Deering Court | N | approximately 6 | vehicles and structures on sidewalk and public right of way |
| 11 | Winnetka Ave and Roscoe (Winnetka Rec Center) | N | at least 15 | Winnetka Rec Center, shelters built on baseball diamond and bleachers and tents near the on site child care |
| 12 | Bassett at DeSoto and at Owensmouth | N | 15-20 | tents and structures on sidewalk and areas that are owned by LA County or LA City |
| 13 | DeSoto and Ventura | Y | approximately 5 | RVs with tents and belongings alongside retail, near 101 |
| 14 | Woodlake and Ventura | Y | approximately 7-10 | RVs and tents on sidewalk |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| A Bridge Home | 7521 Canoga Ave. | 80 | Shelter | Within catchment area of Canoga Park | 2/1/2021 |

CD3

| Safe Parking | 7128 Jordan Ave. | 25 | City-owned site | Canoga Park streets first, then entire CD3 | 3/22/2021 |
|---|---|---|---|---|---|
| Interim Housing | 19040 Vanowen St. | 101 | Pallet shelters in SW parking area | TBD, to include Reseda area of LA River | 6/15/2021 |
| Interim Housing | 6073 N Reseda Blvd. | 148 | Pallet Shelters | TBD, to include Canoga Park area of LA River | 7/7/2021 |
| Interim Housing | 7432 Reseda Blvd. | 75 | Project Homekey | TBD / River | 1/1/21 |
| Interim Housing | 7631 Topanga Canyon Blvd. | 52 | Project Homekey | TBD / River | 1/1/21 |
| Rapid Rehousing/Shared Housing | Multiple | 59 | LAHSA Pilot Program with LA Family Housing | Winnetka, Corbin and all CD3 Underpass Areas per LAHSA pilot project, permanent placement of 59 individuals is ongoing | October 2020 |

| Proposed Additional Interventions | | | | |
|---|---|---|---|---|
| | | | | |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
| Safe Parking | Ventura Blvd. | TBD | Safe Parking on Vacant lot | Freeway Encampment Dwellers along 101 Highway |
| Rapid Rehousing/Shared Housing | TBD | 169 | | TBD, LAHSA/LA Family Housing control |

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Nithya Raman |
|---|---|
| Council District: | 4 |

| | |
|---|---|
| Size of District (square miles) | 41.0 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 46 |

## Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y | # of Residents | Description |
|---|---|---|---|---|
| 1 | LA River bike path from Los Feliz Blvd to Atwater bridge | Y | 15 | near Griffith Park/LA River/bike path |
| 2 | Riverside Dr. at Hyperion Bridge | Y | 5 | Underpass and around bridge |
| 3 | 101 Fwy at Cahuenga Blvd. at Odin Pl. | Y | 4 | |
| 4 | 101 Freeway/Cahuenga Blvd. (N. of 6500 Cerritos Pl.) | Y | 8 | underpass plus on ramps and off ramps, including CalTrans property |
| 5 | 1700 N. Berendo Ave. | N | 3 | |
| 6 | Hollywood Blvd. / Rodney Ave. | N | 8 | |
| 7 | 5877 Franklin Ave. | N | 4 | E of Gelson's |
| 8 | Sunset Blvd. / La Brea Ave. | N | 6 | |
| 9 | Sunset Blvd. / Martel Ave. | N | 5 | |
| 10 | 7140 Sunset Blvd. | N | 8 | Durant Library |
| 11 | Sunset Blvd. / Poinsettia Pl. | N | 4 | East side of Ralph's |
| 12 | Highland Ave. / Franklin Ave. | N | 6 | |
| 13 | Romaine St. / Orange to Mansfield | N | 5 | |
| 14 | McCadden Pl. / Romaine to Santa Monica Blvd. | N | 5 | |
| 15 | Highland Ave. / Willoughby | N | 4 | |
| 16 | Santa Monica Blvd. / Mansfield | N | 4 | |
| 17 | 149 N St Andrews Pl | N | 3 | Wilshire Branch Library |
| 18 | Gramercy Ave. / 10th Pl. | N | 8 | |
| 19 | Pan Pacific Park | N | 10 | |
| 20 | 225 N Van Ness Ave. | N | 4 | Robert Burns Park |
| 21 | Lankershim/134 | Y | 15 | |
| 22 | 170 Fwy / Tujunga Ave. | Y | 6 | |
| 23 | Moorpark/101 | Y | 15 | |
| 24 | Vineland/134 | Y | 5 | |
| 25 | Vineland/101 | Y | 5 | 4530 Vineland Ave., underpass (west side of the street) |
| 26 | 10630 Bluffside Dr | N | 10 | |
| 27 | 101 Fwy / Coldwater Canyon Blvd. | Y | 6 | |
| 28 | Chandler Blvd/Coldwater Canyon | N | 4 | Under Chandler Blvd. at the LA River |
| 29 | LA River between Van Nuys Blvd. and Hazeltine | Y | 10 | CalTrans property (101 Freeway) |
| 30 | Oxnard St. at Kester Ave. | Y | 7 | |

## Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| A Bridge Home | 3248 Riverside Dr. | 100 | Open | Encampments 1,2,5,6 are within catchment area | 7/28/2020 |

| A Bridge Home | 3061 Riverside Dr. | 79 | Private site (families) - building conversion, construction in process | | 4/1/2021 |
|---|---|---|---|---|---|
| Safe Parking | 15380 Oxnard St. | 14 | Private site (families) - building conversion, construction in process | | TBD |
| Interim Housing | Pan Pacific Park | 73 | Winter Shelter Extension - Closed 5/31/2021 | | 44287 |
| Interim Housing | 1701 Camino Palmero St. | 21 | women + TAY | | 4/16/2021 |
| Permanent Housing: Prop HHH | 1136 N. McCadden Ave. | 26 | Part of 700 beds in Existing Agreements; McCadden Plaza Youth Housing | | 4/16/2021 |
| Interim Housing | Highland Gardens | 70 | Project Roomkey | | 7/8/2021 |
| Rapid Rehousing/Shared Housing | Multiple | 90 | | 101 and 134 Freeway encampments in the Valley | |

| Proposed Additional Interventions | | | | |
|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways. | | | | |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
| Interim Housing | N. Sepulveda | 40 | Federal Land | |

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Paul Koretz |
|---|---|
| Council District: | 5 |

| | |
|---|---|
| Size of District (square miles) | 37.5 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 94 |

## Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Cotner Ave. between Wilshire and SM | Y | approx. 75 | primarily sidewalk campers, but some embankment |
| 2 | north side of Venice Blvd. at 405 | Y | approx. 25 | sidewalk under freeway overpass |
| 3 | Balboa Blvd. under the 101 | Y | approx. 10 | sidewalk under freeway overpass |
| 4 | White Oak under the 101 | Y | approx. 10 | sidewalk under freeway overpass |
| 5 | Hayvenhurst under the 101 | Y | approx. 10 | sidewalk under freeway overpass |
| 6 | Balboa at Clark | Y | approx. 10 | sidewalk near bus stop about 450 feet from 101 |
| 7 | National at 10 | Y | approx. 20 | sidewalk under freeway overpass |

## Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampments | Open & Occupiable |
|---|---|---|---|---|---|
| A Bridge Home | 1479 S. La Cienega Blvd. | 54 | Targeted for families | | Opened 6/22/2020 |
| Permanent Housing: Non-Prop HHH - PSH | 8866 W. Pico Blvd. | 48 | Seniors and veterans | | Opened 8/7/2020 |
| Interim Housing | Coalition to Abolish Slavery and Human Trafficking Shelter - Address Withheld | 19 | Coalition to Abolish Slavery and Human Trafficking Shelter | | TBD |
| Interim Housing | 7253 Melrose Blvd. | 60 | privately owned, potential leasing opportunity | | By 12/16/2021 |
| Rapid Rehousing/Shared Housing | Multiple | TBD | | Venice/405 and others, per LAHSA | |

## Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampments |
|---|---|---|---|---|
| Interim Housing | Wilshire Blvd. | 25 | publicly owned, consider for pallet shelters | |
| Interim Housing | W. Olympic Blvd. | 80 | privately owned. | |
| Interim Housing | Venice Blvd. | TBD | privately owned, potential leasing opportunity | |

| Interim Housing | W. Olympic Blvd. | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | S Robertson | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | W Santa Monica Blvd. | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | Santa Monica Blvd. | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | S. Sepulveda Blvd. | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | Santa Monica Blvd. | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | Westwood Blvd. | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | S. La Cienega Blvd. | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | S. La Cienega Blvd. | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | S. La Cienega Blvd. | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | W. Pico Blvd. | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | Blackburn Ave. | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | Pontius Ave. | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | Wilshire Blvd. | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | S. Sepulveda Blvd. | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | Detroit St. | TBD | privately owned, potential leasing opportunity | |

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Nury Martinez |
|---|---|
| Council District: | 6 |

| | |
|---|---|
| Size of District (square miles) | 27.2 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 125 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 15611 Parthenia Ave. North Hills | Yes | 20 | Encampment under the I-405 |
| 2 | Sepulveda Basin | No | 70 | Encampments throughout Sepulveda Basin areas. Offering beds at Airtel and Valley Haven |
| 3 | Gilmore St b/t Van Nuys Blvd - Sylmar Ave | No | 10 | By LADOT Lot and elementary school. Large tents on sidewalk |
| 4 | Gilmore St b/t Vesper Ave - Van Nuys Blvd | No | 7 | By LADOT Lot and by Dr. Rojas and Steve Friedmann. |
| 5 | Sylmar Ave b/t Gilmore St - Victory Blvd | No | 4 | Tents on sidewalk |
| 6 | 8825 Kester Ave, Panorama City, | No | 8 | Sepulveda Recreation Center |
| 7 | 9122 Tobias Ave, Panorama City | No | 10 | Tobias Park |
| 8 | 8723 Sepulveda Blvd North Hills | No | 2 | 99 Cent Store |
| 9 | 8767 Parthenia Place North Hills | No | 4 | sidewalk E of Columbus Ave |
| 10 | 15263 Parthenia St. North Hills | No | 4 | sidewalk E of Columbus Ave |
| 11 | 15607 Roscoe Blvd. North Hills | Yes | 10 | On Caltrans Property |
| 12 | 8166 Orion Ave. North Hills | Yes | 2 | Vehicle Dwelling |
| 13 | 7815 Van Nuys Blvd Panorama City | No | 20 | Cabrito Rd./Van Nuys Blvd. Dead End |
| 14 | South of Victory/Haskell by Orange Line Bikepath under I-405 freeway, Van Nuys | Yes | 10 | Individuals in Caltrans/Metro easements |
| 15 | Vanowen St @ under the I-405 | Yes | 3 | RV and personal property on sidewalk with a lot of bikes |
| 16 | 7755 Aqueduct Ave. Lake Balboa | Yes | 10 | Encampment and vehicle dwelling |
| 17 | 8048 Haskell Ave. Lake Balboa | Yes | 10 | Encampment at dead end of Haskell near RR tracks |
| 18 | 15640 Roscoe Blvd. Van Nuys | Yes | 5 | Encampment by the Southbound Roscoe On-ramp |
| 19 | 15798-16000 Victory Blvd. Lake Balboa | Yes | 10 | Encampments by the Metro Orange Line Bike Path |

CD6

| 20 | Haskell Ave between Victory and Vanowen | Yes | 4 | At least 2 RV dwellers, possibly vehicle dwellers as well |
| 21 | Haskell Ave. and Haynes St. | Yes | 15 | Encampment on Caltrans Property |
| 22 | 15650 Sherman Way Lake Balboa | Yes | 10 | Encampment on Caltrans Property |
| 23 | I-405 and Union Pacific Railroads | Yes | 10 | Extremely Dangerous |
| 24 | Vanowen St/ I-405 behind 6719 Aqueduct Ave | Yes | 2 | There was a fire here in 2020 |
| 25 | Firmament Ave b/t Saticoy St - Wyandotte St | Yes | 7 | Vehicle dwellers |
| 26 | Vanowen St/ I-405 behind 6719 Aqueduct Ave | Yes | 2 | There was a fire here in 2020 |
| 27 | Firmament Ave b/t Saticoy St - Wyandotte St | Yes | 7 | Vehicle dwellers |
| 28 | 13500 block of Reedley Street | No | 8 | Encampment |
| 29 | 8300 block of Allott Avenue betwee Roscoe Blvd & Ventura Canyon Street, Arleta | No | 4 | 1 RV with 2 occupants. 2 tents with 1 occupant each. |
| 30 | 7651 Woodman Ave to 13962 Saticoy St. Panorama City | No | 40 | RV's and 3 encampments all through Saticoy on both sides of the street. |
| 31 | 14400 block of Van Nuys Blvd between Woodman Avenue and Canterbury Avenue, Arleta | No | 10 | Encampments |
| 32 | 13253 Wingo St. Arleta | Yes | 4 | Encampments between State and City Property |
| 33 | 9661 Sharp Ave. Arleta | Yes | 15 | Encampment on State Property |
| 34 | 13333 Osborne St. Arleta | Yes | 10 | Encampment by the Southbound Osborne St. Off-Ramp |
| 35 | 13310 Osborne Street. Arleta | Yes | 6 | |
| 36 | 12600 block of Tonopah Street. Arleta | Yes | 5 | Encampment by Pedestrian Tunnel |
| 37 | 10321 Sharp Ave. Arleta | Yes | 10 | Encampment next to Van Nuys Blvd. On Ramp |
| 38 | 14556 Victory Blvd @ Goodwill Van Nuys | No | 1 | |
| 39 | Aetna St between Van Nuys-Tyrone Ave Van Nuys | No | 20 | They've all been offered a bed at Aetna ABH |
| 40 | Aetna St between Tyrone Ave - Hazeltine Ave Van Nuys | No | 10 | They've all been offered a bed at Aetna ABH |
| 41 | East side of Tyrone b/t Bessemer St - Calvert St Van Nuys | No | 5 | Tents on sidewalk. |
| 42 | Tyrone b/t Bike Path - Oxnard St Van Nuys | No | 5 | Tents on sidewalk. |
| 43 | 14233 Bessemer St @ Tyrone Ave Van Nuys | No | 5 | Vehicle dwellers and tents. They come and go |

CD6

| 44 | Erwin St b/t Van Nuys Blvd - Vesper Ave Van Nuys | No | 8 | Tents all over sidewalk in front of LADOT lot |
|---|---|---|---|---|
| 45 | 6101 Cedros Ave b/t Bessemer St - Calvert St Van Nuys | No | 15 | This has been an issue for years. |
| 46 | Sylvan St b/t Van Nuys Blvd - Vesper Ave Van Nuys | No | 5 | Tents on sidewalk |
| 47 | 6301 Vesper @ Sylvan St Van Nuys | No | 5 | By LADOT Lot. Tents on sidewalk |
| 48 | Vesper Ave b/t Victory Blvd - Gilmore St  Van Nuys | No | 3 | A few tents on sidewalk |
| 49 | 6609 Van Nuys Blvd @ Kittridge St Van Nuys | No | 6 | |
| 50 | 14538 Kittridge St @ side of old Dearden's building Van Nuys | No | 2 | Large tent |
| 51 | 14537 Wyandotte St @ Vista Del Monte Ave Van Nuys | No | 15 | On side of Super King. People who had an encampment on Van Nuys Blvd moved to Wyandotte St because of CD2's Care Plus |
| 52 | Raymer Pedestrian Bridge Van Nuys | No | 4 | They have a tent inside the bridge |
| 53 | NE Sepulveda Blvd / Vanowen Ave. Van Nuys | No | 1 | 1 man east of the gas station |
| 54 | 8065 Webb | No | 2 | encampment behind nursery |
| 55 | 8300 San Fernando Rd. Sun Valley | Yes | 30 | Multple RV's with vehicle dwelling and encampments |
| 56 | 11201 Penrose St. Sun Valley | Yes | 8 | Multple RV's with vehicle dwelling |
| 57 | 11590 Tuxford St | Yes | 4 | RV dwellers have left. 2 encampments |
| 58 | 8961 Laurel Canyon Blvd. | Yes | 10 | Encampments between State and City Property |
| 59 | 12144 Wicks St. Sun Valley | Yes | 5 | Encampments on both sides  to pedestrian bridge |
| 60 | 8841 O'melveny Ave. Sun Valley | Yes | 3 | Encampment next to pedestrian bridge, Vehicle Dwellers |
| 61 | 12552 Jerome St. Sun Valley | Yes | 10 | Encampments under the Interchange, access through DWP spreading grounds |
| 62 | 9041 Laurel Canyon Blvd. | Yes | 12 | Encampment by on ramp |
| 63 | 8707 Lankershim Blvd. Sun Valley | Yes | 5 | Encampment off the on-ramp |
| 64 | 11940 Peoria St. Sun Valley | Yes | 2 | Encampment |
| 65 | 11042 Olinda St. Sun Valley | Yes | 6 | Encampment next to pedestrian bridge,  Vehicle Dwellers |
| 66 | 8701 San Fernando Rd. Sun Valley | Yes | 6 | Encampment on Northbound Tuxford On-Ramp |
| 67 | 8620 Cayuga Ave. Sun Valley | Yes | 1 | Encampment on freeway wall behind building address |
| 68 | 9051 Laurel Canyon Blvd. Sun Valley | Yes | 5 | 3 RVs |
| 69 | 8620 Old San Fernando Rd. Sun Valley | Yes | 10 | Encampments and Vehichle Dwelling |

CD6

| 70 | 8969 Laurel Canyon Blvd. Sun Valley | Yes | 6 | Encampment near business and sidewalk |
|---|---|---|---|---|
| 71 | 8003 Vineland Ave Sun Valley | No | 4 | Encampment by Autozone |
| 72 | 7955 Vineland Ave Sun Valley | No | 2 | Behind the Jack in The Box |
| 73 | 8069 Vineland Ave. Sun Valley | No | 4 | Encampment on Lorne Street |
| 74 | 8203 Vineland Ave. Sun Valley | No | 1 | Encampment usually against the building |
| 75 | 7709 Simpson Ave. North Hollywood | No | 10 | Cul-de-sac, behind 7709 lankershim |
| 76 | 7744 Lankershim Blvd. North Hollywood | No | 10 | By the Bus Stop |
| 77 | 11811 Strathern St. North Hollywood | No | 5 | 2 RVs on Morella and Strathern |
| 78 | 9500 El Dorado Ave. Sun Valley | No | 6 | 3 RVs on Cul de Sac |
| 79 | 13161 Telfair Ave. Sun Valley | No | 3 | Encampment at Cul de Sac |
| 80 | 9675 San Fernando Rd. Sun Valley | No | 10 | 5 encamoments behind the Fedex |
| 81 | 11201 Pendleton St. Sun Valley | No | 20 | Vehicle Dwellers, mostly RVs |
| 82 | Bridge along the Pacoima Wash from Paxton Street to Wentworth Street, Arleta | No | 30 | Encampments under the Bridges |
| 83 | 14660 Cabrito RD. Panorama City | No | 15 | E of Wills Ave. alley of 14660 Arminta Ave. |
| 84 | 7875 Willis Ave Panorama City | No | 15 | at the bridge |
| 85 | 14800 Roscoe Blvd. Panorama City | No | 1 | Willis Ave. sidewalk |
| 86 | 8315 Noble Ave North Hills | No | 1 | School sidewalk on Roscoe. |
| 87 | 16251-16301 Raymer St. Lake Balboa | No | 6 | Three RVs on Raymer St. - unsure how many people in each vehicle |
| 88 | 7100 White Oak Ave. Lake Balboa | No | 8 | 2 vehicle dwellers, 1 RV dwelling, two tents in Jesse Owens Park |
| 89 | 15828 Arminta Ave. Lake Balboa | No | 1 | RV on Stagg St |
| 90 | 13962 Saticoy St Panorama City | No | 2 | live in tent that is in front of the recycling center |
| 91 | 7610 Woodman Ave. Panorama City | No | 3 | RV in front of business 3/17: within LASAN lot |
| 92 | 14201 Roscoe Blvd. Panorama City | No | 3 | in front of Panorama Presbeyterian Church; 3/17: rejected services from LAHSA |
| 93 | 14355 Roscoe Blvd. Panorama City | No | 1 | |
| 94 | 8333 Woodman Ave. Panorama City | No | 1 | |
| 95 | 8305 Woodman Ave. Panorama City | No | 1 | |

**Interventions in Development**

| Project Type | Location | Capacity | Description | Target Encampments | Open & Occupiable |
|---|---|---|---|---|---|
| List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.** | | | | | |
| A Bridge Home | 14333 Aetna St. | 70 | Open | Van Nuys | 8/14/2020 |
| Interim Housing | 9120 Woodman | 148 | senior home acquisition | Seniors Unhoused though out the district | Summer/Fall 2021 |
| Interim Housing | 8647 Sepulveda | 59 | Project Homekey | North Hills/Panorama City/ I-405 | March 2021 |
| Interim Housing | 8209 Sepulveda | 51 | Project Homekey | North Hills/Panorama City/ I-405 | TBD |
| Interim Housing | AHF-Valley Haven | 146 | Non-Profit Owned | I-405/ Van Nuys | April 2021 |
| Interim Housing | Airtel Hotel | 223 | Project Roomkey | Sepulveda Basin/I-405/ Lake Balboa/Van Nuys | April 2021 |
| Rapid Rehousing/Shared Housing | Multiple | 208 | LAHSA-coordinated unit placements | TBD | N/A |

| Proposed Additional Interventions | | | | |
|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways. | | | | |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
| Interim Housing | San Fernando Rd. | 25 | Publicly-owned | Encampments along I-5/ Sun Valley |
| Interim Housing | Paxton St. | 20 | Privately-owned | Encampments along the I-5 and Arleta |
| Interim Housing | Travel Inn on Sepulveda | 79 | motel acquisition | Panorama City/Arleta |
| Interim Housing | Emerson on San Fernando | 30 | motel acquisition | I-5/Sun Valley |
| Interim Housing | Corona on Saticoy | 23 | motel acquisition | I-5/Sun Valley |
| Interim Housing | Hyland on Sepulveda | 40 | motel acquisition | Van Nuys/Panorama City |
| Interim Housing | San Fernado Rd. | TBD | publicly-owned | |
| Interim Housing | Branford/San Fernando | TBD | publicly-owned | |
| Interim Housing | Van Nuys Blvd | 36 | motel acquisition | |
| Pallet Shelter | Gilmore Ave. | TBD | Publicly-owned | Van Nuys |

CD7

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Monica Rodriguez |
|---|---|
| Council District: | 7 |

| | |
|---|---|
| Size of District (square miles) | 54.1 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 134 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 118 Freeway Paxton St./ Bradley Ave. | Y | 55 | Over 20 tents and makeshift shelters under the freeway overpass and along both edges reaching the nearby business and residential home on the east/west side |
| 2 | Big Tujunga Wash, under 210 fwy and Foothill bridges | Y | 20-25 | Makeshift structures built within the Wash under the freeway overpasses/bridges. |
| 3 | Sepulveda / 118 fwy underpass and offramp | Y | 20-25 | Tents along the underpass. Between the freeway exit and Pizza Hut structure in Caltrans ROW. Tents/makeshift shelter reinforcement. |
| 4 | 118 fwy between Bradley and Herrick | Y | 8-10 | Caltrans right of way parallel to 118 freeway behind business that face Paxton St. Various tents along that pathway between Bradley Ave. and Herrick St. |
| 5 | 118 fwy Devonshire onramp/offramp | Y | 12 | 5 tents on Caltrans property, large quantities of property and debris. About 4 individuals under the freeway and about 8 at the east off ramp. |
| 6 | 14801 Rinaldi / 5 fwy | Y | 2 | Two tents and property. |
| 7 | 210 fwy/Hubbard St | Y | 6 | Approx. 6 tents |
| 8 | 210 Fwy/Osborne/Foothill Blvd | Y | 15-25 | 15-25 individuals along the fenceline parallel to the freeway, and within a Caltrans easement |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampments | Open & Occupiable |
|---|---|---|---|---|---|
| Permanent Housing: Prop HHH | 13574 W. Foothill Blvd. | 48 | | | 3/31/2021 |
| Interim Housing | 12835 Encinitas Ave. | 87 | Project Homekey | Under Assessment; 210 Fwy/Osborne/Foothill Blvd | 8/29/2021 |
| Interim Housing | 12860 Arroyo St. | 85 | ABH | | 8/3/2020 |
| Interim Housing | 11067 Norris Ave. | 57 | Winter Shelter Extension | | 4/1/2021 |
| Rapid Rehousing/Shared Housing | Multiple | 90 | | Sepulveda / 118 fwy, Big Tujunga Wash, under 210 and Foothill bridges, 118 fwy / Devonshire ramps; Paxton/Bradley | |

**Proposed Additional Interventions**

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|

**City of Los Angeles**

**Sheltering Plan by Council District**

| | |
|---|---|
| Councilmember: | Marqueece Harris-Dawson |
| Council District: | 8 |

Size of District (square miles) _____ 16.0 sq mi _____

Unsheltered Homeless Population within 500 feet of the Freeway _____ 84 _____

### Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 88th Pl, b/t Grand & Flower St. | Y | 25 | Freeway Underpass |
| 2 | Colden Ave, b/t Grand & Flower St. | Y | 25 | Freeway Underpass |
| 3 | 115th & Vermont | | 20 | |

### Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| Permanent Housing: Prop HHH | 5501 S. Western Ave. | 33 Units | Western Avenue Apartments | TBD | Early 2021 - TBD |
| Interim Housing | 8311 S. Western Ave. | 30 | Winter Shelter Extension | TBD | 4/1/2021 |
| Interim Housing | 2514 W. Vernon Ave. | 20 | Winter Shelter Extension | TBD | 4/1/2021 |
| Interim Housing | 8501 1/2 S. Vermont Ave. | 25 | Year Round Beds | TBD | 4/16/2021 |
| Interim Housing | 5615-5749 S. Western Ave. | 7 | Year Round Beds | TBD | 4/16/2021 |
| Interim Housing | 3501 Western Ave. | 31 Units | Project Homekey | TBD | 4/15/2021 |
| Rapid Rehousing/Shared Housing | Multiple | 295 | LAHSA RRH Program | TBD | |

### Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|
| Interim Housing | 86th St. | 99 | Pallet Shelter | TBD |
| Interim Housing | 87th St. | TBD | Pallet Shelter | TBD |

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Curren Price |
|---|---|
| Council District: | 9 |

| | |
|---|---|
| Size of District (square miles) | 13.0 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 482 |

### Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 4500-5700 Grand Ave | Y | est 100 | primarily tent structures |
| 2 | 4900-5700 Flower St | Y | est 50 | primarily tent structures |
| 3 | 5900-6300 Grand Ave | Y | est 30 | primarily RVs |
| 4 | 6900-8400 Grand Ave | Y | est 80 | 80% RVs, 20% tents |
| 5 | 3500-3900 Grand Ave | Y | est 35 | tent structures |

### Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Address | Capacity | Description | Target Encampments | Open & Occupiable |
|---|---|---|---|---|---|
| Safe Parking | 1201 S. Figueroa St. | 30 | Safe Parking | | Opened 11/2/2020 |
| Permanent Housing: Prop HHH | 6901 S. Main St. | 50 | | | Opened 11/17/2020 |
| Safe Parking | 4301 S. Central Ave. | 10 | In Development | | Opened 3/8/2021 |
| Permanent Housing: Non-Prop HHH - PSH | 1036 E. 35th St. | 74 | | | Opened 3/31/2021 |
| Interim Housing | 5100 S. Central Ave. | 25 | Operated by non-profit | | Opened 4/1/2021 |
| Interim Housing | 5171 S. Vermont Ave. | 20 | Winter Shelter Extension | | Opened 4/1/2021 |
| Interim Housing | 224 E. 25th St. | 20 | Operated by non-profit | | Opened 4/14/2021 |
| Interim Housing | 263 W. 42nd St. | 20 | Operated by non-profit | | Opened 4/14/2021 |
| Permanent Housing: Prop HHH | 4050 S. Figueroa St. | 57 | | | Opened 4/15/2021 |
| A Bridge Home | 4601 Figueroa St. | 30 | Family shelter | within catchment area | Opened 4/16/2021 |
| Interim Housing | 8501 S. Broadway Ave. | 150 | Operated by non-profit | | Opened 4/16/2021 |
| Interim Housing | 3123 S Grand Ave. | 20 | | | Opened 4/16/2021 |
| Permanent Housing: Non-Prop HHH - PSH | 5215 S. Figueroa St. | 40 | In Development | | Expected to open on 10/8/2021 |
| Safe Sleep | 2300 S. Central Ave. | 95 tent spaces | Privately-owned by non-profit | | TBD |
| Interim Housing | 2521 Long Beach Ave. | Up to 220 | Privately-owned by non-profit | | TBD |
| Interim Housing | 1332 W. Slauson Ave. | Up to 100 | Privately-owned by non-profit | | TBD |
| Rapid Rehousing/Shared Housing | Multiple | TBD | HOPICS has housed 262 individuals | | |

### Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampments |
|---|---|---|---|---|
| Interim Housing (Pallet Shelters) | W. Slauson | 75 | Caltrans-owned | |
| Interim Housing | S. Avalon | TBD | Privately owned | |

CD10

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Mark Ridley-Thomas |
|---|---|
| Council District: | 10 |

| | |
|---|---|
| Size of District (square miles) | 14.5 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 77 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Venice and the I-10 Freeway | Y | 40 | mostly tents; some living in cars |
| 2 | Washington and the I-10 Freeway | Y | over 30 | mostly tents; some living in cars |
| 3 | Western and the I-10 Freeway | Y | over 25 | mostly cars; some living in tents |
| 4 | Koreatown | N | over 40 | tent encampments; some cars |
| 5 | Leimert Park | N | 60 | tents; cars |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Address | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| Permanent Housing: Non-Prop HHH - PSH | 3317 W. Washington Blvd. | 17 | In development | | 9/30/2021 |
| Permanent Housing: Non-Prop HHH - PSH | 4018 Buckingham Rd. | 103 | Complete | | 11/23/20 |
| A Bridge Home | 1818 S Manhattan Pl. (formerly 1819 S. Western Ave.) | 15 | Complete | Western and I-10/Leimert Park - women and children only | 9/24/20 |
| A Bridge Home | 625 Lafayette Pl. | 70 | Complete | Koreatown | 3/1/21 |
| Interim Housing - Project Homekey | Best Inn 4701 W Adams Blvd. | 23 | Complete | Venice and I-10 | 3/23/2021 |
| Interim Housing | H Hotel | 49 | Project Roomkey | | 4/16/2021 |
| Interim Housing | Shelter Hotel | 48 | Project Roomkey | | 4/16/2021 |
| Rapid Rehousing/Shared Housing | Multiple | 133 | Master-leasing opportunities, private landlords via Lease Up Los Angeles | Leimert Park, Venice and I-10, Koreatown | TBD |

**Proposed Additional Interventions**

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|

**City of Los Angeles**
**Council District Sheltering Plan**

| Councilmember: | Mike Bonin |
|---|---|
| Council District: | 11 |

| | |
|---|---|
| Size of District (square miles) | 63.8 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 92 |

**Target Encampments**

Identify the key encampments within your district that should be addressed in the Sheltering Plan.

| Priority | Location | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Rose/Penmar | N | 80 | Encampment abuts golf course and is adjacent to residential. Also covers a walking path. |
| 2 | 405 at Venice/Globe | Y | 25 (in CD11) | Mar Vista. Encampment flows underneath the 405, and is shared by both CD11 and CD5. |
| 3 | Pico/Centinela | Y | 10 | Encampment near 405. Adjacent to SM. |
| 4 | Barry/Gateway at the 10 | Y | 5-10 | Small encampment under the 10. |
| 5 | Ocean Front Walk | N | 167-200 | Large encampment on the Venice Boardwalk. |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| Safe Parking | 11339 Iowa Ave. | 25 | Expansion of Safe Parking Program to larger lot | TBD | 10/1/2020 |
| Safe Parking | 9100 Lincoln Blvd. | 25 | Expansion of Safe Parking Program to larger lot | TBD | 10/6/2020 |
| Interim Housing | 9250 Airport Dr. | 44 | Project Homekey | Venice/Globe; Westchester Park | 5/5/2021 |
| Interim Housing | 3130 Washington Blvd. | 33 | Project Homekey | Ocean Front Walk | 7/14/2021 |
| Interim Housing/Motel vouchers | Westside | 200 | Funding from city's General City Purposes - Additional Homeless Resources | Ocean Front Walk | 7/1/21 |
| Rapid Rehousing/Shared Housing | Multiple | 210 | LAHSA-coordinated unit placements | Venice ABH; PRK (Cadillac Hotel); PHKs; All encampments | |
| Recovery Rehousing Slots | Multiple | Hundreds (LAHSA to confirm exact number available) | LAHSA-coordinated unit placements | Ocean Front Walk | Slots available 7/1/21; landlords and units are being identified |

**Proposed Additional Interventions**

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|
| Interim Housing - Cabin Community | Will Rogers State Beach; 1700 CA-1 | 50 shelters | Parking lot in Pacific Palisades | All |
| Interim Housing - Cabin Community | Parking Lot #3, Dockweiler State Beach, 11999 Vista Del Mar | 50 shelters | parking lot in Playa del Rey | Westchester and Playa locations |

CD11

| Interim Housing - Cabin Community | Marina Del Rey Boat Launch Ramp Parking Lot (Lot 2, 13477 Fiji Way, parcel 49R) | 50 shelters | parking lot in Marina del Rey | All |
|---|---|---|---|---|
| Safe Sleeping | Mar Vista Park | TBD | city RAP property | Venice Globe/ Mar Vista Rec Center |
| Safe Sleeping | Westchester Park | TBD | Consolidated encampment services | Westchester |
| Safe Sleeping | Venice Blvd. | TBD | Consolidated encampment services; lot owned by Culver City; located in CD5; partnership between City and Culver City | Venice Globe/ Mar Vista Rec Center |
| Safe Sleeping | Beethoven St. | TBD | Consolidated encampment services to assist an existing encampment at this location | Bird Island |
| Interim Housing - Cabin Community; Safe Sleeping; or Safe Parking | any LAWA-owned site near LAX | TBD | LAWA to identify a site for safe sleeping, cabin community, or safe parking | All |
| Interim Housing - Women and Children | Corinth Ave. | TBD | Shelter for women and children at the West LA Civic Center 2nd floor office space (currently unoccupied). | All |
| RV Safe Parking | Vista Del Mar | TBD | County owned parking lot in Playa del Rey | All |

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | John Lee |
|---|---|
| Council District: | 12 |

| | |
|---|---|
| Size of District (square miles) | 58.7 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 17 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Location | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 118 and 405 Freeway Adjacent | Y | 17 | Tents and RVs |
| 2 | Balboa - Devonshire - Petit | N | 20 | Tents |
| 3 | Plummer - Jordan - Nordhoff (at Owensmouth) | N | 50 | Tents and RVs |
| 4 | Nordhoff Pl - Oakdale Ave | N | 30 | Tents and RVs |
| 5 | Balboa - San Fernando Mission | N | 5-10 | Tents and RVs |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampments | Open & Occupiable |
|---|---|---|---|---|---|
| Safe Parking | 8775 Wilbur Ave. | 20 | Metro/City Owned | | Opened 4/7/21 |
| Interim Housing | 21603 Devonshire St. | 76 | Project Homekey | | Opened 3/15/21 |
| Interim Housing | 18140 Parthenia St. | 107 | Privately owned | | TBD |
| Rapid Rehousing/Shared Housing | Multiple | 120 | | | |

**Proposed Additional Interventions**

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampments |
|---|---|---|---|---|
| Interim Housing | Roscoe Blvd. | TBD | privately owned, potential leasing opportunity | |

CD13

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Mitch O'Farrell |
|---|---|
| Council District: | 13 |

| | |
|---|---|
| Size of District (square miles) | 13.6 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 468 |

## Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Hollywood US-101 Corridor | Y | 146 | City Sidewalks, Caltrans property (Cahuenga/Gower/Bronson/ |
| 2 | Shatto Pl/4th Street | N | 51 | City Sidewalks |
| 3 | East Hollywood US-101 Corridor | Y | 30 | City Sidewalks/Caltrans property (Santa Monica Blvd) |
| 4 | Hoover St/John St/Virgil Ave/US-101 | Y | 60 | City Sidewalks under US-101 |
| 5 | Juanita/Middlebury/US-101 | Y | 30 | Caltrans ROW, City sidewalks |
| 6 | Verdugo Road/2 Fwy | Y | 10 | Sidewalks under 2 freeway |
| 7 | SR2, Glendale Blvd | Y | 10 | On sidewalks of SR2 offramp & Caltrans property |
| 8 | Silver Lake Blvd/US-101 | Y | 10 | Caltran ROW, City sidewalks |

## Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| Permanent Housing: Non-Prop HHH - PSH | 252 S. Rampart Blvd. | 23 | | All | 11/9/2020 |
| Safe Parking | 4591 Santa Monica Blvd. | 10 | | All - Car dwellers | 3/15/2021 |
| Interim Housing | 253 S. Hoover St. | 38 | Project Homekey | All | 3/22/2021 |
| Interim Housing | Shatto Park Recreation Center 3191 W. 4th Street | 48 | Winter Shelter Extension - Closed 5/31/2021 | All | 4/1/2021 (Closed 5/31/2021) |
| Interim Housing | 5941 Hollywood Blvd. | 30 | | All - Hollywood/101 | 4/15/2021 |
| Safe Parking | 1033 Cole Ave. | 10 | | All - Car dwellers | 4/16/2021 |
| Safe Sleeping | 317 N Madison Ave. | 90 | | All | 4/16/2021 |
| Interim Housing | 1455 N. Alvarado St. | 74 | Tiny Homes | All | 6/8/2021 |
| Interim Housing | 2301 W. 3rd St. | 109 | Privately owned lot | TBD | TBD |
| Rapid Rehousing/Shared Housing | Multiple | 270 | LAHSA-coordinated unit placements | TBD | N/A |

## Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|
| Interim Housing | Cole Ave. | TBD | RAP owned park | All |
| Interim Housing | Santa Monica Blvd. | 82 | Privately owned building | TBD |

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Kevin De Leon |
|---|---|
| Council District: | 14 |

| | |
|---|---|
| Size of District (square miles) | 24.2 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 622 |

### Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Location | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 10 fwy and San Pedro | Y | 16 | Encampments on Both Side of San Pedro |
| 2 | 110 fwy and Olympic | Y | 12 | Encampments on Both Side of Olympic |
| 3 | 7476 North Figueroa and 134 | Y | 15 | Encampments on both Sides |
| 4 | 2900 West Broadway and 2 fwy | Y | 8 | |
| 5 | Hope and 10 fwy | Y | 16 | |
| 6 | fwy Overpass Arcadia and Main | Y | 15 to 20 | Encampments on both Sides |

### Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| A Bridge Home | 310 N. Main St. | 99 | ABH | TBD | 8/18/2020 |
| A Bridge Home | 1426 Paloma St. | 120 | ABH | TBD | 12/21/2020 |
| A Bridge Home | 711 N. Alameda | 45 | ABH | TBD | 9/1/2021 |
| Interim Housing | LA Grand Hotel | 483 | Project Roomkey | TBD | 11/1/2020 |
| Interim Housing | 566 S. San Pedro Street | 49 | Winter Shelter Extension | TBD | 4/1/2021 |
| Interim Housing | 566 S. San Pedro Street | 60 | Women's Beds | TBD | 4/1/2021 |
| Interim Housing | 5350 S Huntington Dr. | 52 | Project Homekey | TBD | 4/7/2021 |
| Interim Housing | 1060 N Vignes St. | 232 | Interim Housing | TBD | 4/12/2021 |
| Interim Housing | 5333 Huntington Dr. | 49 | Project Homekey | TBD | 4/12/2021 |
| Interim Housing | 543 Crocker St. | 20 | Year Round Shelter Beds | TBD | 4/16/2021 |
| Interim Housing | 7570 N. Figueroa St. | 93 | Pallet Shelters | TBD | TBD |
| Interim Housing | Arroyo Dr. at Ave 60 | 224 | Pallet Shelters | TBD | TBD - 8/2021 |
| Permanent Housing: Prop HHH | 649 S. Wall St. | 55 | Prop HHH | TBD | 3/11/2021 |
| Interim Housing | The L.A. Grand Hotel Downtown | 483 | Project Roomkey | TBD | 11/1/2021 |
| Rapid Rehousing/Shared Housing | SRO Housing Corp RRH | 60 | RRH Program | TBD | 3/1/2021 |
| Rapid Rehousing/Shared Housing | Multiple | 540 | | TBD | N/A |

### Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|

CD14

| Interim Housing | S. Broadway | TBD | TBD | TBD |
|---|---|---|---|---|
| Interim Housing | N. Mission Rd. | 148 | TBD | TBD |

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Joe Buscaino |
|---|---|
| Council District: | 15 |

| | |
|---|---|
| Size of District (square miles) | 32.1 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 194 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Location | Within 500' of Freeway (Y | # of Residents | Description |
|---|---|---|---|---|
| 1 | Lomita Blvd @ McCoy St. | Y | 35-40 | |
| 2 | San Pedro Post Office | N | 10-15 | |
| 3 | 535 Broad Avenue | N | 5-10 | |
| 4 | F Street @ Banning | N | 12 | |
| 5 | Anaheim Bridge @ 5 points | N | 3 | |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| A Bridge Home | 515 N. Beacon Street | 100 | Open | Within catchment area | 7/7/2020 |
| A Bridge Home | 828 Eubank Ave. | 100 | Open | Within catchment area | 7/7/2020 |
| Safe Parking | 711 S. Beacon St. | 25 | Open | | 3/1/21 |
| Safe Parking | 19610 S. Hamilton Ave | 25 | Open | | 3/8/21 |
| Interim Housing | 18600 Normandie | 40 | Project Homekey | | 5/26/21 |
| Interim Housing | 1221 S. Figueroa Place | 75 | Pallet shelters | | 5/28/2021 |
| Interim Housing | Vagabond Inn San Pedro | 72 | Project Roomkey | | 4/15/2021 |
| Rapid Rehousing/Shared Housing | Multiple | 200 | in partnership with service providers | | |

**Proposed Additional Interventions**

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) | |
|---|---|---|---|---|---|
| Interim Housing | E. 116th Pl. | 50 | Caltrans-owned | | TBD |