# EXHIBIT D

REPORT FROM

## OFFICE OF THE CITY ADMINISTRATIVE OFFICER

| | | | |
|---|---|---|---|
| **Date**: | June 17, 2021 | CAO File No. | 0220-05734-0022 |
| | | Council File No. | 20-0841 |
| | | Council Districts: | 4,6,9,11,12,14,15 |

**To:** The City Council

**From:** *for* Richard H. Llewellyn, Jr., City Administrative Officer

**Reference:** COVID-19 Homelessness Roadmap

**Subject:** Seventh Report: COVID-19 Homelessness Roadmap Funding Recommendations

### SUMMARY

On September 9, 2020, the City Council approved funding for the initial projects under the COVID-19 Homelessness Roadmap (Roadmap) and directed the City Administrative Officer to submit funding recommendations for projects via reports. This is the seventh funding report related to the Roadmap. This report recommends funding for one (1) new Safe Sleep Village at 2300 South Central Avenue in Council District 9, with 95 spaces for up to 125 occupants, additional construction costs for the interim housing site at 18140 Parthenia Street in Council District 12, pending the outcome of the Bureau of Engineering's value engineering exercise, and additional Project Homekey costs.

This report also amends previously approved funding for Roadmap projects. Lastly, the report recommends placement of items on the first regular Council meeting on July 1, 2021, or shortly thereafter, to ensure continued funding availability and expenditure authority for all Roadmap sites in Fiscal Year (FY) 2021-22.

If the recommendations in this report are approved, the remaining balance of the capital funding allocated to the Roadmap in FY 2020-21 will be $1,962,627; $1,000,000 in CARES Act Community Development Block Grant and $962,627 in General City Purposes Additional Homeless Services funding.

### RECOMMENDATIONS

1. DETERMINE the Crisis and Bridge Housing facility at 2300 South Central Avenue, which allows for leasing, minor improvements, and the operation as temporary homeless shelter for those experiencing homelessness, is statutorily exempt under

|  |  |
|---|---|
| CAO File No. | PAGE |
| 0220-05734-0022 | |
| | 2 |

Public Resources Code Section 21080(b)(4) as specific actions necessary to prevent or mitigate an emergency as also reflected in California Environmental Quality Act (CEQA) Guideline Section 15269(c); Public Resources Code Section 21080.27 (AB 1197) applicable to City of Los Angeles emergency homeless shelters; and, because the project uses "Homeless Housing, Assistance and Prevention Program funds," it is exempt under Governor's Order N-32-20;

2. REPROGRAM $3,951,600 from Emergency Solutions Grant - COVID funds for leasing of interim units for people experiencing homelessness to:
   a. $219,000 to Fund No. 517, account number to be determined, Interim Housing Operations (Permanent Structure and Pallet);
   b. $240,000 to Fund No. 517, Account No. 43TA43, Homekey Rehab;
   c. $3,048,500 to Fund No. 517, account number to be determined, Safe Sleep Operations; and
   d. $444,100 to Fund No. 517 for future COVID-19 Homelessness Roadmap costs;

3. APPROVE up to $4,133,594 to establish a Safe Sleep Village at 2300 S. Central Avenue in Council District 9, with 95 spaces for up to 125 occupants, from the following accounts:
   a. $1,050,520 from the Additional Homeless Services General City Purposes Fund No. 100/56, Account No. 000931 to Capital Improvement Expenditure Program Fund No. 100/54, account number to be determined, for site preparation and hygiene trailer and administrative offices procurement;
   b. REPROGRAM $10,000 from uncommitted funds in HHAP Category 7 - Administrative Costs to HHAP Category 1 - A Bridge Home Capital HHAP Fund No. 62Y, Department No 10, a new account entitled, "2300 S. Central Ave Safe Sleep Village" for site preparation;
   c. $24,574 from the Additional Homeless Services General City Purposes Fund No. 100/56, Account No. 000931 to the General Fund 100 Department of General Services, No. 40, Account No. 003040, Contractual Services, for hygiene station rental services; and
   d. $3,048,500 in Emergency Solutions Grant - COVID Fund No. 517, account number to be determined, Safe Sleep Operations, to the Los Angeles Homeless Services Authority, for the cost of operations including start-up costs and furniture, fixtures, and equipment from August 31, 2021 through June 30, 2022;

4. REQUEST that the Los Angeles Homeless Services Authority increase its contract with Urban Alchemy in the amount of $3,048,500 for 10 months of operations (August 31, 2021 through June 30, 2022), and furniture, fixtures, and equipment, for the Safe Sleep Village located at 2300 S. Central Avenue in Council District 9;

|  |  |
|---|---|
| CAO File No. | PAGE |
| 0220-05734-0022 | 3 |

5. AUTHORIZE the Department of General Services to negotiate and execute a no-cost lease agreement with the Coalition for Responsible Community Development to establish a Safe Sleeping Village at 2300 S. Central Avenue, for a term of up to three (3) years;

6. AUTHORIZE the Department of General Services to negotiate and execute a no-cost sublease agreement with Urban Alchemy for the Safe Sleep Village located at 2300 S. Central Avenue for up to three (3) years;

7. APPROVE up to $2,268,008 from the Additional Homeless Services General City Purposes Fund No. 100/56, Account No. 000931 to Capital Improvement Expenditure Program Fund No. 100/54, account number to be determined, to address anticipated increased construction costs at the Homeless Roadmap Site located at 18140 Parthenia Street in Council District 12, subject to final project cost confirmation by the Bureau of Engineering;

8. INSTRUCT the City Administrative Officer to report back in the next COVID-19 Homelessness Roadmap funding report on the final project cost for the interim housing site at 18140 Parthenia Street, including recommendations to reprogram any resulting savings;

9. APPROVE an increase of $524,000 to the Project Homekey Super 8 LAX site for additional rehabilitation funding:
    a. $240,000 from Emergency Solutions Grant - COVID Fund No. 517, account No. 43TA43, Homekey Rehab; and
    b. REPROGRAM $284,000 in savings from funds allocated for rehabilitation of the Project Homekey Best Inn site within Emergency Solutions Grant - COVID Fund No. 517, account No. 43TA43, Homekey Rehab;

10. REPROGRAM $28,631.97 in savings allocated to relocate storage containers to allow construction of the Tiny Home Village at 6700 Vanalden Avenue from the Department of General Services Fund No. 100/40 to Federal Coronavirus Relief Fund No. 63M, Department No. 10, Account No. 10T695, CIEP/Homelessness Roadmap/Capital:
    a. $8,893.14 from the account No. 001014, Construction Salaries; and
    b. $19,738.83 from the account No. 003180, Construction Materials;

11. REPROGRAM $1,000,000 in savings allocated for the construction of a Tiny Home Village with 224 beds at Arroyo Seco (Arroyo Drive and Avenue 60) in Council District 14 in Community Development Block Grant-COVID from Fund No. 100, Department No. 54, Account No. 00T772 to Fund No. 424, Account No. 43T9CV, CV-19 Pallet Shelters for future Roadmap costs;

|  |  |
|---|---|
| CAO File No.<br>0220-05734-0022 | PAGE<br>4 |

12. REPROGRAM $214,762.18 in savings allocated for the construction of a Tiny Home Village with 224 beds at Arroyo Seco (Arroyo Drive and Avenue 60) in Council District 14 from Coronavirus Relief Fund No. 63M, Department No. 10, Account No. 10T752, to Federal Coronavirus Relief Fund No. 63M, Department No. 10, Account No. 10T695 CIEP/Homelessness Roadmap/Capital;

13. APPROVE $243,394.15 from Federal Coronavirus Relief Fund No. 63M, Department No. 10, Account No. 10T695 to Federal Coronavirus Relief Fund No. 63M, Department No. 10, Account No. 10T617 for:
    a. $105,731.34 for the Housing Authority of the City of Los Angeles for Project Homekey real estate services provided under C-137315; and
    b. $137,662.81 to effectuate the ownership transfer of the Woodman Homekey Site in Council District 6 to the National Health Foundation;

14. APPROVE $219,000 in additional funds from Emergency Solutions Grant - COVID Fund No. 517, account number to be determined, Interim Housing Operations (Permanent Structure and Pallet) for the cost of interim housing operations at 566 S. San Pedro Street in Council District 14, increasing the approved allocation for this site from $1,204,500 to $ 1,423,500, for Fiscal Year 2021-22;

15. APPROVE $348,334 from the Homelessness Efforts-County Funding Agreement Fund No. 63Q, Department No. 10, Account 10T618:
    a. $191,625 in additional funds for interim housing operations for families, at 1701 Camino Palmero Street in Council District 4, increasing the total allocation from $421,575 to $ 613,200 for Fiscal Year 2021-22; and
    b. $55,000 in additional funding for the cost of safe parking operations at 711 S. Beacon Street in Council District 15, increasing the total allocation from $273,750 to $328,500 for Fiscal Year 2021-22;

16. AMEND the funding previously approved from Homelessness Efforts-County Funding Agreement Fund No. 63Q for the cost of interim housing operations at 543 Crocker Street in Council District 14 from $803,000 to $401,500, and amend the number of beds from 40 to 20;

17. APPROVE $401,500 from Homelessness Efforts-County Funding Agreement Fund No. 63Q for the cost of interim housing operations for 20 beds at 3123 S. Grand Avenue in Council District 9;

18. REPROGRAM $101,226 previously allocated to the Los Angeles Homeless Services Authority to Homelessness Efforts-County Funding Agreement Fund No. 63Q, Account No. 10T618, from the following Safe Parking sites, due to updated, lower program costs:
    a. $93,435 from 1201 S. Figueroa Street in Council District 9; and

  b. $7,791 from 9100 Lincoln Boulevard in Council District 11;

19. INSTRUCT the General Manager, Housing and Community Investment Department, or designee, to amend COVID-19 Homelessness Roadmap Contract No. C-137223 with the Los Angeles Homeless Services Authority to reflect the service funding allocations in this report as follows:
    a. Increase rehabilitation funding for the Project Homekey Super 8 LAX site in the amount of $524,000 in the Alterations and Rehabilitation of Project Homekey Sites Program;
    b. Decrease rehabilitation funding for the Project Homekey Best Inn Site in the amount of $284,000 in the Alterations and Rehabilitation of Project Homekey Sites Program;
    c. Add service funding for the Safe Sleep Village at 2300 S. Central Avenue in the amount of $3,048,500;
    d. Increase operations funding for the interim housing sites:
        i. 566 S. San Pedro Street in the amount of $219,000 in the Operations for Interim Housing - Permanent Program;
        ii. 1701 Camino Palmero Street in the amount of $191,625 in the Operations for Interim Housing - Year-Round Expansion Program;
    e. Decrease operations funding for 543 Crocker Street in the amount of $401,500 in the Operations for Interim Housing - Year-Round Expansion Program for 20 beds at this site;
    f. Add operations funding for 3123 S. Grand Avenue in the amount of $401,500 in the Operations for Interim Housing - Year-Round Expansion Program for 20 beds at this site;
    g. Increase operations funding for the safe parking site:
        i. 711 S. Beacon Street in the amount of $55,000 in the Operations for Safe Parking Program; and
    h. Decrease operations funding for the safe parking sites:
        i. 1201 S. Figueroa Street in the amount of $93,435 in the Operations for Safe Parking Program;
        ii. 9100 Lincoln Boulevard in the amount of $7,791 in the Operations for Safe Parking Program;

20. TRANSFER $117,500 in previously approved Emergency Solutions Grant - COVID Fund No. 517 from the Los Angeles Homeless Services Authority to the City Administrative Officer Fund No. 100/10, Account No. 003040 for real estate services through the contract with the Los Angeles County Department of Health Services (C-132815);

21. REAPPROPRIATE up to $2,100,000 in in unexpended funds received from the County of Los Angeles for the A Bridge Home site located at 3061 Riverside Drive and deposited to General Fund No. 100, Capital Expenditure No. 54, 00T716 -

| | |
|---|---|
| CAO File No. | PAGE |
| 0220-05734-0022 | |
| | 6 |

Bridge Housing - 3061 Riverside;

22. REAPPROPRIATE up to $2,000,000 in the Community Development Block Grant-COVID (CDBG-COVID) Fund No. 424, Account No. 43T9CV, CV-19 Pallet Shelters to Fund No. 100, Department No. 54, Account No 00T772, CD 14 Arroyo Seco Pallet Shelters;

23. INSTRUCT the City Clerk to place on the agenda of the first regular Council meeting on July 1, 2021, or shortly thereafter, the following instructions:

   a. REAPPROPRIATE up to $1,075,094 to establish a Safe Sleep Village with 95 spaces for up to 125 occupants, located at 2300 S. Central Avenue. in Council District 9, from the following accounts;
      i. $1,050,520 from the Additional Homeless Services General City Purposes Fund No. 100/56, Account No. 000931 to Capital Improvement Expenditure Program Fund No. 100/54, account number to be determined, for site prep and hygiene trailer and administrative offices procurement; and
      ii. $24,574 from the Additional Homeless Services General City Purposes Fund No. 100/56, Account No. 000931 to the General Fund 100 Department of General Services, No. 40, Account No. 003040, Contractual Services for hygiene station rental services;

   b. REPROGRAM $28,631.97 in savings allocated to relocate storage containers to allow construction of the Tiny Home Village at 6700 Vanalden Avenue from the Department of General Services Fund No. 100/40 to Federal Coronavirus Relief Fund No. 63M, Department No. 10, Account No. 10T695, CIEP/Homelessness Roadmap/Capital:
      i. $8,893.14 from account No. 001014, Construction Salaries; and
      ii. $19,738.83 from account No. 003180, Construction Materials;

   c. REAPPROPRIATE up to $2,268,008 from the Additional Homeless Services General City Purposes Fund No. 100/56, Account No. 000931 to Capital Improvement Expenditure Program Fund No. 100/54, account number to be determined to address anticipated increased construction costs at the Homeless Roadmap Site located at 18140 Parthenia Street in Council District 12, subject to final project cost confirmation by the Bureau of Engineering;

   d. REAPPROPRIATE $3,406,547 from the following sources to the City Administrative Officer Fund No. 100/10, Account 003040 for previously approved rehabilitation costs at the Project Homekey site, 2521-2525 Long Beach Blvd., in Council District 9, as follows:

CAO File No. 0220-05734-0022

PAGE 7

| Fund | Fund No. | Account No. | Amount |
|---|---|---|---|
| Federal Coronavirus Relief Fund (CRF) | 63M/10 | 10T695 | $199,873 |
| Emergency Solutions Grant (ESG) -COVID | 517/43 | 43TA43 | $538,329 |
| Community Development Block Grant (CDBG-COVID) | 424/43 | 43T9CV | $836,904 |
| HHAP-1 Category 1 - A Bridge Home Capital | 62Y/10 | 10S650 | $1,831,441 |

e. REAPPROPRIATE $2,043,164 from the Community Development Block Grant Fund No. 424, Account No. 43T9CV - CV-19 Pallet Shelters to the City Administrative Officer Fund No. 100/10, Account 003040 for previously approved rehabilitation costs at the Project Homekey Site, 1332 West Slauson Avenue, in Council District 9;

f. TRANSFER $117,500 in Emergency Solutions Grant - COVID Fund No. 517 from the Los Angeles Homeless Services Authority to the City Administrative Officer Fund No. 100/10, Account No. 003040 for real estate services through the contract with the Los Angeles County Department of Health Services (C-132815);

g. REAPPROPRIATE up to $2,100,000 in unexpended funds received from the County of Los Angeles for the A Bridge Home site located at 3061 Riverside Drive and deposited to General Fund No. 100, Capital Expenditure No. 54, 00T716 - Bridge Housing - 3061 Riverside; and

h. REAPPROPRIATE up to $2,000,000 in the Community Development Block Grant-COVID (CDBG-COVID) Fund No. 424, Account No. 43T9CV, CV-19 Pallet Shelters to Fund No. 100, Department No. 54, Account No 00T772, CD 14 Arroyo Seco Pallet Shelters; and

24. AUTHORIZE the City Administrative Officer to:
    a. Prepare Controller instructions or make necessary technical adjustments, including to the names of the Special Fund accounts recommended for this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions; and

|  |  |
|---|---|
| CAO File No.<br>0220-05734-0022 | PAGE<br>8 |

  b. Prepare any additional Controller instructions to reimburse City Departments for their accrued labor, material, or permit costs related to projects in this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions.

**BACKGROUND**

The City of Los Angeles (City) reached an agreement with the County of Los Angeles (County) on June 16, 2020, to develop an additional 6,700 homeless interventions in the City COVID-19 Homelessness Roadmap (Roadmap) to address the COVID-19 emergency within 18 months. This agreement establishes the following milestones:

- 700 beds in existing agreements with the County within 10 months;
- 5,300 new beds within 10 months; and
- 700 new beds within 18 months.

6,000 of these beds must be new beds, which are not included in any existing agreements between the City and the County. The County has committed to providing up to $60 million in services per year over five (5) years for a total of up to $300 million or up to half of the estimated $600 million cost for these beds over the five (5) year term of the agreement, based on the number of interventions that are open and occupiable within 60 days of July 1 each year. The target population for this effort includes:

- People experiencing homelessness and living in the City within 500 feet of freeway overpasses, underpasses, and ramps;
- People experiencing homelessness within the City who are 65 years of age or older; and
- Other vulnerable people experiencing homelessness within the City of Los Angeles.

As of June 15, 2021, 6,312 new interventions are estimated to be open and occupiable within 60 days of July 1, 2021, including 904 rapid rehousing/shared housing placements overseen by the Los Angeles Homeless Services Authority (LAHSA). An additional 2,176 new interventions are in progress and estimated to be completed by December 16, 2021, of which 1,096 are rapid rehousing/shared housing placements.

**FUNDING RECOMMENDATIONS**

**New Safe Sleep Village**

The report recommends $4,133,594 to establish a new 95-space Safe Sleep Village for up to 125 occupants at the Lincoln Theatre located at 2300 S. Central Avenue in Council District (CD) 9. These funds include the cost of construction ($1,060,520), toilet and handwashing station rental costs ($24,574), and operating and start-up costs for 10

months, from August 31, 2021 through June 30, 2022 ($3,048,500). Capital funding for this project is provided from the Additional Homeless Services in General City Purposes Fiscal Year (FY) 2020-21 allocation ($1,050,520) and from the State of California Homeless Housing, Assistance, and Prevention (HHAP) Program ($10,000).

The City acquired this commercial property through its Project Homekey program with Coronavirus Relief Fund (CRF) funding. The site did not receive State Project Homekey funds. The City transferred ownership to the Coalition for Responsible Community Development (CRCD) in December 2020. Due to the historic nature of the site and the cost involved to convert the buildings to interim housing, in April 2021, the Mayor and Council authorized the City Administrative Officer (CAO) to amend the regulatory agreements with CRCD to remove the three-year minimum interim housing operating period to allow for immediate redevelopment to permanent supportive and affordable housing. The Safe Sleep Village program will operate on this site until the permanent supportive and affordable housing development breaks ground. It is recommended that GSD be authorized to negotiate and execute a three-year no-cost license agreement with CRCD.

The Bureau of Engineering (BOE) has also conducted a California Environmental Quality Act (CEQA) analysis for this project, which is transmitted under a separate cover. The Mayor and City Council must approve BOE's determination that this use is categorically exempt from CEQA.

As previously reported, the goal of the Safe Sleep Village program is to provide a low-barrier, harm reduction intervention that mitigates the risks of living in encampments. Clients will enter the Safe Sleep Village with their tents, and any other belongings that can fit in a designated 12-foot-by-12-foot area.

Urban Alchemy will operate the site under a contract with LAHSA. Urban Alchemy will enter clients into the Coordinated Entry System (CES), and connect residents to outreach workers, case management, and housing navigators within the homeless services system. The scope of services includes: client intake and care coordination, custodial and sanitation services within the site and surrounding area, de-escalation interventions to help manage mental health episodes, reverse overdose events, prevent or disrupt violence and crime, and monthly reporting on key placements and other metrics.

By contracting with Urban Alchemy to operate this site, the City is also supporting a workforce re-entry program designed to address the long-term effects of incarceration. 75 percent of Urban Alchemy employees, including leadership, have experienced long-term incarceration. This experience and the training provided by Urban Alchemy, equip its staff with extraordinary emotional intelligence, social skills, and leadership qualities. As such, this funding also provides workforce development, homeless prevention, and anti-recidivism, while offering an alternative approach to ensuring public safety for housed and unhoused residents.

| | |
|---|---|
| CAO File No.<br>0220-05734-0022 | PAGE<br>10 |

The cost per participant is $19,141 for the three (3) year term of the program. Data analysis and reporting for this site will measure the length of time between when a resident is matched to permanent housing to move in, 911 calls to the area, and encampment-related 311 calls, among other metrics being developed.

**18140 Parthenia Street**

On December 10, 2020, the Council and Mayor adopted recommendations to provide funding to Hope of the Valley Rescue Mission (HOTVRM) to establish an interim housing facility with 107 beds at 18140 Parthenia Street in Council District 12. The estimated cost of the project at the time it was approved was $6,021,190. Based on bids received for this work, an additional $2,268,008 may be needed, increasing the total project cost to $8,289,198. BOE is currently leading a value engineering exercise with HOTVRM to identify opportunities to reduce costs. In order to avoid project delays, this report recommends approval of up to $2,289,190 to address additional project costs, subject to the outcome of BOE's value engineering exercise, and instructs the CAO to report on the final project cost in the next Roadmap funding report and reprogram any resulting savings.

**Additional Funding for Project Homekey**

*Rehabilitation Funding for Super 8 LAX in CD11*

The Project Homekey site in CD 11, Super 8 LAX, received $308,914 in CARES Act Emergency Shelter Grant - COVID (ESG-CV) funding for required accessibility and fire and life safety upgrades. Since these funds were approved, The People Concern (TPC), the site's approved owner/operator, has reported a need for $524,000 in additional funding to purchase and install fire rated doors required by the Los Angeles Fire Department (LAFD). TPC has identified $284,000 in savings available for this purpose from rehabilitation funding allocated for the Best Inn Project Homekey site, for which TPC is also the approved owner/operator. This report recommends the reprogramming of $284,000 from rehabilitation funds allocated to the Best Inn site to the Super 8 LAX, and an additional allocation of $240,000 to the Super 8 LAX site to meet the LAFD's fire safety requirements.

*Asbestos Remediation for Woodman in CD6*

The National Health Foundation, owner/operator of the Project Homekey Woodman site in CD 6, will take ownership of this property after asbestos remediation and other improvements are completed by the previous owner. The Sixth Roadmap Report contemplated a June 2021 transfer date, however, additional asbestos remediation is required, and the transfer will be delayed. While the remediation is ongoing, the Housing Authority of the City of Los Angeles (HACLA) is managing the property and monitoring the remediation work. An additional $137,663 is recommended for HACLA's property management, security, and other related costs through September 30, 2021, the

|  |  |
|---|---|
| CAO File No.<br>0220-05734-0022 | PAGE<br><br>11 |

estimated date for the remediation completion and ownership transfer to the National Health Foundation.

**Savings from Interim Housing site at Arroyo Drive and Avenue 60 in CD 14**

This report reprograms $1,000,000 in CARES Act Community Development Block Grant (CDBG-COVID) funds from the Tiny Home Village interim housing site at Arroyo Drive and Avenue 60 in CD 14. BOE has completed the bid process and reports that the winning bid was $1 million lower than the initial $7,163,096 cost estimate.

This report also recommends the reprogramming of $214,762.18 in Coronavirus Relief Fund (CRF) funding from this project, as this funding was offset by a HEAP allocation (Krekorian-Blumenfeld; C.F. 21-0447).

**Other Recommendations**

Following approval of the Sixth Roadmap Funding Recommendations Report, the Housing and Community Investment Department (HCID) and LAHSA requested amendments based on changes to bed rates and site capacity. This report provides recommendations to make these corrections. These include:

- Increase funding for interim housing operations at 566 S. San Pedro Street in Council District (CD) 14 to $1,423,500, to reflect the $65 per bed per night bed rate for women at this site;
- Increase funding for interim housing operations at 1701 Camino Palmero Street in CD 4 to $613,200 to reflect the $80 per bed per night for families at this site;
- Increase funding for safe parking operations at 711 S. Beacon Street in CD 15 to $328,500, and correct the number of parking spaces at this site from 25 to 30;
- Amend funding for Volunteers of America of Los Angeles to operate 40 interim housing beds at 543 Crocker Street in CD 14, from $803,000 to $401,500 and correct the number of beds at this site from 40 to 20;
- Approve $401,500 for Volunteers of America to operate 20 interim housing beds at 3123 S. Grand Avenue in CD 9; and
- Decrease funding for safe parking operations at 1201 S. Figueroa Street in CD 9 by $93,435 and 9100 Lincoln Boulevard in CD 11 by $7,791 to reflect lower contract costs reported by LAHSA.

Lastly, this report requests recommendations be placed on the first regular Council meeting on July 1, 2021, or shortly thereafter, to ensure ongoing funding and expenditure authority for Roadmap projects in FY 2021-22.

| CAO File No. | PAGE |
|---|---|
| 0220-05734-0022 | 12 |

**FUNDING STATUS**

The attached chart outlines the status of the funding sources allocated to the Roadmap in FY 2020-21.

**FISCAL IMPACT**

There is no impact to the General Fund as a result of the recommendations in this report at this time. The recommendations in this report will be funded with the City General Fund previously approved for homeless interventions; CARES Act; State of California Homeless Housing, Assistance and Prevention (HHAP) Program; and the County of Los Angeles service funding commitment in FY 2020-21. Beginning in FY 2022-23, the estimated annual cost of the City share of ongoing operations/services costs for the currently approved Roadmap interventions is estimated at $47,490,265. Funding for these costs could be covered by State HHAP and HHAP 2 grants.

**FINANCIAL POLICIES STATEMENT**

The recommendations in this report comply with the City Financial Policies.


Attachment: COVID-19 Homelessness Roadmap Fiscal Year 2020-21 Funding Status


*RHL: YC: MB: 16210102*

Attachment: COVID-19 Homelessness Roadmap Fiscal Year 2020-21 Status of Capital and Operating Funding

| Type of Unit/Intervention | | Units****** | HEAP/ HHAP Allocated/ Committed | GCP Allocation***** | CRF Allocation | CRF Commitment | CRF Expenditure | ESG-COVID Allocation | ESG-COVID Commitment | ESG-COVID Expenditure | CDBG-COVID Allocation | CDBG-COVID Commitment | CDBG-COVID Expenditure | County Service Allocation to Date | County Service Commitment | County Service Expenditure | Total Allocation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **New Interim Housing Beds** | | | | | | | | | | | | | | | | | |
| - ABH Beds | Capital | 908 | $34,979,990 | | | | | | | | | | | | | | $34,979,951 |
| | Operating | | $14,347,846 | | | | | | | | | | | | | | $14,347,846 |
| - Other Interim Beds | Capital | 4,175 | $4,154,797 | $11,752,359 | $50,384,041 | $50,384,041 | $23,867,649 | | | | $5,119,932 | $4,119,932 | $0 | | | | $71,411,129 |
| (Including Tiny Home Villages)** | Operating | | $32,886,115 | $0 | | | | $28,253,196 | $27,809,096 | $5,830,182 | | | | $48,555,333 | $48,351,259 | $205,875 | $109,694,644 |
| New permanent housing units/not included in existing County Contracts | | 508 | | | | | | | | | | | | | | | |
| Homekey Units** | Match | 1,286 | | | $119,041,766 | $119,041,766 | $118,662,834 | $34,829,078 | $34,829,078 | $15,167,227 | | | | | | | $119,041,766 |
| | Operating | | | | | | | $20,782,004 | $20,782,004 | $4,297,103 | | | | | | | $34,829,078 |
| | Rehabilitation | | $1,831,441 | | $199,873 | $199,873 | $0 | | | | $2,880,068 | $2,880,068 | $0 | | | | $25,693,536 |
| **Rapid Rehousing/ Shared Housing*** | | 2,000 | | | | | | $82,285,920 | $82,285,920 | $1,549,998 | | | | | | | $82,285,920 |
| **Measure H Strategy****** | | | | | | | | $1,136,000 | $1,136,000 | $0 | | | | | | | $1,136,000 |
| Leased Facilities** | Leasing | | | | | | | $0 | $0 | $0 | | | | | | | $241,110 |
| Safe Sleep | Capital | 215 | $241,110 | | | | | | | | | | | | | | $241,110 |
| | Operating | | | | | | | $3,048,500 | $3,048,500 | $0 | | | | $1,250,300 | $1,250,300 | $0 | $1,250,300 |
| **Safe Parking*** | | 204 | | | | | | | | | | | | $3,194,367 | $3,148,141 | $255,396 | $3,194,367 |
| **Housing Units in Existing County Contracts** | | 754 | | | | | | | | | | | | | | | |
| Outreach | | | | | | | | $6,605,177 | $6,605,177 | $2,449,650 | | | | | | | $6,605,177 |
| Administration | | | $199,175 | | $1,500,000 (BOE) $77,500 (GSD) | $1,577,500 | $765,618 | $6,658,937 | $6,658,937 | $5,500,682 | | | | | | | $8,701,612 |
| **TOTAL** | | 10,050 | $88,640,474 | $11,752,359 | $171,203,180 | $171,203,180 | $143,296,101 | $183,598,812 | $183,154,712 | $34,794,842 | $8,000,000 | $7,000,000 | $0 | $53,000,000 | $52,749,700 | $461,271 | $513,148,325 |

* Funded by the Federal and State Sources
** Operating Costs: ABH Beds: $60/bed/night; Tiny Home Villages, Leased Facilities, Year Round Shelter, Other Interim Housing: $55/bed/night; Safe Parking: $30/car/night. Project Roomkey costs vary by site.
*** Reflects the entire cost of the program for two (2) years using ESG-COVID.
**** Placements funded with City funding for Measure H Strategies will be counted toward the Roadmap target of 6,700 interventions.
***** Includes $3,164,986 reprogrammed from the Fiscal Year (FY) 2019-20 General City Purposes Additional Homeless Services allocation and $9,550,000 in the FY 2020-21 General City Purposes Additional Homeless Services allocation. $962,627 of this amount is uncommitted and reserved for future Roadmap costs.
****** Total Units includes 1,499 beds in Project Roomkey sites and 324 Winter Shelter beds that will end in Fiscal Year 2021-22.