SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
mumhofer@spertuslaw.com
emitchell@spertuslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association, JOSEPH BURK, HARRY TASHDJIAN, KARYN PINSKY, CHARLES MALOW, CHARLES VAN SCOY, GEORGE FREM, GARY WHITTER, and LEANDRO SUAREZ, individuals, Plaintiffs,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 200 inclusive, Defendants.,<br><br>Defendants. | CASE NO. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**STIPULATION TO VACATE HEARING AND BRIEFING SCHEDULE FOR DEFENDANT CITY OF LA'S MOTION TO DISMISS**<br><br>**Hearing: August 19, 2021**<br>**Time:      9:00am**<br>**Courtroom:     9D**<br>**411 W. Fourth Street**<br>**Santa Ana, California 92701** |

PLAINTIFFS LA Alliance for Human Rights, et al. ("Plaintiffs") and DEFENDANT City of Los Angeles ("City") hereby agree and stipulate as follows:

1

STIPULATION TO VACATE BRIEFING ON DEFENDANT CITY OF LOS ANGELES'
MOTION TO DISMISS

WHEREAS Defendant City filed a motion to dismiss Plaintiff's complaint on June 16, 2021 (Docket 336);

WHEREAS the Court scheduled the hearing on City's motion to dismiss for August 19, 2021, at 9:00 a.m. (Docket 338);

WHEREAS Plaintiff intends to amend the complaint and will seek to do so under Fed. R. Civ. Proc. 15(a)(2);

WHEREAS Defendant City, Defendant County, and Intervenor Cangress filed an appeal of the Court's April 20, 2021, injunction (Docket 278, 281, 283);

WHEREAS any order by the Court of Appeals may substantially affect the manner in which Plaintiff amends the operative complaint;

WHEREAS Plaintiff and Defendant City agree that further meeting and conferring about Plaintiff's intent to amend the complaint may be fruitful, and may substantially limit the issues to be briefed and decided by the Court;

WHEREAS Plaintiff and Defendant City agree that in the interest of judicial economy, the current briefing schedule and August 19, 2021, hearing on City's Motion to Dismiss may be vacated pending Plaintiff's intent to file a First Amended Complaint;

NOW THEREFORE Plaintiff and Defendant City hereby agree and stipulate:

- The current briefing schedule and hearing date of August 19, 2021, of Defendant City's Motion to Dismiss may be vacated;
- Within seven (7) days from the Ninth Circuit's order on the appeal from the April 20, 2021, preliminary injunction, the parties agree to further meet and confer regarding Plaintiff's intent to file a First Amended Complaint;
- The City reserves all rights to maintain any argument, objection, or position regarding Plaintiff's complaint and First Amended Complaint, if one is filed;
- If a First Amended Complaint is filed, the City will have thirty (30) days to respond from the date of filing or the date the First Amended Complaint is

deemed filed, whichever is later. If a First Amended Complaint is not filed, then Defendant City's Motion to Dismiss will be scheduled for hearing at a date convenient for the Court, with a briefing schedule pursuant to the rules of procedure and orders of this Court based upon that hearing date.

Dated: July 19, 2021          Respectfully submitted,

*/s/ Elizabeth A. Mitchell*
SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)

*Attorneys for Plaintiffs*

Dated: July 19, 2021          */s/ Scott Marcus*
Scott Marcus
Senior Assistant City Attorney
LOS ANGELES CITY ATTORNEY'S OFFICE

*Attorneys for Defendant City of Los Angeles*

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(1), Elizabeth Mitchell hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above*