Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705

1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA

11

| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association, JOSEPH BURK, HARRY TASHDJIAN, KARYN PINSKY, CHARLES MALOW, CHARLES VAN SCOY, GEORGE FREM, GARY WHITTER, and LEANDRO SUAREZ, individuals, Plaintiffs, | CASE NO. 2:20-CV-02291-DOC-(KESx) |
|---|---|
| Plaintiffs, | Assigned to Judge David O. Carter |
| v. | **ORDER GRANTING STIPULATION TO VACATE HEARING AND BRIEFING SCHEDULE FOR DEFENDANT CITY OF LA'S MOTION TO DISMISS [343]** |
| CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 200 inclusive, Defendants., | **Hearing: August 19, 2021**<br>**Time:      9:00am**<br>**Courtroom:    9D**<br>**411 W. Fourth Street**<br>**Santa Ana, California 92701** |
| Defendants. | |

1

ORDER

HAVING REVIWED THE STIPULATION between PLAINTIFFS LA Alliance for Human Rights, et al. ("Plaintiffs") and DEFENDANT City of Los Angeles ("City") the Court hereby ORDERS the following:

- The current briefing schedule and hearing date of August 19, 2021, of Defendant City's Motion to Dismiss is vacated;
- Within seven (7) days from the Ninth Circuit's order on the appeal from the April 20, 2021, preliminary injunction, the parties will further meet and confer regarding Plaintiff's intent to file a First Amended Complaint;
- The City's rights to maintain any argument, objection, or position regarding Plaintiff's complaint and First Amended Complaint, if one is filed, are reserved;
- If a First Amended Complaint is filed, the City will have thirty (30) days to respond from the date of filing or the date the First Amended Complaint is deemed filed, whichever is later.  If a First Amended Complaint is not filed, Defendant City's Motion to Dismiss will be scheduled for hearing at a date convenient for the Court, with a briefing schedule pursuant to the rules of procedure and orders of this Court based upon that hearing date.

**IT IS SO ORDERED:**

Date:  July 21, 2021

_David O. Carter_
Hon. David O. Carter
United States District Court Judge

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES. CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

2
ORDER