MICHAEL N. FEUER (SBN 111529), *City Attorney*
KATHLEEN A. KENEALY (SBN 212289), *Chief Deputy City Attorney*
SCOTT MARCUS (SBN 184980), *Senior Assistant City Attorney*
200 North Main Street, City Hall East, 7th Floor
Los Angeles, California 90012
Telephone:  (213) 978-4681
Facsimile:   (213) 978-7011
Email: scott.marcus@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

RODRIGO A. CASTRO-SILVA (SBN 185251), *County Counsel*
LAUREN M. BLACK (SBN 192302), *Assistant County Counsel*
AMIE S. PARK (SBN 273346), *Deputy County Counsel*
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:  (213) 974-1830
Facsimile:   (213) 626-7446
Email: apark@counsel.lacounty.gov

Attorneys for Defendant
COUNTY OF LOS ANGELES

[Additional counsel listed on following page.]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>       Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES**<br><br>**DEFENDANTS' STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br><u>Current Hearing Date</u><br>August 26, 2021<br><br><u>New [Proposed] Hearing Date</u><br>September 30, 2021<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

531000.1

DEFENDANTS' STIPULATION TO CONTINUE STATUS CONFERENCE

[Additional counsel, continued from previous page:]

LOUIS R. MILLER (SBN 54141)
MIRA HASHMALL (SBN 216842)
EMILY A. RODRIGUEZ-SANCHIRICO (SBN 311294)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 552-4400
Facsimile:   (310) 552-8400
Email: esanchirico@millerbarondess.com

Attorneys for Defendant
COUNTY OF LOS ANGELES

531000.1

DEFENDANTS' STIPULATION TO CONTINUE STATUS CONFERENCE

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

Defendants City of Los Angeles ("City") and County of Angeles ("County") (together, "Defendants"), by and through their respective counsel, hereby stipulate to the following:

## RECITALS

WHEREAS, on May 26, 2021, the Court held a status conference regarding the Agreement & Binding Term Sheet between the City and County (Dkt. 136) and resulting memorandum of understanding ("MOU") (Dkt. 185);

WHEREAS, the Court expressed concerns that certain provisions of the MOU were not being met (Dkt. 315);

WHEREAS, the Court postponed the decision of whether or not to reinstate its May 22, 2020 preliminary injunction (Dkt. 123) pending the outcome of the County's audit of the MOU (Dkt. 315);

WHEREAS, the Court scheduled an additional status conference for August 26, 2021 (Dkt. 315);

WHEREAS, the stated purpose of the status conference is to "receive testimony from the City and County regarding additional progress made towards housing individuals living within 500 feet of freeway overpasses and underpasses and other homeless individuals prioritized in the Agreement & Binding Term Sheet" (Dkt. 315);

WHEREAS, the County has not yet completed the audit process;

WHEREAS, the City and County agree that the status conference will be more informative if the County is able to complete that process and Defendants are able to meet to discuss any issues therein;

WHEREAS, the County believes that an additional 30 days will be sufficient to complete the audit and prepare for the status conference.

531000.1

3

DEFENDANTS' STIPULATION TO CONTINUE STATUS CONFERENCE

## STIPULATION

NOW THEREFORE, IT IS HEREBY STIPULATED that Defendants jointly and respectfully request that the Court reschedule the August 26, 2021 status conference for September 30, 2021, or any date thereafter that is convenient for the Court.

**IT IS SO STIPULATED**.

DATED:  August 23, 2021          CITY OF LOS ANGELES


By: _____/s/ Scott Marcus_____
    SCOTT MARCUS
    Attorneys for Defendant
    CITY OF LOS ANGELES


DATED:  August 23, 2021          MILLER BARONDESS, LLP


By: _____/s/ Mira Hashmall_____
    MIRA HASHMALL
    Attorneys for Defendant
    COUNTY OF LOS ANGELES

531000.1

4

DEFENDANTS' STIPULATION TO CONTINUE STATUS CONFERENCE

# SIGNATURE ATTESTATION

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  August 23, 2021          MILLER BARONDESS, LLP


By:    /s/ Mira Hashmall
       MIRA HASHMALL
       Attorneys for Defendant
       COUNTY OF LOS ANGELES

531000.1