# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>        Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br><u>Current Hearing Date</u><br>August 26, 2021<br><br><u>New [Proposed] Hearing Date</u><br>September 30, 2021<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

531004.1

ORDER GRANTING DEFENDANTS' STIPULATION TO CONTINUE STATUS CONFERENCE

## **ORDER**

The Court, having considered Defendants City of Los Angeles and County of Angeles' (together, "Defendants") Stipulation to Continue Status Conference (the "Stipulation"), and for good cause shown, hereby **ORDERS** as follows:

1.  The Status Conference is hereby continued from August 26, 2021 to _____ at _____.

**IT IS SO ORDERED**.

DATED: _____

_____
HON. DAVID O. CARTER
Judge of the United States District Court

531004.1

2