LOUIS R. MILLER (SBN 54141)
smiller@millerbarondess.com
MIRA HASHMALL (SBN 216842)
mhashmall@millerbarondess.com
EMILY A. RODRIGUEZ-SANCHIRICO (SBN 311294)
esanchirico@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:    (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>               Plaintiffs,<br><br>     v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>               Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES**<br><br>**NOTICE OF ASSOCIATION AND APPEARANCE OF COUNSEL**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

533800.1

Case No. 2:20-cv-02291 DOC-KES

NOTICE OF ASSOCIATION AND APPEARANCE OF COUNSEL

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that attorney Ana Wai-Kwan Lai hereby associates as counsel of record for Defendant County of Los Angeles, along with current counsel of record from the Office of County Counsel; Miller Barondess, LLP; Manatt, Phelps & Phillips, LLP; and Foley & Lardner, LLP.

Attorney Lai's contact information is as follows:

Ana Wai-Kwan Lai (State Bar No. 257931)
Senior Deputy County Counsel
OFFICE OF COUNTY COUNSEL
350 South Figueroa Street
Suite 601
Los Angeles, California 90071
Telephone:   (213) 974-0061
Facsimile:   (213) 617-6785
Email: Alai@counsel.lacounty.gov

Please direct all pleadings, orders, and other documents to counsel of record at the above address.

DATED:  September 7, 2021          MILLER BARONDESS, LLP

By:      /s/ Emily A. Rodriguez-Sanchirico
EMILY A. RODRIGUEZ-SANCHIRICO
Attorneys for Defendant
COUNTY OF LOS ANGELES

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 1999 Avenue of the Stars, Suite 1000, Los Angeles, CA 90067.

On September 7, 2021, I served true copies of the following document(s) described as:

**NOTICE OF ASSOCIATION AND APPEARANCE OF COUNSEL**

on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address aransom@millerbarondess.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 7, 2021, at Los Angeles, California.

Angelica R. Ransom

<div style="writing-mode: vertical-lr">MILLER BARONDESS, LLP<br>ATTORNEYS AT LAW<br>1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067<br>TEL: (310) 552-4400   FAX: (310) 552-8400</div>

533800.1

Case No. 2:20-cv-02291 DOC-KES

NOTICE OF ASSOCIATION AND APPEARANCE OF COUNSEL

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

## SERVICE LIST
### *LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
### Case No. 2:20-cv-02291

***VIA CM/ECF***

| | |
|---|---|
| Matthew Donald Umhofer | Attorneys for Plaintiffs |
| Elizabeth A. Mitchell | *LA ALLIANCE FOR HUMAN RIGHTS,* |
| SPERTUS, LANDES & UMHOFER, LLP | *JOSEPH BURK, HARRY TASHDJIAN,* |
| | *KARYN PINSKY, CHARLES MALOW,* |
| 617 West 7th Street, Suite 200 | *CHARLES VAN SCOY, GEORGE* |
| Los Angeles, CA 90017 | *FREM, GARY WHITTER, and* |
| | *LEANDRO SUAREZ* |
| | |
| | Telephone:  213-205-6520 |
| | Facsimile:   213-205-6521 |
| | Email: matthew@spertuslaw.com; |
| | emitchell@spertuslaw.com |
| | |
| Rodrigo A. Castro-Silva | Attorneys for Defendant |
| Lauren M. Black | *COUNTY OF LOS ANGELES* |
| Amie S. Park | |
| OFFICE OF COUNTY COUNSEL | Telephone:  213-974-1830 |
| 500 West Temple Street, Suite 468 | Facsimile:   213-626-7446 |
| Los Angeles, CA 90012 | Email: rcastro-silva@counsel.lacounty.gov; |
| | apark@counsel.lacounty.gov; |
| | lblack@counsel.lacounty.gov; |
| | alai@counsel.lacounty.gov |
| | |
| Brandon D. Young | Attorneys for Defendant |
| MANATT, PHELPS & PHILLIPS, LLP | *COUNTY OF LOS ANGELES* |
| 2049 Century Park East, Suite 1700 | |
| Los Angeles, CA 90067 | Telephone:  310-312-4000 |
| | Facsimile:   310-312-4224 |
| | Email: bdyoung@manatt.com |

| | |
|---|---|
| Byron J. McLain<br>FOLEY & LARDNER, LLP<br>555 South Flower Street, Suite 3300<br>Los Angeles, CA 90071 | Attorneys for Defendant<br>*COUNTY OF LOS ANGELES*<br><br>Telephone:  310-972-4500<br>Facsimile:   213-486-0065<br>Email: bmclain@foley.com |
| Michael Feuer, City Attorney<br>Kathleen A. Kenealy, Chief Assistant City Attorney<br>Scott D. Marcus, Senior Assistant City Attorney<br>Gabriel Dermer, Assistant City Attorney<br>Arlene N. Hoang, Deputy City Attorney<br>Jessica Mariani, Deputy City Attorney<br>LOS ANGELES CITY ATTORNEY'S OFFICE<br>200 North Main Street, 7th Floor, Room 675<br>Los Angeles, CA 90012 | Attorneys for Defendant<br>*CITY OF LOS ANGELES*<br><br>Telephone:  213-978-6952<br>Facsimile:   213-978-7011<br>Email: mfeuer@lacity.org;<br>kathleen.kenealy@lacity.org;<br>scott.marcus@lacity.org;<br>gabriel.dermer@lacity.org;<br>arlene.hoang@lacity.org;<br>jessica.mariani@lacity.org |
| Brooke Alyson Weitzman<br>William R. Wise<br>ELDER LAW AND DISABILITY RIGHTS CENTER<br>1535 East 17th Street, Suite 110<br>Santa Ana, CA 92705 | Attorneys for Intervenor<br>*ORANGE COUNTY CATHOLIC WORKER*<br><br>Telephone:  714-617-5353<br>Email: bweitzman@eldrcenter.org;<br>bwise@eldrcenter.org |
| Paul L. Hoffman<br>Catherine E. Sweetser<br>SCHONBRUN SEPLOW HARRIS & HOFFMAN, LLP<br>11543 West Olympic Boulevard<br>Los Angeles, CA 90064 | Attorneys for Intervenors<br>*ORANGE COUNTY CATHOLIC WORKER, LOS ANGELES COMMUNITY ACTION NETWORK, LOS ANGELES CATHOLIC WORKER, and CANGRESS*<br><br>Telephone:  310-396-0731<br>Facsimile:   310-399-7040<br>Email: hoffpaul@aol.com;<br>csweetser@sshhlaw.com |

MILLER BARONDESS, LLP<br>ATTORNEYS AT LAW<br>1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067<br>TEL: (310) 552-4400  FAX: (310) 552-8400

533800.1

Case No. 2:20-cv-02291 DOC-KES

NOTICE OF ASSOCIATION AND APPEARANCE OF COUNSEL

Carol A. Sobel
Weston C. Rowland
LAW OFFICE OF CAROL SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401

Attorneys for Intervenors
*LOS ANGELES COMMUNITY ACTION NETWORK, LOS ANGELES CATHOLIC WORKER, ORANGE COUNTY CATHOLIC WORKER, and CANGRESS*

Telephone:  310-393-3055
Facsimile:   310-451-3858
Email: carolsobellaw@gmail.com;
rowland.weston@gmail.com

Shayla R. Myers
LEGAL AID FOUNDATION OF LOS ANGELES
7000 South Broadway
Los Angeles, CA 90003

Attorneys for Intervenors
*LOS ANGELES COMMUNITY ACTION NETWORK, LOS ANGELES CATHOLIC WORKER, and CANGRESS*

Telephone:  213-640-3983
Facsimile:   213-640-3988
Email: smyers@lafla.org

*VIA EMAIL*
Ana Wai-Kwan Lai
OFFICE OF COUNTY COUNSEL
350 South Figueroa Street, Suite 601
Los Angeles, CA 90071

Attorneys for Defendant
*COUNTY OF LOS ANGELES*

Telephone:  (213) 974-0061
Facsimile:   (213) 617-6785
Email: alai@counsel.lacounty.gov

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

533800.1

Case No. 2:20-cv-02291 DOC-KES

NOTICE OF ASSOCIATION AND APPEARANCE OF COUNSEL