**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                    Date:  September 20, 2021

Title: LA ALLIANCE FOR HUMAN RIGHTS et al. v. CITY OF LOS ANGELES et al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS):   ORDER CONTINUING STATUS CONFERENCE

The Court continues the status conference from September 30, 2021 to December 16, 2021 at 9:00 am at the FIRST STREET U.S. COURTHOUSE, 350 W. 1st Street, Los Angeles, CA 90012.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu

MINUTES FORM 11
CIVIL-GEN