SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
mumhofer@spertuslaw.com
emitchell@spertuslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association, JOSEPH BURK, HARRY TASHDJIAN, KARYN PINSKY, CHARLES MALOW, CHARLES VAN SCOY, GEORGE FREM, GARY WHITTER, and LEANDRO SUAREZ, individuals, Plaintiffs,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 200 inclusive, Defendants.,<br><br>Defendants. | CASE NO. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**PLAINTIFFS' NOTICE OF INTENT TO FILE FIRST AMENDED COMPLAINT** |

PLAINTIFFS LA Alliance for Human Rights, et al., provide the following notice to the Court, the parties, and their respective Counsel, regarding the Ninth Circuit order on the appeal of the District Court's Preliminary Injunction Order (Docket 277):

*PLAINTIFFS' NOTICE OF INTENT TO FILE FIRST AMENDED COMPLAINT*

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

The issues identified by the Ninth Circuit are procedural in nature and Plaintiffs intend to seek to file a First Amended Complaint ("FAC"), curing any standing concerns, immediately upon issuance of the mandate, within twenty-one (21) days from today's date.

Plaintiffs anticipate filing a renewed Motion for Preliminary Injunction soon thereafter.

Dated: September 23, 2021          Respectfully submitted,


/s/ Elizabeth A. Mitchell
SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)

*Attorneys for Plaintiffs*

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles. CA. 90025
Telephone 310-826-4700; Facsimile 310-826-4711

2

*PLAINTIFFS' NOTICE OF INTENT TO FILE FIRST AMENDED COMPLAINT*