UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 23 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association; JOSEPH BURK; HARRY TASHDJIAN; KARYN PINSKY; CHARLES MALOW; CHARLES VAN SCOY; GEORGE FREM; GARY WHITTER; LEANDRO SUAREZ, | No.  21-55395 |
| | D.C. No. 2:20-cv-02291-DOC-KES Central District of California, Los Angeles |
| Plaintiffs-Appellees, | |
| LATINO COALITION OF LOS ANGELES; JOSUE TIGUILA, | ORDER |
| Intervenor-Plaintiffs-Appellees, | |
| v. | |
| COUNTY OF LOS ANGELES, a municipal entity, | |
| Defendant-Appellant, | |
| and | |
| CITY OF LOS ANGELES, a municipal entity, | |
| Defendant. | |

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association; JOSEPH BURK; HARRY TASHDJIAN; KARYN PINSKY; CHARLES MALOW; CHARLES VAN SCOY; GEORGE FREM; GARY | No.  21-55404 |
| | D.C. No. 2:20-cv-02291-DOC-KES |

WHITTER; LEANDRO SUAREZ,

       Plaintiffs-Appellees,

LATINO COALITION OF LOS ANGELES; JOSUE TIGUILA,

     Intervenor-Plaintiffs-Appellees,

  v.

CITY OF LOS ANGELES, a municipal entity,

       Defendant-Appellant,

 and

COUNTY OF LOS ANGELES, a municipal entity,

       Defendant.

---

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association; JOSEPH BURK; HARRY TASHDJIAN; KARYN PINSKY; CHARLES MALOW; CHARLES VAN SCOY; GEORGE FREM; GARY WHITTER; LEANDRO SUAREZ, | No. 21-55408 |
| | D.C. No. 2:20-cv-02291-DOC-KES |

       Plaintiffs-Appellees,

LATINO COALITION OF LOS ANGELES; JOSUE TIGUILA,

     Intervenor-Plaintiffs-

2

        Appellees,

    v.

CANGRESS, DBA Los Angeles
Community Action Network (LA CAN),

            Intervenor-Appellant,


COUNTY OF LOS ANGELES, a municipal
entity; CITY OF LOS ANGELES, a
municipal entity,

            Defendants.

Before:  NGUYEN, OWENS, and FRIEDLAND, Circuit Judges.

    In light of our concurrently filed opinion, the administrative stay issued on May 13 and extended on June 10, 2021, is hereby VACATED.  The County of Los Angeles's and City of Los Angeles's emergency motions to stay lower court action (case no. 21-55395, docket entry no. 11, and case no. 21-55404, docket entry nos. 5 and 6, respectively) are hereby DENIED as moot.