UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 23 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association; et al.,<br><br>        Plaintiffs - Appellees,<br><br>LATINO COALITION OF LOS ANGELES and JOSUE TIGUILA,<br><br>        Intervenor-Plaintiffs - Appellees,<br><br> v.<br><br>COUNTY OF LOS ANGELES, a municipal entity,<br><br>        Defendant - Appellant,<br><br> and<br><br>CITY OF LOS ANGELES, a municipal entity,<br><br>        Defendant. | No. 21-55395<br><br>D.C. No. 2:20-cv-02291-DOC-KES<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association; et al.,<br><br>        Plaintiffs - Appellees, | No. 21-55404<br><br>D.C. No. 2:20-cv-02291-DOC-KES<br>U.S. District Court for Central California, Los Angeles |

LATINO COALITION OF LOS ANGELES and JOSUE TIGUILA,

        Intervenor-Plaintiffs - Appellees,

  v.

CITY OF LOS ANGELES, a municipal entity,

        Defendant - Appellant,

 and

COUNTY OF LOS ANGELES, a municipal entity,

        Defendant.

---

LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association; et al.,

        Plaintiffs - Appellees,

LATINO COALITION OF LOS ANGELES; JOSUE TIGUILA,

        Intervenor-Plaintiffs - Appellees,

  v.

CANGRESS, DBA Los Angeles Community Action Network (LA CAN),

No. 21-55408

D.C. No. 2:20-cv-02291-DOC-KES
U.S. District Court for Central California, Los Angeles

       Intervenor - Appellant,

COUNTY OF LOS ANGELES, a municipal entity; CITY OF LOS ANGELES, a municipal entity,

       Defendants.

Costs are awarded to appellants.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Anthony Kurosh Molavi
Deputy Clerk
Ninth Circuit Rule 27-7