UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 15 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association; et al., | No. 21-55395 |
| Plaintiffs - Appellees, | D.C. No. 2:20-cv-02291-DOC-KES U.S. District Court for Central California, Los Angeles |
| LATINO COALITION OF LOS ANGELES and JOSUE TIGUILA, | |
| Intervenor-Plaintiffs - Appellees, | **MANDATE** |
| v. | |
| COUNTY OF LOS ANGELES, a municipal entity, | |
| Defendant - Appellant, | |
| and | |
| CITY OF LOS ANGELES, a municipal entity, | |
| Defendant. | |

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association; et al., | No. 21-55404 |
| Plaintiffs - Appellees, | D.C. No. 2:20-cv-02291-DOC-KES U.S. District Court for Central California, Los Angeles |

LATINO COALITION OF LOS ANGELES and JOSUE TIGUILA,

             Intervenor-Plaintiffs - Appellees,

   v.

CITY OF LOS ANGELES, a municipal entity,

             Defendant - Appellant,

 and

COUNTY OF LOS ANGELES, a municipal entity,

             Defendant.

---

LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association; et al.,

             Plaintiffs - Appellees,

LATINO COALITION OF LOS ANGELES; JOSUE TIGUILA,

             Intervenor-Plaintiffs - Appellees,

   v.

CANGRESS, DBA Los Angeles Community Action Network (LA CAN),

No. 21-55408

D.C. No. 2:20-cv-02291-DOC-KES
U.S. District Court for Central California, Los Angeles

Intervenor - Appellant,

COUNTY OF LOS ANGELES, a municipal entity; CITY OF LOS ANGELES, a municipal entity,

Defendants.

The judgment of this Court, entered September 23, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are awarded to Appellants.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7