# EXHIBIT C

REPORT FROM

# OFFICE OF THE CITY ADMINISTRATIVE OFFICER

| | | | |
|---|---|---|---|
| Date: | September 2, 2021 | CAO File No. | 0220-05151-0289 |
| | | Council File No. | 20-0841, 21-0262 and 20-0215 |
| | | Council District: | All |

To:         The City Council

From:     Matthew W. Szabo, City Administrative Officer

Reference:  COVID-19 Homelessness Roadmap

Subject:  **Eighth Funding Report: COVID-19 Homelessness Roadmap Funding Recommendations**

## SUMMARY

On September 9, 2020, the City Council approved funding for the initial projects under the COVID-19 Homelessness Roadmap (Roadmap) and directed the City Administrative Officer to submit funding recommendations for projects via reports. This is the eighth funding report related to the Roadmap. This report recommends funding for two (2) new interim housing sites in Council Districts 6 and 9 with 309 beds.

The report also requests the necessary authorities to front-fund the extension of the Project Roomkey program, pending reimbursement from the Federal Emergency Management Agency and the County of Los Angeles, as well as staffing support for the General Services Department to implement this extension. Funding is also recommended to address increased rehabilitation costs at the previously approved Project Homekey sites, and to support Multi-disciplinary Teams (MDT) in Council Districts 2 and 3. Lastly, this report reappropriates and reprograms funds for use in this fiscal year and to fund the interventions recommended in this report.

## RECOMMENDATIONS

That the City Council, subject to approval by the Mayor:

1. DETERMINE the Crisis and Bridge Housing facilities at Assessor's Parcel No. (APN) 5118015900, between Compton Avenue and Nevin Avenue, and near 9700 San Fernando Road, which allow for lease, construction of new homeless shelters, and the operation as temporary homeless shelters for those experiencing homelessness, are statutorily exempt under Public Resources Code Section 21080(b)(4) as specific actions necessary to prevent or mitigate an emergency as reflected in CEQA Guideline Section 15269(c); Public Resources Code Section 21080.27 (AB 1197) applicable to City of Los Angeles emergency homeless shelters; and, because the projects use "Homeless Housing, Assistance and

CAO File No.
0220-05151-0289

PAGE
2

Prevention Program funds," they are also exempt under Governor's Order N-32-20;

2.  APPROVE $7,223,363 for construction of a Tiny Home Village with 161 beds at a site near 9700 San Fernando Road in Council District 6;

3.  APPROVE $7,204,335 for construction of Tiny Home Village with 148 beds at a site between Compton Avenue and Nevin Avenue in Council District 9;

4.  TRANSFER $7,223,363 for construction of a Tiny Home Village with 161 beds at a site near 9700 San Fernando Road in Council District 6, from the following accounts:
    a.  $500,000 from the Federal Coronavirus Relief Fund No. 63M, Department No. 10, Account No. 10T695 to the Fund No. 63M, Department No. 10, a new account entitled, "CD 6 9700 San Fernando";
    b.  $3,880,068 in the Community Development Block Grant - COVID (CDBG-COVID) Fund No. 424, Account No. 43T9CV, CV-19 Pallet Shelters to Fund No. 100, Department No. 54, a new account entitled, "CD 6 9700 San Fernando";
    c.  $2,833,295 from the Additional Homeless Services General City Purposes Fund No. 100/56, Account No. 000931 to Capital Improvement Expenditure Program Fund No. 100/54, a new account entitled "CD 6 9700 San Fernando"; and
    d.  REPROGRAM $10,000 from uncommitted funds in HHAP Category 7 - Administrative Costs to HHAP Category 1 - A Bridge Home Capital HHAP Fund No. 62Y, Department No 10, account number to be determined;

5.  APPROVE $1,558,985 for Volunteers of America Los Angeles for the cost of start-up, Furniture, Fixtures and Equipment ($540,660), and services through June 30, 2022 ($1,018,325) of a Tiny Home Village with 161 beds at a site near 9700 San Fernando Road in Council District 6, from the following accounts:
    a.  $1,558,985 in Emergency Shelter Grant (ESG) - COVID and transfer from Fund No. 517, Account No. 43VC9V, COVID-19 Homeless Roadmap to Fund No. 517, Account No. 43VB37, Interim Housing Operations (Pallet) for the cost of start-up, Furniture, Fixtures and Equipment ($540,660), and services through June 30, 2022 ($1,018,325);

6.  REQUEST that the Los Angeles Homeless Services Authority increase its contract with Volunteers of America Los Angeles in the amount of $1,558,985 for 4 months of operations (March 1, 2022 through June 30, 2022), and Furniture, Fixtures, and Equipment, for a Tiny Home Village located at a site near 9700 San Fernando Road in Council District 6;

7.  AUTHORIZE the Department of General Services to negotiate and execute a no-cost license agreement with Volunteers of America Los Angeles for a Tiny Home Village located at a site near 9700 San Fernando Road in Council District 6 for up to five (5) years;

8.  TRANSFER $7,204,335 for construction of Tiny Home Village with 148 beds at a site between Compton Avenue and Nevin Avenue in Council District 9, from the following accounts:

CAO File No.
0220-05151-0289

PAGE

3

   a. $7,194,335 from the Additional Homeless Services General City Purposes Fund No. 100/56, Account No. 000931 to Capital Improvement Expenditure Program Fund No. 100/54, a new account entitled "CD 9 Compton & Nevin Ave"; and

   b. REPROGRAM $10,000 from uncommitted funds in HHAP Category 7 - Administrative Costs to HHAP Category 1 - A Bridge Home Capital HHAP Fund No. 62Y, Department No 10, account number to be determined;

9. AUTHORIZE the Department of General Services to negotiate and execute a no-cost lease agreement with the Los Angeles County Metropolitan Transportation Authority for a Tiny Home Village located at a site between Compton Avenue and Nevin Avenue in Council District 9 for up to five (5) years;

10. AUTHORIZE the City Administrative Officer to negotiate and execute a Memorandum of Agreement with the Los Angeles County Metropolitan Transportation Authority on its contribution to operations for a Tiny Home Village located at a site between Compton Avenue and Nevin Avenue in Council District 9;

11. APPROVE up to $32 million from the Additional Homeless Services General City Purposes Fund No. 100/56, Account No. 000931 to the General City Purposes Fund No. 100/56, Account No. 000957 Project Roomkey COVID-19 Emergency Response to front-fund the extension of emergency interim housing programs through March 31, 2022;

12. TRANSFER up to $32 million from the General City Purposes Fund No. 100/56, Account No. 000957 Project Roomkey COVID-19 Emergency Response to the following departments as needed for the extension of emergency interim housing programs through March 31, 2022:

| Department | Up to Amount |
|---|---|
| General Services Department | $19,037,744 |
| Personnel | $3,401,088 |
| Los Angeles Homeless Services Authority | $9,561,168 |
| **Total** | **$32,000,000** |

13. AUTHORIZE the City Administrative Officer to enter into an agreement with the County of Los Angeles for the $28 million from the State of California for the Project Roomkey extension, pending approval by the Board of Supervisors;

14. AUTHORIZE the Controller to deposit up to $28 million to the General City Purposes Fund No. 100/56, Account No. 000957 Project Roomkey COVID-19 Emergency Response upon receipt from the County of Los Angeles;

15. INCREASE up to $28 million in the General City Purposes Fund No. 100/56, Account No. 000957 Project Roomkey COVID-19 Emergency Response (County Funds) for the

CAO File No.
0220-05151-0289

PAGE
4

extension of emergency interim housing programs through March 31, 2022;

16. APPROVE $192,904.20 from the General City Purposes Fund No. 100/56, Account No. 000957 Project Roomkey COVID-19 Emergency Response to General Services Department Fund No. 100/40, for the administrative support for extending emergency interim housing programs from September 13, 2021 through April 30, 2022:
   a. $125,925.12 to Account No. 001010 General Services for two (2) Senior Management Analyst I;
   b. $59,444.88 to Account No. 001070 Salaries As Needed for one (1) 120-Day Senior Real Estate Officer; and
   c. $7,534.20 to Account No. 001090 Overtime for accounting support;

17. APPROVE $900,000 from the Additional Homeless Services General City Purposes Fund No. 100/56, Account No. 000931 to fund Multi-disciplinary Teams in Council Districts 2 and 3:
   a. $450,000 to Los Angeles Housing Department Fund No. 10A/54, a new account entitled, "Multi-disciplinary Team CD 2";
   b. $450,000 to Los Angeles Housing Department Fund No. 10A/54, a new account entitled, "Multi-disciplinary Team CD 3"; and
   c. REQUEST that Los Angeles Homeless Services Authority execute or amend a contract with LA Family Housing for County Multi-disciplinary Teams in Council Districts 2 and 3 and add $900,000 to provide services;

18. REPROGRAM $24,574 in savings from the General Service Department Fund No. 100/40, Account No. 003040, Contractual Services, to the Additional Homeless Services General City Purposes Fund No. 100/56, Account No. 000931 for hygiene station rental services for a Safe Sleep Village at 2300 S. Central Avenue in Council District 9;

19. APPROVE an increase of $225,132 from the Additional Homeless Services General City Purposes Fund No. 100/56, Account No. 000931 to Capital Improvement Expenditure Program Fund No. 100/54, Account No. 00T833, for site preparation and hygiene trailer and administrative offices procurement for a Safe Sleep Village at 2300 S. Central Avenue in Council District 9;

20. APPROVE an increase of $714,437 from Federal Coronavirus Relief Fund No. 63M, Department No. 10, Account No. 10T695 to Federal Coronavirus Relief Fund No. 63M, Department No. 10, Account No. 43TA43, Homekey Rehab, to fund additional rehabilitation costs for various Project Homekey sites as described in this report on page 10;

21. REPROGRAM $1,230,889.50 in capital savings allocated to various Tiny Home projects ($1,227,468.13) and A Bride Home site ($3,421.37) to Federal Coronavirus Relief Fund No. 63M, Department No. 10, Account No. 10T695, CIEP/Homelessness Roadmap/Capital:
   a. $367,549.01 from Federal Coronavirus Relief Fund No. 63M, Department No. 10, Account No. 10T612, 11471 Chandler Blvd. in Council District 2;
   b. $134,444.03 from Federal Coronavirus Relief Fund No. 63M, Department No. 10,

Account No. 10T613, 6099 Laurel Canyon in Council District 2;

c. $99,644.15 from Federal Coronavirus Relief Fund No. 63M, Department No. 10, Account No. 10T614, 19020-19040 Vanowen Street in Council District 3;

d. $192,021.19 from Federal Coronavirus Relief Fund No. 63M, Department No. 10, Account No. 10T610, 6073 N Reseda Blvd. in Council District 3;

e. $250,072.12 from Federal Coronavirus Relief Fund No. 63M, Department No. 10, Account No. 10T615, 1221 S. Figueroa Place in Council District 15;

f. $183,737.63 from Federal Coronavirus Relief Fund No. 63M, Department No. 10, Account No. 10T681, 1455 Alvarado St. in Council District 13; and

g. $3,421.37 from Federal Coronavirus Relief Fund No. 63M, Department No. 10, Account No. 10T616, 3061 Riverside Drive in Council 4;

22. REPROGRAM up to $500,000 from Federal Coronavirus Relief Fund No. 63M, Department No. 10, Account No. 10T751, 18140 Parthenia Blvd. in Council District 12 to Fund No. 63M, Department No. 10, Account No. 10T695, CIEP/Homelessness Roadmap/Capital;

23. TRANSFER up to $500,000 from Federal Coronavirus Relief Fund No. 63M, Department No. 10, Account No. 10T695, CIEP/Homelessness Roadmap/Capital to the Bureau of Engineering Department Fund No. 100/78, Account No. 001010 for general salaries associated with the construction costs of previously approved interim housing sites and feasibility studies;

24. REPROGRAM $352,590 allocated to the Los Angeles Homeless Services Authority for the infeasible Safe Parking site at 15380 Oxnard Street in Council District 4 from Homelessness Efforts - County Funding Agreement Fund No. 63Q, Account No. 43TB38, Safe Parking Operations to Fund No. 63Q, Account No. 10T618;

25. INCREASE $710,000 in Emergency Shelter Grant (ESG) - COVID Fund No. 517, Account No. 43VC9V, COVID-19 Homeless Roadmap for future COVID-19 Homelessness Roadmap costs;

26. APPROPRIATE $5,347.91 from Capital Improvement Expenditure Program Fund No. 100/54, Account No. 00S705 to the Bureau of Engineering Fund No. 100/78, Account No. 01010 to reimburse general salaries associated with the construction costs for A Bridge Home sites at 625 La Fayette Place and 1818 South Manhattan Place (formerly known as 1819 S. Western) in Council District 10;

27. APPROVE the reappropriation of $394,046 (HHAP 62Y: $10,000 and County 63Q: $384,046) June 30, 2021 unencumbered balance within General Services Department Fund No. 100/40, account number to be determined to Fiscal Year 2021-22 for leasing costs for the interim housing facility at 7253 Melrose Avenue in Council District 5 through June 30, 2022;

28. APPROVE the reappropriation of $117,500, June 30, 2021 unencumbered balance within the Office of City Administrative Officer Fund No. 100/10, Account No. 003040 Contractual

Services to Fiscal Year 2021-22 for real estate services through the contract with the Los Angeles County Department of Health Services (C-132815);

29. INSTRUCT the General Manager, the Los Angeles Housing Department, or designee, to amend the Roadmap Contract No. C-137223 with the Los Angeles Homeless Services Authority to:
    a. Add services, Furniture, Fixtures, and Equipment funding for a Tiny Home Village at 9700 San Fernando Road in the amount of $1,558,985; and
    b. Increase the capital funding for Project Homekey Owner/Operator contracts by $714,437 as described in this report;

30. INSTRUCT the General Manager of the Los Angeles Housing Department, or designee, to amend the City's Homeless Housing, Assistance and Prevention contract with contract with the Los Angeles Homeless Services Authority, C-135650, to:
    a. Increase the operating funding for Project Roomkey Services in the up to amount of $9,561,168;

31. INSTRUCT the General Manager of the Los Angeles Housing Department, or designee, to amend the City's 2021-22 General Fund contract with the Los Angeles Homeless Services Authority, C-138630, to:
    a. Increase funding by $900,000 for Multi-disciplinary Teams in Council Districts 2 and 3 described in this report;

32. AUTHORIZE the City Administrative Officer to deposit the County of Los Angeles funding of $28 million for the Project Roomkey reimbursement to the Additional Homeless Services General City Purposes Fund No. 100/56, Account No. 000931; and

33. AUTHORIZE the City Administrative Officer to:
    a. Prepare Controller instructions or make necessary technical adjustments, including to the names of the Special Fund accounts recommended for this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions; and
    b. Prepare any additional Controller instructions to reimburse City Departments for their accrued labor, material or permit costs related to projects in this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions.

**BACKGROUND**

The City of Los Angeles (City) reached an agreement with the County of Los Angeles (County) on June 16, 2020, to develop an additional 6,700 homeless interventions in the City COVID-19 Homelessness Roadmap (Roadmap) to address the COVID-19 emergency within 18 months. This agreement establishes the following milestones:

- 700 beds in existing agreements with the County within 10 months;
- 5,300 new beds within 10 months; and
- 700 new beds within 18 months.

6,000 of these beds must be new beds, which are not included in any existing agreements between the City and the County. The County has committed to providing up to $60 million in services per year over five (5) years for a total of up to $300 million or up to half of the estimated $600 million cost for these beds over the five (5) year term of the agreement, based on the number of interventions that are open and occupiable within 60 days of July 1 each year. The target population for this effort includes:

- People experiencing homelessness and living in the City within 500 feet of freeway overpasses, underpasses, and ramps;
- People experiencing homelessness within the City who are 65 years of age or older; and
- Other vulnerable people experiencing homelessness within the City of Los Angeles.

As of August 29, 2021, 6,010 new interventions are open and occupiable, including 1,166 rapid rehousing/shared housing placements overseen by the Los Angeles Homeless Services Authority (LAHSA).

## FUNDING RECOMMENDATIONS

### New Interim Housing

This report recommends $14,427,698 for two (2) new interim housing sites with 309 beds. $7,223,363 is proposed for the construction of a Tiny Home Village with 161 beds at the City-owned site near 9700 San Fernando Road in Council District 6. $1,558,985 is recommended for the cost of furniture, fixtures and equipment ($540,660) and operating costs through June 30, 2022 ($1,018,325). $7,204,335 is proposed for the construction of a Tiny Home Village with 148 beds at a Los Angeles County Metropolitan Transportation Authority (METRO)-owned site at Compton and Nevin in Council District 9. The Bureau of Engineering (BOE) has conducted a California Environmental Quality Act (CEQA) analysis for these sites, which is transmitted under a separate cover. The Mayor and City Council must approve BOE's determination that these uses are categorically exempt from CEQA. Authorization is also requested for the Department of General Services (GSD) to negotiate and execute license, lease, and/or sublease agreements for 9700 San Fernando Road and Compton and Nevin for a period of up to five (5) years.

This report requests authority for the City Administrative Officer (CAO) to negotiate and execute a Memorandum of Agreement (MOA) with METRO on operations funding for the site between Compton Avenue and Nevin Avenue in Council District 9. Funding for the cost of furniture, fixtures, and equipment, and operating costs will be recommended in a future report after the MOA is executed and a service provider is identified.

CAO File No.                                          PAGE
0220-05151-0289                                8

**Project Roomkey Extension**

On March 3, 2021, the Mayor and Council approved funds in the amount of $75 million from the Department of Building and Safety Enterprise Fund to the COVID-19 Emergency Response Account within the General City Purposes Fund for extending and expanding emergency interim housing programs assumed to be fully reimbursable by the Federal Emergency Management Administration (FEMA; Ridley-Thomas – Martinez; C.F. 21-0262). Since FEMA reimbursement for costs associated with non-congregate shelters has been extended through December 31, 2021, this report recommends the approval of up to $32 million from the Additional Homeless Services General City Purposes to front fund the Project Roomkey costs through March 31, 2022.

The City will receive up to $28 million in State funding through the County of Los Angeles (County) to partially fund the Project Roomkey costs not reimbursed by FEMA. The funding the City will receive from the County includes $6.5 million from the State's Fiscal Year 2020-21 allocation and $21.5 million from the State's Fiscal Year 2021-22 allocation. This report recommends that the City Administrative Officer be authorized to enter into an agreement for these funds with the County and to reimburse the Additional Homeless Services General City Purposes Fund once the funds are received. Although FEMA has only extended the program through December 31, 2021, the schedule below represents a schedule that will allow the Los Angeles Homeless Services Authority and the service providers to place Project Roomkey residents in suitable housing options, as these sites ramp-down. The State funding will cover the non-FEMA reimbursable expenses.

**Table 1** Ramp-down Schedule for Project Roomkey Extension through March 31, 2022

| Council District | Sites | Start Date | End Date |
|---|---|---|---|
| 1 | America's Best Value | 4/1/2021 | 12/10/2021 |
| 1 | Mayfair | 8/11/2020 | 12/31/2021 |
| 1 | Royal Pagoda | 5/17/2021 | 2/4/2022 |
| 1 | Best Western Dragon's Gate | 4/1/2021 | 2/18/2022 |
| 4 | Highland Gardens | 7/8/2021 | 2/28/2022 |
| 6 | Airtel | 4/15/2021 | 3/31/2022 |
| 14 | LA Grand | 5/11/2020 | 1/31/2022 |

Additionally, this report recommends $192,904.20 funding for two (2) Senior Management Analysts, one (1) 120-day Senior Real Estate Officer, and overtime for accounting support for the General Services Department for the implementation of the Project Roomkey extension.

**County Multi-disciplinary Teams for Council Districts 2 and 3**

On August 17, 2021, the Council approved consideration of the State Homeless, Housing, Assistance, and Prevention Program grant funding request for Multi-disciplinary Teams (MDT) to assist unsheltered homeless residents in Council Districts 2 and 3 (Krekorian - O'Farrell; Blumenfield - O'Farrell; C.F. 20-0215). MDT outreach workers engage with the highest utilizers of

emergency services. Each team includes a general outreach worker, a nurse practitioner, psychiatric social worker, substance abuse specialist, and a person with lived experience, and are managed by the Department of Health Services (DHS). This report recommends $900,000 in Additional Homeless Services General City Purposes funding to add MDTs in Council Districts 2 and 3. LA Family Housing as the Service Program Area lead will fund the County DHS for these teams in both districts under their existing contract with Los Angeles Homeless Services Authority.

**Additional Construction Costs at a Safe Sleep Village**

The General Services Department reported Additional Homeless Services General City Purposes Fund savings in the amount of $24,574 allocated for hygiene station rental services for a Safe Sleep Village at 2300 S. Central Avenue in Council District 9. This report recommends reprogramming the savings to the additional capital funding needed for site preparation and hygiene trailer and administrative offices procurement for this Safe Sleep Village. This report also recommends an additional $200,558 in Additional Homeless Services General City Purposes Fund that is needed to fully fund these costs at a Safe Sleep Village at 2300 S. Central Avenue in Council District 9.

**Additional Rehabilitation Costs at Project Homekey Sites**

Rehabilitation at City Project Homekey sites to meet accessibility and fire/life safety occupancy requirements is in process. As work continues, additional corrections from on-site inspections and required items discovered during construction have resulted in additional funding needs. This report recommends an additional $714,437 in Federal Coronavirus Relief Fund to fully fund these costs at six (6) of the 15 Project Homekey sites, as outlined in Table 2 below. This increases the rehabilitation allocation to $20,840,612 for all 15 sites.

**Table 2**

| CD | Homekey Site | Owner/Operator | Current Capital Budget | Recommended Adjustment | Updated Capital Request |
|---|---|---|---|---|---|
| 1 | Hotel Solaire | Weingart Center Association | $3,231,738 | | $3,231,738 |
| 6 | Econo Motor Inn | Volunteers of America Los Angeles (VOALA) | $600,140 | $193,049 | $793,189 |
| 3 | Howard Johnson | LAFH | $3,185,854 | | $3,185,854 |
| 6 | Panorama Motel | LA Family Housing (LAFH) | $4,472,059 | | $4,472,059 |
| 6 | Woodman | National Health Foundation | $397,200 | | $397,200 |
| 7 | Good Nite Inn | LAFH | $2,766,023 | | $2,766,023 |
| 8 | EC Motel | Special Service for | $189,988 | $188,000 | $377,988 |

CAO File No.
0220-05151-0289

PAGE
10

| C D | Homekey Site | Owner/Operator | Current Capital Budget | Recommended Adjustment | Updated Capital Request |
|---|---|---|---|---|---|
| | | Groups, Inc. (SSG HOPICS) | | | |
| 10 | Best Inn | The People Concern | $153,612 | $32,965 | $186,577 |
| 11 | Ramada Inn | PATH | $805,120 | | $805,120 |
| 11 | Super 8 LAX | The People Concern | $832,914 | $187,292 | $1,020,206 |
| 12 | Travelodge (Devonshire) | VOALA | $829,595 | $85,729 | $915,324 |
| 13 | The Nest | VOALA | $279,565 | $27,402 | $306,967 |
| 14 | Super 8 Alhambra | NCRC and Union Station Homeless Services | $225,640 | | $225,640 |
| 14 | Titta's Inn | National Community Renaissance of California (NCRC) and Union Station Homeless Services | $237,272 | | $237,272 |
| 15 | Travelodge (Normandie) | People Assisting the Homeless (PATH) | $1,919,455 | | $1,919,455 |
| **Total** | | | **$20,126,175** | **$714,437** | **$20,840,612** |

**Savings from Interim Housing Sites**

This report reprograms $1,230,889.50 in Federal Coronavirus Relief savings from the various Tiny Home Village ($1,227,468.13) and A Bridge Home ($3,421.37) interim housing sites as outlined in Table 3.

**Table 3**

| CD | Interim Housing Sites | CRF Savings Recommended for Reprogramming |
|---|---|---|
| 2 | 11471 Chandler Blvd. | $367,549.01 |
| 2 | 6099 Laurel Canyon Blvd. | $134,444.03 |
| 3 | 19040 Vanowen St. | $99,644.15 |
| 3 | 6073 Reseda Blvd | $192,021.19 |
| 4 | 3061 Riverside | $3,421.37 |
| 13 | 1453 Alvarado | $183,737.63 |

| CD | Interim Housing Sites | CRF Savings Recommended for Reprogramming |
|----|----------------------|------------------------------------------|
| 15 | 1221 Figueroa Pl. | $250,072.12 |
| Total | | **$1,230,889.50** |

This report also recommends reprogramming up to $500,000 in Federal Coronavirus Relief savings from the interim housing site at 18140 Parthenia Street in Council District 12 to the Bureau of Engineering for general salaries associated with the construction costs of previously approved interim housing sites and feasibility studies.

**Savings from a RV Safe Parking Site**

This report recommends reprogramming $352,590 previously allocated to operate a RV Safe Parking site at 15380 Oxnard Street in Council District 4 inasmuch as this site is no longer feasible.

**Other Recommendations**

This report recommends transferring $5,347.91 to reimburse the Bureau of Engineering general salaries associated with the construction costs for A Bridge Home sites at 625 La Fayette Place and 1818 South Manhattan Place (formerly known as 1819 S. Western) in Council District 10. Additionally, $394,046 is recommended for reappropriation for leasing costs for the interim housing facility at 7253 Melrose Avenue in Council District 5 through June 30, 2022.

Lastly, a recommendation to reappropriate $117,500 for real estate services through the contract with the Los Angeles County Department of Health Services (C-132815) is also included.

**FUNDING STATUS**

Attachments 1 and 2 outline the funding status of the funding sources allocated to the  Roadmap in FY 2020-21 and 2021-22.

**FISCAL IMPACT**

There is no impact to the General Fund as a result of the recommendations in this report at this time. The recommendations in this report will be funded with the City General Fund approved for homeless interventions, CARES Act, State of California Homeless Housing, Assistance and Prevention (HHAP) Program, and the County of Los Angeles service funding commitment in FY 2021-22. Beginning in FY 2022-23, the estimated annual cost of the City share of ongoing

operations/services costs for the currently approved Roadmap interventions is estimated at $50,722,340 and $8,890,800 for A Bridge Home beds, a total of $ 59,613,140. Funding for these costs could be covered by State HHAP grants.

**FINANCIAL POLICIES STATEMENT**

The recommendations in this report comply with the City Financial Policies.

Attachments:

1.  COVID-19 Homelessness Roadmap Fiscal Year 2020-21 Funding Status

2.  COVID-19 Homelessness Roadmap Fiscal Year 2021-22 Funding Status

*MWS:YC:CN:16220114*

Attachment 1: COVID-19 Homelessness Roadmap Fiscal Year 2020-21 Status of Capital and Operating Funding

Case 2:20-cv-02291-DOC-KES  Document 356-3  Filed 10/15/21  Page 14 of 19  Page ID #:9112

COVID-19 Homelessness Roadmap Fiscal Year 2020-21 Status of Capital and Operating Funding

| Type of Unit/Intervention | | HEAP/ HHAP Allocated/ Committed | GCP Allocation***** | CRF Allocation | CRF Commitment | CRF Expenditure | ESG-COVID Allocation | ESG-COVID Commitment | ESG-COVID Expenditure | CDBG-COVID Allocation | CDBG-COVID Commitment | CDBG-COVID Expenditure | County Service Allocation | County Service Commitment | County Service Expenditure | Total FY 2020-21 Allocation | Total FY 2020-21 Commitments | Total FY 2020-21 Uncommitted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Interim Housing Beds | | | | | | | | | | | | | | | | | | |
| - ABH Beds | Capital | $36,082,151 | | $1,286,000 | $1,286,000 | $1,282,579 | | | | | | | | | | $37,368,151 | $37,368,151 | $0 |
| | Operating | $23,450,705 | | | | | $4,208,800 | $4,208,800 | $0 | | | | $14,958,624 | $14,958,624 | $0 | $42,618,129 | $42,618,129 | $0 |
| - Other Interim Beds (Including Tiny Home Villages)** | Capital | $2,363,947 | $11,650,658 | $48,992,311 | $48,992,311 | $26,045,576 | | | | $5,119,932 | $5,119,932 | $943,591 | | | | $68,126,848 | $68,126,848 | $0 |
| | Operating | $32,810,125 | | | | | $24,044,396 | $24,044,396 | $5,962,364 | | | | $33,596,709 | $33,392,635 | $205,875 | $90,451,230 | $90,247,156 | $204,074 |
| - Homekey Units** | Match | | | $119,147,497 | $119,147,497 | $118,662,834 | | | | | | | | | | $119,147,497 | $119,147,497 | $0 |
| | Operating | | | | | | $34,829,078 | $34,829,078 | $15,167,227 | | | | | | | $34,829,078 | $34,829,078 | $0 |
| | Rehabilitation | $1,831,441 | | $199,873 | $199,873 | $0 | $20,782,004 | $20,782,004 | $4,886,730 | $2,880,068 | $2,880,068 | $0 | | | | $25,693,386 | $25,693,386 | $0 |
| Rapid Rehousing/ Shared Housing*** | | | | | | | $82,285,920 | $82,285,920 | $1,549,998 | | | | | | | $82,285,920 | $82,285,920 | $0 |
| Measure H Strategy**** | | | | | | | $1,136,000 | $1,136,000 | $0 | | | | | | | $1,136,000 | $1,136,000 | $0 |
| Safe Sleeping | Capital | $251,110 | $1,075,094 | | | | | | | | | | | | | $1,326,204 | $1,326,204 | $0 |
| | Operating | | | | | | $3,048,500 | $3,048,500 | $0 | | | | $1,250,300 | $1,250,300 | $0 | $4,298,800 | $4,298,800 | $0 |
| Safe Parking** | | | | | | | | | | | | | $3,194,367 | $3,148,141 | $390,710 | $3,194,367 | $3,148,141 | $46,226 |
| Outreach | | | | | | | $6,605,177 | $6,605,177 | $2,449,650 | | | | | | | $6,605,177 | $6,605,177 | $0 |
| Administration | | | | $1,500,000 (BOE) $77,500 (GSD) | | | | | | | | | | | | | | |
| | | $199,175 | | $1,577,500 | $804,103 | $6,658,937 | $6,658,937 | $5,500,682 | | | | | | | | $8,435,612 | $8,435,612 | $0 |
| TOTAL | | $96,988,654 | $12,725,752 | $171,203,181 | $171,203,181 | $146,795,092 | $183,598,812 | $183,598,812 | $35,516,651 | $8,000,000 | $8,000,000 | $943,591 | $53,000,000 | $52,749,700 | $596,585 | $525,516,399 | $525,266,099 | $250,300 |

* Funded by the Federal and State Sources
** Operating costs vary by intervention type: ABH Beds: $60/bed/night; Tiny Home Villages, Leased Facilities, Year Round Shelter: $55/bed/night; Project Homekey: $85/unit/night; Safe Sleeping: $67/person/night; and Safe Parking: $30/car/night. Project Roomkey costs vary by site.
*** Reflects the entire cost of the program for two (2) years using ESG-COVID.
****Placements funded with City funding for Measure H Strategies will be counted toward the Roadmap target of 6,700 interventions.
*****Includes $3,063,285 reprogrammed from the Fiscal Year (FY) 2019-20 General City Purposes Additional Homeless Services allocation and $9,550,000 in the FY 2020-21 General City Purposes Additional Homeless Services allocation. $962,627 of this amount is uncommitted and reserved for future Roadmap costs.
******Total Units includes 1,499 beds in Project Roomkey sites and 324 Winter Shelter beds that will end in Fiscal Year 2021-22.

9/2/2021

Attachment 2: COVID-19 Homelessness Roadmap Fiscal Year 2021-22 Status of Capital and Operating Funding

COVID-19 Homelessness Roadmap Fiscal Year 2021-22 Status of Capital and Operating Funding

| Type of Unit/Intervention | | HHAP Allocated/ Committed | GCP Allocation / Committed | CRF Allocation | CRF Commitment | CRF Expenditure | ESG-COVID Allocation | ESG-COVID Commitment | ESG-COVID Expenditure | CDBG-COVID Allocation | CDBG-COVID Commitment | CDBG-COVID Expenditure | County Service Allocation | County Service Commitment | County Service Expenditure | Total FY 2021-22 Allocation | Total FY 2021-22 Commitment | Total FY 2021-22 Uncommitted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Interim Housing Beds | | | | | | | | | | | | | | | | | | |
| - ABH Beds** | Capital | $0 | | $0 | $0 | $0 | | | | | | | | | | $0 | $0 | $0 |
| | Operating | $0 | | | | | $0 | $0 | $0 | | | | $16,934,291 | $0 | $0 | $16,934,291 | $0 | $16,934,291 |
| - Other Interim Beds (Including Tiny Home Villages)** | Capital | $0 | $8,952,536 | -$2,747,601 | -$2,747,601 | n/a | | | | $2,880,068 | $2,880,068 | $0 | | | | $9,085,003 | $9,085,003 | $0 |
| | Operating | $0 | $32,000,000 | $0 | $0 | $0 | $1,248,329 | $1,248,329 | $0 | | | | $38,034,010 | $0 | $0 | $71,282,339 | $33,248,329 | $38,034,010 |
| - Homekey Units** | Match | | | | | | | | | | | | | | | $0 | $0 | $0 |
| | Operating | | | | | | $0 | $0 | $0 | | | | | | | $0 | $0 | $0 |
| | Rehabilitation | $10,000 | $1,375,233 | $2,747,601 | $2,747,601 | $0 | -$538,329 | -$538,329 | n/a | -$2,880,068 | -$2,880,068 | n/a | | | | $714,437 | $714,437 | $0 |
| Rapid Rehousing/ Shared Housing*** | | | | | | | $0 | $0 | $0 | | | | | | | $0 | $0 | $0 |
| Measure H Strategy**** | | | | | | | -$710,000 | -$710,000 | n/a | | | | | | | -$710,000 | -$710,000 | $0 |
| Safe Sleeping | Capital | $0 | $200,558 | | | | | | | | | | | | | $200,558 | $200,558 | $0 |
| | Operating | | | | | | $0 | $0 | $0 | | | | $1,415,434 | $0 | $0 | $1,415,434 | $0 | $1,415,434 |
| Safe Parking** | | | | | | | | | | | | | $3,616,265 | $0 | $0 | $3,616,265 | $0 | $3,616,265 |
| Outreach | | | | | | | $0 | $0 | $0 | | | | | | | $0 | $0 | $0 |
| Administration | | $0 | $184,674 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | | $184,674 | $184,674 | $0 |
| TOTAL | | $10,000 | $42,713,001 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $60,000,000 | $0 | $0 | $102,723,001 | $42,723,001 | $60,000,000 |

* Funded by the Federal and State Sources
** Operating costs vary by intervention type: ABH Beds: $60/bed/night; Tiny Home Villages, Leased Facilities, Year Round Shelter: $55/bed/night; Project Homekey: $85/unit/night; Safe Sleeping: $67/person/night; and Safe Parking: $30/car/night. Project Roomkey costs vary by site.
*** Reflects the entire cost of the program for two (2) years using ESG-COVID.
****Placements funded with City funding for Measure H Strategies will be counted toward the Roadmap target of 6,700 interventions.

9/2/2021

Case 2:20-cv-02291 Document 356-3 Filed 10/15/21 Page 15 of 19 Page ID #:9113

**M O T I O N**

I **MOVE** that the matter of the City Administrative Officer Report relative to the Eighth report regarding the COVID-19 Homelessness Roadmap funding recommendations, Item No. 16 on today's agenda (C.F. 20-0841) **BE AMENDED** to:

Strike Recommendations 17.a., 17.b., 17.c., 19, and 31.a.

Add the following recommendations:

34. APPROVE $234,213 for the Weingart Access Center, which are site-based facilities where people experiencing or at risk of homelessness gain initial access to, or continue contact with, Coordinated Entry System in Skid Row area through June 30, 2022:
    a. TRANSFER $234,213 from the Additional Homeless Services General City Purposes Fund No. 100/56, Account No. 000931 to Los Angeles Housing Department Fund No. 10A/43, a new account entitled, "CD 14 Weingart Access Center";
    b. REQUEST that Los Angeles Homeless Services Authority execute a new or amend an existing sole source subcontract with Weingart for the above Weingart Access Center in Council District 14 and add in the amount of $234,213 to provide services; and
    c. INSTRUCT the General Manager of the Los Angeles Housing Department, or designee, to amend the City's 2021-22 General Fund contract with the Los Angeles Homeless Services Authority, C-138630, to increase the operating funding for the above Weingart Access Center in the amount of $234,213;

35. APPROVE $89,089.61 for modular storage services at a Project Roomkey site at Airtel Hotel in Council District 6 through March 31, 2022:
    a. TRANSFER $89,089.61 from the Additional Homeless Services General City Purposes Fund No. 100/56, Account No. 000931 to Los Angeles Housing Department Fund No. 10A/43, a new account entitled, "CD 6 Airtel PRK Storage Project";
    b. REQUEST that Los Angeles Homeless Services Authority execute a new or amend an existing sole source subcontract with Chrysalis for the modular storage services in Council District 6 and add in the amount of $89,089.61 to provide services; and
    c. INSTRUCT the General Manager of the Los Angeles Housing Department, or designee, to amend the City's Homeless Housing, Assistance and Prevention contract with contract with the Los Angeles Homeless Services Authority, C-135650, to increase the operating funding for the above modular storage services in the amount of $89,089.61;

1

36. APPROVE up to $733,040 for the cost of operations for an interim housing facility with 49 beds at 7816 Simpson Avenue in Council District 6 through June 30, 2022:
    a. TRANSFER up to $733,040 from Fund No. 517, Account No. 43VC9V to Fund No. 517, Account No. 43TB32 for the cost of operations for an interim housing facility with 49 beds at 7816 Simpson Avenue in Council District 6; and
    b. REQUEST that Los Angeles Homeless Services Authority execute a new or amend an existing sole source subcontract with LA Family Housing for the interim housing facility operations in Council District 6 and add in the up to amount of $733,040 to provide services;

37. APPROVE $900,000 from the Additional Homeless Services General City Purposes Fund No. 100/56, Account No. 000931 to the Office of City Administrative Officer Fund No. 100/10, Account No. 003040 to fund Multi-disciplinary Teams in Council Districts 2 and 3 through the contract with the Los Angeles County Department of Health Services:
    a. AUTHORIZE the City Administrative Officer to execute a new or amend an existing letter of agreement with the Los Angeles County Department of Health Services (C-132815) for Multi-disciplinary Teams in Council Districts 2 and 3 and add in the amount of $900,000 to provide services;

38. APPROVE $638,031 additional funding from the Additional Homeless Services General City Purposes Fund No. 100/56, Account No. 000931 to Capital Improvement Expenditure Program Fund No. 100/54, Account No. 00T833, for site preparation and hygiene trailer and administrative offices procurement for a Safe Sleep Village at 2300 S. Central Avenue in Council District 9:
    a. TRANSFER up to $1,180,501 from Capital Improvement Expenditure Program Fund No. 100/54, Account No. 00T833 to General Service Department Fund No. 100/40, various accounts as needed for site preparation and hygiene trailer and administrative offices procurement for a Safe Sleep Village at 2300 S. Central Avenue in Council District 9;

39. APPROVE up to $272,655 additional funding to augment the existing letter of agreement between the Los Angeles County Department of Health Services and Office of the City Administrative Officer for real estate evaluation and architectural services at through June 30, 2022:
    a. TRANSFER up to $54,860 from State of California Homeless Housing, Assistance and Prevention (HHAP) Program Category 7 - Administrative Costs to HHAP Fund No. 62Y/10, account number to be determined;
    b. TRANSFER up to $217,795 from Emergency Solutions Grant (ESG) - COVID Fund No. 517, Account No. 43VC9V to Fund No. 517, Account No. 43TA43, Homekey Rehab;
    c. TRANSFER up to $217,795 in Emergency Solutions Grant (ESG) - COVID funds transferred from the Los Angeles Homeless Services Authority to the City Administrative Officer Fund No. 100/10, Account No. 003040;

2

d. REQUEST that the Los Angeles Homeless Service Authority transfer Emergency Solutions Grant (ESG) - COVID funds in the amount of $217,795 to the City Administrative Officer to fund these activities through the Los Angeles Department of Health Services; and

e. AUTHORIZE the Office of the City Administrative Officer to amend its contract with the Los Angeles County Department of Health Services (C-132815) for real estate evaluation and architectural services and add in the up to amount of $272,655 to provide services;

40. REPROGRAM up to $1,148,211 from Emergency Solutions Grant (ESG) - COVID Fund No. 517, Account No. 43TA42 allocated for the cost of operations and services to Fund No. 517, Account No. 43TA43, Homekey Rehab for Project Homekey capital costs at Travelodge Normandie in Council District 15;

41. REPROGRAM up to $2,394,315 from Emergency Solutions Grant (ESG) - COVID Fund No. 517, Account No. 43TA42 allocated for the cost of operations and services for a Project Homekey site at Panorama Motel in Council District 6 to Fund No. 517, Account No. 43VC9V, COVID-19 Homeless Roadmap for future COVID-19 Homelessness Roadmap costs;

42. INSTRUCT the General Manager, Housing and Community Investment Department, or designee, to amend the Roadmap Contract No. C-137223 with the Los Angeles Homeless Services Authority to:

a. Reflect the service funding allocations for 7816 Simpson Avenue;

b. Increase the capital funding for Project Homekey Owner/Operator contracts up to $1,366,006 as described in the motion;

c. Decrease Project Homekey Owner/Operator Services up to $3,542,526 as described in the motion; and

d. Decrease the Safe Parking site at 15380 Oxnard Street by $352,590.

PRESENTED BY: _____
FOR MARK RIDLEY-THOMAS

SECONDED BY: _____

3