MICHAEL N. FEUER, City Attorney (SBN 111529)
KATHLEEN A. KENEALY, Chief Deputy City Attorney (SBN 212289)
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 North Main Street, City Hall East, 7th Floor
Los Angeles, California 90012
Telephone: 213-978-4681/ 213-978-7508
Facsimile: 213-978-7011
Email:  Scott.Marcus@lacity.org
Arlene.Hoang@lacity.org, Jessica.Mariani@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| LA ALLIANCE FOR HUMAN RIGHTS, et al., | Case No. CV 20-02291 DOC (KES) |
|---|---|
| Plaintiffs, | **DEFENDANT CITY OF LOS ANGELES' ANNUAL REPORT PURSUANT TO THE MEMORANDUM OF UNDERSTANDING BETWEEN THE COUNTY OF LOS ANGELES AND THE CITY OF LOS ANGELES [DKT. 185-1]** |
| v. | |
| CITY OF LOS ANGELES, a Municipal entity, et al., | |
| Defendants. | **Hon. David O. Carter**<br>**United States District Judge** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to, and in compliance with, Section IV (B)(3) of the Memorandum of Understanding between the County of Los Angeles and the City of Los Angeles ("MOU") dated October 9, 2020 (Dkt. 185-1), Defendant City of Los Angeles ("the City") submits its Annual Report, attached hereto as **Exhibit A**, reflecting the cumulative amount of City funding provided to fund services during the preceding Fiscal Year (2020-2021) for New Beds established under the MOU.

DATED:  October 15, 2021       MICHAEL N. FEUER, City Attorney
                               KATHLEEN A. KENEALY, Chief Deputy City Attorney
                               SCOTT MARCUS, Chief Assistant City Attorney
                               ARLENE N. HOANG, Deputy City Attorney
                               JESSICA MARIANI, Deputy City Attorney

                               By: /s/_____
                               Arlene N. Hoang, Deputy City Attorney
                               Counsel for Defendant City of Los Angeles