SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
mumhofer@spertuslaw.com
emitchell@spertuslaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, a non-profit corporation, JOSEPH BURK, GEORGE FREM, WENZIAL JARRELL, CHARLES MALOW, KARYN PINSKY, LEANDRO SUAREZ, HARRY TASHDJIAN, CHARLES VAN SCOY, and GARY WHITTER, individuals, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 200 inclusive, Defendants., <br><br> Defendants. | CASE NO. 2:20-CV-02291-DOC-KES <br><br> Assigned to Judge David O. Carter <br><br> **[PROPOSED] ORDER RE: MOTION FOR LEAVE TO FILE AMENDED AND SUPPLEMENTAL COMPLAINT** <br><br> **Hearing: November 29, 2021** <br> **Time:    10:00am** <br> **Court:   350 W. 1st Street** <br> **           Los Angeles, CA 90012** |

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

i

[PROPOSED] ORDER RE: PLAINTIFFS MOTION FOR LEAVE TO FILE AMENDED AND SUPPLEMENTAL COMPLAINT

Having reviewed the pleadings and oral argument, if any, and good cause appearing therefore, it is hereby ORDERED that Plaintiffs' Motion for Leave to File Amended and Supplemental Complaint is GRANTED.  Plaintiffs shall file said Amended and Supplemental Complaint forthwith.


DATED:_____                    _____
                                     Hon. David O. Carter
                                     United States District Court Judge

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

[PROPOSED] ORDER RE: PLAINTIFFS MOTION FOR LEAVE TO FILE AMENDED AND SUPPLEMENTAL COMPLAINT