RODRIGO A. CASTRO-SILVA (SBN 185251), *County Counsel*
rcastro-silva@counsel.lacounty.gov
LAUREN M. BLACK (SBN 192302), *Assistant County Counsel*
ANA WAI-KWAN LAI (SBN 257931), *Senior Deputy County Counsel*
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:   (213) 974-1830
Facsimile:   (213) 626-7446

LOUIS R. MILLER (SBN 54141)
smiller@millerbarondess.com
MIRA HASHMALL (SBN 216842)
mhashmall@millerbarondess.com
EMILY A. RODRIGUEZ-SANCHIRICO (SBN 311294)
esanchirico@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES**<br><br>**DEFENDANT COUNTY OF LOS ANGELES' QUARTERLY STATUS REPORT PURSUANT TO MEMORANDUM OF UNDERSTANDING BETWEEN COUNTY OF LOS ANGELES AND CITY OF LOS ANGELES [DKT. 185-1]**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

 **PLEASE TAKE NOTICE** that, pursuant to the Memorandum of Understanding between the City of Los Angeles and County of Los Angeles ("County") dated October 9, 2020 (the "MOU," Dkt. 185-1), the County respectfully submits the following document:

 1. A true and correct copy of the County's Mainstream Services Quarterly Report as of September 30, 2021 is attached hereto as **Exhibit A.**

DATED:  November 2, 2021  MILLER BARONDESS, LLP

          By: /s/ Mira Hashmall
            MIRA HASHMALL
            Attorneys for Defendant
            COUNTY OF LOS ANGELES

## INDEX OF EXHIBITS

| Ex. No. | Description | Pg. No. |
|---|---|---|
| A. | County's Mainstream Services Quarterly Report as of September 30, 2021 | 4-7 |