RODRIGO A. CASTRO-SILVA (SBN 185251), *County Counsel*
rcastro-silva@counsel.lacounty.gov
LAUREN M. BLACK (SBN 192302), *Assistant County Counsel*
AMIE S. PARK (SBN 273346), *Deputy County Counsel*
500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel.: (213) 974-1830 | Fax: (213) 626-7446

BYRON J. MCLAIN (SBN 257191)
bmclain@foley.com
FOLEY & LARDNER, LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071
Tel.: (310) 972-4500 | Fax: (213) 486-0065

LOUIS R. MILLER (SBN 54141)
smiller@millerbarondess.com
MIRA HASHMALL (SBN 216842)
EMILY A. RODRIGUEZ-SANCHIRICO (SBN 311294)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF LOS ANGELES TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Served: March 10, 2020<br>FAC Served: November 1, 2021<br>Response Due: November 15, 2021<br>New Response Date: December 3, 2021<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

541719.1                                                                Case No. 2:20-cv-02291 DOC-KES

Plaintiffs LA Alliance for Human Rights, et al. ("Plaintiffs") and Defendant County of Los Angeles ("County") by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS,** Plaintiffs filed the Complaint on March 10, 2020;

**WHEREAS,** on March 19, 2020, the Court imposed a stay with the agreement of the Parties [Dkt. 90];

**WHEREAS,** the stay was lifted on April 13, 2021 [Dkt. 266];

**WHEREAS,** the County filed a motion to dismiss on March 29, 2021 [Dkt. 256-260];

**WHEREAS,** the Court denied the motion to dismiss on May 11, 2021 [Dkt. 300];

**WHEREAS,** Plaintiffs filed an Amended and Supplemental Complaint ("FAC") on November 1, 2021 [Dkt. 361];

**WHEREAS,** the County intends to file a Motion to Dismiss the FAC ("Motion");

**WHEREAS,** the County's responsive pleading is currently due on November 15, 2021; and

**WHEREAS,** Plaintiffs have agreed to allow the County additional time to respond to the FAC, and the Parties have agreed to a briefing schedule that will allow adequate time for the Parties to meet and confer regarding the allegations in the FAC and the County's Motion, and for each Party to prepare their respective briefs.

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AND THEIR RESPECTIVE ATTORNEYS AS FOLLOWS:**

1. The last day for the County to file and serve its Motion shall be December 3, 2021;

2. Plaintiffs' Opposition to the Motion shall be due on or before December 23, 2021;

STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF LOS ANGELES TO RESPOND TO FIRST AMENDED COMPLAINT

3.    The County's Reply in Support of the Motion shall be due on or before January 10, 2022; and

4.    The Motion shall be heard on January 24, 2022 at 8:30 a.m. in the above-entitled Court, or as soon thereafter as the Court is available.

DATED:  November 4, 2021         MILLER BARONDESS, LLP


By:    /s/ Mira Hashmall
MIRA HASHMALL
Attorneys for Defendant
COUNTY OF LOS ANGELES


DATED:  November 4, 2021         SPERTUS, LANDES & UMHOFER, LLP


By:    /s/ Elizabeth A. Mitchell
ELIZABETH A. MITCHELL
Attorneys for Plaintiffs

## SIGNATURE ATTESTATION

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  November 4, 2021          MILLER BARONDESS, LLP


                                  By:   /s/ Mira Hashmall
                                  MIRA HASHMALL
                                  Attorneys for Defendant
                                  COUNTY OF LOS ANGELES

STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF LOS ANGELES TO RESPOND TO
FIRST AMENDED COMPLAINT