**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF LOS ANGELES TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

541721.1

Case No. 2:20-cv-02291 DOC-KES

ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF LOS ANGELES TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT

**ORDER**

The Court, having read and considered the Stipulation filed on behalf of Plaintiffs LA Alliance for Human Rights, et al. ("Plaintiffs") and Defendant County of Los Angeles ("County"), and finding **GOOD CAUSE** thereon, hereby grants the extension of time for the County to file its response to Plaintiffs' Amended Complaint as follows:

1. The last day for the County to file and serve its Motion to Dismiss Plaintiffs' First Amended Complaint ("Motion") shall be December 3, 2021;

2. Plaintiffs' Opposition to the Motion shall be due on or before December 23, 2021;

3. The County's Reply in Support of the Motion shall be due on or before January 10, 2022; and

4. The Motion shall be heard on January 24, 2022 at 8:30 a.m.

DATED: _____, 2021    _____

HON. DAVID O. CARTER
United States District Court Judge

541721.1

Case No. 2:20-cv-02291 DOC-KES

ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF LOS ANGELES TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT