# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES** <br><br> **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF LOS ANGELES TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br> Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

541721.1

Case No. 2:20-cv-02291 DOC-KES

ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF LOS ANGELES TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT

## ORDER

The Court, having read and considered the Stipulation filed on behalf of Plaintiffs LA Alliance for Human Rights, et al. ("Plaintiffs") and Defendant County of Los Angeles ("County"), and finding **GOOD CAUSE** thereon, hereby grants the extension of time for the County to file its response to Plaintiffs' Amended Complaint as follows:

1. The last day for the County to file and serve its Motion to Dismiss Plaintiffs' First Amended Complaint ("Motion") shall be December 3, 2021;

2. Plaintiffs' Opposition to the Motion shall be due on or before December 23, 2021;

3. The County's Reply in Support of the Motion shall be due on or before January 10, 2022; and

4. The Motion shall be heard on January 24, 2022 at 8:30 a.m.

DATED: November 9, 2021

*David O. Carter*
HON. DAVID O. CARTER
United States District Court Judge

541721.1

Case No. 2:20-cv-02291 DOC-KES

ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF LOS ANGELES TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT