MICHAEL N. FEUER, City Attorney (SBN 111529)
KATHLEEN A. KENEALY, Chief Deputy City Attorney (SBN 212289)
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
RYAN SALSIG, Deputy City Attorney (SBN 250830)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213-978-7508
Facsimile: 213-978-7011
Email:  Arlene.Hoang@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. CV 20-02291 DOC (KES)<br>**STIPULATION TO EXTEND TIME FOR DEFENDANT CITY OF LOS ANGELES TO RESPOND TO FIRST AMENDED AND SUPPLEMENTAL COMPLAINT AND FOR A BRIEFING SCHEDULE**<br><br>**Original Complaint Filed: 03/10/20**<br>**Amended and Supplemental Complaint Filed: 11/01/21**<br>**Response Due:  12/01/21 (pursuant to Stipulation and Order)**<br>**New Response Date:  12/03/21**<br><br>**Hon. David O. Carter**<br>**United States District Judge** |

STIPULATION TO EXTEND TIME FOR DEFENDANT CITY OF LOS ANGELES TO RESPOND TO
AMENDED AND SUPPLEMENTAL COMPLAINT AND BRIEFING SCHEDULE RE MOTION TO DISMISS

Plaintiffs LA ALLIANCE FOR HUMAN RIGHTS ("LA Alliance"), *et al.* ("Plaintiffs"), and Defendant CITY OF LOS ANGELES ("the City")[1], by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS Plaintiffs filed their Original Complaint on March 10, 2020 (Dkt. 1);

WHEREAS the Court imposed a stay pursuant to the agreement of the parties on April 19, 2020 (Dkt. 90);

WHEREAS the stay was lifted on April 13, 2021 (Dkt. 266);

WHEREAS the City filed a Motion to Dismiss to Plaintiffs' Original Complaint on June 16, 2021 (Dkt. 336);

WHEREAS on July 20, 2021, Plaintiffs and the City stipulated to vacate the hearing on the City's Motion to Dismiss and set a briefing schedule on Plaintiffs' anticipated Amended Complaint pending the Ninth Circuit's ruling on the then-pending appeal (Dkt. 343), and the Court entered an Order granting the parties' stipulation on July 21, 2021 (Dkt. 344);

WHEREAS on November 1, 2021, Plaintiffs filed an Amended and Supplemental Complaint (Dkt. 361);

WHEREAS pursuant to the terms of the parties' prior stipulation and Order thereon (Dkts. 343 and 344), the City's response to the First Amended and Supplemental Complaint is due December 1, 2021;

WHEREAS on November 4, 2021, Plaintiffs and Defendant County of Los Angeles stipulated to extend Defendant County's responsive pleading deadline to December 3, 2021, and to set a briefing schedule on Defendant County's motion to dismiss (Dkt. 365);

WHEREAS on November 9, 2021 the Court entered an Order granting Plaintiffs and Defendant County's stipulation (Dkt. 366); and

---

[1] Plaintiffs and the City will sometimes be collectively referred to herein as "the parties."

WHEREAS Plaintiffs and the City believe that it is in the best interest of the parties, and for judicial efficiency, economy, and resource allocation purposes, to have both Defendants' motions to dismiss heard at the same time and on the same schedule. Furthermore, providing the City an additional two days from the current deadline to file its motion to dismiss will provide it additional time to prepare the motion given the upcoming Thanksgiving holiday.

THEREFORE, the Parties, by and through their respective counsel of record, stipulate and agree:

1. The time for Defendant City of Los Angeles to respond to the Plaintiffs' Amended and Supplemental Complaint (Dkt. 361) is extended from December 1 to December 3, 2021;

2. Any Opposition to the City's Motion to Dismiss is due to be filed and served on or by December 23, 2021;

3. Any Reply in support of the City's Motion to Dismiss is due to be filed and served on or by January 10, 2022; and

4. The hearing on the City's Motion to Dismiss is to be noticed for January 24, 2022, at 8:30 a.m.

IT IS SO STIPULATED.

DATED: November 10, 2021   SPERTUS, LANDES & UMHOFER, LLP

By: /s/ _____
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
Counsel for Plaintiffs

DATED: November 10, 2021  MICHAEL N. FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Deputy City Atty
SCOTT MARCUS, Chief Assistant City Attorney
GABRIEL S. DERMER, Assistant City Attorney
ARLENE N. HOANG, Deputy City Attorney
JESSICA MARIANI, Deputy City Attorney
RYAN SALSIG, Deputy City Attorney

By: /s/ _____
Arlene N. Hoang, Deputy City Attorney
Counsel for Defendant City of Los Angeles

Pursuant to L.R. 5-4.3.4(a)(2)(i), all other Signatories Listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3
STIPULATION TO EXTEND TIME FOR DEFENDANT CITY OF LOS ANGELES TO RESPOND TO AMENDED AND SUPPLEMENTAL COMPLAINT AND BRIEFING SCHEDULE RE MOTION TO DISMISS