MICHAEL N. FEUER, City Attorney (SBN 111529)
KATHLEEN A. KENEALY, Chief Deputy City Attorney (SBN 212289)
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
RYAN SALSIG, Deputy City Attorney (SBN 250830)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213-978-7508
Facsimile: 213-978-7011
Email: Arlene.Hoang@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. CV 20-02291 DOC (KES)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT CITY OF LOS ANGELES TO RESPOND TO FIRST AMENDED AND SUPPLEMENTAL COMPLAINT AND FOR A BRIEFING SCHEDULE**<br><br>**Hon. David O. Carter**<br>**United States District Judge** |

The Court, having read and considered the stipulation of Plaintiffs LA ALLIANCE FOR HUMAN RIGHTS, *et al*. ("Plaintiffs"), and Defendant CITY OF LOS ANGELES ("the City"), and finding GOOD CAUSE thereon, hereby Orders the following:

1. The time for Defendant City of Los Angeles to respond to the Plaintiffs' Amended and Supplemental Complaint (Dkt. 361) is extended from December 1, 2021 to December 3, 2021;

2. Any Opposition to the City's Motion to Dismiss is due to be filed and served on or by December 23, 2021;

3. Any Reply concerning the City's Motion to Dismiss is due to be filed and served on or by January 10, 2022; and

4. The hearing on the City's Motion to Dismiss is to be noticed for January 24, 2022, at 8:30 a.m.

IT IS SO ORDERED.

DATED: November __ 2021   _____
Hon. David O. Carter,
United States District Judge