MICHAEL N. FEUER, City Attorney (SBN 111529)
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
RYAN SALSIG, Deputy City Attorney (SBN 250830)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213-978-7508
Facsimile: 213-978-7011
Email:  Arlene.Hoang@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>Defendants. | Case No. CV 20-02291 DOC (KES)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CITY OF LOS ANGELES' MOTION TO DISMISS PLAINTIFFS' AMENDED AND SUPPLEMENTAL COMPLAINT [ECF 361] [FRCP 8, 12(b)(1) and 12(b)(6)]**<br><br>Date:  January 24, 2022<br>Time:  8:30 a.m.<br>Courtroom:  9D<br><br>**Hon. David O. Carter**<br>**United States District Judge** |

Pursuant to Rules 8, 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant City of Los Angeles ("the City") moved for an order dismissing the Amended and Supplemental Complaint filed by Plaintiffs LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association, JOSEPH BURK, GEORGE FREM, WENZIAL JARRELL, CHARLES MALOW, KARYN PINSKY, LEANDRO SUAREZ, HARRY TASHDJIAN, CHARLES VAN SCOY, and, GARY WHITTER, individuals (collectively "Plaintiffs") (ECF 361).

The motion was heard on January 24, 2022, in the United States District Court for the Central District of California before the Honorable David O. Carter.

After having read and considered the moving, opposition and reply papers, and following oral argument by the parties, the Court finds GOOD CAUSE and GRANTS the City's Motion to Dismiss Plaintiffs' Amended and Supplemental Complaint in its entirety and to each and every claim for relief alleged against the City in the Amended and Supplemental Complaint, without leave to amend.

**IT IS SO ORDERED.**

Dated: January ___, 2022

_____

HON. DAVID O. CARTER

United States District Judge

1

[PROPOSED] ORDER GRANTING DEFENDANT CITY OF LOS ANGELES' MOTION TO DISMISS PLAINTIFFS' AMENDED AND SUPPLEMENTAL COMPLAINT