RODRIGO A. CASTRO-SILVA (SBN 185251), *County Counsel*
rcastro-silva@counsel.lacounty.gov
LAUREN M. BLACK (SBN 192302), *Assistant County Counsel*
ANA WAI-KWAN LAI (State Bar No. 257931), *Senior Deputy County Counsel*
500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel.: (213) 974-1830 | Fax: (213) 626-7446

BYRON J. MCLAIN (SBN 257191)
bmclain@foley.com
FOLEY & LARDNER, LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071
Tel.: (310) 972-4500 | Fax: (213) 486-0065

LOUIS R. MILLER (SBN 54141)
smiller@millerbarondess.com
MIRA HASHMALL (SBN 216842)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES**<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:    January 24, 2022<br>Time:    8:30 a.m.<br>Place:    Courtroom 9D<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

542605.6

Case No. 2:20-cv-02291 DOC-KES

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION
TO DISMISS FIRST AMENDED COMPLAINT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

Defendant County of Los Angeles ("County") hereby submits this Request for Judicial Notice pursuant to Rule 201 of the Federal Rules of Evidence in support of its Motion to Dismiss:

## I.    LEGAL STANDARDS

"The court may judicially notice a fact that is not subject to reasonable dispute because it:  (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).  A court "may take judicial notice at any stage of the proceeding," and "must take judicial notice if a party requests it and the court is supplied with the necessary information."  *Id*. at 201(c)(2), (d).

In ruling on a motion to dismiss under Rule 12(b)(6), a court may consider "documents incorporated into the complaint by reference, and matters of which a court may take judicial notice."  *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007).  A "court may take judicial notice of matters of public record without converting a motion to dismiss into a motion for summary judgment, as long as the facts noticed are not subject to reasonable dispute."  *Skilstaf, Inc. v. CVS Caremark Corp.*, 669 F.3d 1005, 1016 n.9 (9th Cir. 2012) (citation omitted).  Similarly, "documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading, may be considered in ruling on a Rule 12(b)(6) motion to dismiss," and "[s]uch consideration does 'not convert the motion to dismiss into a motion for summary judgment.'"  *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994) (citation omitted).

In addition, when a plaintiff moves to dismiss for lack of subject matter jurisdiction under Rule 12(b)(1), "a court may look beyond the complaint to matters of [which judicial notice is taken] without having to convert the motion into one for

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

summary judgment.  It also need not presume the truthfulness of the plaintiffs' allegations." *White v. Lee*, 227 F.3d 1214, 1242 (9th Cir. 2000) (citation omitted).

Courts may take judicial notice of "matters of public record." *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986).  These "matters of public record" include government records and reports.  *Barron v. Reich*, 13 F.3d 1370, 1377 (9th Cir. 1994) (holding that the district court properly took judicial notice of a field operations handbook for a regional division of the Department of Labor because the handbook "clearly constitute[d]" judicially noticeable facts); *United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003) (observing "[c]ourts may take judicial notice of some public records, including the 'records and reports of administrative bodies'" (citation omitted)).

This includes records of municipal governments.  *Price v. County of Los Angeles*, No. 2:20-cv-04911-SB-KS, 2020 WL 7861975, at *2 (C.D. Cal. Dec. 1, 2020) (taking judicial notice of 15 documents submitted by the County of Los Angeles, including the "orders and proclamations made by the Los Angeles County Board of Supervisors and the Governor of the State of California," the Twitter posts from county officials, and records of official motions and votes of the Los Angeles County Board of Supervisors); *Best Supplement Guide, LLC v. Newsom*, No. 2:20-cv-00965-JAM-CKD, 2020 WL 2615022, at *2 (E.D. Cal. May 22, 2020) (taking judicial notice of "various documents issued by the federal government, the State of California, San Joaquin County, and the City of Lodi"); *Bd. of Trs. of Leland Stanford Junior Univ. v. County of Santa Clara*, No. 18-cv-07650-BLF, 2019 WL 5087593, at *4 (N.D. Cal. Oct. 10, 2019) (taking judicial notice of various documents, including official acts of the Board of Supervisors, a transcript of a Board of Supervisors' public hearing, county ordinances, staff reports made public prior to Board of Supervisors' meeting, and other such public records); *Jenkel v. City & County of San Francisco*, No. C 06-2593 MHP, 2006 WL 2053502, at *1 n.3 (N.D. Cal. July 21, 2006) (taking judicial notice of documents found on the

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS FIRST AMENDED COMPLAINT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

website for the San Francisco Board of Supervisors, including resolutions and agendas for meetings).

The documents set forth below are publically available at Los Angeles County websites, and their accuracy cannot reasonably be questioned. The documents are relevant to, and offered in support of, the County's Motion to Dismiss Plaintiffs' First Amended Complaint ("FAC") to show that and how the County is, in fact, exercising its discretion to address people experiencing homelessness ("PEH").

## II.  DOCUMENTS SUBJECT TO JUDICIAL NOTICE

Pursuant to the above authority, the County respectfully requests that the Court take judicial notice of the documents submitted with and attached as Exhibits to the Declaration of Mira Hashmall, discussed below:

### A.  County Homelessness Services

The County funds programs for housing and social services to individuals and families who are experiencing homelessness, formerly homeless or at-risk of homelessness in Los Angeles County through 10 different County departments—Children and Family Services, Health Services, Mental Health, Public Health, Public Social Services, Development Authority, Sheriff's Department, Probation, Public Defender and Workforce Development, and Aging and Community Services—and the Los Angeles Homeless Services Authority ("LAHSA"), a joint powers authority of the County and the City of Los Angeles ("City"). (Declaration of Mira Hashmall ("Hashmall Decl.") Ex. 1.) These programs target myriad factors that contribute to homelessness and provide a variety of services, including:

- Rapid re-housing for families in the child welfare system where homelessness is the sole barrier to reunification;

- Approximately 60 Multidisciplinary Teams ("MDTs) comprised of a health professional, mental health specialist, substance abuse counselor, case manager, and someone with lived experience with homelessness

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS FIRST AMENDED COMPLAINT

that provide outreach and engagement 7 days a week to connect unsheltered people to housing, supportive services, and sources of income;

- Cash rental subsidies and move-in assistance;

- Homelessness diversion and re-entry and substance use disorder treatment for unsheltered persons incarcerated in County jails;

- Comprehensive job preparation and placement for probationers and formerly incarcerated individuals;

- Criminal-record clearing for persons experiencing homelessness;

- Housing-related assistance, including short-term financial assistance, legal services, eviction prevention, heavy cleaning, and landlord mediation for individuals who are homeless or at imminent risk of homelessness as a result of elder abuse; and

- Field-based Homeless Outreach & Mobile Engagement ("HOME") teams that provide outreach and engagement services to PEH who have a serious mental illness with the goal of linking them to ongoing mental health services and permanent housing to disrupt the cycle of chronic homelessness in the County.

The County requests that the Court take judicial notice of the County's list of "Programs Serving People Experiencing Homelessness." (Hashmall Decl. Ex. 1 [ECF Dkt. No. 189].) *E.g., Nichols v. Brown*, 859 F. Supp. 2d 1118, 1124 n.2 (C.D. Cal. 2012) (taking judicial notice of court opinions and dockets). The County further requests that the Court take judicial notice of the County Department of Mental Health's Report to the Los Angeles County Board of Supervisors ("Board"), titled "Disrupting the Cycle of Chronic Homelessness-DMH Homeless Outreach and Mobile Engagement (HOME) Team Pilot (Item 12, Agenda of June 23, 2020)"." (Hashmall Decl. Ex. 2.)

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

542605.6

4

On July 27, 2021, the Los Angeles County Board of Supervisors ("Board") created a Blue Ribbon Commission on Homelessness to research and analyze various homelessness governance reports, studying models from across the nation and providing feedback to the Board regarding the most relevant and effective models, with the intention of implementing reform to help solve the homelessness crisis in Los Angeles County. (Hashmall Decl. Ex. 3 [July 27, 2021 Statement of Proceedings of the Board].) On September 15, 2021, the Board also approved the creation of a taskforce chaired by the Executive Director of Racial Equity and comprised of dozens of County departments and partners, called the Los Angeles County Office of Prevention Services. (Hashmall Decl. Ex. 4 [September 15, 2021 Statement of Proceedings of the Board].) This taskforce will coordinate and effectuate a comprehensive community-based prevention services system—informed by an equity-centered framework—to improve the lives of the most vulnerable County residents, including PEH. The County requests that the Court take judicial notice of the Board's July 27, 2021 and September 15, 2021 Statements of Proceedings. (Hashmall Decl. Exs. 3, 4.)

The County is thus aware of the intersectionality of homelessness and other axis of marginalization and is actively working towards providing targeted aid for PEH who are also otherwise marginalized. For example, on August 10, 2021, the Board adopted a proposal to issue nearly $38 million in bonds to finance the construction and development of 120 apartments for homeless veterans. (Hashmall Decl. Ex. 5 [August 10, 2021 Statement of Proceedings of the Board].) On September 28, 2021, the Board approved the deployment of mobile public health teams to provide testing and treatment of sexually transmitted infections among PEH and, in particular, PEH who are LGBT or pregnant. (Hashmall Decl. Ex. 6 [September 28, 2021 Statement of Proceedings of the Board].) On October 19, 2021, the Board approved a measure to improve outreach and services for undocumented individuals and immigrants experiencing homelessness. (Hashmall

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS FIRST AMENDED COMPLAINT

Decl. Ex. 7 [October 19, 2021 Statement of Proceedings of the Board ].)  The County requests that the Court take judicial notice of the Board's August 10, 2021, September 28, 2021, and October 19, 2021 Statements of Proceedings.  (Hashmall Decl. Exs. 5, 6, 7.)

### B.    Housing for Health

In November 2012, the County Department of Health Services ("DHS") established the Housing for Health ("HFH") division to expand access to supportive housing for DHS patients who are homeless and who have complex medical and behavioral health conditions and/or are high utilizers of DHS services.  (Hashmall Decl. Ex. 8 [July 19, 2021 Letter from DHS to Board Transmitting HFH Quarterly Report].)

HFH utilizes a full range of community-based housing options, including non-profit-owned supportive housing, affordable housing, and private market housing.  (*Id*.)  Tenants receive federal rental subsidies such as Section 8 Project Based or Tenant Based Vouchers or a local rental subsidy through the Flexible Housing Subsidy Pool ("FHSP").  (*Id*.)  All individuals who are housed through HFH programs are assigned to a homeless services provider to receive Intensive Case Management Services ("ICMS").  (*Id*.)  These services include outreach and engagement; case management with on-going monitoring and follow-up; linkage to health, mental health, and substance use disorder services; assistance with benefits establishment; assistance with life skills, job skills, and educational and volunteer opportunities; and crisis intervention.  (*Id*.)  ICMS providers provide "whatever it takes" wraparound services to assist clients in regaining stability and improved health.  (*Id*.)

Between November 2012 and March 2021, DHS has housed 18,444 clients in permanent supportive housing, with 4,415 placed in existing permanent supportive housing and 14,029 placed in new permanent supportive housing.  (*Id*.)  As of March 31, 2021, 13,450 clients were actively housed in permanent supportive

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

542605.6

6

Case No. 2:20-cv-02291 DOC-KES

housing through HFH, 638 of whom were housed during the first three months of 2021 alone. (*Id.*)  The County requests that the Court take judicial notice of the July 19, 2021 Letter from DHS to the Board, transmitting the HFH Quarterly Report for the period from January 1, 2021 to March 31, 2021. (*Id.*)

## C.   Measure H And The Homeless Initiative

On August 17, 2015, the Board launched the Homeless Initiative to combat the homeless crisis in Los Angeles.  The Homeless Initiative was created following 18 policy summits on nine topics with 25 County departments, 30 cities and other public agencies, and over 100 community partners and stakeholders.  In February 2016, the Homeless Initiative finalized 47 recommended Strategies (the "2016 HI Report") and submitted it to the Board for approval.  Structured to produce measurable outcomes, the strategies seek to (a) prevent homelessness, (b) expand subsidized housing, (c) increase income among those who are homeless or are at risk of becoming homeless, (d) enhance homeless case management and supportive services, (e) create a coordinated homelessness service system, and (f) expand affordable and homeless housing.  On February 9, 2016, the Board approved the Homeless Initiative's recommendations and nearly $1 billion in funding and instructed the County's Chief Executive Office ("CEO") to report to the Board on a quarterly basis.  The County requests that the Court take judicial notice of the 2016 HI Report and the CEO's first quarterly report. (Hashmall Decl. Exs. 9, 10.)

In March 2017, voters approved Measure H, which authorized a 0.25% increase to the County's sales tax to provide an ongoing revenue stream to address the homeless crisis.  As it appeared on the ballot, Measure H also required "independent annual audits and citizens' oversight." (Hashmall Decl. Ex. 11 [Mar. 7, 2017 Ballot].)  The County requests that the Court take judicial notice of the March 7, 2017 Countywide Measure known as "Measure H" appearing on the ballot. (*Id.*)

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS FIRST AMENDED COMPLAINT

The Homeless Initiative and lead County departments and agencies responsible for implementing each Strategy collaborated and offered recommendations to the Board as to how to allocate the new funds generated by Measure H, which the Board approved. (Hashmall Decl. Ex. 12 [Sep. 29, 2017 CEO Report] at 1.) The County requests that the Court take judicial notice of the report submitted by the CEO to the Board on September 29, 2017. (*Id.*)

Since its enactment, Measure H has successfully generated hundreds of millions of dollars annually, and has been credited for "accelerat[ing]" the critical work of the Homeless Initiative to "improve the lives of individuals and families experiencing homelessness." (Hashmall Decl. Ex. 13 [Homeless Initiative Quarterly Report No. 18] at 3.) All 47 HI Strategies have been fully or partially implemented. (*Id.* at 4.) The County requests that the Court take judicial notice of the Homeless Initiative Quarterly Report No. 18, submitted to the Board by the CEO on December 3, 2020. (*Id.*)

On February 22, 2021, the CEO submitted the Countywide Homeless Initiative's Year Four performance evaluation prepared by Dr. Halil Toros (Statistical Analytics Consultant, USC Price Center for Social Innovation), Dr. Dennis Culhane (Professor, University of Pennsylvania, Social Policy & Practice), and Dr. Stephen Metraux (Assistant Professor, University of Delaware, Biden School of Public Policy & Administration) of Public Sector Analytics ("PSA"). PSA reported that permanent supportive housing placements were driving reductions in homelessness. (Hashmall Decl. Ex. 14 [PSA's February 22, 2021 Countywide Homeless Initiative's Year Four Performance Evaluation] at 10.) Among other things, PSA considered "the apparent paradox of why LA's homeless population, as per the annual point-in-time count, has grown by 13% in each of the past two years despite the expansion in LA's homeless services and the growth in funded exits from homelessness" and included a "Key Finding[]" that "the growing census is primarily a result of increases in the persistently homeless." (*Id.* at 11.)

542605.6

8

Case No. 2:20-cv-02291 DOC-KES

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS FIRST AMENDED COMPLAINT

PSA also found that the "planned growth" of permanent supporting housing held "promise" for "addressing persistent homelessness," which the report posited "would have the greatest potential impact on the level of homelessness in LA." (*Id.*) PSA also reported that the number of interim housing placements has steadily risen each year—totally nearly 30,000 in 2019-2020—and stated that "[i]deally, the temporary orientation of these facilities means short stays and placements into longer-term housing arrangements." (*Id.* at 29.) The County requests that the Court take judicial notice of the February 22, 2021 CEO report to the Board transmitting the Countywide Homeless Initiative's Year Four performance evaluation. (*Id.*)

The Homeless Initiative recently reported additional progress to the Board. As of August 2021, the County's homeless services system has placed nearly 72,000 people in permanent housing and 93,000 in interim housing. (Hashmall Decl. Ex. 15 [Homeless Initiative Quarterly Report No. 20] at 13, 15.) Of those, 30,310 have been permanently housed because of Measure H strategies, and 53,145 entered interim housing funded in whole or in part from Measure H. (*Id.* at 3.) In the last fiscal year alone, the County's system provided permanent housing to 20,477 people and interim housing to 26,750 people. (*Id.*) These included 7,702 permanent housing placements and 7,659 interim housing placements through Measure H-funded programs. (*Id.*) The County requests that the Court take judicial notice of the Homeless Initiative Quarterly Report No. 20, submitted to the Board by the CEO on August 20, 2021. (*Id.*)

The County is currently evaluating how to use new funding opportunities (such as Homeless, Housing, Assistance and Prevention, the American Rescue Plan, and the Governor's California Comeback Plan) to create up to 1,000 new subsidies to increase turnover of interim housing beds by quickly matching high acuity clients to permanent housing and supporting the exit of clients from interim housing. (Hashmall Decl. Ex. 5 at 13.) The County is likewise analyzing finance models to develop and operate affordable housing for college students experiencing

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

542605.6

9

Case No. 2:20-cv-02291 DOC-KES

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS FIRST AMENDED COMPLAINT

homelessness, including engaging with local colleges and universities to identify opportunities to partner in the development of housing.  (*Id.* at 29.)

Besides investing in programs to prevent and combat homelessness, Homeless Initiative found that the County is continuing to chip away at the affordable housing shortage, one of the primary drivers of homelessness.  (Ex. 15 at 23.)  Housing Initiative also reported an "unprecedented" funding recommendations total of $527.1 million for Fiscal Year 2021-22, including $454.8 million raised through Measure H.  (Hashmall Decl. Ex. 16 [July 13, 2021 Press Release announcing the Homeless Initiative Budget for Fiscal Year 2021-2022].)  In announcing the budget, the Chair of the Board stated that "[a]ddressing homelessness requires a multi-faceted approach and understanding that every individual's housing journey is unique. . . .  This year's budget reflects the County's continued efforts to address the root causes of homelessness and the implementation of preventative strategies to keep residents housed, especially as we emerge from a pandemic that disproportionately impacted low-income Black and Latinx residents."  (*Id.*)  On November 16, 2021, the Board approved additional millions of dollars in supplemental funds to be used for Homeless Initiative strategies and an anti-discrimination housing program administered through the U.S. Department of Housing and Urban Development ("HUD").  (Hashmall Decl. Ex. 17 [November 16, 2021 Statement of Proceedings of the Board].)  The County requests that the Court take judicial notice of the July 13, 2021 Press Release announcing the Homeless Initiative Budget for Fiscal Year 2021-2022 and the Board's November 16, 2021 Statement of Proceedings.  (Hashmall Decl. Exs. 16, 17.)

**D.    The Freeway Plan**

On June 16, 2020, the County and the City entered into a binding term sheet whereby the County agreed pay the City $53 million dollars during the first year, and up to $60 million per year for the following four years, to finance the its agreement to provide 6,700 beds for PEH.  (Hashmall Decl. Ex. 18 [ECF Dkt. No.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS FIRST AMENDED COMPLAINT

136 (the "Freeway Plan")].) These 6,700 beds are intended to house and shelter PEH who live within 500 feet of a freeway overpass, and then to give priority housing and shelter to PEH who are 65 or older or who are otherwise vulnerable. (*Id.*) The County made an initial payment to the City of $17.66 million on September 1, 2020. (Hashmall Decl. Ex. 19 [ECF Dkt. No. 177].) On October 9, 2020, the County and the City confirmed the Freeway Plan in a Memorandum of Understanding ("MOU"), filed with this Court. (Hashmall Decl. Ex. 20 [ECF Dkt. No. 185].) The County requests that the Court take judicial notice of the Freeway Plan (ECF Dkt. No. 136), the County's September 16, 2020 Notice of Payment (ECF Dkt. No. 177), and the MOU (ECF Dkt. No. 185). (Hashmall Decl. Exs. 18, 19, 20.) *E.g., Nichols*, 859 F. Supp. 2d at 1124 n.2 (taking judicial notice of court opinions and dockets).

To date, the County has contributed $113 million to support the City's PEH population, and provides a package of mainstream services to PEH residing in facilities established by the City pursuant to the MOU, including on-site outreach and engagement, benefits assistance, as well as mental health and substance abuse services. (Hashmall Decl. Exs. 21 [ECF Dkt. No. 203], 22 [ECF Dkt. No. 254], 23 [ECF Dkt. No. 341], 24 [ECF Dkt. No. 364].) The County requests that the Court take judicial notice of the County's January 7, 2021 Notice of Payment (ECF Dkt. No. 203), the County's March 29, 2021 Notice of Payment (ECF Dkt. No. 254), the County's July 13, 2021 Notice of Payment and Report Regarding Mainstream Services (ECF Dkt. No. 341), and the County's November 2, 2021 Quarterly Report Pursuant to the MOU (ECF Dkt. No. 364). (Hashmall Decl. Exs. 21, 22, 23, 24.) *E.g., Nichols*, 859 F. Supp. 2d at 1124 n.2 (taking judicial notice of court opinions and dockets).

## E.    The County's Additional Appropriations For Homeless Services

In addition to its significant contributions pursuant to the MOU, the County is continuing its work to address homelessness and support PEH in other ways. On

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS FIRST AMENDED COMPLAINT

August 31, 2021, the Board approved $450,000 in funding towards a tiny-home interim housing project in Torrance.  The County requests that the Court take judicial notice of the August 31, 2021 Statement of Proceedings of the Board. (Hashmall Decl. Ex. 25 [August 31, 2021 Statement of Proceedings of the Board].)

In September 2021, LAHSA received a $15 million grant from HUD to address youth homelessness.  (Hashmall Decl. Ex. 26 [September 27, 2021 Press Release from LAHSA].)  In October 2021, the County entered into an agreement with the State of California to receive $3.7 million in Emergency Solutions Grant funds for programs that assist PEH.  (Hashmall Decl. Ex. 27 [October 5, 2021 Statement of Proceedings of the Board].)  The County requests that the Court take judicial notice of the September 27, 2021 press release and the October 5, 2021 Statement of Proceedings.  (Hashmall Decl. Exs 26, 27.)

On November 2, 2021, the Board authorized an additional $10 million in funding for cities and local Councils of Governments who need help paying for supportive services at interim housing sites.  (Hashmall Decl. Ex. 28 [November 2, 2021 Statement of Proceedings of the Board].)  Supervisors Hilda Solis and Kathryn Barger, the co-authors of the motion recommending the fund, highlighted a number of new municipal projects that would benefit from the County's provision of financial aid, including "tiny homes" projects in Baldwin Park and Montebello, and two motels El Monte set to house PEH.  (Hashmall Decl. Ex. 29 [November 2, 2021 Motion by Supervisors Solis and Barger].)  The County requests that the Court take judicial notice of the November 2, 2021 Statement of Proceedings and Motion by Supervisors Hilda L. Solis and Kathryn Barger, and the August 31, 2021 Statement of Proceedings.  (Hashmall Decl. Exs. 28, 29.)

### F.    The County's COVID-19 Response

On March 4, 2020, the State of California declared a state of emergency related to COVID-19.  On May 12, 2020, Supervisors Ridley-Thomas and Hahn submitted a motion to the Board requesting that the Board direct the Executive

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

Director of LAHSA, in collaboration with the CEO and other County departments, as well as the City, philanthropy and other key partners, to develop a Homelessness COVID-19 Recovery Plan (the "May 12, 2020 Motion"). The motion explained that the Homelessness COVID-19 Recovery Plan should include "post-pandemic housing plans for homeless older adults," and requested that the Board direct the CEO to identify existing resources, including The CARES Act (H.R. 748) Coronavirus Relief Fund, to support the plan. The motion further requested that the Board direct the CEO's Legislative Affairs and Intergovernmental Relations Branch in Washington, D.C. and Sacramento to continue to advocate for federal and state resources to expand housing for the homeless. The County requests that the Court take judicial notice of the May 12, 2020 Motion. (Hashmall Decl. Ex. 30.)

The Board granted the motion. (Hashmall Decl. Ex. 31 [July 2, 2020 CEO Report] at 1.) The Board directed the CEO to identify existing resources, including The CARES Act (H.R. 748) Coronavirus Relief Fund, to support the plan and to report back within 45 days. (*Id.*) LAHSA created a COVID-19 Recovery Plan, which focuses on five key goals: (1) no returns from COVID-19 response to the street; (2) rapidly house 15,000 of the most vulnerable people; (3) reduce inflow into homelessness; (4) prepare systems for future crises; and (5) ensure racial equity throughout. (*Id.*) LAHSA projected that it would cost $806,595,604 over the next three fiscal years to implement the plan in its entirety. (*Id.* at 2.) Of that total, $609,178,112 represents new costs that must be identified from existing or new funding sources. (*Id.*) On July 2, 2020, the CEO submitted the LAHSA COVID-19 Recovery Plan to the Board. (*Id.*) The County requests that the Court take judicial notice of the July 2, 2020 submission by the CEO to the Board and the attached LAHSA COVID-19 Recovery Plan. (*Id.*)

### 1.     <u>Project Roomkey/Homekey</u>

In response to COVID-19, the Governor created Project Roomkey to combat the spread of the virus and address the needs of the most vulnerable individuals in

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS FIRST AMENDED COMPLAINT

the community.  Project Roomkey is a statewide motel/hotel program that seeks to provide asymptomatic people experiencing homelessness with temporary housing. The County, in partnership with the City of Los Angeles and the Los Angeles Homeless Services Authority, facilitated the implementation of Project Roomkey in Los Angeles by finalizing agreements with hotels/motels, working with service providers to staff the hotels/motels, and deploying disaster relief workers to staff the sites.  (Hashmall Decl. Ex. 32 [May 15, 2020 CEO Report].)  On September 15, 2021, the Board approved $34 million in funding for Project Roomkey in fiscal year 2021-22.  (Hashmall Decl. Ex. 4 [September 15, 2021 Statement of Proceedings of the Board].)  In addition, with Project Homekey, the County purchased 10 hotels and motels to shelter about 900 people during the pandemic.  Every Homekey unit will ultimately become permanent supportive housing.  (Hashmall Decl. Ex. 15 at 6.)  The County requests that the Court take judicial notice of the May 15, 2020 report by the CEO to the Board titled "Piloting a Comprehensive Crisis Response to Ensure Post-COVID-19 Housing for Homeless Older Adults in Los Angeles County (Item No. 8, Agenda of April 14, 2020)."  (Hashmall Decl. Ex. 32.)

The County, in partnership with the City of Los Angeles and LAHSA, facilitated the implementation of Project Roomkey in Los Angeles by finalizing agreements with hotels/motels, working with service providers to staff the hotels/motels, and deploying disaster relief workers to staff the sites.  (Hashmall Decl. Ex. 32.)  As of September 2021, over 8,700 people experiencing homelessness had been placed in hotels/motels pursuant to Project Roomkey.  (Hashmall Decl. Ex. 15 at 3.)

## 2.    COVID-19 Treatment and Vaccinations

During the pandemic, County departments, partner agencies, and community-based homeless services providers not only continued implementing Homeless Initiative strategies but also facilitated COVID-19 testing and vaccinations. (Hashmall Decl. Ex. 15 at 3.)  The County has provided COVID-19 testing for

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS FIRST AMENDED COMPLAINT

19,171 people in 2,933 encampments countywide between April 1, 2020 and June 30, 2021.  (*Id.* at 9.)  The County has also directly administered 18,125 vaccinations to 12,077 distinct people experiencing homelessness, 5,675 of whom are now fully vaccinated.  (*Id.*)  Cumulatively, about 50,000 total vaccine doses have been administered by various agencies to people experiencing homelessness throughout the County since the start of the pandemic.  (*Id.*)

### G.    Mental Health Services Act

In the FAC, Plaintiffs allege that as of 2019, "the County had almost $1 billion in funds allocated to it through the Mental Health Services Act, and while there has been some expenditure since, there has been no clarity about how much remains in the fund unspent."  (FAC ¶ 90.)

On November 3, 2020, the County submitted a Status Report explaining how the County allocates and spends MHSA funds.  (Hashmall Decl. Ex. 33 [ECF Dkt. No. 197].)  The County explained that MHSA funds are allocated pursuant to a three-year expenditure plan that is approved by the California Department of Health Services and the California MHSA Oversight and Accountability Commission.  (*Id.* at 4.)  The County requests that the Court take judicial notice of its November 3, 2020 Status Report.  *E.g., Nichols*, 859 F. Supp. 2d at 1124 n.2 (taking judicial notice of court opinions and dockets).

On May 30, 2017, the Board adopted the MHSA three-year expenditure plan for fiscal years 2017-18, 2018-19 and 2019-20.  Per this plan, MHSA funds are allocated for a variety of programs and services to meet the mental health needs of county residents.  The County requests that the Court take judicial notice of the MHSA three-year expenditure plan adopted by the Board on May 30, 2017.  (Hashmall Decl. Ex. 34 [May 2, 2017 report to the Board].)

As a result of the COVID-19 pandemic, the Los Angeles County Department of Mental Health ("DMH") received an extension to continue with its three-year expenditure plan for fiscal year 2020-21.  Per DMH, this "will allow for adequate

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

time to ensure the stakeholder process is fully engaged in preparation of a new Three-Year Plan that reflects 1) a thorough understanding of community needs which are in transition as a result of the ongoing COVID-19 pandemic and civil unrest, and 2) meaningful budget forecasts." The County requests that the Court take judicial notice of the following statements set forth on DMH's official website, at URL link: dmh.lacounty.gov/about/mhsa/announcements. (Hashmall Decl. Ex. 35 [Excerpts from the Los Angeles County Department of Mental Health's website].)

## III.   CONCLUSION

The above documents are relevant to, and offered in support of, the Motion to Dismiss to show that the County is exercising its discretion to address homelessness. They are public records available at Los Angeles County websites and their accuracy cannot reasonably be questioned. Thus, the County requests that the Court grant this request and take judicial notice of the documents.

DATED:  December 3, 2021          MILLER BARONDESS, LLP

By:      /s/ Mira Hashmall
         MIRA HASHMALL
         Attorneys for Defendant
         COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400