RODRIGO A. CASTRO-SILVA (SBN 185251), *County Counsel*
rcastro-silva@counsel.lacounty.gov
LAUREN M. BLACK (SBN 192302), *Assistant County Counsel*
ANA WAI-KWAN LAI (State Bar No. 257931), *Senior Deputy County Counsel*
500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel.: (213) 974-1830 | Fax: (213) 626-7446

BYRON J. MCLAIN (SBN 257191)
bmclain@foley.com
FOLEY & LARDNER, LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071
Tel.: (310) 972-4500 | Fax: (213) 486-0065

LOUIS R. MILLER (SBN 54141)
smiller@millerbarondess.com
MIRA HASHMALL (SBN 216842)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES** <br><br> **NOTICE OF LODGING [PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> Date: January 24, 2022 <br> Time: 8:30 a.m. <br> Place: Courtroom 9D <br><br> Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

545799.1

Case No. 2:20-cv-02291 DOC-KES

NOTICE OF LODGING [PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES'
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant County of Los Angeles hereby lodges with the Court the following document, a true and correct copy of which is attached hereto:

1.    [Proposed] Order Granting Defendant County of Los Angeles' Request for Judicial Notice in Support of Motion to Dismiss First Amended Complaint.

DATED:  December 3, 2021        MILLER BARONDESS, LLP


By:    /s/ Mira Hashmall
       MIRA HASHMALL
       Attorneys for Defendant
       COUNTY OF LOS ANGELES

545799.1                                    2                    Case No. 2:20-cv-02291 DOC-KES

NOTICE OF LODGING [PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

544378.2

Case No. 2:20-cv-02291 DOC-KES

# ORDER

On January 24, 2022, Defendant County of Los Angeles' ("County") Request for Judicial Notice (the "RJN") in Support of its Motion to Dismiss Plaintiffs' First Amended Complaint came on for hearing in the above-captioned court, the Honorable David O. Carter presiding.

Having reviewed the pleadings and heard oral argument, if any, the Court hereby takes judicial notice of the following documents:

1. The County's Report of Available Resources for People Experiencing Homelessness, filed with this Court at ECF Dkt. No. 189, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 1**.

2. The County Department of Mental Health's Report to the Los Angeles County Board of Supervisors ("Board"), titled "Disrupting the Cycle of Chronic Homelessness-DMH Homeless Outreach and Mobile Engagement (HOME) Team Pilot (Item 12, Agenda of June 23, 2020)," a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 2**.

3. The July 27, 2021 Statement of Proceedings of the Board, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 3**.

4. The September 15, 2021 Statement of Proceedings of the Board, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 4**.

5. The August 10, 2021 Statement of Proceedings of the Board, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 5**.

6. The September 28, 2021 Statement of Proceedings of the Board, a true and correct copy of which is attached to the Declaration of

ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES'
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT

Mira Hashmall as **Exhibit 6**.

7.　The October 19, 2021 Statement of Proceedings of the Board, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 7**.

8.　The July 19, 2021 Letter from the County Department of Health Services ("DHS") to Board Transmitting HFH Quarterly Report, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 8**.

9.　The February 2016 report published by the Los Angeles County Homeless Initiative ("Homeless Initiative"), titled "Approved Strategies to Combat Homelessness," a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 9**.

10.　The May 9, 2016 Homeless Initiative Quarterly Report No. 11, submitted to the Los Angeles County Board of Supervisors ("Board") by the Los Angeles County Chief Executive Office ("CEO"), a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 10**.

11.　The Measures appearing on the March 7, 2017 Ballot, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 11**.

12.　The September 29, 2017 report submitted to the Board by the CEO, titled "Homeless Initiative Measure H Strategy Implementation Plans," a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 12**.

13.　The December 3, 2020 Homeless Initiative Quarterly Report No. 18, submitted to the Board by the CEO, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 13**.

14.　The February 22, 2021 Countywide Homeless Initiative's Year Four

544378.2

3

ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES'
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT

performance evaluation prepared by Public Sector Analytics, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 14**.

15. The August 20, 2021 Homeless Initiative Quarterly Report No. 20, submitted to the Board by the CEO, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 15**.

16. The July 13, 2021 Press Release announcing the Homeless Initiative Budget for Fiscal Year 2021-2022, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 16**.

17. The November 16, 2021 Statement of Proceedings of the Board, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 17**.

18. The June 26, 2020 Binding Term Sheet between the County and the City of Los Angeles, filed with this Court at ECF Dkt. No. 136, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 18**.

19. The September 16, 2020 Notice to the Court of Payment from County of Los Angeles Pursuant to Binding Term Sheet, filed with this Court at ECF Dkt. No. 177, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 19**.

20. The October 13, 2020 Joint Notice to the Court Regarding Memorandum of Understanding for 6,700 Bed Plan from City of Los Angeles and County of Los Angeles, filed with this Court at ECF Dkt. No. 185, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 20**.

21. The January 7, 2021 Notice to the Court of Payment from County of Los Angeles Pursuant to Binding Term Sheet, filed with this Court at ECF Dkt. No. 203, a true and correct copy of which is attached to the

ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT

Declaration of Mira Hashmall as **Exhibit 21**.

22. The March 29, 2021 Notice to the Court of Payment from County of Los Angeles Pursuant to Binding Term Sheet, filed with this Court at ECF Dkt. No. 254, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 22**.

23. The July 13, 2021 County of Los Angeles' Notice of Payment and Report Regarding Mainstream Services at City Facilities, filed with this Court at ECF Dkt. No. 341, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 23**.

24. The November 2, 2021 Defendant County of Los Angeles' Quarterly Status Report Pursuant to Memorandum of Understanding Between County of Los Angeles and City of Los Angeles [DKT. 185-1], filed with this Court at ECF Dkt. No. 364, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 24**.

25. The August 31, 2021 Statement of Proceedings of the Board, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 25**.

26. The September 27, 2021 Press Release from LAHSA regarding a $15 million grant from the U.S. Department of Housing and Urban Development, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 26**.

27. The October 5, 2021 Statement of Proceedings of the Board, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 27**.

28. The November 2, 2021 Statement of Proceedings of the Board, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 28**.

29. The November 2, 2021 Motion by Supervisors Hilda L. Solis and

544378.2                                   5                    Case No. 2:20-cv-02291 DOC-KES

Kathryn Barger regarding Interim Housing Services Fund For Cities And Councils Of Governments Combatting Homelessness of the Board, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 29**.

30. The May 12, 2020 Motion by Los Angeles County Supervisors Sheila Kuehl and Mark Ridley-Thomas, titled "Developing a COVID-19 Recovery Plan Related to People Experiencing Homelessness," a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 30**.

31. The July 2, 2020 report submitted to the Board by the CEO, titled "Developing a COVID-19 Recovery Plan Related to People Experiencing Homelessness (Item No. 4, Agenda of May 12, 2020)," a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 31**.

32. The May 15, 2020 report submitted to the Board by the CEO, titled "Piloting a Comprehensive Crisis Response to Ensure Post-COVID-19 Housing for Homeless Older Adults in Los Angeles County (Item No. 8, Agenda of April 14, 2020)," a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 32**.

33. The November 3, 2020 County of Los Angeles' Response to Plaintiffs' Status Report Dated October 20, 2020, filed with this Court at ECF Dkt. No. 197, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 33**.

34. The May 2, 2017 report to the Board, titled "Adopt the Department of Mental Health's Mental Health Services Act Three-Year Program and Expenditure Plan for Fiscal Years 2017-18, 2018-19 and 2019-20," a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 34**.

ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES'
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT

35.  Excerpts from the Los Angeles County Department of Mental Health's website, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 35**.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable David O. Carter
Judge of the United States District Court

ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES'
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT