RODRIGO A. CASTRO-SILVA (SBN 185251), *County Counsel*
rcastro-silva@counsel.lacounty.gov
LAUREN M. BLACK (SBN 192302), *Assistant County Counsel*
ANA WAI-KWAN LAI (State Bar No. 257931), *Senior Deputy County Counsel*
500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel.: (213) 974-1830 | Fax: (213) 626-7446

BYRON J. MCLAIN (SBN 257191)
bmclain@foley.com
FOLEY & LARDNER, LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071
Tel.: (310) 972-4500 | Fax: (213) 486-0065

LOUIS R. MILLER (SBN 54141)
smiller@millerbarondess.com
MIRA HASHMALL (SBN 216842)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES** <br><br> **NOTICE OF LODGING [PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> Date:    January 24, 2022 <br> Time:    8:30 a.m. <br> Place:   Courtroom 9D <br><br> Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

NOTICE OF LODGING [PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES'
MOTION TO DISMISS FIRST AMENDED COMPLAINT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant County of Los Angeles hereby lodges with the Court the following document, a true and correct copy of which is attached hereto:

1.    [Proposed] Order Granting Defendant County of Los Angeles' Motion to Dismiss First Amended Complaint.

DATED:  December 3, 2021        MILLER BARONDESS, LLP

By:    /s/ Mira Hashmall
        MIRA HASHMALL
        Attorneys for Defendant
        COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

545800.1

2

Case No. 2:20-cv-02291 DOC-KES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>        Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

## ORDER

Defendant County of Los Angeles' ("County") Motion to Dismiss Plaintiffs First Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1) and (b)(6) ("Motion") came on for hearing on January 24, 2022, in the above-captioned Court, the Honorable David O. Carter presiding.  All parties were represented at the hearing by their respective counsel of record.

**IT IS HEREBY ORDERED** that:

1.    The County's Motion is **GRANTED**; and

2.    The First, Second, Third, Fourth, Sixth, Seventh, Eighth, Ninth, Tenth Eleventh, and Thirteenth Causes of Action against the County in the First Amended Complaint are dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable David O. Carter
Judge of the United States District Court