RODRIGO A. CASTRO-SILVA (SBN 185251), *County Counsel*
rcastro-silva@counsel.lacounty.gov
LAUREN M. BLACK (SBN 192302), *Assistant County Counsel*
ANA WAI-KWAN LAI (State Bar No. 257931), *Senior Deputy County Counsel*
500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel.: (213) 974-1830 | Fax: (213) 626-7446

BYRON J. MCLAIN (SBN 257191)
bmclain@foley.com
FOLEY & LARDNER, LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071
Tel.: (310) 972-4500 | Fax: (213) 486-0065

LOUIS R. MILLER (SBN 54141)
smiller@millerbarondess.com
MIRA HASHMALL (SBN 216842)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES**<br><br>**DECLARATION OF MIRA HASHMALL IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:    January 24, 2022<br>Time:    8:30 a.m.<br>Place:   Courtroom 9D<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

542603.2

Case No. 2:20-cv-02291 DOC-KES

DECLARATION OF MIRA HASHMALL IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES'
MOTION TO DISMISS FIRST AMENDED COMPLAINT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

**DECLARATION OF MIRA HASHMALL**

I, Mira Hashmall, declare as follows:

1.     I am an attorney duly admitted to practice before this Court.  I am a partner with Miller Barondess, LLP, counsel of record for Defendant County Of Los Angeles.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts.  I make this declaration in support of Defendant County of Los Angeles' Motion to Dismiss Plaintiffs' First Amended Complaint.

**Motion for Judicial Notice**

2.     A true and correct copy of the County's Report of Available Resources for People Experiencing Homelessness, filed with this Court at ECF Dkt. No. 189, is attached hereto as **Exhibit 1**.

3.     A true and correct copy of the County Department of Mental Health's Report to the Los Angeles County Board of Supervisors ("Board"), titled "Disrupting the Cycle of Chronic Homelessness-DMH Homeless Outreach and Mobile Engagement (HOME) Team Pilot (Item 12, Agenda of June 23, 2020)," is attached hereto as **Exhibit 2**.

4.     A true and correct copy of the July 27, 2021 Statement of Proceedings of the Board is attached hereto as **Exhibit 3**.  This exhibit is publicly available at http://file.lacounty.gov/SDSInter/bos/sop/1110950_072721.pdf.

5.     A true and correct copy of the September 15, 2021 Statement of Proceedings of the Board is attached hereto as **Exhibit 4**.  This exhibit is publicly available at http://file.lacounty.gov/SDSInter/bos/sop/1112973_091521.pdf.

6.     A true and correct copy of the August 10, 2021 Statement of Proceedings of the Board is attached hereto as **Exhibit 5**.  This exhibit is publicly available at http://file.lacounty.gov/SDSInter/bos/sop/1111348_081021.pdf.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

7.      A true and correct copy of the September 28, 2021 Statement of Proceedings of the Board is attached hereto as **Exhibit 6**.  This exhibit is publicly available at http://file.lacounty.gov/SDSInter/bos/sop/1113870_092821.pdf.

8.      A true and correct copy of the October 19, 2021 Statement of Proceedings of the Board is attached hereto as **Exhibit 7**.  This exhibit is publicly available at http://file.lacounty.gov/SDSInter/bos/sop/1114704_101921.pdf.

9.      A true and correct copy of a July 19, 2021 Letter from the County Department of Health Services ("DHS") to Board Transmitting HFH Quarterly Report, is attached hereto as **Exhibit 8**.

10.     A true and correct copy of the February 2016 report published by the Los Angeles County Homeless Initiative ("Homeless Initiative"), titled "Approved Strategies to Combat Homelessness," is attached hereto as **Exhibit 9**.  This exhibit is publicly available at the Los Angeles County website https://homeless. lacounty.gov/wp-content/uploads/2018/07/HI-ReportApproved 2.pdf.

11.     A true and correct copy of the May 9, 2016 Homeless Initiative Quarterly Report No. 1, submitted to the Board by the Los Angeles County Chief Executive Office ("CEO") is attached hereto as **Exhibit 10**.  This exhibit is publicly available at Los Angeles County website http://file.lacounty.gov/SDSInter/lac/1045976_QR1_FullReport.pdf.

12.     A true and correct copy of the Measures appearing on the March 7, 2017 Ballot is attached hereto as **Exhibit 11**.  These Measures are publicly available at the Los Angeles County website https://www.lavote.net/ docs/rrcc/election-info/03072017-measures-appearing-on-ballot.pdf.

13.     A true and correct copy of the September 29, 2017 report submitted to the Board by the CEO, titled "Homeless Initiative Measure H Strategy Implementation Plans," is attached hereto as **Exhibit 12**.  This exhibit is publicly available at the Los Angeles County website https://homeless.lacounty.gov/wp-content/uploads/2019/02/Measure-H-Strategy-Implementation-Plans.pdf.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

14.     A true and correct copy of the December 3, 2020 Homeless Initiative Quarterly Report No. 18, submitted to the Board by the CEO is attached hereto as **Exhibit 13**.  This exhibit is publicly available at Los Angeles County website https://homeless.lacounty.gov/wp-content/uploads/2020/12/Homeless-Initiative-Quarterly-Report-No.-18.pdf.

15.     A true and correct copy of the February 22, 2021 Countywide Homeless Initiative's Year Four performance evaluation prepared by Public Sector Analytics is attached hereto as **Exhibit 14**.  This exhibit is publicly available at the Los Angeles County website https://homeless.lacounty.gov/wp content/uploads/ 2021/03/ 2021-2-22-Transmitting-the-Countywide-Homeless-Initiatives-Year-Four-Performance-Evaluation-002.pdf?utm_content=&utm_ medium=email&utm _name=&utm_ source=govdelivery&utm_term=.

16.     A true and correct copy of the August 20, 2021 Homeless Initiative Quarterly Report No. 20, submitted to the Board by the CEO is attached hereto as **Exhibit 15**.  This exhibit is publicly available at Los Angeles County website https://homeless.lacounty.gov/wp-content/uploads/2021/06/Quarterly-Report-No.-20-Item-47-A-Agenda-of-2-9-16.pdf.

17.     A true and correct copy of the July 13, 2021 Press Release announcing the Homeless Initiative Budget for Fiscal Year 2021-2022 is attached hereto as **Exhibit 16**.  This exhibit is publicly available at Los Angeles County website https://homeless.lacounty.gov/top-stories/board-of-supervisors-approves-527-1-million-for-la-county-homeless-initiative-in-fy-2021-2022/.

18.     A true and correct copy of the November 16, 2021 Statement of Proceedings of the Board is attached hereto as **Exhibit 17**.  This exhibit is publicly available at http://file.lacounty.gov/SDSInter/bos/sop/1115926_111621.pdf.

19.     A true and correct copy of a June 26, 2020 Binding Term Sheet between the County and the City of Los Angeles, filed with this Court at ECF Dkt. No. 136, is attached hereto as **Exhibit 18**.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

20.    A true and correct copy of the September 16, 2020 Notice to the Court of Payment from County of Los Angeles Pursuant to Binding Term Sheet, filed with this Court at ECF Dkt. No. 177, is attached hereto as **Exhibit 19**.

21.    A true and correct copy of the October 13, 2020 Joint Notice to the Court Regarding Memorandum of Understanding for 6,700 Bed Plan from City of Los Angeles and County of Los Angeles, filed with this Court at ECF Dkt. No. 185, is attached hereto as **Exhibit 20**.

22.    A true and correct copy of the January 7, 2021 Notice to the Court of Payment from County of Los Angeles Pursuant to Binding Term Sheet, filed with this Court at ECF Dkt. No. 203, is attached hereto as **Exhibit 21**.

23.    A true and correct copy of the March 29, 2021 Notice to the Court of Payment from County of Los Angeles Pursuant to Binding Term Sheet, filed with this Court at ECF Dkt. No. 254, is attached hereto as **Exhibit 22**.

24.    A true and correct copy of the July 13, 2021 County of Los Angeles' Notice of Payment and Report Regarding Mainstream Services at City Facilities, filed with this Court at ECF Dkt. No. 341, is attached hereto as **Exhibit 23**.

25.    A true and correct copy of the November 2, 2021 Defendant County of Los Angeles' Quarterly Status Report Pursuant to Memorandum of Understanding Between County of Los Angeles and City of Los Angeles [DKT. 185-1], filed with this Court at ECF Dkt. No. 364, is attached hereto as **Exhibit 24**.

26.    A true and correct copy of the August 31, 2021 Statement of Proceedings of the Board is attached hereto as **Exhibit 25**.  This exhibit is publicly available at http://file.lacounty.gov/SDSInter/bos/sop/1112327_083121.pdf.

27.    A true and correct copy of the September 27, 2021 Press Release from LAHSA regarding a $15 million grant from the U.S. Department of Housing and Urban Development is attached hereto as **Exhibit 26**.  This exhibit is publicly available at https://www.lahsa.org/news?article=858-lahsa-receives-15-million-grant-from-hud-to-address-youth-homelessness.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

DECLARATION OF MIRA HASHMALL IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS FIRST AMENDED COMPLAINT

28. A true and correct copy of the October 5, 2021 Statement of Proceedings of the Board is attached hereto as **Exhibit 27**. This exhibit is publicly available at http://file.lacounty.gov/SDSInter/bos/sop/1114075_100521.pdf.

29. A true and correct copy of the November 2, 2021 Statement of Proceedings of the Board is attached hereto as **Exhibit 28**. This exhibit is publicly available at http://file.lacounty.gov/SDSInter/bos/sop/1115392_110221.pdf.

30. A true and correct copy of the November 2, 2021 Motion by Supervisors Hilda L. Solis and Kathryn Barger regarding Interim Housing Services Fund For Cities And Councils Of Governments Combatting Homelessness of the Board is attached hereto as **Exhibit 29**. This exhibit is publicly available at http://file.lacounty.gov/SDSInter/bos/supdocs/163187.pdf.

31. A true and correct copy of the May 12, 2020 Motion by Los Angeles County Supervisors Sheila Kuehl and Mark Ridley-Thomas, titled "Developing a COVID-19 Recovery Plan Related to People Experiencing Homelessness," is attached hereto as **Exhibit 30**. This exhibit is publicly available at the Los Angeles County website http://file.lacounty.gov/SDSInter/bos/supdocs/145559.pdf.

32. A true and correct copy of the July 2, 2020 report submitted to the Board by the CEO, titled "Developing a COVID-19 Recovery Plan Related to People Experiencing Homelessness (Item No. 4, Agenda of May 12, 2020)," is attached hereto as **Exhibit 31**. This exhibit is publicly available at the Los Angeles County website http://file.lacounty.gov/SDSInter/bos/supdocs/145804.pdf.

33. A true and correct copy of the May 15, 2020 report submitted to the Board by the CEO, titled "Piloting a Comprehensive Crisis Response to Ensure Post-COVID-19 Housing for Homeless Older Adults in Los Angeles County (Item No. 8, Agenda of April 14, 2020)," is attached hereto as **Exhibit 32**. This exhibit is publicly available at the Los Angeles County website http://file.lacounty.gov/SDSInter/bos/supdocs/145234.pdf.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DECLARATION OF MIRA HASHMALL IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS FIRST AMENDED COMPLAINT

34.     A true and correct copy of the November 3, 2020 County of Los Angeles' Response to Plaintiffs' Status Report Dated October 20, 2020, filed with this Court at ECF Dkt. No. 197, is attached hereto as **Exhibit 33**.

35.     A true and correct copy of the May 2, 2017 report to the Board, titled "Adopt the Department of Mental Health's Mental Health Services Act Three-Year Program and Expenditure Plan for Fiscal Years 2017-18, 2018-19 and 2019-20," is attached hereto as **Exhibit 34**.  This exhibit is publicly available at http://file.lacounty.gov/SDSInter/bos/supdocs/113337.pdf.

36.     A true and correct copy of excerpts from the Los Angeles County Department of Mental Health's website are attached hereto as **Exhibit 35**.  This exhibit is publicly available at dmh.lacounty.gov/about/mhsa/announcements.

**Local Rule 7-3 Meet and Confer**

37.     Before filing the Motion to Dismiss, the County informed Plaintiffs of the arguments in support of the Motion and requested that counsel participate in a pre-motion meet and confer.  A true and correct copy of the County's November 18, 2021 letter to Plaintiffs is attached hereto as **Exhibit 36**.  Counsel participated in a virtual meet and confer on Tuesday, November 24, 2021.  The parties were unable to resolve or narrow their disputes, and Plaintiffs declined to amend the Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 3rd day of December 2021, at Los Angeles, California.

/s/ Mira Hashmall
Mira Hashmall

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

DECLARATION OF MIRA HASHMALL IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES'
MOTION TO DISMISS FIRST AMENDED COMPLAINT

## INDEX OF EXHIBITS TO THE DECLARATION OF MIRA HASHMALL

| Ex No. | Description | Pg. No. |
|---|---|---|
| 1. | County's Report of Available Resources for People Experiencing Homelessness (Dkt. No. 189) | 11-28 |
| 2. | County Department of Mental Health's Report to the Los Angeles County Board of Supervisors, titled "Disrupting the Cycle of Chronic Homelessness-DMH Homeless Outreach and Mobile Engagement (HOME) Team Pilot (Item 12, Agenda of June 23, 2020)" | 29-55 |
| 3. | July 27, 2021 Statement of Proceedings of the Board | 56-121 |
| 4. | September 15, 2021 Statement of Proceedings of the Board | 122-197 |
| 5. | August 10, 2021 Statement of Proceedings of the Board | 198-284 |
| 6. | September 28, 2021 Statement of Proceedings of the Board | 285-333 |
| 7. | October 19, 2021 Statement of Proceedings of the Board | 334-395 |
| 8. | July 19, 2021 Letter from the County Department of Health Services ("DHS") to Board Transmitting HFH Quarterly Report | 396-418 |
| 9. | February 2016 report published by the Los Angeles County Homeless Initiative, titled "Approved Strategies to Combat Homelessness" | 419-549 |
| 10. | May 9, 2016 Homeless Initiative Quarterly Report No. 1, submitted to the Los Angeles County Board of Supervisors by the Los Angeles County Chief Executive Office | 550-576 |
| 11. | Measures appearing on the March 7, 2017 Ballot | 577-580 |
| 12. | September 29, 2017 report submitted to the Board by the CEO, titled "Homeless Initiative Measure H Strategy Implementation Plans" | 581-656 |
| 13. | December 3, 2020 Homeless Initiative Quarterly Report No. 18 | 657-723 |
| 14. | February 22, 2021 Countywide Homeless Initiative's Year Four performance evaluation prepared by Public Sector Analytics | 724-799 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

542603.2

8

Case No. 2:20-cv-02291 DOC-KES

DECLARATION OF MIRA HASHMALL IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS FIRST AMENDED COMPLAINT

| Ex No. | Description | Pg. No. |
|---|---|---|
| 15. | August 20, 2021 Homeless Initiative Quarterly Report No. 20 | 800-853 |
| 16. | July 13, 2021 Press Release announcing the Homeless Initiative Budget for Fiscal Year 2021-2022 | 854-859 |
| 17. | November 16, 2021 Statement of Proceedings of the Board | 860-943 |
| 18. | June 26, 2020 Binding Term Sheet between the County and the City of Los Angeles (Dkt. No. 136) | 944-946 |
| 19. | September 16, 2020 Notice to the Court of Payment from County of Los Angeles Pursuant to Binding Term Sheet (Dkt. No. 177) | 947-949 |
| 20. | October 13, 2020 Joint Notice to the Court Regarding Memorandum of Understanding for 6,700 Bed Plan from City of Los Angeles and County of Los Angeles (Dkt. No. 185) | 950-965 |
| 21. | January 7, 2021 Notice to the Court of Payment from County of Los Angeles Pursuant to Binding Term Sheet (Dkt. No. 203) | 966-968 |
| 22. | March 29, 2021 Notice to the Court of Payment from County of Los Angeles Pursuant to Binding Term Sheet (Dkt. No. 254) | 969-971 |
| 23. | July 13, 2021 County of Los Angeles' Notice of Payment and Report Regarding Mainstream Services at City Facilities (Dkt. No. 341) | 972-976 |
| 24. | November 2, 2021 Defendant County of Los Angeles' Quarterly Status Report Pursuant to Memorandum of Understanding Between County of Los Angeles and City of Los Angeles (Dkt. No. 364) | 977-984 |
| 25. | August 31, 2021 Statement of Proceedings of the Board | 985-1041 |
| 26. | September 27, 2021 Press Release from LAHSA regarding a $15 million grant from the U.S. Department of Housing and Urban Development | 1042-1043 |
| 27. | October 5, 2021 Statement of Proceedings of the Board | 1044-1101 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DECLARATION OF MIRA HASHMALL IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES'
MOTION TO DISMISS FIRST AMENDED COMPLAINT

| Ex No. | Description | Pg. No. |
|---|---|---|
| 28. | November 2, 2021 Statement of Proceedings of the Board | 1102-1160 |
| 29. | November 2, 2021 Motion by Supervisors Hilda L. Solis and Kathryn Barger regarding Interim Housing Services Fund For Cities And Councils Of Governments Combatting Homelessness of the Board | 1161-1164 |
| 30. | May 12, 2020 Motion by Los Angeles County Supervisors Sheila Kuehl and Mark Ridley-Thomas, titled "Developing a COVID-19 Recovery Plan Related to People Experiencing Homelessness" | 1165-1169 |
| 31. | July 2, 2020 report submitted to the Board by the CEO, titled "Developing a COVID-19 Recovery Plan Related to People Experiencing Homelessness (Item No. 4, Agenda of May 12, 2020)" | 1170-1179 |
| 32. | May 15, 2020 report submitted to the Board by the CEO, titled "Piloting a Comprehensive Crisis Response to Ensure Post-COVID-19 Housing for Homeless Older Adults in Los Angeles County (Item No. 8, Agenda of April 14, 2020)" | 1180-1213 |
| 33. | November 3, 2020 County of Los Angeles' Response to Plaintiffs' Status Report Dated October 20, 2020 (Dkt. No. 197) | 1214-1223 |
| 34. | May 2, 2017 report to the Board, titled "Adopt the Department of Mental Health's Mental Health Services Act Three-Year Program and Expenditure Plan for Fiscal Years 2017-18, 2018-19 and 2019-20" | 1224-1514 |
| 35. | Excerpts from the Los Angeles County Department of Mental Health's website | 1515-1530 |
| 36. | November 18, 2021 Letter | 1531-1538 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DECLARATION OF MIRA HASHMALL IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES'
MOTION TO DISMISS FIRST AMENDED COMPLAINT