# EXHIBIT 3

Exhibit 3
Page 56



**STATEMENT OF PROCEEDINGS FOR THE**

**REGULAR MEETING OF THE BOARD OF SUPERVISORS**

**OF THE COUNTY OF LOS ANGELES HELD VIRTUALLY IN**

**ROOM 381B OF THE KENNETH HAHN HALL OF ADMINISTRATION**

**500 WEST TEMPLE STREET, LOS ANGELES, CALIFORNIA 90012**

**Tuesday, July 27, 2021**

**9:30 AM**

Present:         Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

Video Link for the Entire Virtual Meeting  (03-1075)

*Attachments:*     Video Transcript

## I.  SET MATTER    10:30 A.M.

**S-1.    Public Health Order**

Discussion and consideration of necessary actions on the Public Health Order related to COVID-19, as requested by the Chair of the Board and status on the COVID-19 vaccine, as requested at the Board meetings of December 8, 2020 and January 5, 2021.  (20-4861)

**Dr. Genevieve Clavreul addressed the Board.  Interested person(s) also submitted written testimony.**

**Dr. Barbara Ferrer, Director of Public Health, made a presentation and responded to questions posed by the Board.  Dr. Nina Park, Chief Deputy Director of Population Health, Health Services, also made a presentation.**

**After discussion, by Common Consent, there being no objection, this item was received and filed.**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*     Health Services Presentation
Public Health Presentation
Public Comment/Correspondence
Audio I
Audio II

**Exhibit 3**
**Page 57**

## II.  SPECIAL DISTRICT AGENDAS

### STATEMENT OF PROCEEDINGS FOR THE MEETING OF
### THE LOS ANGELES COUNTY
### DEVELOPMENT AUTHORITY
### TUESDAY, JULY 27, 2021
### 9:30 A.M.

**1-D.**  **Adopt a Resolution to Submit Infill Infrastructure Grant Application**

Recommendation as submitted by Supervisors Kuehl and Barger: Designate the Executive Director of the Los Angeles County Development Authority to act as the agent for the County to administer the Infill Infrastructure Grant (IIG) Program funds for the West Los Angeles Veterans Affairs Campus North Village Qualified Infill Area Project and any indemnity agreements with the developers, distribute the IIG funds, and take all necessary actions to comply with the requirements. (Relates to Agenda No. 35)  (21-2981)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

| | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*  Motion by Supervisors Kuehl and Barger
Public Comment/Correspondence

**Exhibit 3**
**Page 58**

**STATEMENT OF PROCEEDINGS FOR THE MEETING OF**
**THE REGIONAL PARK AND OPEN SPACE DISTRICT**
**OF THE COUNTY OF LOS ANGELES**
**TUESDAY, JULY 27, 2021**
**9:30 A.M.**

**1-P.    MacLaren Community Park Project - Establish Capital Project, County Funding and Proposition A Funding**

Recommendation as submitted by Supervisor Solis: Allocate an amount not to exceed $3,560,000 to the County, through its Department of Parks and Recreation, for the proposed MacLaren Community Park Project, Capital Project No. 69953, comprised of $3,060,000 of Excess Funds available to the First Supervisorial District, and $500,000 of Competitive Funds, pursuant to the Los Angeles County Safe Neighborhood Parks Proposition of 1996; and authorize the Director of the Regional Park and Open Space District to award grants when applicable conditions have been met and administer the grants as of the date of award, and pursuant to guidelines in the Proposition A Grants Administration Manual for Excess Funds and Competitive Funds, otherwise funds shall remain in the Excess Funds account. **4-VOTES** (Relates to Agenda No. 13)  (21-2979)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Solis
Public Comment/Correspondence

Exhibit 3
Page 59

**2-P.** **Grant Amendment to the Los Angeles Conservation Corps to Complete the Construction of the Compton Creek Walking Path Phase II**

Recommendation as submitted by Supervisor Mitchell: Allocate an amount not to exceed $250,000 in Excess Funds, available to the Second Supervisorial District, pursuant to the Los Angeles County Safe Neighborhood Parks Proposition of 1996, to the Los Angeles Conservation Corps to complete the construction of the Compton Walking Path Phase II Project and add additional work to the Project scope; authorize the Director of the Regional Park and Open Space District to award a grant amendment, when applicable conditions have been met, and administer the grant as of the date of award and pursuant to the guidelines in the Proposition A Grants Administration Manual for Specified, Per Parcel and Excess Funds Projects, otherwise funds shall remain in the Excess Funds account; and find that the Project, as revised, is exempt from the California Environmental Quality Act.  (21-2970)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Mitchell
Public Comment/Correspondence

**Exhibit 3
Page 60**

**III.   PUBLIC HEARINGS     1 - 8**

1.       **Hearing on Interim Urgency Ordinance No. 2021-0031U within the Boundaries of the East Los Angeles Community Plan**

Hearing on adoption of an ordinance extending Interim Urgency Ordinance No. 2021-0031U, which temporarily requires a Conditional Use Permit and additional development standards for new automobile service stations and drive-through establishments within the boundaries of the East Los Angeles Community Plan (1), for a period of ten months and 15 days to July 13, 2022, to allow the Department of Regional Planning to conduct a zoning study which may include possible development of a permanent ordinance that would require a Conditional Use Permit and additional development standards for these land uses. **(Department of Regional Planning) 4-VOTES**  (21-2598)

**The Department of Regional Planning submitted a written statement for the record.**

**All persons wishing to testify were sworn in by the Executive Officer of the Board.  Opportunity was given for interested persons to address the Board. Tiff Sanchez addressed the Board.  Correspondence was received.**

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, the Board closed the public hearing, made a finding that adoption of the ordinance extending Interim Urgency Ordinance No. 2021-0031U is exempt from the California Environmental Quality Act; and adopted Ordinance No. 2021-0034U entitled, "An ordinance extending Interim Ordinance No. 2021-0031U for a period of 10 months and 15 days to July 13, 2022, temporarily requiring a conditional use permit for the establishment of new automobile service stations and drive-through establishments on all properties located within the unincorporated area of East Los Angeles and regulated by the East Los Angeles Community Plan and Community Standards District in the County of Los Angeles, and to require completion of a zoning study for consideration, and possible development of a permanent ordinance, which may include additional standards, to regulate automobile service stations and drive-through establishments."  This ordinance shall take effect July 27, 2021.**

**Exhibit 3
Page 61**

**Said motion was duly carried by the following vote:**

**Ayes:**  5 -  Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Motion by Supervisor Solis
Department Statement
Certified Ordinance
Public Comment/Correspondence
Audio

2.  **Hearing on Fiscal Year 2020-21 Hazardous Vegetation/Weed Abatement Charges**

Hearing by the Board, Acting as the Governing Body of the Consolidated Fire Protection District and of the County, on confirmation of Fiscal Year 2020-21 Agricultural Commissioner/Weights and Measures and the Consolidated Fire Protection District, Hazardous Vegetation/Weed Abatement charges, in the total amount of $3,086,137.53 and $81,840, respectively, to be assessed to owners of designated parcels of land or improved parcels; and instruct the Auditor-Controller to post the hazardous vegetation abatement costs as direct assessments against the respective parcels of land as they appear on the current property tax assessment roll. **(Department of Agricultural Commissioner/Weights and Measures and Fire Department)**  (21-2923)

**All persons wishing to testify were sworn in by the Executive Officer of the Board.  Opportunity was given for interested persons to address the Board. No interested persons addressed the Board.  Correspondence was received.**

**On motion of Supervisor Hahn, seconded by Supervisor Mitchell, the Board acting as the Governing Body of the Consolidated Fire Protection District (Fire District) and of the County, closed the public hearing and took the following actions:**

1.  **Confirmed the Fiscal Year (FY) 2020-21 Agricultural Commissioner/ Weights and Measures hazardous vegetation abatement costs, in the total amount of $3,086,137.53, are to be assessed to owners of designated parcels of land;**

2.  **Confirmed the FY 2020-21 Fire District hazardous vegetation abatement costs, in the total amount of $81,840, are to be assessed to owners of improved parcels; and**

Exhibit 3
Page 62

3. **Instructed the Auditor-Controller to post the hazardous vegetation abatement costs as direct assessments against the respective parcels of land as they appear on the current property tax assessment roll.**

**Said motion was duly carried by the following vote:**

Ayes: 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

3. **Hearing on the Establishment for Fiscal Year 2021-22 Published Charges**

Hearing on the Department of Mental Health's proposed Fiscal Year 2021-22 Published Charges, effective July 1, 2021, for the provision of specialty mental health services. **(Department of Mental Health)**  (21-2921)

**All persons wishing to testify were sworn in by the Executive Officer of the Board.  Opportunity was given for interested persons to address the Board. Eric Preven addressed the Board.  Correspondence was received.**

**On motion of Supervisor Barger, seconded by Supervisor Kuehl, the Board closed the public hearing and approved the Department of Mental Health's (DMH's) Published Charges for Fiscal Year 2021-22 effective July 1, 2021, for use in billing the general public and third party payers for specialty mental health services provided by DMH's directly-operated clinics, as permitted by law.**

**Said motion was duly carried by the following vote:**

Ayes: 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence
Audio

4. **Hearing on Ordinance to Amend a Proprietary Petroleum Pipeline Franchise Granted to Kinder Morgan Liquids Terminals**

Hearing on ordinance for adoption amending the proprietary petroleum pipeline franchise granted to Kinder Morgan Liquids Terminals LLC (2 and 4) to extend the term of the franchise through September 3, 2036, change the formula for calculating the base annual franchise fee, impose testing and reporting requirements pertaining to hazardous materials pipelines and their compliance with existing applicable laws and make minor revisions to clarify certain terms and conditions of the franchise; find that good cause exists to change the formula for

**Exhibit 3
Page 63**

calculating the base annual franchise fee in the proprietary petroleum pipeline franchise granted to Kinder Morgan Liquids Terminals LLC; and find that the proposed project is exempt from the California Environmental Quality Act. **(Department of Public Works)** (21-2922)

**All persons wishing to testify were sworn in by the Executive Officer of the Board.  Opportunity was given for interested persons to address the Board. No interested persons addressed the Board.  No correspondence was received.**

**On motion of Supervisor Mitchell, seconded by Supervisor Hahn, the Board closed the public hearing and took the following actions:**

1. **Introduced, waived reading and adopted Ordinance No. 2021-0035F entitled, "An ordinance amending Ordinance No. 2006-0056F, a proprietary petroleum pipeline franchise granted to Kinder Morgan Liquids Terminals LLC, a Delaware limited liability company, to extend the term of the franchise for fifteen years, through September 3, 2036; change the formula for calculating the base annual franchise fee; impose testing and reporting requirements pertaining to static, abandoned, idle, inactive, and out-of-service pipelines in compliance with applicable Federal, State, and local pipeline laws; and make other minor revisions to clarify certain terms and conditions of the franchise."  This ordinance shall take effect on August 26, 2021 and become operative on September 4, 2021;**

2. **Made a finding that good cause exists to change the formula for calculating the base annual franchise fee in the proprietary pipeline franchise granted to Kinder Morgan Liquids Terminals LLC; and**

3. **Made a finding that the proposed project is exempt from the California Environmental Quality Act.**

**Said motion was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Certified Ordinance
Public Comment/Correspondence

**Exhibit 3
Page 64**

**5.**   **Hearing on County Code, Title 2 - Administration Amendment**

Hearing on ordinance for adoption amending County Code, Title 2 - Administration (All Districts), to implement a nonrefundable filing fee in the amount of $46 for assessment appeal applications filed with the Assessment Appeals Board; adopt a fee waiver for applications filed by applicants who would qualify for a fee waiver based upon financial hardship pursuant to Government Code Section 68632; and authorize the Executive Officer of the Board to adjust the fee annually based on the Consumer Price Index. **(Executive Office of the Board of Supervisors)** (Continued from the meetings of 4-20-21, 5-18-21 and 6-22-21)   (21-1605)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Barger, seconded by Supervisor Hahn this item was continued to August 31, 2021.**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Revised Board Letter
Public Comment/Correspondence

**6.**   **Hearing on Project No. 2019-002670-(1), for the Development of Condominium Units in the Unincorporated Community of La Puente**

Hearing on Project No. 2019-002670-(1), General Plan Amendment No. RPPL2019000482-(1), Zone Change No. RPPL2019004825, Vesting Tentative Tract Map No. 82836 RPPL2019004775, Conditional Use Permit No. RPPL2019004776, and Mitigated Negative Declaration associated with Environmental Assessment No. RPPL2019004777, to develop one multi-family lot with 56 new townhome condominium units in 11 detached buildings on two acres located at 18616 Rorimer Street in the unincorporated area of La Puente within the La Puente Zoned District, applied for by Olson Urban Housing LLC. (On May 19, 2021, the Regional Planning Commission recommended approval of this Project). **(Department of Regional Planning)**  (21-2668)

**The Department of Regional Planning submitted a written statement for the record.**

**All persons wishing to testify were sworn in by the Executive Officer of the Board.  Opportunity was given for interested persons to address the Board. Adrianna Vargas, Sharon Tooman, Veronica Baena, Gable Cross, Eileen Aragon, Valerie Weisel, Maelena Enriques, Alexandra Fonseca and Steve Armanino addressed the Board.  Correspondence was received.**

**On motion of Supervisor Solis, seconded by Supervisor Hahn, the Board closed the public hearing and took the following actions:**

**Exhibit 3**
**Page 65**

1. **Indicated its intent to adopt a Mitigated Negative Declaration associated with Environmental Assessment No. RPPL2019004777-(1), finding that the Project will not have a significant effect on the environment with Project mitigation measures and a Mitigation Monitoring and Reporting Program;**

2. **Indicated its intent to adopt General Plan Amendment No. RPPL2019000482-(1) and Zone Change No. RPPL2019004825-(1);**

3. **Indicated its intent to approve Vesting Tentative Tract Map No. 82836-(1) RPPL2019004775-(1) and Conditional Use Permit (CUP) No. RPPL2019004776-(1); and**

4. **Instructed County Counsel to prepare the necessary findings and conditions to affirm the Regional Planning Commission's approval of Project No. 2019-002670-(1), including General Plan Amendment No. RPPL2019000482-(1), Zone Change No. RPPL2019004825-(1), Vesting Tentative Tract Map No. 82836-(1) RPPL2019004775-(1) and CUP No. RPPL2019004776-(1).**

**Said motion was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Department Statement
Public Comment/Correspondence
Audio I
Audio II

**Exhibit 3**
**Page 66**

**7.** **Hearing on Appeal of Project No. PRJ2020-001845-(2) for Alcohol Sales at an Establishment in the Unincorporated Community of West Athens-Westmont**

Hearing on appeal of Project No. PRJ2020-001845-(2) and Zoning Enforcement Case No. RPCE2020000407-(2), for the deemed-approved status for alcohol sales use of an establishment for off-site consumption located at 10803 South Western Avenue in the unincorporated community of West Athens-Westmont within the West Athens-Westmont Zoned District, applied for by Phi Hong Voong and Ngan Hong Voong and determine that the project is exempt from the California Environmental Quality Act. (Appeal from the Regional Planning Commission's revocation.) **(Department of Regional Planning)** (Continued from the meeting of 6-22-21)  (21-2515)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Mitchell, seconded by Supervisor Hahn, this item was continued to August 31, 2021.**

> **Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:* Board Letter
Public Comment/Correspondence

**8.** **Hearing on the Acton Community Standards District Update**

Hearing on Project No. 2019-003973-(5), Advance Planning Case No. RPPL2018002314, to authorize an amendment to the Acton Community Standards District Ordinance to add or update standards for home-based occupations, cargo containers, subdivisions, fence design, outdoor lighting, highway and local street development, commercial and industrially zoned property, commercial signage, vegetation protections, and trails; and find that the Project is exempt from the California Environmental Quality Act. (On February 24, 2021, the Regional Planning Commission recommended approval of this project.) **(Department of Regional Planning)**  (21-2930)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Barger, seconded by Supervisor Hahn, this item was continued to August 31, 2021.**

> **Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:* Board Letter
Public Comment/Correspondence

**Exhibit 3
Page 67**

## IV.  CONSENT CALENDAR

## BOARD OF SUPERVISORS    9 - 38

9.    **Appointments to Commissions/Committees/Special Districts**

Recommendation for appointment/reappointment for the following Commissions/Committees/Special Districts (+ denotes reappointments): Documents on file in the Executive Office.

Supervisor Solis
Leticia Rhi Buckley, Los Angeles County Arts Commission

Supervisor Mitchell
Angela J. Reddock-Wright, City of Carson Enhanced Infrastructure Financing District Public Financing Authority
Stanley L. Johnson, Jr., Ph.D., Los Angeles County Board of Education

Supervisor Hahn
Kelly Colopy+, Public Health Commission; also waive limitation of length of service requirement pursuant to County Code Section 3.100.030A

Los Angeles County Development Authority
Anna Swett, Housing Advisory Committee

Commission on HIV
Everardo Alvizo+, Alasdair Burton+ (Alternate), Danielle M. Campbell+, Felipe Findley+, Derek Murray+, Paul Nash, Ph.D.+, Harold Glenn San Agustin, M.D.+, Maribel Ulloa+, Justin Joshua Valero+, Commission on HIV
Joseph Green+, and Bridget Gordon+, Commission on HIV; also waive limitation of length of service requirement pursuant to County Code Section 3.29.050C

Los Angeles County Police Chiefs' Association
Carl Povilaitis, Emergency Medical Services Commission  (21-0043)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

          **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Public Comment/Correspondence

Exhibit 3
Page 68

10.     **Establishing a Blue-Ribbon Commission on Homelessness**

Recommendation as submitted by Supervisors Barger and Solis: Establish a Blue-Ribbon Commission on Homelessness (BRCH) that will be directed to research and analyze various homelessness governance reports, studying models from across the nation and providing feedback to the Board regarding the most relevant and effective models, with the intention of implementing reform to help solve the homelessness crisis in Los Angeles County, with the BRCH to report back to the Board with recommendations for a new governance model that is appropriate for the County (addressing the existing Joint Powers Authority) incorporating the diverse needs of the region and its 88 cities, and reflecting the various legal and legislative issues that are impacting homelessness policy, and should seek to enhance accountability, transparency and inclusivity, and recommendations on how cities, Councils of Government or regional representatives could be incorporated into an effective governance structure to address the homelessness crisis, as follows:

> The BRCH shall be comprised of nine members as follows: five members of the Commission shall be appointed by the Board, with one member appointed by each Supervisor, one member shall be nominated by the Mayor of Los Angeles, one member shall be nominated by the Los Angeles City Council President, one member shall be nominated by the Contract Cities Association and one member shall be nominated by the Councils of Government; and given the urgency of this situation, nominations to this BRCH will be submitted for final approval at the Board meeting of August 10, 2021;

> The BRCH will submit its final report back to the Board and recommendations six months from its first meeting;

> The BRCH will meet bi-weekly starting September 7, 2021 (subcommittee meetings may occur with more frequency, as needed) with the stated goal of drafting a report that includes actionable recommendations; and

> The BRCH shall sunset upon completion of the report;

Direct the Chief Executive Officer and the Executive Officer, in consultation with County Counsel, to work with other relevant County Departments, as necessary, to report back to the Board on August 31, 2021 regarding a staffing and funding plan for the BRCH which should include dedicated staff and technological capabilities to facilitate virtual/in-person meetings in compliance with the Brown Act, with the makeup of staff to include a combination of paid staff and pro-bono professional support, in conjunction with assistance provided from various County Departments;

Exhibit 3
Page 69

and

Presentations made to the BRCH to help inform its work should include, but not be limited to, the following:

County Counsel, in conjunction with the Chief Executive Officer through the Homeless Initiative, will provide a briefing and presentation to the BRCH on the existing Joint Powers Agreement, its powers, limitations and the fiscal and operational implications of the County's renegotiation and/or withdrawal from the Joint Powers Agreement;

The Chief Executive Officer through the Homeless Initiative, in conjunction with Los Angeles Homeless Services Authority (LAHSA) and the Measure H Citizen's Advisory Board, should provide a briefing and presentation to the BRCH on the homeless strategies currently funded by Measure H, briefing should include a breakdown of the contracts to homeless service providers and examine the scope of/limitations of Measure H funding;

Feedback from city representatives from each Supervisorial District on their local experience in addressing homelessness and access to Measure H funding;

Feedback from service providers from each Service Planning Area, including barriers and challenges they have experienced in serving people experiencing homelessness;

Feedback from the Directors of Regional Planning and Public Works, and the Executive Director of Los Angeles County Development Authority on approaches to strengthen collaboration and efforts to streamline increased affordable housing; and

Feedback from the Directors of Mental Health and Public Health on approaches to increase access to and improve the effectiveness of mental health and substance abuse services. (21-2996)

**Emmanuel Estrada, Mel Tillekeratne, Sharon Springer, Gilbert Saldate, Henry Bouchot, Samantha Matthews, Marcel Rodarte and Dr. Genevieve Clavreul addressed the Board. Interested person(s) also submitted written testimony.**

**Supervisor Hahn made a friendly amendment to Supervisors Barger and Solis' joint motion to amend Directive No. 1 as indicated below:**

**1. Establish a Blue-Ribbon Commission on Homelessness (BRCH) that**

Exhibit 3
Page 70

will be directed to research and analyze various homelessness governance reports, studying models from across the nation and providing feedback to the Board regarding the most relevant and effective models, with the intention of implementing reform to help solve the homelessness crisis in Los Angeles County, with the BRCH to report back to the Board with recommendations for a new governance model that is appropriate for the County (addressing the existing Joint Powers Authority) incorporating the diverse needs of the region and its 88 cities, and the Unincorporated Communities which the Board of Supervisors directly represents, with the report to reflect the various legal and legislative issues that are impacting homelessness policy, and should seek to enhance accountability, transparency and inclusivity, and recommendations on how cities, Councils of Government or regional representatives could be incorporated into an effective governance structure to address the homelessness crisis, as follows:

The BRCH shall be comprised of ~~nine~~ twelve members as follows: five members of the Commission shall be appointed by the Board, with one member appointed by each Supervisor, one member shall be nominated by the Mayor of Los Angeles, ~~one~~ three members shall be nominated by the Los Angeles City Council President, one member shall be nominated by the Contract Cities Association and ~~one~~ two members shall be nominated by the Councils of Government; and given the urgency of this situation, nominations to this BRCH will be submitted for final approval at the Board meeting of August 10, 2021

Supervisors Barger and Solis accepted Supervisor Hahn's friendly amendment.

After discussion, on motion of Supervisor Barger, seconded by Supervisor Solis, this item, as amended, was duly carried by the following vote:

| | | |
|---|---|---|
| **Ayes:** | 3 - | Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Noes:** | 2 - | Supervisor Mitchell and Supervisor Kuehl |

_Attachments:_   Motion by Supervisors Barger and Solis
Motion by Supervosr Hahn
Report
Public Comment/Correspondence
Audio I
Audio II
Audio III

**Exhibit 3
Page 71**

11. **Oppose Increase in Natural Gas Storage at The Aliso Canyon Facility**

Recommendation as submitted by Supervisor Barger: Send a five-signature letter to the members of California Public Utilities Commission opposing any increase in natural gas storage at the Aliso Canyon facility.  (21-2968)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**  5 -  Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Barger
Five-Signature Letter
Public Comment/Correspondence

12. **Reestablish the Reward Offer in the Investigation of the Murder of Robert Calderon**

Recommendation as submitted by Supervisor Barger: Reestablish and increase the reward previously offered from $20,000 to $25,000 offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the heinous murder of 28-year-old Robert Calderon, who was found lying on the parkway suffering from gunshot wounds on the 600 block of North Mentor Avenue in the City of Pasadena on December 18, 2015, at approximately 10:45 p.m.   (16-1837)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**  5 -  Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Barger
Notice of Reward
Public Comment/Correspondence

13. **MacLaren Community Park Project - Establish Capital Project, County Funding and Proposition A Funding**

Recommendation as submitted by Supervisor Solis: Establish the proposed MacLaren Community Park Project, Capital Project (CP) No. 69953, in the City of El Monte (City); authorize the Director of Public Works to proceed with the preparation of technical studies and design and construction document, including engaging as-needed consultants previously approved by the Board, and soliciting

**Exhibit 3**
**Page 72**

design-build proposals with payment of stipend in compliance with standard County contracting procedures and return to the Board to award a design-build contract, should the Project be approved in the future; adopt a resolution authorizing the County, through the Director of Parks and Recreation, to submit grant applications and execute grant agreements with the Los Angeles County Regional Park and Open Space District for Proposition A Excess Funds and Competitive Funds, available to the First Supervisorial District, pursuant to the Los Angeles County Safe Neighborhood Parks Proposition of 1996, in the combined amount of $3,560,000 to fund the proposed Project if approved by the Board in the future, with the Chief Executive Officer to be responsible for meeting the Proposition A grant obligations once the proposed park is constructed, through the Chief Executive Office's administration of the lease with the City; adopt the Youth Employment Plan, as required by the Los Angeles County Regional Park and Open Space District; authorize the Director of Parks and Recreation to act as the County's authorized representative to administer grant funds received for the proposed park, including the Proposition A grants and any State or Federal grants or funds received, through completion of park construction; and approve an appropriation adjustment in the amount of $3,560,000 to offset with Proposition A funds, and to transfer a total of $10,000,000 from the following budget units/capital projects, to proposed CP No. 69953, to cover various project costs as follows: **4-VOTES** (Relates to Agenda No. 1-P)

$183,000 from the Extraordinary Maintenance Budget Unit;
$3,672,000 from the Project and Facility Development Budget Unit;
$271,000 from Various - Pocket Park Developments, CP No. 69508;
$3,310,000 from the LAC+USC Medical Center Master Plan, CP No. 69698;
$2,142,000 from the LAC+USC 150 Bed Inpatient Expansion, CP No. 69822; and
$422,000 from the MacLaren Hall Various Improvement, CP No. 87031
(21-2974)

**Alexandra Morales addressed the Board.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*  Motion by Supervisor Solis
Public Comment/Correspondence
Audio

**Exhibit 3**
**Page 73**

**14.    Taking Action: Further Protections for Surviving Families from Law Enforcement Harassment and Retaliation**

Revised recommendation as submitted by Supervisors Solis and Mitchell: Direct County Counsel, in collaboration with the Inspector General, to pursue all legal remedies, in accordance with State and County laws, to require the Sheriff to comply with Government Code Sections 25303, 25303.7 and County Code 6.44.190 by granting the Office of Inspector General (OIG) monitoring and investigative requests, including direct OIG access to the Performance Recording and Monitoring System (PRMS) database and body-worn camera videos, so that the Inspector General can fulfill obligations as directed by the Board per Board Order No. 5 of May 4, 2021; and take the following actions:

Instruct the Executive Officer of the Board, through the Information Resource Management Division and the Director of Internal Services, in consultation with County Counsel and the Chief Executive Officer, to seek to secure access to Los Angeles County records maintained by the Sheriff in electronic databases and cloud storage systems, including negotiating contracts with outside vendors that require direct access for OIG and, as permitted by law, for other County Justice Departments, such as the Public Defender, Alternate Public Defender and the District Attorney, and exploring the use of the Information Systems Advisory Body's (ISAB) Enterprise Digital Evidence Management Solution (eDEMS; access to the cloud-based storage system for body-worn camera video, evidence.com, shall be granted to the Inspector General, and as permitted by law, for Public Defender, Alternate Public Defender, District Attorney and other relevant County Justice Departments as part of the contract between the Internal Services Department and Axon Enterprises, Inc. and, if necessary, additional licenses to evidence.com shall be purchased for the Inspector General, the Public Defender, Alternate Public Defender, the District Attorney and other relevant County Justice Departments;

Request the District Attorney to investigate all allegations of criminal conduct by the Sheriff's Department; additionally, should the District Attorney not have sufficient staff to prosecute criminal conduct by deputies or when the Sheriff's Department's investigations are deficient, the District Attorney, in collaboration with the Chief Executive Officer, should report back to the Board in writing in 60 days on staffing and funding needs for these specific purposes;

Instruct the Inspector General, in collaboration with the Chief Executive Officer, County Counsel, Sheriff, District Attorney, Public Defender and Alternate Public Defender, to report back to the Board in 60 days on the

*County of Los Angeles*                          *Page 18*

**Exhibit 3**
**Page 74**

feasibility, cost, operations and other relevant information on the creation of an independent Office of Law Enforcement Standards, as detailed in the Inspector General's February 2021 report, "Los Angeles County Sheriff's Department: Review and Analysis of Misconduct Investigations and Disciplinary Process," with the report to include:

> Any legal considerations on how the Office of Law Enforcement Standards, if created, would handle discipline of Sheriff's Department personnel; and

> Specific need for staffing and funding for the Inspector General, Public Defender and Alternate Public Defender should the creation of an independent Office of Law Enforcement Standards be established; and

Request the Sheriff to provide all complaints of misconduct to the Inspector General within 48 hours of receipt to allow the OIG to monitor the Sheriff's inquiry into the allegations to ensure a quality, thorough and comprehensive investigation;

Request the Sheriff, in collaboration with County Counsel, the Inspector General and the Executive Director of the Sheriff Civilian Oversight Commission, to develop and adopt a policy regarding memorial sites and vigils involving victims of deputy-involved shootings and killings within 90 days; and

Direct the Chief Executive Officer, in collaboration with the Executive Director of the Sheriff Civilian Oversight Commission, Inspector General, Director of Mental Health, the Director of Public Health, through the Office of Violence Prevention, the Chief Medical Examiner-Coroner and other relevant County and community stakeholders, to identify ongoing funding necessary to continue the Board's established Family Assistance Program to support families following an in-custody death or fatal use of force by law enforcement by Supplemental Budget.  (21-2983)

**Eunisses Hernandez, Ivette Ale, Kent Mendoza and Stephanie Luna addressed the Board.  Interested person(s) also submitted written testimony.**

**Alex Villanueva, Sheriff, addressed the Board.**

**Rodrigo Castro-Silva, County Counsel, responded to questions posed by the Board.**

**Exhibit 3
Page 75**

**After discussion, on motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:** 4 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn and Supervisor Solis

**Abstentions:** 1 - Supervisor Barger

*Attachments:*    Motion by Supervisors Solis and Mitchell
Office of Inspector General's Report from February 2021
Revised Motion by Supervisors Solis and Mitchell
Report
Public Comment/Correspondence
Audio I
Audio II

Exhibit 3
Page 76

**15.**    **Legal Representation and Wraparound Services Linkage for Immigrants**

Recommendation as submitted by Supervisors Solis and Hahn: Instruct the Director of Consumer and Business Affairs' Office of Immigrant Affairs (OIA), in partnership with the City of Los Angeles and Philanthropic Partners, to begin implementing the Program, as outlined in the OIA's March 3, 2021 Report entitled, "The Los Angeles Immigrant Community Legal Defense Program" proposed Program Framework (Framework); direct the Chief Executive Officer to work with the Director of Consumer and Business Affairs on identifying and allocating at least $2,000,000 in ongoing funding during the Fiscal Year 2021-22 Supplemental Budget to implement the Program as outlined in the Framework; and authorize the Director of Consumer and Business Affairs to enter into any contracts, memoranda of understanding, and agreements needed to develop and implement the Program.  (21-2986)

**Eunisses Hernandez, Shiu-Ming Cheer, Carolina Goodman, Ivette Ale, Alexandra Morales, Andre Barrios, Aquilina Soriano-Versova and Ruby Rivera addressed the Board.  Interested person(s) also submitted written testimony.**

**Rigoberto Reyes, Executive Director, Office of Immigrant Affairs, addressed the Board.**

**After discussion, on motion of Supervisor Solis, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn and Supervisor Solis |
| **Noes:** | 1 - | Supervisor Barger |

*Attachments:*    Motion by Supervisors Solis and Hahn
Public Comment/Correspondence
Audio I
Audio II

**Exhibit 3**
**Page 77**

**16.**   **Support of Governor Newsom's Exide Budget Proposals**

Recommendation as submitted by Supervisor Solis: Direct the Chief Executive Officer, through the Legislative Affairs and Intergovernmental Relations Division, to send a five-signature letter to Governor Gavin Newsom and to the Chairs of the Assembly and Senate Budget Committees, with a copy to the Los Angeles County Legislative Delegation, to thank them for their leadership and efforts to protect and support our communities impacted by Exide.  (21-2976)

**Roy Humphreys addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Solis
Five-Signature Letter
Public Comment/Correspondence
Audio

**17.**   **Renewing Our Commitment to DREAMers**

Recommendation as submitted by Supervisor Solis: Instruct County Counsel to file and/or join in, as a party or *amicus curiae*, litigation aimed at protecting the Deferred Action for Childhood Arrivals (DACA) Program, including the case captioned State of Texas, et al. v. United States of America, et al. Case No. 1:18-CV-00068, and any subsequent appeals or litigation deemed appropriate by County Counsel.  (21-2977)

**Ivette Ale, Alexandra Morales and Andre Barrios addressed the Board. Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Solis
Public Comment/Correspondence
Audio

**Exhibit 3**
**Page 78**

18.    **Reward Offer in the Shooting Deaths of Jesus Antonio Avalos, Eduardo Robles and Amanda Nicole Lopez**

Recommendation as submitted by Supervisor Solis: Establish an $80,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the heinous deaths of: 33-year-old Jesus Antonio Avalos, who was fatally shot in his black SUV at 4833 East Telegraph Road in East Los Angeles on February 11, 2014; 38-year-old Eduardo Robles, who was fatally shot after having an argument with two men in the driveway of an apartment complex located at 4350 Eagle Street in East Los Angeles on July 6, 2015; and 27-year-old Amanda Nicole Lopez who was fatally shot while asleep in a tent at the East Los Angeles Civic Center located at 220 South Fetterly Avenue in East Los Angeles.  (21-2982)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Solis
Notice of Reward
Public Comment/Correspondence

19.    **Proclaiming "Probation Services Week"**

Recommendation as submitted by Supervisor Solis: Proclaim July 18 through 24, 2021 as "Probation Services Week" throughout Los Angeles County.  (21-2975)

**Eunisses Hernandez addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Revised motion by Supervisor Solis
Public Comment/Correspondence
Audio

20.    **Preparing for the Closure of the Division of Juvenile Justice Plan**

Substitute recommendation as submitted by Supervisors Mitchell and Kuehl: Adopt the Juvenile Justice Realignment Block Grant (JJRBG) Subcommittee recommendations for Campus Kilpatrick to be the temporary secure youth

**Exhibit 3
Page 79**

treatment facility (SYTF) location for 40 male youth and Dorothy Kirby Center to be the permanent SYTF location for up to 15 girls; find that the proposed actions are either not a project or are exempt from the California Environmental Quality Act (CEQA); and take the following actions: (Continued from the meeting of 7-13-21)

Recognize that any and all alternatives to the Division of Justice Juvenile (DJJ) shall be rooted in the vision of Youth Justice Reimagined (YJR);

Instruct the Chief Probation Officer, in collaboration with the Youth Justice Transition Advisory Group and the JJRBG Subcommittee, to develop a plan for proposed renovations at Camps Scott and Scudder that would make the camps safe and ready for use in accordance with the values of YJR and recommendations of the JJRBG Subcommittee, and in compliance with California Building Standards Code, Title 24 mandates; commence appropriate environmental review of the proposed plan in compliance with CEQA; and report back to the Board in writing in 90 days with the proposed renovation plan, proposed CEQA findings or plan for CEQA compliance, and feedback received from community stakeholders;

Instruct the Executive Director of the Probation Oversight Commission and Youth Justice Transition Advisory Group, in collaboration with the JJRBG Subcommittee, to report back to the Board in writing in 30 days with a plan to conduct community stakeholder engagement regarding the proposed use of Camps Scott and Scudder for SYTF; and report back to the Board in writing in 60 days on the results of the community stakeholder engagement that must be completed within 60 days, including a description of feedback received by community stakeholders; and an exploration and overview of the following facilities: Camps Munz, Mendenhall, and Holton;

Instruct the Chief Probation Officer, the Youth Justice Transition Advisory Group, and the JJRBG Subcommittee to work collaboratively on proposed plans to ensure supportive programming (including, among other needs, community-based programming inside facilities to link youth to re-entry services) and to include a transformative staffing model (e.g., a co-staffing model, and employing credible messengers outside of the Probation Department) that facilitates a safer, more therapeutic environment at all SYTFs (including Camps Scott and Scudder, Campus Kilpatrick and the Dorothy Kirby Center), as well as to ensure that a continuum of less restrictive options would be available; and report back to the Board in writing in 45 days with an update on the progress, and in writing every 60 days thereafter, to keep the Board informed of the status and progress of the DJJ transition, including ongoing community stakeholder feedback and alignment with the values of YJR, until such time as the selection and implementation of a permanent SYTF is finalized;

Exhibit 3
Page 80

Instruct the JJRBG Subcommittee to develop and submit funding recommendations for the first allocation of JJRBG funds to the Board in writing in 45 days;

Instruct the JJRBG Subcommittee to further develop and submit the JJRBG plan to the Board in writing for approval within 75 days; and

Instruct the Chief Probation Officer, Chief Executive Officer and relevant Departments, to report back to the Board in writing in 90 days on the viability of using any closed juvenile Probation facilities and properties as sites for expanded therapeutic mental health beds given the Countywide shortage.  (21-2809)

**Laurene Weste, Ezekiel Nishiyama, Eunisses Hernandez, Kenzo Sohoue, Ivette Ale, Kent Mendoza, Sam Lewis, Nicole Brown and Milinda Kakani addressed the Board.  Interested person(s) also submitted written testimony.**

**Rodrigo Castro-Silva, County Counsel, responded to questions posed by the Board.**

**Supervisors Barger and Solis made a joint substitute motion to Supervisors Mitchell and Kuehl's joint substitute motion to:**

1. **Adopt the Juvenile Justice Realignment Block Grant (JJRBG) Subcommittee recommendation for Campus Kilpatrick to be the temporary Secure Youth Treatment Facility (SYTF) location, until a permanent location is identified;**

2. **Recognize that any and all alternatives to the Division of Juvenile Justice (DJJ) shall be aligned with the vision of Youth Justice Reimagined (YJR);**

3. **Instruct the Chief Probation Officer, in consultation and coordination with the Youth Justice Advisory Committee and the JJRBG Subcommittee to:**

   a. **Work with County Counsel, the Chief Executive Officer, the Director of Internal Services and the Director of Public Works, to initiate an assessment of all licensed probation facilities to identify and rank the feasibility of the use of each campus to house DJJ youth, and report back to the Board in 60 days with findings, with the assessment to include, but not be limited to, existing site conditions and identification of necessary improvements to bring each facility up to relevant standards, including the "Care First" vision, in terms of livability, programming and security, as well as any**

Exhibit 3
Page 81

improvements required pursuant to environmental findings or studies associated with the State legislative change; and with the assessment to include operational and programmatic flexibility for the Probation Department and community service providers;

b. The above report should include a community outreach plan which will guide community meetings that will follow upon the selection of the site(s) by the Board; and

c. Report back to the Board with the results of the community outreach meeting(s) 30 days thereafter;

4. Direct the JJRBG, Youth Justice Transition Advisory Group, the Director of the Office of Diversion and Re-Entry through the Division of Youth Diversion and Development, the Director of Health Services' Juvenile Court Health Services, and the Director of Mental Health, to develop a plan and report back to the Board in writing in 60 days on how youth who are temporarily placed at any temporary SYTFs, will be placed with expediency in an identified permanent SYTF upon a robust, comprehensive, evidence-based, trauma-informed assessment and evaluation by medical and mental health staff, aligning with YJR values and JJRBG's recommendations, that will be sensitive to the needs of the youth;

5. Instruct the JJRBG Subcommittee to devise a plan, with input from the Youth Justice Transition Advisory Group, community service providers, and Probation Department labor partners, that includes supportive programming (including, among other needs, community-based programming inside facilities to link youth to re-entry services), a transformative staffing model (e.g. co-staffing model and employment of credible messengers from outside of the Probation Department) that facilitates a safer, more therapeutic environment at all SYTFs, as well as a plan to ensure that a continuum of less restrictive options, including diversion, will be available, and report back to the Board in writing in 45 days with an update on progress, and report back to the Board every 60 days thereafter to keep the Board informed of the status and progress of the DJJ transition, including ongoing community stakeholder feedback and alignment with the values of YJR, until such time as the selection and implementation of a permanent SYTF is finalized;

6. Instruct the JJRBG Subcommittee to work with the Chief Executive Officer to develop and submit funding recommendations for the first allocation of the JJRBG funds to the to the Board in 75 days;

Exhibit 3
Page 82

7. Instruct the JJRBG Subcommittee to further develop and submit the DJJ Transition plan to the Board for approval within 90 days; and

8. Make a finding that these actions either do not constitute a project or are exempt from the California Environmental Quality Act.

On motion of Supervisor Barger, seconded by Supervisor Solis, Supervisors Barger and Solis' joint substitute motion was placed on the agenda for consideration, duly carried by the following vote:

Ayes:     4 -     Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis

Abstentions:     1 -     Supervisor Kuehl

After discussion, on motion of Supervisor Barger, seconded by Supervisor Solis, the Board adopted Supervisors Barger and Solis' joint substitute motion, and took the following actions:

1. Adopted the JJRBG Subcommittee recommendation for Campus Kilpatrick to be the Secure Youth Treatment Facility location, until a permanent location is identified;

2. Recognized that any and all alternatives to the DJJ shall be aligned with the vision of YJR;

3. Instructed the Chief Probation Officer, in consultation and coordination with the Youth Justice Advisory Committee and the JJRBG Subcommittee to:

   a. Work with County Counsel, the Chief Executive Officer, the Director of Internal Services and the Director of Public Works, to initiate an assessment of all licensed probation facilities to identify and rank the feasibility of the use of each campus to house DJJ youth, and report back to the Board in 60 days with findings, with the assessment to include, but not be limited to, existing site conditions and identification of necessary improvements to bring each facility up to relevant standards, including the "Care First" vision, in terms of livability, programming and security, as well as any improvements required pursuant to environmental findings or studies associated with the State legislative change; and with the assessment to include operational and programmatic flexibility for the Probation Department and community service providers;

   b. The above report should include a community outreach plan which will

Exhibit 3
Page 83

guide community meetings that will follow upon the selection of the site(s) by the Board; and

c.  Report back to the Board with the results of the community outreach meeting(s) 30 days thereafter;

4.  Directed the JJRBG, Youth Justice Transition Advisory Group, the Director of the Office of Diversion and Re-Entry through the Division of Youth Diversion and Development, the Director of Health Services' Juvenile Court Health Services, and the Director of Mental Health, to develop a plan and report back to the Board in writing in 60 days on how youth who are temporarily placed at any temporary SYTFs, will be placed with expediency in an identified permanent SYTF upon a robust, comprehensive, evidence-based, trauma-informed assessment and evaluation by medical and mental health staff, aligning with YJR values and JJRBG's recommendations, that will be sensitive to the needs of the youth;

5.  Instructed the JJRBG Subcommittee to devise a plan, with input from the Youth Justice Transition Advisory Group, community service providers, and Probation Department labor partners, that includes supportive programming (including, among other needs, community-based programming inside facilities to link youth to re-entry services), a transformative staffing model (e.g. co-staffing model and employment of credible messengers from outside of the Probation Department) that facilitates a safer, more therapeutic environment at all SYTFs, as well as a plan to ensure that a continuum of less restrictive options, including diversion, will be available, and report back to the Board in writing in 45 days with an update on progress, and report back to the Board every 60 days thereafter to keep the Board informed of the status and progress of the DJJ transition, including ongoing community stakeholder feedback and alignment with the values of YJR, until such time as the selection and implementation of a permanent SYTF is finalized;

6.  Instructed the JJRBG Subcommittee to work with the Chief Executive Officer to develop and submit funding recommendations for the first allocation of the JJRBG funds to the to the Board in 75 days;

7.  Instructed the JJRBG Subcommittee to further develop and submit the DJJ Transition plan to the Board for approval within 90 days; and

Exhibit 3
Page 84

8.  **Made a finding that these actions either do not constitute a project
    or are exempt from the California Environmental Quality Act.**

**Said motion was duly carried by the following vote:**

**Ayes:**    3 -    Supervisor Hahn, Supervisor Barger and Supervisor
                    Solis

**Noes:**    2 -    Supervisor Mitchell and Supervisor Kuehl

*Attachments:*    Substitute motion by Supervisors Mitchell and Kuehl
                  Substitute motion by Supervisors Barger and Solis
                  Report
                  Public Comment/Correspondence
                  Audio I
                  Audio II
                  Audio III

**Exhibit 3
Page 85**

**21.**    **Lease Between Los Angeles County and Los Angeles County Facilities, Inc., a Nonprofit Corporation at Vermont Corridor Project**

Recommendation as submitted by Supervisor Mitchell: Find that the lease agreement between the County and Los Angeles County Facilities, Inc. (LACF), a California nonprofit public benefit corporation, for the retail space to be operated by a food service provider that targets underserved communities of the County and its residents, is necessary to meet the social needs of the County and the general public, and serve a public purpose; authorize the Chief Executive Officer to negotiate and execute a lease agreement between the County and LACF, with rent due under the proposed lease with LACF to be the balance remaining each month from the food service provider's rent after expenses are paid, the proposed lease will have an initial term of 12 months which may be further extended for additional terms of 12 months, during the duration of the County's facilities lease of the new building, which will contain administrative offices for the Department of Mental Health, Department of Economic and Workforce Development, Department of Aging, Department of Human Resources, Commission on HIV and a Second Supervisorial District field office, referred to as Site 1, with LACF, unless terminated earlier for any reason, with the proposed monthly base rent from the food service provider not to be less than $3,000 and the County would not be responsible for any tenant improvement costs associated with the retail space, and with the food service provider to be responsible for their operating and maintenance costs associated with the retail space; authorize the Chief Executive Officer to negotiate, execute and/or consent to any other ancillary documentation or future amendments, which are necessary to effectuate the proposed lease agreement and take any other actions necessary and appropriate to implement activities permitted under this proposed lease agreement; and find that the proposed lease agreement is exempt from the California Environmental Quality Act. (21-2965)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Mitchell
Public Comment/Correspondence

Exhibit 3
Page 86

22.     **Improving How We Meet the Needs of Our Black Immigrant Communities**

Recommendation as submitted by Supervisor Mitchell: Instruct the Executive Director of the Office of Immigrant Affairs within the Department of Consumer and Business Affairs to conduct an assessment, in collaboration with impacted County Departments and community organizations, which work with Black immigrants, of priority needs impacting Black immigrants and their families; identify the wraparound County and other services available to support Black immigrants and their families, including immigration legal representation, housing services, food insecurity, unpaid wages and healthcare; develop and implement an outreach plan to inform and provide Black immigrants with these services in a culturally, linguistically and immigration appropriate manner; work with the Chief Executive Officer to identify additional resources necessary to implement this motion; and report back to the Board in writing within 90 days on these efforts.  (21-2969)

**Eunisses Hernandez, Shiu-Ming Cheer, Ivette Ale, Alexandra Morales, Andre Barrios, Aquilina Soriano-Versova and Ruby Rivera addressed the Board. Interested person(s) also submitted written testimony.**

**After discussion, on motion of Supervisor Mitchell, seconded by Supervisor Kuehl, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Mitchell
Report
Public Comment/Correspondence
Audio I
Audio II

23.     **Removing Barriers to Aquatics Programming for Seniors and Individuals with Disabilities at County Swimming Pools**

Revised recommendation as submitted by Supervisors Mitchell and Hahn: Authorize the Director of Parks and Recreation to develop and implement a scholarship program for aquatics programming and swimming pool activities for seniors (persons 65 years or older) and people with disabilities; report back to the Board in writing within 30 days with a plan to reduce barriers to online access to Los Angeles County's ActiveNet system, including identification of any resources or staffing needs required to implement the plan; and direct the Chief Executive Officer, in collaboration with the Director of Parks and Recreation and the Director of Workforce Development, Aging and Community Services' Aging Branch, to report back to the Board in writing during Supplemental Changes for Fiscal Year 2021-22 on the availability of funding to backfill lost revenue resulting from implementation of the discount program. (21-2978)

**Exhibit 3
Page 87**

**Lydia Scott and Ted Eagans addressed the Board.**

**Supervisor Hahn made a friendly amendment to her and Supervisor Mitchell's joint motion as indicated below:**

1. **Authorize the Director of Parks and Recreation to develop and implement a <u>free or discounted</u> scholarship program for aquatics programming and swimming pool activities for seniors (persons 65 years or older) and people with disabilities; and**

4. <u>**Instruct the Chief Executive Officer to identify funding to include free and discounted water aerobics and lap swim as an aquatic core program at our year-round and seasonal pools for seniors and persons with disabilities.**</u>

**Supervisor Mitchell accepted Supervisor Hahn's friendly amendment.**

**After discussion, on motion of Supervisor Mitchell, seconded by Supervisor Hahn, this item, as amended, was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*<u>Attachments:</u>*    Motion by Supervisor Mitchell
Revised Motion by Supervisors Mitchell and Hahn
Motion by Supervisor Hahn
Report
Public Comment/Correspondence
Audio I
Audio II

**Exhibit 3
Page 88**

**24.** **Extend the Reward Offer in the Investigation of the Murder of Kejon (Wayne) Atkins**

Recommendation as submitted by Supervisor Mitchell: Extend the $10,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the murder of 22-year-old Kejon (Wayne) Atkins, who was shot while walking along the 1800 block of East 126th Street, west of Wilmington Avenue, in the unincorporated area of Willowbrook on July 23, 2015 at approximately 11:25 a.m. and succumbed to his injuries on July 27, 2015. (16-2078)

**Interested person(s) submitted written testimony.**

**After discussion, on motion of Supervisor Mitchell, seconded by Supervisor Kuehl, this item was duly carried by the following vote:**

**Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:* Motion by Supervisor Mitchell
Notice of Reward
Public Comment/Correspondence
Audio

**25.** **Extend the Reward Offer in the Investigation of the Murders of Boston Farley and Richard Williams**

Recommendation as submitted by Supervisor Mitchell: Extend the $10,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the murders of 24-year-old Richard Williams and 23-year-old Boston Farley, who were fatally shot while exiting the parking lot of a 76 gas station on the 1200 block of South Wilmington Avenue in the City of Compton on May 15, 2016, at approximately 8:58 p.m.  (16-5963)

**Interested person(s) submitted written testimony.**

**After discussion, on motion of Supervisor Mitchell, seconded by Supervisor Kuehl, this item was duly carried by the following vote:**

**Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:* Motion by Supervisor Mitchell
Notice of Reward
Public Comment/Correspondence
Audio

**Exhibit 3**
**Page 89**

26. **Extend the Reward Offer in the Investigation of the Murder of Estephan Hernandez**

Recommendation as submitted by Supervisor Mitchell: Extend the $10,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the murder of 21-year-old Estephan Hernandez, who was fatally shot while sitting in his vehicle parked on the 1100 block of East 148th Street in the City of Compton on September 28, 2017, at approximately 9:32 p.m.  (18-0497)

**Interested person(s) submitted written testimony.**

**After discussion, on motion of Supervisor Mitchell, seconded by Supervisor Kuehl, this item was duly carried by the following vote:**

> **Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Mitchell
Notice of Reward
Public Comment/Correspondence
Audio

27. **Extend the Reward Offer in the Investigation of the Murder of Tauvaaga (Judy) Lauvai**

Recommendation as submitted by Supervisor Mitchell: Extend the $10,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the murder of 53-year-old Tauvaaga (Judy) Lauvai, who was fatally shot on the front porch of her family's residence located on the 22700 block of Island Avenue in the City of Carson on June 16, 2018, at approximately 8:55 p.m.  (18-4122)

**Interested person(s) submitted written testimony.**

**After discussion, on motion of Supervisor Mitchell, seconded by Supervisor Kuehl, this item was duly carried by the following vote:**

> **Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Mitchell
Notice of Reward
Public Comment/Correspondence
Audio

Exhibit 3
Page 90

28. **Extend the Reward Offer in the Investigation of the Murders of Erin Lavender and Dalelaja Hearn**

Recommendation as submitted by Supervisor Mitchell: Extend the $10,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the murders of 19-year-old Erin Lavender and 17-year-old Dalelaja Hearn, who were fatally shot on the 20300 block of Alvo Avenue in the City of Carson on December 15, 2019, at approximately 8:50 p.m. (20-0138)

**Interested person(s) submitted written testimony.**

**After discussion, on motion of Supervisor Mitchell, seconded by Supervisor Kuehl, this item was duly carried by the following vote:**

| | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*   Motion by Supervisor Mitchell
Notice of Reward
Public Comment/Correspondence
Audio

29. **Reestablish a Reward Offer in the Investigation of the Murder of Cedric Hurd**

Recommendation as submitted by Supervisor Mitchell: Reestablish the $10,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the murder of 26-year-old Cedric Hurd, who was fatally shot while walking near his daughter's home located on the 10900 block of Hobart Boulevard in the unincorporated area of Westmont on December 18, 2001 at approximately 9:15 p.m.  (06-1974)

**Interested person(s) submitted written testimony.**

**After discussion, on motion of Supervisor Mitchell, seconded by Supervisor Kuehl, this item was duly carried by the following vote:**

| | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*   Motion by Supervisor Mitchell
Notice of Reward
Public Comment/Correspondence
Audio

Exhibit 3
Page 91

30. **Reestablish the Reward Offer in the Investigation of the Murder of Danah Rojo-Rivas**

Recommendation as submitted by Supervisor Mitchell: Reestablish the $20,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the heinous murder of 16-year-old Danah Rojo-Rivas, who was fatally shot while seated in the back seat of her mother's Ford Mustang at the intersection of Euclid Avenue and Long Beach Boulevard in the City of Lynwood on November 23, 2016, at approximately 9:34 p.m.  (16-5954)

**Interested person(s) submitted written testimony.**

**After discussion, on motion of Supervisor Mitchell, seconded by Supervisor Kuehl, this item was duly carried by the following vote:**

> **Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Mitchell
Notice of Reward
Public Comment/Correspondence
Audio

31. **Reestablish the Reward Offer in the Investigation of the Murder of James Haley**

Recommendation as submitted by Supervisor Mitchell: Reestablish the $10,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the death of 61-year-old James Haley, who was killed in a hit-and-run accident while walking southbound on the 1700 block of Firestone Boulevard at the intersection of Holmes Avenue in the unincorporated area of Florence on July 14, 2018 at approximately 2:00 a.m. (18-7875)

**Interested person(s) submitted written testimony.**

**After discussion, on motion of Supervisor Mitchell, seconded by Supervisor Kuehl, this item was duly carried by the following vote:**

> **Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Mitchell
Notice of Reward
Public Comment/Correspondence
Audio

**Exhibit 3**
**Page 92**

**32.**   **Reestablish the Reward Offer in the Investigation of the Murder of Richard Allen Jefferson, Sr.**

Recommendation as submitted by Supervisor Mitchell: Reestablish the $10,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the murder of 65-year-old Richard Allen Jefferson, Sr., who was fatally shot while standing on the east sidewalk on the 1400 block of Paulsen Avenue in the City of Compton on September 19, 2018, at approximately 6:38 p.m.  (20-6114)

**Interested person(s) submitted written testimony.**

**After discussion, on motion of Supervisor Mitchell, seconded by Supervisor Kuehl, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Mitchell
Notice of Reward
Public Comment/Correspondence
Audio

**33.**   **Extension for Waiving Payment of the Annual Rent Registration Fee**

Recommendation as submitted by Supervisors Kuehl and Solis: Authorize the Director of Consumer and Business Affairs to administratively waive payment of the Annual Rent Registration Fee required under Los Angeles County Code Chapters 8.52, 8.57 and 8.65 through June 30, 2022 for landlords and mobilehome park owners who register all of their dwelling units and/or mobilehome spaces in the County's Rental Registry System on or before January 1, 2022; and authorize the Chief Executive Officer to approve bridge funding from Consumer Protection Settlement funds to sufficiently cover the Rent Stabilization Ordinance and Mobilehome Rent Stabilization Programs, and implementation of the Rent Registry through Fiscal Year 2021-22.  (21-2972)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisors Kuehl and Solis
Public Comment/Correspondence

**Exhibit 3**
**Page 93**

**34.**    **Drug Alcohol Testing Services**

Recommendation as submitted by Supervisors Kuehl and Mitchell: Find that there is an emergent need for drug and alcohol testing services for Department of Children and Family Services' families and authorize the Director of Children and Family Services, in consultation with County Counsel, to identify and enter into one or more negotiated contracts with qualified vendors to provide the needed Drug and Alcohol Testing Services; authorize the Director, in consultation with County Counsel, to amend the new contracts as necessary for programmatic changes or to increase or decrease the annual contract amounts to accommodate service needs; and find that it would be in the best interest of the County to terminate contract number 20-0033 with Pacific Toxicology and authorize the Director to terminate the contract.  (21-2971)

**Dennis Smeal addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisors Kuehl and Mitchell
Public Comment/Correspondence
Audio

**Exhibit 3**
**Page 94**

35.   **Adopt a Resolution to Submit Infill Infrastructure Grant Application**

Recommendation as submitted by Supervisors Kuehl and Barger: Authorize the Chief Executive Officer, on behalf of the County, to submit to the State Department of Housing and Community Development (Department) an Infill Infrastructure Grant (IIG) Program Application for the West Los Angeles Veterans Affairs Campus North Village Qualifying Infill Area Project, located at 11301 Wilshire Boulevard in the City of Los Angeles (Project), in a total amount not to exceed $7,500,000, as defined in the IIG Program Guidelines adopted by the Department on May 12, 2021; adopt a standard grant resolution, authorizing the County to be the applicant for the IIG funds, which will be used for allowable capital asset project expenditures in accordance with the Notice of Funding Availability and IIG Program Guidelines; and take the following actions: (Relates to Agenda No. 1-D)

> Authorize the Chief Executive Officer to take all necessary actions with respect to the award and acceptance of IIG Program funds consistent with the resolution and its basic purposes, including, but not limited to negotiating and entering into a standard agreement for IIG Program funding of this Project in a total amount not to exceed $7,500,000, as well as executing all other documents required, or deemed necessary or appropriate, to secure the IIG Program funds from the Department, and all amendments thereto (collectively, the "IIG Documents"), and negotiating and entering into any agreement necessary to address liability and indemnities with the housing developers without returning to the Board; and

> Direct the Chief Executive Officer, in collaboration with the Executive Director of the Los Angeles County Development Authority, in anticipation of a successful application, to identify administration and monitoring costs and return to the Board for approval of a funding recommendation and a funding agreement during the Supplemental Budget phase. (21-2980)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

|  | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*   Motion by Supervisors Kuehl and Barger
Public Comment/Correspondence

Exhibit 3
Page 95

36. **Ensuring Coordinated Response and Notification for Emergency Sewage Discharges**

Recommendation as submitted by Supervisor Hahn: Instruct the Director of the Office of Emergency Management and relevant County agencies to provide a verbal report at the July 27, 2021 Board meeting on Board Order No. 79-B of July 13, 2021, detailing the causation of delayed response, notification and corrective action that is needed to ensure faster response, coordination, reporting and notification about future sewage discharges that may require timely beach closures to prevent public exposure to harmful bacteria; and direct the Chief Executive Officer, in coordination with the Fire Chief, the Directors of Beaches and Harbors and Public Health, and in consultation with the Los Angeles City Sanitation and Environment, to publish a detailed After Action Report within 30 days.  (21-2993)

**Nikia Gonzales addressed the Board.  Interested person(s) also submitted written testimony.**

**Kevin McGowan, Director of the Office of Emergency Management, and Stewart Gary, Citygate Associates, addressed the Board.  Dr. Barbara Ferrer, Director of Public Health, Gary Jones, Director of Beaches and Harbors, and Fernando Boiteux, Chief Lifeguard, Fire, addressed the Board and responded to questions.**

**After discussion, by Common Consent, there being no objection, this item was approved and the report was received and filed.**

**Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Hahn
Public Comment/Correspondence
Report
Audio I
Audio II

Exhibit 3
Page 96

37.   **Establish the Reward Offer in the Investigation of Victims Faviola Rodriguez and Alfonso Guzman**

Recommendation as submitted by Supervisor Hahn: Establish a $10,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the fatal shooting of Alfonso Guzman and seriously injuring Faviola Rodriguez while seated in their vehicle parked at 3325 Turnbull Canyon Road in Hacienda Heights on May 20, 2021.  (21-2973)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Hahn
Notice of Reward
Public Comment/Correspondence

38.   **Conflict of Interest Codes**

Executive Officer of the Board's recommendation: Approve the Conflict of Interest Codes for ABC Unified School District, Children and Family Services Department, East San Gabriel Valley Regional Occupational Program, Glendale Unified School District, Keppel Union School District, Los Angeles County Office of Education, Palmdale Water District, Regional Planning Department and San Gabriel Valley Council of Governments, to be effective the day following Board approval. (21-2909)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**Exhibit 3**
**Page 97**

**ADMINISTRATIVE MATTERS    39 - 54**

**Chief Executive Office**

39.    **Report on the Los Angeles Homeless Services Authority's Rehousing Services System**

Report by the Chief Executive Officer and the Executive Director of the Los Angeles Homeless Services Authority (LAHSA) on the work being done by LAHSA, including data on outcomes from its rehousing services system, outreach and prevention efforts, as well as progress reports on LAHSA's Ad Hoc Committee on Governance, its work with independent experts on best practices around structure, the Vacancy to Move-In "Work Plan," including permanent supportive housing central command and its overall strategic planning efforts, as requested at the Board meeting of February 11, 2020. (Continued from the meetings of 11-24-20, 1-26-21, 3-23-21 and 5-18-21)   (20-1494)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Barger, seconded by Supervisor Hahn, this item was continued to September 28, 2021.**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Public Comment/Correspondence

Exhibit 3
Page 98

**County Operations**

40. **Mobilehome Rent Stabilization, Rent Stabilization and Rental Housing Oversight Commission Ordinances Amendments**

Recommendation: Approve ordinances for introduction amending County Code, Title 8 - Consumer Protection, Business and Wage Regulations, Chapter 8.57 - Mobilehome Rent Stabilization, Chapter 8.52 - Rent Stabilization and Chapter 8.64 - Rental Housing Oversight Commission; and authorize the Rental Housing Oversight Commission to review and approve Relocation Impact Reports for Mobilehome Park's Closure, Change of Use or Cessation. **(Department of Consumer and Business Affairs)** (Relates to Agenda Nos. 55, 56 and 57) (21-2756)

**Ruby Rivera addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence
Audio

**Health and Mental Health Services**

41. **Report on the Health Agency's Progress Serving as the Capital Improvements Intermediary**

Report by the Health Agency on the Agency's progress serving as the Capital Improvements Intermediary, as requested at the Board meeting of January 24, 2017.  (17-0821)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, the report was received and filed.**

**Said motion was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Report
Public Comment/Correspondence

**Exhibit 3
Page 99**

**Community Services**

42.   **Camp Scott Light Standards and Guardrails Project Construction Contract**

Recommendation: Establish and approve the Camp Scott Light Standards and Guardrails Project, Capital Project No. 87579 (Project), located at 28700 Bouquet Canyon Road in the unincorporated area of the County (5), with a total Project budget of $722,000, and adopt the plans and specifications; approve an appropriation adjustment to transfer $637,000 from the Extraordinary Maintenance, Services and Supplies budget to the Project, to fully fund the proposed Project; advertise the Project for bids to be received and opened by 10:30 a.m. on August 17, 2021; find that the proposed Project is exempt from the California Environmental Quality Act; and authorize the Director of Public Works to take the following actions: **(Department of Public Works)** (Continued from the meeting of 7-13-21)

Execute a consultant services agreement with the apparent lowest responsive and responsible bidder to prepare a baseline construction schedule for an amount not to exceed $5,000, funded by the Project funds; and

Determine that a bid is nonresponsive and reject a bid on that basis, waive inconsequential and nonmaterial deficiencies in bids submitted, and determine, award and execute the construction contract to the apparent lowest responsive and responsible bidder if the low bid can be awarded within the approved total budget, establish the effective date of the contract upon receipt of acceptable performance and payment bonds and evidence of required contractor insurance, and take all other actions necessary and appropriate to deliver the Project.  (21-2734)

**Ruby Rivera addressed the Board.**

**On motion of Supervisor Barger, seconded by Supervisor Hahn, this item was continued to September 28, 2021.**

| | | |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Noes:** | 1 - | Supervisor Kuehl |

*Attachments:*   Board Letter
Public Comment/Correspondence

**Exhibit 3
Page 100**

**Public Safety**

43.    **Report on the Implementation of the California Public Safety Realignment Act**

Report by the Public Safety Realignment Team on the status of implementation of the California Public Safety Realignment Act (AB 109), as requested at the Board meeting of December 11, 2012, and updated on May 31, 2016. (Continued from the meetings of 7-21-20 and 9-1-20)  (13-0268)

**Eunisses Hernandez and Ivette Ale addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Barger, seconded by Supervisor Hahn, this item was continued two weeks to August 10, 2021.**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Report
Public Comment/Correspondence

44.    **Partners for Justice Sole Source Contract**

Recommendation: Authorize the Public Defender to execute a sole source contract with Partners For Justice to provide comprehensive holistic advocacy services, for a two-year term and a maximum amount of $694,022, effective upon Board approval, with funding to be provided over two fiscal years by a Productivity Investment Fund grant approved in March 2021 by the County Quality and Productivity Commission, and Funds for Fiscal Year 2021-22 to be included in the Public Defender's budget during the Supplemental Changes Budget; and execute amendments to the contract to extend the term for up to one additional 24-month term, for a maximum contract amount not to exceed $697,818, increase or decrease the contract fees, not to exceed 10% of $694,022 for the two-year base term and 5% of $348,909, for each option year, and extend the period of performance by a maximum of 180 days, pursuant to the terms of the contract. **(Public Defender)**  (21-2916)

**Milinda Kakani addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence
Audio I

**Exhibit 3
Page 101**

**Ordinances for Adoption**

**45.**    **County Code, Title 4 - Revenue and Finance Amendment**

Ordinance for adoption amending County Code, Title 4 - Revenue and Finance, by adding Section 4.16.240 to create an accumulative capital outlay account for equipment acquisitions and expenditures by the Department of Health Services related to the Harbor-UCLA Medical Center Replacement Program.   (21-2747)

**Interested persons(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, the Board adopted Ordinance No. 2021-0036 entitled, "An ordinance amending Title 4 – Revenue and Finance of the Los Angeles County Code, relating to creating an accumulative capital outlay account for equipment acquisitions and expenditures related to the Harbor-UCLA Medical Center Replacement Program." This ordinance shall take effect August 26, 2021.**

**This item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Ordinance
Public Comment/Correspondence
Certified Ordinance

**Exhibit 3
Page 102**

**46.** **County Code, Title 6 - Salaries Amendment**

Ordinance for adoption amending County Code, Title 6 - Salaries by adding and establishing the salary for one unclassified classification and one employee classification; changing the title of one employee classification; and adding, deleting and/or changing certain employee classifications and number of ordinance positions in the Departments of Child Support Services, Health Services, Mental Health and Parks and Recreation.   (21-2711)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, the Board adopted Ordinance No. 2021-0037 entitled,"An ordinance amending Title 6 – Salaries of the Los Angeles County Code to add and establish the salaries for one unclassified classification and one employee classification; change the title of one employee classification; and add, delete, and/or change certain employee classifications and number of ordinance positions in various Departments to implement the findings of classification studies." This ordinance shall take effect July 27, 2021.**

**This item was duly carried by the following vote:**

> **Ayes:**  5 -  Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*     Ordinance
                    Public Comment/Correspondence
                    Certified Ordinance

**Exhibit 3**
**Page 103**

**47.    County Code Title 13 - Public Peace, Morals and Welfare Amendment**

Ordinance for adoption amending County Code, Title 13 - Public Peace, Morals and Welfare to declare the use of a building or place for human trafficking unlawful and a public nuisance; require certain businesses to post the notice required by California Civil Code Section 52.6, train employees in recognizing the signs of human trafficking and how to report those signs, and keep records of such training; encourage employees to report suspected human trafficking by protecting them from retaliation for such good-faith reporting; delegate subpoena power to County Counsel to investigate violations of the ordinance; and make violations of the ordinance a public nuisance and subject to administrative fine, civil action and civil penalty, and misdemeanor prosecution.   (21-2704)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, the Board adopted Ordinance No. 2021-0038 entitled, "An ordinance amending Title 13 —Public Peace, Morals and Welfare of the Los Angeles County Code relating to combatting human trafficking." This ordinance shall take effect August 26, 2021.**

**This item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*        Ordinance
Public Comment/Correspondence
Certified Ordinance

**Exhibit 3
Page 104**

**Miscellaneous**

**48.**   **Settlement of the Matter Entitled, <u>Claim of Sheila Mitchell</u>**

Los Angeles County Claims Board's recommendation: Authorize settlement of the matter entitled, <u>Claim of Sheila Mitchell</u>, in the amount of $350,000 and instruct the Auditor-Controller to draw a warrant to implement this settlement from the Los Angeles Probation Department's budget.

This claim alleges retaliation and differential treatment based on disability and sexual orientation.   (21-2994)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**49.**   **Los Nietos School District Levying of Taxes**

Request from the Los Nietos School District: Adopt a resolution authorizing the County to levy taxes in an amount sufficient to pay the principal of and interest on the District's 2008 Measure M Election General Obligation Bonds, 2021 Series A, in an aggregate principal amount not to exceed $5,700,000 the District's 2014 Measure E Election General Obligation Bonds, 2021 Series A, in an aggregate principal amount not to exceed $1,000,000 and 2014 Measure N Election General Obligation Bonds, 2021 Series A in an aggregate principal amount not to exceed $800,000; and direct the Auditor-Controller to place on the 2021-22 tax roll, and all subsequent tax rolls, taxes sufficient to fulfill the requirements of the debt service schedule for the Bonds that will be provided to the Auditor-Controller by the District following the sale of the Bonds.  (21-2910)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**Exhibit 3**
**Page 105**

**50.**    **Mt. San Antonio Community College District Levying of Taxes**

Request from the Mt. San Antonio Community College District: Adopt a resolution authorizing the County to levy taxes in an amount sufficient to pay the principal of and interest on the District's Election of 2018 General Obligation Bonds, Series 2021C, in an aggregate principal amount not to exceed $245,000,000; and direct the Auditor-Controller to place on the 2021-22 tax roll, and all subsequent tax rolls, taxes sufficient to fulfill the requirements of the debt service schedule for the Bonds that will be provided to the Auditor-Controller by the District following the sale of the Bonds.  (21-2913)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**51.**    **Mt. San Antonio Community College District Levying of Taxes**

Request from the Mt. San Antonio Community College District: Adopt a resolution authorizing the County to levy taxes in an amount sufficient to pay the principal of and interest on the District's Election of 2008 General Obligation Bonds, Series 2021E, in an aggregate principal amount not to exceed $55,969,549.90; and direct the Auditor-Controller to place on the 2021-22 tax roll, and all subsequent tax rolls, taxes sufficient to fulfill the requirements of the debt service schedule for the Bonds that will be provided to the Auditor-Controller by the District following the sale of the Bonds.  (21-2912)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**Exhibit 3**
**Page 106**

**Miscellaneous Additions**

52.    **Additions to the agenda which were posted more than 72 hours in advance of the meeting, as indicated on the supplemental agenda.** (12-9995)

52-A.   **Supporting Urban Water Conservation in Los Angeles County**

Recommendation as submitted by Supervisors Solis and Kuehl: Direct the Chief Executive Officer, in collaboration with the Directors of Parks and Recreation, Public Works, and Internal Services, to report back to the Board within 120 days on the following:

>    Baseline water usage based on an average of 2017, 2018 and 2019 annual usage data at the top 100 County facilities;

>    The percentage of water sourced from recycled water sources particularly for irrigation of large, landscaped areas, such as golf courses;

>    A summary of planned and recently completed water efficiency upgrades, and the status of that work; and

>    Recommendations on how to achieve a 15% reduction in water use as compared to the 2017-2019 baseline at County facilities that are in alignment with other County sustainability goals, such as preservation of the urban tree canopy; and

Instruct the Director of Public Works to conduct a survey of current and planned drought-related education and outreach efforts by local water agencies targeting communities in County unincorporated areas, and report back to the Board within 120 days with a plan that accomplishes the following:

>    Enhances these current and planned efforts through the Water for LA Program;

>    Utilizes best practices learned from campaigns during the previous drought to reach the highest water users; and

>    Ensures that education and outreach efforts reach linguistically isolated communities and include information on resources to support water efficiency upgrades such as free or low-cost fixtures and rebate programs. (21-3015)

**Interested person(s) submitted written testimony.**

**Exhibit 3**
**Page 107**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

Ayes:    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisors Solis and Kuehl
Report
Public Comment/Correspondence

**52-B.    General Relief (GR) TAYportunity Guaranteed Income Demonstration Project**

Revised recommendation as submitted by Supervisors Solis and Hahn: Instruct the Director of Public Social Services, in collaboration with the Chief Executive Officer's Poverty Alleviation Initiative, to report back to the Board within 45 days with a high-level plan for the creation of a three-year Guaranteed Income Demonstration Program (GIDP), a pilot project for 150 Transition Aged Youth (TAY) individuals aged 18 to 24 who are currently receiving General Relief benefits while and actively encouraging them to participate participating in the Department's TAYportunity Program, with this pilot project to provide $1,204 ($1,000 for Guaranteed Income and $204 for CalFresh) to these individuals; authorize the Chief Executive Officer, in consultation with County Counsel, to execute agreements with a research institution and/or other agencies that provide benefits counseling to assist in the creation and/or study the potential efficacy of the GIDP; and instruct County Counsel to review Chapter 2.102 of the Los Angeles County Code, which governs the General Relief Program, and provide draft language within 45 days to the Board for consideration to ensure that youth receiving General Relief and involved in the TAYportunity Program can participate in the GIDP with no impact on their benefits.  (21-3016)

**Ivette Ale and Ruby Rivera addressed the Board.  Interested person(s) also submitted written testimony.**

**Supervisor Solis and Supervisor Hahn revised their joint motion as detailed above.**

**After discussion, on motion of Supervisor Solis, seconded by Supervisor Mitchell, this item, as revised, was duly carried by the following vote:**

Ayes:    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisors Solis and Hahn
Revised motion by Supervisors Solis and Hahn
Report
Public Comment/Correspondence
Audio

**Exhibit 3
Page 108**

**52-C.   Award Exclusive Negotiation Agreement for the 4th and Hewitt Development Project**

Recommendation as submitted by Supervisor Solis: Authorize the Chief Executive Officer to negotiate and execute an Exclusive Negotiation Agreement (ENA) with the Urban Offerings Inc. (Developer), approved as to form by County Counsel, for an initial six-month term with four six-month extension options to, in order to negotiate the potential development of a Department of Public Social Services Civic Center Office, located at 813 East 4th Place in the City of Los Angeles, and a Department of Public Social Services Parking Garage, located at 321 South Hewitt Street in the City of Los Angeles, with the Chief Executive Officer to return to the Board with a recommendation regarding certification of the environmental documentation and approval of a final development agreement to include a ground lease between the County and the Developer; authorize the Chief Executive Officer to execute any and all related or ancillary documents or amendments to the ENA necessary to effectuate the action authorized hereby, collect deposits and fees in connection with the terms of the ENA, and administer the expenses and accounting associated with the ENA; and authorize the Director of Public Works, in consultation with the Chief Executive Officer, to manage the predevelopment phase of the proposed 4th and Hewitt Development Project.  (21-3014)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*      Motion by Supervisor Solis
Public Comment/Correspondence

Exhibit 3
Page 109

**52-D.** **Support for the Clean Power Alliance to Manage the Economic Impacts of the COVID-19 Pandemic**

Recommendation as submitted by Supervisor Kuehl: Authorize the Chief Executive Officer to work with County Counsel to enter into an agreement with the Clean Power Alliance for a loan of $30,000,000 within the next 15 days at an interest rate to be determined by the Chief Executive Officer, with a repayment date of no later than June 30, 2022, and with other terms and conditions deemed necessary and suitable to protect the County's interests; approve an appropriation adjustment that transfers $30,000,000 from Obligated Fund Balance Committed for Budget Uncertainties to the Nonspendable for Long-term Loan Receivables - Clean Power Alliance (CPA) to set up a nonspendable loan for this purpose; and authorize the Chief Executive Officer to engage one or more expert technical consultants to conduct an analysis of CPA's financial policies and fiscal controls and to make recommendations to strengthen these, and analyze and make recommendations for improving the County's monitoring and oversight of Joint Power Authorities to which it is a party for the purposes of reducing potential liabilities to the County and ensuring best practices.  (21-3013)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Kuehl
Public Comment/Correspondence

**Exhibit 3**
**Page 110**

**52-E.   Fee Waiver and Gratis Issuance of a License Agreement for the Cornucopia Foundation's Malibu Farmers' Market Held on Certain Sundays at the Malibu Civic Center**

Recommendation as submitted by Supervisor Kuehl: Find that a portion of the County's Malibu Civic Center Parking Lot located at 23525-23555 Civic Center Way in the City of Malibu, proposed for the farmers' market, is not currently needed for exclusive County purposes during those certain Sundays and those hours of operation of the Malibu Farmers' Market, to be defined in the license agreement, and that the services to be provided by the Cornucopia Foundation are necessary to meet the social needs of the County and serve public purposes which benefit the County; authorize the Chief Executive Officer to negotiate a non-exclusive, gratis License Agreement with the Cornucopia Foundation for a term commencing upon the first Sunday after Cornucopia provides the outstanding documentation to the Chief Executive Office and terminating on December 30, 2022, waive the $175 per-day event fee and the $250 cleaning deposit fee, excluding the cost of security and liability insurance, with the License Agreement will be reviewed, and the fee waiver re-evaluated, by this Board upon termination of the License Agreement; authorize the Chief Executive Officer to execute the License Agreement and other ancillary documentation necessary to effectuate the actions authorized by this motion, and to take any other actions necessary and appropriate to implement and effectuate this motion; and find that the License Agreement is exempt from the California Environmental Quality Act.  (21-3018)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Kuehl
Public Comment/Correspondence

**Exhibit 3
Page 111**

**52-F.   American Rescue Plan Fiscal Recovery Funds Spending Plan**

Recommendation: Approve the proposed American Rescue Plan (ARP) Fiscal Recovery Funds Spending Plan totaling $975,000,000 for the expenditure of Federal revenue received through a direct allocation pursuant to the ARP; authorize the Chief Executive Officer to allocate funds from the ARP Act Trust Fund to reimburse County Departments for expenditures that meet the eligibility criteria issued by the United States Department of the Treasury (Treasury); find that the recommended actions are either not a project or are exempt from the California Environmental Quality Act; and authorize the Chief Executive Officer to take the following related acts: **(Chief Executive Office)**

> Recognize lost revenue through the regular budget process, and as authorized under the ARP, as needed to provide the government services identified in the Spending Plan; and

> Adjust planned spending among categories approved in the Spending Plan and across fiscal years to maximize the use of the funds and recover eligible costs.   (21-3026)

**Nana Deeb, Shiu-Ming Cheer, Ivette Ale, Aquilina Soriano-Versova and Nicole Brown addressed the Board.  Interested person(s) also submitted written testimony.**

**Fesia Davenport, Chief Executive Officer, made a presentation and responded to questions posed by the Board.**

**After discussion, on motion of Supervisor Mitchell, seconded by Supervisor Solis, this item was duly carried by the following vote:**

           **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Presentation
Public Comment/Correspondence
Audio I
Audio II

**Exhibit 3
Page 112**

**V.   ORDINANCES FOR INTRODUCTION     55 - 57**

**55.**   **County Code, Title 8 -  Consumer Protection, Business and Wage Regulations Amendment**

Ordinance for introduction amending County Code, Title 8 - Consumer Protection, Business and Wage Regulations relating to Chapter 8.52 (Rent Stabilization) by modifying or clarifying section, titles and definitions; landlord and tenant obligations; permitted pass-through costs; requirements for relocation assistance provided to tenants; termination of tenancies; remedies and penalties for violations of retaliation and anti-harassment provisions and imposition of an additional penalty if tenant is age 62 or older or disabled; and tenant's ability to pursue a private right of action for violations of this Chapter. (Relates to Agenda Nos. 40, 56 and 57)  (21-2753)

**Ruby Rivera addressed the Board. Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, the Board introduced, waived reading and ordered placed on the agenda for adoption an ordinance entitled, "An ordinance amending Title 8 – Consumer Protection, Business and Wage Regulations of the Los Angeles County Code, relating to Chapter 8.52 (Rent Stabilization) by modifying or clarifying: (1) section, titles, and definitions; (2) landlord and tenant obligations; (3) permitted pass-through costs; (4) requirements for relocation assistance provided to tenants; (5) termination of tenancies; (6) remedies and penalties for violations of retaliation and anti-harassment provisions and imposition of an additional penalty if tenant is age 62 or older or disabled; and (7) tenant's ability to pursue a private right of action for violations of this Chapter 8.52."**

**This item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Ordinance
Public Comment/Correspondence
Audio

**Exhibit 3**
**Page 113**

56.    **County Code, Title 8 -  Consumer Protection, Business and Wage Regulations Amendment**

Ordinance for introduction amending County Code, Title 8 - Consumer Protection, Business and Wage Regulations relating to Chapter 8.57 (Mobilehome Rent Stabilization) by modifying or clarifying section, titles and definitions; permitted rent increases and applications for rent adjustments; permitted pass-through recovery of costs; annual registration requirements; remedies and penalties for violations of retaliation and anti-harassment provisions and imposing additional penalty if tenant is age 62 or older or disabled; and mobilehome owner's ability to pursue a private right of action for violations of this Chapter. (Relates to Agenda Nos. 40, 55 and 57)  (21-2751)

**Ruby Rivera addressed the Board. Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, the Board introduced, waived reading and ordered placed on the agenda for adoption an ordinance entitled, "An ordinance amending Title 8 – Consumer Protection, Business and Wage Regulations of the Los Angeles County Code, relating to Chapter 8.57 (Mobilehome Rent Stabilization) by modifying or clarifying: (1) section, titles, and definitions; (2) permitted rent increases and applications for rent adjustments; (3) permitted pass-through recovery of costs; (4) annual registration requirements; (5) remedies and penalties for violations of retaliation and anti-harassment provisions and imposing additional penalty if tenant is age 62 or older or disabled; and (6) mobilehome owner's ability to pursue a private right of action for violations of this Chapter 8.57."**

**This item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Ordinance
                 Public Comment/Correspondence
                 Audio

**Exhibit 3
Page 114**

57. **County Code, Title 8 - Consumer Protection, Business and Wage Regulations Amendment**

Ordinance for introduction amending County Code, Title 8 - Consumer Protection, Business and Wage Regulations relating to the Rental Housing Oversight Commission (Commission) by adding the Commission's authority to act as the advisory agency concerning Mobilehome Park Relocation Impact Reports; and clarifying available stipend payments and meeting schedules for members of the Commission. (Relates to Agenda Nos. 40, 55 and 56)  (21-2754)

**Ruby Rivera addressed the Board. Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, the Board introduced, waived reading and ordered placed on the agenda for adoption an ordinance entitled, "An ordinance amending Title 8 – Consumer Protection, Business and Wage Regulations of the Los Angeles County Code, relating to the Rental Housing Oversight Commission (Commission) by: (1) adding the Commission's authority to act as the advisory agency concerning Mobilehome Park Relocation Impact Reports; and (2) clarifying available stipend payments and meeting schedules for the Commissioners of the Commission."**

**This item was duly carried by the following vote:**

       **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Ordinance
               Public Comment/Correspondence
               Audio

**Exhibit 3**
**Page 115**

## VI.  SEPARATE MATTER   58

58.  **Issuance and Sale of 2021-22 Tax and Revenue Anticipation Notes**

Recommendation: Adopt a resolution authorizing the issuance and sale of the 2021-22 Tax and Revenue Anticipation Notes, Series A, on behalf of certain County school districts (4), and providing for the sale of Participation Certificates, in an aggregate principal amount not to exceed $30,000,000. **(Treasurer and Tax Collector)**   (21-2908)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

Exhibit 3
Page 116

## VII. CLOSED SESSION MATTERS FOR JULY 27, 2021

**CS-1.** CONFERENCE WITH LEGAL COUNSEL - ANTICIPATED LITIGATION
(Paragraph (2) of subdivision (d) of Government Code Section 54956.9)

Significant exposure to litigation (one case).

**In Open Session, this item was continued one week to August 3, 2021.**
(20-2580)

*Attachments:* Public Comment/Correspondence

**CS-2.** DEPARTMENT HEAD PERFORMANCE EVALUATIONS
(Government Code Section 54957)

Department Head performance evaluations.

**In Open Session, this item was continued one week to August 3, 2021.**
(11-1977)

*Attachments:* Public Comment/Correspondence

**Exhibit 3
Page 117**

<u>**VIII.   PUBLIC COMMENT     59**</u>

**59.**     Opportunity for members of the public to address the Board on items of interest that are within the subject matter jurisdiction of the Board.

**Dennis Smeal, Lydia Scott, Emmanuel Estrada, Mel Tillekeratne, Ted Eagans, Roy Humphreys, Laurene Weste, Sharon Springer, Eunisses Hernandez, Henry Bouchot, Carolina Goodman, Ivette Ale, Kent Mendoza, Samantha Matthews, Stephanie Luna, Nikia Gonzales, Nicole Brown, Milinda Kakani and Marcel Rodarte addressed the Board.  Interested person(s) also submitted written testimony.**  (21-3069)

*<u>Attachments:</u>*     <u>Public Comment/Correspondence</u>
                     <u>Audio I</u>

**Exhibit 3
Page 118**

## IX.  ADJOURNMENT    60

60.  On motions, duly seconded and unanimously carried, the meeting was adjourned in memory of the following persons:

**Supervisor Solis**
Adam Robert Morales
Rosemary Solis

**Supervisor Mitchell**
Alfred B. Carson
Pastor Marvin Edwin Dean, Sr.

**Supervisor Kuehl**
Donald Martin
Robert Steinberg

**Supervisor Hahn**
Alvin Austin, Sr.
Joseph Behar
Carol Breshears
Barry Dungy
Francesca Kostrencich

**Exhibit 3**
**Page 119**

**Supervisor Barger**

Thomas Albert

Larry Leonard Cash

Ann Croissant

Howard Lawrence "Larry" Hull, Jr.

Frank Ponnet

Charlie Robinson

Dora Zavala

**Indigent Veterans**

Kasandra Lucille Banks

Michael Blackwood

Stephen Randell Fox

Richard Allen Gellersen

James Goodman

Nathaniel Hannah

Veronica Yvette Hurt

Shiego Kawasaki

Myles Philip Liberman

Don William Lynch

Thomas A. Noble

Frank Joseph Orto

Lawrence Owens

Daniel Martin Peeso

Gerald Wayne Thompkins

Ralph Richard Wierzelewski II  (21-3085)

**Exhibit 3**
**Page 120**

**Closing     61**

61.    The Board of Supervisors of the County of Los Angeles, and ex officio the governing body of all other special assessment and taxing districts, agencies and authorities for which said Board so acts, adjourned its meeting at 4:42 p.m.

The Board will hold a Special Closed Session Meeting on Tuesday, August 3, 2021 at 9:30 a.m.

The next Regular Meeting of the Board will be Tuesday, August 10, 2021 at 9:30 a.m. (21-3100)

The foregoing is a fair statement of the proceedings of the regular meeting held July 27, 2021, by the Board of Supervisors of the County of Los Angeles and ex officio the governing body of all other special assessment and taxing districts, agencies and authorities for which said Board so acts.

Celia Zavala, Executive Officer
Executive Officer-Clerk
of the Board of Supervisors

By

Adela Guzman
Head Board Specialist, Agenda
Preparation Section

Exhibit 3
Page 121