# EXHIBIT 5

Exhibit 5
Page 198



**STATEMENT OF PROCEEDINGS FOR THE**

**REGULAR MEETING OF THE BOARD OF SUPERVISORS**

**OF THE COUNTY OF LOS ANGELES HELD VIRTUALLY IN**

**ROOM 381B OF THE KENNETH HAHN HALL OF ADMINISTRATION**

**500 WEST TEMPLE STREET, LOS ANGELES, CALIFORNIA 90012**

**Tuesday, August 10, 2021**

**9:30 AM**

Present:        Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

Video Link for the Entire Virtual Meeting  (03-1075)

_**Attachments:**_        Video Transcript

Pledge of Allegiance led by Supervisor Holly J. Mitchell, Second Supervisorial District.

## I.  SET MATTER    10:30 A.M.

**S-1.**  **Public Health Order**

Discussion and consideration of necessary actions on the Public Health Order related to COVID-19, as requested by the Chair of the Board and status on the COVID-19 vaccine, as requested at the Board meetings of December 8, 2020 and January 5, 2021.  (20-4861)

**Dr. Genevieve Clavreul, Ramin Lalezari and Jean Krantz addressed the Board.  Interested person(s) also submitted written testimony.**

**Dr. Barbara Ferrer, Director of Public Health and Dr. Christina Ghaly, Director of Health Services, made a presentation and responded to questions posed by the Board.**

**Exhibit 5**
**Page 199**

**After discussion, by Common Consent, there being no objection, this item was received and filed.**

**Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Health Services Presentation
Public Health Presenetation
Public Comment/Correspondence
Audio I
Audio II

Exhibit 5
Page 200

II.  SPECIAL DISTRICT AGENDAS

STATEMENT OF PROCEEDINGS FOR THE MEETING OF
THE LOS ANGELES COUNTY
DEVELOPMENT AUTHORITY
TUESDAY, AUGUST 10, 2021
9:30 A.M.

**1-D.  Approve Funding for the Central Avenue Apartments Project**

Recommendation as submitted by Supervisor Mitchell: Acting as a responsible agency, certify that the Board has considered the exemption determination for the Central Avenue Apartments Project (Project), which was prepared by the City of Los Angeles as lead agency, and find that this Project will not cause a significant impact on the environment; approve a loan to Abode Communities, using up to $3,100,000 in No Place Like Home (NPLH) Program funds, for the development of the Project and authorize the Executive Director of the Los Angeles County Development Authority to negotiate, execute and, if necessary, amend or reduce the loan agreement with Abode Communities or a designee approved by the Los Angeles County Development Authority (LACDA) and all related documents including, but not limited to, documents to subordinate the loan to construction and permanent financing, and any intergovernmental, interagency or inter-creditor agreements necessary for the implementation of the development; and authorize the Executive Director to take the following related actions:

Incorporate, as needed, up to $3,100,000 in NPLH Program funds into LACDA's approved Fiscal Year (FY) 2021-22, and future fiscal year budgets, as needed, for the purposes described herein;

Reallocate LACDA funding set aside for affordable housing at the time of Project funding, as needed and within the Project's approved funding limit, in line with the Project's needs and within the requirements for each applicable funding source; and

Work in collaboration with the Director of Mental Health to ensure that all obligations under the NPLH Program are satisfied.  (21-3143)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**  5 -  Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*  Motion by Supervisor Mitchell
Public Comment/Correspondence

**Exhibit 5
Page 201**

**2-D.   Multifamily Housing Revenue Bonds or Notes for the Construction of Affordable Multifamily Housing Resolutions**

Recommendation: Adopt and instruct the Chair to sign a resolution, as required under Treasury regulations, declaring an intent by VM Family, LP, or an approved affiliate or assign thereof, to undertake multifamily housing revenue bond financing in an amount not to exceed $75,000,000 (Family Project Bonds) to finance the construction and development of the Vermont Manchester Family Project, a 118-unit affordable housing project located at 8400-8500 South Vermont Avenue in the City of Los Angeles (2); and take the following actions:

Authorize the Executive Director of the Los Angeles County Development Authority to submit an application to the California Debt Limit Allocation Committee (CDLAC) for a private activity bond allocation in an aggregate amount not to exceed $75,000,000 for the purposes described herein, and to take further actions relating to the aforesaid financial assistance that may be deemed reasonable and desirable, provided that the terms and conditions under which the Family Project Bonds are to be issued and sold shall be approved by the Los Angeles County Development Authority (LACDA) in the manner provided by law prior to the sale thereof for the Family Project;

Adopt and instruct the Chair to sign a resolution, as required under Treasury regulations, declaring an intent by VM Senior, LP, or an approved affiliate or assign thereof, to undertake multifamily housing revenue bond financing in an amount not to exceed $35,000,000 (Senior Project Bonds) to finance the construction and development of the Vermont Manchester Senior Project, a 62-unit affordable housing project located at 8400-8500 South Vermont Avenue in the City of Los Angeles (2); and

**Exhibit 5**
**Page 202**

Authorize the Executive Director to submit an application to the CDLAC for a private activity bond allocation on an aggregate amount not to exceed $35,000,000 for the purposes described herein and to take further action relating to the aforesaid financial assistance may be deemed reasonable and desirable, provided that the terms and conditions under which the bonds are to be issued and sold shall be approved by the LACDA in the manner provided by law prior to the sale thereof for the Senior Project. (21-3099)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**Exhibit 5**
**Page 203**

**3-D.** **Multifamily Housing Mortgage Revenue Bonds or Notes for Construction and Development of Housing for Homeless Veterans on The West Los Angeles Veterans Affairs Campus**

Recommendation: Adopt and instruct the Chair to sign a resolution, as required under Treasury regulations, declaring an intent by Building 402 LP (Borrower) or an approved affiliate or assign thereof, to undertake bond financing in an amount not exceeding $37,950,000 to finance the construction and development of West Los Angeles Veterans Affairs (VA) Building 402 Apartments, consisting of 120 units of prefabricated modular housing for homeless veterans on the West Los Angeles VA Campus located at 11301 Wilshire Boulevard, VA Building 402 (Project) in the unincorporated County area of West Los Angeles (3); authorize the Executive Director to submit an application to the California Debt Limit Allocation Committee for a private activity bond allocation on an aggregate amount not to exceed $37,950,000 for the purposes described herein and to take whatever further action relating to the aforesaid financial assistance may be deemed reasonable and desirable, provided that the terms and conditions under which the bonds are to be issued and sold shall be approved by the Los Angeles County Development Authority in the manner provided by law prior to the sale thereof. (21-3097)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**Exhibit 5**
**Page 204**

**4-D.** **Declaration of Certain County-Owned, Former Redevelopment Agency Properties as Surplus Land Resolution**

Recommendation: Adopt and instruct the Chair to sign a resolution declaring various County-owned, former redevelopment agency properties (1), are surplus land and not necessary for the County's use, in accordance with the California Surplus Land Act; and authorize the Executive Director of the Los Angeles County Development Authority to prepare, negotiate, execute and amend, as needed, any documents necessary to effectuate the disposition of the County-owned, former redevelopment agency properties in accordance with the California Surplus Land Act.   (21-3086)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**5-D.** **Los Angeles County Development Authority Meeting Minutes for June 2021**

Recommendation: Approve minutes of the meetings of the Los Angeles County Development Authority for the month of June 2021.  **NOTE: The minutes for the month of June 2021 can be found online at:** http://portal.lacounty.gov/wps/portal/sop/  (21-2876)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**Exhibit 5**
**Page 205**

**STATEMENT OF PROCEEDINGS FOR THE MEETING OF
THE REGIONAL PARK AND OPEN SPACE DISTRICT
OF THE COUNTY OF LOS ANGELES
TUESDAY, AUGUST 10, 2021
9:30 A.M.**

**1-P.    Grants Management System Agreement Amendment**

Recommendation: Authorize the Director of the Regional Park and Open Space District to execute an amendment to an agreement with Dulles Technology Partners, Inc. for continued hosting, maintenance and servicing of the Grants Management System, to extend the term through December 31, 2024 or until the agreement is otherwise terminated, with an annual cost of $23,500, funded by the available remaining funds of $97,000 under the current agreement. (*NOTE: The Chief Information Officer recommended approval of this item.*)  (21-3068)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**2-P.    Regional Park and Open Space District Meeting Minutes for June 2021**

Recommendation: Approve minutes of the meeting of the Regional Park and Open Space District for the month of June 2021.  **NOTE: The minutes for the month of June 2021 can be found online at:**  http://portal.lacounty.gov/wps/portal/sop/ (21-2877)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**Exhibit 5
Page 206**

III.   CONSENT CALENDAR

BOARD OF SUPERVISORS     1 - 24

1.       **Appointments to Commissions/Committees/Special Districts**

Recommendation for appointment/reappointment and removal for the following Commissions/Committees/Special Districts (+ denotes reappointments): **Documents on file in the Executive Office**.

Supervisor Solis
Craig Taubman, Los Angeles County Citizens' Economy and Efficiency Commission
Sarah Dusseault, Blue Ribbon Commission on Homelessness

Supervisor Mitchell
Helen Chin, Commission on Human Relations
Danielle G. Sheppard, Los Angeles County Commission on Disabilities
LaCheryl Porter, Blue Ribbon Commission on Homelessness

Supervisor Kuehl
Norma Cumpian (Alternate), Gender Responsive Advisory Committee
Wendy Greuel, Blue Ribbon Commission on Homelessness

Supervisor Hahn
Asuncion (Cecy) R. Groom (removal), Assessment Appeals Board
Patricia Lopez+, Commission for Women
Constance Sullivan, DrPH+, Los Angeles County Citizens' Economy and Efficiency Commission; also waive limitation of length of service requirement pursuant to County Code Section 3.100.030 A
Vanessa Sedano, Blue Ribbon Commission on Homelessness

Supervisor Barger
Jennifer Beeler, Antelope Valley Resource Conservation District
Liane Weintraub+, Los Angeles County Arts Commission
Keren Waters, Sunshine Canyon Landfill Community Advisory Committee
Scott Street, Blue Ribbon Commission on Homelessness

American Heart Association Western States Affiliate
Jason W. Tarpley, M.D., Ph.D., Emergency Medical Services Commission

Los Angeles County Youth Commission
Joshua Elizondo, Alex Furtado, Jacob Jackson, Carla Lopez, Ricardo Ortega Martinez, Jr., Ezekiel Nishiyama, Brittianna Robinson, Myriah

**Exhibit 5**
**Page 207**

Smiley, Luisa Flores Urrutia and Angela Young, Los Angeles County Youth Commission

<u>Contract Cities Association</u>

Marcel Rodarte, Blue Ribbon Commission on Homelessness

<u>Councils of Government</u>

Christian A. Horvath and Becky A. Shevlin, Blue Ribbon Commission on Homelessness  (21-0044)

**Eric Preven addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*<u>Attachments:</u>*    Public Comment/Correspondence
Audio

**Exhibit 5
Page 208**

**2.**     **Extending Employee Paid Leave for Vaccine Access**

Recommendation as submitted by Supervisor Solis: Approve an urgency ordinance amending County Code, Title 8 - Consumer Protection, Business and Wage Regulations, Chapter 8.205 - Employee Paid Leave for Expanded Vaccine Access, to extend the effective period of that chapter until fourteen days after the expiration of the COVID-19 local emergency as declared and ratified by the Board; direct the Chief Executive Officer, through the Legislative Affairs and Intergovernmental Relations Division, in consultation with the Director of Consumer and Business Affairs, to advocate for increased Federal funding for small- and medium-sized businesses to offset the costs of providing paid leave benefits to employees for the purpose of accessing vaccinations; and instruct the Director of Consumer and Business Affairs to develop an education and outreach plan to maximize awareness of the benefits afforded to workers and businesses subject to Chapter 8.205 and outreach efforts should include partnerships, as appropriate and feasible, with outside entities such as community-based worker advocacy organizations, unions, worker centers, and local, State and Federal labor enforcement entities, and take necessary steps to develop and implement the education and outreach campaign described above. **4-VOTES** (Relates to Agenda No. 56)  (21-3170)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

        **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Solis
              Public Comment/Correspondence

**Exhibit 5**
**Page 209**

3.   **Moving Forward on Inclusive Hiring: Waiving the Citizenship Requirements for Los Angeles County Employment**

Recommendation as submitted by Supervisors Solis and Kuehl: Find that the best interests of the County will be served by waiving the requirements of Government Code Section 24001 for existing Board-appointed Department Heads and future Board-appointed Department Heads; instruct County Counsel, in consultation with the Director of Personnel and the Chief Executive Officer, to implement the removal of the citizenship requirements for Board-appointed positions, excluding the Chief Probation Officer, by removing the citizenship requirement in all job announcements where that requirement is not mandated by State or Federal law, and remove citizenship as a minimum requirement for a County position, when a citizenship requirement is not mandated by law; instruct County Counsel to draft amendments or ordinances, as necessary, to the County Code waiving the requirements of Government Code Section 24001 for particular Board-appointed Department Head positions; and instruct Department Heads to formulate and implement a Departmental policy outlining the conditions under which a citizenship requirement or voter-registration requirement may be waived for positions within their respective Departments.  (21-3166)

**Ivette Ale, Ellen Giesy and Roy Humphreys addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisors Solis and Kuehl
Public Comment/Correspondence
Audio

**Exhibit 5**
**Page 210**

4.    **Increasing Permanent Housing by Expanding the Flexible Housing Subsidy Pool**

Recommendation as submitted by Supervisors Solis and Kuehl: Direct the Chief Executive Officer, in collaboration with the Interim Director of the Homeless Initiative, the Director of Health Services, and the Executive Director of the Los Angeles County Development Authority, to report back to the Board in the Fiscal Year 2021-22 Supplemental Budget phase on the feasibility of creating up to 1,000 new Flexible Housing Subsidy Pool (FHSP) slots using existing County and incoming Federal and State homelessness funding including, but not limited to, Homeless, Housing, Assistance and Prevention, the American Rescue Plan, and the Governor's California Comeback Plan, an overview of how new funding opportunities can also be used to fund FHSP tenancy support and housing acquisition services for Federal voucher holders, and recommendations on how to use new FHSP slots to increase turnover of interim housing beds by quickly matching high acuity clients to permanent housing and supporting the exit of clients from interim housing.  (21-3168)

**Ivette Ale, Ellen Giesy, Jay Stephen Brantley, Jasmine Brizuelas, Roy Humphreys and Zach Schlagel addressed the Board.  Interested person(s) also submitted written testimony.**

**After discussion, on motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisors Solis and Kuehl
Report
Public Comment/Correspondence
Audio I
Audio II

**Exhibit 5
Page 211**

5.  **Developing Recommendations for a Tenant Opportunity to Purchase Act (TOPA) for Unincorporated Los Angeles County**

Revised recommendation as submitted by Supervisors Solis and Kuehl: Instruct the Director of Consumer and Business Affairs, in collaboration with the Executive Director of the Los Angeles County Development Authority, the Director of Regional Planning and County Counsel, to work with local, community-based, mission-driven entities (LA Community Land Trust Coalition, Legal Aid Foundation of Los Angeles, and the LA Acquisition-Rehabilitation Working Group), housing providers, real estate professionals, and other relevant stakeholders to review best practices and lessons learned to develop recommendations for a TOPA policy for the County's unincorporated areas, and report back to the Board in 90 days with recommendations including, but not limited to, the following:

TOPA ordinance and administrative and supporting policies, including anti-displacement and affordability measures, incentives for sellers, incentives for the community and right-to-organize;

Review existing programs and services to identify potential opportunities to leverage and build upon during implementation of the proposed ordinance;

Program process and design, including definition of qualified purchasers/entities (tenants or organizations) to purchase for-sale rental properties and enforcement mechanisms;

Staffing needs and costs after maximally leveraging private nonprofit partners such as Community Development Financial Institutions etc., need for resources, and a proposed subsidy pool for acquisition and rehabilitation;

Technical assistance needs;

Community outreach and engagement plan;

Proposed timeline and milestones;

Key data elements to track progress and outcomes; and

Funding/resource assessment;

Authorize the Director of Consumer and Business Affairs to enter into agreements with consultants/contractors, as needed, in order to produce the 90-day report back; and

**Exhibit 5**
**Page 212**

Direct the Chief Executive Officer, in consultation with the Director of Consumer and Business Affairs and the Executive Director of the Los Angeles County Development Authority, to identify overall proposed cost and potential funding sources for implementation of the proposed TOPA ordinance and program. (21-3172)

**Ruby Rivera, Casey Ventura and Siris Barrios addressed the Board. Interested person(s) also submitted written testimony.**

**Supervisors Solis and Kuehl revised their joint motion as detailed above.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item, as revised, was duly carried by the following vote:**

<div style="margin-left:2em">

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

</div>

*Attachments:*      Revised motion by Supervisors Solis and Kuehl
Report
Public Comment/Correspondence
Audio

6.    **Ensuring Access to the Child Tax Credit and Other Financial Relief**

Recommendation as submitted by Supervisor Solis: Instruct the Executive Director of the Office of Immigrant Affairs to take the following actions:

Implement a campaign to inform and encourage immigrant families to apply for the tax and stimulus credits available to them, utilizing ethnic media, social media platforms, trusted community partners and the new promotoras and services navigators program being created in the Office of Immigrant Affairs (OIA);

Partner with the Directors of Public Health and Mental Health and the Department of Consumer and Business Affair's Center for Financial Empowerment, to leverage their service navigators and promotoras programs to inform and encourage immigrants to claim all the tax and stimulus credits available to them;

Work with relevant community-based organizations to create a culturally and linguistically appropriate toolkit that other County Departments and stakeholders can utilize to inform their clients about the tax and stimulus credits available to them, including available State and Federal tax and stimulus credits, eligibility, how to use the IRS Non-filer tool and dispelling misconceptions regarding debt collection, public charge and how the Child Tax Credit (CTC) payments would affect eligibility for other benefits; and

**Exhibit 5
Page 213**

Report back to the Board in 30 days on the above;

Instruct the Director of Public Social Services to target eligible households for the CTC, despite their non-tax filing status, and work to promote the CTC so that many families eligible for this benefit will apply; and

Direct the Chief Executive Officer, through the Legislative Affairs and Intergovernmental Relations Division, to advocate for a five-year extension of the CTC, as outlined in President Biden's American Families Plan or similar proposals that will provide economic stability and well-being to all households, apply an anti-racism lens to new and existing policies to promote economic well-being for all families, and eliminate barriers to Latinx children's access to benefits.  (21-3164)

**Ivette Ale, Ellen Giesy and Dana Hadl addressed the Board.  Interested person(s) also submitted written testimony.**

**After discussion, on motion of Supervisor Solis, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Solis
Report
Public Comment/Correspondence
Audio I
Audio II

7.    **Grand Avenue Project - Assignment and Termination of Ground Lease Agreement and Amended and Restated Joint Exercise of Powers Agreement**

Recommendation as submitted by Supervisor Solis: Authorize the Chief Executive Officer to execute the Assignment and Termination of Ground Lease Agreement between the County and the Community Redevelopment Agency of the City of Los Angeles (CRA/LA); execute the Amended and Restated Joint Exercise of Powers Agreement between the County and CRA/LA; and execute any other documents and take all further actions necessary and appropriate to implement and effectuate the above agreements.  (21-3176)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Solis
Public Comment/Correspondence

**Exhibit 5
Page 214**

**8.**    **Establish a Reward Offer in the Investigation of the Shooting of Christopher Perez**

Recommendation as submitted by Supervisor Solis: Establish a $15,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the heinous fatal shooting of 23-year-old Christopher Perez, near the restroom of Bassett Park located at 510 North Vineland Avenue on December 11, 2020, at approximately 11:20 p.m.  (21-3158)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Solis
Notice of Reward
Public Comment/Correspondence

**9.**    **Establish a Reward Offer in the Investigation of the Shooting of Diego Ortega-Reza**

Recommendation as submitted by Supervisor Solis: Establish a $15,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the heinous fatal shooting of 18-year-old Diego Ortega-Reza, while driving westbound on Cesar Chavez Avenue approaching Indiana Street, in East Los Angeles on July 5, 2021, at approximately 12:45 a.m.  (21-3159)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Solis
Notice of Reward
Public Comment/Correspondence

**Exhibit 5**
**Page 215**

10.   **Proclaiming August 2021 as "Child Support Awareness Month"**

Recommendation as submitted by Supervisor Solis: Proclaim August 2021 as "Child Support Awareness Month" throughout Los Angeles County, honoring the Child Support Services Department for improving the quality of life for children and families of the County.  (21-3157)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Solis
Public Comment/Correspondence

11.   **Making Strides Against Breast Cancer**

Recommendation as submitted by Supervisor Solis: Proclaim the month of October as "Breast Cancer Awareness Month" to encourage prevention and early detection of breast cancer, as well as support for breast cancer patients and survivors; instruct County Departments to support the Making Strides Against Breast Cancer Los Angeles event on Saturday, October 16, 2021, by registering and supporting fundraising efforts; instruct the County Departments' Public Information Officers to promote and distribute materials related to the Making Strides Against Breast Cancer Los Angeles event; instruct all County Departments' wellness coordinators to promote the 2021 Making Strides Against Breast Cancer Los Angeles event and encourage colleagues to participate and support it; promote the American Cancer Society's "Get Screened" campaign with special efforts to reach communities that have been historically marginalized; and permit County staff participants, breast cancer survivors and Making Strides Against Breast Cancer VIPs to park for free at the Music Center Garage the day of the event, excluding the cost of liability insurance.  (21-3160)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Solis
Public Comment/Correspondence

**Exhibit 5
Page 216**

12.   **COVID-19 Vaccination Clinic at the Music Center Parking Fee Waiver**

Recommendation as submitted by Supervisor Solis: Waive the $20 per vehicle parking fee on August 13, 2021 and September 3, 2021 for 100 vehicles on each date totaling $4,000 at the Music Center Garage, excluding the cost of liability insurance and staffing for the site, for a mobile vaccination clinic. (21-3162)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*     Motion by Supervisor Solis
Public Comment/Correspondence

13.   **Participation and Support for the Care Harbor Clinic at The Reef Expo Hall in December 2021**

Recommendation as submitted by Supervisors Mitchell and Solis: Encourage the participation of all County Departments at the December 2, 2021 through December 5, 2021 Care Harbor event and future events to the extent that doing so is consistent with their mission and within their budgetary constraints; allow County Department employees to work at the Care Harbor event from December 2, 2021 through December 5, 2021 and future events on County time, with the authorization of their immediate supervisor; allow County Department representatives to utilize County vehicles to travel to and from the Care Harbor event and future events as needed for treatment or educational purposes; authorize the Alliance for Health Integration to serve as the County liaison for the Care Harbor event and events thereafter by doing the following:

Facilitating the site set up, Department participation and take down for the Care Harbor event and working with Care Harbor to identify appropriate sites for future Countywide events;

Reporting on the outcomes and clinical results of each Care Harbor event; and

Encouraging all residents of the County who are uninsured or underinsured and in need of medical, dental or vision care to attend the free Care Harbor events; and

Instruct the Director of Public Health to ensure the Care Harbor events comply with all necessary COVID-19 safety measures, infection control requirements and best

**Exhibit 5
Page 217**

practices; and

Direct the Chief Executive Officer, in coordination with the Alliance for Health Integration, to report back to the Board in writing in 60 days with opportunities for the County to provide financial support to the Care Harbor events and enable the Alliance for Health Integration to serve as the lead liaison for events in the future. (21-3154)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*__Attachments:__*   Motion by Supervisors Mitchell and Solis
Report
Public Comment/Correspondence

**Exhibit 5**
**Page 218**

14. **Addressing Infrastructure Inequity**

Recommendation as submitted by Supervisors Mitchell and Hahn: Instruct the Director of Public Works, in partnership with the Chief Executive Officer, the Directors of Regional Planning and Public Health and Executive Officers/Directors of all other relevant County Departments and agencies, to report back to the Board in writing within 45 days on the required resources, including staff time, classifications, budget, and consultant resources, and other considerations to produce the following deliverables by no later than August 31, 2022:

A compendium of equity-based best practices from infrastructure agencies;

Established goals, metrics and related actions to achieve Board-adopted equity-based policies, with the goals, metrics, and actions to be informed by a community process that includes impacted communities, including People of Color-empowerment organizations, faith-based communities, local tribal governments, immigrant communities, advocacy organizations, neighborhood leaders of unincorporated areas and other communities that are left out of public planning processes;

Established list of benefits reaped from the Department of Public Works (DPW) investments, which should expand on the Justice40 Initiative's Implementation Memorandum, which establishes an understanding of the benefits of infrastructure investments;

A definition of equity, definition of disadvantaged/impacted communities, and definition of community engagement, as opposed to community outreach, that all DPW sectors apply;

Needs-based prioritization methodologies for all possible funding sources, staffing plans, project lists and grant application processes, and these methodologies should mirror other Board-adopted equity frameworks, including the July 13, 2021 motion entitled, "Recovering Better Than Before: Ensuring Equitable Implementation of the American Rescue Plan";

A responsive digital map of all County projects constructed or managed in the last three years and planned over the next two years in the County in key infrastructure categories: Transportation/Rights of Way including sidewalks, street lighting, urban canopy, Water Resources, Solid Waste; Public Buildings, and Broadband Services, with the map to include an overlay with demographic and other equity-based data layers and indices, and should also be accompanied by a report back to the Board that includes a comparative analysis of the average five-year investment in

**Exhibit 5**
**Page 219**

communities and include the differences in investments by race, socio-economic status, and incidents of COVID-19 deaths;

An assessment of the current process of how DPW conducts community engagement, where the assessment should be informed by a community process and include recommendations to improve community engagement protocols Department-wide; and

An analysis of the current process for fulfilling constituent service requests related to infrastructure, and should include an assessment of who has access to current constituent request processes and how DPW will expand interdepartmental and public access; and

Instruct the Director of Public Works, in partnership with the Chief Executive Officer, County Counsel, the Assessor, and all other relevant County Departments and agencies, to assess the feasibility of establishing an additional source of County directed funds to address infrastructure inequity, including a potential new funding source to be utilized for undergrounding of utilities to replace the California Public Utilities Commission Rule 20A program, which will sunset after December 31, 2021.  (21-3167)

**Ivette Ale and Ellen Giesy addressed the Board.  Interested person(s) also submitted written testimony.**

**After discussion, on motion of Supervisor Mitchell, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

|  | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*    Motion by Supervisors Mitchell and Hahn
Board Order No. 24 of July 13, 2021
Report
Public Comment/Correspndence
Audio I
Audio II

Exhibit 5
Page 220

**15.    Accelerating Efforts to Crush the Digital Divide**

Revised recommendation as submitted by Supervisors Mitchell and Solis: Direct the Chief Executive Officer, through the Legislative Affairs and Intergovernmental Relations Division, to work directly with the relevant County Departments to continue to advocate in support of direct, needs-based allocation of State and Federal broadband infrastructure funding, prioritizing last-mile and middle-mile solutions for highly disconnected geographic areas in the County, with the advocacy to center around affordability of individual subscriptions for households at appropriate connection speeds; direct the Chief Executive Officer to dedicate up to $500,000 in American Rescue Plan funds currently allocated to Delete the Divide to hire a consultant within 60 days, to provide written block-by-block financial modeling to close the digital divide in demonstration neighborhoods in the County, where the consultant's work should be part of an effort to understand barriers to broadband service and affordability in the County and provide recommendations on a feasible financial model for a public private partnership to solve the digital divide, and neighborhoods should be identified based on existing data related to access to Broadband services, prioritized in the highest needs communities and should reflect a diversity of population density and consultant findings should align with the requirements and parameters of new State and Federal funding opportunities and include a list of priority geographical areas to target to maximize available funding; and instruct the Acting Chief Information Officer, in concert with the Chief Executive Officer and the Directors of Internal Services and Public Works, to report back to the Board in writing in 120 days with an implementation plan to close the digital divide based on the consultant recommendations.  (21-3169)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Mitchell
Revised motion by Supervisors Mitchell and Solis
Report
Public Comment/Correspondence

**Exhibit 5
Page 221**

16.   **Transforming the Measure J Reimagine Advisory Committee into the Care First and Community Investment Advisory Committee**

Revised recommendation as submitted by Supervisors Kuehl and Solis: Thank the Measure J Reimagine Advisory Committee, the County Departments, and all the individuals who participated in the Fiscal Year (FY) 2021-22 spending priorities and recommendations process and take the following actions to advance the "Care First, Jails Last" momentum:

Direct the Chief Executive Officer to report back to the Board in 30 days with a proposal to retain professional facilitators or consultants with expertise in racial equity, a deep knowledge and understanding of serving Brown, Black, Indigenous and low-income communities, and experience in leading robust community engagement processes, to advise a newly established 24-member Los Angeles County Care First & Community Investment Advisory Committee (CFCI Advisory Committee) comprised of 23 voting members and one non-voting member, with the CFCI Advisory Committee to replace the Measure J Reimagine Advisory Committee and shall be comprised of County representatives, community-based, philanthropic, and/or advocacy organizations, labor partners, and individuals with lived experience or direct knowledge of the criminal justice, homeless, or foster care systems due to a family member's experience; specifically, the Chief Executive Officer will provide the initial complement of staff to support the CFCI Advisory Committee and is directed to initiate the committee's appointment process within 14 days and provide a list containing all finalized appointments to the Board within 45 days with the CFCI Advisory Committee recommended appointments being made as follows:

Eight County Department Heads (or a designee), one from each of the following:  Department of Health Services, Department of Mental Health, Department of Public Health, Department of Parks and Recreation, Department of Public Social Services, Department of Consumer and Business Affairs, Workforce Development Aging Community and Senior Services, and the Los Angeles County Development Authority;

One representative from Anti-Racism, Diversity, and Inclusion Initiative;

**Exhibit 5**
**Page 222**

One non-voting representative from the Alternatives to Incarceration Office who will assist the CFCI Advisory Committee in coordinating and integrating its work with existing County initiatives (such as the Public Safety Realignment Team and Jail Closure Implementation Team), provide administrative coordination and support, and share policies and strategies with the committee related to leveraging various funding streams including, but not limited to, Federal, State, philanthropic and other locally generated funds;

Five representatives of community-based, philanthropic and/or advocacy organizations with one to be appointed by each Supervisor, with each Supervisor to also appoint an alternate representative;

Two labor representatives, one from each of the following: SEIU Local 2015 and the Southwest Regional Council of Carpenters to be selected by those respective labor partners;

One individual from the faith community to be selected by LA Voice;

Two transition age youths with lived experience or direct knowledge of the juvenile justice or foster care systems to be selected as follows: one member of the Youth Advisory Commission to be selected by the Director of the Youth Advisory Commission and one member of the Youth Justice Transition Advisory Group to be selected by the Youth Justice Reimagined Consulting Team;

One individual with housing insecurity or homelessness lived experience to be selected from the Los Angeles Homeless Services Authority Lived Experience Advisory Board (LEAB) to be selected by the members of LEAB, alternatively, if no members of LEAB are available to serve, the individual is to be selected from the Homeless Youth Forum of Los Angeles County (HYFLA) by members of HYFLA; and

Three individuals with lived experience or direct knowledge of the criminal justice system to be selected as follows: one member to be selected by the Reimagine LA Coalition, one member to be selected by the Black-led community-based organizations, youth leaders, community members and allies who have been joint signatories in advocating for equity in direct community outreach, investment and alternatives to incarceration (comprised of Social Justice Learning Institute, Brotherhood Crusade, Community Coalition, Inner City

Exhibit 5
Page 223

Struggle, California Association of Black School Educators, Black Los Angeles Young Democrats, Brothers Sons Selves Coalition, Youth Justice Coalition, Anti-Recidivism Coalition, Project Joy, Black Lives Matter Los Angeles, BAM Program, and Los Angeles Students Deserve), and one member to be selected by the County's Native American Indian Commission, and all non-Board appointed organizations may designate one alternate from their respective organization or group, and alternates can participate and vote in place of the lead appointee only when the lead appointee is absent;

Direct the newly established CFCI Advisory Committee, in consultation with the Chief Executive Office-retained professional facilitator or consultant, to report back to the Board, 60 days after their initial meeting, with the following:

A meeting schedule that sets forth the meetings of the CFCI Advisory Committee for the remainder of the 2021 calendar year and the first three months of 2022;

A proposed framework and timeline for community engagement events in each of the five Supervisorial Districts, using the Advancement Project's Justice Equity Need Index (JENI) to provide guidance on the highest-need communities, with the proposed framework to give consideration to proven engagement methods such as community surveys, listening sessions, town hall meetings, canvassing and policy summits, further, the proposed framework should take into account any recommendations put forth by the FY 2021-22 Reimagine Committee and also give consideration to receiving input from geographically established community-based organizations, business leaders, local education agencies, and advocacy groups, and the CFCI Advisory Committee should lean on the knowledge and expertise of its members, with a prioritized focus on utilizing ARDI's equity frameworks and tools, in developing the proposed framework and timeline for community engagement;

Proposed and compatible frameworks for receiving County Departmental budget requests and non-County priorities and/or budget requests and protocols governing conflicts of interest, including protocols requiring a CFCI Advisory Committee member to recuse themselves from voting on funding priorities or spending recommendations deliberated upon by the committee where a conflict of interest exists; and

**Exhibit 5
Page 224**

Any other tools the CFCI Advisory Committee intends to use in developing its spending plan funding priorities to be presented to the Chief Executive Officer in accordance with the timeline of the County's FY 2022-23 budget cycle, or other timeline agreed upon between the Chief Executive Officer and the chair of the Advisory Committee;

Direct the Chief Executive Officer and the Acting Chief Information Officer to collaborate with the CFCI Advisory Committee once it is formed, and report back to the Board within 150 days with a proposal for designing a data sharing platform that collects data and monitors programmatic outcome for all entities, organizations and County Departments that receive any "Care First and Community Investment" funds;

Direct the Chief Executive Officer to develop a fiscal review and program analysis/evaluation plan to ensure fiscal accountability of all CFCI funding recipients, ensure that the programs, services and interventions supported by CFCI funding are effective, and ensure that any need to provide technical assistance to CFCI funding recipients is identified and provided as early as possible, report back to the Board in a future budget phase regarding the plan, and work with the CFCI Advisory Committee to set aside funding in and for FY 2022-23 to support these efforts, and adequately staff the CFCI Advisory Committee; and

Instruct County Counsel, working with the CFCI Advisory Committee, to develop bylaws for the committee with the final bylaws completed within 30 days after the committee approves a final draft and to develop a streamlined governance and procedures handbook, and offer training, to ensure all committee members have a comfortable working knowledge of Brown Act meeting requirements; and

Direct the Chief Executive Officer to explore a compensation structure for community appointees to the CFCI Advisory Committee that is consistent with the structure that is applied to all other County commissions; and

Upon approval of the CFCI FY 2021-22 spending plan, the County's fiscal and budgeting policies should be amended to ensure that the County's budget reflects the Board's commitment to the "Care First, Jails Last" vision and therefore direct the Chief Executive Officer to prepare such amendments, for the Board's consideration, with specific references to direct community investments and funding alternatives to incarceration.  (21-3165)

**This item was taken up with Item Nos. 73-E and 73-F.**

**Ivette Ale, Ellen Giesy, James Wheeler and Veronica Lewis addressed the**

Exhibit 5
Page 225

Board.  Interested person(s) also submitted written testimony.

Alex Villanueva, Sheriff, addressed the Board.  Fesia Davenport, Chief Executive Officer, also addressed the Board and responded to questions.

After discussion, on motion of Supervisor Kuehl, seconded by Supervisor Solis, this item was duly carried by the following vote:

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*   Motion by Supervisors Kuehl and Solis
Revised motion by Supervisors Kuehl and Solis
Report
Public Comment/Correspondence
Audio I
Audio II

Exhibit 5
Page 226

17.  **Exploring Sustainable Solutions to Develop Affordable Housing for College Students Experiencing Homelessness**

Recommendation as submitted by Supervisors Kuehl and Solis: Instruct the Executive Director of the Los Angeles County Development Authority, in collaboration with the Chief Executive Officer and the Executive Director of the Los Angeles Homeless Services Authority to report back to the Board in 60 days with the following:

An analysis of finance models to develop and operate affordable housing for college students experiencing homelessness, with the analysis to include an engagement process with local colleges and universities to identify opportunities to partner in the development of housing;

The identification of County resources that can be leveraged to support the development and operations of housing for college students experiencing homelessness, including, but not limited to, the Affordable Housing Programs Budget Unit; and

The identification of additional opportunities the County should consider to address the high rates of college students experiencing homelessness. (21-3171)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**  5 -  Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisors Kuehl and Solis
Report
Public Comment/Correspondence

**Exhibit 5**
**Page 227**

**18.** **Reducing the Risk of Fires Associated with Homeless Encampments in High Fire Hazard Severity Zones**

Recommendation as submitted by Supervisors Kuehl and Barger: Prohibit homeless encampments in unincorporated County designated Very High Fire Hazard Severity Zones (VHFHSZ) to prevent the occurrences of fire and loss of life; instruct the Fire Chief and the Sheriff's Department Homeless Outreach Services Team (LASD-HOST) to provide appropriate notification to the people living in the designated encampments of the prohibition; instruct the Interim Director of the Homeless Initiative, in collaboration with the Fire Chief, the Executive Director of the Los Angeles Homeless Services Authority, Director of the Office of Emergency Management, and LASD-HOST to identify encampments within unincorporated County designated a VHFHSZ, provide outreach, and offer resources following the Los Angeles Homeless Services Authority's (LAHSA's) best practices for addressing street encampments, with the encampments identified for outreach to be prioritized based on risk level associated with location, access, terrain and fuels; instruct the Fire Chief, in collaboration with the Interim Director of the Homeless Initiative, and LASD-HOST to ensure that VHFHSZs in unincorporated County areas remain free of encampments, while also ensuring these efforts do not criminalize people experiencing homelessness (PEH); instruct the Interim Director of the Homeless Initiative, in collaboration with the Executive Director of the Los Angeles Homeless Services Authority, and the Fire Chief to provide an initial report back to the Board in 30 days on progress rehousing PEH, and an analysis of resources needed to sustain this effort and ongoing progress reports every 60 days thereafter; instruct the Fire Chief to continue to monitor and report back to the Board quarterly on fires that have been linked to encampments outside of VHFHSZs and develop appropriate prevention strategies for areas that have seen multiple incidents; and find that the proposed actions are either not a project or are exempt from the California Environmental Quality Act. (21-3174)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

_Attachments:_    Motion by Supervisors Kuehl and Barger
Report
Public Comment/Correspondence

**Exhibit 5**
**Page 228**

19.    **Palisades Charter High School Surf Class Fee Waiver**

Recommendation as submitted by Supervisor Kuehl: Approve the use of Will Rogers State Beach for surfing classes by Palisades Charter High School's Physical Education Program; and waive $22,120 in parking fees for 36 vehicles, excluding the cost of liability insurance, for students and teachers attending surf classes from August 2021 through June 2022.  (21-3130)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

| | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*        Motion by Supervisor Kuehl
                   Public Comment/Correspondence

20.    **Approve the Revised Assembly Bill (AB) 109 Community Corrections Partnership Implementation Plan**

Recommendation as submitted by Supervisors Hahn and Solis: Approve the updated AB 109 Community Corrections Partnership Implementation Plan submitted on June 15, 2021 by the Public Safety Realignment Team, as permitted by law, and that the approved Plan be considered the County's updated Community Corrections Partnership Plan.  (21-3161)

**Jose Osuna, Ivette Ale, Ellen Giesy and Veronica Lewis addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

| | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*        Motion by Supervisors Hahn and Solis
                   Public Comment/Correspondence
                   Audio

**Exhibit 5
Page 229**

**21.**    **COVID-19 Vaccine for Los Angeles County Employees**

Revised recommendation as submitted by Supervisors Hahn and Kuehl: Direct the Chief Executive Officer and the Director of Personnel, County Counsel and in consultation with labor partners, to develop a Vaccination Policy for County employees within 15 days, the Vaccination Policy shall include a requirement for all County employees to be fully vaccinated and show proof of vaccination; if employees are not vaccinated, they must undergo weekly testing; direct the Chief Executive Officer and the Director of Personnel, in consultation with County Counsel, to report back to the Board within 30 days on the feasibility of requiring County contractors to adhere to the Vaccination Policy.; and direct the Chief Executive Officer and the Director of Personnel in concert with County Counsel, the Director of Health Services, Public Health and Mental Health, the Fire Chief, and other County Departments with healthcare workers to implement a process, in consultation with labor partners, to require workforce members who work in hospitals, clinics, pre-hospital settings and other healthcare settings to be fully vaccinated for COVID-19 within the next 60 days as a mandatory condition for employment or contract service, subject to reasonable accommodation exceptions set by law. (21-3102)

**Tab Rhodes, James Wheeler and Eric Preven addressed the Board. Interested person(s) also submitted written testimony.**

**Supervisors Hahn and Kuehl revised their joint motion as detailed above.**

**After discussion, on motion of Supervisor Hahn, seconded by Supervisor Kuehl, this item, as revised, was duly carried by the following vote:**

    **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Revised motion by Supervisors Hahn and Kuehl
    Report
    Public Comment/Correspondence
    Audio I
    Audio II

**Exhibit 5
Page 230**

**22.     San Pedro Courthouse Project**

Recommendation as submitted by Supervisor Hahn: Find that pursuant to Government Code Section 26227, the affordable housing to be provided by Genton Cockrum Partners (GCP) meet the social needs of the population of the County and will serve a public purpose that benefits the County and its residents; authorize the Chief Executive Officer to negotiate and enter into a promissory note in the amount of $1,000,000 mandating fixed monthly or annual payments to the County, with a loan term and amortization period not to exceed 55 years, and a fixed interest rate of approximately 3.02% per year throughout the term of the loan, with any and all unpaid balances under the terms of the promissory note shall be due and payable at the end of the term of the promissory note; authorize the Chief Executive Officer to execute any ancillary documentation that is necessary to effectuate the terms of the loan and the development of the San Pedro Courthouse Project (Project), which shall consist of an eight-story, 336,514 sq ft, mixed-use residential development, as set forth herein; and authorize the Chief Executive Officer to send a letter to the Executive Secretary of the Los Angeles/Orange Counties Building and Trades Council (Council) informing them that, per Amendment 1 to the Community Workforce Agreement (CWA), the Project is to be added to the CWA and also informing the Council that GCP shall fulfill the CWA administrative duties normally fulfilled by the County for this Project.  (21-3163)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

_Attachments:_     Motion by Supervisor Hahn
Chief Executive Officer Letter
Public Comment/Correspondence

**Exhibit 5**
**Page 231**

23.     **Workforce Services for Los Angeles County Foster Youth**

Recommendation as submitted by Supervisor Barger: Adopt the following recommendations resulting from the research conducted by the Opportunity Youth Collaborative (OYC) with the help of Harder+Company Community Research and direct the Chief Executive Officer, the Acting Chief Information Officer, County Counsel, the Director of Children and Family Services, in collaboration with the Director of Workforce Development, Aging and Community Services and the OYC, to report back to the Board in 90 days with an implementation plan, cost estimates, impact analysis, and recommended next steps for the following:

Department of Children and Family Services and Los Angeles County workforce systems, including all workforce boards in the County, should jointly agree on a definition of "foster youth" to be used for both eligibility and prioritization for County-funded workforce services;

Develop application programming interfaces (API) across multiple workforce data systems to reduce duplication of tracking and reporting mechanisms;

Improve and streamline the County's referral systems, including 211 enhancements and the Automated Referral System (ARS), so that it can:

More effectively refer foster youth directly to the workforce centers and track the youth's status in the system and minimize the need for manual re-routing;

Automatically check whether a youth is already enrolled in a workforce program to make the best match with a workforce center;

Include referrals to other workforce programs, such as Bridge to Work and the Department of Rehabilitation, create a "batch notification" feature within 211/ARS that quickly summarizes all outstanding referrals to alert a workforce center to actions needed on a daily and weekly basis;

Develop protocols for utilizing 211/ARS for "reverse referrals" for current workforce stakeholders participating in Youth@Work and external stakeholder referrals systemwide; and

Create a user interface that allows youth, caregivers, and the referring individual to initiate a referral, check on the status, receive text and email notifications, and find important contact information, and leverage 211 to allow for a user interface that allows the initiation

**Exhibit 5**
**Page 232**

of outside referrals, status checks, text/email notifications and the ability to find important contact information;

Monitor usage of 211 and ARS across the workforce system and provide ongoing training to all users of the ARS including intake staff and case managers to ensure all centers utilize the tool effectively; and

Direct the Chief Executive Officer, in consultation with the Directors of Children and Family Services and Workforce Development, Aging and Community Services, the Acting Chief Information Officer, and other pertinent County Departments, to identify the costs associated with these system enhancements/changes and identify funding resources to support the changes; and

Instruct the Director of Children and Family Services to develop a Department-wide goal, implementation plan and accountability plan to ensure that 100% of foster youth have vital documents in the custody of their caregiver by age 14 and report back to the Board in 60 days.  (21-3156)

**Ivette Ale and Ellen Giesy addressed the Board.  Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Barger
Report
Public Comment/Correspondence
Audio

24.   **Board of Supervisors Meeting Minutes for June 2021**

Executive Officer of the Board's recommendation: Approve minutes for the June 2021 meetings of the Board of Supervisors and Special Districts for which the Board is the governing body. **NOTE: The minutes for the month of June 2021 can be found online at:**  http://portal.lacounty.gov/wps/portal/sop/  (21-2878)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

Exhibit 5
Page 233

**ADMINISTRATIVE MATTERS    25 - 75**

**Chief Executive Office**

**25.**    **Report on Board Established Priorities**

Report by the Chief Executive Officer on Board Directed Priorities, including the Sheriff's Department/Justice Reform, Child Protection, Health Integration, Homeless Initiative, Environmental Oversight and Monitoring, Immigration and Sustainability, Elimination of Racism and Bias, and Poverty Alleviation, as requested at the Board meetings of June 27, 2016, August 6, 2019, July 21, 2020 and May 18, 2021. (Continued from the meetings of 1-14-20, 7-7-20, 12-8-20 and 7-13-21)  (16-3277)

**Dr. Genevieve Clavreul addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Barger, seconded by Supervisor Hahn, this item was continued to August 31, 2021.**

|  | **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*    Public Comment/Correspondence
Audio

**Exhibit 5**
**Page 234**

26.    **Status Report on the Los Angeles County Shelter Crisis and Housing Initiative for Individuals Experiencing Homelessness**

Report by the Chief Executive Officer and the Director of the Homeless Initiative on a status of the shelter crisis and development of urgent housing initiative for individuals experiencing homelessness, as requested at the Board meetings of October 29, 2019 and November 26, 2019.   (19-7713)

**Dr. Genevieve Clavreul addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Barger, seconded by Supervisor Hahn, this item was continued to October 19, 2021.**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Public Comment/Correspondence
Audio

27.    **Los Angeles County Operational Area Emergency Operations Center Audiovisual Replacement Project**

Recommendation: Approve and authorize the use of $1,505,000 from the Information Technology Fund (ITF) for the Los Angeles County Operational Area Emergency Operations Center Audiovisual Replacement Project; and approve a Fiscal Year 2021-22 appropriation adjustment in the ITF to reallocate $1,505,000 from Services and Supplies to Other Financing Uses and increase the Chief Executive Officer's Capital Assets - Equipment budget. **4-VOTES** (*NOTE: The Chief Information Officer recommended approval of this item.*)  (21-3081)

**Ellen Giesy addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence
Audio

**Exhibit 5
Page 235**

**28.** **Countywide Classification Actions**

Recommendation: Approve an ordinance for introduction amending County Code, Title 6 - Salaries to reclassify four positions in the Departments of Beaches and Harbors, Chief Executive Office and Health Services. (Relates to Agenda No. 76) (21-3094)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:* Board Letter
Public Comment/Correspondence

**29.** **Relocation Reimbursement for Assistant Chief Executive Officer**

Recommendation: Approve reimbursement of up to $25,000 for reasonable actual relocation costs for Mr. John Cooke, to serve as the Assistant Chief Executive Officer, Asset Management for Los Angeles County.   (21-3093)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:* Board Letter
Public Comment/Correspondence

**Exhibit 5**
**Page 236**

**County Operations**

**30.** **Findings and Conditions for Project No. 2019-003550-(4), for Conditional Use Permit No. 2019-006263-(4)**

Recommendation: Adopt findings and conditions for approval for Project No. 2019-003550-(4), consisting of Conditional Use Permit No. 2019-006263-(4), to authorize the continued sale of a full line of alcohol for off-site consumption at an existing mini market at 16052 East Gale Avenue within an existing commercial complex on a property located at 16038 East Gale Avenue in the unincorporated community of Hacienda Heights in the Hacienda Heights Zoned District, applied for by Market 1 (also known as Market One). (On February 23, 2021, the Board indicated its intent to deny the appeal and approve the permit, as conditioned by the Regional Planning Commission.) **(County Counsel)**  (21-0523)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*   Board Letter
Public Comment/Correspondence

**31.** **County Code, Title 22 - Planning and Zoning, Leona Valley Community Standards District Update**

Recommendation: Adopt and approve Plan Amendment No. RPPL2020-003902-(5), as part of Project No. 2019-003976-(5), to amend the Leona Valley Community Standards District, which defines and establishes development standards for the unincorporated area of Leona Valley to protect, preserve, and enhance the rural, equestrian, and agricultural character of the Leona Valley community, and maintain sensitive features, including significant ridgelines defined by the Antelope Valley Area Plan, Hillside Management Areas, and Significant Ecological Areas. (On April 20, 2021, the Board indicated its intent to approve the project.) **(County Counsel)** (Relates to Agenda No. 61)  (21-1415)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*   Resolution
Public Comment/Correspondence

**Exhibit 5**
**Page 237**

**32.**   **Revised Board Policy No. 9.090 - Telework Policy**

Recommendation: Approve the recommended updates to Board Policy No. 9.090 - Telework Policy, to reflect the Board's directive that telework be widely adopted as a business tool by Departments and be consistent with current Telework Program practices, requirements and Departmental responsibilities. **(Department of Human Resources)**  (21-3090)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**33.**   **July 20, 2021 Norwalk-La Mirada Unified School District Special Election**

Recommendation: Declare the election results of the July 20, 2021 Norwalk-La Mirada Unified School District Special Election officially concluded. **(Registrar-Recorder/County Clerk)**  (21-3042)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**Exhibit 5**
**Page 238**

**34.** **June 29, 2021 San Marino Unified School District Special Parcel Tax Election**

Recommendation: Declare the election results of the June 29, 2021 San Marino Unified School District Special Parcel Tax Election officially concluded. **(Registrar-Recorder/County Clerk)** (21-3041)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

Ayes: 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:* Board Letter
Public Comment/Correspondence

**Exhibit 5**
**Page 239**

**Community Services**

**35.** **Grant Application and Funding to Support County-owned and Operated Beach and Marina del Rey Projects and Programs**

Recommendation: Adopt a resolution, effective for five years from the date of adoption, authorizing the Director of Beaches and Harbors to submit applications and execute all required contracts, agreements, reports and amendments to secure grants for County-owned and operated beach and Marina del Rey projects and programs (3 and 4) from various Federal, State and local agencies, as well as private entities, provided the Board is given advance notification and has an opportunity to object before grant acceptance; and authorize the Director to accept grants as well for County-owned and operated beach and Marina del Rey projects and programs, conduct all negotiations, execute and submit all documents including, but not limited to, applications, agreements, deed restrictions and amendments, including extensions of time, minor changes in project scope, and alterations in the grant amount, and sign and submit requests for payment of funds. **(Department of Beaches and Harbors)**  (21-3063)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**  5 -  Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*  Board Letter
Public Comment/Correspondence

**36.** **Sunset Board Policy No. 20.130 - Acceptance of Condominium Conversion**

Recommendation: Approve the sunset of Board Policy No. 20.130 - Acceptance of Condominium Conversion Settlement Fees, as it has been rendered obsolete with the Board's adoption of Ordinance No. 2021-0018 on April 6, 2021. **(Los Angeles County Development Authority)**  (21-3101)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**  5 -  Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*  Board Letter
Public Comment/Correspondence

**Exhibit 5
Page 240**

37.   **Park Maintenance and Mowing Services Contracts**

Recommendation: Find that the park maintenance and mowing services can be performed more economically by independent contractors; approve and instruct the Chair to execute 12 contracts, as detailed below, for park maintenance and/or mowing services at various facilities within the County (1, 2, 4 and 5), for three years, with two one-year and six month-to-month extension options, if needed, for a total term of five years and six months, and with the total maximum amount for each contract being for the potential total term of 66 months and is inclusive of annual 10% increases for unforeseen services; authorize the Director of Parks and Recreation to exercise the extension options for each contract, if, in her opinion, the contractors have effectively performed the services during the previous contract period and the services are still required, and, if needed, the six month-to-month extension options for each contract; authorize the Director to execute change notices and amendments to incorporate necessary changes within the scope of work, assign rights or delegation of duties should the contracting entities merge, be acquired, or otherwise change entities, and, to suspend or terminate any contract if, in the opinion of the Director, it is in the best interest of the County to do so; authorize the Director to increase the contract amount for each contract by up to 10% in any year, including any extension option period, for any additional or unforeseen services within the scope of each contract; and authorize the Director to decrease the contract amount for each contract in any year, including any extension option, as necessary to reflect required modifications in services and/or budget reductions: **(Department of Parks and Recreation)**

Azteca Landscape for park maintenance services at three facilities: Don Knabe Community Regional Park at an annual amount not to exceed $295,749.70 and for a total maximum amount of $1,789,285.69, La Mirada Community Regional Park at an annual amount not to exceed $274,879.10 and for a total maximum amount of $1,663,018.56, and at Arcadia area parks, at an annual amount not to exceed $296,770 and for a total maximum amount of $1,795,458.50; and for mowing services at two facilities: Kenneth Hahn Recreation Area at an annual amount not to exceed $65,832 and for a total maximum amount of $398,283.60, and South Willowbrook Area Parks at an annual amount not to exceed $173,914.78 and for a total maximum amount of $1,052,184.42;

Far East Landscape and Maintenance, Inc., for park maintenance services for two facilities: Ladera Area Parks at an annual amount not to exceed $131,526.00 and for a total maximum amount of $795,732.30 and Adventure Park at an annual amount not to exceed $105,705.19 and for a total maximum amount of $639,516.40);

**Exhibit 5**
**Page 241**

With Mariposa Landscapes, Inc., for park maintenance services for two facilities: Belvedere Area Parks at an annual amount not to exceed $406,560 for a total maximum amount of $2,459,688 and Foothill Area Parks at an annual amount not to exceed $371,772 for a total maximum amount of $2,249,220.60;

L. Barrios & Associates, Inc., for park maintenance services for two facilities: Hacienda Heights Area Parks at an annual amount not to exceed $594,633.73 and for a total maximum amount of $3,597,534.07, and Rowland Heights Area Parks at an annual amount not to exceed $393,605.12 and for a total maximum amount of $2,381,310.98; and

Oakridge Landscape, Inc. for mowing services for one facility: Whittier Narrows Recreation Area at an annual amount not to exceed $186,424 and for a total maximum amount of $1,127,865.20.   (21-3061)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

Agreement Nos. 79165, 79166, 79167, 79168, 79169, 79170, 79171, 79172, 79173, 79174, 79175 and 79176

**Exhibit 5
Page 242**

**38.**   **School-Sponsored Recreation Memorandum of Agreements**

Recommendation: Authorize the Director of Parks and Recreation to execute and, if necessary, amend, suspend or terminate Master Memoranda of Agreement with public, private and/or charter schools or school districts located within the County for an initial term of one year with a four-year extension option, totaling no more than five years, for day-use permitting and extended recurring use of County facilities; and approve an in-lieu or reduced facility rental fee structure for schools using County facilities for K-12 school-sponsored athletic activities, excluding the cost of liability insurance and staffing for facilities outside of standard Park operating hours. **(Department of Parks and Recreation)**  (21-3059)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**Exhibit 5
Page 243**

**39.    Exchange of Federal Transportation Funds Agreement**

Recommendation: Instruct the Chair to sign an agreement between the County and the State that assigns the County's apportionment of Federal transportation funds in the amount of $950,813 to the State in exchange for an equal amount of non-Federal State Highway Account funds and allocates $100,000 to the County in State matching funds from the State Highway Account for Fiscal Year 2020-21, for a total payment of $1,050,813 to the County; and sign an amendment to the agreement to remove the Federal audit requirement for the non-Federal State Highway Account and matching funds received by the County. **(Department of Public Works)**  (21-3070)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

Agreement No. 79177 and 79177, Supplement 1

**Exhibit 5**
**Page 244**

**40.**   **Firestone Metro Blue Line Station Intersection and Bikeway Improvements Project Construction Contract**

Recommendation: Approve the Firestone Metro Blue Line Station Intersection and Bikeway Improvements Project (Project) and adopt the plans and specifications for the Project located in the unincorporated community of Florence-Firestone (2), at an estimated construction amount between $1,800,000 and $2,600,000; advertise for bids to be received before 11:00 a.m. on September 7, 2021; determine that the recommended actions are either within the scope of the County of Los Angeles 2012 Bicycle Master Plan Final Program Environmental Impact Report previously certified by the Board or are exempt from the California Environmental Quality Act; and authorize the Director of Public Works to take the following actions: **(Department of Public Works)**

Determine, award and execute a construction contract for the Project with the apparent responsible contractor with the lowest responsive bid within or less than the estimated amount range; and

Extend the date and time for the receipt of bids, allow substitution of subcontractors and relief of bidders, approve and execute change orders within the same monetary limits delegated to the Director, accept the Project upon its final completion and release retention money withheld.  (21-3045)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

Ayes:   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

Exhibit 5
Page 245

**41.    7th Avenue Community Improvements Project Construction Contract**

Recommendation: Approve and adopt the plans and specifications for the 7th Avenue Community Improvements Project (Project) located in the unincorporated community of Hacienda Heights (4), at an estimated construction amount between $725,000 and $1,075,000; advertise for bids to be received before 11:00 a.m. on September 7, 2021; find, pursuant to State Public Contract Code, Section 3400, that it is necessary to specify the following product by specific brand name in order to match other products in use on a particular public improvement that has either been completed or is in the course of completion: Irrigation Gate Valve Model T-113k manufactured by Nibco; find that the proposed Project is exempt from the California Environmental Quality Act; and authorize the Director of Public Works to take the following actions: **(Department of Public Works)**

Determine, award and execute a construction contract for the Project with the apparent responsible contractor with the lowest responsive bid within or less than the estimated amount range; and

Extend the date and time for the receipt of bids, allow substitution of subcontractors and relief of bidders, approve and execute change orders within the same monetary limits delegated to the Director, accept the Project upon its final completion and release retention money withheld.  (21-3046)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

Ayes:    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**Exhibit 5
Page 246**

42. **Project No. 530 Los Nietos, Line D, Sorensen Lateral Project Construction Contract**

Recommendation: Approve and adopt the plans and specifications for Project No. 530 Los Nietos, Line D, Sorensen Lateral (Project), located in the unincorporated community of West Whittier/Los Nietos (4), at an estimated construction amount between $500,000 and $775,000; advertise for bids to be received before 11:00 a.m. on September 7, 2021; find that the proposed Project is exempt from the California Environmental Quality Act; and authorize the Chief Engineer of the County Flood Control District to take the following actions: **(Department of Public Works)**

Determine, award and execute a construction contract for the Project with the responsible contractor with the lowest responsive bid within or less than the estimated amount range; and

Extend the date and time for the receipt of bids, allow substitution of subcontractors and relief of bidders, approve and execute change orders within the same monetary limits delegated to the Director of Public Works, accept the Project upon its final completion and release retention money withheld.  (21-3048)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**Exhibit 5**
**Page 247**

43.  **Allocation of Grant Funds for Slauson Blue Line Intersection Improvements Project and Los Nietos Safe Routes to School, Phase II Project**

Recommendation: Approve the Slauson Blue Line Intersection Improvements Project located in the County unincorporated community of Florence-Firestone (2), at an estimated project amount of $2,300,000, and the Los Nietos Safe Routes to School, Phase II Project located in the unincorporated community of Los Nietos (4) at an estimated project amount of $3,000,000; and authorize the Director of Public Works to request the allocation of $1,405,000 in grant funds for each project from the California Transportation Commission to proceed with the construction phase of the projects; and find that the projects are exempt from the California Environmental Quality Act. **(Department of Public Works)**  (21-3088)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

 **Ayes:**  5 -  Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*  Board Letter
Public Comment/Correspondence

**Exhibit 5
Page 248**

**44.**    **Whiteman Airport Sustainability Management Plan Grant Funds**

Recommendation: Authorize the Director of Public Works to apply for and accept a Federal Aviation Administration Airport Improvement Program grant and a Caltrans Aid to Airports Program Airport Improvement Program matching grant for the preparation of the Whiteman Airport Sustainability Management Plan for Whiteman Airport located in the Pacoima area within the City of Los Angeles (3); and approve a total estimated amount of $305,000, including $16,775 from the Public Works Aviation Enterprise Fund (M02), $274,500 of Federal Aviation Administration Airport Improvement Program grant fund and $13,725 of Caltrans California Aid to Airports Program Airport Improvement Program matching grant, for the preparation of the Whiteman Airport Sustainability Management Plan. **(Department of Public Works)** (21-3129)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**Exhibit 5**
**Page 249**

**45.**   **Resolution of Summary Vacation of Consolidated Drainage Road 523.203 Drainage Easement North of Soledad Canyon Road and East of Sierra Highway in the City of Santa Clarita**

Recommendation: Determine that the recommended actions are within the scope of the Canyon Country Community Center Project in the Mitigated Negative Declaration previously adopted by the Board; find that the Consolidated Drainage Road 523.203 drainage easement north of Soledad Canyon Road and east of Sierra Highway, in the City of Santa Clarita (5), is unnecessary for present or prospective public use, can be vacated, has been superseded by relocation and that there are no other public facilities within the easement; adopt a Resolution of Summary Vacation of Consolidated Drainage Road 523.203 Drainage Easement north of Soledad Canyon Road and east of Sierra Highway; and authorize the Director of Public Works to record the certified original resolution with the office of the Registrar-Recorder/County Clerk. **(Department of Public Works)**   (21-3049)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**Exhibit 5**
**Page 250**

**46.**   **Application for Formation of Four Garbage Disposal Districts in Unincorporated areas of Acton, Agua Dulce and Antelope Valley**

Recommendation: Adopt a resolution finding that the unincorporated areas of Acton, Agua Dulce and Antelope Valley (5) are in need of refuse, recycling and organic waste collection services and should be formed into Garbage Disposal Districts and request the initiation of proceedings before the Local Agency Formation Commission (LAFCO) for the County for the formation of four Garbage Disposal Districts in unincorporated areas of Acton, Agua Dulce and Antelope Valley; approve the proposed boundaries of the territory to be formed into the Garbage Disposal Districts; authorize the Director of Public Works to file the required applications with LAFCO to form four Garbage Disposal Districts in unincorporated areas of Acton, Agua Dulce and Antelope Valley and take any other steps necessary to assist in processing the applications for the Garbage Disposal Districts formations; and find that the proposed actions are either not a project or are exempt from the California Environmental Quality Act. **(Department of Public Works)**  (21-3089)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

<div style="text-align:right">

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

</div>

*Attachments:*   Board Letter
Public Comment/Correspondence

**Exhibit 5**
**Page 251**

47.    **Annexation and Levying of Assessments for County Lighting Districts in the City of Carson**

Recommendation: Adopt a resolution of intention to Annex Tentative Subdivision and Single-Lot Territories Tract 76070 and L 071-2019 located in the City of Carson (2) to County Lighting Maintenance District 1697 and County Lighting District (CLD) Landscaping and Lighting Act-1 (LLA-1), Carson Zone, and order the levying of assessments within the annexed territories for Fiscal Year (FY) 2022-23, whose areas and boundaries are identified on the diagram included in the resolution; advertise and set September 28, 2021 at 9:30 a.m. for a public hearing regarding the proposed annexation of territories and levying of annual assessments based on the FY 2021-22 Annual Engineer's Report, which establishes assessments based on land use type for all zones within CLD LLA-1 for street lighting purposes with an annual base assessment rate for a single-family home of $35 for the Carson Zone; and find that the proposed project is exempt from the California Environmental Quality Act. **(Department of Public Works)** (21-3044)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*    Board Letter
Public Comment/Correspondence

**Exhibit 5
Page 252**

**48.** **Transfer of Territory and Levying of Assessments for County Lighting Districts in the City of La Mirada**

Recommendation: Adopt a resolution of intention to transfer approved tentative subdivision territory known as Tract No. 82311 located in the City of La Mirada (4) from Tax Assessment Zone B, unlighted zone, to Tax Assessment Zone A, lighted zone, within County Lighting Maintenance District 10045 and La Mirada Zone B to La Mirada Zone A within County Lighting District (CLD) Landscaping and Lighting Act-1 (LLA-1), and order the levying of increased assessments within the transferred territory for Fiscal Year (FY) 2022-23; advertise and set September 28, 2021 at 9:30 a.m. for a public hearing regarding the proposed transfer of territory and levying of annual assessment based on the FY 2021-22 Annual Engineer's Report, which establishes assessments based on land use type for all zones within CLD LLA-1 for street lighting purposes with an annual base assessment rate for a single-family home of $20 for La Mirada Zone A, which represents a $19 increase over the current $1 base assessment rate for La Mirada Zone B; and find that the proposed project is exempt from the California Environmental Quality Act. **(Department of Public Works)** (21-3050)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

| | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*   Board Letter
Public Comment/Correspondence

**Exhibit 5**
**Page 253**

**49.**   **Repair, Remodel, Refurbishment and Maintenance of County Infrastructure and Facilities Job Order Contracts**

Recommendation: Award Job Order Contracts (JOCs) 2111, 2112, 2116CP, 2117CP and 2118CP to MTM Construction, Inc., the lowest responsive and responsible bidder, each for an amount not to exceed $5,250,000, to be financed through the appropriate maintenance, repair and refurbishment projects; authorize the Director of Public Works to execute JOCs 2111, 2112, 2116CP, 2117CP and 2118CP and establish the effective date following receipt of approved Faithful Performance and Payment for Labor and Materials Bonds filed by the contractor; and authorize the Director to issue work orders for JOCs 2111, 2112, 2116CP, 2117CP and 2118CP for projects that are not subject to the State Public Contract Code including maintenance work, as applicable, in an amount not to exceed $5,250,000 per work order, subject to the limitation that the aggregate amount of all work orders issued under a particular JOC does not exceed the maximum contract amount, upon receipt of funding authorization from the Chief Executive Office or the appropriate funding source, subject to a finding of exemption under the California Environmental Quality Act. **(Department of Public Works)**  (21-3052)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**50.**   **Final Map in the Unincorporated West Carson**

Recommendation: Approve the final map for Tract No. 63296 in the County unincorporated community of West Carson (2); accept grants and dedications as indicated on the final map for Tract No. 63296; and find that approval of the final map is exempt from the California Environmental Quality Act. **(Department of Public Works)**  (21-3057)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**Exhibit 5**
**Page 254**

**51.** **Final Map in the Unincorporated Community of South Monrovia Islands**

Recommendation: Approve the final map for Tract No. 80294 in the County unincorporated community of South Monrovia Islands (5); accept grants and dedications as indicated on the final map for Tract No. 80294; and find that approval of the final map is exempt from the California Environmental Quality Act. **(Department of Public Works)**  (21-3058)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**52.** **Modifications to the Rules and Regulations of the County Waterworks Districts and the Marina Del Rey Water System**

Recommendation: Acting as the Governing Body of the County Waterworks Districts and the Marina del Rey Water System, adopt a resolution approving the proposed modifications to the Rules and Regulations of the County Waterworks Districts and the Marina del Rey Water System (3, 4 and 5) to create new bill payment programs and increase flexibility for waiving fees and rate adjustments to provide financial assistance for customers. **(Department of Public Works)** (21-3055)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**Exhibit 5**
**Page 255**

**53.** **Waterworks District No. 40, Antelope Valley Memorandum of Understanding Regarding the Rancho Vista Water Credits**

Recommendation: Acting as the Governing Body of the County Waterworks District No. 40, Antelope Valley, authorize the Director of Public Works to execute a Memorandum of Understanding (MOU) between RY Owners and County Waterworks District No. 40, Antelope Valley (5), to confirm and clarify terms applicable to the remaining Rancho Vista Water Credits and apply water credits consistent with the MOU; and find that the execution of the MOU and implementation of its terms is either not a project or is exempt from the California Environmental Quality Act. **(Department of Public Works)**  (21-3053)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

>              **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
                  Public Comment/Correspondence

**Exhibit 5**
**Page 256**

**Public Safety**

54. **Report by the Inspector General on Reforms and Oversight Efforts**

Report by the Inspector General on reforms and oversight efforts with regard to the Sheriff's Department, as requested at the Board meeting of October 9, 2012, and updated on May 31, 2016.  (12-5525)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Barger, seconded by Supervisor Hahn, this item was continued to August 31, 2021.**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Public Comment/Correspondence

55. **Report on the Implementation of the California Public Safety Realignment Act**

Report by the Public Safety Realignment Team on the status of implementation of the California Public Safety Realignment Act (AB 109), as requested at the Board meeting of December 11, 2012, and updated on May 31, 2016. RECEIVE AND FILE (Continued from the meeting of 7-27-21)  (13-0268)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, the report was received and filed.**

**Said motion was duly carried by the following vote**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Report
Public Comment/Correspondence

**Exhibit 5
Page 257**

**Ordinances for Adoption**

**56.** **County Code, Title 8 - Consumer Protection, Business and Wage Regulations Amendment**

Urgency ordinance for adoption amending County Code, Title 8 - Consumer Protection, Business and Wage Regulations to extend the effective period of Chapter 8.205, which entitles employees to paid leave to receive vaccinations, until 14 days after the expiration of the COVID-19 local emergency as declared and ratified by the Board; and this urgency ordinance with take immediate effect upon its approval by at least a four-fifths vote of the Board. **4-VOTES** (Relates to Agenda No. 2)  (21-3180)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, the Board adopted Ordinance No. 2021-0039U entitled, "An urgency ordinance amending Title 8 – Consumer Protection, Business and Wage Regulations of the Los Angeles County Code, relating to the extension of the effective period of Chapter 8.205 until fourteen days following the expiration of the COVID-19 local emergency as declared and ratified by the Board of Supervisors." This ordinance shall take effect August 10, 2021.**

**This item was duly carried by the following vote:**

**Ayes:** 5 -  Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Ordinance
Certified Ordinance
Public Comment/Correspondence

**Exhibit 5
Page 258**

57.  **County Code, Title 8 -  Consumer Protection, Business and Wage Regulations Amendment**

Ordinance for adoption amending County Code, Title 8 - Consumer Protection, Business and Wage Regulations relating to Chapter 8.52 (Rent Stabilization) by modifying or clarifying section, titles and definitions; landlord and tenant obligations; permitted pass-through costs; requirements for relocation assistance provided to tenants; termination of tenancies; remedies and penalties for violations of retaliation and anti-harassment provisions and imposition of an additional penalty if tenant is age 62 or older or disabled; and tenant's ability to pursue a private right of action for violations of this Chapter. (Relates to Agenda Nos. 58 and 59)  (21-2753)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, the Board adopted Ordinance No. 2021-0040 entitled, "An ordinance amending Title 8 – Consumer Protection, Business and Wage Regulations of the Los Angeles County Code, relating to Chapter 8.52 (Rent Stabilization) by modifying or clarifying: (1) section, titles, and definitions; (2) landlord and tenant obligations; (3) permitted pass-through costs; (4) requirements for relocation assistance provided to tenants; (5) termination of tenancies; (6) remedies and penalties for violations of retaliation and anti-harassment provisions and imposition of an additional penalty if tenant is age 62 or older or disabled; and (7) tenant's ability to pursue a private right of action for violations of this Chapter 8.52." This ordinance shall take effect September 9, 2021.**

**This item was duly carried by the following vote:**

|  | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*    Ordinance
Certified Ordinance
Public Comment/Correspondence

**Exhibit 5
Page 259**

**58.**    **County Code, Title 8 -  Consumer Protection, Business and Wage Regulations Amendment**

Ordinance for adoption amending County Code, Title 8 - Consumer Protection, Business and Wage Regulations relating to Chapter 8.57 (Mobilehome Rent Stabilization) by modifying or clarifying section, titles and definitions; permitted rent increases and applications for rent adjustments; permitted pass-through recovery of costs; annual registration requirements; remedies and penalties for violations of retaliation and anti-harassment provisions and imposing additional penalty if tenant is age 62 or older or disabled; and mobilehome owner's ability to pursue a private right of action for violations of this Chapter. (Relates to Agenda Nos. 57 and 59)  (21-2751)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, the Board adopted Ordinance No. 2021-0041 entitled, "An ordinance amending Chapter 8.57 - Mobilehome Rent Stabilization of Title 8 - Consumer Protection, Business and Wage Regulations of the Los Angeles County Code by modifying or clarifying: (1) section, titles, and definitions; (2) permitted rent increases and applications for rent adjustments; (3) permitted pass-through recovery of costs; (4) annual registration requirements; (5) remedies and penalties for violations of retaliation and anti-harassment provisions and imposing additional penalty if tenant is age 62 or older or disabled; and (6) mobilehome owner's ability to pursue a private right of action for violations of this Chapter 8.57." This ordinance shall take effect September 9, 2021.**

**This item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Ordinance
Certified Ordinance
Public Comment/Correspondence

**Exhibit 5
Page 260**

**59.** **County Code, Title 8 - Consumer Protection, Business and Wage Regulations Amendment**

Ordinance for adoption amending County Code, Title 8 - Consumer Protection, Business and Wage Regulations relating to the Rental Housing Oversight Commission (Commission) by adding the Commission's authority to act as the advisory agency concerning Mobilehome Park Relocation Impact Reports; and clarifying available stipend payments and meeting schedules for members of the Commission. (Relates to Agenda Nos. 57 and 58)  (21-2754)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, the Board adopted Ordinance No. 2021-0042 entitled, "An ordinance amending Title 8 – Consumer Protection, Business and Wage Regulations of the Los Angeles County Code, relating to the Rental Housing Oversight Commission (Commission) by: (1) adding the Commission's authority to act as the advisory agency concerning Mobilehome Park Relocation Impact Reports; and (2) clarifying available stipend payments and meeting schedules for the Commissioners of the Commission." This ordinance shall take effect September 9, 2021.**

**This item was duly carried by the following vote:**

> **Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Ordinance
Certified Ordinance
Public Comment/Correspondence

**Exhibit 5**
**Page 261**

**60.**   **County Code, Title 22 - Planning and Zoning Amendment**

Ordinance for adoption amending County Code, Title 22 - Planning and Zoning, to establish the Green Valley Community Standards District, which defines and establishes development standards for the unincorporated area of Green Valley, the development standards and guidelines are intended to protect and preserve the rural character and natural features of the Green Valley community, and implement the goals and policies of the Antelope Valley Area Plan. (On April 20, 2021, the Board indicated its intent to approve the ordinance.)   (21-3096)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, the Board adopted Ordinance No. 2021-0043 entitled, "An ordinance amending Title 22 – Planning and Zoning of the Los Angeles County Code, to establish the Green Valley Community Standards District, which defines and establishes development standards for the unincorporated area of Green Valley. The development standards and guidelines are intended to protect and preserve the rural character and natural features of the Green Valley community, and implement the goals and policies of the Antelope Valley Area Plan." This ordinance shall take effect September 9, 2021.**

**This item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Ordinance
Certified Ordinance
Public Comment/Correspondence

**Exhibit 5
Page 262**

**61.**    **County Code, Title 22 - Planning and Zoning Amendment**

Ordinance for adoption amending County Code, Title 22 - Planning and Zoning, to amend the Leona Valley Community Standards District, which defines and establishes development standards for the unincorporated area of Leona Valley to protect, preserve, and enhance the rural, equestrian, and agricultural character of the Leona Valley community, and maintain sensitive features, including significant ridgelines defined by the Antelope Valley Area Plan, Hillside Management Areas, and Significant Ecological Areas. (On April 20, 2021, the Board indicated an intent to approve the ordinance.) (Relates to Agenda No. 31)  (21-3098)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, the Board adopted Ordinance No. 2021-0044 entitled, "An ordinance amending Title 22 – Planning and Zoning of the Los Angeles County Code, to amend the Leona Valley Community Standards District, which defines and establishes development standards for the unincorporated area of Leona Valley. The development standards are intended to protect, preserve, and enhance the rural, equestrian, and agricultural character of the Leona Valley community." This ordinance shall take effect September 9, 2021.**

**This item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

_**Attachments:**_    Ordinance
Revised Ordinance
Certified Ordinance
Public Comment/Correspondence

**Exhibit 5**
**Page 263**

**Miscellaneous**

**62.** **Settlement of the Matter Entitled, <u>Yong Ho Lim v. County of Los Angeles, et al.</u>**

Los Angeles County Contract Cities Liability Trust Fund Claims Board's recommendation: Authorize settlement of the matter entitled, <u>Yong Ho Lim v. County of Los Angeles, et al.</u>, Los Angeles Superior Court Case No. BC712286 in the amount of $500,000 and instruct the Auditor-Controller to draw a warrant to implement this settlement from the Sheriff's Department Contract Cities Trust Fund's budget.

This lawsuit concerns allegations of an automobile accident involving a Sheriff's Deputy.  (21-3060)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*<u>Attachments:</u>*   Board Letter
Public Comment/Correspondence

**63.** **Settlement of the Matter Entitled, <u>Salvador Alonso Robles Aguiar v. County of Los Angeles et al.</u>**

Los Angeles County Claims Board's recommendation: Authorize settlement of the matter entitled, <u>Salvador Alonso Robles Aguiar v. County of Los Angeles et al.</u>, Los Angeles Superior Court Case No. 19STCV21227, in the amount of $370,000, and instruct the Auditor-Controller to draw a warrant to implement this settlement from the Department of Public Works' budget.

This lawsuit arises from injuries plaintiff allegedly sustained in an automobile accident involving an employee of the Department of Public Works.  (21-3065)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*<u>Attachments:</u>*   Board Letter
Public Comment/Correspondence

**Exhibit 5**
**Page 264**

64. **Settlement of the Matter Entitled, <u>Jessica Dadisman et al. v. County of Los Angeles, et al.</u>**

Los Angeles County Claims Board's recommendation: Authorize settlement of the matter entitled, <u>Jessica Dadisman et al. v. County of Los Angeles, et al.</u>, U.S. District Court Case No. 2:8-cv-10119, in the amount of $165,000, and instruct the Auditor-Controller to draw a warrant to implement this settlement from the Department of Children and Family Services' budget.

This lawsuit alleges the wrongful detention of minor children and civil rights violations by the Department of Children and Family Services.  (21-3083)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
                   Public Comment/Correspondence

65. **Settlement of the Matter Entitled, <u>Thomas Krag v. County of Los Angeles</u>**

Los Angeles County Claims Board's recommendation: Authorize settlement of the matter entitled, <u>Thomas Krag v. County of Los Angeles</u>, Los Angeles Superior Court Case No. 19STCV32229, in the amount of $150,000, and instruct the Auditor-Controller to draw a warrant to implement this settlement from the District Attorney's Office budget.

This lawsuit concerns allegations that an employee of the District Attorney's office was subjected to discrimination, failure to provide reasonable accommodation, and retaliation.  (21-3066)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
                   Public Comment/Correspondence

**Exhibit 5**
**Page 265**

### 66.    City of Bell Gardens Election

Request from the City of Bell Gardens: Render specified services relating to the conduct of a Special Municipal Election, to be held on November 8, 2022. (21-3051)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote; and the Registrar-Recorder/County Clerk was instructed to comply with the City's request, provided that the City pays all related costs:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

### 67.    City of Carson Election

Request from the City of Carson: Render specified services relating to the conduct of a Special Municipal Election, to be held on November 2, 2021.  (21-3043)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote; and the Registrar-Recorder/County Clerk was instructed to comply with the City's request, provided that the City pays all related costs:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**Exhibit 5
Page 266**

**68.**   **City of Commerce Election**

Request from the City of Commerce: Render specified services relating to the conduct of a Special Municipal Election, to be held on November 2, 2021. (21-3056)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote; and the Registrar-Recorder/County Clerk was instructed to comply with the City's request, provided that the City pays all related costs:**

*Attachments:*   Board Letter
Public Comment/Correspondence

**69.**   **City of Monterey Park Election**

Request from the City of Monterey Park: Approve the City's request to change its General Municipal Election from the first Tuesday after the first Monday in March of even-numbered years to the first Tuesday after the first Monday in November of even-numbered years, and consolidate the election with the Statewide General Elections conducted by the County, commencing on November 8, 2022. (21-3054)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**Exhibit 5**
**Page 267**

**70.**   **City of South Gate Election**

Request from the City of South Gate: Approve the City's request to change its General Municipal Election from the first Tuesday after the first Monday in March of even-numbered years to the first Tuesday after the first Monday in November of even-numbered years, and consolidate the election with the Statewide General Elections conducted by the County, commencing on November 8, 2022. (21-3047)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

|  |  |
|---|---|
| **Ayes:**   5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*   Board Letter
Public Comment/Correspondence

**71.**   **Pomona Unified School District Levying of Taxes**

Request from the Pomona Unified School District: Adopt a resolution authorizing the County to levy taxes in an amount sufficient to pay the principal of and interest on the District's General Obligation Bonds, 2016 Election, Series F, in an aggregate principal amount not to exceed $52,200,000; and direct the Auditor-Controller to place on the 2022-23 tax roll, and all subsequent tax rolls, taxes sufficient to fulfill the requirements of the debt service schedule for the Bonds that will be provided to the Auditor-Controller by the District following the sale of the Bonds.  (21-3064)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

|  |  |
|---|---|
| **Ayes:**   5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*   Board Letter
Public Comment/Correspondence

**Exhibit 5
Page 268**

**72.**   **Pomona Unified School District Levying of Taxes**

Request from the Pomona Unified School District: Adopt a resolution authorizing the County to levy taxes in an amount sufficient to pay the principal of and interest on the District's General Obligation Bonds, 2008 Election, Series H, in an aggregate principal amount not to exceed $25,000,000; and direct the Auditor-Controller to place on the 2022-23 tax roll, and all subsequent tax rolls, taxes sufficient to fulfill the requirements of the debt service schedule for the Bonds that will be provided to the Auditor-Controller by the District following the sale of the Bonds.  (21-3062)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**Exhibit 5**
**Page 269**

**Miscellaneous Additions**

**73.**   **Additions to the agenda which were posted more than 72 hours in advance of the meeting, as indicated on the supplemental agenda.** (12-9995)

**73-A.**   **Ratification of August 4, 2021 Executive Order and Directive to the Chief Executive Officer Regarding Establishment of a Mandatory COVID-19 Vaccination Policy for County Employees**

Recommendation as submitted by Supervisor Solis: Ratify the Executive Order issued by the Chair on August 4, 2021 and direct the Chief Executive Officer, in consultation with County Counsel and the Directors of Personnel and Public Health, to establish a mandatory COVID-19 vaccination policy, effective immediately, which requires all County employees to provide proof of full COVID-19 vaccination by October 1, 2021; and direct the Chief Executive Officer to engage with the County's labor partners regarding the effects of the COVID-19 vaccination policy. (21-3205)

**Jackie Carter, Tab Rhodes, Brad Spellberg, Dr. Chinhnam Hathuc, Christian Garcia, Cara Drake Wyatt, Brenda Ortega, Walter Contreras, Dr. Michael Etzel, James Wheeler, Caroline Eng, Kathy Garvin, Ramin Lalezari and Jamie Wells Robledo addressed the Board.  Interested person(s) submitted written testimony.**

**Fesia Davenport, Chief Executive Officer and Nicole Davis Tinkham, Chief Deputy, County Counsel, addressed the Board and responded to questions. Dr. Barbara Ferrer, Director of Public Health and Dr. Christina Ghaly, Director of Health Services, also responded to questions posed by the Board.**

**After discussion, on motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Solis
Public Comment/Correspondence
Audio I
Audio II

**73-B.**   **Evaluation of COVID-19 Vaccine Requirements for Indoor Public Spaces**

Recommendation as submitted by Supervisor Hahn: Instruct the Director of Public Health, in concert with the Director of Consumer and Business Affairs and County Counsel, to report back to the Board within 14 days on possible options for requiring vaccines in certain indoor public spaces in the County, with the report to

**Exhibit 5
Page 270**

look at other jurisdictions that have adopted similar mandates (i.e. New York City, France, possibly City of Los Angeles), consider whether a mandate should require one dose or full vaccination and whether the policy should apply to all indoor public spaces or certain non-essential businesses and events (i.e. should grocery stores be exempt); and instruct the Director of Public Health to report back to the Board in 14 days with the process for how people can prove their vaccination status and businesses can verify vaccination status using existing digital forms of records and/or paper records.  (21-3214)

**Pam Williams addressed the Board.  Interested person(s) also submitted written testimony.**

**Fesia Davenport, Chief Executive Officer, responded to questions posed by the Board.**

**Supervisor Solis made a friendly amendment to Supervisor Hahn's motion to add Directive No. 3 as indicated below:**

3. **Instruct the Director of Consumer and Business Affairs, in collaboration with the Chief Executive Officer, to report back to the Board in writing in 14 days on barriers that small and microbusinesses with less than 10 employees and $100,000 in annual revenue could face in implementing a vaccination mandate, and recommendations for addressing those barriers including, but not limited to, leveraging existing American Rescue Plan Act funded grant programs to support these businesses with any increased costs of compliance.**

**Supervisor Hahn accepted Supervisor Solis' friendly amendment.**

**After discussion, on motion of Supervisor Hahn, seconded by Supervisor Solis, this item, as amended, was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*__Attachments:__*    Motion by Supervisor Hahn
Motion by Supervisor Solis
Report
Public Comment/Correspondence
Audio I
Audio II

**Exhibit 5
Page 271**

**73-C.** **Implementation of a Fine-Free Library for Overdue Library Books and Materials**

Recommendation as submitted by Supervisor Hahn: Instruct the County Librarian to waive fines and fees for all overdue library books and library materials returned to the LA County Library and implement a Fine-Free Library for overdue library books and library materials, upon Board approval; and work with the Auditor-Controller, County Counsel and the Treasurer and Tax Collector to waive all fines and fees and write-off the LA County Library's Account Receivable. (21-3202)

**Interested person(s) submitted written testimony.**

**After discussion, on motion of Supervisor Hahn, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Hahn
Public Comment/Correspondence
Audio

**Exhibit 5**
**Page 272**

**73-D.** **Evelyn's BFF (Breast Friends Forever) Foundation's 5K & 13K Run and Walk Fee Waiver**

Recommendation as submitted by Supervisor Hahn: Reduce the parking fee to $5 per vehicle for 700 vehicles at Dockweiler State Beach for participants of the Evelyn's BFF Foundation's 5K and 13K Run and Walk event, to be held August 29, 2021; and waive fees at Dockweiler State Beach for the event, excluding the cost of liability insurance, as follows:

The $250 permit fee;

The $3,750 gross receipts fee, which is 15% of the estimated gross receipts;

The $13 per vehicle parking fee for 10 vehicles, totaling $130, for volunteers to set up for the event on August 28, 2021; and

The $13 per vehicle parking fee for 100 vehicles, totaling $1,300, for volunteers of the event on August 29, 2021.   (21-3203)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Hahn
Public Comment/Correspondence

**Exhibit 5**
**Page 273**

**73-E.    Care First and Community Investment Budget Policy**

Recommendation: Adopt a new Board Budget policy to establish procedures to fund Care First and Community Investment programs, effective July 1, 2021. **(Chief Executive Office)**  (21-3185)

**This item was taken up with Item Nos. 16 and 73-F.**

**Veronica Lewis addressed the Board.  Interested person(s) also submitted written testimony.**

**Fesia Davenport, Chief Executive Officer, addressed the Board and responded to questions.**

**After discussion, on motion of Supervisor Kuehl, seconded by Supervisor Solis, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence
Audio I
Audio II

**73-F.    Care First, Community Investment Funds**

Recommendation: Approve the Chief Executive Officer's recommended funding allocations totaling $100,000,000 for funds currently held in the Provisional Funding Unit for Measure J for programs that include direct community investments and alternative to incarceration; find that the County programs established by the Spending Plan are deemed necessary to meet the social needs of the population of the County and serve a public purpose consistent with Government Code Section 26227; find that the authorizations and delegations of authorities shall remain in effect until such actions are terminated or suspended by the Board; and authorize the Chief Executive Officer to take the following actions: **(Chief Executive Office)**

Conduct a streamlined, expedited competitive solicitation to select one or more Third Party Administrators (TPAs), and permit the Chief Executive Officer to instruct the Director of Internal Services, as the County's Purchasing Agent, or the requesting Department, as applicable, to take any necessary contract and procurement actions related to contracts using Care First Community Investment (CFCI) funds, to the extent legally permitted, to waive the County's standard open competitive solicitation or bidding requirements, the need to comply with the County's Sole Source

**Exhibit 5
Page 274**

Policy, and the need to comply with any other County Contracting or Purchasing Policies, and waive any other County standard terms and conditions including, but not limited to, contractual maximum obligations, contract sums, reserve and contingency fund caps, indemnification, insurance and any legally-required terms and conditions;

Enter into and execute TPA contracts with one or more TPA organizations selected from the streamlined competitive solicitation process, effective upon execution, for a two-year term, with two one-year extension options for each TPA contract, for the provision of TPA services and for the administration of CFCI Funds through the TPA's selection of community-based organizations (CBOs) service providers, with the total maximum contract amount of all TPA contracts not to exceed the amount of CFCI Funds approved by the Board in the approved spending plan;

Execute amendments to the TPA contracts including, but not limited to, exercising the extension options of each TPA contract, revising the scope of work to align with Board goals and objectives and increase or decrease the maximum TPA contract amount, add, delete and/or change terms and conditions, as may be required by law, extend the term of a TPA contract beyond the expiration date, effectuate name changes or assignments and delegations, should the original contracting entity merge, be acquired, or otherwise have a change in entity status, and suspend and/or terminate TPA contracts under the termination provisions in the contracts; and

Negotiate and execute new agreements (including, but not limited to, service contracts, master agreements, cooperative agreements, funding agreements, work orders, memoranda of understanding, Exclusive Negotiation Agreements and Job Order Contracts), previously-executed agreements and take other required actions when any of the actions described are necessary for the implementation of the CFCI program; and

Authorize the Chief Executive Officer, and/or other relevant Departments, as determined by the Chief Executive Officer, to execute any additional contracts and expedite necessary actions to carry out the intent of the Board in adopting the Spending Plan, subject to the CFCI.  (21-3198)

**This item was taken up with Item Nos. 16 and 73-E.**

**Ivette Ale, Ellen Giesy, Michael Bealor, Jay Stephen Brantley and Veronica Lewis addressed the Board.  Interested person(s) also submitted written testimony.**

**Alex Villanueva, Sheriff, addressed the Board.**

**Exhibit 5
Page 275**

**Fesia Davenport, Chief Executive Officer, made a presentation and responded to questions posed by the Board.**

**Supervisor Barger made a request to bifurcate the approval of the first line item of the Care First Community Investment recommended Spending Plan to close Men's Central Jail and divert people with mental health and substance use disorders into treatment under Recommendation No. 1 from the remaining recommendations.**

**At the request of Supervisor Barger, the Chair ordered a division of the question.**

**On motion of Supervisor Barger, seconded by Supervisor Hahn, the request to bifurcate the approval of the first line item of the Care First Community Investment recommended Spending Plan to close Men's Central Jail and divert people with mental health and substance use disorders into treatment under Recommendation No. 1 from the remaining recommendations was duly carried by the following vote:**

> **Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

**After discussion, on motion of Supervisor Kuehl, seconded by Supervisor Hahn, the first line item of the Care First Community Investment recommended Spending Plan to close Men's Central Jail and divert people with mental health and substance use disorders into treatment under Recommendation No. 1 was duly carried by the following vote:**

> **Ayes:** 4 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn and Supervisor Solis
>
> **Noes:** 1 - Supervisor Barger

**After further discussion, on motion of Supervisor Kuehl, seconded by Supervisor Solis, the remaining items of the Care First Community Investment recommended Spending Plan and the remaining Chief Executive Officer's recommendations were duly carried by the following vote:**

> **Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Presentation
Public Comment/Correspondence
Audio I
Audio II

**Exhibit 5
Page 276**

**IV.   ORDINANCE FOR INTRODUCTION     76**

76.   **County Code, Title 6 - Salaries Amendment**

Ordinance for introduction amending County Code, Title 6 - Salaries by adding, deleting and changing certain employee classifications and the number of ordinance positions in the Departments of Beaches and Harbors, Chief Executive Office and Health Services. (Relates to Agenda No. 28)  (21-3095)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, the Board introduced, waived reading and ordered placed on the agenda for adoption an ordinance entitled, "An ordinance amending Title 6 – Salaries of the Los Angeles County Code to add, delete, and change certain employee classifications and the number of ordinance positions in various Departments to implement the findings of classification studies."**

**This item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Ordinance
Public Comment/Correspondence

**Exhibit 5**
**Page 277**

## V.  SEPARATE MATTER    77

**77.**    **Temporary Reinstatement of a Retired County Employee**

Recommendation: Waive the 180-day waiting period required under the California Public Employee's Pension Act of 2013, to reinstate retired County employee, Helen Berberian as a 120-day rehired retiree with the Department of Children and Family Services to serve as a subject matter expert in the implementation of the new Federal Family First Prevention Services Act that is set to begin on October 1, 2021; and approve the request to allow Ms. Berberian to return as an Administrative Services Manager III, at a rate of $108 per hour for up to 960 total hours of work in a fiscal year. **(Department of Children and Family Services)** (21-3092)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*    Board Letter
Public Comment/Correspondence

**Exhibit 5
Page 278**

## VI.   CLOSED SESSION MATTERS FOR AUGUST 10, 2021

**CS-1.** CONFERENCE WITH LEGAL COUNSEL - ANTICIPATED LITIGATION
(Paragraph (2) of subdivision (d) of Government Code Section 54956.9)

Significant exposure to litigation (one case).

**No reportable action was taken.**  (20-2580)

*Attachments:*       Public Comment/Correspondence

**CS-2.** DEPARTMENT HEAD PERFORMANCE EVALUATIONS
(Government Code Section 54957)

Department Head performance evaluations.

**No reportable action was taken.**   (11-1977)

*Attachments:*       Public Comment/Correspondence

**Report of Closed Session**  (CSR-21)

*Attachments:*       Audio Report of Closed Session 8/10/2021

**Exhibit 5
Page 279**

## VII.   GENERAL PUBLIC COMMENT     78

78.   Opportunity for members of the public to address the Board on items of interest that are within the subject matter jurisdiction of the Board.

**Tab Rhodes, Jose Osuna, Dr. Chinhnam Hathuc, Ivette Ale, Christian Garcia, Cara Drake Wyatt, Walter Contreras, Jay Stephen Brantley, Jasmine Brizuelas, Roy Humphreys, Casey Ventura, Kathy Garvin, Eric Preven, Siris Barrios, Pam Williams, Veronica Lewis, Jean Krantz and Jamie Wells Robledo addressed the Board.  Interested person(s) also submitted written testimony.**  (21-3301)

*Attachments:*       Public Comment/Correspondence
                     Audio

**Exhibit 5
Page 280**

**VIII.  ADJOURNMENT    79**

79.    On motions, duly seconded and unanimously carried, the meeting was adjourned in memory of the following persons:

**Supervisors Solis, Kuehl, Hahn and Barger**
Richard Trumka

**Supervisor Solis**
Gilda Bojorquez Gjurich

**Supervisors Mitchell, Solis and Hahn**
Esera "Sela" R. Mamoe

**Supervisors Michell and Hahn**
Malcolm N. Bennett

**Supervisor Kuehl**
Sagniaw Grant
Bernard Lax
Darlene Dwyer Lasher
Gary Nash
Ruth Pearl
Ron Popeil
Markie Post
Luanne Wells

**Supervisor Hahn**
Dr. Edward Henry Bloomfield
William Davis, Jr.
Glenn Klipp

**Supervisors Barger and Hahn**
Karl Boeckmann

**Supervisor Barger**
Richard Grieco, Sr.
Hugh C. McDonald, Jr.
Teresa Ann Mathis Savaikie  (21-3232)

**Exhibit 5**
**Page 281**

**IX.   ITEMS CONTINUED FROM PREVIOUS MEETINGS FOR FURTHER DISCUSSION AND ACTION BY THE BOARD**

**A-1.**   Continue local emergencies as a result of the following: (a) Discovery of an infestation of fruit flies, as proclaimed on May 10, 1990; (b) Conditions of disaster arose as a result of the discovery of a leak at the natural gas storage wells at the Aliso Canyon storage field affecting the City and County of Los Angeles, as proclaimed on December 10, 2015 and ratified by the Board on December 15, 2015; (c) Conditions of disaster and extreme peril to the safety of persons and property arose as a result of the Creek Fire that started December 5, 2017 and affected the Kagel Canyon and the City of Los Angeles, as proclaimed and ratified by the Board on December 5, 2017; (d) Conditions of disaster and extreme peril to the safety of persons and property arose as a result of the Woolsey Fire that began in Ventura County that started on or about November 8, 2018 and quickly spread into the County of Los Angeles, as proclaimed and ratified by the Board on November 13, 2018; (e) An imminent threat to public health in Los Angeles County in the form of contaminated fire debris from household hazardous waste created as a result from the Woolsey Fire that started on November 8, 2018, as proclaimed by the Public Health Officer on November 12, 2018 and ratified by the Board on November 13, 2018; (f) Conditions of extreme peril to the safety of persons and property arose as a result of a winter storm beginning January 10 through 18, 2019 affecting the unincorporated communities around Little Tujunga and surrounding areas of Los Angeles County, as proclaimed on January 29, 2019 and ratified by the Board on February 5, 2019; (g) Conditions of disaster or extreme peril to the safety of persons and property arose as a result of a winter storm beginning January 31, 2019 through February 5, 2019 affecting the unincorporated communities throughout the County as well as the Cities of Malibu, Burbank and Los Angeles, as proclaimed on February 14, 2019 and ratified by the Board on February 19, 2019; (h) Conditions of disaster or of extreme peril to the safety of persons and property arose as a result of the introduction of the novel coronavirus (COVID-19), a novel communicable disease, which was first detected in Wuhan City, Hubei Province, China in December 2019, as proclaimed and ratified by the Board on March 4, 2020; (i) An imminent threat and proximate threat to public health from the introduction of COVID-19 in Los Angeles County, as proclaimed by the Public Health Officer on March 4, 2020 and ratified by the Board on March 4, 2020; (j) Conditions of disaster or of extreme peril to the safety of persons and property arose as a result of civil unrest in the County following the May 25, 2020 death of George Floyd by members of the Minneapolis Police Department, as proclaimed on May 30, 2020 and ratified by the Board on June 2, 2020; (k) Conditions of extreme peril to the safety of persons and property arose as a result of the Lake Fire that started in the unincorporated area of Lake Hughes on August 12, 2020, as proclaimed on August 13, 2020 and ratified by the Board on August 18, 2020; (l) Conditions of extreme peril to the safety of persons and property arose as a result of the Bobcat Fire that ignited in the Angeles National Forest on September 6, 2020 and rapidly spread to surrounding areas, as proclaimed on September 13, 2020 and ratified by the Board on September 15, 2020; and (m) An imminent threat to public health from the Lake Fire and the Bobcat Fire that started on August 12, 2020 and September 6, 2020, respectively, in Los Angeles County, as proclaimed by the Public Health Officer on November 5, 2020 and ratified by the Board on November 10, 2020.   (A-1)

**This item was reviewed and continued.**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

**Exhibit 5
Page 282**

**Closing    80**

80.    Open Session adjourned to Closed Session at 3:09 p.m. following adjournments to:

**CS-1**.
Confer with legal counsel on anticipated litigation, pursuant to Paragraph (2) of subdivision (d) of Government Code Section 54956.9:

Significant exposure to litigation (one case).

**CS-2**.
Consider Department Head performance evaluations, pursuant to Government Code Section 54957.

Closed Session convened at 3:11 p.m.  Present were Supervisors Holly J. Mitchell, Sheila Kuehl, Janice Hahn, Kathryn Barger and Hilda L. Solis, Chair presiding.

Closed Session adjourned at 3:26 p.m.  Present were Supervisors Holly J. Mitchell, Sheila Kuehl, Janice Hahn and Hilda L. Solis, Chair presiding.  Absent was Supervisor Kathryn Barger.

Open Session reconvened at 3:28 p.m. for the purpose of reporting actions taken in Closed Session.  Present were Supervisors Holly J. Mitchell, Sheila Kuehl, Janice Hahn and Hilda L. Solis, Chair presiding.  Absent was Supervisor Kathryn Barger.

The Board of Supervisors of the County of Los Angeles, and ex officio the governing body of all other special assessment and taxing districts, agencies and authorities for which said Board so acts, adjourned its meeting at 3:29 p.m.

The next Regular Meeting of the Board will be Tuesday, August 31, 2021 at 9:30 a.m.  (21-3260)

**Exhibit 5**
**Page 283**

The foregoing is a fair statement of the proceedings of the regular meeting held August 10, 2021, by the Board of Supervisors of the County of Los Angeles and ex officio the governing body of all other special assessment and taxing districts, agencies and authorities for which said Board so acts.

Celia Zavala, Executive Officer
Executive Officer-Clerk
of the Board of Supervisors

By _____

Carmen Gutierrez
Chief, Board Services Division

Exhibit 5
Page 284