# EXHIBIT 6

Exhibit 6
Page 285



**STATEMENT OF PROCEEDINGS FOR THE**

**REGULAR MEETING OF THE BOARD OF SUPERVISORS**

**OF THE COUNTY OF LOS ANGELES HELD VIRTUALLY IN**

**ROOM 381B OF THE KENNETH HAHN HALL OF ADMINISTRATION**

**500 WEST TEMPLE STREET, LOS ANGELES, CALIFORNIA 90012**

**Tuesday, September 28, 2021**

**9:30 AM**

Present:        Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

Video Link for the Entire Virtual Meeting  (03-1075)

_**Attachments:**_        Video Transcript

Pledge of Allegiance led by Supervisor Janice Hahn, Fourth Supervisorial District.

**I.   SET MATTER    10:30 A.M.**

**S-1.   Public Health Order**

Discussion and consideration of necessary actions on the Public Health Order related to COVID-19, as requested by the Chair of the Board and status on the COVID-19 vaccine, as requested at the Board meetings of December 8, 2020 and January 5, 2021.  (20-4861)

**Sabrina Demayo-Lockhart addressed the Board.  Interested person(s) also submitted written testimony.**

**Dr. Barbara Ferrer, Director of Public Health, and Dr. Christina Ghaly, Director of Health Services, made a presentation and responded to questions posed by the Board.  Fesia Davenport, Chief Executive Officer, also responded to questions posed by the Board.**

**Supervisor Solis instructed the Director of Health Services to include in the next report to the Board the number of Department of Health Services' contractors that have been vaccinated.**

**Exhibit 6**
**Page 286**

**Supervisor Barger instructed the Director of Public Health to reach out to different business sectors that might be impacted by updated Public Health Orders for inclusion in future dialogues.**

**Supervisor Hahn instructed the Director of Public Health to continue to outreach and work with the large sectors, such as amusement parks, to provide appropriate grace periods to reach compliance of Public Health Orders.**

**After discussion, by Common Consent, there being no objection, this item was received and filed; the Director of Health Services was instructed to include in the next report to the Board the number of Department of Health Services' contractors that have been vaccinated; the Director of Public Health was instructed to reach out to different business sectors that might be impacted by updated Public Health Orders for inclusion in future dialogues; and to continue to outreach and work with the large sectors, such as amusement parks, to provide appropriate grace periods to reach compliance of Public Health Orders.**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*__Attachments:__*  Public Health Presentation
Health Services Presentation
Public Comment/Correspondence
Audio I
Audio II

**Exhibit 6**
**Page 287**

## II.  PUBLIC HEARINGS    1 - 4

**1.**      **Hearing on the Annexation and Levying of Assessments for County Lighting Districts in the City of Carson**

Hearing on the annexation of the following subdivision and single-lot territories to County Lighting Maintenance District 1697 and County Lighting District Landscaping and Lighting Act-1, Carson Zone; order the tabulation of assessment ballots submitted and not withdrawn, and if there is no majority protest, adopt the resolution ordering annexation of subdivision and single-lot territories and levying of assessments for Fiscal Year 2022-23; and adopt the joint resolutions approving and accepting the negotiated exchange of property tax revenues resulting from the annexation of subdivision and single-lot territories: **(Department of Public Works)**

Tract 76070, City of Carson (2)
Single-Lot L 071-2019, City of Carson (2)  (21-3044)

**The Department of Public Works submitted a written statement for the record.**

**All persons wishing to testify were sworn in by the Executive Officer of the Board.  Opportunity was given for interested persons to address the Board. Eric Preven addressed the Board.  No correspondence was received.**

**By Common Consent, there being no objection, the Board closed the public hearing and instructed the Executive Officer of the Board to tabulate the assessment ballots submitted, and not withdrawn, in support of, or in opposition to, the proposed annexation and levying of assessments; and tabled the matter for later in the meeting for a report on the tabulation of the ballots and decision.**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

**Later in the meeting, after tabulating the ballots, the Executive Officer reported that a determination was made that no majority protest exists against the annexation or levying of assessments for Subdivision Tract No. 76070, City of Carson, Single-Lot L 071-2019, City of Carson to County Lighting Maintenance District (CLMD) 1697 and County Lighting District Landscaping and Lighting Act-1 (CLD LLA-1), Carson Zone.**

**On motion of Supervisor Mitchell, seconded by Supervisor Hahn, the Board took the following actions:**

**Exhibit 6
Page 288**

1.  Made a finding that the annexation and assessments are for the purpose of meeting operating expenses, purchasing supplies, equipment or materials, meeting financial reserve needs and requirements and obtaining funds for capital projects, including the operation and maintenance of streetlights necessary to maintain service within the proposed annexation territories;

2.  Adopted a resolution ordering annexation of Tentative Subdivision and Single-Lot Territories to CLMD 1697 and CLD LLA-1, Carson Zone, confirming a Diagram and Assessment and Levying of Assessments within the annexed territories for Fiscal Year 2022-23; and

3.  Adopted joint resolutions between the Board and other taxing agencies approving and accepting the negotiated exchange of property tax revenues resulting from the annexation of territories to CLMD 1697, as approved by the nonexempt taxing agencies.

Said motion was duly carried by the following vote:

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Departmental Statement
Public Comment/Correspondence
Audio I
Audio II
Audio III

Exhibit 6
Page 289

2.    **Hearing on the Transfer of Territory and Levying of Assessments for County Lighting Districts in the City of La Mirada**

Hearing on the transfer of territory known as Tract No. 82311 located in the City of La Mirada (4) from Tax Assessment Zone B, unlighted zone, to Tax Assessment Zone A, lighted zone, within County Lighting Maintenance District 10045 and La Mirada Zone B to La Mirada Zone A within County Lighting District Landscaping and Lighting Act-1; adopt a resolution confirming a diagram and assessment, and levying of assessment within the transferred territory for Fiscal Year (FY) 2022-23, with an annual base rate assessment of $20 for La Mirada Zone A, a $19 increase over the current $1 base assessment rate for La Mirada Zone B, the increased assessment is for purposes of meeting operating expenses, purchasing supplies, equipment or materials, meeting financial reserve needs and requirements and obtaining funds for capital projects, including the operation and maintenance of streetlights necessary to maintain service within the transferred territory; order the tabulation of assessment ballots submitted and not withdrawn; and if a majority protest does not exist, adopt the resolution ordering the transfer and levying of assessment within the transferred territory for FY 2022-23. **(Department of Public Works)**  (21-3050)

**The Department of Public Works submitted a written statement for the record.**

**All persons wishing to testify were sworn in by the Executive Officer of the Board.  Opportunity was given for interested persons to address the Board. No interested persons addressed the Board.  No correspondence was received.**

**By Common Consent, there being no objection, the Board closed the public hearing and instructed the Executive Officer of the Board to tabulate the assessment ballots submitted, and not withdrawn, in support of, or in opposition to, the proposed transfer of territory and increased assessment; and tabled the matter for later in the meeting for a report on the tabulation of the ballots and decision.**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

**Later in the meeting, after tabulating the ballots, the Executive Officer reported that a determination was made that no majority protest exists against the proposed transfer of approved tentative Subdivision Territory from Tax Assessment Zone B to Tax Assessment Zone A and increased assessment within County Lighting Maintenance District (CLMD) 10045 and County Lighting District Landscaping and Lighting Act-1 (CLD LLA-1) in the City of La Mirada.**

**Exhibit 6
Page 290**

On motion of Supervisor Hahn, seconded by Supervisor Kuehl, the Board took the following actions:

1. Made a finding that the transfer of territory and increased assessment are for the purpose of meeting operating expenses, purchasing supplies, equipment or materials, meeting financial reserve needs and requirements and obtaining funds for capital projects, including the operation and maintenance of streetlights necessary to maintain service within the transferred territory; and

2. Adopted a resolution Ordering Transfer of Approved Tentative Subdivision Territory from Tax Assessment Zone B to Tax Assessment Zone A within CLMD 10045 and La Mirada Zone B to La Mirada Zone A within CLD LLA-1, confirming a Diagram and Assessment and Levying of Assessments within the transferred territory for Fiscal Year 2022-23.

Said motion was duly carried by the following vote:

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Departmental Statement
Public Comment/Correspondence
Audio I
Audio II

**Exhibit 6**
**Page 291**

3.      **Hearing on Weight Limit Restriction Order for County Bridge in the Unincorporated Community of Topanga Canyon**

Hearing on the weight limit restriction order for County Bridge No. 0647 (53C0970) located on Circle Trail which crosses over Topanga Canyon Creek in the unincorporated community of Topanga Canyon (3); and find that the proposed project is exempt from the California Environmental Quality Act. **(Department of Public Works)**  (21-3676)

**All persons wishing to testify were sworn in by the Executive Officer of the Board.  Opportunity was given for interested persons to address the Board.  No interested persons addressed the Board.  No correspondence was received.**

**On motion of Supervisor Kuehl, seconded by Supervisor Mitchell, the Board closed the public hearing and took the following actions:**

1.  **Adopted the order establishing a weight limit for County Bridge No. 0647 (53C0970) on Circle Trail which crosses over Topanga Canyon Creek, in the unincorporated community of Topanga Canyon;**

2.  **Instructed the Director of Public Works to post signage, as required by the California Vehicle Code, to reasonably apprise the public as to the nature and extent of the weight limit restriction of County Bridge No. 0647 (53C0970); and**

3.  **Made a finding that the proposed project is exempt from the California Environmental Quality Act.**

**Said motion was duly carried by the following vote:**

> **Ayes:**  5 -  Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*      Board Letter
                    Public Comment/Correspondence
                    Audio

**Exhibit 6
Page 292**

4.   **Hearing on Ordinance to Amend a Proprietary Petroleum Pipeline Franchise Granted to Paramount Petroleum Corporation**

Hearing on ordinance for adoption amending the proprietary petroleum pipeline franchise granted to Paramount Petroleum Corporation to extend the term of the franchise through December 31, 2036, change the formula for calculating the base annual franchise fee, impose testing and reporting requirements pertaining to hazardous materials pipelines and their compliance with existing applicable laws, and make minor revisions to clarify certain terms and conditions of the franchise; approve a transfer of the existing proprietary petroleum franchise rights granted to Paramount Petroleum Corporation by Ordinance No. 2006-0055F, as amended, to Paramount Pipeline, LLC (2 and 4); find that good cause exists to change the formula for calculating the base annual franchise fee in the proprietary petroleum pipeline franchise; and find that the proposed project is exempt from the California Environmental Quality Act. **(Department of Public Works)**  (21-3670)

**All persons wishing to testify were sworn in by the Executive Officer of the Board. Opportunity was given for interested persons to address the Board. Eric Preven addressed the Board.  No correspondence was received.**

**After discussion, on motion of Supervisor Hahn, seconded by Supervisor Barger, the Board closed the public hearing and took the following actions:**

1.  **Adopted Ordinance No. 2021-0050F entitled, "An ordinance amending Ordinance No. 2006-0055F, as  amended, a proprietary petroleum pipeline franchise granted to Paramount Petroleum Corporation, a Delaware Corporation, to reflect a transfer of franchise rights to Paramount Pipeline LLC, a Delaware Limited Liability Company; extend the term of the franchise for fifteen years, through December 31, 2036; change the formula for calculating the base annual franchise fee; impose testing and reporting requirements pertaining to static, idle, inactive and out-of-service pipelines in compliance with applicable Federal, State and local pipelines laws; and make other minor revisions to clarify certain terms and conditions of the franchise."  This ordinance shall take effect on October 28, 2021 and become operative on November 14, 2021;**

2.  **Approved the transfer of the existing proprietary petroleum pipeline franchise rights granted to Paramount Petroleum Corporation by Ordinance No. 2006-0055F, as amended, to Paramount Pipeline LLC;**

3.  **Made a finding that good cause exists to change the formula for calculating the base annual franchise fee in the proprietary pipeline franchise granted to Paramount Petroleum Corporation; and**

**Exhibit 6
Page 293**

4. **Made a finding that the proposed project is exempt from the California Environmental Quality Act.**

**Said motion was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Abstentions:** | 1 - | Supervisor Mitchell |

*Attachments:*    Board Letter
Certified Ordinance
Public Comment/Correspondence
Audio I
Audio II

Exhibit 6
Page 294

III.  CONSENT CALENDAR

BOARD OF SUPERVISORS    5 - 23

5.    **Appointments to Commissions/Committees/Special Districts**

Recommendation for appointment/reappointment for the following Commissions/ Committees/Special Districts (+ denotes reappointments): **Documents on file in the Executive Office**.

Supervisor Mitchell
Reginald Johnson, Measure A: Citizens Oversight Advisory Board

Supervisor Kuehl
Amanda Cowan, Commission on Alcohol and Other Drugs

Supervisor Hahn
Connor Lock, Housing Advisory Committee
Melissa Balocca, Measure A: Citizens Oversight Advisory Board

Supervisor Barger
Christine A. Ward, Antelope Valley Cemetery District
Anita Marie Lopez+, Assessment Appeals Board
Lena L. Kennedy, Commission for Women
Frank G. De Balogh+, Commission for Public Social Services
David Perry (Alternate), High Desert Corridor Joint Powers Authority
Robert H. Philibosian+, Los Angeles County Citizens' Economy and
        Efficiency Commission

California Contract Cities Association
Jason Caudle (Alternate), and Gloria Molleda (Alternate), Contract Cities
        Liability Trust Fund Claims Board

Commission on HIV
Luckie Alexander Fuller+, Thomas R. Green+, and Eduardo Martinez+
        (Alternate), Commission on HIV  (21-0048)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor
                Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Public Comment/Correspondence

**Exhibit 6
Page 295**

6.    **Breast Cancer Awareness Lifeguard Tower Painting**

Recommendation as submitted by Supervisor Hahn: Instruct the Director of Beaches and Harbors to work with the City of El Segundo and the project organizers to paint lifeguard tower 60 pink for the month of October 2021; with the City and organizers to coordinate closely with the Department of Beaches and Harbors regarding logistics in painting the tower and activities must in no way interfere with lifeguard operations or negatively impact the environment, and must agree to return the lifeguard tower to its former condition after October and assume all costs and liability associated with this Breast Cancer Awareness Project.  (21-3773)

**On motion of Supervisor Kuehl, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Hahn
Public Comment/Correspondence

7.    **Palos Verdes High School Fee Waiver**

Recommendation as submitted by Supervisor Hahn: Waive up to $19,850 in parking fees for 45 vehicles at Torrance Beach, excluding the cost of liability insurance, for students and teachers attending surf classes sponsored by Palos Verdes High School, to be held September 20, 2021 through June 10, 2022 Monday through Friday from 6:00 a.m. to 12:00 p.m.  (21-3774)

**On motion of Supervisor Kuehl, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Hahn
Public Comment/Correspondence

**Exhibit 6
Page 296**

**8.    10K Swim for Mental Health Fee Waiver**

Recommendation as submitted by Supervisor Hahn: Waive the $250 Beach Use permit fee and the 15% gross receipts fee of $510 at Ruby Tower in Redondo Beach, excluding the cost of liability insurance, for the 10K Swim for Mental Health, to be held on October 2, 2021.  (21-3444)

**On motion of Supervisor Kuehl, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Hahn
Public Comment/Correspondence

**9.    Addressing Traffic Safety on Sloan Canyon Road**

Recommendation as submitted by Supervisor Barger: Instruct the Director of Public Works to review existing traffic conditions and provide findings and recommendations for any additional traffic safety enhancements on the currently County-maintained portion of Sloan Canyon Road between Quail Valley Road and The Old Road; instruct the Director, acting as the Road Commissioner, to partially accept into the County system of highways for maintenance the roadway portion of the private segment of Sloan Canyon Road between Valley Creek Road and Quail Valley Road as constructed by Romero Canyon, LLC, to allow the Department of Public Works, after such partial acceptance, to expedite their review of existing traffic conditions; and upon acceptance of the segment of Sloan Canyon Road between Valley Creek Road and Quail Valley Road, instruct the Director to expedite the review of traffic conditions, including the recent collision locations, and provide findings and recommendations for any additional traffic safety enhancements.  (21-3636)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Barger
Public Comment/Correspondence

**Exhibit 6
Page 297**

10. **Reestablish the Reward Offer in the Suspicious Disappearance of Gloria Huerta**

Recommendation as submitted by Supervisor Barger: Reestablish the $20,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the heinous and suspicious disappearance of 27-year-old Gloria Huerta, also known as "Jessica," who was reported missing on August 3, 2020 and was last seen on the 14700 block of East Avenue Q-14 in the City of Palmdale.  (20-5213)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Barger
Notice of Reward
Public Comment/Correspondence

11. **Readying for the State Guaranteed Income Program Application**

Recommendation as submitted by Supervisor Solis: Direct the Chief Executive Officer, working with the Countywide Poverty Alleviation Initiative, the Directors of Children and Family Services and Public Social Services, and other relevant Departments, to coordinate the preparation of the California Guaranteed Income Pilot Program application, including  stakeholder engagement; and direct the Chief Executive Officer or a County Department, as designated by the above-referenced workgroup, to apply for the California Guaranteed Income Pilot Program once available.  (21-3768)

**Roy Humphreys, Ellen Giesy and Michelle King addressed the Board. Interested person(s) also submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Solis
Public Comment/Correspondence
Audio

**Exhibit 6
Page 298**

12. **Economic Relief to Certified Unified Program Agency Regulated Businesses**

Recommendation as submitted by Supervisor Solis: Acting as the Governing Body of the Consolidated Fire Protection District, approve and allow the District, until June 30, 2022, the end of Fiscal Year 2021-22, to waive late payment penalty equal to 40% of the total assessed fee(s) after 61 days to businesses that fail to pay the fees due to financial hardship, which deviates from the requirement set forth in Section 12.50.060; and find that the deviation is exempt from the California Environmental Quality Act.  (21-3769)

**On motion of Supervisor Kuehl, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|  | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*    Motion by Supervisor Solis
Public Comment/Correspondence

**Exhibit 6**
**Page 299**

**13.    Project Roomkey Staff at Auto Park 29 Parking Fee Waiver**

Recommendation as submitted by Supervisor Solis: Find that parking spaces at Auto Park 29, located at 313 North Figueroa Street in the City of Los Angeles and Auto Park 16, located at 111 South Grand Avenue in the City of Los Angeles, if necessary, excluding County employee parking, may be used for Project Roomkey (PRK) staff parking; find that the parking spaces to be used by PRK staff at Auto Park 29, and Auto Park 16 if necessary, and the services to be provided by PRK, pursuant to Government Code Section 26227, are necessary to meet the social needs of the County and will serve public purposes, which will benefit the County; find that the parking spaces to be used by PRK staff at Auto Park 29, and Auto Park 16 if necessary, will not be needed for County purposes through February 28, 2022; authorize the Chief Executive Officer to provide a 15-day Notice to Transfer parking for PRK staff from Auto Park 29 to Auto Park 16, in the event that the County needs to recommission Auto Park 29 for County purposes during the extension period; instruct the Chief Executive Officer to continue to provide parking at Auto Park 29, and Auto Park 16 if necessary, under the previous terms and conditions, and waive the monthly parking fee of $150 per permit for up to 160 permits from October 1, 2021 through February 28, 2022, at a total estimated amount of $120,000 to cover 160 permits for five months (up to $168,000 if parking has to be transferred to Auto Park 16); and find that the proposed waiver of monthly parking permit fees is exempt from the California Environmental Quality Act.  (21-3612)

**On motion of Supervisor Kuehl, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Solis
Public Comment/Correspondence

**Exhibit 6**
**Page 300**

14. **Addressing the Sexually Transmitted Disease (STD) Crisis in Los Angeles County**

Recommendation as submitted by Supervisor Solis: Instruct the Director of Public Health, in collaboration with the Directors of Health Services, Mental Health, the Alliance for Health Integration, and the Chief Executive Officer through the Anti-Racism, Diversity and Inclusion Initiative, to report back to the Board within 120 days with an updated plan of action to address the STD crisis, incorporating progress and ongoing challenges outlined in the quarterly STD reports and progress to date on goals included in the Center for Health Equity's STD focus area, with considerations to the plan to include, but not be limited to:

Analysis of all existing funding streams, including Federal, State and local resources currently utilized or available for STD response;

Establishing a planning process to ensure coordination of efforts with the Alliance for Health Integration and relevant County Departments, community partners, including community-based organizations and advocates, Federally-qualified health centers, hospitals, and health plans, to support shared goals around reducing STD rates, including sharing best practices and reducing redundant efforts and squarely addressing the inequities in race that prevent accesses to compassionate, basic health care as defined in the "social determinants of health" that continue to exponentially propel this preventable epidemic;

Analysis of community capacity and infrastructure needs to respond to the STD crisis, including identifying key populations that are disproportionately impacted and least resourced, and an outline of key steps to build capacity for communities to respond, as well as strategies for working with the Anti-Racism, Diversity and Inclusion Initiative to address the intersection of racism, stigma and sexual health;

Training opportunities to develop skills to provide culturally humble and linguistically appropriate outreach, education and marketing; and

A framework and timeline, including key metrics and milestone goals, for ending the STD crisis in Los Angeles County;

Instruct the Director of Public Health to create a public-facing STD dashboard to track the County's progress towards reducing STD rates; and

Direct the Chief Executive Officer through the Legislative Affairs and Intergovernmental Relations Division, and County advocates in Sacramento and

Exhibit 6
Page 301

Washington, D.C. to coordinate with the Directors of Public Health, Health Services and Mental Health to advocate with Governor Gavin Newsom, the State Legislature, the California Department of Public Health, the California Department of Health and Human Services, and Congress for additional Federal and State resources to combat the STD crisis, support the initiatives detailed in the Director of Public Health's report back, and identify STD-related legislative and budget proposals to help alleviate the crisis, build and support the County's STD public health infrastructure, expand access to STD testing and treatment and improve community education.  (21-3445)

**Bridget Gordon, Katja Nelson, Sylvia Castillo, Eric Preven, Dr. Genevieve Clavreul and Rolando Chavez addressed the Board.  Interested person(s) also submitted written testimony.**

**Supervisor Hahn made a motion to amend Supervisor Solis' motion to instruct the Director of Public Health to include in the report back to the Board a plan for fully utilizing the County's public health clinics to provide Sexually Transmitted Disease (STD) testing and treatment; and a strategy for deploying mobile teams to test people, particularly those who are experiencing homelessness.**

**After discussion, on motion of Supervisor Solis, seconded by Supervisor Kuehl, this item, as amended, was duly carried by the following vote; and the Director of Public Health was instructed to include in the report back to the Board a plan for fully utilizing the County's public health clinics to provide STD testing and treatment; and a strategy for deploying mobile teams to test people, particularly those who are experiencing homelessness:**

**Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:* Motion by Supervisor Solis
Report
Public Comment/Correspondence
Audio I
Audio II

**Exhibit 6
Page 302**

**15.** **Support for Senate Bill (SB) 2 - Kenneth Ross Jr. Police Decertification Act of 2021**

Recommendation as submitted by Supervisor Solis: Direct the County's Legislative Advocates in Sacramento to send a letter to Governor Gavin Newsom urging him to sign SB 2 (Bradford), legislation which would prohibit a person who has been convicted of a felony from regaining eligibility for peace officer employment. (21-3772)

**Roy Humphreys, Cue Jn-Marie, Helen Jones, Andres Kwon, Ellen Giesy, Franky Carillo, Tonya Wilcher, Carlos Montes, Michelle King and Jewel Karren addressed the Board. Interested person(s) also submitted written testimony.**

**On motion of Supervisor Kuehl, this item was duly carried by the following vote:**

> **Ayes:** 4 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn and Supervisor Solis
>
> **Abstentions:** 1 - Supervisor Barger

*Attachments:*    Motion by Supervisor Solis
Chief Executive Office Memo
Chief Executive Officer Letter
Public Comment/Correspondence
Audio

**16.** **Reestablish the Reward Offer in the Investigation of the Death of a Pomona Resident**

Recommendation as submitted by Supervisor Solis: Reestablish the $10,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the death of a 36-year-old man, who was tragically struck and killed by an unidentified vehicle, while walking to cross the lanes of the Interstate 10 Freeway, west of Kellogg Drive, when his vehicle ran out of gas on November 23, 2016. (18-2324)

**On motion of Supervisor Kuehl, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Solis
Notice of Reward
Public Comment/Correspondence

**Exhibit 6**
**Page 303**

**17.    Proclaiming September 2021 as "Ovarian Cancer Awareness Month"**

Recommendation as submitted by Supervisor Solis: Proclaim the month of September 2021 as "Ovarian Cancer Awareness Month" throughout Los Angeles County and encourage all County residents, County Departments, government agencies, organizations, businesses, health care providers and research institutions, to raise ovarian cancer awareness and continue to work towards a cure for ovarian cancer.  (21-3770)

**Bridget Gordon addressed the Board.**

**On motion of Supervisor Kuehl, seconded by Supervisor Barger, this item was duly carried by the following vote:**

    **Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:* Motion by Supervisor Solis
Public Comment/Correspondence
Audio

**Exhibit 6**
**Page 304**

**18.**     **Proclaiming October 2021 as "Domestic Violence Awareness Month"**

Recommendation as submitted by Supervisor Solis: Proclaim October 2021 as "Domestic Violence Awareness Month" throughout Los Angeles County; encourage all County employees and residents to reach out and support agencies throughout the County that provide services to survivors of domestic violence and their families and reach out and support their friends, neighbors, colleagues and co-workers who are impacted by domestic violence; and encourage all County employees and Departments to work in partnership to support members of our community who, in addition to domestic violence, face intersectional issues and barriers.  (21-3759)

**Ellen Giesy, Michelle King and Jewel Karren addressed the Board. Interested person(s) also submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Barger, this item was duly carried by the following vote:**

                    **Ayes:**     5 -     Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*          Motion by Supervisor Solis
                            Public Comment/Correspondence
                            Audio

**Exhibit 6
Page 305**

19.    **Dragon Boat Festival 2021 Fee Waiver**

Recommendation as submitted by Supervisor Solis: Waive the $12 per vehicle parking fee for 300 vehicles, totaling $3,600, at the Santa Fe Dam Recreation Area, excluding the cost of liability insurance and staff fees, for the 2021 Dragon Boat Festival, co-sponsored by the Department of Parks and Recreation and Team Department of Public Works, to be held October 2, 2021.  (21-3757)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Hahn, this item was referred back to Supervisor Solis' office.**

|  | **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*    Motion by Supervisor Solis
Public Comment/Correspondence

20.    **Ensuring a Transparent and Independent Investigation into Deputy-Involved Fatal Uses of Force**

Recommendation as submitted by Supervisors Mitchell and Solis: Instruct the Chief Medical Examiner-Coroner to take the following actions:

Pursuant to Government Code Section 27491, conduct inquests into the circumstance, manner and causes of the deaths of Mr. Dana Mitchell "Malik" Young, Jr., Mr. Samuel Herrera, Jr. and Mr. Dijon Kizzee, or provide an explanation to the Board why such an action is not warranted; the inquests should employ the Chief Medical Examiner-Coroner's subpoena power to preserve a reliable record of the investigative steps taken by the Sheriff's Department as to the circumstance, manner and cause of death, even if the Sheriff's Department requires those documents to be kept secret, pursuant to Government Code Section 27498(b), which may be invoked "when such inquest pertains to a death caused by a police officer;"

Provide any findings, documents and investigative records from each inquest to the immediate family of the deceased within 30 days of the completion of the respective inquest proceedings, unless otherwise precluded by applicable law; and

In consultation with the Inspector General, the Executive Director of the Civilian Oversight Commission, Chief Executive Officer, County Counsel and other relevant community and County stakeholders, report back to the Board in writing within 90 days with a recommended policy for conducting inquests into deaths resulting from fatal uses of force by Sheriff's

**Exhibit 6
Page 306**

Department personnel, with the policy to be based on consideration for, and the report back to include a discussion of:

> How to ensure and enhance transparency in the investigation of these cases, with the goal of building public confidence and trust, including a discussion on whether and how the inquest hearing officer's findings, as well as any related analysis and evidence, can be publicly disclosed for the purpose of enhancing transparency, and a timeline for the completion of an inquest, with a consideration for using the incident in question as the beginning of such a timeline;

> What criteria, if any, should be used to determine when an inquest should be conducted, including considerations to comply with Penal Code Section 832.7 and for the need to enhance transparency and preserve evidence in cases in which the Office of the Inspector General is not allowed to fully monitor Sheriff's Department investigations into fatal use of force cases, pursuant to Government Code Sections 25303 and 25303.7 and County Code Section 6.44.190;

> How such recommendations should be enforced, including what ordinance, Board policy, Department policy or other form of systemic change is necessary to achieve the stated goals effectively, including a discussion on why a certain form of policy (such as ordinance, Board policy, or others) is being recommended; and

> Instruct the Inspector General to include within this report his feedback on the recommended policy.  (21-3763)

**Cue Jn-Marie, Helen Jones, Andres Kwon, D'Zhane Parker, Ellen Giesy, Tonya Wilcher, Eric Preven, Carlos Montes, Michelle King, Jewel Karren, Jamie Kizzee and Ambrose Brooks addressed the Board.  Interested person(s) also submitted written testimony.**

**Alex Villanueva, Sheriff, addressed the Board.**

**Supervisor Kuehl made a friendly amendment to Supervisors Mitchell and Solis' joint motion to add the following Directive:**

4. **Direct the Chief Executive Officer, in consultation with the Chief Medical Examiner-Coroner, County Counsel, the Inspector General, and other relevant County stakeholders to include information about the average cost of inquests, a budget estimate for how much the inquests requested by this motion will cost, available funding sources to cover these inquests, so that the Medical Examiner-Coroner is not**

**Exhibit 6
Page 307**

**solely responsible for absorbing the necessary costs, and a plan to include funding in the Medical Examiner-Coroner's budget in future years for inquests in the requested report back to the Board.**

**Supervisors Mitchell and Solis accepted Supervisor Kuehl's friendly amendment.**

**After discussion, on motion of Supervisor Mitchell, seconded by Supervisor Solis, this item, as amended, was duly carried by the following vote:**

**Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*  Motion by Supervisors Mitchell and Solis
Motion by Supervisor Kuehl
Report
Public Comment/Correspondence
Audio I
Audio II
Audio III

Exhibit 6
Page 308

21. **Convert the County's Eviction Moratorium to the County's COVID-19 Tenant Protections Resolution, and Update the Resolution to Extend, Clarify and Gradually Phase Out Temporary Emergency Protections that Serve as Affirmative Defenses for Commercial and Residential Tenants**

Recommendation as submitted by Supervisors Kuehl and Solis: Approve and direct the Chair to sign a resolution, which is being further amended and restated to do the following: (Relates to Agenda No. 25)

Change the name of the Resolution to the County COVID-19 Tenant Protections;

Extend the County COVID-19 Tenant Protections Resolution through January 31, 2022;

Clarify provisions in the Resolution where not preempted by State law;

Expand the owner move-in exception to allow property owners and/or their qualifying family members to move into up to two Units, as defined above, in total as their principal residence(s), if the single family home, condominium unit, mobilehome space, duplex and/or triplex was purchased by the property owner on or before June 30, 2021, and if the following conditions are met:

The residential tenant has been and is able to pay rent and has not suffered financial impacts related to COVID-19;

The property owner may only terminate a tenancy if the property owner and/or property owner's family member who will reside in the Unit(s) are similarly situated to the residential tenant(s) or residential tenant's household members who are being displaced as follows:

A tenant or tenant's household member who is 62 years of age or older may only be displaced by the property owner or property owner's family member if the property owner or property owner's family member is also 62 years of age or older;

A tenant or tenant's household member who is disabled may only be displaced by the property owner or property owner's family member if the property owner or property owner's family member is also disabled;

**Exhibit 6
Page 309**

A tenant or tenant's household member who is terminally ill may only be displaced by the property owner or property owner's family member if the property owner or property owner's family member is also terminally ill; and

A tenant whose household is low-income may only be displaced by the property owner or property owner's family member if the property owner's or property owner's family member's household is also low-income;

The property owner provides the tenant with at least 60 days' written notice that the property owner and/or property owner's family member will be occupying the Unit as their principal residence(s), thus requiring the tenant(s) to move out within 60 days, and the property owner provides a copy of this notice to the Department of Consumer and Business Affairs (DCBA) with proof of timely service on the tenant(s), with the property owner to provide an extension to this time period if anyone in the tenant's household residing in the Unit(s) and/or the property owner or property owner's family member who will be moving into the Unit has been diagnosed with a suspected or confirmed case of COVID-19 within 14 days of the final date of the tenancy until all affected parties have been deemed to no longer be infectious;

The property owner pays the tenant(s) relocation benefits in accordance with the applicable local jurisdiction's requirements for such owner move-ins or, if none, in accordance with Chapter 8.52 of the County Code;

The property owner demonstrates good faith by moving into, and/or having property owner's family member who will principally reside in the Unit(s), move into the Unit(s) within 60 days of the tenant vacating the Unit(s) and live there for a minimum of 36 consecutive months; and

Not less than 60 days prior to the final date of the tenancy, the property owner must disclose to DCBA, on a form approved by DCBA, the name(s) of the eligible individuals who will occupy the Unit(s), consistent with Chapter 8.52 of the County Code, as may be amended from time to time; DCBA may contact the property owner and/or the property owner's family member at any time during the property owner's and/or property owner's family member's 36-month occupancy to confirm that the property owner and/or property owner's family member resides in the recovered Unit(s) and to obtain

**Exhibit 6
Page 310**

written verification of residency.  (21-3771)

**This item was taken up with Item No. 25.**

**Hassan Zuniga, Ruby Rivera, Jonathan Yang, Ellen Giesy, Zeke Sandoval, Giancarlo Rubio, Dana Demars, Danielle Leidner-Peretz, Anthony Peters, Estela Pacheco, Michelle King, Emma Aranza, Alexander Harnden, Stephen Nadee, Christ Mastroluca, and other interested persons addressed the Board.  Interested person(s) also submitted written testimony.**

**Fesia Davenport, Chief Executive Officer, Thomas Faughnan, Assistant County Counsel, Rafael Carbajal, Director of Consumer and Business Affairs, and Emilio Salas, Executive Director of the Los Angeles County Development Authority, responded to questions posed by the Board.**

**After discussion, on motion of Supervisor Kuehl, seconded by Supervisor Solis, this item was duly carried by the following vote:**

|  | | |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn and Supervisor Solis |
| **Abstentions:** | 1 - | Supervisor Barger |

*Attachments:*     Motion by Supervisors Kuehl and Solis
Public Comment/Correspondence
Audio I
Audio II
Audio III

**Exhibit 6
Page 311**

**22.  Safe, Clean Water Education Programs and County Water Plan Delegated Authority Agreement**

Revised recommendation as submitted by Supervisors Kuehl and Hahn: Acting as the Governing Board of the County Flood Control District, authorize the Director of Public Works and the Chief Executive Officer to take all actions necessary to secure the services of an expert firm and create an agreement with that firm for a duration of two years to help develop the County Water Plan with a contract amount not to exceed $500,000, using the County's Flood Control District funds; and take all actions necessary to secure the services of an expert firm and create an agreement with that firm for a duration of two years to develop and take steps to implement, the public education, local workforce job training and school's education programs within the Safe, Clean Water Program with a contract amount not to exceed $2,000,000, using Safe, Clean Water Program's District Program Funds, with the funds to be used to work with communities and potential administrators to develop and begin to implement the programs, in conjunction with nonprofits, community-based organizations, small cities and other qualified recipients.  (21-3766)

**On motion of Supervisor Kuehl, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Kuehl
Revised motion by Supervisors Kuehl and Hahn
Public Comment/Correspondence

**Exhibit 6
Page 312**

**23.**    **Conflict of Interest Codes**

Executive Officer of the Board's recommendation: Approve the Conflict of Interest Codes for Acton Agua Dulce Unified School District, Agricultural Commissioner/Weights & Measures, Antelope Valley Healthcare District, Assessor, Bassett Unified School District, Beach Cities Health District, Garvey School District, Green Dot Public Schools California, Human Resources Department, LA Care Health Plan, LA Care Health Plan Joint Powers Authority, Lawndale Elementary School District, Mental Health Department, Metropolitan Transportation Authority, Redondo Beach Unified School District, Treasurer and Tax Collector, Walnut Valley Water District and Whittier City School District and recognize the dissolution of California Collegiate Charter School effective June 30, 2021, and the abolishment of its code, to be effective the day following Board approval.  (21-3615)

**On motion of Supervisor Kuehl, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**Exhibit 6**
**Page 313**

**ADMINISTRATIVE MATTERS     24 - 35**

**Chief Executive Office**

24.    **Report on the Los Angeles Homeless Services Authority's Rehousing Services System**

Report by the Chief Executive Officer and the Executive Director of the Los Angeles Homeless Services Authority (LAHSA) on the work being done by LAHSA, including data on outcomes from its rehousing services system, outreach and prevention efforts, as well as progress reports on LAHSA's Ad Hoc Committee on Governance, its work with independent experts on best practices around structure, the Vacancy to Move-In "Work Plan," including permanent supportive housing central command and its overall strategic planning efforts, as requested at the Board meeting of February 11, 2020. (Continued from the meetings of 11-24-20, 1-26-21, 3-23-21, 5-18-21 and 7-27-21)  (20-1494)

**Dr. Genevieve Clavreul addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Hahn, this item was continued one week to October 5, 2021.**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Public Comment/Correspondence
Audio

**Exhibit 6**
**Page 314**

<u>**County Operations**</u>

**25.**     **Re-evaluation of the Temporary Eviction Moratorium**

Monthly re-evaluation regarding extension of the temporary eviction moratorium, which provides timely and necessary relief to tenants who are struggling due to the economic repercussions of the COVID-19 emergency, as requested by Supervisors Barger and Hahn at the Board meeting of May 12, 2020. (Relates to Agenda No. 21)  (20-3225)

**This item was taken up with Item No. 21.**

**Hassan Zuniga, Ruby Rivera, Jonathan Yang, Ellen Giesy, Zeke Sandoval, Giancarlo Rubio, Dana Demars, Danielle Leidner-Peretz, Anthony Peters, Estela Pacheco, Michelle King, Emma Aranza, Alexander Harnden, Stephen Nadee, Christ Mastroluca, and other interested persons addressed the Board.  Interested person(s) also submitted written testimony.**

**Fesia Davenport, Chief Executive Officer, Thomas Faughnan, Assistant County Counsel, Rafael Carbajal, Director of Consumer and Business Affairs, and Emilio Salas, Executive Director of the Los Angeles County Development Authority, responded to questions posed by the Board.**

**Supervisors Barger and Hahn made a joint motion to direct the Chief Executive Officer, in coordination with the Directors of Consumer and Business Affairs and Public Health, the Executive Director of the Los Angeles County Development Authority, County Counsel and other relevant Departments to:**

**Report back to the Board within 30 days with recommendations for data sets, metrics and other pertinent criteria that should be used to evaluate further extensions of the County's eviction moratorium including, but not limited to, emergency rent relief funding distributed, requests for funding submitted to the State's Rent Relief Program, inquiries to the Department of Consumer and Business Affairs emergency help center, unemployment data, as well as other indicators of general economic health;**

**Report back to the Board within 90 days with a phase-out plan of the County's eviction moratorium, based on the comprehensive analysis of the recommendations in directive one; and**

**Exhibit 6
Page 315**

**Identify proposed costs and potential funding sources for hiring consultant/contractor, as needed, in order to produce the 90-day report back to the Board.**

**After discussion, by Common Consent, there being no objection, the report was received and filed.**

**Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

**Further, on motion of Supervisor Barger, seconded by Supervisor Hahn, Supervisors Barger and Hahn's joint motion was duly carried by the following vote:**

**Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Barger and Hahn
Report
Public Comment/Correspondence
Audio I
Audio II
Audio III

**Exhibit 6**
**Page 316**

**26.**   **Report on Understanding Subgroups within the Sheriff's Department**

Report by RAND regarding *Understanding Subgroups within the Los Angeles County Sheriff's Department*, as requested at the March 12, 2019 Board meeting. **(County Counsel)** (Continued from the meeting of 9-15-21)  (21-3518)

**Cue Jn-Marie, Helen Jones, Andres Kwon, Ellen Giesy, Franky Carrillo, Tonya Wilcher, Eric Preven, Carlos Montes, Michelle King, Jamie Kizzee and Ambrose Brooks addressed the Board.  Interested person(s) also submitted written testimony.**

**Rodrigo Castro-Silva, County Counsel, addressed the Board and responded to questions. Sam Peterson, RAND Justice Policy Program, made a presentation and also responded to questions posed by the Board.**

**Supervisor Solis made a motion to instruct the the Sheriff Civilian Oversight Commission to review the RAND Study and any other prior reports and/or recommendations related to deputy gangs that it deems relevant and report back to the Board within 90 days, in consultation with the Inspector General, County Counsel, the District Attorney, Public Defender, Alternate Public Defender, and the Sheriff, and after soliciting public input, with a tangible implementation plan for the Board to address the issue of deputy gangs and associated problems, with the report back to consider, among other things, the Board's existing motions and policies that the Board may issue under relevant State and local laws and ordinances.**

**After discussion, by Common Consent, there being no objection, the report was received and filed.**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

**Further, on motion of Supervisor Solis, seconded by Supervisor Mitchell, Supervisor Solis' motion was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*      Board Letter
Motion by Supervisors Solis and Mitchell
Presentation
Report
Public Comment/Correspondence
Audio I
Audio II
Audio III

**Exhibit 6**
**Page 317**

**Children and Families' Well-Being**

27.    **Expansion of the Los Angeles County Local Workforce Development Area**

Recommendation: Support and approve submission of the Los Angeles County Workforce Development Board's Local Area Modification application, which adds the City of Monrovia to the County's local workforce development area to the State; and instruct the Chair to sign the application. **(Workforce Development, Aging and Community Services)**  (21-3678)

**On motion of Supervisor Kuehl, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**Exhibit 6
Page 318**

**Community Services**

28. **Camp Scott Light Standards and Guardrails Project Construction Contract**

Recommendation: Establish and approve the Camp Scott Light Standards and Guardrails Project, Capital Project No. 87579 (Project), located at 28700 Bouquet Canyon Road in the unincorporated area of the County (5), with a total Project budget of $722,000, and adopt the plans and specifications; approve an appropriation adjustment to transfer $637,000 from the Extraordinary Maintenance, Services and Supplies budget to the Project, to fully fund the proposed Project; advertise the Project for bids to be received and opened by 10:30 a.m. on August 17, 2021; find that the proposed Project is exempt from the California Environmental Quality Act; and authorize the Director of Public Works to take the following actions: **(Department of Public Works)** (Continued from the meetings of 7-13-21 and 7-27-21)

> Execute a consultant services agreement with the apparent lowest responsive and responsible bidder to prepare a baseline construction schedule for an amount not to exceed $5,000, funded by the Project funds; and

> Determine that a bid is nonresponsive and reject a bid on that basis, waive inconsequential and nonmaterial deficiencies in bids submitted, and determine, award and execute the construction contract to the apparent lowest responsive and responsible bidder if the low bid can be awarded within the approved total budget, establish the effective date of the contract upon receipt of acceptable performance and payment bonds and evidence of required contractor insurance, and take all other actions necessary and appropriate to deliver the Project. (21-2734)

**Olivia Shields and Milinda Kakani addressed the Board. Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Hahn, this item was referred back to the Department.**

      **Ayes:**  5 -  Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
        Audio

**Exhibit 6**
**Page 319**

**29.**   **Proprietary Industrial Gas Pipeline Franchise Granted to Praxair, Inc. Ordinance Amendment**

Recommendation: Approve an ordinance for introduction amending the proprietary industrial gas pipeline franchise granted to Praxair, Inc. (2 and 4), to extend the term of the franchise for 15 years through November 9, 2036, and make minor revisions to clarify certain terms and conditions of the franchise; and find that the proposed project is exempt from the California Environmental Quality Act. **(Department of Public Works)** (Relates to Agenda No. 36)  (21-3652)

**On motion of Supervisor Kuehl, seconded by Supervisor Barger, this item was duly carried by the following vote:**

| | | |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Abstentions:** | 1 - | Supervisor Mitchell |

*Attachments:*   Board Letter
Public Comment/Correspondence

**Exhibit 6**
**Page 320**

**Ordinances for Adoption**

30. **County Code, Title 5 - Personnel Amendment**

Ordinance for adoption amending County Code, Title 5 - Personnel relating to the County of Los Angeles Deferred Compensation and Thrift ("Horizons") Plan, the Pension Savings Plan, and the County of Los Angeles Savings ("Savings") Plan by amending subsections 5.19.020 I, 5.25.020 L, 5.25.020 S, 5.26.020.13, and 5.26.020.19 to clarify that, except in the limited case of certain "Settlement Awards," retroactive adjustments to salary and pay items are taken into account only when paid for the purposes of calculating "Eligible Earnings" and "Compensation" upon which contributions are based;  and amending subsections 5.25.050 E and 5.26.110 G to treat certain employees in specified classifications as though they received a retroactive adjustment to salary after the restart of matching contributions in order to align their treatment with other employees in the same classification.   (21-3481)

**On motion of Supervisor Kuehl, seconded by Supervisor Barger, the Board adopted Ordinance No. 2021-0051 entitled, "An ordinance amending Title 5 – Personnel of the Los Angeles County Code, relating to the County of Los Angeles Deferred Compensation and Thrift Plan, the Pension Savings Plan, and the County of Los Angeles Savings Plan."  This ordinance shall take effect September 28, 2021.**

**The item was duly carried by the following vote:**

**Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:* Ordinance
Certified Ordinance
Public Comment/Correspondence

Exhibit 6
Page 321

**31.    County Code, Title 6 - Salaries Amendment**

Ordinance for adoption amending County Code, Title 6 - Salaries by adding and establishing salaries for three employee classifications; and adding, deleting and/or changing certain employee classifications and number of ordinance positions in the Departments of Agricultural Commissioner/Weights and Measures, Beaches and Harbors, Board of Supervisors, Chief Executive Office, County Counsel, Fire, Health Services, Human Resources, Medical Examiner-Coroner, Mental Health, Parks and Recreation, Probation, Public Health, Public Social Services, Public Works, Registrar-Recorder/County Clerk and Sheriff.   (21-3479)

**On motion of Supervisor Kuehl, seconded by Supervisor Barger, the Board adopted Ordinance No. 2021-0052 entitled, "An ordinance amending Title 6 – Salaries of the Los Angeles County Code to add and establish the salaries for three employee classifications; and as a result of the budget process for FY 2021-22, add, delete, and/or change certain employee classifications and number of ordinance positions in various Departments."  This ordinance shall take effect September 28, 2021.**

**The item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Ordinance
Certified Ordinance
Public Comment/Correspondence

**Exhibit 6
Page 322**

**Miscellaneous**

32. **Charter Oak Unified School District Levying of Taxes**

Request from the Charter Oak Unified School District: Adopt a resolution authorizing the County to levy taxes in an amount sufficient to pay the principal of and interest on the District's 2021 General Obligation Bonds, in an aggregate principal amount not to exceed $56,500,000; and direct the Auditor-Controller to maintain on the 2022-23 tax roll, and all subsequent tax rolls, taxes sufficient to fulfill the requirements of the debt service schedule for the Bonds that will be provided to the Auditor-Controller by the District following the sale of the Bonds. (21-3656)

**On motion of Supervisor Kuehl, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**  5 -  Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**Exhibit 6**
**Page 323**

**Miscellaneous Additions**

**33.** **Additions to the agenda which were posted more than 72 hours in advance of the meeting, as indicated on the supplemental agenda.** (12-9995)

**33-A.** **Support for Senate Bill (SB) 510 - Health Care Coverage: COVID-19 Cost Sharing**

Recommendation as submitted by Supervisor Hahn: Direct the Chief Executive Officer to send a five-signature letter to Governor Gavin Newsom urging him to approve and sign SB 510 (Pan) - Health Care Coverage: COVID-19 Cost Sharing, legislation which would require health plans and insurance companies to cover the costs for COVID-19 diagnostic and screening testing and health care services related to the testing for COVID-19, or a future disease when declared a public health emergency by the Governor of California. (21-3841)

**On motion of Supervisor Kuehl, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:* Motion by Supervisor Hahn
Five-Signature Letter
Public Comment/Correspondence

Exhibit 6
Page 324

**33-B.**   **Bringing the Puente Hills Regional Park to Fruition**

Recommendation as submitted by Supervisors Solis and Hahn: Find that the recommended actions regarding the settlement agreement (Settlement) between the County and County Sanitation Districts, the Joint Powers Agreement (JPA), and establishment of a capital project fund are either not a project under the California Environmental Quality Act (CEQA) or are within the scope of the Master Plan project impacts analyzed in an Environmental Impact Report previously certified by the Board; approve and instruct the Chair to sign the Settlement; authorize the Director of Parks and Recreation to negotiate and execute a JPA with the Sanitation Districts; and take the following actions:

> Establish the Puente Hills County Regional Park Development, Capital Project No. 69984 (Project), with an initial Project budget of $600,000;

> Approve an appropriation adjustment to reflect a transfer of $600,000 from the Project and Facility Development Budget to the Project;

> Authorize the Chief Executive Officer to deposit the funds received from the settlement agreement into an interest-bearing account;

> Authorize the Director of Public Works to proceed with initial preconstruction activities, which do not constitute a project under CEQA; and

> Authorize the Chief Executive Officer and the Director of Parks and Recreation to take any other actions consistent with and/or necessary for implementation of the foregoing actions.  (21-3846)

**On motion of Supervisor Solis, seconded by Supervisor Hahn, this item was continued one week to October 5, 2021.**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisors Solis and Hahn
Public Comment/Correspondence

**Exhibit 6
Page 325**

**33-C.** **Approving a Construction Change Order for the El Monte Comprehensive Health Center Primary Care Clinic and Urgent Care Center Renovation Projects**

Recommendation as submitted by Supervisor Solis: Authorize the Director of Public Works to finalize and execute a change order with MIK Construction, Inc., in an amount not to exceed $173,000 for the El Monte Comprehensive Health Center Primary Care Clinic Renovation, Capital Project (CP) No. 87472 and the Urgent Care Center Renovation Project, CP No. 87473 (Projects), with sufficient appropriation in the CPs' Fiscal Year 2021-22 Final Budget to fund the proposed change order; and find that the previously approved Projects and the scope in the proposed change order for both Projects are within the scope of the Board's previous findings of exemption under the California Environmental Quality Act. (21-3842)

**On motion of Supervisor Kuehl, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Solis
Public Comment/Correspondence

**Exhibit 6**
**Page 326**

## IV.   ORDINANCE FOR INTRODUCTION     36

**36.** **Proprietary Industrial Gas Pipeline Franchise Granted to Praxair, Inc. Ordinance Amendment**

Ordinance for introduction amending the proprietary industrial gas pipeline franchise granted by Ordinance No. 2011-0056F to Praxair, Inc., a Delaware Corporation, to extend the term of the franchise for 15 years through November 9, 2036; impose testing and reporting requirements pertaining to static, abandoned, idle, inactive and out-of-service pipelines in compliance with applicable Federal, State and local pipeline laws; and make other minor revisions to clarify certain terms and conditions of the franchise. (Relates to Agenda No. 29)  (21-3654)

**On motion of Supervisor Kuehl, seconded by Supervisor Barger, the Board introduced, waived reading and ordered placed on the agenda for adoption an ordinance entitled, "An ordinance amending Ordinance No. 2011-0056F, a proprietary industrial gas pipeline franchise granted to Praxair, Inc., a Delaware Corporation, to extend the term of the franchise for fifteen years, through November 9, 2036; impose testing and reporting requirements pertaining to static, abandoned, idle, inactive, and out-of-service pipelines in compliance with applicable Federal, State, and local pipeline laws; and make other minor revisions to clarify certain terms and conditions of the franchise."**

**This item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Abstentions:** | 1 - | Supervisor Mitchell |

*Attachments:*     Ordinance
Public Comment/Correspondence

**Exhibit 6**
**Page 327**

## V.  CLOSED SESSION MATTERS FOR SEPTEMBER 28, 2021

**CS-1.** CONFERENCE WITH LEGAL COUNSEL - ANTICIPATED LITIGATION
(Paragraph (2) of subdivision (d) of Government Code Section 54956.9)

Significant exposure to litigation (three cases).

**No reportable action was taken.**  (20-2580)

*Attachments:*    Public Comment/Correspondence

**CS-2.** DEPARTMENT HEAD PERFORMANCE EVALUATIONS
(Government Code Section 54957)

Department Head performance evaluations.

**No reportable action was taken.**   (11-1977)

*Attachments:*    Public Comment/Correspondence

**CS-3.** CONFERENCE WITH LABOR NEGOTIATORS
(Government Code Section 54957.6)

Agency designated representatives: Fesia Davenport, Chief Executive Officer and designated staff

Employee Organization(s) for represented employees: The Coalition of County Unions, AFL-CIO; Local 721, SEIU, Union of American Physicians and Dentists; Peace Officers Counsel of California; Association of Public Defender Investigators; Association of Deputy District Attorneys; Los Angeles County Association of Environmental Health Specialists, and

Unrepresented employees (all).

**No reportable action was taken.**  (17-0363)

*Attachments:*    Public Comment/Correspondence

**Report of Closed Session**  (CSR-21)

*Attachments:*    Audio Report of Closed Session 9/28/2021

**Exhibit 6**
**Page 328**

## VI.   GENERAL PUBLIC COMMENT   37

37.   Opportunity for members of the public to address the Board on items of interest that are within the subject matter jurisdiction of the Board.

**Bridget Gordon, Roy Humphreys, Helen Jones, Giancarlo Rubio, Andres Kwon, Katja Nelson, Jonathan Yang, Dana Demars, D'Zhane Parker, Danielle Leidner-Peretz, Anthony Peters, Ellen Giesy, Sylvia Castillo, Franky Carrillo, Tonya Wilcher, Eric Preven, Carlos Montes, Zeke Sandoval, Olivia Shields, Michelle King, Jewel Karren, Matthew Buck, Milinda Kakani, MS Strobel, Loresia Vallette, Alexander Harnden, Sabrina Demayo-Lockhart and Ambrose Brooks addressed the Board.  Interested person(s) also submitted written testimony.**

**In addition, Bridget Gordon addressed the Board on items A-3 and A-10.  Dr. Genevieve Clavreul addressed the Board on the matters of CS-1, Conference with Legal Counsel - Anticipated Litigation, pursuant to Paragraph (2) of subdivision (d) of Government Code Section 54956.9 and CS-2, Department Head Performance Evaluations, pursuant to Government Code Section 54957, prior to the Board adjourning to Closed Session.**
(21-3878)

*Attachments:*      Public Comment/Correspondence
                    Audio

**Exhibit 6
Page 329**

## VII.   ADJOURNMENT     38

38.   On motions, duly seconded and unanimously carried, the meeting was adjourned in memory of the following persons:

**Supervisor Solis**
Henry Fraijo Herrera

**Supervisor Mitchell**
Craig Batiste
Joan Barbara Walker

**Supervisor Kuehl**
Virginia Kazor
Patricia Kuhlkin
Rita Lowenthal
William Garson Paszamant

**Supervisor Hahn**
Tim Desmond
Gerry McDaniel
Irvin "Mike" Nissen
James Yamamoto

**Supervisor Barger**
Arthur Charles Devine
Cameron Blaine Fish
George Robert Keene
Bobby La Mar Stuckey

**Indigent Veterans**
John Henry Baker
Randolph Alan Batchelor
Benny Bird
David Ray Booth
Richard Edward Bridges
Stanton Kenner Collins
David Wayne Gossett
Frederick John Lindenfeld
John Loudon Norris
Angel Ronquillo, Jr.
Percy Chester Vernon
Filimon Ybarra  (21-3910)

**Exhibit 6**
**Page 330**

**VIII.  ITEMS CONTINUED FROM PREVIOUS MEETINGS FOR FURTHER DISCUSSION AND ACTION BY THE BOARD**

**A-1.**  Continue local emergencies as a result of the following: (a) Discovery of an infestation of fruit flies, as proclaimed on May 10, 1990; (b) Conditions of disaster arose as a result of the discovery of a leak at the natural gas storage wells at the Aliso Canyon storage field affecting the City and County of Los Angeles, as proclaimed on December 10, 2015 and ratified by the Board on December 15, 2015; (c) Conditions of disaster and extreme peril to the safety of persons and property arose as a result of the Creek Fire that started December 5, 2017 and affected the Kagel Canyon and the City of Los Angeles, as proclaimed and ratified by the Board on December 5, 2017; (d) Conditions of disaster and extreme peril to the safety of persons and property arose as a result of the Woolsey Fire that began in Ventura County that started on or about November 8, 2018 and quickly spread into the County of Los Angeles, as proclaimed and ratified by the Board on November 13, 2018; (e) An imminent threat to public health in Los Angeles County in the form of contaminated fire debris from household hazardous waste created as a result from the Woolsey Fire that started on November 8, 2018, as proclaimed by the Public Health Officer on November 12, 2018 and ratified by the Board on November 13, 2018; (f) Conditions of extreme peril to the safety of persons and property arose as a result of a winter storm beginning January 10 through 18, 2019 affecting the unincorporated communities around Little Tujunga and surrounding areas of Los Angeles County, as proclaimed on January 29, 2019 and ratified by the Board on February 5, 2019; (g) Conditions of disaster or extreme peril to the safety of persons and property arose as a result of a winter storm beginning January 31, 2019 through February 5, 2019 affecting the unincorporated communities throughout the County as well as the Cities of Malibu, Burbank and Los Angeles, as proclaimed on February 14, 2019 and ratified by the Board on February 19, 2019; (h) Conditions of disaster or of extreme peril to the safety of persons and property arose as a result of the introduction of the novel coronavirus (COVID-19), a novel communicable disease, which was first detected in Wuhan City, Hubei Province, China in December 2019, as proclaimed and ratified by the Board on March 4, 2020; (i) An imminent threat and proximate threat to public health from the introduction of COVID-19 in Los Angeles County, as proclaimed by the Public Health Officer on March 4, 2020 and ratified by the Board on March 4, 2020; (j) Conditions of disaster or of extreme peril to the safety of persons and property arose as a result of civil unrest in the County following the May 25, 2020 death of George Floyd by members of the Minneapolis Police Department, as proclaimed on May 30, 2020 and ratified by the Board on June 2, 2020; (k) Conditions of extreme peril to the safety of persons and property arose as a result of the Lake Fire that started in the unincorporated area of Lake Hughes on August 12, 2020, as proclaimed on August 13, 2020 and ratified by the Board on August 18, 2020; (l) Conditions of extreme peril to the safety of persons and property arose as a result of the Bobcat Fire that ignited in the Angeles National Forest on September 6, 2020 and rapidly spread to surrounding areas, as proclaimed on September 13, 2020 and ratified by the Board on September 15, 2020; and (m) An imminent threat to public health from the Lake Fire and the Bobcat Fire that started on August 12, 2020 and September 6, 2020, respectively, in Los Angeles County, as proclaimed by the Public Health Officer on November 5, 2020 and ratified by the Board on November 10, 2020.  (A-1)

**This item was reviewed and continued.**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

**Exhibit 6
Page 331**

**Closing    39**

39.    Open Session adjourned to Closed Session at 3:43 p.m. following adjournments to:

**CS-1**.
Confer with legal counsel on anticipated litigation, pursuant to Paragraph (2) of subdivision (d) of Government Code Section 54956.9:

Significant exposure to litigation (three cases).

**CS-2**.
Consider Department Head performance evaluations, pursuant to Government Code Section 54957.

**CS-3**.
Confer with Labor Negotiators, pursuant to Government Code Section 54957.6:

Agency designated representatives: Fesia Davenport, Chief Executive Officer and designated staff

Employee Organization(s) for represented employees: The Coalition of County Unions, AFL-CIO; Local 721, SEIU, Union of American Physicians and Dentists; Peace Officers Counsel of California; Association of Public Defender Investigators; Association of Deputy District Attorneys; Los Angeles County Association of Environmental Health Specialists; and

Unrepresented employees (all).

Closed Session convened at 3:44 p.m.  Present were Supervisors Holly J. Mitchell, Sheila Kuehl, Janice Hahn, Kathryn Barger and Hilda L. Solis, Chair presiding.

Closed Session adjourned at 4:42 p.m.  Present were Supervisors Holly J. Mitchell, Sheila Kuehl, Janice Hahn, Kathryn Barger and Hilda L. Solis, Chair presiding.

Open Session reconvened at 4:43 p.m. for the purpose of reporting actions taken in Closed Session.  Present were Supervisors Holly J. Mitchell, Sheila Kuehl, Janice Hahn, Kathryn Barger and Hilda L. Solis, Chair presiding.

The Board of Supervisors of the County of Los Angeles, and ex officio the governing body of all other special assessment and taxing districts, agencies and authorities for which said Board so acts, adjourned its meeting at 4:44 p.m.

**Exhibit 6**
**Page 332**

The next Regular Meeting of the Board will be Tuesday, October 5, 2021 at 9:30 a.m.  (21-3909)

The foregoing is a fair statement of the proceedings of the regular meeting held September 28, 2021, by the Board of Supervisors of the County of Los Angeles and ex officio the governing body of all other special assessment and taxing districts, agencies and authorities for which said Board so acts.

Celia Zavala, Executive Officer
Executive Officer-Clerk
of the Board of Supervisors

By _____

Adela Guzman
Head Board Specialist, Agenda
Preparation Section

Exhibit 6
Page 333