# EXHIBIT 10

Exhibit 10
Page 550



**SACHI A. HAMAI**
Chief Executive Officer

# County of Los Angeles
# CHIEF EXECUTIVE OFFICE

Kenneth Hahn Hall of Administration
500 West Temple Street, Room 713, Los Angeles, California 90012
(213) 974-1101
http://ceo.lacounty.gov

Board of Supervisors
HILDA L. SOLIS
First District

MARK RIDLEY-THOMAS
Second District

SHEILA KUEHL
Third District

DON KNABE
Fourth District

MICHAEL D. ANTONOVICH
Fifth District

May 9, 2016

To:        Supervisor Hilda L. Solis, Chair
           Supervisor Mark Ridley-Thomas
           Supervisor Sheila Kuehl
           Supervisor Don Knabe
           Supervisor Michael D. Antonovich

From:      Sachi A. Hamai
           Chief Executive Officer

## HOMELESS INITIATIVE QUARTERLY REPORT

On February 9, 2016, the Board approved the Los Angeles County Homeless Initiative (HI) recommendations, including 47 strategies to combat homelessness and $99.7 million in one-time funding, and instructed the Chief Executive Officer (CEO) to report back to the Board on a quarterly basis regarding the implementation status and outcomes of each strategy. This is the first HI quarterly report to the Board of Supervisors which addresses the implementation status of the 47 approved strategies, and several of the additional recommendations approved by the Board on February 9, 2016.

Additionally, a list of directives was issued to the CEO based on the Board's approval of a motion by Supervisor Ridley-Thomas (Item 47-A, February 9, 2016 Board agenda). The CEO has already responded to most of the directives in this motion; the outstanding directives are addressed below.

### Status Update on HI Strategies

The 12 Phase I strategies are all on target for full or partial implementation by June 30, 2016. The projected implementation timeframe for the non-Phase I strategies ranges from June 2016 – June 2017. The attached chart provides information on the status of all 47 strategies (Attachment 1).

*"To Enrich Lives Through Effective And Caring Service"*

**Please Conserve Paper – This Document and Copies are _Two-Sided_
Intra-County Correspondence Sent Electronically Only**

**Exhibit 10
Page 551**

Each Supervisor
May 9, 2016
Page 2

**Update on City Participation**

On February 9, 2016, the Board instructed the CEO to convene a Regional Summit to Combat Homelessness, including all 88 cities in the County, to discuss the County's strategies and specific city opportunities to combat homelessness. Homelessness is not confined by jurisdictional boundaries; thus, establishing a strong, on-going partnership with cities in the region is critical to successfully combating homelessness.

The Mayors' Regional Summit was hosted by the City of South Gate on March 31, 2016. Nearly 200 people attended representing 56 cities and the unincorporated area which together account for 95% of the countywide homeless population. The city participants included 16 Mayors; 7 Mayors pro tem; 8 Councilmembers; 12 City Managers; and 5 Assistant City Managers. Other participants included a wide array of city and County staff, Councils of Government, U.S. Department of Housing and Urban Development, Los Angeles Homeless Services Authority and the United Way of Greater Los Angeles. The cities that participated in the Summit are identified in Attachment 2.

The Summit focused on briefing and engaging the cities on specific strategies where they can partner with the County to combat homelessness; discussing challenges and opportunities that the cities face; and concrete next steps. The Homeless Initiative is currently collaborating with the cities that have expressed interest in implementing specific strategies. Proactive outreach efforts are continuing in order to maximize cities' participation.

**Update on the Office on Homelessness**

On February 9, 2016, the Board instructed the CEO to include the establishment of an Office on Homelessness in the FY 2016-17 Recommended Budget. The Recommended Budget includes an Office of Homeless within the CEO with the charge of continuing to oversee and support the implementation of the HI strategies, participating with strategy leads in the administration of the programs and program budgets established via the strategies, supporting County departments in their efforts to combat homelessness, and addressing directives issued by the CEO and Board offices to combat homelessness.

**Prioritizing Housing and Services for the Highest Users of the County System**

On February 9, 2016, the Board directed the CEO to prioritize housing and related services for homeless single adults for whom the County incurs the highest costs, and identify potential resulting savings to be redeployed to combat homelessness. The Enterprise Linkages Project (ELP) system can be used to generate a periodic list of

**Exhibit 10**
**Page 552**

Each Supervisor
May 9, 2016
Page 3

homeless single adults for whom the County incurs the highest costs, through the same methodology that was used in the CEO's January 2016 report: The Services Homeless Single Adults Use and their Associated Costs. As a first step toward implementing the Board's direction, the CEO has been working with County Counsel with the goal of enabling such a list to be shared with the County departments and agencies responsible for delivering housing and related services to homeless single adults.

**Ongoing Revenue to Combat Homelessness**

On February 9 and 23, 2016, the Board of Supervisors instructed the CEO to explore options to increase revenue dedicated to address Los Angeles County's homeless crisis. The Board also directed the CEO to conduct polling and research activities to inform the Board as to the optimum timing of when the various revenue options, if authorized, should be submitted for voter approval; and to further clarify the full impacts of the revenue options that are being considered for the November 2016 ballot and take into consideration local and state initiatives and any additional local measures.

On March 9, 2016, the CEO provided an interim report to the Board of Supervisors on the various revenue options, supplemented by a memo on March 30, 2016, which provide revenue estimates for four of the identified options. On April 22, 2016, the CEO submitted polling results for the following potential revenue options: Parcel Tax; Marijuana Tax; Transaction and Use Tax; and local supplement to Mental Health Services Act Tax. This polling also took into consideration a statewide revenue initiative that may appear on the November 2016 ballot, as well as the potential local 2016 Transportation Measure known as R2 and the potential Park Measure.

**Community Participation in Implementation Planning for the HI Strategies**

Following the Board's approval of the HI on February 9, the HI Team invited community members to participate in the implementation planning process. Invitations were sent to those who participated in prior Homeless Initiative planning activities, such as the policy summits and countywide community meetings, as well as those who submitted inquiries and suggestions via email and letters.

The Homeless Initiative website is the main vehicle for diverse public and private partners to sign up to volunteer to participate during this phase. As of April 28, 2016, 145 community members have volunteered to participate in the implementation planning process. All 47 strategies have garnered community volunteers with a total of 430 sign-ups (an average of 3 strategies per volunteer). The nature of stakeholder involvement will vary by strategy, and may range from participation in ongoing workgroup meetings to reviewing and providing input on draft policy and procedures documents.

**Exhibit 10
Page 553**

Each Supervisor
May 9, 2016
Page 4

**Protocol to Engage People with Lived Experience in HI Implementation Planning**

As a means of engaging current and formerly homeless persons in the initial HI planning process, the CEO's HI Team and LAHSA conducted two focus group sessions with the purpose of identifying policy and program barriers to stable housing; identifying support services and resources that may not currently be available; and generating ideas and recommendations based on the experiences of current and formally homeless persons. A report on these focus group sessions was provided to the Board as part of the CEO's February 9, 2016 HI Board letter.

To enable current and formerly homeless persons to provide ongoing input regarding the implementation of the HI strategies, the attached Los Angeles Continuum of Care Homeless Advisory Group (HAG) Protocol was developed (Attachment 3). The Protocol provides a process which County departments/agencies may use to request a review of documents that are focused on combatting homelessness.

**Response to Item 47-A from the February 9, 2016 Board Meeting**

Responses to directives 2, 3, 5, 7 and 8 were previously submitted to the Board based on the due dates specified in the motion. Below is an update on the three directives for which a response has not been previously submitted:

- Directive 1 instructed the CEO to develop a plan to allocate and expend all funding based on geographic need per Services Planning Area (SPA) if reasonable, as determined by the latest Homeless Count results for the Los Angeles, Glendale, Pasadena, and Long Beach continua of care and report back to the Board in 90 days. The attached chart (Attachment 4) identifies those strategies where it is reasonable to allocate all funding based on geographic need per SPA, and explains why is not reasonable to do so for the remaining strategies. For one strategy, B7 – Interim/Bridge Housing for those Exiting Institutions, more information is needed before a determination can be made.

- Directive 4 instructed the CEO, in coordination with the County's Community Development Commission, to provide recommendations on the creation of a database (website) comprised of community residents interested in helping to facilitate the siting of affordable and permanent supportive housing across the County, and report back in 60 days.

  To date, there has been a series of meetings to discuss this effort and it was agreed that an extension of the report back timeline would be needed in order to conduct an in-depth exploration of what is required to create the website. On April 11, 2016, the CEO requested a 120-day extension to August 11, 2016 to submit this response.

**Exhibit 10**
**Page 554**

Each Supervisor
May 9, 2016
Page 5

- Directive 6 instructed the CEO to report back in 120 days on a capacity building initiative to support cities that want to successfully partner with the County to achieve the outcomes sought via the HI. This effort is currently under way and the report will be submitted to the Board in August 2016.

**Conclusion**

As homelessness is a regional problem that can only be effectively addressed with a commitment to action by the County, cities, and a wide array of other organizations across the County, the Homeless Initiative will continue to conduct a robust community engagement process to build and strengthen relationships with a wide array of public and private partners.

The next HI quarterly report will be submitted on August 9, 2016. Please let me know if you have any questions, or your staff may contact Phil Ansell, Director of the Homeless Initiative, at (213) 974-1752, or at pansell@ceo.lacounty.gov.


SH:JJ:FAD
PA:MDC:ef

Attachments (4)

c:     Executive Office, Board of Supervisors
County Counsel
District Attorney
Sheriff
Alternate Public Defender
Animal Care and Control
Arts Commission
Beaches and Harbors
Child Support Services
Children and Family Services
Community and Senior Services
Community Development Commission
Consumer and Business Affairs
Fire Department
Health Services
Los Angeles Homeless Services Authority
Mental Health
Military and Veterans Affairs
Parks and Recreation

**Exhibit 10
Page 555**

Each Supervisor
May 9, 2016
Page 6

Probation
Public Library
Public Health
Public Social Services
Public Works
Regional Planning
Superior Court

Exhibit 10
Page 556

Attachment 1

## Homeless Initiative Quarterly Report – As of April 15, 2016
## Status of Strategies to Combat Homelessness

| Strategies | Target Implementation Date | Status | Next Steps |
|---|---|---|---|
| **Prevent Homelessness** | | | |
| A1 - Homeless Prevention Program for Families | June 15, 2016 -Phase 1<br><br>Fall 2016 - Phase 2 | DPSS and LAHSA will implement A1 in two phases.<br><br>Phase 1 will include:<br>• Implementation of a pilot to refer, assess and provide 70 additional families with customized homeless prevention services through the HFSS Family Solution Centers.<br>• Expansion of the following prevention services for all eligible CalWORKs families:<br>- Increase Emergency Assistance to Prevent Eviction (EAPE) lifetime limit from $2,000 to $3,000<br>- Increase Rental Assistance limit from 4 to 8 months for WtW families participating in Family Stabilization<br><br>Phase 2 will include:<br>• Expansion of the Phase 1 pilot countywide.<br>• Hiring additional staff at the HFSS Family Solution Centers countywide to serve more CalWORKs and (potentially) non-CalWORKs families.<br>• Provision of legal services to prevent families from being evicted. | • Convene a meeting with the collaborating agencies and community volunteers to solicit input on the Phase 2 implementation plan.<br>• Finalize performance metrics.<br>• Complete training for all impacted LAHSA and DPSS staff.<br>• Roll-out Phase 1.<br>• Finalize statement of work and contract amendment to support additional Phase 2 services and caseload increases. |
| A2 – Discharge Planning Guidelines | January 2017 | Implementation planning is in the very early stages. | The initial work group meeting will be convened in May 2016. |

1

**Exhibit 10**
**Page 557**

| Strategies | Target Implementation Date | Status | Next Steps |
|---|---|---|---|
| A3 – Housing Authority Family Reunification Program | Implemented (HACLA)<br><br>December 2016 (HACoLA) | A meeting with HACLA, the CEO, Probation and LASD was convened on 3/17/16.  LASD made its first referral for the HACLA- administered program on 3/18/16. LASD began training its staff on the utilization of the program on 3/17/16 and Probation will begin staff training on 6/30/16.  A survey is being developed so that Probation and LASD can gather information from potential program clients who are interested in the program.<br><br>HACoLA is currently evaluating the feasibility of implementing a similar program. | • Completion of survey and analysis of responses by 6/30/16.<br>• Initiate contacts by June 2016 with HACLA staff and service providers for this program to determine the capacity for the number of supervised persons who might be interested in participating in the program.<br>• HACoLA's evaluation will be completed by 11/01/16.   If HACoLA decides to begin a similar program, the target date for implementation is the end of December 2016. |
| A4 – Discharge From Foster Care & Juvenile Probation | January 2017 | Internal discussion between strategy leads to discuss strategy implementation has occurred. Primary focus for first phase of implementation is to increase housing capacity and housing/services options for non-minor dependents.   Data on current capacity gathered and exploration on targeting Family Unification Program Vouchers is underway.   Acknowledgement email to volunteer community stakeholders sent with meeting to include volunteers targeted for May 4, 2016. | • Review outcome of January 2016 Request for Statement of Qualifications solicitation to increase Transitional Housing placement plus Foster Care placement.<br>• Explore targeting FUP vouchers for TAY.<br>• Solicit input from Collaborating departments and community volunteers.<br>• Determine performance metrics. |

2

Exhibit 10
Page 558

| Subsidize Housing | | | |
|---|---|---|---|
| B1 - Provide Subsidized Housing to Homeless Disabled Individuals Pursuing SSI | June 2016 – Phase 1<br><br>TBD – Phase 2 (contingent on implementation of Strategy C4) | DPSS and DHS will implement B1 in two phases. Phase 1 will include:<br>• Extension (incrementally) of GR Housing Subsidies to all GR Offices for disabled homeless individuals applying for SSI.<br>• Implementation of a DPSS/DHS pilot to identify, refer, and assess homeless GR participants pursuing SSI who need DHS Intensive Case Management Services in addition to a housing subsidy.<br>• DPSS/DHS pilot staff working together to provide the most appropriate housing subsidy and services to maximize participants' chances of being approved for SSI.<br>Phase 2 is contingent upon implementation of Strategy C4, Countywide SSI Advocacy Program, and will include:<br>• Expansion of the Phase 1 pilot countywide;<br>• Expansion of DHS Intensive Case Management Services to all GR Offices | • Draft DHS/DPSS budget according to distribution of the various sources of B1 funding.<br>• Share plan and solicit input from collaborating agencies and volunteer community stakeholders.<br>• Finalize performance metrics.<br>• Develop and complete training for Phase 1 impacted staff. |
| B2 - Expand Interim Assistance Reimbursement (IAR) to Additional County Departments and Los Angeles Homeless Services Authority | November 2016 | Ongoing discussion between Chief Executive Office, Social Security Administration and California Department of Social Services (CDSS) to confirm feasibility and process for expanding Interim Assistance Reimbursement (IAR) to the Department of Health Services and the Los Angeles Homeless Services Authority. Acknowledgement email to volunteer community stakeholders sent out, with meeting, to include volunteers targeted for May 2016. | Upon response from CDSS:<br>• Meeting with collaborating departments and volunteer Community Stakeholders will be scheduled to share CDSS guidelines for expanding IAR and obtain input.<br>• Process for reimbursement of IAR will be developed.<br>• MOU with CDSS will be amended to expand to additional departments, subject to concurrence from CDSS. |
| B3 - Partner with Cities to Expand Rapid Re-Housing | June 30, 2016 | DHS and LAHSA have developed an operational plan for cities to participate in this strategy.<br><br>DHS will administer the AB 109 and SB 678 funding for single adults and LAHSA will administer the funding for families and transition age youth. | • Meeting with cities interested in participating in this program will be held in mid-May to obtain their feedback and input before finalizing and implementing program. To date, 11 cities have indicated interest in participating in the program.<br>• Implementation plan scheduled to be completed by May 30th. |
| B4 - Facilitate Utilization of Federal Housing Subsidies | May 2016 | HACoLA has developed programs and marketing materials, met with partners to plan implementation, conducted a landlord outreach event, and has scheduled three additional landlord outreach events within the next few months. Implementation of this Strategy is ready to begin in May pending receipt of funding. | HACoLA will continue to develop brand -specific marketing materials, forms, and policies related to implementation of the three programs under this Strategy, as well as improve implementation protocols based on lessons learned once programs are underway. |

3

Exhibit 10
Page 559

| | | | |
|---|---|---|---|
| B5 - Expand General Relief Housing Subsidies | July 2017 (contingent on the availability of funding identified for this project) | DPSS will implement this strategy when Mandatory Substance Use Disorder Recovery Program (MSUDRP) savings are realized, which is not expected until FY 2017-18. | • Continue to monitor for MSUDRP savings. • Once sufficient MSUDRP savings is identified, project an implementation date for this strategy. |
| B6 - Family Reunification Housing Subsidy | January 2017 | Initial meeting held with relevant County departments to discuss process of disseminating funds from various sources. | Planning meeting to be held in late April to develop implementation plan for this strategy that will include evaluation of Homeless Families Coming Home pilot, staff training plan, and community partners' feedback mechanism to improve program design and/or implementation. |
| B7 - Interim/Bridge Housing for Those Exiting Institutions | June 30, 2016 | Meetings with all collaborative partners are being convened every two weeks. The group has discussed roles for the agencies in relation to the scope of the strategy and potential resources they can bring to make the strategy successful.<br><br>Work groups for Strategies B7 and E8 have been combined. | • Continue information gathering about current discharge practices and need for bridge housing beds. • LAHSA will continue working with providers of Transitional Housing programs that have had HUD funding reallocated to identify those interested in converting their beds to Bridge Housing and contract with providers that express interest. • Probation and LAHSA will explore vehicles for entering into an agreement with a provider(s) to serve the probation population. |
| B8 - Housing Choice Vouchers for Permanent Supportive Housing | June 30, 2016 | Applicable policies related to this strategy have been incorporated into HACoLA's Annual Plan which was approved by the Board of Supervisors on 3/22/16. HACoLA has met with current partner Community Based Organizations to discuss referral process and possible improvements. HACoLA and LAHSA have agreed in principle on process to allocate 35% of turnover vouchers in FY 16-17 and 50% of turnover vouchers for 2017-18 and beyond for permanent supportive housing for the chronically homeless. | HACoLA will continue to engage LAHSA to further improve and streamline the referral process. HACoLA is also evaluating ways to increase the percentage of homeless applicants who are able to qualify for a housing choice voucher and then secure permanent housing. |
| **Increase Income** | | | |
| C1 - Enhance the CalWORKs Subsidized Employment Program for homeless families | November 2016 | DPSS drafted an RFP in partnership with CSS, LAHSA and the South Bay Workforce Investment Board (SBWIB) to select service providers to subcontract with the SBWIB to provide CalWORKs subsidized employment and case management support to homeless families. | • Finalize Performance Metrics. • Release of RFP targeted for May 30, 2016. |

4

**Exhibit 10
Page 560**

| C2 – Increase Employment for Homeless Adults by Supporting Social Enterprises | June 2016- Phase 1<br><br>September 2016 - Phase 2<br><br>November 2016- Phase 3 | Department of Consumer and Business Affairs (DCBA) added as a co-lead. Strategy will be implemented in 3 phases:<br>• Phase 1 will include:<br>  • Expansion of the Transitional Job Opportunity Preference Program (TJOP) to include Social Enterprise.<br>  • Development of a comprehensive inventory of services provided in LA County by Social Enterprise.<br>  • Collaboration with cities to adopt a similar Social Enterprise Ordinance.<br>• Phase 2 will include:<br>  • Enhancement to the countywide procurement process to award extra points during the contracting process to bidders who agree to subcontract with Social Enterprise.<br>  • Development of a Request for Statement of Qualifications (RFSQ) to support the creation of Alternate Staffing Organizations (ASOs).<br>  • Designating ASOs as preferred temp agency for County departments, contractors and sub-contractors.<br>• Phase 3 will include:<br>  • Provision of subsidies to the ASOs procured through the RFSQ.<br>  • Leveraging the DPSS Transitional Subsidized employment program to place program participants with ASOs operated by Social Enterprise. | • Ordinance drafted, targeted to go to Board in June 2016. (Phase 1, bullet 1)<br>• Meeting with collaborating agencies/stakeholders scheduled for May 9 to obtain input on draft ordinance and Social Enterprise Certification Program. (Phase 1, bullet 1)<br>• Instructions/training for departmental contract staff on expansion of TJOP being developed. (Phase 1, Bullet 1)<br>• Comprehensive inventory being finalized. (Phase 1, Bullet 2)<br>• Ongoing collaboration with cities encouraging their implementation of this strategy. (Phase 1, Bullet 3)<br>• Work with ISD to develop standard county language for awarding extra points during the contracting process to contractors who agree to subcontract with Social Enterprises. (Phase 2, Bullet 1)<br>• Statement of Work being drafted for RFSQ to support ASOs operated by Social Enterprise. (Phase 2, bullet 2) |
|---|---|---|---|
| C3 - Expand Targeted Recruitment and Hiring Process to Homeless/Recently Homeless People to Increase Access to County Jobs | June 2016 | Internal planning underway to develop a plan and conduct expanded outreach to homeless service providers to inform them of the county's examination process and ensure systematic sharing of employment opportunities. Also, a master calendar of exams is under review to identify appropriate examinations for the target population. | • Meeting with collaborating departments and volunteer community stakeholders will be scheduled.<br>• Finalize performance metrics. |

5

**Exhibit 10**
**Page 561**

| | | | |
|---|---|---|---|
| C4 - Establish a Countywide SSI Advocacy Program for People Experiencing Homelessness or At Risk of Homelessness | November 2016 | Internal planning is underway with DHS and DPSS' solicitation for SSI Advocacy Services targeted for release by end of June 2016. Met with DHS Office of Diversion and Re-Entry and Sheriff to discuss incorporating C6, Targeted SSI Advocacy for Inmates, into solicitation.  Exploring possibility of expanding Statement of Work to include Veterans Benefits Advocacy as described in Strategy C5, which may result in separate or consolidated contract(s) depending on the needs of the programs.  Acknowledgement email to volunteer community stakeholders sent informing them that a joint C4/C6 planning meeting will be scheduled in the near future. | • Meeting with collaborating departments and volunteer community stakeholders will be scheduled. <br>• Finalize performance metrics. <br>• Issue contract solicitation. |
| C5 - Establish a Countywide Veterans Benefits Advocacy Program for Veterans Experiencing Homelessness or At Risk of Homelessness. | January 2017 | Internal discussion on scope of strategy C5 held with CEO.  Exploring with DHS possibility of expanding Statement of Work for Strategy C4 to include Veterans Benefits Advocacy, which may result in separate or consolidated contract(s) depending on the needs of the program.. | • Meeting with collaborating departments and volunteer Community Stakeholders will be scheduled. <br>• Collaborate with DHS on procurement process. <br>• Develop statement of work. <br>• Finalize performance metrics. |
| C6 - Targeted SSI Advocacy for Inmates | November 2016 | Internal discussion between strategy leads to develop preliminary plan to incorporate jails as program site within the larger SSI Advocacy program being established under Strategy C4. <br>Acknowledgement email to volunteer community stakeholders sent informing them that a joint C6/C4 planning meeting will be scheduled in the near future. | • Meeting with collaborating departments and volunteer community stakeholders will be scheduled. <br>• Finalize performance metrics. <br>• Issue contract solicitation. |
| **Provide Case Management and Services** | | | |
| D1 - Model Employment Retention Support Program. | November 2016 | Initial plan to develop strategy discussed among strategy leads.  Research on national best practices and inventory of existing employment retention programs, including services provided, are being compiled.  Set of model employment retention services will be identified and existing programs will assess how model program can be incorporated. Options are being explored to track the effectiveness of the Model Employment Retention Support Program.. | • Meeting with collaborating departments and volunteer community stakeholders scheduled for May 2016. <br>• Finalize performance metrics. |

6

**Exhibit 10**
**Page 562**

| D2 - Expand Jail in Reach | June 2016 – Phase 1<br><br>July 2016 – Phase 2<br><br>October 2016 – Phase 3 | Strategy to be implemented in 3 phases:<br><br>• Phase1 includes adding County DHS and Integrated Jail Health Services staff and engaging community providers. Staff will work as in- reach teams (1 SW and 1 custody assistant per team).<br>• Phase 2 will include expansion of the current DHS intensive case management master services agreement to include areas of focus on in-reach service providers and work to build an IT system and organization for the jail to create a streamlined approach to identify inmates for in-reach services.<br>• Phase 3 calls for securing at least two community providers in the jail supporting reentry to housing and services. | • Continued discussions between LASD and DHS.<br>• Convene workgroup including collaborating departments and community members.<br>• Develop and implement solicitation process to secure contractors to conduct jail in-reach for inmates experiencing homelessness or at risk of homelessness.<br>• Obtain CEO approval for County staff positions required to support in-reach activities, and recruit and hire staff. |
|---|---|---|---|
| D3 - Supportive Services Standards for Subsidized Housing | October 2016 | LAHSA has budgeted a new staff position for FY 2016-17 to drive research and improvements to the quality of homeless supportive services. | • Hire Quality Standards Development Analyst.<br>• Develop county-wide definition of Supportive Services.<br>• Develop Quality Standards for Supportive Services. |
| D4-Regional Integrated Re-entry Networks – Homeless Focus | February 2017 | DHS convened a series of meetings with a workgroup consisting of LASD, collaborative agencies and two representatives from community-based reentry organizations to explore the creation of an integrated reentry healthcare network serving Medi-Cal eligible individuals who are reentering the community from LA County jails. A document with the workgroup's recommendations pertaining to a re-entry healthcare network was developed and submitted to Health Agency and LA Care leadership on April 11, 2016. | • Schedule a meeting with Health Agency and LA Care leadership to determine next steps on implementation.<br>• Convene a meeting of D4 partner agencies and community volunteers to inform them of the workgroup's implementation plan and to continue discussing best practices for serving individuals experiencing homelessness.<br>• Develop implementation plan, including identifying initial participating clinic sites and determining whether a solicitation process to secure contracted services focused on homelessness will be included as part of this strategy. |
| D5 - Support for Homeless Case Managers | January 2017 | The CEO and LAHSA have met to discuss the timeline of the strategy implementation, process of partner engagement, potential community-based partners, and desired outcomes. | • In May, LAHSA and CEO will co-convene a focus group meeting with various County Departments that provide different levels of homeless services (basic interface to intensive case management) to: (1) establish an understanding of current coordination amongst the County departments and community-based case managers, (2) and develop a self-assessment tool for all collaborating agencies.<br>• LAHSA will identify and reach out to the Coordinated Entry System lead agencies to ensure community participation in the implementation meetings.<br>• In June, LAHSA and CEO will co-convene all collaborating agencies to identify key areas where we can begin to improve coordination between the departments and service providers. |

Exhibit 10
Page 563

| D6 - Criminal Record Clearing Project (CRCP) | October 2016 | The Public Defender's (PD) Office has worked internally to inform executive staff of the strategy and discuss a planning process.<br><br>PD has also reached out to collaborating justice partners through the Office of Diversion. | • Work to leverage and coordinate the CRCP with other strategies that will serve a similar clientele (Strategies A2, D2, D4, and B7).<br>• Develop a scope of work for a procurement process to secure a contractor to provide training and technical assistance to agencies that will utilize the CRCP.<br>• Establish training program for outside non- county agencies.<br>• Establish contacts with outside non-county agencies.<br>• Establishing referral process to County Alternative Courts. |
|---|---|---|---|
| **Create a Coordinated System** | | | |
| E1 - Advocate with relevant federal and state agencies to streamline applicable administrative processes for SSI and veterans benefits | October 2016 | Working with collaborating departments to identify where advocacy is needed. Preliminary conversations on potential areas of advocacy discussed with US Interagency Council on Homelessness and conversation with SAMHSA SOAR Team is scheduled. Acknowledgement email to volunteer community stakeholders sent, with meeting to include volunteers targeted for May 2016. | • Meeting with collaborating departments and volunteer community stakeholders will be scheduled in May 2016.<br>• Focus areas for advocacy to be identified. |
| E2 - Drug Medi-Cal Organized Delivery System for Substance Use Disorder Treatment Services | July 2017 | From January 9 to April 15, 2016, the Department of Public Health—Substance Abuse Prevention and Control (DPH-SAPC) has been engaged in a range of activities to plan and prepare for the launch of the Drug Medi-Cal Organized Delivery System (DMC-ODS), a pilot of California's "Medi-Cal 2020" Section 1115 waiver. On February 11, DPH-SAPC submitted its County Implementation Plan to the California Department of Health Care Services (DHCS) and the Federal Centers for Medicare and Medicaid Services (CMS). DPH-SAPC received comments on its plan from DHCS on February 24 and from CMS on March 11. On April 6, DPH-SAPC submitted a revised plan to both the State and Federal agencies incorporating their feedback. In addition, DPH-SAPC has initiated a series of DMC-ODS workgroups to solicit stakeholder input for specific proposals for operationalizing the various components of the DMC-ODS. | • DPH-SAPC will complete the DMC-ODS implementation plan approval process with DHCS and CMS.<br>• DPH-SAPC will submit for DHCS approval an attendant DMC-ODS fiscal plan to establish new provider payment rates.<br>• The Board of Supervisors must execute a contract with DHCS to deliver DMC-ODS services.<br>• CMS must approve the executed State-County contract pertaining to DMC-ODS services.<br>• DPH-SAPC will develop new provider contract language to align with the requirements and operationalization of the DMC-ODS.<br>• DPH-SAPC will continue to hold workgroups through August 2016, and beyond if necessary, to develop specific protocols, procedures, and requirements related to residential levels of care, withdrawal management levels of care, opioid treatment programs and medication-assisted treatment, case management, recovery support services, physician consultation, sober living/recovery residences, field-based services, and telehealth.<br>• DPH-SAPC is exploring ways to enhance the provider network to serve eligible DMC-ODS populations, including field-based services for the homeless, and is working to ensure that providers are culturally competent and knowledgeable to serve the various high-risk populations. |

8

**Exhibit 10**
**Page 564**

| E3 - Create Partnerships for Effective Access and Utilization of ACA Services by Persons Experiencing Homelessness | January 2017 – largely dependent on Whole Person Care (WPC) Pilot award from the CA Department of Health Care Services (DHCS) | <ul><li>Action Item 1 – Identify and Share Information: Cross-Agency work is underway to share data across County agencies, e.g. through the Comprehensive Enterprise Data & Analytics Repository (CEDAR). The Health Agency has created a preliminary framework for data integration across the Agency.</li><li>Action Items 2 and 4 – Case Management for health care services and connecting the homeless to health care: Coordinated efforts are in place countywide to identify individual needs of homeless individuals and link them to services. Housing for Health & the STAR clinic are leading efforts to engage and case manage homeless individuals in Metro LA. The C3 program is a strong example of this effort.</li><li>Action Item 3 – Health Literacy Education: The Health Agency continues to enroll qualified homeless individuals in Medi-Cal and helps beneficiaries to navigate primary health care. The WPC pilot and Health Homes opportunities will enhance our ability to identify those with chronic health conditions that would benefit from linkages with primary health care to stabilize and improve their overall health and well-being. Additionally, the Health Agency formed a cross-agency social and behavioral determinants workgroup that will focus on behavioral/health care screening and navigation to resources. This will include an emphasis on measuring and developing systematic approaches to address issues around low health literacy, including targeting homeless individuals.</li></ul> | <ul><li>Consider approaches to bringing more community-based partners into the data integration effort (Action item 1). This will be an emphasis in the WPC pilot.</li><li>Preparing for the submission of the WPC pilot application to DHCS. Action items 2 and 4 are largely tied to the WPC opportunity.</li><li>A meeting to initiate the process for Action item 3 is pending.</li></ul> |
| E4 - First Responders training | June 30, 2016 | A series of work group meetings have been convened to date. The Sheriff's Department (LASD) has secured commitments from several of the strategy's collaborative agencies. The Santa Monica Police Department training model has been discussed as a model to emulate and crucial learning areas have been identified. LASD has developed the framework for the training curriculum. LAHSA has committed to assisting with classroom instruction. | <ul><li>Finalize curriculum.</li><li>Identify presenters.</li><li>Identify benchmark for number of personnel trained in first six months/one year training.</li><li>Schedule classes.</li><li>Develop an outreach and publicity campaign to engage non-County first responders.</li><li>Present the First Responders Training to the quarterly meeting of the LA County Chiefs of Police as well as other regional law enforcement meetings.</li></ul> |

9

Exhibit 10
Page 565

| | | | |
|---|---|---|---|
| E5 - Decriminalization Policy | June 30, 2016 | A meeting with Sheriff's Department personnel was conducted to discuss the decriminalization policy. A draft "decriminalization" policy has been developed. A training bulletin draft was also developed that goes into more depth for the first responder on the street. The draft policy and training bulletin is currently being reviewed. | • Review of process and policy to be conducted by LASD executive staff.<br>• Discussion of proposed policy with the Diversion Permanent Steering Committee.<br>• Present the policy to the quarterly meeting of the LA County Chiefs of Police as well as other regional law enforcement meetings. |
| E6 - Countywide Outreach System | June 30, 2016 to commence phased implementation | A framework has been developed for coordinated outreach which includes: 1) integrated outreach teams throughout the County with staff from DMH, DHS, DPH-SAPC, and LAHSA, which will coordinate with local regional teams via the Coordinated Entry System; (2) a countywide hotline for outreach requests; and 3) Regional Outreach Coordinators in each Service Planning Area. | • Internal discussions within the three Health Agency departments regarding the feasibility and needs for staffing the integrated outreach teams.<br>• Further discussion about the scope of work and related costs for the hotline.<br>• Continued discussions on a potential procurement process to add community-based coordination staff (if deemed necessary).<br>• A budget for the available $3 million will be developed in May 2016. |
| E7 - Strengthen the Coordinated Entry System | October 2016 | • Action Item 1 - Strengthen the network of housing locators in SPAs: On March 3rd, LAHSA conducted a community meeting to obtain feedback on the forthcoming LAHSA Coordinated Entry System (CES) RFP and how the CES can be strengthened, as the RFP is intended to enhance coordination and increase housing navigation capacity.<br>• Action Item 2 - Common Core Curriculum Training: In March and April, LAHSA met with the Technical Assistance Collaborative, a group of non-profit providers who meet on a monthly basis, to discuss training needs of the front line workers participating in the CES.<br>• Action Item 3 - Improvements to the CES/HMIS: LAHSA has been conducting a monthly CES Operations team meeting which includes representation from the SPA leads for CES, County and Los Angeles City, the Public Housing Authorities, Technical Assistance agencies, and United Way/Funders Collaborative to develop recommendations on the forthcoming HMIS RFP and policies and changes to strengthen the CES. | By Aug. 1, LAHSA will submit a detailed assessment and a recommended plan to: (1) Strengthen the CES systems for adults, families and youth; (2) train the CES staff; and (3) enhance the HMIS system to address both current and future needs. Interim activities will include:<br>• May 12: Convene a strategy committee meeting with the County departments and community agencies to provide an overview of the current CES systems and future RFPs. Will also engage the Committee to develop an assessment of the current coordinated entry systems and identify areas that can be strengthened.<br>• May 19: Release a RFP for CES funding that will strengthen the coordinated entry systems within each SPA, including the network of housing locators. Programs will be implemented on Oct. 1.<br>• May 19: Release a RFP for the Homeless Management Information System (HMIS); the vendor will be selected in Sept./Oct. 2016.<br>• Develop a core curriculum for the CES direct service staff and protocols for external stakeholders. Training will begin by Oct. 1. |

10

Exhibit 10
Page 566

| E8 - Enhance the Emergency Shelter System | June 30, 2016 | LAHSA convened the first planning meeting with the collaborating departments and agencies to establish a mutual understanding and goals of the strategy. Additionally, the LAHSA program team is working with transitional housing providers (representing 2,000 beds) whose funding was reallocated under the most recent HUD Super NOFA in order to gauge interest and capacity to convert their programs to meet the goals of the shelter strategies.  To date five programs with 130 to 170 beds have expressed interest in this model. LAHSA is also creating a survey to conduct with current emergency shelter providers to understand their capacity to convert to 24/7 crisis housing. | In order to assess current shelter services and capacity, LAHSA will collect information from the County departments and LAHSA-funded shelter providers about the details of the shelter programs, including fee for shelter service, case management offerings, and entrance requirements.   LAHSA will meet with collaborating County departments and the City of Los Angeles to discuss low-threshold common criteria among shelters, appropriate bed payment rate, scope of work for the augmented shelters, and shelter sites that can potentially be augmented by June 30th. |
| E9 - Discharge Data Tracking System | March 2017 | No meetings have been planned to date.  Coordination with the City of LA needs to be part of the implantation plan because the City of LA has a very similar strategy. | Meeting to be set in June with a smaller committee to discuss the implementation of this strategy. |
| E10 - Regional Coordination of Los Angeles County Housing Authorities | July 2016 | In addition to existing interagency agreements with the City of Los Angeles and Pasadena, HACoLA, has executed agreements with the Housing Authorities of Inglewood and Baldwin Park.   HACoLA has also reached an agreement in principle, pending execution of official interagency agreements, with the Housing Authorities of South Gate, Burbank, Long Beach, Norwalk, and Redondo Beach.<br><br>Interagency agreements establish reciprocity between housing authorities regarding the use of housing vouchers, which enhances the ability of voucher holders to secure housing. | • Survey of neighboring Housing Authorities to gauge interest in participating in quarterly regional Housing Authority roundtable meetings to identify common issues related to homelessness and to develop more integrated housing policies.<br>• HACoLA will continue to engage Housing Authorities to enter into interagency agreements. |
| E11 - County Specialist Support Team | January 2017 | Work on this strategy will commence in May 2016.  On April 8, 2016, a planning meeting with  LAHSA took place to discuss potential community-based providers who will participate in the implementation planning meetings and their roles | • In May, CEO will convene internal planning meetings with County departments to explore key issues including: the structure of the County Specialist Support Team, scope of work, appropriate classifications from each participating department, identification of Supervisor/Manager of the Team, potential physical locations, etc. LAHSA will provide a list of recommended community-based organizations to be involved in the implementation planning meetings.<br>• In July, CEO will involve community organizations in the planning meetings. |

11

Exhibit 10
Page 567

| E12 - Enhanced Data Sharing and Tracking | June 2017, with partial implementation on a flow basis before then | Very brief conversations between LAHSA and the CEO have been initiated on enhanced data sharing and tracking. A meeting with County Counsel occurred in early April to discuss making LAHSA a full-member of the Enterprise Linkages Project (ELP) and to obtain more frequent data submissions from the Homeless Management Information System (HMIS), as well as bi-directional data sharing with LAHSA from ELP (Action item 3). A data use agreement between LAHSA and the CEO is under review with County Counsel. | <ul><li>Action item 1: Collect various departmental intake forms (DHS; DMH; DPSS; Probation; Sheriff; DPH; DCFS) to determine how broadly departments define homelessness or at-risk of homelessness. Craft a common set of categories for the core health and human service and criminal justice departments which interact directly with homeless populations, as well as those that indirectly deal with homeless populations (i.e. parks and rec; libraries, etc.) for discussion and potential adoption at the July 2016 Homeless Initiative (HI) Implementation Planning Meeting.</li><li>Action item 2: Identify departments with homeless data elements, as well as those with no data elements for identifying homeless clients. Convene workgroup meeting with departmental leads that have homeless data markers to discuss costs for monthly data collection, if possible prior to the July 2016 HI Implementation Planning Meeting. For those departments with no homeless data flag, discuss proposed plan for capturing homeless data elements and convene workgroup meeting with departments prior to the October HI Implementation Planning Meeting for broader discussion at the October meeting.</li><li>Action item 3: Plan to make LAHSA a partner in the ELP is under review with County Counsel.</li><li>Action item 4: Further exploration of LAHSA's CES consent agreement will help inform the development of the most flexible consent agreement. Target consent agreement to be finalized for the July 2016 HI Implementation Planning Meeting for broader discussion with the departments.</li><li>Action item 5: LAHSA to review findings from 2016 Homeless Count and begin to draft potential countywide targets to reduce homelessness for chronic, TAY, single-adult, and family populations.</li></ul> |
| E13 - Coordination of Funding for Supportive Housing | June 2017 | CDC and LAHSA have developed draft timeline to develop and implement plan to coordinate funding for supportive housing. | Convene kickoff meeting with Health Services, Mental Health, HACLA, HACoLA and LA City Housing and Community Investment Department. In the coming months this committee will review existing policies and processes for capital operating subsidies and service funding to look for areas of opportunity for alignment, determine the feasibility of a coordinated funding application and award process and engage the stakeholders who volunteered to participate in this process. |

12

Exhibit 10
Page 568

| E14 - Enhanced Services for Transition Age Youth | August 2016- Phase 1<br><br>December 2016- Phase 2<br><br>January 2017- Phase 3 | Internal discussion between strategy leads has occurred. strategy will be implemented in 3 phases:<br>• Phase 1- Increase and maximize collaboration between County departments/CBO's and release RFP to include expansion of Youth CES, housing navigation, and drop-in centers.<br>• Phase 2- Award contracts to expand Youth CES.<br>• Phase 3- Implement a Youth Housing Stability Assessment Pilot.<br><br>Acknowledgement email to volunteer community stakeholders sent out, with doodle poll to identify feasible meeting date. | • Meeting with collaborating departments and volunteer community stakeholders will be scheduled.<br>• Finalize performance metrics.<br>• Release RFP to include expansion of Youth CES, housing navigation and drop-in centers.<br>• Identify/develop appropriate screening tool for Youth Housing Stability Assessment Pilot. |
| --- | --- | --- | --- |
| E15 - Homeless Voter Registration and Access to Vital Records | June 30, 2016 | Registrar-Recorder/County Clerk (RR/CC) had several implementation planning meetings to develop action steps and the associated timeline. A document that aims to educate County Departments, community-based organizations and homeless individuals on voting rights and how to register to vote is under development. RR/CC also participated in the *Mayors' Regional Summit to Combat Homelessness* where information on outreach partnerships and sample resources were provided to the 56 cities who participated in the Summit. RR/CC assessed the current process of homeless clients obtaining vital records, and concluded that a process change is unnecessary at this time. There is an opportunity to make the current process more client-friendly by educating county departments, community-based organizations and homeless individuals on the process. | • In May, RR/CC will develop and distribute the following draft documents to the partnering County departments and community agencies for feedback on following outreach documents: (1) Voting rights and process of voter registration; and (2) Process of obtaining vital records.<br>• In June, RR/CC will begin to assess if there is a need to place additional polling place(s) within a reasonable proximity of homeless shelters and services. |

13

**Exhibit 10
Page 569**

| E16 - Affordable Care Act Opportunities | January 2017 – largely dependent on Whole Person Care (WPC) Pilot award from the CA Department of Health Care Services (DHCS) | The county continues to enroll and expand access to services for individuals who qualify for MediCal. In addition to coverage expansion, the ACA has led to benefit expansion, which has increased services available to homeless individuals. Implementation of the Drug Medical Waiver (see Strategy E2) is a key example.<br><br>These changes lay the foundation for the WPC and Health Homes opportunities. If approved/funded, these initiatives will allow the Health Agency to build critical infrastructure to fill current care gaps (e.g. recuperative care, sobering centers), strengthen integrated care delivery, and improve collaboration across Agency, county and community partners, as well as support intensive care management activities for the sickest and most vulnerable LA County residents. To date, the Health Agency has convened numerous internal, multi-stakeholder meetings to begin planning the WPC initiative, and is in the early stages of this process. | • Key next steps in WPC include increasing multi-stakeholder engagement (e.g. Health Agency, health plan and community partners) to design the WPC concept and submit an application for the WPC pilot. The State anticipates notifying awardees in the fall of 2016.<br>• The Health Agency hopes to use WPC in the coming year to lay a strong foundation for the Health Homes initiative in 2018. For the time being, the Health Agency is awaiting greater clarity on the structure of the Health Homes program. |
|---|---|---|---|
| E17 - Regional Homelessness Advisory Council and Implementation Coordination | September 30, 2016 | Initial meetings have taken place to develop a structure for the Regional Advisory Council that will be inclusive of diverse stakeholders and partners. | • Planning meetings in April and May to formalize and operationalize the Regional Advisory Council. The first meeting of the Regional Advisory Council is targeted for September 2016.<br>• Performance metrics will be developed with the Executive Committee of the Regional Advisory Council.<br>• The Joint City and County Implementation group will report regularly to the Regional Advisory Council. |
| **Increase Affordable/Homeless Housing** | | | |
| F1 - Promote Regional SB 2 Compliance | February 2017 | Regional Planning (DRP) internally developed a preliminary scope of work for the strategy, mapped out a timeline to issue a Request for Proposals (RFP), and identified a stakeholder contact list via the Homeless Initiative team. | • Finalize and issue RFP.<br>• Reach out to State Department of Housing and Community Development.<br>• Reach out to stakeholder groups.<br>• Inventory and analyze existing emergency shelters and transitional housing in the unincorporated areas. |
| F2 - Linkage Fee Nexus Study | February 2017 | DRP convened two stakeholder meetings to discuss and garner input on multiple affordable housing strategies, including the establishment of a linkage fee. DRP worked internally to develop a preliminary scope of work and a timeline for issuing an RFP. | DRP will finalize and issue RFP and reconvene stakeholders to continue discussion on affordable housing development strategies. |

14

**Exhibit 10**
**Page 570**

| F3 - Support for Inclusionary Zoning for Affordable Rental Units | Implemented | On March 23, 2016, the CEO submitted a Sacramento Update advising the Board that the County's Sacramento advocates would support AB 2502, which amends Costa-Hawkins Rental Housing Act to allow for inclusionary housing requirements for new rental housing, per the Board's approval of this strategy. | CEO will continue to monitor progress of AB2502 and any other bill that supports inclusionary zoning for affordable rental housing. |
|---|---|---|---|
| F4 - Development of Second Dwelling Units Pilot Program | February 2017 | DRP conducted research on second dwelling unit programs, met with Arts Commission to address design issues, and met with various stakeholders to garner input. DRP held a kickoff meeting with relevant County departments to brainstorm ideas on the pilot project and establish next steps.<br><br>CDC will administer the Second Unit Pilot Program in cooperation with DRP, and is in the process of securing a transfer of the funding for this pilot program. | DRP will:<br>• Follow up with cities/counties with existing comprehensive second dwelling unit programs.<br>• Review composition of workgroup to strengthen participation.<br>• Identify and reach out to community stakeholders.<br>• Reconvene workgroup to develop framework of pilot program.<br><br>CDC will:<br>• Focus on creating second unit designs through competitions by its architectural consultants.<br>• Work with DRP to identify ordinance modifications that will be needed for yard setbacks, parking, and lot coverage requirements.<br>• With DRP's participation reach out to individuals listed on the Community Volunteer List for concepts and ideas to achieve the goals of this strategy.<br>• Explore the feasibility of second units in the identified target areas. |
| F5 - Incentive Zoning/Value Capture Strategies | February 2017 | DRP convened stakeholder group meetings to discuss and garner input on incentive zoning and value capture, and other affordable housing strategies per Board's motion of 12/8/15. DRP worked internally to develop a preliminary scope of work for the strategy and to map out a timeline to issue an RFP. DRP also identified a stakeholder contact list via the Homeless Initiative team. | Finalize and issue RFP, and reconvene stakeholder groups to continue discussions. |
| F6 - Use of Public Land for Homeless Housing | October 2016 | A list of CDC-owned properties was provided to CEO Real Estate. A preliminary list of all County-owned property potentially suitable for affordable housing is currently being compiled and vetted by the CEO and will be provided to the Homeless Imitative this summer. | The CDC is currently working on a CDC/Housing Authority Property Disposition Policy for the Board's consideration. The CEO is working on development of governing structure options, identification of funds for pre-development, and drafting of public land development policies. |

15

Exhibit 10
Page 571

Attachment 2

**Participating Cities in the *Mayors' Regional Summit to Combat Homelessness***
**Sponsored by County of Los Angeles**
**March 31, 2016**

City of Artesia
City of Azusa
City of Baldwin Park
City of Bell
City of Bell Gardens
City of Bellflower
City of Beverly Hills
City of Bradbury
City of Burbank
City of Carson
City of Cerritos
City of Claremont
City of Compton
City of Covina
City of Cudahy
City of Culver City
City of Downey
City of Duarte
City of El Monte
City of El Segundo
City of Gardena
City of Glendale
City of Hawaiian Gardens
City of Huntington Park
City of Inglewood
City of La Mirada
City of La Puente
City of Lakewood

City of Lawndale
City of Long Beach
City of Los Angeles
City of Lynwood
City of Malibu
City of Monrovia
City of Montebello
City of Monterey Park
City of Norwalk
City of Palos Verdes Estates
City of Pasadena
City of Pico Rivera
City of Pomona
City of Redondo Beach
City of Rolling Hills
City of Rosemead
City of San Fernando
City of San Gabriel
City of Santa Clarita
City of Santa Monica
City of Signal Hill
City of Santa Fe Springs
City of South Gate
City of Torrance
City of Vernon
City of West Covina
City of West Hollywood
City of Whittier

**Exhibit 10**
**Page 572**

Attachment 3



**ADMINISTRATIVE OFFICE**
811 Wilshire Blvd., 6th Floor
Los Angeles, CA 90017
Ph: 213.683.3333
Fax:

**Protocol & Timeline**
**For Content Review by the**
**Los Angeles Continuum of Care Homelessness Advisory Group (HAG)**

1.  Departments/Agencies may request review for documents that have a focus on Homelessness.

2.  Departments/Agencies requesting review should email documents with email subject "HAG REVIEW REQUESTED." to LAHSA HAG Facilitator:

    Ronald Williams, Planning Coordinator
    rwilliams@lahsa.org
    213.689.4091

3.  Materials may be presented to HAG at a quarterly meeting or via email if review is needed prior to quarterly meeting.  If presented at a quarterly meeting, Department representatives requesting content review will be invited to present material to HAG.

4.  Feedback/recommendations may be provided by HAG verbally at quarterly meeting if material is presented at a meeting or via written comments provided by email.

5.  HAG will be provided five (5) calendar days to provide comments.  Requests for expedited review may be accommodated on a case-by-case basis.

6.  All comments will be provided to LAHSA HAG Facilitator.  LAHSA HAG Facilitator will compile comments and recommendations received from the HAG and forward to requesting party within five (5) business days.

7.  Requests for expedited review may be accommodated on a case-by-case basis.  Timeline for expedited review is four (4) business days.  HAG will be provided 72 hours to review and comment, and LAHSA HAG Facilitator will compile comments and recommendations received from the HAG and forward to requesting party within one (1) business day.

*- A Joint Authority Created by the City and County of Los Angeles*

**Exhibit 10**
**Page 573**

*2/9/16 Board Motion 47A – Item Number 1:*    **Attachment 4**
*Geographic distribution of Homeless Initiative funding based on countywide homeless count*

| | **Focus Area / Recommended Strategy** | Geographic Distribution Recommended and Data Source | Geographic Distribution Not Reasonable | Not Applicable/ No funding | Funding Allocated HPI- NCC* | Departmental Funding |
|---|---|---|---|---|---|---|
| **A.** | **PREVENT HOMELESSNESS** | | | | | |
| A1 | Homeless Prevention Program for Families | 2016 Families Homeless Count | | | 0 | $5 million one-time CalWORKs Fraud Incentives (DPSS) |
| A2 | Discharge Planning Guidelines | | | X | 0 | 0 |
| A3 | Housing Authority Family Reunification Program | | | X | 0 | 0 |
| A4 | Discharges From Foster Care and Juvenile Probation | | | X | 0 | 0 |
| **B.** | **SUBSIDIZE HOUSING** | | | | | |
| B1 | Provide Subsidized Housing to Homeless Disabled Individuals Pursuing SSI | 2016 Adult Homeless Count | | | $3,725,000 | $1 million one-time SB 678 funding (Probation)/ $4 million one-time AB 109 funding |
| B2 | Expand Interim Assistance Reimbursement (IAR) to additional County Departments and the Los Angeles Homeless Services Authority | | | X | 0 | 0 |
| B3 | Partner with Cities to Expand Rapid Re-Housing | 2016 Single Adult, Youth and Families Homeless Count** | | | $8,000,000*** | $11 million one-time SB 678 funding (Probation) $7 million one-time AB 109 funding |
| B4 | Facilitate Utilization of Federal Housing Subsidies | | X[1] | | $2,000,000 | |
| B5 | Expand General Relief Housing Subsidies | 2016 Adult Homeless Count | | | 0 | Interim Assistance Reimbursement of Rental Subsidies and redirected NCC savings resulting from ACA impact on MSUDRP (DPSS) |
| B6 | Family Reunification Housing Subsidy | | X[2] | | $1,000,000 | $2 million in one-time funding plus Reinvestment of Out-of-Home Placement savings (DCFS) |
| B7 | Interim/Bridge Housing for those Exiting Institutions | Pending Determination[3] | | | $3,250,000 | $3.4 million one-time SB 678 funding (Probation) $4.6 million one-time AB 109 funding |
| B8 | Housing Choice Vouchers for Permanent Supportive Housing | | | X | 0 | 0 |
| **C.** | **INCREASE INCOME** | | | | | |
| C1 | Enhance the CalWORKs Subsidized Employment Program for Homeless Families | 2016 Families Homeless Count | | | 0 | CalWORKs Subsidized Employment (DPSS) |
| C2 | Increase Employment for Homeless Adults by Supporting Social Enterprises | 2016 Adult Homeless Count | | | $2,000,000 | 0 |
| C3 | Expand Targeted Recruitment and Hiring Process to Homeless/Recently Homeless People to Increase Access to County | | | X | 0 | 0 |

[1] This strategy applies to section 8 housing vouchers administered solely by HACoLA so countywide data is not relevant.

[2] This strategy involves housing families who are child welfare involved and have met all reunification criteria so allocating funding by geographic distribution of homeless is not relevant.

[3] Decision on geographic distribution will be made by June 2016. Additional discussion is ongoing.

**Exhibit 10
Page 574**

| | Focus Area / Recommended Strategy | Geographic Distribution Recommended and Data Source | Geographic Distribution Not Reasonable | Not Applicable/ No funding | Funding Allocated | |
|---|---|---|---|---|---|---|
| | | | | | HPI- NCC* | Departmental Funding |
| | Jobs | | | | | |
| C4 | Establish a Countywide SSI Advocacy Program for People Experiencing Homelessness or At Risk of Homelessness | | X[4] | | 0 | Current SSIMAP Funding (DPSS)**** |
| C5 | Establish a Countywide Veterans Benefits Advocacy Program for Veterans Experiencing Homelessness or At Risk of Homelessness. | | X[5] | | $1,200,000 (from Homes for Heroes funding) | 0 |
| C6 | Targeted SSI Advocacy for Inmates | | X[6] | | 0 | $1 million one-time AB 109 funding |
| **D.** | **PROVIDE CASE MANAGEMENT AND SERVICES** | | | | | |
| D1 | Model Employment Retention Support Program. | | | X | 0 | 0 |
| D2 | Expand Jail In-Reach | | X[7] | | $2,000,000 | $3 million one-time AB 109 |
| D3 | Supportive Services Standards for Subsidized Housing | | | X | 0 | 0 |
| D4 | Regional Integrated Re-entry Networks – Homeless Focus | 2016 Total Homeless Count | | | $800,000 | $2 million one-time AB 109 funding |
| D5 | Support for Homeless Case Managers | | | X | 0 | 0 |
| D6 | Criminal Record Clearing Project | | X[8] | | $200,000 | |
| **E.** | **CREATE A COORDINATED SYSTEM** | | | | | |
| E1 | Advocate with relevant federal and state agencies to streamline applicable administrative processes for SSI and veterans benefits | | | X | 0 | 0 |
| E2 | Drug Medi-Cal Organized Delivery System (DMC-ODS) for Substance Use Disorder Treatment Services | | | X | 0 | Drug Medi-Cal-Outpatient Drug Services (DPH) |
| E3 | Creating Partnerships for Effective Access and Utilization of ACA Services by Persons Experiencing Homelessness | | | X | 0 | 0 |
| E4 | First Responders Training | | X | | 0 | 0 |
| E5 | Decriminalization Policy | | X | | 0 | 0 |
| E6 | Countywide Outreach System | 2016 Total Homeless Count | | | $3,000,000 | TBD |
| E7 | Strengthen the Coordinated Entry System (CES) | | X[9] | | $2,000,000 | 0 |
| E8 | Enhance the Emergency Shelter System | | X[10] | | $1,500,000 | 0 |
| E9 | Discharge Data Tracking System | | | X | 0 | TBD |
| E10 | Regional Coordination of Los Angeles County Housing Authorities | | | X | 0 | 0 |
| E11 | County Specialist Support Team | | | X | 0 | 0 |
| E12 | Enhanced Data Sharing and Tracking | | X[11] | | $1,000,000 | 0 |

[4] Strategy involves the creation of a system to effectively serve all disabled persons who are homeless or at risk of homelessness.

[5] Strategy involves the creation of a system to effectively serve all disabled veterans who are homeless or at risk of homelessness.

[6] Strategy involves serving incarcerated individuals so geographic distribution of homeless is not relevant.

[7] Strategy involves serving incarcerated individuals so geographic distribution of homeless is not relevant.

[8] Strategy involves the creation of a team that would serve all homeless individuals with criminal records referred to the project.

[9] Strategy generally calls for strengthening the CES infrastructure, which serves all homeless individuals, so geographic distribution of homeless is generally not relevant; however, some portion of the funding for this strategy could be allocated geographically depending on the components of the plan that will be submitted to the Board of Supervisors for approval.

[10] Strategy calls for converting current emergency shelters to 24/7 operations, so these expenditures will be driven by the location of those current shelters.

[11] Strategy calls for the development of a system that will provide data sharing and tracking on a countywide basis, so geographic distribution of homeless is not relevant.

Exhibit 10
Page 575

| Focus Area / Recommended Strategy | | Geographic Distribution Recommended and Data Source | Geographic Distribution Not Reasonable | Not Applicable/ No funding | Funding Allocated | |
|---|---|---|---|---|---|---|
| | | | | | HPI- NCC* | Departmental Funding |
| E13 | Coordination of Funding for Supportive Housing | | | X | 0 | 0 |
| E14 | Enhanced Services for Transition Age Youth (TAY) | 2016 Youth Homeless Count | | | $3,000.000 | TBD |
| E15 | Homeless Voter Registration and Access to Vital Records | | | X | 0 | 0 |
| E16 | Affordable Care Act Opportunities | | | X | 0 | Medi-Cal (DHS/DMH/DPH) |
| E17 | Regional Homelessness Advisory Council and Implementation Coordination | | | X | 0 | 0 |
| **F.** | **INCREASE AFFORDABLE / HOMELESS HOUSING** | | | | | |
| F1 | Promote Regional SB 2 Compliance | | X[12] | | $75,000 | 0 |
| F2 | Linkage Fee Nexus Study | | X[13] | | $450,000 | 0 |
| F3 | Support Inclusionary Zoning for Affordable Rental Units | | | X | 0 | 0 |
| F4 | Development of Second Dwelling Units Pilot Program | | X[14] | | $550,000 | 0 |
| F5 | Incentive Zoning/Value Capture Strategies | | X[15] | | $50,000 | 0 |
| F6 | Use of Public Land for Homeless Housing | | | X | 0 | 0 |
| **NEW FY 2015-16 FUNDING ALLOCATED BY BOARD OF SUPERVISORS ON FEBRUARY 9, 2016** | | $50,525,000 (63%) | $18,025,000 (23%) | 0 | $35,800,000 | $44,000,000 |
| | | Pending determination $11,250,000 (14%) | | | $79,800,000 | |
| **NEW FY 2015-16 FUNDING ALLOCATED BY BOARD OF SUPERVISORS PRIOR TO FEBRUARY 9, 2016** | | | | | | |
| Rapid Rehousing for Single Adults | | | | | $10,000,000 | 0 |
| Rapid Rehousing for Families | | | | | $3,000,000 | 0 |
| Homeless Prevention for Families | | | | | $2,000,000 | 0 |
| Homes for Heroes – Combating Veteran Homelessness | | | | | $3,800,000 | 0 |
| Veterans Housing Subsidies – Move-In Assistance | | | | | $1,100,000 | 0 |
| **Total Allocated prior to February 9** | | | | | $19,900.000 | 0 |
| **TOTAL NEW FUNDING** | | | | | $55,700,000 | $44,000,000 |
| | | | | | $99,700,000 | |
| Strategies with red shading are identified as Phase 1 strategies, targeted for implementation by June 30, 2016. | | | | | | |

*$55.7 million is comprised of: (1) $51.1 million approved by the Board on September 29, 2015; and (2) $4.6 million of FY 2016-17 Affordable Housing dollars that are not dedicated for capital expenditures

** Strategy B3 includes funding for targeted populations; therefore, based on funding source, distribution of funding will be according to respective Homeless Count for target population that funding is tied to.

*** For Strategy B3 – Rapid Rehousing, $2 million is earmarked to serve Transition Age Youth and $5 million is earmarked for families.

**** $6.8 million in ongoing annual DPSS SSIMAP funding has been identified for this strategy.

---

[12] Strategy calls for securing a consultant to develop a Countywide SB 2 strategy, so geographic distribution of homeless is not relevant.

[13] Strategy calls for a nexus study for the development of an ordinance, so geographic distribution of homeless is not relevant.

[14] Strategy provides limited funding for development of a Second Dwelling Unit Pilot program, in the unincorporated areas, so geographic distribution of homeless is not relevant.

[15] Strategy calls for securing a consultant to assess various incentive zoning /value capture strategies, so geographic distribution of homeless is not relevant.

Exhibit 10
Page 576