# EXHIBIT 19

Exhibit 19
Page 947

MARY C. WICKHAM (Bar No. 145664)
*County Counsel*
RODRIGO A. CASTRO-SILVA (Bar No. 185251)
*Acting Chief Deputy County Counsel*
LAUREN M. BLACK (Bar No. 192302)
*Principal Deputy County Counsel*
AMIE S. PARK (Bar No. 273346)
*Deputy County Counsel*
500 West Temple Street, Suite 468
Los Angeles, CA 90012
Tel: 213.974.1830  Fax: 213.626.7446
Email: lblack@counsel.lacounty.gov

BYRON J. MCLAIN (Bar No. 257191)
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
Tel: 213.972.4500  Fax: 213.486.0065
Email: bmclain@foley.com

LOUIS R. MILLER (SBN 54141)
MIRA HASHMALL (SBN 216842)
EMILY A. SANCHIRICO (SBN 311294)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400
Email: esanchirico@millerbarondess.com

Attorneys for Defendant
COUNTY OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>                   Plaintiffs,<br><br>     vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>                 Defendants. | Case No. 2:20-cv-02291 DOC-KES<br><br>**NOTICE TO THE COURT OF PAYMENT FROM COUNTY OF LOS ANGELES PURSUANT TO BINDING TERM SHEET** |

NOTICE TO COURT OF PAYMENT PURSUANT TO BINDING TERM SHEET
Case No. 2:20-cv-02291 DOC-KES

**Exhibit 19
Page 948**

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On June 16, 2020, the County of Los Angeles ("County") and the City of Los Angeles ("City") reached a historic agreement to provide a total of 6,700 beds and services for people experiencing homelessness (PEH") in the City of Los Angeles within 18 months. (*See* Dkt. 136, Binding Term Sheet ("BTS") at ¶ 1.)  The City is responsible for creating 5,300 new beds by April 16, 2021 and 700 additional new beds by December 16, 2021, for a total of 6,000 new beds.  (*See* Dkt., BTS at ¶ 1.)  The City also must provide an additional 700 beds by April 16, 2021 that "may be beds previously captured in an agreement or plan between the City and County." (*See* Dkt., BTS at ¶ 1.)  The County has committed to pay up to $293 million over the next five years to support the City's obligation to provide the 6,000 new beds.

The County hereby provides notice to the Court that, on September 1, 2020, the County, in compliance with the BTS, made its first payment of $17.66 million to the City.

Respectfully submitted,

DATED:  September 16, 2020           **FOLEY & LARDNER LLP**
                                     Byron J. McLain


                                     *Byron J. McLain*
                                     Byron J. McLain
                                     Attorney for Defendant
                                     COUNTY OF LOS ANGELES

NOTICE TO COURT OF PAYMENT PURSUANT TO BINDING TERM SHEET
-1-                    Case No. 2:20-cv-02291 DOC-KES

**Exhibit 19
Page 949**