# EXHIBIT 26

Exhibit 26
Page 1042

LAHSA Receives $15 Million Grant From HUD To Address Youth Homelessnes



**Published** September 27, 2021 | **Last updated** December 01, 2021 | 1,438 total views

Contact: Christopher Yee, cyee@lahsa.org, 213-219-1417

## LAHSA RECEIVES $15 MILLION GRANT FROM HUD TO ADDRESS YOUTH HOMELESSNESS

LOS ANGELES – The United States Department of Housing and Urban Development (HUD) awarded the Los Angeles Homeless Services Authority (LAHSA), in its capacity as the lead agency of the Los Angeles Continuum of Care, a $15 million Youth Homelessness Demonstration Project (YHDP) grant to address youth homelessness.

"This $15 million grant means real, significant and ongoing investment for youth experiencing homelessness across our system. We know that our youth have unique needs and this funding will support existing programs and bring on new programs that will help thousands of youth find a place to call home," said Heidi Marston, Executive Director of LAHSA. "I would like to give a big thank you to Secretary Fudge and her team at HUD for recognizing the needs of LA youth."

Over the coming months, LAHSA will collaborate with various stakeholders – including the Homeless Youth Forum of Los Angeles (HYFLYA), youth service providers, and system partners such as the Department of Children and Family Services– to develop a Coordinated Community Plan (CCP) to address youth homelessness across the Los Angeles Continuum of Care. The CCP development process will identify strategies and projects that improve the LA youth system's ability to house more youth faster. Input from youth with lived experience will be essential to the CCP's development and implementation.

Once HUD approves the CCP, LAHSA will use the $15 million to fund permanent housing, rapid re-housing, and innovative programs such as host homes. The CCP can be added to LAHSA's annual HUD funding application to sustain funding for youth homelessness LA for years to come.

HUD evaluates applications for the YHDP annually. This year, HUD partnered with youth with lived experience to assess the nearly 100 applications they received for funding consideration. Their assessment helped HUD ensure that applicants understood the needs and preferences of the young people they serve. Los Angeles is one of 33 local communities and 11 rural communities to receive a share of the $142 million grant.

**Exhibit 26**
**Page 1043**