# EXHIBIT 29

**Exhibit 29**
**Page 1161**

AGN. NO.

MOTION BY SUPERVISORS HILDA L. SOLIS AND                November 2, 2021
KATHRYN BARGER

**INTERIM HOUSING SERVICES FUND FOR CITIES AND COUNCILS OF GOVERNMENTS COMBATTING HOMELESSNESS**

Homelessness continues to be a regional crisis. Since the inception of the Homeless Initiative, the Los Angeles County Board of Supervisors has prioritized strengthening partnerships with the 88 cities to support local jurisdictions and bolster the County's efforts to end homelessness.

In November 2017, interested cities were rewarded grants to create city-specific plans to tackle homelessness locally. In September 2018, the Board of Supervisors approved $9 million in Measure H funding to support the implementation of those plans. And in September 2019, the Board of Supervisors approved $6 million toward the creation of an Innovation Fund for Councils of Governments (COGs) to support smaller cities as they pilot and implement new programs with a goal of bolstering the County's existing homeless housing and services infrastructure.

Cities across the County are actively working to expand the supply of permanent and interim housing resources locally. With the help of the San Gabriel Valley Council of

MOTION

MITCHELL        _____

KUEHL          _____

HAHN           _____

BARGER         _____

SOLIS          _____

**Exhibit 29
Page 1162**

Governments, the City of Baldwin Park will soon open the first Tiny Homes project in the San Gabriel Valley, providing 25 beds for people experiencing homelessness in the region. Last December, the City of Redondo Beach opened its own Pallet Shelter, which has supported the City's homeless court program. Using state Homekey funding, the City of El Monte purchased two motels, which will soon open its doors to people experiencing homelessness in the region.

These examples show that cities and COGs across the County want to be a part of the solution to homelessness. However, they need County support to operationalize these projects and provide the wrap-around supportive services that unhoused individuals need to move on to permanent housing. The FY 21-22 Measure H budget included $5 million with an additional $10 million to be recommended in FY 22-23 to support COG homeless projects for 18 months, however, additional funds are needed to support cities that want to develop interim housing. Cities and COGs that have an interest in implementing local housing programs should have access to County funding to bring these projects to fruition. Given the influx of state and federal dollars to tackle homelessness, the County is well positioned to provide this support to local jurisdictions and strengthen the region's homeless housing and services system.

**WE, THEREFORE, MOVE THAT THE BOARD OF SUPERVISORS** direct the Chief Executive Officer Homeless Initiative to:

1. Create a $10 million COGs and Cities Interim Housing Services Fund to support services at homeless interim housing projects cited in local jurisdictions throughout the County, using state, federal, and local dollars including, but not limited to state

**Exhibit 29**
**Page 1163**

Homeless Housing, Assistance and Prevention 3 grant and federal American Rescue Plan Act funds. Funds should be accessible by January 1, 2022.

2. Report back in 30 days with a framework for accessing the Interim Housing Services Fund including eligible project types, length of operations, and matching bonuses/incentives, etc.

#      #      #

HLS:du

**Exhibit 29
Page 1164**