**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                             Date: December 6, 2021

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER RE: STATUS CONFERENCE**

On June 16, 2020, the City and County signed a Binding Term Sheet agreeing on a schedule to provide beds to homeless individuals living within 500 feet of freeway overpasses, underpasses, and ramps within the City of Los Angeles. Dkt. 136. Under that agreement, the City was required to create a total of 6700 beds by December 16, 2021, of which only 700 could be beds in existing agreements. *Id.*

The Court scheduled a Status Conference to "receive testimony from the City and County regarding additional progress made towards housing individuals living within 500 feet of freeway overpasses and underpasses and other homeless individuals prioritized in the Agreement & Binding Term Sheet." Dkt. 315. On September 20, 2021 the Court continued the Conference to December 16, 2021, the final date to meet the terms of the agreement. Dkt. 349.

The Court requests that the parties provide the Court with a joint status update on progress made toward completion of the agreement by noon on December 14, 2021. In their Stipulation to Continue the Status Conference (Dkt. 345), Defendants stated that the

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                              Date: December 6, 2021

                                                                                   Page 2

County was conducting an audit process and that the "status conference [would] be more informative if the County is able to complete that process and Defendants are able to meet to discuss any issues therein." The parties are expected to apprise the Court of the status of their audit process at the Conference. If the parties have completed any audits, they should be prepared to provide those to the Court in advance or present at the Conference.

      The Status Conference will take place on December 16, 2021 at 9:00 am at the First Street U.S. Courthouse, 350 W 1st Street, Los Angeles, CA 90012. The Court will inform the parties of the specific courtroom in advance of the hearing.

      The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                              Initials of Deputy Clerk: kdu

CIVIL-GEN