MICHAEL N. FEUER, City Attorney (SBN 111529)
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
RYAN SALSIG, Deputy City Attorney (SBN 250830)
200 North Main Street, City Hall East, 7th Floor
Los Angeles, California 90012
Telephone: 213-978-4681
Facsimile: 213-978-7011
Email:  Arlene.Hoang@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

RODRIGO A. CASTRO-SILVA, County Counsel (SBN 185251)
LAUREN M. BLACK, Assistant County Counsel (SBN 192302)
ANA WAI-KWAN LAI, Senior Deputy County Counsel (SBN 273346)
500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel.: (213) 974-1830 | Fax: (213) 626-7446
Email: Alai@counsel.lacounty.gov
[*Additional counsel continued on next page.*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, a Municipal entity, et al., <br><br> Defendants. | Case No. CV 20-02291 DOC (KES) <br><br> **JOINT STATUS REPORT OF DEFENDANTS CITY OF LOS ANGELES AND COUNTY OF LOS ANGELES RE: MEMORANDUM OF UNDERSTANDING [DKT. 185-1 and 372]** <br><br> Date:     December 16, 2021 <br> Time:     9:00 a.m. <br> Location: 350 W 1st Street <br>                Los Angeles, CA 90012 <br> Assigned to the Hon. David O. Carter |

```
1  BYRON J. MCLAIN (SBN 257191)
   FOLEY & LARDNER, LLP
2  555 South Flower Street, Suite 3300
   Los Angeles, California 90071
3  Tel.: (310) 972-4500 | Fax: (213) 486-0065
   Email: bmclain@foley.com
4

5  LOUIS R. MILLER (SBN 54141)
   MIRA HASHMALL (SBN 216842)
6  MILLER BARONDESS, LLP
   1999 Avenue of the Stars, Suite 1000
7  Los Angeles, California 90067
   Tel.: (310) 552-4400 | Fax: (310) 552-8400
8  Email.: smiller@millerbarondess.com

9
   Attorneys for Defendant
10 COUNTY OF LOS ANGELES
```

Pursuant to the Court's December 6th, 2021 Order (Dkt. 372), Defendants City of Los Angeles and County of Los Angeles submit this joint status update on progress made toward completion of the Memorandum of Understanding between the parties ("MOU") dated October 9, 2020 (Dkt. 185-1).

## I. The City Has Created More Than 6,700 Open And Occupiable Beds Pursuant To The MOU

The City will meet and exceed the goal set forth in the MOU to create 6,700 new beds by December 16, 2021.

The MOU was entered on October 9, 2020, consistent with the terms of the Binding Term Sheet signed on June 16, 2020. (Dkt. 185-1.) As of November 30, 2021 – less than eighteen months since the Binding Term Sheet was executed – the City opened 7,248 interventions pursuant to the terms of the MOU. By December 16, 2021, the City expects to have developed 6,540 new open and occupiable beds pursuant to the MOU, and 754 open and occupiable other beds, for a total of 7,294 shelter opportunities. As of November 30, 2021, 12,017 unsheltered Angelenos have been served by these interventions.[1]

**Exhibit A** summarizes the type of interventions in each Council District, the number of beds provided in each intervention, the status of each project, and the number of unsheltered Angelenos from each of the three target populations identified in the MOU that have been placed in each intervention.

To date, the City has invested great effort and resources, including $593,905,597 funding, to develop these interventions throughout the City. The most recent funding recommendations to City Council from the Office of the City Administrative Officer ("CAO"), contained in a report dated November 23, 2021, are attached hereto as **Exhibit B**. Other reports reflecting City funding for the creation of beds, and to fund services, pursuant to the MOU have been previously submitted to the Court. (Dkt 186-3, 204-3,

---

[1] November 30, 2021 was the latest date LAHSA could provide accurate data for this joint status report.

267-4, 342-3-5, 356-3, 357.)

## II. The County Has Contributed $113 Million And Provides Mainstream Services To PEH In The City's Facilities Pursuant To The MOU

Pursuant to the terms of the MOU, the County made an initial payment to the City of $17.66 million on September 1, 2020, to finance its agreement to provide 6,700 beds for People Experiencing Homelessness ("PEH"). (ECF Dkt. Nos.177, 185-1.) The County made its second and third payments of $17.67 million on December 22, 2020 and March 24, 2021, respectively. (ECF Dkt. Nos. 203, 254.) On July 9, 2021, the County made its fourth payment of $60 million to the City. (ECF Dkt. No. 341.)

To date, the County has contributed $113 million to the City in connection with the MOU. The County also provides a package of mainstream services to PEH residing in facilities established by the City pursuant to the MOU, including on-site outreach and engagement, benefits assistance, as well as mental health and substance abuse services. (ECF Dkt. No. 341.) On November 2, 2021, the County submitted its Quarterly Report detailing the County's provision of mainstream services at those facilities as of September 30, 2021. (ECF Dkt. No. 364.)

## III. County Auditor-Controller's Audit Of City's Eligibility For One-Time $8 Million Bonus For Beds Open And Occupiable By April 16, 2021

As the Court noted in its Order (Dkt. 372), Defendants previously reported the County Auditor-Controller was in the process of conducting an audit to determine the City's eligibility for a one-time $8 million bonus under the MOU if 5,300 New Beds were open and occupiable within 10 months of June 16, 2020, *i.e.,* by April 16, 2021. The County's Auditor-Controller has now completed its limited review of the City's eligibility under Section III.C of the MOU for the one-time bonus.

The City reported 5,603 New Beds were open and occupiable as of April 16, 2021. However, the County Auditor-Controller concluded, on a sample basis, that the City was not entitled to the bonus. The County Auditor-Controller's final report, and the City Administrative Officer's response to the Auditor-Controller's findings and

recommendations, are collectively attached hereto as **Exhibit C**.[2]  The City and County continue to work in good faith to resolve this issue, and do not believe court intervention is necessary at this time.  The parties reserve the right to seek court intervention at a later date if it is deemed necessary.

DATED:  December 14, 2021        MICHAEL N. FEUER, City Attorney
                                 SCOTT MARCUS, Chief Assistant City Attorney
                                 ARLENE N. HOANG, Deputy City Attorney
                                 JESSICA MARIANI, Deputy City Attorney
                                 RYAN SALSIG, Deputy City Attorney


                                 By: /s/_____
                                 Arlene N. Hoang, Deputy City Attorney
                                 Counsel for Defendant
                                 CITY OF LOS ANGELES


DATED: December 14, 2021         MILLER BARONDESS, LLP


                                 By: /s/_____
                                 MIRA HASHMALL
                                 Attorneys for Defendant
                                 COUNTY OF LOS ANGELES

                                 Pursuant to L.R. 5-4.3.4(a)(2)(i), all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

---

[2] The CAO's response attaches a letter from Heidi Marston, Executive Director of the Los Angeles Homeless Services Authority ("LAHSA").  The CAO's response also attached a draft version of the County Auditor-Controller's report, which is omitted here.