# EXHIBIT B

REPORT FROM

# OFFICE OF THE CITY ADMINISTRATIVE OFFICER

| | | |
|---|---|---|
| Date: | November 23, 2021 | CAO File No.  0220-05151-0312<br>Council File No.  20-0841<br>Council Districts:  All |
| To: | The City Council | |
| From: | Matthew W. Szabo, City Administrative Officer | |
| Reference: | COVID-19 Homelessness Roadmap | |
| Subject: | **Ninth Funding Report: COVID-19 Homelessness Roadmap Funding Recommendations** | |

## SUMMARY

On September 9, 2020, the City Council approved funding for the initial projects under the City of Los Angeles' COVID-19 Homelessness Roadmap (Roadmap) and directed the Office of the City Administrative Officer (CAO) to submit future funding recommendations for projects through reports. This Report is the ninth such report. The purpose of this Report is: to recommend funding for new projects; to request funding for current or ongoing efforts; to request authority to extend the City's Project Roomkey program; and to recommend reprograming unspent Federal Coronavirus Relief Fund (CRF) savings.

First, this Report recommends funding for one (1) new interim housing site in Council District 1, with up to 132 beds, and funding for 48 additional beds at an existing interim housing site in Council District 9, for a total of 180 new beds to be added to the Roadmap.

Second, this Report requests funding to continue operating 27 beds at a congregate shelter site in Council District 1; for contractual services for the City's Bureau of Engineering (BOE) to conduct feasibility studies for potential housing and shelter projects; and for increased capital costs at an existing Project Homekey site in Council District 9.

Third, this Report requests the necessary authorities to front-fund the extension of the City's Project Roomkey program by extending two existing sites; to renegotiate the regulatory agreements for five (5) Project Homekey sites in order to allow them to be converted to permanent supportive housing (PSH) ahead of schedule; and to negotiate an extended lease and sublease agreement for an existing bridge housing facility in Council District 1 through the City's A Bridge Home (ABH) program. Additionally, this Report recommends increasing the Los Angeles Homeless Services Authority's (LAHSA) expenditure authority to implement the Rapid Rehousing/Shared Housing Program.

| | |
|---|---|
| CAO File No.<br>0220-05151-0312 | PAGE<br>2 |

Lastly, this Report recommends reprogramming CRF savings in advance of the December 31, 2021 expenditure deadline, as well as other funding changes for previously approved Roadmap interventions and items.

**RECOMMENDATIONS**

That the City Council, subject to approval by the Mayor:

1. DETERMINE the Crisis and Bridge Housing facility at 499 North San Fernando Road, which allows for leasing, construction, and the operation as temporary homeless shelter for people experiencing homelessness, is statutorily exempt under Public Resources Code Section 21080(b)(4) as a specific action necessary to prevent or mitigate an emergency as also reflected in California Environmental Quality Act (CEQA) Guidelines Section 15269(c); and under Public Resources Code Section 21080.27 (AB 1197) applicable to the City's emergency homeless shelters.

2. APPROVE up to $14,415,914 for construction of an interim housing site with up to 132 beds at 499 San Fernando Road in Council District 1.

3. TRANSFER up to up to $14,415,914 to the Capital Improvement Expenditure Program Fund No. 100/54, in a new account entitled, "CD 1 499 San Fernando Road" for construction of an interim housing site with up to 132 beds at 499 San Fernando Road in Council District 1, from the following accounts:
    a. $11,603,635 from the Additional Homeless Services General City Purposes (AHS-GCP) Fund No. 100/56, Account No. 000931; and
    b. $2,812,279 from the Community Development Block Grant Covid-19 (CDBG-CV) Fund No. 424, Account No. 43T9CV, CV-19 Pallet Shelters.

4. APPROVE $475,200 for the nonprofit services provider Special Service for Groups/Homeless Outreach Program Integrated Care System (SSG/HOPICS) for the cost of services required to increase the number of beds from 20 to 68 at an existing interim housing site in Council District 9, located at 224 East 25th Street and 224 1/2 East 25th Street, and:
    a. TRANSFER $475,200 from the Homelessness Efforts-County Funding Agreement Fund No. 63Q, Department No. 10, Account 10T618 to Fund No. 63Q, Department 10, Account No. 43TB34, Interim Housing Operations (Year-Round Expansion).

5. REQUEST that LAHSA increase its contract with SSG/HOPICS in the amount of $475,200 for six (6) months of operations (January 1, 2022 through June 30, 2022) for additional beds at an existing interim housing site located at 224 East 25th Street and 224 1/2 East 25th Street in Council District 9.

| | |
|---|---|
| CAO File No. | PAGE |
| 0220-05151-0312 | 3 |

6. APPROVE up to $276,745.85 in Emergency Solutions Grant CARES Act (ESG-CV) dollars from Fund No. 517, Account No. 43VC9V, COVID-19 Homeless Roadmap for emergency shelter operations at the Echo Park Community Center, located at 313 Patton Street, in Council District 1, with a total of 27 emergency shelter beds, from November 1, 2021 through March 31, 2022, as follows:
    a. $203,850 to LAHSA from ESG-CV Fund No. 517, account number to be determined, for the cost of services;
    b. $68,221.44 to the Department of Recreation and Parks (RAP) Fund No. 302, Department No. 88, Account No. 001070, for salaries as needed for labor costs; and
    c. $4,674.41 to RAP Fund No. 302, Department No. 88, Account No. 003040, for contractual services for one-time cleaning costs.

7. REQUEST that LAHSA execute a new contract, or amend its current contract, with First to Serve (FTS) in the up to amount of $276,745.85 for five (5) months of operations (November 1, 2021 through March 31, 2022) of an emergency shelter site at the Echo Park Community Center, located at 313 Patton Street, in Council District 1.

8. APPROVE moving up to $6,500,000 in additional funding from the AHS-GCP Fund No. 100/56, Account No. 000931, to the GCP Fund No. 100/56, Account No. 000957 Project Roomkey COVID-19 Emergency Response to front-fund the extension of the City's Project Roomkey program through May 31, 2022.

9. RESCIND the approved Recommendation Nos. 12, 13, 14, and 15 from the CAO's Eighth Homelessness Roadmap Funding Report, dated September 2, 2021 (C.F. 20-0841), and replace them with the following recommendations:
    a. TRANSFER up to $53,499,184 from the GCP Fund No. 100/56, Account No. 000957 Project Roomkey COVID-19 Emergency Response to the following departments as needed for the extension of the City's Project Roomkey program through May 31, 2022:
        i. General Services Department (GSD) and/or Citywide Leasing in the up to amount of $33,165,996.31;
        ii. Personnel Department and Office of the City Clerk in the up to amount of $5,427,788.94; and
        iii. LAHSA in the up to amount of $14,905,398.75.
    b. AUTHORIZE the CAO to enter into an agreement with the County of Los Angeles (County) to provide the City with $29,998,367 in funding from the State of California (State) for the purpose of extending the City's Project Roomkey program, pending approval by the Board of Supervisors;
    c. AUTHORIZE the Controller to deposit up to $29,998,367 to the GCP Fund No. 100/56, Account No. 000957 Project Roomkey COVID-19 Emergency Response upon receipt from the County; and

    d. INCREASE in the up to amount of $29,998,367 in GCP Fund No. 100/56, Account No. 000957 Project Roomkey COVID-19 Emergency Response for the extension of the City's Project Roomkey program through May 31, 2022.

10. APPROVE $959,032 in additional funding from the CRF Fund No. 63M, Department No. 10, Account No. 10T695, CIEP/Homelessness Roadmap/Capital to the CRF Fund No. 63M, Department No. 10, account number to be determined for the Neighborhood Housing Services of Los Angeles County and Ward Economic Development Corporation (Ward EDC) for rehabilitation costs to establish up to 100 interim housing beds at 1300-1332 West Slauson Avenue in Council District 9.

11. AUTHORIZE the CAO to negotiate, execute, or amend an agreement with Neighborhood Housing Services of Los Angeles County and Ward EDC, or their designee, with BOE serving as the Project Manager, in the amount of $3,989,696 for rehabilitation for the interim housing facility at 1300-1332 West Slauson Avenue in Council District 9.

12. APPROVE up to $700,000 from the AHS-GCP Fund No. 100/56, Account No. 000931 to the BOE Special Services Fund No. 682, Department No. 50, for a new account entitled, "Feasibility Studies for Homeless Roadmap" for staff and consultants to initiate site assessment and environmental analyses.

13. REPROGRAM up to $7,884,064.98 allocated for various Roadmap interim housing projects to the CRF Fund No. 63M, Department No. 10, Account No. 10T695, CIEP/Homelessness Roadmap/Capital from:
    a. $384,337 allocated to BOE Fund No. 100/78, Account No. 003040 for staff and consultants, to initiate site assessment and environmental analyses;
    b. $104,967.21 allocated to BOE Fund No. 100/78, Account No. 001010 for general salaries associated with the construction costs of interim housing sites and feasibility studies;
    c. $148,405 from CRF Fund No. 63M, Department No. 10, Account No. 10T612, 11471 Chandler Boulevard in Council District 2;
    d. $8,431.54 from CRF Fund No. 63M, Department No. 10, Account No. 10T613, 6099 Laurel Canyon Boulevard in Council District 2;
    e. $330,242.15 from CRF Fund No. 63M, Department No. 10, Account No. 10T614, 19020-19040 Vanowen Street in Council District 3;
    f. $636,948.80 from CRF Fund No. 63M, Department No. 10, Account No. 10T615, 1221 South Figueroa Place in Council District 15;
    g. $510,285.96 from CRF Fund No. 63M, Department No. 10, Account No. 10T620, 12600 Saticoy Street in Council District 2;
    h. $4,294,492.33 from CRF Fund No. 63M, Department No. 10, Account No. 10T751, 18140 Parthenia Boulevard in Council District 12;
    i. $454,772.81 from CRF Fund No. 63M, Department No. 43, Account No. 43TA66, CAST Shelter Property Acquisition and Improvements;

CAO File No.  
0220-05151-0312

PAGE  
5

    j. $296,745.18 from CRF Fund No. 63M, Department No. 10, Account No. 10T617, Matching Funds for Homekey Program Applications; and  
    k. $714,437 from CRF Fund No. 63M, Department No. 43, Account No. 43TA43, Homekey Rehab.

14. APPROVE up to $8,556,349.05 to change funding sources for expenditures incurred through December 31, 2021, in Capital Improvement Expenditure Program Fund No. 100/54 to CRF Fund No. 63M, Department No. 10 from:
    a. $2,812,279 allocated for construction of a Tiny Home Village at Arroyo Seco (Arroyo Drive and Avenue 60) in Council District 14 in Fund No. 100/54, Account No. 00T772 from CDBG-CV Fund No. 424/43;
    b. $3,121,058.03 allocated for construction of a Tiny Home Village at 2301 West 3rd Street in Council District 13 in Fund No. 100/54, Account No. 00T788 from AHS-GCP No. 100/56; and
    c. $2,623,012.02 allocated for construction of a Tiny Home Village at 7570 Figueroa Street in Council District 14 in Fund No. 100/54, Account No. 00T789 from AHS-GCP Fund No. 100/56.

15. TRANSFER up to $8,556,349.05 from CRF Fund No. 63M, Department No. 10, Account No. 10T695, CIEP/Homelessness Roadmap/Capital to:
    a. $2,812,279 to Capital Improvements Expenditure Program Fund No. 100/54, Account No. 00T772, for construction of a Tiny Home Village at Arroyo Seco (Arroyo Drive and Avenue 60) in Council District 14;
    b. $3,121,058.03 to Capital Improvements Expenditure Program Fund No. 100/54, Account No. 00T788, for construction of a Tiny Home Village at 2301 West 3rd Street in Council District 13; and
    c. $2,623,012.02 to Capital Improvements Expenditure Program Fund No. 100/54, Account No. 00T789, for construction of a Tiny Home Village at 7570 Figueroa Street in Council District 14.

16. REDUCE up to $2,812,279 in CDBG-CV funding allocated for a Tiny Home Village at Arroyo Seco (Arroyo Drive and Avenue 60) in Council District 14 from Fund No. 100, Department No. 54, Account No. 00T772.

17. INCREASE up to $2,812,279 in CDBG-CV Fund No. 424, Account No. 43T9CV, CV-19 Pallet Shelters for future Roadmap costs.

18. TRANSFER up to $5,744,070.05 to AHS-GCP Fund No. 100/56, Account No. 000931 from:
    a. $3,121,058.03 allocated for construction of a Tiny Home Village at Arroyo Seco (Arroyo Drive and Avenue 60) in Council District 14 from Capital Improvements Expenditure Program Fund No. 100/54, Account No. 00T772; and

  b. $2,623,012.02 allocated for construction of a Tiny Home Village at 7570 Figueroa Street in Council District 14 from Capital Improvements Expenditure Program Fund No. 100/54, Account No. 00T789.

19. TRANSFER up to $4,294,492.33 from AHS-GCP Fund No. 100/56, Account No. 000931 to Capital Improvement Expenditure Program Fund No. 100/54, Account No. 00T834 to replace CRF funds allocated for construction of an interim housing site at 18140 Parthenia Boulevard in Council District 12.

20. TRANSFER $714,437 in ESG-CV from Fund No. 517, Account No. 43VC9V, COVID-19 Homeless Roadmap to Fund No. 517, Account No. 43TA43, Homekey Rehab to replace CRF funds allocated for rehabilitation costs for various Project Homekey sites as described in this Report on page 12.

21. REQUEST that LAHSA amend its contracts with Project Homekey owner/operators to effectuate Recommendation No. 20 above.

22. DIRECT the Los Angeles Housing Department (LAHD) to work with the CAO and the City Attorney to renegotiate and execute amendments to the regulatory documents recorded against the properties at the following Project Homekey Sites to remove the three (3) year minimum interim housing requirement to allow for immediate redevelopment of the sites into PSH and affordable housing, consistent with details regarding these five (5) projects, as further provided for in this Report:

| Project Homekey Site Name | Address | Owner/Operator |
|---|---|---|
| Best Inn | 4701 West Adams Boulevard, Los Angeles, CA 90016 | The People Concern |
| EC Motel | 3501 South Western Avenue, Los Angeles, CA 90018 | SSG/HOPICS |
| Panorama Inn | 8209 Sepulveda Boulevard, Los Angeles, CA 91402 | LA Family Housing (LAFH) |
| Ramada Inn | 3130 Washington Boulevard, Los Angeles, CA 90291 | People Assisting the Homeless (PATH) |
| Travelodge Normandie | 18606 Normandie Avenue, Los Angeles, CA 90248 | PATH |

|  | CAO File No. | PAGE |
|---|---|---|
|  | 0220-05151-0312 | 7 |

23. APPROVE an increase in expenditure authority for the ESG-CV Rapid Rehousing/Shared Housing allocation to LAHSA from $38,785,035 to $55,000,000 for up to 2,000 enrolled households through June 30, 2022.

24. DIRECT LAHD to ensure the LAHSA Rapid Rehousing/Shared Housing ESG-CV contract mandates LAHSA to provide accurate and timely reports on placements as requested by the City.

25. AUTHORIZE GSD to negotiate and execute a lease agreement extension with the Los Angeles Mission for an ABH site located at 1920 West 3rd Street in Council District 1, for up to four (4) years.

26. AUTHORIZE GSD to negotiate and execute a sublease agreement extension with PATH for an ABH site located at 1920 West 3rd Street in Council District 1, for up to four (4) years.

27. TRANSFER $300 in savings allocated for leasing costs for an ABH site with 30 youth beds at 1214 Lodi Place in Council District 13 from GSD Fund No. 100/40, Account No. 006030, Leasing, to the Homeless Housing, Assistance, and Prevention (HHAP) Program Category 6 - Youth Experiencing Homelessness or At Risk of Homelessness.

28. TRANSFER $93,302.16 in HHAP Category 1 - ABH Capital from Capital Improvement Expenditure Program Fund No. 100/54, Account No. 00T773 to GSD Fund No. 100/40 to reimburse the costs for site prep and hygiene trailer maintenance at a Safe Sleep Village with up to 90 beds, located at 317 North Madison Avenue in Council District 13, as follows:
    a. $37,950.23 to Account No. 001014 Salaries, Construction; and
    b. $55,351.93 to Account No. 003180 Construction Materials.

29. INSTRUCT the General Manager of LAHD, or their designee, to amend Roadmap Contract No. C-137223 with LAHSA, as described in this Report, to:
    a. Reflect the service funding allocation in this Report for 224 East 25th Street and 224 1/2 East 25th Street, the Echo Park Community Center at 313 Patton Street, Project Roomkey, and Project Homekey Rehab;
    b. Increase expenditure authority for Rapid Rehousing/Shared Housing from $38,785,035 to $55,000,000 for up to 2,000 enrolled households through June 30, 2022; and
    c. Decrease the following programs:
        i. Leasing of interim units for people experiencing homelessness by $3,951,600; and
        ii. New Interim Beds/Tiny Home Villages by $7,185,938.

| | |
|---|---|
| CAO File No.<br>0220-05151-0312 | PAGE<br>8 |

30. AUTHORIZE the CAO to:
    a. Prepare Controller instructions or make necessary technical adjustments, including to the names of the Special Fund accounts recommended for this Report, to implement the intent of these transactions, and authorize the Controller to implement these instructions; and
    b. Prepare any additional Controller instructions to reimburse City departments for their accrued labor, material, or permit costs related to projects in this Report, to implement the intent of these transactions, and authorize the Controller to implement these instructions.

**CITY OF LOS ANGELES COVID-19 HOMELESSNESS ROADMAP BACKGROUND**

On June 16, 2020, the City reached an agreement with the County to develop 6,700 new housing interventions in response to the COVID-19 emergency within 18 months. This agreement established the following milestones:

- 700 beds in existing agreements with the County within 10 months;
- 5,300 new interventions within 10 months; and
- 700 new interventions within 18 months.

A total of 6,000 of these interventions must be new and must not be included in any existing agreement between the City and County. In exchange, the County committed to providing up to $60 million in funding for services every year for five (5) years for a total of up to $300 million, or up to half of the estimated $600 million in total costs for these interventions over the term of the agreement. The amount of funding from the County will be determined by the number of interventions that are open and occupiable within 60 days of July 1 each year. The target population for this effort includes:

- People experiencing homelessness and living in the City within 500 feet of freeway overpasses, underpasses, and ramps;
- People experiencing homelessness within the City who are 65 years of age or older; and
- Other vulnerable people experiencing homelessness within the City of Los Angeles.

As of November 17, 2021, a total of 6,397 new interventions are open and occupiable, including 1,294 Rapid Rehousing/Shared Housing placements overseen by LAHSA.

**FUNDING RECOMMENDATIONS**

**New Interim Housing Site in Council District 1**

This Report recommends funding for one (1) new interim housing site with up to 132 beds located at 499 San Fernando Road in Council District 1. A total of up to $14,415,914 is recommended to cover the construction costs necessary to establish the facility on City-

owned land. BOE has conducted a CEQA analysis for this site, which is transmitted under separate cover. The Mayor and City Council must approve BOE's determination that these uses are categorically exempt from CEQA.

A future report will recommend funding for services to operate the site for either families, individuals, or both, and the authority for GSD to negotiate and execute a sublease agreement with an identified service provider for a period of up to five (5) years.

**Additional Beds at Interim Housing Site in Council District 9**

On April 7, 2021, the Mayor and City Council approved funding for various sites contracted by SSG/HOPICS. SSG/HOPICS subcontracted with Abundant Blessings to provide services for 20 beds at interim housing sites located at 224 East 25th Street and 224 1/2 East 25th Street, in Council District 9. LAHSA reports that Abundant Blessings can increase its operations from 20 beds to 68 beds at these locations if additional funding is made available. This Report recommends $475,200 to fund operations costs for these 48 additional beds, for a total of up to 68 beds, from January 1, 2022 through June 30, 2022, and instructs LAHSA to amend its contract with SSG/HOPICS to provide this funding to Abundant Blessings.

**Extension of Shelter Site in Council District 1**

On April 7, 2021, the Mayor and City Council approved funding to extend emergency shelter operations for 27 beds at the Echo Park Community Center in Council District 1, from April 1, 2021 through October 31, 2021. Instead of reverting to the regular Winter Shelter Program, which began on November 1, 2021, the Council Office requested these beds remain part of the Roadmap through March 31, 2022. This Report recommends $276,745.85 for the cost of labor ($68,221.44), cleaning ($4,674.41), and services ($203,850) to continue emergency shelter operations at the site, and instructs LAHSA to execute a new contract, or amend its current contract, with FTS in support of continued operations.

**Project Roomkey Extension**

On September 30, 2021, the Mayor and City Council approved up to $32 million from the AHS-GCP to front-fund Project Roomkey costs through March 31, 2022 (C.F. 20-0841). On November 9, 2021, President Joseph R. Biden announced that the Federal Emergency Management Agency (FEMA) will reimburse jurisdictions for costs associated with non-congregate shelters at 100 percent through April 1, 2022. This Report recommends approving up to $6,500,000 in additional funding from the AHS-GCP to front-fund Project Roomkey costs through May 31, 2022, which is beyond the current date for which FEMA will reimburse at 100 percent.

| | CAO File No. | PAGE |
|---|---|---|
| | 0220-05151-0312 | 10 |

The City is set to receive additional funding in the amount of $29,998,367 in State funding, administered through the County, which this Report recommends using to pay for the Project Roomkey costs that we do not anticipate being reimbursed by FEMA. The additional State funding includes $6,500,000 from the State's Fiscal Year (FY) 2020-21 allocation and $23,498,367 from the State's FY 2021-22 allocation. Although FEMA has only extended the program through April 1, 2022, the schedule below represents a schedule that will allow LAHSA and service providers to place Project Roomkey residents in suitable housing options as these sites ramp-down. The State funding is expected to cover the non-FEMA reimbursable expenses. Given the limited amount of front funding that could be identified, we recommend extending two of the larger hotels, Mayfair and LA Grand.

**Table 1: Schedule for Project Roomkey Extension through May 31, 2022**

| Council District | Site | Start Date | End Date | New End Date |
|---|---|---|---|---|
| 1 | America's Best Value | 4/1/2021 | 12/10/2021 | 12/10/2021 |
| 1 | Mayfair | 8/11/2020 | 12/31/2021 | 4/30/2022 |
| 1 | Royal Pagoda | 5/17/2021 | 2/4/2022 | 2/4/2022 |
| 1 | Best Western Dragon's Gate | 4/1/2021 | 2/18/2022 | 2/18/2022 |
| 4 | Highland Gardens | 7/8/2021 | 2/28/2022 | 2/28/2022 |
| 6 | Airtel | 4/15/2021 | 3/31/2022 | 3/31/2022 |
| 14 | LA Grand | 5/11/2020 | 1/31/2022 | 5/31/2022 |

**Additional Capital Costs for Project Homekey Interim Housing Site in Council District 9**

On April 7, 2021, the Mayor and City Council authorized the CAO to execute a contract for $2,043,164 with Ward EDC for the rehabilitation of a commercial site purchased through the City's Project Homekey program (C.F. 20-0841). This site is currently under construction and will create 100 interim housing beds at 1300-1332 West Slauson Avenue. This Report recommends $959,032 of additional CRF funds to fully cover the costs of City prevailing wage rates that were previously underestimated. Due to this increase, this Report additionally recommends that the CAO increase the contract amount for this project to $3,989,696. This includes additional funding recommended in this Report, as well as capturing $987,500 in CRF savings as a result of funds being redirected for use towards capital costs at the site.

**Additional Funding for Site Assessment**

$1,000,000 from the CRF fund was allocated to BOE for staff and consultants, and to initiate site assessment and environmental analyses. This Report recommends $700,000 in additional funding for BOE from the AHS-GCP.

|  | CAO File No.<br>0220-05151-0312 | PAGE<br>11 |

### Reprogramming of CRF Fund Unexpended Balances

This Report recommends reprogramming up to $9,515,381.05 in CRF funds to various Roadmap projects as outlined below in Table 2. These CRF funds will not be spent by the statutory grant funding deadline of December 31, 2021.

**Table 2: Recommended Reprogramming of CRF Fund Unexpended Balances**

| CD | Roadmap Intervention or Item | CRF Unexpended Balances Recommended for Reprogramming |
|---|---|---|
| 2 | 11471 Chandler Boulevard | $148,405.00 |
| 2 | 6099 Laurel Canyon Boulevard | $8,431.54 |
| 2 | 12600 Saticoy Street | $510,285.96 |
| 3 | 19020-19040 Vanowen Street | $330,242.15 |
| 12 | 18140 Parthenia Boulevard | $4,294,492.33 |
| 15 | 1221 South Figueroa Place | $636,948.80 |
| **Tiny Home Village Capital Improvements Total** | | **$5,928,805.78** |
| 6 | Econo Motor | $193,049.00 |
| 8 | EC Motel and EC Motel Parking | $188,000.00 |
| 10 | Best Inn | $32,965.00 |
| 11 | Super 8 LAX | $187,292.00 |
| 12 | Travelodge Devonshire | $85,729.00 |
| 13 | The Nest | $27,402.00 |
| **Project Homekey Capital Improvements Total** | | **$714,437.00** |
| 5 | CAST Shelter Property Acquisition and Improvements | $454,772.81 |
| 6 | Woodman Ownership Transfer to the National Health Foundation | $296,745.18 |
| n/a | BOE Site Assessment | $384,337.00 |
| n/a | BOE Salaries Associated with Construction | $104,967.21 |
| **Other Total** | | **$1,240,822.20** |
| **Sub Total** | | **$7,884,064.98** |
| n/a | BOE Pallet | $1,631,316.07 |
| **Total** | | **$9,515,381.05** |

This Report recommends transferring up to $8,556,349.05 in unexpended CRF funding to the following projects, to replace existing funding sources for expenditures incurred through December 31, 2021:
- $2,812,279 in CDBG-CV funding allocated for the construction of a Tiny Home Village at Arroyo Seco (Arroyo Drive and Avenue 60) in Council District 14;

- $3,121,058.03 in AHS-GCP funding allocated for the construction of a Tiny Home Village at 2301 West 3rd Street in Council District 13; and
- $2,623,012.02 in AHS-GCP funding allocated for the construction of a Tiny Home Village at 7570 Figueroa Street in Council District 14.

This Report also recommends up to $5,008,929.33 in CRF funding allocated to below projects to be replaced with AHS-GCP and ESG-CV funds as these CRF funds will not be spent by the expenditure deadline and will be reprogrammed as described in the above table:
- $4,294,492.33 from AHS-GCP to replace CRF funds allocated for the construction of an interim housing site located at 18140 Parthenia Boulevard in Council District 12; and
- $714,437 in ESG-CV to replace CRF funds allocated for rehabilitation costs for various Project Homekey sites.

**Early Conversion to Permanent Supportive Housing at Project Homekey Sites**

The 55-year regulatory agreements recorded against all Project Homekey sites include a provision to initially provide interim housing for a period of three (3) to five (5) years. A total of four (4) of the City's Project Homekey sites received an invitation by the Hilton Foundation to apply for grant funding for an early conversion of the site to Permanent Supportive Housing (PSH). These grant awards are anticipated to be provided in December 2021, with construction starting in mid-2022. This Report recommends taking advantage of the opportunity to leverage private grant funding for these sites, and having the CAO, LAHD, and the City Attorney negotiate amendments to these regulatory agreements to remove the three (3) year minimum interim housing requirement, and instead include additional provisions to require the immediate conversion of each site to PSH.

This Report additionally recommends the same amendments for immediate PSH conversion of one additional Project Homekey site, the Travelodge Normandie. Construction costs for this project were found to be much higher than initial estimates and, given these cost increases, the CAO believes it is more efficient to convert the site to PSH while at the same time carrying out all required rehabilitation. Table 3 below lists all the Project Homekey sites that are being recommended for early conversion.

**Table 3: Project Homekey Sites Recommended for Early Conversion to PSH**

| Project Homekey Site Name | Council District | Address | Owner/Operator |
|---|---|---|---|
| Best Inn | 10 | 4701 West Adams Boulevard, Los Angeles, CA 90016 | The People Concern |
| EC Motel | 8 | 3501 South Western Avenue, | SSG/HOPICS |

| Project Homekey Site Name | Council District | Address | Owner/Operator |
|---|---|---|---|
| | | Los Angeles, CA 90018 | |
| Panorama Inn | 6 | 8209 Sepulveda Boulevard, Los Angeles, CA 91402 | LAFH |
| Ramada Inn | 11 | 3130 Washington Boulevard, Venice, CA 90291 | PATH |
| Travelodge Normandie | 15 | 18606 Normandie Avenue, Los Angeles, CA 90248 | PATH |

**Increased Expenditure Authority for Rapid Rehousing/Shared Housing Program**

LAHSA serves as the City's Program Administrator for the Rapid Rehousing/Shared Housing Program. On June 3, 2021, the Mayor and City Council amended the Rapid Rehousing/Shared Housing Program from 3,000 to 2,000 household placements and reduced the commitment of ESG-CV funding from $97,165,429 to $82,285,920 per LAHSA's projections. Additionally, LAHSA was approved for an expenditure authority of up to $38,785,035 through December 31, 2021.

As of November 17, 2021, LAHSA reported serving a total of 1,294 households through this program, including 1,178 households that were placed in permanent housing solutions, and 116 households that were enrolled and temporarily placed in motels. LAHSA projects that 2,000 households will be enrolled and served by December 31, 2022. So that LAHSA can continue making placements without experiencing unnecessary delays, this Report recommends increasing its expenditure authority for the Rapid Rehousing/Shared Housing Program for up to $55,000,000 through June 30, 2022. Future Roadmap funding reports will recommend additional expenditure authority to cover additional costs for these placements as necessary.

**Lease and Sublease Extension at an ABH Site in Council District 1**

The City entered into a lease agreement with the Los Angeles Mission to establish an ABH bridge housing facility that provides at least 25 beds for individuals experiencing homelessness, located at 1920 West 3rd Street, in Council District 1. The current lease agreement expires on April 4, 2022. This Report requests authority to renegotiate and execute a new lease agreement for up to four (4) years, or through June 30, 2025, the term of the Roadmap. Concurrent with the lease agreement, this Report also requests authority to negotiate and execute an extension of the sublease agreement with PATH to operate the site.

|  |  |
|---|---|
| CAO File No. | PAGE |
| 0220-05151-0312 | 14 |

An estimated amount of up to $2,018,800 is needed to continue operating the site through June 30, 2025. A future Roadmap funding report will recommend additional funding for leasing costs and operations after the new lease and sublease terms are finalized.

**Other Recommendations**

This report recommends transferring funding to capture savings from leasing costs for the ABH bridge housing facility located at 1214 Lodi Place in Council District 13 and to reimburse GSD for costs associated with site preparation and hygiene trailer maintenance at the Safe Sleep Village located at 317 North Madison Avenue in Council District 13.

**FUNDING STATUS**

Attachment 1 outlines the status of the funding sources allocated to the Roadmap in FY 2020-21 and FY 2021-22.

**FISCAL IMPACT**

There is no impact to the General Fund as a result of the recommendations in this report at this time. The recommendations in this Report will be funded with the City's General Fund approved for homelessness interventions, CARES Act, and the County's funding commitment in FY 2021-22.

Beginning in FY 2022-23, the annual cost of the City's share of ongoing operations and services for approved Roadmap interventions is estimated to be $55,052,700, and the annual cost for approved ABH interventions not included in the Roadmap is estimated to be $9,255,800, for a total of $64,308,500. This annual cost will likely be reduced because of early conversion of Project Homekey sites to PSH and will be updated in a future report. Funding for these costs could be covered by the State's HHAP and HHAP2 grants.

**FINANCIAL POLICIES STATEMENT**

The recommendations in this Report comply with the City Financial Policies.

Attachment:

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 9th Homeless Roadmap Funding Recommendations are approved

*MWS:PJH:BB:CN:AW:16220131*

**COVID-19 Homelessness Roadmap Status of Capital and Operating Funding**

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2020-2021 Commitment | | | | | | Fiscal Year 2021-2022 Commitment | | | | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | |
| 1 | ABH Beds (1) | Capital | 13160 Raymer St. | 2 | $1,348,321 | | | | | | | | | | | | $1,348,321 |
| 2 | | | 7700 Van Nuys Blvd. | 2 | $6,209,046 | | | | | | | | | | | | $6,209,046 |
| 3 | | | 7621 Canoga Ave. | 3 | $4,300,000 | | | | | | | | | | | | $4,300,000 |
| 4 | | | 3061 Riverside Dr. | 4 | $1,715,400 | $1,305,816 | | | $2,100,000 | | | -$3,421 | | | | | $5,117,795 |
| 5 | | | 3428 Riverside Dr. | 4 | $5,812,912 | | | | | | | | | | | | $5,812,912 |
| 6 | | | 1479 La Cienega Blvd. | 5 | $0 | | | | | | | | | | | | $0 |
| 7 | | | 14333 Aetna St. | 6 | $5,127,729 | | | | | | | | | | | | $5,127,729 |
| 8 | | | Sylmar Armory | 7 | | | | | | | | | | | | | |
| 9 | | | 4601 Figueroa St. | 9 | | | | | | | | | | | | | $0 |
| 10 | | | 1819 S. Western Ave. | 10 | $1,579,490 | | | | | | | | | | | | $1,579,490 |
| 11 | | | 625 Lafayette Pl. | 10 | $5,518,289 | | | | | | | | | | | | $5,518,289 |
| 12 | | | 310 N. Main St. | 14 | $3,643,174 | | | | | | | | | | | | $3,643,174 |
| 13 | | | 515 N Beacon St. | 15 | $812,790 | | | | | | | | | | | | $812,790 |
| 14 | | | 828 Eubank Ave. | 15 | $15,000 | | | | | | | | | | | | $15,000 |
| | **ABH Capital Total** | | | | **$36,082,151** | **$1,305,816** | **$0** | **$0** | **$2,100,000** | **$0** | **$0** | **-$3,421** | **$0** | **$0** | **$0** | **$0** | **$39,484,546** |
| 15 | ABH Beds (1) | Operating (2) | 1920 W 3rd St. | 1 | $169,179 | | | $179,200 | | | | | | | | | $348,379 |
| 16 | | | 13160 Raymer St. | 2 | $1,589,955 | | | $1,861,500 | | | | | | | | | $3,451,455 |
| 17 | | | 7700 Van Nuys Blvd. | 2 | $2,530,448 | | | | $2,190,000 | | | | | | | | $4,720,448 |
| 18 | | | 7621 Canoga Ave. | 3 | | | | | | | | | | | | | $0 |
| 19 | | | 3061 Riverside Dr. | 4 | $3,938,220 | | | | | | | | | | | | $3,938,220 |
| 20 | | | 3428 Riverside Dr. | 4 | $1,721,062 | | | | $2,190,000 | | | | | | | | $3,911,062 |
| 21 | | | 1479 La Cienega Blvd. | 5 | $1,359,996 | | | | | | | | | | | | $1,359,996 |
| 22 | | | 14333 Aetna St. | 6 | $1,373,030 | | | | $1,620,600 | | | | | | | | $2,993,630 |
| 23 | | | Sylmar Armory | 7 | $1,652,400 | | | | $1,861,500 | | | | | | | | $3,513,900 |
| 24 | | | 4601 Figueroa St. | 9 | $949,333 | | | | | | | | | | | | $949,333 |
| 25 | | | 1819 S. Western Ave. | 10 | $414,420 | | | | $328,500 | | | | | | | | $742,920 |
| 26 | | | 625 Lafayette Pl. | 10 | $626,691 | | | | $1,533,000 | | | | | | | | $2,159,691 |
| 27 | | | 1214 Lodi Pl. (Phase 1) | 13 | $3,720,868 | | | | $875,520 | | | | | | | | $4,596,388 |
| 28 | | | 1533 Schrader Blvd. | 13 | $281,517 | | | | $419,040 | | | | | | | | $700,557 |
| 29 | | | El Puente | 14 | $269,699 | | | | $918,264 | | | | | | | | $1,187,963 |
| 30 | | | 310 N. Main St. (Civic Center) | 14 | $1,691,058 | | | $2,168,100 | | | | | | | | | $3,859,158 |
| 31 | | | 515 N Beacon St. | 15 | $1,162,829 | | | | $832,200 | | | | | | | | $1,995,029 |
| 32 | | | 828 Eubank Ave. | 15 | | | | | $2,190,000 | | | | | | | | $2,190,000 |
| | **ABH Operation Total** | | | | **$23,450,705** | **$0** | **$0** | **$4,208,800** | **$14,958,624** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$42,618,129** |
| 33 | Tiny Home Villages | Capital | 11471 Chandler Blvd. | 2 | $30,000 | $5,257,179 | | | | | | -$515,954 | | | | | $4,771,225 |
| 34 | | | 6099 Laurel Canyon Blvd. | 2 | $30,000 | $9,354,664 | | | | | | -$149,604 | | | | | $9,235,060 |
| 35 | | | 12600 Saticoy St. | 2 | $195,754 | $8,666,413 | | | | | | -$2,510,286 | | | | | $6,351,881 |
| 36 | | | 19040 Vanowen St. | 3 | $30,000 | $3,868,246 | | | | | | -$433,814 | | | | | $3,464,432 |
| 37 | | | 6073 Reseda Blvd. | 3 | $1,501,729 | $3,357,896 | | | | | | -$192,021 | | | | | $4,667,604 |
| 38 | | | 9700 San Fernando Blvd. | 6 | | | | | | | $10,000 | $249,707 | $3,880,068 | | | $2,833,295 | $6,973,070 |
| 39 | | | Compton Ave. and Nevin Ave. | 9 | | | | | | | $10,000 | | | | | $7,194,335 | $7,204,335 |
| 40 | | | 2301 W. 3rd St. | 13 | $111,701 | | | | $4,863,199 | | | $3,121,058 | | | | -$3,121,058 | $4,974,900 |
| 41 | | | 1455 Alvarado St. | 13 | | $3,338,580 | | | | | | -$183,738 | | | | | $3,154,842 |
| 42 | | | Arroyo & Ave. 60 | 14 | $224,762 | $1,828,402 | $4,119,932 | | | | | $2,812,279 | -$2,812,279 | | | | $6,173,096 |
| 43 | | | 7570 Figueroa St. | 14 | $10,000 | $354,280 | | | | $3,444,357 | | $2,623,012 | | | | -$2,623,012 | $3,808,637 |
| 44 | | | 1221 Figueroa Pl. | 15 | $30,000 | $5,436,826 | | | | | | -$970,767 | | | | | $4,496,059 |
| | **Tiny Home Villages Capital Total** | | | | **$2,163,947** | **$41,462,485** | **$4,119,932** | **$0** | **$0** | **$8,307,556** | **$20,000** | **$3,849,872** | **$1,067,789** | **$0** | **$0** | **$4,283,560** | **$65,275,141** |
| 45 | Other Interim Beds | Capital | 499 San Fernando Road | 1 | | | | | | | | $2,812,279 | | | | $11,603,635 | $14,415,914 |
| 46 | | | Coalition to Abolish Slavery and Trafficking (CAST) | 5 | | $900,000 | | | | | | -$454,773 | | | | | $445,227 |
| 47 | | | 18140 Parthenia Blvd. | 12 | | $6,021,115 | | | | $2,268,008 | | -$4,794,492 | | | | $4,794,492 | $8,289,123 |
| | **Other Interim Beds Capital Total** | | | | **$0** | **$6,921,115** | **$0** | **$0** | **$0** | **$2,268,008** | **$0** | **-$5,249,265** | **$2,812,279** | **$0** | **$0** | **$16,398,127** | **$23,150,264** |
| 48 | | | 11471 Chandler Blvd. | 2 | | | | $1,849,350 | $249,025 | | | | | | | | $2,098,375 |
| 49 | | | 6099 Laurel Canyon Blvd. | 2 | | | | $4,776,500 | | | | | | | | | $4,776,500 |
| 50 | | | 12600 Saticoy St. | 2 | | | | $3,199,950 | $267,300 | | | | | | | | $3,467,250 |
| 51 | | | 19040 Vanowen St. | 3 | | | | $2,583,060 | | | | | | | | | $2,583,060 |

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding

**COVID-19 Homelessness Roadmap Status of Capital and Operating Funding**

| No. | Type of Unit/Intervention | Type | Site | CD | FY 2020-2021 HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | FY 2021-2022 HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 | Tiny Home Villages | Operating (2) | 6073 Reseda Blvd. | 3 | | | | $3,659,440 | | | | | | | | | $3,659,440 |
| 53 | | | 9700 San Fernando Blvd. | 6 | | | | | | | | | | $1,558,985 | | | $1,558,985 |
| 54 | | | 1455 Alvarado St. | 13 | | | | $547,582 | $1,754,082 | | | | | | | | $2,301,664 |
| 55 | | | 2301 W. 3rd St. | 13 | | | | | $1,901,735 | | | | | | | | $1,901,735 |
| 56 | | | Arroyo & Ave. 60 | 14 | | | | | $3,732,920 | | | | | | | | $3,732,920 |
| 57 | | | 7570 Figueroa St. | 14 | | | | | $1,288,934 | | | | | | | | $1,288,934 |
| 58 | | | 1221 Figueroa Pl. | 15 | | | | | $1,897,335 | | | | | | | | $1,897,335 |
| | **Tiny Home Villages Operating Total** | | | | $0 | $0 | $0 | $18,513,217 | $9,193,996 | $0 | $0 | $0 | $0 | $1,558,985 | $0 | $0 | **$29,266,198** |
| 59 | Other Interim Beds | Operating (2) | 303 Patton St. | 1 | | | | | $400,140 | | | | | $276,746 | | | $676,886 |
| 60 | | | 1701 Camino Palmero St. | 4 | | | | | $766,080 | | | | | | | | $766,080 |
| 61 | | | 7600 Beverly Blvd. | 4 | | | | | $304,937 | | | | | | | | $304,937 |
| 62 | | | 7253 Melrose Ave. | 5 | $10,000 | | | | $2,970,444 | | | | | | | | $2,980,444 |
| 63 | | | 7816 Simpson Ave. | 6 | | | | | | | | | | $733,040 | | | $733,040 |
| 64 | | | 6909 N. Sepulveda Blvd. | 6 | | | | | $3,827,755 | | | | | | | | $3,827,755 |
| 65 | | | 11067 Norris Ave. | 7 | | | | | $609,900 | | | | | | | | $609,900 |
| 66 | | | 8501 1/2 S. Vermont Ave. | 8 | | | | | $627,000 | | | | | | | | $627,000 |
| 67 | | | 5615 - 5749 S. Western Ave. | 8 | | | | | $175,560 | | | | | | | | $175,560 |
| 68 | | | 8311 S. Western Ave. | 8 | | | | | $321,000 | | | | | | | | $321,000 |
| 69 | | | 2514 W. Vernon Ave. | 8 | | | | | $214,000 | | | | | | | | $214,000 |
| 70 | | | 8501 S. Broadway | 9 | | | | | $3,762,000 | | | | | | | | $3,762,000 |
| 71 | | | 5100 S. Central Ave. | 9 | | | | | $627,000 | | | | | | | | $627,000 |
| 72 | | | 224 E. 25th St. & 224 1/2 E. 25th St. | 9 | | | | | $401,500 | | | | | | $475,200 | | $876,700 |
| 73 | | | 263 W. 42nd St. & 263 1/2 W. 42nd St. | 9 | | | | | $401,500 | | | | | | | | $401,500 |
| 74 | | | 5171 S. Vermont Ave. | 9 | | | | | $214,000 | | | | | | | | $214,000 |
| 75 | | | 18140 Parthenia Blvd. | 12 | | | | $1,611,019 | $822,955 | | | | | | | | $2,433,974 |
| 76 | | | 5941 Hollywood Blvd. | 13 | | | | $1,035,626 | | | | | | | | | $1,035,626 |
| 77 | | | 3191 W. 4th St. | 13 | | | | | $178,072 | | | | | | | | $178,072 |
| 78 | | | 566 S. San Pedro St. | 14 | $222,950 | | | $1,204,500 | $301,350 | | | | | | | | $1,728,800 |
| 79 | | | 1060 Vignes St. | 14 | | | | $1,235,934 | $4,965,426 | | | | | | | | $6,201,360 |
| 80 | | | 543 Crocker St. | 14 | $74,010 | | | | $401,500 | | | | | | | | $475,510 |
| 81 | | | 3123 S. Grand Ave. | 14 | | | | | $401,500 | | | | | | | | $401,500 |
| 82 | | | Scattered Sites - SRO Housing Corporation | 14 | | | | | $1,204,500 | | | | | | | | $1,204,500 |
| 83 | | | 345 E. 118 Pl. | 15 | | | | | $80,300 | | | | | | | | $80,300 |
| 84 | | | Various | Various | | | | | $220,220 | | | | | | | | $220,220 |
| 85 | | | Project Roomkey (3) | Various | $32,503,165 | | | | $32,281,994 | | | | | | | $6,500,000 | $71,285,159 |
| | **Other Interim Beds Operating Total** | | | | $32,810,125 | $0 | $0 | $5,087,079 | $24,198,639 | $32,281,994 | $0 | $0 | $0 | $1,009,786 | $475,200 | $6,500,000 | **$102,362,823** |
| 86 | Homekey Units (1) | Match / Acquisition | Solaire Hotel | 1 | $4,873,960 | | | | | | | | | | | | $4,873,960 |
| 87 | | | Howard Johnson | 3 | $5,103,560 | | | | | | | | | | | | $5,103,560 |
| 88 | | | Econo Motor Inn | 6 | $2,709,717 | | | | | | | | | | | | $2,709,717 |
| 89 | | | Panorama Inn | 6 | $2,713,579 | | | | | | | | | | | | $2,713,579 |
| 90 | | | Woodman | 6 | $20,056,747 | | | | | | | | | | | | $20,056,747 |
| 91 | | | Woodman Ownership Transfer | 6 | $296,746 | | | | | | | -$296,746 | | | | | $0 |
| 92 | | | Good Nite Inn | 7 | $16,351,536 | | | | | | | | | | | | $16,351,536 |
| 93 | | | EC Motel | 8 | $1,281,013 | | | | | | | | | | | | $1,281,013 |
| 94 | | | 2521-2525 Long Beach Ave. | 9 | $4,911,342 | | | | | | | | | | | | $4,911,342 |
| 95 | | | 2300, 2312, 2324 & 2332 S. Central Ave. | 9 | $11,688,000 | | | | | | | | | | | | $11,688,000 |
| 96 | | | 1300-1332 W. Slauson Ave. | 9 | $6,520,353 | | | | | | | | | | | | $6,520,353 |
| 97 | | | Best Inn | 10 | $990,290 | | | | | | | | | | | | $990,290 |
| 98 | | | Super 8 LAX | 11 | $10,830,215 | | | | | | | | | | | | $10,830,215 |
| 99 | | | Ramada Inn | 11 | $10,152,255 | | | | | | | | | | | | $10,152,255 |
| 100 | | | Travelodge (Devonshire) | 12 | $3,162,222 | | | | | | | | | | | | $3,162,222 |
| 101 | | | The Nest | 13 | $1,736,813 | | | | | | | | | | | | $1,736,813 |
| 102 | | | Titta's Inn | 14 | $1,977,625 | | | | | | | | | | | | $1,977,625 |

**COVID-19 Homelessness Roadmap Status of Capital and Operating Funding**

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2020-2021 Commitment | | | | | | Fiscal Year 2021-2022 Commitment | | | | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | |
| 103 | | | Super 8 Alhambra | 14 | | $9,021,062 | | | | | | | | | | | $9,021,062 |
| 104 | | | Travelodge (Normandie) | 15 | | $3,990,522 | | | | | | | | | | | $3,990,522 |
| 105 | | | Property management and real estate service | Various | | $779,939 | | | | | | | | | | | $779,939 |
| | **Project Homekey Match / Aquisition Total** | | | | $0 | $119,147,497 | $0 | $0 | $0 | $0 | $0 | -$296,746 | $0 | $0 | $0 | $0 | $118,850,751 |
| 106 | | | Solaire | 1 | | | | $1,812,891 | | | | | | | | | $1,812,891 |
| 107 | | | Howard Johnson | 3 | | | | $1,899,692 | | | | | | | | | $1,899,692 |
| 108 | | | Super 8 Canoga Park | 3 | | | | $2,207,008 | | | | | | | | | $2,207,008 |
| 109 | | | Econo Motor | 6 | | | | $1,731,223 | | | | | | | | | $1,731,223 |
| 110 | | | Panorama | 6 | | | | $2,394,315 | | | | | | -$2,144,315 | | | $250,000 |
| 111 | | | Woodman | 6 | | | | $4,591,700 | | | | | | | | | $4,591,700 |
| 112 | | | Good Nite Inn | 7 | | | | $4,030,275 | | | | | | | | | $4,030,275 |
| 113 | | | EC Motel & EC Motel Parking | 8 | | | | $599,878 | | | | | | | | | $599,878 |
| 114 | Homekey Units (1) | Operating | 1300-1332 W. Slauson Ave. | 9 | | | | $2,007,500 | | | | | | | | | $2,007,500 |
| 115 | | | Best Inn | 10 | | | | $674,883 | | | | | | | | | $674,883 |
| 116 | | | Super 8 LAX | 11 | | | | $2,038,300 | | | | | | | | | $2,038,300 |
| 117 | | | Ramada Inn | 11 | | | | $1,528,725 | | | | | | | | | $1,528,725 |
| 118 | | | Travelodge (Devonshire) | 12 | | | | $3,490,313 | | | | | | | | | $3,490,313 |
| 119 | | | The Nest | 13 | | | | $1,203,054 | | | | | | | | | $1,203,054 |
| 120 | | | Titta's Inn | 14 | | | | $1,062,210 | | | | | | | | | $1,062,210 |
| 121 | | | Super 8 Alhambra | 14 | | | | $2,408,900 | | | | | | | | | $2,408,900 |
| 122 | | | Travelodge (Normandie) | 15 | | | | $1,148,211 | | | | | | -$719,211 | | | $429,000 |
| | **Project Homekey Operating Total** | | | | $0 | $0 | $0 | $34,829,078 | $0 | $0 | $0 | $0 | $0 | -$2,863,526 | $0 | $0 | $31,965,552 |
| 123 | | | Solaire | 1 | | | | $3,231,738 | | | | | | | | | $3,231,738 |
| 124 | | | Howard Johnson | 3 | | | | $3,185,854 | | | | | | | | | $3,185,854 |
| 125 | | | Econo Motor | 6 | | | | $600,140 | | | | -$193,049 | | $193,049 | | | $600,140 |
| 126 | | | Panorama | 6 | | | | $4,472,059 | | | | | | | | | $4,472,059 |
| 127 | | | Woodman | 6 | | | | $397,200 | | | | | | | | | $397,200 |
| 128 | | | Good Nite Inn | 7 | | | | $2,766,023 | | | | | | | | | $2,766,023 |
| 129 | | | EC Motel & EC Motel Parking | 8 | | | | $189,988 | | | | -$188,000 | | $188,000 | | | $189,988 |
| 130 | | | 2521-2525 Long Beach Ave. | 9 | $1,831,441 | $199,873 | $836,904 | $538,329 | | | | | -$836,904 | -$538,329 | | $1,375,233 | $3,406,547 |
| 131 | Homekey Units (1) | Improvement | 1300-1332 W. Slauson Ave. | 9 | | | $2,043,164 | | | | $10,000 | $2,992,196 | -$2,043,164 | | | | $3,002,196 |
| 132 | | | Best Inn | 10 | | | | $153,612 | | | | -$32,965 | | $32,965 | | | $153,612 |
| 133 | | | Super 8 LAX | 11 | | | | $832,914 | | | | -$187,292 | | $187,292 | | | $832,914 |
| 134 | | | Ramada Inn | 11 | | | | $805,120 | | | | | | | | | $805,120 |
| 135 | | | Travelodge (Devonshire) | 12 | | | | $829,595 | | | | -$85,729 | | $85,729 | | | $829,595 |
| 136 | | | The Nest | 13 | | | | $279,565 | | | | -$27,402 | | $27,402 | | | $279,565 |
| 137 | | | Titta's Inn | 14 | | | | $237,272 | | | | | | | | | $237,272 |
| 138 | | | Super 8 Alhambra | 14 | | | | $225,640 | | | | | | | | | $225,640 |
| 139 | | | Travelodge (Normandie) | 15 | | | | $1,919,455 | | | | | | $719,211 | | | $2,638,666 |
| 140 | | | Real estate services to monitor alterations | n/a | | | | $117,500 | | | | | | $217,795 | | | $335,295 |
| | **Project Homekey Capital Improvement Total** | | | | $1,831,441 | $199,873 | $2,880,068 | $20,782,004 | $0 | $0 | $10,000 | $2,277,759 | -$2,880,068 | $1,113,114 | $0 | $1,375,233 | $27,589,424 |
| 141 | Recovery Housing | | Rapid Rehousing/ Shared Housing** | Various | | | | $82,285,920 | | | | | | | | | $82,285,920 |
| | **Recovery Housing Total** | | | | $0 | $0 | $0 | $82,285,920 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $82,285,920 |
| 142 | Measure H Strategy (7) | | Measure H Strategy - B4 (Landlord Incentive) | Various | | | | $1,136,000 | | | | | | -$710,000 | | | $426,000 |
| | **Measure H Strategy Total** | | | | $0 | $0 | $0 | $1,136,000 | $0 | $0 | $0 | $0 | $0 | -$710,000 | $0 | $0 | $426,000 |
| 143 | Safe Sleeping | Capital | 2300 S. Central Ave. (6) | 9 | $10,000 | | | | $0 | $1,075,094 | | | | | | $613,457 | $1,698,551 |
| 144 | | | 317 N. Madison Ave. | 13 | $241,110 | | | | $0 | $0 | | | | | | | $241,110 |
| | **Safe Sleep Capital Total** | | | | $251,110 | $0 | $0 | $0 | $0 | $1,075,094 | $0 | $0 | $0 | $0 | $0 | $613,457 | $1,939,661 |
| 145 | Safe Sleeping | Operating (2) | 2300 S. Central Ave. (6) | 9 | | | | $3,048,500 | | | | | | | | | $3,048,500 |
| 146 | | | 317 N. Madison Ave. | 13 | | | | | $1,250,300 | | | | | | | | $1,250,300 |
| | **Safe Sleep Operating Total** | | | | $0 | $0 | $0 | $3,048,500 | $1,250,300 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $4,298,800 |
| 147 | | | 7128 Jordan Ave. | 3 | | | | $409,619 | | | | | | | | | $409,619 |
| 148 | | | 4301 S. Central Ave. | 9 | | | | $163,848 | | | | | | | | | $163,848 |

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding

**COVID-19 Homelessness Roadmap Status of Capital and Operating Funding**

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2020-2021 Commitment ||||||| Fiscal Year 2021-2022 Commitment |||||| Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | |
| 149 | Safe Parking (1) | Operating (2) | 1201 S. Figueroa St. | 9 | | | | | $235,065 | | | | | | | | $235,065 |
| 151 | | | 11339 Iowa Ave. | 11 | | | | | $109,500 | | | | | | | | $109,500 |
| 152 | | | 9100 Lincoln Blvd. | 11 | | | | | $211,209 | | | | | | | | $211,209 |
| 153 | | | 8775 Wilbur Ave. | 12 | | | | | $327,695 | | | | | | | | $327,695 |
| 154 | | | 1033 Cole Ave. | 13 | | | | | $163,848 | | | | | | | | $163,848 |
| 155 | | | 4591 Santa Monica Blvd. | 13 | | | | | $163,848 | | | | | | | | $163,848 |
| 156 | | | 711 S. Beacon St. | 15 | | | | | $491,793 | | | | | | | | $491,793 |
| 157 | | | 19610 Hamilton Ave. | 15 | | | | | $409,619 | | | | | | | | $409,619 |
| | **Safe Parking Operating Total** | | | | $0 | $0 | $0 | $0 | $2,686,044 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,686,044 |
| 158 | Outreach | | Roadmap Outreach | Various | | | | $6,605,177 | | | | | | | | | $6,605,177 |
| 159 | | | Multidisciplinary Team | 2 | | | | | | | | | | | | $450,000 | $450,000 |
| 160 | | | Multidisciplinary Team | 3 | | | | | | | | | | | | $450,000 | $450,000 |
| 161 | | | Encampment to Home Program on Ocean Front Walk/Venice | 11 | | | | | | | | | | | | $5,000,000 | $5,000,000 |
| | **Outreach Total** | | | | $0 | $0 | $0 | $6,605,177 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,900,000 | $12,505,177 |
| 162 | Admin | Admin | BOE | n/a | | $2,000,000 | | | | | | -$489,304 | | | | $700,000 | $2,210,696 |
| 163 | | | CAO | n/a | $199,175 | | | | | | $54,860 | | | | | | $254,035 |
| 164 | | | GSD | n/a | | $77,500 | | | | | | | | | | | $77,500 |
| 165 | | | LAHD | n/a | | | | $1,158,255 | | | | | | | | | $1,158,255 |
| 166 | | | LAHSA | n/a | | | | $5,500,682 | | | | | | | | | $5,500,682 |
| | **Admin Total** | | | | $199,175 | $2,077,500 | $0 | $6,658,937 | $0 | $0 | $54,860 | -$489,304 | $0 | $0 | $0 | $700,000 | $9,201,168 |
| | **Total Commitment** | | | | $96,788,653 | $171,114,286 | $7,000,000 | $183,154,712 | $54,387,603 | $43,932,652 | $84,860 | $88,895 | $1,000,000 | $108,359 | $475,200 | $35,770,377 | $593,905,597 |
| | **Total Uncommitted** | | | | | | | | | | n/a | $0 | $0 | $335,741 | $58,137,197 | $1,342,253 | |

(1) Does not include Roadmap interventions that are in existing agreements with the County.
(2) Operating costs vary by intervention type: ABH Beds: $60/bed/night; Tiny Home Villages, Leased Facilities, Year Round Shelter: $55/bed/night; Project Homekey: $85/unit/night; Safe Sleeping: $67/person/night; and Safe Parking: $30/car/night. Project Roomkey costs vary by site. 324 Winter Shelter beds ended on October 31, 2021.
(3) Committed funds used to front-fund the Project Roomkey extension are expected to be reimbursed by the FEMA, at which time the funds will be available for programming.
(4) County Services allocations are restricted to services, leasing, FFE, and start up costs.
(5) Reflects the entire cost of the program for two (2) years using ESG-COVID.
(6) 2300 S Central is part of the City Project Homekey Program. The site will oeprate a Safe Sleeping Program until the owner/operator is ready to begin construction on permanent supportive housing.
(7) Placements funded with City funding for Measure H Strategies will be counted toward the Roadmap target of 6,700 interventions.