**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES – GENERAL</u>**

Case No. LA CV 20-02291-DOC-KES                    Date:  December 14, 2021

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

<u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER RE: STATUS CONFERENCE**

The parties are currently scheduled to meet for a Status Conference on December 16, 2021, to discuss progress toward completion of the freeway overpasses and underpasses agreement. The Status Conference will take place at 9:00 am in **Courtroom 5B**, 350 W. 1st Street, Los Angeles, CA 90012.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                        Initials of Deputy Clerk: kdu

CIVIL-GEN