MICHAEL N. FEUER, City Attorney (SBN 111529)
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
RYAN SALSIG, Deputy City Attorney (SBN 250830)
200 North Main Street, City Hall East, 7th Floor
Los Angeles, California 90012
Telephone: 213-978-7508
Facsimile: 213-978-7011
Email: Arlene.Hoang@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, a Municipal entity, et al., <br><br> Defendants. | Case No. CV 20-02291 DOC (KES) <br><br> **SUBMISSIONS OF DEFENDANT CITY OF LOS ANGELES AT DECEMBER 16, 2021 STATUS CONFERENCE** <br><br> Date:       December 16, 2021 <br> Time:       9:00 a.m. <br> Location:  350 W 1st Street <br>             Los Angeles, CA 90012 <br> Assigned to the Hon. David O. Carter |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant, CITY OF LOS ANGELES ("the City"), hereby provides the following documents that were submitted to the court by the City at the December 16, 2021 Status Conference.

**Exhibit A:** Photographs taken in Council District 2.

**Exhibit B:** Summary of efforts undertaken in Council District 3 pursuant to Los Angeles Municipal Code § 41.18 and photographs; and

**Exhibit C:** Article titled "41.18 Update- Outreach and Housing Placements Continue as Some Key Locations Become Off Limits for Encampments" by Councilmember Bob Blumenfield and published in *the Valley Vantage* on December 2, 2021.

DATED:  December 16, 2021     MICHAEL N. FEUER, City Attorney
SCOTT MARCUS, Chief Assistant City Attorney
ARLENE N. HOANG, Deputy City Attorney
JESSICA MARIANI, Deputy City Attorney
RYAN SALSIG, Deputy City Attorney


By: /s/_____
ARLENE N. HOANG, Deputy City Attorney
Counsel for Defendant CITY OF LOS ANGELES

SUBMISSIONS OF DEFENDANT CITY OF LOS ANGELES AT THE DECEMBER 16, 2021 STATUS CONFERENCE