# EXHIBIT A

a) Lankershim underpass





b)

c) Moorpark underpass



2.



3. Strathern Park/ 170 Freeway embankment



4.

