# EXHIBIT B

Summary

Councilmember Bob Blumenfield (West San Fernando Valley CD3) is taking a deliberative and methodical approach to the implementation of the 41.18 designations. As of December 1, 2021, three of the twenty-six 41.18 designated locations are in effect - Corbin underpass, De Soto underpass and Winnetka Park. The remaining 23 City Council approved 41.18 locations are in process to be in effect by January 7, 2021, and Council staff are engaging in intensive outreach and developing housing plans for the locations that are encamped in partnership with LAHSA and local nonprofits.

| Location | EAF findings | Outreach Visits | Placements | Storage | Current Status |
|---|---|---|---|---|---|
| Corbin Underpass 41.18 sign posted 11/16/21 | 0 individuals 3 tents and 1 makeshift 10/7/21 | CD3 staff visited 7 times: 12/1, 11/30, 11/26, 11/23, 11/22, 11/19, 11/16 | Two individuals were placed in cabins 11/23/21 and 11/22/21 | Two individuals were provided with storage 11/19/21 | Clear |
| De Soto Underpass 41.18 sign posted 11/16/21 | 2 individuals, 1 makeshift and 1 tent 10/7/21 | CD3 staff visited 10 times: 12/6, 12/2, 12/1, 11/30, 11/26, 11/23, 11/22, 11/18, 11/16, 10/16 | 0 placements | N/A | Clear 12/15/21 shared-housing outreach occurred. |
| Winnetka Park 41.18 sign posted 11/16/21 | 7 individuals, large encampment that stretches length of sidewalk 10/7/21 | CD3 staff visited 9 times - 12/13, 12/9, 12/6, 12/2, 12/1, 11/30, 11/29, 11/18, 11/16 | One individual placed in shared-housing 12/2/21, Two individuals placed in ABH 12/2/21, Two individuals placed in cabins 11/30/21 & 12/1/21 | Two individuals provided with storage 12/2/21 | Encamped by three individuals - One is in need of mental health services. 12/15/21 shared-housing outreach occurred. |

This effort includes partnerships on two innovative pilot programs to meet the needs of the unsheltered folks in CD3. One is a voluntary storage program using consumer available Public Storage units for belongings of people who take shelter. Working with About My Father's Business (AMFB) the individual receives assistance packing and transporting their belongings to a commercially available storage unit in their own name. Rental is paid for by AMFB via a partnership with Councilmember Blumenfield. Providing storage removes a barrier to housing for people who do not want to give up their belongings and also prevents people who have accepted an interim housing placement from storing their belongings in the right of way.

Another involves Share! a Los Angeles nonprofit that provides communal shared housing with supportive services to people with similar circumstances, needs and preferences to share a house and bedroom. Offering these placements in housing with Share! began very recently and thus far at least one person has accepted this housing from a 41.18 designated location in CD3.

Leading with offers of services and housing, thus far there has been no need for LAPD presence in this outreach effort. Consistent with the MOU with Los Angeles County, the 101 freeway locations have had consistent, weekly outreach offering available Homeless Roadmap interim shelters.

Corbin Underpass 11/15/2021

 Corbin Underpass 12/6/2021

 Winnetka Park storage pilot 12/2/21



Winnetka Park storage pilot 12/2/21



Winnetka Park 11/18/21 Joint outreach with Blumenfield staff, LAHSA, AMFB, SHARE!



Winnetka Park  11/29/2021



De Soto Underpass 10/16/21