# EXHIBIT C



# 41.18 Update– Outreach and Housing Placements Continue as Some Key Locations Become Off Limits for Encampments

*By Councilmember Bob Blumenfield*

Published in *the Valley Vantage* on December 2, 2021



This year I've been updating our community on my ongoing efforts to expand housing and shelter opportunities, and I've been helping lead our city to adopt humane, constitutional laws that allow for encampment restrictions along certain critical corridors. Progress has been intensely slow, but over the past year we've created more transitional housing opportunities than people on our CD3 streets (according to the last LAHSA Homeless Count in 2020) and this week our "41.18" 'no encampment zones' took effect at three key locations. The underpasses at Corbin and De Soto as well as the area surrounding Winnetka Park are now officially off-limits to encampments. The other 23 locations approved for 41.18 designation will follow shortly.

First and foremost, we have led with services and available housing, consistent with the law and my sincere belief that while everyone deserves a roof over their head, that does not mean they are entitled to occupy anywhere along the public right of way. We have talked with people at these locations over the course of the year and have been offering shelter to people at the 101 freeway locations repeatedly since our first 'cabin community' opened in June.

On December 1st, we became the first district in LA to officially have some 'no encampment zones' in effect— specifically two underpasses along the 101 freeway (where we housed 70 people in fall 2020 working with federal Judge David O. Carter) and one at Winnetka Park. While there are many other locations that community members have proposed for encampment prohibition, we must move deliberately, thoughtfully, and constitutionally so these new rules can both withstand legal scrutiny by the Courts and be implemented fairly, humanely and in a manner that is beyond reproach.

Our goal is to move people indoors and onto a path toward permanent housing, targeting our outreach teams at these specific locations so they can better connect with each person. This focus is key as we want people to really hear us, trust us, and understand both how life changing our housing opportunities can be and how serious we are about keeping certain critical corridors free of encampments.