# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC (KESx)　　　　　　　　Date: December 16, 2021

Title:　　LA Alliance for Human Rights, et al v. City of Los Angeles, et al.

PRESENT:　　THE HONORABLE DAVID O. CARTER, JUDGE
PRESENT:　　THE HONORABLE ANDRE BIROTTE, JUDGE

| Kelly Davis | Court Smart |
|---|---|
| Courtroom Deputy | Court Reporter |

Attorneys Present for Plaintiff:　　　　　Attorneys Present for Defendant:
Elizabeth Mitchell　　　　　　　　　　　Scott Marcus
Matthew Umhofer　　　　　　　　　　　Jennifer Hashmall
Carol Sobel　　　　　　　　　　　　　　Louis "Skip" Miller
Shayla Myers
Brooke Weitzman

## PROCEEDINGS: STATUS CONFERENCE (Held and Completed)

　　Case called. Also present is Special Master Michele Martinez. Status Conference held before Judge David O. Carter at 350 W. First Street, Los Angeles, California.
　　The Court orders the transcript for the hearing date above be made available on the docket forthwith free of charge to all ordering parties.
　　The Court orders the transcript of this hearing designated as the official court record. The Court further orders the transcript be produced at Government expense and billed at the 7-day rate.
　　The Court Reporter referenced above is hereby ordered to submit the original transcript and notes to transcripts cacd@cacd.uscourts.gov no later than Monday, December 27, 2021, for immediate uploading on the Court's CM/ECF document filing System.

cc: Alberto_Ortiz@cacd.uscourts.gov
cc: DebbieGalecsr@gmail.com　　　　　　　　　　　　　　　　　　　1 : 23

MINUTES FORM 11　　　　　　　　　　　　　　　　Initials of Deputy Clerk: kd
CIVIL-GEN