UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES                               Date: December 21, 2021

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER RE: STATUS CONFERENCE**

Under the Binding Term Sheet (Dkt. 136), attached as Exhibit A, the City and County's deadline for construction of new beds and provision of services was December 16, 2021. Now that the deadline has passed, the Court orders audits and sets a Status Conference to hear testimony from all parties regarding completion of the agreement.

On June 16, 2020, the City and County of Los Angeles signed a Binding Term Sheet and Memorandum of Understanding ("MOU") agreeing on a schedule to provide beds to unhoused individuals living within 500 feet of freeway overpasses, underpasses, and ramps within the City of Los Angeles. The agreement set forth obligations on both the City and the County.

Under that agreement, the City was required to create

> a total of 6,000 New Beds, and 700 Other Beds, for housing or shelter for (i) [unhoused people] within 500 feet of freeway overpasses, underpasses and ramps within the City of Los Angeles, and then give priority to (ii) [unhoused people] who are aged 65 years or older within the City of Los Angeles and (iii) other vulnerable [unhoused people] within the City of Los Angeles.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES                                    Date: December 21, 2021

Page 2

MOU (Dkt. 185-1) at 4. The agreement also required that the County

> take action to provide . . . the following mainstream services to [unhoused people] residing in facilities established by City pursuant to this MOU at the scale and availability deemed appropriate by the County: mental health and substance-use disorder outreach and disability benefit advocacy services through County's Departments of Health Services, Mental Health, and Public Health; and assistance to apply for and obtain public assistance, including Electronic Benefits Transfer ("EBT") benefits to purchase food, temporary financial assistance and employment-focused services for families with minor children, Medi-Cal enrollment, and general relief (i.e., temporary financial assistance for indigent adults who are otherwise ineligible for state- or federally=funded benefits) through County's Department of Public Social Services. In addition, the County will continue to provide these mainstream services at its County Department offices and other locations, as applicable, to all eligible [unhoused people] in the City of Los Angeles, including to [unhoused people] assisted through family reunification.

*Id.* at 6. The agreement is "subject to Court approval, monitoring, and enforcement." Binding Term Sheet ¶ 5.

On December 16, 2021, the final date to meet the terms of the agreement, the Court held a Status Conference to "receive testimony from the City and County regarding additional progress made towards housing individuals living within 500 feet of freeway overpasses and underpasses and other homeless individuals prioritized in the Agreement & Binding Term Sheet." Dkt. 372.

At the hearing, the City stated that it had created more than 6,700 beds that were open and occupiable by the deadline. However, the County completed a partial audit of some of the beds opened by April 16, 2021 and found that "the City did not accurately report new beds in accordance with the MOU." Defendants' Supp. Briefing Ex. C at 2 (Dkt. 373-3). In particular, the audit sampled 1,106 beds and found that 28% of those beds were not open and occupiable by April 16, 2021 and that an additional 24% of the bed claims were not supported by adequate documentation. *Id.* The auditor expressed concerns of an

> increased risk that inaccurate/incorrect information will continue being reported if standards and procedures are not developed and implemented, which may result in non-compliance with the terms of the MOU and services not being available/provided to [unhoused people].

*Id.* at 7.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES                              Date: December 21, 2021

                                                                                     Page 3

The results of the initial audit echo the Court's previous concerns that certain provisions of the agreement are not being met. *See* Order Re: May 26, 2021 Status Conference Hearing (Dkt. 315). To ensure accountability going forward, the Court orders the following:

- By **Friday March 4, 2022**,

    o The County shall carry out and submit to the Court a full audit that will attempt to verify the existence of all beds created by the City pursuant to the Binding Term Sheet;

    o The City shall carry out and submit to the Court an audit of the County's provision of mainstream services for homeless people residing in facilities established by the City pursuant to the Binding Term Sheet; and

    o The City and County shall file a joint report detailing the procedures used to document new beds and how those procedures address the County auditor's previous concerns.

- All parties—including Plaintiffs and Intervenors—wishing to submit briefing on either audit shall do so by **Friday March 25, 2022**.

- Any party wishing to respond to any such briefing shall do so by **Friday April 8, 2022**.

The Court will hear testimony from all parties about the audit results at the Status Conference. The Conference will take place at 9:00 am on **Wednesday April 27, 2022** at the First Street U.S. Courthouse, 350 W. 1st Street, Los Angeles, CA 90012. The Court will inform the parties of the specific courtroom in advance of the hearing.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                      Initials of Deputy Clerk: kd

CIVIL-GEN