# EXHIBIT A

| | | | | | | | Individuals Served Since Open & Occupiable Date | | | | | |
| No | CD | Project Type (1) | Address / Location | Beds* (3) | Status | Open & Occupiable Date (4) | Beds Open To Date (3) | PEH** within 500 ft (4)(5) (Individuals) | PEH 65 Years or Older (Individuals) | PEH Other Vulnerable (6) (Individuals) | Total PEH Served per the Agreement | Other PEH (Not Prioritized in Agreement) (Individuals) | Total PEH Served to Date (Individuals) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | COVID-19 Homelessness Roadmap Quarterly Report Quarter Ending December 31, 2021 | | | | | | | | |
| 1 | All | Rapid Rehousing / Shared Housing | Scattered Sites | 2,000 | In Process | | 1,395 | 149 | 245 | 988 | 1,382 | 115 | 1,395 |
| 2 | 5 | A Bridge Home | 1479 S. La Cienega Blvd. | 54 | Open | 6/22/2020 | 54 | 1 | 0 | 4 | 5 | 99 | 104 |
| 3 | 15 | A Bridge Home | 515 N. Beacon St. (10) | 38 | Open | 7/7/2020 | 38 | 18 | 9 | 30 | 57 | 48 | 105 |
| 4 | 15 | A Bridge Home | 828 Eubank Ave. | 100 | Open | 7/7/2020 | 100 | 55 | 34 | 48 | 137 | 128 | 265 |
| 5 | 2 | A Bridge Home | 13160 Raymer St. | 85 | Open | 7/16/2020 | 85 | 52 | 12 | 103 | 167 | 87 | 254 |
| 6 | 4 | A Bridge Home | 3428 Riverside Dr. (formerly 3210 Riverside Dr.) | 100 | Open | 7/28/2020 | 100 | 52 | 7 | 68 | 127 | 86 | 213 |
| 7 | 5 | Permanent Supportive Housing (8) | 8866 W. Pico Blvd. | 12 | Open | 8/7/2020 | 12 | 0 | 8 | 0 | 8 | 4 | 12 |
| 8 | 6 | A Bridge Home | 14333 Aetna St. | 70 | Open | 8/10/2020 | 70 | 38 | 18 | 59 | 115 | 77 | 192 |
| 9 | 2 | A Bridge Home | 7700 Van Nuys Blvd. | 100 | Open | 8/17/2020 | 100 | 60 | 24 | 93 | 177 | 101 | 278 |
| 10 | 14 | A Bridge Home | 310 N. Main St. | 99 | Open | 8/18/2020 | 99 | 135 | 20 | 58 | 213 | 69 | 282 |
| 11 | 10 | A Bridge Home | 1818 S. Manhattan Pl. (formerly 1819 S. Western Ave.) | 15 | Open | 9/21/2020 | 15 | 12 | 4 | 9 | 25 | 11 | 36 |
| 12 | 11 | Safe Parking | 11339 Iowa Ave. | 10 | Open | 10/1/2020 | 10 | 2 | 8 | 14 | 24 | 46 | 70 |
| 13 | 11 | Safe Parking | 9100 Lincoln Blvd. | 20 | Open | 10/6/2020 | 20 | 5 | 11 | 10 | 26 | 53 | 79 |
| 14 | 14 | Project Roomkey | The L.A. Grand Hotel Downtown 333 S. Figueroa St. | 483 | Open | 11/1/2020 | 483 | 465 | 147 | 800 | 1412 | 122 | 1534 |
| 15 | 1 | Project Roomkey | The Mayfair Hotel 1256 W. 7th St. (13) | 276 | Open | 11/1/2020 | 276 | 109 | 99 | 462 | 670 | 43 | 713 |
| 16 | 9 | Safe Parking | 1201 S. Figueroa St. | 30 | Open | 11/2/2020 | 30 | 4 | 8 | 12 | 24 | 47 | 71 |
| 17 | 13 | Permanent Supportive Housing (8) | 252 S. Rampart Blvd. | 22 | Open | 11/9/2020 | 22 | 3 | 0 | 18 | 21 | 8 | 29 |
| 18 | 10 | Permanent Supportive Housing (8) | 4018 S. Buckingham Rd. | 51 | Open | 11/23/2020 | 51 | 1 | 33 | 6 | 40 | 6 | 46 |
| 19 | 3 | Project Homekey (9) | Howard Johnson 7432 Reseda Blvd. | 75 | Open | 1/1/2021 | 75 | 9 | 40 | 82 | 131 | 4 | 135 |
| 20 | 1 | Project Homekey (9) | Solaire Hotel 1710 7th St. | 91 | Open | 1/1/2021 | 91 | 26 | 23 | 78 | 127 | 10 | 137 |
| 21 | 14 | Interim Housing | Women's Bridge Housing Weingart Center 566 S. San Pedro St. | 60 | Open | 2/1/2021 | 60 | 17 | 12 | 53 | 82 | 61 | 143 |
| 22 | 2 | Interim Housing (Pallet) | 11471 Chandler Blvd. | 75 | Open | 2/1/2021 | 75 | 32 | 3 | 43 | 78 | 25 | 103 |
| 23 | 1 | Permanent Supportive Housing (8) | 1255 S. Elden Ave. | 15 | Open | 2/3/2021 | 15 | 0 | 0 | 0 | 0 | 15 | 15 |
| 24 | 15 | Safe Parking | 19610 S. Hamilton Ave. | 25 | Open | 2/15/2021 | 25 | 3 | 1 | 5 | 9 | 29 | 38 |
| 25 | 6 | Permanent Supportive Housing (8) | (11) These interventions are no longer included as part of the Roadmap agreement, and may have closed as a homeless intervention or transitioned to other funding agreements. | 45 | Open | 2/23/2021 | 45 | 0 | 3 | 4 | 7 | 99 | 106 |
| 26 | 15 | Safe Parking | 711 S. Beacon St. | 30 | Open | 3/1/2021 | 30 | 3 | 6 | 22 | 31 | 82 | 113 |
| 27 | 14 | Rapid Rehousing | Scattered Sites - SRO Housing Corporation | 60 | Open | 3/1/2021 | 60 | 2 | 8 | 22 | 32 | 41 | 73 |
| 28 | 10 | A Bridge Home | 625 La Fayette Pl. | 70 | Open | 3/1/2021 | 70 | 45 | 14 | 58 | 117 | 29 | 146 |
| 29 | 9 | Safe Parking | 4301 S. Central Ave. | 10 | Open | 3/8/2021 | 10 | 2 | 4 | 8 | 14 | 16 | 30 |
| 30 | 13 | Safe Parking | Cahuenga Branch Library 4591 Santa Monica Blvd. | 10 | Open | 3/15/2021 | 10 | 1 | 3 | 0 | 4 | 32 | 36 |
| 31 | 12 | Project Homekey (9) | Travelodge 21603 Devonshire St. | 75 | Open | 3/15/2021 | 75 | 14 | 10 | 57 | 81 | 24 | 105 |

1

| | | | | | | | Individuals Served Since Open & Occupiable Date | | | | | |
| No | CD | Project Type (1) | Address / Location | Beds* (3) | Status | Open & Occupiable Date (4) | Beds Open To Date (3) | PEH** within 500 ft (4)(5) (Individuals) | PEH 65 Years or Older (Individuals) | PEH Other Vulnerable (6) (Individuals) | Total PEH Served per the Agreement | Other PEH (Not Prioritized in Agreement) (Individuals) | Total PEH Served to Date (Individuals) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 6 | Project Homekey (9) | Econo Motor Inn 8647 N. Sepulveda Blvd. | 58 | Open | 3/17/2021 | 58 | 14 | 7 | 55 | 76 | 31 | 107 |
| 33 | 13 | Project Homekey (9) | The NEST 253 S. Hoover St. | 38 | Open | 3/22/2021 | 38 | 25 | 1 | 43 | 69 | 30 | 99 |
| 34 | 3 | Safe Parking | 7128 Jordan Ave. | 25 | Open | 3/22/2021 | 25 | 6 | 0 | 5 | 11 | 23 | 34 |
| 35 | 10 | Project Homekey (9) | Best Inn 4701 W. Adams Blvd. | 22 | Open | 3/23/2021 | 22 | 26 | 2 | 6 | 34 | 1 | 35 |
| 36 | 9 | Permanent Supportive Housing (8) | 1036 E. 35th St. | 19 | Open | 3/31/2021 | 19 | 0 | 3 | 0 | 3 | 16 | 19 |
| 37 | 9 | Interim Housing | 5100 S. Central Ave. | 25 | Open | 4/1/2021 | 25 | 12 | 3 | 11 | 26 | 22 | 48 |
| 38 | 1 | Interim Housing | Echo Park Community Center 303 Patton St. | 27 | Open | 4/1/2021 | 27 | 39 | 6 | 42 | 87 | 34 | 121 |
| 39 | 14 | Project Homekey (9) | Titta's Inn 5333 Huntington Dr. | 47 | Open | 4/6/2021 | 47 | 7 | 5 | 25 | 37 | 15 | 52 |
| 40 | 14 | Project Homekey (9) | Super 8 Alhambra 5350 S Huntington Dr. | 52 | Open | 4/7/2021 | 52 | 12 | 6 | 19 | 37 | 19 | 56 |
| 41 | 12 | Safe Parking | Metrolink Station - Northridge 8775 Wilbur Ave. | 20 | Open | 4/7/2021 | 20 | 6 | 6 | 5 | 17 | 23 | 40 |
| 42 | 8 | Project Homekey (9) | EC Motel 3501 Western Ave. | 30 | Open | 4/13/2021 | 30 | 8 | 1 | 9 | 18 | 26 | 44 |
| 43 | 6 | Interim Housing | 6909 N Sepulveda Blvd. | 146 | Open | 4/13/2021 | 146 | 65 | 7 | 77 | 149 | 33 | 182 |
| 44 | 2 | Interim Housing (Pallet) | 6099 Laurel Canyon Blvd. | 200 | Open | 4/13/2021 | 200 | 114 | 11 | 63 | 188 | 42 | 230 |
| 45 | 9 | Interim Housing | 224 E. 25th St. & 224 1/2 E. 25th St. | 20 | Open | 4/14/2021 | 20 | 20 | 2 | 10 | 32 | 17 | 49 |
| 46 | 8 | Interim Housing | 9165 & 9165 ½ S Normandie St. (15) | 20 | Open | 4/14/2021 | 20 | 26 | 1 | 3 | 30 | 7 | 37 |
| 47 | 15 | Interim Housing | 345 E 118 Pl. | 4 | Open | 4/14/2021 | 4 | 2 | 3 | 3 | 8 | 6 | 14 |
| 48 | 13 | Interim Housing | 5941 Hollywood Blvd. | 30 | Open | 4/15/2021 | 30 | 24 | 6 | 18 | 48 | 47 | 95 |
| 49 | 6 | Project Roomkey | Airtel 7277 Valjean Ave. | 237 | Open | 4/15/2021 | 237 | 191 | 30 | 377 | 598 | 34 | 632 |
| 50 | 14 | Interim Housing | 543 Crocker St. | 20 | Open | 4/16/2021 | 20 | 2 | 1 | 0 | 3 | 7 | 10 |
| 51 | 13 | Safe Parking | 1033 Cole Ave. | 10 | Open | 4/16/2021 | 10 | 0 | 1 | 2 | 3 | 15 | 18 |
| 52 | 9 | Interim Housing | 3123 S. Grand Ave. | 20 | Open | 4/16/2021 | 20 | 25 | 3 | 3 | 31 | 8 | 39 |
| 53 | 9 | A Bridge Home | 4601 Figueroa St. | 30 | Open | 4/16/2021 | 30 | 0 | 0 | 1 | 1 | 33 | 34 |
| 54 | 9 | Interim Housing | 8701 S. Broadway | 150 | Open | 4/16/2021 | 150 | 61 | 8 | 32 | 101 | 98 | 199 |
| 55 | 8 | Interim Housing | 5615 - 5749 South Western Ave. | 7 | Open | 4/16/2021 | 7 | 2 | 3 | 0 | 5 | 4 | 9 |
| 56 | 8 | Interim Housing | 8501 1/2 S. Vermont Ave. | 25 | Open | 4/16/2021 | 25 | 29 | 1 | 4 | 34 | 17 | 51 |
| 57 | 4 | Interim Housing | 1701 Camino Palmero St. | 25 | Open | 4/16/2021 | 25 | 2 | 0 | 1 | 3 | 61 | 64 |
| 58 | 1 | Project Roomkey | Best Western Dragon's Gate Inn 818 N. Hill St. | 52 | Open | 4/16/2021 | 52 | 38 | 11 | 91 | 140 | 17 | 157 |
| 59 | 11 | Project Homekey (9) | Super 8 LAX 9250 Airport Dr. | 44 | Open | 5/5/2021 | 44 | 22 | 8 | 16 | 46 | 0 | 46 |
| 60 | 1 | Project Roomkey | Royal Pagoda 995 N. Broadway | 35 | Open | 5/17/2021 | 35 | 26 | 5 | 50 | 81 | 13 | 94 |
| 61 | 11 | Interim Housing (Motel Vouchers) (12) | Ocean Front Walk | 64 | Open | 6/7/2021 | 64 | 16 | 2 | 76 | 94 | 47 | 141 |
| 62 | 13 | Interim Housing (Pallet) | 1455 N. Alvarado St. | 74 | Open | 6/8/2021 | 74 | 22 | 2 | 21 | 45 | 30 | 75 |
| 63 | 3 | Interim Housing (Pallet) | 19040 Vanowen St. (aka 6720 Vanalden Ave.) | 101 | Open | 6/10/2021 | 101 | 41 | 3 | 43 | 87 | 25 | 112 |

**COVID-19 Homelessness Roadmap
Quarterly Report
Quarter Ending December 31, 2021**

2

| | | | | | | | | | Individuals Served Since Open & Occupiable Date | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No | CD | Project Type (1) | Address / Location | Beds* (3) | Status | Open & Occupiable Date (4) | Beds Open To Date (3) | PEH** within 500 ft (4)(5) (Individuals) | PEH 65 Years or Older (Individuals) | PEH Other Vulnerable (6) (Individuals) | Total PEH Served per the Agreement | Other PEH (Not Prioritized in Agreement) (Individuals) | Total PEH Served to Date (Individuals) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 64 | 15 | Interim Housing (Pallet) | 1221 S. Figueroa Pl. | 80 | Open | 6/14/2021 | 80 | 30 | 1 | 16 | 47 | 49 | 96 |
| 65 | 14 | Interim Housing | 1060 N Vignes St. | 232 | Open | 6/30/2021 | 232 | 148 | 29 | 99 | 276 | 124 | 400 |
| 66 | 3 | 3317 W. Washington Blvd. | 6073 N. Reseda Blvd. (aka 18616 W. Topham Street) | 148 | Open | 7/7/2021 | 148 | 41 | 6 | 30 | 77 | 60 | 137 |
| 67 | 4 | Project Roomkey | Highland Gardens 7047 Franklin Ave. | 70 | Open | 7/8/2021 | 70 | 90 | 4 | 40 | 134 | 9 | 143 |
| 68 | 11 | Project Homekey (9) | Ramada Inn 3130 Washington Blvd. | 33 | Open | 7/14/2021 | 33 | 13 | 1 | 17 | 31 | 13 | 44 |
| 69 | 7 | Project Homekey (9) | The Good Nite Inn 12835 Encinitas Ave. | 86 | Open | 8/29/2021 | 86 | 19 | 2 | 38 | 59 | 39 | 98 |
| 70 | 14 | Interim Housing | El Puente 711 N. Alameda St. | 45 | Open | 9/1/2021 | 45 | 37 | 3 | 9 | 49 | 16 | 65 |
| 71 | 2 | Interim Housing (Pallet) | 12600 Saticoy St. | 150 | Open | 9/21/2021 | 150 | 50 | 4 | 19 | 73 | 22 | 95 |
| 72 | 6 | Interim Housing | 7816 Simpson Ave. | 49 | Open | 10/1/2021 | 49 | 17 | 0 | 2 | 19 | 1 | 20 |
| 73 | 14 | Interim Housing (Pallet) | Arroyo Drive at Ave 60 | 224 | Open | 11/2/2021 | 224 | 80 | 4 | 14 | 98 | 24 | 122 |
| 74 | 13 | Interim Housing | 1214 Lodi Pl. | 64 | Open | 11/15/2021 | 64 | 8 | 3 | 15 | 26 | 19 | 45 |
| 75 | 13 | Interim Housing (Pallet) | 2301 W. 3rd St. | 107 | Open | 12/16/2021 | 107 | 2 | 4 | 3 | 9 | 25 | 34 |
| 76 | 1 | Interim Housing | Cypress Park 499 N. San Fernando Rd. | 130 | In Process | | | | | | | | |
| 77 | 12 | Interim Housing | 18140 Parthenia St. | 107 | In Process | | | | | | | | |
| 78 | 5 | Interim Housing | 7253 Melrose Ave. | 60 | In Process | | | | | | | | |
| 79 | 5 | Interim Housing | Coalition to Abolish Slavery and Human Trafficking (CAST) Shelter - Address Witheld | 19 | In Process | | | | | | | | |
| 80 | 9 | Interim Housing | 224 E. 25th St. & 224 1/2 E. 25th St. | 48 | In Process | | | | | | | | |
| 81 | 14 | Interim Housing (Pallet) | 7570 Figueroa St. | 93 | In Process | | | | | | | | |
| 82 | 6 | Interim Housing (Pallet) | near 9700 San Fernando Rd. | 161 | In Process | | | | | | | | |
| 83 | 9 | Interim Housing (Pallet) | Compton Ave. and Nevin Ave. | 148 | In Process | | | | | | | | |
| 84 | 9 | Permanent Supportive Housing (8) | 5215 S. Figueroa St. | 40 | In Process | | | | | | | | |
| 85 | 15 | Project Homekey (9) | Travelodge 18600 Normandie Ave. | 40 | In Process | | | | | | | | |
| 86 | 6 | Project Homekey (9) | Woodman 9120 Woodman Ave. | 148 | In Process | | | | | | | | |
| 87 | 6 | Project Homekey (9) | Panorama Inn 8209 Sepulveda Blvd. | 49 | In Process | | | | | | | | |
| 88 | 9 | Project Homekey / Interim Housing (17) | 2521-2525 Long Beach Ave. | 150 | In Process | | | | | | | | |
| 89 | 9 | Project Homekey / Interim Housing (17) | King Solomon Village 1300-1332 W. Slauson Ave. | 100 | In Process | | | | | | | | |
| 90 | 9 | Project Homekey / Safe Sleeping (17) | 2300 S. Central Ave. | 105 | In Process | | | | | | | | |
| 91 | 3 | Rapid Rehousing / Shared Housing | Scattered Sites | 20 | In Process | | | | | | | | |
| 92 | 14 | Interim Housing | Winter Shelter  Weingart Center 566 S. San Pedro St. | 49 | Ended (11) | 4/1/2021 - 10/31/2021 | | 8 | 15 | 39 | 62 | 62 | 124 |
| 93 | 9 | Interim Housing | Home At Last Men's Shelter 5171 S. Vermont Ave. | 20 | Ended (11) | 4/1/2021 - 10/31/2021 | | 4 | 3 | 10 | 17 | 55 | 72 |

COVID-19 Homelessness Roadmap
Quarterly Report
Quarter Ending December 31, 2021

| No | CD | Project Type (1) | Address / Location | Beds* (3) | Status | Open & Occupiable Date (4) | Beds Open To Date (3) | PEH** within 500 ft (4)(5) (Individuals) | PEH 65 Years or Older (Individuals) | PEH Other Vulnerable (6) (Individuals) | Total PEH Served per the Agreement | Other PEH (Not Prioritized in Agreement) (Individuals) | Total PEH Served to Date (Individuals) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **COVID-19 Homelessness Roadmap** **Quarterly Report** **Quarter Ending December 31, 2021** | | | | | |
| | | | | | | | | Individuals Served Since Open & Occupiable Date | | | | | |
| 94 | 8 | Interim Housing | Home At Last Women's Shelter 8311 S. Western Ave. | 30 | Ended (11) | 4/1/2021 - 10/31/2021 | | 5 | 4 | 31 | 40 | 49 | 89 |
| 95 | 8 | Interim Housing | Bryant Temple AME 2514 W. Vernon Ave. | 20 | Ended (11) | 4/1/2021 - 10/31/2021 | | 5 | 11 | 33 | 49 | 95 | 144 |
| 96 | 7 | Interim Housing | Greater Missionary Church 11067 Norris Ave. | 57 | Ended (11) | 4/1/2021 - 10/31/2021 | | 48 | 18 | 61 | 127 | 189 | 316 |
| 97 | 4 | Interim Housing | Pan Pacific Park 7600 Beverly Blvd. | 73 | Ended (11) | 4/1/2021 - 5/31/2021 | | 15 | 12 | 58 | 85 | 24 | 109 |
| 98 | 13 | Interim Housing | Shatto Park Recreation Center 3191 W. 4th St. | 48 | Ended (11) | 4/1/2021 - 5/31/2021 | | 6 | 6 | 24 | 36 | 30 | 66 |
| 99 | 3 | Project Homekey (9) | Super 8 Canoga Park 7631 Topanga Canyon | 52 | Ended (11) | 1/1/2021 - 8/29/2021 | | 4 | 10 | 58 | 72 | 3 | 75 |
| 100 | 2 | Project Roomkey | Sportsmen's Lodge Hotel 12825 Ventura Blvd. | 165 | Ended (11) | 11/1/2020 - 7/31/2021 | | 58 | 35 | 256 | 349 | 10 | 359 |
| 101 | 15 | Project Roomkey | Vagabond Inn San Pedro 215 S. Gaffey St. | 72 | Ended (11) | 4/15/2021 - 9/24/2021 | | 40 | 8 | 99 | 147 | 6 | 153 |
| 102 | 10 | Project Roomkey | H Hotel 3206 W. 8th St. | 49 | Ended (11) | 4/16/2021 - 7/24/2021 | | 9 | 5 | 36 | 50 | 13 | 63 |
| 103 | 10 | Project Roomkey | Shelter Hotel 457 S. Mariposa Ave. | 48 | Ended (11) | 4/16/2021 - 9/9/2021 | | 25 | 3 | 51 | 79 | 5 | 84 |
| 104 | 1 | Project Roomkey | America's Best Value Inn 1123 W. 7th St. | 61 | Ended (11) | 4/16/2021 - 12/9/2021 | | 26 | 11 | 72 | 109 | 8 | 117 |
| 105 | 13 | Safe Sleeping | 317 N. Madison Ave. (14) | 70 | Ended (11) | 4/16/2021 - 12/31/2021 | | 28 | 9 | 28 | 65 | 120 | 185 |
| 106 | 10 | Permanent Supportive Housing (8) | 3317 W. Washington Blvd. | 16 | Removed (16) | | | | | | | | |
| | | | | | | Other Beds (2) | | | | | | | |
| 107 | 1 | Permanent Supportive Housing - In Existing Agreement with County | 1532 W. Cambria St. | 57 | Open | 10/9/2020 | 56 | 0 | 1 | 0 | 1 | 59 | 60 |
| 108 | 3 | A Bridge Home - In Existing Agreement with County | 7621 Canoga Ave. | 81 | Open | 2/1/2021 | 81 | 30 | 14 | 41 | 85 | 33 | 118 |
| 109 | 4 | Permanent Supportive Housing - In Existing Agreement with County | 1119 N. McCadden Pl. | 26 | Open | 4/7/2021 | 46 | 0 | 10 | 0 | 10 | 27 | 37 |
| 110 | 4 | A Bridge Home - In Existing Agreement with County | 3061 Riverside Dr. | 80 | Open | 4/16/2021 | 80 | 2 | 0 | 5 | 7 | 107 | 114 |
| 111 | 7 | A Bridge Home - In Existing Agreement with County | Sylmar Armory 12860 Arroyo St. | 85 | Open | 8/3/2020 | 85 | 34 | 11 | 48 | 93 | 49 | 142 |
| 112 | 7 | Permanent Supportive Housing - In Existing Agreement with County | 13574 W. Foothill Blvd. | 48 | Open | 3/31/2021 | 37 | 0 | 8 | 27 | 35 | 7 | 42 |
| 113 | 8 | Permanent Supportive Housing - In Existing Agreement with County | 5501 S. Western Ave. | 33 | Open | 3/31/2021 | 32 | 0 | 0 | 0 | 0 | 13 | 13 |
| 114 | 9 | Permanent Supportive Housing - In Existing Agreement with County | 6901 S. Main St. | 50 | Open | 11/17/2020 | 34 | 0 | 2 | 14 | 16 | 72 | 88 |
| 115 | 9 | Permanent Supportive Housing - In Existing Agreement with County | 4050 S. Figueroa St. | 57 | Open | 4/15/2021 | 14 | 1 | 2 | 5 | 8 | 6 | 14 |
| 116 | 14 | A Bridge Home - In Existing Agreement with County | 1426 Paloma St. | 120 | Open | 12/21/2020 | 78 | 26 | 17 | 42 | 85 | 93 | 178 |
| 117 | 14 | Permanent Supportive Housing - In Existing Agreement with County | 649 S. Wall St. | 55 | Open | 2/26/2021 | 55 | 1 | 0 | 6 | 7 | 3 | 10 |
| 118 | 15 | A Bridge Home - In Existing Agreement with County | 515 N. Beacon St. (10) | 62 | Open | 7/7/2020 | 38 | 30 | 14 | 50 | 94 | 78 | 171 |

| | | | | | | | Individuals Served Since Open & Occupiable Date | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **No** | **CD** | **Project Type (1)** | **Address / Location** | **Beds* (3)** | **Status** | **Open & Occupiable Date (4)** | **Beds Open To Date (3)** | **PEH** within 500 ft (4)(5) (Individuals) | **PEH 65 Years or Older (Individuals)** | **PEH Other Vulnerable (6) (Individuals)** | **Total PEH Served per the Agreement** | **Other PEH (Not Prioritized in Agreement) (Individuals)** | **Total PEH Served to Date (Individuals)** |
| | | | | | | | | 3,138 | 1,252 | 5,721 | 10,111 | 4,034 | 14,043 |

**New Beds Open & Occupiable as of December 31, 2021:** 6,566
**New Beds Open & Occupiable and In Process:** 8,589
**Other Beds in Existing Agreements Open & Occupiable (2):** 754

(1) The type of homeless intervention. Tiny Home Villages (or Pallet shelters) are listed as interim housing interventions.

(2) Interventions in existing agreements with the County of Los Angeles prior to June 16, 2020. Per the agreement, only 700 beds from existing agreements may be counted toward the Homelessness Roadmap.

(3) Total beds opened as of December 31, 2021. Per Los Angeles County Department of Public Health COVID-19 restrictions, not all beds may be occupied in interim housing facilities.

(4) LAHSA provides the data for the number of PEH in the target population served. The target population for this effort includes:

    a. People experiencing homelessness and living in the City within 500 feet of freeway overpasses, underpasses and ramps;

    b. People experiencing homelessness within the City who are 65 years of age or older; and

    c. Other vulnerable people experiencing homelessness within the City of Los Angeles.

(5) The geographic location of encampments for "PEH within 500 ft" may be adjusted by LAHSA between quarterly report, resulting in data variations.

(6) The criteria for "PEH Other Vulnerable" are persons with preexisting medical conditions and vulnerable to COVID-19.

(7) Rapid Rehousing / Shared Housing Placements are reported by number of households, not individuals.

(8) The bed count only includes permanent supportive housing units; not affordable units or the manager's units in the building.

(9) Project Homekey sites list the total number of units that will be occupiable, but some units may be offline for rehabilitation and ADA compliance.

(10) The beds at 515 N. Beacon St. are reported in both new and other beds per the funding sources. No beds are duplicated.

(11) These interventions ended as part of the Roadmap agreement.

(12) City funded motel vouchers for PEH. This is a temporary intervention, and the the number of beds will be adjusted as households are placed in other interim or permanent housing beds to ensure an unduplicated count.

(13) The bed count was reduced from 294 to 276 because of a contract amendment with the property owner.

(14) The bed count was reduced from 90 to 70 because of a contract amendment with the property owner that reduced the number of tent spaces to 50.

(15) Because of leasing issues, the service provider relocated their shelter from 263 & 263 ½ W 42nd St. in Council District 9 to 9165 & 9165 ½ S Normandie St. in Council District 8. The beds remain part of the Roadmap.

(16) Intervention was removed from the Roadmap since the last Quarterly Report because it was determined the beds are not eligible per the MOU criteria.

(17) Interventions are part of the City's Project Homekey Program, but they are commercial buildings and not hotels/motels. Alternative models for interim housing are being funded until the sites are ready for PSH development.

* Beds approved for inclusion in the Roadmap. Includes all homeless intervention types in development: interim beds/units, safe parking, safe sleeping, and permanent supportive housing units.

** PEH: People Experiencing Homelessness