# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. LA CV 20-02291-DOC-KES | Date: January 20, 2022 |

Title: LA ALLIANCE FOR HUMAN RIGHTS et al. v. CITY OF LOS ANGELES et al.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER RE: HEARING ON MOTION TO DISMISS [369, 370]**

The Court will hear arguments on the City and County's Motions to Dismiss (Dkts. 369 and 370) on Monday January 24, 2022, at 8:30 am. The hearing will take place at the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th St, Santa Ana, in Courtroom 9D. Given the ongoing COVID-19 pandemic, the parties may request a Zoom appearance in writing by January 21 at 5:00 pm. The Court's Zoom information is located at www.cacd.uscourts.gov/honorable-david-o-carter.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu

MINUTES FORM 11
CIVIL-GEN