MICHAEL N. FEUER, City Attorney (SBN 111529)
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
RYAN SALSIG, Deputy City Attorney (SBN 250830)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213-978-7508
Facsimile: 213-978-7011
Email:  Ryan.Salsig@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>                    Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>**JOINT REQUEST BY DEFENDANTS AND PLAINTIFFS TO APPEAR REMOTELY FOR HEARING ON DEFENDANTS' MOTIONS TO DISMISS THE AMENDED AND SUPPLEMENTAL COMPLAINT**<br><br>Date:  January 24, 2022<br>Time:  8:30 a.m.<br>Courtroom:  9D<br><br>**Hon. David O. Carter**<br>**United States District Judge** |

1

JOINT REQUEST BY CITY AND COUNTY OF LOS ANGELES AND PLAINTIFFS TO APPEAR REMOTELY

Pursuant to the Court's January 20, 2022 Minute Order [ECF No. 384], Defendants City of Los Angeles and County of Los Angeles, and Plaintiffs LA Alliance for Human Rights, *et al.,* by and through their respective undersigned counsel, jointly request approval for each of them to appear remotely (via Zoom) for the hearing on Defendants' Motions to Dismiss [ECF Nos. 369 and 370], noticed to proceed on Monday January 24, 2022, at 8:30 a.m. in Courtroom 9D of the Ronald Regan Federal Building and United States Courthouse located at 411 W. 4th Street, Santa Ana.

The parties agree that the ongoing COVID-19 pandemic, and especially the case spike created by the Omicron variant, warrant remote appearances for this hearing, for the same reasons jury trials have been temporarily suspended in the Central District by ORDER OF THE CHIEF JUDGE issued January 19, 2022. Defendants and Plaintiffs jointly request remote appearances for the January 24, 2022 hearing.

This Joint Request was filed by:

DATED:  January 20, 2022

By: /s/ Ryan Salsig
Ryan Salsig, Deputy City Attorney
Counsel for Defendant City of Los Angeles

The filer attests that the following signatories, on whose behalf this filing is submitted, concur in the filing's content and authorized this filing:

DATED:  January 20, 2022

By: /s/ Mira Hashmall
Mira Hashmall
Miller Barondess, LLP
Counsel for Defendant County of Los Angeles

DATED:  January 20, 2022

By: /s/ Elizabeth A. Mitchell
Elizabeth A. Mitchell
Spertus Landes & Umhofer, LLP
Counsel for Plaintiffs

1

JOINT REQUEST BY CITY AND COUNTY OF LOS ANGELES AND PLAINTIFFS TO APPEAR REMOTELY