| | |
|---|---|
| 1 | Carol A. Sobel (SBN 84483) |
| 2 | **LAW OFFICE OF CAROL A. SOBEL** |
|   | 1158 26th St., # 552 |
| 3 | Santa Monica, California |
| 4 | Tel: (310) 393-3055 |
|   | Email: carolssobel@gmail.com |
| 5 | |
| 6 | *Attorneys for Intervenors* |

| | | |
|---|---|---|
| 7 | Shayla R. Myers (SBN 264054) | Catherine Sweetser (SBN 271142) |
| 8 | **LEGAL AID FOUNDATION** | **SCHONBRUN SEPLOW HARRIS** |
|   | **OF LOS ANGELES** | **HOFFMAN & ZELDES, LLP** |
| 9 | 7000 S. Broadway | 9415 Culver Boulevard, #115 |
| 10 | Los Angeles, CA 90003 | Culver City, CA 90232 |
|   | Tel: (213) 640-3983 | Tel: (310) 396-0731 |
| 11 | Email: smyers@lafla.org | Email: catherine.sdshhh@gmail.com |

*Attorneys for Intervenors Los Angeles
Community Action Network and Los Angeles Catholic Worker*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al. | CASE NO. 20-CV-02291-DOC-KES |
| Plaintiff(s), | Hon. David O. Carter |
| vs. | JOINT REQUEST BY INTERVENORS TO APPEAR REMOTELY FOR HEARING ON DEFENDANTS' MOTIONS TO DISMISS THE AMENDED AND SUPPLEMENTAL COMPLAINT |
| City of Los Angeles, et. al. | |
| Defendant(s). | Status Conference: January 24, 2022 |
| | Time: 8:30 a.m. |
| | Location: Courtroom 9D |

1

**INTERVENORS' JOINT REQUEST TO APPEAR REMOTELY**

*Additional Counsel*

**BROOKE WEITZMAN** SBN 301037
**WILLIAM WISE** SBN 109468
ELDER LAW AND DISABILITY RIGHTS CENTER
1535 E 17th Street, Suite 110
Santa Ana, California 92705
t. 714-617–5353
e. bweitzman@eldrcenter.org
e. bwise@eldrcenter.org

*Attorneys for Orange County Catholic Worker*

2

**INTERVENORS' JOINT REQUEST TO APPEAR REMOTELY**

1  Pursuant to the Court's January 20, 2022 Minute Order (Docket 384), Intervenors Los Angeles Community Action Network, Los Angeles Catholic, and Orange County Catholic Worker, by and through their counsel, join Defendants' and Plaintiffs' Request to Appear Remotely (Docket 384) and request approval for each to appear remotely for the hearing on Defendants' Motions to Dismiss, noticed for hearing on Monday, January 24, 2022 at 8:30 a.m. in Courtroom 9D of the United States Courthouse, located at 411 W. 4th St., Santa Ana, California.

As outlined in Defendants' and Plaintiffs' Request, the ongoing COVID-19 pandemic and the current rates of transmission due to the Omicron variant, warrant remote appearance for this hearing. Intervenors therefore join Defendants' and Plaintiffs' request to appear remotely via Zoom.

Dated: January 21, 2022  Respectfully submitted,
Legal Aid Foundation of Los Angeles

         /s/ Shayla Myers
Attorneys for Intervenors
Cangress and Los Angeles Catholic Worker

The filer attests that the following signatories, on whose behalf this filing is submitted, concur in the filing's contents and authorized this filing:

Law Office of Carol A. Sobel

         /s/ Carol A. Sobel
Attorneys for Intervenors
Cangress, Los Angeles Catholic Worker, and Orange County Catholic Worker

Elder Law and Disability Rights Center

         /s/ Brooke Weitzman
Attorneys for Intervenors
Orange County Catholic Worker

1

**INTERVENORS' JOINT REQUEST TO APPEAR REMOTELY**

Schonbrun Seplow Harris Hoffman & Zeldes LLP

    /s/ Catherine Sweetser
Attorneys for Intervenors
Cangress, Los Angeles Catholic Worker, and Orange County Catholic Worker