# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## <u>CIVIL MINUTES – GENERAL</u>

Case No.  <u>LA CV 20-02291-DOC (KESx)</u>                     Date:  <u>January 24, 2022</u>

Title:     <u>LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.</u>

PRESENT:     <u>THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE</u>

<u>Karlen Dubon</u>                                        <u>Court Smart</u>
Courtroom Deputy                                    Court Reporter

**<u>Attorneys Present for Plaintiff:</u>**          **<u>Attorneys Present for Defendant:</u>**
Elizabeth Mitchell                                  Scott Marcus
Matthew Umhofer                                     Jennifer Hashmall
Carol Sobel                                         Louis "Skip" Miller
Shayla Myers                                        Ryan Salaig
Brooke Weitzman                                     Arlene Hoang

**PROCEEDINGS** **(via Zoom):**     **CITY OF LOS ANGELES' MOTION TO DISMISS [369]**

                                     **CITY OF LOS ANGELES' MOTION TO DISMISS FAC [370]**

        Case is called. The Court hears oral arguments.

        The Court orders the parties to attend a mandatory settlement conference on Tuesday, February 15, 2022 at 8:30 a.m. at the First Street U.S. Courthouse, 350 W. 1st Street, Los Angeles, CA 90012.

        The Court orders the transcript for the hearing date above be made available on the docket forthwith free of charge to all ordering parties.

        The Court orders the transcript of this hearing designated as the official court record. The Court further orders the transcript be produced at Government expense and billed at the 7-day rate.

        The Court orders original transcript and notes be submitted to Transcripts_cacd@cacd.uscourts.gov no later than Monday, January 31, 2022, for immediate uploading on the Court's CM/ECF document filing system.


cc:  Alberto_Ortiz@cacd.uscourts.gov
cc:  DebbieGalecsr@gmail.com

                                                                              <u>1:    00</u>

MINUTES FORM 11
CIVIL-GEN                                                    Initials of Deputy Clerk:  kdu