**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. <u>LA CV 20-02291-DOC-KES</u>                    Date:  January 27, 2022

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

<u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

<table>
<tr><td><u>Karlen Dubon</u><br>Courtroom Clerk</td><td><u>Not Present</u><br>Court Reporter</td></tr>
<tr><td>ATTORNEYS PRESENT FOR<br>PLAINTIFF:<br>None Present</td><td>ATTORNEYS PRESENT FOR<br>DEFENDANT:<br>None Present</td></tr>
</table>

**PROCEEDINGS (IN CHAMBERS):    ORDER RE: MEDIATION SESSION**

The Court heard arguments from the parties and the intervenors on the two Motions to Dismiss (Dkts. 369, 370). The parties represented that the City and County have been engaged in discussions about an omnibus settlement for several months, and Plaintiffs stated that mediation would be useful at this juncture.

The Court **ORDERS** the parties to a mandatory mediation session before Judge André Birotte Jr. on Tuesday, February 15, 2022 at 1:30 pm in the Los Angeles First Street United States Courthouse, or another location, depending on the COVID-19 situation. The Court will inform the parties of the specific location in advance of the mediation session.

If the parties are able to reach an agreement before the mediation date, they should submit a preliminary term sheet to the Court before the mediation session.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu

MINUTES FORM 11
CIVIL-GEN