# EXHIBIT A

**MAINSTREAM BENEFITS QUARTERLY REPORT - ENDING 12-31-21**

| Department Name | Description of Mainstream Services |
|---|---|
| Department of Public Social Services (DPSS) | Assistance with General Relief, CalFresh, and Medi-Cal; Verification of benefits and case review; Electronic Benefit Transfer card issuance. |
| Department of Health Services - Countywide Benefits Enrollment Services Team (DHS-CBEST) | Assistance with securing Supplemental Security Income, Social Security Disability Insurance, Cash Assistance Program for Immigrants, retirement, and veteran's benefits. |
| Department of Mental Health | Outreach and engagement, referrals and linkages to mental health services. |
| Department of Public Health - Substance Abuse Prevention and Control (DPH-SAPC) | Outreach and engagement, Substance Use Disorder (SUD)  education, SUD screening, appointment scheduling, service navigation and linkages to needed ancillary services, transportation support to SUD appointments,  early intervention workshops for clients engaged in high risk behavior at risk of SUD. |

| Project Type | City | Zip Code | SPA | SD | CD | Beds / Spaces | Service Provider | Opening Date | Date LAHSA Introduced Site Operator to County Departments (Approximately two weeks before estimated 80% occupancy date) | Date LAHSA Provided County Departments with Site Client List | Dates When On-Site Services Began | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Department of Public Social Services | Department of Health Services - Countywide Benefits Enrollment Services Team | Department of Mental Health | Department of Public Health - Substance Abuse Prevention and Control |
| Project Homekey | Reseda | 91335 | 2 | 3 | 3 | 75 | LA Family Housing | 1/1/2021 | 4/26/2021 | 4/27/2021 | 5/17/2021- site visit and client services commenced | 5/19/2021- site visit commenced; 6/8/2021- client services commenced | 5/20/2021- site visit and client services commenced | 5/19/2021- client services commenced; site visit not needed as Client Engagement Navigation Services (CENS) provider is providing services |
| Project Homekey | Canoga Park | 91304 | 2 | 3 | 3 | 52 | LA Family Housing | 1/1/2021 | 4/26/2021 | 4/27/2021 | 5/19/2021- site visit and client services commenced | 5/21/2021- site visit commenced; 6/16/2021- client services commenced | 5/18/2021- site visit and client services commenced | 5/19/2021- client services commenced; site visit not needed as Client Engagement Navigation Services provider is providing services |
| Pallet Shelter/Tiny Home Village | North Hollywood | 91601 | 2 | 3 | 2 | 75 | Hope of the Valley | 2/1/2021 | 2/4/2021 | 2/24/2021 | 4/28/2021- client services commenced* | 3/15/2021- site visit and client services commenced | 3/11/2021- site visit and client services commenced | 4/28/2021- site visit and client services commenced |
| Project Homekey | Los Angeles | 90017 | 4 | 1 | 1 | 91 | Weingart | 2/1/2021 | 4/26/2021 | 4/27/2021 | 5/17/2021- site visit and client services commenced | 5/18/2021- site visit commenced; 5/27/2021- client services commenced | 5/20/2021- site visit and client services commenced | 5/19/2021- site visit commenced; 6/3/2021- client services commenced |
| Project Homekey | Chatsworth | 91311 | 2 | 5 | 12 | 76 | VOALA | 3/15/2021 | 4/26/2021 | 4/27/2021 | 5/20/2021- client services commenced* | 5/13/2021- site visit commenced; 6/1/2021- client services commenced | 5/19/2021- site visit and client services commenced | 5/20/2021- site visit and client services commenced |
| Project Homekey | North Hills | 91343 | 2 | 3 | 6 | 59 | VOALA | 3/17/2021 | 4/26/2021 | 4/27/2021 | 5/19/2021- site visit and client services commenced | 5/13/2021- site visit commenced; 5/26/2021- client services commenced | 5/18/2021- site visit and client services commenced | 5/27/2021- site visit and client services commenced |
| Project Homekey | Los Angeles | 90004 | 4 | 2 | 13 | 41 | VOALA | 3/22/2021 | 5/18/2021 | 5/18/2021 | 6/10/2021- client services commenced* | 6/17/2021- site visit commenced; 7/6/2021- client services commenced | 6/10/2021- site visit and client services commenced | 5/27/2021- site visit commenced; 6/2/2021- client services commenced |

**Exhibit A, Page 5**

| Project Type | City | Zip Code | SPA | SD | CD | Beds / Spaces | Service Provider | Opening Date | Date LAHSA Introduced Site Operator to County Departments (Approximately two weeks before estimated 80% occupancy date) | Date LAHSA Provided County Departments with Site Client List | Dates When On-Site Services Began | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Department of Public Social Services | Department of Health Services - Countywide Benefits Enrollment Services Team | Department of Mental Health | Department of Public Health - Substance Abuse Prevention and Control |
| Project Homekey | Los Angeles | 90016 | 4 | 2 | 10 | 23 | The People Concern | 3/24/2021 | 4/26/2021 | 4/27/2021 | 5/20/2021- client services commenced* | 5/24/2021- planning session conference call commenced; 6/9/2021- client services commenced | 5/20/2021- site visit and client services commenced | 5/24/2021- site visit and client services commenced |
| Project Homekey | Los Angeles | 90032 | 3 | 1 | 14 | 52 | Union Station | 4/7/2021 | 4/26/2021 | 4/27/2021 | 5/24/2021- client services commenced* | 5/25/2021- site visit commenced; 6/22/2021- client services commenced | 5/21/2021- site visit and client services commenced | 5/20/2021- site visit and client services commenced |
| Project Homekey | Los Angeles | 90032 | 4 | 1 | 14 | 49 | Union Station | 4/7/2021 | 5/6/2021 | 5/6/2021 | 6/1/2021- client services commenced* | 5/25/2021- site visit commenced; 6/14/2021- client services commenced | 6/3/2021- site visit and client services commenced | 5/24/2021- site visit commenced; 6/1/2021- client services commenced |
| Project Homekey | Los Angeles | 90018 | 6 | 2 | 8 | 31 | SSG/HOPICS | 4/13/2021 | 6/2/2021 | 6/2/2021 | 6/10/2021- client services commenced* | 6/17/2021- site visit commenced; 7/14/2021- client services commenced | 6/4/2021- site visit and client services commenced | 6/17/2021- site visit commenced; 6/25/2021- client services commenced |
| Project Homekey | Los Angeles | 90045 | 5 | 4 | 11 | 44 | The People Concern | 5/3/2021 | 6/2/2021 | 6/2/2021 | 6/21/2021- client services commenced* | 6/18/2021- site visit commenced; 7/6/2021- client services commenced | 6/24/2021- site visit and client services commenced | 6/22/2021- site visit commenced; 7/7/2021- client services commenced |
| Interim Housing | Los Angeles | 90028 | 4 | 3 | 13 | 30 | The Salvation Army | 4/16/2021 | 7/27/2021 | 7/27/2021 | 8/24/2021 - client services commenced* | 8/17/2021- site visit commenced; 8/25/2021- client services commenced | 8/19/2021- site visit and client services commenced | 8/10/2021- site visit and client services commenced |
| Interim Housing | Los Angeles | 90013 | 4 | 1 | 14 | 60 | Weingart | 2/1/2021 | 7/27/2021 | 7/27/2021 | 10/13/2021- site visit and client services commenced | 8/10/2021- site visit commenced; 8/24/2021- client services commenced | 8/12/2021- site visit and client services commenced | 8/18/2021- site visit and client services commenced |
| Interim Housing | Los Angeles | 90012 | 4 | 1 | 14 | 232 | Weingart | 4/12/2021 | 7/27/2021 | 7/27/2021 | 9/9/2021- site visit and client services commenced | 9/8/2021- site visit commenced; 9/16/2021- client services commenced | 8/5/2021 and 8/26/2021- site visit and client services commenced | 8/9/2021- site visit and client services commenced |
| Pallet Shelter/Tiny Home Village | Reseda | 91335 | 2 | 3 | 3 | 101 | Hope of the Valley | 6/15/2021 | 7/27/2021 | 7/27/2021 | 9/22/2021- site visit and client services commenced | 8/17/2021- site visit commenced; 8/18/2021- client services commenced | 8/16/2021- site visit and client services commenced | 8/12/2021- site visit and client services commenced |
| Interim Housing | Los Angeles | 90027 | 4 | 3 | 4 | 80 | PATH | 5/3/2021 | 8/4/2021 | 8/4/2021 | 8/26/2021- client services commenced* | 9/15/2021- site visit commenced; 10/26/2021 - client services commenced | 8/12/2021- site visit and client services commenced | 9/13/2021- site visit commenced; 10/5/2021- client services commenced |
| Interim Housing | Los Angeles | 90046 | 4 | 3 | 4 | 21 | PATH/Aviva (subcontractor) | 4/16/2021 | 8/4/2021 | 8/4/2021 | 8/25/2021- client services commenced* | 8/31/2021- site visit commenced; 9/7/2021- client services commenced | 8/12/2021- site visit and client services commenced | 9/21/2021- site visit commenced; 9/28/2021- client services commenced |
| Project Homekey | Marina Del Rey | 90292 | 5 | 2 | 11 | 33 | PATH | 7/13/2021 | 8/25/2021 | 8/25/2021 | 9/23/2021- site visit and client services commenced | 9/8/2021- site visit commenced; 9/14/2021- client services commenced | 9/16/2021- site visit and client services commenced | 9/16/2021- site visit commenced; 10/7/2021- client services commenced |

**Exhibit A, Page 6**

| Project Type | City | Zip Code | SPA | SD | CD | Beds / Spaces | Service Provider | Opening Date | Date LAHSA Introduced Site Operator to County Departments (Approximately two weeks before estimated 80% occupancy date) | Date LAHSA Provided County Departments with Site Client List | Dates When On-Site Services Began | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Department of Public Social Services | Department of Health Services - Countywide Benefits Enrollment Services Team | Department of Mental Health | Department of Public Health - Substance Abuse Prevention and Control |
| Pallet Shelter/Tiny Home Vill | Reseda | 91335 | 2 | 3 | 3 | 148 | Hope of the Valley | 7/7/2021 | 10/13/2021 | 10/13/2021 | 11/23/2021- site visit and client services commenced | 11/5/2021 - site visit commenced; 11/16/2021 - client services commenced | 12/1/2021 - site visit and client services commenced | 11/18/2021- site visit and client services commenced |
| Pallet Shelter/Tiny Home Village | Los Angeles | 90065 | 8 | 2 | 15 | 80 | The Salvation Army | 6/14/2021 | 10/13/2021 | 10/13/2021 | 10/27/2021- site visit and client services commenced | 12/23/2021- site visit commenced; 1/5/2022- client services was scheduled for this date but is postponed due to COVID quarantine | 12/21/2021- went on site and provider was unprepared and took information to do themselves | 1/5/2022- site visit was scheduled for this date but is postponed due to COVID quarantine |

\* Denotes services provided telephonically via a dedicated hotline for the Mainstream Benefits program.

**Exhibit A, Page 7**