**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                    Date:  February 15, 2022

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS: ORDER RE: SETLLEMENT CONFERENCE**

Outside the presence of the court reporter, the parties met with Judge André Birotte and Special Master Michele Martinez for ongoing settlement discussion.

The parties are ordered to return Wednesday, February 16, 2022 at 2pm.

MINUTES FORM 11                                        _____:_____01___

CIVIL-GEN                                             Initials of Deputy Clerk: kdu