**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                    Date:  February 17, 2022

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

|  Karlen Dubon  |  Not Present  |
| :---: | :---: |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| :---: | :---: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER RE: SETLLEMENT CONFERENCE**

In light of ongoing settlement discussions, the Court sets a Settlement Conference on **Tuesday, February 22, 2022 at 2:00 pm** in Courtroom 5B at the First Street U.S. Courthouse, 350 W 1st Street, Los Angeles, CA 90012. The Court requests the presence of Los Angeles Mayor Eric Garcetti, Los Angeles County Board of Supervisors Chair Holly Mitchell, and Los Angeles City Council President Nury Martinez.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                             Initials of Deputy Clerk: kdu

CIVIL-GEN