**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                 Date:  February 22, 2022

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Reported |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Elizabeth Mitchell, Matthew Shayla Myers | Scott Marcus, Gita O'Neil Jennifer "Mira" Hashmall Louis "Skip" Miller |

**PROCEEDINGS: SETTLEMENT CONFERENCE**

Also present as defendant representatives Los Angeles County Board of Supervisors & Los Angeles County Chair, Holly Mitchell and Los Angeles City Counsel, Council President Nury Martinez.

Outside the presence of the court reporter, the parties met with Judge André Birotte and Special Master Michele Martinez for ongoing settlement discussion.

Conference will be continued at a later date to be scheduled by the Court.

MINUTES FORM 11

CIVIL-GEN

_____:_____01___

Initials of Deputy Clerk: kdu