MICHAEL N. FEUER (SBN 111529), *City Attorney*
SCOTT MARCUS (SBN 184980), *Chief Assistant City Attorney*
200 North Main Street, City Hall East, 7th Floor
Los Angeles, California 90012
Telephone:   (213) 978-4681
Facsimile:    (213) 978-7011
Email: scott.marcus@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES


RODRIGO A. CASTRO-SILVA (SBN 185251), *County Counsel*
LAUREN M. BLACK (SBN 192302), *Assistant County Counsel*
ANA WAI-KWAN LAI (SBN 257931), *Senior Deputy County Counsel*
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:   (213) 974-1830
Facsimile:    (213) 626-7446
Email: alai@counsel.lacounty.gov

Attorneys for Defendant
COUNTY OF LOS ANGELES

[Additional counsel listed on following page.]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES** <br><br> **DEFENDANTS' STIPULATION TO CONTINUE STATUS CONFERENCE AND RELATED DATES** <br><br> Current Hearing Date: <br> April 27, 2022 <br><br> New [Proposed] Hearing Date: <br> June 27, 2022 <br><br> Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

555319.1

DEFENDANTS' STIPULATION TO CONTINUE STATUS CONFERENCE AND RELATED DATES

[Additional counsel, continued from previous page:]

LOUIS R. MILLER (SBN 54141)
MIRA HASHMALL (SBN 216842)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:    (310) 552-8400
Email: mhashmall@millerbarondess.com


BYRON J. MCLAIN (SBN 257191)
FOLEY & LARDNER, LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:   (310) 972-4500
Facsimile:    (213) 486-0065
Email: bmclain@foley.com

Attorneys for Defendant
COUNTY OF LOS ANGELES

DEFENDANTS' STIPULATION TO CONTINUE STATUS CONFERENCE AND RELATED DATES

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

Defendants City of Los Angeles ("City") and County of Angeles ("County") (together, "Defendants"), by and through their respective counsel, hereby stipulate to the following:

### RECITALS

WHEREAS, pursuant to the Binding Term Sheet (Dkt. 136), the City and the County entered into a Memorandum of Understanding (the "MOU," Dkt. 185-1) memorializing the 6700 Bed Agreement;

WHEREAS, on December 21, 2021, the Court issued a Minute Order directing Defendants to complete the following by March 4, 2022: (a) the County shall carry out and submit to the Court a full audit of all beds created by the City; (b) the City shall carry out and submit to the Court a full audit of the County's provision of mainstream services for homeless people residing in facilities created by the City; and (c) the City and County shall file a joint report detailing the procedures used to document new beds and how those procedures address the County's previous concerns (Dkt. 378);

WHEREAS, the Court also ordered all parties wishing to submit briefing on either audit to do so by March 25, 2022, directed any party wishing to respond to any such briefing to do so by April 8, 2022, and scheduled a conference to hear testimony about the audit results on April 27, 2022 (Dkt. 378);

WHEREAS, the County's audit of the City's beds/shelter opportunities includes site visits and document review for more than 67 interim housing sites and the administrative/document review of at least 8 other projects (including over 1,400 rapid rehousing beds at different locations), which involves an extensive document collection and review by the County;

DEFENDANTS' STIPULATION TO CONTINUE STATUS CONFERENCE AND RELATED DATES

WHEREAS, the City's audit of mainstream services involves an extensive document collection from County departments and LAHSA, and subsequent production to the City, which will need time to review and analyze the documents;

WHEREAS, the parties have made significant progress towards the audits, but due to administrative challenges arising from the surge in COVID-19 cases in Los Angeles since December 2021, including the resultant quarantine policies and heightened health and safety protocols in facilities created pursuant to the Binding Term Sheet and MOU, the parties need more time to complete the audit processes;

WHEREAS, the City and County agree that the status conference will be more informative if the City and County are able to complete those processes and report their audit results to the Court;

WHEREAS, the City and County believe an additional 60 days will be sufficient to complete and submit the results of the audits, so thereafter the parties may provide briefing and prepare for a status conference.

## **STIPULATION**

NOW THEREFORE, IT IS HEREBY STIPULATED that Defendants respectfully request that the Court extend the date for submission of the audit results and joint report from Friday, March 4, 2022 to **Tuesday, May 3, 2022.**

Defendants also request that the Court extend the date on which all parties may submit briefing on either audit from Friday, March 25, 2022 to **Tuesday May 24, 2022,** and extend the date by which any party wishing to respond to any such briefing from Friday, April 8, 2022 to **Tuesday, June 7, 2022.**

Defendants respectfully request that the April 27, 2022 date for the status conference be rescheduled for **June 27, 2022**, or any date thereafter that is convenient for the Court.

DEFENDANTS' STIPULATION TO CONTINUE STATUS CONFERENCE AND RELATED DATES

**IT IS SO STIPULATED**.

DATED:  February 28, 2022          MILLER BARONDESS, LLP


By:      /s/ Mira Hashmall
         MIRA HASHMALL
         Attorneys for Defendant
         COUNTY OF LOS ANGELES


DATED:  February 28, 2022          CITY OF LOS ANGELES


By:      /s/ Scott Marcus
         SCOTT MARCUS
         Attorneys for Defendant
         CITY OF LOS ANGELES

555319.1

5

## **SIGNATURE ATTESTATION**

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  February 28, 2022          MILLER BARONDESS, LLP


By:   /s/ Mira Hashmall
      MIRA HASHMALL
      Attorneys for Defendant
      COUNTY OF LOS ANGELES

555319.1                                6