# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES**<br><br>**ORDER GRANTING DEFENDANTS' STIPULATION TO CONTINUE STATUS CONFERENCE AND RELATED DATES**<br><br><u>Current Hearing Date:</u><br>April 27, 2022<br><br><u>New [Proposed] Hearing Date:</u><br>June 27, 2022<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

555347.1

ORDER GRANTING DEFENDANTS' STIPULATION TO CONTINUE STATUS CONFERENCE AND RELATED DATES

# ORDER

The Court, having reviewed Defendants City of Los Angeles and County of Los Angeles' (together, "Defendants") Stipulation to Continue Status Conference and Related Dates (the "Stipulation"), and for good cause shown, hereby ORDERS as follows:

1. Defendants' Stipulation is GRANTED.

2. The date for submission of the audit results and joint report is hereby extended from Friday, March 4, 2022 to **Tuesday, May 3, 2022**.

3. The date on which all parties may submit briefing on either audit is hereby extended from Friday, March 25, 2022 to **Tuesday May 24, 2022**.

4. The date by which any party wishing to respond to any such briefing is hereby extended from Friday, April 8, 2022 to **Tuesday, June 7, 2022.**

5. The status conference scheduled for Wednesday, April 27, 2022 shall be rescheduled to _____, 2022 at _____ a.m./p.m.

**IT IS SO ORDERED.**

DATED: _____   _____
                                HON. DAVID O. CARTER

555347.1

ORDER GRANTING DEFENDANTS' STIPULATION TO CONTINUE STATUS CONFERENCE AND RELATED DATES