UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES     Date:  March 2, 2022

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER RE: DEFENDANTS' STIPULATION TO CONTINUE STATUS CONFERENCE [398]**

Under the Binding Term Sheet (Dkt. 136), the City and County's deadline for construction of new beds and provision of services was December 16, 2021. In light of the deadline's passing, the Court previously ordered audits regarding completion of the agreement and set a Status Conference on April 27, 2022 (Dkt. 378).

On February 28, 2022, the City and County of Los Angeles jointly stipulated to continue the Status Conference and related deadlines "due to administrative challenges arising from the surge in COVID-19 cases in Los Angeles since December 2021." Dkt. 398 at 4.

Given the unexpected challenges Defendants face in completing their audits, the Court sets the following new deadlines:

- By **Monday, March 21, 2022**, the City and County shall submit a Joint Status Report detailing progress made toward completing the audits.
- By **Monday, April 4, 2022**,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES									Date: March 2, 2022

Page 2

- o  The County shall carry out and submit to the Court a full audit that will attempt to verify the existence of all beds created by the City pursuant to the Binding Term Sheet;

- o  The City shall carry out and submit to the Court an audit of the County's provision of mainstream services for homeless people residing in facilities established by the City pursuant to the Binding Term Sheet; and

- o  The City and County shall file a joint report detailing the procedures used to document new beds and how those procedures address the County auditor's previous concerns.

- All parties—including Plaintiffs and Intervenors—wishing to submit briefing on either audit shall do so by **Monday, April 25, 2022**.

- Any party wishing to respond to any such briefing shall do so by **Monday, May 9, 2022**.

The Court will hear testimony from all parties about the audit results at the Status Conference. The Conference will take place at 9:00 am on **Friday, May 20, 2022** at the First Street U.S. Courthouse, 350 W. 1st Street, Los Angeles, CA 90012. The Court will inform the parties of the specific courtroom in advance of the hearing.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11										Initials of Deputy Clerk: kdu

CIVIL-GEN