# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# **AMENDED**
# CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC (KESx)                    Date: March 23, 2022

Title: LA Alliance for Human Rights, et al v. City of Los Angeles, et al.

---

PRESENT:     THE HONORABLE DAVID O. CARTER, JUDGE

            Deborah Lewman                          Not Present
            Court Clerk                             Court Reporter

---

**PROCEEDINGS (IN CHAMBERS): ORDER SETTING SETTLEMENT CONFERENCE**

The Court sets a Settlement Conference on **Tuesday, March 29, 2022, at 1:00 p.m.** in Courtroom 6A at the First Street U.S. Courthouse, 350 W 1st Street, Los Angeles, CA 90012.

The Court requests the presence of Los Angeles Mayor Eric Garcetti, Los Angeles County Board of Supervisors Chair Holly Mitchell, and Los Angeles City Council President Nury Martinez.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                      Initials of Deputy Clerk:  djl
CIVIL-GEN