1 | Carol A. Sobel (SBN 84483)
2 | **LAW OFFICE OF CAROL A. SOBEL**
  | 1158 26th St., # 552
3 | Santa Monica, California
4 | Tel:  (310) 393-3055
  | Email: carolssobel@gmail.com
5 | *Attorneys for Intervenors.*
6 |
7 | Shayla R. Myers (SBN 264054)           Catherine Sweetser (SBN 271142)
  | **LEGAL AID FOUNDATION**               **SCHONBRUN SEPLOW HARRIS**
8 | **OF LOS ANGELES**                     **HOFFMAN & ZELDES, LLP**
9 | 7000 S. Broadway                       9415 Culver Boulevard, #115
  | Los Angeles, CA 90003                  Culver City, CA 90232
10| Tel: (213) 640-3983                    Tel:  (310) 396-0731
11| Email: smyers@lafla.org                Email: catherine.sdshhh@gmail.com
12| *Attorneys for Intervenors Los Angeles*
13| *Community Action Network and Los Angeles Catholic Worker.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al. | CASE NO. 20-CV-02291-DOC-KES |
| Plaintiff(s), | **INTERVENORS' NOTICE OF JOINDER AND NON-OPPOSITION** |
| vs. | Assigned to Hon. David O. Carter and Magistrate Judge Karen E. Scott |
| CITY OF LOS ANGELES, et. al. | |
| Defendant(s). | |

1

INTERVENORS' NOTICE OF JOINDER AND NON-OPPOSITION

*Additional Counsel*

**BROOKE WEITZMAN** SBN 301037
**WILLIAM WISE** SBN 109468
ELDER LAW AND DISABILITY RIGHTS CENTER
1535 E 17th Street, Suite 110
Santa Ana, California 92705
t. 714-617–5353
e. bweitzman@eldrcenter.org
e. bwise@eldrcenter.org

*Attorneys for Orange County Catholic Worker.*

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Intervenors Los Angeles Community Action Network (CANGRESS), Los Angeles Catholic Worker, and Orange County Catholic Worker, through their counsel of record, hereby join the Defendant County of Los Angeles in withdrawing consent to *ex parte* communications in this case. While Intervenors joined Defendants and Plaintiffs in giving consent to such communications for the purposes of settlement, Intervenors previously raised concerns about the extent and subject of *ex parte* communications in this matter. *See* Docket 187, Intervenors' Request for Clarification and Status Conference at 7.

Defendant City and Plaintiffs appear to be engaged in settlement negotiations. Although they have expressed a willingness to engage in settlement negotiations, Intervenors have been excluded from and are not party to negotiations between the City and Plaintiffs. Public statements by parties to those negotiations, as well as previously-disclosed details about a potential settlement, raise questions about the legality of such an agreement. Defendant Los Angeles County has expressed its view that the "litigation should return to the normal process." Dkt. 403 at 2. As such, the Court will adjudicate legal questions raised by parties not involved in the settlement, including possible questions about the legality of the settlement itself.

Therefore, Intervenors join Defendant County of Los Angeles in withdrawing consent to further *ex parte* communications. Intervenors do not object to Defendant Los Angeles County's request to reassign the matter to another judge.

Dated: March 28, 2022               Respectfully submitted,
                                    Legal Aid Foundation of Los Angeles


                                        /s/ Shayla Myers
                                    *Attorneys for Intervenors*
                                    *Cangress and Los Angeles Catholic Worker.*

|     |                                                              |
| --- | ------------------------------------------------------------ |
| 1   | Law Office of Carol A. Sobel                                 |

Law Office of Carol A. Sobel

    /s/ Carol A. Sobel
*Attorneys for Intervenors*
*Cangress, Los Angeles Catholic Worker, and Orange County Catholic Worker.*

Elder Law and Disability Rights Center

    /s/ Brooke Weitzman
*Attorneys for Intervenors*
*Orange County Catholic Worker.*

Schonbrun Seplow Harris Hoffman & Zeldes LLP

    /s/ Catherine Sweetser
*Attorneys for Intervenors*
*Cangress, Los Angeles Catholic Worker, and Orange County Catholic Worker.*

INTERVENORS' NOTICE OF JOINDER AND NON-OPPOSITION