SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
mumhofer@spertuslaw.com
emitchell@spertuslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, *et al*., <br><br> Defendants. | CASE NO. 2:20-CV-02291-DOC-KES <br><br> Assigned to Judge David O. Carter <br><br> **PLAINTIFFS' RESPONSE TO DEFENDANT COUNTY OF LOS ANGELES' NOTICE OF WITHDRAWAL OF CONSENT TO EX PARTE COMMUNICATIONS** |

On March 19, 2020 County Supervisor Kathryn Barger, then chair of the Board of Supervisors, praised this Court and asked for help: "So, you know, Judge Carter, I have admired the work you did in Orange County, and you keep saying it's going to change. It won't change. Because I know where your heart is, and I know where my fellow colleagues on the board of supervisors' heart is, and that is **we have to do better**. . . . We have an opportunity, both the plaintiffs, the counties, and the cities to get this right. And I am committed, along with my colleagues. . . . So we have to have the political will and the leadership to get it done. And we're going to be looking to you, Judge Carter, to help us navigate those waters." (March 19, 2020 Transcript 32:10-35:1.) Only after such pledges by the County and the City did this Court ask the parties if the parties were willing to stay the litigation and waive *ex parte* communications with the goal of ultimately reaching an historic agreement in a way that would profoundly benefit the entire community of Los Angeles, but especially the unhoused community. The parties all agreed. (*Id.* at 118:18-117:22) (Mr. Castro-Silva: So this is Rodrigo Castro-Silva on behalf of the County of Los Angeles. We're in agreement.")

Unfortunately, the County went back on its word and decided to litigate this case rather than work cooperatively with the Plaintiffs, this Court, and the City. It filed a Motion to Dismiss on March 29, 2021; thereafter this Court issued a minute order lifting the stay of litigation. (Docket No. 266.) That order necessarily restarted litigation, ending the agreement to participate in *ex parte* communications with the Court. And in fact, this Court has not had *ex parte* communications with any party to Plaintiffs' knowledge since that date, except ironically by the County's request at the December 16, 2021 status conference (if at all).[1]

---

[1] No transcript has been released for the December 16, 2021 status conference. During the conference, outside counsel for the County of Los Angeles, Mr. Miller, requested that the Court re-engage in *ex parte* communications with the parties, regarding settlement communications only.

1

PLAINTIFFS' RESPONSE TO DEFENDANT COUNTY OF LOS ANGELES' NOTICE OF WITHDRAWAL OF CONSENT TO EX PARTE COMMUNICATIONS

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

The County's pleading comes only after it has lost two motions in front of this Court and is again trying to wriggle out of its legal obligations by apparently seeking to transfer the case to another judicial officer whom the County views as more sympathetic to it, without legal or procedural basis to do so.  Plaintiffs do not object to any withdrawal of agreement re: *ex parte* communications because such communications already ended as of March 29, 2021 when the County filed its Motion to Dismiss or at the latest April 13, 2021 when the Court issued its minute order lifting the stay of litigation.  Plaintiffs do object to Defendant County's baseless request to transfer this case to another judicial officer.

Dated: March 28, 2022

/s/ Elizabeth A. Mitchell
SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)

*Attorneys for Plaintiffs*

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles. CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

2