SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
mumhofer@spertuslaw.com
emitchell@spertuslaw.com

*Attorneys for Plaintiffs*

MICHAEL N. FEUER, City Attorney (SBN 111529)
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
RYAN SALSIG, Deputy City Attorney (SBN 250830)
200 North Main Street, City Hall East, 7th Floor
Los Angeles, California 90012
Telephone: 213-978-4681
Facsimile: 213-978-7011
Email:  Scott.Marcus@lacity.org

*Attorneys for Defendant*
CITY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association, JOSEPH BURK, HARRY TASHDJIAN, KARYN PINSKY, CHARLES MALOW, CHARLES VAN SCOY, GEORGE FREM, GARY WHITTER, and LEANDRO SUAREZ, individuals, Plaintiffs,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 200 inclusive, Defendants,<br><br>Defendants. | CASE NO. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**NOTICE OF PRELIMINARY SETTLEMENT AGREEMENT AND STIPULATION TO STAY LITIGATION AS TO DEFENDANT CITY OF LOS ANGELES ONLY** |

PLAINTIFFS LA Alliance for Human Rights and all individual plaintiffs, and DEFENDANT City of Los Angeles, hereby notify the Court that a preliminary agreement has been reached which would fully resolve this case as to Defendant City only.  Attached hereto as Exhibit A is a copy of the term sheet that has been reached by and between the two parties.  Plaintiffs and Defendant request the Court suspend litigation as to the City only.  Upon execution of a full settlement agreement, which must be approved by the City Council and Mayor of Los Angeles, Plaintiffs and Defendant will return to this Court seeking dismissal as to the City. Plaintiffs and Defendant will work expeditiously and make all best efforts to have the full settlement agreement finalized, including approval of all necessary parties and entities, within four weeks of today's date.

Dated: April 1, 2022            Respectfully submitted,

/s/ Elizabeth A. Mitchell
SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)

*Attorneys for Plaintiffs*

Dated: April 1, 2022            /s/ Scott Marcus
Scott Marcus
Chief Assistant City Attorney
LOS ANGELES CITY ATTORNEY'S OFFICE

*Attorneys for Defendant City of Los Angeles*

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(1), Elizabeth Mitchell hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above*