LOUIS R. MILLER (SBN 54141)
MIRA HASHMALL (SBN 216842)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 552-4400
Facsimile:   (310) 552-8400
Email:  mhashmall@millerbarondess.com

Attorneys for Defendant
COUNTY OF LOS ANGELES

MICHAEL N. FEUER, City Attorney (SBN 111529)
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
RYAN SALSIG, Deputy City Attorney (SBN 250830)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone:  (213) 978-7508
Facsimile:   (213) 978-7011
Email:  Arlene.Hoang@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>              Defendants. | Case No. 2:20-cv-02291 DOC (KES)<br><br>**DEFENDANTS CITY OF LOS ANGELES AND COUNTY OF LOS ANGELES' NOTICE OF FILING JOINT REPORT RE AUDITS AND PROCEDURES TO DOCUMENT NEW BEDS [DKT. 185-1, 378 and 399]**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

559909.1

DEFENDANTS CITY AND COUNTY'S NOTICE OF FILING JOINT REPORT RE AUDITS AND PROCEDURES TO DOCUMENT NEW BEDS

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to the Court's Orders dated December 21, 2021 (Dkt. 378) and March 2, 2022 (Dkt. 399), Defendants CITY OF LOS ANGELES and COUNTY OF LOS ANGELES hereby file, as **Exhibit A** and its attachments hereto, their Joint Report regarding (1) the Audits they each conducted, and (2) the procedures used to document the new beds created by the City pursuant to the MOU (Dkt. 185-1).

DATED:  April 4, 2022                    CITY ATTORNEY'S OFFICE


By:        /s/ Arlene N. Hoang
          ARLENE N. HOANG*, Deputy City
          Attorney
          Attorneys for Defendant
          COUNTY OF LOS ANGELES


DATED:  April 4, 2022                    MILLER BARONDESS, LLP


By:        /s/ Mira Hashmall
          MIRA HASHMALL
          Attorneys for Defendant
          COUNTY OF LOS ANGELES

* Pursuant to L.R. 5-4.3.4(a)(2)(i), all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DEFENDANTS CITY AND COUNTY'S NOTICE OF FILING JOINT REPORT RE AUDITS AND PROCEDURES TO DOCUMENT NEW BEDS