SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
mumhofer@spertuslaw.com
emitchell@spertuslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, *et al.*, <br><br> Defendants. | CASE NO. 2:20-CV-02291-DOC-KES <br><br> Assigned to Judge David O. Carter <br><br> **PLAINTIFFS' NOTICE OF INTENT TO SEEK LEAVE TO FILE SECOND AMENDED COMPLAINT** |

1  Plaintiffs LA Alliance for Human Rights, et al. hereby provide notice to this Honorable Court and to all parties and their counsel of record: Plaintiffs intend to seek leave to file a Second Amended Complaint as to Defendant County when and if the Court approves settlement between the Plaintiffs and Defendant City. Plaintiffs anticipate the Second Amended Complaint will significantly streamline the case against the remaining Defendant, Los Angeles County, should the settlement against Defendant City be approved. In the interest of judicial economy, Plaintiffs request litigation be stayed until after the Court rules on the settlement.

Dated: April 7, 2022                    Respectfully submitted,


*/s/ Elizabeth A. Mitchell*
SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)

*Attorneys for Plaintiffs*