LOUIS R. MILLER (State Bar No. 54141)
MIRA HASHMALL (State Bar No. 216842)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400
Email: mhashmall@millerbarondess.com

Attorneys for Defendant
COUNTY OF LOS ANGELES


MICHAEL N. FEUER, City Attorney (State Bar No. 111529)
SCOTT MARCUS, Chief Assistant City Attorney (State Bar No. 184980)
ARLENE N. HOANG, Deputy City Attorney (State Bar No. 193395)
RYAN SALSIG, Deputy City Attorney (State Bar No. 250830)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: (213) 978-7508
Facsimile: (213) 978-7011
Email: arlene.hoang@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**DEFENDANTS CITY OF LOS ANGELES AND COUNTY OF LOS ANGELES' NOTICE OF FILING JOINT SUPPLEMENTAL AUDIT REPORT**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

561518.1

DEFENDANTS CITY OF LOS ANGELES AND COUNTY OF LOS ANGELES' NOTICE OF FILING JOINT
SUPPLEMENTAL AUDIT REPORT

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to the Court's Orders dated December 21, 2021 (Dkt. 378) and March 2, 2022 (Dkt. 399), Defendants City of Los Angeles and County of Los Angeles hereby file, as **Exhibit A**, their Joint Supplemental Audit Report regarding (1) the Audits they each conducted, and (2) the procedures used to document the new beds created by the City pursuant to the MOU (Dkt. 185-1).

DATED:  April 19, 2022          CITY ATTORNEY'S OFFICE


By:  _____/s/ Arlene N. Hoang*_____
ARLENE N. HOANG, Deputy City Attorney
Attorneys for Defendant
CITY OF LOS ANGELES


DATED:  April 19, 2022          MILLER BARONDESS, LLP


By:  _____/s/ Mira Hashmall_____
MIRA HASHMALL
Attorneys for Defendant
COUNTY OF LOS ANGELES

* Pursuant to L.R. 5-4.3.4(a)(2)(i), all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

561518.1                                      2