# EXHIBIT A

This serves as a supplemental report to the joint audit report that was submitted on April 4, 2022 pursuant to the December 21, 2021 court order. This report addresses outstanding issues that were referenced in the April 4, 2022 report.

**SUPPLEMENTAL AUDIT FINDING**

1. County audit of City beds:

    a) The City reported 71 site-based interim housing sites with a total 5,311 beds on the Quarterly Report (QR) ending December 31, 2021.  As of the April 4, 2022, joint audit report filed with the Court the County was not able to complete the audit of 15 interim housing sites with 1,559 beds due to incomplete information.

    The County completed the audit of the 15 interim housing sites and found 1,550 open and occupiable beds.  Six sites were found to have fewer beds and one site was found to have more beds than was listed in the QR ending December 31, 2021.  In total the County found 5,302 open and occupiable beds in 71 interim housing sites.  The City will include the corrected information in their next quarterly report.

    b) The City reported 13 project-based permanent supportive (PSH) sites with a total of 490 beds in the QR ending December 31, 2021.  As of the April 4, 2022, joint audit report filed with the Court the County was not able to complete the audit of the 13 project-based PSH sites due to incomplete information.

    The County completed the audit of the 13 project-based PSH sites and found that 457 beds were open and occupiable.  Seven sites were found to have fewer beds than listed in the QR ending December 31, 2021.  The City will include the corrected information in their next quarterly report.

    The City reported a total of 6,566 new open and occupiable beds and 754 other open and occupiable beds in the QR ending December 31, 2021.  The City and the County are in agreement that 42 of the beds included in the report were not open and occupiable for people experiencing homelessness.  The City will include the corrected information in the next quarterly report.

2. City audit of County's provision of mainstream services:

    a) As of the April 4, 2022, joint audit report filed with the Court the City identified five (5) Project Roomkey sites that are now closed that had incomplete information to determine if they had received mainstream services.  In this supplemental joint audit report the City is reporting on the audit of these 5 Project Roomkey sites.  The City found that similar to the six (6) open Project Roomkey sites, mental health services were provided at these five (5) sites. The City also found that while not implemented in accordance with the Guide, County Departments provided either onsite services or defined referral based services at all eleven sites. All open sites are being engaged for mainstream services per the Guide.

2

b) In the April 4, 2022 joint audit report filed with the Court, the City noted that 27 sites had met the 80 percent occupancy level and had not received mainstream services. Of these 27 sites, the City is confirming that five (5) of these 27 sites are no longer open. The County has already taken action to integrate mainstream services into the 22 open sites.