SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
mumhofer@spertuslaw.com
emitchell@spertuslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>          Defendants. | CASE NO. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**JOINT STATUS REPORT RE NOTICE OF PRELIMINARY SETTLEMENT AND STIPULATION TO STAY LITIGATION AS TO DEFENDANT CITY OF LOS ANGELES ONLY [ECF No. 408]** |

1

*JOINT STATUS REPORT RE NOTICE OF PRELIMINARY SETTLEMENT AND STIPULATION TO STAY LITIGATION AS TO DEFENDANT CITY OF LOS ANGELES ONLY*

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES. CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs LA ALLIANCE FOR HUMAN RIGHTS, *et al.* and Defendant CITY OF LOS ANGELES hereby jointly provide the following status report concerning their Notice of Preliminary Settlement Agreement and Stipulation to Stay Litigation as to Defendant CITY OF LOS ANGELES only [ECF No. 408]:

The parties have been, and are continuing to, work diligently and expeditiously, and in good faith, to finalize the full settlement agreement and to obtain approval of all necessary parties and entities. Although the parties were hopeful the settlement agreement would be finalized by today's date, the parties need additional time, and will use their best efforts to have the settlement agreement finalized within three weeks of today's date. The parties continue to request that litigation be stayed until such time as this Court can review and ultimately approve the settlement.

DATED: April 29, 2022            Respectfully submitted,


                                 By: */s/ Elizabeth A. Mitchell*
                                 SPERTUS, LANDES & UMHOFER, LLP
                                 Matthew Donald Umhofer
                                 *Attorneys for Plaintiffs*


DATED: April 29, 2022            MICHAEL N. FEUER, City Attorney
                                 SCOTT MARCUS, Chief Assistant City Attorney
                                 ARLENE N. HOANG, Deputy City Attorney
                                 RYAN SALSIG, Deputy City Attorney


                                 By: */s/ Scott Marcus*
                                 Scott Marcus, Chief Assistant City Attorney
                                 Counsel for Defendant City of Los Angeles


Pursuant to L.R. 5-4.3.4(a)(2)(i), all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

*JOINT STATUS REPORT RE NOTICE OF PRELIMINARY SETTLEMENT AND STIPULATION TO STAY LITIGATION AS TO DEFENDANT CITY OF LOS ANGELES ONLY*