UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES                               Date: May 2, 2022

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT: THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER RE: SETTLEMENT AND/OR SCHEDULING CONFERENCE**

On April 1, 2022, Defendant City of Los Angeles and Plaintiff LA Alliance for Human Rights filed a Preliminary Notice of Settlement, stating that the parties "will work expeditiously and make all best efforts to have the full settlement agreement finalized . . . within four weeks of today's date," by April 29, 2022. Dkt. 408 at 2.

On April 29, 2022, four weeks after filing the Preliminary Notice of Settlement, the parties filed a Joint Status report indicating that they had not finalized the full settlement agreement. Dkt. 415 at 2.

The parties have represented that they will use their best efforts to finalize the settlement agreement by May 20, 2022. Mediator Judge André Birotte Jr. and Special Master Michele Martinez remain available if the parties request further mediation. Should the parties fail to finalize the settlement agreement on or before May 20, 2022 at 9:00 am, the Court sets a scheduling conference on May 20, 2022 at 9:00 am to decide dates for discovery, motion practice, and trial pursuant to Federal Rule of Civil Procedure 26(f).

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                             Initials of Deputy Clerk: kdu

CIVIL-GEN