DAWYN R. HARRISON, *Acting County Counsel* (State Bar No. 173855)
dharrison@counsel.lacounty.gov
JENNIFER A.D. LEHMAN, *Assistant County Counsel* (State Bar No. 191477)
jlehman@counsel.lacounty.gov
ANA WAI-KWAN LAI, *Senior Deputy County Counsel* (State Bar No. 257931)
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:   (213) 974-1830
Facsimile:   (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)** <br><br> **DEFENDANT COUNTY OF LOS ANGELES' QUARTERLY STATUS REPORT PURSUANT TO MEMORANDUM OF UNDERSTANDING BETWEEN COUNTY OF LOS ANGELES AND CITY OF LOS ANGELES [DKT. 185-1]** <br><br> Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

563490.1

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to the Memorandum of Understanding between the County of Los Angeles ("County") and City of Los Angeles dated October 9, 2020 (the "MOU," Dkt. 185-1), the County respectfully submits the following document:

1.      A true and correct copy of the County's Mainstream Services Quarterly Report as of March 31, 2022 is attached hereto as **Exhibit A.**

DATED:  May 5, 2022                    MILLER BARONDESS, LLP


By: _____
       MIRA HASHMALL
       Attorneys for Defendant
       COUNTY OF LOS ANGELES

563490.1

2

DEFENDANT COUNTY OF LOS ANGELES' QUARTERLY STATUS REPORT

## INDEX OF EXHIBITS

| Ex. No. | Description | Pg. No. |
|---------|-------------|---------|
| A. | County's Mainstream Services Quarterly Report as of March 31, 2022 | 4-7 |