DAWYN R. HARRISON, *Acting County Counsel* (State Bar No. 173855)
dharrison@counsel.lacounty.gov
JENNIFER A.D. LEHMAN, Assistant County Counsel (State Bar No. 191477)
jlehman@counsel.lacounty.gov
ANA WAI-KWAN LAI, *Senior Deputy County Counsel* (State Bar No. 257931)
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:   (213) 974-1830
Facsimile:   (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**DEFENDANT COUNTY OF LOS ANGELES' RESPONSE TO COURT ORDER RE SCHEDULING CONFERENCE AND REQUEST FOR RULE 16 CONFERENCE**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

563601.1

DEFENDANT COUNTY'S RESPONSE TO COURT ORDER RE SCHEDULING CONFERENCE AND REQUEST FOR RULE 16 CONFERENCE

1. On May 2, 2022, in response to a notice from Plaintiffs and Defendant the City of Los Angeles ("City") regarding the status of their settlement, the Court entered a minute order stating that "[s]hould the parties fail to finalize the settlement agreement on or before May 20, 2022 at 9:00 am, the Court sets a scheduling conference on May 20, 2022 at 9:00 am to decide dates for discovery, motion practice, and trial pursuant to Federal Rule of Civil Procedure 26(f)."  (Dkt. 416). Defendant the County of Los Angeles ("County") respectfully requests that the Court hold the referenced scheduling conference on May 20, 2022 irrespective of the settlement between Plaintiffs and City, to which the County is not a party.

Rule 26(f) requires the parties to confer "as soon as practicable" about a discovery plan.  In general, discovery commences after "the parties have conferred as required by Rule 26(f)."  See Fed. R. Civ. P. 26(d)(1).  The Rules do not contemplate long delays in beginning discovery: the deadline for holding a 26(f) conference is 21 days in advance of the first court-scheduled discovery conference or 21 days in advance of the court-issued scheduling order, *see* Fed. R. Civ. P. 26(f)(1), which in turn should be issued under the Rules "the earlier of 120 days after any defendant has been served with the complaint or 90 days after any defendant has appeared."  Fed. R. Civ. P. 16(b)(2).

This case has been pending for over two years.  In accordance with the requirement that the mandatory Rule 26(f) conference should occur "as soon as practicable" and certainly in advance of the court-issued scheduling order, the County's counsel has repeatedly requested to meet and confer with Plaintiffs.  To date, Plaintiffs have refused to participate in a Rule 26(f) conference.  They have also refused to respond to discovery on the basis that no Rule 26(f) conference has been held and this Court has not yet scheduled a Rule 16 scheduling conference. (*See* Exhibit 1.)  By refusing to meet, Plaintiffs are unilaterally instituting their own de facto stay of discovery without demonstrating good cause for a stay or obtaining the Court's approval.

1  There are compelling reasons why both the Rule 26(f) conference and
2  discovery should proceed expeditiously in this case.  Defendants' Motion to Dismiss
3  the First Amended Complaint is fully briefed and has been under submission since
4  January 2022.  A significant part of a Rule 26(f) conference is discussing the
5  preservation steps the parties are taking to ensure that relevant evidence is not lost.
6  Plaintiffs should not be permitted to continue to further delay litigation, extend the
7  ultimate case disposition, and risk the loss of vulnerable evidence.
8  For the foregoing reasons, the County respectfully requests that the Court
9  either hold the Rule 16 conference irrespective of the Plaintiffs' settlement with the
10 City, or order Plaintiffs to participate in a Rule 26(f) conference.

DATED:  May 10, 2022           MILLER BARONDESS, LLP

By:  /s/ Mira Hashmall
     MIRA HASHMALL
     Attorneys for Defendant
     COUNTY OF LOS ANGELES