# EXHIBIT 1

| | |
|---|---|
| **From:** | Mira Hashmall |
| **To:** | Matthew Umhofer |
| **Cc:** | Angelica Ransom; Elizabeth A. Mitchell; Jon Powell; Calendaring; Skip Miller; ALai@counsel.lacounty.gov; BMcLain@foley.com; Scott.Marcus@lacity.org; arlene.hoang@lacity.org; jessica.mariani@lacity.org; ryan.salsig@lacity.org; Gita O"neill; "Shayla R. Myers"; "carolsobellaw@gmail.com"; "bweitzman@eldrcenter.org" |
| **Subject:** | RE: LA Alliance for Human Rights, et al. v. City of Los Angeles, et al. (Case No. 20-CV-02291-DOC-KES) |
| **Date:** | Tuesday, April 19, 2022 11:19:53 AM |

Hi Matt,

I'm following up about scheduling the Rule 26 conference. Please send some potential dates during the next two weeks.

Thank you,

Mira

**Mira Hashmall**

MILLER | BARONDESS LLP

1999 Avenue of the Stars, Suite 1000

Los Angeles, CA 90067

Main: 310-552-4400

Direct: 310-552-7560

Fax: 310-552-8400

mhashmall@millerbarondess.com

www.millerbarondess.com

Biography

Please consider the environment – do you really need to print this email?

**From:** Mira Hashmall
**Sent:** Friday, April 08, 2022 7:07 PM
**To:** Matthew Umhofer
**Cc:** Angelica Ransom ; Elizabeth A. Mitchell ; Jon Powell ; Calendaring ; Skip Miller ; Rcastro-silva@counsel.lacounty.gov; lblack@counsel.lacounty.gov; ALai@counsel.lacounty.gov; BMcLain@foley.com; Scott.Marcus@lacity.org; arlene.hoang@lacity.org; jessica.mariani@lacity.org; ryan.salsig@lacity.org; Gita O'neill
**Subject:** Re: LA Alliance for Human Rights, et al. v. City of Los Angeles, et al. (Case No. 20-CV-02291-DOC-KES)

Matt,

Please let us know your availability for the Rule 26 conference.

Thank you,

Mira

Sent from my iPhone

> On Apr 6, 2022, at 6:10 PM, Matthew Umhofer <matthew@spertuslaw.com> wrote:

Counsel:

Your discovery requests were sent in violation of Fed. R. Civ. Proc. 26(d) which provides: "A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Eul 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order." The only exception to this rule is found in Section 26(d)(2)(B) which permits early rule 34 requests to be served on a party but not considered served until the first Rule 26(f) conference under rule 26(d)(2)(B).

Because your requests were premature, and the Rule 26(f) conference has not yet even been set, we will not be providing responses today as demanded.

Matthew

**Matthew Donald Umhofer**

Spertus, Landes & Umhofer LLP

West LA: 1990 South Bundy Drive, Suite 705, LA, CA 90025

DTLA: 617 W. 7th St., Suite 200, LA, CA 90017

Los Angeles, CA 90025

310.826.4700

http://www.spertuslaw.com/attorney/matthew-d-umhofer/

Pronouns: *he/him*


> On Mar 8, 2022, at 8:26 PM, Angelica Ransom <aransom@millerbarondess.com> wrote:
>
>
> Counsel,
>
> On behalf of Skip Miller, attached please find the following document in the above-referenced matter:
>
> - Correspondence of today's date
>
> Best regards,
>
> **Angelica Ransom**
>
> **Legal Assistant/Paralegal**
>
> MILLER | BARONDESS LLP
>
> 1999 Avenue of the Stars, Suite 1000
>
> Los Angeles, CA 90067
>
> Main: 310-552-4400
>
> Fax: 310-552-8400
>
> aransom@millerbarondess.com
>
> www.millerbarondess.com
>
>
>  Please consider the environment – do you really need to print this email?
>
> CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

| | |
|---|---|
| **From:** | Elizabeth A. Mitchell |
| **To:** | Angelica Ransom; Matthew Umhofer; "dharrison@counsel.lacounty.gov"; "lblack@counsel.lacounty.gov"; "alai@counsel.lacounty.gov"; "bmclain@foley.com"; "scott.marcus@lacity.org"; "arlene.hoang@lacity.org"; "jessica.mariani@lacity.org"; "ryan.salsig@lacity.org"; "bweitzman@eldrcenter.org"; "bwise@eldrcenter.org"; "hoffpaul@aol.com"; "csweetser@sshhlaw.com"; "carolsobellaw@gmail.com"; "rowland.weston@gmail.com"; smyers@lafla.org |
| **Cc:** | Mira Hashmall; Kiva G. Schrager |
| **Subject:** | RE: LA Alliance for Human Rights, et al. v. City of Los Angeles, et al. (Case No. 2:20-cv-02291) |
| **Date:** | Monday, April 25, 2022 2:35:39 PM |

Counsel:

As with previous discovery propounded, your deposition notices are in violation of Fed. R. Civ. Proc. 26(d) which provides: "A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order." The only exception to this rule is found in Section 26(d)(2)(B) which permits early rule 34 requests to be served on a party but not considered served until the first Rule 26(f) conference under rule 26(d)(2)(B).

A Rule 26(f) conference is not practicable at this time because Plaintiffs intend to seek to amend their complaint when and if Plaintiffs settlement with the City is approved, and no scheduling conference has been set by the Court.

Because these notices are premature, no plaintiffs will be appearing as noticed.

Thank you,

**Elizabeth A. Mitchell**

**Spertus, Landes & Umhofer, LLP**

617 W. 7th St., Suite 200 | Los Angeles, CA 90017

t: (213) 205-6520 | f: (213) 205-6521 | emitchell@spertuslaw.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Thank you.

**From:** Angelica Ransom
**Sent:** Thursday, April 21, 2022 6:56 PM
**To:** Matthew Umhofer ; Elizabeth A. Mitchell ; 'dharrison@counsel.lacounty.gov' ; 'lblack@counsel.lacounty.gov' ; 'alai@counsel.lacounty.gov' ; 'bmclain@foley.com' ; 'scott.marcus@lacity.org' ; 'arlene.hoang@lacity.org' ; 'jessica.mariani@lacity.org' ; 'ryan.salsig@lacity.org' ; 'bweitzman@eldrcenter.org' ; 'bwise@eldrcenter.org' ; 'hoffpaul@aol.com' ; 'csweetser@sshhlaw.com' ; 'carolsobellaw@gmail.com' ; 'rowland.weston@gmail.com' ; smyers@lafla.org
**Cc:** Mira Hashmall ; Kiva G. Schrager
**Subject:** LA Alliance for Human Rights, et al. v. City of Los Angeles, et al. (Case No. 2:20-cv-02291)

Counsel,

On behalf of Mira Hashmall, attached and served upon you are the following documents in the above-referenced matter:

1. Notice of Deposition of Person(s) Most Qualified at LA Alliance for Human Rights Pursuant to Federal Rule of Civil Procedure 30(b)(6)
2. Notice of Deposition of Plaintiff Charles Malow
3. Notice of Deposition of Plaintiff Charles Van Scoy
4. Notice of Deposition of Plaintiff Gary Whittier

5. Notice of Deposition of Plaintiff George Frem
6. Notice of Deposition of Plaintiff Harry Tashdjian
7. Notice of Deposition of Plaintiff Joseph Burk
8. Notice of Deposition of Plaintiff Karyn Pinsky
9. Notice of Deposition of Plaintiff Leandro Suarez
10. Notice of Deposition of Plaintiff Wenzial Jarrell

Best regards,

**Angelica Ransom**

**Legal Assistant/Paralegal**

MILLER | BARONDESS LLP

1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Fax: 310-552-8400
aransom@millerbarondess.com
www.millerbarondess.com

 Please consider the environment – do you really need to print this email?

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.