SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
Email: mumhofer@spertuslaw.com
Email: emitchell@spertuslaw.com

*Attorneys for Plaintiffs*

MICHAEL N. FEUER, City Attorney (SBN 111529)
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
RYAN SALSIG, Deputy City Attorney (SBN 250830)
200 North Main Street, City Hall East, 7th Floor
Los Angeles, California 90012
Telephone: 213-978-4681
Facsimile: 213-978-7011
Email: Scott.Marcus@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>Defendants. | CASE NO. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**NOTICE OF LODGING [PROPOSED] STIPULATED ORDER OF DISMISSAL AS TO DEFENDANT CITY OF LOS ANGELES ONLY [Fed.R.Civ.P. 41(a)(2)]** |

1

*NOTICE OF LODGING [PROPOSED] STIPULATED ORDER OF DISMISSAL AS TO DEFENDANT CITY OF LOS ANGELES ONLY [Fed.R.Civ.P. 41(a)(2)]*

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to L.R. 5-4.4 and Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs LA Alliance for Human Rights, *et al.,* and Defendant City of Los Angeles hereby lodge for the Court's signature a [Proposed] Stipulated Order of Dismissal as to Defendant City of Los Angeles only.

DATED:  May 19, 2022              Respectfully submitted,

                                 */s/ Elizabeth A. Mitchell*
                                 SPERTUS, LANDES & UMHOFER, LLP
                                 Matthew Donald Umhofer
                                 Elizabeth A. Mitchell
                                 *Attorneys for Plaintiffs*

DATED:  May 19, 2022              MICHAEL N. FEUER, City Attorney
                                 SCOTT MARCUS, Chief Assistant City Attorney
                                 ARLENE N. HOANG, Deputy City Attorney
                                 JESSICA MARIANI, Deputy City Attorney
                                 RYAN SALSIG, Deputy City Attorney


                                 By: */s/ Scott Marcus*
                                 Scott Marcus, Chief Assistant City Attorney
                                 Counsel for Defendant City of Los Angeles

Pursuant to L.R. 5-4.3.4(a)(2)(i), all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*NOTICE OF LODGING [PROPOSED] STIPULATED ORDER OF DISMISSAL AS TO DEFENDANT CITY OF LOS ANGELES ONLY [Fed.R.Civ.P. 41(a)(2)]*