**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES – GENERAL</u>**

Case No. LA CV 20-02291-DOC-KES                    Date:  May 20, 2022

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

<u>THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE</u>

|   Karlen Dubon    |   Court Smart   |
| :---: | :---: |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| :---: | :---: |
| Elizabeth Mitchell, Matthew Umhofer | Scott Marcus, Gita O'Neil Ana Lai, Louis "Skip" Miller |

**PROCEEDINGS: SETTLEMENT CONFERENCE**

Also present as defendant representatives Los Angeles County Board of Supervisors & Los Angeles County Chair, Holly Mitchell. Special Master Michele Martinez and U.S. District Judge André Birotte.

Also present on behalf of intervenors, Carol Sobel and Shayla Meyers.

The Court sets the following dates regarding the settlement agreement:

The Court invites any party and the public to submit comments or objections by May 31, 2022.

Responses are due June 3, 2022.

Hearing regarding settlement agreement is set for June 9, 2022 at 9:00 AM.

MINUTES FORM 11

CIVIL-GEN

_____:_____20___

Initials of Deputy Clerk: kdu