SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
Email: mumhofer@spertuslaw.com
Email: emitchell@spertuslaw.com

*Attorneys for Plaintiffs*

MICHAEL N. FEUER, City Attorney (SBN 111529)
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
RYAN SALSIG, Deputy City Attorney (SBN 250830)
200 North Main Street, City Hall East, 7th Floor
Los Angeles, California 90012
Telephone: 213-978-4681
Facsimile: 213-978-7011
Email: Scott.Marcus@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>    Defendants. | CASE NO. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>***AMENDED* NOTICE OF LODGING OF FULLY EXECUTED [PROPOSED] STIPULATED ORDER OF DISMISSAL AS TO DEFENDANT CITY OF LOS ANGELES ONLY [Fed. R. Civ. P. 41(a)(2)]** |

1

*AMENDED NOTICE OF LODGING OF FULLY EXECUTED [PROPOSED] STIPULATED ORDER OF DISMISSAL AS TO DEF. CITY OF LOS ANGELES ONLY*

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to L.R. 5-4.4 and Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs LA Alliance for Human Rights, *et al.,* and Defendant City of Los Angeles hereby lodge for the Court's signature a Fully Executed [Proposed] Stipulated Order of Dismissal as to Defendant City of Los Angeles only.

DATED:  May 24, 2022          Respectfully submitted,

*/s/ Elizabeth A. Mitchell*
SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer
Elizabeth A. Mitchell
*Attorneys for Plaintiffs*

DATED:  May 24, 2022          MICHAEL N. FEUER, City Attorney
SCOTT MARCUS, Chief Assistant City Attorney
ARLENE N. HOANG, Deputy City Attorney
JESSICA MARIANI, Deputy City Attorney
RYAN SALSIG, Deputy City Attorney

By: */s/ Scott Marcus*
Scott Marcus, Chief Assistant City Attorney
Counsel for Defendant City of Los Angeles

Pursuant to L.R. 5-4.3.4(a)(2)(i), all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*AMENDED NOTICE OF LODGING OF FULLY EXECUTED [PROPOSED] STIPULATED ORDER OF DISMISSAL AS TO DEF. CITY OF LOS ANGELES ONLY*