## PROOF OF SERVICE

Court Name: **U.S. District Court, Central District of California**
Case Name: *L.A. Alliance for Human Rights v. City of Los Angeles*
Case Number: **2:20-cv-02291**

I, Heather N. Marulli, declare as follows:

I am over the age of 18 years and not a party to the above-entitled action. I am employed at AIDS Healthcare Foundation, whose business address, where I work, is 6255 West Sunset Blvd., 21st Floor, Los Angeles, CA 90028. I took the below-described actions at the request of a member of the State Bar of California.

On May 24, 2022, I served a copy of the attached (1) NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL and (2) OPPOSITION OF NON-PARTY AIDS HEALTHCARE FOUNDATION TO PARTIAL SETTLEMENT OF CASE on each of the following persons at the following address:

Amie S. Park
Lauren M. Black
Los Angeles County Counsel's Office
500 West Temple Street, 6th Floor
Los Angeles, CA 90012

Ana Wai-Kwan Lai
Los Angeles County Counsel's Office
350 South Figueroa Street, Suite 601
Los Angeles, CA 90071

Arlene Nancy Hoang
Scott D. Marcus
Jessica A. Mariani
Ryan R. Salsig
Los Angeles City Attorney's Office
City Hall East
200 North Main Street, Room 675
Los Angeles, CA 90012

Bradley Joseph Hamburger
Theano Evangelis Kapur
Gibson Dunn and Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Brandon D. Young
Manatt Phelps and Phillips LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067

Brooke Alyson Weitzman
William R. Wise, Jr.
Elder Law and Disability Rights Center
1535 East 17th Street, Suite 110
Santa Ana, CA 92705

1

Byron J. McLain
Foley and Lardner LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411

Carol A. Sobel
Weston C. Rowland
Law Office of Carol A. Sobel
1158 26th Street, Suite 552
Santa Monica, CA 90403

Catherine Elizabeth Sweetser
Schonbrun Seplow Harris Hoffman and Zeldes LLP
9415 Culver Boulevard, Suite 115
Culver City, CA 90232

Christian M. Contreras
Law Offices of Christian Contreras, PLC
360 East 2nd Street, Suite 800
Los Angeles, CA 90012

David H. Martin
Mark S. Ravis
Law Office of Mark Ravis and Associates
26565 West Agoura Road, Suite 200
Calabasas, CA 91302

Elizabeth Anne Mitchell
Matthew Donald Umhofer
Spertus Landes and Umhofer LLP
1990 South Bundy Drive, Suite 705
Los Angeles, CA 90025

Jeffrey Lewis
Sean Christopher Rotstan
Jeffrey Lewis Law Offices
609 Deep Valley Drive, Suite 200
Rolling Hills Estates, CA 90274

Jennifer Mira Hashmall
Louis R. Miller
Miller Barondess LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067

Manuel A. Abascal
Latham and Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560

Paul L. Hoffman
Schonbrun Seplow Harris Hoffman and Zeldes LLP
200 Pier Avenue, Suite 226

2

Hermosa Beach, CA 90254

Shayla Renee Myers
Legal Aid Foundation of Los Angeles
7000 South Broadway
Los Angeles, CA 90003

I am readily familiar with AIDS Healthcare Foundation's practice of collecting and processing correspondence for mailing by U.S. mail.  Per that practice, in the ordinary course of business, correspondence brought to AIDS Healthcare Foundation's mail room within an addressed envelope is deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid.  I enclosed one copy of the above-described document in an envelope, addressed as indicated above, for each such address indicated.  I then placed the envelope in the AIDS Healthcare Foundation mail room for further processing.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  May 24, 2022                    Name:  _____
                                              Heather N. Marulli