SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
mumhofer@spertuslaw.com
emitchell@spertuslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, *et al.*, <br><br> Defendants. | CASE NO. 2:20-CV-02291-DOC-KES <br><br> Assigned to Judge David O. Carter <br><br> **NOTICE OF UNAVAILABILITY OF PLAINTIFFS' COUNSEL JUNE 19, 2022-JULY 9, 2022** |

TO THIS HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, Plaintiffs hereby provide notice that Plaintiffs' counsel will be out of the country with very limited access to e-mail or cellular reception on the following dates:

- Elizabeth Mitchell:   June 19 until July 7, 2022.
- Matthew Umhofer:   June 28 until July 9, 2022.

Plaintiffs respectfully request that any and all dates and deadlines set hereinafter be set prior to or after said dates.

Respectfully submitted,

Dated: May 27, 2022

/s/ Elizabeth A. Mitchell
SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)

*Attorneys for Plaintiffs*