DAWYN R. HARRISON, *Acting County Counsel* (State Bar No. 173855)
dharrison@counsel.lacounty.gov
JENNIFER A.D. LEHMAN, *Assistant County Counsel* (State Bar No. 191477)
jlehman@counsel.lacounty.gov
ANA WAI-KWAN LAI, *Senior Deputy County Counsel* (State Bar No. 257931)
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:   (213) 974-1830
Facsimile:   (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>           Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**APPENDIX OF EVIDENCE IN SUPPORT OF THE COUNTY OF LOS ANGELES' RESPONSE TO SETTLEMENT BETWEEN PLAINTIFFS AND CITY OF LOS ANGELES**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

The County of Los Angeles hereby submits the following Appendix of Evidence in Support of its Response to the Settlement between Plaintiffs and the City of Los Angeles:

| Exhibit No. | Description | Pg. No. |
|---|---|---|
| 1. | February 2016 Homeless Initiative Approved Strategies to Combat Homelessness | 4-134 |
| 2. | May 9, 2016 County of Los Angeles Chief Executive Office – Homeless Initiative Quarterly Report | 135-161 |
| 3. | March 7, 2017 Consolidated Municipal and Special Elections | 162-165 |
| 4. | September 29, 2017 County of Los Angeles Chief Executive Office – Homeless Initiative Measure H Strategy Implementation Plans | 166-241 |
| 5. | October 22, 2020 Defendant County's Report of Available Resources for People Experiencing Homelessness | 242-259 |
| 6. | December 3, 2020 County of Los Angeles Chief Executive Office – Homeless Initiative Quarterly Report No. 18 | 260-326 |
| 7. | July 3, 2021 Department of Mental Health – Report Response on Disrupting the Cycle of Chronic Homelessness – DMH Homeless Outreach and Mobile Engagement (HOME) Team Pilot (Item 12, Agenda of June 23, 2020) | 327-353 |
| 8. | July 19, 2021 Letter from DHS to Board Transmitting Housing for Health Quarterly Report | 354-376 |
| 9. | July 27, 2021 County of Los Angeles Statement of Proceedings | 377-442 |
| 10. | August 10, 2021 County of Los Angeles Statement of Proceedings | 443-529 |
| 11. | August 20, 2021 County of Los Angeles Chief Executive Office – Homeless Initiative Quarterly Report No. 20 | 530-583 |
| 12. | August 31, 2021 County of Los Angeles Statement of Proceedings | 584-640 |

APPENDIX OF EVIDENCE IN SUPPORT OF RESPONSE TO SETTLEMENT BETWEEN PLAINTIFFS AND CITY OF LOS ANGELES

| Exhibit No. | Description | Pg. No. |
|---|---|---|
| 13. | September 15, 2021 County of Los Angeles Statement of Proceedings | 641-716 |
| 14. | November 2, 2021 County of Los Angeles Statement of Proceedings | 717-775 |
| 15. | March 30, 2022 Blue Ribbon Commission on Homelessness Governance Report | 776-888 |
| 16. | April 19, 2022 County of Los Angeles Recommended Budget Vol. 1 | 889-1395 |
| 17. | April 19, 2022 County of Los Angeles Recommended Budget Vol. 2 | 1396-1889 |
| 18. | May 3, 2022 Motion re Recommendations on Implementations of Blue Ribbon Commission | 1890-1901 |
| 19. | May 17, 2022 County of Los Angeles Chief Executive Office – Homeless Initiative Funding Letter | 1902-1929 |

DATED:  May 31, 2022              MILLER BARONDESS, LLP


By:         /s/ Louis R. Miller
            LOUIS R. MILLER
            Attorneys for Defendant
            COUNTY OF LOS ANGELES