# EXHIBIT 8

EXHIBIT 8 - Page 354



**Health Services**
LOS ANGELES COUNTY

July 19, 2021

**Los Angeles County
Board of Supervisors**

**Hilda L. Solis**
First District

**Holly J. Mitchell**
Second District

**Sheila Kuehl**
Third District

**Janice Hahn**
Fourth District

**Kathryn Barger**
Fifth District

**Christina R. Ghaly, M.D.**
Director

**Hal F. Yee, Jr., M.D., Ph.D.**
Chief Deputy Director, Clinical Affairs

**Nina J. Park, M.D.**
Chief Deputy Director, Population Health

**Elizabeth M. Jacobi, J.D.**
Administrative Deputy

313 N. Figueroa Street, Suite 912
Los Angeles, CA 90012

Tel: (213) 288-8050
Fax: (213) 481-0503

www.dhs.lacounty.gov

*"To advance the health of our patients and our communities by providing extraordinary care"*



www.dhs.lacounty.gov

TO:        Supervisor Hilda L. Solis, Chair
           Supervisor Holly J. Mitchell
           Supervisor Sheila Kuehl
           Supervisor Janice Hahn
           Supervisor Kathryn Barger

FROM:      Christina R. Ghaly, M.D.
           Director

SUBJECT:   **HOUSING FOR HEALTH QUARTERLY REPORT
           (ITEM NO.16, AGENDA OF JANUARY 14, 2014)**

This is the quarterly report (January – March 2021) to the Board of Supervisors (Board) on Housing for Health's (HFH) permanent supportive housing outcomes including funds, costs, number and composition of clients housed; integrated health, mental health, substance use disorder and benefits establishment results; utilization rate and duration of housing subsidies; number of clients transitioning off of housing subsidies; and characteristics of housing units secured.

## BACKGROUND

In November 2012, the Department of Health Services (DHS) established the HFH division to expand access to supportive housing for DHS patients who are homeless and who have complex medical and behavioral health conditions and/or are high utilizers of DHS services.

HFH utilizes a full range of community-based housing options, including non-profit owned supportive housing, affordable housing, and private market housing.  Tenants receive federal rental subsides such as Section 8 Project Based or Tenant Based Vouchers or a local rental subsidy though the Flexible Housing Subsidy Pool (FHSP).  All individuals who are housed through HFH programs are assigned to a homeless services provider to receive Intensive Case Management Services (ICMS).  These services include outreach and engagement; case management with on-going monitoring and follow-up; linkage to health, mental health, and substance use disorder services; assistance with benefits establishment; assistance with life skills, job skills, and educational and volunteer opportunities; crisis intervention, etc.  ICMS providers provide "whatever it takes" wraparound services to assist clients in regaining stability and improved health.

**EXHIBIT 8 - Page 355**

Each Supervisor
July 19, 2021
Page 2


**NEW EXECUTED WORK ORDERS**

Pursuant to the Supportive Housing Services Master Agreement (SHSMA) approved by the Board on June 19, 2012, this is to advise that DHS has executed two Work Orders to provide ICMS  to clients who are homeless during the January – March 2021 quarter (see table below).  County Counsel has reviewed and approved the Work Order.

| Contractor | Effective Date | Project Type |
|---|---|---|
| The Center at Blessed Sacrament | 03/01/21 | Permanent Supportive Housing |
| Home at Last Community Development Corporation | 03/12/21 | Interim Housing |


**QUARTERLY REPORT**

Please find attached the quarterly report in dashboard format.  Moving forward, future reports will be provided bi-annually and will continue to provide updates on HFH's permanent supportive housing outcomes.  The next report is scheduled for December 15, 2021.

If you have any questions, you may contact me or your staff may contact Sarah Mahin, Director, HFH, at (323) 274-3217 or by email at SMahin@dhs.lacounty.gov.

CRG:kf

Attachment

c:      Chief Executive Office
        County Counsel
        Executive Office, Board of Supervisors


**EXHIBIT 8 - Page 356**



EXHIBIT 8 - Page 357

# GOALS

1. **Create 20,000+ units of housing**

2. **End homelessness** in LA County

3. **Reduce inappropriate** use of expensive health care resources

4. **Improve health** outcomes for vulnerable populations.



**2**

EXHIBIT 8 - Page 358



EXHIBIT 8 - Page 359



EXHIBIT 8 - Page 360

| Supportive Housing Outcomes | New Permanent Supportive Housing (November 2012 to March 2021) | Existing Permanent Supportive Housing (July 2017 to March 2021) |
| --- | --- | --- |
| Total # of clients ever housed | 14029 | 4415 |
| Total # of clients who are currently housed in HFH's system (end of March 2021) | 10028 | 3422 |
| Total # of clients housed January - March 2021 | 638 | N/A |



**Health Services**
LOS ANGELES COUNTY

5

EXHIBIT 8 - Page 361

# WHERE DO PSH REFERRALS COME FROM?

**Referral Source of PSH Clients Housed (N=18444)**

| Source | Percentage |
|---|---|
| CES / ICMS (12752) | 69% |
| County Hospitals (3020) | 16% |
| Ambulatory Care Network (856) | 5% |
| DHS Interim Housing (638) | 3% |
| Outreach (494) | 3% |
| Other Sources* (456) | 2% |
| Probation (228) | 1% |

*Other sources includes County departments.



**6**

EXHIBIT 8 - Page 362

# HEALTH CONDITIONS OF CLIENTS HOUSED

## MOST COMMON CONDITIONS:

- Depression
- Hepatitis C
- Asthma
- Substance Use Disorder
- Schizophrenia
- Anemia

- Seizure Disorder
- Bipolar Disorder
- Cancer
- Neuropathy
- Schizoaffective Disorder
- HIV/AIDS

**Most HFH clients have MULTIPLE CHRONIC HEALTH CONDITIONS**

 **Health Services** LOS ANGELES COUNTY

**7**

**EXHIBIT 8 - Page 363**

# GENDER OF PSH CLIENTS HOUSED

**Gender of PSH Clients Housed (N=18444)**

| | |
|---|---|
| Male (10805) | 59% |
| Female (7436) | 40% |
| Transgender M-F (143) | 1% |
| Transgender F-M (25) | 0% |
| Genderqueer, neither exclusively M/F (20) | 0% |
| Unknown (13) | 0% |
| Additional gender category/Other (2) | 0% |



**Health Services**
LOS ANGELES COUNTY

8

**EXHIBIT 8 - Page 364**

# AGE OF PSH CLIENTS HOUSED

**Age of PSH Clients Housed  (N=18444)**

| Age Group | Percentage |
|-----------|-----------|
| 18-29 (1657) | 9% |
| 30-39 (2726) | 15% |
| 40-49 (2918) | 16% |
| 50-59 (4954) | 27% |
| 60-69 (4713) | 26% |
| 70+ (1439) | 8% |
| Unknown (37) | 0% |


**Health Services**
LOS ANGELES COUNTY

**9**

**EXHIBIT 8 - Page 365**

# RACE OF PSH CLIENTS HOUSED

**Race of PSH Clients Housed (N=18444)**



EXHIBIT 8 - Page 366

# ETHNICITY OF PSH CLIENTS HOUSED

**Ethnicity of PSH Clients Housed (N=18444)**



| Category | Percentage |
|---|---|
| Non-Hispanic/Latino (12857) | 70% |
| Hispanic/Latino (5236) | 28% |
| Unknown (351) | 2% |

**11**

EXHIBIT 8 - Page 367

# HEALTH INSURANCE OF PSH CLIENTS HOUSED

**Health Insurance Type for PSH Clients Housed (N=18444)**

| Insurance Type | Percentage |
|---|---|
| Medi-Cal (14252) | 77% |
| Unknown* (2799) | 15% |
| Medi-Cal/Medicare (547) | 3% |
| Medicare (503) | 3% |
| Other (155) | 1% |
| No Insurance (132) | 1% |
| Private (56) | 0% |

*Clients with unknown health insurance are in PSH programs that were not originally established by HFH but have services now funded through HFH. A large portion of the quarter over quarter decrease in Unknown and increase in Medi-Cal is the result of an updated reporting methodology.


Health Services
LOS ANGELES COUNTY

**12**

**EXHIBIT 8 - Page 368**

# INCOME SOURCES OF HOUSED PSH CLIENTS

During the client intake and assessment process, the Intensive Case Management Services (ICMS) provider obtains information on the client's income and health benefits. If the client appears to be eligible for a benefit they are not currently receiving, the ICMS provider will assist them to obtain any necessary documents and will complete and track applications for DPSS Services (CalFresh, Medi-Cal, GR, CalWORKs, and IHSS) and SSI.

**Income of PSH Clients Housed (N=18444*)**

| Source | Percentage |
|---|---|
| CalFresh (6289) | 34% |
| SSI/SSDI (6245) | 34% |
| General Relief (5794) | 31% |
| Unknown (4440) | 24% |
| Other** (1810) | 10% |
| Employment (1075) | 6% |
| None (757) | 4% |

*Please note that clients can have more than one source of income.

**Other sources includes CalWORKS, Unemployment and Veterans Administration Benefits. Clients with unknown incomes sources are in PSH programs that were not originally established by HFH but have services now funded through HFH.

 **Health Services** LOS ANGELES COUNTY

**13**

EXHIBIT 8 - Page 369

# TYPE OF HOUSING SUBSIDY

## Subsidy Type for PSH Clients Housed (N=18444)

| Subsidy Type | Percentage |
|---|---|
| Flexible Housing Subsidy Pool (7590) | 41% |
| HACLA PBV (3885) | 21% |
| HACLA TBV (2327) | 13% |
| LACDA TBV (2151) | 12% |
| LACDA PBV (598) | 3% |
| COSR MHSA (546) | 3% |
| LAHSA (492) | 3% |
| No Subsidy/Market Rate (314) | 2% |
| Other City Housing Authority* (225) | 1% |
| HACLB PBV (163) | 1% |
| HACLB TBV (101) | 1% |
| Unknown Subsidy (51) | 0% |

*Other contains City of Santa Monica: 82 PBV and 19 TBV, City of Pasadena : 110 PBV and 7 TBV, City of Pomona: 4 TBV and City of Norwalk : 3 TBV



**Health Services**
LOS ANGELES COUNTY

**14**

**EXHIBIT 8 - Page 370**

# INTENSIVE CASE MANAGEMENT

- **Every client** connected to services.

- **Individualized service planning** and linkages to health, mental health, and substance use disorder services.

- **Help clients retain housing** and reach health and wellbeing goals.

- **Services** provided by on-site staff or mobile teams.


**Health Services**
LOS ANGELES COUNTY

**15**

**EXHIBIT 8 - Page 371**

# HOUSING STATUS AND RETENTION  (PSH)

**Homeless Status**

- The average length of time that clients experienced homelessness was 3 years and 4 months and the median length of time was 2 years.

- The majority of clients were chronically homeless (83%), which means they were homeless for more than one year or experienced four or more episodes of homelessness in the last three years.

**Permanent Supportive Housing retention rate**

- 91% of clients retained housing (remained in unit) after 12 months.

- 82% of clients retained housing (remained in unit) after 24 months.

**Exits from permanent supportive housing this quarter**

- Four hundred and twenty-seven (427) clients exited permanent supportive housing this quarter. One hundred fourteen (114) moved into other independent living situations or moved in with family and friends, one hundred fifty-eight (158) passed away, twenty-nine (29) were incarcerated, fourteen (14) were evicted, nineteen (19) voluntarily surrendered, eight (8) became an inpatient at a hospital, fourteen (14) moved into a skilled nursing facility, eight (8) moved into interim housing, one (1) entered a residential substance abuse treatment program, and sixty-two (62) left or abandoned their housing for an unknown reason.


**Health Services**
LOS ANGELES COUNTY

**16**

EXHIBIT 8 - Page 372



EXHIBIT 8 - Page 373

# FHSP PARTNERS






Los Angeles County Dept. of Health Services

503(c) nonprofit coordinating community-based partner

Property owners throughout Los Angeles County

LAC-DHS Supportive Housing Rental Subsidy Program



**18**

EXHIBIT 8 - Page 374

# FHSP Quarterly and Program-to-Date Outcomes

| | |
|---|---|
| Move-ins January-March 2021 (PSH) | 453 |
| Total move-ins to date* (PSH) | 11,119 |
| Units secured January-March 2021 | 414 |
| Total units secured to date | 9,421 |

*2074 of the 11,119 FHSP "total move-ins" for PSH reflect our clients utilizing FHSP services to relocate to housing situations that meet their evolving needs, or who may have since transitioned to a federal voucher. FHSP move ins include PSH and a small portion that are connected to DMH providers rather than a DHS provider, and so are not tracked in our data system

 **Health Services**
LOS ANGELES COUNTY

**19**

EXHIBIT 8 - Page 375

# CHARACTERISTICS OF FHSP HOUSING UNITS

- Units in the HFH portfolio range in size and type across the County from large apartment buildings to smaller single family homes and are appropriate to household size and composition.

- In the most recent quarter, Brilliant Corners secured an additional 414 units in Los Angeles County for the Flexible Housing Subsidy Pool. Of the 414 units, 74 are Studios, 194 are one-bedrooms, 25 are two-bedrooms, 5 are three-bedrooms, 1 is a four-bedroom, 0 are SROs, and 115 are rooms in Residential Care Facilities.

- Brilliant Corners engages with private landlords, local developers, and local property management agencies, in an effort to provide a diverse pool of units to the program.  From a wheelchair accessible studio unit located on the ground floor of a small 2 story apartment complex, to a 1-bedroom unit located in a 45 unit complex, Brilliant Corners is able to provide patients with a unit that offers the greatest chances of long-term housing success.


**Health Services**
LOS ANGELES COUNTY

**20**

EXHIBIT 8 - Page 376