# EXHIBIT 12

EXHIBIT 12 - Page 584



**STATEMENT OF PROCEEDINGS FOR THE**

**REGULAR MEETING OF THE BOARD OF SUPERVISORS**

**OF THE COUNTY OF LOS ANGELES HELD VIRTUALLY IN**

**ROOM 381B OF THE KENNETH HAHN HALL OF ADMINISTRATION**

**500 WEST TEMPLE STREET, LOS ANGELES, CALIFORNIA 90012**

**Tuesday, August 31, 2021**

**9:30 AM**

| | |
|---|---|
| Present: | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| Absent: | Supervisor Kuehl |

Video Link for the Entire Virtual Meeting  (03-1075)

***Attachments:***    Video Transcript

The Board observed a moment of silence in memory of the victims of the attacks, including at least thirteen United States service members, who lost their lives in Kabul, Afghanistan on August 26, 2021.

Pledge of Allegiance led by Supervisor Hilda L. Solis, First Supervisorial District.

**EXHIBIT 12 - Page 585**

Board of Supervisors                    Statement Of Proceedings                    August 31, 2021

### I.  SET MATTER    10:30 A.M.

**S-1.    Public Health Order**

Discussion and consideration of necessary actions on the Public Health Order related to COVID-19, as requested by the Chair of the Board and status on the COVID-19 vaccine, as requested at the Board meetings of December 8, 2020 and January 5, 2021.  (20-4861)

**Dr. Genevieve Clavreul, Nathan Inacio, Ken Behzadi, Linda Saldana, Stella Casillas, Veronica Guezara and Millette addressed the Board.  Interested person(s) also submitted written testimony.**

**Dr. Barbara Ferrer, Director of Public Health and Dr. Christina Ghaly, Director of Health Services, made a presentation and responded to questions posed by the Board.**

**After discussion, by Common Consent, there being no objection, this item was received and filed.**

|  |  |  |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*Attachments:*    Public Health Presentation
Health Services Presentation
Public Comment/Correspondence
Audio I
Audio II

*County of Los Angeles*                    *Page 2*

**EXHIBIT 12 - Page 586**

**Board of Supervisors** | **Statement Of Proceedings** | **August 31, 2021**

## SPECIAL DISTRICT AGENDA

**STATEMENT OF PROCEEDINGS FOR THE MEETING OF
THE LOS ANGELES COUNTY
DEVELOPMENT AUTHORITY
TUESDAY, AUGUST 31, 2021
9:30 A.M.**

**1-D.** **Mandating a Vaccination Policy for Los Angeles County Development Authority Employees**

Recommendation as submitted by Supervisor Solis: Direct the Executive Director of the Los Angeles County Development Authority, in consultation with County Counsel, to establish a mandatory COVID-19 vaccination policy requiring all Los Angeles County Development Authority (LACDA) employees to be fully vaccinated and show proof of vaccination against COVID-19 no later than October 1, 2021, unless they are granted an exemption required by law; and direct the Executive Director to engage with LACDA's labor partners regarding the effects of the vaccination policy.  (21-3381)

**Dawn Berry, Chris Reitz, Jeffrey Bell, Aston Boggino, Judy Fry, David Alexander Bramante, Merideth Willliams and Millette addressed the Board. Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|  | | |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*Attachments:*    Motion by Supervisor Solis
Public Comment/Correspondence
Audio

---

*County of Los Angeles* | *Page 3*

**EXHIBIT 12 - Page 587**

## II.   PUBLIC HEARINGS     1 - 8

**1.**     **Hearing on County Code, Title 2 - Administration Amendment**

Revised hearing on ordinance for adoption amending County Code, Title 2 - Administration (All Districts), to implement a nonrefundable filing fee in the amount of $46 for assessment appeal applications filed with the Assessment Appeals Board; adopt a fee waiver for applications filed by applicants who are receiving public benefits, low-income or where paying the fee would cause undue financial hardship, as set forth in the ordinance; and authorize the Executive Officer of the Board to adjust the fee annually based on the Consumer Price Index. **(Executive Office of the Board of Supervisors)** (Continued from the meetings of 4-20-21, 5-18-21, 6-22-21 and 7-27-21)   (21-1605)

**All persons wishing to testify were sworn in by the Executive Officer of the Board.  Opportunity was given for interested persons to address the Board. Michael Randall and Sparky Abraham addressed the Board. Correspondence was received.**

**On motion of Supervisor Mitchell, seconded by Supervisor Hahn, the Board closed the public hearing and took the following actions:**

1. **Introduced, waived reading and adopted Ordinance No. 2021-0045 entitled, "An ordinance amending Title 2 – Administration, of the Los Angeles County Code to implement a filing fee of $46 for assessment appeal applications, with a fee waiver for applications filed by applicants who are receiving public benefits, low-income, or where paying the fee would cause undue financial hardship, as set forth in the ordinance."  This ordinance shall take effect on September 30, 2021; and**

2. **Authorized the Executive Officer of the Board to adjust the fee annually based on the Consumer Price Index.**

**Said motion was duly carried by the following vote:**

<table>
<tr><td align="right">**Ayes:**</td><td>4 -</td><td>Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis</td></tr>
<tr><td align="right">**Absent:**</td><td>1 -</td><td>Supervisor Kuehl</td></tr>
</table>

<u>_Attachments:_</u>     Revised Board Letter
                Certified Ordinance
                Public Comment/Correspondence
                Audio I
                Audio II

---

*County of Los Angeles*                    *Page 4*

**EXHIBIT 12 - Page 588**

Board of Supervisors                    Statement Of Proceedings                    August 31, 2021

2.    **Hearing on Resolution to Vacate Easements for Pedestrian and Walk Purposes in the Unincorporated Community of Lawndale**

Hearing on the proposed vacation of easements for pedestrian and walk purposes east of Yukon Avenue and north of 154th Street in the unincorporated community of Lawndale (2); find that the easements proposed to be vacated are unnecessary for present or prospective public use and are not useful as nonmotorized transportation facilities; find that public convenience and necessity require the reservation of easements to AT&T California, Southern California Edison Company and Spectrum Pacific West, LLC, for the construction, maintenance, operation and use of appurtenant structures with ingress and egress purposes, as well as an easement to the County for sanitary sewer, appurtenant structures, and ingress and egress purposes; adopt a resolution to vacate easements; authorize the Director of Public Works to record the certified original resolution with the Registrar-Recorder/County Clerk; and find that the proposed project is exempt from the California Environmental Quality Act. **(Department of Public Works)** (21-3293)

**The Department of Public Works submitted a written statement for the record.**

**All persons wishing to testify were sworn in by the Executive Officer of the Board.  Opportunity was given for interested persons to address the Board.  No interested persons addressed the Board.  Correspondence was received.**

**On motion of Supervisor Mitchell, seconded by Supervisor Barger, the Board closed the public hearing and took the following actions:**

1.  **Made a finding that the easements for pedestrian and walk purposes east of Yukon Avenue and north of 154th Street, in the unincorporated community of Lawndale, are unnecessary for present or prospective public use and are not useful as nonmotorized transportation facilities;**

2.  **Made a finding that public convenience and necessity require the reservation of easements to AT&T California, Southern California Edison Company and Spectrum Pacific West, LLC, for the construction, maintenance, operation and use of appurtenant structures with ingress and egress purposes, as well as an easement to the County of Los Angeles for sanitary sewer, appurtenant structures, and ingress and egress purposes, pursuant to Sections 8340 and 8341 of the California Streets and Highways Code;**

*County of Los Angeles*                    *Page 5*

**EXHIBIT 12 - Page 589**

Board of Supervisors                    Statement Of Proceedings                    August 31, 2021

3. **Adopted a resolution to vacate easements for pedestrian and walk purposes east of Yukon Avenue and north of 154th Street with reservations, pursuant to Section 8324 of the California Streets and Highways Code;**

4. **Authorized the Director of Public Works to record the certified original resolution with the Registrar-Recorder/County Clerk; and**

5. **Made a finding that the proposed project is exempt from the California Environmental Quality Act.**

**Said motion was duly carried by the following vote:**

| | | |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

_**Attachments:**_    Board Letter
Department Statement
Public Comment/Correspondence
Audio

---

_**County of Los Angeles**_                    _**Page 6**_

**EXHIBIT 12 - Page 590**

Board of Supervisors                    Statement Of Proceedings                    August 31, 2021

3.    **Hearing on Appeal of Project No. PRJ2020-001845-(2) for Alcohol Sales at an Establishment in the Unincorporated Community of West Athens-Westmont**

Hearing on appeal of Project No. PRJ2020-001845-(2) and Zoning Enforcement Case No. RPCE2020000407-(2), for the deemed-approved status for alcohol sales use of an establishment for off-site consumption located at 10803 South Western Avenue in the unincorporated community of West Athens-Westmont within the West Athens-Westmont Zoned District, applied for by Phi Hong Voong and Ngan Hong Voong; and determine that the project is exempt from the California Environmental Quality Act. (Appeal from the Regional Planning Commission's revocation.) **(Department of Regional Planning)** (Continued from the meeting of 6-22-21 and 7-27-21)   (21-2515)

**The Department of Regional Planning submitted a written statement for the record.**

**All persons wishing to testify were sworn in by the Executive Officer of the Board.  Opportunity was given for interested persons to address the Board. Joshua Kaplan and Joe Hussain addressed the Board.  Correspondence was received.**

**On motion of Supervisor Mitchell, seconded by Supervisor Solis, the Board closed the public hearing and took the following actions:**

1.  **Indicated its intent to deny the appeal and instruct County Counsel to prepare the necessary findings to affirm the Regional Planning Commission's revocation of the deemed-approved status of alcohol sales use of the establishment for off-sale consumption located at 10803 South Western Avenue in the unincorporated community of West Athens-Westmont; and**

2.  **Indicated its intent to determine that the project is categorically exempt pursuant to Section 15321, Class 21, Enforcement Actions by Regulatory Agencies (categorical exemption).**

**Said motion was duly carried by the following vote:**

> **Ayes:**   4 -   Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis
>
> **Absent:**   1 -   Supervisor Kuehl

_Attachments:_   Board Letter
                 Public Comment/Correspondence
                 Audio I
                 Audio II

---

*County of Los Angeles*                    *Page 7*

**EXHIBIT 12 - Page 591**

Board of Supervisors                    Statement Of Proceedings                    August 31, 2021

4.    **Hearing on Appeal of Project No. 2020-000393-(5) and Minor Conditional Use Permit No. RPPL2020000689-(5) in the Unincorporated Community of Altadena**

Hearing on appeal of Project No. 2020-000393-(5) and Minor Conditional Use Permit No. RPPL2020000689-(5), to authorize modifications of the Altadena Community Standards District development standards related to setbacks, to reduce the required side yard setback from five feet to two feet five inches, for the legalization of an existing unpermitted addition to a single-family residence located at 29 West Loma Alta Drive in the unincorporated community of Altadena, applied for by Stephen Abel; and find that the project is exempt from the California Environmental Quality Act. (Appeal from the Regional Planning Commission's approval.) **(Department of Regional Planning)**  (21-3286)

**The Department of Regional Planning submitted a written statement for the record.**

**All persons wishing to testify were sworn in by the Executive Officer of the Board.  Opportunity was given for interested persons to address the Board. Marlene Matsui and Stephen Abel addressed the Board.  Correspondence was received.**

**After discussion, on motion of Supervisor Barger, seconded by Supervisor Solis, the Board closed the public hearing and took the following actions:**

1.  **Indicated its intent to deny the appeal and instructed County Counsel to prepare the necessary findings to affirm the Regional Planning Commission's approval of Project No. 2020-000393-(5), including Minor Conditional Use Permit No. RPPL2020000689-(5), for the Board's consideration;**

2.  **Instructed County Counsel to clarify the setback requirement of the Altadena Community Standards District applicable to the subject property and acknowledge the existing building setback as approved in the findings prepared for the Board's adoption; and**

*County of Los Angeles*                    *Page 8*

**EXHIBIT 12 - Page 592**

3. **Made a finding that the project is exempt from the California Environmental Quality Act.**

**Said motion was duly carried by the following vote:**

**Ayes:**    4 -    Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis

**Absent:**    1 -    Supervisor Kuehl

*Attachments:*    Board Letter
Motion by Supervisor Barger
Public Comment/Correspondence
Audio I
Audio II

5.    **Hearing on Appeals of Project No. R2016-002179-(5) for the Development of Housing in the Unincorporated Area of Santa Clarita**

Hearing on appeals of Project No. R2016-002179-(5), Vesting Tentative Tract Map No. 074650-(5), Conditional Use Permit No. RPPL2016004409-(5), Oak Tree Permit No. RPPL2017009209-(5), and the Mitigated Negative Declaration associated with Environmental Assessment No. RPPL2016004410-(5), to authorize the development of 37 single-family lots, six facility lots and two open space lots on 94.38 gross acres located on Magnolia Lane and Autumn Place in the unincorporated area of Santa Clarita, applied for by Pico Canyon, LLC. (Appeal from the Regional Planning Commission's approval.) **(Department of Regional Planning)**  (21-3291)

**The Department of Regional Planning submitted a written statement for the record.**

**All persons wishing to testify were sworn in by the Executive Officer of the Board.  Amy Bodek, Director of Regional Planning, responded to questions posed by the Board.  Opportunity was given for interested persons to address the Board.  Paul Edelman, Austin Anderson, Nathan Keith, Gina Thornburg, Diana Coronado, Kim Patterson, Rich Christensen, Melissa Hanna, Richard Ma, Alyssa Banko, Nancy Metelitz, Nicole Stoll, Dylan Banko, Michael Foley, Ashley Anderson and other interested persons addressed the Board.  Correspondence was received.**

**After discussion, on motion of Supervisor Barger, seconded by Supervisor Hahn, the Board closed the public hearing and took the following actions:**

1. **Required, as conditions of approval, that prior to issuance of building permits, that the project comply with all applicable updates to the Los Angeles County Fire Code; that construction start times be**

**EXHIBIT 12 - Page 593**

adjusted from 7:00 a.m. to 5:00 p.m. to 8:00 a.m. to 5:00 p.m.; and that all construction staff parking remain off-site and utilize shuttle systems, until such time as an on-site parking area can be established within the project limits;

2. **Indicated its intent to adopt the Mitigated Negative Declaration (MND) associated with Environmental Assessment No. RPPL2016004410-(5), made a finding that the MND is the appropriate environmental document for the project;**

3. **Indicated its intent to approve the project consisting of Vesting Tentative Tract Map No. 074650, RPPL2016004402-(5), Conditional Use Permit (CUP) No. RPPL2016004409-(5), and Oak Tree Permit No. RPPL2017009209-(5); and**

4. **Instructed County Counsel to prepare the necessary findings and conditions to affirm the Regional Planning Commission's approval of Project No. R2016-002179-(5), including Vesting Tentative Tract Map No. 074650, RPPL2016004402-(5), CUP No. RPPL2016004409-(5), and Oak Tree Permit No. RPPL2017009209-(5), for the Board's consideration.**

**This item, as amended, was duly carried by the following vote:**

**Ayes:**    4 -    Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis

**Absent:**   1 -    Supervisor Kuehl

_Attachments:_      Board Letter
                    Motion by Supervisor Barger
                    Public Comment/Correspondence
                    Audio I
                    Audio II

6.    **Hearing on Project No. 2019-003989-(5) for the Three Points-Liebre Mountain Community Standards District**

Hearing on Project No. 2019-003989-(5), Advance Planning Case No. RPPL2018002324-(5), to amend County Code, Title 22 - Planning and Zoning, to establish development standards that address the specific needs of the Three Points-Liebre Mountain community, which include regulations on vegetation protections, accessory structures, signs and fences, new subdivisions, rural road design, trails, grading on hillsides, setbacks, building materials, hours of operation for commercial businesses and developments near scenic drives; and find that the project is exempt from the California Environmental Quality Act. (On April 28, 2021, the Regional Planning Commission recommended approval of this project.) **(Department of Regional Planning)**   (21-3281)

EXHIBIT 12 - Page 594

**Board of Supervisors**                    **Statement Of Proceedings**                    **August 31, 2021**

---

**The Department of Regional Planning submitted a written statement for the record.**

**All persons wishing to testify were sworn in by the Executive Officer of the Board. Opportunity was given for interested persons to address the Board. Susan Zahnter addressed the Board. Correspondence was received.**

**After discussion, on motion of Supervisor Barger, seconded by Supervisor Solis, the Board closed the public hearing and took the following actions:**

1. **Indicated its intent to approve the proposed Three Points – Liebre Mountain Community Standards District Ordinance, Advance Planning Case No. RPPL2018002324-(5), as recommended by the Regional Planning Commission;**

2. **Instructed County Counsel to prepare the final documents for the proposed Ordinance amending the County Code for the Board's consideration; and**

3. **Made a finding that the project is exempt from the California Environmental Quality Act.**

**Said motion was duly carried by the following vote:**

|  | | |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

_**Attachments:**_    Board Letter
Public Comment/Correspondence
Audio I
Audio II

7.    **Hearing on Project No. 2019-003993-(5) for the Elizabeth Lake and Lake Hughes Community Standards District Update**

Hearing on Project No. 2019-003993-(5), Advance Planning Case No. RPPL2019002602-(5), to amend County Code, Title 22 - Planning and Zoning, to update the Elizabeth Lake and Lake Hughes Community Standards District, to protect hillsides and significant ridgelines, restrict outdoor lighting and signage, preserve vegetation, regulate subdivisions, small-scale utility devices, highway and local street development and trail development, restrict the height of structures, require additional setbacks for side and rear yards, add building material requirements for residential and commercial structures, restrict hours of operation for commercial businesses, and require a Minor Conditional Use Permit for the modification of development standards; and find that the proposed ordinance is

---

*County of Los Angeles*                    *Page 11*

**EXHIBIT 12 - Page 595**

exempt from the California Environmental Quality Act. (On April 28, 2021, the Regional Planning Commission recommended approval of this project.) **(Department of Regional Planning)** (21-3287)

**The Department of Regional Planning submitted a written statement for the record.**

**All persons wishing to testify were sworn in by the Executive Officer of the Board.  Opportunity was given for interested persons to address the Board. No interested persons addressed the Board.  Correspondence was received.**

**After discussion, on motion of Supervisor Barger, seconded by Supervisor Mitchell, the Board closed the public hearing and took the following actions:**

1. **Indicated its intent to approve the proposed Elizabeth Lake and Lake Hughes Community Standards District, Advance Planning Case No. RPPL2019002602-(5), as recommended by the Regional Planning Commission;**

2. **Instructed County Counsel to prepare the final documents for the proposed Ordinance for the Board's consideration; and**

3. **Made a finding that the proposed Ordinance is exempt from the California Environmental Quality Act.**

**Said motion was duly carried by the following vote:**

          **Ayes:**   4 -   Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis

          **Absent:**   1 -   Supervisor Kuehl

_**Attachments:**_    Board Letter
                Public Comment/Correspondence
                Audio

**EXHIBIT 12 - Page 596**

**Board of Supervisors**                **Statement Of Proceedings**                **August 31, 2021**

8.    **Hearing on Project No. 2019-003973-(5) for the Acton Community Standards District Update**

Hearing on Project No. 2019-003973-(5), Advance Planning Case No. RPPL2018002314, to authorize an amendment to the Acton Community Standards District Ordinance to add or update standards for home-based occupations, cargo containers, subdivisions, fence design, outdoor lighting, highway and local street development, commercial and industrially zoned property, commercial signage, vegetation protections, and trails; and find that the project is exempt from the California Environmental Quality Act. (On February 24, 2021, the Regional Planning Commission recommended approval of this project.) (Continued from the meeting of 7-27-21) **(Department of Regional Planning)**   (21-2930)

**Correspondence was received.**

**On motion of Supervisor Barger, seconded by Supervisor Solis, this item was taken off calendar.**

|  |  |  |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*Attachments:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                *Page 13*

**EXHIBIT 12 - Page 597**

Board of Supervisors                    Statement Of Proceedings                    August 31, 2021

## III.   CONSENT CALENDAR

### BOARD OF SUPERVISORS     9 - 23

9.      **Appointments to Commissions/Committees/Special Districts**

Recommendation for appointment/reappointment for the following Commissions/ Committees/Special Districts (+ denotes reappointments): **Documents on file in the Executive Office**.

Supervisor Solis
Jennifer Stark, Personal Assistance Services Council

Supervisor Mitchell
Patrisse Cullors, Los Angeles County Arts Commission
Michael Agyin, Los Angeles County Commission on Disabilities
Tamika L. Butler, Parks and Recreation Commission

Supervisor Hahn
Ellen Kathleen McWatters+ and Geraldine Wong-Kleinpell+, Assessment
        Appeals Board
Carol Kwan, Los Angeles County Capital Asset Leasing Corporation

Supervisor Barger
Richard Cook+, Antelope Valley Cemetery District
Michelle Vega, Audit Committee
Lou Moore, Commission for Children and Families
Michael Gi-Hao Cheung+, Commission on Human Relations; also waive
        limitation of length of service requirement pursuant to Code Section
        2.78.030B
Joannie Aguayo, Ed.D., Policy Roundtable for Child Care and Development

Juvenile Justice Coordinating Council
Diego H. Rodrigues+, Juvenile Justice Coordinating Council  (21-0045)

---

*County of Los Angeles*                    *Page 14*

EXHIBIT 12 - Page 598

**Eric Preven addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

| | | |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*Attachments:*    Public Comment/Correspondence
Audio

10.  **Recognizing "Clean Air Day" in Los Angeles County**

Recommendation as submitted by Supervisors Mitchell and Solis: Recognize "Clean Air Day" on October 6, 2021 throughout Los Angeles County; and encourage all County Departments and agencies, as well as all County residents, community institutions, businesses and community organizations to commit to take action to improve air quality at https://www.cleanairday.org/pledge/ by October 6, 2021.  (21-3344)

**Brian Sheridan addressed the Board.  Interested person(s) also submitted written testimony.**

**Supervisor Hahn made a friendly amendment to Directive No. 2 of Supervisors Mitchell and Solis' joint motion to include the Ports of Los Angeles and Long Beach.**

**Supervisors Mitchell and Solis accepted Supervisor Hahn's friendly amendment.**

**After discussion, on motion of Supervisor Mitchell, seconded by Supervisor Solis, this item, as amended, was duly carried by the following vote:**

| | | |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*Attachments:*    Motion by Supervisors Mitchell and Solis
Motion by Supervisor Hahn
Public Comment/Correspondence
Audio I
Audio II

**EXHIBIT 12 - Page 599**

**11.   Cutting Construction Costs to Maximize Available Funds for Healthcare Services**

Recommendation as submitted by Supervisor Mitchell: Direct the Chief Executive Officer to work with the Directors of Public Works, Internal Services and Health Services, and County Counsel and report back to the Board in writing within 90 days with options to reduce capital project costs with continued Board oversight and include the following:

An analysis of the Department of Health Services' (DHS) capacity to directly hire and manage contractors with appropriate advance Board approval and whether hiring more facilities maintenance staff would reduce its reliance on more costly contractors, and also addressing whether DHS would be able to expedite the completion of capital and deferred maintenance projects and enhance service levels through these measures;

An analysis of any policies, laws, rules, regulations and ordinances that would need to be adopted or amended, including any legal impediments, to permit DHS to more directly control certain capital projects, meet timelines and enhance service levels;

Recommendations on the types and sizes of capital projects that would be more appropriately directly managed by DHS given its existing project management capacity;

Recommendations on the collection of data necessary to validate DHS' cost-savings and efficiencies, as well as any measures necessary to maintain and/or improve accountability;

Recommendations on how the Chief Executive Officer and the Director of Health Services can collaboratively work to harness state-of-the art information technology solutions to enhance the "visibility" of DHS' capital projects without adding administrative burden; and

Other options that better ensure capital projects costs are controlled or reduced, while ensuring quality and project completion goals continue to be met; and

Instruct the Director of Internal Services to extend the existing pilot project, which allows the Department of Internal Services to purchase medical equipment and allocate up to 45% of a project's total purchase order amount to services, an additional two years and provide a written report to the Board within 60 days of its expiration with appropriate data on its outcomes and results.  (21-3340)

**EXHIBIT 12 - Page 600**

Interested person(s) submitted written testimony.

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   4 -   Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis

**Absent:**   1 -   Supervisor Kuehl

*Attachments:*   Motion by Supervisor Mitchell
Report
Public Comment/Correspondence

**12.**   **Extend the Reward Offer in the Investigation of the Murder of Brian Greene**

Recommendation as submitted by Supervisor Mitchell: Extend the $10,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the murder of 34-year-old Brian Greene, who was fatally shot while entering his dark purple Infiniti M37s vehicle parked in the Jack's Liquor Store parking lot at 4700 West Imperial Highway in the City of Hawthorne on January 19, 2021, at approximately 4:10 p.m.  (21-2321)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   4 -   Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis

**Absent:**   1 -   Supervisor Kuehl

*Attachments:*   Motion by Supervisor Mitchell
Notice of Reward
Public Comment/Correspondence

**EXHIBIT 12 - Page 601**

**Board of Supervisors**                    **Statement Of Proceedings**                    **August 31, 2021**

**13.**    **Reestablish the Reward Offer in the Investigation of the Murder of William Fifita**

Recommendation as submitted by Supervisor Mitchell: Reestablish the $10,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the murder of 21-year-old William Fifita, who was fatally shot at the intersection of Crenshaw Boulevard and Rosecrans Avenue in the City of Hawthorne after leaving a church dance with family and friends on March 20, 2016, at approximately 2:15 a.m.  (17-2457)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*Attachments:*    Motion by Supervisor Mitchell
Notice of Reward
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 18*

**EXHIBIT 12 - Page 602**

**Board of Supervisors**  **Statement Of Proceedings**  **August 31, 2021**

**14.**  **Malibu Surfing Association Classic Invitational Fee Waiver**

Recommendation as submitted by Supervisor Kuehl: Waive the gross receipts fee in the amount of $7,500 and reduce the parking fee to $5 per vehicle for approximately 90 vehicles per day on September 11 and 12, 2021, at Malibu Surfrider Beach, excluding the cost of liability insurance, for the Malibu Surfing Association's Annual Classic Invitational Surfing Contest.  (21-3341)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**  4 -  Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis

**Absent:**  1 -  Supervisor Kuehl

*Attachments:*  Motion by Supervisor Kuehl
Public Comment/Correspondence

**15.**  **Establish the Reward Offer in the Investigation of the Murder of Bruce Bodel**

Recommendation as submitted by Supervisor Hahn: Establish a $10,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the death of 72-year-old Bruce Bodel, who was killed in a hit-and-run accident while crossing the street at the intersection of Penarth Avenue and Lycoming Street in the City of Diamond Bar on July 4, 2021, at approximately 10:30 p.m.  (21-3343)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**  4 -  Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis

**Absent:**  1 -  Supervisor Kuehl

*Attachments:*  Motion by Supervisor Hahn
Notice of Reward
Public Comment/Correspondence

*County of Los Angeles*  *Page 19*

**EXHIBIT 12 - Page 603**

**16.** **Palos Verdes Peninsula High School Fee Waiver**

Recommendation as submitted by Supervisor Hahn: Waive up to $19,850 in parking fees for 45 vehicles at Torrance Beach, excluding the cost of liability insurance, for students and teachers attending surf classes sponsored by Palos Verdes Peninsula High School, to be held Monday through Friday from September 7, 2021 through June 9, 2022.  (21-3361)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|  | | |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*Attachments:*    Motion by Supervisor Hahn
Public Comment/Correspondence

**17.** **Seniors Fight Back Event Fee Waiver**

Recommendation as submitted by Supervisor Hahn: Waive the $5 per vehicle fee for 75 vehicles and a facility rental fee of $280, at the Peter F. Schabarum County Regional Park, excluding the cost of liability insurance and staffing, for the Seniors Fight Back Event, to be held on September 12, 2021.  (21-3342)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Solis, this item was referred back to Supervisor Hahn's office.**

|  | | |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*Attachments:*    Motion by Supervisor Hahn
Public Comment/Correspondence

**EXHIBIT 12 - Page 604**

18.    **Strengthening Victim Services in Los Angeles County**

Revised recommendation as submitted by Supervisor Barger: Adopt recommendations contained in the Chief Executive Officer's June 25, 2021 report entitled, "Protecting Victims' Rights and Strengthening Victim Services," specifically to fill vacant positions in the District Attorney's Bureau of Victim Services, evaluate recruitment and retention strategies, expand expenses for the Unclaimed Victim Restitution Fund, facilitate the transfer of eligible unclaimed restitution funds from the Probation Department to the District Attorney, explore Assembly Bill 109 as a funding stream for victims' services, explore additional grant opportunities and collaborate with other County Departments to leverage existing resources and take the following additional steps to further strengthen victim services; direct the Chief Executive Officer, working with the District Attorney and the Chief Probation Officer, to take the following additional actions in order to accomplish the recommendations set forth in the report:

Report back to the Board in 14 days on the progress to exempt the Bureau of Victim Services from the hiring freeze in order to fill the 24 critically needed Victim Services Representatives;

Report back to the Board in 90 days on the review of the qualifications required to serve as a Victim Services Representative and a classification study, including an analysis of the qualifications, responsibilities and level necessary to effectively achieve the District Attorney's objective of trauma-informed care and services provided by Victim Services Representatives;

Ensure newly implemented policies result in the use of one-time Unclaimed Victim Restitution Funds to cover expenses for victims and victims' next of kin for funeral and burial, relocation, food, costs for basic necessities and security expenses; and

Report back to the Board during the Fiscal Year 2022-23 Recommended Budget phase with funding to expand victim's services programs, including restitution collection assistance; and

**EXHIBIT 12 - Page 605**

Board of Supervisors                 Statement Of Proceedings                 August 31, 2021

Request the District Attorney's Bureau of Victim Services to resume and institutionalize recurring meetings with relevant Departments, including the Departments of Mental Health, Health Services, Children and Family Services, Public Health, Public Social Services and Consumer and Business Affairs, the Los Angeles Homeless Services Authority and other relevant stakeholders, to actively engage interagency cooperation and leverage County resources in order to broaden and strengthen services provided to victims, and submit quarterly progress reports of these efforts to the Board; and continue to research grant opportunities to augment funding needs.  (21-3326)

**Ellen Giesy and Lucia Pier addressed the Board.  Interested person(s) also submitted written testimony.**

**After discussion, on motion of Supervisor Barger, seconded by Supervisor Solis, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*<u>Attachments:</u>*    Motion by Supervisor Barger
Chief Executive Officer's June 25, 2021 Report
Revised motion by Supervisor Barger
Report
Public Comment/Correspondence
Audio I
Audio II

**19.    Assistance to Returning American Personnel and New Arrivals from Afghanistan**

Revised recommendation as submitted by Supervisors Solis and Hahn: Instruct the Director of Military and Veterans Affairs, in collaboration with the Chief Executive Officer, the Director of Mental Health, other relevant County Departments, the State of California Department of Veteran Affairs and the United States Department of Veteran Affairs, to identify and coordinate all available resources for Los Angeles County Afghan veterans and returning military personnel, including outreaching to loved ones of fallen service members who are impacted by the current events; and instruct the Executive Director of the Office of Immigrant Affairs within the Department of Consumer and Business Affairs, in collaboration with the Chief Executive Officer, the Director of the Office of Emergency Management and all relevant County Departments, State, Federal and non-governmental agencies, to report back to the Board in writing in 30 days with the following:

*County of Los Angeles*                 *Page 22*

**EXHIBIT 12 - Page 606**

**Board of Supervisors**       **Statement Of Proceedings**       **August 31, 2021**

An assessment of any eligible services that the County can provide to newly arrived Afghan nationals including, but not be limited to, cash aid, medical and mental health care, workforce development and immigration legal assistance; and

A coordinated execution plan to expeditiously link and provide the services identified above to newly arrived Afghan nationals, with a focus on the most vulnerable populations and those who plan to resettle in Los Angeles County;

Direct the Chief Executive Officer to establish an Afghan Refugee Task Force headed by the Executive Director of the Office of Immigrant Affairs within the Department of Consumer and Business Affairs, in collaboration with the Office of Emergency Management, and all relevant County Departments, State, Federal and non-governmental agencies at the discretion of the Department of Consumer and Business Affairs, to provide and coordinate County resources to serve newly arrived Afghan nationals resettling in Los Angeles County; and

Direct the Chief Executive Officer through the Legislative Affairs and Intergovernmental Affairs Division to send a 5-signature letter to the United States Secretary of State Antony Blinken informing him of the County's Afghan Refugee Task Force, once it has been established, and that the County stands ready to work with the Federal government in their efforts of resettling Afghan nationals. (21-3358)

**Ellen Giesy, Dr. Genevieve Clavreul, Carlos Montes, Roy Humphreys, Lucia Pier and Arnold Strong addressed the Board. Interested person(s) also submitted written testimony.**

**After discussion, on motion of Supervisor Solis, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

      **Ayes:**   4 -    Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis

      **Absent:**   1 -    Supervisor Kuehl

_**Attachments:**_      Motion by Supervisor Solis
Revised motion by Supervisors Solis and Hahn
Report
Five-Signature Letter
Public Comment/Correspondence
Audio I
Audio II

---

_**County of Los Angeles**_            _**Page 23**_

**EXHIBIT 12 - Page 607**

Board of Supervisors                    Statement Of Proceedings                    August 31, 2021

**20.**    **Reestablish the Reward Offer in the Investigation of Murder Victim Fabian Garcia Barajas**

Recommendation as submitted by Supervisor Solis: Reestablish the $10,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the murder of 20-year-old Fabian Garcia Barajas, who was fatally shot as he drove near the 12300 block of Valley Boulevard in the City of El Monte on April 3, 2018, at approximately 12:33 a.m.  (18-2185)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

Ayes:    4 -    Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis

Absent:    1 -    Supervisor Kuehl

*Attachments:*    Motion by Supervisor Solis
Notice of Reward
Public Comment/Correspondence

**21.**    **Reestablish the Reward Offer in the Investigation of Murder Victim Enrique Sebastian Falcon**

Recommendation as submitted by Supervisor Solis: Reestablish the $10,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the fatal shooting of 10-year-old Enrique Sebastian Falcon, while riding in the back seat of his family's vehicle near the intersection of Hacienda Boulevard and Amar Road in the City of La Puente on May 17, 2020, at approximately 9:00 p.m.  (20-4436)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

Ayes:    4 -    Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis

Absent:    1 -    Supervisor Kuehl

*Attachments:*    Motion by Supervisor Solis
Notice of Reward
Public Comment/Correspondence

*County of Los Angeles*                    *Page 24*

**EXHIBIT 12 - Page 608**

**22.**   **Commemorating the National Chicano Moratorium Against the Vietnam War and the Death of Ruben Salazar**

Recommendation as submitted by Supervisor Solis: Proclaim August 29, 2021 as the "51st Anniversary of the National Chicano Moratorium Against the Vietnam War and the Death of Ruben Salazar" throughout Los Angeles County.   (21-3360)

**Carlos Montes, Luis Sifuentes and Rosario Carillo addressed the Board. Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*Attachments:*   Motion by Supervisor Solis
Public Comment/Correspondence
Audio

**23.**   **Proclaiming "Patriot Day" and a "National Day of Service and Remembrance"**

Recommendation as submitted by Supervisor Solis: Proclaim September 11, 2021 as "Patriot Day" and a "National Day of Service and Remembrance" throughout the Los Angeles County; and encourage all County residents to participate in ceremonies honoring those who protect our freedom daily and engage in service activities to help others in need.  (21-3357)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*Attachments:*   Motion by Supervisor Solis
Public Comment/Correspondence

**EXHIBIT 12 - Page 609**

Board of Supervisors                    Statement Of Proceedings                    August 31, 2021

<u>**ADMINISTRATIVE MATTERS    24 - 47**</u>

<u>**Chief Executive Office**</u>

**24.**    **Report on Board Established Priorities**

Report by the Chief Executive Officer on Board Directed Priorities, including the Sheriff's Department/Justice Reform, Child Protection, Health Integration, Homeless Initiative, Environmental Oversight and Monitoring, Immigration and Sustainability, Elimination of Racism and Bias, and Poverty Alleviation, as requested at the Board meetings of June 27, 2016, August 6, 2019, July 21, 2020 and May 18, 2021. (Continued from the meetings of 1-14-20, 7-7-20, 12-8-20, 7-13-21 and 8-10-21)  (16-3277)

**Dr. Genevieve Clavreul addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Barger, seconded by Supervisor Solis, this item was continued to Wednesday, September 15, 2021.**

|  |  |  |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*<u>Attachments:</u>*    Public Comment/Correspondence
Audio

---

*County of Los Angeles*                    *Page 26*

**EXHIBIT 12 - Page 610**

Board of Supervisors                    Statement Of Proceedings                    August 31, 2021

**25.**    **Report on a Staffing and Funding Plan for the Blue-Ribbon Commission on Homelessness**

Report by the Chief Executive Officer and the Executive Officer of the Board, in consultation with County Counsel and other relevant County Departments, on a staffing and funding plan for the Blue-Ribbon Commission on Homelessness, as requested at the Board meeting of July 27, 2021. (Relates to Agenda No. 49) (21-3316)

**Dr. Genevieve Clavreul, Samantha Matthews, Roy Humphreys, Eric Preven and Zeke Sandoval addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, the report was received and filed.**

**Said motion was duly carried by the following vote:**

    **Ayes:**    4 -    Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis

    **Absent:**    1 -    Supervisor Kuehl

*Attachments:*    Report
                  Public Comment/Correspondence
                  Audio

---

*County of Los Angeles*                    *Page 27*

**EXHIBIT 12 - Page 611**

**Board of Supervisors**                     **Statement Of Proceedings**                     **August 31, 2021**

**26.**    **Oat Mountain Nike, Chatsworth Real Estate Agreements**

Recommendation: Authorize the Chief Executive Officer to execute a proposed real estate license and two consents for the sublicense agreements (Three Agreements) to allow the licensed and sublicensed use at the County-owned communication site at Oat Mountain Nike, Chatsworth (Oat Mountain) (5), in order to allow the use of Oat Mountain by the State of California Governor's Office of Emergency Services, the City of Glendale and the City of Simi Valley, for emergency communication purposes; execute and/or grant any other consents, ancillary documentation, sublicenses or future amendments, which are necessary to effectuate the Three Agreements and the activities permitted under the agreements; and find that the proposed agreements are exempt from the California Environmental Quality Act.  (21-3289)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

                    **Ayes:**    4 -    Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis

                 **Absent:**    1 -    Supervisor Kuehl

*Attachments:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                     *Page 28*

**EXHIBIT 12 - Page 612**

**Board of Supervisors**                    **Statement Of Proceedings**                    **August 31, 2021**

**27.**    **Department of Public Social Services Lease Amendment**

Recommendation: Authorize the Chief Executive Officer to execute a proposed
lease amendment with Michael Mattis Taback, Trustee, Michael Mattis Taback
Dynasty Trust No. 1, for the Department of Public Social Services' continued use
of 8,400 sq ft of office space and 45 on-site parking spaces located at 27233
Camp Plenty Road in Canyon Country (5), with an estimated total lease amount,
including utilities and custodial services, of $2,478,000 over the eight-year term,
funded with 82.88% State and Federal funding and 17.12% Net County Cost;
execute any other ancillary documentation necessary to effectuate the proposed
amendment, and take actions necessary and appropriate to implement the
proposed amendment including, without limitation, early termination rights; and find
that the proposed lease amendment is exempt from the California Environmental
Quality Act.  (21-3288)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item
was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*Attachments:*    Board Letter
                  Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 29*

**EXHIBIT 12 - Page 613**

**County Operations**

**28.**    **Fiscal Year 2021-22 Tax Rate Resolution**

Recommendation: Adopt a resolution fixing the Fiscal Year (FY) 2021-22 tax rates for County, Special District and School District Debt Service Funds, to enable various entities to levy taxes to finance FY 2021-22 operations and debt service requirements. **(Department of Auditor-Controller)**   (21-3304)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    4 -    Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis

**Absent:**    1 -    Supervisor Kuehl

*Attachments:*    Board Letter
Public Comment/Correspondence

**29.**    **Annual Statement of The William S. Hart Endowment and Income Funds**

Recommendation: Approve and file with the Registrar-Recorder/County Clerk, the annual statement of the William S. Hart Endowment and Income Funds in accordance with the Superior Court judgment in connection with the probate of the William S. Hart estate, which was established to provide funding for the operation and maintenance of the William S. Hart Park. **(Department of Auditor-Controller)**   (21-3303)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    4 -    Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis

**Absent:**    1 -    Supervisor Kuehl

*Attachments:*    Board Letter
Public Comment/Correspondence

**EXHIBIT 12 - Page 614**

Board of Supervisors                 Statement Of Proceedings                 August 31, 2021

<u>**Children and Families' Well-Being**</u>

30.     **Information Technology Infrastructure Fund and Website Redesign Appropriation Adjustment**

Recommendation: Approve an appropriation adjustment for Fiscal Year 2021-22 in the Information Technology Infrastructure Fund (ITF) to reallocate $101,000 from Services and Supplies (S&S) to Other Financing Uses, and to increase the Department of Military and Veterans Affairs' S&S Budget to redesign the Department's website to improve access information and streamline available services to veterans and their families. **(Department of Military and Veterans Affairs) 4-VOTES** (*NOTE: The Chief Information Officer recommended approval of this item.*)  (21-3294)

**Roy Humphreys addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*<u>Attachments:</u>*   Board Letter
            Public Comment/Correspondence
            Audio

---

*County of Los Angeles*                       *Page 31*

EXHIBIT 12 - Page 615

Board of Supervisors                    Statement Of Proceedings                    August 31, 2021

___

**Community Services**

31.     **County Code, Title 10 - Animals Amendment**

Recommendation: Approve an ordinance for introduction amending County Code, Title 10 - Animals by adding Section 10.84.020 that prohibits the feeding of peafowl in public. **(Department of Animal Care and Control)** (Relates to Agenda No. 48)  (21-3308)

**Roy Humphreys addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|  | | |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*Attachments:*     Board Letter
Public Comment/Correspondence
Audio

___

*County of Los Angeles*                    *Page 32*

EXHIBIT 12 - Page 616

**32.**   **Information Technology Infrastructure Fund Appropriation Adjustment**

Recommendation: Approve and authorize the use of $200,000 from the Information Technology Infrastructure Fund (ITF) for the acquisition and implementation of a Chatbot to answer the most basic and repetitive customer inquiries at County libraries; and approve a Fiscal Year 2021-22 appropriation adjustment in the ITF to reallocate $200,000 from Services and Supplies (S&S) to Other Financing Uses, and increase the LA County Library's S&S budget. **(LA County Library) 4-VOTES** *(NOTE: The Chief Information Officer recommended approval of this item.)*  (21-3315)

**Roy Humphreys addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*Attachments:*   Board Letter
Public Comment/Correspondence
Audio

**EXHIBIT 12 - Page 617**

**Public Safety**

33.    **Information Technology Enhancements**

Recommendation: Approve an appropriation adjustment to transfer $395,000 from the Committed for Information Technology Enhancements, commonly known as Legacy Systems Modernization funding, to the Office of the District Attorney's Services and Supplies appropriation to conduct the first phase of a case management system replacement.  **(District Attorney) 4-VOTES** *(NOTE: The Chief Information Officer recommended approval of this item.)*  (21-3306)

**Roy Humphreys addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

      **Ayes:**    4 -    Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis

      **Absent:**    1 -    Supervisor Kuehl

*Attachments:*    Board Letter
Public Comment/Correspondence
Audio

34.    **Report by the Inspector General on Reforms and Oversight Efforts**

Report by the Inspector General on reforms and oversight efforts with regard to the Sheriff's Department, as requested at the Board meeting of October 9, 2012, and updated on May 31, 2016. (Continued from the meeting of 8-10-21)  (12-5525)

**Ellen Giesy, Dr. Genevieve Clavreul, Eric Preven and Lucia Pier addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, the report was received and filed.**

**Said motion was duly carried by the following vote:**

      **Ayes:**    4 -    Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis

      **Absent:**    1 -    Supervisor Kuehl

*Attachments:*    Report
Public Comment/Correspondence
Audio

**EXHIBIT 12 - Page 618**

| Board of Supervisors | Statement Of Proceedings | August 31, 2021 |
|---|---|---|

**Ordinance for Adoption**

**35.**    **County Code, Title 6 - Salaries Amendment**

Ordinance for adoption amending County Code, Title 6 - Salaries by adding, deleting and changing certain employee classifications and the number of ordinance positions in the Departments of Beaches and Harbors, Chief Executive Office and Health Services.   (21-3095)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, the Board adopted Ordinance No. 2021-0046, "An ordinance amending Title 6 - Salaries of the Los Angeles County Code to add, delete, and change certain employee classifications and the number of ordinance positions in various Departments to implement the findings of classification studies."  This ordinance shall take effect August 31, 2021.**

**This item was duly carried by the following vote:**

> **Ayes:**    4 -    Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis
>
> **Absent:**    1 -    Supervisor Kuehl

*Attachments:*    Ordinance
Certified Ordinance
Public Comment/Correspondence

Board of Supervisors                    Statement Of Proceedings                    August 31, 2021

---

**Miscellaneous**

36.    **Settlement of the Matter Entitled, <u>Grace Community Church of The Valley, et al. v. Gavin Newsom, et al.</u>**

Los Angeles County Claims Board's recommendation: Authorize settlement of the matter entitled, <u>Grace Community Church of The Valley, et al. v. Gavin Newsom, et al.</u>, Los Angeles Superior Court Case No. 20BBCV00497 (consolidated with <u>County of Los Angeles v. Grace Community Church of The Valley, et al.</u>, Los Angeles Superior Court Case No. 20STCV30695), in the amount of $400,000 and instruct the Auditor-Controller to draw a warrant to implement this settlement from the Department of Public Health's budget.

These consolidated lawsuits relate to the Health Officer Orders issued by the Department of Public Health.   (21-3311)

**Eric Preven addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

| | | |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*Attachments:*    Board Letter
Public Comment/Correspondence
Audio

---

*County of Los Angeles*                    *Page 36*

**EXHIBIT 12 - Page 620**

**Board of Supervisors**                **Statement Of Proceedings**                **August 31, 2021**

**37.**   **Settlement of the Matter Entitled, <u>Danessa Valentine, et al. v. County of Los Angeles</u>**

Los Angeles County Claims Board's recommendation: Authorize settlement of the matter entitled, <u>Danessa Valentine, et al. v. County of Los Angeles</u>, Los Angeles Superior Court Case No. BC602184, in the amount of $1,250,000, and instruct the Auditor-Controller to draw a warrant to implement this settlement from the Department of Children and Family Services' budget.

This lawsuit concerns allegations that the Department of Children and Family Services subjected two applicants for employment to discrimination, violation of privacy and unlawful medical inquiries.  (21-3309)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   4 -   Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis

**Absent:**   1 -   Supervisor Kuehl

*<u>Attachments:</u>*   Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                *Page 37*

EXHIBIT 12 - Page 621

**Board of Supervisors**                    **Statement Of Proceedings**                    **August 31, 2021**

**38.    East Whittier City School District Levying of Taxes**

Request from the East Whittier City School District: Adopt a resolution authorizing the County to levy taxes in an amount sufficient to pay the principal of and interest on the District's Election of 2016 General Obligation Bonds, Series D (Measure R), in an aggregate principal amount not to exceed $13,000,000, and the District's Election of 2016 General Obligation Bonds, Series D (Measure Z), in an aggregate principal amount not to exceed $6,000,000; and direct the Auditor-Controller to place on the 2022-23 tax roll, and all subsequent tax rolls, taxes sufficient to fulfill the requirements of the debt service schedule for the Bonds that will be provided to the Auditor-Controller by the District following the sale of the Bonds.  (21-3302)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*Attachments:*     Board Letter
                   Public Comment/Correspondence

**39.    El Monte Union High School District Levying of Taxes**

Request from the El Monte Union High School District: Adopt a resolution authorizing the County to levy taxes in an amount sufficient to pay the principal of and interest on the District's 2021 General Obligation Refunding Bonds, in an aggregate principal amount not to exceed $50,000,000; and direct the Auditor-Controller to maintain on the 2022-23 tax roll, and all subsequent tax rolls, taxes sufficient to fulfill the requirements of the debt service schedule for the Bonds that will be provided to the Auditor-Controller by the District following the sale of the Bonds.  (21-3298)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*Attachments:*     Board Letter
                   Public Comment/Correspondence

---

**EXHIBIT 12 - Page 622**

**Board of Supervisors**                 **Statement Of Proceedings**                 August 31, 2021

---

**40.**    **Glendale Unified School District Levying of Taxes**

Request from the Glendale Unified School District: Adopt a resolution authorizing the County to levy taxes in an amount sufficient to pay the principal of and interest on the District's 2021 General Obligation Refunding Bonds, in an aggregate principal amount not to exceed $232,000,000; and direct the Auditor-Controller to maintain on the 2022-23 tax roll, and all subsequent tax rolls, taxes sufficient to fulfill the requirements of the debt service schedule for the Bonds that will be provided to the Auditor-Controller by the District following the sale of the Bonds. (21-3300)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|          |      |                                                                        |
|----------|------|------------------------------------------------------------------------|
| **Ayes:**   | 4 -  | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 -  | Supervisor Kuehl                                                       |

*Attachments:*    Board Letter
Public Comment/Correspondence

**41.**    **Palmdale School District Levying of Taxes**

Request from the Palmdale School District: Adopt a resolution authorizing the County to levy taxes in an amount sufficient to pay the principal of and interest on the District's General Obligation Refunding Bonds, Series 2021A (Federally Tax-Exempt) and 2021B (Federally Taxable), in an aggregate principal amount not to exceed $50,000,000; and direct the Auditor-Controller to maintain on the 2022-23 tax roll, and all subsequent tax rolls, taxes sufficient to fulfill the requirements of the debt service schedule for the Bonds that will be provided to the Auditor-Controller by the District following the sale of the Bonds.  (21-3296)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|          |      |                                                                        |
|----------|------|------------------------------------------------------------------------|
| **Ayes:**   | 4 -  | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 -  | Supervisor Kuehl                                                       |

*Attachments:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                 *Page 39*

**EXHIBIT 12 - Page 623**

**42.** **Palmdale School District Levying of Taxes**

Request from the Palmdale School District: Adopt a resolution authorizing the County to levy taxes in an amount sufficient to pay the principal of and interest on the District's General Obligation Bonds, Election of 2012, Series 2021C, in an aggregate principal amount not to exceed $30,000,000; and direct the Auditor-Controller to place on the 2021-22 tax roll, and all subsequent tax rolls, taxes sufficient to fulfill the requirements of the debt service schedule for the Bonds that will be provided to the Auditor-Controller by the District following the sale of the Bonds.  (21-3295)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

| | | |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*Attachments:*   Board Letter
Public Comment/Correspondence

**43.** **Rosemead School District Levying of Taxes**

Request from the Rosemead School District: Adopt a resolution authorizing the County to levy taxes in an amount sufficient to pay the principal of and interest on the District's General Obligation Bonds, 2014 Election, Series B, in an aggregate principal amount not to exceed $10,000,000; and direct the Auditor-Controller to place on the 2021-22 tax roll, and all subsequent tax rolls, taxes sufficient to fulfill the requirements of the debt service schedule for the Bonds that will be provided to the Auditor-Controller by the District following the sale of the Bonds.  (21-3297)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

| | | |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*Attachments:*   Board Letter
Public Comment/Correspondence

**EXHIBIT 12 - Page 624**

**44.** **Santa Monica-Malibu Unified School District Levying of Taxes**

Request from the Santa Monica-Malibu Unified School District: Adopt a resolution authorizing the County to levy taxes in an amount sufficient to pay the principal of and interest on the District's 2021 Refunding General Obligation Bonds, in an aggregate principal amount not to exceed $380,000,000; and direct the Auditor-Controller to maintain on the 2022-23 tax roll, and all subsequent tax rolls, taxes sufficient to fulfill the requirements of the debt service schedule for the Bonds that will be provided to the Auditor-Controller by the District following the sale of the Bonds.  (21-3299)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   4 -   Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis

**Absent:**   1 -   Supervisor Kuehl

*Attachments:*      Board Letter
Public Comment/Correspondence

**EXHIBIT 12 - Page 625**

Board of Supervisors                    Statement Of Proceedings                    August 31, 2021

---

**Miscellaneous Additions**

45.    **Additions to the agenda which were posted more than 72 hours in advance of the meeting, as indicated on the supplemental agenda.**  (12-9995)

45-A.  **Extending the Recreation Summer Swim Program at Los Angeles County Pools**

Recommendation as submitted by Supervisors Hahn and Barger: Instruct the Director of Parks and Recreation to report back to the Board in seven days on the feasibility of extending our summer swim program through October of this year at all County seasonal pools; instruct the Director of Parks and Recreation to work with the Chief Executive Officer to identify ongoing funding and resources needed, including staffing, services and supplies, to extend the summer swim season for seasonal pools from a ten-week season to a six-month season from May 1st through October 30th commencing this fiscal year and moving forward, and report back to the Board in advance of the Fiscal Year (FY) 2021-22 Supplemental Budget and FY 2022-23 Recommended Budget; direct the Chief Executive Officer to consider identifying and allocating ongoing funding for this proposal as a priority; and instruct the Director of Parks and Recreation with support from the Chief Executive Officer and the Director of Personnel, to develop a Department Aquatic Operational Plan including, but not limited to, hiring, recruitment, training, staffing and any capital improvements needed to operationalize a six-month aquatic program for the 25 seasonal Department pools and report back to the Board in 90 days.  (21-3379)

**Interested person(s) submitted written testimony.**

**Norma Garcia, Director of Parks and Recreation, responded to questions posed by the Board.**

**After discussion, on motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

      **Ayes:** 4 - Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis

    **Absent:** 1 - Supervisor Kuehl

*Attachments:*  Motion by Supervisors Hahn and Barger
       Report
       Public Comment/Correspondence
       Audio

---

**EXHIBIT 12 - Page 626**

**Board of Supervisors** | **Statement Of Proceedings** | **August 31, 2021**

**45-B. Torrance Pallet Shelter Interim Housing Project**

Recommendation as submitted by Supervisor Hahn: Instruct the Interim Director of the Homeless Initiative and County Counsel to work with the City of Torrance on drafting an agreement stipulating the responsibilities of both parties in the execution and operation of up to 45 tiny home interim housing in the City of Torrance; authorize the Chief Executive Officer to enter into and execute an agreement with the City of Torrance; instruct the Interim Director of the Homeless Initiative to identify funding sources to be used as gap funding for the operating cost of the Torrance Pallet Shelter Project (Project); direct the Chief Executive Officer to utilize up to $450,000 of Supervisorial District Four Homeless and Housing Discretionary Funds towards the establishment of the Project; and direct the Chief Executive Officer to report back to the Board in 30 days on the status of the Project.   (21-3383)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|  | | |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*Attachments:*    Motion by Supervisor Hahn
Report
Public Comment/Correspondence

**45-C. Marina del Rey Halibut Derby Retroactive Fee Waiver**

Recommendation as submitted by Supervisor Hahn: Retroactively waive the Beach use permit fee of $250, the Docks H301-305 fee of $690 and 15% of the entry fee proceeds which is $187.50, excluding the cost of liability insurance, for the 2021 Annual Halibut Derby, held at Burton Chace Park in Marina del Rey on July 17 and 18, 2021.  (21-3376)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|  | | |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*Attachments:*    Motion by Supervisor Hahn
Public Comment/Correspondence

**EXHIBIT 12 - Page 627**

Board of Supervisors                    Statement Of Proceedings                    August 31, 2021

**45-D.** **Culture Club South Bay Diversity Youth Engagement Pilot at Bruce's Beach Fee Waiver**

Recommendation as submitted by Supervisor Hahn: Waive $250 in permit fees and $72 in gross receipts at Bruce's Beach and Manhattan Beach Heights Community Center, excluding the cost of liability insurance, for the Culture Club South Bay Diversity Youth Engagement's pilot program to be held on September 18 and 25, 2021 and October 2 and 9, 2021.  (21-3377)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**   4 -   Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis
>
> **Absent:**   1 -   Supervisor Kuehl

*Attachments:*          Motion by Supervisor Hahn
                        Public Comment/Correspondence

**45-E.** **Support for Land Use Regulation and Nuisance Abatement Teams**

Recommendation as submitted by Supervisors Barger and Solis: Direct the Chief Executive Officer to work with the District Attorney to report back to the Board in 30 days with a plan to fill critical vacant District Attorney Investigators positions that will be allocated to support land use regulation and code enforcement activities for the Department of Regional Planning's Zoning Enforcement Section and the County's Nuisance Abatement Teams.  (21-3375)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**   4 -   Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis
>
> **Absent:**   1 -   Supervisor Kuehl

*Attachments:*          Motion by Supervisors Barger and Solis
                        Report
                        Public Comment/Correspondence

*County of Los Angeles*                    *Page 44*

**EXHIBIT 12 - Page 628**

**45-F.** **Redeveloping the Cudahy Department of Public Social Services District Office for Affordable Housing and Economic Development**

Recommendation as submitted by Supervisor Solis: Instruct the Chief Executive Officer to collaborate with the City of Cudahy and Southeast Los Angeles stakeholders to explore and identify opportunities for the joint development of the Department of Public Social Services (DPSS) facility located at 8130 South Atlantic Avenue and adjacent City-owned sites to create affordable housing, economic development and community-serving uses; pursue opportunities to accelerate make-ready work at the DPSS facility site and provide funding sources, including approximately $14,000,000 previously set aside to address deferred maintenance needs to re-program for future development, including demolition of structures; and report back to the Board in 30 days on the above.  (21-3380)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was continued to Wednesday, September 15, 2021.**

|  |  |  |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*Attachments:*   Motion by Supervisor Solis
Public Comment/Correspondence

**EXHIBIT 12 - Page 629**

Board of Supervisors                  Statement Of Proceedings                  August 31, 2021

**45-G.** **Utilizing Existing Infrastructure and Resources to Accelerate Digital Equity**

Recommendation as submitted by Supervisor Solis: Instruct the Director of Internal Services, in consultation with the Chief Executive Officer and County Counsel, to report back to the Board in 30 days with viable options for the County to facilitate residential access to reliable broadband service in low-income communities where greater than 20% of the households lack internet service, based on data from the United States Census Bureau's American Community Survey, and identify options, cost estimates and, to the extent possible, a funding source that would enable implementation of internet access to begin within the current calendar year of 2021, with the proposed options to be specific to a County-administered municipal broadband service, public-private partnerships, and amendments to existing agreements with internet service providers.  (21-3378)

**David Bezzant addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|   |   |   |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*Attachments:*    Motion by Supervisor Solis
Report
Public Comment/Correspondence
Audio

---

*County of Los Angeles*                  *Page 46*

**EXHIBIT 12 - Page 630**

**Board of Supervisors**      **Statement Of Proceedings**      **August 31, 2021**

### 45-H. East Los Angeles Unique Dollar Theatre Nomination

Recommendation as submitted by Supervisor Solis: Adopt a resolution nominating the Unique Theatre, located at 3641 and 3643 East 1st Street in the unincorporated community of East Los Angeles, as a Los Angeles County Historic Landmark; and find that the project is exempt from the California Environmental Quality Act.  (21-3382)

**Richard Schave addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**    4 -    Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis
>
> **Absent:**    1 -    Supervisor Kuehl

*Attachments:*      Motion by Supervisor Solis
Revised motion by Supervisor Solis
Public Comment/Correspondence
Audio

---

*County of Los Angeles*      *Page 47*

EXHIBIT 12 - Page 631

**Board of Supervisors**                    **Statement Of Proceedings**                    **August 31, 2021**

## IV.  ORDINANCE FOR INTRODUCTION    48

**48.**     **County Code, Title 10 - Animals Amendment**

Ordinance for introduction amending County Code, Title 10 - Animals to amend
and add provisions that prohibit the feeding of peafowl in public places and the
consequences of violations of the ordinance; peafowl can carry diseases, leave
fecal matter that pollutes sidewalks and yards, damage property, get aggressive,
and attract predators; prohibiting the public from feeding peafowl will help protect
the health and safety of the County's residents. (Relates to Agenda No. 31)
(21-3310)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, the Board
introduced, waived reading and ordered placed on the agenda for adoption
an ordinance entitled, "An ordinance amending Title 10 - Animals of the Los
Angeles County Code to add provisions to prohibit the feeding of peafowl in
public places and the consequences of violations of the ordinance."**

**This item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

*Attachments:*     Ordinance
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 48*

**EXHIBIT 12 - Page 632**

Board of Supervisors                         Statement Of Proceedings                         August 31, 2021

## V.   SEPARATE MATTER     49

49.    **Temporary Reinstatement of a Retired County Employee**

Recommendation: Waive the 180-day waiting period required under the California Public Employee's Pension Reform Act of 2013, to reinstate retired County employee, Mary Wickham, as a 120-day rehired retiree in the Executive Office of the Board to head the Blue-Ribbon Commission on Homelessness (BRCH); and approve the request to allow Ms. Wickham to return to head the BRCH upon the Board's approval at a rate of $215 per hour for up to 960 total hours of work in a fiscal year. **(Executive Office of the Board of Supervisors)** (Relates to Agenda No. 25)  (21-3339)

**Dr. Genevieve Clavreul, Samantha Matthews, Roy Humphreys, Eric Preven and Zeke Sandoval addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 3 - | Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Noes:** | 1 - | Supervisor Mitchell |
| **Absent:** | 1 - | Supervisor Kuehl |

*Attachments:*     Board Letter
Public Comment/Correspondence
Audio

---

*County of Los Angeles*                         *Page 49*

**EXHIBIT 12 - Page 633**

### VI.  CLOSED SESSION MATTERS FOR AUGUST 31, 2021

**CS-1.**  CONFERENCE WITH LEGAL COUNSEL - ANTICIPATED LITIGATION
(Paragraph (2) of subdivision (d) of Government Code Section 54956.9)

Significant exposure to litigation (two cases).

**No reportable action was taken.**  (20-2580)

*Attachments:*        Public Comment/Correspondence


**CS-2.**  DEPARTMENT HEAD PERFORMANCE EVALUATIONS
(Government Code Section 54957)

Department Head performance evaluations.

**No reportable action was taken.**   (11-1977)

*Attachments:*        Public Comment/Correspondence


**Report of Closed Session**  (CSR-21)

*Attachments:*        Audio Report of Closed Session 8/31/2021

---

*County of Los Angeles*                    *Page 50*

**EXHIBIT 12 - Page 634**

### VII.  GENERAL PUBLIC COMMENT    50

**50.**    Opportunity for members of the public to address the Board on items of interest that are within the subject matter jurisdiction of the Board.

**Ellen Giesy, Samantha Matthews, Carlos Montes, Ken Behzadi, Roy Humphreys, Dawn Berry, Eric Preven, Lucia Pier, Richard Schave, Jeffrey Bell, Aston Boggino, Arnold Strong, David Alexander Bramante, Juana Blanco and Rosario Carrillo addressed the Board.  Interested person(s) also submitted written testimony.** (21-3420)

*Attachments:*        Public Comment/Correspondence
Audio

**EXHIBIT 12 - Page 635**

Board of Supervisors                 Statement Of Proceedings                 August 31, 2021

---

**VIII.   ADJOURNMENT    51**

**51.**     On motions, duly seconded and unanimously carried, the meeting was adjourned
           in memory of the following persons:

**Supervisor Solis**
David McElwain
Helen Liu Matsuno
Army Sergeant William Sanchez

**Supervisor Hahn**
Marine Corps Staff Sgt. Darin T. Hoover
Marine Corps Sgt. Johanny Rosariopichardo
Marine Corps Sgt. Nicole L. Gee
Marine Corps Cpl. Hunter Lopez
Marine Corps Cpl. Daegan W. Page
Marine Corps Cpl. Humberto A. Sanchez
Marine Corps Lance Cpl. David L. Espinoza
Marine Corps Lance Cpl. Jared M. Schmitz
Marine Corps Lance Cpl. Rylee J. McCollum
Marine Corps Lance Cpl. Dylan R. Merola
Marine Corps Lance Cpl. Kareem M. Nikoui
Navy Hospitalman Maxton W. Soviak
Army Staff Sgt. Ryan C. Knauss
Elizabeth Cruz
John Maleta
Petra Andrade Oropeza
Irene DeReza
Jose Sierra, Sr.

**Supervisor Barger, Solis and Hahn**
Savey Tufenkian

---

*County of Los Angeles*                    *Page 52*

EXHIBIT 12 - Page 636

### Supervisor Barger

Salvatore "Chick" Campo
Jeremiah Hart
Sole Mitchell-Hall
Bradley Wayne Hughes, Sr.
Adele Macpherson
Delano Robinson
Fred Maynard Whitaker

### Indigent Veterans

John Henry Baker
Lawson James Beavers
Aaron Baird Brady
James Paul Kiningham
Ray Anthony Lopez
Robert Suso Nishihara, Jr.
James Dean Nolan
Joe Palma, Jr.
Donald Ray Penson
Edward Perry Reddeck
Robert Thomas Rood
Thomas Lee Wyatt  (21-3497)

**EXHIBIT 12 - Page 637**

**Board of Supervisors**         **Statement Of Proceedings**                    **August 31, 2021**

## IX.   ITEMS CONTINUED FROM PREVIOUS MEETINGS FOR FURTHER DISCUSSION AND ACTION BY THE BOARD

**A-1.**   Continue local emergencies as a result of the following: (a) Discovery of an infestation of fruit flies, as proclaimed on May 10, 1990; (b) Conditions of disaster arose as a result of the discovery of a leak at the natural gas storage wells at the Aliso Canyon storage field affecting the City and County of Los Angeles, as proclaimed on December 10, 2015 and ratified by the Board on December 15, 2015; (c) Conditions of disaster and extreme peril to the safety of persons and property arose as a result of the Creek Fire that started December 5, 2017 and affected the Kagel Canyon and the City of Los Angeles, as proclaimed and ratified by the Board on December 5, 2017; (d) Conditions of disaster and extreme peril to the safety of persons and property arose as a result of the Woolsey Fire that began in Ventura County that started on or about November 8, 2018 and quickly spread into the County of Los Angeles, as proclaimed and ratified by the Board on November 13, 2018; (e) An imminent threat to public health in Los Angeles County in the form of contaminated fire debris from household hazardous waste created as a result from the Woolsey Fire that started on November 8, 2018, as proclaimed by the Public Health Officer on November 12, 2018 and ratified by the Board on November 13, 2018; (f) Conditions of extreme peril to the safety of persons and property arose as a result of a winter storm beginning January 10 through 18, 2019 affecting the unincorporated communities around Little Tujunga and surrounding areas of Los Angeles County, as proclaimed on January 29, 2019 and ratified by the Board on February 5, 2019; (g) Conditions of disaster or extreme peril to the safety of persons and property arose as a result of a winter storm beginning January 31, 2019 through February 5, 2019 affecting the unincorporated communities throughout the County as well as the Cities of Malibu, Burbank and Los Angeles, as proclaimed on February 14, 2019 and ratified by the Board on February 19, 2019; (h) Conditions of disaster or of extreme peril to the safety of persons and property arose as a result of the introduction of the novel coronavirus (COVID-19), a novel communicable disease, which was first detected in Wuhan City, Hubei Province, China in December 2019, as proclaimed and ratified by the Board on March 4, 2020; (i) An imminent threat and proximate threat to public health from the introduction of COVID-19 in Los Angeles County, as proclaimed by the Public Health Officer on March 4, 2020 and ratified by the Board on March 4, 2020; (j) Conditions of disaster or of extreme peril to the safety of persons and property arose as a result of civil unrest in the County following the May 25, 2020 death of George Floyd by members of the Minneapolis Police Department, as proclaimed on May 30, 2020 and ratified by the Board on June 2, 2020; (k) Conditions of extreme peril to the safety of persons and property arose as a result of the Lake Fire that started in the unincorporated area of Lake Hughes on August 12, 2020, as proclaimed on August 13, 2020 and ratified by the Board on August 18, 2020; (l) Conditions of extreme peril to the safety of persons and property arose as a result of the Bobcat Fire that ignited in the Angeles National Forest on September 6, 2020 and rapidly spread to surrounding areas, as proclaimed on September 13, 2020 and ratified by the Board on September 15, 2020; and (m) An imminent threat to public health from the Lake Fire and the Bobcat Fire that started on August 12, 2020 and September 6, 2020, respectively, in Los Angeles County, as proclaimed by the Public Health Officer on November 5, 2020 and ratified by the Board on November 10, 2020.  (A-1)

**This item was reviewed and continued.**

| | | |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Absent:** | 1 - | Supervisor Kuehl |

**EXHIBIT 12 - Page 638**

**Board of Supervisors**      Statement Of Proceedings      **August 31, 2021**

#### <u>Closing    52</u>

**52.**    Open Session adjourned to Closed Session at 2:50 p.m. following adjournments to:

<u>**CS-1**</u>.
Confer with legal counsel on anticipated litigation, pursuant to Paragraph (2) of subdivision (d) of Government Code Section 54956.9:

Significant exposure to litigation (two cases).

<u>**CS-2**</u>.
Consider Department Head performance evaluations, pursuant to Government Code Section 54957.

Closed Session convened at 2:52 p.m.  Present were Supervisors Holly J. Mitchell, Janice Hahn, Kathryn Barger and Hilda L. Solis, Chair presiding.  Absent was Supervisor Sheila Kuehl.

Closed Session adjourned at 4:07 p.m.  Present were Supervisors Holly J. Mitchell, Janice Hahn, Kathryn Barger and Hilda L. Solis, Chair presiding.  Absent was Supervisor Sheila Kuehl.

Open Session reconvened at 4:08 p.m. for the purpose of reporting actions taken in Closed Session.  Present were Supervisors Holly J. Mitchell, Janice Hahn, Kathryn Barger and Hilda L. Solis, Chair presiding.  Absent was Supervisor Sheila Kuehl.

The Board of Supervisors of the County of Los Angeles, and ex officio the governing body of all other special assessment and taxing districts, agencies and authorities for which said Board so acts, adjourned its meeting at 4:09 p.m.

The next Regular Meeting of the Board will be Wednesday, September 15, 2021 at 9:30 a.m.  (21-3434)

**EXHIBIT 12 - Page 639**

The foregoing is a fair statement of the proceedings of the regular meeting held August 31, 2021, by the Board of Supervisors of the County of Los Angeles and ex officio the governing body of all other special assessment and taxing districts, agencies and authorities for which said Board so acts.

Celia Zavala, Executive Officer
Executive Officer-Clerk
of the Board of Supervisors

By _____

Adela Guzman
Head Board Specialist, Agenda
Preparation Section

EXHIBIT 12 - Page 640