# EXHIBIT 13

EXHIBIT 13 - Page 641



**STATEMENT OF PROCEEDINGS FOR THE**

**REGULAR MEETING OF THE BOARD OF SUPERVISORS**

**OF THE COUNTY OF LOS ANGELES HELD VIRTUALLY IN**

**ROOM 381B OF THE KENNETH HAHN HALL OF ADMINISTRATION**

**500 WEST TEMPLE STREET, LOS ANGELES, CALIFORNIA 90012**

**Wednesday, September 15, 2021**

**9:30 AM**

Present:        Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

Video Link for the Entire Virtual Meeting  (03-1075)

_**Attachments:**_        Video Transcript

Pledge of Allegiance led by Sheila Kuehl, Third Supervisorial District.

## I.  SET MATTER    10:30 A.M.

**S-1.    Public Health Order**

Discussion and consideration of necessary actions on the Public Health Order related to COVID-19, as requested by the Chair of the Board and status on the COVID-19 vaccine, as requested at the Board meetings of December 8, 2020 and January 5, 2021.  (20-4861)

**Interested person(s) submitted written testimony.**

**Dr. Barbara Ferrer, Director of Public Health, and Dr. Christina Ghaly, Director of Health Services, made a presentation and responded to questions posed by the Board.  Fesia Davenport, Chief Executive Officer, and Lisa Garrett, Director of Personnel, responded to questions posed by the Board.**

**Supervisor Solis directed the Chief Executive Officer to report back to the Board on all resources available to businesses in the County and to inform the public.**

**EXHIBIT 13 - Page 642**

**After discussion, by Common Consent, there being no objection, this item was received and filed; and the Chief Executive Officer was directed to report back to the Board on all resources available to business in the County and to inform the public.**

| | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*     Health Services Presentation
Public Health Presentation
Public Comment/Correspondence
Audio

**EXHIBIT 13 - Page 643**

Board of Supervisors                     Statement Of Proceedings                     September 15, 2021

## II.  SPECIAL DISTRICT AGENDAS

**STATEMENT OF PROCEEDINGS FOR THE MEETING OF THE BOARD OF DIRECTORS
OF SANITATION DISTRICT NO. 27
AND THE NEWHALL RANCH SANITATION DISTRICT
OF THE COUNTY OF LOS ANGELES
WEDNESDAY, SEPTEMBER 15, 2021
9:30 A.M.**

**SD-1.  County Sanitation District No. 27 and Newhall Ranch Sanitation District
Recommendations and Approval of Minutes**

1.  Recommendation: Approve minutes of the regular meetings held June 8, 2021
(Sanitation District No. 27 (3) and Newhall Ranch Sanitation District (5)) and
the special meeting held June 22, 2021 (Newhall Ranch Sanitation District).

2.  Recommendation: Approve April, May, June and July 2021 expenses in total
amounts of $26,708.66 (District No. 27) and $255,923.01 (Newhall Ranch
Sanitation District).

3.  Recommendation: Approve and Order Executed Joint Agreement for the
Payment of the County Sanitation Districts of Los Angeles County Unfunded
Accrued Liability for the California Public Employees' Retirement System
(Sanitation District No. 27 and Newhall Ranch Sanitation District).  (21-3467)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item
was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor
> Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                     *Page 3*

**EXHIBIT 13 - Page 644**

Board of Supervisors                          Statement Of Proceedings                          September 15, 2021

## STATEMENT OF PROCEEDINGS FOR THE MEETING OF
## THE LOS ANGELES COUNTY
## DEVELOPMENT AUTHORITY
## WEDNESDAY, SEPTEMBER 15, 2021
## 9:30 A.M.

**1-D.**   **Housing Revenue Bonds or Notes for Construction of Affordable Multifamily Housing in Unincorporated West Carson**

Recommendation: Adopt and instruct the Chair to sign a resolution authorizing the issuance of taxable and tax-exempt Multifamily Housing Revenue Bonds or Notes by the Los Angeles County Development Authority, with the tax-exempt portion of the Notes being in an aggregate principal amount not to exceed $31,768,000 and the taxable portion of the Notes being in an aggregate principal amount not to exceed $14,500,000, to assist PV West Carson L.P., or an approved affiliate or assign thereof, to finance the development and construction of the West Carson Villas, a 111-unit multifamily rental housing development to be located at 22801-22905 South Vermont Avenue in unincorporated West Carson (2); and authorize the Executive Director of the Los Angeles County Development Authority to negotiate, execute and, if necessary, amend or terminate all related documents and take all necessary actions for the issuance, sale and delivery of the Bonds. (Relates to Agenda No. 38)  (21-3465)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*      Board Letter
                    Public Comment/Correspondence

---

*County of Los Angeles*                          *Page 4*

EXHIBIT 13 - Page 645

**Board of Supervisors**                      **Statement Of Proceedings**                      **September 15, 2021**

**2-D.**   **Small Business Stabilization Loan Program**

Recommendation: Authorize the Executive Director of the Los Angeles County Development Authority to approve projects utilizing funds from the Community Business Revitalization Program or Catalytic Development Fund and execute agreements with public agencies, nonprofits, consultants and contractors up to $300,000 per project, and amend the requirements of the Manufacturing Revolving Loan Fund (MRLF) Program to mirror those of the Small Business Stabilization Loan Program (SBSLP), and authorize the transfer of up to $2,300,000 of the remaining uncommitted balance in MRLF to be used for the SBSLP; and approve the Guidelines for the proposed programs and authorize the Executive Director to revise the guidelines for each program when necessary to carry out the programs. (21-3450)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**3-D.**   **Plumbing Job Order Contract**

Recommendation: Award a Job Order Contract (JOC) to Suttles Plumbing, Inc, the lowest responsive and responsible bidder, for a maximum amount not to exceed $500,000, to be financed through various funding sources included in the Los Angeles County Development Authority's approved Fiscal Year (FY) 2021-22 budget and to be included in the FY 2022-23 budget; and authorize the Executive Director of the Los Angeles County Development Authority to take the following actions:

Execute the JOC and establish the effective date following receipt of approved Faithful Performance and Payment for Labor and Materials Bonds filed by Suttles Plumbing, Inc.;

Issue work orders under the JOC in an amount not to exceed the maximum amount of the JOC, with respect to projects not governed by the State Public Contract Code, including maintenance work and Federally-funded projects;

Issue work orders under the JOC in an amount not to exceed $330,000 per work order, in the aggregate work order amount not to exceed the maximum

---

*County of Los Angeles*                      *Page 5*

EXHIBIT 13 - Page 646

**Board of Supervisors**                **Statement Of Proceedings**                **September 15, 2021**

amount of the JOC pursuant to the authority granted under the Public Contract Code Section 20145, with respect to projects governed by the State Public Contract Code that constitute plumbing repair, remodeling, refurbishment and other repetitive type work;

Upon his determination, and as necessary and appropriate under the terms of the JOC, amend, terminate for convenience, or terminate the contractor's right to proceed with the performance of the JOC, determine and collect sums as liquidated damages in accordance with provisions stated in the JOCs for each calendar day that the contractor shall be in default on an individual work order, accept projects and file notices upon final completion, release retention money withheld, grant extensions of time, as applicable, and assess liquidated damages as authorized under Government Code Section 53069.85 and the JOC specifications; and

Determine, on a case-by-case-basis, that a JOC work order shall be exempt from the application of the County's Local Targeted Worker Hire Policy, provided that the Executive Director or designee first determines that the JOC work order will be funded in whole or in part by Federal funds, which prohibit geographic preferences, in which case Section 3 requirements will apply.  (21-3469)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**4-D.   Los Angeles County Development Authority Meeting Minutes for July 2021**

Recommendation: Approve minutes of the meetings of the Los Angeles County Development Authority for the month of July 2021. **NOTE: The minutes for the month of July 2021 can be found online at:** http://portal.lacounty.gov/wps/portal/sop/  (21-3282)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**EXHIBIT 13 - Page 647**

Board of Supervisors                    Statement Of Proceedings                    September 15, 2021

### STATEMENT OF PROCEEDINGS FOR THE MEETING OF
### THE PUBLIC WORKS FINANCING AUTHORITY
### OF THE COUNTY OF LOS ANGELES
### WEDNESDAY, SEPTEMBER 15, 2021
### 9:30 A.M.

**1-F.    Issuance and Sale of Los Angeles County Public Works Financing Authority Lease Revenue Bonds**

Recommendation: Adopt a resolution authorizing the issuance and sale of the Los Angeles County Public Works Financing Authority Lease Revenue Bonds, 2021 Series F Bonds, on a tax-exempt basis, with an aggregate amount not to exceed $305,000,000 to refinance outstanding lease revenue commercial paper notes that were issued to finance the Fire Station 104, Martin Luther King, Jr. Medical Center (MLK) Central Plant 1 and Hospital Services Building, MLK Behavioral Health Center, Rancho Los Amigos Recuperative Care Center, LAC+USC Recuperative Care Center and the Olive View Campus Recuperative Care Center, the issuance and sale of the Lease Revenue Refunding Bonds, 2022 Series G on a tax-exempt basis, in an aggregate principal amount not to exceed $295,000,000 to refund the 2012 Lease Revenue Bonds, and the execution and delivery of various legal documents required to issue the 2021 Series F Bonds and the 2022 Series G Refunding Bonds and complete the proposed transactions. **4-VOTES** (Relates to Agenda No. 70)  (21-3449)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

_**Attachments:**_    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 7*

EXHIBIT 13 - Page 648

**Board of Supervisors**                    **Statement Of Proceedings**                    **September 15, 2021**

**STATEMENT OF PROCEEDINGS FOR THE MEETING OF
THE REGIONAL PARK AND OPEN SPACE DISTRICT
OF THE COUNTY OF LOS ANGELES
WEDNESDAY, SEPTEMBER 15, 2021
9:30 A.M.**

**1-P.** **Regional Park and Open Space District Meeting Minutes for July 2021**

Recommendation: Approve minutes of the meeting of the Regional Park and Open Space District for the month of July 2021. **NOTE: The minutes for the month of July 2021 can be found online at:** http://portal.lacounty.gov/wps/portal/sop/ (21-3284)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 8*

EXHIBIT 13 - Page 649

Board of Supervisors                    Statement Of Proceedings                    September 15, 2021

## III.   CONSENT CALENDAR

## BOARD OF SUPERVISORS    1 - 26

**1.      Appointments to Commissions/Committees/Special Districts**

Recommendation for appointment/reappointment for the following Commissions/
Committees/Special Districts (+ denotes reappointments): **Documents on file in
the Executive Office**.

Supervisor Solis
Jose M. Ruiz (Alternate) and Rosa Soto, Los Angeles County Care First and
   Community Investment Advisory Committee
Jessica Perea, Policy Roundtable for Child Care and Development

Supervisor Mitchell
Derric J. Johnson+, Commission on Human Relations
Dereck Smith (Alternate) and April Verrett, Los Angeles County Care First
   and Community Investment Advisory Committee

Supervisor Kuehl
Eunisses Hernandez and Sophia Li (Alternate), Los Angeles County Care
   First and Community Investment Advisory Committee

Supervisor Hahn
Roger H. Granbo, Jr., Joseph A. Markus, and Rita Topalian, Assessment
   Appeals Board
Rick Rodriguez, Downey Cemetery District
Veronica Lewis, Los Angeles County Care First and Community Investment
   Advisory Committee

*County of Los Angeles*                    *Page 9*

EXHIBIT 13 - Page 650

Board of Supervisors                    Statement Of Proceedings                    September 15, 2021

_____

<u>Supervisor Barger</u>

George Andrews and Sharon Covington (Alternate), Los Angeles County
   Care First and Community Investment Advisory Committee
Vivian Rescalvo (Alternate), Los Angeles County Children and Families
   First-Proposition 10 Commission (aka First 5 L.A.)  (21-0046)

**Eric Preven addressed the Board.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item
was duly carried by the following vote:**

           **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor
                       Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Public Comment/Correspondence
                  Audio

**2.**     **Transforming the Measure J Reimagine Advisory Committee into the Care
First and Community Investment Advisory Committee**

Recommendation as submitted by Supervisors Kuehl and Solis: Amend Directive
No. 1(e) of adopted Board Order No. 16 of August 10, 2021, by substituting "SEIU
Local 721" for "SEIU Local 2015."  (21-3515)

**Ellen Giesy addressed the Board.  Interested person(s) also submitted
written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item
was duly carried by the following vote:**

           **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor
                       Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisors Kuehl and Solis
                  Public Comment/Correspondence
                  Audio

_____

**EXHIBIT 13 - Page 651**

**Board of Supervisors**                    **Statement Of Proceedings**                    **September 15, 2021**

3.    **Reaffirming and Expanding the LA Model**

Recommendation as submitted by Supervisors Kuehl and Mitchell: Direct the Chief Probation Officer, in consultation with the Public Defender, Alternate Public Defender, District Attorney, and other relevant stakeholders, to report back to the Board in 30 days with a plan to implement Healing Dialogue and Action's (HDA) Restorative Justice pilot proposal at Barry J. Nidorf and Campus Kilpatrick within 60 days using funds from the Third Supervisorial District's allocation of County Delinquency Prevention Program and/or Anti-Gang Strategies Program Funds, with the plan to include the following, at a minimum:

Victim Awareness/Restorative Justice Programs at both locations;

HDA Symposiums every four to six months at both locations;

Days of Healing for families of detained youth;

Opportunities for HDA's Wounded Healers to engage with young people from the moment of detention until the time of release; and

Physical space at both locations to facilitate a consistent presence and meaningful engagement between HDA and the young people in the program;

Instruct the Juvenile Justice Coordinating Council's Realignment Block Grant Subcommittee (JJRBG), the Chief Probation Officer, and the Office of Diversion and Re-Entry's Youth Development and Diversion (YDD), to work collaboratively and consult with other relevant stakeholders to report back to the Board in 60 days with the following:

A plan to ensure that every young person, regardless of age, receives robust, engaging and appropriate educational opportunities at Campus Kilpatrick, specifically, the plan should explore partnerships with local colleges (e.g., trade, vocational, community colleges, etc.) to provide educational opportunities for young people who are over the age of 18 and/or have completed their high school education;

A plan to implement a Credible Messenger mentorship program, facilitated through YDD and the Youth Justice Reimagined Youth Justice Advisory Group, to complement the HDA pilot referred to in the above directive and explore funding this program using unspent Juvenile Justice Crime Prevention Act or existing YDD resources that can be applied to planning, capacity building and implementation in this fiscal year;

---

*County of Los Angeles*                    *Page 11*

**EXHIBIT 13 - Page 652**

A plan to ensure that daily recovery services are available to all young people at Campus Kilpatrick; specifically, the plan should explore a partnership with the Department of Public Health, as well as the feasibility of contracting with lived-experience substance recovery counselors such as those who are currently involved with the County's drug courts; and

A plan to establish a council of County and community stakeholders for Campus Kilpatrick to complement the existing youth and parent councils;

Instruct the Chief Probation Officer to report back to the Board in 60 days with the following:

An inventory of the training that was to be implemented as part of the LA Model, an accounting of the training that each staff person currently assigned to Campus Kilpatrick has received, and a plan to ensure that all current staff receive any missing training requirements no later than December 31, 2021;

A plan to ensure that all Probation staff, Department of Mental Health staff, Los Angeles County Office of Education (LACOE) staff, outside agencies, providers, community-based organizations, and others who will support young people at Campus Kilpatrick are trained on the LA Model;

An analysis of the feasibility of returning to a model by which staff are specifically recruited to work at Campus Kilpatrick;

An analysis of the feasibility of engaging a charter school to provide educational services to all youth at Campus Kilpatrick, with the Department to consult with County Counsel and LACOE, as needed, to develop this analysis;

A plan to bring Campus Kilpatrick up to its COVID-specific capacity of 45 non-secure youth treatment facility youth; and

Copies of daily activity plans and schedules for Campus Kilpatrick that demonstrate young people will be occupied and engaged throughout the day;

Instruct the Chief Probation Officer, in consultation with the Director of Public Works, the Chief Executive Officer, and other relevant stakeholders, to report back to the Board in 90 days with the following:

A plan to install mobile sleeping quarters for Campus Kilpatrick staff at

**EXHIBIT 13 - Page 653**

Camp Miller to eliminate the need to use Camp Gonzales for sleeping quarters;

An analysis of the feasibility of renovating Camp Miller to create working/office space for embedded community-based organizations, additional classroom space, and green space that is safe for the young people at Campus Kilpatrick to use for recreation;

Instruct the JJRBG to consider and incorporate the above directives in the Senate Bill 823 spending plan recommendations due to the Board on October 8, 2021;

Instruct the Chief Executive Officer to work with the Chief Probation Officer and YDD to report back to the Board in 60 days with the following:

An analysis of any funding gaps that are not addressed by the JJRBG's spending plan recommendations;

An analysis of how the Probation Department's existing capacity building and grant-making contract(s) with third party administrators, such as the Ready to Rise initiative, can be leveraged and modified to expedite funding and implementation of the above directives; and

Recommendations as to other funding sources that can be leveraged for the above directives, including any unspent Youth Offender Block Grant funds; and

Instruct the JJRBG and the Chief Probation Officer to ensure that copies of all the above-referenced report-backs are provided to the Probation Oversight Commission (POC) and submit status reports to the POC every 45 days thereafter until the above directives are fully implemented at Campus Kilpatrick.  (21-3529)

**Oswaldo Lira, Ellen Giesy, Kruti Parekh, Milinda Kakani, Ezekiel Nishiyama, Varden Phan and Olivia Shields addressed the Board.  Interested person(s) also submitted written testimony.**

**After discussion, on motion of Supervisor Kuehl, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

          **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisors Kuehl and Mitchell
                Report
                Public Comment/Correspondence
                Audio I
                Audio II

EXHIBIT 13 - Page 654

**4.**    **Signing onto an Amicus Brief in Support of _Roe v. Wade_**

Recommendation as submitted by Supervisors Kuehl and Mitchell: Instruct County Counsel to join the amicus brief in the case of _Dobbs v. Jackson Women's Health_, seeking to uphold women's right to choose, as recognized by the United States Supreme Court in _Roe v. Wade_ and _Casey v. Planned Parenthood of Southeastern Pennsylvania_; and authorize County Counsel to join future amicus briefs in support of upholding women's right to choose.  (21-3509)

**Eric Preven and Ellen Giesy addressed the Board.  Interested person(s) also submitted written testimony.**

**After discussion, on motion of Supervisor Kuehl, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

                    **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

_**Attachments:**_        Motion by Supervisors Kuehl and Mitchell
                Public Comment/Correspondence
                Audio I
                Audio II

---

_**County of Los Angeles**_                    _**Page 14**_

**EXHIBIT 13 - Page 655**

**Board of Supervisors**                    **Statement Of Proceedings**                    **September 15, 2021**

**5.**        **Signing onto an Amicus Brief in Support of Overdose-Prevention Programs**

Revised recommendation as submitted by Supervisors Kuehl and Solis: Instruct County Counsel to join the amicus brief in the case of _Safehouse v. United States_ seeking to support Safehouse's petition for Supreme Court review of the Third Circuit's decision finding that its overdose-prevention site violates the Controlled Substances Act.  (21-3510)

**Eric Preven and Ellen Giesy addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

_Attachments:_    Motion by Supervisor Kuehl
Revised motion by Supervisors Kuehl and Solis
Public Comment/Correspondence
Audio

---

_County of Los Angeles_                    _Page 15_

**EXHIBIT 13 - Page 656**

Board of Supervisors                    Statement Of Proceedings                    September 15, 2021

**6.**    **Implementing Best Practices for Sexual Orientation, Gender Identity and Expression (SOGIE) Competency Training and Data Collection**

Revised recommendation as submitted by Supervisors Kuehl and Mitchell: Instruct the Director of Personnel, in coordination with the Chief Executive Officer, the Acting Chief Information Officer, the Information Management Committee and other relevant stakeholders, to report back to the Board in 90 days with a timeline, financial assessment and best practices for the creation of a multi-part training to include training on LGBTQ+ competency in workplace relations and constituent relations, training on transgender competency in workplace relations and constituent relations and training for County employees responsible for asking SOGIE questions in interactions with County residents/clients/constituents, and an assessment and feasibility of making the first two trainings mandatory as part of County Human Resources required training to be implemented upon hire and mandatory for all existing County staff and an assessment of the timeline that would be required by which all existing staff would be trained; and instruct the Departments above to consult with the Directors of Mental Health and Health Services, and all other Departments responsible for the collection of SOGIE information, as well as LGBTQ+ community leaders on best practices and content for these important training modules.  (21-3528)

**Ellen Giesy addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Kuehl
Revised motion by Supervisors Kuehl and Mitchell
Report
Public Comment/Correspondence
Audio

---

*County of Los Angeles*                    *Page 16*

EXHIBIT 13 - Page 657

**Board of Supervisors** **Statement Of Proceedings** **September 15, 2021**

**7.** **Heal the Bay Coastal Cleanup Day 2021 Fee Waiver**

Recommendation as submitted by Supervisor Kuehl: Waive parking fees for approximately 5,000 volunteers and support staff at County-operated beach parking lots, excluding the cost of liability insurance, for the California Coastal Cleanup Day hosted by Heal the Bay, to be held September 18, 2021; and urge all County residents to support this worthwhile event.  (21-3532)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:* Motion by Supervisor Kuehl
Public Comment/Correspondence

**8.** **Nautica Malibu Triathlon 2021 Fee Waiver**

Recommendation as submitted by Supervisor Kuehl: Reduce the permit fee to $125 and the parking fee to $5 per vehicle each day for approximately 400 vehicles at Zuma Beach and Point Dume for set-up from September 21 through September 24, 2021 and for approximately 4,000 vehicles on race days on September 25 and 26, 2021, excluding the cost of liability insurance, for the 34th Annual Nautica Malibu Triathlon.  (21-3531)

**Eric Preven addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:* Motion by Supervisor Kuehl
Public Comment/Correspondence
Audio

**EXHIBIT 13 - Page 658**

Board of Supervisors | Statement Of Proceedings | September 15, 2021

**9.**    **Developing an Oil Well Cleanup Pilot Program for Los Angeles County**

Revised recommendation as submitted by Supervisors Hahn and Mitchell: Instruct the Director of Public Works through the Office of Oil and Gas, in coordination with the California Geologic Energy Division, the Chief Sustainability Officer, Directors of Regional Planning and Public Health and the Fire Chief's Health HazMat Division, to develop a framework for an Oil Well Cleanup Pilot Program to plug and abandon idle oil wells, with the goals of improving environmental conditions for frontline communities and maximizing local, high-road jobs which shall include the following:

Prioritization of oil wells that pose health and safety risks to residents based on proximity to frontline communities, risk of leakage, unknown operator and other health and environmental equity measures;

Stakeholder consultation steps that involve workers, communities and other stakeholders in the planning process; and

Within 180 days, return with recommendations and next steps for an Oil Well Cleanup Pilot Program Framework;

Direct the Chief Executive Officer to explore options to increase revenue dedicated to oil and gas oversight efforts, such as updating the utility franchise fees and redirecting any marginal revenue accruals to the Office of Oil and Gas, and report back to the Board within 90 days; and

Direct the County's Legislative Advocates in Sacramento and Washington, D.C. to support State and Federal policies and proposals that increase funding sources to help plug, abandon, remediate and revitalize idle and orphaned well sites, and advocate for increased funding that will provide critical relief to the County and its residents.  (21-3535)

**Ashley Hernandez addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Revised motion by Supervisors Hahn and Mitchell
Revised motion by Supervisors Hahn and Mitchell
Report
Public Comment/Correspondence
Audio

---

*County of Los Angeles* | *Page 18* |

EXHIBIT 13 - Page 659

Board of Supervisors                     Statement Of Proceedings                     September 15, 2021

**10.**    **Community School Initiative Expansion**

Recommendation as submitted by Supervisors Barger and Solis: Instruct the Director of Mental Health to work with the Superintendent of Schools of the Los Angeles County Office of Education and the Chief Executive Officer to explore the feasibility of sustaining and expanding the Community School Initiative (CSI) and report back to the Board in 90 days on the identification of communities and school districts with high need for additional mental health services for CSI expansion; explore funding streams to sustain and expand CSI including, but not limited to, Federal funds, managed care plans, the Mental Health Student Services Act and the Governor's annual budget; and provide an update on the Director of Mental Health's hiring directive from the Board, under Board Order No. 7 of April 9, 2019, instructing the Director to ensure that the Countywide plan for providing prevention focused school mental health services is coordinated and executed. (21-3507)

**Ellen Giesy addressed the Board.  Interested person(s) also submitted written testimony.**

**Supervisor Mitchell made a motion to amend Supervisors Barger and Solis' joint motion to instruct the Director of Mental Health to work with the Superintendent of Schools of the Los Angeles County Office of Education, <u>Superintendent of the Los Angeles Unified School District</u> and the Chief Executive Officer to explore the feasibility of sustaining and expanding <u>both Los Angeles County Office of Education and Los Angeles Unified School District</u> Community School Initiative<u>s</u> (CSI) and report back to the Board in 90 days on the identification of communities and school districts with high need for additional mental health services for CSI expansion <u>and the specific metrics used;</u> explore funding streams…**

**Supervisors Barger and Solis accepted Supervisor Mitchell's amendment.**

**After discussion, on motion of Supervisor Mitchell, seconded by Supervisor Barger, this item, as amended, was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*<u>Attachments:</u>*    Motion by Supervisors Barger and Solis
Motion by Supervisor Mitchell
Report
Public Comment/Correspondence
Audio I
Audio II
Audio III

*County of Los Angeles*                     *Page 19*

**EXHIBIT 13 - Page 660**

**Board of Supervisors**                    **Statement Of Proceedings**                    **September 15, 2021**

**11.** **Proclaiming September 2021 as "National Recovery Month"**

Recommendation as submitted by Supervisors Barger and Mitchell: Proclaim September 2021 as "National Recovery Month" throughout Los Angeles County, and for more information on the harms of excessive alcohol and drug use, and prevention resources visit: http://publichealth.lacounty.gov/sapc/.   (21-3506)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisors Barger and Mitchell
Public Comment/Correspondence

**12.** **Proclaiming September 2021 as "National Suicide Prevention Awareness Month"**

Recommendation as submitted by Supervisors Barger and Hahn: Proclaim September 2021 as "National Suicide Prevention Awareness Month" throughout Los Angeles County, to increase awareness of suicide prevention in order to help reduce the number of suicide deaths in Los Angeles County.  (21-3508)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisors Barger and Hahn
Public Comment/Correspondence

**EXHIBIT 13 - Page 661**

**13.**   **High Desert Corridor Joint Powers Authority**

Recommendation as submitted by Supervisor Barger: Withdraw the appointment of David Perry to the High Desert Corridor Joint Powers Authority, and in his place appoint Los Angeles County Metropolitan Transportation Authority Director Ara Najarian to the High Desert Corridor Joint Powers Authority.  (21-3533)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*      Motion by Supervisor Barger
Public Comment/Correspondence

**14.**   **Extend the Reward Offer in the Homicide Investigation of Murder Victim Ismael Zabala**

Recommendation as submitted by Supervisor Barger: Extend a $10,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the fatal shooting of 26-year-old Ismael Zabala, and injuries sustained by his brother Charlie Zabala, who were attending a family member's birthday party at the 400 block of West Avenue J-12 in the City of Lancaster on December 20, 2020, at approximately 2:30 a.m.  (21-2538)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*      Motion by Supervisor Barger
Notice of Reward
Public Comment/Correspondence

**EXHIBIT 13 - Page 662**

Board of Supervisors                    Statement Of Proceedings                    September 15, 2021

**15.**    **Project Roomkey Funding Included in the Fiscal Year 2021-22 State Budget**

Recommendation as submitted by Supervisor Solis: Authorize the Chief Executive
Officer to accept an allocation of $34,203,178 in one-time Project Roomkey
(PRK)/Recovery Rehousing funding included in the Fiscal Year (FY) 2021-22
State Budget and any additional allocations from remaining State funding
designated for this purpose; approve an appropriation adjustment to increase
appropriation and revenue in the amount of $34,204,000 to the Chief Executive
Office Homeless and Housing Program Budget; and authorize the Chief Executive
Officer to take the following actions: **4-VOTES**

> Use these funds for PRK occupancy agreements and operations in FY
> 2021-22 and allowable PRK rehousing costs;
>
> Allocate portions of this funding, as necessary, to the Cities of Los Angeles
> and Long Beach, to fund allowable PRK and rehousing costs incurred by
> those cities; and
>
> Execute and/or amend any agreements as necessary to effectuate the
> utilization of this funding as described herein. (21-3514)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item
was duly carried by the following vote:**

> **Ayes:**  5 -  Supervisor Mitchell, Supervisor Kuehl, Supervisor
> Hahn, Supervisor Barger and Supervisor Solis

_Attachments:_    Motion by Supervisor Solis
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 22*

**EXHIBIT 13 - Page 663**

**Board of Supervisors**                    **Statement Of Proceedings**                    **September 15, 2021**

**16.**    **Redeveloping the Cudahy Department of Public Social Services District Office for Affordable Housing and Economic Development**

Substitute recommendation as submitted by Supervisor Solis: Establish the proposed Department of Public Social Services' Cudahy Assistance Payments District Office Demolition Project (Project), Capital Project (CP) No. 87803, with a proposed project budget of $4,000,000; authorize the Director of Public Works to proceed with predevelopment activities, including, but not limited to, an environmental assessment and site investigations and design, using previously Board-approved as-needed professional services contracts; approve an appropriation adjustment to transfer $4,000,000 from the Music Center Annex Building Project, CP No. 69746, to the Project, to cover predevelopment activities; and authorize the Chief Executive Officer to take any other actions consistent with and/or necessary for the implementation of the foregoing actions. (Continued from the meeting of 8-31-21)  (21-3380)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Substitute motion by Supervisor Solis
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 23*

**EXHIBIT 13 - Page 664**

**17.** **Serving Children with Fetal Alcohol Spectrum Disorders**

Revised recommendation as submitted by Supervisors Solis and Mitchell: Proclaim September as "Fetal Alcohol Spectrum Disorders (FASD) Awareness Month" throughout Los Angeles County; instruct the Director of Mental Health, in partnership with the Directors of Health Services and Children and Family Services, the Director of Public Health through the Department's Substance Abuse Prevention and Control Division, and the Executive Director of the Office of Child Protection, to strengthen services and detection efforts for children who may have fetal alcohol and other in-utero substance exposures; and take the following actions:

Instruct the Directors of Mental Health, Health Services and Children and Family Services, the Director of Public Health through the Department's Substance Abuse Prevention and Control Division, and the Executive Director of the Office of Child Protection, to provide training to their respective pediatric providers including both medical providers and social workers within pediatrics, psychiatry and family medicine, to improve their understanding and awareness of the medical, social and mental health impact of fetal alcohol and other in-utero substance exposures, with each Department to provide trainings appropriate to each provider's position and job responsibilities;

Direct clinical experts in the Department of Health Services to design and implement standardized pediatric assessments for in-utero exposures to alcohol and other toxic substances in pediatric clinics, including for youth entering foster care or those entering probation;

Instruct the Director of Mental Health to explore the feasibility to design and implement standard assessment and practices to support the mental health needs of children affected by exposure to alcohol or other toxic substances in-utero, including exploring the responsibility for providing and funding FASD services according to relevant State Departments;

Instruct the Directors of Mental Health, Health Services and Children and Family Services, the Director of Public Health through the Department's Substance Abuse Prevention and Control Division, and the Executive Director of the Office of Child Protection, to assess current fetal alcohol and toxic substance exposure assessment and practices in the Department of Health Services (DHS) and the Department of Mental Health (DMH), and detail a plan outlining future training (all Departments), assessment (DHS, DMH), and treatment (DMH) activities; and

EXHIBIT 13 - Page 665

**Board of Supervisors**                    **Statement Of Proceedings**                    **September 15, 2021**

Instruct the relevant Department Heads, including the Directors of Mental Health, Health Services and Public Health's Substance Abuse Prevention and Control, to assess vacant existing budgeted substance abuse counselors and other positions related to combatting FASDs and report back to the Board with efforts to fill these positions; and

Instruct the Directors of Mental Health, Health Services, Public Health Substance Abuse Prevention and Control, Office of Child Protection and Children and Family Services to report back to the Board in 120 days with a plan to implement the above directives.  (21-3516)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Revised motion by Supervisors Solis and Mitchell
Report
Public Comment/Correspondence

**18.     Proclaiming the Month of September 2021 as "Kinship Care Month"**

Recommendation as submitted by Supervisor Solis: Proclaim the month of September 2021 as "Kinship Care Month" throughout Los Angeles County; encourage kin caregivers to access the Department of Children and Family Services' (DCFS) Relative Support Services by calling the DCFS caregiver WarmLine at (877) 323-7165, 1:00 p.m. to 11:00 p.m. on weekdays and 11:00 a.m. to 9:00 p.m. weekends or e-mail warmline@dcfs.lacounty.gov or visit https://dcfs.lacounty.gov/caregivers/relative-caregivers/; instruct the Auditor-Controller to print "September is Kinship Care Month. Call the caregiver WarmLine at (877) 323-7165; e-mail warmline@dcfs.lacounty.gov or visit https://dcfs.lacounty.gov/caregivers/relative-caregivers/" on all County warrants; and instruct the Director of Personnel to include the same message on the electronic paystub viewer on e-CAPS.  (21-3513)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Solis
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 25*

EXHIBIT 13 - Page 666

**19.**    **Proclaiming "Hispanic Heritage Month"**

Recommendation as submitted by Supervisor Solis: Proclaim September 15 through October 15, 2021 as "Hispanic Heritage Month" throughout Los Angeles County, to continue the tradition of recognizing the contributions and achievements made by the Hispanic community.  (21-3511)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

_Attachments:_    Motion by Supervisor Solis
Public Comment/Correspondence

**EXHIBIT 13 - Page 667**

**20.** **Recognizing "California Rideshare Month" in the County of Los Angeles**

Recommendation as submitted by Supervisor Solis: Recognize "California Rideshare Week" by promoting rideshare awareness at the 2021 Annual Civic Center Clean Air/Virtual Rideshare Fair from October 6 to October 22, 2021 at Rideshare.lacounty.gov; support County employees and the public to attend the Civic Center Clean Air/Virtual Rideshare Fair to learn about the various rideshare options available in the County that help improve public health outcomes and the environment; encourage all County employees to "Take Pride, Share the Ride" by ridesharing at least one day a week; and recognize and thank all of the County's Employee Transportation Coordinators who work hard to promote the County Rideshare Program.  (21-3512)

**Diana Coronado addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Solis
Public Comment/Correspondence
Audio

**21.** **Executing a Guaranteed Income Program to Shape National Policy Around How to Alleviate Poverty**

Recommendation as submitted by Supervisors Mitchell and Kuehl: Authorize the Chief Executive Officer to execute a contract with the University of Pennsylvania Center for Guaranteed Income Research, for a total amount not to exceed $5,182,126 and an initial term of five years, to provide consultation services related to pilot design, research and evaluation, for the County's Countywide Guaranteed Income (GI) pilot program; direct the Poverty Alleviation Initiative, in consultation with the Center for Strategic Partnerships, to explore opportunities with foundations and philanthropic partners for supporting the County's GI pilots; and authorize the Chief Executive Officer to take the following related actions:

Execute amendments, as needed, to the contract to update the statement of work, extend the contract term for up to an additional one-year period, increase or decrease the contract amount not to exceed 10% of the total initial contract amount, make changes to the standard terms and conditions and for programmatic changes, as necessary, as determined by the Chief Executive Officer;

**EXHIBIT 13 - Page 668**

**Board of Supervisors**                 **Statement Of Proceedings**                 **September 15, 2021**

Enter into a contract with Mayors for a Guaranteed Income, in a total amount not to exceed $450,000 and a term of five years, to provide consultation services related to technical assistance and communications for the County's GI pilots and amend the contract, as needed, to update the statement of work, increase/decrease the contract by up to 10%, extend the term, make changes to the terms and conditions, or terminate the contract;

Select, negotiate and execute a contract up to $250,000 annually for up to four years to provide program administration services for the County's GI pilots; and

Conduct modified solicitations and execute and, if necessary, amend, or terminate agreements with contractors to provide additional program support, benefits counseling and/or other services, as needed, to support the County's GI pilots.  (21-3527)

**Ellen Giesy, Roy Humphreys and Milinda Kakani addressed the Board. Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was dully carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*      Motion by Supervisors Mitchell and Kuehl
Public Comment/Correspondence
Audio

---

*County of Los Angeles*                 *Page 28*

EXHIBIT 13 - Page 669

Board of Supervisors                    Statement Of Proceedings                    September 15, 2021

22.    **Protecting Communities Near Oil and Gas Drilling Operations in Los Angeles County**

Revised recommendation as submitted by Supervisors Mitchell and Kuehl: Instruct the Director of Regional Planning, in coordination with the Chief Sustainability Officer and the Director of Public Health, and the Office of Oil and Gas, to modify the pending Draft Oil Well Ordinance for unincorporated Los Angeles County (County) as directed by adopted Board Order No. 12 of March 29, 2016 as follows:

Prohibit all new oil and gas extraction wells in all zones, including those allowed or planned for under existing discretionary permits; and

Designate all existing oil and gas extraction activities, including those allowed or planned for under existing discretionary permits, as legal nonconforming uses in all zones;

Instruct the Director of Regional Planning, in collaboration with the Chief Executive Officer and County Counsel, to report back to the Board in writing within 120 days detailing the process for selecting and contracting with an expert/consultant to conduct an amortization study of oil and gas drill sites in the unincorporated areas of the County to determine the most accelerated phase out period that is legally justifiable and recommendations to guide a phase-out process, with the report to include, without limitation:

An initial written report back to the Board on the progress within 60 days with the estimated cost and identification of potential funding sources to pay for the amortization study, including utility franchise fees, and State and Federal funds for just transition efforts, including recommendations for the most expeditious and cost-effective completion of the amortization study, including studying a representative sample of drill sites by type, and use of existing data from the Los Angeles County Oil and Gas Strike Team reports and relevant amortization studies where possible;

An analysis of the feasibility of a five-year phase-out period as outlined in Culver City's amortization program;

Recommendations on how the Board can effectuate the closure of wells using a data-driven health and environmental equity approach; and

Recommendations on the engagement of diverse community stakeholders throughout the phase out, remediation, and process for visioning future land uses;

*County of Los Angeles*                    *Page 29*

EXHIBIT 13 - Page 670

Instruct the Director of Regional Planning, in collaboration with County Counsel, to update the Baldwin Hills Community Standards District (which expires in 2028) to be consistent with the final updates to County Code, Title 22 - Planning and Zoning, for new and existing oil and gas extraction activities; and

Instruct the Directors of the Public Works, Regional Planning and Public Health and the Fire Chief, in consultation with the Chief Sustainability Officer and the Chief Executive Officer, through the Legislative Affairs and Intergovernmental Relations Division, to coordinate with State elected officials and relevant State and regional agencies, including the California Geologic Energy Management Division California Air Resources Board, California Environmental Protection Agency and South Coast Air Quality Management District, to ensure funding and implementation of annual inspections, ongoing air monitoring and health impact assessment data continue to be collected and used to prioritize and facilitate the timely phase out of existing wells.   (21-3517)

**This item was taken up with Item No. 24.**

**Isaac Bryan, Ashley Hernandez, Jill Johnston, Ted Bardacke, Lorenzo Gonzalez, Maro Kakoussian, Giancarlo Rubio, Diana Coronado and Pat Diaz addressed the Board.  Interested person(s) also submitted written testimony.**

**Gary Gero, Chief Sustainability Officer, responded to questions posed by the Board.**

**After discussion, on motion of Supervisor Mitchell, seconded by Supervisor Kuehl, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisors Mitchell and Kuehl
Revised motion by Supervisors Mitchell and Kuehl
Report
Public Comment/Correspondence
Audio I
Audio II
Audio III

**EXHIBIT 13 - Page 671**

**23.**    **Establishing the Los Angeles County Office of Prevention Services**

<u>Revised</u> recommendation as submitted by Supervisors Mitchell and Hahn: Direct the Chief Executive Officer to convene a taskforce, chaired by the Executive Director of Racial Equity, comprised of, but not limited to, the following County Departments and partners: Departments of Children and Family Services, Mental Health, Public Health, Health Services, Public Social Services and Workforce Development Aging and Community Services, Office of Child Protection, the Chief Executive Office's Homeless Initiative, the Los Angeles Homeless Services Authority, the Los Angeles County Development Authority, the Chief Executive Office's Poverty Alleviation Initiative, the Los Angeles County Office of Education, County Counsel, First 5 Los Angeles, <u>the Alternatives to Incarceration Initiative,</u> and the UCLA Pritzker Center for Strengthening Children and Families; and instruct the taskforce to report back to the Board in writing within 180 days on the following:

> Recommended options for a governance structure designed to coordinate and effectuate a comprehensive community-based prevention services delivery system, with the process for developing a recommended governance structure to include a comprehensive community engagement process which highlights and prioritizes the voices of those with lived experiences, including adults, children, youth and families, and community-based organizations deeply engaged in prevention work; and the structure should possess the necessary budgeting, staffing, contracting and data sharing authorities across relevant Departments to effectuate Countywide community-based prevention service delivery;

> A comprehensive Countywide funding streams analysis, with information provided by impacted Departments and reviewed by the Chief Executive Officer's Budget Division, that will detail existing funding available for Countywide prevention services to support the implementation of a full-scale Countywide coordinated prevention strategy, and should contain recommendations for a County-designated central budget entity to coordinate prevention dollars received from all relevant County Departments;

> A set of guiding prevention metrics, principally informed by an equity centered framework (i.e., life course, racial equity, or social determinants of health) which reflect how County residents' lives were made better as result of receipt of prevention services; and

**EXHIBIT 13 - Page 672**

Approve the Fiscal Year 2021-22 appropriation adjustment to transfer $500,000 from the Provisional Financing Uses budget unit to the Chief Executive Office's Operating Budget to provide funding for the Anti-Racism, Diversity and Inclusion Initiative to support the convening and completion of the work of the taskforce. (21-3530)

**Ellen Giesy addressed the Board.  Interested person(s) also submitted written testimony.**

**Supervisors Mitchell and Hahn revised their joint motion as detailed above.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item, as revised, was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*    Revised motion by Supervisors Mitchell and Hahn
Report
Public Comment/Correspondence
Audio

**EXHIBIT 13 - Page 673**

24.   **Developing a Comprehensive Strategy for a Just Transition Away from Fossil Fuels in Los Angeles County**

Revised recommendation as submitted by Supervisors Mitchell and Hahn: Instruct the Chief Sustainability Officer to implement the recommendations outlined in the Chief Executive Officer's initial Just Transition Strategy report, including the following:

Expanding the Stakeholder Taskforce to be inclusive of frontline and tribal communities, including indigenous communities and representatives of local Native Nations, additional industry representatives, labor organizations and workers, and workforce development partners;

Contract with a third-party consultant to study the impacts to jobs in the fossil fuel industry and to identify and address key data gaps, including the demographics, wages and skills of fossil fuel workers and economics of the fossil fuel industry in the County, to inform a Just Transition Strategy for workers affected by the proposed phase out of oil drilling and extraction activities in the County; and

Broaden the scope of the Just Transition Strategy for fossil fuel workers in the County, in coordination and collaboration with other relevant jurisdictions, including the City of Los Angeles, and report back to the Board in writing with a progress report within 180 days and with an annual update thereafter; and

Direct the Chief Executive Officer to explore options to increase revenue dedicated to the ongoing implementation of the Just Transition Strategy, including relevant State and Federal funding sources, and report back to the Board in writing within 60 days.  (21-3520)

**This item was taken up with Item No. 22.**

**Isaac Bryan, Ashley Hernandez, Jill Johnston, Ted Bardacke, Lorenzo Gonzalez, Ellen Giesy, Maro Kakoussian and Pat Diaz addressed the Board. Interested person(s) also submitted written testimony.**

**Gary Gero, Chief Sustainability Officer, Chief Executive Office, responded to questions posed by the Board.**

**Supervisors Mitchell and Hahn revised their joint motion as detailed above.**

**Supervisor Hahn made a friendly amendment to her and Supervisor Mitchell's joint motion to add the following directive:**

**EXHIBIT 13 - Page 674**

**Instruct the Directors of Regional Planning, Workforce Development, Aging and Community Services, Public Health, the Chief Sustainability Officer and County Counsel, to review and evaluate the labor report and provide recommendations to inform policies as it relates to oil and gas operations.**

**Supervisor Mitchell did not accept Supervisor Hahn's friendly amendment.**

**After discussion, on motion of Supervisor Hahn, seconded by Supervisor Barger, Supervisor Hahn's friendly amendment failed to carry by the following vote:**

| | | |
|---|---|---|
| **Ayes:** | 2 - | Supervisor Hahn and Supervisor Barger |
| **Noes:** | 3 - | Supervisor Mitchell, Supervisor Kuehl and Supervisor Solis |

**After further discussion, on motion of Supervisor Mitchell, seconded by Supervisor Kuehl, this item, as revised by Supervisors Mitchell and Hahn's motion, was duly carried by the following vote:**

| | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*   Motion by Supervisors Mitchell and Hahn
Revised motion by Supervisors Mitchell and Hahn
Motion by Supervisor Hahn
Chief Executive Office Report dated June 3, 2021
Report
Public Comment/Correspondence
Audio I
Audio II
Audio III

**25.    Moving Forward on Equitable Implementation of the American Rescue Plan**

Recommendation as submitted by Supervisor Mitchell: Adopt the Chief Executive Officer's recommendation for Countywide Equity Guiding Principles, American Rescue Plan Act (ARPA) Budget Equity Principles, COVID-19 Vulnerability and Recovery Index, and Equity Funding Formula as proposed in the Chief Executive Officer's report dated August 13, 2021 entitled, "Report on Recovering Better than Before: Ensuring Equitable Implementation of the American Rescue Plan"; adopt the Chief Executive Officer's recommended implementation plan for the Public Participation Geographic Information System as proposed in the Chief Executive Officer's report dated August 26, 2021 entitled, "Report on Recovering Better than Before: Ensuring Equitable Implementation of the American Rescue Plan"; and take the following actions:

---

**EXHIBIT 13 - Page 675**

Direct the Chief Executive Officer, in collaboration with County Counsel, to report back to the Board bi-monthly in writing beginning in 90 days, by Department, on the implementation of the equity formula and principles in the ARPA contracting process, and include the bi-monthly report back on the public dashboard and/or website to ensure implementation information is available to the public; and

Direct the Chief Executive Officer, in collaboration with County Departments, to develop and utilize an expedited contracting and procurement process for ARPA funding consistent with Federal Treasury guidelines and inclusive of smaller organizations serving underserved communities, and report back to the Board in writing in 30 days on the process and steps taken to ensure opportunities to contract are made available on a public website.  (21-3519)

**Ellen Giesy addressed the Board.  Interested person(s) also submitted written testimony.**

**Dr. D'Artagnan Scorza, Executive Director of Racial Equity, responded to questions posed by the Board.**

**After discussion, on motion of Supervisor Mitchell, seconded by Supervisor Kuehl, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Mitchell
Chief Executive Office Report dated August 13, 2021
Chief Executive Office Report dated August 26, 2021
Report
Public Comment/Correspondence
Audio I
Audio II

**EXHIBIT 13 - Page 676**

**26.**    **Board of Supervisors Meeting Minutes for July 2021**

Executive Officer of the Board's recommendation: Approve minutes for the July 2021 meetings of the Board of Supervisors and Special Districts for which the Board is the governing body. **NOTE: The minutes for the month of July 2021 can be found online at:**  http://portal.lacounty.gov/wps/portal/sop/  (21-3283)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

EXHIBIT 13 - Page 677

| Board of Supervisors | Statement Of Proceedings | September 15, 2021 |
|---|---|---|

**ADMINISTRATIVE MATTERS    27 - 67**

**Chief Executive Office**

**27.**    **Report on Board Established Priorities**

Report by the Chief Executive Officer on Board Directed Priorities, including the Sheriff's Department/Justice Reform, Child Protection, Health Integration, Homeless Initiative, Environmental Oversight and Monitoring, Immigration and Sustainability, Elimination of Racism and Bias, and Poverty Alleviation, as requested at the Board meetings of June 27, 2016, August 6, 2019, July 21, 2020 and May 18, 2021. (Continued from the meetings of 1-14-20, 7-7-20, 12-8-20, 7-13-21, 8-10-21 and 8-31-21)  (16-3277)

**Dr. Genevieve Clavreul and Eric Preven addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, the report was received and filed.**

**Said motion was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Report
Public Comment/Correspondence
Audio

**28.**    **Medical, Dental, Life Insurance and Disability Plans for 2022**

Recommendation: Approve the proposed premium rates for County-sponsored medical and dental rates and premium holidays plans for represented employees for the period January 1, 2022 through December 31, 2022; medical and dental rates and premium holidays plans for non-represented employees for the period January 1, 2022 through December 31, 2022; basic life and accidental death and dismemberment insurance rates for represented and non-represented employees and, for represented employees only, optional group term life and dependent term life insurance rates, for the period January 1, 2022 through December 31, 2022; Optional Group Variable Universal Life and dependent term life insurance for non-represented employees for the period January 1, 2022 through December 31, 2026; Survivor Income Benefit rates for non-represented employees for the period January 1, 2022 through December 31, 2026; and rates for Short-Term Disability, Long-Term Disability (LTD) and LTD Health Insurance plans; and take the following related actions:

Instruct County Counsel to review and approve as to form the appropriate

| *County of Los Angeles* | *Page 37* | |

EXHIBIT 13 - Page 678

agreements and/or amendments with various insurance carriers for the period January 1, 2022 through December 31, 2022 and with Metropolitan Life Insurance Company or their successors and affiliates, as necessary, for the period January 1, 2022 through December 31, 2026;

Instruct the Chair to sign the agreements and/or amendments;

Approve the proposed premium rates for the health plans sponsored by the Association for Los Angeles Deputy Sheriffs, Inc. and the Los Angeles County Fire Fighters Local 1014, and proposed premium rates for the California Association of Professional Employees, for the period January 1, 2022 through December 31, 2022; and

Instruct the Auditor-Controller to make all payroll system changes necessary to implement the recommended changes to ensure that all changes in premium rates are first reflected on pay warrants issued on January 15, 2022.  (21-3471)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

### 29.    Processing of "Retroactive" Pay Under the Defined Contribution Plans

Recommendation: Approve an ordinance for introduction amending County Code, Title 5 - Personnel relating to the County of Los Angeles Deferred Compensation and Thrift Plan, the 401(k) Savings Plan and the Pension Savings Plan, effective immediately following final passage. (Relates to Agenda No. 68)  (21-3480)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

EXHIBIT 13 - Page 679

Board of Supervisors                    Statement Of Proceedings                    September 15, 2021

30.    **Countywide Classification Actions to Implement the Fiscal Year 2021-22**
       **Adopted Budget**

       Recommendation: Approve an ordinance for introduction amending County Code,
       Title 6 - Salaries to update the Departmental staffing provisions to reflect positions
       allocated, deleted and transferred in the Fiscal Year 2021-22 Adopted Budget and
       implement routine technical adjustments and corrections to reflect earlier
       Board-approved budget and classification actions; add one new unclassified
       classification in the Office of the District Attorney and add two new classifications,
       one in the Department of the Los Angeles County Employees Retirement
       Association and the other in the Sheriff's Department; and approve in the
       Classification Plan the deletion of one vacant represented classification and the
       title change of one represented classification, these actions have been approved
       by the Employee Relations Commission. (Relates to Agenda No. 69)  (21-3477)

       **On motion of Supervisor Hahn, seconded by Supervisor Barger, this item**
       **was duly carried by the following vote:**

                       **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor
                                            Hahn, Supervisor Barger and Supervisor Solis

       *Attachments:*    Board Letter
                         Public Comment/Correspondence

31.    **Board Policy No. 5.290 - Labor Peace Agreements**

       Recommendation: Approve Board Policy No. 5.290 - Labor Peace Agreements, as
       a requirement for new, amended or renewals of leases, licenses or concession
       agreements with hospitality operators at County-owned or operated properties for
       the duration of the agreements; this policy also applies to subleases, sublicenses,
       assignments or transfers.  (21-3468)

       **Interested person(s) submitted written testimony.**

       **On motion of Supervisor Hahn, seconded by Supervisor Barger, this item**
       **was duly carried by the following vote:**

                       **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor
                                            Hahn, Supervisor Barger and Supervisor Solis

       *Attachments:*    Board Letter
                         Public Comment/Correspondence

EXHIBIT 13 - Page 680

| Board of Supervisors | Statement Of Proceedings | September 15, 2021 |
|---|---|---|

### County Operations

**32.    Public Art in Private Development Policy and Procedures**

Recommendation: Adopt the Public Art in Private Development Policies and Procedures to ensure that everyone in the County has equitable access to arts and culture, and improve inclusion in the wider arts ecology for all residents in every community; and find that the proposed policies and procedures are exempt from the California Environmental Quality Act. **(Department of Arts and Culture)** (Relates to Agenda No. 50) (Continued from the meetings of 2-4-20, 4-14-20, 5-26-20, 9-1-20 and 3-9-21)  (20-0810)

**Helen Hernandez, Betty Avila, Nancy Nyberg, Gustavo Herrera, Roy Humphreys, Giancarlo Rubio, Diana Coronado, Tim Dang, Miguel Luna and Chris Wilson addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence
Audio

**33.    eCAPS/eHR Software Maintenance Services Sole Source Agreement Amendment**

Recommendation: Authorize the Auditor-Controller to execute an amendment to a sole source Services and License Agreement with CGI Technologies and Solutions Inc. for software maintenance of the enterprise financial and human resources applications (eCAPS and eHR) and related services, in the amount of $6,444,536, effective upon execution from October 1, 2022 through September 30, 2024. **(Department of Auditor-Controller)** *(NOTE: The Acting Chief Information Officer recommended approval of this item.)*   (21-3470)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

EXHIBIT 13 - Page 681

Board of Supervisors | Statement Of Proceedings | September 15, 2021

**34.** **Report on Understanding Subgroups within the Sheriff's Department**

Report by RAND regarding *Understanding Subgroups within the Los Angeles County Sheriff's Department*, as requested at the March 12, 2019 Board meeting. **(County Counsel)** (21-3518)

**Dr. Genevieve Clavreul and Ellen Giesy addressed the Board. Interested person(s) also submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Mitchell, this item was continued to September 28, 2021.**

> **Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:* Board Letter
Public Comment/Correspondence
Audio

**35.** **Surfrider Beach Restroom Refurbishment Project**

Recommendation: Establish and approve the Surfrider Beach Restroom Refurbishment Project, Capital Project No. 87744 (Project), located at 23050 Pacific Coast Highway in the City of Malibu (3) with a total budget of $608,000; approve an appropriation adjustment to appropriate $608,000 in Safe, Clean Neighborhood Parks, Open Space, Beaches, Rivers Protection, and Water Conservation Measure funds to the Project, to fully fund the proposed Project; authorize the Director of Internal Services to deliver the Project using a Board-approved Job Order Contract, authorize Project work orders, accept the Project and file notices upon final completion, release retention money withheld, grant extensions of time, as applicable, and assess liquidated damages; and find that the proposed Project is exempt from the California Environmental Quality Act. **(Internal Services Department) 4-VOTES** (21-3411)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:* Board Letter
Public Comment/Correspondence

EXHIBIT 13 - Page 682

Board of Supervisors                    Statement Of Proceedings                    September 15, 2021

**Health and Mental Health Services**

**36.**    **State of California Department of Health Care Services Performance Contract**

Recommendation: Adopt and instruct the Chair to sign a resolution approving the Performance Contract with the State of California Department of Health Care Services (DHCS); ratify and approve the Performance Contract with DHCS for the Department of Mental Health's (DMH) continued administration of the Mental Health Services Act, Lanterman-Petris-Short Act, Projects for Assistance in Transition from Homelessness, Community Mental Health Block Grant, Crisis Counseling Assistance and Training Program and the provision of community mental health services pursuant to the Bronzan-McCorquodale Act and the Substance Abuse Treatment and Prevention Block Grant administered by the Department of Public Health (DPH) for Fiscal Years (FYs) 2021-22, 2022-23 and 2023-24, with two one-year extension options through FY 2025-26; and authorize the Director of Mental Health to execute the contract, effective July 1, 2021 with no amount associated with the Performance Contract, however, DMH and DPH must meet certain State and Federal requirements in order to receive the designated funding for the programs and community mental health services listed in the Performance Contract, and execute subsequent amendments or modifications, including those for extension of term. **(Department of Mental Health)**   (21-3435)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

*County of Los Angeles*                    *Page 42*

EXHIBIT 13 - Page 683

**Community Services**

37.    **Tree Maintenance and Removal Services Master Agreements**

Recommendation: Authorize the Director of Beaches and Harbors to award and execute As-Needed Tree Maintenance and Removal Services Master Agreements with Golden West Arbor Services, Inc. and Mariposa Tree Management, Inc., for the continued to maintenance of trees on the public grounds in Marina del Rey and on County-operated beaches (3 and 4), for an initial term of three years with four one-year extension options, effective upon execution, at an annual aggregate amount not to exceed $350,800 or a maximum amount of $2,701,160 for all executed Master Agreements over the potential total term of seven years, which is inclusive of an additional 10% annually for unforeseen services; execute any necessary documentation related to the extension options if, in his opinion, the contractors have effectively performed the services during the previous contract period and the services are still required; increase the aggregate amount of the Master Agreements by up to 10% in any year, including any extension options, for any additional or unforeseen services within the scope of the agreements; and execute Master Agreements with new contractors as they become qualified throughout the term of the Master Agreements, including any extension options, through the As-Needed Tree Maintenance and Removal Services Request for Statement of Qualifications, execute and amend individual work orders to incorporate changes as necessary, execute amendments should a contracting entity merge, be acquired or change its entity, add or delete services and categories to the Master Agreement as they become necessary, and suspend or terminate agreements if, in the opinion of the Director, it is in the best interest of the County to do so. **(Department of Beaches and Harbors)**  (21-3459)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

           **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
              Public Comment/Correspondence

EXHIBIT 13 - Page 684

Board of Supervisors                    Statement Of Proceedings                    September 15, 2021

---

**38.    Housing Revenue Bonds or Notes for Construction of Affordable Multifamily Housing in Unincorporated West Carson**

Recommendation: Adopt and instruct the Chair to sign a resolution, as required under Treasury Regulations, approving a plan of financing and issuance of Multifamily Housing Revenue Bonds or Notes by the Los Angeles County Development Authority, to finance the acquisition, development and construction of West Carson Villas, a 111-unit multifamily rental housing development to be located at 22801-22905 South Vermont Avenue in unincorporated West Carson (2). **(Los Angeles County Development Authority)** (Relates to Agenda No. 1-D) (21-3460)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**39.    Diamond Bar Golf Course Betterment Agreement**

Recommendation: Determine that the recommended actions are within the scope of the impacts analyzed in the Mitigated Negative Declaration previously adopted by the Board for the Diamond Bar Golf Course Modification Project (4); and authorize the Director of Parks and Recreation to execute a Betterment Agreement with the San Gabriel Valley Council of Governments, and any other documents or amendments necessary, to complete the irrigation improvements or for replacement of the entire irrigation system to the Diamond Bar Golf Course, which includes the payment of $1,600,000 in contribution from the County towards the irrigation improvements. **(Department of Parks and Recreation) 4-VOTES** (21-3464)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

---

**EXHIBIT 13 - Page 685**

**Board of Supervisors**                    **Statement Of Proceedings**                    **September 15, 2021**

**40.**    **Harbor-UCLA Medical Center Mammography Room Refurbishment Project Construction Contract**

Recommendation: Establish and approve the Harbor-UCLA Medical Center Mammography Room Refurbishment Project, Capital Project (CP) No. 87747 (Project) (2), with a total Project budget of $471,000; approve the Fiscal Year 2021-22 appropriation adjustment to reallocate $378,000 from the Department of Health Services Various Refurbishment Project, CP No. 86937, where the Health Services annual revolving fund for Radiology Program is budgeted, to fully fund the proposed Project; authorize the Director of Public Works to deliver the proposed Project using a Board-approved Job Order Contract; and find that the proposed Project is exempt from the California Environmental Quality Act. **(Department of Public Works)**  (21-3436)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**41.**    **Resolution of Summary Vacation in the Unincorporated Community of Kagel Canyon**

Recommendation: Find that the easements for public road and highway purposes on portions of Radon Drive and Rayland Drive, in the unincorporated community of Kagel Canyon (5), are excess, not required for street or highway purposes and can be vacated, and are not useful as nonmotorized transportation facilities; adopt a Resolution of Summary Vacation of Portions of Radon Drive and Rayland Drive west of Purple Ridge Avenue; authorize the Director of Public Works to record the certified original resolution with the Registrar-Recorder/County Clerk; and find that the proposed project is exempt from the California Environmental Quality Act. **(Department of Public Works)**   (21-3442)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 45*

**EXHIBIT 13 - Page 686**

Board of Supervisors                    Statement Of Proceedings                    September 15, 2021

**42.    Traffic Regulations in the Unincorporated Communities of Avocado Heights, East Los Angeles, Walnut Park and West Puente Valley**

Recommendation: Adopt and/or rescind traffic regulation orders to support traffic safety, enhance traffic flow and provide adequate parking for disabled persons in the unincorporated communities of Avocado Heights, East Los Angeles, Walnut Park and West Puente Valley (1); and find that adopting and/or rescinding traffic regulation orders and posting the corresponding regulatory and advisory signage are exempt from the California Environmental Quality Act. **(Department of Public Works)**  (21-3439)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

>    **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**43.    Traffic Regulations in the Unincorporated Communities of Athens/Westmont, Del Aire and East Rancho Dominguez**

Recommendation: Adopt and/or rescind traffic regulations to support traffic safety and enhance traffic flow in the unincorporated communities of Athens/Westmont, Del Aire and East Rancho Dominguez (2); and find that adopting and/or rescinding traffic regulation orders and posting the corresponding regulatory and advisory signage are exempt from the California Environmental Quality Act. **(Department of Public Works)**  (21-3440)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

>    **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

EXHIBIT 13 - Page 687

Board of Supervisors                    Statement Of Proceedings                    September 15, 2021

**44.**    **Traffic Regulations in the Unincorporated Communities of Altadena, Del Sur and La Crescenta/Montrose**

Recommendation: Adopt and/or rescind traffic regulations to support traffic safety, enhance traffic flow and facilitate street sweeping services in the unincorporated communities of Altadena, Del Sur and La Crescenta/Montrose (5); and find that adopting and/or rescinding traffic regulation orders and posting the corresponding regulatory and advisory signage are exempt from the California Environmental Quality Act. **(Department of Public Works)** (21-3441)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**45.**    **Belmont Shore Pump Station - Mechanical and Electrical Rehabilitation Project Construction Contract**

Recommendation: Acting as the Governing Body of the County Flood District, approve the change in work of $135,000 related to the fabrication of a custom bus duct system and delays experienced due to Southern California Edison required modifications to the electrical wiring for the Belmont Shore Pump Station - Mechanical and Electrical Rehabilitation Project in the City of Long Beach (4) with PPC Construction, Inc.; and find that the recommended action is within the scope of the previously approved exemption from the California Environmental Quality Act. **(Department of Public Works)** (21-3438)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 47*

EXHIBIT 13 - Page 688

**Board of Supervisors**                **Statement Of Proceedings**                **September 15, 2021**

**46.**   **Safe, Clean Water Program**

Recommendation: Acting as the Governing Body of the County Flood Control District, approve the recommended Stormwater Investment Plans for Fiscal Year 2021-22 for the Safe, Clean Water Program's Regional Program in the total amount of $144,202,264.63. **(Department of Public Works)**  (21-3443)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**47.**   **Watershed Conservation Authority Fiscal Year 2021-22 Annual Budget**

Recommendation: Acting as the Governing Body of the County Flood Control District, approve the Fiscal Year 2021-22 Budget for the Watershed Conservation Authority (1, 2, 4 and 5) to continue the development and implementation of multiuse projects; and authorize the Chief Engineer of the District to contribute $25,500 to the Watershed Conservation Authority. **(Department of Public Works)** (21-3437)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

Board of Supervisors                    Statement Of Proceedings                    September 15, 2021

**Public Safety**

48.    **Automotive Fleet Management and Maintenance Services Contract**

Recommendation: Find that automotive fleet management and maintenance services (Services) for the Sheriff's Department's Communication and Fleet Management Bureau can be performed more economically by an independent contractor; approve and instruct the Chair to sign a Proposition A Contract with Centerra Integrated Services, LLC to provide Services for a term commencing upon execution by the Board and terminating five years from the work start date (anticipated date of November 1, 2021), with two two-year extension options plus 12 additional months in any increment, for a total contract term not to exceed 10 years; and authorize the Sheriff to execute change orders and amendments to the contract, including change orders and amendments to the contract to effectuate modifications that do not materially affect any term of the contract, add new or revised standard County contract provisions adopted by the Board as required periodically, exercise extension options and effectuate the assignment and delegation/mergers or acquisitions provision. **(Sheriff's Department)**  (21-3482)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

                    **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
                    Public Comment/Correspondence

Agreement No. 79182

---

*County of Los Angeles*                    *Page 49*

EXHIBIT 13 - Page 690

**Board of Supervisors**  **Statement Of Proceedings**  **September 15, 2021**

**49.**    **Special Appropriation Fund Transfer**

Recommendation: Approve the transfer of funds from Services and Supplies to reimburse the Sheriff's Special Appropriation Fund in the amount of $5,391.39. **(Sheriff's Department)**  (21-3457)

**Ellen Giesy addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence
Audio

---

*County of Los Angeles*    *Page 50*

**EXHIBIT 13 - Page 691**

Board of Supervisors                    Statement Of Proceedings                    September 15, 2021

---

**Ordinances for Adoption**

**50.** **County Code, Title 22 - Planning and Zoning Amendment**

Ordinance for adoption amending County Code, Title 22 - Planning and Zoning, to establish a Public Art in Private Development (PAPD) Program for commercial and industrial development and repair, addition and alterations of such projects in the unincorporated areas of the County.

Or in the alternative, adopt an ordinance amending County Code, Title 22 - Planning and Zoning, to establish a PAPD Program for both residential, commercial and industrial development, and repair, addition and alterations of such projects in the unincorporated areas of the County. (On July 23, 2019, the Board indicated its intent to adopt a commercial and industrial PAPD Program and to further consider a residential, commercial and industrial PAPD Program.) (Relates to Agenda No. 32) (Continued from the meetings of 2-4-20, 4-14-20, 5-26-20, 9-1-20 and 3-9-21)  (19-4740)

**Helen Hernandez, Betty Avila, Nancy Nyberg, Gustavo Herrera, Roy Humphreys, Giancarlo Rubio, Diana Coronado, Tim Dang, Miguel Luna and Chris Wilson addressed the Board.  Interested person(s) also submitted written testimony.**

**After discussion, on motion of Supervisor Solis, seconded by Supervisor Hahn, the Board adopted Ordinance No. 2021-0047 entitled, "An ordinance amending Title 22 – Planning and Zoning of the Los Angeles County Code, to establish a Public Art in Private Development Program for residential, commercial and industrial development, and repair, addition and alterations of such projects in the unincorporated areas of the County."  This ordinance shall take effect October 15, 2021.**

**This item was duly carried by the following vote:**

| | | |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn and Supervisor Solis |
| **Abstentions:** | 1 - | Supervisor Barger |

*Attachments:*    Revised ordinance
Certified Ordinance
Public Comment/Correspondence
Audio I
Audio II

---

*County of Los Angeles*                    *Page 51*

EXHIBIT 13 - Page 692

**51.** **County Code, Title 2 - Administration Amendment**

Ordinance for adoption amending County Code, Title 2 - Administration relating to the authority of the Director of the Department of Beaches and Harbors to perform certain duties on behalf of the Board of Supervisors. (On December 11, 2018, the Board indicated its intent to adopt the ordinance.)   (21-3462)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, the Board adopted Ordinance No. 2021-0048 entitled, "An ordinance amending Title 2 – Administration of the Los Angeles County Code, relating to the authority of the Director of the Department of Beaches and Harbors to perform certain duties on behalf of the Board of Supervisors."  This ordinance shall take effect October 15, 2021.**

**This item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*      Ordinance
                     Certified Ordinance
                     Public Comment/Correspondence

EXHIBIT 13 - Page 693

**52.**   **County Code, Title 10 - Animals Amendment**

Ordinance for adoption amending County Code, Title 10 - Animals to amend and add provisions that prohibit the feeding of peafowl in public places and the consequences of violations of the ordinance; peafowl can carry diseases, leave fecal matter that pollutes sidewalks and yards, damage property, get aggressive, and attract predators; prohibiting the public from feeding peafowl will help protect the health and safety of the County's residents.  (21-3310)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, the Board adopted Ordinance No. 2021-0049, "An ordinance amending Title 10 - Animals of the Los Angeles County Code to add provisions to prohibit the feeding of peafowl in public places and the consequences of violations of the ordinance."  This ordinance shall take effect October 15, 2021.**

**This item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*      Ordinance
Certified Ordinance
Public Comment/Correspondence

EXHIBIT 13 - Page 694

Board of Supervisors                          Statement Of Proceedings                          September 15, 2021

---

**Miscellaneous**

**53.**    **Settlement of the Matter Entitled, <u>Nathan Booker v. County of Los Angeles</u>**

Los Angeles County Claims Board's recommendation: Authorize settlement of the matter entitled, <u>Nathan Booker v. County of Los Angeles</u>, Los Angeles Superior Court Case No. 20STCV02257, in the amount of $175,000, and instruct the Auditor-Controller to draw a warrant to implement this settlement from the Department of Health Services' budget.

This lawsuit concerns allegations that a Department of Health Services employee was subjected to harassment, discrimination and retaliation.  (21-3472)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

      **Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:* Board Letter
      Public Comment/Correspondence

**54.**    **Settlement of the Matter Entitled, <u>Leilani Ortiz, et al. v. County of Los Angeles, et al.</u>**

Los Angeles County Claims Board's recommendation: Authorize settlement of the matter entitled, <u>Leilani Ortiz, et al. v. County of Los Angeles, et al.</u>, Los Angeles Superior Court Case No. 20STCV07358, in the amount of $16,000,000, and instruct the Auditor-Controller to draw a warrant to implement this settlement from the Fire Department's budget.

This lawsuit arises from injuries plaintiff and her family allegedly sustained in a vehicle accident involving a Fire Department service truck.  (21-3478)

**Eric Preven addressed the Board.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

      **Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:* Board Letter
      Public Comment/Correspondence
      Audio

---

**EXHIBIT 13 - Page 695**

**55.** **Settlement of the Matter Entitled, <u>Michael Rathbun, et al. v. County of Los Angeles, et al.</u>**

Los Angeles County Claims Board's recommendation: Authorize settlement of the matter entitled, <u>Michael Rathbun, et al. v. County of Los Angeles, et al.</u>, LASC No. BC526951, in the amount of $400,000, and instruct the Auditor-Controller to draw a warrant to implement this settlement from the Sheriff Department's budget.

This lawsuit concerns allegations that a Sheriff's deputy was subjected to retaliation by the Sheriff's Department.  (21-3474)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**56.** **Settlement of the Matter Entitled, <u>Victor White v. County of Los Angeles, et al.</u>**

Los Angeles County Claims Board's recommendation: Authorize settlement of the matter entitled, <u>Victor White v. County of Los Angeles, et al.</u>, United States District Court Case No. 2:20-cv-04071, in the amount of $125,000, and instruct the Auditor-Controller to draw a warrant to implement this settlement from the Sheriff's Department's budget.

This Federal civil rights lawsuit alleges plaintiff was wrongfully arrested and incarcerated by Sheriff's Department deputies.  (21-3475)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

EXHIBIT 13 - Page 696

**Board of Supervisors**                    **Statement Of Proceedings**                    **September 15, 2021**

**57.**   **City of Alhambra for the Alhambra Unified School District Election**

Request from the City of Alhambra: Render specified services relating to the conduct of a Special Municipal Election for the Alhambra Unified School District, to be held on November 2, 2021.   (21-3412)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote; and the Registrar-Recorder/County Clerk was instructed to comply with the City's request, provided that the City pays all related costs:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**58.**   **City of Azusa Election**

Request from the City of Azusa: Approve the City's request to change its General Municipal Election from the first Tuesday after the first Monday in March of even-numbered years to the first Tuesday after the first Monday in November of even-numbered years, and consolidate the election with the Statewide General Elections conducted by the County, commencing on November 8, 2022. (21-3415)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 56*

EXHIBIT 13 - Page 697

**Board of Supervisors**                    **Statement Of Proceedings**                    **September 15, 2021**

**59.**     **Broad Beach Geologic Hazard Abatement District Election**

Request from the Broad Beach Geologic Hazard Abatement District: Render specified services relating to the conduct of a General Board Member Election, to be held on November 2, 2021.   (21-3414)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote; and the Registrar-Recorder/County Clerk was instructed to comply with the District's request, provided that the District pays all related costs:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*     Board Letter
Public Comment/Correspondence

**60.**     **City of Inglewood Election**

Request from the City of Inglewood: Render specified services relating to the conduct of a Special Municipal Election, to be held on November 2, 2021. (21-3413)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote; and the Registrar-Recorder/County Clerk was instructed to comply with the City's request, provided that the City pays all related costs:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*     Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 57*

**EXHIBIT 13 - Page 698**

**Board of Supervisors**                    **Statement Of Proceedings**                    **September 15, 2021**

**61.**    **Antelope Valley Community College District Levying of Taxes**

Request from the Antelope Valley Community College District: Adopt a resolution authorizing the County to levy taxes in an amount sufficient to pay the principal of and interest on the District's 2021 General Obligation Refunding Bonds, in an aggregate principal amount not to exceed $90,000,000; and direct the Auditor-Controller to maintain on the 2022-23 tax roll, and all subsequent tax rolls, taxes sufficient to fulfill the requirements of the debt service schedule for the Bonds that will be provided to the Auditor-Controller by the District following the sale of the Bonds.  (21-3417)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**62.**    **Centinela Valley Union High School District Levying of Taxes**

Request from the Centinela Valley Union High School District: Adopt a resolution authorizing the County to levy taxes in an amount sufficient to pay the principal of and interest on the School Facilities Improvement District No. 2016-1 of the Local Public Schools Funding Authority's 2020 Election General Obligation Bonds, 2021 Series B, in an aggregate principal amount not to exceed $50,000,000; and direct the Auditor-Controller to place on the 2022-23 tax roll, and all subsequent tax rolls, taxes sufficient to fulfill the requirements of the debt service schedule for the Bonds that will be provided to the Auditor-Controller by the Improvement District following the sale of the Bonds.  (21-3419)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

*County of Los Angeles*                    *Page 58*

EXHIBIT 13 - Page 699

**Board of Supervisors**                **Statement Of Proceedings**                **September 15, 2021**

---

**63.    Lancaster School District Levying of Taxes**

Request from the Lancaster School District: Adopt a resolution authorizing the County to levy taxes in an amount sufficient to pay the principal of and interest on the District's General Obligation Refunding Bonds, Series 2021A (Federally Taxable), in an aggregate principal amount not to exceed $20,000,000; and direct the Auditor-Controller to maintain on the 2022-23 tax roll, and all subsequent tax rolls, taxes sufficient to fulfill the requirements of the debt service schedule for the Bonds that will be provided to the Auditor-Controller by the District following the sale of the Bonds.  (21-3416)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**64.    Mt. San Antonio Community College District Levying of Taxes**

Request from the Mt. San Antonio Community College District: Adopt a resolution authorizing the County to levy taxes in an amount sufficient to pay the principal of and interest on the District's 2021 General Obligation Refunding Bonds, in an aggregate principal amount not to exceed $15,000,000; and direct the Auditor-Controller to maintain on the 2022-23 tax roll, and all subsequent tax rolls, taxes sufficient to fulfill the requirements of the debt service schedule for the Bonds that will be provided to the Auditor-Controller by the District following the sale of the Bonds.  (21-3418)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

---

EXHIBIT 13 - Page 700

**Board of Supervisors**                    **Statement Of Proceedings**                    **September 15, 2021**

**Miscellaneous Additions**

**65.**    **Additions to the agenda which were posted more than 72 hours in advance of the meeting, as indicated on the supplemental agenda.** (12-9995)

**65-A.**  **Supporting Senate Bill (S.B.) 679 (Kamlager) - L.A. County Affordable Housing Solutions Agency (LACAHSA)**

Recommendation as submitted by Supervisors Kuehl and Mitchell: Instruct the County's Legislative Advocates in Sacramento to support S.B. 679 (Kamlager), legislation that would create a new independent Countywide agency tasked with creating a holistic approach to supporting low-income renters, which represents a collaborative and transformational path forward to supporting low-income renters, preserving existing affordable housing and creating new affordable housing across the County, and the new Agency, known as LACAHSA, will work collaboratively with labor to ensure strong labor protections, including project labor agreements. (21-3603)

**Dr. Genevieve Clavreul addressed the Board.**

**On motion of Supervisor Hahn, this item was duly carried by the following vote:**

|   |   |   |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn and Supervisor Solis |
| **Abstentions:** | 1 - | Supervisor Barger |

*Attachments:*    Motion by Supervisors Kuehl and Mitchell
Public Comment/Correspondence
Audio

---

*County of Los Angeles*                    *Page 60*

**EXHIBIT 13 - Page 701**

**65-B. Workforce Plan and Protocol for Homekey Employees**

<u>Revised</u> recommendation as submitted by Supervisors Hahn and Mitchell: Direct the Chief Executive Officer, the Director of Health Services, through its Housing for Health, the Executive Director of the Los Angeles Homeless Services Authority (LAHSA) and the Director of Workforce Development, Aging and Community Services, to establish a protocol for alternative employment plans for all employees who had been working at current and future Homekey sites at the time of acquisition that cannot be absorbed by their former employers; instruct the Director of Workforce Development, Aging and Community Services, through its America's Job Centers of California and network of partners, including LAHSA, to develop career pathway opportunities to upskill and/or prepare unretained Homekey employees for career pathways that are in line with individual interest and/or new family-sustaining career opportunities, including enrolling these displaced workers in appropriate workforce and employment services, as needed; and take the following actions:

Instruct the Director of Health Services, through its Housing for Health, in concert with the Interim Director of the Homeless Initiative, Chief Executive Office, the Executive Director of the Los Angeles Homeless Services Authority and the Director of Workforce Development, Aging and Community Services, to report back to the Board in 60 days with the number of total employees employed at Homekey 1.0 sites at the time of acquisition by the County, the number still employed at current Homekey sites and additional relevant demographic, placement and retention information;

Direct the Chief Executive Officer to require that any future Homekey homeless service provider give priority to the retention and employment of existing workers at newly acquired Homekey sites to the extent that workers possess the requisite skills and experience needed to serve at interim housing or permanent supportive housing sites;

Direct the Chief Executive Officer to urge any property owners it is negotiating with to provide proper and timely communication during the escrow period to their employees of the status of their employment and the potential sale of the property for use as a Homekey site to the County of Los Angeles;

Direct the Chief Executive Officer to inform Councils of Governments of any plans to purchase properties within their jurisdiction within 45 days;

**EXHIBIT 13 - Page 702**

Instruct the Interim Director of the Homeless Initiative, Chief Executive Office, to report back to the Board in 60 days on how the above directives will be implemented; and

Direct the Chief Executive Officer to require that any future Homekey homeless service providers not hinder labor union organization or collective bargaining activities consistent with applicable County contracting requirements and labor laws.  (21-3602)

**Interested person(s) submitted written testimony.**

**Supervisors Hahn and Mitchell revised their joint motion as detailed above.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item, as revised, was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisors Hahn and Mitchell
Revised motion by Supervisors Hahn and Mitchell
Report
Public Comment/Correspondence

**65-C.  Blue Ribbon Commission on Homelessness**

Recommendation as submitted by Supervisor Barger: Appoint Theane Evangelis to the Blue Ribbon Commission on Homelessness to serve as the Fifth District appointee due to an unscheduled vacancy.  (21-3617)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Barger
Public Comment/Correspondence

EXHIBIT 13 - Page 703

**Board of Supervisors**                **Statement Of Proceedings**                **September 15, 2021**

**65-D.** **Continued Efforts to Address Food Insecurity During the COVID-19 Delta Variant Surge**

Recommendation as submitted by Supervisors Solis and Hahn: Direct the Chief Executive Officer, working with the Food Equity Roundtable, to report back to the Board in 30 days with data regarding the utility of the County food distributions, recommendations based on the data regarding the need to continue the food distribution program, funding streams available for future food distributions, metrics to determine the length of the food distribution program, opportunities to improve the program, should it continue (e.g., weekend hours and partnerships with community centers for more localized distributions), and areas of highest need; and in the interim, and to ensure continuity of services while the above-requested analysis is prepared, continue the food distributions at a scale commensurate with attendance for 60 days.  (21-3604)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisors Solis and Hahn
Report
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 63*

EXHIBIT 13 - Page 704

**Board of Supervisors**                    **Statement Of Proceedings**                    **September 15, 2021**

**65-E.**   **Ensuring the County of Los Angeles Follows and Supports President Biden's "Path Out of the Pandemic" Plan for Recovery**

Recommendation as submitted by Supervisor Solis: Direct the Chief Executive Officer, in consultation with the Directors of Consumer and Business Affairs, Public Health and Health Services, and County Counsel, to ensure that the County conforms with the mandates set forth in President Joseph R. Biden Jr.'s "Path Out of the Pandemic;" direct the Chief Executive Officer, in consultation with County Counsel, to evaluate whether the County is a "contractor" under the plan to ensure the County complies with President Biden's "Path Out of the Pandemic" requirement that employees of contractors doing business with the Federal government be vaccinated, and report back to the Board in writing in 30 days with the findings, and direct the Chief Executive Officer and the Director of Personnel to report back to the Board in writing in 90 days with data and outcomes on the County's employee vaccination program; and take the following actions:

Instruct the Director of Public Health, in consultation with County Counsel, to evaluate whether the current County Health Officer Order issued on August 12, 2021, mandating employers of health care workers and home health care workers in high risk or residential settings to document their fully vaccinated status, would require modifications to conform with the vaccine mandates for health care workers stated in President Biden's "Path Out of the Pandemic;"

Instruct the Director of Public Health to consider whether to require large entertainment venues like sports arenas, large concert halls and other venues where large groups of people gather, to verify proof of vaccination or a recent negative test result for patrons;

Instruct the Director of Public Health to provide employers with over 100 employees with information on how to connect to existing vaccination sites in their community and how to request a mobile vaccination clinic, and provide County residents with information on obtaining booster shots once recommended by the Centers for Disease Control and Prevention;

Instruct the Superintendent of Schools of the Los Angeles County Office of Education to encourage regular testing of school students, teachers and staff;

Instruct the Directors of Public Health and Health Services to ensure that all County-run vaccination sites are included in the information provided from the toll-free information line established by the Federal government (800-232-0233) and on the website: https://www.vaccines.gov/;

---

*County of Los Angeles*                    *Page 64*

EXHIBIT 13 - Page 705

Instruct the Director of Consumer and Business Affairs to report back to the Board in writing in 90 days on how to maximize the impact of the Economic Recovery provisions of the President's plan on the County, including the Economic Disaster Loan Program and the changes to the Small Business Administration Program; and

Instruct the Director of Health Services to report back to the Board in 90 days on the potential need for County-run medical facilities to use Department of Defense clinicians to supplement their own staff at Department of Health Services' facilities (including community partners and correctional health facilities), including an assessment of how best to utilize additional monoclonal treatments and strike teams provided by the Federal government as stated in President Biden's "Path Out of the Pandemic." (21-3608)

**Ed Rendon, Ernesto Pantoja, Ken Tang, Anais Medina and Kery Situ addressed the Board. Interested person(s) also submitted written testimony.**

**Fesia Davenport, Chief Executive Officer, and Rafael Carbajal, Director of Consumer and Business Affairs, addressed the Board and responded to questions.**

**After discussion, on motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Solis
Report
Public Comment/Correspondence
Audio I
Audio II

EXHIBIT 13 - Page 706

**65-F.    General Relief Guaranteed Income Demonstration Project**

Recommendation as submitted by Supervisor Solis: Waive all General Relief (GR) eligibility requirements and other related requirements, to establish, maintain and continue GR benefits as set forth in Chapter 2.102, are suspended for transitional-aged youth ages 18 to 24, who legally reside in Los Angeles County, and while participating in the County's Guaranteed Income demonstration program, except as prohibited by State or Federal Law.  (21-3605)

**Ellen Giesy addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*    Motion by Supervisor Solis
Public Comment/Correspondence
Audio

---

*County of Los Angeles*                    *Page 66*

EXHIBIT 13 - Page 707

**Board of Supervisors**                    **Statement Of Proceedings**                    **September 15, 2021**

**66.**    **Items not on the posted agenda, to be presented and (if requested) referred to staff or placed on the agenda for action at a future meeting of the Board, or matters requiring immediate action because of an emergency situation or where the need to take immediate action came to the attention of the Board subsequent to the posting of the agenda.**  (12-9996)

**66-A.**    **Addressing Traffic Safety on Sloan Canyon Road**

Recommendation as submitted by Supervisor Barger: Instruct the Director of Public Works to review existing traffic conditions and provide findings and recommendations for any additional traffic safety enhancements on the currently County-maintained portion of Sloan Canyon Road between Quail Valley Road and The Old Road; instruct the Director, acting as the Road Commissioner, to partially accept into the County system of highways for maintenance the roadway portion of the private segment of Sloan Canyon Road between Valley Creek Road and Quail Valley Road as constructed by Romero Canyon, LLC, to allow the Department of Public Works, after such partial acceptance, to expedite their review of existing traffic conditions; and upon acceptance of the segment of Sloan Canyon Road between Valley Creek Road and Quail Valley Road, instruct the Director to expedite the review of traffic conditions, including the recent collision locations, and provide findings and recommendations for any additional traffic safety enhancements.  (21-3636)

**On motion of Supervisor Barger, and by Common Consent, there being no objection, this item was introduced for discussion and placed on the agenda of September 28, 2021.**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*    Motion by Supervisor Barger
Public Comment/Correspondence
Audio

---

*County of Los Angeles*                    *Page 67*

EXHIBIT 13 - Page 708

## IV.   ORDINANCES FOR INTRODUCTION    68 - 69

**68.**      **County Code, Title 5 - Personnel Amendment**

Ordinance for introduction amending County Code, Title 5 - Personnel relating to the County of Los Angeles Deferred Compensation and Thrift ("Horizons") Plan, the Pension Savings Plan, and the County of Los Angeles Savings ("Savings") Plan by amending subsections 5.19.020 I, 5.25.020 L, 5.25.020 S, 5.26.020.13, and 5.26.020.19 to clarify that, except in the limited case of certain "Settlement Awards," retroactive adjustments to salary and pay items are taken into account only when paid for the purposes of calculating "Eligible Earnings" and "Compensation" upon which contributions are based;  and amending subsections 5.25.050 E and 5.26.110 G to treat certain employees in specified classifications as though they received a retroactive adjustment to salary after the restart of matching contributions in order to align their treatment with other employees in the same classification. (Relates to Agenda No. 29)  (21-3481)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, the Board introduced, waived reading and ordered placed on the agenda for adoption an ordinance entitled, "An ordinance amending Title 5 – Personnel of the Los Angeles County Code, relating to the County of Los Angeles Deferred Compensation and Thrift Plan, the Pension Savings Plan, and the County of Los Angeles Savings Plan."**

**This item was duly carried by the following vote:**

|  | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*     Ordinance
Public Comment/Correspondence

---

EXHIBIT 13 - Page 709

Board of Supervisors                Statement Of Proceedings                September 15, 2021

---

**69.** **County Code, Title 6 - Salaries Amendment**

Ordinance for introduction amending County Code, Title 6 - Salaries by adding and establishing salaries for three employee classifications; and adding, deleting and/or changing certain employee classifications and number of ordinance positions in the Departments of Agricultural Commissioner/Weights and Measures, Beaches and Harbors, Board of Supervisors, Chief Executive Office, County Counsel, Fire, Health Services, Human Resources, Medical Examiner-Coroner, Mental Health, Parks and Recreation, Probation, Public Health, Public Social Services, Public Works, Registrar-Recorder/County Clerk and Sheriff. (Relates to Agenda No. 30)  (21-3479)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, the Board introduced, waived reading and ordered placed on the agenda for adoption an ordinance entitled, "An ordinance amending Title 6 – Salaries of the Los Angeles County Code to add and establish the salaries for three employee classifications; and as a result of the budget process for FY 2021-2022, add, delete, and/or change certain employee classifications and number of ordinance positions in various Departments."**

**This item was duly carried by the following vote:**

           **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Ordinance
Public Comment/Correspondence

---

*County of Los Angeles*                        *Page 69*

EXHIBIT 13 - Page 710

**Board of Supervisors**                **Statement Of Proceedings**                September 15, 2021

## V.   SEPARATE MATTER    70

**70.**      **Issuance and Sale of Los Angeles County Public Works Financing Authority Lease Revenue Bonds**

Recommendation: Adopt a resolution authorizing the issuance and sale of the Los Angeles County Public Works Financing Authority Lease Revenue Bonds, 2021 Series F on a tax-exempt basis with an aggregate par amount not to exceed $305,000,000 to refinance outstanding lease revenue commercial paper notes that were issued to finance the construction and capital improvements to Fire Station 104, Martin Luther King, Jr. Medical Center (MLK) Central Plant 1 and Hospital Services Building, MLK Behavioral Health Center, Rancho Los Amigos Recuperative Care Center, LAC+USC Recuperative Care Center and the Olive View Campus Recuperative Care Center, the issuance and sale of the Lease Revenue Refunding Bonds, 2022 Series G on a tax-exempt basis in an aggregate principal amount not to exceed $295,000,000 to refund the Public Works Financing Authority's Lease Revenue Bonds, Series 2012, and the execution and delivery of various legal documents that are required to issue the 2021 Series F Bonds and the 2022 Series G Refunding Bonds and complete the proposed transactions; and ratify the Public Hearing related to the issuance of the 2021 Series F Bonds held by the Treasurer and Tax Collector on September 13, 2021, in accordance with Section 6586.5 of the California Government Code. **(Treasurer and Tax Collector) 4-VOTES** (Relates to Agenda No. 1-F)  (21-3448)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

_Attachments:_      Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                        *Page 70*

EXHIBIT 13 - Page 711

Board of Supervisors                    Statement Of Proceedings                    September 15, 2021

### VI.   CLOSED SESSION MATTERS FOR SEPTEMBER 15, 2021

**CS-1.**   CONFERENCE WITH LEGAL COUNSEL - ANTICIPATED LITIGATION
(Paragraph (2) of subdivision (d) of Government Code Section 54956.9)

Significant exposure to litigation (two cases).

**No reportable action was taken.**  (20-2580)

*Attachments:*        Public Comment/Correspondence

**CS-2.**   DEPARTMENT HEAD PERFORMANCE EVALUATIONS
(Government Code Section 54957)

Department Head performance evaluations.

**No reportable action was taken.**   (11-1977)

*Attachments:*        Public Comment/Correspondence

**Report of Closed Session**  (CSR-21)

*Attachments:*        Audio Report of Closed Session 9/15/2021

---

*County of Los Angeles*                    *Page 71*

**EXHIBIT 13 - Page 712**

Board of Supervisors                  Statement Of Proceedings                  September 15, 2021

---

**VII.   GENERAL PUBLIC COMMENT    71**

71.     Opportunity for members of the public to address the Board on items of interest
that are within the subject matter jurisdiction of the Board.

**Eric Preven, Ellen Giesy, Kruti Parekh, Ernesto Pantoja, Gustavo Herrera, Roy Humphreys, Giancarlo Rubio, Anais Medina, Milinda Kakani, Diana Coronado, Tim Dang, Ezekiel Nishiyama, Olivia Shields, Miguel Luna and Kery Situ addressed the Board.  Interested person(s) also submitted written testimony.**

**In addition, Dr. Genevieve Clavreul addressed the Board on the matters of CS-1, Conference with Legal Counsel - Anticipated Litigation, pursuant to Paragraph (2) of subdivision (d) of Government Code Section 54956.9 and CS-2, Department Head Performance Evaluations, pursuant to Government Code Section 54957, prior to the Board adjourning to Closed Session.**
(21-3645)

*Attachments:*     Public Comment/Correspondence
Audio

---

*County of Los Angeles*                  *Page 72*

EXHIBIT 13 - Page 713

Board of Supervisors                    Statement Of Proceedings                    September 15, 2021

---

### VIII.  ADJOURNMENT    72

72.     On motions, duly seconded and unanimously carried, the meeting was adjourned in memory of the following persons:

**Supervisor Solis and All Members of the Board**
Gloria Rendon

**Supervisors Mitchell, Solis, Kuehl and Hahn**
Archbishop Carl Bean

**Supervisor Mitchell**
Bobbie Jean Blanche-Towler

**Supervisors Kuehl, Solis and Barger**
Ed Asner

**Supervisor Kuehl**
Barbara Ackard
Elaine Berke
Simona Elkin
Mike Finnigan
Charles Kleeman
John McNeil

**Supervisors Hahn, Solis, Mitchell and Kuehl**
Betty Karnette

**Supervisors Hahn and Mitchell**
Sam "Bam" Cunningham
Michael K. Williams

**Supervisor Hahn**
Thomas Amalfitano, Jr.
Father Jack Kearny
Joan Matthews
Marion Perkov

**Supervisor Barger**
Michael Ellis
Alejandro Morales
Claudia Petryshyn
John "Jack" Wilk  (21-3696)

---

*County of Los Angeles*                    *Page 73*

EXHIBIT 13 - Page 714

Board of Supervisors                    Statement Of Proceedings                    September 15, 2021

---

**Closing    73**

**73.**    Open Session adjourned to Closed Session at 3:00 p.m. following adjournments to:

**CS-1**.
Confer with legal counsel on anticipated litigation, pursuant to Paragraph (2) of subdivision (d) of Government Code Section 54956.9:

Significant exposure to litigation (two cases).

**CS-2**.
Consider Department Head performance evaluations, pursuant to Government Code Section 54957.

Closed Session convened at 3:03 p.m.  Present were Supervisors Holly J. Mitchell, Sheila Kuehl, Janice Hahn, Kathryn Barger and Hilda L. Solis, Chair presiding.

Closed Session adjourned at 5:03 p.m.  Present were Supervisors Holly J. Mitchell, Sheila Kuehl, Janice Hahn, Kathryn Barger and Hilda L. Solis, Chair presiding.

Open Session reconvened at 5:04 p.m. for the purpose of reporting actions taken in Closed Session.  Present were Supervisors Holly J. Mitchell, Sheila Kuehl, Janice Hahn and Hilda L. Solis, Chair presiding.  Absent was Supervisor Kathryn Barger.

The Board of Supervisors of the County of Los Angeles, and ex officio the governing body of all other special assessment and taxing districts, agencies and authorities for which said Board so acts, adjourned its meeting at 5:06 p.m.

The next Regular Meeting of the Board will be Tuesday, September 28, 2021 at 9:30 a.m.  (21-3695)

---

EXHIBIT 13 - Page 715

**Board of Supervisors**                    **Statement Of Proceedings**                    **September 15, 2021**

The foregoing is a fair statement of the proceedings of the regular meeting held September 15, 2021, by the Board of Supervisors of the County of Los Angeles and ex officio the governing body of all other special assessment and taxing districts, agencies and authorities for which said Board so acts.

Celia Zavala, Executive Officer
Executive Officer-Clerk
of the Board of Supervisors

By

Carmen Gutierrez
Chief, Board Services Division

*County of Los Angeles*                    *Page 75*

**EXHIBIT 13 - Page 716**