# EXHIBIT 19

EXHIBIT 19 - Page 1902



**FESIA A. DAVENPORT**
Chief Executive Officer

# County of Los Angeles
## CHIEF EXECUTIVE OFFICE
Kenneth Hahn Hall of Administration
500 West Temple Street, Room 713, Los Angeles, California 90012
(213) 974-1101
http://ceo.lacounty.gov

*"To Enrich Lives Through Effective And Caring Service"*

Board of Supervisors
HILDA L. SOLIS
First District

HOLLY J. MITCHELL
Second District

SHEILA KUEHL
Third District

JANICE HAHN
Fourth District

KATHRYN BARGER
Fifth District

May 17, 2022

The Honorable Board of Supervisors
County of Los Angeles
383 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012

Dear Supervisors:

# ADOPTED
BOARD OF SUPERVISORS
COUNTY OF LOS ANGELES

45    May 17, 2022

CELIA ZAVALA
EXECUTIVE OFFICER

## FISCAL YEAR  2022-23 HOMELESS INITIATIVE FUNDING RECOMMENDATIONS
## (ALL DISTRICTS) (3 VOTES)

### SUBJECT

Approve the Fiscal Year (FY) 2022-23 Homeless Initiative funding recommendations.

### IT IS RECOMMENDED THAT THE BOARD:

1.  Approve FY 2022-23 Measure H funding in the amount of $466,753,000 and the second disbursement of State Homeless Housing, Assistance and Prevention Program (HHAP) Round 3 funding in the amount of $65,860,000, included in the funding recommendations for Measure H-eligible Homeless Initiative strategies as described in the Enclosure 1.

2.  Approve FY 2021-22 one-time Measure H carryover funding in the amount of $22,562,000 and all HHAP Round 2 carryover funding to continue implementation of selected Measure H and HHAP-funded strategies as indicated in the Enclosure 1.

3.  Delegate authority to the Chief Executive Officer, or her designee, to carry forward Measure H fund balances, as necessary, from one fiscal year to a subsequent fiscal year for use in strategies supporting the maintenance of continuous multi-year agreements with local jurisdictions that are administering homeless services programs, including contracts, memoranda of understanding, or funding agreements.  The Chief Executive Officer, or her designee, shall work in consultation with the Auditor-Controller's Office to ensure the appropriate monitoring of Measure H fund balances supporting local jurisdiction agreements needing multi-year carryover of Measure H funding.

**EXHIBIT 19 - Page 1903**

The Honorable Board of Supervisors
5/17/2022
Page 2

4.  Delegate authority to the Chief Executive Officer, or her designee, to enter into and/or amend multi-year service contracts, memoranda of understanding, or funding agreements, for any contract amount that exceeds the Chief Executive Officer's current delegated homeless services contract authority of $250,000, with local jurisdictions  administering homeless services programs with Board approved funding provided that: (a) agreements and/or amendments do not exceed available Board approved funding; and (b) County Counsel approves as to form of the amendment prior to any such amendments.

5.  Instruct the Chief Executive Officer, or her designee, to reassess the existing Measure H direct-funding allocation methodology for the Glendale, Long Beach, and Pasadena Continuums of Care (CoCs) and report back within 45 days with a revised direct-funding allocation methodology.  The methodology shall maintain the appropriate allocation of funding for identified strategies proportionate to each CoC's validated homeless count data while also providing programmatic and funding flexibility to support homelessness prevention for adults, outreach, rapid rehousing, interim housing, and programs that strengthen the Coordinated Entry System.  The methodology shall ensure that for strategies where the CoC receives a direct Measure H allocation, corresponding homeless services provided or contracted by the Los Angeles Homeless Services Authority for the rest of the Service Planning Area (SPA) will not be provided within the respective CoC's jurisdiction(s) to avoid duplication.

## PURPOSE/JUSTIFICATION OF RECOMMENDED ACTION

Funding Recommendations Process

On November 24, 2021, the Chief Executive Office (CEO) Homeless Initiative (HI) shared with the Board of Supervisors (Board) its timeline and process to develop final FY 2022-23 Homeless Initiative funding recommendations for Board consideration in May 2022.

A first round of public comment was solicited from January 11 through February 1, 2022, through a publicized online form. Submitted public comments are available to view and download at https://homeless.lacounty.gov/2022-23-funding-recommendations-process/ (hereafter "the website").

In January and February 2022, the CEO HI, County departments, Los Angeles Homeless Services Authority (LAHSA), and Los Angeles County Development Authority (LACDA) participated in a series of meetings to consider performance data, public comments and community input, and other available, relevant information to develop a draft of the FY 2022-23 funding recommendations.

On February 23, 2022, the CEO HI released a set of draft FY 2022-23 funding recommendations for public comment.  The draft funding recommendations and a set of strategy funding fact sheets were made available to view and download on the website.

From February 23 through March 10, 2022, members of the public were invited for a second time to submit public comments on any or all of the strategy funding recommendations through an online form on the website.  Public comments submitted as a part of this second round are also available to review and download at the website.

On February 23, 2022, a public webinar was held to provide members of the public with an overview of the draft funding recommendations and provide members of the public with the opportunity to ask questions.  The webinar presentation is available to view and download on the website.

**EXHIBIT 19 - Page 1904**

The Honorable Board of Supervisors
5/17/2022
Page 3

On March 9, 2022, a virtual public hearing was held to provide members of the public the opportunity to provide verbal comments on the recommendations.  A transcript of the hearing is available on the website.

On March 17, 2022, County departmental, LACDA and LAHSA strategy leads participated in a final meeting to discuss the public input received and consider any potential changes to the funding recommendations.

FY 2022-23 Recommendations for Measure H Eligible Strategies

Against the backdrop of the County's continuing efforts to recover from the pandemic, the CEO HI, County departments, LACDA, and LAHSA worked together to develop a set of FY 2022-23 funding recommendations that avoid curtailments in Measure H-eligible strategies.  To achieve this, the CEO HI secured $65.9 million in HHAP funding and worked with partnering departments and agencies to identify non-Measure H funding to supplement the Measure H funded strategy budget as described in Enclosure 1.  Funding sources being administered directly by the Departments of Children and Family Services, Health Services, Public Social Services, and LAHSA will be supplementing the FY 2022-23 Homeless Initiative funding recommendations, which will allow for funding to be maintained for the strategies and for curtailments to be averted in FY 2022-23.

Recommendation 1 requests Board approval of the combined total of $532,613,000, comprised of $466,753,000 in FY 2022-23 Measure H funding and $65,860,000 in State HHAP Round 3 funding described in the Enclosure 1.  These funds will support the County and partners' continued efforts to prevent homelessness, conduct outreach to people experiencing homelessness, provide rental subsidies and supportive services to move people into housing and out of homelessness, and to increase participants' income through employment or benefits for which they are eligible. Moreover, more than $20 million in funding for cities and Councils of Governments (COGs) is included in the funding recommendations to provide further support for crucial local efforts to prevent and address homelessness.

Recommendation 2 requests Board approval of $22,562,000 million in one-time FY 2021-22 Measure H carryover and all FY 2021-22 HHAP Round 2 carryover remaining at the end of FY 2021-22.

Recommendations 3 and 4 highlight the necessary steps and request the delegated funding and contracting authority needed for the CEO HI to administer streamlined, continuous multi-year contracts, memoranda of understanding, and funding agreements with local jurisdictions administering homeless services programs.

Partnerships with cities, COGs, and CoCs for the cities of Glendale, Long Beach, and Pasadena (referred to as local jurisdictions in this correspondence) continue to be critical to the County's efforts to expand and enhance homeless services programs in all regions of the County.  The CEO HI has been constrained in its ability to expand local jurisdictions' homeless services programs because it has not had the authority to enter into multi-year agreements with cities, COGs, and CoCs.  This is because the CEO HI must seek Board approval of itemized Measure H carryover through the annual Measure H Funding Recommendations process.  As a result, the CEO HI must administer cumbersome contract amendments for local jurisdictions' agreements, authorizing allowable carryover on an annual basis.

Recommendation 3 will give the CEO HI the authority to carryover within a contract any needed balances at the end of a fiscal year without needing to seek approval through the annual Measure H

**EXHIBIT 19 - Page 1905**

The Honorable Board of Supervisors
5/17/2022
Page 4

funding recommendations.  This will allow the CEO HI to enter into multi-year agreements that allow for carryover of prior year funding, reduce the administrative burden for local jurisdictions, and encourage multi-year strategic planning within those local jurisdictions.

Recommendation 4 also supports the County's efforts to streamline the administration of continuous, multi-year agreements with local jurisdictions.  Recommendation 4 will grant authority to the CEO HI to enter into and amend multi-year service contracts, memorandums of understanding, and funding agreements with local jurisdictions.  The delegated authority would also permit the CEO HI to execute agreements beyond the CEO's current homeless services contracting authority of $250,000, with Measure H and any Board approved funding that will accommodate larger contract amounts necessitated by multi-year contracts.

Recommendation 5 will allow the CEO HI to reassess its funding allocation methodology for the Glendale, Long Beach, and Pasadena CoCs administering homelessness programming, with the goal of allowing for CoCs to have greater flexibility in their use of their Measure H funding allocations.  On August 11, 2017, the CEO HI reported back to the Board on the agreements that it had made with the Long Beach, Glendale, and Pasadena CoCs regarding the use of Measure H funding. The current methodology for allocation and use of Measure H funds by CoCs has been in place since then and was designed to ensure that CoCs located within Los Angeles County (but separate from LAHSA, which is the CoC to the remainder of the County) received Measure H funding in proportion to their share of the countywide homeless count. CoCs were entitled to receive a proportionate share of Measure H funding for the following strategies:

A5: Homeless Prevention Program for Individuals
B3: Rapid Rehousing
E6: Countywide Outreach System
E7: Strengthening the Coordination Entry System
E8: Enhance the Emergency Shelter System

While the 2017 agreement provided the CoCs greater access to Measure H funding, they have highlighted that to serve their communities more effectively, they would like greater flexibility to adjust the funding allocated for the above strategies, as needed, based on the needs of their CoC. This recommendation would allow the CEO HI to reassess the current methodology in order to develop a methodology that allows for CoCs to have greater flexibility in their use of Measure H funding to meet the needs of people experiencing homelessness in each CoC's region.

Reassessment of Homeless Initiative Strategies

On April 20, 2021, the Board directed the CEO-HI to report back with an assessment of the 51 Homeless Initiative strategies with recommendations to improve or modify existing strategies to address Los Angeles' ever-changing homeless crisis.  On April 11, 2022, the CEO issued a report entitled "A New Framework to End Homelessness in Los Angeles County," which included recommendations focusing on 1) the rehousing system, 2) mainstream County government systems, and 3) partnerships with cities.

On May 3, 2022, the Board directed the CEO-HI to implement the recommendations set forth in the report, including, in FY 2022-23, implementing a streamlined set of strategies for the rehousing system, as defined in the report, by consolidating and simplifying strategies with the goal of maximizing administrative efficiency and providing flexibility to meet the unique needs of people experiencing homelessness.  Although the FY 2022-23 HI funding recommendations proposed in Recommendation 1 are allocated to strategies established within the original HI framework, the

**EXHIBIT 19 - Page 1906**

The Honorable Board of Supervisors
5/17/2022
Page 5

CEO-HI will begin consolidating and simplifying strategies, as described in the new framework, where feasible.  This shift will occur in a way that does not disrupt the delivery of homeless services and does not change the overall funding allocated to specific programs.  For FY 2023-24, CEO-HI will develop recommendations to allocate funding to the streamlined set of strategies within the new framework.

Additionally, Recommendations 3 and 4 are in alignment with the new framework as they support administrative efficiency and flexibility by allowing the CEO-HI to administer streamlined, continuous multi-year contracts, memoranda of understanding, and funding agreements with local jurisdictions administering homeless services programs.

## Implementation of Strategic Plan Goals

The recommended actions are in compliance with the County Strategic Plan, Goal 1 Make Investments That Transform Lives, and Goal 2 Foster Vibrant and Resilient Communities.

## FISCAL IMPACT/FINANCING

There is no net County cost impact from these recommendations.

County Budget Process
Upon Board approval of the funding recommendations, the CEO HI will incorporate the approved Measure H and State HHAP Round 3 funding inclusive of requested carryover from FY 2021-22 and HHAP Round 2 carryover amounts into the FY 2022-23 Final Changes budget request.  These budget changes will provide appropriation authority for the various departments to continue implementing the Homeless Initiative strategies.

Measure H Revenue
The California Board of Equalization began collecting the Measure H quarter-cent sales tax from businesses and consumers on October 1, 2017.

## FACTS AND PROVISIONS/LEGAL REQUIREMENTS

Measure H Ordinance
On December 6, 2016, the Board approved an ordinance to place Measure H on the March 7, 2017, countywide ballot, which proposed a quarter-cent sales tax for a period of 10 years to fight homelessness.  Additionally, the ordinance emphasized accountability by requiring the following:

Independent Audit
An independent auditor to annually report on the amount of revenue collected and expended and the status of the projects and services funded.  Under the guidance of the Auditor-Controller, the independent auditor has completed the FY 2017-18, FY 2018-19, FY 2019-20, and FY 2020-21 audits in compliance with the ordinance requirement.  The FY 2021-22 audit is scheduled for release at the end of December 2022.

Citizens' Oversight Advisory Board
The Citizens' Oversight Advisory Board (COAB) is comprised of five members, with one member nominated by each Supervisorial District and appointed by the Board.  The COAB's role is to ensure public accountability for Measure H funds.  All COAB meeting minutes and charts on Measure H expenditures are available at http://homeless.lacounty.gov/oversight.

**EXHIBIT 19 - Page 1907**

The Honorable Board of Supervisors
5/17/2022
Page 6

HHAP Round 3 Application Public Notice Requirement
On February 15, 2022, the California Interagency Council on Homelessness (Cal ICH) released a Local Homelessness Action Plan and Application Template for local jurisdictions to use to develop their HHAP Round 3 applications for submission (https://bcsh.ca.gov/calich/documents/application_template_r3.pdf).  As described in the application template, Health and Safety Code section 50220.7(b)(2) requires each local jurisdiction to agendize specific sections of their HHAP Round 3 application at their local governing board meeting to provide an opportunity for public comment.  Enclosure 2 includes the said specific sections the County plans to include in the final application.  The CEO HI is scheduled to submit the County's final application to Cal ICH by late May 2022 and will include a HHAP budget consistent with the uses approved by your Board.

## IMPACT ON CURRENT SERVICES (OR PROJECTS)

Approval of the funding recommendations for Homeless Initiative strategies will affirm the County's commitment to combat and prevent homelessness in Los Angeles County by investing in proven strategies and seeking new and innovative solutions to the many issues that contribute to homelessness.

EXHIBIT 19 - Page 1908

The Honorable Board of Supervisors
5/17/2022
Page 7

Respectfully submitted,

FESIA A. DAVENPORT
Chief Executive Officer


FAD:JMN:CT:JR:LBI:TTD:ns

Enclosures

c:    Executive Office, Board of Supervisors
      County Counsel
      Sheriff
      Alternate Public Defender
      Animal Care and Control
      Arts and Culture
      Beaches and Harbors
      Child Support Services
      Children and Family Services
      Consumer and Business Affairs
      Fire
      Health Services
      Los Angeles County Development Authority
      Mental Health
      Military and Veterans Affairs
      Parks and Recreation
      Probation
      Public Defender
      Public Health
      Public Social Services
      Public Works
      Regional Planning
      Superior Court
      Workforce Development, Aging and Community
      Services
      Los Angeles Homeless Services Authority

EXHIBIT 19 - Page 1909

Enclosure 1

## LOS ANGELES COUNTY HOMELESS INITIATIVE – FY 2022-23 FUNDING RECOMMENDATIONS

The following chart presents funding allocations for Homeless Initiative strategies approved by the Board of Supervisors in FY 2021-22 as well as the proposed funding allocations for FY 2022-23. Multiple Los Angeles County-administered funding sources, including Measure H and State funding, are represented in the amounts below. In addition, the CEO is partnering with County Departments and Agencies to leverage non-CEO administered funding to maintain service levels comparable to those in FY 2021-22.

| STRATEGY | FY 2021-22 TOTAL FUNDING ALLOCATION* | FY 2022-23 TOTAL FUNDING RECOMMENDATION** | EXPLANATION OF VARIANCE FROM FY 2021-22 |
|---|---|---|---|
| **A1 - LAHSA** Homeless Prevention Program for Families | $11,500,000 | $7,501,000 | This strategy will leverage non-CEO administered County funding sources to maintain service levels comparable to those in FY 2021-22. |
| **A1 - DCFS** Homeless Prevention Program for Families | $0 | $500,000 | Due to COVID-19, there was $500K allocated in FY 2020-21 that was unspent and was carried over to FY 2021-22; therefore, no new funding was allocated in FY 2021-22. For FY 2022-23, $500K Measure H funding is proposed to maintain service levels comparable to those in FY 2021-22. |
| **A5 – LAHSA** Homeless Prevention Program for Individuals | $11,050,000 | $10,224,000 | This strategy will leverage non-CEO administered County funding sources to maintain service levels comparable to those in FY 2021-22. |
| **A5 – CEO** Homeless Prevention Program for Individuals | $450,000 | $412,000 | Funding allocated to CEO for Continuum of Care contracts for Long Beach, Pasadena, and Glendale. |
| **A5 – DCFS** Homeless Prevention Program for Individuals | $0 | $300,000 | Due to COVID-19, there was $300K allocated in FY 2020-21 that was unspent and was carried over to FY 2021-22; therefore, no new funding was allocated in FY 2021-22. For FY 2022-23, $300K Measure H funding is proposed to maintain service levels comparable to those in FY 2021-22. |
| **B1 - DPSS** Provide Subsidized Housing to Homeless Disabled Individuals Pursuing SSI | $5,138,000 Comprised of the following: $1,713,000 (Measure H) $3,425,000 (DPSS-MSUDRP funding) | $3,620,000 | This strategy will leverage non-CEO administered funding to maintain service levels comparable to those in FY 2021-22. |

1

**EXHIBIT 19 - Page 1910**

## LOS ANGELES COUNTY HOMELESS INITIATIVE – FY 2022-23 FUNDING RECOMMENDATIONS

| STRATEGY | FY 2021-22 TOTAL FUNDING ALLOCATION* | FY 2022-23 TOTAL FUNDING RECOMMENDATION** | EXPLANATION OF VARIANCE FROM FY 2021-22 |
|---|---|---|---|
| **B3 – LAHSA** Expand Rapid Rehousing | $87,719,000 Comprised of the following: $73,624,000 (Measure H) $14,095,000 (LAHSA funding) | $65,392,000 | This strategy will leverage CEO and/or non-CEO administered County funding sources to maintain service levels comparable to those in FY 2021-22. It also supports LAHSA's new Employment Pilot Program. |
| **B3 – CEO** Expand Rapid Rehousing | $1,312,000 | $740,000 | Funding allocated to CEO for Continuum of Care contracts with Long Beach, Pasadena, and Glendale. |
| **B4 – LACDA** Facilitate Utilization of Federal Housing Subsidies | $11,105,000 | $13,853,000 | Increase reflects the commitment by some Public Housing Authorities to dedicate additional federal vouchers to the program as well as a slight increase in the average cost to place families. |
| **B6 – DCFS** Family Reunification Housing Subsidies | $1,468,000 | $0 | This strategy will leverage non-CEO administered County funding sources to maintain service levels comparable to those in FY 2021-22. |
| **B7 – DHS** Interim/Bridge Housing for those Exiting Institutions | $ 22,704,000 | $22,531,000 | Reduction reflects actual cost for DHS to administer B7 interim housing beds. |
| **B7 – DMH** Interim/Bridge Housing for those Exiting Institutions | $82,000 | $83,000 | Increase reflects actual costs for salaries and employee benefits. |
| **B7 – DPH** Interim/Bridge Housing for those Exiting Institutions | $9,415,000 | $10,394,000 | Increase reflects: 1) actual costs for salaries and employee benefits, and 2) the need to maintain the operation of Recovery Bridge Housing beds after one-time funding for those beds is expended by mid FY 2022-23. |

2

**EXHIBIT 19 - Page 1911**

## LOS ANGELES COUNTY HOMELESS INITIATIVE – FY 2022-23 FUNDING RECOMMENDATIONS

| STRATEGY | FY 2021-22 TOTAL FUNDING ALLOCATION* | FY 2022-23 TOTAL FUNDING RECOMMENDATION** | EXPLANATION OF VARIANCE FROM FY 2021-22 |
|---|---|---|---|
| **B7 – LAHSA** Interim/Bridge Housing for those Exiting Institutions | $4,619,000 | $4,676,000 | Increase reflects actual costs for salaries and employee benefits. |
| **C4/5/6 - DHS/DPSS** Countywide Supplemental Security/Social Security Disability Income and Veterans Benefits Advocacy | DHS: $4,226,000 DPSS: $4,600,000 Total: $8,826,000 | $0 | This strategy will leverage non-CEO administered funding to maintain service levels comparable to those in FY 2021-22. |
| **C4/5/6 – DMH** Countywide Supplemental Security/Social Security Disability Income and Veterans Benefits Advocacy | $1,156,000 | $1,993,000 | Increase reflects actual costs for salaries and employee benefits that were formerly offset with other funding. Costs are necessary for strategy operation and do not represent net new positions. |
| **C7 – WDACS** Increase Employment for Homeless Adults | $7,100,000 | $7,100,000 | No change. |
| **D2 – DHS** Jail In-Reach | $1,870,000 | $2,091,000 | Increase reflects actual costs for salaries and employee benefits. |
| **D2 – LASD** Jail In-Reach | $465,000 | $494,000 | Increase reflects actual costs for salaries and employee benefits. |
| **D6 – PD** Criminal Record Clearing Project | $3,067,000 | $3,098,000 | Increase reflects actual costs for salaries and employee benefits. |

3

EXHIBIT 19 - Page 1912

## LOS ANGELES COUNTY HOMELESS INITIATIVE – FY 2022-23 FUNDING RECOMMENDATIONS

| STRATEGY | FY 2021-22 TOTAL FUNDING ALLOCATION* | FY 2022-23 TOTAL FUNDING RECOMMENDATION** | EXPLANATION OF VARIANCE FROM FY 2021-22 |
|---|---|---|---|
| **D7 – DHS** Provide Services and Rental Subsidies for Permanent Supportive Housing | $113,142,000 <br><br> Comprised of the following: $97,642,000 (Measure H) $15,500,000 (State HHAP 2) | $128,310,000 <br><br> Comprised of the following: $98,181,000 (Measure H) $30,129,000 (State HHAP) | Increase is due to additional supportive services consistent with the increase in permanent supportive housing units/subsidies. |
| **D7 – DMH** Provide Services and Rental Subsidies for Permanent Supportive Housing | $11,026,000 | $13,121,000 | Increase is due to additional supportive services consistent with the increase in permanent supportive housing units/subsidies. |
| **D7 – DPH** Provide Services and Rental Subsidies for Permanent Supportive Housing | $1,564,000 | $2,224,000 | Increase is due to additional supportive services consistent with the increase in permanent supportive housing units/subsidies. |
| **E6 – DHS** Countywide Outreach System | $26,473,000 | $26,784,000 | Increase reflects actual costs for salaries and employee benefits. |
| **E6 – DPH** Countywide Outreach System | $756,000 | $756,000 | No change. |
| **E6 – LAHSA** Countywide Outreach System | $11,121,000 | $11,572,000 | Increase reflects additional staffing costs necessary for strategy operation. |
| **E6 – CEO** Countywide Outreach System | $815,000 | $1,039,000 | Funding allocated to CEO for Continuum of Care contracts for Long Beach, Pasadena, and Glendale. Increase is due to implementation of the Homeless Encampment Automated Request System and to reflect actual program costs. |

4

**EXHIBIT 19 - Page 1913**

## LOS ANGELES COUNTY HOMELESS INITIATIVE – FY 2022-23 FUNDING RECOMMENDATIONS

| STRATEGY | FY 2021-22 TOTAL FUNDING ALLOCATION* | FY 2022-23 TOTAL FUNDING RECOMMENDATION** | EXPLANATION OF VARIANCE FROM FY 2021-22 |
|---|---|---|---|
| **E7 – CEO** Strengthen the Coordinated Entry System | $7,174,000 | $21,004,000 | Increase in funding includes the following: 1) $10.0M for Councils of Governments and their member cities; 2) $10.0M for new investments for local jurisdictions; 3) $500K for Regional Coordination; 4) $319K for the second year of the 2-Year Countywide Women's Needs Assessment project; and 5) $185K for Continuum of Care contracts for Long Beach, Pasadena, and Glendale. |
| **E7 – LAHSA** Strengthen the Coordinated Entry System | $24,122,000  Comprised of the following: $18,008,000 (Measure H) $6,114,000 (LAHSA funding) | $20,222,000 | This strategy will leverage non-CEO County administered funding sources to maintain service levels comparable to those in FY 2021-22. Funding includes $730K match for HUD grant. |
| **E8 – DHS** Enhance the Emergency Shelter System | $36,189,000 | $52,787,000  Comprised of the following: $36,189,000 (Measure H) $16,598,000 (State HHAP) | Funding increase is due to 1) new interim housing sites that were created with County capital investments, and 2) actual costs for salaries and employment benefits. |
| **E8 -DMH** Enhance the Emergency Shelter System | $81,000 | $81,000 | No change. |
| **E8 – DPH** Enhance the Emergency Shelter System | $668,000 | $668,000 | No change. |
| **E8 – LAHSA** Enhance the Emergency Shelter System | $75,962,000  Comprised of the following: $60,593,000 (Measure H) $10,900,000 (State HHAP 2) $4,469,000 (LAHSA funding) | $70,395,000  Comprised of the following: $59,495,000 (Measure H) $10,900,000 (State HHAP) | This strategy will leverage CEO and/or non-CEO administered County funding sources to maintain service levels comparable to those in FY 2021-22. Changes within the strategy include program enhancements, such as an increase in the interim housing rate from $80 to $90 per night for Family programs, and additional staffing necessary for strategy operation. |

5

**EXHIBIT 19 - Page 1914**

## LOS ANGELES COUNTY HOMELESS INITIATIVE – FY 2022-23 FUNDING RECOMMENDATIONS

| STRATEGY | FY 2021-22 TOTAL FUNDING ALLOCATION* | FY 2022-23 TOTAL FUNDING RECOMMENDATION** | EXPLANATION OF VARIANCE FROM FY 2021-22 |
|---|---|---|---|
| **E8 – CEO** Enhance the Emergency Shelter System | $1,768,000 | $1,680,000 | Funding allocated to CEO for Continuum of Care contracts for Long Beach, Pasadena, and Glendale.  Decrease is a reduction in the CEO's E8 allocation and does not impact the CoC contracts. |
| **E14 – LAHSA** Enhanced Services for Transition Age Youth | $23,000,000<br><br>Comprised of the following:<br>$20,000,000 (Measure H)<br>$3,000,000 (State HHAP 2) | $21,988,000<br><br>Comprised of the following:<br>$13,755,000 (Measure H)<br>$8,233,000 (State HHAP) | This strategy will leverage non-CEO administered funding to maintain service levels comparable to those in FY 2021-22. |
| **CENTRAL MEASURE H ADMINISTRATION** | $4,211,000 | $4,980,000 | Increase reflects increase for staff and contract needs to support Measure H administration. |
| **TOTALS** | ***FY2021-22 TOTAL FUNDING ALLOCATION:**<br><br>**$527,118,000**<br><br>**Comprised of the following:**<br>**Measure H - $469,615,000**<br>**State HHAP - $29,400,000**<br>**Non-CEO Administered Funding (LAHSA and DPSS) $28,100,000** | ****FY2022-23 TOTAL FUNDING RECOMMENDATION:**<br><br>**$532,613,000**<br><br>**Comprised of the following:**<br>**Measure H - $466,753,000**<br>**State HHAP - $65,860,000** | |

*FY 2021-22 Total Funding Allocation includes all funding administered by the County Chief Executive Office (Measure H and State Homeless Housing Assistance and Prevention Program) and funding administered by DPSS for Strategy B1 and LAHSA for B3, E7, E8.

**FY 2022-23 Total Funding Recommendation includes all funding administered by the County Chief Executive Office (Measure H and State Homeless Housing Assistance and Prevention Program)

6

**EXHIBIT 19 - Page 1915**

## LOS ANGELES COUNTY HOMELESS INITIATIVE – FY 2022-23 FUNDING RECOMMENDATIONS

| FY 2021-22 One-time Measure H Carryover Requested for Board Approval* | | | |
|---|---|---|---|
| **Strategy - Department Program Component** | **Total FY 2021-22 Allocation for Strategy Program Component** | **FY 2021-22 Unavoidable Measure H Carryover into FY 2022-23** | **Explanation for Carryover** |
| **B7 - LAHSA** Interim/Bridge Housing for those Exiting Institutions | $4,619,000 | $341,000 | Funding will be used as part of the ramp down transition for providers as LAHSA's B7 portfolio will be re-procured for FY 2022-23. |
| **E7 – CEO** Strengthen the Coordinated Entry System | $7,174,000 | $5,022,000 | Funding will be used as part of the Countywide Women's Need Assessment, Bridge Funding, COGs (Regional Coordination 21-22/Innovation I and II), and Cities Implementation Grants. |
| **E8 – DHS** Enhance the Emergency Shelter System | $36,189,000 | $3,441,000 | Funding will be used for interim housing capital investments. |
| **CEO CoC Contracts** | | | |
| A5 | $450,000 | $338,000 | LAHSA contracts with Long Beach, Glendale and Pasadena CoCs for HI strategies will be transitioned to the CEO to administer in FY 22-23. Carryover applicable to strategies A5, B3, E6, E7 and E8. |
| B3 | $1,312,000 | $984,000 | |
| E6 | $815,000 | $611,000 | |
| E7 | $454,000 | $341,000 | |
| E8 | $1,268,000 | $951,000 | |
| **LAHSA CoC Contracts to CEO Sub-total** | $4,299,000 | $3,225,000 | |

7

**EXHIBIT 19 - Page 1916**

## LOS ANGELES COUNTY HOMELESS INITIATIVE – FY 2022-23 FUNDING RECOMMENDATIONS

| LAHSA Claims | | | |
|---|---|---|---|
| A1 | N/A | $424,000 | Funding will be used for invoices received after the Auditor-Controller's year-end deadline. Carryover will be applicable and limited to FY21-22 LAHSA administered strategies. |
| A5 | N/A | $522,000 | |
| B3 | N/A | $990,000 | |
| B7 | N/A | $492,000 | |
| E6 | N/A | $624,000 | |
| E7 | N/A | $1,516,000 | |
| E8 | N/A | $3,759,000 | |
| E14 | N/A | $1,673,000 | |
| LAHSA Claims Sub-total | N/A | $10,000,000 | |
| CENTRAL MEASURE H ADMINISTRATION | $4,211,000 | $533,000 | Funding will be used for six (6) consultant contracts completing Board directed work. |
| TOTAL FY 2021-22 MEASURE H CARRYOVER REQUESTED | | $22,562,000 | |

* Contingent on Board Approval for Recommendation 3, amounts will be adjusted accordingly to actual contract balance carryover (subject to fund balance).

8

EXHIBIT 19 - Page 1917

**ENCLOSURE 2**

Los Angeles County HHAP Round 3 Local Action Plan Selected Tables

| Table 1. Landscape Analysis of Needs and Demographics | | |
|---|---|---|
| | **People Experiencing Homelessness** | **Source and Date Timeframe of Data** |
| **Population and Living Situations** | | |
| **TOTAL # OF PEOPLE EXPERIENCING HOMELESSNESS** | 63,706 | HUD 2020 PIT Count |
| # of People Who are **Sheltered** (ES, TH, SH) | 17,616 | HUD 2020 PIT Count |
| # of People Who are **Unsheltered** | 46,090 | HUD 2020 PIT Count |
| **Household Composition** | | |
| # of Households **without Children** | 51,290 | HUD 2020 PIT Count |
| # of Households with **At Least 1 Adult & 1 Child** | 3,907 | HUD 2020 PIT Count |
| # of Households with **Only Children** | 589 | HUD 2020 PIT Count |
| **Sub-Populations and Other Characteristics** | | |
| # of Adults Who are Experiencing **Chronic Homelessness** | 24,482 | HUD 2020 PIT Count |
| # of Adults Who are Experiencing **Significant Mental Illness** | 14,125 | HUD 2020 PIT Count |
| # of Adults Who are Experiencing **Substance Abuse** Disorders | 15,203 | HUD 2020 PIT Count |
| # of Adults Who are **Veterans** | 3,681 | HUD 2020 PIT Count |
| # of Adults with **HIV/AIDS** | 1,165 | HUD 2020 PIT Count |
| # of Adults Who are **Survivors of Domestic Violence** | 18,345 | HUD 2020 PIT Count |
| # of **Unaccompanied Youth (under 25)** | 3,098 | =TAY+Unaccompanied HUD 2020 PIT |
| # of **Parenting Youth (under 25)** | 589 | (we don't know if parents or siblings) HUD 2020 PIT |
| # of People Who are **Children of Parenting Youth** | 953 | HUD 2020 PIT Count |
| **Gender Demographics** | | |
| # of **Women/Girls** | 20,671 | HUD 2020 PIT Count |
| # of **Men/Boys** | 42,797 | HUD 2020 PIT Count |
| # of People Who are **Transgender** | 842 | HUD 2020 PIT Count |
| # of People Who are **Gender Non-Conforming** | 238 | HUD 2020 PIT Count |
| **Ethnicity and Race Demographics** | | |
| # of People Who are **Hispanic/Latino** | 23,005 | |
| # of People Who are **Non-Hispanic/Non-Latino** | 40,701 | |
| # of People Who are **Black or African American** | 21,509 | |
| # of People Who are **Asian** | 774 | |
| # of People Who are **American Indian or Alaska Native** | 686 | |
| # of People Who are **Native Hawaiian or Other Pacific Islander** | 205 | |
| # of People Who are **White** | 16,208 | |
| # of People Who are **Multiple Races** | 1,319 | |

1

**EXHIBIT 19 - Page 1918**

| Table 2. Landscape Analysis of People Being Served | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Permanent Supportive Housing (PSH) | Rapid Rehousing (RRH) | Transitional Housing (TH) | Interim Housing or Emergency Shelter (IH / ES) | Diversion Services and Assistance (DIV) | Homelessness Prevention Services & Assistance (HP) | Outreach and Engagement Services (O/R) | Other: [Identify] | Source(s) and Timeframe of Data |
| **Household Composition** | | | | | | | | | |
| # of Households **without Children** | 951 | 1,976 | 159 | 3,162 | 2,611 | 367 | 3,678 | | HMIS, 1/1/21 to 12/31/21 |
| # of Households with **At Least 1 Adult & 1 Child** | 1,293 | 4,351 | 302 | 2,682 | 854 | 838 | 442 | | HMIS, 1/1/21 to 12/31/21 |
| # of Households with **Only Children** | 13 | 77 | 8 | 58 | 0 | 20 | 90 | | HMIS, 1/1/21 to 12/31/21 |
| **Sub-Populations and Other Characteristics** | | | | | | | | | |
| # of Adults Who are Experiencing **Chronic Homelessness** | 6,189 | 5,360 | 309 | 11,770 | Not available | 391 | 13,472 | | HMIS, 1/1/21 to 12/31/21 |
| # of Adults Who are Experiencing **Significant Mental Illness** | 10,572 | 6,457 | 1,310 | 12,546 | Not available | 946 | 17,419 | | HMIS, 1/1/21 to 12/31/21 |
| # of Adults Who are Experiencing **Substance Abuse** Disorders | 3,238 | 1,918 | 719 | 6,617 | Not available | 226 | 12,349 | | HMIS, 1/1/21 to 12/31/21 |
| # of Adults Who are **Veterans** | 2,308 | 2,414 | 1,238 | 1,057 | 189 | 475 | 2,114 | | HMIS, 1/1/21 to 12/31/21 |
| # of Adults with **HIV/AIDS** | 1,039 | 287 | 84 | 736 | Not available | 42 | 863 | | HMIS, 1/1/21 to 12/31/21 |
| # of Adults Who are **Survivors of Domestic Violence** | 2,867 | 4,521 | 613 | 6,965 | Not available | 512 | 6,740 | | HMIS, 1/1/21 to 12/31/21 |
| # of **Unaccompanied Youth (under 25)** | 634 | 990 | 1,052 | 2,182 | Not available | 114 | 8,328 | | HMIS, 1/1/21 to 12/31/21 |
| # of **Parenting Youth (under 25)** | 256 | 1,077 | 129 | 629 | Not available | 203 | 127 | | HMIS, 1/1/21 to 12/31/21 |
| # of People Who are **Children of Parenting Youth** | 178 | 711 | 144 | 416 | Not available | 54 | 76 | | HMIS, 1/1/21 to 12/31/21 |

EXHIBIT 19 - Page 1919

| Table 2. Landscape Analysis of People Being Served continued | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Permanent Supportive Housing (PSH) | Rapid Rehousing (RRH) | Transitional Housing (TH) | Interim Housing or Emergency Shelter (IH / ES) | Diversion Services and Assistance (DIV) | Homelessness Prevention Services & Assistance (HP) | Outreach and Engagement Services (O/R) | Other: [Identify] | Source(s) and Timeframe of Data |
| **Gender Demographics** | | | | | | | | | |
| # of **Women/Girls** | 7,869 | 13,323 | 1,264 | 14,336 | 7,189 | 2,759 | 22,027 | | HMIS, 1/1/21 to 12/31/21 |
| # of **Men/Boys** | 11,287 | 13,817 | 2,504 | 19,023 | 4,565 | 2,549 | 43,223 | | HMIS, 1/1/21 to 12/31/21 |
| # of People Who are **Transgender** | 136 | 109 | 56 | 303 | 73 | 10 | 643 | | HMIS, 1/1/21 to 12/31/21 |
| # of People Who are **Gender Non-Conforming** | 19 | 21 | 27 | 76 | 37 | 3 | 116 | | HMIS, 1/1/21 to 12/31/21 |
| **Ethnicity and Race Demographics** | | | | | | | | | |
| # of People Who are **Hispanic/Latino** | 5,544 | 10,524 | 1,191 | 11,987 | 3,997 | 2,418 | 23,056 | | HMIS, 1/1/21 to 12/31/21 |
| # of People Who are **Non-Hispanic/Non-Latino** | 13,650 | 16,197 | 2,497 | 21,013 | 6,776 | 2,763 | 39,804 | | HMIS, 1/1/21 to 12/31/21 |
| # of People Who are **Black or African American** | 8,907 | 11,822 | 1,749 | 13,504 | 4,535 | 1,904 | 22,123 | | HMIS, 1/1/21 to 12/31/21 |
| # of People Who are **Asian** | 362 | 292 | 63 | 498 | 136 | 68 | 850 | | HMIS, 1/1/21 to 12/31/21 |
| # of People Who are **American Indian or Alaska Native** | 333 | 401 | 76 | 671 | 184 | 59 | 1,329 | | HMIS, 1/1/21 to 12/31/21 |
| # of People Who are **Native Hawaiian or Other Pacific Islander** | 118 | 184 | 46 | 242 | 80 | 20 | 503 | | HMIS, 1/1/21 to 12/31/21 |
| # of People Who are **White** | 8,766 | 12,034 | 1,534 | 15,463 | 4,570 | 2,454 | 33,503 | | HMIS, 1/1/21 to 12/31/21 |
| # of People Who are **Multiple Races** | 516 | 702 | 126 | 775 | 210 | 81 | 1,042 | | HMIS, 1/1/21 to 12/31/21 |

3

**EXHIBIT 19 - Page 1920**

| Table 3. Landscape Analysis of State, Federal and Local Funding | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Funding Program/ *Funding Source*** | **Fiscal Year** | **Total Amount Invested into Homelessness Interventions** | **Intervention Types Supported with Funding** *(select all that apply)* | | **Brief Description of Programming and Services Provided** | | **Populations Served** *(please "x" the appropriate population[s])* | | | | |
| Measure H/ Local Agency | FY 2021-2022 | $936,368,000 | Permanent Supportive and Service-Enriched Housing | Outreach and Engagement | Measure H local sales tax revenue supporting the following: 1) Prevention; 2) Outreach; 3) Interim Housing; 4) Rapid Rehousing; 5) PSH; 6) Transition Age Youth Interventions; 7) Strengthening Partnerships with cities and Councils of Government; 8) Landlord Incentives; 9) Disability Benefits Advocacy; 10) Jail In-Reach; 11) Criminal Records Clearing; 12) Employment Services; 13) Coordinated Entry System Strengthening. | x | All People Experiencing Homelessness | **TARGETED POPULATIONS** | | | |
| | FY 2022-2023 | | Rental Assistance | Systems Support Activities | | | | People Exp Chronic Homelessness | Veterans | Parenting Youth |
| | | | Non-Congregate Shelter/ Interim Housing | Administrative Activities | | | | People Exp Severe Mental Illness | People Exp HIV/ AIDS | Children of Parenting Youth |
| | | | Diversion and Homelessness Prevention | | | | | People Exp Substance Abuse Disorders | Unaccompanied Youth | Other |
| Emergency Solutions Grants - CV (ESG-CV) - via HUD/Federal Agency | FY 2021-2022 | $69,050,944 | Rental Assistance | Administrative Activities | 1) Prevention for Individuals and Families; 2) Rehousing of PRK exits; 3) Rapid Rehousing; 4) PHK-Interim Housing Operations; 5) other Interim Housing operations; 6) Outreach; 7) HMIS; 8) Administration | x | All People Experiencing Homelessness | **TARGETED POPULATIONS** | | | |
| | FY 2022-2023 | | Non-Congregate Shelter/ Interim Housing | Systems Support Activities | | | | People Exp Chronic Homelessness | Veterans | Parenting Youth |
| | | | Diversion and Homelessness Prevention | | | | | People Exp Severe Mental Illness | People Exp HIV/ AIDS | Children of Parenting Youth |
| | | | Outreach and Engagement | | | | | People Exp Substance Abuse Disorders | Unaccompanied Youth | Other |
| Emergency Solutions Grants - CV (ESG-CV) - via HCD/State Agency | FY 2021-2022 | $36,812,900 | Rental Assistance | | 1) Rehousing of PRK exits; 2) Rapid Rehousing; 3) PHK-Interim Housing Operations; 4) HMIS; 5) Administration | x | All People Experiencing | **TARGETED POPULATIONS** | | | |
| | FY 2022-2023 | | Systems Support Activities | | | | | People Exp Chronic Homelessness | Veterans | Parenting Youth |
| | | | Administrative Activities | | | | | People Exp Severe Mental Illness | People Exp HIV/ AIDS | Children of Parenting Youth |

4

**EXHIBIT 19 - Page 1921**

| Program | FY | Amount | Housing Type | Services | Priority Uses | | All PEH | TARGETED POPULATIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Non-Congregate Shelter/ Interim Housing | | | | | People Exp Substance Abuse Disorders | Unaccompanied Youth | Other |
| HOME - American Rescue Plan Program (HOME-ARP) - via HUD/Federal Agency | FY 2022-2023 | $32,614,780 | Permanent Supportive and Service-Enriched Housing | | The following are being considered priority uses for this funding: 1) Intensive Case Management Services (ICMS) and Tenancy Support Services for Emergency Housing Voucher holders in Permanent Supportive Housing; 2) Operating subsidies for PHK sites | | All People Experiencing Homelessness | **TARGETED POPULATIONS** | | |
| | FY 2023-2024 | | Rental Assistance | | | | | People Exp Chronic Homelessness | Veterans | Parenting Youth |
| | FY 2024-2025 | | | | | | | People Exp Severe Mental Illness | People Exp HIV/ AIDS | Children of Parenting Youth |
| | | | | | | | | People Exp Substance Abuse Disorders | Unaccompanied Youth | x Individuals with EHVs in PSH units |
| Homekey (via HCD)/State Agency | FY 2021-2022 | $90,058,640 | | | State share of funding for acquisition of 10 PHK properties. | | All People Experiencing Homelessness | **TARGETED POPULATIONS** | | |
| | | | Non-Congregate Shelter/ Interim Housing | | | | | x People Exp Chronic Homelessness | Veterans | Parenting Youth |
| | | | Permanent Supportive and Service-Enriched Housing | | | | | People Exp Severe Mental Illness | People Exp HIV/ AIDS | Children of Parenting Youth |
| | | | | | | | | People Exp Substance Abuse Disorders | Unaccompanied Youth | x Individuals and Families placed at PHK sites |
| Homeless Housing, Assistance and Prevention Program (HHAP) - via Cal ICH/State Agency | FY 2021-2022 | $111,731,415 | | | 1) PSH housing and services; 2) Interim Housing operations; 3) Transition Age Youth Interventions; 4) Operational funding for Interim Housing sited in and built by cities; 5) Operating funds for PHK properties acquired by cities; 6) Housing and Services to Women on Skid Row | x | All People Experiencing Homelessness | **TARGETED POPULATIONS** | | |
| | FY 2022-2023 | | Permanent Supportive and Service-Enriched Housing | Diversion and Homelessness Prevention | | | | People Exp Chronic Homelessness | Veterans | x Parenting Youth |
| | | | Non-Congregate Shelter/ Interim Housing | | | | | People Exp Severe Mental Illness | People Exp HIV/ AIDS | x Children of Parenting Youth |
| | | | Outreach and Engagement | | | | | People Exp Substance Abuse Disorders | x Unaccompanied Youth | Other |

5

EXHIBIT 19 - Page 1922

| | | | | | | | | | TARGETED POPULATIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Project Roomkey and Rehousing - via CDSS/State Agency | FY 2021-2022 | $34,400,173 | | | 1) PRK lease and operating costs; 2) Rehousing for people who are exiting or have exited PRK. | | All People Experiencing Homelessness | x | People Exp Chronic Homelessness | | Veterans | | | Parenting Youth |
| | | | Non-Congregate Shelter/ Interim Housing | | | | | | People Exp Severe Mental Illness | | People Exp HIV/ AIDS | | | Children of Parenting Youth |
| | | | Rental Assistance | | | | | | People Exp Substance Abuse Disorders | | Unaccompanied Youth | | x | Individuals and Families in PRK and those exiting PRK |
| CalWORKs Housing Support Program (HSP) - via CDSS/State Agency | FY 2021-2022 | $142,250,750 | | | The following interventions for CalWORKs families: 1) Prevention and Diversion; 2) Rapid Rehousing. In addition, local partners are examining how this funding may be used within the Flexible Housing Subsidy Pool Model. | | All People Experiencing Homelessness | | People Exp Chronic Homelessness | | Veterans | | | Parenting Youth |
| | FY 2022-2023 | | Diversion and Homelessness Prevention | Administrative Activities | | | | | | | | | | |
| | FY 2023-2024 | | Rental Assistance | | | | | | People Exp Severe Mental Illness | | People Exp HIV/ AIDS | | | Children of Parenting Youth |
| | | | Non-Congregate Shelter/ Interim Housing | | | | | | People Exp Substance Abuse Disorders | | Unaccompanied Youth | | x | CalWORKs connected Families |
| Housing and Disability Advocacy Program (HDAP) - via CDSS/State Agency | FY 2021-2022 | $93,008,388 | | | The following interventions for individuals applying for SSI or other disability benefits: 1) Benefits advocacy; 2) Prevention and Diversion; 3) Rapid Rehousing. In addition, local partners utilize this funding within the Flexible Housing Subsidy Pool Model. | | All People Experiencing Homelessness | | People Exp Chronic Homelessness | | Veterans | | | Parenting Youth |
| | FY 2022-2023 | | Rental Assistance | | | | | | | | | | | |
| | FY 2023-2024 | | Permanent Supportive and Service-Enriched Housing | | | | | | People Exp Severe Mental Illness | | People Exp HIV/ AIDS | | | Children of Parenting Youth |
| | | | | | | | | | People Exp Substance Abuse Disorders | | Unaccompanied Youth | | x | Individuals applying for SSI or other disability benefits |

6

EXHIBIT 19 - Page 1923

| Program | FY | Amount | Intervention | Intervention | Description | | All People Experiencing Homelessness | TARGETED POPULATIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Home Safe - via CDSS/State Agency | FY 2021-2022 | $53,607,128 | | | The following interventions for Adult Protective Services connected individuals: 1) Prevention and Diversion; 2) Rapid Rehousing. In addition, local partners are examining how this funding may be used within the Flexible Housing Subsidy Pool Model. | | All People Experiencing Homelessness | **TARGETED POPULATIONS** | | | | | |
| | FY 2022-2023 | | Rental Assistance | Administrative Activities | | | All People Experiencing Homelessness | People Exp Chronic Homelessness | | Veterans | | Parenting Youth | |
| | FY 2023-2024 | | Diversion and Homelessness Prevention | Systems Support Activities | | | | People Exp Severe Mental Illness | | People Exp HIV/ AIDS | | Children of Parenting Youth | |
| | | | Non-Congregate Shelter/ Interim Housing | | | | | People Exp Substance Abuse Disorders | | Unaccompanied Youth | **x** | Individuals connected to Adult Protective Services | |
| Bringing Families Home (BFH) - via CDSS/State Agency | FY 2021-2022 | $60,121,506 | | | The following interventions for Child Welfare connected families: 1) Prevention and Diversion; 2) Rapid Rehousing. In addition, local partners are examining how this funding may be used within the Flexible Housing Subsidy Pool Model. | | All People Experiencing Homelessness | **TARGETED POPULATIONS** | | | | | |
| | FY 2022-2023 | | Rental Assistance | Administrative Activities | | | | People Exp Chronic Homelessness | | Veterans | | Parenting Youth | |
| | FY 2023-2024 | | Diversion and Homelessness Prevention | Systems Support Activities | | | | People Exp Severe Mental Illness | | People Exp HIV/ AIDS | | Children of Parenting Youth | |
| | | | Non-Congregate Shelter/ Interim Housing | | | | | People Exp Substance Abuse Disorders | | Unaccompanied Youth | **x** | Families connected to the Child Welfare System | |

7

EXHIBIT 19 - Page 1924

| Table 4. Outcome Goals | | |
|---|---|---|
| **Outcome Goal #1a: Reducing the number of persons experiencing homelessness.** | | |
| **Baseline Data:** | **Outcome Goals July 1, 2021 - June 30, 2024** | |
| **Annual estimate of number of people accessing services who are experiencing homelessness** | **Decrease/Increase in # of People** | **Decrease/Increase as % Change from Baseline** |
| *[To be provided by Cal ICH from HDIS: can use local data as placeholder in the meantime] 83,058* | 830 | 1% |
| **Describe Your Related Goals for Underserved Populations and Populations Disproportionately Impacted by Homelessness** | | |
| **Describe any underserved and/ or disproportionately impacted population(s) that your community will especially focus on related to this Outcome Goal and how this focus has been informed by data in your landscape assessment:** | **Describe the trackable data goal(s) related to this Outcome Goal:** | |
| The CEO Homeless Initiative is working with our HHAP Round 3 regional partners to ensure alignment on numeric goals for underserved and disproportionately impacted populations which CEO-HI will submit as part of the County's HHAP Round 3 application. | | |

| Outcome Goal #1b: Reducing the number of persons experiencing homelessness on a daily basis | | |
|---|---|---|
| **Baseline Data:** | **Outcome Goals July 1, 2021 - June 30, 2024** | |
| **Daily Estimate of # of people experiencing unsheltered homelessness** | **Reduction in # of People** | **Reduction as % Change from Baseline** |
| *[To be provided by Cal ICH from HDIS: can use local data as placeholder in the meantime] 46,090* | 460 | 1% |
| **Describe Your Related Goals for Underserved Populations and Populations Disproportionately Impacted by Homelessness** | | |
| **Describe any underserved and/ or disproportionately impacted population(s) that your community will especially focus on related to this Outcome Goal and how this focus has been informed by data in your landscape assessment:** | **Describe the trackable data goal(s) related to this Outcome Goal:** | |
| The CEO Homeless Initiative is working with our HHAP Round 3 regional partners to ensure alignment on numeric goals for underserved and disproportionately impacted populations which CEO-HI will submit as part of the County's HHAP Round 3 application. | | |

| Outcome Goal #2: Reducing the number of persons who become homeless for the first time. | | |
|---|---|---|
| **Baseline Data:** | **Outcome Goals July 1, 2021 - June 30, 2024** | |
| **Annual Estimate of # of people who become homeless for the first time** | **Reduction in # of People** | **Reduction as % Change from Baseline** |
| *[To be provided by Cal ICH from HDIS: can use local data as placeholder in the meantime] 27,779* | 3,333 | 12% |
| **Describe Your Related Goals for Underserved Populations and Populations Disproportionately Impacted by Homelessness** | | |
| **Describe any underserved and/ or disproportionately impacted population(s) that your community will especially focus on related to this Outcome Goal and how this focus has been informed by data in your landscape assessment:** | **Describe the trackable data goal(s) related to this Outcome Goal:** | |
| The CEO Homeless Initiative is working with our HHAP Round 3 regional partners to ensure alignment on numeric goals for underserved and disproportionately impacted populations which CEO-HI will submit as part of the County's HHAP Round 3 application. | | |

8

**EXHIBIT 19 - Page 1925**

| Outcome Goal #3: Increasing the number of people exiting homelessness into permanent housing. | | |
| --- | --- | --- |
| **Baseline Data:**<br>**Annual Estimate of # of people exiting homelessness into permanent housing** | **Outcome Goals July 1, 2021 - June 30, 2024** | |
| | **Increase in # of People** | **Increase as % Change from Baseline** |
| *[To be provided by Cal ICH from HDIS: can use local data as placeholder in the meantime] 10,882* | 871 | 8% |
| **Describe Your Related Goals for Underserved Populations and Populations Disproportionately Impacted by Homelessness** | | |
| **Describe any underserved and/ or disproportionately impacted population(s) that your community will especially focus on related to this Outcome Goal and how this focus has been informed by data in your landscape assessment:** | **Describe the trackable data goal(s) related to this Outcome Goal:** | |
| The CEO Homeless Initiative is working with our HHAP Round 3 regional partners to ensure alignment on numeric goals for underserved and disproportionately impacted populations which CEO-HI will submit as part of the County's HHAP Round 3 application. | | |

| Outcome Goal #3: Increasing the number of people exiting homelessness into permanent housing. | | |
| --- | --- | --- |
| **Baseline Data:**<br>**Annual Estimate of # of people exiting homelessness into permanent housing** | **Outcome Goals July 1, 2021 - June 30, 2024** | |
| | **Increase in # of People** | **Increase as % Change from Baseline** |
| *[To be provided by Cal ICH from HDIS: can use local data as placeholder in the meantime] 10,882* | 871 | 8% |
| **Describe Your Related Goals for Underserved Populations and Populations Disproportionately Impacted by Homelessness** | | |
| **Describe any underserved and/ or disproportionately impacted population(s) that your community will especially focus on related to this Outcome Goal and how this focus has been informed by data in your landscape assessment:** | **Describe the trackable data goal(s) related to this Outcome Goal:** | |
| The CEO Homeless Initiative is working with our HHAP Round 3 regional partners to ensure alignment on numeric goals for underserved and disproportionately impacted populations which CEO-HI will submit as part of the County's HHAP Round 3 application. | | |

| Outcome Goal #4: Reducing the length of time persons remain homeless. | | |
| --- | --- | --- |
| **Baseline Data:**<br>**Average length of time (in # of days) persons enrolled in street outreach, emergency shelter, transitional housing, safe haven projects and time prior to move-in for persons enrolled in rapid rehousing and permanent housing programs"** | **Outcome Goals July 1, 2021 - June 30, 2024** | |
| | **Decrease in Average # of Days** | **Decrease as % Change from Baseline** |
| *[To be provided by Cal ICH from HDIS: can use local data as placeholder in the meantime] 170* | 18 days | 152 days |
| **Describe Your Related Goals for Underserved Populations and Populations Disproportionately Impacted by Homelessness** | | |
| **Describe any underserved and/ or disproportionately impacted population(s) that your community will especially focus on related to this Outcome Goal and how this focus has been informed by data in your landscape assessment:** | **Describe the trackable data goal(s) related to this Outcome Goal:** | |
| The CEO Homeless Initiative is working with our HHAP Round 3 regional partners to ensure alignment on numeric goals for underserved and disproportionately impacted populations which CEO-HI will submit as part of the County's HHAP Round 3 application. | | |

**EXHIBIT 19 - Page 1926**

| Outcome Goal #5: Reducing the number of persons who return to homelessness after exiting homelessness to permanent housing. | | |
|---|---|---|
| **Baseline Data:**<br>**% of people who return to homelessness after having exited homelessness to permanent housing** | **Outcome Goals July 1, 2021 - June 30, 2024** | |
| | **Decrease in % of People who return to Homelessness** | **Decrease as % Change from Baseline** |
| *[To be provided by Cal ICH from HDIS: can use local data as placeholder in the meantime] 11.02%* | 3.02 | 8% |
| **Describe Your Related Goals for Underserved Populations and Populations Disproportionately Impacted by Homelessness** | | |
| **Describe any underserved and/ or disproportionately impacted population(s) that your community will especially focus on related to this Outcome Goal and how this focus has been informed by data in your landscape assessment:** | **Describe the trackable data goal(s) related to this Outcome Goal:** | |
| The CEO Homeless Initiative is working with our HHAP Round 3 regional partners to ensure alignment on numeric goals for underserved and disproportionately impacted populations which CEO-HI will submit as part of the County's HHAP Round 3 application. | | |

| Outcome Goal #6: Increasing successful placements from street outreach. | | |
|---|---|---|
| **Baseline Data:**<br>**Annual # of people served in street outreach projects who exit to emergency shelter, safe haven, transitional housing, or permanent housing destinations.** | **Outcome Goals July 1, 2021 - June 30, 2024** | |
| | **Increase in # of People Successfully Placed from Street Outreach** | **Increase as % of Baseline** |
| *[To be provided by Cal ICH from HDIS: can use local data as placeholder in the meantime] 3,787* | 303 | 8% |
| **Describe Your Related Goals for Underserved Populations and Populations Disproportionately Impacted by Homelessness** | | |
| **Describe any underserved and/ or disproportionately impacted population(s) that your community will especially focus on related to this Outcome Goal and how this focus has been informed by data in your landscape assessment:** | **Describe the trackable data goal(s) related to this Outcome Goal:** | |
| The CEO Homeless Initiative is working with our HHAP Round 3 regional partners to ensure alignment on numeric goals for underserved and disproportionately impacted populations which CEO-HI will submit as part of the County's HHAP Round 3 application. | | |

10

**EXHIBIT 19 - Page 1927**

| Table 5. Strategies to Achieve Outcome Goals ||
|---|---|
| **Strategy** | **Performance Measure to Be Impacted**<br>**(Check all that apply)** |
| **Description**<br>Consolidate and simplify strategies critical to our countywide **rehousing system** with the goal of maximizing efficiency and flexibility to meet the unique needs of people experiencing homelessness in the communities in which they reside.  This will be informed by the April 11, 2022, report submitted to the Los Angeles County Board of Supervisors entitled, *Reassessing the Homeless Initiative Strategies: A New Framework to End Homelessness in Los Angeles County* (referred to in this table as the *"LA County Strategy Reassessment Report"* @ http://file.lacounty.gov/SDSInter/bos/supdocs/168669.pdf<br>**Timeframe**<br>To begin FY 2022-23<br>**Entities with Lead Responsibilities**<br>LA County Chief Executive Office Homeless Initiative<br>**Measurable Targets**<br>Please see Table 4, Outcome Goals.  Additional measurable targets will also be considered. | ☒ 1. Reducing the number of persons experiencing homelessness<br>☐ 2. Reducing the number of persons who become homeless for the first time.<br>☒ 3. Increasing the number of people exiting homelessness into permanent housing.<br>☒ 4. Reducing the length of time persons remain homeless.<br>☒ 5. Reducing the number of persons returning to homelessness after exiting homelessness to permanent housing.<br>☒ 6.  Increasing successful placements from street outreach.<br>☒ 7.  Focused on equity goals related to underserved populations and populations disproportionately impacted by homelessness. |

| **Strategy** | **Performance Measure to Be Impacted**<br>**(Check all that apply)** |
|---|---|
| **Description**<br>In robust collaboration with the County's **mainstream safety net systems**, implement activities with an emphasis on establishing a true "no wrong door" approach that advances equity, prioritizes at-risk households, effectively prevents homelessness, especially first-time homelessness, and establishes clear accountability mechanisms between the County departments and the Chief Executive Office Homeless Initiative.  This mainstream systems strategy will be informed by the LA County Strategy Reassessment Report @ http://file.lacounty.gov/SDSInter/bos/supdocs/168669.pdf<br>**Timeframe**<br>To begin in FY 2022-23<br>**Entities with Lead Responsibilities**<br>County Chief Executive Office Homeless Initiative; the Departments of Mental Health, Public Health, Health Services, Public Social Services, Children and Family Services, Public Defender, Probation, Sheriff, Consumer and Business Affairs, Workforce Development, Aging, and Community Services, LA County Development Authority, and the Office of Education.<br>**Measurable Targets**<br>Please see Table 4, Outcome Goals.  Additional measurable targets will also be considered. | ☒ 1. Reducing the number of persons experiencing homelessness.<br>☒ 2. Reducing the number of persons who become homeless for the first time.<br>☒ 3. Increasing the number of people exiting homelessness into permanent housing.<br>☒ 4. Reducing the length of time persons remain homeless.<br>☒ 5. Reducing the number of persons returning to homelessness after exiting homelessness to permanent housing.<br>☒ 6. Increasing successful placements from street outreach.<br>☒ 7. Focused on equity goals related to underserved populations and populations disproportionately impacted by homelessness. |

| **Strategy** | **Performance Measure to Be Impacted**<br>**(Check all that apply)** |
|---|---|
| **Description**<br>Increase **co-investment opportunities for cities and Councils of Government** (COGs) and enlist city engagement in expanding the supply of interim and permanent housing.  This strategy to increase the participation of cities will be informed by the LA County Strategy Reassessment Report @ http://file.lacounty.gov/SDSInter/bos/supdocs/168669.pdf<br>**Timeframe**<br>To begin FY 2022-23<br>**Entities with Lead Responsibilities**<br>LA County Chief Executive Office Homeless Initiative<br>**Measurable Targets**<br>Please see Table 4, Outcome Goals.  Additional measurable targets will also be considered. | ☒ 1. Reducing the number of persons experiencing homelessness<br>☐ 2. Reducing the number of persons who become homeless for the first time.<br>☒ 3. Increasing the number of people exiting homelessness into permanent housing.<br>☒ 4. Reducing the length of time persons remain homeless.<br>☒ 5. Reducing the number of persons returning to homelessness after exiting homelessness to permanent housing.<br>☒ 6.  Increasing successful placements from street outreach.<br>☒ 7. Focused on equity goals related to underserved populations and populations disproportionately impacted by homelessness. |

11

EXHIBIT 19 - Page 1928

| Strategy | Performance Measure to Be Impacted (Check all that apply) |
|---|---|
| **Description**<br>Expedite implementation of the **racial equity plan** under-development by the Chief Executive Office's Homeless Initiative and Anti-Racism, Diversity, and Inclusion (ARDI) Unit to apply a racial equity lens to all of its activities.<br>**Timeframe**<br>To Begin FY 2021-22 and continue through FY 2022-23<br>**Entities with Lead Responsibilities**<br>Chief Executive Office Homeless Initiative and ARDI Unit<br>**Measurable Targets**<br>Please see Table 4, Outcome Goals.  Additional measurable targets will also be considered. | ☒ 1. Reducing the number of persons experiencing homelessness<br>☒ 2. Reducing the number of persons who become homeless for the first time.<br>☒ 3. Increasing the number of people exiting homelessness into permanent housing.<br>☒ 4. Reducing the length of time persons remain homeless.<br>☒ 5. Reducing the number of persons returning to homelessness after exiting homelessness to permanent housing.<br>☒ 6. Increasing successful placements from street outreach.<br>☒ 7. Focused on equity goals related to underserved populations and populations disproportionately impacted by homelessness. |

12

EXHIBIT 19 - Page 1929