Carol A. Sobel (SBN 84483)
**LAW OFFICE OF CAROL A. SOBEL**
725 Arizona Ave.
Santa Monica, California 90401
Tel:  (31) 393-3055
Email: carolsobel@aol.com

Shayla R. Myers (SBN 264054)
**LEGAL AID FOUNDATION**
**OF LOS ANGELES**
7000 S. Broadway
Los Angeles, CA 90003
Tel: (213) 640-3983
Email: smyers@lafla.org

Catherine Sweetser (SBN 271142)
**SCHONBRUN SEPLOW HARRIS**
**& HOFFMAN, LLP**
11543 W. Olympic Blvd.
Los Angeles, CA 90064
Tel:  (310) 396-0731
Email: catherine.sdshhh@gmail.com

*Attorneys for Intervenors*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.<br>　　　　Plaintiff(s),<br><br>vs.<br><br>City of Los Angeles, et. al.<br>　　　　Defendant(s). | CASE NO. 20-CV-02291-DOC-KES<br><br>Hon. David O. Carter<br><br>**REQUEST FOR JUDICIAL NOTICE OF GOVERNMENT DOCUMENTS AND COURT RECORDS**<br><br>Date: June 9, 2022<br>Time: 9:00 a.m.<br><br>Complaint Filed:  March 10, 2020 |

1

1  *Additional Counsel*

2

3  **BROOKE WEITZMAN** SBN 301037
   **WILLIAM WISE** SBN 109468
4  ELDER LAW AND DISABILITY
   RIGHTS CENTER
5  1535 E 17th Street, Suite 110
   Santa Ana, California 92705
6
7  t. 714-617–5353
   e. bweitzman@eldrcenter.org
8  e. bwise@eldrcenter.org

9

10 *Attorneys for Orange County Catholic Worker*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE COURT, PLAINTIFFS, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 201 of the Federal Rules of Evidence, Intervenors respectfully request that the Court take judicial notice of the following documents and files:

1. Email from Elizabeth Mitchell to Valerie Flores and Scott Marcus, attached as Exhibit 1.

2. Los Angeles Municipal Code, Chapter IV, Article 1, Disorderly Conduct, Places and Publications attached as Exhibit 2.

3. Los Angeles Municipal Code, Chapter V, Article 6, Public Hazards, attached as Exhibit 3.

4. Bob Blumenfield, "My Meeting with Judge Carter on the Future of Homelessness in Los Angeles," April 19. 2020, available at https://blumenfield.lacity.org/judge_carter_and_the_future_of_homelessness_in_la, attached as Exhibit 4.

5. Bob Blumenfield, "Update on Judge Carter-Shelter Beds are Key to Progress on Homelessness," June 26, 2020, available at https://blumenfield.lacity.org/update_on_judge_carter_shelter_beds_are_key_to_progress_on_homelessness, attached as Exhibit 5.

6. Brief of Amicus Curiae the City of Los Angeles in Support of Grant of Petition of Certiorari, *City of Boise v. Martin*, 19-247, attached as Exhibit 6.

7. Civil Minute Order GRANTING Hansab, Continental, SNAP, and City Defendants' motions to dismiss; GRANTING IN PART and DENYING AS MOOT IN PART CNA Financial's motion to dismiss; DENYING AS MOOT Hansab and Continental's motions to strike; and DENYING AS MOOT Hansab's motion for a more definite statement, *Schonbrun v. SNAP, Inc., et al.*, 2:21-cv-07189-PSG-MRW, attached as Exhibit 7.

8. Los Angeles Homeless Services Authority, Greater Los Angeles Homeless Count 2020 Presentation, available at https://www.lahsa.org/documents?id=4558-2020-greater-los-angeles-homeless-count-presentation2020, attached as Exhibit 8.

Federal Rule of Evidence ("Fed. R. Evid.") 201 permits a Court to take judicial notice of a "fact that is not subject to reasonable dispute because it (1) is generally known with the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot be reasonably be questioned". Fed. R. Evid. 201(b).

Request 1 is an email correspondence that is contained in the official council file maintained by the Los Angeles City Clerk as part of City Council File 20-0263 and available on the website of the Los Angeles City Council. *See Democratic Nat'l Comm. v. Reagan*, 904 F.3d 686, 710 n.13 (9th Cir. 2018) (taking judicial notice of report publicly available on the website of the U.S. Election Assistance Commission).

Request 2 and 3 are chapters of the Los Angeles Municipal Code. Local Ordinances are the proper subject for judicial notice.

Request 4 and 5 are pages from Los Angeles City Council Member Bob Blumenfield and stored on his official City Council website. *See Democratic Nat'l Comm*, 904 F.3d at 710 n.13 (9th Cir. 2018).

Request 6 is the Brief of Amicus Curiae the City of Los Angeles in Support of Grant of Petition of Certiorari, City of *Boise v. Martin*, 19-247, which was filed with the United States Supreme Court on September 25, 2019. It is the proper subject of judicial notice as "[i]t is well established that [a court] may take judicial notice of judicial proceedings in other courts. *See Rosales-Martinez v. Palmer*, 753 F.3d 890, 894 (9th Cir. 2014) (citation omitted).

Request 7 is the Civil Minute Order GRANTING Hansab, Continental, SNAP, and City Defendants' motions to dismiss; GRANTING IN PART and DENYING AS MOOT IN PART CNA Financial's motion to dismiss; DENYING AS MOOT Hansab and Continental's motions to strike; and DENYING AS MOOT Hansab's motion for a more definite statement in *Schonbrun v. SNAP*,

Inc., et al., 2:21-cv-07189-PSG-MRW. It is the proper subject of judicial notice as "[i]t is well established that [a court] may take judicial notice of judicial proceedings in other courts. *See Rosales-Martinez,* 753 F.3d at 894.

Request 8 is the Los Angeles Homeless Services Authority, Greater Los Angeles Homeless Count 2020 Presentation, available at https://www.lahsa.org/documents?id=4558-2020-greater-los-angeles-homeless-count-presentation2020. It is the proper subject of Judicial Notice. *See Democratic Nat'l Comm.* 904 F.3d at 710 n.13 (9th Cir. 2018) (taking judicial notice of report publicly available on the website of the U.S. Election Assistance Commission).

Intervenors therefore request this Court take judicial note of foregoing, which are attached as Exhibits 1-8.

Dated: May 31, 2022

Respectfully submitted,
LEGAL AID FOUNDATION OF LOS ANGELES

/s/ *Shayla Myers*
By: Shayla Myers
Attorneys for Intervenors