# EXHIBIT 1



Scott Marcus <scott.marcus@lacity.org>

## Homelessness Solutions - LA Alliance for Human Rights
1 message

**Elizabeth Mitchell** <emitchell@spertuslaw.com>     Mon, Nov 25, 2019 at 1:04 PM
To: Valerie Flores <valerie.flores@lacity.org>, Scott Marcus <Scott.Marcus@lacity.org>
Cc: Tim McWilliams <tim.mcwilliams@lacity.org>, "james.p.clark@lacity.org" <james.p.clark@lacity.org>, "donsteier@gslawla.com" <donsteier@gslawla.com>, "leela.kapur@lacity.org" <leela.kapur@lacity.org>

Dear Valerie and Scott:

As you know, I represent a group called LA Alliance for Human Rights; we are preparing to sue the City and County for the homelessness situation and would like to discuss the issue before we file. Our goal is to start breaking down these barriers to homeless housing; in particular we are advocating for temporary shelters that can be built quickly and cheaply, getting people off the street immediately so we can start addressing the roots of the problem. We have all seen first-hand how the courts can be used to effect change when other methods have failed.

Having been in the City Attorney's office for over a decade, I'm well aware how strange this request seems and how sensitive these issues are. We want to have these conversations first because I know that once litigation has started it becomes a fight rather than a conversation. It is our goal to be collaborative to the extent possible, and we believe our interests are aligned. 'Impact litigation' can go far in providing political cover or breaking down barriers to get things done.

It is worth noting that we've already had a meeting with County Counsel and they were very receptive to what we're trying to do. They were hopeful (as are we) that the City might be a willing partner as well.

Please let me know if we can schedule some time to meet in the next week or so.

All the best,

ELIZABETH A. MITCHELL
SPERTUS, LANDES & UMHOFER, LLP

617 W. 7th St., Suite 200 | Los Angeles, CA 90017

t: (213) 205-6520 | f: (213) 205-6521 | emitchell@spertuslaw.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Thank you.