# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES                    Date: June 10, 2022

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Elizabeth Mitchell, Matthew Umhofer | Scott Marcus, Gita O'Neil Ana Lai, Louis "Skip" Miller |

**PROCEEDINGS: SETLLEMENT CONFERENCE**

Also present on behalf of intervenor, Carol Sobel and Shayla Meyers.

The Court tentatively approves the settlement agreement, written order to issue.

MINUTES FORM 11

CIVIL-GEN

_____1__:__43_____

Initials of Deputy Clerk: kdu