# FROM THE KINGDOM OF 'daredeemer' FILED

ADRIAN D. MOON
955 NORTH LAKE AVE
PASADENA CA 91104
CELL: (626) 360-9896
EMAIL: adriandaredeemer@gmail.com

Attorney For Plaintiff-Defendant Intervenor In Pro Se

2022 JUN 13 PM 3: 56

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY



## UNITED STATES CENTRAL DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

## IN THE COUNTY OF LOS ANGELES – C.C.B. INC.

| | |
|---|---|
| **L.A. ALLIANCE FOR HUEMAN RIGHTS, ET. AL.**<br><br>Plaintiffs-Intervenor-Appellant,<br><br>vs,<br><br>**CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, ET. AL.**<br><br>Defendants-Intervenor-Appellee,<br><br>**ADRIAN D. MOON,** ( An Individual)<br><br>By the Authority of "EL ELYON",<br><br>Plaintiff-Defendant Intervenor, | Case No. ___**2:20-CV-02291-DOC (KES)**___<br><br>Identical Pending Lead Related Case BA332095 ; BA36225 ; S273401 ET.A.L.<br><br>**EMERGENCY MOTION UNDER CIRCUIT RULE 27-3 AND SUPREMACY CLAUSE ARTICLE VI PARAGRAPH TWO OF THE UNITED STATES CONSTITUTION FOR ORDERS TO ALLOW LEAVE OF COURT AND GRANTING OF ADRIAN D. MOON TO BE ALLOWED AS AN ADDITIONAL PLAINTIFF-DEFENDANT INTERVENOR ET. SEQ. SEE, READ, AND CONSIDER ATTACHED MOTIONS 1 THROUGH 9 INCORPORATED BY THIS REFEFENCE ET. SEQ. ( Proposed ) ORDER THEREON**<br><br>**DATE: JUNE 16, 2022**<br>**TIME: 10:00 a.m.or soon thereafter to be heard**<br>**CTRM:    1**<br>**LOC.: 255 EAST TEMPLE ST. L.A. CA 90012**<br><br>**HONORABLE DAVID O CATER, JUDGE,** presiding<br><br>**COVID-19: HOST, HOAX, OR HOLY SPIRIT** |

## DECLARATION OF ADRIAN D. MOON

## MEMORANDUM OF POINTS AND AUTHORITIES

I AM ADRIAN D. MOON, (hereinafter, 'daredeemer' ) Plaintiff-Defendant Intervenor In Pro Se

Chosen one, begotten Son of the Almighty Creator, "EL ELYON" in the Mighty Name of Yeshua

EMERGENCY MOTION UNDER CIRCUIT RULE 27-3 AND SUPRREMACY CLAUSE ARTICLE VI PARAGRAPH TWO OF THE UNITED STATES CONSTITUTION FOR ORDERS FOR LEAVE TO ALLOW ADRIAN D. MOON TO INTERVENE AS PLAINTIFF-DEFENDANT ET.

SEQ. - 1

## FROM THE KINGDOM OF 'daredeemer'

1. Jesus Christ the Messiah… paragon , with integrity and veracity, proclaim and decree as follows,

2. **CIRCUIT RULE UNDER EMERGECY MOTION 27-3 AND SUPREMACY CLAUSE**

3. **ARTICLE VI PARAGRAPH TWO OF THE UNITED STATES CONSTITUTION**

4. **CERTIFICATE:**

5. 1.  'daredeemer' certifies that the following is the information required by Circuit Rule 27-3 et. Seq.

6. **Relief Requested:**

7. 2.  'daredeemer' requests that he be GRANTED As an additional Plaintiff-Defendant (Intervenor)  in

8. This case . 'daredeemer' has requested this relief on the Superior, Court of Appeals, Supreme Court in

9. California and on the U.S. District , 9th Circuit and Supreme Courts on the Federal Levels

10. 3.   The attorneys , addresses and Phone Numbers are as follows:   Elizabeth A. Mitchell, Spertus,

11. Landes and Umhofer L.L.P. 617 W. 7th street @200, L.A. CA 90017, PH. (213) 205-6520

12. emitchell@spertuslaw.com  ; Michael N. Feuer, City Attorney 200 Main Street , City Hall East Rm

13. 800  L.A. CA 90012 PH. (213) 978-8100 mikefueuer@lacity.org ;  Rodrigo A. Castro-Silva, Mary

14. Wickham , L.A. County Counsel , 500 West Temple Street Rm. 648 L.A. CA 90012 PH. (213 974-1833

15. mwickman@counsel.lacounty.gov   ;

16. 4.   'daredeemer' re-alleges and incorporates herein by this reference each and every allegation and

17. undisputed facts set forth in the instant complaint filed on March 20, 2020 (92) pages and all responsive

18. pleadings filed in compliance to the compliant  though set forth fully herein , see , read and consider

19. attached Motions 1 through 9 incorporated by this reference.  " Judge Carter is required to take judicial

20. notice of Public Documents filed in Federal and State Court "  **HARRIS V. COUNTY OF ORANGE,**

21. ( 9TH Cir. Dist. 2012) citation omitted ; Fed. Evidence Code 201 et. Seq.   'daredeemer' request that the

22. Honorable David O. Carter, Judge take judicial notice of all Pending Lead Related cases in the matters.

23. **CONCLUSION:**
**BECAUSE THE INSTANT ACTION AND RESPONSIVE PLEADINGS TERRORIST THREATENS THE IMPACT OF THE CONSENT DECREE OF 'daredeemer's INTERVENTION SHALL BE GRANTED , FORTHWITH !!!!**
'daredeemer' decrees under the penalty of Sin , that the Foregoing is True, So help ME GOD !

DATED: June 13, 2022

**ADRIAN D. MOON, Plaintiff-Defendant Intervenor**

**𝕱𝖗𝖔𝖒 𝖙𝖍𝖊 𝕶𝖎𝖓𝖌𝖉𝖔𝖒 𝖔𝖋 'daredeemer'**

955 NORTH LAKE AVE PASADENA CA 91104  PH. (626) 360-9896 EMAIL : adriandaredeemer@gmail.com

1  LOS ANGELES COUNTY BOARD OF SUPERVISORS
2  ATTN: CELIA ZAVALA, Executive Officer
   KENNETH HAHN HALL OF ADMINISTRATION
3  500 WEST TEMPLE STREET Rom 383
   LOS ANGELES CA 90012
4

5               SUPERIOR COURT OF THE STATE OF CALIFORNIA
                   CIVIL UNLIMITED DIVISION – C.C.B. INC.
6                     IN THE COUNTY OF LOS ANGELES
7

8  **ADRIAN D. MOON,**                    ) CLAIM NO. ___22-439002  ET. AL.___
                                          )
9     By Authority of EL ELYON.           ) **NOTICE OF ADDRESSING THE BOARD ON**
                                          ) **JUNE 8, 2022 AT 9:30 A.M. ON ITEMS CS-1**
10            Plaintiff-Victim,           ) **CONFERENCE WITH LEGAL COUNSEL –**
                                          ) **ANTICIPATED LITIGATION AND CS-2**
11        vs.                             ) **DEPARTMENT HEAD PERFORMANCE**
                                          ) **EVALUATIONS AND STIPULATION**
12 **SATAN THE DEVIL ( People of**         ) **SETTLEMENT AGEEMENT ET. SEQ.**
   California/Washington, D.C.) **ET. AL.** , )
13   At the Behest of Satan the Devil,    ) **DATE: JUNE 8, 2022**
                                          ) **TIME:9:30 A.M. or soon thereafter to be heard**
14            Defendants,                 ) **DEPT.:  Meeting Room**
                                          ) **LOC.: 500 WEST TEMPLE ST. L.A. CA 90012**
15                                        )
                                          ) **HONORABLE CELIA ZAVALA**
16                                        ) **EXECUTIVE OFFICER , presiding**
                                          )
17                                        ) **COVID-19: HOST, HOAZ OR HOLY SPIRIT**
                                          )
18                    DECLARATION OF ADRIAN D. MOON

19              MEMORANDUM OF POINTS AND AUTHORITIES

20 I AM ADRIAN D.  MOON, (hereinafter, 'daredeemer' ) Plaintiff- Victim In Pro Se, chosen one ,

21 begotten Son of The Almighty Creator. EL ELYON in the Mighty Name of Yeshua Jesus Christ

22 the Messiah... paragon, with integrity and veracity, proclaim and decree as follows,

23    1.  I shall make Public comment on items CS-1 , regarding the C.E.O. AND THE ENTIRE

24 BOARD AGENDIZING 'daredeemer's  Motion by Executive Order to pay 'daredeemer'

25 restitution in the sum of Seven Billion Dollars ( $7,000,000,000.00 ) at the next Board Meeting on

26 June 14, 2022 and  CS-2 , regarding the C.E.O. and Board Members Arrest for their most recent

27 criminal Mayhem along with Gangster Mark Rigley-Thomas.

28

MOTION 1

## FROM THE KINGDOM OF 'daredeemer'

955 NORTH LAKE AVE PASADENA CA 91104  PH. (626) 360-9896 EMAIL : adriandaredeemer@gmail.com

## STIPULATION AGREEMENT

**Parties:**

2.  **ADRIAN D. MOON,  ( hereinafter, 'daredeemer' ) Plaintiff-Victim In Pro Se, being represented by and through his attorney of record, Adrian D. Moon, In Pro Se ,**

3.  **FESIA DAVENPORT, HOLLY J. MITCHELL, HILDA L. SOLIS, JANICE HAHN , SHEILA KUEHL, KATHRYN BARGER-LIEBRICH, ( hereinafter, 'C.C.B. INC. ' ) Defendants being represented by and through self-representation in Pro Per.**

**STATEMENT OF UNDISPUTED FACTS:**

4.  **The** Above-mentioned Defendants are active participates and  members ( MOSTLY LAWYERS AND FORMER LAWYERS)  of an Notorious  Organized Crime Syndicate established to Undermine the National Security of the Earth, and 'daredeemer'  through the guise of  being employed by Federal and State Employees of the County of  Los Angeles and other counties in the State of California ,  and Washington D.C . known to 'daredeemer' as ' C.C.B. INC.'

5.  **WHEREAS,** The City Of  Los Angeles ( underlings of C.C.B. inc. )  has settle with 'daredeemer' for $ 5, 000,000,000.00 in one Federal Court case regarding their keeping  'daredeemer' Homeless for Decades, but the Mob Bosses ( C.C.B. INC. ) LOS ANGELES COUNTY have not !!! and have also criminally conspired  with their underlings in violation of Los Angeles County Board of Supervisor's Eviction Moratorium Order of February 23, 2020  to evict 'daredeemer' making 'daredeemer' once again homeless.

6.  **WHEREAS,** Mob Boss Kathryn ( The Sinner ) Barger-Liebrich has falsely accused and imprisoned 'daredeemer'  without cause for STANDING IN FAITH  IN THE MIGHTY NAME OF YESHUA JESUS CHRIST THE MESSIAH!!!

7.  **WHEREAS,** Mob Boss Kathryn ( The Sinner) Barger-Liebrich directed underlings Michael Johnson and Craig Mitchell, Christopher Allen Darden, Walter Mueller and others to falsely and imprisoned 'daredeemer' with a sentence of  Twenty (20) years , Eight (8) month to LIFE in a criminally conspired Attempted Murder Scheme !!!  in cases People v. Moon, case nos. BA332095 and BA362256.

8.  **WHEREAS, 'C.C.B. INC. '** collectively over the span of a Decade stole Real and Personal

NOTICE OF ADDRESSING THE BOARD ON JUNE 8, 2022 AT 9:30 A.M. ON ITEMS CS-1 CONFERENCE WITH LEGAL COUNSEL- ANTICIPATED LITIGATION AND CS-2 DEPARTMENT HEAD  PERFORMANCE EVALUATIONS AND STIPULATION SETTLEMENT AGREED ET. SEQ.  - 2

Motion 2

## 𝕱𝕽𝕺𝕸 𝕿𝕳𝕰 𝕶𝕴𝕹𝕲𝕯𝕺𝕸 𝕺𝕱 'daredeemer'

955 NORTH LAKE AVE PASADENA CA 91104  PH. (626) 360-9896 EMAIL : adriandaredeemer@gmail.com

1   Property of 'daredeemer's of over One (1) Billion Dollars.

2   **IT IS HEREBY AGREED AND STIPULATED  BETWEEN THE PARTIES ADRIAN D.**

3   **MOON, FESIA DAVENPORT, SHEILA KUEHL, JANICE HAHN , KATHRYN BARGER-**

4   **LIEBRICH, HOLLY L. MITCHELL AND HILDA L. SOLIS THAT BY EXECUTIVE ORDER**

5   **THE PAYMENT FOR THE LUMP  SUM OF SEVEN BILLION DOLLARS IS TO BE PAID TO**

6   **ADRIAN  D. MOON  BY JUNE 15, 2022 FORTHWITH !!!**

7   ///

8   **This Stipulation Can Be Signed And Filed With the Executive Officer Celia Zavala Separately by**

9   **the Parties…**

10  ///

11  **DATED:  June 5, 2022**                    by: _____

12                                              **ADRIAN D. MOON, Plaintiff- Victim being**
                                               **represented by and through his attorney of**
13                                              **record, Adrian D. Moon, 955 N. Lake Ave,**
                                               **Pasadena CA 91104, ph. (626)360-9896 email:**
14                                              **adriandaredeemer@gmail.com**

15

16  DATED: JUNE     ,  2022                     by: _____
                                               **KATHRYN BARGER-LIEBRICH**, 5TH District
17                                              Board of Supervisor, Authorized Capacity

18

19  DATED: JUNE    , 2022                       by: _____
                                               **HOLLY J. MITCHELL**, 2ND District Board of
20                                              Supervisor , Chair Authorized Capacity

21

22  DATED: JUNE    ,  2022                      by: _____
                                               **HILDA L. SOLIS**, 1ST District Board of
23                                              Supervisor , Authorized Capacity

24

25  DATED : JUNE    , 2022                      by: _____
                                               **JANICE HAHN**, 4TH District Board of
26                                              Supervisor, Authorized Capacity

27

28

---

NOTICE OF ADDRESSING THE BOARD ON JUNE 8, 2022 AT 9:30 A.M. ON ITEMS CS-1 CONFERENCE WITH
LEGAL COUNSEL- ANTICIPATED LITIGATION AND CS-2 DEPARTMENT HEAD  PERFORMANCE
EVALUATIONS AND STIPULATION SETTLEMENT AGREED ET. SEQ.  - 3

Motion 3

𝕱𝖗𝖔𝖒 𝕿𝖍𝖊 𝕶𝖎𝖓𝖌𝖉𝖔𝖒 𝕺𝖋 'daredeemer'

955 NORTH LAKE AVE PASADENA CA 91104  PH. (626) 360-9896 EMAIL : adriandaredeemer@gmail.com

DATED:  JUNE   , 2022                          by: _____
                                                    **SHEILA KUEHL, 3ᴿᴰ** District Board of
                                                    Supervisor, Authorized Capacity

DATED:  JUNE   , 2002                          by: _____
                                                    **FESIA DAVENPORT, C.E.O.  Authorized Capacity**

## ORDER

**FOR GOOD CAUSE SHOWING AND BY STIPULATION OF ALL PARITES OR ON THE EXECUTIVE OFFICER CELIA ZAVALA OWN MOTION IT IS SO ORDERED,**

**THAT:**

> 1. **BY EXECUTIVE ORDER OF CELIA ZAVALA , EXECUTIVE OFFICER  A LUMP SUM PAYMENT OF SEVEN (7) BILLIONS DOLLARS SHALL BE PAID TO ADRIAN D. MOON BY JUNE 15, 2022 FORTHWITH !!!**

**DATED :  JUNE    , 2022**

_____

**HONORABLE CELIA ZAVALA, EXECUTIVE OFFICER**

NOTICE OF ADDRESSING THE BOARD ON JUNE 8, 2022 AT 9:30 A.M. ON ITEMS CS-1 CONFERENCE WITH LEGAL COUNSEL- ANTICIPATED LITIGATION AND CS-2 DEPARTMENT HEAD  PERFORMANCE EVALUATIONS AND STIPULATION SETTLEMENT AGREED ET. SEQ.  - 4

Motion 4

**FROM THE KINGDOM OF 'daredeemer'**

1  ADRIAN D. MOON
   955 NORTH LAKE AVE
2  PASADENA CA 91104
   CELL: (626) 360-9896
3  EMAIL: adriandaredeemer@gmail.com

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN -6 2022

Sherri R. Carter, Executive Officer/Clerk of Court

4

5  Attorney For Respondent-Victim In Pro Se

6

7           SUPERIOR COURT OF THE STATE OF CALIFORNIA

8           FAMILY LAW DIVISION- RESTRAINING ORDERS

9               IN THE COUNTY OF LOS ANGELES

10

11  COUNTY OF LOS ANGELES, KATHRYN          ) Case No.   __22STRO02855__
    BARGER-LIEBRICH,                         )
12                                           ) Identical Pending Lead Case Nos. 22CHRO00727;
                                             ) BA332095 ; BA362256 ; San Marino Police Dept.
13      At the Behest of Satan the Devil,    ) # 22-297  ET. AL.
                                             )
14          Petitioners-Defendants,          ) **PEREMPTORY CHALLENGE AGAINST**
                                             ) **DEFENDANT PATRICIA A. YOUNG,**
15      vs.                                  ) **JUDGE PURSUANT TO C.C.P. SECTION**
                                             ) **170.6 ET. SEQ. ; SEE, READ AND**
16                                           ) **CONSIDER ATTCHED MOTIONS A (3)**
                                             ) **PAGES AND MOTION B (6) PAGES**
17                                           ) **INCORPORATED BY THIS REFERENCE**
                                             )                JUNE
18  ADRIAN D. MOON,                          ) **DATE: ~~MAY~~ 7, 2022**
                                             ) **TIME: 1:30 p.m. or soon thereafter to be heard**
19      By Authority of EL ELYON,            ) **DEPT.:   13**
                                             ) **LOC.: 111 N. HILL STREET L.A. CA 90012**
20          Respondent-Victim,               )
                                             ) **HONORABLE JUDGE PATRICIA A.**
21                                           ) **YOUNG, presiding**
                                             )
22                                           ) **COVID-19: HOST, HOAX OR HOLY SPIRIT**
                                             )
23  _____ )

24              **DECLARATION OF ADRIAN D. MOON**

25          **MEMORANDUM OF POINTS AND AUTHORITES**

26  I AM ADRIAN D. MOON , (hereinafter, 'daredeemer' ) Respondent-Victim in Pro Se, chosen one

27  , begotten Son of the Almighty Creator in the Mighty Name of Yeshua Jesus Christ the Messiah…

28  paragon, with integrity and veracity, proclaim and decree as follows,

_____

**PEREMPTORY CHALLENGE AGAINST DEFENDANT PATRICIA A. YOUNG, JUDGE PURSUANT TO C.C.P.
SECTION 170.6 ET. SEQ. - 1**

# 𝕱𝕽𝕺𝕸 𝕿𝕳𝕰 𝕶𝕴𝕹𝕲𝕯𝕺𝕸 𝕺𝕱 'daredeemer'

1. That the Bench Officer Defendant Patricia A. Young before whom Court Trial or hearing of June 7, 2022 in this case is pending is inflicted with Covid-19 or some other abomination (Dis-ease ) and is Prejudice and is on Mob Boss Kathryn ( the Sinner) Barger-Liebrich's payroll ( accepting bribes) and is not impartial against Respondent-Victim 'daredeemer' and his attorney of record and the interest of these parties, so that these parties cannot and shall not have an fair, impartial Court Trial or hearing on June 7, 2022!!!  'daredeemer' cannot match Mob Boss Kathryn Barger-Liebrich's  Bribe payoffs as 'daredeemer' is indigent and Homeless !!!  This is the sole Peremptory Challenge C.C.P. 170.6 and is timely served and in proper form by 'daredeemer ' and is irrefutable !!! AMEN

2. Bench Officer Defendant Patricia A. Young in several secret meetings has criminally conspired with Mob Boss Barger-Liebrich an her underlings , Defendants Kent Sommer, John Incontro, Chief of the San Marino Police Department to jeopardize the integrity of the criminal investigation case no. 22-297 and not GRANT or timely consider the " Request to Waive Additional Court Fees filed on May 31, 2022 !!! see , read and consider attached Motion A (3) pages of Lead Pending Case No. 22CHRO00727 incorporated by this reference.  And the Hearing on June 8, 2022 'daredeemer' anticipates to get restitution of $7,000,000,000.00 … see, read, and consider attached Motion B (6) pages incorporated by this reference.

<u>PRIVATE CITIZEN'S ARREST AGAINST DEFENDANT BENCH OFFICER PATRICIA A.</u>
<u>YOUNG PURSUANT TO PENAL CODE SECTION S 834 THROUGH 839 ET. SEQ.</u>

I AM ADRIAN D. MOON, 'daredeemer' and AM placing YOU , Patricia A. Young under arrest on the charges of Obstruction of Justice , accepting bribes by an Organized Criminal Syndicate, Fraud , Perjury, Extortion, Criminal Conspiracy , Treason and Attempted Murder ! YOU have the rights to remain silent because anything YOU say or do shall be used against YOU in any court of Law !  YOU have the right to an attorney while being questioned and if YOU can't afford an Attorney as Public Pretender shall be appointed to YOU !  YOU have the right to turn YOURSELF into the Custody of the Los Angeles Police Department or the Los Angeles County Sheriff to await arraignment for these charges and bail hearing. If YOU don't  turn YOURSELF into the Custody of a Police Department YOU shall be considered a FUGITIVE in the eyes of the

Motion 6

# FROM THE KINGDOM OF 'daredeemer'

1   Law !!!   DO YOU UNDERSTAND THESE RIGHTS ?

2   FURTHERMORE, 'daredeemer' is hereby deputizing all and any person(s) that come into

3   immediate contact of YOU to subdue YOU until a Police Officer arrives to take YOU into

4   Custody.

5   'daredeemer' decrees under the penalty of Sin that the foregoing is true and correct, So help ME

6   GOD !!!

DATED: JUNE 6, 2022

7                                        _____

                                          ADRIAN D. MOON, VICTIM

8

9

10                          " JUDGEMENT IS COMING"

11                     LUKE 11:52 N.K.J.V decree of 1611

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

### Family Division
### Stanley Mosk Dept. - 13

**22STRO02855**
**COUNTY OF LOS ANGELES**          *Kathryn Barger*

**VS**

**Moon, Adrian**

**June 7, 2022**
**1:30 PM**

Honorable Patricia A. Young, Judge

Stephanie Lopez, Judicial Assistant                    Janet Cho (#14359), Court Reporter
Susan Z Gonzalez, Court Services
Assistant

---

**NATURE OF PROCEEDINGS:** Petition - Workplace Violence (violence) filed by Petitioner on May 12, 2022

The following parties are present for the aforementioned proceeding:

> Adrian Moon, Respondent
> Kent Merrill Sommer, Attorney

Both parties appear via LACC.

The matter is called for hearing.

Respondent is sworn/affirmed.

Pursuant to request by the Petitioner, the Petitioner's Request for Restraining Order is discharged. All Temporary Restraining Orders, if any, are dissolved.

Case is dismissed without prejudice.

---

Minute Order                                          Page 1 of 1



Adrian Moon
L998351
mail Pick up
Cheek mail
room

No. ~~S~~ S 273401

In The

~~Supreme Court of the United States of America~~

SUPREME COURT OF CALIFORNIA.

**ADRIAN DAMICO MOON,**

Petitioner,

v.

**SATAN THE DEVIL et. al.**

Respondents,

---

On Petition for a Writ of Certiorari

To the United States Court of Appeals

For the Ninth Circuit Court of Appeals

---

PETITION FOR A WRIT OF CERTIORARI

---

Adrian D. Moon, Counsel of Record

955 NORTH LAKE AVE

PASADENA CA 91104

(626) 360-9896

adriandaredeemer@gmail.com

Motion 9                    page 2