FROM THE KINGDOM OF 'daredeemer'

FILED

2022 JUN 15 PM 3:48

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: ____

ADRIAN D. MOON
955 NORTH LAKE AVE
PASADENA CA 91104
CELL.: (626) 360-9896
EMAIL: daredeemer@gmail.com

Attorney For Plaintiff-Defendant Intervenor In Pro Se

UNITED STATES CENTRAL DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

IN THE COUNTY OF LOS ANGELES – C.C.B. INC.

L.A. ALLIANCE FOR HUEMAN RIGHTS, ET. AL.

   Plaintiffs-Intervenor-Appellant,

vs,

CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, ET. AL.

   Defendants-Intervenor-Appellee,

ADRIAN D. MOON, ( An Individual)

  By the Authority of "EL ELYON",

   Plaintiff-Defendant Intervenor,

Case No.   **2:20-CV-02291-DOC (KES)**

Identical Pending Lead Related Case BA332095 ; BA36225 ; S273401 ET.A.L.

**SUPPLEMENTAL EVIDENCE IN SUPPORT OF EMERGENCY MOTION FOR ADDITIONAL ORDER TO THE LOS ANGELES COUNTY PROBATION DEPARTMENT TO PROVIDE THE COMPLETE PROBATION (AB109) CASE FILE OF ADRIAN D. MOON PURSUANT TO THE SUBPOEANA ISSUED ON APRIL 26, 2022 SEE READ AND CONSIDER ATTACHED MOTIONS 1 THROUGH 13 INCORPORATED BY THIS REFERENCE ( Proposed ) ORDER THEREON**

**DATE: JUNE 16, 2022**
**TIME: 10:00 a.m.or soon thereafter to be heard**
**CTRM:   1**
**LOC.: 255 EAST TEMPLE ST. L.A. CA 90012**

**HONORABLE DAVID O CATER, JUDGE, presiding**

**COVID-19: HOST, HOAX, OR HOLY SPIRIT**

I AM ADRIAN D. MOON , hereby submit supplemental Evidence in support of Emergency Motion for additional order to the Los Angeles County Probation Department to provide a complete probation (AB109) case file of Adrian D. Moon , pursuant to the subpoena issued on April 26, 2022 , see , read and consider attached Motions 1 through 13 incorporated by this reference .

DATED: June 15, 2022

        ADRIAN D. MOON, Plaintiff-Defendant Intervenor in Pro Se

LEAVE TO ALLOW ADRIAN D. MOON TO INTERVENE AS PLAINTIFF-DEFENDANT ET.

FL-300

| PARTY WITHOUT ATTORNEY OR ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|

NAME: ADRIAN D. MOON

FIRM NAME:

STREET ADDRESS: 955 NORTH LAKE AVE

CITY: PASADENA    STATE: CA    ZIP CODE: 91104

TELEPHONE NO.: (626) 350-9896    FAX NO.:

E-MAIL ADDRESS: adriandaredeemer@gmail.com

ATTORNEY FOR (name): Respondent-Victim

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES

STREET ADDRESS: 9425 PENFIELD AVE

MAILING ADDRESS:

CITY AND ZIP CODE: CHATSWORTH CA 91311

BRANCH NAME: NORTH VALLEY DISTRICT

**FILED**
Superior Court of California
County of Los Angeles

**JUN 08 2022**

Sherri R. Carter, Executive Officer/Clerk of Court

By _____, Deputy
Michael Adams

PETITIONER: CHRISTOPHER ALLEN DARDEN

RESPONDENT: ADRIAN D. MOON

OTHER PARENT/PARTY: ROBERT S. DUFOUR. LEE S. ARIAN, MICHAEL Moore

| REQUEST FOR ORDER ☐ CHANGE ☒ TEMPORARY EMERGENCY ORDERS | CASE NUMBER: |
|---|---|
| ☐ Child Custody  ☐ Visitation (Parenting Time)  ☐ Spousal or Partner Support<br>☐ Child Support  ☐ Domestic Violence Order  ☐ Attorney's Fees and Costs<br>☐ Property Control ☒ Other (specify): ORDER TO THE LOS ANGELES COUNTY<br>PROBATION DEPARTMENT TO PRODUCE DOCUMENTS PURSUANT TO SUPOENA | 22CHRO00727 |

*(Proposed) ORDER THEREON*

**NOTICE OF HEARING**

1. TO (name(s)): CHRISTOPHER ALLEN DARDEN, ROBERT S DUFOUR LEE S ARIAN *AND MICHAEL MOORE*
   ☒ Petitioner  ☐ Respondent  ☐ Other Parent/Party  ☒ Other (specify): DEFENDANTS

2. **A COURT HEARING WILL BE HELD AS FOLLOWS:**

   a. Date: **JUNE 8, 2022**    Time: 8:30 a.m.    ☒ Dept.: F-46    ☐ Room.:

   b. Address of court  ☒ same as noted above  ☐ other (specify):

3. **WARNING to the person served with the Request for Order:** The court may make the requested orders without you if you do not file a *Responsive Declaration to Request for Order* (form FL-320), serve a copy on the other parties at least nine court days before the hearing (unless the court has ordered a shorter period of time), and appear at the hearing. (See form FL-320-INFO for more information.)

   (Forms FL-300-INFO and DV-400-INFO provide information about completing this form.)

It is ordered that: *(Proposed)* **COURT ORDER** *UNDER C.C.P. § 170.4 ONLY* (FOR COURT USE ONLY)

4. ☐ Time  ☐ for service  ☐ until the hearing  is shortened. Service must be on or before (date):

5. ☐ A *Responsive Declaration to Request for Order* (form FL-320) must be served on or before (date):

6. ☐ The parties must attend an appointment for child custody mediation or child custody recommending counseling as follows (specify date, time, and location):

7. ☐ The orders in *Temporary Emergency (Ex Parte) Orders* (form FL-305) apply to this proceeding and must be personally served with all documents filed with this *Request for Order*.

8. ☒ Other (specify): ORDER TO THE LOS ANGELES COUNTY PROBATION DEPARTMENT AND/OR CHERIESE MARTIN TO PRODUCE DOCUMENTS OF THE COMPLETE PROBATION CASE FILE (AB109) OF ADRIAN D. MOON TO ADRIAN D. MOON PURSUANT TO THE SUBPOENA ISSUED IN LEAD PENDING CASE MOON V. SATAN, BA332095 ...

   *And Bench Warrants for non-appearance to Depositions michael moore, chief, TRACI GRYN's and ...*

Date: 6/8/22

*JUDICIAL OFFICER*
*LEE S. ARIAN*

Page 1 of 4

Form Adopted for Mandatory Use
Judicial Council of California
FL-300 [Rev. July 1, 2016]

**REQUEST FOR ORDER**

Family Code, §§ 2045, 2107, 6224, 6226, 6320–6326, 6380–6383; Government Code, § 26826 Cal. Rules of Court, rule 5.92 www.courts.ca.gov

*Ex parte application DENIED. No BASIS to ADDRESS AS EX PARTE — NO DEMONSTRATED / ALLEGED EXIGENCY.*

*motion 1*

**FL-300**

| PETITIONER: _QAROEN_ Moon | CASE NUMBER: |
|---|---|
| RESPONDENT: Moon | |
| OTHER PARENT/PARTY: _DIFOUL, ARIAN, MOORE_ | _22CHRO00727_ |

## REQUEST FOR ORDER

**Note:** Place a mark [X] in front of the box that applies to your case or to your request. If you need more space, mark the box for "Attachment." For example, mark "Attachment 2a" to indicate that the list of children's names and birth dates continues on a paper attached to this form. Then, on a sheet of paper, list each attachment number followed by your request. At the top of the paper, write your name, case number, and "FL-300" as a title. (You may use *Attached Declaration* (form MC-031) for this purpose.)

1. [x] **RESTRAINING ORDER INFORMATION**
   One or more domestic violence restraining/protective orders are now in effect between *(specify):*
   [X] Petitioner [ ] Respondent [ ] Other Parent/Party *(Attach a copy of the orders if you have one.)*
   The orders are from the following court or courts *(specify county and state):*
   a. [X] Criminal: County/state *(specify):* LOS ANGELES     Case No. *(if known):* BA332095
   b. [X] Family: County/state *(specify):* CHATSWORTH CA     Case No. *(if known):* 22CHRO00727
   c. [ ] Juvenile: County/state *(specify):*     Case No. *(if known):*
   d. [ ] Other: County/state *(specify):*     Case No. *(if known):*

2. [ ] **CHILD CUSTODY**
   [ ] **VISITATION (PARENTING TIME)**     [ ] I request temporary emergency orders
   a. I request that the court make orders about the following children *(specify):*

   | Child's Name | Date of Birth | [ ] Legal Custody to *(person who decides: health, education, etc):* | [ ] Physical Custody to *(person with whom child lives):* |
   |---|---|---|---|

   b. [ ] The orders I request for [ ] child custody [ ] visitation (parenting time) are:    [ ] Attachment 2a.
      (1) [ ] Specified in the attached forms:
        [ ] Form FL-305 [ ] Form FL-311 [ ] Form FL-312 [ ] Form FL-341(C)
        [ ] Form FL-341(D) [ ] Form FL-341(E) [ ] Other *(specify):*
      (2) [ ] As follows *(specify):*    [ ] Attachment 2b.

   c. The orders that I request are in the best interest of the children because *(specify):*    [ ] Attachment 2c.

   d. [ ] This is a change from the current order for [ ] child custody [ ] visitation (parenting time).
      (1) [ ] The order for legal or physical custody was filed on *(date):*    . The court ordered *(specify):*
      (2) [ ] The visitation (parenting time) order was filed on *(date):*    . The court ordered *(specify):*

   [ ] Attachment 2d.

FL-300 [Rev. July 1, 2016]      **REQUEST FOR ORDER**      Page 2 of 4

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Family Division
## Chatsworth Dept. - F46

**22CHRO00727**
**Darden, Christopher**
**vs**
**Moon, Adrian**

**June 8, 2022**
**8:30 AM**

Honorable Lee S. Arian, Judge

Michael Adams, Judicial Assistant

---

**NATURE OF PROCEEDINGS:** Ex Parte - Application  filed by Respondent on June 8, 2022

The following parties are present for the aforementioned proceeding:

    No Appearances

The matter is not called for hearing.

Respondent, Adrian Moon's, Ex Parte Application re: Order to the Los Angeles County Probation Department to Produce Documents Pursuant to Supoena is read and reviewed in chambers by the Court.

The Court rules as follows:

Respondent's Ex Parte Application is denied.

Motion 2

ADRIAN D. MOON
955 NORTH LAKE AVE
PASADENA CA 91104
CELL: (626) 360-9896
EMAIL: adriandaredeemer@gmail.com

Attorney For Defendant-Victim In Pro Se

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## CLARA SHORTRIDGE FOLTZ COURTHOUSE-C.C.P. INC.

## IN THE COUNTY OF LOS ANGELES

ADRIAN D. MOON, on Habeas Corpus,

    By Authority of The Almighty Creator,

        Petitioner-Defendant -Victim,

    vs.

SATAN THE DEVIL ( People of California), ET. AL.

    At the Behest of Satan the Devil,

        Respondent-Plaintiff-Defendant,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. ____BA332095 AND BA362256____

Los Angeles County Claims # 22-4394002

NOTICE TO THE HONORABLE JUDGE MICHAEL D. CARTER OF STIPULATION AGREEMENT FOR ORDER TO PROVIDE DOCUMENTS FROM THE CUSTODIAN OF THE PROBATION DEPARTMENT (AB109) CASE FILE OF ADRIAN D. MOON ET. SEQ. (Proposed) ORDER THEREON

DATE: MAY 13, 2022
TIME: 8:30 a.m. or soon thereafter to be heard
DEPT.:    108
LOC. : 210 W. TEMPLE ST. L.A. CA 90012

HONORABLE JUDGE MICHAEL D. CARTER, presiding

COVID-19:HOST, HOAX , OR HOLY SPIRIT

## DECLARATION OF ADRIAN D. MOON

## MEMORANDUM OF POINTS AND AUTHORITIES

I AM ADRIAN D. MOON, (hereinafter, 'daredeemer' ) Petitioner-Defendant-Victim In Pro Se, chosen one, begotten Son of the Almighty Creator in the Mighty Name of Yeshua Jesus Christ the Messiah... paragon, with integrity, and veracity proclaim and decree as follows,

1. 'daredeemer' submits the attached Stipulation For Order to the Custodian of Records of the Los Angeles County Probation department, Chereise Martin, Civil/Criminal Litigation Manager to provide the complete Probation Case file (AB109) of Adrian D. Moon pursuant to California Evidence Code 1040 and Penal Code Section 1203.10

---

NOTICE TO THE HONORABLE JUDGE MICHAEL D. CARTER OF THE STIPULATION AGREEMENT FOR ORDER TO THE CUSTODIAN OF RECORDS, CHEREISE MARTIN TO PROVIDE DOCUMENTS TO THE COURT ET. SEQ.
- 1



Motion 3

'daredeemer' declares under the penalty of Sin, that the foregoing is true and correct!

DATED: May 11, 2022                     " Respectfully Submitted"

ADRIAN D. MOON, VICTIM IN PRO SE

STIPULATION AGREEMENT

Parties:

1. ADRIAN D. MOON, (hereinafter, 'daredeemer' ), Petitioner-Defendant-Victim, being represented by and through his attorney of record, Adrian D. Moon In Pro Se,

2. CHEREISE MARTIN, (hereinafter, " Martin" ), Custodian of Record for the Probation Department,  Civil Litigation Manager Department, being represent by and through her attorney of record, (Not required )

_____.

Statement of Undisputed Facts:

3. On May 10, 2022, Chereise Martin , Civil Litigation Manager, sent 'daredeemer' a letter correspondence stating that a Order of the Court is only required with no opposition. See, read , and consider attached Motions 1 through 3 incorporated by this reference.

IT IS HEREBY STIPULATED BETWEEN ADRIAN D. MOON AND CHEREISE MARTIN THAT AN ORDER SHALL ISSUE DIRECTING CHEREISE MARTIN , CIVIL LITIGATION MANAGER TO PROVIDE THE DOCUMENTS REQUESTED PURSUANT TO THE SUBPOENA ISSUED ON APRIL 26, 2022  SEE ATTACHED MOTION 1 INCOPRATED BY THIS REFERENCE

Stipulation Can Be Signed and Filed with the Court Separately.

Dated: May 11, 2022                     by: _____

ADRIAN D. MOON, Petitioner-Defendant-Victim In Pro Se

Dated: May    , 2022                     by: _____

Cherise Martin, Civil Litigation Manager for the Los Angeles County Probation Department

NOTICE TO THE HONORABLE JUDGE MICHAEL D. CARTER OF THE STIPULATION AGREEMENT FOR ORDER TO THE CUSTODIAN OF RECORDS, CHEREISE MARTIN TO PROVIDE DOCUMENTS TO THE COURT ET. SEQ

- 2

CR-125/JV-525

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| **ADRIAN D. MOON**<br>955 NORTH LAKE AVE<br>PASADENA CA 91104<br><br>TELEPHONE NO. (626)360-9896   FAX NO. (Optional)<br>E-MAIL ADDRESS (Optional) adriandaredeemer@gmail.com<br>ATTORNEY FOR (Name) Defendant-Viuctim | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS 210 WEST TEMPLE STREET
MAILING ADDRESS
CITY AND ZIP CODE LOS ANGELES CA 90012
BRANCH NAME C.C.B.

CASE NAME
PROPLE OF CALIFORNIA VS. ADRIAN D. MOON

| ORDER TO ATTEND COURT OR PROVIDE DOCUMENTS:<br>Subpoena/Subpoena Duces Tecum | CASE NUMBER<br>BA332095 |
|---|---|

**You must attend court or provide to the court the documents listed below.** Follow the orders checked in item 2 below. If you do not, the judge can fine you, send you to jail, or issue a warrant for your arrest.

1. To. *(name or business)* THE CUSTODIAN OF RECORDS OF THE LOS ANGELES PROBATION DEPARTMENT

2. You must follow the court order(s) checked below.

   a. ☐ Attend the hearing.

   b. ☐ Attend the hearing and bring all items checked In c. below.

   c. ☒ Provide a copy of these items to the court (Do not use this form to obtain Juvenile Court records):

   (1) ADRIAN DAMICO MOON'S COMPLETE PROBATION FILE ( AB109 ) PASADENA OFFICE

   FROM THE PERIOD OF JANUARY 19, 2018 THOUGH JUNE 20, 2021 (X# 020417032)

   C.D.C.R. # AF0335

   ☐ If this box is checked, provide all items listed on the attached sheet labeled "Provide These Items."

   d. ☐ If someone else is responsible for maintaining the items checked in c, that person (the Custodian of Records) must also attend the hearing.

   e. ☒ If this box is checked and you deliver all items listed above to the court **within 5 days of service of this order,** you do not have to attend court if you follow the instructions in item 5.

3. | **Court Hearing Date:** | **The court hearing will be at** *(name and address of court):* |
   |---|---|
   | Date: MAY 20, 2022   Time: 8:30 A.M.<br>Dept.: 108   Rm. | 210 WEST TEMPLE STREET  LOS ANGELES CA 90012 |

   Call the person listed in item 4 below to make sure the hearing date has not changed. If you cannot go to court on this date, you must get permission from the person in item 4. You may be entitled to witness fees, mileage, or both, in the discretion of the court. Ask the person in item 4 after your appearance.

4. The person who has required you to attend court or provide documents is:

   | | FOR COURT USE ONLY |
   |---|---|
   | Name: ADRIAN D. MOON   Phone No. (626) 360-9896<br>Address: 955 NORTH LAKE AVE<br>Number, Street, Apt. No.<br>PASADENA   CA   91104<br>(City):   (State):   (Zip):<br><br>Date: APRIL 26, 2022   Signature ⟨signature⟩ D. Moon<br>Name and Title | |

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CR-125/JV-525 (Rev. July 1, 2007) | **ORDER TO ATTEND COURT OR PROVIDE DOCUMENTS:**<br>(For Subpoena/Subpoena Duces Tecum)<br>(Criminal and Juvenile) | Page 1 of 2 |
|---|---|---|

Motion 1



# ATTENTION:

# ALL Process Servers

This facility does __NOT__ accept service of subpoenas.

If you would like to submit a subpoena or other legal documents, please do so via the email address listed below:

Subpoenas@probation.lacounty.gov

If you have any questions or need additional information, please contact the Civil Litigation Office at

562-353-5698



**COUNTY OF LOS ANGELES**
# PROBATION

Motion 6




# COUNTY OF LOS ANGELES
# PROBATION DEPARTMENT

9150 EAST IMPERIAL HIGHWAY – DOWNEY, CALIFORNIA 90242
(562) 940-2501

**ADOLFO GONZALES**
Chief Probation Officer

May 10, 2022

***Sent via E-Mail to:***
adrianaredeemer@gmail.com

Adrian D. Moon
955 North Lake Ave.
Pasadena, CA 91104

**RE: REQUEST FOR RECORDS**
**CASE NAME: PEOPLE OF CALIFORNIA VS. ADRIAN MOON**
**CASE NUMBER: BA332095**
**CDCR#: AF0335**

Dear Adrian Moon,

Our office received your Subpoena on April 28, 2022, in the matter of Adrian Moon, CDCR# AF0335.

Please be advised that this information cannot be produced based upon the following:

A court order is required to access the Probation File. Once the court order for the Probation File is provided, we will produce the records.

Our decision is based on, "Privilege of Official Information under California Evidence Code 1040. Pursuant to Penal Code Section 1203.10, related to probation records constituting a part of the records of the court, and shall at all times be open to the inspection of the court or of any person appointed by the court for that purpose."

Sincerely,

*C. Martin*

**Chereise Martin**
**Civil Litigation Manager**

Motion 3

***Rebuild Lives and Provide for Healthier and Safer Communities***

Motion 7

## ORDER

FOR GOOD CAUSE SHOWING AND STIPULATION BETWEEN ADRIAN D. MOON AND CHEREISE MARTIN OR OWN THE COURTS OWN MOTION , IT IS SO ORDERED,

THAT:  1. THE CUSTODIAN OF RECORD FOR THE LOS ANGELES COUNTY PROBATION DEPARTMENT, AND/OR CHEREISE MARTIN, CIVIL LITIGATION MANGER TO PROVIDE A COMPLETE PROBATION CASE FILE (AB109) TO THE COURT PURSUANT TO THE ORDER TO ATTEND COURT OR PROVIDE DOCUMENTS SUBPOENA ISSUED ON APRIL 26, 2022...

AND ANY OTHER RELIEF THAT THE COURT DEEMS PROPER, JUST AND EQUITABLE

DATED: MAY 13, 2022

_____

HONORABLE JUDGE MICHAEL D. CARTER
SUPERIOR COURT OF CALIFORNIA

ORDER - 3

Motion 8

 Gmail

Adrian Moon ~~admooncompany@gmail.com~~

## "Pre-adverse action notice - Uber Eats"

1 message

**no-reply@checkr.com** <no-reply@checkr.com>
To: admooncompany@gmail.com

Fri, Jun 10, 2022 at 11:50 AM

# Uber

**Personal & Confidential**

Dear Adrian Moon:

Enclosed please find a copy of the consumer report that we ordered from Checkr, Inc. with your authorization, in connection with your proposal to enter an independent contractor relationship. Also please find enclosed a summary of your rights under applicable law. Checkr, Inc. is located at 1 Montgomery Street, Suite 2400, San Francisco, CA 94104 and can be reached at 844-533-0807 or

Please carefully review the consumer report. We will be completing our review of your proposal to enter an independent contractor relationship request within the next few days and, based in whole or in part on the information in the report, may decide not to accept your proposal. The specific records that may disqualify you from entering an independent contractor relationship with the Company are:

- CHARGE: POST RELEASE COMMUNITY SUPERVISION VIOLATION (DISPOSITION: POST RELEASE COMMUNITY SUPERVISION)
- CHARGE: POST RELEASE COMMUNITY SUPERVISION VIOLATION (DISPOSITION: POST RELEASE COMMUNITY SUPERVISION)
- CHARGE: POST RELEASE COMMUNITY SUPERVISION VIOLATION (DISPOSITION: POST RELEASE COMMUNITY SUPERVISION)
- CHARGE: POST RELEASE COMMUNITY SUPERVISION VIOLATION (DISPOSITION: POST RELEASE COMMUNITY SUPERVISION)
- CHARGE: POST RELEASE COMMUNITY SUPERVISION VIOLATION (DISPOSITION: POST RELEASE COMMUNITY SUPERVISION)

Below, please find the Company's written assessment of the specific items identified above, a copy of which was provided with your pre-adverse action letter.

Motion 10

Company's Initial Assessment:

POST RELEASE COMMUNITY SUPERVISION VIOLATION (DISPOSITION: POST RELEASE COMMUNITY SUPERVISION) The following factors were considered, as required by Section 189.03 of the Los Angeles Administrative Code, before making our determination: 1.The specific duties and responsibilities of the independent contractor relationship, which are to pick up food and/or other items from merchants and deliver those items by vehicle to individuals who request delivery to their home or other location. 2. The seriousness of the conduct that led to your criminal record, which is listed above. 3. How long ago your criminal activity, not your conviction, occurred: 2 years 4. Your age when your criminal activity, not your conviction, occurred: 59 years old 5. Your activities since the criminal activity, if you provided such information. Based on these factors, we may decline to engage you as an independent contractor because: We believe there is a direct relationship between your criminal record and the engagement we offered to you, and the factors listed above do not lessen that relationship because: the conduct at issue is serious and not enough time has passed since the crime occurred. POST RELEASE COMMUNITY SUPERVISION VIOLATION (DISPOSITION: POST RELEASE COMMUNITY SUPERVISION) The following factors were considered, as required by Section 189.03 of the Los Angeles Administrative Code, before making our determination: 1.The specific duties and responsibilities of the independent contractor relationship, which are to pick up food and/or other items from merchants and deliver those items by vehicle to individuals who request delivery to their home or other location. 2. The seriousness of the conduct that led to your criminal record, which is listed above. 3. How long ago your criminal activity, not your conviction, occurred: 3 years 4. Your age when your criminal activity, not your conviction, occurred: 58 years old 5. Your activities since the criminal activity, if you provided such information. Based on these factors, we may decline to engage you as an independent contractor because:

We believe there is a direct relationship between your criminal record and the engagement we offered to you, and the factors listed above do not lessen that relationship because: the conduct at issue is serious and not enough time has passed since the crime occurred.

If you believe that any of the information in the consumer report is inaccurate or incomplete, please contact Checkr, Inc. within seven business days of receiving this letter.

If you reside or submitted a proposal to enter an independent contractor relationship with the Company in Massachusetts, please also note the following enclosures: (i) a copy of the Company's Massachusetts Criminal Record Information Policy; (ii) the sources of any criminal history records provided to the Company (as reflected in the consumer report); and (iii) information from the Massachusetts Department of Criminal Justice Information Services ("DCJIS") concerning the process for correcting a criminal record.

If you reside or submitted a proposal to enter an independent contractor relationship with the Company in New York, please also note the following enclosure: a copy of Article 23-A of the New York Correction Law.

· You have the right to seek correction of any incorrect information contained in the consumer report pursuant to the regulations and procedures established by the New York State Division of Criminal Justice Services. Please email article23-a@uber.com within 7 days.

· You can also use this email address to provide us with information about your rehabilitation efforts, good conduct, or both. Please do so within 7 days.

Motion 12

If we do not hear from you within that time, we will make our determination based on the information currently available to us.

In the event that we choose not to enter into an independent contractor relationship, Checkr, Inc. will provide you such notice.

Enclosures:

- Copy of Your Consumer Report
- A Summary of Your Rights Under the FCRA
- Article 23-A of the New York Correction Law (if applicable)
- A Summary of Your Rights Under New Jersey Law (if applicable)
- A Summary of Your Rights Under Washington Law (if applicable)
- Background Policy in Massachusetts (if applicable)
- DCJIS information sheet in Massachusetts (if applicable)

Uber Technologies Inc.
1455 Market Street San Francisco, CA 94103

**8 attachments**

fcra_summary_of_rights.pdf
308K

Motion 13