LODGED

Name: Adrian D Moon

Address: 955 N Lake

Pasadena CA 91104

Phone: (626) 360-9896

Fax:

In Pro Per

2022 JUN 15 PM 3:48

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LA Alliance et al

Plaintiff

v.

City of Los Angeles
County of Los Angeles
ET. Al

Defendant(s).

CASE NUMBER:

2:20-CV-02291-DOC (KES)

Proposed ORDER

( Enter document title in the space provided above)

Attached (Proposed) ORDER

1

Page Number

CV-127 (09/09)         PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

( Proposed ) **ORDER**

As this matter came by regularly to the Court and considering the Attached Motions 1 through 13 incorporated in this request.  To the satisfaction that the State Courts will not allow Plaintiff-Defendant , a copy of his own Probation Case file and that the matter ought to be granted !

FOR GOOD CAUSE SHOWING , IT IS SO ORDERED,

THAT:

1.  THE LOS ANGELES COUNTY PROBATION DEPARTMENT AND/OR CHEREISE MARTIN SHALL PROVIDE THE COMPLETE PROBATION (AB109 ) CASE FILE OF ADRIAN D. MOON PURSUANT TO THE SUBPOENA ISSUED IN CASE BA332095 ON APRIL 26, 2022 FORTHWITH

DATED: JUNE     ,   2022

_____
**HONORABLE DAVID O. CARTER, JUDGE**
**UNITED STATES CENTRAL DISTRICT COURT**

(Proposed) ORDER