Adrian D. Moon (Full Name)

adriandaredeemer@gmail.con (Email Address)

955 N Lake Ave (Address Line 1)

Pasadena CA 91104 (Address Line 2)

(626) 360-9896 (Phone Number)

Plaintiff-Defendant in Pro Per

(indicate Plaintiff or Defendant)

FILED
CLERK, U.S. DISTRICT COURT

JUN 17 2022

CENTRAL DISTRICT OF CALIFORNIA
BY          DTA          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LA ALLIANCE ETAL,

Plaintiff,

vs.

County and City OF LA,

Defendant(s).

Case No. 2:20-CV-02291-DOC

**PROOF OF SERVICE BY MAIL**

I, Bonnie Long, declare as follows:

(name of person serving documents)

My address is 955 North Lake Ave

Pasadena CA 91104, which is located in the

county where the mailing described below took place.

On 6-17-2022, I served the document(s) described as:

(date of mailing)

Revised: March 2017
Form Prepared by Public Counsel
© 2011, 2017 Public Counsel. All Rights
Reserved.

1
Proof of Service

Supplemental Evidence to

_(list the name of each document you are mailing)_

Emergency Motion June 16, 2022

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in Pasadena CA,

_(city and state of mailing)_

addressed to:

Mily Suaver
_(name)_

200 N. Spring St
_(address)_

Rm 395
_(address)_

LA CA 90012
_(address)_

Arlene NANCY Hoang
_(name)_
_(address)_

Elizabeth Mitchell
_(name)_

617 West 7th St #200
_(address)_

LA CA 90017
_(address)_

LAUREN Black
_(address)_

500 W Temple St. 6th FL
LA CA 90012
_(address)_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6-17-2022 at Pasadena CA 91104
_(date)_                  _(city and state of signing)_

_(sign)_

Tommie Lor
_(print name)_

2
Proof of Service