SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
mumhofer@spertuslaw.com
emitchell@spertuslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, *et al*.,<br><br>Defendants. | CASE NO. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**EX PARTE APPLICATION TO WITHDRAW AS COUNSEL FOR PLAINTIFF GARY WHITTER; DECLARATIONS OF ELIZABETH MITCHELL AND PAUL BONIN** |

EX PARTE APPLICATION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE the law firm of Spertus, Landes & Umhofer, LLP ("SLU") hereby applies to the Court *ex parte* for an order permitting SLU to withdraw as counsel of record for Plaintiff Gary Wayne Whitter in this action.

There is good cause for the Court to grant this Application as the case will now enter a new stage of litigation against the County of Los Angeles and SLU's effective representation of Mr. Whitter is compromised by SLU's inability to communicate with Mr. Whitter.

SLU gave notice of its intention to file this *ex parte* via email on Friday July 8 and Monday July 11, 2022. Counsel for County indicated they would not oppose the application; Counsel for City indicated they would not oppose the application; Counsel for Intervenors indicated they would not oppose the application. Per Local Rule 7-19, the contact information for opposing counsel is:

**Counsel for City of Los Angeles**

Scott Marcus
Arlene Nancy Hoang
Jessica Mariani
Ryan Salsig
Los Angeles City Attorneys Office
City Hall East
200 North Main Street 7th Floor
Los Angeles, CA 90012
213-978-7558
Fax: 213-978-8216
Email: scott.marcus@lacity.org


**Counsel for County of Los Angeles**

Jennifer Mira Hashmall
Louis R. Miller
Miller Barondess LLP
1999 Avenue of the Stars Suite 1000
Los Angeles, CA 90067
310-552-4400
Fax: 310-552-8400
Email: mhashmall@millerbarondess.com
Email: smiller@millerbarondess.com


Jennifer A.D. Lehman
Ana Wai-Kwan Lai

Los Angeles County Counsel Office
350 South Figueroa Street Suite 601
Los Angeles, CA 90071
213-974-0061
Fax: 213-617-6785
Email: alai@counsel.lacounty.gov

**Counsel for Intervenors**

Brooke Alyson Weitzman
Elder Law and Disability Rights Center
1535 East 17th Street, Suite 104
Santa Ana, CA 92705
714-617-5353
Email: bweitzman@eldrcenter.org

Catherine Elizabeth Sweetser
Schonbrun Seplow Harris Hoffman and Zeldes LLP
9415 Culver Boulevard Suite 115
Culver City, CA 90232
310-396-0731
Fax: 310-399-7040
Email: csweetser@sshhzlaw.com

Carol A. Sobel
Law Office of Carol A. Sobel
1158 26th Street Suite 552
Santa Monica, CA 90403
310-393-3055
Email: carolsobellaw@gmail.com

Shayla Renee Myers
Legal Aid Foundation of Los Angeles
7000 S Broadway
Los Angeles, CA 90003
213-640-3983
Fax: 213-640-3988
Email: smyers@lafla.org

SLU gave Mr. Whitter notice to the last known email address provided by Mr. Whitter, and all other email addresses that could be found. For privacy, SLU has withheld Mr. Whitter's email address in this publicly filed document but will provide it to the court clerk directly.

This Application is based on this Notice, the Memorandum of Points and Authorities, the pleadings and records on file in this action, the Declaration of

ii

EX PARTE APPLICATION TO WITHDRAW AS COUNSEL

Elizabeth Mitchell, and upon such oral and/or documentary evidence as may be presented at the hearing on this matter.

Respectfully submitted,

Dated: July 11, 2022

/s/ Elizabeth A. Mitchell

SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)

*Attorneys for Plaintiffs*

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

iii

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.     INTRODUCTION

Spertus, Landes & Umhofer, LLP ("SLU") seeks the Court's permission on *ex parte* basis to be relieved as counsel of record for Plaintiff Gary Whitter because SLU cannot effectively represent Mr. Whitter who has failed to provide SLU with his current phone number or address and has made no efforts to keep SLU informed of his whereabouts. Because of lack of communication with Mr. Whitter, he cannot participate in the upcoming amended complaint against the County of Los Angeles, which by court order must be filed no later than Friday, July 15, 2022. [ECF No. 449.]  It is not possible to file a regularly noticed motion before July 15, and therefore this *ex parte* application is appropriate.

### II.     LEGAL ARGUMENT

#### A.     SLU's Request to Withdraw as Counsel is Authorized Under the Local Rules

The California Rules of Court for the Central District of California provide that "[a]n attorney may not withdraw as counsel except by leave of court. A motion for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action. The motion for leave to withdraw must be supported by good cause." C.D. Cal. R. 83-2.3.2. In the instant case, counsel Elizabeth Mitchell provided notice to the last known email address provided by Mr. Whitter, and all other email addresses that could be found. Upon information and belief, Mr. Whitter is no longer residing at his last known physical address.  (Mitchell Decl. ¶ 5.) However, full 28-day notice is not possible given the Court's recent order to file Plaintiffs' amended complaint against the County by July 15, 2022.

Relief sought on an *ex parte* basis is proper if it cannot be obtained on regular notice and the party seeking relief is without fault in creating the crisis that requires the *ex parte* relief. *Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488,

492 (C.D. Cal. 1995). Here, SLU is entirely without fault in creating the need for *ex parte* relief. As described in Section II(B) below, SLU engaged in considerable efforts to locate and stay in touch with Mr. Whitter.  Relief could not be sought earlier because efforts to contact Mr. Whitter were continuing. (Mitchell Decl. ¶ 10.)

**B.       There is Good Cause to Grant SLU's Motion to Withdraw**

Pursuant to California Rules of Professional Conduct Rule 1.16, withdrawal may be affected where "the client . . . renders it unreasonably difficult for the lawyer to carry out the representation effectively." Cal. Rules of Pro. Conduct R. 1.16.

Counsel is generally permitted to withdraw when there is a breakdown of communication between the client and counsel. *Nida v. Allcom*, No. 17_CV_02162 JLS_JDE, 2018 WL 6137197, at *1 (C.D. Cal. Apr. 30, 2018) (holding that "[t]he breakdown in communications outlined by [counsel] constitute[d] good cause for withdrawal.); *see also China Cent. Television v. Create New Tech. HK Ltd.*, Case No. CV 15-01869, 2015 WL 12826457, at *2 (C.D. Cal. June 25, 2015) (holding that "[a] breakdown in communications between client and attorney constitutes good cause for withdrawal" and granting motion to withdraw where client "has not communicated with counsel and has not responded to their correspondence.")

Here, Mr. Whitter has made no efforts to keep SLU informed of his whereabouts or his contact information in recent months. (Mitchell Decl. ¶¶ 2-8.) In the last two months, Ms. Mitchell called Mr. Whitter's last known cellphone number no less than 20 times with no answer, and left voicemails. (Mitchell Decl. ¶ 4.) Ms. Mitchell has been informed he left his last known address without informing her. (Mitchell Decl. ¶ 5.)  Ms. Mitchell also emailed Mr. Whitter several times and sent him hard copy letters to newly discovered addresses that were found through a Westlaw people search. (Mitchell Decl. ¶ 6.)  Ms. Mitchell even tried to reach Mr. Whitter by messaging him through a social media messaging app. (Mitchell Decl. ¶ 8.) She has not received a response to any of its attempts to contact Mr. Whitter. (Mitchell Decl. ¶ 9.)  After unsuccessful attempts to reach Mr. Whitter, SLU engaged

EX PARTE APPLICATION TO WITHDRAW AS COUNSEL

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

Paul Bonin, a private investigator, to assist SLU. (Mitchell Decl. ¶ 8.) Mr. Bonin was also unsuccessful in contacting Mr. Whitter or learning about his current whereabouts. (Bonin Decl. ¶¶ 3-9.)

Because of his lack of communication, Mr. Whitter did not participate in the settlement agreement with the City of Los Angeles with other plaintiffs and cannot agree to the upcoming amended complaint against the County of Los Angeles. Without communication from Mr. Whitter, SLU is unable to effectively represent Mr. Whitter moving forward.

## III.   CONCLUSION

Based on the foregoing reasons, SLU respectfully requests that its *ex parte* Application to Withdraw as counsel for Gary Whitter be granted.

Respectfully submitted,

Dated: July 11, 2022

*/s/ Elizabeth A. Mitchell*
SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)

*Attorneys for Plaintiffs*

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

EX PARTE APPLICATION TO WITHDRAW AS COUNSEL