SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
mumhofer@spertuslaw.com
emitchell@spertuslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, *et al*.,<br><br>Defendants. | CASE NO. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**DECLARATION OF ELIZABETH A. MITCHELL IN SUPPORT OF EX PARTE APPLICATION TO WITHDRAW AS COUNSEL FOR PLAINTIFF GARY WHITTER** |

DECLARATION OF ELIZABETH A. MITCHELL IN SUPPORT OF EX PARTE APPLICATION TO WITHDRAW AS COUNSEL

## DECLARATION OF ELIZABETH MITCHELL

I, Elizabeth A. Mitchell, state and declare as follows:

1.    I am attorney licensed to practice in the state of California and admitted to practice before this court. I make this declaration of my own personal knowledge and could and would so testify if called.

2.    On July 8, 2022, I notified counsel for defendant County of Los Angeles of my intention to file the Application. The County indicated it would not oppose this Application.

3.    I provided notice of this Application to Mr. Whitter's last known email address and all other email addresses that could be found.

4.    In the last two months, I have called Mr. Whitter at least 20 times, and left voicemails.  This is a number that I have previously used to talk to him.  He has not returned any of my phone calls.  I have also emailed him several times and he has not responded to any of my emails.

5.    I contacted Mr. Whitter's last known address and was informed that he left that location without leaving a forwarding address.  Mr. Whitter has not provided me with his current contact information. Nor has he communicated with me about his whereabouts.

6.    I asked my assistant to conduct a People search on Westlaw and discovered two other potential addresses for Mr. Whitter.  I drafted hard copy letters which were sent to those two new addresses.  I have not received any response to these letters.

7.    I conducted a search on the Los Angeles County Sheriff's Department and Coroner's websites but did not find Mr. Whitter's name.

8.    After my unsuccessful attempts to reach Mr. Whitter, I engaged Paul Bonin, a private investigator, to assist me in contacting Mr. Whitter.  Mr. Bonin kept me apprised of his efforts has he searched for Mr. Whitter.  At one point Mr. Bonin found an account belonging to Mr. Whitter on a social media site, which I verified by

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

1

DECLARATION OF ELIZABETH A. MITCHELL IN SUPPORT OF EX PARTE APPLICATION TO WITHDRAW AS COUNSEL

photograph and he confirmed from a relative. I messaged Mr. Whitter but have not received a response.

9.      None of Mr. Bonin's efforts have resulted in any contact with Mr. Whitter, and at this point I am unable to effectively represent him in this litigation. Because of his lack of contact, he was unable to participate in the settlement agreement with the City of Los Angeles, as his co-plaintiffs did, and he cannot participate in the amended complaint to be filed against the County on July 15, 2022.

10.      Relief requested in this Application could not have been sought earlier because efforts to contact Mr. Whitter were continuing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed this 29th day of July 11, 2022 at Los Angeles, California.

Dated: July 11, 2022

_____
Elizabeth A. Mitchell

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

2

DECLARATION OF ELIZABETH A. MITCHELL IN SUPPORT OF EX PARTE APPLICATION TO WITHDRAW AS COUNSEL