Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

**DECLARATION OF PAUL BONIN**

I, Paul Bonin, do state and declare as follows:

1.     I make this declaration under oath and could and would so testify if called upon to do so.

2.     I am a California licensed private investigator and have been so since September 2015. I am the owner, operator and President of Paul Bonin and Associates, Inc. From 1995 until 2015 I was a Special Agent with the Federal Bureau of Investigation. Prior to that, from 1985 until 1995, I was an Officer and pilot with the United States Marine Corps.

3.     On June 1, 2022, I received an email from Elizabeth Mitchell from Spertus, Landes & Umhofer, LLP requesting that I assist with finding information on a client of the firm who is, or was, experiencing homelessness in Los Angeles, California. Ms. Mitchell indicated that she had called his mobile telephone several times, emailed him several times, and had sent hard copy letters to all of his last known addresses. She indicated that she had not received a response to any of her attempts to contact him.

4.     Based on the email address that Ms. Mitchell provided from which she had previous been able to communicate with Mr. Whitter, I was able to determine that he was born in 1957 and that his full name is Gary Wayne Whitter. I found what appears to be his current address which is outside of California. I also found three other email addresses potentially belonging to Mr. Whitter, and provided that information to Ms. Mitchell.

5.     I called the number identified for his current address but was told he does not reside in that location; however, the person I spoke to did appear to be able to contact Mr. Whitter. I left a message requesting an immediate call back to myself or to Elizabeth Mitchell, but I have not received a response and to my knowledge neither has Elizabeth Mitchell.

1
DECLARATION OF PAUL BONIN

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

6.    Through my research, I discovered seven individuals who appeared to be related to Mr. Whitter.  I spoke to two individuals who both confirmed they are related to Mr. Whitter, but both indicated they have not spoken to or been in contact with Mr. Whitter in years, nor did they have current contact information for him.  I left messages but the other five individuals but did not receive return phone calls.

7.    I discovered one social media account I believed belonged to Mr. Whitter and confirmed with one of the relatives that was Mr. Whitter's photograph.  I provided that account to Ms. Mitchell.

8.    I also discovered several other email addresses that appeared to be connected to Mr. Whitter.  I provided those email addresses to Ms. Mitchell.

9.    As of today's date, I have not been able to locate Mr. Whitter, nor have I received any return phone calls from him.  To my knowledge, neither has Ms. Mitchell.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on July 8, 2022, at Irvine, California.

Paul Bonin