Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>Defendants. | CASE NO. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**[PROPOSED] ORDER RE: EX PARTE APPLICATION TO WITHDRAW AS COUNSEL FOR PLAINTIFF GARY WHITTER; DECLARATIONS OF ELIZABETH MITCHELL AND PAUL BONIN**<br><br>**Court:    350 W. 1st Street<br>Los Angeles, CA 90012** |

i

[PROPOSED] ORDER RE: *EX PARTE* APPLICATION TO WITHDRAW AS COUNSEL FOR PLAINTIFF GARY WHITTER

Having reviewed the pleadings and oral argument, if any, and good cause appearing therefore, it is hereby ORDERED that Plaintiffs' Ex Parte Application to Withdraw as Counsel for Plaintiff Gary Whitter is GRANTED.

DATED:_____

_____
Hon. David O. Carter
United States District Court Judge

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

ii

[PROPOSED] ORDER RE: *EX PARTE* APPLICATION TO WITHDRAW AS COUNSEL FOR PLAINTIFF GARY WHITTER