Exhibit B

# SERVICE LIST

*LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
Case No. 2:20-cv-02291

**PLAINTIFFS**
**LA Alliance for Human Rights ,**
**Joseph Burk,**
**Harry Tashdjian,**
**Karyn Pinsky,**
**Charles Marlow,**
**Charles Van Scoy,**
**George Frem ,**
**Gary Whitter,**
**Leandro Suarez,**
**Wenzial Jarrell**
*represented by*

**Elizabeth Anne Mitchell**
Spertus Landes and Umhofer LLP
617 West 7th Street Suite 200
Los Angeles, CA 90017
213-205-6520
Fax: 213-205-6521
Email: emitchell@spertuslaw.com

Matthew Donald Umhofer
Spertus Landes and Umhofer LLP
1990 South Bundy Drive Suite 705
Los Angeles, CA 90025
310-826-4700
Fax: 310-826-4711
Email: matthew@spertuslaw.com

**DEFENDANTS**
**City of Los Angeles**
*represented by*

**Arlene Nancy Hoang**
Los Angeles City Attorneys Office
City Hall East
200 North Main Street Room 675
Los Angeles, CA 90012
213-978-6952
Fax: 213-978-7011
Email: arlene.hoang@lacity.org

**Scott D Marcus**
Los Angeles City Attorneys Office
200 North Main Street 7th Floor Room 675
Los Angeles, CA 90012
213-978-7558

|  |  |
|---|---|
|  | Fax: 213-978-8216<br>Email: scott.marcus@lacity.org<br><br>**Jessica Mariani**<br>Los Angeles City Attorneys Office<br>Business & Complex Litigation<br>200 North Main Street Room 675<br>Los Angeles, CA 90012<br>213-978-6952<br>Fax: 213-978-7011<br>Email: jessica.mariani@lacity.org<br><br>**Ryan Salsig**<br>Los Angeles City Attorney<br>200 North Main Street Room 675<br>Los Angeles, CA 90012<br>213-304-1110<br>Fax: 213-978-7011<br>Email: ryan.salsig@lacity.org |
| **County of Los Angeles**<br>*represented by* | **Jennifer Mira Hashmall**<br>Miller Barondess LLP<br>1999 Avenue of the Stars Suite 1000<br>Los Angeles, CA 90067<br>310-552-4400<br>Fax: 310-552-8400<br>Email: mhashmall@millerbarondess.com<br><br>**Louis R. Miller**<br>Miller Barondess LLP<br>1999 Avenue of the Stars Suite 1000<br>Los Angeles, CA 90067<br>310-552-4400<br>Fax: 310-552-8400 |

Email: smiller@millerbarondess.com

**Amie S Park**
Los Angeles County Counsel Office
500 West Temple Street 6th Floor
Los Angeles, CA 90012
213-893-5939
Fax: 213-626-2105
Email: apark@counsel.lacounty.gov

**Ana Wai-Kwan Lai**
Los Angeles County Counsel Office
350 South Figueroa Street Suite 601
Los Angeles, CA 90071
213-974-0061
Fax: 213-617-6785
Email: alai@counsel.lacounty.gov

**Brandon D Young**
Manatt Phelps and Phillips LLP
2049 Century Park East Suite 1700
Los Angeles, CA 90067
310-312-4181
Fax: 310-996-7081
Email: bdyoung@manatt.com

**Byron J McLain**
Foley and Lardner LLP
555 South Flower Street Suite 3300
Los Angeles, CA 90071-2411
213-972-4500
Fax: 213-486-0065
Email: bmclain@foley.com

**Lauren M Black**
Los Angeles County Counsel Office
500 W Temple Street 6th Floor
Los Angeles, CA 90012-2713
213-974-1943
Email: lblack@counsel.lacounty.gov

| | |
|---|---|
| **INTERVENORS**<br>**CANGRESS** *dba* **Los Angeles Community Action Network (LA CAN),**<br>**Los Angeles Catholic Worker**<br>*represented by* | Shayla Renee Myers<br>Legal Aid Foundation of Los Angeles<br>7000 S Broadway<br>Los Angeles, CA 90003<br>213-640-3983<br>Fax: 213-640-3988<br>Email: smyers@lafla.org<br><br>**Carol A. Sobel**<br>Law Office of Carol A. Sobel<br>1158 26th Street Suite 552<br>Santa Monica, CA 90403<br>310-393-3055<br>Email: carolsobellaw@gmail.com<br><br>**Catherine Elizabeth Sweetser**<br>Schonbrun Seplow Harris Hoffman and Zeldes LLP<br>9415 Culver Boulevard Suite 115<br>Culver City, CA 90232<br>310-396-0731<br>Fax: 310-399-7040<br>Email: csweetser@sshhzlaw.com |
| **Orange County Catholic Worker**<br>*represented by* | **Brooke Alyson Weitzman**<br>Elder Law and Disability Rights Center<br>1535 East 17th Street, Suite 104<br>Santa Ana, CA 92705<br>714-617-5353<br>Email: bweitzman@eldrcenter.org<br><br>**Carol A. Sobel**<br>Law Office of Carol A. Sobel<br>1158 26th Street Suite 552<br>Santa Monica, CA 90403<br>310-393-3055 |

Email: carolsobellaw@gmail.com

**Catherine Elizabeth Sweetser**
Schonbrun Seplow Harris Hoffman and Zeldes LLP
9415 Culver Boulevard Suite 115
Culver City, CA 90232
310-396-0731
Fax: 310-399-7040
Email: csweetser@sshhzlaw.com

**Paul L Hoffman**
Schonbrun Seplow Harris Hoffman andZeldes LLP
200 Pier Avenue Suite 226
Hermosa Beach, CA 90254
310-717-7373
Fax: 310-399-7040
Email: hoffpaul@aol.com

**Weston C Rowland**
Law Office of Carol A Sobel
725 Arizona Avenue Suite 300
Santa Monica, CA 90401
424-744-8703
Email: rowland.weston@gmail.com

**William R Wise , Jr.**
Elder Law and Disability Rights Center
1535 East 17th Strreet Suite 110
Santa Ana, CA 92705
714-617-5353
Email: bwise@eldrcenter.org