SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
mumhofer@spertuslaw.com
emitchell@spertuslaw.com

*Attorneys for Plaintiffs*

Louis R. Miller (SBN 54141)
Mira Hashmall (SBN 216842)
MILLER | BARONDESS LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7560
Fax: 310-552-8400
mhashmall@millerbarondess.com

*Attorneys for Defendant*
COUNTY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association, JOSEPH BURK, HARRY TASHDJIAN, KARYN PINSKY, CHARLES MALOW, CHARLES VAN SCOY, GEORGE FREM, GARY WHITTER, and LEANDRO SUAREZ, individuals, Plaintiffs,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; and DOES 1 through 200 inclusive, Defendants,<br><br>Defendants. | CASE NO. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**STIPULATION FOR PLAINTIFFS LEANDRO SUAREZ AND CHARLES VAN SCOY TO DISMISS ALL CLAIMS AGAINST DEFENDANT COUNTY WITHOUT PREJUDICE**<br><br>[Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

PLAINTIFFS Charles Van Scoy ("Van Scoy") and Leandro Suarez ("Suarez") and DEFENDANT County of Los Angeles ("County") hereby agree and stipulate as follows:

WHEREAS Van Scoy and Suarez entered into a settlement agreement with the Defendant City of Los Angeles to which County of Los Angeles was not a party;

WHEREAS the remaining Plaintiffs intend to file an amended complaint against County on or about July 15, 2022 which will streamline the issues to be addressed;

WHEREAS Plaintiffs and County agree that disposing of some claims promotes the interests of judicial economy;

NOW THEREFORE Plaintiffs and County hereby agree and stipulate:

- Plaintiffs Leandro Suarez and Charles Van Scoy dismiss all claims against Defendant County of Los Angeles without prejudice
- County agrees to waive its right to seek costs and fees in this litigation under F.R.C.P. 54 from Plaintiffs Leo Suarez and Charles Van Scoy.

Dated: July 14, 2022    Respectfully submitted,

/s/ Elizabeth A. Mitchell
SPERTUS, LANDES & UMHOFER, LLP
Elizabeth A. Mitchell

*Attorneys for Plaintiffs*

Dated: July 14, 2022    /s/ Mira Hashmall
MILLER | BARONDESS LLP
Mira Hashmall

*Attorneys for Defendant County of Los Angeles*