# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| LA ALLIANCE FOR HUMAN RIGHTS, et al.<br><br>Plaintiff(s), | 2:20–cv–02291–DOC–KES |
| v.<br><br>CITY OF LOS ANGELES, et al.<br><br>Defendant(s). | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:    7/14/2022

Document Number(s):    452

Title of Document(s):    Stipulation (to dismiss party or cause)

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Stipulation (to dismiss party or cause)

Proposed Document was not submitted as separate attachment.

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:  July 15, 2022                By:  _/s/ Trina Debose  trina_debose@cacd.uscourts.gov_
                                                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS