SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
617 W. 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521
mumhofer@spertuslaw.com
emitchell@spertuslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, *et al.*, <br><br> Defendants. | CASE NO. 2:20-CV-02291-DOC-KES <br><br> Assigned to Judge David O. Carter <br><br> **CLARIFYING STATEMENT REGARDING GARY WHITTER** |

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On June 23, 2022 this court issued an order requiring Plaintiffs to file an amended complaint, if any, on or before July 15, 2022. (ECF No. 449.)

On July 11, 2022, counsel for Plaintiffs, Spertus, Landes, and Umhofer LLP (SLU) filed an ex parte application to be relieved as counsel for Plaintiff Gary Whitter because Mr. Whitter has failed to keep in contact with SLU, and SLU, despite best efforts, cannot locate Mr. Whitter. This has prevented SLU from effectively representing Mr. Whitter. (ECF No. 450.) The court has not yet ruled on this ex parte application.

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

On July 15, 2022 Plaintiffs LA Alliance, Joseph Burk, George Frem, Wenzial Jarrell, Charles Malow, Karyn Pinsky, and Harry Tashdjian filed their Second Amended and Supplemental Complaint pursuant to this court's order.  This complaint was not filed on behalf of Plaintiff Gary Whitter because counsel for Plaintiffs has still had no contact from Mr. Whitter and therefore cannot file an amended complaint on his behalf.  (ECF No. 454.)

Spertus, Landes, and Umhofer LLP continues to act to the best of its ability to protect Mr. Whitter's interests until such time as they are relieved as counsel. Should Mr. Whitter contact SLU, SLU will notify the court immediately.

Respectfully submitted,

Dated: July 15, 2022

/s/ Elizabeth A. Mitchell
SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)

*Attorneys for Plaintiffs*

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

CLARIFYING STATEMENT REGARDING GARY WHITTER