RODRIGO A. CASTRO-SILVA (SBN 185251), *County Counsel*
rcastro-silva@counsel.lacounty.gov
LAUREN M. BLACK (SBN 192302), *Assistant County Counsel*
AMIE S. PARK (SBN 273346), *Deputy County Counsel*
500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel.: (213) 974-1830 | Fax: (213) 626-7446

BYRON J. MCLAIN (SBN 257191)
bmclain@foley.com
FOLEY & LARDNER, LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071
Tel.: (310) 972-4500 | Fax: (213) 486-0065

LOUIS R. MILLER (SBN 54141)
smiller@millerbarondess.com
MIRA HASHMALL (SBN 216842)
mhashmall@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF LOS ANGELES TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Complaint Served: March 10, 2020<br>SAC Served: July 15, 2022<br>Response Due: July 22, 2022<br>New Response Date: August 29, 2022<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

570881.1

Plaintiffs LA Alliance for Human Rights, et al. ("Plaintiffs") and Defendant County of Los Angeles ("County") by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS,** Plaintiffs filed a Second Amended and Supplemental Complaint ("SAC") on July 15, 2022 [Dkt. 454];

**WHEREAS,** the County's answer or other response to the SAC is currently due on July 29, 2022; and

**WHEREAS,** Plaintiffs have agreed to allow the County an additional 30 days to answer or otherwise respond to the SAC.

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AND THEIR RESPECTIVE ATTORNEYS AS FOLLOWS:**

1. The last day for the County to respond to the Second Amended and Supplemental Complaint is August 29, 2022.

DATED:  July 18, 2022          MILLER BARONDESS, LLP


By:  _____/s/ Mira Hashmall_____
     MIRA HASHMALL
     Attorneys for Defendant
     COUNTY OF LOS ANGELES


DATED:  July 18, 2022          SPERTUS, LANDES & UMHOFER, LLP


By:  _____/s/ Elizabeth A. Mitchell_____
     ELIZABETH A. MITCHELL
     Attorneys for Plaintiffs

## **SIGNATURE ATTESTATION**

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  July 18, 2022                    MILLER BARONDESS, LLP

By:   /s/ Mira Hashmall
      MIRA HASHMALL
      Attorneys for Defendant
      COUNTY OF LOS ANGELES

570881.1                                 3                Case No. 2:20-cv-02291 DOC-KES

STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF LOS ANGELES TO RESPOND TO SECOND AMENDED COMPLAINT