# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES** <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF LOS ANGELES TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT** <br><br> Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

570883.1

Case No. 2:20-cv-02291 DOC-KES

ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF LOS ANGELES TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

## **ORDER**

The Court, having read and considered the Stipulation filed on behalf of Plaintiffs LA Alliance for Human Rights, et al. ("Plaintiffs") and Defendant County of Los Angeles ("County"), and finding **GOOD CAUSE** thereon, hereby grants the extension of time for the County to file its response to Plaintiffs' Second Amended Complaint as follows:

1.     The last day for the County to answer or otherwise respond to Plaintiffs' Second Amended and Supplemental Complaint shall be August 29, 2022.

DATED: _____, 2022     _____

HON. DAVID O. CARTER
United States District Court Judge

570883.1                                                                   Case No. 2:20-cv-02291 DOC-KES

ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF LOS ANGELES TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT