# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>    Defendants. | CASE NO. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**ORDER RE: EX PARTE APPLICATION TO WITHDRAW AS COUNSEL FOR PLAINTIFF GARY WHITTER; DECLARATIONS OF ELIZABETH MITCHELL AND PAUL BONIN**<br><br>**Court:    350 W. 1st Street**<br>**              Los Angeles, CA 90012** |

i

ORDER RE: *EX PARTE* APPLICATION TO WITHDRAW AS COUNSEL FOR PLAINTIFF GARY WHITTER

Having reviewed the pleadings and oral argument, if any, and good cause appearing therefore, it is hereby ORDERED that Plaintiffs' Ex Parte Application to Withdraw as Counsel for Plaintiff Gary Whitter is GRANTED.

DATED: July 22, 2022

_David O. Carter_

Hon. David O. Carter
United States District Court Judge

ii