# EXHIBIT B

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Gil Cedillo |
| Council District: | 1 |

Size of District (square miles) _____ 15.8 sq mi _____
Unsheltered Homeless Population within 500 feet of the Freeway _____ 430 _____

## Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 6th/ Beaudry- Obj ID 43 | Y | 25 | large encampments multiple structures |
| 2 | 14th/ Oak St- Obj ID 44 | Y | 15 | large encampments mutiple structures |
| 3 | Ave 19/ 110fwy- Obj ID 114 | Y | 10 - vehicles | large encampments and numerous vehicle dwellers |
| 4 | 5fwy/ Pasadena Ave- Obj ID 118 | Y | 5 - vehicles | large encampments and numerous vehicle dwellers |
| 5 | North Central Dog Park- Obj ID 124 | Y | 10 - vehicles | large encampments and numerous vehicle dwellers |
| 6 | Ave 52/ 110fwy-Obj ID 126 | Y | 5 - vehicles | large encampments and numerous vehicle dwellers |

## Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| Permanent Housing: Prop HHH | 1532 W. Cambria St. | 56 | | | 10/9/2020 |
| Interim Housing | Solaire Hotel 1710 7th St | 91 | Project Homekey | | 1/1/2021 |
| Permanent Housing: Non-Prop HHH - PSH | 1255 S Elden Ave. | 15 | | | 2/3/2021 |
| Interim Housing | 313 Patton St. | 27 | Winter Shelter Extension | | 4/1/2021 |
| Interim Housing | The Mayfair Hotel | 267 | Project Roomkey | | 11/1/2020 |
| Interim Housing | America's Best Value Inn | 61 | Project Roomkey | | 4/16/2021 - 12/9/2021 |
| Interim Housing | Best Western Dragon's Gate Inn | 50 | Project Roomkey | | 4/16/2021 - 6/15/22 |
| Interim Housing | Royal Pagoda | 33 | Project Roomkey | | 5/17/2021 - 1/28/2022 |
| Interim Housing | 499 N. San Fernando Rd. | 130 | | | TBD |
| Rapid Rehousing/Shared Housing | Multiple | 339 | Placements as of 6/30/2022 | | N/A |

## Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|
| Interim Housing | N. San Fernando Rd | TBD | | TBD |
| Interim Housing | S. Columbia Ave. | up to 60 | La Posada | TBD |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Paul Krekorian |
|---|---|
| Council District: | 2 |

Size of District (square miles)  25.0 sq mi
Unsheltered Homeless Population within 500 feet of the Freeway  203

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Lankershim/Riverside --134 fwy | Y | 0 | Cleared out, All individuales offered and some placed into interventions |
| 2 | Laurel Canyon/Erwin --170 fwy | Y | 20 | More than 40 park and parking lot residents were moved into Tiny Homes |
| 3 | Moorpark/Bellflower --170 fwy | Y | 4 | 4 were moved into ABH or Tiny Homes |
| 4 | Strathern Park West/170 fwy | Y | 10 | Continuing to conduct outreach and offer placement at Whitsett THV. Most individualt took Tiny Homes |
| 5 | 12240 Archwood st. --170fwy | Y | 25 | |
| 6 | 10835 Chandler Blvd. | N | 5 | just a few tents in the park now |
| 7 | 11476 Hatteras st. | N | 0 | 7 people moved into Chandler TH |
| 8 | 7241 Ethel Ave. | N | 4 | Several people have moved into Raymer, 2 into perm Housing |
| 9 | 7135 Woodman Ave. | N | 5 | several moved into Whitsett West THV |
| 10 | 7880 San Fernando Rd. | N | 100 | Mostly RVs, vehicles w a few tents |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Opening Date |
|---|---|---|---|---|---|
| A Bridge Home | 13160 Raymer St. | 85 | Open | Within catchment area | 7/16/2020 |
| A Bridge Home | 7700-7798 Van Nuys Blvd. | 100 | Open | Within catchment area | 8/17/2020 |
| Interim Housing | 11471 Chandler Blvd. | 75 | Tiny Home Village on City-owned site | 1, 3, 6 | 2/1/2021 |
| Interim Housing | 6099 Laurel Canyon Blvd. | 200 | Tiny Home Village on City-owned site | 2, 5, 7, 8 | 4/13/2021 |
| Interim Housing | 12600 Saticoy St. | 150 | Tiny Home Village on City/Caltrans-owned site | 4, 9, 10 | 9/21/2021 |
| Rapid Rehousing/Shared Housing | N/A | 108 | Placements as of 6/30/2022 | TBD | N/A |

**Proposed Additional Interventions**

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|

**Other Homeless Interventions Not Included in the Roadmap**

New homeless interventions in your district that are not included in the Roadmap because beds are not eligible per the MOU criteria.

| Project Type | Location | Capacity | Description | Target Encampment(s) | Opening Date |
|---|---|---|---|---|---|
| Project Home Key | Burbank Blvd. | 70 rooms | HACLA | | Feb 2022 |
| seRVe LA - RV Services | San Fernando Road | | | | |

City of Los Angeles
Sheltering Plan by Council District

| Councilmember: | Bob Blumenfield |
| Council District: | 3 |

| | |
|---|---|
| Size of District (square miles) | 36.6 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 14 |

### Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Winnetka Ave at 101 fwy | Y | **currently none**, but in past up to 30 | underpass encampment where people were given shelter in LAHSA pilot Oct 2020 41.18 specific site |
| 2 | Corbin Ave at 101 fwy | Y | **currently none**, population fluctuates since some encampments here have belonged to people who have had a bed | underpass encampment where people were given shelter in LAHSA pilot Oct 2020, currently approx 10 people (some returning some new). Fire 3/31/21 destroyed much of it. 41.18 specific site |
| 3 | LA River at Winnetka, (length from Canoga to White Oak including DeSoto, Tampa) | N | approximately 20 | LA River zone, particularly the bikeway, street underpasses, property is owned by City, some by County in flood control district |
| 4 | Eton and Vanowen (Canoga Park) | N | Four people | River adjacent area where encampment spills onto private property near Orange Line |
| 5 | 6 other underpasses in CD3 = Burbank, Tampa, DeSoto, Canoga, Topanga, Shoup | Y | **currently none**, but in past up to 15 | underpass encampments where people were given shelter in LAHSA pilot Oct 2020. 41.18 specific site |
| 6 | Don Pio and Costanzo (near DeSoto underpass) | Y | **currently none**, in the past up to 7 | residential area that has had two large RVs and four separate sleeping areas including the adjacent LADOT parking lot, including seniors and veterans. Some previously lived at the Winnetka underpass. |
| 7 | Vassar and Califa (near Warner Ranch Park) | N | 5 people | Tents on sidewalk on Vassar as well as RV's and cars |
| 8 | Saticoy and Reseda Blvd (Reseda) | N | One person occassionally. We now share this location with CD4 due to redistricting | tent on sidewalk |
| 9 | Deering Circle at Independence Ave | N | approximately 7 | tents and structures near the Orange Line, property owned by Metro, DWP, or City |
| 10 | Deering Ave at Deering Court | N | approximately 6 | vehicles and structures on sidewalk and public right of way |
| 11 | Winnetka Ave and Roscoe (Winnetka Rec Center) | N | **currently none**, in the past at least 15 | Winnetka Rec Center, shelters built on baseball diamond and bleachers and tents near the on site child care  41.18 specific site |
| 12 | Bassett at DeSoto and at Owensmouth | N | 15-20 | tents and structures on sidewalk and areas that are owned by LA County or LA City |
| 13 | DeSoto and Ventura | Y | **Currently none**, but in the past up to 5 people | RVs with tents and belongings alongside retail, near 101 |
| 14 | Woodlake and Ventura | Y | **Currently none**, but in the past up to 7-10 individuals | RVs and tents on sidwalk |
| 15 | Mulholland/Valley Circle and the 101 freeway | Y | **Currently none** | RVs parked over a long stretch of Valley Circle/Mulholland Drive where it crosses the 101, between Valmar road on the south and Calenda Drive on the North. The RVs will extend several miles along this road but the Roadmap MOU prioritization would be the area closest to 101 |
| 16 | 9035 Independence Ave | N | 5 to 10 people | tents and RV's and belongings on ROW |
| 17 | Roscoe and Mason 20500 Roscoe Blvd | N | **Currently none**, but up to 5 people | This is an alley that has caught fire twice in the past |
| 18 | 6902 Remmet St | N | 3 people | This is an area that experienced a fire that burned an RV to the ground |
| 19 | 7121 Deering Ave | N | Up to 8 people living in tents at this location | This is an area that experienced a fire that burned an RV to the ground. There are also RV's with people living in them here. |
| 20 | Sherman Way and Darby | N | 3 people living in tents | There are tents on the sidewalk. |
| 21 | West Valley library -- 19036 Vanowen St, Reseda | N | **None currently**-- This fluctuates. Sometimes | This locations fluctuates depending on when people are exited from the Reseda cabin. They sometimes go to  live on the library premises |
| 22 | 5859 Shoup Ave | N | 3 people living in tents | This locations  has RV's at times. |

| 23 | 20939 Sherman Way | N | **None currently**-- This fluctuates. Sometimes 4 people | This locations  sometimes has large wooden structures built on the grass of the library |
| 24 | 7621 Canoga Ave | N | **None currently**- This fluctuates. Sometimes 5 to 10 people | This locations fluctuates depending on when people are exited from the Willows interim facility. They  sometimes go to behind the building to live |
| 25 | Deering ave and Wyandotte | N | 4 to 5 people living in makeshift structures | There are large makeshift structures on the sidewalk in this residential neighborhood |
| 26 | Eton and Cohasset St | N | 2 people living in tents on the sidewalk | There are large makeshift structures on the sidewalk in this residential neighborhood |
| 27 | Del Valle St/ Ponce | Y | Between 5 and 10 people. | This is an area that experienced two deaths from drug overdoses. There are tents and RV's with people living in them here. |
| 28 | 23052 Ventura Blvd | Y | **currently none**, in the past up to 10 | People and belongings that move around in this area near 101 |

| Interventions in Development | | | | | |
| --- | --- | --- | --- | --- | --- |
| List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.** | | | | | |
| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occuplable |
| A Bridge Home | Canoga Ave. | 81 | Shelter | Within catchment area of Canoga Park | 2/1/2021 |
| Safe Parking | Jordan Ave., Canoga Park | 25 | City-owned site | Canoga Park streets first, then entire CD3 | 3/22/2021 |
| Interim Housing | Vanowen St., Reseda | 101 | Pallet shelters in SW parking area | TBD, to include Reseda area of LA River | 6/15/2021 |
| Interim Housing | Topham St. | 148 | Pallet Shelters | TBD, to include Canoga Park area of LA River | 7/7/2021 |
| Interim Housing | Canoga Park Place | 52 | Project Homekey Site | TBD / River | 1/1/2021 - 8/29/2021 |
| Rapid Rehousing/Shared Housing | Locations throughout the City and the County | 56 | Placements as of 6/30/2022 | | September 2020 |
| Rapid Rehousing/Shared Housing | Multiple Sites | 30 | SHARE! Pilot Program | Multiple Sites, Winnetka Recreation Center targeted focus | 12/2/2021 |

| Proposed Additional Interventions | | | | |
| --- | --- | --- | --- | --- |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
| Safe Parking | Ventura Blvd. Woodland Hills | TBD | Safe Parking on Vacant lot | Freeway Encampment Dwellers along 101 Highway |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: Raman | |
| --- | --- |
| Council District:  4 | |

| Size of District (square miles) | 41.0 sq mi |
| --- | --- |
| Unsheltered Homeless Population within 500 feet of the Freeway | 46 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
| --- | --- | --- | --- | --- |
| 1 | 101 Freeway/Cahuenga Blvd. (N. of 6500 Cerritos Pl.) | Y | 8 | underpass plus onramps and offramps, including CalTrans property |
| 2 | Sunset Blvd. / Martel Ave. | N | 3 | |
| 3 | LA River bike path from Los Feliz Blvd to Atwater bridge | Y | 15 | near Griffith Park/LA River/bikepath |
| 4 | Riverside Dr. at Hyperion Bridge | Y | 2 | Underpass and around bridge |
| 5 | LA River between Whittsett and Colfax | N | 10 | |
| 6 | Sepulveda/Magnolia | N | 8 | |
| 7 | Franklin, Western to Vermont | N | 12 | |
| 8 | Cahuenga W, Hillpark to Mulholland (Cahu | Y | 16 | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open and Occupiable |
| --- | --- | --- | --- | --- | --- |
| A Bridge Home | 3248 Riverside Dr. | 100 | Open | Encampments 1,2,5,6 are within catchment area | 7/28/2020 |
| A Bridge Home | 3061 Riverside Dr. | 78 | Private site (Families) | | 4/1/2021 |
| Interim Housing | 1701 Camino Palmero St. | 42 | Women + TAY | | 4/16/2021 |
| Project Roomkey | Highland Gardens 7047 Franklin Ave. | 70 | Open | | 7/8/2021 |
| Interim Housing | The Sieroty (Previously Howard Johnson) 7432 Reseda Blvd. | 75 | Project Homekey Site; Site previously with CD 3 and added to CD 4 for redistricting | TBD / River | 1/1/2021 |
| Rapid Rehousing/Shared Housing | N/A | 64 | Household Placements as of 6/30/2022 | 101 and 134 Freeway encampments in the Valley | |

**Proposed Additional Interventions**

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
| --- | --- | --- | --- | --- |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Paul Koretz |
|---|---|
| Council District: | 5 |

| | |
|---|---|
| Size of District (square miles) | 37.5 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 94 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 10999 Rochester Ave | | | Westwood Rec Center |
| 2 | Brookhaven Ave and Military Ave | | | Military and the 10 |
| 3 | 2247 Pontius Ave | | | Pontius between Tennessee and Olympic |
| 4 | Cotner Ave and Olympic Blvd | | | Cotner from Olympic to Santa Monica Blvd. |
| 5 | Cotner Ave and Tennessee Ave | | | Tennessee to Olympic |
| 6 | 1544 Cotner Ave | | | Cotner between Santa Monica and Ohio |
| 7 | Venice Blvd and Globe Ave | | | Venice and the 405 |
| 8 | 3700 Durango Ave | | | Exposition and Durango |
| 9 | 2642 S Sepulveda Blvd | | | Sepulveda under the 10 |
| 10 | 3479 Bagley Ave | | | Under the 10 Freeway |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampments | Open and Occupiable |
|---|---|---|---|---|---|
| A Bridge Home | 1479 S. La Cienega | 54 | Targeted for families | | Opened 6/22/2020 |
| Permanent Housing: Non-Prop HHH - PSH | 8866 W. Pico Blvd. | 12 | Seniors and veterans | | Opened 8/7/2020 |
| Interim Housing | Coalition to Abolish Slavery and Human Trafficking Shelter - Address Withheld | 19 | Coalition to Abolish Slavery and Human Trafficking Shelter | | TBD |
| Interim Housing | Pan Pacific Park | 73 | 4/1/2021 | Winter Shelter extended | Closed 5/31/2021 |
| Interim Housing | 728 S. Cochran | 62 | TBD | | |
| Rapid Rehousing/Shared Housing | Multiple | 88 | Placements as of 6/30/2022 | | |

**Proposed Additional Interventions**

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampments |
|---|---|---|---|---|
| Interim Housing | Venice Blvd. | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | W. Olympic Blvd. | TBD | privately owned, potential leasing opportunity | |
| Interim Housing | S. La Brea | TBD | | |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Nury Martinez |
|---|---|
| Council District: | 6 |

Size of District (square miles)                                        27.2 sq mi
Unsheltered Homeless Population within 500 feet of the Freeway        125

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 15611 Parthenia Ave. North Hills | Yes | 10 | Encampment under the I-405 |
| 2 | Sepulveda Basin | No | 30 | Encampments throughout Sepulveda Basin areas. Offering beds at Airtel and Valley Haven |
| 3 | Gilmore St b/t Van Nuys Blvd - Sylmar Ave | No | 5 | By LADOT Lot and elementary school. Large tents on sidewalk |
| 4 | Gilmore St b/t Vesper Ave - Van Nuys Blvd | No | 2 | By LADOT Lot and by Dr. Rojas and Steve Friedmann. |
| 5 | Sylmar Ave b/t Gilmore St - Victory Blvd | No | 2 | Tents on sidewalk |
| 6 | 8825 Kester Ave, Panorama City, | No | 6 | Sepulveda Recreation Center |
| 7 | 9122 Tobias Ave, Panorama City | No | 6 | Tobias Park |
| 8 | 8723 Sepulveda Blvd North Hills | No | 2 | 99 Cent Store |
| 9 | 8767 Parthenia Place North Hills | No | 4 | sidewalk E of Columbus Ave |
| 10 | 15263 Parthenia St. North Hills | No | 4 | sidewalk E of Columbus Ave |
| 11 | 15607 Roscoe Blvd. North Hills | Yes | 10 | On Caltrans Property |
| 12 | 8166 Orion Ave. North Hills | Yes | 2 | Vehicle Dwelling |
| 13 | 7815 Van Nuys Blvd Panorama City | No | 4 | Cabrito Rd./Van Nuys Blvd. Dead End |
| 14 | South of Victory/Haskell by Orange Line Bikepath under I-405 freeway, Van Nuys | Yes | 10 | Individuals in Caltrans/Metro easements |
| 15 | Vanowen St @ under the I-405 | Yes | 3 | RV and personal property on sidewalk with a lot of bikes |
| 16 | 7755 Aqueduct Ave. Lake Balboa | Yes | 10 | 6 RV Dwellings on Stagg east of Haskell, priv property and Caltrans security issues |
| 17 | 8048 Haskell Ave. Lake Balboa | Yes | 10 | Encampment at dead end of Haskell near RR tracks |
| 18 | 15640 Roscoe Blvd. Van Nuys | Yes | 2 | Encampment by the Southbound Roscoe On-ramp |
| 19 | 15798-16000 Victory Blvd. Lake Balboa | Yes | 10 | Encampments by the Metro Orange Line Bike Path. USACE property leased to LAMTA and RAP |
| 20 | Haskell Ave between Victory and Vanowen | Yes | 12 | At least 8 RV dwellers, possibly vehicle dwellers as well |
| 21 | 6712-6742 Haskell Ave. south of Vanowen | Yes | 5 | RVs and Encampment on Caltrans Property |
| 22 | 15650 Sherman Way Lake Balboa | Yes | 0 | Encampment on Caltrans Property |
| 23 | I-405 and Union Pacific Railroads | Yes | 10 | Multiple fires here |
| 24 | Vanowen St/ I-405 behind 6719 Aqueduct Ave | Yes | 2 | There was a fire here in 2020 |
| 25 | Firmament Ave b/t Saticoy St - Wyandotte St | Yes | 2 | Vehicle dwellers |

| 26 | Vanowen St/ I-405 behind 6719 Aqueduct Ave | Yes | 2 | There was a fire here in 2020 |
|---|---|---|---|---|
| 27 | Firmament Ave b/t Saticoy St - Wyandotte St | Yes | 7 | Vehicle dwellers |
| 28 | 13500 block of Reedley Street | No | 0 | Encampment |
| 29 | 8300 block of Allott Avenue betwee Roscoe Blvd & Ventura Canyon Street, Arleta | No | 2 | 1 RV with 2 occupants. |
| 30 | 7651 Woodman Ave to 13962 Saticoy St. Panorama City | No | 4 | 1 RV on Woodman service road and 1 encampment on 13962 Saticoy |
| 31 | 14400 block of Van Nuys Blvd between Woodman Avenue and Canterbury Avenue, Arleta | No | 0 | No Encampments |
| 32 | 13253 Wingo St. Arleta | Yes | 4 | Encampments between State and City Property |
| 33 | 9661 Sharp Ave. Arleta | Yes | 15 | Encampment on State Property |
| 34 | 13333 Osborne St. Arleta | Yes | 10 | Encampment by the Southbound Osborne St. Off-Ramp |
| 35 | 13310 Osborne Street. Arleta | Yes | 6 | |
| 36 | 12600 block of Tonopah Street. Arleta | Yes | 5 | Encampment by Pedestrian Tunnel |
| 37 | 10321 Sharp Ave. Arleta | Yes | 10 | Encampment next to Van Nuys Blvd. On Ramp |
| 38 | 14556 Victory Blvd @ Goodwill Van Nuys | No | 1 | |
| 39 | Aetna St between Van Nuys-Tyrone Ave Van Nuys | No | 10 | They've all been offered a bed at Aetna ABH |
| 40 | Aetna St between Tyrone Ave - Hazeltine Ave Van Nuys | No | 10 | They've all been offered a bed at Aetna ABH |
| 41 | East side of Tyrone b/t Bessemer St - Calvert St Van Nuys | No | 5 | Tents on sidewalk. |
| 42 | Tyrone b/t Bike Path - Oxnard St Van Nuys | No | 5 | Tents on sidewalk. |
| 43 | 14233 Bessemer St @ Tyrone Ave Van Nuys | No | 5 | Vehicle dwellers and tents. They come and go |
| 44 | Erwin St b/t Van Nuys Blvd - Vesper Ave Van Nuys | No | 8 | Tents all over sidewalk in front of LADOT lot |
| 45 | 6101 Cedros Ave b/t Bessemer St - Calvert St Van Nuys | No | 10 | This area has been an issue for years. |
| 46 | Sylvan St b/t Van Nuys Blvd - Vesper Ave Van Nuys | No | 2 | Tents on sidewalk |
| 47 | 6301 Vesper @ Sylvan St Van Nuys | No | 0 | By LADOT Lot. Tents on sidewalk |
| 48 | Vesper Ave b/t Victory Blvd - Gilmore St  Van Nuys | No | 0 | A few tents on sidewalk |
| 49 | 6609 Van Nuys Blvd @ Kittridge St Van Nuys | No | 2 | Mostly cleared - residents housed |
| 50 | 14538 Kittridge St @ side of old Dearden's building Van Nuys | No | 0 | Cleared - residents housed |
| 51 | 14537 Wyandotte St @ Vista Del Monte Ave Van Nuys | No | 2 | On side of Super King. People who had an encampment on Van Nuys Blvd moved to Wyandotte St because of CD2's Care Plus |
| 52 | Raymer Pedestrian Bridge Van Nuys | No | 6 | They have tents inside the bridge |
| 53 | NE Sepulveda Blvd / Vanowen Ave. Van Nuys | No | 1 | 1 man east of the gas station |
| 54 | 8065 Webb | No | 2 | encampment behind nursery |
| 55 | 8300 San Fernando Rd. Sun Valley | Yes | 30 | 17 RV's with vehicle dwelling and encampments |

| 56 | 11201 Penrose St. Sun Valley | Yes | 8 | Multple RV's with vehicle dwelling |
| 57 | 11590 Tuxford St | Yes | 4 | RV dwellers have left. 2 encampments |
| 58 | 8961 Laurel Canyon Blvd. | Yes | 10 | Encampments between State and City Property |
| 59 | 12144 Wicks St. Sun Valley | Yes | 5 | Encampments on both sides  to pedestrian bridge |
| 60 | 8841 O'melveny Ave. Sun Valley | Yes | 3 | Encampment next to pedestrian bridge, Vehicle Dwellers |
| 61 | 12552 Jerome St. Sun Valley | Yes | 10 | Encampments under the Interchange, access through DWP spreading grounds |
| 62 | 9041 Laurel Canyon Blvd. | Yes | 0 | |
| 63 | 8707 Lankershim Blvd. Sun Valley | Yes | 5 | Encampment off the on-ramp |
| 64 | 11940 Peoria St. Sun Valley | Yes | 2 | Encampment |
| 65 | 11042 Olinda St. Sun Valley | Yes | 6 | Encampment next to pedestrian bridge,  Vehicle Dwellers |
| 66 | 8701 San Fernando Rd. Sun Valley | Yes | 6 | Encampment on Northbound Tuxford On-Ramp |
| 67 | 8620 Cayuga Ave. Sun Valley | Yes | 1 | Encampment on freeway wall behind building address |
| 68 | 9051 Laurel Canyon Blvd. Sun Valley | Yes | 5 | 3 RVs |
| 69 | 8620 Old San Fernando Rd. Sun Valley | Yes | 10 | Encampments and Vehichle Dwelling |
| 70 | 8969 Laurel Canyon Blvd. Sun Valley | Yes | 6 | Encampment near business and sidwalk |
| 71 | 8003 Vineland Ave Sun Valley | No | 4 | Encampment by Autozone |
| 72 | 7955 Vineland Ave Sun Valley | No | 2 | Behind the Jack in The Box |
| 73 | 8069 Vineland Ave. Sun Valley | No | 4 | Encampment on Lorne Street |
| 74 | 8203 Vineland Ave. Sun Valley | No | 1 | Encampment usually against the building |
| 75 | 7709 Simpson Ave. North Hollywood | No | 10 | Cul-de-sac, behind 7709 lankershim |
| 76 | 7744 Lankershim Blvd. North Hollywood | No | 0 | By the Bus Stop |
| 77 | 11811 Strathern St. North Hollywood | No | 10 | 6 RVs on Morella and Strathern |
| 78 | 9500 El Dorado Ave. Sun Valley | No | 6 | 3 RVs on Cul de Sac |
| 79 | 13161 Telfair Ave. Sun Valley | No | 6 | Encampment at Cul de Sac |
| 80 | 9675 San Fernando Rd. Sun Valley | No | 10 | 5 encamoments behind the Fedex |
| 81 | 11201 Pendleton St. Sun Valley | No | 20 | Vehicle Dwellers, mostly RVs |
| 82 | Bridge along the Pacoima Wash from Paxton Street to Wentworth Street, Arleta | No | 30 | Encampments under the Bridges |
| 83 | 14660 Cabrito RD. Panorama City | No | 15 | E of Wills Ave. alley of 14660 Arminta Ave. |
| 84 | 7875 Willis Ave Panorama City | No | 15 | at the bridge |
| 85 | 14800 Roscoe Blvd. Panorama City | No | 1 | Willis Ave. sidewalk |
| 86 | 8315 Noble Ave North Hills | No | 1 | School sidewalk on Roscoe. |
| 87 | 16251-16301 Raymer St. Lake Balboa | No | 0 | Clear |
| 88 | 7100 White Oak Ave. Lake Balboa | No | 8 | 6 RV dwellings, two tents in Jesse Owens Park |
| 89 | 17643 Sherman Way Lake Balboa | No | 6 | 6 RVs on Sherman Way east of White Oak |

| 90 | 13962 Saticoy St Panorama City | No | 2 | live in tent that is in front of the recycling center |
| 91 | 7610 Woodman Ave. Panorama City | No | 3 | RV in front of business 3/17; within LASAN lot |
| 92 | 14201 Roscoe Blvd. Panorama City | No | 3 | in front of Panorama Presbeyterian Church; 3/17: rejected services from LAHSA |
| 93 | 14355 Roscoe Blvd. Panorama City | No | 1 | |
| 94 | 8333 Woodman Ave. Panorama City | No | 1 | |
| 95 | 8305 Woodman Ave. Panorama City | No | 1 | |
| 96 | 12386 Sheldon St. | Yes | 1 | Encampments near Northbound I-5 On-ramp at Sheldon Ave. |
| 97 | 8852 Laurel Canyon | Yes | 4 | Caltrans property I-5 offramp |
| 98 | 8601 Arleta Ave. | Yes | 5 | Encampments on Caltrans Property |
| 99 | 12527 Sheldon St. | Yes | 6 | RV encampments by the Skate Park |

## Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampments | Open & Occupiable |
|---|---|---|---|---|---|
| A Bridge Home | 14333 Aetna St. | 70 | Open | Van Nuys | 8/14/2020 |
| Interim Housing | 9120 Woodman | 148 | senior home acquisition | Senoirs Unhoused throughout the district | Fall 2022 |
| Interim Housing | 8647 Sepulveda | 59 | Project Homekey | North Hills/Panorama City/ I-405 | March 2021 |
| Interim Housing | 8209 Sepulveda | 51 | Project Homekey | North Hills/Panorama City/ I-405 | TBD |
| Interim Housing | AHF-Valley Haven | 146 | Non-Profit Owned | I-405/ Van Nuys | April 2021 |
| Interim Housing | Airtel Hotel | 237 | Project Roomkey | Sepulveda Basin/I-405/ Lake Balboa/Van Nuys | April 2021 |
| Interim Housing | Branford/San Fernando | 161 | City-owned property | TBD | October 2022 |
| Interim Housing | Taper Bridge Home | 49 | Bridge Housing | Sun Valley area and Freeway Encampments | October 2021 |
| Permanent Supportive Housing | Arminta Square 11050 W. Arminta St. | 45 | Open | | February 2021 |
| Rapid Rehousing/Shared Housing | Multiple | 201 | Household placements as of 6/30/2022 | TBD | N/A |
| Transitional Housing | TBD | 15 | Transitional Housing | HHAP 1 TAY Funding for TAY homeless in CD6 | |

## Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|
| Interim Housing | San Fernando Rd. | 25 | Publicly-owned | Encampments along I-5/ Sun Valley |
| Interim Housing | Paxton St. | 20 | Privately-owned | Encampments along the I-5 and Arleta |
| Interim Housing | Travel Inn on Sepulveda | 79 | motel acquisition | Panorama City/Arleta |
| Interim Housing | Emerson on San Fernando | 30 | motel acquisition | I-5/Sun Valley |
| Interim Housing | Corona on Saticoy | 23 | motel acquisition | I-5/Sun Valley |
| Interim Housing | Hyland on Sepulveda | 40 | motel acquisition | Van Nuys/Panorama City |
| Interim Housing | Van Nuys Blvd | 36 | motel acquisition | |
| Safe Parking | 7691 Gloria Ave. | 25 | LAWA owned lot | RV encampments |
| Pallet Shelter | Gilmore Ave. | TBD | Publicly-owned | Van Nuys |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Monica Rodriguez |
|---|---|
| Council District: | 7 |

Size of District (square miles)                                              54.1 sq mi
Unsheltered Homeless Population within 500 feet of the Freeway       134

## Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 118 Freeway Paxton St./ Bradley Ave. | Y | 55 | Over 20 tents and makeshift shelters under the freeway overpass and along both edges reaching the nearby business and residential home on the east/west side |
| 2 | Big Tujunga Wash, under 210 fwy and Foothill bridges | Y | 20-25 | Makeshift structures built within the Wash under the freeway overpasses/bridges. |
| 3 | 118 fwy between Bradley and Herrick | Y | 8-10 | Caltrans right of way parallel to 118 freeway behind business that face Paxton St. Various tents along that pathway between Bradley Ave. and Herrick St. |
| 4 | 405 fwy Devonshire onramp/offramp | Y | 2-5 | 5 tents on Caltrans property, large quantities of property and debris. About 4 individuals under the freeway and about 8 at the east offramp. |
| 5 | 12966 Arroyo St / Foothill Blvd. | Y | 2-5 | Encampement made up of vehicle and tents, large quantities of property. |
| 6 | 210 fwy/Hubbard St | Y | 6 | Approx. 6 tents |
| 7 | 210 Fwy/Osborne/Foothill Blvd | Y | 35 | 25-35 individuals along the fenceline parallel to the freeway, and within a Caltrans easement |
| 8 | Brand Park | N | 15 | Tents within park; Approx 15 people |

## Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampments | Open and Occuplable |
|---|---|---|---|---|---|
| Permanent Housing: Prop HHH | 13574 W. Foothill Blvd. | 47 | Permanent Supportive Housing | | 3/31/2021 |
| Interim Housing | Encinitas Sylmar 12835 Encinitas Ave. | 86 | Project Homekey | 210 Fwy/Osborne/Foothill Blvd; Brand Park; San Fernando Rd. | 8/29/2021 |
| Interim Housing | 12860 Arroyo St. | 85 | A Bridge Home | | 8/3/2020 |
| Interim Housing | 11067 Norris Ave. | 57 | Winter Shelter | | No longer operating year-round. Closed 04/21/2022 |
| Rapid Rehousing/Shared Housing | N/A | 30 | Household placements as of 6/30/2022 | Sepulveda / 118 fwy, Big Tujunga Wash, under 210 and Foothill bridges, 118 fwy / Devonshire ramps; Paxton/Bradley | In Process - ongoing |
| Permanent Housing: Prop HHH | 11681 W Foothill Blvd, Sylmar, CA 91342 | 49 UNITS | Permanent Supportive Housing | Veterans | Aug 2022 |

## Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampments | Open and Occuplable |
|---|---|---|---|---|---|
| Permanent Housing: HHH | 12667 San Fernando Rd, Sylmar, CA 91342 | 55 units | housing for formerly homeless and low-income individuals | | July/August 2022 |
| Permanent Housing: PHK | 10150 Hillhaven Ave, Tujunga, CA 91042 | 34 units | housing for formerly homeless, and at-risk families; ~7 units for individuals | Sunland/Tujunga locations | Fall 2022 |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Marqueece Harris-Dawson |
|---|---|
| Council District: | 8 |

Size of District (square miles)    16.0 sq mi

Unsheltered Homeless Population within 500 feet of the Freeway    84

## Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 88th Pl, b/t Grand & Flower St. | Y | 25 | Freeway Underpass |
| 2 | Colden Ave, b/t Grand & Flower St. | Y | 25 | Freeway Underpass |
| 3 | 115th & Vermont | | 20 | |

## Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Opening Date |
|---|---|---|---|---|---|
| Permanent Housing: Prop HHH | 5501 S. Western Ave. | 32 Units | Western Avenue Apartments | TBD | 3/31/2021 |
| Permanent Housing: Prop HHH | 7600 S. Vermont Ave. | 25 | The Pointe on Vermont | | 3/22/2021 |
| Interim Housing | 9165 & 9165 ½ S. Normandie | 20 | Shelter / HOPICS (Motorcycle Riders) | TBD | 4/14/2021 |
| Interim Housing | 8311 S. Western Ave. | 30 | Winter Shelter | TBD | 4/1/2021 - 10/31/2021 |
| Interim Housing | Bryant Temple AME 2514 W. Vernon Ave. | 20 | Winter Shelter | TBD | 4/1/2021 - 10/31/2021 |
| Interim Housing | 8701 S. Broadway Ave. | 150 | Year Round Beds | | 4/16/2021 |
| Interim Housing | 8501 1/2 S. Vermont Ave. | 25 | Year Round Beds | TBD | 4/16/2021 |
| Interim Housing | 5615-5749 S. Western Ave. | 7 | Year Round Beds | TBD | 4/16/2021 |
| Interim Housing | 3501 Western Ave. | 30 Units | Project Homekey | TBD | 4/13/2021 |
| Rapid Rehousing/Shared Housing | Locations throughout the City and the County | 159 | RRH - Time Limited Subsidy | TBD | As of 6/30/2022 |

## Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|
| Interim Housing | 86th St. | 99 | Pallet Shelter | TBD |
| Interim Housing | 87th St. | 127 | Pallet Shelter | TBD |
| Safe Parking | W. Manchester Ave. | TBD | Safe Parking | TBD |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Curren Price |
|---|---|
| Council District: | 9 |

| | |
|---|---|
| Size of District (square miles) | 13.0 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 482 |

### Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 4500-5700 Grand Ave | Y | est 100 | primarily tent structures |
| 2 | 4900-5700 Flower St | Y | est 50 | primarily tent structures |
| 3 | 5900-6300 Grand Ave | Y | est 30 | primarily RVs |
| 4 | 6900-8400 Grand Ave | Y | est 80 | 80% RVs, 20% tents |
| 5 | 3500-3900 Grand Ave | Y | est 35 | tent structures |
| 6 | 42nd / Grand Ave. | Y | - | - |
| 7 | 43rd / Grand Ave. | Y | - | - |

### Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Address | Capacity | Description | Target Encampments | Open and Occupiable |
|---|---|---|---|---|---|
| Safe Parking | 1501 S. Figueroa St. | 30 | | | Opened 11/2/2020 |
| Permanent Housing: Prop HHH | 6901 S. Main St. | 49 | | | Opened 11/17/2020 |
| Safe Parking | 4301 S. Central Ave. | 10 | In Development | | Opened 3/8/2021 |
| Permanent Housing: Non-Prop HHH - PSH | 1036 E. 35th St. | 19 | | | Opened 3/31/2021 |
| Interim Housing | 5100 S. Central Ave. | 25 | Operated by non-profit | | Opened 4/1/2021 |
| Interim Housing | 5171 S. Vermont Ave. | 20 | Winter Shelter Extension | | Opened 4/1/2021 |
| Interim Housing | 224 E. 25th St. & 224 1/2 E. 25th St. | 68 | Operated by non-profit; Opened with 20 beds, additional 48 beds to open 1/1/2022 | | Opened 4/14/2021 |
| Permanent Housing: Prop HHH | 4050 S. Figueroa St. | 56 | | | Opened 4/15/2021 |
| A Bridge Home | 4601 Figueroa St. | 30 | Family shelter | within catchment area | Opened 4/16/2021 |
| Interim Housing | 3123 S. Grand Ave. | 20 | | | Opened 4/16/2021 |
| Project Homekey / Safe Sleeping | 2300 S. Central Ave. | 88 | Privately-owned by non-profit | | Expected to open in January 2022 |
| Project Homekey / Interim Housing | 1332 W. Slauson Ave. | 100 | Privately-owned by non-profit | | TBD |
| Project Homekey / Interim Housing | 2521 Long Beach Ave. | 200 | Privately-owned by non-profit | | TBD |
| Permanent Housing: Non-Prop HHH - PSH | 5215 S. Figueroa St. | 40 | In Development | | TBD |
| Interim Housing | Compton Ave. & Nevin Ave. | 144 | | | TBD |
| Rapid Rehousing/Shared Housing | Multiple | 158 | Placements as of 6/30/2022 | | In Process |

### Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampments |
|---|---|---|---|---|
| Interim Housing | S. Avalon | TBD | Privately owned | |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | HERB J. WESSON, JR |
|---|---|
| Council District: | 10 |

Size of District (square miles) — 14.5 sq mi
Unsheltered Homeless Population within 500 feet of the Freeway — 77

### Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Venice and the I-10 Freeway | Y | 40 | mostly tents; some living in cars |
| 2 | Washington and the I-10 Freeway | Y | over 30 | mostly tents; some living in cars |
| 3 | Western and the I-10 Freeway | Y | over 25 | mostly cars; some living in tents |
| 4 | Koreatown | N | over 40 | tent encampments; some cars |
| 5 | Leimert Park | N | 60 | tents; cars |

### Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Address | Capacity | Description | Target Encampment(s) | Open & Occuplable |
|---|---|---|---|---|---|
| Permanent Housing: Non-Prop HHH - PSH | 4018 Buckingham Rd. | 51 | Complete | | 11/23/20 |
| A Bridge Home | 1818 S Manhattan Pl. (formerly 1819 S. Western Ave.) | 15 | Complete | Western and I-10/Leimert Park - women and children only | 9/24/20 |
| A Bridge Home | 668 S. Hoover St. (formerly 625 La Fayette Pl.) | 70 | Complete | Koreatown | 3/1/21 |
| Interim Housing - Project Homekey | Best Inn 4701 W Adams Blvd. | 22 | Complete | Venice and I-10 | 3/23/2021 |
| Interim Housing | H Hotel | 49 | Project Roomkey | | 4/16/2021 - 7/24/2021 |
| Interim Housing | Shelter Hotel | 48 | Project Roomkey | | 4/16/2021 - 9/9/2021 |
| Rapid Rehousing/Shared Housing | Multiple | 59 | Household placements as of 6/30/2022 | Leimert Park, Venice and I-10, Koreatown | TBD |

### Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|

**City of Los Angeles**
**Council District Sheltering Plan**

| Councilmember: | Mike Bonin |
|---|---|
| Council District: | 11 |

| | |
|---|---|
| Size of District (square miles) | 63.8 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 92 |

### Target Encampments

Identify the key encampments within your district that should be addressed in the Sheltering Plan.

| Priority | Location | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Rose/Penmar | N | ~5-10 (from RVs nearby but not at the E2H site) | Encampment abuts golf course and is adjacent to residential. Also covers a walking path; 0 resisdents there currently (after an E2H effort). |
| 2 | 405 at Venice/Globe | Y | 12 | Mar Vista. Encampment flows underneath the 405, and is shared by both CD11 and CD5. |
| 3 | Pico/Centinela | Y | 8 | Encampment near 405. Adjacent to SM. |
| 4 | Barry/Gateway at the 10 | Y | 2 | Small encampment under the 10. |
| 5 | Barrington/10 | Y | 10 | |
| 6 | Ocean Front Walk | N | 34 | Large encampment on the Venice Boardwalk. Currently around 15-20 residents there on any given day. E2H effort continues here. |
| 7 | Pico/Sawtelle | Y | 9 | |
| 8 | Tennessee / Purdue | N | 1 | |
| 9 | Mesmer / 405 | Y | 0 | No longer folks at this location |

### Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Opening Date |
|---|---|---|---|---|---|
| Safe Parking | 11339 Iowa Ave. | 25 | Expansion of Safe Parking Program to larger lot; 10 new beds part of Roadmap | TBD | 10/1/2020 |
| Safe Parking | 9100 Lincoln Blvd. | 25 | Expansion of Safe Parking Program to larger lot; 20 new beds part of Roadmap | TBD | 10/6/2020 |
| Interim Housing | 9250 Airport Dr. | 44 | Project Homekey | Venice/Globe; Westchesster Park | 5/5/2021 |
| Interim Housing | 3130 Washington Blvd. | 33 | Project Homekey | Ocean Front Walk | 7/14/2021 |
| Motel Vouchers | Westside | 64 motel vouchers in use as of 12/31/21 | Funding from city's General City Purposes - Additional Homeless Resources | Ocean Front Walk | 6/7/21 |
| Safe Parking | 5455 W. 111th St. | 50 | Safe Parking Pilot approved by the FAA within the Los Angeles World Airport | | In Process |
| Rapid Rehousing/ Shared Housing/ Emergency Housing Vouchers | N/A | 257 | Placements as of 6/30/2022 | Ocean Front Walk Encampment to Home effort. Clients moved from interim shelter including motels, Venice ABH; PRK (Cadillac Hotel); PHK (Venice). | In Process |

### Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|
| Interim Housing - Cabin Community | Marina Del Rey Boat Launch Ramp Parking Lot (Fiji Way) | 50 shelters | parking lot in Marina del Rey | All |

| Encampment to Home | Mar Vista Park | 20 potential clients | city RAP property; would replicate Ocean Front Walk effort wherein all current residents of the park would be offered a permanent housing resource. | Venice Globe/ Mar Vista Rec Center |
|---|---|---|---|---|
| Encampment to Home | Westchester Park | 50 potential clients | city RAP property; would replicate Ocean Front Walk effort wherein all current residents of the park would be offered a permanent housing resource. | Westchester |
| Tiny Home Village | VA property in Brentwood | approximately 90 tiny homes | VA property; City ownership of tiny homes (purchased through donations gifted by a non-profit) | Any vet in any encampment |
| Safe Sleeping or Tiny Homes | Venice Blvd. | TBD | Consolidated encampment services; lot owned by Culver City; located in CD5; partnership between City and Culver City; Culver City exploring options; City of LA standing by to assist with construction and operational help. | Venice Globe/ Mar Vista Rec Center |
| Safe Parking | any LAWA-owned site near LAX | 50 | CD11 Working with LAWA and FAA to site a Safe Parking Site | All |
| RV Safe Parking | Vista Del Mar | TBD | County owned parking lot in Playa del Rey; County to provide City with cost to reserve parking spaces for RVs | All |
| Emergency Housing Vouchers | District-wide | TBD | These are issued by HUD and operate almost like Section 8 vouchers. The region received over 6,000 vouchers. | All |

**City of Los Angeles**
Sheltering Plan by Council District

| | |
|---|---|
| **Councilmember:** | **John Lee** |
| **Council District:** | **12** |

| | |
|---|---|
| Size of District (square miles) | 58.7 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 17 |

## Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Location | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 118 and 405 Freeway Adjacent | Y | 17 | Tents and RVs |
| 2 | Balboa - Devonshire - Petit | N | 20 | Tents |
| 3 | Plummer - Jordan - Nordhoff (at Owensmouth) | N | 50 | Tents and RVs |
| 4 | Nordhoff Pl - Oakdale Ave | N | 30 | Tents and RVs |
| 5 | Balboa - San Fernando Mission | N | 5-10 | Tents and RVs |

## Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampments | Open and Occupiable |
|---|---|---|---|---|---|
| Safe Parking | 8775 Wilbur Ave. | 20 | Metro/City Owned | | Opened 4/7/21 |
| Interim Housing | 21603 Devonshire St. | 75 | Project Homekey | | Opened 3/15/21 |
| Interim Housing | 18140 Parthenia St. | 107 | Privately owned | | Opened 5/17/22 |
| Rapid Rehousing/Shared Housing | N/A | 28 | Placements as of 6/30/2022 | | |

## Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampments |
|---|---|---|---|---|
| Interim Housing | Roscoe Blvd. | TBD | privately owned, potential leasing opportunity | |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Mitch O'Farrell |
|---|---|
| Council District: | 13 |

| | |
|---|---|
| Size of District (square miles) | 13.6 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 468 |

### Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Hollywood US-101 Corridor | Y | 146 | City Sidewalks, Caltrans property (Gower/Yucca/Carlos/Bronson/Hollywood/Van Ness) |
| 2 | Hoover St/John St/Virgil Ave/US-101 | Y | 60 | City Sidewalks under US-101 |
| 3 | Juanita/Middlebury/US-101 | Y | 30 | Caltrans ROW, City sidewalks |
| 4 | SR2, Glendale Blvd | Y | 10 | On sidewalks of SR2 offramp & Caltrans property |
| 5 | US-101 Corridor (Vendome and Alvarado) | Y | | City Sidewalks, Caltrans property (Vendome/Dillon/Alvarado) |
| 6 | Madison / Oakwood / US-101 | Y | | Caltrans ROW, City sidewalks |
| 7 | East Hollywood US-101 Corridor | Y | 30 | City Sidewalks/Caltrans property (Santa Monica Blvd) |
| 8 | Verdugo Road/2 Fwy | Y | 10 | Sidewalks under 2 freeway |
| 9 | Silver Lake Blvd/US-101 | Y | 10 | Caltrans ROW, City sidewalks |

### Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| Permanent Housing: Non-Prop HHH - PSH | 252 S. Rampart Blvd. | 22 | | All | 11/9/2020 |
| Permanent Housing: Prop HHH - PSH | 1119 N. McCadden Pl. | 25 | This site was redistricted from CD 4 | | 3/31/2022 |
| Safe Parking | Cahuenga Branch Library 4591 Santa Monica Blvd. | 10 | | All - Car dwellers | 3/15/2021 |
| Interim Housing | The NEST 253 S. Hoover St. | 38 | Project Homekey | All | 3/22/2021 |
| Interim Housing | Shatto Park Recreation Center 3191 W. 4th Street | 48 | Winter Shelter | All | 4/1/2021 (Closed 5/31/2021) |
| Interim Housing | 5941 Hollywood Blvd. | 30 | | All - Hollywood/101 | 4/15/2021 |
| Safe Parking | 1033 Cole Ave. | 10 | | All - Car dwellers | 4/16/2021 |
| Safe Sleeping | 317 N Madison Ave. | 90 | | All | 4/16/2021 (Closed 12/31/2021) |
| Interim Housing | 1455 N. Alvarado St. | 74 | Tiny Home Village | All | 6/8/2021 |
| Interim Housing | 2301 W. 3rd St. | 107 | Tiny Home Village | All | 12/16/2021 |
| Rapid Rehousing/Shared Housing | N/A | 128 | Placements as of 6/30/2022 | TBD | N/A |

### Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) | |
|---|---|---|---|---|---|
| Interim Housing | Temple St. | 42 | Privately owned apartment | All | |
| Interim Housing | Alvarado | 27 | Privately owned apartment | All | |
| Interim Housing | Cole Ave. | TBD | RAP owned park | All | |
| Interim Housing | Santa Monica Blvd. | 82 | Privately owned building | TBD | |
| Interim Housing | El Centro Ave. | TBD | City owned building | TBD | |

| Interim Housing | Lake St. | TBD | Privately owned building | TBD | |
| Interim Housing | Bonnie Brae St | TBD | Privately owned lot | All | |

**City of Los Angeles**
**Sheltering Plan by Council District**

| | |
|---|---|
| **Councilmember:** | **Kevin De Leon** |
| **Council District:** | **14** |

| | |
|---|---|
| Size of District (square miles) | 24.2 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 622 |

### Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Location | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 10 fwy and San Pedro | Y | 16 | Encampments on Both Side of San Pedro |
| 2 | 110 fwy and Olympic | Y | 12 | Encampments on Both Side of Olympic |
| 3 | 7476 North Figueroa and 134 | Y | 15 | Encampments on both Sides |
| 4 | 2900 West Broadway and 2 fwy | Y | 8 | |
| 5 | Hope and 10 fwy | Y | 16 | |
| 6 | fwy Overpass Arcadia and Main | Y | 15 to 20 | Encampments on both Sides |

### Interventions in Development

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| A Bridge Home | 310 N. Main St. | 99 | ABH | TBD | 8/18/2020 |
| A Bridge Home | Paloma Phase I 1426 Paloma | 119 | ABH | TBD | 12/21/2020 |
| A Bridge Home | El Puente 711 N. Alameda | 45 | ABH | TBD | 9/1/2021 |
| Interim Housing | LA Grand Hotel - Project Roomkey | 473 | Project Roomkey | TBD | 11/1/2020 |
| Interim Housing | Weingart Center 566 S. San Pedro Street | 49 | Winter Shelter Beds | TBD | 4/1/2021 |
| Interim Housing | Weingart Center 566 S. San Pedro Street | 60 | Women's Beds | TBD | 4/1/2021 |
| Interim Housing | Super 8 Alhambra 5350 S Huntington Dr. | 52 | Project Homekey | TBD | 4/7/2021 |
| Interim Housing | 1060 N Vignes St | 232 | Interim Housing | TBD | 4/12/2021 |
| Interim Housing | Titta's Inn 5333 Huntington Drive | 47 | Project Homekey | TBD | 4/12/2021 |
| Interim Housing | 543 Crocker St. | 20 | Year Round Shelter Beds | TBD | 4/16/2021 |
| Interim Housing | 7570 N. Figueroa | 93 | Pallet Shelters | TBD | 3/2/2022 |
| Interim Housing | Arroyo Drive at Ave 60 | 224 | Pallet Shelters | TBD | 11/2/2021 |
| Interim Housing | SRO Housing Corp - Scattered Sites | 60 | Scattered Interim Housing Sites | TBD | 3/1/2021 |
| Interim Housing | N. Mission Road | 144 | Pallet Shelters | TBD | TBD |
| Interim Housing | Bailey Street | 75 | Shelter | TBD | TBD |
| Permanent Housing: Prop HHH | 649 S. Wall St. | 28 | Prop HHH | TBD | 3/11/2021 |
| Permanent Housing: Prop HHH | FLOR 401 Lofts 401 E. 7th St. | 49 | Prop HHH | TBD | 9/30/2020 |
| Rapid Rehousing/Shared Housing | Locations throughout the City and the County | 239 | RRH Program | TBD | RRH Program Placements as of 6/30/2022 |

### Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|
| Interim Housing | S. Broadway | TBD | TBD | TBD |
| Interim Housing | 2650 E. Olympic | 230 | RV Safe Park | TBD |
| | | | | |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Joe Buscaino |
|---|---|
| Council District: | 15 |

| Size of District (square miles) | 32.1 sq mi |
|---|---|
| Unsheltered Homeless Population within 500 feet of the Freeway | 194 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Location | Within 500' of Freeway (Y | # of Residents | Description |
|---|---|---|---|---|
| 1 | Lomita Blvd @ McCoy St. | Y | 25 | |
| 2 | Gulch Road at 14th St. | N | 10 | |
| 3 | 535 Broad Avenue | N | 0 | |
| 4 | F Street @ Banning | N | 12 | |
| 5 | Anaheim Bridge @ 5points | N | 12 | |

**Interventions in Development**

List any projects that are currently in the pipeline in your district that **will open by December 16, 2021.**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open and Occupiable |
|---|---|---|---|---|---|
| A Bridge Home | 515 N. Beacon Street | 100 | Open | Within catchment area | 7/7/2020 |
| A Bridge Home | 828 Eubank Ave. | 100 | Open | Within catchment area | 7/7/2020 |
| Safe Parking | 711 S. Beacon St. | 30 | Open | | 3/1/2021 |
| Safe Parking | 19610 S. Hamilton Ave | 25 | Open | | 3/8/2021 |
| Interim Housing | 1221 S. Figueroa Place | 80 | Pallet shelters | | 6/14/2021 |
| Project Homekey | 18600 Normandie | 40 | motel acquisition | | TBD |
| Rapid Rehousing/Shared Housing | N/A | 131 | Placements as of 6/30/2022 | TBD | N/A |

**Proposed Additional Interventions**

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) | |
|---|---|---|---|---|---|
| Interim Housing | E. 116th Pl. | 41 | Caltrans-owned | | TBD |