# EXHIBIT D

**Homelessness and Poverty Committee**
**Thursday, May 26, 2022**

**Amendments to CAO Report 0220-05151-0340**

Item (4)    C.F. 20-0841-S23- Eleventh Funding Report: COVID-19 Homelessness Roadmap Funding Recommendations

**Amendments are requested within the following recommendations:**

Rescind recommendations 31 and 32

Amend recommendations 3, 4, 19, 20, 24.b., 25, 30.c., 43, and 47 and replace with the following:

3.  TRANSFER up to $3,752,687.05 for the construction of a Tiny Home Village with 41 beds at 600 East 116th Place in Council District 15, from the following accounts:

   a. $131,705.05 from the Additional Homeless Services General City Purposes (AHS-GCP) Fund No. 100/56, Account No. 000931 to the Capital Technology Improvement Expenditure Program Fund No. 100/54, in a new account entitled, "CD 15 600 East 116th Place THV"; and
   b. $3,620,982 from Homeless Housing, Assistance, and Prevention Grant Program Round 2 (HHAP-2), Fund No. 64J/10, Account No.10V771, FC-1 COVID-19 Homelessness Roadmap Operating Costs to Fund No. 64J/10, to a new account entitled " CD 15 600 East 116th Place THV";

4. AUTHORIZE the Department of General Services (GSD) to negotiate and execute a lease agreement with the California Department of Transportation (Caltrans) for a Tiny Home Village with 41 beds at 600 East 116th Place in Council District 15;

19. APPROVE the proposed funding categories and amounts allocated to LAHSA for operating costs of previously approved Roadmap interventions from July 1, 2022 through June 30, 2023, as outlined in Table 1 below, further details on the proposed funding categories are outlined in Attachment 2:

**Table 1: LAHSA 2022- 23 Roadmap Funding Categories**

| Funding Category | Roadmap Operations Funding Categories | Amount |
|---|---|---:|
| 1 | Tiny Home Village Operations | $24,629,014 |
| 2 | A Bridge Home Operations | $21,364,910 |
| 3 | Other Interim Housing Operations | $19,288,004 |
| 4 | Project Homekey Operations | $23,043,819 |
| 5 | Safe Parking Operations | $2,409,000 |
| 6 | Safe Sleep Operations | $3,056,875 |
| 7 | Interim Housing Leasing | $647,991 |
| 8 | Outreach | $2,472,188 |
|   | **Total** | **$96,911,801** |

20. TRANSFER up to $76,446,958 from Homelessness Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618 for operating costs to continue Roadmap interventions from July 1, 2022 through June 30, 2023 as follows:

   a. $24,629,014 to Fund No. 63Q/43, a new account entitled, "2022-23 LAHSA Tiny Home Village Operations";
   b. $21,364,910 to Fund No. 63Q/43, a new account entitled, "2022-23 LAHSA A Bridge Home Operations";
   c. $19,288,004 to Fund No. 63Q/43, a new account entitled, "2022-23 LAHSA Other Interim Housing Operations";
   d. $5,051,164 to Fund No. 63Q/43, a new account entitled, "2022-23 LAHSA Project Homekey Operations";
   e. $2,409,000 to Fund No. 63Q/43, a new account entitled, "2022-23 LAHSA Safe Parking Operations";
   f. $3,056,875 to Fund No. 63Q/43, a new account entitled, "2022-23 LAHSA Safe Sleep Operations"; and
   g. $647,991 to Fund No. 63Q/43, a new account entitled, "2022-23 LAHSA Interim Housing Leasing";

24.b. Howard Johnson, located at 7432 Reseda Boulevard, Reseda, 91342, will be known as The Sieroty;

25. APPROVE Project Homekey 1 Travelodge Normandie ESG-CV State funding swap as follows:

   a. TRANSFER up to $726,000 from the Project Homekey 1 State Operating Subsidy Fund No. 63Y, Account No. 43TA42 to Fund No. 517, Account No. 43TA36 - Tiny Home Operations - 1221 Figueroa Place, and process expenditure corrections for this site to utilize the State Homekey Operating Subsidy to partially fund operational costs of 75 interim housing beds at 1221 Figueroa Place in Council District 15 through June 30, 2022;
   b. DIRECT the General Manager of the Los Angeles Housing Department (LAHD), or their designee, to amend or execute any necessary contracts to effectuate this instruction;
   c. REQUEST that LAHSA amend the contracts with the Project Homekey 1 operator of the Travelodge Normandie, PATH, and the operator of the site at 1221 Figueroa Place, The Salvation Army, to effectuate the above recommendations; and,
   d. RECOGNIZE up to $726,000 in savings from ESG-CV as a result of the expenditure correction;

30.c. Reprogram up to $4,755,967 from ESG-CV savings, from ESG-CV Fund No. 517/43, Account No. 43VC9V, COVID-19 Homeless Roadmap to Fund No. 517/43, Account No. 43TA43, Homekey Rehab for LA Family Housing for the rehabilitation of life-safety and accessibility features for Project Homekey 1, the Howard Johnson (The Sieroty), an interim housing site, located at 7432 Reseda Boulevard, Reseda, 91342, pending final review and approval by the Homekey 1 real estate consultant, Brilliant Corners;

43. INSTRUCT the General Manager of the LAHD, or their designee, to exercise the extension of the Roadmap Contract No. C-137223 with LAHSA by one year, with a new contract end date of September 30, 2023, and to amend the contract to reflect the recommendations in this report as follows:

   a. Reflect the service funding allocations/amendments in this report for:
      i. Other Interim Housing - 1904 Bailey Street;
      ii. Implement the LAHSA Roadmap Funding Categories for FY 2022-23, as seen in Table 1 Recommendation 19;
      iii. Roadmap interventions described in Attachment 2 of the 11th Homeless Roadmap Report dated May 20, 2022 and in this amending motion;
      iv. Roadmap Outreach;
      v. Project Homekey - Travelodge Normandie - 1221 Figueroa Place Tiny Home Village funding change;
      vi. Project Homekey as described in recommendation 30.a. - 30.c.;
      vii. Safe Parking - 15380 Oxnard Street;
      viii. Safe Parking - 5455 111th Street;
      ix. PRK Ramp Down;
      x. PRK Housing Navigation funded by ESG-CV
      xi. Reflect the hotel name changes as described in this report; and
      xii. Increase expenditure authority for Rapid Rehousing/ Shared Housing from $55,000,000 to $82,285,920 for up to 2,000 enrolled household through December 31, 2022;

47. INSTRUCT the City Clerk to place on the agenda of the first regular Council meeting on July 1, 2022, or shortly thereafter, the following instructions:

   a. APPROVE the reappropriation up to $131,705.05 from the AHS-GCP Fund No. 100/56, Account No. 000931 to the Capital Technology Improvement Expenditure Program Fund No. 100/54, in a new account entitled, "CD 15 600 East 116th Place THV" for the construction of a Tiny Home Village with 41 beds at 600 East 116th Place in Council District 15;
   b. APPROVE the reappropriation up to $88,619 from the AHS-GCP Fund No. 100/56, Account No. 000931 to Capital and Technology Improvement Expenditure Program Fund No. 100/54, Account No. 00T754, 19020-19040 Vanowen Street for one additional pallet at the Tiny Home Village site located at 19040 Vanowen Street in Council District 3;
   c. APPROVE the reappropriation up to $12,865 from the AHS-GCP Fund No. 100/56, Account No. 000931, to the following accounts for the addition of a fence at the Tiny Home Village site located at 6073 Reseda Boulevard in Council District 3:
      i. $2,210 to GSD Fund No. 100/40, Account No. 001014, Salaries, Construction Projects; and
      ii. $10,655 to GSD Fund No. 100/40, Account No. 003180, Construction Materials;
   d. APPROVE the reappropriation up to $49,229 from the AHS-GCP Fund No. 100/56, Account No. 000931 to the following accounts for construction costs at the West Los Angeles VA ABH site in Council District 11 for the ADA Compliance Railing:
      i. $24,997 to GSD Fund No. 100/40, Account No. 001101, Hiring Hall Construction;
      ii. $16,391 to GSD Fund No. 100/40, Account No. 001121, Benefits Hiring Hall Construction; and
      iii. $7,841 to GSD Fund No. 100/40, Account No. 003180, Construction Materials;
   e. APPROVE the reappropriation up to $86,817 from the AHS-GCP Fund No. 100/56, Account No. 000931 to the GSD Fund No. 100/40, Account No. 003180, Construction Materials to reimburse the outstanding construction costs at the West Los Angeles VA ABH site in Council District 11;
   f. TRANSFER up to $392,921 from the General City Purposes Fund No. 100/56, Account No. 000957, Project Roomkey COVID-19 Emergency Response for the administrative costs associated with City's Project Roomkey Program extension, as follows:
      i. $9,635 to Fund 100/40 Account No. 001010, Salaries General for one Senior Management Analyst I from July 1, 2022 to December 31, 2022;
      ii. $2,086 to Fund 100/40 Account No. 001010, Salaries General for one 120-Day Senior Real Estate Officer From July 1, 2022 to December 31, 2022; and
      iii. $381,200 to GSD Fund 100/63 Account No. 000026, Project Roomkey Leasing for CBRE contractual expenses through December 31, 2022;

g. AMEND the approved Recommendation No. 10.a. relative to the Tenth Roadmap Funding Report dated March 3, 2022 (C.F. 20-0841-S21) to transfer up to $5,098,167 to GSD and/or Citywide Leasing and replace with the following recommendation to amend the account information and note the total for salaries for a Senior Management Analyst I and 120-Day Senior Real Estate Officer, as follows:
   i. Transfer up to $5,098,167 from the General City Purposes Fund No. 10/56, Account No. 000957, Project Roomkey COVID-19 Emergency Response to GSD for administrative support for extending emergency interim housing programs:
      1. $53,909 to Fund 100/40 Account No. 001010, Salaries General for one Senior Management Analyst I from July 1, 2022 to December 31, 2022;
      2. $64,358 to Fund 100/40 Account No. 001010, Salaries General for one 120-Day Senior Real Estate Officer From July 1, 2022 to December 31, 2022; and
      3. $4,979,900 Fund 100/63 Account No. 000026, Project Roomkey Leasing for CBRE contractual expenses through December 31, 2022;
h. APPROVE up to $2,018,238.96 from the General City Purposes Fund No. 100/56, Account No. 000957, Project Roomkey COVID-19 Emergency Response from July 1, 2022 to December 31, 2022 for the administrative costs associated with City's Project Roomkey Program extension, as follows:
   i. Up to $1,996,475.44 to the Personnel Department
   ii. Up to $21,763.52 to the City Clerk
i. APPROVE the reappropriation up to $77,000 from the AHS-GCP Fund No. 100/56, Account No. 000931 to Fund No. 100/56, Account No. 000976, CD 3 Neighborhood Service Enhancements for the contract with About My Father's Business to support the pilot storage program in Council District 3; and
j. APPROVE the reappropriation of up to $11,884,254, June 30, 2022 unencumbered balance from various funding sources within in Capital Technology Improvement Expenditure Program, 100/54 for the following accounts:
   i. Up to $650,576 in HHAP funds, Account No. 00T761, Bridge Housing - 3061 Riverside Drive for the construction costs associated with the ABH site located at 3061 Riverside Drive, in Council District 4;
   ii. Up to $137,255 in HHAP funds, Account No. 00T773, Safe Sleep Village - 317 North Madison Avenue for construction costs associated with the Safe Sleep site located at 317 North Madison Avenue, in Council District 13;
   iii. Up to $1,382,042 of AHS-GCP funds, Account No. 00T788, CD 13 3rd Street Pallet Shelters for construction costs associated with the Tiny Home Village located at 2301 West 3rd Street, in Council District 13;
   iv. Up to $1,461,304 in AHS-GCP funds Account No. 00V835, CD 6 San Fernando Pallet Shelters for the construction costs of the Tiny Home Village site at 9700 San Fernando Boulevard, in Council District 6;
   v. Up to $1,654,679 in AHS-GCP funds, Account No. 00V836, CD 9 Compton Ave & Nevin Ave Pallet Shelters for construction costs associated with the Tiny Home Village located at Compton and Nevin in Council District 9; and

    vi. Up to $6,598,398 in AHS-GCP funds, Account No. 00V846, CD 1 499 San Fernando Road for construction costs associated with the interim housing site located at 499 San Fernando Road, in Council District 1;

Add the following recommendations:

49.  AUTHORIZE the Department of General Services (GSD) to negotiate and execute a lease agreement with the Solvang Hotel Group for a Tiny Home Village with 47 beds at 406 N. Bonnie Brae St. and 413 N. Burlington Ave. in Council District 13;

50. TRANSFER up to $2,812,279 in AHS-GCP Fund No. 100/56, Account No. 000931 to the Capital Technology Improvement Expenditure Program Fund No. 100/54 Account No. 00V846, CD 1 499 San Fernando Road for the construction costs related to the interim housing site located at 499 San Fernando Road in Council District 1

51.  REDUCE up to $2,812,279 in CDBG-CV funding allocated for a Tiny Home Village at Cypress Park (499 San Fernando Blvd) in Council District 1 from Fund No. 100, Department No. 54, Account No. 00V846, CD 1 499 San Fernando Road;

52. INCREASE up to $2,812,279 in CDBG-CV Fund No. 424, Account No. 43T9CV, CV-19 Pallet Shelters for future Roadmap costs.

53. APPROVE a ninth Roadmap funding category for LAHSA entitled, "Project Homekey Rehab" to include Project Homekey Improvement sites noted in Attachment 1 of the Covid-19 Homelessness Roadmap report dated May 20, 2022.