# EXHIBIT E

File No. 20-0841-S23

HOMELESSNESS AND POVERTY COMMITTEE REPORT relative to the 11th report regarding COVID-19 Homelessness Roadmap funding recommendations.

Recommendations for Council action, SUBJECT TO THE APPROVAL OF THE MAYOR:

1. APPROVE Recommendation Nos. 1, 2, 5 through 18, 21 through 23, 24.a, 24.c through 24.n, 26 through 29, 30.a, 30.b, 33, 34, 36 through 42, 44 through 46 and 48 contained in the City Administrative Officer (CAO) report dated May 20, 2022, attached to Council file No. 20-0841-S23.

2. RESCIND Recommendation Nos. 31 and 32 contained in the CAO report dated May 20, 2022.

3. AMEND Recommendation Nos. 35 and 43.a.xiii of the CAO report dated May 20, 2022, to increase the expenditure authority for the ESG-CV Rapid Rehousing/Shared Housing allocation and increase the funding allocation for an additional 30 slots to fund SHARE!, the Roadmap and Council District 3 Street Engagement efforts.

4. AMEND Recommendation Nos. 3, 4, 19, 20, 24.b, 25, 30.c, 43 and 47 of the CAO report dated May 20, 2022, as detailed in the Communication from the CAO dated May 26, 2022, attached to the Council file.

5. APPROVE the additional recommendations listed in the Communication from the CAO dated May 26, 2022.

**(Ad Hoc Committee on COVID-19 Recovery and Neighborhood Investment waived consideration of the above matter)**

Fiscal Impact Statement: The CAO reports that there is no impact to the General Fund as a result of the recommendations in this report at this time. The recommendations in the CAO report will be funded with the City's General Fund approved for homelessness interventions; Homeless Housing, Assistance, and Prevention Grant Program Round 2; Emergency Solutions Grant and CARES Act Emergency Solutions Grant; and the County service funding commitment from Fiscal Year 2021-22 and Fiscal Year 2022-23.

Financial Policies Statement: The CAO reports that the recommendations in this report comply with the City's Financial Policies in that budgeted funds are being used to fund recommended actions.

Community Impact Statement:  None submitted

SUMMARY

At the meeting held on May 26, 2022, your Homelessness and Poverty Committee considered a CAO report relative to the 11th report regarding COVID-19 Homelessness Roadmap funding recommendations.

After an opportunity for public comment was held, the Committee recommended to move forward the recommendations in the CAO report, as amended, as detailed above. This matter is now submitted to the Council for consideration.

Respectfully Submitted,


HOMELESSNESS AND POVERTY COMMITTEE

| MEMBER | VOTE |
|---|---|
| DE LEÓN: | YES |
| RAMAN: | YES |
| BUSCAINO: | ABSENT |
| RODRIGUEZ: | NO |
| BLUMENFIELD: | YES |

LV 5/26/22

**-NOT OFFICIAL UNTIL COUNCIL ACTS-**