# FROM THE KINGDOM OF 'daredeemer'

```
ADRIAN D. MOON
955 NORTH LAKE AVE
PASADENA CA 91104
CELL: (626)360-9896
EMAIL: adriandaredeemer@gmail.com
```

Attorney For Plaintiff-Defendant Intervenor In Pro Se

**FILED**
2022 AUG -2 PM 3:14
CLERK U.S. DISTRICT COURT
CENT. DIST. OF CALIF.
LOS ANGELES
BY_____ **RS**

## UNITED STATES CENTRAL DISTRICT COURT
## WESTERN DIVISON OF THE STATE OF CALIFORNIA
## IN THE COUNTY OF LOS ANGELES-C.C.B. INC.

| | |
|---|---|
| L.A. ALLIANCE OF HUEMAN RIGHTS ET. AL<br><br>Plaintiffs-Intervenors,<br><br>vs.<br><br>CITY AND COUNTY OF LOS ANGELES ET. AL.<br><br>Defendants-Intervenors,<br><br>ADRIAN D. MOON,<br><br>Plaintiff-Defendant Intervenor, | Case No.  2:20-CV-02291-DOC(KES)<br><br>**REQUEST TO THE HONORABLE DAVID O CARTER FOR NOTICE AND RULING GRANTING PENDING MOTIONS TO AL.LOW ADRIAN D. MOON IN THIS INSTANT CASE AS A PLAINTIFF-DEFEDANT INTERVENOR AND ORDER TO LOS ANGELES COUNTY PROBATION DEPARTMENT TO PROVIDE THE COMPLETE (AB109) PROBATION CASE FILE OF ADRIAN D. MOON PURSUANT TO THE SUBPOENA ISSUED IN CASE: MOON VS. SATAN THE DEVIL ET. AL. CASE NO. BA332095.  LOCAL RULE 7.19 ET. SEQ.**<br><br>**HONORABLE DAVID O CARTER, presiding** |

## DECLARATION OF ADRIAN D. MOON
## MEMORANDUM OF POINTS AND AUTHORITIES

I AM ADRIAN D. MOON, (hereinafter, 'daredeemer' ) Proposed Plaintiff-Defendant Intervenor, paragon , with integrity and veracity proclaim and decree as follows,

1. On or about June 2, 2022, 'daredeemer' filed two Emergency Motions to intervene and for Production of Documents , because of this fact Defendants[1] have escalated their war against 'daredeemer' without reason !  The Honorable David O Carter have ruled on a many Motion to

---

[1] "Those who hate 'daredeemer' without reason outnumber the hairs of 'daredeemer's head; many are 'daredeemer's enemies without cause , those who seek to destroy

# FROM THE KINGDOM OF 'daredeemer'

1. Intervene in this case and 'daredeemer's valid request has laid dormant ? [2] see, read and consider attached Motions 1,2,and 3, incorporated by this reference and take judicial notice of case Moon v. Los Angeles Superior Court, case no. B321983 in the Second District Court of Appeals opened and filed August 1, 2022 .

2. 'daredeemer' fervently prays for an Notice and Ruling of the Pending Motions before this court before Defendants attempts any more of Murder on 'daredeemer's life !!! AMEN

'daredeemer' declares under the penalty of Sin, that the foregoing is true and correct so help me GOD !

'liberia nos a malo'

DATED: August 2, 2022

ADRIAN D. MOON , Attorney In Pro Se

---

daredeemer' I AM forced to restore what 'daredeemer' did not steal PSALMS 69:4 N.K.J.V. decree 1611...

Aquilting the guilty and condemning the innocent the Creator detests them both, PROVERB 18:5 N.K.J.V. decree 1611

SUPPLEMENTAL EVIDENCE IN SUPPORT OF EMERGENCY MOTION FOR PEREMPTORY WRIT OF MANDATE ET. SEQ. - 2

# CLAIMS FOR DAMAGES TO PERSON OR PROPERTY

**COUNTY OF LOS ANGELES**



INSTRUCTIONS:
1. Read claim thoroughly.
2. Fill out claim as indicated; attach additional information if necessary.
3. Please use one claim form for each claimant.
4. Return this original signed claim and any attachments supporting your claim. This form *must* be signed.

DELIVER OR U.S. MAIL TO:
EXECUTIVE OFFICER, BOARD OF SUPERVISORS, ATTENTION: CLAIMS
500 WEST TEMPLE STREET, ROOM 383,
KENNETH HAHN HALL OF ADMINISTRATION, LOS ANGELES, CA 90012
(213) 974-1440

**TIME STAMP OFFICE USE ONLY**



Mailed Filed July 29, 2022 Received Aug 2, 2022

1. [X] Mr. [ ] Ms. [ ] Mrs.   LAST NAME: **MOON**   FIRST NAME: **ADRIAN**   M.I.: **D.**

2. ADDRESS OF CLAIMANT: **955 NORTH LAKE AVE**
   CITY: **PASADENA**   STATE: **CA**   ZIP CODE: **91104**

   HOME PHONE: **(626) 360-9896**   ALTERNATE PHONE:

3. CLAIMAINT'S BIRTHDATE: **JUNE 1, 1960**
4. CLAIMANT'S SOCIAL SECURITY NUMBER: **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**

5. ADDRESS TO WHICH CORRESPONDENCE SHOULD BE SENT: **SAME AS ABOVE**

6. DATE AND TIME OF INCIDENT: **FEB. 1,, 2022 TO PRESENT**

7. WHERE DID DAMAGE OR INJURY OCCUR? **ON EARTH IN LOS ANGELES COUNTY JURISDICTION**
   CITY: **LOS ANGELES COUNTY**   STATE: **CA**

8. DESCRIBE IN DETAIL HOW DAMAGE OR INJURY OCCURRED AND LIST DAMAGES (attach copies of receipts or repair estimates):
   COUNTY OF LOS ANGELES FEDERAL AND STATE EMPLOYEES CAME AGAINST members of an notorious organized criminal syndicate know to 'daredeemer' as C.C.B. INC. (most members are Lawyers or former lawyers) to Kill, Steal and Destroy at the behest of Satan the Devil for 'daredeemer' STANDING IN ALMIGHTY NAME OF YESHUA JESUS CHRIST THE MESSIAH... Since FEB. 1, 2022 'daredeemer' by these nemesis have Attempted Murder, obstructed justice, perjury, fraud, grand theft over $5,000.00, Burglary, vandalized made homeless, stolen approxiamately $1,000,000,000.00 of Real and Personal Property, committed Treason, Domestic Violence and Terrorism ...

9. WERE POLICE OR PARAMEDICS CALLED?   YES [X]   NO [ ]
   (IF YES) AGENCY'S NAME: **F.B.I./L.A.P.D/SHERIFF**   REPORT #: **T.B.P.**

   CHECK IF LIMITED CIVIL CASE [ ]

   TOTAL DAMAGES TO DATE: **$7,000,000,000.00**
   TOTAL ESTIMATED PROSPECTIVE DAMAGES: **$21,000,000,000.00**

10. WHY DO YOU CLAIM COUNTY IS RESPONSIBLE?
    ALL AGENCIES AND EMPLOYEES WHETHER FEDERAL OR STATE OF CALIFORNIA WORK IN THE LOS ANGELES COUNTY JURISDICTION AT THE BEHEST OF SATAN THE DEVIL, NAME FEASIA DAVENPORT, AND THE 1ST, 2ND, 3RD, 4TH AND 5TH BOARD OF SUPERVISOR OFFICE, GOVERNER GAVIN NEWSOM, VICE PRESIDENT KAMALA HARRIS WHEN SHE WAS ATTORNEY GENERAL, GEORGE GASON AND THE ASSOCIATIONS OF D.D.A., ROB BONTA AND STAFF, ATTORNEY GENERAL, SUPERIOR, COURT OF APPEALS AND CALIFORNIA SUPREME COURT JUDICIAL OFFICERS AND STAFF, CLERKS, JUDICIAL ASST. DEPARTMENT OF CALIFORNIA CORRECTIONS AND REHABILITATION (PRISONS IN CALIFORNIA) ALEX VILLANUEVA AND THE L.A. COUNTY SHERIFF DEPT. POLICE COMMISSION AND MICHAEL MOORE, CHIEF OF L.A.P.D. STATE FRANCHISE BOARD, I.R.S. F.B.I. LOS ANGELES OFFICE, SEE MOON V. COUNTY AND CITY OF L.A. CASE NO., 2:20-CV-02291-DOC(res) and Pending stipulation with Executive Office, Feasia Davenport

11. NAMES OF ANY COUNTY EMPLOYEES (AND THEIR DEPARTMENTS) INVOLVED IN INJURY OR DAMAGE (IF APPLICABLE):

| NAME | DEPARTMENT |
|---|---|
| COUNTY OF LOS ANGELES | ALL AGENCIES |
| CITY OF LOS ANGELES | ALL AGENCIES |

12. WITNESS(ES) TO DAMAGES OR INJURY: LIST ALL PERSONS AND ADDRESSES OF PERSONS KNOWN TO HAVE INFORMATION:

| NAME | PHONE |
|---|---|
| DAWYN HARRISON-ACTING | 213 974-1807 |
| ADDRESS: 500 WEST TEMPLE #648 L.A. CA 90012 | |
| SEAN KENNEDY-CHAIRPERSON | 213 736-8302 |
| ADDRESS: 919 ALBANY STREET L.A. CA 90015-1211 | |

13. IF PHYSICIAN(S) WERE VISTED DUE TO INJURY, PROVIDE NAME, ADDRESS, PHONE NUMBER, AND DATE OF FIRST VISIT FOR EACH:

| DATE OF FIRST VISIT | PHYSICIAN'S NAME | PHONE |
|---|---|---|
| TO BE PROVIDED | TO BE PROVIDED UPON REQUE | |

**THIS CLAIM MUST BE *SIGNED***

NOTE: PRESENTATION OF A FALSE CLAIM IS A FELONY (PENAL CODE SECTION 72)

CLAIMS FOR DEATH, INJURY TO PERSON OR TO PERSONAL PROPERTY MUST BE FILED NOT LATER THAN 6 MONTHS AFTER THE OCCURRENCE. (GOVERNMENT CODE SECTION 911.2)

ALL OTHER CLAIMS FOR DAMAGES MUST BE FILED NOT LATER THAN ONE YEAR AFTER THE OCCURRENCE. (GOVERNMENT CODE SECTION 911.2)

14. PRINT OR TYPE NAME: **ADRIAN D. MOON, 'daredeemer'**   DATE: **July 28, 2022**

15. SIGNATURE OF CLAIMANT OR PERSON FILING ON HIS/HER BEHALF GIVING RELATIONSHIP TO CLAIMANT   DATE: **July 28, 2022**

Revised 11-2016

Motion 1   page 10



# COUNTY OF LOS ANGELES
## OFFICE OF THE COUNTY COUNSEL

648 KENNETH HAHN HALL OF ADMINISTRATION
500 WEST TEMPLE STREET
LOS ANGELES, CALIFORNIA 90012-2713

**TELEPHONE**
(213) 974-1913
**FACSIMILE**
(213) 687-8822
**TDD**
(213) 633-0901

**DAWYN R. HARRISON**
Acting County Counsel

June 9, 2022

Adrian D. Moon
955 N. Lake Avenue
Pasadena, California 91104

    **Re:**   **Claim Presented:**   **May 29, 2022**
            **File Number:**   **22-4398332*001**
                                       22-4390139*101
                                       22-4393207*001
                                       22-4394002*001
                                       22-4398499*001

Dear Claimant:

      The claim you presented to the County of Los Angeles, Board of Supervisors on **May 29, 2022**, as it pertains to activities occurring **before May 29, 2021**, is being returned because it was not timely presented. A preliminary review of this matter indicates that your claim was presented more than one year after the event or occurrence as required by law. See Sections 901 and 911.2 of the Government Code. Because the claim was not presented within the time allowed by law, no action was taken on that portion of the claim.

      Also, the claim you presented to the County of Los Angeles, Board of Supervisors on **May 29, 2022**, as it pertains to activities occurring **from May 29, 2021 to November 28, 2021**, is being returned because it was not presented within six months after the event or occurrence. See Sections 901 and 911.2 of the Government Code. Because the claim was not presented within the time allowed by law, no action was taken on that portion of the claim.

      Your only recourse at this time as to that portion of your claim is to apply without delay to the County of Los Angeles, Board of Supervisors for leave to present a late claim. See Sections 911.4 to 912.2, inclusive, and section 946.6 of the Government Code. Under some circumstances, leave to present a late claim will be granted. See Section 911.6 of the Government Code.

      Also, the claim that you presented to the County of Los Angeles, Board of Supervisors on **May 29, 2022**, as it pertains to activities occurring **since November 29, 2021**, was rejected on **June 9, 2022**. No further action will be taken on that portion of the claim.

HOA.103713999.1

*Motion 2*

Adrian D. Moon
June 9, 2022
Page 2

### WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6.

This time limitation applies only to causes of action for which Government Code Sections 900 - 915.4 require you to present a claim. Other causes of action, including those arising under federal law, may have different time limitations.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Very truly yours,

DAWYN R. HARRISON
Acting County Counsel

By /s/ Kelsey Nau
KELSEY NAU
Deputy County Counsel
Litigation Monitoring Team

KN:nt

HOA.103713999.1

Motion 3