NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
ADRIAN D. MOON
955 NORTH LAKE AVE
PASADENA CA 91104
CELL (626) 360-9896
EMAIL: adriandaredeemer@gmail.com

FILED

2022 AUG ~2 PM 3: 16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

RS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| L.A ALLIANCE HUEMAN RIGHTS ET.AL. | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | 2:20-cv-02291-DOC KESx |
| v. | |
| LOS ANGELES CITY AND COUNTY ET. AL. | **PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |
| DEFENDANT(S). | |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of ADRIAN D. MOON / TOMMIE LONG _____, State of California, and not a party to the above-entitled cause. On AUGUST 2 _____ , 20 22 _____, I served a true copy of REQUEST FOR NOTICE AND RULING ON SUBMITTED MATTERS _____
by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.) See service list clerk to serve

Place of Mailing: LOS ANGELES CA _____

Executed on AUGUST 2, _____ , 20 22 _____ at LOS ANGELES _____ , California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____ , received a true copy of the within document on _____ .

_____          _____
*Signature*                                              *Party Served*