DAWYN R. HARRISON, Acting County Counsel (State Bar No. 173855)
dharrison@counsel.lacounty.gov
JENNIFER A.D. LEHMAN, Assistant County Counsel (State Bar No. 191477)
jlehman@counsel.lacounty.gov
ANA WAI-KWAN LAI, Senior Deputy County Counsel (State Bar No. 257931)
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone: (213) 974-1830
Facsimile: (213) 626-7446

LOUIS R. MILLER (SBN 54141)
smiller@millerbarondess.com
MIRA HASHMALL (SBN 216842)
mhashmall@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>        Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES**<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF LOS ANGELES TO RESPOND TO SECOND AMENDED COMPLAINT AND REQUEST FOR A F.R.C.P. 16 CONFERENCE**<br><br>Complaint Served: March 10, 2020<br>SAC Served: July 15, 2022<br>Response Due: August 29, 2022<br>New Response Date: Sept. 28, 2022<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

574498.2

SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF LOS ANGELES TO RESPOND
TO SECOND AMENDED COMPLAINT AND REQUEST FOR A F.R.C.P. 16 CONFERENCE

Plaintiffs LA Alliance for Human Rights, et al. ("Plaintiffs") and Defendant County of Los Angeles ("County") by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS,** Plaintiffs filed a Second Amended and Supplemental Complaint ("SAC") on July 15, 2022 [Dkt. 454];

**WHEREAS,** the County previously filed a stipulation to extend its deadline to answer or otherwise respond to the SAC by thirty days, until August 29, 2022 [Dkt. 456], which the Court granted [Dkt. 459];

**WHEREAS,** Plaintiffs have agreed to allow the County an additional 30 days to answer or otherwise respond to the SAC;

**WHEREAS,** the additional time is needed due to defense attorney obligations in connection with other matters, including an ongoing jury trial in which attorneys for the County are currently engaged, which necessitate an extension of the deadline for the County to finalize its response, meet and confer with Plaintiffs pursuant to Local Rule 7-3, and allow for client review and comment before submission to the Court;

**WHEREAS,** Plaintiffs and the County also respectfully request that the Court issue an Order Setting Scheduling Conference pursuant to Federal Rule of Civil Procedure 16 and the Court's local rules of practice.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

574498.2

2

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AND THEIR RESPECTIVE ATTORNEYS AS FOLLOWS:**

1.      The last day for the County to respond to the Second Amended and Supplemental Complaint is September 28, 2022.

DATED:  August 23, 2022            MILLER BARONDESS, LLP


                                    By:   /s/ Mira Hashmall
                                          MIRA HASHMALL
                                          Attorneys for Defendant
                                          COUNTY OF LOS ANGELES


DATED:  August 23, 2022            SPERTUS, LANDES & UMHOFER, LLP


                                    By:   /s/ Elizabeth A. Mitchell
                                          ELIZABETH A. MITCHELL
                                          Attorneys for Plaintiffs

574498.2

3

SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF LOS ANGELES TO RESPOND TO SECOND AMENDED COMPLAINT AND REQUEST FOR A F.R.C.P. 16 CONFERENCE

## SIGNATURE ATTESTATION

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


DATED:  August 23, 2022          MILLER BARONDESS, LLP


By:   /s/ Mira Hashmall
      MIRA HASHMALL
      Attorneys for Defendant
      COUNTY OF LOS ANGELES

574498.2

4

SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF LOS ANGELES TO RESPOND TO SECOND AMENDED COMPLAINT AND REQUEST FOR A F.R.C.P. 16 CONFERENCE