# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF LOS ANGELES TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

574499.1

ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF LOS ANGELES TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

## **ORDER**

The Court, having read and considered the Stipulation filed on behalf of Plaintiffs LA Alliance for Human Rights, et al. ("Plaintiffs") and Defendant County of Los Angeles ("County"), and finding **GOOD CAUSE** thereon, hereby grants a second extension of time for the County to file its response to Plaintiffs' Second Amended Complaint as follows:

1.    The last day for the County to answer or otherwise respond to Plaintiffs' Second Amended and Supplemental Complaint shall be September 28, 2022.

DATED: _____, 2022    _____

HON. DAVID O. CARTER
United States District Court Judge

574499.1

ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF LOS ANGELES TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT