# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

LA ALLIANCE FOR HUMAN RIGHTS, et al.,

Plaintiffs,

v.

CITY OF LOS ANGELES, et al.,

Defendants.

**CASE NO. 2:20-cv-02291 DOC-KES**

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF LOS ANGELES TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott

## <u>ORDER</u>

The Court, having read and considered the Stipulation filed on behalf of Plaintiffs LA Alliance for Human Rights, et al. ("Plaintiffs") and Defendant County of Los Angeles ("County"), and finding **GOOD CAUSE** thereon, hereby grants a second extension of time for the County to file its response to Plaintiffs' Second Amended Complaint as follows:

1.     The last day for the County to answer or otherwise respond to Plaintiffs' Second Amended and Supplemental Complaint shall be September 28, 2022.

2.     The Court will set a Scheduling Conference once the County files its responsive pleading.

*David O. Carter*

_____

HON. DAVID O. CARTER

DATED:      August 30      , 2022     United States District Court Judge