## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES                    Date:  September 22, 2022

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:
### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER DENYING STIPULATION TO STAY [467]**

Before the Court is Defendant County of Los Angeles ("County") and Plaintiffs LA Alliance for Human Rights's stipulation to stay proceedings for 60 days pending a final settlement agreement ("Stipulation"). (Dkt. 467).

In light of the limited information before the Court, the Court declines to further delay or suspend proceedings. Without knowing something about the terms of the settlement—none of which are before the Court—the Court cannot adequately determine whether a stay would advance the orderly course of justice, such that it outweighs any possible damage resulting from a stay. *See Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1110 (9th Cir. 2005); *Castanares v. Deutsche Lufthansa AG*, No. CV204261MWFMRWX, 2021 WL 4353119 (C.D. Cal. Aug. 3, 2021) ("If the basic terms of the proposed settlement are utterly objectionable, a stay would do nothing but delay the inevitable.").

Accordingly, the parties' Stipulation is **DENIED**. Defendant's deadline to respond to Plaintiff's second amended complaint remains on September 29, 2022. The parties may renew their request for a stay upon submitting additional briefing or documents to the Court demonstrating that their requested stay is both warranted and limited to resolving the disputed terms.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                    Initials of Deputy Clerk:
                                                                                     kdu
CIVIL-GEN