# FROM THE KINGDOM OF 'daredeemer'

ADRIAN D. MOON
955 NORTH LAKE AVE
PASADENA CA 91104
CELL: (626)360-9896
EMAIL: adriandaredeemer@gmail.com

Attorney For Plaintiff-Defendant Intervenor




**UNITED STATES CENTRAL DISTRICT COURT**

**WESTERN DIVISION IN CALIFORNIA**

**IN THE COUNTY OF LOS ANGELES**

**L.A. ALLIANCE OF HUEMAN RIGHTS, ET. AL.,**

Plaintiff,

vs.

**CITY AND COUNTY OF LOS ANGELES ET. AL. ,**

Defendants,

**ADRIAN D. MOON,**

Plaintiff-Defendant Intervenor,

Case No. **2:20-CV-02291-DOC (res)**

**EMERGENCY MOTION FOR RECUSAL OF THE HONORABLE DAVID O. CARTER , JUDGE PURSUANT TO 28 U.S.C. SECTIONS 441; 455 (a) ; (b)(1); (b)(5)(i-iv) ; 18 U.S.C. SECTIONS 241 THROUGH 250 ; RULE 7.19 ET. SEQ. (Proposed) ORDER THEREON**

**DATE: SEPTEMBER 23, 2022**
**TIME: 8:30 a.m. or soon thereafter to be heard**
**DEPT.: 10 A**
**LOC.: 411 W. 4TH Street , Santa Ana CA 92701**

**HONORABLE DAVID O. CARTER , presiding**

**COVID-19: HOST, HOAX OR HOLY SPIRIT**

**DECLARATION OF ADRIAN D. MOON**

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I AM ADRIAN D. MOON, ( hereinafter , 'daredeemer') Plaintiff-Defendant Intervenor, chosen one , begotten Son of the Almighty Creator in the Mighty Name of Yeshua Jesus Christ the Messiah… paragon , with integrity and veracity , proclaim and decree as follows,**

**1. Bench Officer David O. Carter before whom Trial or pending hearings and motions in this case are pending is inflicted with Covid-19 , or some other abomination ( Dis-ease) and is Prejudice, an a Mob Boss of the notorious crime syndicate known to 'daredeemer' as C.C.B. inc. members mostly of Lawyers and former Lawyers and is not impartial against Plaintiff-Defendant Intervenor, 'daredeemer' and his attorney of record and the interest of these parties ,**

# FROM THE KINGDOM OF 'daredeemer'

so that these parties can not and shall not given the Undisputed facts be given a fair and impartial Trial or hearing. 'daredeemer' can not match the bribes of the County of Los Angeles Board of Supervisors, Mob Boss , the notorious Kathryn Barger-Liebrich who has tried to Kill, and has Stolen and to destroy 'daredeemer' see, read and consider pending related case in state court, County of Los Angeles v. Moon, case no. 22STRO03447 and in Court of Appeals, Moon v. County of Los Angeles-B.O.S. case no. B323122...

2. On June 14, 15, 2022, 'daredeemer' had cause to file a Motion For Leave to intervene as a Plaintiff-Defendant in this instant case , which is well over the Ninety (90) days deadline in which Bench Officer David O. Carter has under the penalty of perjury signed affidavits to receive his pay from the County of Los Angeles ! and then 'daredeemer' filed a Request for Notice and Ruling on or about August 12, 2022, but Mob Boss Carter has refused to render any order Granting 'daredeemer's request that seemed like a ministerial act when promptly Granting more than three (3) other requests by parties able to pay the bribe money, whereby 'daredeemer' is an indigent Litigant and is unable to match the request amounts in extortion!

'daredeemer' proclaim and decrees under the penalty of Sin that the foregoing is true and correct, so help me GOD! AMEN AND AMEN ...

DATED: September 23, 2022

'liberia nos a malo'

ADRIAN D. MOON, Plaintiff-Defendant-Victim Intervenor

(Proposed ) ORDER

As this matter being transferred to another Bench Officer for ruling and to the satisfaction that this Matter shall be Granted !

FOR GOOD CAUSE SHOWING , IT IS SO ORDERED,

THAT: 1. THE HONORABLE JUDGE DAVID O. CARTER IS RECUSED, 2. ADRIAN D. MOON'S REQUEST TO INTERVENE AS A PLAINTIFF-DEFENDANT INTERVENOR IS GRANTED AND REQUEST THAT THE LOS ANGELES COUNTY PROBATION DEPARTMENT PRODUCE ADRIAN D. MOON'S (AB109) PROBATION CASE FILE AS PROVIDED IN THE SUBPOENA ISSUED IN CASE BA332095 IN SUPERIOR COURT

DATED: SEPTEMBER , 2022