Name: Adrian D. Moon

Address: 855 N. LAKE AVE

Phone: (626) 360-9896

Fax: adriandaredeemer@gmail.com

In Pro Per Prospective Plaintiff-Defendant Intervenor

FILED
CLERK, U.S. DISTRICT COURT

SEP 21 2022

CENTRAL DISTRICT OF CALIFORNIA
BY EEE DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LA. ALLIANCE FOR HUMAN RIGHTS et al.

Plaintiff

v.

City and County of Los Angeles et al

Defendant(s).

CASE NUMBER:

2:20-cv-02291-DOC

REQUEST TO BE SERVED AND NOTICED OF ANSWER BY COUNTY OF LOS ANGELES DUE BY SEPT 28, 2022 (Proposed) ORDER THEREON

( Enter document title in the space provided above)

I AM ADRIAN D. MOON, (hereinafter, 'daredeemer' paragon, with integrity and veracity, proclaim and decree as follows.

1. 'daredeemer' request to be Noticed and served County of L.A. Answer or Response to Plaintiff's Second Amended and supplemental Complaint due by Sept. 28, 2022, there is an related case Moon v County of L.A., case no 22 STRO 03447 pending in state court, Stanley Mosk Courthouse, whereby 'daredeemer' served upon Defendants County of L.A.

2. 'daredeemer' as an indigent Plaintiff-Defendant Intervenor cannot pay the cost to recieve the

1

Page Number

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

copy from this instant case and 'dare deemer' believes and based on that belief retaliatory Defendants County of L.A. will not file their Answer or Response in the state case Moon v. County of L.A. case no. 22STRO03447.

"Respectfully Submitted"

'Liberia Nos a malo*

Dated: Sept. 21, 2022

Adrian Moon, Prospective Plaintiff - Defendant Intervenor

(Proposed) ORDER

As this administrative matter came to the court to the satisfaction that the court ought to grant this matter FOR GOOD CAUSE SHOWING, IT IS SO ORDERED, That:

1. The court clerk upon the filing of Defendants County of Los Angeles, Answer or Response due by September 28, 2022 shall email and/or mail a copy of the document to Adrian D. Moon, 955 N. LAKE AVE, Pasadena CA 91104 or email: adriandaredeemer@gmail.com

Dated: Sept       , 2022

HONORABLE DAVID O. CARTER
U.S. CENTRAL DISTRICT COURT

(Proposed) ORDER
*Page Number*

CV-127 (09/09)        PLEADING PAGE FOR A SUBSEQUENT DOCUMENT