DAWYN R. HARRISON, *Acting County Counsel* (State Bar No. 173855)
dharrison@counsel.lacounty.gov
JENNIFER A.D. LEHMAN, *Assistant County Counsel* (State Bar No. 191477)
jlehman@counsel.lacounty.gov
ANA WAI-KWAN LAI, *Senior Deputy County Counsel* (State Bar No. 257931)
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone: (213) 974-1830
Facsimile: (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)** <br><br> **SECOND STIPULATION TO STAY LITIGATION DUE TO SETTLEMENT** <br><br> Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

576852.4

SECOND STIPULATION TO STAY LITIGATION DUE TO SETTLEMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs LA Alliance for Human Rights, Joseph Burk, Harry Tashdjian, Wenzial Jarrell, Karen Pinsky, Charles Malow, and George Frem (collectively, "Plaintiffs") and Defendant County of Los Angeles ("County") have reached a preliminary settlement agreement in the above-captioned case. A copy of the Parties' term sheet is attached hereto as **Exhibit A**. The Parties are working to memorialize the terms of their settlement into a long-form agreement that, once finalized, will result in the Parties jointly seeking the dismissal with prejudice of Plaintiffs' claims against the County pursuant to Federal Rule of Civil Procedure 41(a)(2). To allow the Parties time to draft their agreement and obtain all necessary client approvals, the Parties respectfully renew their request that the Court continue all deadlines and stay proceedings through November 15, 2022, 60 days from the date the Parties originally notified the Court of their pending settlement, including County's September 29, 2022 deadline to answer or otherwise respond to Plaintiffs' Second Amended Complaint. [*See* Dkt. 466 (granting stipulated extension of County's response deadline).]

No party has opposed a stay, and courts routinely find good cause for a stay when, as here, there is a final settlement is on the horizon. *E.g.*, *In re JPMorgan Chase LPI Hazard Litig.*, 2013 WL 3829271, at *5 (N.D. Cal. July 23, 2013) ("[A] stay 'will allow both parties to conserve their resources should a settlement . . . be finalized.'") (accumulating cases). Absent a stay, the Parties and the Court would be required to expend significant resources on motion practice and discovery within the next 60 days.

| | | |
|---|---|---|
| DATED: September 26, 2022 | | MILLER BARONDESS, LLP |
| | By: | *[signature: Skip]* |
| | | LOUIS R. MILLER |
| | | Attorneys for Defendant |
| | | COUNTY OF LOS ANGELES |
| | | |
| DATED: September 26, 2022 | | SPERTUS, LANDES & UMHOFER, LLP |
| | By: | */s/ Elizabeth A. Mitchell* |
| | | ELIZABETH A. MITCHELL |
| | | Attorneys for Plaintiffs |

## **ATTORNEY ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.

| | | |
|---|---|---|
| DATED: September 26, 2022 | | MILLER BARONDESS, LLP |
| | By: | *[signature: Skip]* |
| | | LOUIS R. MILLER |
| | | Attorneys for Defendant |
| | | COUNTY OF LOS ANGELES |

**CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 1999 Avenue of the Stars, Suite 1000, Los Angeles, CA 90067.

On September 26, 2022, I served true copies of the following document(s) described as:

**SECOND STIPULATION TO STAY LITIGATION DUE TO SETTLEMENT**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address bbinns@millerbarondess.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 26, 2022, at Los Angeles, California.

_____
Brian Binns

# SERVICE LIST
*LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
Case No. 2:20-cv-02291

| | |
|---|---|
| Matthew Donald Umhofer<br>Elizabeth A. Mitchell<br>SPERTUS, LANDES & UMHOFER, LLP<br>617 West 7th Street<br>Suite 200<br>Los Angeles, CA 90017<br><br>Telephone: 213-205-6520<br>Facsimile: 213-205-6521<br>Email: matthew@spertuslaw.com;<br>emitchell@spertuslaw.com;<br>jon@spertuslaw.com;<br>calendaring@spertuslaw.com | Attorneys for Plaintiffs<br>*LA ALLIANCE FOR HUMAN RIGHTS, JOSEPH BURK, HARRY TASHDJIAN, KARYN PINSKY, CHARLES MALOW, CHARLES VAN SCOY, GEORGE FREM, GARY WHITTER and LEANDRO SUAREZ* |
| Dawyn R. Harrison, *Acting County Counsel*<br>Jennifer A.D. Lehman, *Assistant County Counsel*<br>Ana Wai-Kwan Lai, *Senior Deputy County Counsel*<br>OFFICE OF COUNTY COUNSEL<br>500 West Temple Street<br>Suite 468<br>Los Angeles, CA 90012 | Attorneys for Defendant<br>*COUNTY OF LOS ANGELES*<br><br>Telephone: 213-974-1830<br>Facsimile: 213-626-7446<br>Email:<br>dharrison@counsel.lacounty.gov;<br>jlehman@counsel.lacounty.gov;<br>alai@counsel.lacounty.gov |
| Byron J. McLain<br>FOLEY & LARDNER, LLP<br>555 South Flower Street<br>Suite 3300<br>Los Angeles, CA 90071 | Attorneys for Defendant<br>*COUNTY OF LOS ANGELES*<br><br>Telephone: 310-972-4500<br>Facsimile: 213-486-0065<br>Email: bmclain@foley.com |

| | |
|---|---|
| Michael N. Feuer, *City Attorney*<br>Scott Marcus, *Chief Assistant City Attorney*<br>Arlene N. Hoang, *Deputy City Attorney*<br>Ryan Salsig, *Deputy City Attorney*<br>200 North Main Street<br>City Hall East, 6th Floor<br>Los Angeles, CA 90012 | Attorneys for Defendant<br>*CITY OF LOS ANGELES*<br><br>Telephone:  213-978-6952<br>Facsimile:   213-978-7011<br>Email: scott.marcus@lacity.org;<br>arlene.hoang@lacity.org;<br>jessica.mariani@lacity.org;<br>ryan.salsig@lacity.org |
| Brooke Alyson Weitzman<br>William R. Wise<br>ELDER LAW AND DISABILITY RIGHTS CENTER<br>1535 East 17th Street<br>Suite 110<br>Santa Ana, CA 92705 | Attorneys for Intervenor<br>*ORANGE COUNTY CATHOLIC WORKER*<br><br>Telephone:  714-617-5353<br>Email: bweitzman@eldrcenter.org;<br>bwise@eldrcenter.org |
| Paul L. Hoffman<br>Catherine E. Sweetser<br>SCHONBRUN SEPLOW HARRIS & HOFFMAN, LLP<br>11543 West Olympic Boulevard<br>Los Angeles, CA 90064 | Attorneys for Intervenors<br>*ORANGE COUNTY CATHOLIC WORKER, LOS ANGELES COMMUNITY ACTION NETWORK, LOS ANGELES CATHOLIC WORKER and CANGRESS*<br><br>Telephone:  310-396-0731<br>Facsimile:   310-399-7040<br>Email: hoffpaul@aol.com;<br>csweetser@sshhlaw.com |
| Carol A. Sobel<br>Weston C. Rowland<br>LAW OFFICE OF CAROL SOBEL<br>725 Arizona Avenue, Suite 300<br>Santa Monica, CA 90401 | Attorneys for Intervenors<br>*LOS ANGELES COMMUNITY ACTION NETWORK, LOS ANGELES CATHOLIC WORKER, ORANGE COUNTY CATHOLIC WORKER and CANGRESS*<br><br>Telephone:  310-393-3055<br>Facsimile:   310-451-3858<br>Email: carolsobellaw@gmail.com;<br>rowland.weston@gmail.com |

| | | |
|---|---|---|
| 1 | Shayla R. Myers | Attorneys for Intervenors |
| 2 | LEGAL AID FOUNDATION OF LOS ANGELES | *LOS ANGELES COMMUNITY ACTION NETWORK, LOS ANGELES* |
| 3 | 7000 South Broadway | *CATHOLIC WORKER and CANGRESS* |
| 4 | Los Angeles, CA 90003 | |
| 5 | | Telephone: 213-640-3983 |
| | | Facsimile: 213-640-3988 |
| 6 | | Email: smyers@lafla.org |