**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                    Date:  September 27, 2022

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

|  Karlen Dubon  |  Not Present  |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS):   **ORDER GRANTING STAY AND SETTING DATES RESETTLEMENT AGREEMENT**

On September 26, 2022, the parties submitted a Second Stipulation to Stay Proceedings Due to Settlement, along with a preliminary settlement terms sheet. (Dkt. 471). In this renewed request, the parties ask the Court to "continue all deadlines and stay proceedings through November 15, 2022" so that they may "draft their agreement and obtain all necessary client approvals." (Dkt. 471).

Having read and considered the parties' request, and to ensure the efficient and expedient resolution of this matter, the Court hereby **ORDERS** the parties to submit a proposed settlement agreement by October 17, 2022—thirty (30) days from the date the parties originally notified the Court of their pending settlement (Dkt. 467).

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                                Date: September 27, 2022

Page 2

The Court further **GRANTS** the request to stay proceedings through November 15, 2022, and **SETS** the following dates regarding the settlement agreement:

The Court invites any party and the public to submit comments or objections to the settlement agreement by October 27, 2022.

Responses are due November 2, 2022.

Hearing regarding the settlement agreement is set for November 14, 2022, at 9:00 AM.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                          Initials of Deputy Clerk: kdu

CIVIL-GEN