# FROM THE KINGDOM OF 'daredeemer'

ADRIAN D. MOON
955 NORTH LAKE AVE
PASADENA CA 91104
CELL: (626) 360-9896
EMAIL: adriandaredeemer@gmail.com

Attorney For Plaintiff-Defendant Intervenor

2022 SEP 29  AM 10: 01

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY____EEE____

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT-WESTERN DIVISION OF CALIFORNIA

## IN THE COUNTY OF LOS ANGELES-C.C.B. INC.

| | |
|---|---|
| L.A. ALLIANCE FOR HUE-MAN RIGHTS E.T AL. ,<br><br>Plaintiff,<br><br>VS.<br><br>CITY AND COUNTY OF LOS ANGELES ET. AL ,<br><br>Defendants,<br><br><br>ADRIAN DAMICO MOON, an Individual,<br><br>By Authority of The Almighty Creator,<br><br>Plaintiff-Defendant Intervenor,<br><br><br>" JUDGMENT IS COMING " | Case No. __2:20-cv-02291-DOC (res)__<br><br>Identical Pending Related Case no. 22STRO03447 Superior Court of Los Angeles<br><br>**EMERGENCY MOTION FOR RECONSIDERATION OF RECUSAL MOTION, STAY PRIOR TO DEFENDANT COUNTY OF LOS ANGELES FILING OF ANSWER DUE ON SEPTEMBER 28, 2022 AND GRANTING 'daredeemer's MOTION TO INTERVENE AS PLAINTIFF-DEFENDANT AND ORDER TO LOS ANGELES COUNTY PROBATION DEPARTMENT FOR PRODUCTION OF ADRIAN D. MOON'S (AB109) CASE FILE ET. SEQ. SEE, READ AND CONSIDER ATTACHED MOTIONS 1 THROUGH 14 INCORPORATED BY THIS REFERENCE (Proposed ) ORDER THEREON**<br><br>**DATE: SEPTEMBER 30, 2022**<br>**TIME: 8:30 a.m. or soon thereafter to be heard**<br>**DEPT.:    10A**<br>LOC.: 411 West 4th street Santa Ana CA 92701<br><br>**HONORABLE DAVID O CARTER , presiding**<br><br>**COVID-19: HOST, HOAX, OR HOLY SPIRIT** |

## DECLARATION OF ADRIAN D. MOON

## MEMORANDUM OF POINTS AND AUTHORITIES

# FROM THE KINGDOM OF 'daredeemer'

I AM ADRIAN D. MOON, (hereinafter , 'daredeemer') Plaintiff-Defendant Intervenor, chosen one , begotten Son of the Almighty Creator "EL ELYON" of the Royal Priesthood of Melchizedek perfected in Yeshua Jesus Christ the Messiah of the perfect race of Hue-man, paragon , with integrity and veracity proclaim and decree as follows,

1. Bench Officer David O. Carter was legally required to recuse himself from this case as 'daredeemer' believes that the Heavenly Father has some use for him in this case, WE shall direct Bench Officer Carter otherwise !   see . read and consider attached Motions 1 through 6 incorporated by this reference. As it took US more than three (3) Years to recuse that "DAMNED FOOL" Defendant R. Gary Klausner and Marc L. Goldman who was forced into retirement !!! It shall not take that one long to recuse the Honorable David O. Carter ! Lol

2. As Defendants L.A. ALLIANCE HUEMAN RIGHTS et. al. and CITY AND  COUNTY OF LOS ANGELES et. al.  has bribed Disqualified Bench Officer David O. Carter to not require Defendant County of Los Angeles to file their Answer with is overdue at this time. 'daredeemer' and the Public has a right to know how the Defendants would have Answered and incriminated themselves as Mark Rigley-Thomas, Shiela kuel and Sinful Kathryn Barger-Liebrich and others have done already .   see, read and consider attached Motions 7, 8 incorporated by this reference !

3. As Recused Bench Officer David O. Carter has accepted the bribe to stay this actionwithout requiring Defendants County Of Los Angeles to file an Answer at the 11th hour ! 'daredeemer ' had the right to request a Default in the Identical Pending Related Case Moon v. County of Los Angeles et. al . case no. 22STRO03447 today see, read, and consider attached Motions 9 through 12 incorporated by this reference !

'daredeemer' decrees under the penalty of Sin that the foregoing is true!

" liberia nos a malo"

Dated: September 28, 2022

ADRIAN D. MOON, Plaintiff-Defendant Intervenor

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES – GENERAL**</u>

Case No. LA CV 20-02291-DOC-KES                     Date: September 26, 2022

Title: LA ALLIANCE FOR HUMAN RIGHTS et al. v. CITY OF LOS ANGELES et al.

PRESENT:

<u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

<u>Karlen Dubon</u>                                 <u>Not Present</u>
Courtroom Clerk                                Court Reporter

ATTORNEYS PRESENT FOR                ATTORNEYS PRESENT FOR
PLAINTIFF:                                     DEFENDANT:
None Present                                    None Present

**PROCEEDINGS (IN CHAMBERS):     ORDER DENYING MOTION FOR RECUSAL [469]**

 Before the Court is Intervenor-Defendant Adrian D. Moon's Motion for Recusal. (Dkt. 469). The Court **DENIES** the Motion.

 The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu

MINUTES FORM 11
CIVIL-GEN

468 - Denial of Stay
469 - Motion for recusal
470 - Request for Notice
471 - Second Request for Stay
472 - Denial of Recusal

Motion 1

800 City Hall EAST
200 N Main

① Detective Anthony Cole

② Michael N. Feuer   City (213) 978-

③ Carlos De La Guerra managing   8100
    164 oub                      Loyola

④ Soraya C. Kelly Deputy   Georgetown)
    (213) 978-8380

2242-17 6/25

Robert Brian
010/2/1990
robertbrian.com

instolicalaw.com

(213) 978-6909

M333
N13

soraya.
kelly @ lacity

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ADRIAN MOON,

                Plaintiff,

    v.

M. SPEARMAN,

           Defendant.

Case No. 2:12-cv-7211-RGK(MLGx)

**ORDER DENYING PLAINTIFF'S MOTION TO RECUSE JUDGES R. GARY KLAUSNER AND MARC L. GOLDMAN [24]**

Pending before the Court is Plaintiff Adrian Moon's Motion to Recuse Judges R. Gary Klausner and Marc L. Goldman. (ECF No. 24.) Having considered Plaintiff's arguments, the Court deems the matter suitable for decision without oral argument. Fed. R. Civ. P. 78; L.R. 7-15.

The standard for disqualification of a judge is established by 28 U.S.C. §§ 144 and 455. Section 144 permits a party seeking disqualification to file an affidavit setting forth facts and reasons for his belief that the judge "has a personal bias or prejudice either against him or in favor of any adverse party." 28 U.S.C. § 144. When determining the legal sufficiency of the affidavit, "the factual allegations in the affidavit must be accepted as true," although "general or conclusory allegations will not support disqualification." *United States v. Zagari*, 419 F. Supp. 494, 500-01 (N.D. Cal. 1976). Further, the alleged bias must be from an extrajudicial source and "result in an opinion on the merits on some basis other than what the judge learned from his participation in the case." *United States v. Grinnell Corp.*, 384 U.S. 563, 583 (1966).

Motion 2

Case 2:12-cv-07211-RGK-DFM    Document 27    Filed 10/31/12    Page 2 of 3    Page ID #:391

Under 28 U.S.C. § 455, a judge must disqualify himself in any proceeding in which his impartiality might reasonably be questioned. 28 U.S.C. § 455(a). But the substantive standard for recusal under 28 U.S.C. § 144 and 28 U.S.C. § 455 is the same—"Whether a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned." *United States v. Hernandez*, 109 F.3d 1450, 1453–54 (9th Cir. 1997).

In this case, Plaintiff generally alleges that Judges Klausner and Goldman decided his case based on personal bias. These allegations are insufficient to support disqualification. More interestingly, Plaintiff declares that Judge Goldman exhibited personal bias through racial epithets and condescending remarks in his rulings. (Moon Decl. 6–7.) Upon review of the record, the Court finds no evidence of such behavior. To the extent this alleged behavior was exhibited at hearings, Plaintiff did not provide the Court with any transcripts, and the Court has none to review.

While racial epithets may be evidence of personal bias, criticism is not. The Court finds that any alleged criticism towards Plaintiff may be derived from Plaintiff's frivolous and vexatious behavior in his various lawsuits. That is, Plaintiff filed in 2012, nine lawsuits for habeas corpus and civil rights violations relating to his incarceration. (Moon Decl. 12.) The Court also notes that Plaintiff failed to follow proper procedure on numerous occasions. Based on this conduct, criticism towards Plaintiff is likely warranted.

And as for Judge Klausner's and Judge Goldman's adverse rulings, Judicial rulings alone almost never constitute a valid basis for a bias or partiality motion. *Liteky v. United States*, 510 U.S. 540, 555 (1994). Rulings by themselves cannot show reliance upon an extrajudicial source, and opinions formed by the judge based on the evidence of the case "do not constitute a basis for a bias or partiality motion unless they display a deep-seated favoritism or antagonism that would make fair judgment impossible." *Id.*

/ / /



2

The remedy for Plaintiff's dissatisfaction is to appeal; a disqualification motion serves no purpose unless personal bias is established. *Mayes v. Leipziger*, 729 F.2d 605, 607 (9th Cir. 1984) ("A judge's previous adverse ruling alone is not sufficient bias."). This Court finds no partiality in Judge Klausner's and Judge Goldman's adverse rulings because they are based on Plaintiff's lack of merit and procedural errors.

In sum, the Court finds that Plaintiff's motion fails to state sufficient facts and reasons to disqualify Judges Klausner and Goldman under 28 U.S.C. §§ 144 or 455. Plaintiff's assertions do not show any personal bias stemming from an extrajudicial source. Accordingly, Plaintiff's motion is **DENIED**.

**IT IS SO ORDERED.**

October 31, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

Motion 4

3

Case 2:14-cv-09781-SVW-FFM   Document 13   Filed 03/03/15   Page 1 of 2   Page ID #:78

# United States District Court
# Central District of California
# Western Division

ADRIAN MOON,

           Plaintiff,

   v.

DOUGLAS F. McCORMICK, *et al.*,

           Defendants.

CV 14-09781 RGK (FFMx)

**Order**

The Court has considered Plaintiff's "*ex parte* application for *ex parte* emergency motion to disqualify District Judge R. Gary Klausner pursuant to 28 U.S.C. § 455(a)," together with the moving papers.

As a named defendant in this case, Judge Klausner should have recused himself, pursuant to 28 U.S.C. § 455(b)(5)(i), as soon as this case was initially assigned to him. Accordingly, all orders issued in this case by Judge Klausner must be vacated.

**It is Ordered** that Judge Klausner be, and hereby is, **Recused.**

. . . . . . . .

Motion 5

Recusal Order – Page 1 of 2

It is further Ordered that all orders issued by Judge Klausner in this case be, and hereby are, Vacated.

It is further Ordered that this case shall be reassigned at random to another District Judge.

Date: March 3, 2015

_____

Terry J. Hatter, Jr.
Senior United States District Judge

Recusal Order – Page 2 of 2

Case 2:20-cv-02291-DOC-KES   Document 473   Filed 09/27/22   Page 1 of 2   Page ID #:14720

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES                    Date: September 27, 2022

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER GRANTING STAY AND SETTING DATES RESETTLEMENT AGREEMENT**

On September 26, 2022, the parties submitted a Second Stipulation to Stay Proceedings Due to Settlement, along with a preliminary settlement terms sheet. (Dkt. 471). In this renewed request, the parties ask the Court to "continue all deadlines and stay proceedings through November 15, 2022" so that they may "draft their agreement and obtain all necessary client approvals." (Dkt. 471).

Having read and considered the parties' request, and to ensure the efficient and expedient resolution of this matter, the Court hereby **ORDERS** the parties to submit a proposed settlement agreement by October 17, 2022—thirty (30) days from the date the parties originally notified the Court of their pending settlement (Dkt. 467).



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES                    Date: September 27, 2022

                                                            Page 2

The Court further **GRANTS** the request to stay proceedings through November 15, 2022, and **SETS** the following dates regarding the settlement agreement:

> The Court invites any party and the public to submit comments or objections to the settlement agreement by October 27, 2022.
>
> Responses are due November 2, 2022.
>
> Hearing regarding the settlement agreement is set for November 14, 2022, at 9:00 AM.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                    Initials of Deputy Clerk: kdu

CIVIL-GEN



Motion 8

*Copy*

**CIV-100**

| | | |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY:** STATE BAR NO: **CHOSEN ONE** | | **FOR COURT USE ONLY** |
| NAME: ADRIAN DAMICO MOON | | |
| FIRM NAME: 'daredeemer' | | **Received** |
| STREET ADDRESS: 955 NORTH LAKE AVE | | |
| CITY: PASADENA    STATE: CA    ZIP CODE: 91104 | | SEP 2 8 2022 |
| TELEPHONE NO.: (626) 360-9896    FAX NO.: | | |
| E-MAIL ADDRESS: adriandaredeemer@gmail.com | | **Default Section** |
| ATTORNEY FOR (name): Cross-Petitioner-Victim | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 111 NORTH HILL STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES CA 90012
BRANCH NAME: CENTRAL C.C.B. INC.

Plaintiff/Petitioner: ADRIAN D. MOON
Defendant/Respondent: COUNTY OF LOS ANGELES

| **REQUEST FOR** (Application) | ☒ **Entry of Default** ☐ **Court Judgment** | ☒ **Clerk's Judgment** | CASE NUMBER: 22STRO03447 |
|---|---|---|---|

**Not for use in actions under the Fair Debt Buying Practices Act (Civ. Code, § 1788.50 et seq.)** *(see CIV-105)*

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on *(date):* AUGUST 25, 2022
   b. by *(name):* ADRIAN D. MOON
   c. ☒ Enter default of defendant *(names):*

   COUNTY OF LOS ANGELES - KATHRYN BARGER-BOARD OF SUPERVISORS

   d. ☐ I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant *(names):*

   *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*
   e. ☒ Enter clerk's judgment
      (1) ☐ for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
      ☐ Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
      (2) ☒ under Code of Civil Procedure section 585(a). *(Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)* TO BE PROLOGD AT PROVE-UP HEARING
      (3) ☐ for default previously entered on *(date):*

2. **Judgment to be entered.**

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint | $ 7.000.000.000.00 | $ | $ 7.000.000.000.00 |
| b. Statement of damages* | | | |
| (1) Special | $ | $ | $ |
| (2) General | $ | $ | $ |
| c. Interest | $ | $ | $ |
| d. Costs *(see reverse)* | $ | $ | $ |
| e. Attorney fees | $ | $ | $ |
| f. **TOTALS** | $ 7.000.000.000.00 | $ | $ 7.000.000.000.00 |

   g. **Daily damages** were demanded in complaint at the rate of: $ 1,000,000.00    per day beginning *(date):* 9-28-2022
   *(* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)*

3. ☐ *(Check if filed in an unlawful detainer case.)* **Legal document ~~assistant or~~ unlawful detainer assistant** information is on the reverse *(complete item 4).*

   Date: SEPTEMBER 28, 2022

   ADRIAN D. MOON
   (TYPE OR PRINT NAME)                                    (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| **FOR COURT USE ONLY** | (1) ☐ Default entered as requested on *(date):* | |
|---|---|---|
| | (2) ☐ Default NOT entered as requested *(state reason):* | |
| | Clerk, by | , Deputy    **Page 1 of 2** |

Form Adopted for Mandatory Use
Judicial Council of California CIV-100
[Rev. January 1, 2020]

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

Code of Civil Procedure, §§ 585–587, 1169
www.courts.ca.gov

*Motion 9*

CIV-100

| Plaintiff/Petitioner: | CASE NUMBER: |
|---|---|
| Defendant/Respondent: | |

4. **Legal document assistant or unlawful detainer assistant (Bus. & Prof. Code, § 6400 et seq.).** A legal document assistant or unlawful detainer assistant ☐ did ☒ did **not** or compensation give advice or assistance with this form. If declarant has received **any** help or advice for pay from a legal document assistant or unlawful detainer assistant, state:

  a. Assistant's name:   c. Telephone no.:

  b. Street address, city, and zip code:   d. County of registration:

      e. Registration no.:

      f. Expires on *(date):*

5. ☒ **Declaration under Code Civ. Proc., § 585.5** *(for entry of default under Code Civ. Proc., § 585(a)).* This action

  a. ☐ is ☑ is not on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).

  b. ☐ is ☒ is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).

  c. ☐ is ☑ is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing (Code Civ. Proc., § 587).** A copy of this *Request for Entry of Default* was

  a. ☐ **not mailed** to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney *(names):*

  b. ☒ **mailed** first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:

  (1) Mailed on *(date):* SEPT. 28. 2022   (2) To *(specify names and addresses shown on the envelopes):* KENT SOMMER,ESQ  500 WEST TEMPLE # 648 6TH FL. L.A. CA 90012 C/O  COUNTY OF L.A. -B.O.S.

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.

Date:  SEPT.28.2022

| TOMMIE LONG | |
|---|---|
| (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

7. **Memorandum of costs** *(required if money judgment requested).* Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):

  a. Clerk's filing fees   . . . . . . . . . . . . . . . . . . . . . . $ -0-

  b. Process server's fees   . . . . . . . . . . . . . . . . . . $ -0-

  c. Other *(specify):*   $

  d.   $

  e. **TOTAL**   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ -0-

  f. ☒ Costs and disbursements are waived.

  g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: SEPTEMBER 28. 2022

| ADRIAN D. MOON | |
|---|---|
| (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

8. **Declaration of nonmilitary status** *(required for a judgment).* No defendant named in item 1c of the application is in the military service as that term is defined by either the Servicemembers Civil Relief Act, 50 U.S.C. App. § 3911(2), or California Military and Veterans Code sections 400 and 402(f).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: SEPTEMBER 28. 2022

| ADRIAN D. MOON | |
|---|---|
| (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

CIV-100 [Rev. January 1, 2020]

**REQUEST FOR ENTRY OF DEFAULT**
**(Application to Enter Default)**

Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form   Save this form   Clear this form

*- DO NOT FILE WITH THE COURT-*
*-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -*

CIV-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| ADRIAN D. MOON   (626) 360-9896 | | |
| 955 NORTH LAKE AVE | | Received |
| PASADENA CA 91104 | | |
| ATTORNEY FOR *(name)*: CROSS-PETITONER -VICTIM | | SEP 28 2022 |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 111 NORTH HILL STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES CA 90012
BRANCH NAME: CENTRAL C.C.B. INC.

Received
SEP 28 2022
Default Section

PLAINTIFF: ADRIAN D. MOON
DEFENDANT: COUNTY OF LOS ANGELES-B.O.S.

| **STATEMENT OF DAMAGES** (Personal Injury or Wrongful Death) | CASE NUMBER: 22STRO03447 |
|---|---|

To *(name of one defendant only)*: COUNTY OF LOS ANGELES
Plaintiff *(name of one plaintiff only)*: ADRIAN D. MOON
seeks damages in the above-entitled action, as follows:

**1. General damages**                                                                  AMOUNT

  a. ☑ Pain, suffering, and inconvenience ............................................ $1,000,000,000.00

  b. ☑ Emotional distress. ................................................................. $3,000,000,000.00

  c. ☐ Loss of consortium ................................................................. $

  d. ☑ Loss of sociey and companionship *(wrongful death actions only)* ........... $1,000,000,000.00

  e. ☐ Other *(specify)* ...................................................................... $

  f. ☐ Other *(specify)* ...................................................................... $

  g. ☐ Continued on Attachment 1.g.

**2. Special damages**

  a. ☑ Medical expenses *(to date)* ...................................................... $

  b. ☑ Future medical expenses *(present value)* ...................................... $

  c. ☑ Loss of earnings *(to date)* ....................................................... $2,000,000,000.00

  d. ☐ Loss of future earning capacity *(present value)* ............................. $

  e. ☐ Property damage .................................................................... $

  f. ☐ Funeral expenses *(wrongful death actions only)* ............................. $

  g. ☐ Future contributions *(present value) (wrongful death actions only)* ....... $

  h. ☐ Value of personal service, advice, or training *(wrongful death actions only)* ... $

  i. ☐ Other *(specify)* ..................................................................... $

  j. ☐ Other *(specify)* ..................................................................... $

  k. ☐ Continued on Attachment 2.k.

**3.** ☑ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*.. $ 21,000,000,000.00
when pursuing a judgment in the suit filed against you.

Date: SEPT. 28, 2022

ADRIAN D. MOON
_____
*(TYPE OR PRINT NAME)*

▶ _____
*(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)*

*(Proof of service on reverse)*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

CIV-050

| PLAINTIFF: ADRIAN D. MOON | CASE NUMBER: |
|---|---|
| DEFENDANT: COUNTY OF LOS ANGELES-B.O.S. | 22STRO03447 |

## PROOF OF SERVICE

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ✔ Statement of Damages ✔ Other *(specify):* REQUEST FOR DEFAULT AND CLERK JUDGMENT

   b. on *(name):* KENT SOMMER, ESQ ATTORNEY FOR COUNTY OF LOS ANGELES
   c. by serving ✔ defendant ☐ other *(name and title or relationship to person served):*

   d. ✔ by delivery ☐ at home ✔ at business
      (1) date: SEPTEMBER 28, 2022
      (2) time: 2:00P.M.
      (3) address: 500 WEST TEMPLE STREET #648 6TH FL L.A CA 90012

   e. ✔ by mailing
      (1) date: SEPTEMBER 28, 2022
      (2) place: L.A. CA . 90012

2. Manner of service *(check proper box):*
   a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. ☐ **Mail and acknowledgment service.** By mailing (by first- class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. ✔ Other *(specify code section):* ksommer@counsel.lacounty.gov ; dharrison@counsel.lacounty.gov
      ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $ -0-
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ✔ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: SEPTEMBER 28, 2022

▶ _____
(SIGNATURE)

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

CIV-050 [Rev. January 1, 2007]

**PROOF OF SERVICE**
**(Statement of Damages)**

Page 2 of 2
Code of Civil Procedure §§ 425.11, 425.115

Motion 17

*COPY*

POS-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>ADRIAN D. MOON<br>955 NORTH LAKE AVE<br>PASADENA CA 91104<br><br>TELEPHONE NO.: (626) 360-9896          FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: adriandaredeemer@gmail.com<br>ATTORNEY FOR *(Name)*: Cross-PetitonerVictiim | *FOR COURT USE ONLY*<br><br>Received<br>SEP 2 8 2022<br>Default Section |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES |
| STREET ADDRESS: 111 NORTH HILL STREET |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: LOS ANGELES CA 90012 |
| BRANCH NAME: CENTRAL C.C.B. INC. |

| | |
|---|---|
| PLAINTIFF/PETITIONER: ADRIAN D. MOON<br>DEFENDANT/RESPONDENT: COUNTY OF LOS ANGELES ET. AL. | CASE NUMBER:<br>22STRO3447 |
| PROOF OF SERVICE OF ~~SUMMONS~~ *cross Petition* | Ref. No. or File No.:<br>2:20-CV-02291-DOC |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☒ summons

   b. ☐ complaint

   c. ☐ Alternative Dispute Resolution (ADR) package

   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*

   e. ☒ cross-complaint

   f. ☒ other *(specify documents)*: CROSS-PETITION

3. a. Party served *(specify name of party as shown on documents served)*:
      KENT SOMMER, ESQ. ATTORNEY FOR COUNTY OF LOS ANGELES

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   111 NORTH HILL STREET L.A. CA  DEPT. 43 LOS ANGELES CA 90012

5. I served the party *(check proper box)*

   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date)*: AUGUST 25, 2022          (2) at *(time)*:  11:30 A.M.

   b. ☐ **by substituted service.** On *(date)*:                    at *(time)*:          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:          from *(city)*:                    or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

**Page 1 of 2**

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

*Motion 13*

POS-010

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*            (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify):*

  c. ☐ as occupant.

  d. ☒ On behalf of *(specify):* COUNTY OF LOS ANGELES
     under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☒ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

  a. Name: ANNE RICHARDSON, JUDGE / ADRIAN D. MOON

  b. Address: 111 NORTH HILL STREET DEPT. 43 LOS ANGELES CA 90012

  c. Telephone number: (626) 360-9896

  d. **The fee** for service was: $ -0-

  e. I am:

    (1) ☒ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☐ a registered California process server:

      (i) ☐ owner ☐ employee ☐ independent contractor.

      (ii) Registration No.:

      (iii) County:

8. ☒ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    **or**

9. ☐ I am a **California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: AUGUST 25, 2022

_____  ▶  _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)

POS-010 [Rev. January 1, 2007]     **PROOF OF SERVICE OF SUMMONS**      Page 2 of 2

Motion 14

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ]  [ Save this form ]  [ Clear this form ]

# FROM THE KINGDOM OF 'daredeemer'

(Proposed ) ORDER

As this matter came by regularly to the court in light of the bribes and extortion attempts, after considering all that matters and to the satisfaction that Bench officer David O. Carter shall grant the matter !

FOR GOOD CAUSE SHOWING, AND ON AGREEMENT BY 'daredeemer' Plaintiff-Defendant Intervenor, IT IS SO ORDERED,

THAT: 1.  'daredeemer's Motion to intervene as Plaintiff and Defendant is granted,

2.  'daredeemer's motion for order to the Los Angeles Probation Department to produce Adrian D. Moon's (AB109) probation file expeditiously is Granted ,

3.   Defendant County of Los Angeles shall file  their answer due on September 28, 2022 by 12 noon on September 30, 2022 is ordered ,

And any other relief this court deems , just , proper and equitable .

Dated : September     , 2022

_____
HONORABLE DAVID O. CARTER , JUDGE
UNITED STATES CENTRAL DISTRICT COURT

. (Proposed) ORDER THEREON  - 3