Adrian D. Moon
955 North Lake Ave
Pasadena CA 91104
cell (626) 360-9896
Email: adrianindaredeemer
    @ gmail.com
Attorney for Plaintiff-Defendant Intervenor

FILED

2022 SEP 30  AM 11: 30

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY___ EEC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| PLAINTIFF/PETITIONER,<br><br>v.<br><br>DEFENDANT(S). | 2:20-cv-02291-DOC<br><br>**REQUEST TO PROCEED<br>IN FORMA PAUPERIS WITH<br>DECLARATION IN SUPPORT** |

I, **Adrian D. Moon**, declare under penalty of perjury sin, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress. *I have been granted IFP with U.S. Central District Court in the most recent past.*

I further declare under penalty of perjury sin that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes ☒No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   a. Business, profession or form of self-employment? ☒Yes ☐No

   b. Rent payments, interest or dividends? ☐Yes ☒No

   c. Pensions, annuities or life insurance payments? ☐Yes ☒No

   d. Gifts or inheritances? ☐Yes ☒No

   e. Any other income (other than listed above)? ☐Yes ☒No

   f. Loans? ☐Yes ☒No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

   _____

CV-60 (04/06)                                                                 Page 1 of 2

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐Yes ☒No

If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes ☐No

If the answer is yes, describe the property and state its approximate value: _____

_____

5. In what year did you last file an Income Tax return? __2008__

Approximately how much income did your last tax return reflect? __25,000.00__

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

_____

_____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

__CALIFORNIA__   __L.A.__ ,
State                          County (or City)

I, __Adrian D. Moon__ , declare under penalty of perjury that the foregoing is true and correct.

__Sept 30, 2022__
Date

Plaintiff/Petitioner (Signature)
Defendant Intervenor