**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                    Date:  October 5, 2022

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER SCHEDULING STATUS CONFERENCE**

In accordance with the Court's authority to monitor the agreement reached between the parties (*see* Dkt. 136), the Court hereby **SCHEDULES** a Status Conference for **October 7, 2022 at 10:00 a.m**., and requests the presence of Defendant City of Los Angeles, Plaintiff LA Alliance for Human Rights, and Special Master Michele Martinez. All interested parties are also invited to appear.

The Status Conference will take place at the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th St, Santa Ana, in Courtroom 10A.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                         Initials of Deputy Clerk: kdu

CIVIL-GEN