# EXHIBIT C

**REPORT** FROM

# OFFICE OF THE CITY ADMINISTRATIVE OFFICER

| | | | |
|---|---|---|---|
| Date: | August 5, 2022 | CAO File No. | 0220-05151-0364 |
| | | Council File No. | 20-0841 |
| | | | 20-0841-S21 |
| | | | 20-0841-S23 |
| | | Council District: | All |

To:        The City Council

From:     Matthew W. Szabo, City Administrative Officer

Reference:   COVID-19 Homelessness Roadmap

Subject:    **Twelfth Funding Report: COVID-19 Homelessness Roadmap Funding Recommendations**

## SUMMARY

On September 9, 2020, the City Council approved funding for the initial projects under the COVID-19 Homelessness Roadmap (Roadmap) and directed this office to submit future funding recommendations through reports. This is the twelfth such report.

This report makes the following recommendations:

First, this report recommends operational funding for an interim housing site in Council District 1 with 130 beds, and eight additional beds at an existing interim housing site in Council District 8. This report also closes the funding gap for the operation of a new Safe Parking site in Council District 11 and for the construction of a Project Homekey site in Council District 6.

Second, this report recommends reprogramming funds that were previously allocated to Roadmap projects that are no longer moving forward.

Third, this report recommends reprogramming savings from various Roadmap projects. Additionally, this report includes technical amendments to prior Roadmap recommendations, and California Environmental Quality Act (CEQA) exemption determinations for several projects.

Lastly, this report recommends additional funding to support several existing programs and services, including funding for the City's three Coordinated Entry System (CES) Navigation Centers in Council Districts 2, 8, and 15.

CAO File No.                                      PAGE

0220-05151-0364                                      2

## RECOMMENDATIONS

1. DETERMINE that, consistent with the Notices of Exemption already in the Council Files (C.F.) Nos. 18-0352 and 18-0941, the Crisis and Bridge Housing projects located at 1533-35 N. Schrader Blvd. and 1920 W. 3rd St. (know as Caza Azul), which allow for the lease and continued use of the properties as temporary shelters for people experiencing homelessness, are statutorily exempt from CEQA under Public Resources Code Section 21080(b)(4), as specific actions necessary to prevent or mitigate an emergency as also reflected in CEQA Guideline Section 15269(c); and Public Resources Code Section 21080.27 (AB 1197), applicable to City of Los Angeles (City) emergency homeless shelters, consistent with, and supported by, the City Council's prior actions and resolutions approving constructing, leasing, and using these shelters and determining their exemption from CEQA on December 11, 2018 (C.F. Nos. 18-0352 and 18-0941);

2. APPROVE $1,733,875 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to Fund No. 63Q/43, account number to be determined, for 2022-23 Los Angeles Homeless Services Authority (LAHSA) Other Interim Housing Operations for start up and operating costs at an interim housing site located at 499 San Fernando Rd. in Council District 1;

    a. REQUEST LAHSA to execute a new sole source contract, or amend its current contract, with the John Wesley Center for Health (JWCH) in the up to amount of $1,733,875 for start up and operating costs to operate an interim housing site located at 499 San Fernando Rd. in Council District 1, from January 1, 2023 to June 30, 2023;

3. REPROGRAM up to $4,777,422 in savings from various Roadmap interim housing projects for operations costs to the Emergency Solutions Grant - CARES Act (ESG-CV) Fund No. 517/43, Account No. 43VC9V, COVID-19 Homeless Roadmap from the following:

    a. $347,526 from ESG-CV Fund No. 517/43, Account No. 43TA30, Tiny Home Operations-11471 Chandler Blvd.;

    b. $1,338,966 from ESG-CV Fund No. 517/43, Account No. 43TA31, Tiny Home Operations-12600 Saticoy St.;

    c. $767,625 from ESG-CV Fund No. 517/43, Account No. 43TA32, Tiny Home Operations-6099 Laurel Canyon Blvd.;

    d. $822,917 from ESG-CV Fund No. 517/43, Account No. 43TA33, Tiny Home Operations-6700 Vanalden Ave.;

    e. $1,469,219 from ESG-CV Fund No. 517/43, Account No. 43TA34, Tiny Home Operations-6073 Reseda Blvd.; and

    f. $31,169 from ESG-CV Fund No. 517/43, Account No. 43TA35, Tiny Home Operations-5941 Hollywood Blvd.;

4. APPROVE up to $25,190,428 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement for

CAO File No.                          PAGE

0220-05151-0364                          3

operating costs to continue Roadmap interventions from July 1, 2022 through June 30, 2023 to the following accounts for the projects listed in Page 13 :
  a. $1,661,159 to Fund No. 63Q/43, account number to be determined for 2022-23 LAHSA A Bridge Home Operations;
  b. $23,529,269 to Fund No. 63Q/43, account number to be determined for 2022-23 LAHSA Project Homekey Operations; and

5. APPROVE up to $983,675 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement for operations of an interim housing site with 49 beds at 7816 Simpson Avenue in Council District 6 through June 30, 2023:
  a. TRANSFER $983,675 to Fund No. 63Q/43, account number to be determined for 2022-23 LAHSA Other Interim Housing Operations;
  b. INSTRUCT LAHSA execute a new or amend an existing sole source subcontract with LA Family Housing for the interim housing site operations in Council District 6 and add up to $983,675 to provide services;

6. APPROVE up to $126 for leasing costs for various interim housing sites from the Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement, to the following accounts:
  a. TRANSFER $126 to Fund No. 63Q/10, Account No. 10V714, Leasing - 828 Eubank Ave. for the A Bridge Home site at 828 Eubank Ave. in Council District 15 for the annual rent ($1) and the administrative fee ($125) owed to the Port of Los Angeles through June 30, 2023;

7. APPROVE $126 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to Fund No. 63Q/10, Account No. 10V714, Leasing - 828 Eubank Ave. to reimburse leasing costs for the A Bridge Home site at 828 Eubank Ave. in Council District 15 for the annual rent ($1) and administrative fee ($125) owed to the Port of Los Angeles for Fiscal Year 2020-21;
  a. TRANSFER $126 from Fund No. 63Q/10, Account No. 10V714, Leasing - 828 Eubank Ave. to Fund No. 100/63, account to be determined to reimburse leasing costs for the A Bridge Home site at 828 Eubank Ave. in Council District 15 for the annual rent ($1) and administrative fee ($125) owed to the Port of Los Angeles for Fiscal Year 2020-21;

8. APPROVE up to $154,248 from AHS-GCP Fund No. 100/56, 000931 to Citywide Leasing Leasing Fund No. 100/63, Account No. 000027, A Bridge Home Leasing for leasing costs of A Bridge Home site at 1920 W. 3rd St. in Council District 1 through June 30, 2023;

CAO File No.    PAGE
0220-05151-0364    4

9. REPROGRAM $3,175,000 from Homeless Efforts - County Funding Agreement Fund No. 63Q/43, account number to be determined for 2022-23 LAHSA A Bridge Home Operations to Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement for operating costs from the following A Bridge Home sites:
    a. $613,200 from the A Bridge Home site located at 1920 W. 3rd Street in Council District 1;
    b. $1,576,800 from the A Bridge Home site located at 1533 Schrader Boulevard in Council District 13;
    c. $985,500 from the A Bridge Home site located at 711 N. Alameda Street in Council District 14;

10. APPROVE $3,175,000 from AHS-GCP Fund No. 100/56, 000931 to the Los Angeles Housing Department Fund No. 10A/43, in a new account entitled, "2022-23 LAHSA A Bridge Home Operations" for operating costs of the following A Bridge Home sites through June 30, 2023;
    a. $613,200 for the A Bridge Home site located at 1920 W. 3rd Street in Council District 1;
    b. $1,576,800 for the A Bridge Home site located at 1533 Schrader Boulevard in Council District 13;
    c. $985,500 for the A Bridge Home site located at 711 N. Alameda Street in Council District 14;

11. TRANSFER up to $306,000 for the previously approved leasing costs relative to the Sixth Roadmap report (C.F. 20-0841) dated May 20, 2021, for the Tiny Home Village site located at 2301 W. 3rd St. in Council District 13 from July 1, 2022 through June 30, 2025 as needed from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to the Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10V696, Leasing - 2301 West 3rd St CD 13;

12. TRANSFER up to $241,499 for the previously approved leasing costs relative to the Fifth Roadmap Report (C.F. 20-0841) dated March 18, 2021, and substitute motion (Ridley-Thomas-Martinez, C.F. 20-0841) dated April 6, 2021, for the Tiny Home Village site located at 1455 Alvarado St. in Council District 13 from July 1, 2022 through April 30, 2024 as needed from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to the Homelessness Efforts - County Funding Agreement Fund No. 63Q/10, in a new account entitled, "Leasing - 1455 Alvarado St.";

13. INSTRUCT LAHSA to amend their current contract with Homeless Outreach Program Integrated Care System (HOPICS) to provide services for eight additional beds at the existing interim housing site located at 9165 & 9165 ½ S. Normandie St. in Council District 8, for a new total of 28 beds;

CAO File No.  
0220-05151-0364

PAGE

5

14. APPROVE $132,880 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to Fund No. 63Q/43, account number to be determined, entitled "2022-23 LAHSA Other Interim Housing Operations" for the operating costs of eight additional beds at the interim housing site located at 9165 & 9165 ½ South Normandie Street in Council District 8 from September 1, 2022 to June 30, 2023;

15. APPROVE $20,528.57 from the Additional Homeless Services - General City Purposes (AHS-GCP) Fund No. 100/56, Account No. 000931 for repairs and tree maintenance for the A Bridge Home site at 1533 Schrader Blvd. in Council District 13 to the following accounts:
   a. $12,653.57 to Fund No. 100/40, Account No. 003040, Contractual;
   b. $7,875 to Fund No. 363/94, Account No. 94V030, Maintenance, Repair, & Utility Service for Off-Street Lots ;

16. REPROGRAM up to $2,980,444 in previously approved operating and leasing costs allocated to 7253 Melrose Ave. in Council District 5, as follows:
   a. $1,095,600.00 from the Homeless Efforts - County Funding Agreement Fund No. 63Q/43, Account No. 43TA70, Interim Housing Operations - 7253 Melrose Ave. to Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement;
   b. $1,874,844.00 from GSD Fund No. 100/40, Account No. 006030, Leasing to Homeless Efforts - County Funding Agreement, Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement; and
   c. $10,000.00 of Homeless Housing, Assistance, and Prevention (HHAP) funds from GSD Fund No. 100/40, Account No. 006030, Leasing to HHAP, Fund No. 62Y/10, Account No. 10S650, FC-1- A Bridge Home Capital;

17. REPROGRAM up to $475,200 in operating costs allocated to a previously approved Tiny Home Village located between Compton Ave. and Nevin Ave. in Council District 9, from Fund No. 63Q/43, Account 43TB37, Interim Housing Operations (Pallet) to Homeless Efforts - County Funding Agreement, Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement;

18. REPROGRAM up to $7,131,112.43 from Capital Technology Improvement Expenditure Program (CTIEP) Fund No. 100/54, Account No. 00V836, Council District 9 Compton & Nevin Pallet Shelters as follows:
   a. AUTHORIZE the transfer of $1,173,382.47 to CTIEP Fund No. 100/54, new account entitled "CD 14 850 N. Mission Rd. THV," of which $586,691.26 has been expended and $586,691.21 has been encumbered under a Purchase Order for pallet shelters that were meant for the discontinued project at Compton Ave. and Nevin Ave. in

CAO File No.                    PAGE
0220-05151-0364                    6

Council District 9 and that will now be used for the THV at 850 N. Mission Ave. in Council District 14;

    b.  TRANSFER up to $1,626,715 to CTIEP Fund No. 100/54, Account No. 00V846, Council District 1 499 San Fernando Rd. for additional construction costs of an interim housing site with up to 132 beds at 499 San Fernando Rd. in Council District 1; and

    c.  TRANSFER up to $4,331,014.96 to AHS-GCP Fund No. 100/56, Account No. 000931;

19. REPROGRAM $10,000 of uncommitted HHAP funds from HHAP Fund 62Y/10, Account No. 10V693, Council District 9 Compton Ave. and Nevin Ave. Pallet Shelters to HHAP Fund 62Y/10, Account No, 10S650, FC-1: A Bridge Home Capital and Operating Gap for future homelessness projects.

20. REQUEST LAHSA to amend its existing contracts or subcontracts with service providers to remove the discontinued interim housing projects at 7253 Melrose Ave. in Council District 5 and Compton Ave. and Nevin Ave. in Council District 9;

21. AMEND and REPLACE the approved Recommendation 7 relative to the 11th Homelessness Roadmap Report dated May 20, 2022 (C.F. 20-0841-S23) to read as follows:

    a.  APPROVE $2,968,125 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No.10T618, Homeless Effort - County Funding Agreement to the following accounts for the operating and leasing costs of the interim housing site with 75 beds located at 1904 Bailey St. in Council District 14, through June 30, 2023:

        i.  $1,753,125 to Fund No. 63Q/43, in a new account entitled, "2022-23 LAHSA Other Interim Housing Operations" for operations and start up costs; and

        ii.  $1,215,000 to Fund No. 63Q/43, in a new account entitled, "2022-23 LAHSA Leasing";

22. REQUEST LAHSA to amend their contract with Safe Parking LA to combine two Safe Parking sites as follows:

    a.  Discontinue the Safe Parking site at Cahuenga Branch Library in Council District 13 with ten safe parking stalls;

    b.  Add ten stalls to the Safe Parking site located at 1033 Cole Ave. in Council District 13, bringing the new total safe parking stalls at this location to 20; and

    c.  Extend the Safe Parking site at 1033 Cole Ave. in Council District 13 to June 30, 2023;

    d.  Reflect a $109,500 increase in the allocation for the Safe Parking site at 1033 Cole Ave. in Council District 13, and reflect a corresponding decrease in the allocation for the Safe Parking site at Cahuenga Branch Library in Council District 13.

CAO File No.                                              PAGE
0220-05151-0364                                     7

23. RESCIND the approved Recommendation Nos. 26. 28, and 30 from the 11th Homelessness Roadmap Report dated May 20, 2022 (C.F. 20-0841-S23);

24. AMEND the approved Recommendation No. 27 relative to the 11th Homelessness Roadmap Report dated May 20, 2022 (C.F. 20-0841-S23) and replace it with the following:
    a. REPROGRAM up to $3,260,225 in ESG-CV savings to ESG-CV Fund No. 517/43, Account No. 43VC9V, COVID-19 Homeless Roadmap from the following accounts:
        i. $726,000 from ESG-CV Fund No. 517/43, Account No. 43TA36 - Tiny Home Operations - 1221 Figueroa Pl.;
        ii. $1,009,975 from ESG-CV Fund No. 517/43, Account No. 43VB37, San Fernando Rd. and Branford St.;
        iii. $1,524,250 from ESG-CV Fund No. 517/43, Account No. 43VC8V, 2300 Central Ave. Safe Sleep;

25. RECOGNIZE AND TRANSFER $1,265,000 in Homekey 1 operations savings from ESG-CV Fund No. 517/43, Account No. 43TA42, Homekey Operations to ESG-CV to ESG-CV Fund No. 517/43, Account No. 43VC9V, COVID-19 Homeless Roadmap from the following Homekey 1 sites:
    a. Pano (Panorama) = $250,000
    b. Travelodge/Normandie = $500,000
    c. Arleta (Woodman) = $315,000
    d. Sieroty (Howard Johnson) = $200,000

26. APPROVE up to $3,500,000 of ESG-CV funds from Fund No. 517/43, Account No. 43VC9V, COVID-19 Homeless Roadmap to ESG-CV Fund No. 517/43, Account No. 43TA43, Homekey Rehab for increased costs, subject to review and final approval by the City's Project Homekey 1 consultant, Brilliant Corners for the Project Homekey site, Arleta (formerly known as Woodman) in Council District 6 for increased construction costs, including asbestos remediation, and prevailing wage;

27. APPROVE up to $4,286,703 of ESG-CV funds from Fund No. 517/43, Account No. 43VC9V, COVID-19 Homeless Roadmap to ESG-CV Fund No. 517/43, Account No. 43TA43, Homekey Rehab for rehabilitation for fire life-safety and accessibility features for the Project Homekey site, Pano (formerly known as the Panorama) in Council District 6 for FY 2022-23, July 1, 2022 - June 30, 2023;

28. APPROVE up to $1,515,944 from ESG-CV Fund No. 517/43, Account No. 43VC9V, COVID-19 Homeless Roadmap to ESG-CV Fund No. 517/43 Account No. 43TA43, Homekey Rehab for LA Family Housing for the rehabilitation of life-safety and accessibility features for Project Homekey 1, the Sieroty (Howard Johnson), an interim housing site, located at 7432 Reseda Boulevard, Reseda, CA 91335 in Council District 4 for FY 2022-23;

29. AUTHORIZE the extension of the LAHSA's expenditure authority for previously approved Project Homekey rehabilitation projects for construction costs incurred through the Certificate of Occupancy date;

30. APPROVE up to $1,799,483.95 from AHS-GCP Fund No. 100/56, Account No. 000931 to the Bureau of Engineering (BOE) Special Services Fund No. 682/50, Account No. 50VVIA, Salaries and Mileage for Homeless Roadmap to reimburse general salaries, transportation costs, and contractual services associated with the construction costs of previously approved interim housing sites and feasibility studies:
   a. TRANSFER $1,799,483.95 from the BOE Special Services Fund No. 682/50, Account No. 50VVIA, Salaries and Mileage for Homeless Roadmap to the following departments as needed to reimburse general salaries, transportation costs, and contractual services associated with the construction costs of previously approved interim housing sites and feasibility studies:
      i.   BOE Salaries General in the amount of $1,500,294.24;
      ii.  BOE Transportation Costs in the amount of $237.75; and
      iii. BOE Contractual Services in the amount of $298,951.96;
   b. Authorize the Controller to appropriate a total of $1,799,483.95 from BOE Special Services Fund No. 682/50, Account No. 50VVIA Salaries and Mileage as needed to reimburse Homeless Roadmap costs, to the following BOE accounts for Roadmap technical support services:
      i.   $1,500,294.24 to BOE Fund No. 100/78, Account 1010, Salaries General;
      ii.  $237.75 to BOE Fund No. 100/78, Account 3310, Transportation; and
      iii. $298,951.96 to BOE Fund No. 100/78, Account 3040, Contractual Services;

31. APPROVE $225 from AHS-GCP Fund No. 100/56, Account No. 000931 to BOE Special Services Fund No. 682/50, in a new account entitled, "CEQA Renewals for Homeless Roadmap" to reimburse fees accrued for CEQA reports and renewals;

32. TRANSFER $2,411,159.96 from Fund No. 100/56, Account No. 000931, AHS-GCP to Fund No. 100/56, Account No. 000957, Project Roomkey (PRK) COVID-19 Emergency Response to provide funding for the previously approved PRK extension in the 11th Covid-19 Homelessness Roadmap Report dated May 20, 2022 (C.F. 20-0841-S23);

33. AMEND Recommendation 4.c. of the approved motion (Raman-de Leon-Martinez; C.F. 22-0756) dated June 29, 2022 relative to the extension of PRK at the Highland Gardens to add the following:
   a. TRANSFER up to $595,317.00 to Fund No. 10A/43 Account No. 43TA68, PRK-LAHSA-FEMA;

34. AMEND the approved motion (Raman-de Leon-Martinez; C.F. 22-0756) dated June 29, 2022 relative to the extension of PRK at the Highland Gardens to add the following:
   a. INSTRUCT the General Manager, Los Angeles Housing Department, or their designee, to amend the City's Roadmap contract with LAHSA, C-137223, to add up

CAO File No.                                      PAGE
0220-05151-0364                                    9

to $595,317.00 for services at the Highland Gardens PRK site for the period of July 1, 2022 through December 30, 2022; and

b. REQUEST that LAHSA amend the sole source agreement with Turning Point to add up to $595,317.00 for services at the Highland Gardens PRK site for the period of July 1, 2022 through December 30, 2022;

35. APPROVE an additional $497,031 for costs associated with operating CES Navigation Centers in Council Districts 2, 8, and 15;

a. TRANSFER $497,031 from AHS-GCP Fund No. 100/56, Account No. 000931 to Fund No. 10A/43, Account No. 43QC13, Street Strategies for additional funding for the CES Navigation Centers in Council Districts 2, 8, and 15;

36. APPROVE $646,263 from the AHS-GCP, Fund No. 100/56, Account No. 000931 for various storage programs as follows:

a. Approve $297,612 to Fund No. 10A/43, in a new account entitled, "LAPD Involuntary Storage," for the Involuntary Storage Program operated by the Los Angeles Police Department;

b. Approve $348,651 to Fund No. 10A/43, in a new account entitled, "Storage - Unattended Property," for lease and operating costs at the Stanford storage facility;

37. AMEND the approved recommendation 5 relative the Homeless Emergency Aid Program Close-Out Report (C.F. 18-0628) dated April 25, 2022, and replace with the following:

a. APPROVE payment in the amount of $916.52 to the Department of Building and Safety for outstanding invoices for the following sites from Activity Category 1:

    i.   $179.68 for the A Bridge Home site located at 100 Sunset Ave., in Council District 11.

    ii.  $368.42 for the A Bridge Home site located at 3210 Riverside Dr., in Council District 4.

    iii. $368.42 for the A Bridge Home site located at 407 N. Beacon St., in Council District 15.

38. APPROVE payment in the amount of $1,414.70 from AHS-GCP, Fund No. 100/56, Account No. 000931 to the Department of Building and Safety for outstanding invoices relating to the A Bridge Home sites located at Sunset, Riverside, and Beacon, in Council Districts 4,11, and 15, respectively;

39. APPROVE $500,000 for the Community Intervention Workers (CIWs) to perform homeless outreach services within Council District 8:

a. TRANSFER $500,000 AHS-GCP Fund No. 100/56, Account No. 000931 to General Fund Fund No. 100/56, Account No.000417, Assist Homeless Multidisciplinary Outreach Teams - CD 8 ; and

b. INSTRUCT the City Clerk to amend the contract with Community Build Inc (C-138867) to increase funding by $500,000 for CIWs to perform homeless outreach services within Council District 8;

CAO File No.  
0220-05151-0364

PAGE  
10

40. APPROVE $500,000 additional funding for the Safe Passage program and homeless outreach services for people experiencing homelessness in Council District 8:
   a. TRANSFER $500,000 AHS-GCP Fund No. 100/56, Account No. 000931 to General Fund Fund No. 100/56, Account No. 000408, Safe Passages in South Los Angeles - CDs 8 and 9; and
   b. INSTRUCT the City Clerk to amend the contract with Community Build Inc. (C-137089) to increase funding by $500,000 for the Safe Passage program and Homeless Outreach Teams to provide services for people experiencing homelessness in Council District 8;

41. APPROVE $500,000 for the North Valley Caring Services to perform homeless outreach and other services within Council District 6:
   a. TRANSFER $500,000 AHS-GCP Fund No. 100/56, Account No. 000931 to General Fund Fund No. 100/56, Account No. 000411, Homeless Families Services - CD 6; and
   b. INSTRUCT the City Clerk to amend the contract with North Valley Caring Services (C-139303) to increase funding by $500,000 for to perform homeless outreach and other services;

42. APPROVE up to $136,328 to augment the existing contract (C-132815) between the Los Angeles County Department of Health Services and the Office of the City Administrative Officer (CAO) for real estate services, for services through June 30, 2023;
   a. TRANSFER up to $136,328 from AHS-GCP, Fund No. 100/56, Account No. 000931, to Fund No. 100/56, in a new account entitled, "Roadmap Real Estate Consulting Services";

43. AUTHORIZE the CAO to transfer up to $272,656 from Fund No. 100/56, to the newly created "Roadmap Real Estate Consulting Services" account to Fund 100/10 Account 003040, Contractual Services. Up to $136,328 were approved in Recommendation 23 relative to the 11th Homelessness Roadmap Report, dated May 20, 2022 (C.F. 20-0841-S23), and up to $136,328 as recommended from this report;

44. AUTHORIZE the CAO to amend its contract with the Los Angeles County Department of Health Services (C-132815) for real estate evaluation and architectural services to exercise one of the one-year extension options thereby extending the contract through December 31, 2023, and augment the contract ceiling amount by an additional up to amount of $136,328 for services through June 30, 2023;

45. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's Roadmap contract with LAHSA, C-137223, as follows:
   a. Reflect the start up and operations funding for the interim housing site located at 499 San Fernando Rd. in Council District 1 as described above in this report;
   b. Reflect the removal and changes to the Safe Parking sites in Council District 13 as

CAO File No.                         PAGE
0220-05151-0364                       11

described in this report;

c. Remove 7253 Melrose Ave., in Council District 5 and the Tiny Home Village located between Compton Ave. and Nevin Ave. in Council District 9 and their operation amounts, as described in this report;

d. Add funding for eight beds to the interim housing site located at 9165 & 9165 ½ S Normandie Street in Council District 8

46. AUTHORIZE the CAO to:

a. Prepare Controller instructions or make necessary technical adjustments, including to the names of the Special Fund accounts recommended for this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions; and

b. Prepare any additional Controller instructions to reimburse City departments for their accrued labor, material or permit costs related to projects in this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions.

## BACKGROUND

As a part of the Roadmap, the City reached an agreement with the County of Los Angeles (County) on June 16, 2020, to develop 6,700 homeless within 18 months, to address the COVID-19 emergency. This agreement established the following milestones:

- 700 beds in existing agreements with the County within 10 months;
- 5,300 new beds within 10 months; and
- 700 new beds within 18 months.

6,000 of these beds must be new beds, which are not included in any existing agreements between the City and the County. The County has committed to providing the City up to $60 million in services funding per year over the five-year term of the agreement, for a total of up to $300 million, based on the number of interventions that are open and occupiable within 60 days of July 1st each year. The target population for this effort includes:

- People experiencing homelessness and living in the City within 500 feet of freeway overpasses, underpasses, and ramps;
- People experiencing homelessness within the City who are 65 years of age or older; and
- Other vulnerable people experiencing homelessness within the City.

As of June 30, 2022, 7,387 new interventions are open and occupiable, including 2,236 rapid rehousing/shared housing placements overseen by LAHSA.

**DISCUSSION**

**Bureau of Engineering CEQA Analyses**

At the beginning of the City's A Bridge Home program in 2018, the City and County of Los Angeles came to an agreement that the County would pay for services and operations for the bridge housing program's first 600 beds, for three years.Two of the program's early sites, Casa Azul, located at 1920 W. 3rd St. in Council District 1 with 41 beds, and the Schrader Sprung Structure, located at 1533 Schrader Blvd. in Council District 13, with 72 beds, were included in this initial grouping of County-funded beds. The three-year terms for both sites expired at the end of Fiscal Year 2022-23 and as such, the City needed to identify a new funding source for services for these sites. Currently, Casa Azul is being operated by People Assisting the Homeless (PATH), and will serve women only (previously the site served women and women with minor children). The Schrader facility, although it was also initially operated by PATH for the first three years, going forward will be operated by the Weingart Center. This report recommends funding in the amounts of $154,248 for Casa Azul leasing costs through June 30, 2023, and a total of $20,528.57 for repairs and general maintenance, including tree trimming services, at the Schrader site.

BOE has conducted a CEQA analysis for this site, which is transmitted under separate cover. The Mayor and City Council must approve BOE's determinations that this use is categorically exempt from CEQA. This report recommends a total of $225 in CEQA renewal fees, which cover this and several other projects ($75 per filing), and creates a fund for these fees, as well.

Lastly, this report recommends an additional amount up to $1,799,483.95 in AHS-GCP funding for BOE salaries and transportation costs associated with the construction of previously approved interim housing sites and feasibility studies.

**Reprogramming of Savings in ESG-CV Funds**

This report recommends reprogramming up to $8,037,647 in savings from ESG-CV interim housing operating funds due to delays in service start dates for various Roadmap projects. The $8,037,647 in reprogrammed ESG-CV funds are recommended for rehabilitation funding for Project Homekey sites.

CAO File No.                                    PAGE

0220-05151-0364                                  13

**Supplemental Ongoing/Service Costs of Roadmap Interventions through June 30, 2023**

The operating/service funding for various Roadmap interventions are needed for FY 2022-23. Following the release of the 11th Homelessness Roadmap, additional need for funding for various interventions were identified. Recommendation 4 in this report provides funding for two A Bridge Home sites and Roadmap Project Homekey sites. As such, this report recommends a full year's funding for previously approved Roadmap interventions. Table 1 below provides a detailed list of the various sites using the County MOU commitment funds as noted in Recommendation 4.

| Funding Category | Site | County Funds |
|---|---|---|
| A Bridge Home Operations | 13160 Raymer St. | $946,999 |
| | 310 N. Main St. (Civic Center) | $714,160 |
| | *Sub-total* | *$1,661,159* |
| Project Homekey Operations | Beacon (Solaire) | $2,823,275.00 |
| | Sieroty (Howard Johnson) | $581,719 |
| | Sepulveda Villa (Econo Motor) | $1,885,225 |
| | Arleta (Woodman) | $4,591,700.25 |
| | Encinitas (Good Nite Inn) | $2,750,275 |
| | Restoration Apartments (EC Motel & EC Motel Parking) | $930,750.00 |
| | Mollie Maison (Best Inn) | $682,550.00 |
| | The Layover (Super 8 LAX) | $1,414,375 |
| | PV Marina Del Rey (Ramada Inn) | $1,056,675 |
| | Devonshire Lodge (Travelodge) | $2,381,625 |
| | The Nest | $1,315,825 |
| | Casa Luna (Titta's Inn) | $1,458,175.00 |
| | Huntington Villas (Super 8 Alhambra) | $1,657,100 |
| | *Sub-total* | *$23,529,269.00* |
| Total | | **$25,190,428** |

| CAO File No. | PAGE |
|---|---|
| 0220-05151-0364 | 14 |

**Council District 1, Tiny Home Village at 499 San Fernando Rd.**

The Northeast New Beginnings Community located at 499 San Fernando Rd. in Council District 1 is a Tiny Home Village that will provide 132 beds for people experiencing homelessness. In the CAO report dated November 22, 2021, $11,603,635 of AHS-GCP funds and $2,812,279 of COVID-19 Community Development Block Grant (CDBG) funds were approved for construction of this site. An additional $460,000 from the AHS-GCP is being provided to make 32 units code compliant for adaptability.

This report recommends $1,733,875 in County funds to cover JWCH's start-up and operating costs from January 1, 2023 to June 30, 2023.

**Council District 8, 9165 & 9165 ½ S. Normandie Ave.**

The interim housing site, located at 9165 & 9165 ½ S. Normandie Ave. in Council District 8, currently provides 20 beds that are included in the Roadmap. This site was initially located at 263 & 263 ½ W 42nd St. in Council District 9, and opened on April 1, 2021. The service provider, Homeless Outreach Program Integrated Care System (HOPICS), relocated to the current location due to leasing issues. The new location in Council District 8 can accommodate an additional eight beds; LAHSA has confirmed that HOPICS can serve these new beds. This report recommends $154,248 of County funds to support the eight beds from September 1, 2022 to June 30, 2023.

**Reprogramming of Funds from Sites No Longer in Consideration**

This report recommends reprogramming funds that were allocated to two sites that are no longer being considered for Interim Housing under the Roadmap. The first site is in Council District 5 located at 7253 Melrose Avenue. In the CAO report dated March 18, 2021 (C.F. 20-0841), this site received $2,970,444 of County funds and $10,000 of Homeless Housing, Assistance, and Prevention (HHAP) grant funds for leasing and operation costs.

The second site was to be a Tiny Home Village in Council District 9 located between Compton Avenue and Nevin Avenue, which would have provided 144 beds. A total of $475,200 of County funds were approved in the CAO report dated March 3, 2022 (C.F 20-0841-S21) for operations. For construction of this site, $7,194,335 of the AHS-GCP funds were approved in the CAO report dated September 1, 2021 (C.F 20-0841), as well as $10,000 of HHAP funds. This site was removed from consideration on June 9, 2022. This report recommends reprogramming the $475,255 that was allocated for operations and $7,131,112.43 from AHS-GCP and $10,000 from HHAP, that was allocated for construction.

**Council District 13, Safe Parking**

Council District 13 houses two Safe Parking sites that provide ten beds each to the Roadmap. The first site, located at 1033 Cole Ave., is owned by the Los Angeles Department of Water and Power. The second site, the Cahuenga Branch Library located at 4591 Santa Monica Blvd., is owned by the Los Angeles Public Library. The Cole Ave. site has been extended, with a new

CAO File No.

0220-05151-0364

PAGE

15

closing date of June 30, 2023. Further, this site will be expanded to accommodate the loss of the ten stalls at the Cahuenga Branch Library site, for a new total of 20 beds. The $109,500 funding amount allocated for Cahuenga Library will now be allocated for the Cole Ave. site, bringing the total funding allotment for that site to $328,500. The consolidation of these sites will streamline services and make operations more sustainable for the service provider, Safe Parking LA.

**Project Homekey 1 Rehabilitation Allocations**

This report allocates up to $5,802,647 for Project Homekey 1 interim housing sites for life/safety and accessibility rehabilitation for the remaining work on two Project Homekey 1 sites for FY 2022-23. This funding is composed of savings identified in operating costs among various Roadmap interim housing sites.

**Project Homekey 1 - Arleta (Woodman)**

The initial budget for the Arleta site (formerly known as Woodman), located at 9120 Woodman Ave., was based on initial design plans that were not fully detailed in scope. In addition, delays in funding awards for the project prevented the owner/operator from locking in rates, resulting in increased construction costs. Asbestos was also discovered across the entire building. Further, the owner/operator applied the incorrect prevailing wage rates to the project. The residential rates had been used in the original construction estimates. However, since this site will remain interim housing and will not convert into permanent supportive housing, commercial prevailing wage must be applied. This report recommends providing up to $3,500,000 million in ESG-CV funds for this purpose, pending final review and approval by the Homekey 1 consultant, Brilliant Corners.

**Council District 8, Outreach**

On May 17, 2022, the City Council adopted the Report from the Budget and Finance Committee (C.F. 22-0600) that recommended allocating $500,000 in additional funding from the AHS-GCP for CIW to perform homeless outreach services within Council District 8. Twelve local community members were hired and trained as CIWs, and were supervised by the Contractor, Community Build, Inc. Each CIW works 20 hours per week, based on need. The CIWs provide outreach support to the Council District's existing outreach provider, HOPICS, and their multidisciplinary team (MDT). The CIWs have also been trained by SSG/HOPICS to engage hard-to-serve individuals living in homeless encampments using trauma-informed and evidence-based practices. CIWs also focus on improving community sanitation in and around encampments by encouraging encampment residents to keep living spaces clean, cooperate with community clean-ups, and be responsive to complaints.

On May 18, 2022, a Motion (Harris Dawson-Bonin, C.F. 22-0600) was introduced to fund the Safe Passage program in Council District 8. The motion moved to add $500,000 for the Safe Passage program and homeless outreach in the district. The program is supported by the South Los Angeles Community Safety Initiative (Project SAVE) and is managed by Community Build, Inc.

|  | CAO File No. | PAGE |
|---|---|---|
|  | 0220-05151-0364 | 16 |

**Council District 6, North Valley Caring Services**

On May 17, 2022, the City Council adopted the Report from Budget and Finance Committee (C.F. 22-0600) that recommended allocating $500,000 in additional funding from the AHS-GCP to North Valley Caring Services (NVCS) to perform homeless outreach services within Council District 6. NVCS's homeless outreach team's goal is to establish direct contact with unhoused individuals and build supportive relationships to provide pathways to temporary and permanent housing.

**Real Estate Consulting Services**

This report recommends adding funding and executing one of the one-year extension options to the Letter of Agreement with the Los Angeles County Department of Health Services related to identifying, evaluating, and procuring suitable, privately owned sites for interim housing. The services include site design, land-use and permitting evaluation, rehabilitation planning and cost estimates, and Project Homekey construction monitoring.

An additional $136,328 is needed for this contract to support ongoing costs associated with Roadmap site assessment and Project Homekey construction monitoring.

**FISCAL IMPACT STATEMENT**

There is no impact to the General Fund as a result of the recommendations in this report at this time.The recommendations in this Report will be funded with the City's General Fund approved for homelessness interventions AHS-GCP as well as: HHAP-2; ESG-CV; and the County service funding commitment from FY 2021-22 and FY 2022-23.

**FINANCIAL POLICIES STATEMENT**

The recommendations in this report comply with the City Financial Policies in that budgeted funds are being used to fund recommended actions.

Attachments:
1. COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 12th Homeless Roadmap Funding Recommendations are Approved

*MWS:PJH:YC:BB:JL:MZ:MP:MAG:EPG:MCF:SBL:16230007*

COVID-19 Homelessness Roadmap Status of Capital and Operating Funding

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2020-2021 Commitment HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | Fiscal Year 2021-2022 Commitment HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | Fiscal Year 2022-2023 Comittment HHAP-2 | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 13160 Raymer St. | 2 | $1,348,321 | | | | | | | | | | | | | | | | | $1,348,321 |
| 2 | | | 7700 Van Nuys Blvd. | 2 | $6,209,046 | | | | | | | | | | | | | | | | | $6,209,046 |
| 3 | | | 7621 Canoga Ave. | 3 | $4,300,000 | | | | | | | | | | | | | | | | | $4,300,000 |
| 4 | | | 3061 Riverside Dr. | 4 | $1,715,400 | $1,305,816 | | | $2,190,000 | | | -$23,238 | | | | | | | | | | $5,187,979 |
| 5 | | | 3428 Riverside Dr. | 4 | $5,812,912 | | | | | | | | | | | | | | | | | $5,812,912 |
| 6 | | | 1479 La Cienega Blvd. | 5 | $0 | | | | | | | | | | | | | | | | | $0 |
| 7 | | | 14333 Aetna St. | 6 | $5,127,729 | | | | | | | | | | | | | | | | | $5,127,729 |
| 8 | ABH Beds (1) | Capital | Sylmar Armory | 7 | | | | | | | | | | | | | | | | | | $0 |
| 9 | | | 4601 Figueroa St. | 9 | | | | | | | | | | | | | | | | | | $0 |
| 10 | | | 1819 S. Western Ave. | 10 | $1,579,490 | | | | | | | | | | | | | | | | | $1,579,490 |
| 11 | | | 625 Lafayette Pl. | 10 | $5,518,289 | | | | | | | | | | | | | | | | | $5,518,289 |
| 12 | | | West LA VA | 11 | | | | | | | | | | | | $136,046 | | | | | | $136,046 |
| 13 | | | 1533 Schrader Blvd. | 13 | | | | | | | | | | | | $21,500 | | | | | $20,529 | $42,029 |
| 14 | | | 310 N. Main St. | 14 | $3,643,174 | | | | | | | | | | | | | | | | | $3,643,174 |
| 15 | | | 515 N Beacon St. | 15 | $812,790 | | | | | | | | | | | | | | | | | $812,790 |
| 16 | | | 828 Eubank Ave. | 15 | $15,000 | | | | | | | | | | | | | | | | | $15,000 |
| | | | **ABH Capital Total** | | **$36,082,151** | **$1,305,816** | **$0** | **$0** | **$2,190,000** | **$0** | **$0** | **-$23,238** | **$0** | **$0** | **$0** | **$157,546** | **$0** | **$0** | **$0** | **$0** | **$20,529** | **$39,732,804** |
| 17 | | | 1920 W 3rd St. | 1 | $169,179 | | | $179,200 | | | | | | | $649,266 | | | | | -$613,200 | $767,448 | $1,151,893 |
| 18 | | | 13160 Raymer St. | 2 | $1,589,955 | | $1,861,500 | | | | $6,151,190 | | | | $914,501 | | | | | $946,999 | | $11,464,145 |
| 19 | | | 7700 Van Nuys Blvd. | 2 | $2,530,448 | | | | | | | | | | $2,190,000 | | | | | | | $4,720,448 |
| 20 | | | 7621 Canoga Ave. | 3 | | | | | | | | | | | | | | | | | | $0 |
| 21 | | | 3061 Riverside Dr. | 4 | $3,938,220 | | | | $2,100,000 | | | | | | $1,561,879 | | | | | | | $7,600,099 |
| 22 | | | 3428 Riverside Dr. | 4 | $1,721,062 | | | | $2,190,000 | | | | | | $2,190,000 | | | | | | | $6,101,062 |
| 23 | | | 1479 La Cienega Blvd. | 5 | $1,359,996 | | | | | | | | | | | | | | | $647,991 | | $2,007,987 |
| 24 | | | 14333 Aetna St. | 6 | $1,373,030 | | | | $1,620,600 | | | | | | $1,620,600 | | | | | | | $4,614,230 |
| 25 | ABH Beds (1) | Operating (2) | Sylmar Armory | 7 | $1,652,400 | | | | $1,861,500 | | | | | | $1,861,500 | | | | | | | $5,375,400 |
| 26 | | | 4601 Figueroa St. | 9 | $949,333 | | | | | | | | | | | | | | | | | $949,333 |
| 27 | | | 1819 S. Western Ave. | 10 | $414,420 | | | | $328,500 | | | | | | $328,500 | | | | | | | $1,071,420 |
| 28 | | | 625 Lafayette Pl. | 10 | $626,691 | | | | $1,533,000 | | | | | | $1,576,800 | | | | | | | $3,736,491 |
| 29 | | | 1214 Lodi Pl. (Phase 1) | 13 | $3,720,868 | | | | $875,520 | | | | | | $1,401,600 | | | | | | | $5,997,988 |
| 30 | | | 1533 Schrader Blvd. | 13 | $281,517 | | | | $419,040 | | | | | | $2,090,880 | | | | | -$1,576,800 | 1,576,800 | $2,791,437 |
| 31 | | | 711 N Alameda St (El Puente) | 14 | $269,699 | | | | $918,264 | | | | | | $985,500 | | | | | -$985,500 | $985,500 | $2,173,463 |
| 32 | | | 310 N. Main St. (Civic Center) | 14 | $1,691,058 | | $2,168,100 | | | | | | | | $1,453,940 | | | | | $714,160 | | $6,027,258 |
| 33 | | | 515 N Beacon St. | 15 | $1,162,829 | | | | $832,200 | | | | | | $900,090 | | | | | $252 | | $2,895,119 |
| 34 | | | 828 Eubank Ave. | 15 | | | | | $2,190,000 | | | | | | $2,190,126 | | | | | | | $4,380,378 |
| | | | **ABH Operation Total** | | **$23,450,705** | **$0** | **$0** | **$4,208,800** | **$14,868,624** | **$0** | **$6,151,190** | **$0** | **$0** | **$0** | **$21,915,182** | **$0** | **$0** | **$0** | **$0** | **-$866,099** | **$3,329,748** | **$73,058,150** |
| 35 | | | 11471 Chandler Blvd. | 2 | $30,000 | $5,208,879 | | | | | | -$676,668 | | | | | | | | | | $4,562,211 |
| 36 | | | 6099 Laurel Canyon Blvd. | 2 | $30,000 | $9,215,785 | | | | | | -$572,749 | | | | | | | | | | $8,673,036 |
| 37 | | | 12600 Saticoy St. | 2 | $195,754 | $8,546,064 | | | | | | -$2,733,720 | | | | | | | | | | $6,008,098 |
| 38 | | | 19040 Vanowen St. | 3 | $30,000 | $3,813,100 | | | | | | -$701,722 | | | $88,619 | | | | | | | $3,229,997 |
| 39 | | | 6073 Reseda Blvd. | 3 | $1,501,729 | $3,161,433 | | | | | | -$431,371 | | | $12,865 | | | | | | | $4,244,656 |
| 40 | | | 9700 San Fernando Blvd. | 6 | | | | | | | $10,000 | $249,707 | $3,880,068 | | $2,833,295 | | | | | | | $6,973,070 |
| 41 | Tiny Home Villages | Capital | Compton Ave. and Nevin Ave. | 9 | | | | | | | $10,000 | | | | $7,194,335 | | -$10,000 | | | | -$7,131,112 | $63,223 |
| 42 | | | 2301 W. 3rd St. | 13 | $111,701 | | | | $4,863,199 | | | $3,121,058 | | | -$3,121,058 | | | | | | | $4,974,900 |
| 43 | | | 1455 Alvarado St. | 13 | | $2,886,292 | | | | | | -$398,566 | | | | | | | | | | $2,487,726 |
| 44 | | | Arroyo & Ave. 60 | 14 | $224,762 | $1,828,402 | $4,119,932 | | | | | $2,812,279 | -$2,812,279 | | | | | | | | | $6,173,096 |
| 45 | | | 7570 Figueroa St. | 14 | $10,000 | $354,280 | | | $3,444,357 | | | $2,200,955 | | | -$2,200,955 | | | | | | | $3,808,637 |
| 46 | | | 850 N. Mission Rd. | 14 | | | | | | | | | | | | | $5,551,471 | | | | $1,173,382 | $6,724,853 |
| 47 | | | 1221 Figueroa Pl. | 15 | $30,000 | $5,422,184 | | | | | | -$1,060,943 | | | | | | | | | | $4,391,241 |
| 48 | | | 600 E. 116th Pl. | 15 | | | | | | | | | | | $131,705 | | $3,620,982 | | | | | $3,752,687 |
| | | | **Tiny Home Villages Capital Total** | | **$2,163,947** | **$40,436,418** | **$4,119,932** | **$0** | **$8,307,556** | **$20,000** | **$1,808,259** | **$1,067,789** | **$0** | **$0** | **$4,938,806** | **$9,162,453** | **$0** | **$0** | **$0** | **-$5,957,730** | **$66,067,430** |
| 49 | | | 2521-2525 Long Beach Ave. | 9 | | $4,911,342 | | | | | | | | | | | | | | | | $4,911,342 |
| 50 | Other Interim Beds / Homekey Units (1) | Acquisition | 2300, 2312, 2324 & 2332 S. Central Ave. | 9 | | $11,688,000 | | | | | | | | | | | | | | | | $11,688,000 |
| 51 | | | 1300-1332 W. Slauson Ave. | 9 | | $6,520,353 | | | | | | | | | | | | | | | | $6,520,353 |
| | | | | | | | | | | | | | | | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$23,119,695** |
| 52 | | | 499 San Fernando Road | 1 | | | | | | | | | | | $11,471,961 | | | | | $1,626,715 | | $13,098,676 |
| 53 | Other Interim Beds | Capital | Coalition to Abolish Slavery and Trafficking (CAST) | 5 | | $900,000 | | | | | | -$454,773 | | | | | | | | | | $445,227 |
| 54 | | | 2521-2525 Long Beach Ave. | 9 | $1,831,441 | $199,873 | $836,904 | $538,329 | | | | | -$836,904 | -$538,329 | $2,252,688 | | | | | | | $4,284,002 |
| 55 | | | 1300-1332 W. Slauson Ave. | 9 | | | $2,043,164 | | | | $10,000 | $2,114,741 | -$2,043,164 | | | | | | | | | $2,124,741 |
| 56 | | | 18140 Parthenia Blvd. | 12 | | $6,021,115 | | | | $2,268,008 | | -$3,481,115 | | | $3,481,115 | | | | | | | $8,289,123 |
| | | | **Other Interim Beds Capital Total** | | **$1,831,441** | **$7,120,988** | **$2,880,068** | **$538,329** | **$0** | **$2,268,008** | **$10,000** | **-$1,821,147** | **-$2,880,068** | **-$538,329** | **$0** | **$17,205,764** | **$0** | **$0** | **$0** | **$0** | **$1,626,715** | **$28,241,769** |
| 57 | | | 11471 Chandler Blvd. | 2 | | | | $1,849,350 | $249,025 | | | | | | $1,505,625 | | | | | -$347,526 | | $3,256,474 |
| 58 | | | 6099 Laurel Canyon Blvd. | 2 | | | | $4,776,500 | | | | | | | $4,015,000 | | | | | -$767,625 | | $8,023,875 |
| 59 | | | 12600 Saticoy St. | 2 | | | | $3,199,950 | $267,300 | | | | | -$816,750 | $3,467,762 | | | | | -$1,338,966 | $512 | $4,779,808 |
| 60 | | | 19040 Vanowen St. | 3 | | | | $2,583,060 | | | | | | -$290,565 | $2,027,575 | $101,484 | | | | -$822,917 | | $3,598,637 |
| 61 | | | 6073 Reseda Blvd. | 3 | | | | $3,659,440 | | | | | | -$487,960 | $2,971,100 | | | | | -$1,469,219 | | $4,673,361 |
| 62 | | | 9700 San Fernando Blvd. | 6 | | | | | | | | | | $1,009,975 | $1,018,325 | | | | | -$1,009,975 | | $1,018,325 |
| 63 | Tiny Home Villages | Operating (2) | Compton Ave. & Nevin Ave. | 9 | | | | | | | | | | | $475,200 | | | | | -$475,200 | | $0 |
| 64 | | | 1455 Alvarado St. | 13 | | | | $547,582 | $1,754,082 | | | | | | $1,485,550 | | | | | | | $3,787,214 |
| 65 | | | 2301 W. 3rd St. | 13 | | | | $1,901,735 | | | | | | | $1,510,735 | | | | | | | $3,412,470 |
| 66 | | | Arroyo & Ave. 60 | 14 | | | | $3,732,920 | | | | | | | $3,732,920 | | | | | | | $7,465,840 |
| 67 | | | 7570 Figueroa St. | 14 | | | | $1,288,934 | | | | | | | $1,288,934 | | | | | | | $2,577,868 |
| 68 | | | 1221 Figueroa Pl. | 15 | | | | $1,897,335 | | | | | | -$742,500 | $1,606,000 | | | | | | | $2,760,835 |

8/5/2022

Case 2:20-cv-02291-DOC-KES Document 482-9 Filed 10/14/22 Page 18 of 20 Page

COVID-19 Homelessness Roadmap Status of Capital and Operating Funding

Case 2:20-cv-02291-DOC-KES Document 482-3 Filed 10/14/22 Page 19 of 20 Page ID #:7097

| No. | Type of Unit/Intervention | Type | Site | CD | FY 2020-2021 HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | FY 2021-2022 HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | FY 2022-2023 HHAP-2 | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 69 | | | 499 San Fernando | 1 | | | | | | | | | | | | | | | | | | $1,733,875 |
| | Tiny Home Villages Operating Total | | | | $0 | $0 | $0 | $18,513,217 | $9,193,996 | $0 | $0 | $0 | $0 | -$1,327,800 | $25,104,726 | $101,484 | | $0 | -$5,756,228 | $1,259,187 | $0 | $47,088,582 |
| 70 | | | 313 Patton St. | 1 | | | | | $400,140 | | | | | | $457,488 | | | | | | | $857,628 |
| 71 | | | 1701 Camino Palmero St. | 4 | | | | | $766,080 | | | | | | $689,850 | | | | | | | $1,455,930 |
| 72 | | | 7600 Beverly Blvd. | 4 | | | | | $304,937 | | | | | | | | | | | | | $304,937 |
| 73 | | | 7253 Melrose Ave. | 5 | $10,000 | | | | $2,970,444 | | | | | | | | -$10,000 | | | -$2,970,444 | | $0 |
| 74 | | | 7816 Simpson Ave. | 6 | | | | | | | | | | $733,040 | $733,040 | | | | | $983,675 | | $2,449,755 |
| 75 | | | 6909 N. Sepulveda Blvd. | 6 | | | | | $3,827,755 | | | | | | $2,930,950 | | | | | | | $6,758,705 |
| 76 | | | 11067 Norris Ave. | 7 | | | | | $609,900 | | | | | | | | | | | | | $609,900 |
| 77 | | | 8501 1/2 S. Vermont Ave. | 8 | | | | | $627,000 | | | | | | $501,875 | | | | | | | $1,128,875 |
| 78 | | | 5615 - 5749 S. Western Ave. | 8 | | | | | $175,560 | | | | | | $140,525 | | | | | | | $316,085 |
| 79 | | | 8311 S. Western Ave. | 8 | | | | | $321,000 | | | | | | | | | | | | | $321,000 |
| 80 | | | 2514 W. Vernon Ave. | 8 | | | | | $214,000 | | | | | | | | | | | | | $214,000 |
| 81 | | | 8501 S. Broadway | 9 | | | | | $3,762,000 | | | | | | $3,011,250 | | | | | | | $6,773,250 |
| 82 | | | 5100 S. Central Ave. | 9 | | | | | $627,000 | | | | | | $501,875 | | | | | | | $1,128,875 |
| 83 | | | 224 E. 25th St. & 224 1/2 E. 25th St. | 9 | | | | | $401,500 | | | | | | $1,840,300 | | | | | | | $2,241,800 |
| 84 | Other Interim Beds | Operating (2) | 9165 & 9165 ½ South Normandie St | 9 | | | | | $401,500 | | | | | | $401,500 | | | | | $132,880 | | $935,880 |
| 85 | | | 5171 S. Vermont Ave. | 9 | | | | | $214,000 | | | | | | | | | | | | | $214,000 |
| 86 | | | 2521-2525 Long Beach Ave. | 9 | | | | | | | | | | | | $61,000 | | | | | | $61,000 |
| 87 | | | 1300-1332 W. Slauson Ave. | 9 | | | | $2,007,500 | | | | | | | $1,157,604 | | | | | | | $3,165,104 |
| 88 | | | 18140 Parthenia Blvd. | 12 | | | | $1,611,019 | $822,955 | | | | | -$1,552,169 | $1,510,735 | | | | | | | $2,392,540 |
| 89 | | | 5941 Hollywood Blvd. | 13 | | | | $1,035,626 | | | | | | -$183,150 | $190,149 | | | | -$31,169 | $412,101 | | $1,423,557 |
| 90 | | | 3191 W. 4th St. | 13 | | | | $178,072 | | | | | | | | | | | | | | $178,072 |
| 91 | | | 566 S. San Pedro St. | 14 | $222,950 | | | $1,204,500 | $301,350 | | | | | -$54,000 | | | | | | | | $1,674,800 |
| 92 | | | 1060 Vignes St. | 14 | | | | $1,235,934 | $4,965,426 | | | | | -$1,014,285 | | | | | | $4,858,150 | | $10,045,225 |
| 93 | | | 543 Crocker St. | 14 | $74,010 | | | | $401,500 | | | | | | | | | | | $401,500 | | $877,010 |
| 94 | | | 3123 S. Grand Ave. | 14 | | | | | $401,500 | | | | | | | | | | | $401,500 | | $803,000 |
| 95 | | | Scattered Sites - SRO Housing Corporation | 14 | | | | | $1,204,500 | | | | | | | | | | | | | $1,204,500 |
| 96 | | | 1904 Bailey St. | 14 | | | | | | | | | | | | | | | | $2,968,125 | | $2,968,125 |
| 97 | | | 345 E. 118 Pl. | 15 | | | | | $80,300 | | | | | | | | | | | | | $80,300 |
| 98 | | | Various | Various | | | | | $220,220 | | | | | | | | | | | | | $220,220 |
| 99 | | | Project Roomkey (3) | Various | $32,503,165 | | | | | $32,281,994 | | | | $2,048,743 | | $6,589,090 | | | | | | $73,422,992 |
| | Other Interim Beds Operating Total | | | | $32,810,125 | $0 | $0 | $7,094,579 | $24,198,639 | $32,281,994 | $0 | $0 | $0 | $435,667 | $13,609,653 | $6,650,090 | -$10,000 | $0 | -$31,169 | $7,267,787 | $0 | $124,307,366 |
| 100 | | | Beacon (Solaire Hotel) | 1 | | $4,873,960 | | | | | | | | | | | | | | | | $4,873,960 |
| 101 | | | Sieroty (Howard Johnson) | 4 | | $5,103,560 | | | | | | | | | | | | | | | | $5,103,560 |
| 102 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | $2,709,717 | | | | | | | | | | | | | | | | $2,709,717 |
| 103 | | | Pano (Panorama Inn) | 6 | | $2,713,579 | | | | | | | | | | | | | | | | $2,713,579 |
| 104 | | | Arleta (Woodman) | 6 | | $20,056,747 | | | | | | | | | | | | | | | | $20,056,747 |
| 105 | | | Woodman Ownership Transfer | 6 | | $296,746 | | | | | | -$277,245 | | | | | | | | | | $19,501 |
| 106 | | | Encinitas (Good Nite Inn) | 7 | | $16,351,536 | | | | | | | | | | | | | | | | $16,351,536 |
| 107 | | | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | $1,281,013 | | | | | | | | | | | | | | | | $1,281,013 |
| 108 | Homekey Units (1) | Match / Acquisition | Mollie Maison (Best Inn) | 10 | | $990,290 | | | | | | | | | | | | | | | | $990,290 |
| 109 | | | The Layover (Super 8 LAX) | 11 | | $10,830,215 | | | | | | | | | | | | | | | | $10,830,215 |
| 110 | | | PV Marina Del Rey (Ramada Inn) | 11 | | $10,152,255 | | | | | | | | | | | | | | | | $10,152,255 |
| 111 | | | Devonshire Lodge (Travelodge) | 12 | | $3,162,222 | | | | | | | | | | | | | | | | $3,162,222 |
| 112 | | | The Nest | 13 | | $1,736,813 | | | | | | | | | | | | | | | | $1,736,813 |
| 113 | | | Casa Luna (Titta's Inn) | 14 | | $1,977,625 | | | | | | | | | | | | | | | | $1,977,625 |
| 114 | | | Huntington Villas (Super 8 Alhambra) | 14 | | $9,021,062 | | | | | | | | | | | | | | | | $9,021,062 |
| 115 | | | Travelodge (Normandie) | 15 | | $3,990,522 | | | | | | | | | | | | | | | | $3,990,522 |
| 116 | | | Property management and real estate service | Various | | $779,939 | | | | | | | | | | | | | | | | $779,939 |
| | Project Homekey Match / Aquisition Total | | | | $0 | $96,027,802 | $0 | $0 | $0 | $0 | $0 | -$277,245 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $95,750,557 |
| 117 | | | Beacon (Solaire Hotel) | 1 | | | | $1,812,891 | | | | | | $40,500 | | | | | | $2,823,275 | | $4,676,666 |
| 118 | | | Sieroty (Howard Johnson) | 4 | | | | $1,899,692 | | | | | | $32,400 | | | | -$200,000 | | $581,719 | | $2,313,811 |
| 119 | | | Super 8 Canoga Park | 3 | | | | $2,207,008 | | | | | | | | | | | | | | $2,207,008 |
| 120 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | | | $1,731,223 | | | | | | $27,000 | | | | | | $1,885,225 | | $3,643,448 |
| 121 | | | Pano (Panorama Inn) | 6 | | | | $2,394,315 | | | | | | -$2,144,315 | | | | -$250,000 | | | | $0 |
| 122 | | | Arleta (Woodman) | 6 | | | | $4,591,700 | | | | | | -$4,276,700 | | | | -$315,000 | | $4,591,700 | | $4,591,700 |
| 123 | | | Encinitas (Good Nite Inn) | 7 | | | | $4,030,275 | | | | | | $39,960 | | | | | | $2,750,275 | | $6,820,510 |
| 124 | Homekey Units (1) | Operating | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | | $599,878 | | | | | | $13,500 | | | | | | $930,750 | | $1,544,128 |
| 125 | | | Mollie Maison (Best Inn) | 10 | | | | $674,883 | | | | | | $10,800 | | | | | | $682,550 | | $1,368,233 |
| 126 | | | The Layover (Super 8 LAX) | 11 | | | | $2,038,300 | | | | | | $24,300 | | | | | | $1,414,375 | | $3,476,975 |
| 127 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | $1,528,725 | | | | | | $15,660 | | | | | | $1,056,675 | | $2,601,060 |
| 128 | | | Devonshire Lodge (Travelodge) | 12 | | | | $3,490,313 | | | | | | $40,500 | | | | | | $2,381,625 | | $5,912,438 |
| 129 | | | The Nest | 13 | | | | $1,203,054 | | | | | | $21,600 | | | | | | $1,315,825 | | $2,540,479 |
| 130 | | | Casa Luna (Titta's Inn) | 14 | | | | $1,062,210 | | | | | | $18,900 | | | | | | $1,458,175 | | $2,539,285 |

8/5/2022

COVID-19 Homelessness Roadmap Status of Capital and Operating Funding

| No. | Type of Unit/Intervention | Type | Site | CD | HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP-2 | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Fiscal Year 2020-2021 Commitment | | | | | | Fiscal Year 2021-2022 Commitment | | | | | Fiscal Year 2022-2023 Comitment | | | |
| 131 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | $2,408,900 | | | | | | $21,600 | | | | | | $1,657,100 | | $4,087,60 |
| 132 | | | Travelodge (Normandie) | 15 | | | | $1,148,211 | | | | | | -$648,211 | | | | | | -$500,000 | | $0 |
| | Project Homekey Operating Total | | | | $0 | $0 | $0 | $32,821,578 | $0 | $0 | $0 | $0 | $0 | -$6,762,506 | $0 | $0 | $0 | $0 | -$1,265,000 | $23,529,269 | $0 | $48,323,34 |
| 133 | | | Beacon (Solaire Hotel) | 1 | | | | $3,231,738 | | | | | | | | | | | | | | $3,231,73 |
| 134 | | | Sieroty (Howard Johnson) | 4 | | | | $3,185,854 | | | | | | | | | | | | $1,515,944 | | $4,701,79 |
| 135 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | $193,049 | | $600,140 | | | | -$193,049 | | $193,049 | | | | | | | | $793,18 |
| 136 | | | Pano (Panorama Inn) | 6 | | | | $4,472,059 | | | | | | -$2,500,000 | | | | | | $4,286,703 | | $6,258,76 |
| 137 | | | Arleta (Woodman) | 6 | | | | $397,200 | | | | | | $6,718,625 | | | | | | $3,500,000 | | $10,615,82 |
| 138 | | | Encinitas (Good Nite Inn) | 7 | | | | $2,766,023 | | | | | | | | | | | | | | $2,766,02 |
| 139 | | | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | $188,000 | | $189,988 | | | | -$188,000 | | $212,000 | | | | | | | | $401,98 |
| 140 | | | Mollie Maison (Best Inn) | 10 | | $32,965 | | $153,612 | | | | -$32,965 | | $32,965 | | | | | | | | $186,57 |
| 141 | Homekey Units (1) | Improvement | The Layover (Super 8 LAX) | 11 | | $187,292 | | $832,914 | | | | -$187,292 | | $187,292 | | | | | | | | $1,020,20 |
| 142 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | $805,120 | | | | | | | | | | | | | | $805,12 |
| 143 | | | Devonshire Lodge (Travelodge) | 12 | | $85,729 | | $829,595 | | | | -$85,729 | | $85,729 | | | | | | | | $915,32 |
| 144 | | | The Nest | 13 | | $27,402 | | $279,565 | | | | -$27,402 | | $27,402 | | | | | | | | $306,96 |
| 145 | | | Casa Luna (Titta's Inn) | 14 | | | | $237,272 | | | | | | $75,000 | | | | | | | | $312,27 |
| 146 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | $225,640 | | | | | | $152,000 | | | | | | | | $377,64 |
| 147 | | | Travelodge (Normandie) | 15 | | | | $1,919,455 | | | | | | $3,219,211 | | | | | | | | $5,138,66 |
| 148 | | | Real estate services to monitor alterations | n/a | | | | $117,500 | | | | | | $217,795 | | | | | | | | $335,295 |
| | Project Homekey Capital Improvement Total | | | | $0 | $714,437 | $0 | $20,243,675 | $0 | $0 | $0 | -$714,437 | $0 | $8,621,068 | $0 | $0 | $0 | $0 | $9,302,647 | $0 | $0 | $38,167,390 |
| 149 | Recovery Housing | | Rapid Rehousing/ Shared Housing** | Various | | | | $82,285,920 | | | | | | | | | | | | | | $82,285,92 |
| | Recovery Housing Total | | | | $0 | $0 | $0 | $82,285,920 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $82,285,92 |
| 150 | Measure H Strategy (7) | | Measure H Strategy - B4 (Landlord Incentive) | Various | | | | $1,136,000 | | | | | | -$710,000 | | | | | | | | $426,00 |
| | Measure H Strategy Total | | | | $0 | $0 | $0 | $1,136,000 | $0 | $0 | $0 | $0 | $0 | -$710,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $426,00 |
| 151 | Safe Sleeping | Capital | 2300 S. Central Ave. (6) | 9 | $10,000 | | | $0 | | $1,075,094 | | | | | | $613,457 | | | | | | $1,698,55 |
| 152 | | | 317 N. Madison Ave. | 13 | $241,110 | | | $0 | | | -$230,557 | | | | | | | | | | | $10,55 |
| | Safe Sleep Capital Total | | | | $251,110 | $0 | $0 | $0 | $0 | $1,075,094 | -$230,557 | $0 | $0 | $0 | $0 | $613,457 | $0 | $0 | $0 | $0 | $0 | $1,709,10 |
| 153 | Safe Sleeping | Operating (2) | 2300 S. Central Ave. (6) | 9 | | | | $3,048,500 | | | | | | | | | | | -$1,524,250 | $3,056,875 | | $4,581,12 |
| 154 | | | 317 N. Madison Ave. | 13 | | | | | $1,300,280 | | | | | | | | | | | | | $1,300,28 |
| | Safe Sleep Operating Total | | | | $0 | $0 | $0 | $3,048,500 | $1,300,280 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | -$1,524,250 | $3,056,875 | $0 | $5,881,40 |
| 155 | | | 7128 Jordan Ave. | 3 | | | | $409,619 | | | | | | | | | | | | $273,750 | | $683,36 |
| 157 | | | 4301 S. Central Ave. | 9 | | | | $163,848 | | | | | | | | | | | | $109,500 | | $273,34 |
| 158 | | | 1201 S. Figueroa St. | 9 | | | | $235,065 | | | | | | | | | | | | $328,500 | | $563,56 |
| 160 | | | 11339 Iowa Ave. | 11 | | | | $109,500 | | | | | | | | | | | | $273,750 | | $383,25 |
| 161 | | | 9100 Lincoln Blvd. | 11 | | | | $211,209 | | | | | | | | | | | | $273,750 | | $484,95 |
| 162 | Safe Parking (1) | Operating (2) | 5455 111th Street | 11 | | | | | | | | | | | $109,506 | | | | | $109,506 | | $219,01 |
| 163 | | | 8775 Wilbur Ave. | 12 | | | | $327,695 | | | | | | | | | | | | $328,500 | | $656,19 |
| 164 | | | 1033 Cole Ave. | 13 | | | | $163,848 | | | | | | | | | | | | $109,500 | | $273,34 |
| 165 | | | 4591 Santa Monica Blvd. | 13 | | | | $163,848 | | | | | | | | | | | | $109,500 | | $273,34 |
| 166 | | | 711 S. Beacon St. | 15 | | | | $491,793 | | | | | | | | | | | | $328,500 | | $820,29 |
| 167 | | | 19610 Hamilton Ave. | 15 | | | | $409,619 | | | | | | | | | | | | $273,750 | | $683,36 |
| | Safe Parking Operating Total | | | | $0 | $0 | $0 | $0 | $2,795,550 | $0 | $0 | $0 | $0 | $0 | $109,506 | $0 | $0 | $0 | $0 | $2,518,506 | $0 | $5,314,05 |
| 168 | Outreach | | Roadmap Outreach | Various | | | | $6,605,177 | | | | | | | | | $2,472,188 | | | | | $9,077,36 |
| 169 | | | Encampment to Home Program on Ocean Front Walk/Venice | 11 | | | | | | | | | | | | $5,000,000 | | | | | | $5,000,000 |
| | Outreach Total | | | | $0 | $0 | $0 | $6,605,177 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,900,000 | $2,472,188 | $0 | $0 | $0 | $0 | $14,977,36 |
| 170 | | | BOE | n/a | | $2,000,000 | | | | | | $2,046,534 | | | | $1,741,810 | | | | | $1,799,709 | $7,588,05 |
| 171 | | | BCA | n/a | | | | | | | | $149,416 | | | | $150,000 | | | | | | $299,41 |
| 172 | Admin | Admin | CAO | n/a | $199,175 | | | | | | $54,860 | | | | | | | | | | | $254,03 |
| 173 | | | GSD | n/a | | $77,500 | | | | | | | | | | | | | | | | $77,50 |
| 174 | | | LAHD | n/a | | | | $1,158,255 | | | | | | | | | | | | | | $1,158,25 |
| 175 | | | LAHSA | n/a | | | | $5,500,682 | | | | | | | | | | | | | | $5,500,68 |
| | Admin Total | | | | $199,175 | $2,077,500 | $0 | $6,658,937 | $0 | $0 | $54,860 | $2,195,950 | $0 | $0 | $0 | $1,891,810 | $0 | $0 | $0 | $0 | $1,799,709 | $14,877,94 |
| | Total Commitment | | | | $96,788,653 | $147,682,962 | $7,000,000 | $183,154,712 | $54,547,089 | $43,932,652 | $6,005,493 | $1,168,142 | -$1,812,279 | -$281,900 | $60,629,561 | $37,458,958 | $11,624,641 | $0 | $726,000 | $36,765,526 | $818,971 | $686,209,180 |
| | Total Uncommitted | | | | | | | | | | n/a | $22,352,077 | | | | | | $2,812,279 | $0 | $23,157,825 | N/A | |

(1) Does not include Roadmap interventions that are in existing agreements with the County.

(2) Operating costs vary by intervention type: ABH Beds: $60/bed/night; Tiny Home Villages, Leased Facilities, Year Round Shelter: $55/bed/night; Project Homekey: $85/unit/night; Safe Sleeping: $67/person/night; and Safe Parking: $30/car/night. Project Roomkey costs vary by site. 324 Winter Shelter beds ended on October 31, 2021.

(3) Committed funds used to front-fund the Project Roomkey extension are expected to be reimbursed by the FEMA, at which time the funds will be available for programming.

(4) County Services allocations are restricted to services, leasing, FFE, and start up costs.

(5) Reflects the entire cost of the program for two (2) years using ESG-COVID.

(6) 2300 S Central is part of the City Project Homekey Program. The site will oeprate a Safe Sleeping Program until the owner/operator is ready to begin construction on permanent supportive housing.

(7) Placements funded with City funding for Measure H Strategies will be counted toward the Roadmap target of 6,700 interventions.

8/5/2022