# EXHIBIT E

**26 A**

## MOTION

I MOVE that the matter of the joint Homelessness and Poverty and Budget and Finance Committees report relative to a proposed plan to close down and demobilize the City's Project RoomKey Program; and emergency housing vouchers, Item No. 26 on today's Council Agenda (CF 22-0756) BE AMENDED to adopt the revised Recommendation 16 in lieu of Recommendation 16 in the Committee report:

16. INSTRUCT the General Manager of the Los Angeles Housing Department, or their designee, to amend the following contracts:
   a. Roadmap Contract No. C-137223 with LAHSA to reflect extension of PRK operations in Recommendations 1 and 4; and
   b. HHAP Contract No. C-135650 with LAHSA to reflect the additional Housing Navigation services in Recommendations 6 and 7.

PRESENTED BY:

KEVIN DE LEÓN
Councilmember, 14th District

SECONDED BY:

ORIGINAL

AUG 2 6 2022