MICHAEL N. FEUER, City Attorney (SBN 111529)
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 North Main Street, City Hall East, 7th Floor
Los Angeles, California 90012
Telephone: 213-978-4681
Facsimile: 213-978-7011
Email: Scott.Marcus@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>Defendants. | Case No. CV 20-02291 DOC (KES)<br><br>**DEFENDANT CITY OF LOS ANGELES' QUARTERLY STATUS UPDATE PURSUANT TO SETTLEMENT AGREEMENT BETWEEN THE LA ALLIANCE FOR HUMAN RIGHTS AND THE CITY OF LOS ANGELES [DKT. 421]**<br><br>**Hon. David O. Carter**<br>**United States District Judge** |

Pursuant to Paragraph 7.1 of the Settlement Agreement between the LA Alliance for Human Rights and other plaintiffs (collectively, "LA Alliance"), and the City of Los Angeles ("City") (Dkt. 421), entered and approved by this Court on June 14, 2022 (Dkt. 445), the City provides the following status update:

1. Pursuant to Paragraph 5 of the Settlement Agreement, the City is required to calculate the Required Number within 30 days from the date information from the 2022 Point in Time Count was confirmed and released by LAHSA.

2. LAHSA released the 2022 Point in Time Count data on its website on September 8, 2022. (*See* https://www.lahsa.org/news?article=893-2022-greater-los-angeles-homeless-count-data)

3. Pursuant to Paragraph 1.6, the Required Number is the number of housing or shelter solutions which is equal to the shelter and/or housing capacity needed to accommodate sixty percent (60%) of unsheltered City Shelter Appropriate Persons Experiencing Homelessness ("PEH") in the City based on LAHSA's 2022 Point in Time Count.

4. Pursuant to Paragraph 1.4, City Shelter Appropriate PEH includes those PEH within the City whom the City can reasonably assist, meaning the individual (A) does not have a severe mental illness, and/or (B) is not chronically homeless and has (i) a substance use disorder, or (ii) a chronic physical illness or disability requiring the need for professional medical care and support, such that the individual (a) is unable to perform activities of daily living, including bathing, dressing, grooming, toileting, transferring between bed and chair, and feeding oneself, and/or (b) lacks medical and/or mental health care decision-making capacity, and/or (c) is a danger to themselves or others.

5. However, to calculate the Required Number pursuant to Paragraph 5, the City elected to not exclude PEH who are chronically homeless, as called for under sub (B) in Paragraph 1.4, but rather included them in the Required Number. Therefore, the

City calculated the Required Number by only excluding those PEH with severe mental illness as reflected in the 2022 PIT Count pursuant to sub (A) in Paragraph 1.4.

6.    The resulting calculation yields a Required Number of 12,904.

DATED:  October 14, 2022          MICHAEL N. FEUER, City Attorney
                                   SCOTT MARCUS, Chief Assistant City Attorney
                                   ARLENE N. HOANG, Deputy City Attorney
                                   JESSICA MARIANI, Deputy City Attorney

                                   By: /s/ Jessica Mariani                              
                                   JESSICA MARIANI, Deputy City Attorney
                                   Counsel for Defendant City of Los Angeles

CITY OF LOS ANGELES' QUARTERLY STATUS UPDATE PURSUANT TO SETTLEMENT AGREEMENT
BETWEEN THE LA ALLIANCE FOR HUMAN RIGHTS AND THE CITY OF LOS ANGELES