# FROM THE KINGDOM OF 'daredeemer'

## By Proclamation And Decree

ADRIAN D. MOON
955 NORTH LAKE AVE
PASADENA CA 91104
CELL: (626) 360-9896
EMAIL: adriandaredeemer@gmail.com

FILED
CLERK, U.S. DISTRICT COURT

OCT 1 4 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES CENTRAL DISTRICT COURT

WESTERN DIVISION OF THE STATE OF CALIFORNIA

IN THE COUNTY OF LOS ANGELES

|  |  |
|---|---|
| L.A. HUEMAN ALLIANCE ET. AL. , <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF LOS ANGELES ET. AL. , <br><br> Defendants, <br><br> ADRIAN DAMICO MOON, <br><br> Plaintiff-Defendant Intervenor, | Case No. ___ 2: 20-cv-02291-DOC(Kes) <br><br> Identical Pending Related Case no. 22STRO03447 Superior Court Stanley Mosk Courthouse <br><br> **NOTICE TO THE HONORABLE DAVID O. CARTER , JUDGE OF CIVIL SUBPOENA FOR PERSONAL APPEARANCE AT TRIAL OR HEARING** <br><br> **DATE: OCTOBER 14, 2022** <br> **TIME: 8:30 a.m. or soon thereafter to be heard** <br> **DEPT.:   10A** <br> **LOC. :  411 West Fourth Street, Santa Ana CA** <br><br> **HONORABLE DAVID O. CARTER , presiding** <br><br> **COVID-19: HOST, HOAX ,OR HOLY SPIRIT** |

I AM ADRIAN D. MOON, (hereinafter, 'daredeemer') hereby gives notice to the Honorable David O. Carter , Judge of Civil Subpoena for personal Appearance at Trial or Hearing in identical pending related case Moon v. County of L.A. , case no. 22STRO03447, ATTACHED as Motions 1, 2 incorporated by this reference .

'daredeemer' proclaims and decree under the penalty of Sin that the foregoing is true and correct, so help me GOD!

DATED: OCTOBER 13, 2022

ADRIAN D. MOON, Plaintiff-Defendant Intevenor

---

NOTICE TO DEFENDANT DAVID O. CARTER OF CIVIL SUBPOENA IN CASE MOON VS. COUNTY OF LOS ANGELES ET. AL. CASE NO. 22STRO03447 ET. SEQ. - 1

**SUBP-001**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>**ADRIAN DAMICO MOON**          CHOSEN ONE<br>**955 NORTH LAKE AVE**<br>**PASADENA CA 91104**<br><br>TELEPHONE NO.: **(626) 360-9896**     FAX NO.:<br>ATTORNEY FOR *(Name)*: **CROSS-PETITONER-VICTIM** | **FOR COURT USE ONLY**<br><br>**FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>OCT 14 2022<br><br>Sherri R. Carter, Executive Officer/Clerk of Court<br>By _____ Deputy<br>*Kelly Fitzpatrick* |

| |
|---|
| NAME OF COURT: **STANLEY MOSK COURTHOUSE-C.C.B. INC.**<br>STREET ADDRESS: **111 NORTH HILL STREET**<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: **LOS ANGELES CA 90012**<br>BRANCH NAME: **CENTRAL C.C.B. INC.** |
| PLAINTIFF/ PETITIONER: ADRIAN D. MOON<br>DEFENDANT/ RESPONDENT: COUNTY OF L.A. -BOARD OF SUPERVISORS |

| | |
|---|---|
| **CIVIL SUBPOENA**<br>**For Personal Appearance at Trial or Hearing** | CASE NUMBER:<br>**22STRO03447** |

**THE PEOPLE OF THE STATE OF CALIFORNIA, TO** *(name, address, and telephone number of witness, if known)*:
DEFENDANT DAVID O. CARTER   411 WEST FOURTH STREET DEPT. 10A   SANTA ANA CA 92701

1. **YOU ARE ORDERED TO APPEAR AS A WITNESS** in this action at the date, time, and place shown in the box below UNLESS you make an agreement with the person named in item 2:

   a.  Date: OCTOBER 21, 2022      Time: 8:30A.M.    [x]  Dept.: 43    [ ] Div.:    [ ] Room:

   b.  Address:  111 NORTH HILL STREET LOS ANGELES CA 90012

2. **IF YOU HAVE ANY QUESTIONS ABOUT THE TIME OR DATE FOR YOU TO APPEAR, OR IF YOU WANT TO BE CERTAIN THAT YOUR PRESENCE IS REQUIRED, CONTACT THE FOLLOWING PERSON BEFORE THE DATE ON WHICH YOU ARE TO APPEAR:**

   a.  Name of subpoenaing party or attorney:        b.  Telephone number:
       ADRIAN D. MOON                                     (626) 360-9896

3. **Witness Fees:** You are entitled to witness fees and mileage actually traveled both ways, as provided by law, if you request them at the time of service. You may request them before your scheduled appearance from the person named in item 2.

> **DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued:  OCT 14 2022

Kelly Fitzpatrick

_____
(TYPE OR PRINT NAME)

**SHERRI R. CARTER**

_____
(SIGNATURE OF PERSON ISSUING SUBPOENA)

_____
(TITLE)

---

### Requests for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the date on which you are to appear. Contact the clerk's office or go to *www.courtinfo.ca.gov/forms* for *Request for Accommodations by Persons With Disabilities and Order* (form MC-410). (Civil Code, § 54.8.)



---

*(Proof of service on reverse)*                                                                 **Page 1 of 2**

Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUBP-001 [Rev. January 1, 2007]          **CIVIL SUBPOENA FOR PERSONAL APPEARANCE AT TRIAL OR HEARING**          Code of Civil Procedure, §§ 1985,1986,1987<br>www.courts.ca.gov

SUBP-001

| PLAINTIFF/PETITIONER: MOON | CASE NUMBER: 22STRV 03447 |
|---|---|
| DEFENDANT/RESPONDENT: County of Los Angeles | |

## PROOF OF SERVICE OF CIVIL SUBPOENA
## FOR PERSONAL APPEARANCE AT TRIAL OR HEARING

1.  I served this *Civil Subpoena for Personal Appearance at Trial or Hearing* by personally delivering a copy to the person served as follows:

    a.  Person served *(name):* David O. CARTER

    b.  Address where served: 255 TEMPLE STREET OFFICE OF Clerk MAIN county of LA, 2:20-cv-0229J-DOC LA CA 90012

    c.  Date of delivery: 10-14-2022

    d.  Time of delivery: 9:30 AM

    e.  Witness fees *(check one):*

        (1) ☐ were offered or demanded and paid. Amount: ...... $ _____

        (2) ☒ were not demanded or paid.

    f.  Fee for service: ................. $ _____

2.  I received this subpoena for service on *(date):*

3.  Person serving:

    a.  ☒ Not a registered California process server.

    b.  ☐ California sheriff or marshal.

    c.  ☐ Registered California process server.

    d.  ☐ Employee or independent contractor of a registered California process server.

    e.  ☐ Exempt from registration under Business and Professions Code section 22350(b).

    f.  ☐ Registered professional photocopier.

    g.  ☐ Exempt from registration under Business and Professions Code section 22451.

    h.  Name, address, telephone number, and, if applicable, county of registration and number:

    Tommie Wong
    955 North LAKE AVE
    Pasedena CA 91104

I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Oct 14, 2022

▶ _____
          (SIGNATURE)

**(For California sheriff or marshal use only)**
I **certify** that the foregoing is true and correct.

Date:

▶ _____
          (SIGNATURE)

SUBP-001 [Rev. January 1, 2007]

**PROOF OF SERVICE OF**
**CIVIL SUBPOENA FOR**
**PERSONAL APPEARANCE AT TRIAL OR HEARING**

Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Print this form | Save this form | Clear this form |