DAWYN R. HARRISON, Acting County Counsel (SBN 173855)
dharrison@counsel.lacounty.gov
JENNIFER A.D. LEHMAN, Assistant County Counsel (SBN 191477)
jlehman@counsel.lacounty.gov
ANA WAI-KWAN LAI, Senior Deputy County Counsel (SBN 257931)
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:   (213) 974-1830
Facsimile:   (213) 626-7446

LOUIS R. MILLER (SBN 54141)
MIRA HASHMALL (SBN 216842)
mhashmall@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

[*Additional counsel listed on following page.*]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**NOTICE OF JOINT MOTION FOR ORDER TO SHOW CAUSE RE: DISMISSAL OF GARY WHITTER'S CLAIMS PURSUANT TO F.R.C.P. 41(B) AND L.R. 41-1, 41-5, AND 41-6**<br><br>Date:   November 14, 2022<br>Time:   8:30 a.m.<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

580730.1

NOTICE OF JOINT MOTION FOR ORDER TO SHOW CAUSE RE: DISMISSAL OF GARY WHITTER'S CLAIMS

[*Additional counsel, continued from previous page:*]

MICHAEL N. FEUER, City Attorney (SBN 111529)
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
arlene.hoang@lacity.org
RYAN SALSIG, Deputy City Attorney (SBN 250830)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone:   (213) 978-7508
Facsimile:    (213) 978-7011

Attorneys for Defendant
CITY OF LOS ANGELES

580730.1

2

NOTICE OF JOINT MOTION FOR ORDER TO SHOW CAUSE RE: DISMISSAL OF GARY WHITTER'S CLAIMS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rules 41-1, 41-5, and 41-6, Defendants County of Los Angeles ("County") and City of Los Angeles ("City" and, together with County, "Defendants") hereby move for an order to show cause re: dismissal of Gary Whitter's claims asserted in the Amended and Supplemental Complaint against Defendants.  This Motion is set for hearing on November 14, 2022, at 8:30 a.m., before the Honorable David O. Carter in the United States District Court, Central District of California, Western Division, located at 411 West Fourth Street, Courtroom 10A, Santa Ana, California 92701-4516.

This Motion is well-taken.  Federal Rule of Civil Procedure 41(b) permits a defendant to move to dismiss an action when a plaintiff fails to prosecute it. Likewise, the Local Rules for this District authorize courts to dismiss for "want of prosecution" (a) "[c]ivil suits which have been pending for an unreasonable period of time without any action having been taken therein . . . , after notice"; (b) "[i]f a party, without notice to the Court, fails to appear at [a] noticed call of any action or proceeding," and (c) where a "*pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court document." L.R. 41-1, 41-5, & 41-6.  Mr. Whitter has not prosecuted or otherwise participated in this action for at least six months, even after his former counsel took extensive efforts to locate him, to no avail.

Moreover, the five factors courts look to when determining whether dismissal is appropriate all weigh in favor of dismissal of Mr. Whitter's action: (1) the public always has an interest in expeditious resolution of this litigation, especially where public entities are involved, and Mr. Whitter's absence hampers this; (2) Mr. Whitter's failure to prosecute hinders the Court's ability to move the case towards disposition, clogging the Court's docket; (3) Defendants are prejudiced as they have entered case dispositive settlements with the remaining Plaintiffs; (4) Defendants

3

propose this order to show cause as opposed to immediately dismissing Mr. Whitter's claims, thereby discharging the Court's obligation to consider alternatives; and (5) Mr. Whitter has the onus to move this case forward, which he has failed to do, thus undermining the public policy of adjudicating cases on their merits. *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002).

Counsel has been unable to hold a conference pursuant to L.R. 7-3 due to Mr. Whitter's absence from this action.  (Declaration of Mira Hashmall ¶ 5.)  This Motion is based on this Notice, the Memorandum of Points and Authorities, the Declaration of Mira Hashmall and exhibits attached thereto, the pleadings and records on file in this action, and any further evidence or argument received by the Court in connection with the Motion.

DATED:  October 17, 2022          MILLER BARONDESS, LLP


By:      /s/ Mira Hashmall
         MIRA HASHMALL
         Attorneys for Defendant
         COUNTY OF LOS ANGELES


DATED:  October 17, 2022          CITY ATTORNEY'S OFFICE


By:      /s/ Scott Marcus
         SCOTT MARCUS
         Attorneys for Defendant
         CITY OF LOS ANGELES

NOTICE OF JOINT MOTION FOR ORDER TO SHOW CAUSE RE: DISMISSAL OF GARY WHITTER'S CLAIMS

## **ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.

DATED:  October 17, 2022          MILLER BARONDESS, LLP


By:    /s/ Mira Hashmall
          MIRA HASHMALL
          Attorneys for Defendant
          COUNTY OF LOS ANGELES

580730.1

5