DAWYN R. HARRISON, Acting County Counsel (SBN 173855)
dharrison@counsel.lacounty.gov
JENNIFER A.D. LEHMAN, Assistant County Counsel (SBN 191477)
jlehman@counsel.lacounty.gov
ANA WAI-KWAN LAI, Senior Deputy County Counsel (SBN 257931)
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:   (213) 974-1830
Facsimile:   (213) 626-7446

LOUIS R. MILLER (SBN 54141)
MIRA HASHMALL (SBN 216842)
mhashmall@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

[*Additional counsel listed on following page.*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**DECLARATION OF MIRA HASMALL IN SUPPORT OF JOINT MOTION FOR ORDER TO SHOW CAUSE RE: DISMISSAL OF GARY WHITTER'S CLAIMS PURSUANT TO F.R.C.P. 41(B) AND L.R. 41-1, 41-5, AND 41-6**<br><br>Date:    November 14, 2022<br>Time:    8:30 a.m.<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

580760.1

DECLARATION OF MIRA HASMALL IN SUPPORT OF JOINT MOTION FOR ORDER TO SHOW CAUSE RE: DISMISSAL OF GARY WHITTER'S CLAIMS

[*Additional counsel, continued from previous page:*]

MICHAEL N. FEUER, City Attorney (SBN 111529)
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
arlene.hoang@lacity.org
RYAN SALSIG, Deputy City Attorney (SBN 250830)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone:   (213) 978-7508
Facsimile:    (213) 978-7011

Attorneys for Defendant
CITY OF LOS ANGELES

580760.1

2

DECLARATION OF MIRA HASHMALL IN SUPPORT OF JOINT MOTION FOR ORDER TO SHOW CAUSE
RE: DISMISSAL OF GARY WHITTER'S CLAIMS

**DECLARATION OF MIRA HASHMALL**

I, Mira Hashmall, declare as follows:

1.     I am an attorney duly admitted to practice before this Court.  I am a partner at Miller Barondess, LLP, counsel for the County of Los Angeles ("County") in the above-captioned case.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts.  I make this declaration in support of Defendants County and City of Los Angeles's ("City") Motion for Order to Show Cause re: Dismissal of Gary Whitter's Claims Pursuant to F.R.C.P. 41(B) and L.R. 41-1, 41-5, and 41-6.

2.     There has been significant coverage of both the City's and County's settlements in the press.  For instance, the City's settlement was widely reported by both national and local news agencies, including:

     a.     Washington Post, *LA Offers $3 Billion to House 60% of Homeless to Settle Case*, April 5, 2022, https://www.washingtonpost.com/business/on-small-business/la-offers-3-billion-to-house-60percent-of-homeless-to-settle-case/2022/04/01/598876f2-b1fb-11ec-9dbd-0d4609d44c1c_story.html.

     b.     L.A. Times, *L.A. will shelter more homeless people to end major lawsuit. But how many?*, April 1, 2022, https://www.latimes.com/homeless-housing/story/2022-04-01/los-angeles-homeless-lawsuit-settlement-judge-carter.

     c.     KTLA, *Los Angeles agrees to settle homelessness lawsuit*, April 1, 2022, https://ktla.com/news/local-news/los-angeles-agrees-to-settle-homelessness-lawsuit/.

     d.     Fox 11 Los Angeles, *Homeless crisis: LA City approves settlement; will spend up to $3b on housing, beds*, May 11, 2022, https://www.foxla.com/news/homeless-crisis-la-city-approves-settlement-will-spent-up-to-3b-on-housing-beds.

580760.1

3

DECLARATION OF MIRA HASHMALL IN SUPPORT OF JOINT MOTION FOR ORDER TO SHOW CAUSE RE: DISMISSAL OF GARY WHITTER'S CLAIMS

3.      Similarly, the County settlement was widely reported by both national and local news agencies.  These include:

a.      L.A. Times, *L.A. County will boost services under agreement to settle federal homelessness lawsuit*, September 12, 2022, https://www.latimes.com/homeless-housing/story/2022-09-12/la-county-homelessness-lawsuit-settlement.

b.      AP News, *Los Angeles County to settle lawsuit over homeless crisis*, September 12, 2022, https://apnews.com/article/lawsuits-los-angeles-eb569af45027d8730b2b30bcdd8b91ca.

c.      U.S. News, *Los Angeles County to Settle Lawsuit Over Homeless Crisis*, September 12, 2022, https://www.usnews.com/news/us/articles/2022-09-12/los-angeles-county-to-settle-lawsuit-over-homeless-crisis#:~:text=Los%20Angeles%20County%20leaders%20have,people%20living%20on%20the%20streets.&text=By%20Associated%20Press-,Sept.,2022%2C%20at%205%3A23%20p.m..

d.      Fox 11 Los Angeles, *LA County to commit $236 million to address homeless crisis under lawsuit settlement*, September 12, 2022, https://www.foxla.com/news/la-county-to-commit-236-million-to-address-homeless-crisis-under-lawsuit-settlement.

e.      ABC 7, *LA city, county commit millions in funding as part of settlement in federal homelessness lawsuit*, September 13, 2022, https://abc7.com/homeless-lawsuit-settlement-los-angeles-county-la-city/12225050/#:~:text=In%20a%20joint%20news%20conference,will%20pitch%20in%20%2474%20million.

580760.1

4

DECLARATION OF MIRA HASHMALL IN SUPPORT OF JOINT MOTION FOR ORDER TO SHOW CAUSE RE: DISMISSAL OF GARY WHITTER'S CLAIMS

4.      The County itself advertised the settlement in a published statement:

a.      *LA County Commits Millions in New Funding in Landmark Settlement to Address Homelessness Crisis*, September 12, 2022, https://lacounty.gov/2022/09/12/la-county-commits-millions-in-new-funding-in-landmark-settlement-to-address-homelessness-crisis/.

5.      We were unable to hold a Local Rule 7-3 conference with Mr. Whitter due to his absence.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 17th day of October, 2022, at Los Angeles, California.


/s/ Mira Hashmall
Mira Hashmall

580760.1

5

DECLARATION OF MIRA HASHMALL IN SUPPORT OF JOINT MOTION FOR ORDER TO SHOW CAUSE RE: DISMISSAL OF GARY WHITTER'S CLAIMS