# FROM THE KINGDOM OF 'daredeemer'

## By Proclamation And Decree Under Da Blood Of Yeshua Da Messiah...

ADRIAN D. MOON
955 NORTH LAKE AVE
PASADENA CA 91104
CELL: (626) 360-9896
EMAIL: adriandaredeemer@gmail.com

Attorney For Plaintiff-Defendant Intervenor

UNITED STATES CENTRAL DISTRICT COURT

WESTERN DIVISION- CENTRAL DISTRICT OF CALIFORNIA

IN THE COUNTY OF LOS ANGELES- C.C.B. INC.

| | |
|---|---|
| L.A. HUEMAN ALLIANCE ET. AL. , <br><br> Plaintiffs, <br><br> vs. <br><br><br> CITY AND COUNTY OF LOS ANGELES ET. AL. , <br><br> Defendants, <br><br><br> ADRIAN DAMICO MOON, <br><br> Plaintiff-Defendant Intervenor, <br><br> " **JUDGEMENT IS COMING** " | Case No. 2:20-cv-02291-DOC (res) <br><br> Identical Pending Related Cases: Moon v. County of L.A.  case no. 22STR003447 , Superior Ct. Stanley Mosk-C.C.B. INC. <br><br> **NOTICE OF CONTEMPT OF COURT ORDER BY DEFENDANTS COUNTY OF LOS ANGELES-BOARD OF SUPERVISOR TO SIGN STIPULATION AGREEMENT FOR SEVEN BILLION DOLLARS MADE PAYABLE TO ADRIAN DAMICO MOON , 'daredeemer' TO CURE DEFAULT JUDGEMENT IN CASE MOON V. COUNTY OF LOS ANGELES , CASE NO. 22STRO03447 ET. AL.  ( Proposed ) ORDER THEREON** <br><br> DATE: NOVEMBER 1, 2022 <br> TIME: 8:30 a.m.or soon thereafter to be heard <br> DEPT.:    10A <br> LOC.: 411 WEST 4TH  SANTA ANA CA 92701 <br><br> HONORABLE RECUSED MICHAEL O. CARTER , JUDGE  presiding <br><br> COVID-19:HOST, HOAX , OR HOLY SPIRIT |

## DECLARATION OF ADRIAN D. MOON

## MEMORANDUM OF POINTS AND AUTHORITIES

I AM ADRIAN D. MOON, (hereinafter, 'daredeemer') Plaintiff-Defendant Intervenor, chosen one , begotten Son of the Almighty Creator , " EL ELYON" in the Mighty Name of Yeshua Jesus Christ the Messiah, paragon , with integrity and veracity , proclaim and decree as follows,

# FROM THE KINGDOM OF 'daredeemer'

## By Proclamation And Decree Under Da Blood Of Yeshua Da Messiah...

1.  Recused Michael O. Carter, Judge ordered that all objections and concerns of contempt to the Settlement Agreement order shall be filed by November 2, 2022.

2.  On or about September 15, 2022 in Identical Pending Related Case Moon v. County of L.A. , case no. 22STRO03447, an Default Judgement in the amount of Seven (7) Billion Dollars was issued against Defendant County of Los Angeles –Board of Supervisors in favor of 'daredeemer' and Defendants County of L.A. has failed to include this Stipulation Agreement in the Settlement Agreement to DATE !!!

3.  'daredeemer' demands that this matter and the issue of the contempt order be addressed in an Open Public forum outside of Recused Michael O. Carter's courtroom or jurisdiction. 'daredeemer' proclaim and decrees that the foregoing is true and correct so help me God!!!AMEN

'liberia nos a malo'

DATED: November 1, 2022

ADRIAN D. MOON, Attorney for Plaintiff-Defendant Intervenor

**" JUDGEMENT IS COMING "**

## NOTICE OF CONTEMPT OF COURT ORDER TO MEET AND CONFER AND SIGN STIPULATION SETTLEMENT AGREEMENT ET. SEQ. - 2