FILED

Adrien Moon (Full Name)

adriandaridena@gmail.com (Email Address)

955 N Lake Ave (Address Line 1)

Pasadena, CA (Address Line 2)

(626) 800-9896 (Phone Number)

Plaintiff in Pro Per
(indicate Plaintiff or Defendant)

2022 NOV -1 PM 2:43

DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Adria Moon,

Plaintiff, Intervenor

vs.

County of LA

Defendant(s).

Case No.: 2:20-CV-02291-DOC

**PROOF OF SERVICE BY MAIL**

OBJECTION TO AND CONTEMPT TO ORDER BY COUNTY OF LA.

I, Tommie Lane, declare as follows:
(name of person serving documents)

My address is 955 N LAKE AVe Pasadena CA 91104, which is located in the county where the mailing described below took place.

Revised: August 2011
Form Prepared by Public Counsel.
© 2011 Public Counsel. All rights reserved.

1

Proof of Service by Mail

On _Nov 1, 2022_, I served the document(s) described as:
(date of mailing)

_OBJECTION AND NOTICE_
(list the names of the documents you are mailing)
_OF CONTEMPT ORDER_

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in _LA   CA_,
(city and state of mailing)

addressed to:

_Clerk_ (name)           _500 West Temple_ (name)

_File_ (address)         _LA   CA   90012_ (address)

_Service List_ (address)  _____ (address)

_____ (address)    _____ (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Nov 1 2022_ at _LA . CA_ .
(date)                        (city and state of signing)

_____
(sign)

_Tommie Long_
(print name)

4850-9234-4859, v. 3

2
Proof of Service by Mail