*APP-009 E, Item 4*

**APP-009E**

FILED

**PROOF OF ELECTRONIC SERVICE** (Court of Appeal)
*u.s. Central District Court*

Notice: This form may be used to provide proof that a document has been served in a proceeding in the Court of Appeal. Please read *Information Sheet for Proof of Service (Court of Appeal)* (form APP-009-INFO) before completing this form.

2022 NOV 14   AM 9:07

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY____ EEE

Case Name: MOON V. COUNTY OF L.A. *ET. AL.*

Court of Appeal Case Number: B324374 *; 22-*

Superior Court Case Number: 22STRO03447/BA332095 *; 2:20-cv-02291-Doc*

1. At the time of service I was at least 18 years of age.

2.  a.  My ☐ residence ☒ business    address is *(specify)*:
       955 NORTH LAKE AVE PASADENA CA 91104

    b.  My electronic service address is *(specify)*: adriandaredeemer@gmail.com

3. I electronically served the following documents *(exact titles)*:
   Notice of stipulation agreeement - *supplemental to support! Nov. 14, 2022 EX PARTE APPLICATION*

4. I electronically served the documents listed in 3. as follows:

    a.  Name of person served: kent sommer. esq. */ Elizabeth Mitchell, matthew Umhofer, Louis Miller*
        On behalf of *(name or names of parties represented, if person served is an attorney)*:
        county of l.a. board of supervisors et. al. */ city of los Angeles et. al.*

    b.  Electronic service address of person served: ksommers@counsel.lacounty.gov, *dharrison@counsel.lacounty.gov, amontelongo@counsel.lacounty.gov*

    c.  On *(date)*: november 6, 2022

    ☒  The documents listed in 3. were served electronically on the persons and in the manner described in an attachment *(write "APP-009E, Item 4" at the top of the page)*. *jsmith.ref@gmail.com, myschelm@yahoo.com, Emitchall@spertuslaw.com, matthew@spertuslaw.com, arlene.hoang@lacity.org, scott.marcus@lacity.org, Jessica.mariani@lacity.org, Gita.O'Neil@lacity.org, mhoshmall@millerbarondess.com, apark@24howfit.com, bdyoung@mane?.com, bmclain@foley.com, lblack@counsel.lacounty.gov, Emily.Rodriguez-Shanel wis@redb...law, stw 2 smither@millerbarondess.com,*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: november 6, 2022

**TOMMIE LONG**
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

▶ _____
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
APP-009E [New January 1, 2017]

**PROOF OF ELECTRONIC SERVICE**
(Court of Appeal)

www.courts.ca.gov

*page 33*

For your protection and privacy, please press the Clear This Form button after you have printed the form.