# FROM THE KINGDOM OF 'daredeemer'
## By Proclamation And Decree Under Da Blood Of Yeshua Da Messiah...

ADRIAN DAMICO MOON
955 NORTH LAKE AVE
PASADENA CA 91104
CELL: (626) 360-9896
EMAIL: adriandaredeemer@gmail.com

2022 NOV 14 PM 1:00

Attorney For Plaintiff-Defendant Intervenor, Victim and Appellant, EEE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT- WESTERN DIVISION
## IN THE COUNTY OF LOS ANGELES-C.C.B INC.

L.A. HUEMAN RIGHTS, ET. AL.,

    At The Behest of Satan The Devil,

        Plaintiffs-Intervenors,

vs.

CITY AND COUNTY OF LOS ANGELES, ET. AL.,

    At The Behest of Satan The Devil,

        Defendants-Intervenors,

ADRIAN DAMICO MOON,

    By The Authority of Almighty Creator,

        Plaintiff-Defendant Intervenor-
        Victim and Appellant,

CASE NO. 2:20-CV-02291-DOC (res)

Identical Pending Related Cases: B324374 2nd App. Dist. Ct. ; 22STRO03447 Superior Ct.

Amended

EX PARTE EMERGENCY MOTION TO "DAMNED FOOL" RECUSED DEFENDANT DAVID O. CARTER ET. AL. TO EFFECTUATE A PRIVATE CITIZENS ARREST PURSUANT TO UNITED STATES CONSTITUTIION SUPREMACY CLAUSE ARTICLE VI PARAGRAPH TWO ; 28 U.S.C. 441; 455 (a); (b) (1-5) ; 18 U.S.C. 241; 242 ; PENAL CODE SECTIONS 834 THROUGH 839 ; LOCAL RULE 7.19 ET. SEQ.
( Proposed ) ORDER THEREON

[Filed Concurrently With Notice…]

DATE: NOVEMBER 14, 2022
TIME: 8:30 a.m. or soon thereafter to be heard
DEPT.: ~~9-C~~ 5B or 5C
LOC.: ~~255 EAST TEMPLE ST. L.A. CA 90012~~
350 WEST 1ST Street LA 90012

ASSIGNED TO THE HONORABLE DAVID O. CARTER, presiding

COVID-19: HOST, HOAX, OR HOLY SPIRIT

### DECLARATION OF ADRIAN DAMICO MOON
### MEMORANDUM OF POINTS AND AUTHORITIES

I AM ADRIAN DAMICO MOON, (hereinafter, 'daredeemer' ) Plaintiff-Defendant Intervenor,

---

EX PARTE EMERGENCY APPLICATION TO "DAMNED FOOL" RECUSED DEFENDANT DAVID O. CARTER FOR PRIVATE CITIZENS ARREST PURSUANT TO SUPREMACY CLAUSE ARTICLE VI PARAGRAPH TWO OF THE UNITED STATES CONSTITUTION ; 28 U.S.C. 441 ; 455 (a) ; (b) (1-5 ) ; 18 U.S.C. 241; 242 ; LOCAL RULE 7.19 ET SEQ. - 1

# FROM THE KINGDOM OF 'daredeemer'
## By Proclamation And Decree Under Da Blood Of Yeshua Da Messiah...

Victim and Appellant, chosen one , begotten Son of "EL ELYON" in the Mighty Name of Yeshua Jesus Christ the Messiah... paragon , with integrity, and veracity , proclaim and decree as follows,

1. On or about September 14, 2022, 'daredeemer' served a timely and in proper form, Motion to Recuse "DAMNED FOOL" Defendant David O. Carter, (hereinafter, 'FOOL') who failed to cease and desist from his criminal conspiracy with L.A. HUEMAN RIGHTS, ET.AL. Plaintiffs-Intervenors , ( hereinafter, 'c.c.b. inc. pi' ) and CITY AND COUNTY OF LOS ANGELES ET. AL. , Defendants-Intervenors, ( hereinafter, 'c.c.b. inc.- di ' ) In violation of the R.I.C.O. ACT, the U.S. Constitution Supremacy Clause Article VI , paragraph two and 28 U.S.C 441; 455; 18 U.S.C. 241; 242, et. Seq. then terrorist threatened and illegally imposed an Vexatious Litigant Order against 'daredeemer'

2. Between the period of September 27, 2022 to present , "FOOL', c.c.b. inc. –pi and c.c.b. inc.- di have meet in secret meetings to rob and steal 'daredeemer's stipulation settlement agreement of a lump sum of Seven ( 7) Billions Dollars and will try to terrorist threaten to Obstruct Justice at today hearing of November 14, 2022 !!!

### PRIVATE CITIZENS ARREST AGAINST DAMNED FOOL RECUSED DEFENDANT DAVID O. CARTER ET. AL. PURSUANT TO U.S. CONSTITUTION SUPREMACY CLAUSE ARTICLE VI PARAGRAPH TWO ; 18 U.S. C 241;242; PENAL CODE SECTIONS 834 THROUGH 839 ET. SEQ.

3. I AM ADRIAN DAMICO MOON, 'daredeemer' AND I AM PLACING YOU ALL ( David O. Carter, James L. Smith, Michelle Martinez, Elizabeth Mitchell, Matthew Umhoafer, Arlene Hoang , Scott Marcus, Jessica Mariani, Gita O'Neil , Jennifer Hashmall, Amie Park, Brandon Young, Byron McLain, Lauren Black , Louis Miller, Emily Rodriguez-Sanchirico, Alex Villanueva, Kathryn Barger-Liebrich ) under arrest for the charges to include but not limited to : Obstruction of Justice, Fraud , Grand Theft, Slander, Profit racketeering, Treason, Domestic Terrorism , Domestic Violence, Perjury, Criminal conspiracy and Attempted Murder ! YOU ALL have the rights to remain silent because anything YOU ALL say or do shall be used against YOU ALL in any court of Law, YOU ALL have the right to an Lawyer while being questioned and investigated , and if YOU ALL can't afford an Lawyer then a Public Defender shall be appointed to YOU ALL ! YOU ALL have the right to turn YOURSELVES into the custody of the Los Angeles County Sheriff's Department to await arraignment

# FROM THE KINGDOM OF 'daredeemer'
## By Proclamation And Decree Under Da Blood Of Yeshua Da Messiah...

1. and bail hearings on the Charges. YOU ALL shall be considered fugitives from the Laws of the United
2. States of America until such time as YOU ALL are taking into custody on these charges !
3. FUTUREMORE: 'daredeemer' shall deputize ALL AND ANY Person (s) who shall come into contact
4. with YOU ALL including U.S. Marshalls , Local Police Departments to subdue YOU ALL until a
5. Police Officer or Marshall can arrive to effectuate YOUR immediate arrests !!!
6. 'daredeemer' proclaims and decrees under the penalty of Sin that the foregoing is true and correct, so
7. help me God !!!
8. DATED: November 13, 2022

ADRIAN DAMICO MOON, VICTIM

**( Proposed ) ORDER**

As These matters came by regularly to the Court and Recused Defendant David O. Carter made his plea of Not Guilty / Guilty to the satisfaction of the court that these matters ought to be Granted !

FOR GOOD CAUSE SHOWING AND AGREED BY THE PARTIES , IT IS SO ORDERED, THAT : 1. Defendant David O. Carter is Recused ,

    2. The Stipulation Settlement Agreement between County of Los Angeles-Board of Supervisors et. And Adrian Damico Moon, shall be signed and immediately ordered to pay a lump sum of Seven (7) Billion Dollars to ADRIAN D. MOON, FORTHWITH !!!

    AND ANY OTHER RELIEF THAT THE COURT DEEMS , PROPER, JUST AND EQUITABLE

DATED : NOVEMBER 14, 2022

HONORABLE DAVID O. CARTER, JUDGE
UNITED STATES DISTRICT COURT OF CALIFORNIA

---

EX PARTE EMERGENCY APPLICATION TO "DAMNED FOOL" RECUSED DEFENDANT DAVID O. CARTER FOR PRIVATE CITIZENS ARREST PURSUANT TO SUPREMACY CLAUSE ARTICLE VI PARAGRAPH TWO OF THE UNITED STATES CONSTITUTION ; 28 U.S.C. 441 ; 455 (a) ; (b) (1-5 ) ; 18 U.S.C. 241; 242 ; LOCAL RULE 7.19 ET SEQ. - 3