*AMENDED*
*APP-009 E, Item 4*

**APP-009E**

FILED

**PROOF OF ELECTRONIC SERVICE (Court of Appeal)**
U.S. Central District Court

Notice: This form may be used to provide proof that a document has been served in a proceeding in the Court of Appeal. Please read *Information Sheet for Proof of Service (Court of Appeal)* (form APP-009-INFO) before completing this form.

2022 NOV 14  PM 2:00

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____ EEE

Case Name: MOON V. COUNTY OF L.A. ET. AL.

Court of Appeal Case Number: B324374 ; 22-

Superior Court Case Number: 22STRO03447/BA332095; 2:20-cv-02291-DOC

1.  At the time of service I was at least 18 years of age.

2.  a.  My ☐ residence ☒ business    address is *(specify)*:
    955 NORTH LAKE AVE PASADENA CA 91104

    b.  My electronic service address is *(specify)*: adriandaredeemer@gmail.com

3.  I electronically served the following documents *(exact titles)*:
    Notice of stipulation agreement - supplemental ISO Support! Nov. 14, 2022
    EX PARTE APPLICATION

4.  I electronically served the documents listed in 3. as follows:

    a.  Name of person served: kent sommer, esq. / Elizabeth Mitchell, Matthew Umhofer, Louis Miller
        On behalf of *(name or names of parties represented, if person served is an attorney)*:
        county of l.a. board of supervisors et. al. / city of Los Angeles et. al.

    b.  Electronic service address of person served: ksommers@counsel.lacounty.gov, dharrison@counsel.lacounty.gov, amontelonga@counsel.lacounty.gov

    c.  On *(date)*: november 6 2022

    ☒  The documents listed in 3. were served electronically on the persons and in the manner described in an attachment *(write "APP-009E, Item 4" at the top of the page)*. jsmith.ref@gmail.com, myschelm@yahoo.com, Emitchell@spertuslaw.com, matthew@spertuslaw.com, arlene.hoang@lacity.org, scott.marcus@lacity.org, Jessica.mariani@lacity.org, Gita.o'Neil@lacity.org, mhoshmall@millerbarondess.com, apark@24howfit.com, bdyoung@maxino.com, bmchain@foley.com, lblack@counsel.lacounty.gov, Emily.Rodriguez-Shane@redbull.com, s/m, smiller@millerbarondess.com,

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: november 6, 2022

**TOMMIE LONG**
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

_____
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
APP-009E [New January 1, 2017]

**PROOF OF ELECTRONIC SERVICE**
**(Court of Appeal)**

www.courts.ca.gov

page 33

For your protection and privacy, please press the Clear This Form button after you have printed the form.