UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No: LA CV 20-02291-DOC-(KESx)　　　　　　　　　Date: November 14, 2022

Title: LA ALLIANCE FOR HUMAN RIGHTS, et al. v. CITY OF LOS ANGELES, et al.

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Elizabeth Mitchell | Scott Marcus |
|  | Jennifer Hashmall |
|  | Louis "Skip" Miller |

**PROCEEDINGS:**　　Presentation of Final Settlement Agreement

Hearing held in Los Angeles First Street Federal Courthouse, courtroom 5B.

Also present, counsel for intervenor, Shayla Myers and Special Master Michelle Martinez.

The case is called. The Court and counsel confer re settlement progress.

Date to continue to be set by the Court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：　　30
　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: kdu