DAWYN R. HARRISON, *Interim County Counsel* (State Bar No. 173855)
dharrison@counsel.lacounty.gov
JENNIFER A.D. LEHMAN, *Assistant County Counsel* (State Bar No. 191477)
jlehman@counsel.lacounty.gov
ANA WAI-KWAN LAI, *Senior Deputy County Counsel* (State Bar No. 257931)
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:   (213) 974-1830
Facsimile:   (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>               Plaintiffs,<br><br>       v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>               Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**THIRD STIPULATION TO STAY LITIGATION DUE TO SETTLEMENT**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

586130.2

THIRD STIPULATION TO STAY LITIGATION DUE TO SETTLEMENT

On September 27, 2022, the Court granted a stipulation filed by Plaintiffs LA Alliance for Human Rights, Joseph Burk, Harry Tashdjian, Wenzial Jarrell, Karen Pinsky, Charles Malow and George Frem (collectively, "Plaintiffs") and Defendant County of Los Angeles ("County") to continue all deadlines and stay proceedings through November 15, 2022 in light of their preliminary settlement agreement and the County's pending deadline to file a putative Motion to Dismiss Plaintiffs' Second Amended and Supplemental Complaint. (Dkt. 473.)  As "good cause" for their stipulation, Plaintiffs and the County explained that, absent a stay, they and the Court would be required to expend significant resources on motion practice and discovery. (Dkt. 471 (citing *In re JPMorgan Chase LPI Hazard Litig.*, 2013 WL 3829271, at *5 (N.D. Cal. July 23, 2013) (accumulating cases and explaining "a stay 'will allow both parties to conserve their resources should a settlement . . . be finalized'").)  In its order granting a stay, the Court set a "[h]earing regarding the settlement agreement . . . for November 14, 2022." (*Id.*)

The Parties subsequently finalized their settlement agreement, and filed a Stipulation for Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (Dkt. 485.)  On November 14, 2022, the Court did not grant the Parties' Stipulation and continued the conference until an as-yet undetermined date in mid-January 2023.  The same reasons that supported a stay through November 15, 2022 are equally applicable now: indeed, instead of a preliminary agreement, the Parties have an executed settlement agreement.  Accordingly, in light of the Court's anticipated conference in January 2023, the Parties respectfully request that the Court further continue all deadlines and stay proceedings through February 1, 2023.

**SO STIPULATED.**

DATED:  November 15, 2022          MILLER BARONDESS, LLP


                                  By:     /s/ Mira Hashmall
                                        MIRA HASHMALL
                                        Attorneys for Defendant
                                        COUNTY OF LOS ANGELES


DATED:  November 15, 2022          SPERTUS, LANDES & UMHOFER, LLP


                                  By:     /s/ Elizabeth A. Mitchell
                                        ELIZABETH A. MITCHELL
                                        Attorneys for Plaintiffs


## ATTORNEY ATTESTATION

I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.

DATED:  November 15, 2022          MILLER BARONDESS, LLP


                                  By:     /s/ Mira Hashmall
                                        MIRA HASHMALL
                                        Attorneys for Defendant
                                        COUNTY OF LOS ANGELES

586130.2                          3
THIRD STIPULATION TO STAY LITIGATION DUE TO SETTLEMENT