# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)** <br><br> **ORDER GRANTING THIRD STIPULATION TO STAY LITIGATION** <br><br> Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

## ORDER

The Court, having read and considered the Third Stipulation to Stay Litigation ("Stipulation") filed on behalf of LA Alliance for Human Rights, Joseph Burk, Harry Tashdjian, Wenzial Jarrell, Karen Pinsky, Charles Malow and George Frem (collectively, "Plaintiffs") and Defendant County of Los Angeles ("County"), and finding **GOOD CAUSE** thereon, hereby **GRANTS** the Stipulation.

The Court **ORDERS** as follows:

All proceedings are hereby stayed and all deadlines continued until February 1, 2023.

**IT IS SO ORDERED.**

DATED:   November 22, 2022

HON. DAVID O. CARTER
Judge of the United States District Court

2