*file ON Demand*

# FROM THE KINGDOM OF 'daredeemer'

## By Proclamation And Decree Under Da Blood Of Yeshua Da Messiah...

ADRIAN D. MOON, #chosen one
955 NORTH LAKE AVE
PASADENA CA 91104
CELL: (626) 360-9896
EMAIL: adriandaredeemer@gmail.com

Attorney For King Adrian 'daredeemer',



# UNITED STATES DISTRICT COURT OF THE STATE OF CALIFORNIA

## WESTERN DIVISION- CRIMINAL/ UNLIMITED CIVIL- C.C.B. INC.

## IN THE COUNTIES OF LOS ANGELES AND DISTRICT OF COLUMBIA

| | |
|---|---|
| L.A HUE-MAN RIGHTS , ADRIAN D. MOON, individual, et. al. ,<br><br>Plaintiffs-Plaintiff Intervenor,<br><br>vs.<br><br>CITIES AND COUNTIES OF LOS ANGELES AND DISTRICT OF COLUMBIA, ADRIAN D. MOON, et. al. ,<br><br>Defendants-Defendant-Intervenor,<br><br>" JUDGEMENT IS COMING " | Case No. ___2:20-cv-02291-DOC (res)___<br><br>**BOARD OF SUPERVISIORS CLAIM #22-441118...**<br><br>Pending Identical Related Cases: 22-55933-22-55687 ; B324525 ; B324122 ; B324123; 22STRO03447; 22STCP00120 ; BA332095; BA362256...<br><br>**NOTICE TO THE HONORABLE DAVID O. CARTER , JUDGE OF THE STIPULATION AGREEMENT BETWEEN THE PARTIES ET. SEQ. ( Proposed ) ORDER THEREON**<br><br>**DATE: JANUARY 17, 2023**<br>**TIME: 9:00a.m.or soon thereafter to be heard**<br>**DEPT.:        10 A**<br>**LOC.: 411 W. Fourth Street, Santa Ana CA**<br><br>**HONORALBE DAVID O. CARTER , JUDGE, presiding**<br><br>**COVID-19:HOST,HOAX,OR HOLY SPIRIT** |

I , ADRIAN D. MOON, 'daredeemer' hereby submits Notice of Stipulation Agreement between the parties to the Honorable David O. Carter , Judge .

Dated : December 28, 2022

_____
ADRIAN D. MOON, VICTIM

---

# FROM THE KINGDOM OF 'daredeemer'

## By Proclamation And Decree Under Da Blood Of Yeshua Da Messiah...

ADRIAN D. MOON, #chosen one
955 NORTH LAKE AVE
PASADENA CA 91104
CELL: (626) 360-9896
EMAIL: adriandaredeemer@gmail.com

Attorney For King Adrian 'daredeemer',

## UNITED STATES DISTRICT COURT OF THE STATE OF CALIFORNIA
## WESTERN DIVISION- CRIMINAL/ UNLIMITED CIVIL- C.C.B. INC.
## IN THE COUNTIES OF LOS ANGELES AND DISTRICT OF COLUMBIA

| | |
|---|---|
| L.A HUE-MAN RIGHTS , ADRIAN D. MOON, individual, et. al. , <br><br> Plaintiffs-Plaintiff Intervenor, <br><br> vs. <br><br> CITIES AND COUNTIES OF LOS ANGELES AND DISTRICT OF COLUMBIA, ADRIAN D. MOON, et. al. , <br><br> Defendants-Defendant-Intervenor, <br><br><br> " JUDGEMENT IS COMING " | Case No. ___2:20-cv-02291-DOC (res)___ <br><br> **BOARD OF SUPERVISIORS CLAIM #22-441118...** <br><br> Pending Identical Related Cases: 22-55933-22-55687 ; B324525 ; B324122 ; B324123; 22STRO03447; 22STCP00120 ; BA332095; BA362256... <br><br> **STIPULATION AGREEMENT BETWEEN THE PARTIES ET. SEQ. ( Proposed ) ORDER THEREON** <br><br> [Stipulation Can Be Signed And Filed Separately To The Court By The Parties] <br><br> **DATE: JANUARY 17, 2023** <br> **TIME: 9:00a.m.or soon thereafter to be heard** <br> **DEPT.:          10 A** <br> **LOC.: 411 W. Fourth Street, Santa Ana CA** <br><br> **HONORALBE DAVID O. CARTER , JUDGE, presiding** <br><br> **COVID-19:HOST,HOAX,OR HOLY SPIRIT** |

## STIPULATION AGREEMENT

<u>Parties:</u>

1. **ADRIAN D. MOON, (hereinafter, 'daredeemer' ) Plaintiff- Plaintiff-Defendant Intervenor,**

being represented by da Blood and through his attorney of record, Adrian D. Moon, Pro Se ,

2. **CITIES AND COUNTIES OF LOS ANGELES AND DISTRICT OF COLUMBIA, (**

hereinafter , ' C.C.B. INC.') Defendants  being represented by and through their Lawyers of

---

NOTICE TO THE HONORABLE MICHAEL O. CARTER, JUDGE OF STIPULATION AGREEMENT BETWEEN THE PARTIES ET. SEQ.  - 1

# FROM THE KINGDOM OF 'daredeemer'

## By Proclamation And Decree Under Da Blood Of Yeshua Da Messiah...

record , Dawyn Renae Harrison, County Counsel and Skip Miller, esq,

**Statement of Undisputed Facts:**

3.   Lucifer and his children of iniquity, C.C.B.INC. have come against 'daredeemer' to Kill, Steal and Destroy see, read , and consider attached Motion  A ( 5) pages incorporated by this reference .

**IT IS HEREBY AGREED AND STIPULATED THAT THE PARTIES ADRIAN D. MOON, 'daredeemer' AND CITIES AND COUNTIES OF LOS ANGELES AND DISTRICT OF COLUMBIA, 'C.C.B. INC.' THAT PAYMENT IN THE LUMP SUM OF SEVEN (7) BILLION DOLLARS SHALL BE MADE PAYABLE TO ADRIAN D. MOON BY CITIES AND COUNTIES OF LOS ANGELES AND DISTRICT OF COLUMBIA BY JANUARY 31, 2023, WITHOUT FAIL...**

///

**This Stipulation Can Be Signed And Filed Separately By The Parties With The Court.**

**DATED:  December 28, 2022**                    by: _____

> **ADRIAN D. MOON, 'daredeemer' , Plaintiff-Plaintiff-Intervenor being represented by da blood and through Attorney of record, Adrian D. Moon, 955 N. Lake Ave, Pasadena, CA 91104, cell (626) 360-9896, email: adriandaredeemer@gmail.com**

**DATED: December/ January        , 2022/2023   by: _____**

> **CITIES AND COUNTIES OF LOS ANGELES AND DISTRICT OF COLUMBIA, 'C.C.B. INC. ' , Defendants being represented by and through their Lawyers of record , Dawyn Harrison, County Counsel, and Skip Miller, esq 500 W. Temple St. L.A CA 90012, ph. (213) 974-1807, email: dharrison@counsel.lacounty.gov ; smiller@millerbarondess.com**

///

NOTICE TO THE HONORABLE MICHAEL O. CARTER, JUDGE OF STIPULATION AGREEMENT BETWEEN THE PARTIES ET. SEQ.  - 2

𝕱𝖗𝖔𝖒 𝕿𝖍𝖊 𝕶𝖎𝖓𝖌𝖉𝖔𝖒 𝕺𝖋 ' 𝖉𝖆𝖗𝖊𝖉𝖊𝖊𝖒𝖊𝖗 '

𝕭𝖞 𝕻𝖗𝖔𝖈𝖑𝖆𝖒𝖆𝖙𝖎𝖔𝖓 𝕬𝖓𝖉 𝕯𝖊𝖈𝖗𝖊𝖊 𝖀𝖓𝖉𝖊𝖗 𝕯𝖆 𝕭𝖑𝖔𝖔𝖉 𝕺𝖋 𝖄𝖊𝖘𝖍𝖚𝖆 𝕯𝖆 𝕸𝖊𝖘𝖘𝖎𝖆𝖍…

## ORDER

FOR GOOD CAUSE SHOWING AND AGREED AND STIPULATED BY ALL THE PARTIES, OR ON THE COURTS OWN MOTION, IT IS SO ORDERED, THAT :

1. DEFENDANTS CITIES AND COUNTIES OF LOS ANGELES AND DISTRICT OF COLUMBIA SHALL PAY THE LUMP SUM OF SEVEN (7) BILLION DOLLARS IN FAVOR OF PLAINTIFF-PLAINTIFF-DEFENDANT INTERVENOR ADRIAN D. MOON BY JANUARY 31, 2023 WITHOUT FAIL…

DATED: JANUARY 17, 2023

_____

HONORABLBE DAVID O. CARTER, JUDGE
UNITED STATES CENTRAL DISTRICT COURT

(Proposed) ORDER THEREON.  - 3

12/28/22, 1:32 PM — COVID-19: HOST, HOAX, OR HOLY SPIRIT : MOON ('daredeemer') vs. SATAN THE DEVIL ( City/ County L.A. ) ET. A...

Case 2:20-cv-02291-DOC-KES   Document 509   Filed 12/28/22   Page 5 of 9   Page ID #:15191

 Gmail

Adrian Moon <adriandaredeemer@gmail.com>

## COVID-19: HOST, HOAX, OR HOLY SPIRIT : MOON ( 'daredeemer' ) vs. SATAN THE DEVIL ( City/ County L.A. ) ET. AL. 22-XXXX ,U.S. Supreme Ct. BOARD OF SUPERVISOR CLAIMS # 22-441118 ; 2:20-cv-02291-DOC ( res) on Appeal 22-55933; 22-55687 ; B324122; B324123; B324525; 22STRO03447; 22STCP00120 ; BA332095 ; BA362256 ET. AL. "NOTICE AND RULING " MEET AND CONFER "

1 message

**Adrian Moon** <adriandaredeemer@gmail.com>                                    Wed, Dec 28, 2022 at 11:09 AM
To: dharrison@counsel.lacounty.gov, emontelongo@counsel.lacounty.gov, Kent Sommer <ksommer@counsel.lacounty.gov>, DOCChambers <DOC_Chambers@cacd.uscourts.gov>, karlen_Dubon@cacd.uscourts.gov, smiller@millerbarondess.com, emitchell@spertuslaw.com, csweetser@sshhzlaw.com
Cc: pctips-losangeles@fbi.gov, Scott.garringer@usdoj.gov, ranee.katzenstein@usdoj.gov, piu@doj.ca.gov, govlegalunit@gov.ca.gov, "pmccabe.estrada@supremecourt.gov afrank@supremecourt.gov asaunders@supremecourt.gov" <afrank@supremecourt.gov>, "pmccabe.estrada@supremecourt.gov afrank@supremecourt.gov asaunders@supremecourt.gov" <asaunders@supremecourt.gov>, "pmccabe.estrada@supremecourt.gov afrank@supremecourt.gov asaunders@supremecourt.gov" <pio@supremecourt.gov>, "pmccabe.estrada@supremecourt.gov afrank@supremecourt.gov asaunders@supremecourt.gov" <pmccabe.estrada@supremecourt.gov>, webmail@da.lacounty.gov, "Tiffiny T. Blacknell" <tblacknell@da.lacounty.gov>, Tamatha Chipp <tchipp@carlwarren.com>, Stacy Luster <sluster@carlwarren.com>, Sylvia Hernandez <shernandez@carlwarren.com>, Robb Sahli <rsahli@carlwarren.com>, sean.kennedy@lls.edu, williams@bkwlawgroup.com, rivie@imwlaw.com, kate.cagle@charter.com, KABCTV.ASSIGNMENT@abc.com, lisa.bartley@abc.com, lamayornews@lacity.org, lawkeeper@msn.com, mayor.scheduling@lacity.org, Tlc@projectbyproject.com, cbs2investigates@cbs.com, ccplaws@gmail.com, 2strongpodcast@gmail.com, kcal9investigates@cbs.com, cnntips@cnn.com, Loyola Law School- Innocent Project <laurie.levenson@lls.edu>, Lance.Winters@doj.ca.gov, lafocus@aol.com, Sunidhi Sridhar <sunidhi_sridhar@dailyjournal.com>, KTVU2Investigates@foxtv.com, ktla@ktla.com, pr@abc7.com, press@karenbass.com, fox11news@foxtv.com, legalsmart@ktla.com, appsupport@eentertainment.com, action9@wsoc-tv.com, wuski2 <wuski2@msn.com>, fdavenport@ceo.lacounty.gov, executiveoffice@bos.lacounty.gov, wtait@bos.lacounty.gov, WTVTinvestigates@foxtv.com, HollyJMitchell@bos.lacounty.gov, "meritlegalservices@Yahoo.Com" <meritlegalservices@yahoo.com>, Cora Jackson Fossett <cora@lasentinel.net>, contact@hopeoftheworld.org, sid.garcia@abc.com, FirstDistrict@bos.lacounty.gov, FourthDistrict@bos.lacounty.gov, kathryn@bos.lacounty.gov, cory.minderhout@charter.com, bobby.cuza@charter.com, jw@pr.judicialwatch.org, alene.tchekmedyian@latimes.com, jmoon@counsel.lacounty.gov, julie.sone@abc.com, Joel Rubin <joel.rubin@latimes.com>, media@opensocietyfoundations.org, Michael.Vachon@soros.com
Bcc: mr.geraldburleson@gmail.com, andremoon288@gmail.com, misstoyamoon@yahoo.com, otcolesr38@gmail.com, Leonard Medina <papabear102360@gmail.com>, Phillip Morehouse <pmorehouse@gmail.com>, k <kbleemin@aol.com>, kerwin.lee@bereanchristianchurch.org

Dearest Beloved  Recused Defendant Michael O. Carter, Judge and Karen Dubon, Clerk , All Praises and Glory To the Almighty Creator in the Mighty Name of Yeshua da Messiah... As the stay is lifted now in this action ... Please provide Notice and Ruling on the Emergency Motion filed on or before November 14, 2022 ? Additionally , as You  ( Carter) were of the mind of the Devil when You Summarily denied 'daredeemer's Plaintiff Intervenor motion ? As it was already well established that 'daredeemer ' was deemed Defendant Intervenor in this instant case !  and  the timely and properly brought Peremptory Challenge 28 U.S.C. 144; 455 ET. SEQ. "  YOUR DISQUALIFICATION HAS YET TO BE DETERMINED"  As 'daredeemer' can give a DAMN that You pretend to have jurisdiction over 'daredeemer's cases ? You shall not Rob 'daredeemer' of his promised Seven Billion Dollars !!! Due to the Thirteen (13) years of AntiSemitic , Domestic TERRORISM and Violence , being falsely Accused and imprisoned , Kidnapped For Ransom and Grand Theft of Personal and Real Property worth One Billion Dollars !!! read Proverbs 6: 31 N.K.J.V. decree 1611 / TORAH ... AMEN AND AMEN WE've Loved You All Through Our Eternal Life's 💜🙏🐂😊🧍🎂🖼️🔥😊🕹️🎮🌀💥

📄 **image.pdf**
363K

*Motion  A  (5) pages*

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA
SECOND APPELLATE DISTRICT

DIVISION: p

COUNTY OF LOS ANGELES,
Plaintiff and Appellant,

v.

ADRIAN MOON,
Defendant and Appellant.

**COURT OF APPEAL – SECOND DIST.**

**FILED**

**Dec 23, 2022**

**DANIEL P. POTTER, Clerk**

apalencia-huerta    **Deputy Clerk**

B324374
Los Angeles County Super. Ct. No. 22STRO03447

THE COURT:

The court has read and considered appellant's Emergency Motion Under Rule 5.151; Circuit Rule 27-3 and Supremacy Clause Article VI Paragraph Two of California and United States Constitutions for Orders to: 1 Reinstate This Instant Case 2. Directing the U.S. Supreme Court Clerk, Scott Harris to Issue a Case Number to the Writ of Certiorari... filed Dec 19, 2022, the supplemental thereto filed Dec 20, 2022, the second supplemental filed Dec 21, 2022, and the third supplemental filed Dec 21, 2022. The motion is denied.

Nora Manella, Acting Administrative Presiding Justice

# 𝕱𝖗𝖔𝖒 𝕿𝖍𝖊 𝕶𝖎𝖓𝖌𝖉𝖔𝖒 𝕺𝖋 'daredeemer'

## 𝕭𝖞 𝕻𝖗𝖔𝖈𝖑𝖆𝖒𝖆𝖙𝖎𝖔𝖓 𝕬𝖓𝖉 𝕯𝖊𝖈𝖗𝖊𝖊 𝕬𝖓𝖉𝖊𝖗 𝕯𝖆 𝕭𝖑𝖔𝖔𝖉 𝕺𝖋 𝖄𝖊𝖘𝖍𝖚𝖆 𝕯𝖆 𝕸𝖊𝖘𝖘𝖎𝖆𝖍…

ADRIAN D. MOON
955 NORTH LAKE AVE
PASADENA CA 91104
CELL: (626) 360-9896
EMAIL: adriandaredeemer@gmail.com

Attorney For Writ Petitioner-Victim

## 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 𝕾𝖚𝖕𝖗𝖊𝖒𝖊 𝕮𝖔𝖚𝖗𝖙

| | |
|---|---|
| ADRIAN DAMICO MOON, | NEW CASE NO. _____ |
| Petitioner-Victim | FORMAL CRIMINAL COMPLAINT AGAINST UNITED STATES SUPREME COURT CLERK'S ; JUSTICES AND POLICE DEPARTMENT PENAL CODE SECTION 182 ( a-c)  ET. SEQ. |
| vs. | |
| SATAN THE DEVIL ET. AL. , | |
| Respondents-Defendants, | |

## FORMAL CRIMINAL COMPLAINT

I AM ADRIAN D. MOON , (hereinafter , 'daredeemer' ) Petitoner-Victim , chosen one, begotten Son of the Almighty Creator , "EL ELYON" in the Mighty Name of Yeshua Jesus Christ the Messiah…   paragon , with integrity and veracity , proclaim and decree as follows,

1.  On August 15, 2022, the U.S. Supreme Court Clerks Office receive the attached Writ of Certiorari and a Request to Proceed in Forma Pauperis ! 'daredeemer' has not received any correspondence for the Justices of the case no. or any deficiency letter !

2.  Since August 15, 2022, 'daredeemer' has placed three times a week voice-messages to the following numbers  (202) 479-3011, (202) 479-3022, (202) 479-3263, Clerks Harris, Atkins and Barnes; (202) 479-3139, (202) 479-3341, (202) 479-3369, (202) 479-2369 , (202) 479-3211, to Chief Jeffery Smith and his underlings !

3.  These Defendants have in the recent passed held the New case number from 'daredeemer' in Case entitled Moon v. Satan the Devil et. al. , 20-1457 whereby 'daredeemer' did not receive the case no. until April 15, 2021…

PLEASE INVESTIGATE THESE CRIMES FOR INDICTMENT AND PROSECUTION, AND PROVIDE 'daredeemer' WITH THE NEW CASE NO. EXPEDITIOUSLY BY EMAIL , WEBSITE OR VOICE-MESSAGES !!! AMEN AND AMEN

DATED: October 29, 2022

-------------------------------------------------
ADRIAN D. MOON, PETITIONER-VICTIM

# FROM THE KINGDOM OF 'daredeemer'

## Supreme Court no. _____

### SUPREME COURT OF UNITED STATES OF AMERICA

ADRIAN DAMICO MOON ,

Petitioner,

Vs.

SATAN THE DEVIL ET. AL .

Respondents,

On Petition for Writ of Certiorari

To the California Supreme Court and

To the United States Court of Appeal for the

Ninth Circuit Court of Appeal

**PETITION FOR WRIT OF CERTIORARI**

ADRIAN DAMICO MOON, COUNSEL OF RECORD

955 NORTH LAKE AVE

PASADENA CA 91104

CELL: (626) 360-9896 EMAIL: adriandaredeemer@gmail.com

# FROM THE KINGDOM OF 'daredeemer'

## Supreme Court no. _____

### SUPREME COURT OF UNITED STATES OF AMERICA

ADRIAN DAMICO MOON ,

Petitioner,

Vs.

SATAN THE DEVIL ET. AL .

Respondents,

### On Petition for Writ of Certiorari

### PROOF OF SERVICE

I AM ADRIAN DAMICO MOON, 'daredeemer' do decree that on this date of August 10, 2022 as required by Supreme Court Rule 29. I have served the enclosed Petition for Writ of Certiorari on each party to the above proceeding or that party's counsel , and on every other person required to be served , by depositing an envelope containing the above documents in the United States mail properly addressed to each of them and with first-class postage prepaid or by delivery to a third-party commercial carrier for delivery within 3 calendar days.

| | |
|---|---|
| U.S. DEPT. OF JUSTICE | U.S. DEPT OF JUSTICE |
| ATTN: MERRICK GARLAND | ATTN: ROB BONTA / LANCE WINTERS |
| 930 Pennsylvania ave NW | 300 South Spring St. #1702 |
| Washington , D.C. 20530 | Los Angeles, CA 90013 |

We decree under the penalty of Sin  that the foregoing is true and correct so help me GOD !

Executed on August 10, 2022 _____

Declarant