# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA Alliance for Human Rights et al<br><br>PLAINTIFF(S)<br><br>v.<br><br>City of Los Angel<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:20-cv-02291-DOC(KESx)<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

| 12/28/2022 | N/A | Notice |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**DOCKETING AND FORMATTING ERRORS:**

☐ Local Rule 11-3.8 title page is missing, incomplete, or incorrect
☐ Document lacks required signature
☐ Document linked incorrectly to the wrong document/docket entry
☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Incorrect event selected. Correct event to be used is ____
☐ Proposed document was not submitted or was not submitted as a separate attachment
☐ Other: ____

**MOTION-RELATED ERRORS:**

☐ Local Rule 7-3 compliance statement missing
☐ Local Rules 7-9, 7-10 opposition or reply papers untimely
☐ Hearing information is missing, incorrect, or untimely
☐ Local Rule 11-6 Memorandum exceeds 25 pages
☐ Other: ____

**OTHER ERRORS:**

☐ Local Rule 83-2.5 no letters to the Judge
☐ Fed. R. Civ. P. 5 no proof of service attached
☐ Local Rule 7-1.1 no notice of interested parties
☑ Other: Notice is filed separately defendant demanded to keep all documents together including the order.

**Note:** **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: 12/28/2022                    By: C. Sawyer
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G-112A  (08/22)          NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT