Adrian Moon (Full Name)
adrian.dorp.deener@gmail.com (Email Address)
955 N. LAKE AVE (Address Line 1)
Pasadena CA 91104 (Address Line 2)
(626) 260-9891 (Phone Number)
Attorney in Pro Per Se
(indicate Plaintiff or Defendant)

FILED

2022 DEC 28 PM 3: 59

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LA Huerra,

Plaintiff,

vs.

_____

_____

_____

_____

Cities / County of
LA CA,

Defendant(s).

Case No.: 2:20-CV-02291-DOC

**PROOF OF SERVICE BY MAIL** EMAIL

I, Tommie Long, declare as follows:
(name of person serving documents)

My address is 955 North Lake Ave
Pasadena CA 91104, which is located in the
county where the mailing described below took place.

Revised: August 2011
Form Prepared by Public Counsel.
© 2011 Public Counsel. All rights reserved.

1
Proof of Service by Mail

On _Dec 28, 2022_ I served the document(s) described as:
(date of mailing)

_Notice of David of Stipulation_
(list the names of the documents you are mailing)
_Agreement_

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in _Pasadena CA 91104_
(city and state of mailing)

addressed to:

_Court Clerk_ (name)                    _State_ (name)
(address)                                     (address)
_give notice_ (address)                  (address)
(address)                                     (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Dec 28, 2022_ at _Pasadena CA 91104_
(date)                              (city and state of signing)

_____
(sign)

_Tommie L_
(print name)

4850-9234-4859, v. 3

2
Proof of Service by Mail