**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                    Date:  January 6, 2023

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER RE: HEARING ON JANUARY 17, 2023**

The hearing currently scheduled for Tuesday, January 17, 2023 (Dkt. 508) will be held at 9:00 a.m. in Courtroom 5B at the First Street U.S. Courthouse, 350 W 1st Street, Los Angeles, CA 90012. The Court requests the presence of Mayor Karen Bass, Los Angeles City Council President Paul Krekorian, and Los Angeles County Supervisor Janice Hahn.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                              Initials of Deputy Clerk: kdu

CIVIL-GEN