# EXHIBIT A

**COVID-19 Homelessness Roadmap**
**Quarterly Report**
**Quarter Ending December 31, 2022**

| No. | Council District | Project Type (1) | Address / Location | Beds* (3) | Status | Open & Occupiable Date (4) | Beds Open To Date (3) (7) | Individuals Served Since Open & Occupiable Date | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PEH** within 500 ft (4)(5) (Individuals) | PEH 65 Years or Older (Individuals) | PEH Other Vulnerable (6) (Individuals) | Total PEH Served per the Agreement | Other PEH (Not Prioritized in Agreement) (Individuals) | Total PEH Served to Date (Individuals) |
| 1 | All | Rapid Rehousing / Shared Housing | Scattered Sites | 2,000 | In Process | | 1,364 | 368 | 391 | 1,443 | 2,202 | 335 | 2,641 |
| 2 | 5 | A Bridge Home | 1479 S. La Cienega Blvd. | 54 | Open | 6/22/2020 | 54 | 5 | 0 | 11 | 16 | 143 | 159 |
| 3 | 15 | A Bridge Home | 515 N. Beacon St. (10) | 38 | Open | 7/7/2020 | 38 | 75 | 40 | 96 | 211 | 232 | 443 |
| 4 | 15 | A Bridge Home | 828 Eubank Ave. | 100 | Open | 7/7/2020 | 100 | 73 | 51 | 53 | 177 | 193 | 370 |
| 5 | 2 | A Bridge Home | 13160 Raymer St. | 85 | Open | 7/16/2020 | 85 | 87 | 26 | 115 | 228 | 118 | 346 |
| 6 | 4 | A Bridge Home | 3428 Riverside Dr. (formerly 3210 Riverside Dr.) | 100 | Open | 7/28/2020 | 100 | 96 | 11 | 76 | 183 | 108 | 291 |
| 7 | 5 | Permanent Supportive Housing (8) | Pico Robertson Senior Community 8866 W Pico Blvd. | 12 | Open | 8/7/2020 | 12 | 2 | 13 | 0 | 15 | 0 | 15 |
| 8 | 6 | A Bridge Home | 14333 Aetna St. | 74 | Open | 8/10/2020 | 74 | 59 | 26 | 89 | 174 | 79 | 253 |
| 9 | 2 | A Bridge Home | 7700-7798 Van Nuys Blvd. (formerly 7700 Van Nuys Blvd.) | 100 | Open | 8/17/2020 | 100 | 105 | 38 | 127 | 270 | 135 | 405 |
| 10 | 14 | A Bridge Home | 310 N. Main St. | 99 | Open | 8/18/2020 | 99 | 183 | 28 | 75 | 286 | 136 | 422 |
| 11 | 10 | A Bridge Home | 1818 S. Manhattan Pl. (formerly 1819 S. Western Ave.) | 15 | Open | 9/21/2020 | 15 | 17 | 4 | 17 | 38 | 27 | 65 |
| 12 | 11 | Safe Parking | 11339 Iowa Ave. | 25 | Open | 10/1/2020 | 25 | 5 | 12 | 14 | 31 | 108 | 139 |
| 13 | 11 | Safe Parking | 9100 Lincoln Blvd. | 25 | Open | 10/6/2020 | 25 | 7 | 16 | 13 | 36 | 96 | 132 |
| 14 | 14 | Project Roomkey | The L.A. Grand Hotel Downtown 333 S. Figueroa St. | 473 | Open | 11/1/2020 | 473 | 640 | 203 | 937 | 1780 | 157 | 1937 |
| 15 | 9 | Safe Parking | 1501 S. Figueroa St. (formerly 1201 S. Figueroa St.) | 30 | Open | 11/2/2020 | 30 | 12 | 23 | 17 | 52 | 105 | 157 |
| 16 | 13 | Permanent Supportive Housing (8) | Rampart Mint 252 S. Rampart Blvd. | 22 | Open | 11/9/2020 | 22 | 3 | 0 | 18 | 21 | 8 | 29 |
| 17 | 10 | Permanent Supportive Housing (8) | Metro at Buckingham (Phase II) 4018 S Buckingham Rd. | 51 | Open | 11/23/2020 | 51 | 3 | 38 | 3 | 44 | 7 | 51 |
| 18 | 1 | Project Homekey (9) | Solaire Hotel 1710 7th St. | 91 | Open | 1/1/2021 | 91 | 82 | 42 | 120 | 244 | 40 | 284 |
| 19 | 4 | Project Homekey (9) | The Sieroty (formerly Howard Johnson) 7432 Reseda Blvd. (16) | 74 | Open | 1/1/2021 | 74 | 35 | 42 | 107 | 184 | 21 | 205 |
| 20 | 14 | Interim Housing | Women's Bridge Housing Weingart Center 566 S. San Pedro St. | 60 | Open | 2/1/2021 | 60 | 27 | 20 | 71 | 118 | 130 | 248 |
| 21 | 2 | Interim Housing (Pallet) | 11471 Chandler Blvd. | 75 | Open | 2/1/2021 | 75 | 67 | 9 | 73 | 149 | 49 | 198 |
| 22 | 1 | Permanent Supportive Housing (8) | Westmore Elden Elms (Phase II) 1255 S Elden Ave. | 15 | Open | 2/3/2021 | 15 | 0 | 0 | 0 | 0 | 18 | 18 |
| 23 | 15 | Safe Parking | 19610 S. Hamilton Ave. | 25 | Open | 2/15/2021 | 25 | 6 | 6 | 6 | 18 | 63 | 81 |
| 24 | 6 | Permanent Supportive Housing (8) | Arminta Square 11050 W. Arminta St. | 45 | Open | 2/23/2021 | 45 | 0 | 3 | 4 | 7 | 99 | 106 |
| 25 | 10 | A Bridge Home | 668 S. Hoover St. (aka 625 La Fayette Pl.) | 72 | Open | 3/1/2021 | 72 | 57 | 21 | 87 | 165 | 58 | 223 |
| 26 | 14 | Rapid Rehousing | Scattered Sites - SRO Housing Corporation | 60 | Open | 3/1/2021 | 60 | 2 | 10 | 23 | 35 | 39 | 74 |

**COVID-19 Homelessness Roadmap**
**Quarterly Report**
**Quarter Ending December 31, 2022**

| No. | Council District | Project Type (1) | Address / Location | Beds* (3) | Status | Open & Occupiable Date (4) | Beds Open To Date (3) (7) | Individuals Served Since Open & Occupiable Date | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PEH** within 500 ft (4)(5) (Individuals) | PEH 65 Years or Older (Individuals) | PEH Other Vulnerable (6) (Individuals) | Total PEH Served per the Agreement | Other PEH (Not Prioritized in Agreement) (Individuals) | Total PEH Served to Date (Individuals) |
| 27 | 15 | Safe Parking | 711 S. Beacon St. | 30 | Open | 3/1/2021 | 30 | 4 | 11 | 22 | 37 | 139 | 176 |
| 28 | 9 | Safe Parking | 4301 S. Central Ave. | 10 | Open | 3/8/2021 | 10 | 3 | 9 | 9 | 21 | 27 | 48 |
| 29 | 12 | Project Homekey (9) | Travelodge 21603 Devonshire St. | 75 | Open | 3/15/2021 | 75 | 34 | 12 | 73 | 119 | 36 | 155 |
| 30 | 6 | Project Homekey (9) | Econo Motor Inn 8647 N. Sepulveda Blvd. | 58 | Open | 3/17/2021 | 58 | 46 | 16 | 112 | 174 | 67 | 241 |
| 31 | 13 | Project Homekey (9) | The NEST 253 S. Hoover St. | 38 | Open | 3/22/2021 | 38 | 43 | 6 | 64 | 113 | 38 | 151 |
| 32 | 3 | Safe Parking | 7128 Jordan Ave. | 25 | Open | 3/22/2021 | 25 | 9 | 4 | 13 | 26 | 33 | 59 |
| 33 | 10 | Project Homekey (9) | Best Inn 4701 W. Adams Blvd. | 22 | Open | 3/23/2021 | 22 | 29 | 2 | 10 | 41 | 3 | 44 |
| 34 | 9 | Permanent Supportive Housing (8) | Florence Mills 1036 E. 35th St. (aka 1044 E. Jefferson Blvd.) | 19 | Open | 3/24/2021 | 19 | 0 | 3 | 0 | 0 | 9 | 12 |
| 35 | 9 | Interim Housing | 5100 S. Central Ave. | 25 | Open | 4/1/2021 | 25 | 19 | 4 | 18 | 41 | 52 | 93 |
| 36 | 14 | Project Homekey (9) | Titta's Inn 5333 Huntington Dr. | 47 | Open | 4/6/2021 | 47 | 16 | 9 | 29 | 54 | 20 | 74 |
| 37 | 12 | Safe Parking | Metrolink Station - Northridge 8775 Wilbur Ave. | 20 | Open | 4/7/2021 | 20 | 14 | 9 | 6 | 29 | 47 | 76 |
| 38 | 14 | Project Homekey (9) | Super 8 Alhambra 5350 S Huntington Dr. | 52 | Open | 4/7/2021 | 52 | 18 | 11 | 30 | 59 | 22 | 81 |
| 39 | 2 | Interim Housing (Pallet) | 6099 Laurel Canyon Blvd. | 200 | Open | 4/13/2021 | 200 | 159 | 21 | 101 | 281 | 99 | 380 |
| 40 | 6 | Interim Housing | 6909 N Sepulveda Blvd. | 146 | Open | 4/13/2021 | 146 | 107 | 18 | 160 | 285 | 63 | 348 |
| 41 | 8 | Project Homekey (9) | EC Motel 3501 Western Ave. | 30 | Open | 4/13/2021 | 30 | 14 | 5 | 13 | 32 | 33 | 65 |
| 42 | 8 | Interim Housing | 9165 & 9165 ½ S Normandie St. | 20 | Open | 4/14/2021 | 20 | 34 | 0 | 4 | 38 | 21 | 59 |
| 43 | 15 | Interim Housing | 345 E 118 Pl. | 4 | Open | 4/14/2021 | 4 | 3 | 3 | 5 | 11 | 16 | 27 |
| 44 | 9 | Interim Housing | 224 E. 25th St. & 224 1/2 E. 25th St. | 68 | Open | 4/14/2021 | 68 | 32 | 8 | 23 | 63 | 134 | 197 |
| 45 | 13 | Interim Housing | 5941 Hollywood Blvd. | 30 | Open | 4/15/2021 | 30 | 30 | 11 | 26 | 67 | 90 | 157 |
| 46 | 13 | Safe Parking | 1033 Cole Ave. | 20 | Open | 4/16/2021 | 10 | 0 | 2 | 11 | 13 | 52 | 65 |
| 47 | 14 | Interim Housing | 543 Crocker St. | 20 | Open | 4/16/2021 | 20 | 8 | 1 | 9 | 18 | 39 | 57 |
| 48 | 4 | Interim Housing | 1701 Camino Palmero St. (14) | 42 | Open | 4/16/2021 | 42 | 3 | 0 | 1 | 4 | 79 | 83 |
| 49 | 8 | Interim Housing | 5615 - 5749 South Western Ave. | 7 | Open | 4/16/2021 | 7 | 5 | 5 | 4 | 14 | 13 | 27 |
| 50 | 8 | Interim Housing | 8501 1/2 S. Vermont Ave. | 25 | Open | 4/16/2021 | 25 | 35 | 4 | 17 | 56 | 51 | 107 |
| 51 | 9 | A Bridge Home | 4601 Figueroa St. | 30 | Open | 4/16/2021 | 30 | 1 | 0 | 1 | 2 | 74 | 76 |
| 52 | 8 | Interim Housing | 8701 S. Broadway | 150 | Open | 4/16/2021 | 150 | 96 | 37 | 131 | 264 | 320 | 584 |
| 53 | 11 | Project Homekey (9) | Super 8 LAX 9250 Airport Dr. | 44 | Open | 5/5/2021 | 44 | 32 | 12 | 25 | 69 | 4 | 73 |
| 54 | 11 | Interim Housing (Motel Vouchers) (12) | Ocean Front Walk | 7 | Open | 6/7/2021 | 7 | 0 | 0 | 4 | 4 | 1 | 5 |
| 55 | 13 | Interim Housing (Pallet) | 1455 N. Alvarado St. | 74 | Open | 6/8/2021 | 74 | 38 | 5 | 29 | 72 | 51 | 123 |
| 56 | 3 | Interim Housing (Pallet) | 19040 Vanowen St. (aka 6720 Vanalden Ave.) | 101 | Open | 6/10/2021 | 101 | 53 | 9 | 57 | 119 | 42 | 161 |

**COVID-19 Homelessness Roadmap**
**Quarterly Report**
**Quarter Ending December 31, 2022**

| No. | Council District | Project Type (1) | Address / Location | Beds* (3) | Status | Open & Occupiable Date (4) | Beds Open To Date (3) (7) | Individuals Served Since Open & Occupiable Date | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PEH** within 500 ft (4)(5) (Individuals) | PEH 65 Years or Older (Individuals) | PEH Other Vulnerable (6) (Individuals) | Total PEH Served per the Agreement | Other PEH (Not Prioritized in Agreement) (Individuals) | Total PEH Served to Date (Individuals) |
| 57 | 15 | Interim Housing (Pallet) | 1221 S. Figueroa Pl. (17) | 75 | Open | 6/14/2021 | 75 | 55 | 7 | 28 | 90 | 90 | 180 |
| 58 | 14 | Interim Housing | 1060 N Vignes St. | 232 | Open | 6/30/2021 | 232 | 218 | 50 | 168 | 436 | 182 | 618 |
| 59 | 3 | Interim Housing (Pallet) | 6073 N. Reseda Blvd. (aka 18616 W. Topham Street) | 148 | Open | 7/7/2021 | 148 | 63 | 10 | 45 | 118 | 79 | 197 |
| 60 | 7 | Project Homekey (9) | Encinitas (formerly Good Nite Inn) 12835 Encinitas Ave. | 86 | Open | 8/29/2021 | 86 | 34 | 12 | 54 | 100 | 64 | 164 |
| 61 | 2 | Interim Housing (Pallet) | 12600 Saticoy St. | 150 | Open | 9/21/2021 | 150 | 105 | 13 | 66 | 184 | 84 | 268 |
| 62 | 6 | Interim Housing | 7816 Simpson Ave. | 49 | Open | 10/1/2021 | 49 | 29 | 5 | 29 | 63 | 28 | 91 |
| 63 | 14 | Interim Housing (Pallet) | Arroyo Drive at Ave 60 | 224 | Open | 11/2/2021 | 224 | 137 | 13 | 45 | 195 | 63 | 258 |
| 64 | 13 | A Bridge Home | 1214 Lodi Pl. | 64 | Open | 11/15/2021 | 64 | 21 | 5 | 34 | 60 | 66 | 126 |
| 65 | 13 | Interim Housing (Pallet) | 2301 W. 3rd St. | 107 | Open | 12/16/2021 | 107 | 27 | 10 | 36 | 73 | 69 | 142 |
| 66 | 5 | Interim Housing | Coalition to Abolish Slavery and Human Trafficking (CAST) Shelter - Address Witheld | 15 | Open | 1/10/2022 | | | | | | | 51 |
| 67 | 9 | Project Homekey / Safe Sleeping (13) | 2300 S. Central Ave. (aka 1119 E 25th St.) | 88 | Open | 1/24/2022 | 88 | 79 | 22 | 31 | 132 | 177 | 309 |
| 68 | 14 | Interim Housing (Pallet) | 7570 Figueroa St. | 93 | Open | 3/2/2022 | 93 | 25 | 7 | 18 | 50 | 22 | 72 |
| 69 | 12 | Interim Housing | 18140 Parthenia St. | 107 | Open | 5/17/2022 | 107 | 56 | 9 | 46 | 111 | 71 | 182 |
| 70 | 9 | Project Homekey / Interim Housing (13) | King Solomon Village 1300-1332 W. Slauson Ave. | 100 | In Process | | | | | | | | |
| 71 | 9 | Project Homekey / Interim Housing (13) | 2521-2525 Long Beach Ave. | 200 | In Process | | | | | | | | |
| 72 | 1 | Interim Housing | Northeast New Beginnings Community 499 N. San Fernando Rd. | 100 | In Process | | | | | | | | |
| 73 | 3 | Rapid Rehousing / Shared Housing | Scattered Sites | 30 | In Process | | | | | | | | |
| 74 | 15 | Project Homekey | Travelodge 18600 Normandie Ave. | 40 | In Process | | | | | | | | |
| 75 | 6 | Project Homekey | Pano (formerly Panorama Inn) 8209 Sepulveda Blvd. | 90 | In Process | | | | | | | | |
| 76 | 6 | Project Homekey | Woodman 9120 Woodman Ave. | 148 | In Process | | | | | | | | |
| 77 | 6 | Interim Housing (Pallet) | 9710 San Fernando Rd. (aka 9700 San Fernando Rd.) | 161 | In Process | | | | | | | | |
| 78 | 9 | Permanent Supportive Housing | 5215 S. Figueroa St. | 40 | In Process | | | | | | | | |
| 79 | 14 | Interim Housing | 1904 Bailey St. | 72 | In Process | | | | | | | | |
| 80 | 14 | Interim Housing (Pallet) | 850 N. Mission Rd. | 144 | In Process | | | | | | | | |
| 81 | 3 | Project Homekey (9) | Canoga Park Place (formerly Super 8 Canoga Park) 7631 Topanga Canyon | 52 | Ended (11) | 1/1/2021 - 8/29/2021 | 0 | 4 | 11 | 57 | 72 | 3 | 75 |
| 82 | 1 | Project Roomkey | The Mayfair Hotel 1256 W. 7th St. | 267 | Ended (11) | 11/1/2020 - 7/15/2022 | 267 | 180 | 129 | 489 | 798 | 63 | 861 |

**COVID-19 Homelessness Roadmap**
**Quarterly Report**
**Quarter Ending December 31, 2022**

| No. | Council District | Project Type (1) | Address / Location | Beds* (3) | Status | Open & Occupiable Date (4) | Beds Open To Date (3) (7) | Individuals Served Since Open & Occupiable Date | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PEH** within 500 ft (4)(5) (Individuals) | PEH 65 Years or Older (Individuals) | PEH Other Vulnerable (6) (Individuals) | Total PEH Served per the Agreement | Other PEH (Not Prioritized in Agreement) (Individuals) | Total PEH Served to Date (Individuals) |
| 83 | 2 | Project Roomkey | Sportsmen's Lodge Hotel 12825 Ventura Blvd. | 165 | Ended (11) | 11/1/2020 - 7/31/2021 | 0 | 74 | 38 | 237 | 349 | 10 | 359 |
| 84 | 13 | Safe Parking | Cahuenga Branch Library 4591 Santa Monica Blvd. | 10 | Ended (11) | 3/15/2021 - 6/30/2022 | 0 | 1 | 3 | 1 | 5 | 53 | 58 |
| 85 | 14 | Interim Housing | Winter Shelter  Weingart Center 566 S. San Pedro St. | 49 | Ended (11) | 4/1/2021 - 10/31/2021 | 0 | 14 | 18 | 51 | 83 | 87 | 170 |
| 86 | 7 | Interim Housing | Greater Missionary Church 11067 Norris Ave. | 57 | Ended (11) | 4/1/2021 - 10/31/2021 | 0 | 73 | 37 | 100 | 210 | 222 | 432 |
| 87 | 8 | Interim Housing | Bryant Temple AME 2514 W. Vernon Ave. | 20 | Ended (11) | 4/1/2021 - 10/31/2021 | 0 | 12 | 11 | 38 | 61 | 105 | 166 |
| 88 | 8 | Interim Housing | Home At Last Women's Shelter 8311 S. Western Ave. | 30 | Ended (11) | 4/1/2021 - 10/31/2021 | 0 | 6 | 7 | 39 | 52 | 66 | 118 |
| 89 | 9 | Interim Housing | Home At Last Men's Shelter 5171 S. Vermont Ave. | 20 | Ended (11) | 4/1/2021 - 10/31/2021 | 0 | 6 | 3 | 13 | 22 | 50 | 72 |
| 90 | 13 | Interim Housing | Shatto Park Recreation Center 3191 W. 4th St. | 48 | Ended (11) | 4/1/2021 - 5/31/2021 | 0 | 7 | 5 | 26 | 38 | 28 | 66 |
| 91 | 4 | Interim Housing | Pan Pacific Park 7600 Beverly Blvd. | 73 | Ended (11) | 4/1/2021 - 5/31/2021 | 0 | 19 | 13 | 54 | 86 | 23 | 109 |
| 92 | 1 | Interim Housing | Echo Park Community Center 313 Patton St. (aka 303 Patton St.) | 27 | Ended (11) | 4/1/2021 - 6/30/2022 | 0 | 47 | 10 | 55 | 112 | 41 | 153 |
| 93 | 6 | Project Roomkey | Airtel 7277 Valjean Ave. | 237 | Ended (11) | 4/15/2021 - 10/31/2022 | 237 | 286 | 44 | 499 | 829 | 38 | 867 |
| 94 | 15 | Project Roomkey | Vagabond Inn San Pedro 215 S. Gaffey St. | 72 | Ended (11) | 4/15/2021 - 9/24/2021 | 0 | 45 | 9 | 93 | 147 | 5 | 152 |
| 95 | 13 | Safe Sleeping | 317 N. Madison Ave. | 70 | Ended (11) | 4/16/2021 - 12/31/2021 | 0 | 36 | 9 | 31 | 76 | 105 | 181 |
| 96 | 1 | Project Roomkey | America's Best Value Inn 1123 W. 7th St. | 61 | Ended (11) | 4/16/2021 - 12/9/2021 | 0 | 30 | 14 | 64 | 108 | 8 | 116 |
| 97 | 1 | Project Roomkey | Best Western Dragon's Gate Inn 818 N. Hill St. | 50 | Ended (11) | 4/16/2021 - 6/15/2022 | 50 | 76 | 21 | 118 | 215 | 33 | 248 |
| 98 | 9 | Interim Housing | 3123 S. Grand Ave. | 20 | Ended (11) | 4/16/2021 - 6/30/2022 | 0 | 32 | 3 | 10 | 45 | 16 | 61 |
| 99 | 10 | Project Roomkey | H Hotel 3206 W. 8th St. | 49 | Ended (11) | 4/16/2021 - 7/24/2021 | 0 | 10 | 6 | 34 | 50 | 13 | 63 |
| 100 | 10 | Project Roomkey | Shelter Hotel 457 S. Mariposa Ave. | 48 | Ended (11) | 4/16/2021 - 9/9/2021 | 0 | 31 | 4 | 44 | 79 | 5 | 84 |
| 101 | 1 | Project Roomkey | Royal Pagoda 995 N. Broadway | 33 | Ended (11) | 5/17/2021 - 1/28/2022 | 0 | 34 | 8 | 54 | 96 | 15 | 111 |
| 102 | 11 | Project Homekey (9) | Ramada Inn 3130 Washington Blvd. | 33 | Ended (11) | 7/14/2021 - 10/31/2022 | 33 | 18 | 4 | 25 | 47 | 12 | 59 |
| 103 | 4 | Project Roomkey | Highland Gardens 7047 Franklin Ave. | 70 | Ended (11) | 7/8/2021 - 10/31/2022 | 70 | 122 | 10 | 67 | 199 | 18 | 217 |
| Other Beds (2) | | | | | | | | | | | | | |
| 104 | 1 | Permanent Supportive Housing - In Existing Agreement with County | Aria Apartments 1532 W. Cambria St. | 56 | Open | 10/9/2020 | 56 | 1 | 1 | 0 | 2 | 72 | 74 |

**COVID-19 Homelessness Roadmap**
**Quarterly Report**
**Quarter Ending December 31, 2022**

| No. | Council District | Project Type (1) | Address / Location | Beds* (3) | Status | Open & Occupiable Date (4) | Beds Open To Date (3) (7) | Individuals Served Since Open & Occupiable Date | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PEH** within 500 ft (4)(5) (Individuals) | PEH 65 Years or Older (Individuals) | PEH Other Vulnerable (6) (Individuals) | Total PEH Served per the Agreement | Other PEH (Not Prioritized in Agreement) (Individuals) | Total PEH Served to Date (Individuals) |
| 105 | 3 | A Bridge Home - In Existing Agreement with County | 7621 Canoga Ave. | 81 | Open | 2/1/2021 | 81 | 47 | 25 | 72 | 144 | 85 | 229 |
| 106 | 13 | Permanent Supportive Housing - In Existing Agreement with County | McCadden Plaza 1119 N. McCadden Pl. | 25 | Open | 3/31/2021 | 46 | 0 | 11 | 2 | 13 | 32 | 45 |
| 107 | 4 | A Bridge Home - In Existing Agreement with County | 3061 Riverside Dr. (15) | 78 | Open | 4/16/2021 | 78 | 8 | 1 | 9 | 18 | 223 | 241 |
| 108 | 7 | A Bridge Home - In Existing Agreement with County | Sylmar Armory 12860 Arroyo St. | 85 | Open | 8/3/2020 | 85 | 58 | 16 | 74 | 148 | 81 | 229 |
| 109 | 7 | Permanent Supportive Housing - In Existing Agreement with County | Metamorphosis on Foothill 13574 W. Foothill Blvd. | 47 | Open | 3/26/2021 | 37 | 0 | 9 | 27 | 36 | 7 | 43 |
| 110 | 8 | Permanent Supportive Housing - In Existing Agreement with County | Western Ave. Apartments 5501 S. Western Ave. | 32 | Open | 4/16/2021 | 17 | | 3 | | | | 23 |
| 111 | 9 | Permanent Supportive Housing - In Existing Agreement with County | Residences on Main 6901 S. Main St. | 49 | Open | 11/17/2020 | 34 | 0 | 2 | 14 | 16 | 77 | 93 |
| 112 | 9 | Permanent Supportive Housing - In Existing Agreement with County | RISE Apartments 4050 S. Figueroa St. | 56 | Open | 4/21/2021 | 14 | 1 | 2 | 5 | 8 | 6 | 14 |
| 113 | 14 | A Bridge Home - In Existing Agreement with County | 1426 Paloma St. | 119 | Open | 12/21/2020 | 78 | 34 | 38 | 56 | 128 | 163 | 291 |
| 114 | 14 | Permanent Supportive Housing - In Existing Agreement with County | 649 LOFTS 649 S. Wall St. | 28 | Open | 12/24/2020 | 28 | 1 | 0 | 6 | 7 | 3 | 10 |
| 115 | 15 | A Bridge Home - In Existing Agreement with County | 515 N. Beacon St. (10) | 62 | Open | 7/7/2020 | 38 | 75 | 40 | 96 | 211 | 232 | 443 |
| 116 | 8 | Permanent Supportive Housing - In Existing Agreement with County | The Pointe on Vermont 7600 S Vermont Ave. | 25 | Open | 3/22/2021 | 25 | 0 | 1 | 0 | 1 | 25 | 26 |
| 117 | 14 | Permanent Supportive Housing - In Existing Agreement with County | FLOR 401 Lofts 401 E 7th St. (18) | 49 | Open | 9/30/2020 | 49 | | 16 | | | | 67 |
| | | | | | | | | **5,138** | **2,055** | **7,762** | **14,933** | **7,199** | **22,380** |

**New Beds Open & Occupiable as of December 31, 2022:**  6,161
**New Beds Open & Occupiable and In Process:**  7,186
**Other Beds in Existing Agreements Open & Occupiable (2):**  792

(1) The type of homeless intervention. Tiny Home Villages (or Pallet shelters) are listed as interim housing interventions.

(2) Interventions in existing agreements with the County of Los Angeles prior to June 16, 2020. Per the agreement, only 700 beds from existing agreements may be counted toward the Homelessness Roadmap.

(3) Total beds opened as of Dec 31, 2022. Per Los Angeles County Department of Public Health COVID-19 restrictions, not all beds may be occupied in interim housing facilities.

(4) LAHSA provides the data for the  number of PEH in the target population served. The target population for this effort includes:

     a. People experiencing homelessness and living in the City within 500 feet of freeway overpasses, underpasses and ramps;

     b. People experiencing homelessness within the City who are 65 years of age or older; and

     c. Other vulnerable people experiencing homelessness within the City of Los Angeles.

(5) The geographic location of encampments for "PEH within 500 ft" may be adjusted by LAHSA between quarterly report, resulting in data variations.

(6) The criteria for "PEH Other Vulnerable" are persons with preexisting medical conditions and vulnerable to COVID-19.

(7) Rapid Rehousing / Shared Housing Placements are reported by number of households, not individuals.

(8) The bed count only includes permanent supportive housing units; not affordable units or the manager's units in the building.

**COVID-19 Homelessness Roadmap**
**Quarterly Report**
**Quarter Ending December 31, 2022**

| No. | Council District | Project Type (1) | Address / Location | Beds* (3) | Status | Open & Occupiable Date (4) | Beds Open To Date (3) (7) | Individuals Served Since Open & Occupiable Date | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PEH** within 500 ft (4)(5) (Individuals) | PEH 65 Years or Older (Individuals) | PEH Other Vulnerable (6) (Individuals) | Total PEH Served per the Agreement | Other PEH (Not Prioritized in Agreement) (Individuals) | Total PEH Served to Date (Individuals) |

(9) Project Homekey sites list the total number of units that will be occupiable, but some units may be offline for rehabilitation and ADA compliance.

(10) The beds at 515 N. Beacon St. are reported in both new and other beds per the funding sources. No beds are duplicated.

(11) These interventions ended as part of the Roadmap agreement.

(12) City funded motel vouchers for PEH. This is a temporary intervention, and the the number of beds will be adjusted as households are placed in other interim or permanent housing beds to ensure an unduplicated count.

(13) Interventions are part of the City's Project Homekey Program, but they are commercial buildings and not hotels/motels. Alternative models for interim housing are being funded until the sites are ready for PSH development.

(14) This site serves family units of one head of household and a child. This number reflects the contracted amount of units times 2 bed per household.

(15) This site services family units of two heads of household and a child. This number reflects the contracted amount of units times 3 beds per household.

(16) Bed count updated from 75 to 74 to reflect one manager unit.

(17) Bed count update from 80 to 75 based on site plan confirmation.

(18) Data of individuals served is from the quarter ending March 31, 2022 due to lack of reporting.

\* Beds approved for inclusion in the Roadmap. Includes all homeless intervention types in development: interim beds/units, safe parking, safe sleeping, and permanent supportive housing units.

\*\* PEH: People Experiencing Homelessness