# EXHIBIT C

**REPORT** FROM

# OFFICE OF THE CITY ADMINISTRATIVE OFFICER

| | | |
|---|---|---|
| Date: | October 14, 2022 | CAO File No. 0220-05151-0391 |
| | | Council File No. 20-0841, 20-0841-S21 |
| | | 20-0841-S23, 20-0841-S25 |
| | | Council District: All |

To:        The City Council

From:     Matthew W. Szabo, City Administrative Officer

Reference:   COVID-19 Homelessness Roadmap

Subject:    **REVISED THIRTEENTH REPORT: COVID-19 HOMELESSNESS ROADMAP FUNDING RECOMMENDATIONS**

## SUMMARY

On September 9, 2020, the City Council approved funding for the initial projects under the COVID-19 Homelessness Roadmap (Roadmap) and directed this office to submit future funding recommendations through reports. This is the thirteenth such report.

First, this report provides additional operations funding for the Los Angeles World Airports safe parking site in Council District 11, as well as CEQA exemption findings. This report also programs Homelessness Efforts - County Agreement Funds for the operating costs to continue multiple Roadmap interventions for Fiscal Year 2022-23.

Second, this report reprograms savings to the Homelessness Efforts - County Agreement Fund from THV sites and Project Homekey sites. Savings from the COVID-19 Emergency Solutions Grant are also being reprogrammed to Project Homekey rehabilitation and operations for interim housing.

Lastly, this report recommends funding for the continuation of property storage services at one City-operated Project Roomkey site, the Airtel Plaza Hotel in Council District 6, and disaster service workers (DSWs) for a County-operated site, the Cadillac Hotel in Council District 11.

## RECOMMENDATION

That the City Council, subject to approval by the Mayor:

1. DETERMINE that, the Safe Parking project at 5455 W 111th Street, which allows for the funding for the use of property, subject to the Board of Airport Commissioners approval, as a temporary intervention, is statutorily exempt from California Environmental Quality Act under

CAO File No.
0220-05151-0391

PAGE
2

Public Resources Code Section 21080(b)(4), as a specific action necessary to prevent or mitigate an emergency as also reflected in CEQA Guideline Section 15269(c);

2.  APPROVE up to $437,994 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to Fund No. 63Q/43, Account No. 43WC26, 2022-23 Safe Parking Operations for operations of a safe parking site, located at 5455 W. 111th St. in Council District 11, through June 30, 2023;

3.  REPROGRAM $681,899 allocated for construction of a Tiny Home Village (THV) at 850 North Mission Road in Council District 14 from Fund No. 64J/10, Account No. 10V754, CD 14 850 North Mission Road THV to Homeless Housing, Assistance, and Prevention Grant Program Round 2 (HHAP-2), Fund No. 64J/10 Account No.10V771, FC-1 COVID-19 Homelessness Roadmap Operating Costs;

4.  APPROVE payment in the amount of $4,649.53 from the Additional Homeless Services - General City Purposes (AHS-GCP) Fund No. 100/56, Account No. 000931 to Fund No. 100/40, Account No. 001090, Overtime - General, for outstanding invoice relating to a soil investigation at a THV site located at 12600 Saticoy Street in Council District 2;

5.  REPROGRAM $456,000 in savings from Homelessness Efforts - County Agreement Fund No. 63Q/43, Account No. 43WC27, 2022-23 Tiny Home Operations to Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement from a THV site located at 12600 Saticoy Street in Council District 2;

6.  TRANSFER $5,051,164 in savings from Homelessness Efforts - County Agreement Fund No. 63Q/43, Account No. 43WC30, 2022-23 Project Homekey Operations to Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement;

7.  REPROGRAM up to $3,976,432 from Fund No. 63Q/43, Account No. 43WC30, 2022-23 Project Homekey Operations to Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement from the following Project Homekey sites:
    a.  $150,015 from Casa Luna (Titta's Inn);
    b.  $3,826,417 from Arleta (Woodman);

8.  APPROVE $1,840,761 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to Fund No. 63Q/43, Account No. 43WC30, 2022-23 Project Homekey Operations for operating costs for the following Project Homekey site, through June 30, 2023:
    a.  $1,590,761 to Sieroty (Howard Johnson);
    b.  $250,000 to Pano (Panorama Inn);

CAO File No.              PAGE

0220-05151-0391            3

9. APPROVE up to $5,709,322 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement for operating costs to continue Roadmap interventions for the following projects listed on *Table 1: Additional Funding for Continuing Roadmap Interventions* through June 30, 2023:

    a. $3,689,961 to Fund No. 63Q/43, Account No. 43WC29, 2022-23 Other Interim Housing Operations;

    b. $2,019,361 to Fund No. 63Q/43, Account No. 43WC27, 2022-23 THV Operations;

10. APPROVE $386,504.09 for modular storage services at the Airtel site in Council District 6;

    a. TRANSFER $386,504.09 from the AHS-GCP, Fund No. 100/56, Account No. 000931 to Los Angeles Housing Department (LAHD) Fund No. 10A/43, Account No. 43VB58, CD 6 Airtel PRK Storage Project for modular storage services at the Airtel site in Council District 6;

    b. REQUEST that the Los Angeles Homeless Services Authority (LAHSA) amend an existing sole source subcontract with Chrysalis for the modular storage services in Council District 6 and add up to $386,504.09 to provide services;

11. REPROGRAM up to $2,007,500 from Emergency Solutions Grant - CARES Act (ESG-CV) Fund No. 517/43, Account No. 43TA42, Homekey Operations allocated for the interim housing at 1300-1332 West Slauson Avenue in Council District 9 to ESG-CV Fund No. 517/43, Account No. 43VC9V, COVID-19 Homeless Roadmap;

    a. REQUEST that LAHSA amend the contract with the Project Homekey 1 operator of the 1300-1332 West Slauson Avenue, First to Serve, to effectuate the above recommendations;

12. APPROVE $356,272 in ESG-CV funds recognized in Recommendation 11 from ESG-CV Fund No. 517/43, Account No. 43VC9V, COVID-19 Homeless Roadmap to ESG-CV Fund No. 517/43, Account No. 43TA43, Homekey Rehab for the installation of a vapor mitigation system at the Project Homekey site, Restoration Apartments (EC Motel), located at 3501 Western Avenue in Council District 8;

13. APPROVE up to $300,000 in ESG-CV funds recognized in Recommendation 11 from ESG-CV Fund No. 517/43, Account No. 43VC9V, COVID-19 Homeless Roadmap to ESG-CV Fund No. 517/43, Account No. 43TA43, Homekey Rehab for the installation of fire life-safety features for the Project Homekey site, Devonshire Lodge (Travelodge/Devonshire), located at 21603 Devonshire Street in Council District 12;

14. APPROVE up to $3,177,300 for the cost of operating the interim housing site located at 2521-2525 Long Beach Avenue in Council District 9 through June 30, 2023, from the following accounts:

    a. $1,351,228 from in ESG-CV funds recognized in Recommendation 11 from ESG-CV Fund No. 517/43, Account No. 43VC9V, COVID-19 Homeless Roadmap to ESG-CV Fund No. 517/43, Account No. 43TA42, Homekey Operations;

CAO File No.  
0220-05151-0391

PAGE  
4

b. $1,826,072 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to Fund No. 63Q/43, Account No. 43WC29, 2022-23 Other Interim Housing Operations;

15. APPROVE up to $39,752 from the AHS-GCP Fund No. 100/56, Account No. 000931 to the following accounts for repair costs of A Bridge Home (ABH) site located at 828 Eubank Avenue in Council District 15:
   a. Up to $21,276 to General Services Department (GSD) Fund No. 100/40, Account 001101, Hiring Hall Construction;
   b. Up to $10,651 to GSD Fund No. 100/40, Account 001121, Benefits Hiring Hall Construction;
   c. Up to $7,825 to GSD Fund No. 100/40, Account 003180, Construction Materials;

16. APPROVE $1,254,679.14 from HHAP-2, Fund No. 64J/10, Account No.10V771, FC-1 COVID-19 Homelessness Roadmap Operating Costs to LAHSA for direct service funding of LAHSA Interim Housing shelter program staffs;
   a. TRANSFER $1,254,679.14 to Fund No. 64J/43, in a new account entitled "LAHSA Interim Housing Staff Operations";

17. APPROVE $262,757.52 from the AHS-GCP Fund No. 100/56, Account No. 000931, to Fund No. 100/56, Account No. 000957, Project Roomkey COVID-19 Emergency Response for the extension costs associated with Disaster Service Workers servicing the County operated PRK site located at Cadillac in Council District 11 from October 1, 2022 through January 31, 2023 with expenditure authority for this program through June 30, 2023;
   a. TRANSFER $262,757.52 from Project Roomkey Fund No. 100/56, Account No. 000957, Project Roomkey COVID-19 Emergency Response to the Personnel Department for the extension costs associated with Cadillac;

18. TRANSFER $298,951.96 from the Bureau of Engineering Special Services Fund No. 682/50, Account No. 50VVIA, Salaries and Mileage for Homeless Roadmap to Fund No. 682/50, Account No. 50VVHF, Feasibility Studies for Homeless Roadmap to reimburse costs of feasibility studies;

19. AMEND the approved Recommendation No. 8 relative to the 11th Homelessness Roadmap Report dated May 20, 2022 (C.F. 20-0841-S23) and replace it with the following:
   a. REPROGRAM up to $109,506 allocated to LAHSA for the infeasible Safe Parking site at 15380 Oxnard Street in Council District 4 from Homelessness Effort - County Funding Agreement Fund No. 63Q/43, Account No. 43TA28, Safe Parking - 15380 Oxnard Street to Fund No. 63Q, Account No. 10T618, Homeless Effort - County Funding Agreement;

20. AMEND the approved Recommendation No. 3 relative to the 12th Homelessness Roadmap Report dated August 5, 2022 (C.F. 20-0841-S25) and replace it with the following:

a.  REPROGRAM up to $4,429,896 in savings from various Roadmap interim housing projects for operations costs to the Emergency Solutions Grant - CARES Act (ESG-CV) Fund No. 517/43, Account No. 43VC9V, COVID-19 Homeless Roadmap from the following:
   i.  $1,338,966 from ESG-CV Fund No. 517/43, Account No. 43TA31, Tiny Home Operations-12600 Saticoy St.;
   ii.  $767,625 from ESG-CV Fund No. 517/43, Account No. 43TA32, Tiny Home Operations-6099 Laurel Canyon Blvd.;
   iii.  $822,917 from ESG-CV Fund No. 517/43, Account No. 43TA33, Tiny Home Operations-6700 Vanalden Ave.;
   iv.  $1,469,219 from ESG-CV Fund No. 517/43, Account No. 43TA34, Tiny Home Operations-6073 Reseda Blvd.; and
   v.  $31,169 from ESG-CV Fund No. 517/43, Account No. 43TA35, Tiny Home Operations-5941 Hollywood Blvd.;

21. AMEND the approved Recommendation Nos. 9 and 10 relative to the 12th Roadmap Report dated August 5, 2022 (C.F. 20-0841-S25) and replace it with the following:
   a.  REPROGRAM $3,175,500 from Homeless Efforts - County Funding Agreement Fund No. 63Q/43, account number to be determined for 2022-23 LAHSA ABH Operations to Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement for operating costs from the following  sites:
      i.  $613,200 from the ABH site located at 1920 West 3rd Street in Council District 1;
      ii.  $1,576,800 from the ABH site located at 1533 Schrader Boulevard in Council District 13;
      iii.  $985,500 from the ABH site located at 711 North Alameda Street in Council District 14;
   b.  APPROVE $3,175,500 from AHS-GCP Fund No. 100/56, 000931 to the Los Angeles Housing Department Fund No. 10A/43, in a new account entitled, "2022-23 LAHSA ABH Operations" for operating costs of the following ABH sites through June 30, 2023;
      i.  $613,200 for the ABH site located at 1920 West 3rd Street in Council District 1;
      ii.  $1,576,800 for the ABH site located at 1533 Schrader Boulevard in Council District 13;
      iii.  $985,500 for the ABH site located at 711 North Alameda Street in Council District 14;

22. AMEND the approved Recommendation No. 29 relative to the 12th Homelessness Roadmap Report dated August 5, 2022 (C.F. 20-0841-S25) and replace it with the following:
   a.  AUTHORIZE the extension of the LAHSA's expenditure authority for previously approved Project Homekey rehabilitation projects for construction costs incurred through June 30, 2023;

CAO File No.                                PAGE
0220-05151-0391                          6

23. AMEND the approved Recommendation No. 35 relative to the 12th Roadmap Report dated August 5, 2022 (C.F. 20-0841-S25) and replace it with the following:
    a. APPROVE an additional $497,031 for costs associated with operating CES Navigation Centers in Council Districts 2, 8, and 15;
        i.  a. TRANSFER $497,031 from AHS-GCP Fund No. 100/56, Account No. 000931 to Fund No. 10A/43, Account No. 43WC13, Street Strategies for additional funding for the CES Navigation Centers in Council Districts 2, 8, and 15;

24. RESCIND the approved Recommendation No. 29 from the 11th Roadmap Report dated May 20, 2022 (C.F. 20-0841-S23);

25. AUTHORIZE the CAO to deposit $48,548.39 in returned security deposit from ABH site located at 1426 South Paloma Street to Cashwiz Unit No. 1070 - Outside Agency Reimbursement;
    a. INCREASE appropriation within Fund No. 100/10, Account No. 003040, Contractual Services by $48,548.39;

26. AUTHORIZE the extension of the LAHSA's expenditure authority for the previously approved ESG-CV Rapid Rehousing/Shared Housing allocation of $82,285,920 through June 30, 2023;

27. AUTHORIZE the extension of the LAHSA - Housing Authority of the City of Los Angeles (HACLA) expenditure authority for the previously approved Measure H Strategy B4 (Landlord Incentives) allocation of $426,000 through June 30, 2023;

28. REQUEST that LAHSA amend or execute a new contract with Chrysalis for the Involuntary Storage Program to include the Department of Recreation and Parks;

29. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's Roadmap contract with LAHSA, C-137223 to reflect the following amounts approved relative to the 12th Roadmap Report dated August 5, 2022 (C.F. 20-0841-S25):
    a. Reflect the following additions:
        i.    Up to $1,661,159 for 2022-23 LAHSA ABH Operations;
        ii.   Up to $23,529,269 for 2022-23 LAHSA Project Homekey Operations;
        iii.  Up to $983,675 for 2022-23 LAHSA Other Interim Housing Operations;
        iv.  Up to $3,500,000 for the Project Homekey site, Arleta (formerly known as Woodman) in Council District 6 for increased construction costs, including asbestos remediation, and prevailing wage;
        v.   Up to $4,286,703 for rehabilitation for fire life-safety and accessibility features for the Project Homekey site, Pano (formerly known as the Panorama);
        vi.  Up to $1,515,944 for the rehabilitation of life-safety and accessibility features for Project Homekey 1, the Sieroty (Howard Johnson);
    b. Reflect the reductions from the following THV sites:

     i.    Up to $1,338,966 from 12600 Saticoy Street;
     ii.    Up to $767,625 from 6099 Laurel Canyon Boulevard;
     iii.   Up to $822,917 from 6700 Vanalden Avenue;
     iv.   Up to $1,469,219 from 6073 Reseda Boulevard;
     v.    Up to $31,169 from 5941 Hollywood Boulevard;

c. Reflect the reductions from the following Homekey 1 sites:
     i.    $250,000 from Pano (Panorama);
     ii.    $500,000 from Travelodge/Normandie;
     iii.   $315,000 from Arleta (Woodman);
     iv.   $200,000 from Sieroty (Howard Johnson);

30. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's General Fund contract with LAHSA, C-140706 to reflect the following additions approved relative to the 12th Homelessness Roadmap Report dated August 5, 2022 (C.F. 20-0841-S25):
    a. $497,031 for CES Navigation Centers in Council Districts 2, 8, and 15;
    b. $297,612 for the Involuntary Storage Program operated by the Los Angeles Police Department;
    c. $348,651 for lease and operating costs at the Stanford storage facility;

31. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's General Fund contract with LAHSA, C-140706 to reflect Reflect the contractual changes for the Involuntary Storage Program to include the Department of Recreation and Parks;

32. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's Roadmap contract with LAHSA, C-137223, as follows:
    a. Reflect the service funding allocations/amendments in this report for:
       i.    Safe Parking - 5455 West 111th Street;
       ii.    THV - 12600 Saticoy Street;
       iii.   Roadmap interventions described in Table 1;
       iv.   Project Homekey Operations for Casa Luna (Titta's Inn), Arleta (Woodman), Sieroty (Howard Johnson), and Pano (Panorama Inn);
       v.    Other Interim Beds - 1300-1332 West Slauson Avenue;
       vi.   Project Homekey Rehab for Restoration Apartments (EC Motel) and Devonshire Lodge (Travelodge/Devonshire);
       vii.   2521-2525 Long Beach Avenue;
       viii.   $5,051,164 Reduction from 2022-23 Project Homekey Operations
    b. Reflect the removal of $925,650 in Project Homekey 1 State Operating Subsidy Fund to operate 51 beds of interim housing at the Panorama Motel Project Homekey Site located at 8209 Sepulveda Boulevard in Council District 6, as this site did not receive a State service subsidy relative to the 5th Roadmap Report, Substitute Motion dated April 6, 2021 (C.F. 20-0841);
    c. Reflect the extension of expenditure authority for previously approved Project Homekey rehabilitation projects, ESG-CV Rapid Rehousing/Shared Housing and

CAO File No.                    PAGE
0220-05151-0391                  8

Measure H Strategy B4 (Landlord Incentives) through June 30, 2023;

33. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's HHAP contract with LAHSA, C-135650 as follows:
   a. Reflect the operations/services funding for:
      i. Storage Services at Airtel site;

34. INSTRUCT the General Manager of LAHD, or their designee, to amend the HHAP contract (C-135650) with the LAHSA to reflect allocations in this report for Interim Housing Staff Operations;

35. AUTHORIZE the CAO to:
   a. Prepare Controller instructions or make necessary technical adjustments, including to the names of the Special Fund accounts recommended for this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions; and
   b. Prepare any additional Controller instructions to reimburse City Departments for their accrued labor, material or permit costs related to projects in this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions.

**BACKGROUND**

As a part of the Roadmap, the City reached an agreement with the County of Los Angeles (County) on June 16, 2020, to develop 6,700 homeless within 18 months, to address the COVID-19 emergency. This agreement established the following milestones:

- 700 beds in existing agreements with the County within 10 months;
- 5,300 new beds within 10 months; and
- 700 new beds within 18 months.

Six thousand of these beds must be new beds, which are not included in any existing agreements between the City and the County. The County has committed to providing the City up to $60 million in services funding per year over the five-year term of the agreement, for a total of up to $300 million, based on the number of interventions that are open and occupiable within 60 days of July 1st each year. The target population for this effort includes:

- People experiencing homelessness and living in the City within 500 feet of freeway overpasses, underpasses, and ramps;
- People experiencing homelessness within the City who are 65 years of age or older; and
- Other vulnerable people experiencing homelessness within the City.

As of June 30, 2022, 7,387 new beds are open and occupiable, including 2,358 cumulative rapid rehousing/shared housing placements overseen by LAHSA as of September 29, 2022.

CAO File No.                     PAGE
0220-05151-0391                    9

## DISCUSSION

### 5455 West 111th Street in Council District 11

LAWA received approval from the Federal Aviation Administration in a letter dated January 27, 2022, for a one-year Safe Parking pilot program for up to 50 cars at 5455 West 111th Street in Council District 11. On June 7, 2022 (C.F. 20-0841-S23), a total of $109,506 in reappropriated savings from the Safe Parking Site at 15830 Oxnard Street was approved to fund operations at the Safe Parking Pilot, and this report recommends $437,994 to close the operational funding gap.

Additionally, the Bureau of Engineering has conducted a CEQA analysis for this site, which is transmitted under a separate cover. The Mayor and City Council must approve BOE's determinations that these uses are categorically exempt from CEQA.

### 850 N. Mission Road in Council District 14, HHAP-2 Funding Reallocation

In a CAO report dated May 20, 2022, $5,551,471 of HHAP-2 funding was recommended for the construction of a THV located at 850 North Mission Road in Council District 14. These funds were approved by Council and the Mayor on June 7, 2022 (CF 20-0841-S23). $681,899 of these funds were intended for the capital improvements of 2212 Jesse Street, also known as Mission and Jesse, which is where bins that are owned by LASAN would be relocated. HHAP-2 funds are not eligible for this use. In a Municipal Facilities Committee report, dated September 28, 2022, $493,924 was recommended to fund the reduced scope of improvements for Mission and Jesse. $300,000 of those funds will be provided by Council District 14 discretionary funds, and $193,924 will come from GCP-AHS. Therefore, the funding allocation of $681,899 of HHAP-2 funds are recommended for reprogramming.

### Project Homekey 1, Restoration Apartments (EC Motel)

The Restoration Apartments site (formerly known as the EC Motel), located at 3501 Western Avenue, Los Angeles, requires the installation of a vapor mitigation system. This was likely due to the use and storage of solvents and other hazardous materials associated with the former site occupants and proximity to other vapor-producing sites. This report recommends providing $356,272 in ESG-CV funds for this purpose.

### Project Homekey 1, Sieroty (Howard Johnson)

The Sieroty site (formerly known as the Howard Johnson), located at 7432 Reseda Boulevard, Reseda, requires additional funding in the amount of $1,515,944 due to required construction project scope updates from the Los Angeles Fire Department and Los Angeles Department of Building and Safety for fire life-safety systems and accessibility features. This report recommends up to $1,515,944 in ESG-CV funds for this purpose.

CAO File No.
0220-05151-0391

PAGE

10

## Project Homekey 1, Devonshire Lodge (Travelodge/Devonshire)

The Devonshire Lodge site (formerly known as the Travelodge/Devonshire), located at 21603 Devonshire St., in Chatsworth, requires additional funding in the amount of up to $300,000 for the replacement of the fire sprinkler system, as required under its last plan check inspection. This report recommends up to $300,000 in ESG-CV funds for this purpose, pending final review and approval by the Office of the CAO.

## Project Homekey 1, Pano (Panorama Inn)

The Pano site (formerly known as the Panorama Inn), located at 8209 Sepulveda Boulevard, Los Angeles, requires operational funding in the amount of $250,000 due to ongoing security needs during construction. This report recommends $250,000 for site operations through June 30, 2023 from County Roadmap funds.

## Additional Funding for Roadmap Interventions

The table below provides specific funding allocations by site for $5,709,322 of Homeless Efforts - County Funding Agreements funds. These funds will support various Roadmap operations through June 30, 2023, which include other interim housing and THVs.

Table 1: Additional Funding for Continuing Roadmap Interventions

| Funding Category | Site | County Funds |
|---|---|---|
| Other Interim Housing Operations | 1701 Camino Palmero St. | $76,650 |
| | 1300-1332 W. Slauson Avenue | $348,021 |
| | 18140 Parthenia Boulevard | $637,290 |
| | 566 S. San Pedro Street | $1,423,500 |
| | SRO Housing Corporations - Rapid Rehousing | $1,204,500 |
| | *Sub-total* | *$3,689,961* |
| THV Operations | 2301 W 3rd Street | $677,440 |
| | Arroyo & Ave. 60 | $763,880 |
| | 7570 Figueroa Street | $578,041 |
| | *Sub-total* | *$2,019,361* |
| Total | | $5,709,322 |

CAO File No.                    PAGE
0220-05151-0391                  11

**Project Roomkey Funding**

In a CAO report dated August 5, 2022 (CF 22-0756), the Project Roomkey (PRK) site located at the Airtel Plaza in Council District 6 was approved to be extended through October 31, 2022. Chrysalis provides storage services in the parking lot of this PRK site, and therefore, this report recommends up to $386,504.09 in funding from AHS-GCP to support the services provided.

The PRK site located at the Cadillac Hotel in CD 11 has also been extended through January 31, 2023. The Cadillac is operated and funded by the County, however the City has been providing this site with Disaster Service Workers (DSW) through the Personnel Department. This report recommends $262,757.52 of AHS-GCP for funding of the DSWs from October 1, 2022 through the end of the site's operations on January 31. 2023.

**Interim Housing - 2521-2525 Long Beach Avenue**

The interim housing site located at 2521-2525 Long Beach Avenue in CD 9 provides two separate buildings with 200 total beds for people experiencing homelessness. Building A provides 140 beds and is estimated to be available for occupancy in April 2023. Building B provides 60 beds with the anticipated occupancy date in November 2022, pending the certificate of occupancy. This report recommends the prorated total amount of $3,177,300 for site operations through June 30, 2023. $1,351,228 will be funded with ESG-CV and $1,826,072 will be funded through County Roadmap funds.

**828 Eubank Avenue in Council District 15**

The site located at 828 Eubank Avenue in Council District 15 has been in operation as ABH housing since July 2020. Since then, it has been discovered that the structure of the site has begun to sink and requires maintenance for both plumbing and painting. Based on the assessment completed by the Building Maintenance Division with the GSD, these improvements will cost up to $39,752. This report recommends AHS-GCP to fund this maintenance, as it does not fall under the responsibility of the tenant. Future repairs will be required for the shower trailers, in which funding will be identified as necessary.

**1426 S. Paloma Street, Security Deposit**

CAO received $48,548.39 in security deposit back from the ABH site located at 1426 Paloma Street. The security deposit was originally funded from the State of California Homeless Emergency Aid Program (HEAP) funds, which was closed out in June 2021. Per Business, Consumer Services and Housing Agency, the State Agency Fund Grantor, since the HEAP funds were spent on eligible uses within the grant term, these returned funds, similarly to interest accrued, are not considered HEAP funds and highly encourage and consider it a best practice to reinvest those funds into the homelessness response system and serve people experiencing homelessness. This report recommends depositing the returned funds to Cashwiz Unit No. 1070 -

Outside Agency Reimbursement and appropriating the money for future services relating to the Homelessness projects.

**LAHSA Interim Housing Staff Operations**

The Los Angeles Homeless Services Authority (LAHSA)'s Interim Housing department assists each Council District with the initiation of new sites and ongoing site reportings. Staff supports individual contract assessments, program reviews, funding plan analysis, allocation plans, and support providers, community members, and partners in understanding detailed operations of individual shelter programs. They also oversee various interim housing programs funded across the City including, but not limited to, all Roadmap programs such as THVs, safe sleep, safe parking, and new interim housing sites that come online for Roadmap. Currently, there are 9 FTE fully dedicated to Roadmap projects and an additional 11 FTE is to partially support Roadmap projects. This report recommends providing $1,254,679.14 in HHAP-2 funds for this purpose.

**FISCAL IMPACT STATEMENT**

There is no impact to the General Fund as a result of the recommendations in this report at this time. The recommendations in this Report will be funded with the City's General Fund approved for homelessness interventions AHS-GCP as well as: HHAP-2; ESG-CV; and the County service funding commitment from FY 2021-22 and FY 2022-23.

**FINANCIAL POLICIES STATEMENT**

The recommendations in this report comply with the City Financial Policies in that budgeted funds are being used to fund recommended actions.

Attachments:

1. COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 13th Homeless Roadmap Funding Recommendations are Approved

*MWS::EG:YC:BB:JL:MZ:MP:MAG:EPG:MCF:SBL:16230036*

# Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 13th Roadmap Funding Recommendations are Approved

**COVID-19 Homelessness Roadmap Status of Capital and Operating Funding**

| No. | Type of Unit/Intervention | Type | Site | CD | FY 2020-2021 HEAP/HHAP | FY 2020-2021 CRF | FY 2020-2021 CDBG-CV | FY 2020-2021 ESG-CV (5) | FY 2020-2021 County (4) | FY 2020-2021 GCP-AHS | FY 2021-2022 HEAP/HHAP | FY 2021-2022 CRF | FY 2021-2022 CDBG-CV | FY 2021-2022 ESG-CV (5) | FY 2021-2022 County (4) | FY 2021-2022 GCP-AHS | FY 2022-2023 HHAP-2 | FY 2022-2023 CDBG-CV | FY 2022-2023 ESG-CV (5) | FY 2022-2023 County (4) | FY 2022-2023 GCP-AHS | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 |  |  | 13160 Raymer St. | 2 | $1,348,321 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | $1,348,321 |
| 2 |  |  | 7700 Van Nuys Blvd. | 2 | $6,209,046 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | $6,209,046 |
| 3 |  |  | 7621 Canoga Ave. | 3 | $4,300,000 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | $4,300,000 |
| 4 |  |  | 3061 Riverside Dr. | 4 | $1,715,400 | $1,305,816 |  |  | $2,190,000 |  |  | -$23,238 |  |  |  |  |  |  |  |  |  | $5,187,979 |
| 5 |  |  | 3428 Riverside Dr. | 4 | $5,812,912 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | $5,812,912 |
| 6 |  |  | 1479 La Cienega Blvd. | 5 | $0 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | $0 |
| 7 |  |  | 14333 Aetna St. | 6 | $5,127,729 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | $5,127,729 |
| 8 | ABH Beds (1) | Capital | Sylmar Armory | 7 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | $0 |
| 9 |  |  | 4601 Figueroa St. | 9 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | $0 |
| 10 |  |  | 1819 S. Western Ave. | 10 | $1,579,490 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | $1,579,490 |
| 11 |  |  | 625 Lafayette Pl. | 10 | $5,518,289 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | $5,518,289 |
| 12 |  |  | West LA VA | 11 |  |  |  |  |  |  |  |  |  |  |  | $136,046 |  |  |  |  |  | $136,046 |
| 13 |  |  | 1533 Schrader Blvd. | 13 |  |  |  |  |  |  |  |  |  |  |  | $21,500 |  |  |  |  | $20,529 | $42,029 |
| 14 |  |  | 310 N. Main St. | 14 | $3,643,174 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | $3,643,174 |
| 15 |  |  | 515 N Beacon St. | 15 | $812,790 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | $812,790 |
| 16 |  |  | 828 Eubank Ave. | 15 | $15,000 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | $15,000 |
| | **ABH Capital Total** | | | | **$36,082,151** | **$1,305,816** | **$0** | **$0** | **$2,190,000** | **$0** | **$0** | **-$23,238** | **$0** | **$0** | **$0** | **$157,546** | **$0** | **$0** | **$0** | **$20,529** | **$39,732,804** |
| 17 |  |  | 1920 W 3rd St. | 1 | $169,179 |  |  | $179,200 |  |  |  |  |  |  | $649,266 |  |  |  |  | -$613,200 | $767,448 | $1,151,893 |
| 18 |  |  | 13160 Raymer St. | 2 | $1,589,955 |  | $1,861,500 |  |  |  |  |  |  |  | $914,501 |  |  |  |  | $946,999 | | $5,312,955 |
| 19 |  |  | 7700 Van Nuys Blvd. | 2 | $2,530,448 |  |  |  |  |  |  |  |  |  | $2,190,000 |  |  |  |  |  |  | $4,720,448 |
| 20 |  |  | 7621 Canoga Ave. | 3 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | |
| 21 |  |  | 3061 Riverside Dr. | 4 | $3,938,220 |  |  |  | $2,100,000 |  |  |  |  |  | $1,561,879 |  |  |  |  |  |  | $7,600,099 |
| 22 |  |  | 3428 Riverside Dr. | 4 | $1,721,062 |  |  |  | $2,190,000 |  |  |  |  |  | $2,190,000 |  |  |  |  |  |  | $6,101,062 |
| 23 |  |  | 1479 La Cienega Blvd. | 5 | $1,359,996 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | $647,991 | $2,007,987 |
| 24 |  |  | 14333 Aetna St. | 6 | $1,373,030 |  |  |  | $1,620,600 |  |  |  |  |  | $1,620,600 |  |  |  |  |  |  | $4,614,230 |
| 25 | ABH Beds (1) | Operating (2) | Sylmar Armory | 7 | $1,652,400 |  |  |  | $1,861,500 |  |  |  |  |  | $1,861,500 |  |  |  |  |  |  | $5,375,400 |
| 26 |  |  | 4601 Figueroa St. | 9 | $949,333 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | $949,333 |
| 27 |  |  | 1819 S. Western Ave. | 10 | $414,420 |  |  |  | $328,500 |  |  |  |  |  | $328,500 |  |  |  |  |  |  | $1,071,420 |
| 28 |  |  | 625 Lafayette Pl. | 10 | $626,691 |  |  |  | $1,533,000 |  |  |  |  |  | $1,576,800 |  |  |  |  |  |  | $3,736,491 |
| 29 |  |  | 1214 Lodi Pl. (Phase 1) | 13 | $3,720,868 |  |  |  | $875,520 |  |  |  |  |  | $1,401,600 |  |  |  |  |  |  | $5,997,988 |
| 30 |  |  | 1533 Schrader Blvd. | 13 | $281,517 |  |  |  | $419,040 |  |  |  |  |  | $2,090,880 |  |  |  |  | -$1,576,800 | 1,576,800 | $2,791,437 |
| 31 |  |  | 711 N Alameda St (El Puente) | 14 | $269,699 |  |  |  | $918,264 |  |  |  |  |  | $985,070 |  |  |  |  | -$985,500 | $985,500 | $2,173,033 |
| 32 |  |  | 310 N. Main St. (Civic Center) | 14 | $1,691,058 |  | $2,168,100 |  |  |  |  |  |  |  | $1,453,940 |  |  |  |  | $714,160 | | $6,027,258 |
| 33 |  |  | 515 N Beacon St. | 15 | $1,162,829 |  |  |  | $832,200 |  |  |  |  |  | $900,090 |  |  |  |  |  |  | $2,895,119 |
| 34 |  |  | 828 Eubank Ave. | 15 |  |  |  |  | $2,190,000 |  |  |  |  |  | $2,190,126 |  |  |  |  | $252 | **$39,752** | $4,420,130 |
| | **ABH Operation Total** | | | | **$23,450,705** | **$0** | **$0** | **$4,208,800** | **$14,868,624** | **$0** | **$0** | **$0** | **$0** | **$0** | **$21,915,182** | **$0** | **$0** | **$0** | **$0** | **-$866,099** | **$3,369,500** | **$66,946,712** |
| 35 |  |  | 11471 Chandler Blvd. | 2 | $30,000 | $5,208,879 |  |  |  |  |  | -$676,668 |  |  |  |  |  |  |  |  |  | $4,562,211 |
| 36 |  |  | 6099 Laurel Canyon Blvd. | 2 | $30,000 | $9,215,785 |  |  |  |  |  | -$572,749 |  |  |  |  |  |  |  |  |  | $8,673,036 |
| 37 |  |  | 12600 Saticoy St. | 2 | $195,754 | $8,546,064 |  |  |  |  |  | -$2,733,720 |  |  |  |  |  |  |  |  |  | $6,008,098 |
| 38 |  |  | 19040 Vanowen St. | 3 | $30,000 | $3,813,100 |  |  |  |  |  | -$701,722 |  |  |  | $88,619 |  |  |  |  |  | $3,229,997 |
| 39 |  |  | 6073 Reseda Blvd. | 3 | $1,501,729 | $3,161,433 |  |  |  |  |  | -$431,371 |  |  |  | $12,865 |  |  |  |  |  | $4,244,656 |
| 40 |  |  | 9710 San Fernando Blvd. | 6 |  |  |  |  |  |  | $10,000 | $249,707 | $3,880,068 |  |  | $2,833,295 |  |  |  |  |  | $6,973,070 |
| 41 | Tiny Home Villages | Capital | Compton Ave. and Nevin Ave. | 9 |  |  |  |  |  |  | $10,000 |  |  |  | $7,194,335 |  | -$10,000 |  |  | -$7,131,112 | $63,223 |
| 42 |  |  | 2301 W. 3rd St. | 13 | $111,701 |  |  |  | $4,863,199 |  |  | $3,121,058 |  |  | -$3,121,058 |  |  |  |  |  |  | $4,974,900 |
| 43 |  |  | 1455 Alvarado St. | 13 |  | $2,886,292 |  |  |  |  |  | -$398,566 |  |  |  |  |  |  |  |  |  | $2,487,726 |
| 44 |  |  | Arroyo & Ave. 60 | 14 | $224,762 | $1,828,402 | $4,119,932 |  |  |  |  | $2,812,279 | -$2,812,279 |  |  |  |  |  |  |  |  | $6,173,096 |
| 45 |  |  | 7570 Figueroa St. | 14 | $10,000 | $354,280 |  |  | $3,444,357 |  |  | $2,200,955 |  |  | -$2,200,955 |  |  |  |  |  |  | $3,808,637 |
| 46 |  |  | 850 N. Mission Rd. | 14 |  |  |  |  |  |  |  |  |  |  |  |  | $4,869,572 |  |  | $1,173,382 | $6,042,954 |
| 47 |  |  | 1221 Figueroa Pl. | 15 | $30,000 | $5,422,184 |  |  |  |  |  | -$1,060,943 |  |  |  |  |  |  |  |  |  | $4,391,241 |
| 48 |  |  | 600 E. 116th Pl. | 15 |  |  |  |  |  |  |  |  |  |  | $131,705 |  | $3,620,982 |  |  |  | $3,752,687 |
| | **Tiny Home Villages Capital Total** | | | | **$2,163,947** | **$40,436,418** | **$4,119,932** | **$0** | **$0** | **$8,307,556** | **$20,000** | **$1,808,259** | **$1,067,789** | **$0** | **$0** | **$4,938,806** | **$8,480,554** | **$0** | **$0** | **$0** | **-$5,957,730** | **$65,385,532** |
| 49 |  |  | 2521-2525 Long Beach Ave. | 9 |  | $4,911,342 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | $4,911,342 |
| 50 | Other Interim Beds / Homekey Units (1) | Acquisition | 2300, 2312, 2324 & 2332 S. Central Ave. | 9 |  | $11,688,000 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | $11,688,000 |
| 51 |  |  | 1300-1332 W. Slauson Ave. | 9 |  | $6,520,353 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | $6,520,353 |
| | | | | | | | | | | | | | | | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$23,119,695** |
| 52 |  |  | 499 San Fernando Road | 1 |  |  |  |  |  |  |  |  |  |  | $11,471,961 |  |  |  |  | $1,626,715 | $13,098,676 |
| 53 |  |  | Coalition to Abolish Slavery and Trafficking (CAST) | 5 |  | $900,000 |  |  |  |  |  | -$454,773 |  |  |  |  |  |  |  |  |  | $445,227 |
| 54 | Other Interim Beds | Capital | 2521-2525 Long Beach Ave. | 9 | $1,831,441 | $199,873 | $836,904 | $538,329 |  |  |  |  | -$836,904 | -$538,329 | $1,375,233 |  |  |  |  |  |  | $3,406,547 |
| 55 |  |  | 1300-1332 W. Slauson Ave. | 9 |  |  | $2,043,164 |  |  |  | $10,000 | $2,114,741 | -$2,043,164 |  |  |  |  |  |  |  |  | $2,124,741 |
| 56 |  |  | 18140 Parthenia Blvd. | 12 |  | $6,021,115 |  |  |  | $2,268,008 |  | -$3,481,115 |  |  | $3,481,115 |  |  |  |  |  |  | $8,289,123 |
| | **Other Interim Beds Capital Total** | | | | **$1,831,441** | **$7,120,988** | **$2,880,068** | **$538,329** | **$0** | **$2,268,008** | **$10,000** | **-$1,821,147** | **-$2,880,068** | **-$538,329** | **$0** | **$16,328,309** | **$0** | **$0** | **$0** | **$0** | **$1,626,715** | **$27,364,314** |
| 57 |  |  | 11471 Chandler Blvd. | 2 |  |  |  | $1,849,350 | $249,025 |  |  |  |  |  | $1,505,625 |  |  |  |  |  |  | $3,604,000 |
| 58 |  |  | 6099 Laurel Canyon Blvd. | 2 |  |  |  | $4,776,500 |  |  |  |  |  |  | $4,015,000 |  |  |  | -$767,625 |  | $8,023,875 |
| 59 |  |  | 12600 Saticoy St. | 2 |  |  |  | $3,199,950 | $267,300 |  |  | -$816,750 | $3,467,762 |  |  |  |  | -$1,338,966 | -$455,488 | $4,323,808 |
| 60 |  |  | 19040 Vanowen St. | 3 |  |  |  | $2,583,060 |  |  |  | -$290,565 | $2,027,575 | $101,484 |  |  |  | -$822,917 | | $3,598,637 |
| 61 |  |  | 6073 Reseda Blvd. | 3 |  |  |  | $3,659,440 |  |  |  | -$487,960 | $2,971,100 |  |  |  |  | -$1,469,219 | | $4,673,361 |
| 62 |  |  | 9710 San Fernando Blvd. | 6 |  |  |  |  |  |  |  | $1,009,975 | $1,018,325 |  |  |  |  | -$1,009,975 | | $1,018,325 |
| 63 | Tiny Home Villages | Operating (2) | Compton Ave. & Nevin Ave. | 9 |  |  |  |  |  |  |  |  | $475,200 |  |  |  |  | -$475,200 | | $0 |
| 64 |  |  | 1455 Alvarado St. | 13 |  |  |  | $547,582 | $1,754,082 |  |  | $1,485,550 |  |  |  |  |  |  |  | $3,787,214 |
| 65 |  |  | 2301 W. 3rd St. | 13 |  |  |  | $1,901,735 |  |  |  | $1,510,735 |  |  |  |  |  | **$677,440** | | $4,089,910 |
| 66 |  |  | Arroyo & Ave. 60 | 14 |  |  |  | $3,732,920 |  |  |  | $3,732,920 |  |  |  |  |  | **$763,880** | | $8,229,720 |
| 67 |  |  | 7570 Figueroa St. | 14 |  |  |  | $1,288,934 |  |  |  | $1,288,934 |  |  |  |  |  | **$578,041** | | $3,155,909 |
| 68 |  |  | 1221 Figueroa Pl. | 15 |  |  |  | $1,897,335 |  |  |  | -$742,500 | $1,606,000 |  |  |  |  |  |  | $2,760,835 |

Case 2:20-cv-02291-DOC-KES   Document 515-3   Filed 01/17/23   Page 14 of 16   Page ID #:9577

# Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 13th Roadmap Funding Recommendations are Approved

**COVID-19 Homelessness Roadmap Status of Capital and Operating Funding**

| No. | Type of Unit/Intervention | Type | Site | CD | FY 2020-2021: HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | FY 2021-2022: HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | FY 2022-2023: HHAP-2 | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 69 | | | 499 San Fernando | 1 | | | | | | | | | | | | | | | | $1,733,875 | | $1,733,875 |
| | Tiny Home Villages Operating Total | | | | $0 | $0 | $0 | $18,513,217 | $9,193,996 | $0 | $0 | $0 | $0 | -$1,327,800 | $25,104,726 | $101,484 | $0 | $0 | -$5,408,702 | $2,822,548 | $0 | $48,999,469 |
| 70 | | | 313 Patton St. | 1 | | | | | $400,140 | | | | | | $457,488 | | | | | | | $857,628 |
| 71 | | | 1701 Camino Palmero St. | 4 | | | | | $766,080 | | | | | | $689,850 | | | | | $76,650 | | $1,532,580 |
| 72 | | | 7600 Beverly Blvd. | 4 | | | | | $304,937 | | | | | | | | | | | | | $304,937 |
| 73 | | | 7253 Melrose Ave. | 5 | $10,000 | | | | $2,970,444 | | | | | | | | -$10,000 | | | -$2,970,444 | | $0 |
| 74 | | | 7816 Simpson Ave. | 6 | | | | | | | | | | $733,040 | $733,040 | | | | | $983,675 | | $2,449,755 |
| 75 | | | 6909 N. Sepulveda Blvd. | 6 | | | | | $3,827,755 | | | | | | $2,930,950 | | | | | | | $6,758,705 |
| 76 | | | 11067 Norris Ave. | 7 | | | | | $609,900 | | | | | | | | | | | | | $609,900 |
| 77 | | | 8501 1/2 S. Vermont Ave. | 8 | | | | | $627,000 | | | | | | $501,875 | | | | | | | $1,128,875 |
| 78 | | | 5615 - 5749 S. Western Ave. | 8 | | | | | $175,560 | | | | | | $140,525 | | | | | | | $316,085 |
| 79 | | | 8311 S. Western Ave. | 8 | | | | | $321,000 | | | | | | | | | | | | | $321,000 |
| 80 | | | 2514 W. Vernon Ave. | 8 | | | | | $214,000 | | | | | | | | | | | | | $214,000 |
| 81 | | | 8501 S. Broadway | 9 | | | | | $3,762,000 | | | | | | $3,011,250 | | | | | | | $6,773,250 |
| 82 | | | 5100 S. Central Ave. | 9 | | | | | $627,000 | | | | | | $501,875 | | | | | | | $1,128,875 |
| 83 | | | 224 E. 25th St. & 224 1/2 E. 25th St. | 9 | | | | | $401,500 | | | | | | $1,840,300 | | | | | | | $2,241,800 |
| 84 | Other Interim Beds | Operating (2) | 9165 & 9165 ½ South Normandie St | 9 | | | | | $401,500 | | | | | | $401,500 | | | | | $132,880 | | $935,880 |
| 85 | | | 5171 S. Vermont Ave. | 9 | | | | | $214,000 | | | | | | | | | | | | | $214,000 |
| 86 | | | 2521-2525 Long Beach Ave. | 9 | | | | | | | | | | | | $61,000 | | | $1,351,228 | $1,826,072 | | $3,238,300 |
| 87 | | | 1300-1332 W. Slauson Ave. | 9 | | | | $2,007,500 | | | | | | | $1,157,604 | | | | | $348,021 | | $1,505,625 |
| 88 | | | 18140 Parthenia Blvd. | 12 | | | $1,611,019 | $822,955 | | | | | | -$1,552,169 | $1,510,735 | | | | | $637,290 | | $3,029,830 |
| 89 | | | 5941 Hollywood Blvd. | 13 | | | $1,035,626 | | | | | | | -$183,150 | $190,149 | | | | -$31,169 | $412,101 | | $1,423,557 |
| 90 | | | 3191 W. 4th St. | 13 | | | | $178,072 | | | | | | | | | | | | | | $178,072 |
| 91 | | | 566 S. San Pedro St. | 14 | $222,950 | | | $1,204,500 | $301,350 | | | | | -$54,000 | | | | | | $1,423,500 | | $3,098,300 |
| 92 | | | 1060 Vignes St. | 14 | | | | $1,235,934 | $4,965,426 | | | | | -$1,014,285 | | | | | | $4,858,150 | | $10,045,225 |
| 93 | | | 543 Crocker St. | 14 | $74,010 | | | | $401,500 | | | | | | | | | | | $401,500 | | $877,010 |
| 94 | | | 3123 S. Grand Ave. | 14 | | | | | $401,500 | | | | | | | | | | | $401,500 | | $803,000 |
| 95 | | | Scattered Sites - SRO Housing Corporation | 14 | | | | | $1,204,500 | | | | | | | | | | | $1,204,500 | | $2,409,000 |
| 96 | | | 1904 Bailey St. | 14 | | | | | | | | | | | | | | | | $2,968,125 | | $2,968,125 |
| 97 | | | 345 E. 118 Pl. | 15 | | | | | $80,300 | | | | | | | | | | | $80,300 | | $160,600 |
| 98 | | | Various | Various | | | | | $220,220 | | | | | | | | | | | | | $220,220 |
| 99 | | | Project Roomkey (3) | Various | $32,503,165 | | | | | $32,281,994 | | | | | $2,048,743 | $6,589,090 | | | | | | $73,422,992 |
| | Other Interim Beds Operating Total | | | | $32,810,125 | $0 | $0 | $7,094,579 | $24,198,639 | $32,281,994 | $0 | $0 | $0 | $435,667 | $13,609,653 | $6,650,090 | -$10,000 | $0 | -$687,441 | $12,783,820 | $0 | $129,167,126 |
| 100 | | | Beacon (Solaire Hotel) | 1 | | $4,873,960 | | | | | | | | | | | | | | | | $4,873,960 |
| 101 | | | Sieroty (Howard Johnson) | 4 | | $5,103,560 | | | | | | | | | | | | | | | | $5,103,560 |
| 102 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | $2,709,717 | | | | | | | | | | | | | | | | $2,709,717 |
| 103 | | | Pano (Panorama Inn) | 6 | | $2,713,579 | | | | | | | | | | | | | | | | $2,713,579 |
| 104 | | | Arleta (Woodman) | 6 | | $20,056,747 | | | | | | | | | | | | | | | | $20,056,747 |
| 105 | | | Woodman Ownership Transfer | 6 | | $296,746 | | | | | | -$277,245 | | | | | | | | | | $19,501 |
| 106 | | | Encinitas (Good Nite Inn) | 7 | | $16,351,536 | | | | | | | | | | | | | | | | $16,351,536 |
| 107 | | | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | $1,281,013 | | | | | | | | | | | | | | | | $1,281,013 |
| 108 | Homekey Units (1) | Match / Acquisition | Mollie Maison (Best Inn) | 10 | | $990,290 | | | | | | | | | | | | | | | | $990,290 |
| 109 | | | The Layover (Super 8 LAX) | 11 | | $10,830,215 | | | | | | | | | | | | | | | | $10,830,215 |
| 110 | | | PV Marina Del Rey (Ramada Inn) | 11 | | $10,152,255 | | | | | | | | | | | | | | | | $10,152,255 |
| 111 | | | Devonshire Lodge (Travelodge) | 12 | | $3,162,222 | | | | | | | | | | | | | | | | $3,162,222 |
| 112 | | | The Nest | 13 | | $1,736,813 | | | | | | | | | | | | | | | | $1,736,813 |
| 113 | | | Casa Luna (Titta's Inn) | 14 | | $1,977,625 | | | | | | | | | | | | | | | | $1,977,625 |
| 114 | | | Huntington Villas (Super 8 Alhambra) | 14 | | $9,021,062 | | | | | | | | | | | | | | | | $9,021,062 |
| 115 | | | Travelodge (Normandie) | 15 | | $3,990,522 | | | | | | | | | | | | | | | | $3,990,522 |
| 116 | | | Property management and real estate service | Various | | $779,939 | | | | | | | | | | | | | | | | $779,939 |
| | Project Homekey Match / Aquisition Total | | | | $0 | $96,027,802 | $0 | $0 | $0 | $0 | $0 | -$277,245 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $95,750,557 |
| 117 | | | Beacon (Solaire Hotel) | 1 | | | | $1,812,891 | | | | | | $40,500 | | | | | | $2,823,275 | | $4,676,666 |
| 118 | | | Sieroty (Howard Johnson) | 4 | | | | $1,899,692 | | | | | | $32,400 | | | | | | $1,972,480 | | $3,904,572 |
| 119 | | | Super 8 Canoga Park | 3 | | | | $2,207,008 | | | | | | | | | | | -$200,000 | $2,172,480 | | $2,207,008 |
| 120 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | | | $1,731,223 | | | | | | $27,000 | | | | | | $1,885,225 | | $3,643,448 |
| 121 | | | Pano (Panorama Inn) | 6 | | | | $2,394,315 | | | | | | -$2,144,315 | | | | | -$250,000 | $250,000 | | $250,000 |
| 122 | | | Arleta (Woodman) | 6 | | | | $4,591,700 | | | | | | -$4,276,700 | | | | | -$315,000 | $765,283 | | $765,283 |
| 123 | | | Encinitas (Good Nite Inn) | 7 | | | | $4,030,275 | | | | | | $39,960 | | | | | | $2,750,275 | | $6,820,510 |
| 124 | Homekey Units (1) | Operating | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | | $599,878 | | | | | | $13,500 | | | | | | $930,750 | | $1,544,128 |
| 125 | | | Mollie Maison (Best Inn) | 10 | | | | $674,883 | | | | | | $10,800 | | | | | | $682,550 | | $1,368,233 |
| 126 | | | The Layover (Super 8 LAX) | 11 | | | | $2,038,300 | | | | | | $24,300 | | | | | | $1,414,375 | | $3,476,975 |
| 127 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | $1,528,725 | | | | | | $15,660 | | | | | | $1,056,675 | | $2,601,060 |
| 128 | | | Devonshire Lodge (Travelodge) | 12 | | | | $3,490,313 | | | | | | $40,500 | | | | | | $2,381,625 | | $5,912,438 |
| 129 | | | The Nest | 13 | | | | $1,203,054 | | | | | | $21,600 | | | | | | $1,315,825 | | $2,540,479 |
| 130 | | | Casa Luna (Titta's Inn) | 14 | | | | $1,062,210 | | | | | | $18,900 | | | | | | $1,308,160 | | $2,389,270 |

10/6/2022

Case 2:20-cv-02291-DOC-KES Document 615-3 Filed 01/17/23 Page 15 of 16 Page ID #:7803

# Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 13th Roadmap Funding Recommendations are Approved

**COVID-19 Homelessness Roadmap Status of Capital and Operating Funding**

| No. | Type of Unit/Intervention | Type | Site | CD | FY 2020-2021: HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | FY 2021-2022: HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | FY 2022-2023: HHAP-2 | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 131 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | $2,408,900 | | | | | | $21,600 | | | | | | $1,657,100 | | $4,087,600 |
| 132 | | | Travelodge (Normandie) | 15 | | | | $1,148,211 | | | | | | -$648,211 | | | | | | -$500,000 | | $0 |
| | **Project Homekey Operating Total** | | | | $0 | $0 | $0 | $32,821,578 | $0 | $0 | $0 | $0 | $0 | -$6,762,506 | $0 | $0 | $0 | $0 | -$1,265,000 | $21,393,598 | $0 | $46,187,670 |
| 133 | | | Beacon (Solaire Hotel) | 1 | | | | $3,231,738 | | | | | | | | | | | | | | $3,231,738 |
| 134 | | | Sieroty (Howard Johnson) | 4 | | | | $3,185,854 | | | | | | | | | | | | | $1,515,944 | | $4,701,798 |
| 135 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | $193,049 | | $600,140 | | | | -$193,049 | | $193,049 | | | | | | | | $793,189 |
| 136 | | | Pano (Panorama Inn) | 6 | | | | $4,472,059 | | | | | | -$2,500,000 | | | | | | $4,286,703 | | | $6,258,762 |
| 137 | | | Arleta (Woodman) | 6 | | | | $397,200 | | | | | | $6,718,625 | | | | | | $3,500,000 | | | $10,615,824 |
| 138 | | | Encinitas (Good Nite Inn) | 7 | | | | $2,766,023 | | | | | | | | | | | | | | $2,766,023 |
| 139 | | | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | $188,000 | | $189,988 | | | | -$188,000 | | $212,000 | | | | | | **$356,272** | | $758,260 |
| 140 | | | Mollie Maison (Best Inn) | 10 | | $32,965 | | $153,612 | | | | -$32,965 | | $32,965 | | | | | | | | $186,577 |
| 141 | Homekey Units (1) | Improvement | The Layover (Super 8 LAX) | 11 | | $187,292 | | $832,914 | | | | -$187,292 | | $187,292 | | | | | | | | $1,020,206 |
| 142 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | $805,120 | | | | | | | | | | | | | | $805,120 |
| 143 | | | Devonshire Lodge (Travelodge) | 12 | | $85,729 | | $829,595 | | | | -$85,729 | | $85,729 | | | | | | **$300,000** | | $1,215,324 |
| 144 | | | The Nest | 13 | | $27,402 | | $279,565 | | | | -$27,402 | | $27,402 | | | | | | | | $306,967 |
| 145 | | | Casa Luna (Titta's Inn) | 14 | | | | $237,272 | | | | | | $75,000 | | | | | | | | $312,272 |
| 146 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | $225,640 | | | | | | $152,000 | | | | | | | | $377,640 |
| 147 | | | Travelodge (Normandie) | 15 | | | | $1,919,455 | | | | | | $3,219,211 | | | | | | | | $5,138,666 |
| 148 | | | Real estate services to monitor alterations | n/a | | | | $117,500 | | | | | | $217,795 | | | | | | | | $335,295 |
| | **Project Homekey Capital Improvement Total** | | | | $0 | $714,437 | $0 | $20,243,675 | $0 | $0 | $0 | -$714,437 | $0 | $8,621,068 | $0 | $0 | $0 | $0 | $9,958,919 | $0 | $0 | $38,823,662 |
| 149 | Recovery Housing | | Rapid Rehousing/ Shared Housing** | Various | | | | $82,285,920 | | | | | | | | | | | | | | $82,285,920 |
| | **Recovery Housing Total** | | | | $0 | $0 | $0 | $82,285,920 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $82,285,920 |
| 150 | Measure H Strategy (7) | | Measure H Strategy - B4 (Landlord Incentive) | Various | | | | $1,136,000 | | | | | | -$710,000 | | | | | | | | $426,000 |
| | **Measure H Strategy Total** | | | | $0 | $0 | $0 | $1,136,000 | $0 | $0 | $0 | $0 | $0 | -$710,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $426,000 |
| 151 | Safe Sleeping | Capital | 2300 S. Central Ave. (6) | 9 | $10,000 | | | $0 | | $1,075,094 | | | | | | $613,457 | | | | | | $1,698,551 |
| 152 | | | 317 N. Madison Ave. | 13 | $241,110 | | | $0 | | | -$230,557 | | | | | | | | | | | $10,553 |
| | **Safe Sleep Capital Total** | | | | $251,110 | $0 | $0 | $0 | $0 | $1,075,094 | -$230,557 | $0 | $0 | $0 | $0 | $613,457 | $0 | $0 | $0 | $0 | $0 | $1,709,104 |
| 153 | Safe Sleeping | Operating (2) | 2300 S. Central Ave. (6) | 9 | | | | $3,048,500 | | | | | | | | | | | -$1,524,250 | $3,056,875 | | $4,581,125 |
| 154 | | | 317 N. Madison Ave. | 13 | | | | | $1,300,280 | | | | | | | | | | | | | $1,300,280 |
| | **Safe Sleep Operating Total** | | | | $0 | $0 | $0 | $3,048,500 | $1,300,280 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | -$1,524,250 | $3,056,875 | $0 | $5,881,405 |
| 155 | | | 7128 Jordan Ave. | 3 | | | | $409,619 | | | | | | | | | | | | $273,750 | | $683,369 |
| 157 | | | 4301 S. Central Ave. | 9 | | | | $163,848 | | | | | | | | | | | | $109,500 | | $273,348 |
| 158 | | | 1201 S. Figueroa St. | 9 | | | | $235,065 | | | | | | | | | | | | $328,500 | | $563,565 |
| 160 | | | 11339 Iowa Ave. | 11 | | | | $109,500 | | | | | | | | | | | | $273,750 | | $383,250 |
| 161 | | | 9100 Lincoln Blvd. | 11 | | | | $211,209 | | | | | | | | | | | | $273,750 | | $484,959 |
| 162 | Safe Parking (1) | Operating (2) | 5455 111th Street | 11 | | | | | | | | | | $109,506 | | | | | | **$547,500** | | $657,006 |
| 163 | | | 8775 Wilbur Ave. | 12 | | | | $327,695 | | | | | | | | | | | | $328,500 | | $656,195 |
| 164 | | | 1033 Cole Ave. | 13 | | | | $163,848 | | | | | | | | | | | | $109,500 | | $273,348 |
| 165 | | | 4591 Santa Monica Blvd. | 13 | | | | $163,848 | | | | | | | | | | | | $109,500 | | $273,348 |
| 166 | | | 711 S. Beacon St. | 15 | | | | $491,793 | | | | | | | | | | | | $328,500 | | $820,293 |
| 167 | | | 19610 Hamilton Ave. | 15 | | | | $409,619 | | | | | | | | | | | | $273,750 | | $683,369 |
| | **Safe Parking Operating Total** | | | | $0 | $0 | $0 | $2,795,550 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,956,500 | $0 | $5,752,050 |
| 168 | Outreach | | Roadmap Outreach | Various | | | | $6,605,177 | | | | | | | | | $2,472,188 | | | | | $9,077,365 |
| 169 | | | Encampment to Home Program on Ocean Front Walk/Venice | 11 | | | | | | | | | | | | $5,000,000 | | | | | | $5,000,000 |
| | **Outreach Total** | | | | $0 | $0 | $0 | $6,605,177 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,900,000 | $2,472,188 | $0 | $0 | $0 | $0 | $14,977,365 |
| 170 | | | BOE | n/a | | $2,000,000 | | | | | | $2,046,534 | | | | $1,741,810 | | | | | $1,799,709 | $7,588,053 |
| 171 | | | BCA | n/a | | | | | | | | $149,416 | | | | $150,000 | | | | | | $299,416 |
| 172 | Admin | Admin | CAO | n/a | $199,175 | | | | | | $54,860 | | | | | | | | | | | $254,035 |
| 173 | | | GSD | n/a | | $77,500 | | | | | | | | | | | | | | | | $77,500 |
| 174 | | | LAHD | n/a | | | | $1,158,255 | | | | | | | | | | | | | | $1,158,255 |
| 175 | | | LAHSA | n/a | | | | $5,500,682 | | | | | | | | | | | | | | $5,500,682 |
| | **Admin Total** | | | | $199,175 | $2,077,500 | $0 | $6,658,937 | $0 | $0 | $54,860 | $2,195,950 | $0 | $0 | $0 | $1,891,810 | $0 | $0 | $0 | $0 | $1,799,709 | $14,877,941 |
| | **Total Commitment** | | | | $96,788,653 | $147,682,962 | $7,000,000 | $183,154,712 | $54,547,089 | $43,932,652 | -$145,697 | $1,168,142 | -$1,812,279 | -$281,900 | $60,629,561 | $36,581,503 | $10,942,742 | $0 | $1,073,526 | $42,147,243 | $858,723 | $684,267,631 |
| | **Total Uncommitted** | | | | | | | | | | n/a | $22,352,077 | | | | | | $2,812,279 | $0 | $17,776,108 | N/A | |

(1) Does not include Roadmap interventions that are in existing agreements with the County.
(2) Operating costs vary by intervention type: ABH Beds: $60/bed/night; Tiny Home Villages, Leased Facilities, Year Round Shelter: $55/bed/night; Project Homekey: $85/unit/night; Safe Sleeping: $67/person/night; and Safe Parking: $30/car/night. Project Roomkey costs vary by site. 324 Winter Shelter beds ended on October 31, 2021.
(3) Committed funds used to front-fund the Project Roomkey extension are expected to be reimbursed by the FEMA, at which time the funds will be available for programming.
(4) County Services allocations are restricted to services, leasing, FFE, and start up costs.
(5) Reflects the entire cost of the program for two (2) years using ESG-COVID.
(6) 2300 S Central is part of the City Project Homekey Program. The site will oeprate a Safe Sleeping Program until the owner/operator is ready to begin construction on permanent supportive housing.
(7) Placements funded with City funding for Measure H Strategies will be counted toward the Roadmap target of 6,700 interventions.

Case 2:20-cv-02291-DOC-KES Document 535-3 Filed 01/17/23 Page 16 of 16 Page

10/6/2022