**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date:  January 20, 2023

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. V. CITY OF LOS ANGELES ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|:---:|:---:|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**        **SCHEDULING ORDER FOLLOWING 01/17/2023 SETTLEMENT HEARING**

On January 17, 2023, the Court held a hearing regarding the settlement agreement between Defendant County of Los Angeles and Plaintiffs L.A. Alliance ("County Settlement Agreement") (Dkt. 485). The parties requested, and the Court granted, an additional 90 days to review and amend the County Settlement Agreement.

Accordingly, the parties shall appear before the Court on April 20, 2023. In the interim, the parties shall submit joint status reports, on the dates set forth below, to Judge Andre Birotte and Special Master Michele Martinez regarding the progress of the revised settlement. An amended settlement agreement is due to the Court on or before April 17, 2023. The schedule is as follows:

| | |
|---|---|
| February 17, 2023: | First Joint Status Report Due |
| March 17, 2023: | Second Joint Status Report Due |
| April 17, 2023: | Proposed Settlement Agreement Due |
| April 20, 2023: | Settlement Hearing |

The hearing scheduled for April 20, 2023 will be held at 9:00 a.m. in Courtroom 5B at the First Street U.S. Courthouse, 350 W 1st Street, Los Angeles, CA 90012. The Court requests the presence of Mayor Karen Bass, Los Angeles City Council President Paul Krekorian, and Los Angeles County Supervisor Janice Hahn.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu

MINUTES FORM 11

CIVIL-GEN