DAWYN R. HARRISON, *Interim County Counsel* (State Bar No. 173855)
dharrison@counsel.lacounty.gov
JENNIFER A.D. LEHMAN, *Assistant County Counsel* (State Bar No. 191477)
jlehman@counsel.lacounty.gov
ANA WAI-KWAN LAI, *Senior Deputy County Counsel* (State Bar No. 257931)
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:   (213) 974-1830
Facsimile:   (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>          Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**FOURTH STIPULATION TO STAY LITIGATION DUE TO SETTLEMENT**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

595598.1

Plaintiffs LA Alliance for Human Rights, Joseph Burk, Harry Tashdjian, Wenzial Jarrell, Karen Pinsky, Charles Malow and George Frem (collectively, "Plaintiffs") and Defendant County of Los Angeles ("County"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, Plaintiffs filed a Second Amended and Supplemental Complaint ("SAC") on July 15, 2022 [Dkt. 454];

**WHEREAS**, before the County responded to the SAC, Plaintiffs and the County (the "Parties") entered into a preliminary settlement agreement;

**WHEREAS**, on September 27, 2022, the Court granted a stipulation filed by the Parties to continue all deadlines and stay all proceedings, including the County's pending deadline to file a putative Motion to Dismiss the SAC, in light of their preliminary settlement agreement.  [Dkt. 473.]  As "good cause" for their stipulation, Plaintiffs and the County explained that, absent a stay, they and the Court would be required to expend significant resources on motion practice and discovery.  [Dkt. 471 (citing *In re JPMorgan Chase LPI Hazard Litig.*, 2013 WL 3829271, at *5 (N.D. Cal. July 23, 2013) (accumulating cases and explaining "a stay 'will allow both parties to conserve their resources should a settlement . . . be finalized'").]

**WHEREAS**, the Parties subsequently finalized their settlement agreement, and filed a Stipulation for Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) [Dkt. 485];

**WHEREAS**, the Court held a conference on November 14, 2022 regarding the Parties' settlement agreement;

**WHEREAS**, at the November 14, 2022 conference, the Court scheduled a further conference in January 2023 regarding the Parties' settlement agreement;

**WHEREAS**, on November 22, 2022, the Court granted another stipulation filed by the Parties to continue all deadlines and stay all proceedings until February 1, 2023, after the Court's anticipated January 2023 conference [Dkt. 507];

**WHEREAS**, the Court held a conference on January 17, 2023 regarding the Parties' settlement agreement;

**WHEREAS**, following the January 17, 2023 conference, the Court entered a scheduling order, *inter alia*, directing the parties to further meet and confer regarding their settlement agreement for 90 days, and setting a settlement hearing on April 20, 2023 [Dkt. 519];

**WHEREAS**, the Parties agree that the same reasons that supported a stay through February 1, 2023 are equally applicable now in light of the Court's January 17, 2023 scheduling order and anticipated April 20, 2023 conference;

**NOW, THEREFORE, THE PARTIES HEREBY AGREE AS FOLLOWS**:

1.      All proceedings are hereby stayed and all deadlines continued until May 12, 2023.

**SO STIPULATED.**

DATED:  January 24, 2023                    MILLER BARONDESS, LLP


By:   _____/s/ Mira Hashmall_____
MIRA HASHMALL
Attorneys for Defendant
COUNTY OF LOS ANGELES

595598.1

3

FOURTH STIPULATION TO STAY LITIGATION DUE TO SETTLEMENT

DATED:  January 24, 2023          SPERTUS, LANDES & UMHOFER, LLP


By:  ___/s/ Elizabeth A. Mitchell___
          ELIZABETH A. MITCHELL
          Attorneys for Plaintiffs

## ATTORNEY ATTESTATION

I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.

DATED:  January 24, 2023          MILLER BARONDESS, LLP


By:  ___/s/ Mira Hashmall___
          MIRA HASHMALL
          Attorneys for Defendant
          COUNTY OF LOS ANGELES

595598.1

4

FOURTH STIPULATION TO STAY LITIGATION DUE TO SETTLEMENT