UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| LA ALLIANCE FOR HUMAN RIGHTS, et al., | **CASE NO. 2:20-cv-02291 DOC (KES)** |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING FOURTH STIPULATION TO STAY LITIGATION DUE TO SETTLEMENT** |
| v. | |
| CITY OF LOS ANGELES, et al., | Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |
| Defendants. | |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

595600.1

ORDER GRANTING FOURTH STIPULATION TO STAY LITIGATION DUE TO SETTLEMENT

## **ORDER**

The Court, having read and considered the Fourth Stipulation to Stay Litigation Due to Settlement ("Stipulation") filed on behalf of Plaintiffs LA Alliance for Human Rights, Joseph Burk, Harry Tashdjian, Wenzial Jarrell, Karen Pinsky, Charles Malow and George Frem (collectively, "Plaintiffs") and Defendant County of Los Angeles ("County"), and finding **GOOD CAUSE** thereon, hereby **GRANTS** the Stipulation.

The Court **ORDERS** as follows:

All proceedings are hereby stayed and all deadlines continued until May 12, 2023.


**IT IS SO ORDERED.**


DATED: _____

_____
HON. DAVID O. CARTER
Judge of the United States District Court

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

595600.1

2

ORDER GRANTING FOURTH STIPULATION TO STAY LITIGATION DUE TO SETTLEMENT