HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213-978-4681
Facsimile: 213-978-7011
Email:  Scott.Marcus@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, a Municipal entity, et al., <br><br> Defendants. | Case No. CV 20-02291 DOC (KES) <br><br> **DEFENDANT CITY OF LOS ANGELES' REVISED HOMELESS ROADMAP QUARTERLY REPORT PURSUANT TO THE MEMORANDUM OF UNDERSTANDING BETWEEN THE COUNTY OF LOS ANGELES AND THE CITY OF LOS ANGELES [DKT. 185-1]** <br><br> **Hon. David O. Carter** <br> **United States District Judge** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to, and in compliance with, Section IV (B)(1) of the Memorandum of Understanding between the County of Los Angeles and the City of Los Angeles ("MOU") dated October 9, 2020 (Dkt. 185-1), Defendant City of Los Angeles ("the City") submits the following document attached hereto:

A.    **Exhibit A** is a Revised Homeless Roadmap Quarterly Report, which summarizes the type of interventions being developed in each Council District, the number of beds provided in each intervention, the status of each project, and the number of unsheltered Angelenos from each of the three target populations placed in each intervention. The attached Exhibit A should supplant and replace Docket 515-1 as it corrects the total number of new beds open and occupiable as of December 31, 2022. Docket 515-1 inadvertently included 100 beds for an in-process site (King Solomon Village in CD 9) that was not open and occupiable as of December 31, 2022.

DATED:  January 26, 2023          HYDEE FELDSTEIN SOTO, City Attorney
                                  SCOTT MARCUS, Chief Assistant City Attorney
                                  ARLENE N. HOANG, Deputy City Attorney
                                  JESSICA MARIANI, Deputy City Attorney


                                  By: /s/ *Arlene N. Hoang*
                                  Arlene N. Hoang, Deputy City Attorney
                                  Counsel for Defendant City of Los Angeles

1

DEFENDANT CITY OF LOS ANGELES' REVISED HOMELESS ROADMPA QUARTERLY REPORT PURSUANT TO THE MEMORANDUM OF UNDERSTANDING BETWEEN THE COUNTY OF LOS ANGELES AND THE CITY OF LOS ANGELES [DKT. 185-1]