DAWYN R. HARRISON, *Acting County Counsel* (State Bar No. 173855)
dharrison@counsel.lacounty.gov
JENNIFER A.D. LEHMAN, *Assistant County Counsel* (State Bar No. 191477)
jlehman@counsel.lacounty.gov
ANA WAI-KWAN LAI, *Senior Deputy County Counsel* (State Bar No. 257931)
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:   (213) 974-1830
Facsimile:   (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**DEFENDANT COUNTY OF LOS ANGELES' QUARTERLY STATUS REPORT RE MAINSTREAM SERVICES PURSUANT TO MEMORANDUM OF UNDERSTANDING BETWEEN COUNTY OF LOS ANGELES AND CITY OF LOS ANGELES [DKT. 185-1]**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

597899.1

DEFENDANT COUNTY OF LOS ANGELES' QUARTERLY STATUS REPORT PURSUANT TO MOU

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to the Memorandum of Understanding between the County of Los Angeles ("County") and City of Los Angeles dated October 9, 2020 (the "MOU," Dkt. 185-1), the County respectfully submits the following document:

1.     A true and correct copy of the County's Mainstream Benefits Quarterly Report as of December 31, 2022, which is attached hereto as **Exhibit A**.

DATED:  February 1, 2023        MILLER BARONDESS, LLP


                                By:  _____/s/ Mira Hashmall_____
                                     MIRA HASHMALL
                                     Attorneys for Defendant
                                     COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

597899.1                              2
DEFENDANT COUNTY OF LOS ANGELES' QUARTERLY STATUS REPORT PURSUANT TO MOU

## INDEX OF EXHIBITS

| Ex. No. | Description | Pg. No. |
|---------|-------------|---------|
| A. | County's Mainstream Benefits Quarterly Report as of December 31, 2022 | 4-11 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

597899.1

3