# EXHIBIT A

**MAINSTREAM BENEFITS QUARTERLY REPORT - ENDING 12-31-22**

| Department Name | Description of Mainstream Services |
|---|---|
| Department of Public Social Services (DPSS) | Assistance with General Relief, CalFresh, and Medi-Cal; Verification of benefits and case review; Electronic Benefit Transfer card issuance. |
| Department of Health Services - Countywide Benefits Enrollment Services Team (DHS-CBEST) | Assistance with securing Supplemental Security Income, Social Security Disability Insurance, Cash Assistance Program for Immigrants, retirement, and veteran's benefits. |
| Department of Mental Health (DMH) | Outreach and engagement, referrals and linkages to mental health services. |
| | For Project Roomkey (PRK) sites, DMH coordinated with LAHSA prior to the launch of the sites to provide mental health service linkages and supports. Services provided onsite include: outreach & engagement, linkage to mental health services (Outpatient, FSP, PMRT, HOME), support with mental health housing placements, consultation, crisis intervention. |
| Department of Public Health - Substance Abuse Prevention and Control (DPH-SAPC) | Outreach and engagement, Substance Use Disorder (SUD) education, SUD screening, appointment scheduling, service navigation and linkages to needed ancillary services, transportation support to SUD appointments, early intervention workshops for clients engaged in high risk behavior at risk of SUD. |
| | For Project Roomkey (PRK) sites, DPH-SAPC has provided Client Engagement and Navigation Services (CENS) counselors in an effort to ensure participant access to SUD services, including education and referrals to treatment, syringe exchange programs (SEPs) and medications for addiction treatment (MAT). |

| Project Type | City | Zip Code | SPA | SD | CD | Beds / Spaces | Service Provider | Opening Date (provided by LAHSA) | Date LAHSA Introduced Site Operator to County Departments (Approximately two weeks before estimated 80% occupancy rate) | Date LAHSA Provided County Departments with Site Client List | Dates When On-Site Services Began | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Department of Public Social Services | Department of Health Services - Countywide Benefits Enrollment Services Team | Department of Mental Health | Department of Public Health - Substance Abuse Prevention and Control |
| Pallet Shelter/Tiny Home Village | North Hollywood | 91601 | 2 | 5 | 2 | 75 | Hope of the Valley | 2/1/2021 | 2/4/2021 | 2/24/2021 | 3/24/2021 - site visit and client services commenced | 4/1/2021- site visit and client services commenced | 3/17/2021- site visit and client services commenced | 4/28/2021- site visit and client services commenced |
| Roadmap Project Homekey | Reseda | 91335 | 2 | 3 | 3 | 75 | LA Family Housing | 1/1/2021 | 4/26/2021 | 4/27/2021 | 5/17/2021- site visit and client services commenced | 5/19/2021- site visit commenced; 6/8/2021- client services commenced | 5/20/2021- site visit and client services commenced | 5/19/2021- client services commenced; site visit not needed as Client Engagement Navigation Services (CENS) provider is providing services |
| Roadmap Project Homekey | Canoga Park | 91304 | 2 | 3 | 3 | 52 | LA Family Housing | 1/1/2021 | 4/26/2021 | 4/27/2021 | 5/19/2021- site visit and client services commenced | 5/21/2021- site visit commenced; 6/16/2021- client services commenced | 5/18/2021- site visit and client services commenced | 5/19/2021- client services commenced; site visit not needed as CENS provider is providing services |
| Roadmap Project Homekey | Los Angeles | 90017 | 4 | 1 | 1 | 91 | Weingart | 2/1/2021 | 4/26/2021 | 4/27/2021 | 5/17/2021- site visit and client services commenced | 5/18/2021- site visit commenced; 5/27/2021- client services commenced | 5/20/2021- site visit and client services commenced | 5/19/2021- site visit commenced; 6/3/2021- client services commenced |
| Roadmap Project Homekey | Chatsworth | 91311 | 2 | 3 | 12 | 76 | VOALA | 3/15/2021 | 4/26/2021 | 4/27/2021 | 5/20/2021- client services commenced* | 5/13/2021- site visit commenced; 6/1/2021- client services commenced | 5/19/2021- site visit and client services commenced | 5/20/2021- site visit and client services commenced |
| Roadmap Project Homekey | North Hills | 91343 | 2 | 3 | 6 | 59 | VOALA | 3/17/2021 | 4/26/2021 | 4/27/2021 | 5/19/2021- site visit and client services commenced | 5/13/2021- site visit commenced; 5/26/2021- client services commenced | 5/18/2021- site visit and client services commenced | 5/27/2021- site visit and client services commenced |
| Roadmap Project Homekey | Los Angeles | 90016 | 6 | 2 | 10 | 23 | The People Concern | 3/24/2021 | 4/26/2021 | 4/27/2021 | 5/20/2021- client services commenced* | 5/24/2021- planning session conference call; 6/9/2021- client services commenced | 5/20/2021- site visit and client services commenced | 5/24/2021- site visit and client services commenced |

**Exhibit A, Page 5**

| Project Type | City | Zip Code | SPA | SD | CD | Beds / Spaces | Service Provider | Opening Date (provided by LAHSA) | Date LAHSA Introduced Site Operator to County Departments (Approximately two weeks before estimated 80% occupancy rate) | Date LAHSA Provided County Departments with Site Client List | Dates When On-Site Services Began | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Department of Public Social Services | Department of Health Services - Countywide Benefits Enrollment Services Team | Department of Mental Health | Department of Public Health - Substance Abuse Prevention and Control |
| Roadmap Project Homekey | Los Angeles | 90032 | 4 | 1 | 14 | 52 | Union Station | 4/7/2021 | 4/26/2021 | 4/27/2021 | 5/24/2021- client services commenced* | 5/25/2021- site visit commenced; 6/22/2021- client services commenced | 5/21/2021- site visit and client services commenced | 5/20/2021- site visit and client services commenced |
| Roadmap Project Homekey | Los Angeles | 90032 | 4 | 1 | 14 | 49 | Union Station | 4/7/2021 | 5/6/2021 | 5/6/2021 | 6/1/2021- client services commenced* | 5/25/2021- site visit commenced; 6/14/2021- client services commenced | 6/3/2021- site visit and client services commenced | 5/24/2021- site visit commenced; 6/1/2021- client services commenced |
| Roadmap Project Homekey | Los Angeles | 90004 | 4 | 2 | 13 | 41 | VOALA | 3/22/2021 | 5/18/2021 | 5/18/2021 | 6/10/2021- client services commenced* | 6/17/2021- site visit commenced; 7/6/2021- client services commenced | 6/10/2021- site visit and client services commenced | 5/27/2021- site visit commenced; 6/2/2021- client services commenced |
| Roadmap Project Homekey | Los Angeles | 90018 | 6 | 2 | 8 | 31 | SSG/HOPICS | 4/13/2021 | 6/2/2021 | 6/2/2021 | 6/10/2021- client services commenced* | 6/17/2021- site visit commenced; 7/14/2021- client services commenced | 6/4/2021- site visit and client services commenced | 6/17/2021- site visit commenced; 6/25/2021- client services commenced |
| Roadmap Project Homekey | Los Angeles | 90045 | 5 | 2 | 11 | 44 | The People Concern | 5/3/2021 | 6/2/2021 | 6/2/2021 | 6/21/2021- client services commenced* | 6/18/2021- site visit commenced; 7/6/2021- client services commenced | 6/24/2021- site visit and client services commenced | 6/22/2021- site visit commenced; 7/7/2021- client services commenced |
| Roadmap Interim Housing | Los Angeles | 90028 | 4 | 3 | 13 | 30 | The Salvation Army | 4/16/2021 | 7/27/2021 | 7/27/2021 | 8/24/2021- client services commenced* | 8/17/2021- site visit commenced; 8/25/2021- client services commenced | 8/19/2021- site visit and client services commenced | 8/10/2021- site visit and client services commenced |
| Interim Housing | Los Angeles | 90013 | 4 | 1 | 14 | 60 | Weingart | 2/1/2021 | 7/27/2021 | 7/27/2021 | 10/13/2021- site visit and client services commenced | 8/10/2021- site visit commenced; 8/24/2021- client services commenced | 8/12/2021- site visit and client services commenced | 8/18/2021- site visit and client services commenced |
| Roadmap Interim Housing | Los Angeles | 90012 | 4 | 1 | 14 | 232 | Weingart | 4/12/2021 | 7/27/2021 | 7/27/2021 | 9/9/2021- site visit and client services commenced | 9/8/2021- site visit commenced; 9/16/2021- client services commenced | 8/5/2021- site visit commenced; 8/26/2021- client services commenced | 8/9/2021- site visit and client services commenced |
| Pallet Shelter/Tiny Home Village | Reseda | 91335 | 2 | 3 | 3 | 101 | Hope of the Valley | 6/15/2021 | 7/27/2021 | 7/27/2021 | 9/22/2021- site visit and client services commenced | 8/17/2021- site visit commenced; 8/18/2021- client services commenced | 8/16/2021- site visit and client services commenced | 8/12/2021- site visit and client services commenced |
| Interim Housing | Los Angeles | 90027 | 4 | 5 | 4 | 80 | PATH | 5/3/2021 | 8/4/2021 | 8/4/2021 | 8/26/2021- client services commenced* | 9/15/2021- site visit commenced; 10/26/2021- client services commenced | 8/12/2021- site visit and client services commenced* | 9/13/2021- site visit commenced; 10/5/2021- client services commenced |
| Interim Housing | Los Angeles | 90046 | 4 | 3 | 4 | 21 | PATH/Aviva (subcontractor) | 4/16/2021 | 8/4/2021 | 8/4/2021 | 8/25/2021- client services commenced* | 8/31/2021- site visit commenced; 9/7/2021- client services commenced | 8/12/2021- site visit and client services commenced* | 9/21/2021- site visit commenced; 9/28/2021- client services commenced |
| Roadmap Project Homekey | Marina Del Rey | 90292 | 5 | 2 | 11 | 33 | PATH | 7/13/2021 | 8/25/2021 | 8/25/2021 | 9/23/2021- site visit and client services commenced | 9/8/2021- site visit commenced; 9/14/2021- client services commenced | 9/16/2021- site visit and client services commenced | 9/16/2021- site visit commenced; 10/7/2021- client services commenced |

**Exhibit A, Page 6**

| Project Type | City | Zip Code | SPA | SD | CD | Beds / Spaces | Service Provider | Opening Date (provided by LAHSA) | Date LAHSA Introduced Site Operator to County Departments (Approximately two weeks before estimated 80% occupancy rate) | Date LAHSA Provided County Departments with Site Client List | Dates When On-Site Services Began | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Department of Public Social Services | Department of Health Services - Countywide Benefits Enrollment Services Team | Department of Mental Health | Department of Public Health - Substance Abuse Prevention and Control |
| Pallet Shelter/Tiny Home Village | Reseda | 91335 | 2 | 3 | 3 | 148 | Hope of the Valley | 7/7/2021 | 10/13/2021 | 10/13/2021 | 11/23/2021- site visit and client services commenced | 11/5/2021- site visit commenced 11/16/2021- client services commenced | 10/26/2021 - site visit and client services commenced | 11/18/2021- site visit and client services commenced |
| Pallet Shelter/Tiny Home Village | Wilmington | 90744 | 8 | 2 | 15 | 80 | The Salvation Army | 6/14/2021 | 10/13/2021 | 10/13/2021 | 10/27/2021- site visit and client services commenced | 12/23/2021- site visit commenced; 3/16/2022- client services commenced | 3/30/2022- site visit and client services commenced | 2/24/2022- site visit commenced; 3/3/2022- client services commenced remotely; 4/6/2022- client services commenced onsite |
| Roadmap Project Homekey | Sylmar | 91342 | 2 | 3 | 7 | 87 | LA Family Housing | 8/30/2021 | 11/4/2021 | 11/4/2021 | 12/15/2021- site visit and client services commenced | 12/1/2021- site visit and client services commenced | 12/1/2021- site visit and client services commenced | 12/1/2021- site visit and client services commenced |
| Roadmap Interim Housing | Los Angeles | 90007 | 6 | 2 | 9 | 20 | Volunteers of America | 4/16/2021 | 2/23/2022 | 3/2/2022 | 3/30/2022- client services commenced* | 3/25/2022- site visit commenced; 4/8/2022- client services commenced | 3/18/2022- site visit and client services commenced | 4/22/2022- site visit and client services commenced* |
| Roadmap Interim Housing | Los Angeles | 90037 | 6 | 2 | 9 | 20 | SSG/HOPICS | 4/16/2021 | 2/23/2022 | 3/2/2022 | 3/23/2022- client services commenced* | 4/12/2022- site visit commenced; 5/11/2022- client services commenced | 3/15/2022- site visit and client services commenced | 5/2/2022- site visit commenced; 5/4/2022- client services commenced* |
| Roadmap Interim Housing | Los Angeles | 90011 | 4 | 2 | 9 | 68 | SSG/HOPICS | 4/16/2021 | 2/23/2022 | 3/2/2022 | 3/23/2022- client services commenced* | 3/31/2022- site visit commenced; 4/19/2022- client services commenced | 3/18/2022- site visit and client services commenced | 5/3/2022- site visit commenced; 5/4/2022- client service commenced* |
| Roadmap Interim Housing | Los Angeles | 90061 | 6 | 2 | 15 | 4 | SSG/HOPICS | 4/16/2021 | 2/23/2022 | 3/2/2022 | N/A - All clients in roster are already in the DPSS system. DPSS provided site with Customer Service information. | 3/31/2022- site visit and client services commenced | 3/21/2022- site visit and client services commenced | 5/5/2022- site visit commenced; 5/4/2022- client services commenced* |
| Roadmap Interim Housing | Los Angeles | 90004 | 6 | 2 | 8 | 4 | New Reflections | 4/16/2021 | 3/1/2022 | 3/2/2022 | 3/31/2022- client services commenced* | 3/15/2022- site visit commenced; 3/30/2022- client services commenced | 3/16/2022- site visit and client services commenced | 4/11/2022- site visit commenced; 4/12/2022- client services commenced* |
| Roadmap Interim Housing | Los Angeles | 90062 | 6 | 2 | 8 | 7 | Testimonial Community Love Center | 4/16/2021 | 3/1/2022 | 3/2/2022 | 3/31/2022- client services commenced* | 4/22/2022- site visit commenced; 4/27/2022- client services commenced | 3/14/2022- site visit and client services commenced | 4/21/2022- site visit commenced; 4/25/2022- client services commenced* |
| Roadmap Interim Housing | Los Angeles | 90011 | 6 | 2 | 9 | 25 | Home at Last | 4/16/2021 | 3/1/2022 | 3/2/2022 | 3/29/2022- client services commenced* | 3/25/2022- site visit commenced; 4/6/2022- client services commenced | 3/16/2022- site visit and client services commenced | 4/8/2022- site visit commenced; 4/11/2022- client services commenced* |
| Roadmap Interim Housing | Los Angeles | 90003 | 6 | 2 | 8 | 150 | Home at Last | 4/16/2021 | 3/1/2022 | 3/2/2022 | 3/24/2022- client services commenced* | 3/25/2022- site visit commenced; 4/13/2022- client services commenced | 3/15/2022- site visit and client services commenced | 4/1/2022- site visit commenced; 4/17/2022- client services commenced* |
| Pallet Shelter/Tiny Home Village | Los Angeles | 90042 | 4 | 1 | 14 | 224 | Hope of the Valley | 10/19/2021 | 3/1/2022 | 3/2/2022 | 4/19/2022- site visit and client services commenced | 3/23/2022- site visit commenced; 4/20/2022- client services commenced | 3/24/2022- site visit and client services commenced | 4/6/2022- site visit commenced; 4/13/2022- client services commenced |

| Project Type | City | Zip Code | SPA | SD | CD | Beds / Spaces | Service Provider | Opening Date (provided by LAHSA) | Date LAHSA Introduced Site Operator to County Departments (Approximately two weeks before estimated 80% occupancy rate) | Date LAHSA Provided County Departments with Site Client List | Dates When On-Site Services Began | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Department of Public Social Services | Department of Health Services - Countywide Benefits Enrollment Services Team | Department of Mental Health | Department of Public Health - Substance Abuse Prevention and Control |
| Pallet Shelter/Tiny Home Village | North Hollywood | 91607 | 2 | 3 | 2 | 200 | Hope of the Valley | 4/27/2021 | 3/23/2022 | 3/31/2022 | 4/25/2022- site visit and client services commenced | 4/12/2022- site visit commenced; 4/26/2022- client services commenced | 4/21/2022- site visit and client services commenced | 4/26/2022- site visit and client services commenced |
| Pallet Shelter/Tiny Home Village | Los Angeles | 90026 | 4 | 1 | 13 | 74 | Urban Alchemy | 6/8/2021 | 3/23/2022 | 3/31/2022 | 5/6/2022- site visit and client services commenced | 5/3/2022- site services and client services commenced | 4/14/2022- site visit and client services commenced | 4/11/2022- site visit commenced; 4/18/2022- client services commenced |
| Pallet Shelter/Tiny Home Village | Los Angeles | 90057 | 4 | 1 | 13 | 109 | Urban Alchemy | 12/27/2021 | 3/23/2022 | 3/31/2022 | 5/5/2022- site visit and client services commenced | 5/4/2022- site services and client services commenced | 4/19/2022- site visit and client services commenced | 5/5/2022- site visit commenced; 5/18/2022- client services commenced |
| Roadmap Interim Housing | Van Nuys | 91405 | 2 | 3 | 6 | 146 | Home at Last | 4/16/2021 | 3/24/2022 | 3/31/2022 | 4/27/2022- site visit and client services commenced | 4/14/2022- site visit and client services commenced | 4/19/2022- site visit and client services commenced | 4/19/2022- site visit and client services commenced |
| Interim Housing-PRK | Van Nuys | 91406 | 2 | 3 | 6 | 237 | Volunteers of America | 4/14/2021 (City) 4/20/2020 (County)** | 4/6/2022 | 4/28/2022 | 5/18/2022- site visit and client services commenced | 6/20/2020- site visit and client services commenced*** | 8/16/2021- client services commenced | 7/25/2022- site visit and client services reinitiated; client services initiated at this site since 7/2020.*** |
| Interim Housing-PRK | Los Angeles | 90028 | 4 | 5 | 4 | 70 | Turning Point | 7/8/2021 | 4/6/2022 | 4/28/2022 | 6/9/2022- site visit and client services commenced | 4/22/2022- site visit and client services commenced | 8/17/2021- client services commenced | 6/2/2022- site visit and client services commenced. CENS referral and engagement on 9/29/2021. |
| Interim Housing-PRK | Los Angeles | 90071 | 4 | 1 | 14 | 473 | The Salvation Army | 5/11/2020 | 4/6/2022 | 4/28/2022 | 6/13/2022- site visit and client services commenced | 4/22/2021- site visit and client services commenced | 8/16/2021- client services commenced | 6/3/2022- site visit and client services commenced; client services initiated at this site since 7/2020. CENS referral and engagement 7/8/2021. CENS Referral form emailed on 7/15/2020. |
| Interim Housing-PRK | Los Angeles | 90012 | 4 | 1 | 1 | 50 | First to Serve | 4/7/2021 | 4/6/2022 | 4/27/2022 | 6/7/2022- client services commenced* | 3/29/2022- site visit and client services commenced | Services commenced within a month of site opening. | 6/2/2022- site visit and client services commenced. CENS referral and engagement on 7/8/2021. |
| Interim Housing-PRK | Los Angeles | 90017 | 4 | 1 | 1 | 266 | Helpline Youth Counseling | 7/14/2020 | 4/6/2022 | 4/28/2022 | 6/6/2022- site visit and client services commenced | 12/10/2020- site visit and client services commenced | 8/16/2021- client services commenced | 6/2/2022- site visit and client services commenced. CENS Referral form emailed on 7/15/2020. |
| Interim Housing-PRK | Los Angeles | 90017 | 4 | 1 | 1 | 61 | Downtown Women Center | 4/16/2021 (City) 4/18/2020 (County)** | Not available | Not available | 6/24/2020 and 6/25/2020 - client services commenced*** | Services commenced within six weeks of the County site opening. | Services commenced within a month of the County site opening. | 7/15/2020 - CENS Referral form emailed to site operators. Referral and engagement services provided subsequently.*** |
| Interim Housing-PRK | Los Angeles | 90005 | 4 | 2 | 10 | 49 | Home at Last | 4/16/2021 (City) 4/21/2020 (County)** | Not available | Not available | 5/28/2020 and 5/29/2020 - client services commenced*** | Services commenced within six weeks of the County site opening. | Services commenced within a month of the County site opening. | 7/15/2020 - CENS Referral form emailed to site operators. Referral and engagement services provided subsequently.*** |
| Interim Housing-PRK | Los Angeles | 90012 | 4 | 1 | 1 | 33 | Illumination Foundation | 5/17/2021 (City) 4/30/2020 (County)** | Not available | Not available | 6/10/2020 and 6/11/2020 - client services commenced*** | Services commenced within six weeks of County site opening. | Services commenced within a month of County site opening. | 7/15/2020 - CENS Referral form emailed to site operators. Referral and engagement services provided subsequently.*** |
| Interim Housing-PRK | Los Angeles | 90020 | 4 | 2 | 10 | 48 | Home at Last | 4/16/2021 (City) 4/21/2020 (County)** | Not available | Not available | 5/21/2020 and 5/22/2020 - client services commenced*** | Services commenced within six weeks of the County site opening. | Services commenced within a month of the County site opening. | 7/15/2020 - CENS Referral form emailed to site operators. Referral and engagement services provided subsequently.*** |

**Exhibit A, Page 8**

| Project Type | City | Zip Code | SPA | SD | CD | Beds / Spaces | Service Provider | Opening Date (provided by LAHSA) | Date LAHSA Introduced Site Operator to County Departments (Approximately two weeks before estimated 80% occupancy rate) | Date LAHSA Provided County Departments with Site Client List | Dates When On-Site Services Began | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Department of Public Social Services | Department of Health Services - Countywide Benefits Enrollment Services Team | Department of Mental Health | Department of Public Health - Substance Abuse Prevention and Control |
| Interim Housing-PRK | San Pedro | 90731 | 8 | 4 | 15 | 72 | Whittier First Day | 4/15/2021 | Not available | Not available | Services were not provided. | Services commenced within six weeks of site opening. | Services commenced within a month of site opening. | 7/8/2021 - CENS Referral form emailed to site operators. Referral and engagement services provided subsequently. |
| Interim Housing-PRK | Studio City | 91604 | 2 | 3 | 4 | 165 | LA Family Housing | 8/11/2020 | Not available | Not available | 9/21/2020 to 9/24/2020 - client services commenced | Services commenced within six weeks of site opening. | Services commenced within a month of site opening. | 7/8/2021 - CENS Referral form emailed to site operators. Referral and engagement services provided subsequently. |
| Roadmap Interim Housing | Los Angeles | 90026 | 4 | 1 | 1 | 27 | First to Serve | 4/1/2021 | 4/8/2022 | 4/12/2022 | 5/12/2022- site visit and client services commenced | 6/8/2022- site visit and client services commenced | 4/28/2022- site visit and client services commenced | 6/2/2021- site visit and client services commenced |
| A Bridge Home | San Pedro | 90731 | 8 | 4 | 15 | 38 | Harbor Interfaith | 7/7/2020 | 4/11/2022 | 4/15/2022 | 5/23/2022- site visit and client services commenced | 5/12/2022- site visit and client services commenced | 5/18/2022- site visit and client services commenced | 6/1/2022- site visit commenced; 8/31/2022 - client services commenced |
| A Bridge Home | San Pedro | 90731 | 8 | 4 | 15 | 62 | Harbor Interfaith | 7/7/2020 | 4/11/2022 | 4/15/2022 | 5/23/2022- site visit and client services commenced | 5/12/2022- site visit and client services commenced | 5/18/2022- site visit and client services commenced | 6/1/2022- site visit commenced; 8/31/2022 - client services commenced |
| A Bridge Home | Los Angeles | 90012 | 4 | 1 | 14 | 99 | Weingart | 8/18/2020 | 4/11/2022 | 4/15/2022 | 6/2/2022- site visit and client services commenced | 5/18/2022- site services and client services commenced | 4/27/2022- site visit and client commenced | 6/29/2022- site visit commenced; 8/11/2022 - client services commenced |
| A Bridge Home | Los Angeles | 90027 | 4 | 3 | 4 | 100 | PATH | 7/28/2020 | 4/11/2022 | 4/15/2022 | 6/14/2022- client services commenced* | 7/7/2022- site visit and client services commenced | 5/25/2022- site visit and client services commenced | 5/26/2022- site visit commenced; 6/9/2022- client services commenced |
| A Bridge Home | Van Nuys | 91401 | 2 | 3 | 6 | 70 | The Salvation Army | 8/14/2020 | 4/11/2022 | 4/15/2022 | 5/17/2022- site visit and client services commenced | 5/24/2022- site visit and client services commenced | 5/17/2022- site visit and client services commenced | 5/16/2022- site visit commenced; 6/7/2022- client services commenced |
| A Bridge Home | North Hollywood | 91605 | 2 | 3 | 2 | 85 | Hope of the Valley | 7/16/2020 | 4/11/2022 | 4/15/2022 | 6/7/2022- client services commenced* | 5/10/2022- site visit and client services commenced | 5/27/2022- site visit and client services commenced | 5/16/2022- site visit commenced; 6/6/2022- client services commenced |
| A Bridge Home | Canoga Park | 91304 | 2 | 3 | 3 | 81 | LAFH | 2/1/2021 | 4/11/2022 | 4/15/2022 | 5/17/2022- site visit and client services commenced | 6/14/2022- site visit and client services commenced | 5/10/2022 and 5/26/2022- site visit and client services commenced | 6/13/2022- site visit commenced; 6/28/2022- client services commenced |
| A Bridge Home | Van Nuys | 91405 | 2 | 3 | 2 | 100 | Hope of the Valley | 8/17/2020 | 4/11/2022 | 4/15/2022 | 5/26/2022- client services commenced* | 6/9/2022- site visit and client services commenced | 5/5/2022- site visit and client services commenced | 7/7/2022- site visit commenced; 8/15/2022-client services commenced |
| A Bridge Home | Sylmar | 91342 | 2 | 3 | 7 | 85 | LAFH | 8/10/2020 | 4/11/2022 | 4/15/2022 | 5/18/2022- client services commenced* | 6/15/2022- site visit and client services commenced | 5/12/2022 and 5/26/2022- site visit and client services commenced | 6/13/2022- site visit commenced; 6/27/2022- client services commenced |
| A Bridge Home | Los Angeles | 90005 | 4 | 2 | 10 | 70 | The Salvation Army | 3/2/2021 | 4/11/2022 | 4/15/2022 | 5/17/2022- site visit and client services commenced | 6/1/2022- site visit and client services commenced | 5/5/2022- site visit and client services commenced | 5/26/2022- site visit commenced; 6/15/2022- client services commenced |
| A Bridge Home | Wilmington | 90744 | 8 | 4 | 15 | 100 | US Vets | 7/7/2020 | 4/11/2022 | 4/15/2022 | 5/26/2022- site visit and client services commenced | 5/31/2022- site visit and client services commenced | 5/25/2022- site visit and client services commenced | 7/15/22 - site visit commenced; 8/1/22- client services commenced |
| A Bridge Home | Los Angeles | 90012 | 4 | 1 | 14 | 45 | The People Concern | 9/10/2018 | 4/12/2022 | 4/15/2022 | 6/2/2022- client services commenced* | 6/7/2022- site visit and client services commenced | 5/13/2022- site visit and client services commenced | 5/20/2022- site visit commenced; 6/14/2022- client services commenced |
| A Bridge Home - DHS | Los Angeles | 90021 | 4 | 1 | 14 | 78 | Home At Last | 1/20/2021 | 4/13/2022 | 5/23/2022 | 6/8/2022- site visit and client services commenced | 5/18/2022- site visit and client services commenced | 4/28/2022- site visit and client services commenced | 5/24/2022- site visit commenced; 6/17/2022- client services commenced |

**Exhibit A, Page 9**

| Project Type | City | Zip Code | SPA | SD | CD | Beds / Spaces | Service Provider | Opening Date (provided by LAHSA) | Date LAHSA Introduced Site Operator to County Departments (Approximately two weeks before estimated 80% occupancy rate) | Date LAHSA Provided County Departments with Site Client List | Dates When On-Site Services Began | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Department of Public Social Services | Department of Health Services - Countywide Benefits Enrollment Services Team | Department of Mental Health | Department of Public Health - Substance Abuse Prevention and Control |
| A Bridge Home- Families | Los Angeles | 90035 | 5 | 3 | 5 | 18 | PATH | 6/22/2020 | 4/13/2022 | 4/28/2022 | 5/17/2022- client services commenced* | 5/25/2022- site visit and client services commenced | 5/24/2022- site visit and client services commenced | 7/19/2022- site visit commenced; 7/29/2022- client services commenced |
| A Bridge Home- Families | Los Angeles | 90037 | 6 | 2 | 9 | 13 | SSG/HOPICS | 4/16/2021 | 4/13/2022 | 4/28/2022 | N/A - All clients in roster are already in the DPSS system. DPSS provided site with Customer Service information. | 5/20/2022- site visit and client services commenced | 4/21/2022- site visit and client services commenced | 6/14/2022- site visit commenced; 7/1/2022- client services commenced* |
| Roadmap Interim Housing | Northridge | 91325 | 2 | 3 | 12 | 107 | Hope of the Valley | 5/1/2022 | 7/19/2022**** | DHS, DMH, DPH did not receive rosters. DPSS received roster 8/10/22. | 8/30/2022- site visit and client services commenced | 9/6/2022 - site visit and client services commenced | 8/8/2022 - site visit and client services commenced | 8/2/2022- site visit commenced; 8/18/2022- client services commenced |
| Roadmap Interim Housing | Los Angeles | 90013 | 4 | 1 | 14 | 20 | Volunteers of America | 4/16/2022 | 7/19/2022**** | DHS, DMH, DPH did not receive rosters. DPSS received roster 8/10/22. | 9/2/2022- client services commenced* | 8/24/2022- site visit and client services commenced | 8/11/2022 - site visit and client services commenced | 8/3/2022- site visit and client services commenced |
| Roadmap Interim Housing | Los Angeles | 91605 | 2 | 3 | 6 | 49 | LA Family Housing | 10/21/2021 | 9/2/2022**** | DHS, DMH, DPH did not receive rosters. DPSS received roster 8/10/22. | 9/23/2022- site visit and client services commenced | 10/5/2022- site visit and client services commenced | 10/11/22 - site visit and client services commenced | 9/15/2022- planning meeting; 10/14/2022- site visit; 11/8/2022- client services commenced |
| Safe Parking[1] | Torrance | 90502 | 8 | 4 | 15 | 25 | Watts Labor Community Action Committee | 3/1/2021 | 9/26/2022**** | 10/6/2022 | 10/12/2022- site visit and client services commenced | 10/12/2022- site visit and client services commenced | 10/12/2022- site visit and client services commenced | 10/12/2022- site visit and client services commenced |
| Safe Parking[1] | San Pedro | 90731 | 8 | 4 | 15 | 30 | Volunteers of America Los Angeles | 3/2/2021 | 9/26/2022**** | 10/13/2022 | 10/17/2022- site visit and client services commenced | 10/17/2022- site visit and client services commenced | 10/17/2022- site visit and client services commenced | 10/17/2022- site visit and client services commenced |
| Safe Parking[1] | Los Angeles | 90038 | 4 | 3 | 13 | 20 | Safe Parking LA | 4/16/2021 | 9/26/2022**** | 10/13/2022 | 10/18/2022- site visit and client services commenced | 10/18/2022- site visit and client services commenced | 10/18/2022- site visit and client services commenced | 10/18/2022- site visit and client services commenced |
| | Los Angeles | 90015 | 4 | 1 | 9 | 30 | Safe Parking LA | 11/2/2020 | 9/26/2022**** | 10/13/2022 | | | | |
| | Los Angeles | 90025 | 5 | 2 | 11 | 25 | Safe Parking LA | 10/6/2020 | 9/26/2022**** | 10/13/2022 | | | | |
| Safe Parking[1] | Los Angeles | 90011 | 4 | 2 | 9 | 10 | SSG/HOPICS | 3/8/2021 | 9/26/2022**** | 10/13/2022 | 10/20/2022- site visit and client services commenced | 10/20/2022- site visit and client services commenced | 10/20/2022- site visit and client services commenced | 10/20/2022- site visit and client services commenced |
| Safe Parking[1] | Canoga Park | 91303 | 2 | 3 | 3 | 25 | North Valley Caring Services | 4/12/2021 | 9/26/2022**** | 10/13/2022 | 10/24/2022- client services commenced* | 10/24/2022- site visit and client services commenced | 10/24/2022- site visit and client services commenced | 10/24/2022- site visit and client services commenced |
| | Northridge | 91324 | 2 | 3 | 12 | 20 | North Valley Caring Services | 4/12/2021 | 9/26/2022**** | 10/13/2022 | | | | |

Exhibit A, Page 10

| Project Type | City | Zip Code | SPA | SD | CD | Beds / Spaces | Service Provider | Opening Date (provided by LAHSA) | Date LAHSA Introduced Site Operator to County Departments (Approximately two weeks before estimated 80% occupancy rate) | Date LAHSA Provided County Departments with Site Client List | Dates When On-Site Services Began | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Department of Public Social Services | Department of Health Services - Countywide Benefits Enrollment Services Team | Department of Mental Health | Department of Public Health - Substance Abuse Prevention and Control |
| Safe Sleep | Los Angeles | 90011 | 6 | 2 | 9 | 125 | Urban Alchemy | 2/2/2022 | 10/6/2022**** | 10/6/2022 | 10/28/2022- site visit and client services commenced | 11/30/2022- site visit and client services commenced | 12/28/2022 - site visit and client services commenced | 10/18/2022- site visit; 12/12/2022- client services commenced |

*Denotes services provided telephonically.

**Denotes multiple opening dates for the same site. The County of Los Angeles opened these sites in 2020. The City of Los Angeles took over the property lease in 2021.

***Denotes mainstream services provided during County sponsorship.

****Denotes procedural change effective June 2022 whereby CEO introduces Site Operator to County Departments (approximately two months after site opening).

[1]Denotes sites where mainstream service integration took place regionally at the satellite offices operated by Safe Parking Service Providers.  The Safe Parking regional events serve clients from multiple sites and are grouped by Service Provider.

Exhibit A, Page 11