UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 30 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association; et al., | No.    22-55933 |
| Plaintiffs-Appellees, | D.C. No. 2:20-cv-02291-DOC-KES Central District of California, Los Angeles |
| v. | |
| LOS ANGELES CATHOLIC WORKER; et al., | ORDER |
| Intervenors-Appellees, | |
| CITY OF LOS ANGELES, a municipal entity; et al., | |
| Defendants-Appellees, | |
| v. | |
| ADRIAN MOON, Proposed Intervenor, | |
| Movant-Appellant. | |

Before: TASHIMA, S.R. THOMAS, and KOH, Circuit Judges.

This court has reviewed the notice of appeal filed September 30, 2022 in the above-referenced district court docket pursuant to the pre-filing review order entered in docket No. 14-80006. Because the appeal is so insubstantial as to not warrant further review, it will not be permitted to proceed. *See In re Thomas*, 508 F.3d 1225 (9th Cir. 2007). Appeal No. 22-55933 is therefore dismissed.

MF/Pro Se

This order, served on the district court for the Central District of California, will constitute the mandate of this court.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions will be entertained.

All pending motions are denied as moot.

**DISMISSED.**

MF/Pro Se                                          2