MATTHEW D. UMHOFER (State Bar No. 206607)
matthew@umklaw.com
ELIZABETH A. MITCHELL (State Bar No. 251139)
elizabeth@umklaw.com
UMHOFER, MITCHELL & KING LLP
11766 Wilshire Boulevard, Suite 900
Los Angeles, California 90025
Telephone:   (213) 394-7979
Facsimile:   (213) 529-1027

Attorneys for Plaintiffs


LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>    Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE REPORT RE SETTLEMENT**<br><br>Current Due Date: April 17, 2023<br>[Proposed] Due Date: April 18, 2023<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

611181.2

JOINT STIPULATION TO EXTEND TIME TO FILE REPORT RE SETTLEMENT

**JOINT STIPULATION**

Plaintiffs LA Alliance for Human Rights, et al. ("Plaintiffs") and Defendant County of Los Angeles ("County" and together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on January 17, 2023, the Court held a hearing regarding the settlement agreement Plaintiffs and the County [Dkt. 485];

WHEREAS, the Parties requested, and the Court granted, an additional 90 days to review and amend the Settlement Agreement between the County and Plaintiffs;

WHEREAS, on January 20, 2023 the Court entered a Scheduling Order Following 01/17/2023 Settlement Hearing [Dkt. 519] ordering the Parties to submit their Proposed Settlement Agreement on or by April 17, 2023;

WHEREAS, as the Parties reported on February 17 and March 17, 2023, the Parties are engaged in ongoing discussions to address the concerns raised at the January 17, 2023 status conference;

WHEREAS, since March 17, the Parties have been engaged in continued discussions about a possible addendum to the Settlement Agreement;

WHEREAS, the Parties are working diligently on one last issue which they expect to be resolved tomorrow;

WHEREAS, the Parties require additional time to finalize and file the joint report regarding settlement in advance of the April 20, 2023 hearing;

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AND THEIR RESPECTIVE ATTORNEYS AS FOLLOWS:

1.    The deadline for the Parties to file and serve the Status Report(s) regarding Settlement shall be extended one (1) day, from April 17 to April 18, 2023.

**SO STIPULATED.**

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

DATED:  April 17, 2023     UMHOFER, MITCHELL & KING LLP


By:    /s/ Elizabeth A. Mitchell
       ELIZABETH A. MITCHELL
       Attorneys for Plaintiffs


DATED:  April 17, 2023     MILLER BARONDESS, LLP


By:    /s/ Mira Hashmall
       MIRA HASHMALL
       Attorneys for Defendant
       COUNTY OF LOS ANGELES


## ATTORNEY ATTESTATION

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


DATED:  April 17, 2023     MILLER BARONDESS, LLP


By:    /s/ Mira Hashmall
       MIRA HASHMALL
       Attorneys for Defendant
       COUNTY OF LOS ANGELES

611181.2

3

JOINT STIPULATION TO EXTEND TIME TO FILE REPORT RE SETTLEMENT