# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>        Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FILE REPORT RE SETTLEMENT**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

## ORDER

The Court, having read and considered the Joint Stipulation to Extend Time to File Report re Settlement (the "Stipulation") filed on behalf of Plaintiffs LA Alliance for Human Rights, et al. ("Plaintiffs") and Defendant County of Los Angeles ("County" and together with Plaintiffs, the "Parties"), and finding **GOOD CAUSE** thereon, hereby **ORDERS** as follows:

The Stipulation is **GRANTED**.

The Parties' deadline to file and serve their Proposed Settlement Agreement shall hereby be extended one (1) day, from April 17, 2023 to April 18, 2023.

**IT IS SO ORDERED.**

DATED:    April 18, 2023

HON. DAVID O. CARTER
Judge of the United States District Court

2