MATTHEW D. UMHOFER (State Bar No. 206607)
matthew@umklaw.com
ELIZABETH A. MITCHELL (State Bar No. 251139)
elizabeth@umklaw.com
UMHOFER, MITCHELL & KING LLP
11766 Wilshire Boulevard, Suite 900
Los Angeles, California 90025
Telephone:   (213) 394-7979
Facsimile:   (213) 529-1027

Attorneys for Plaintiffs


LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:    (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>          Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**JOINT SUBMISSION OF ADDENDUM TO SETTLEMENT AGREEMENT**<br><br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

611415.2

JOINT SUBMISSION OF ADDENDUM TO SETTLEMENT AGREEMENT

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs LA Alliance for Human Rights, Joseph Burk, Harry Tashdjian, Wenzial Jarrell, Karen Pinsky, Charles Malow, and George Frem (collectively, "Plaintiffs") and Defendant County of Los Angeles ("County" and together with Plaintiffs, the "Parties") reached a settlement in the above-captioned case, which was submitted to the Court on October 17, 2022. [Dkt. 485.]

On January 20, 2023, the Court entered a Scheduling Order Following 01/17/2023 Settlement Hearing [Dkt. 519] ordering the Parties to submit their Proposed Settlement Agreement by April 17, 2023. Thereafter, the Court approved the Parties' request for an additional day to comply with the scheduling order.

The Parties dedicated significant time and resources to reaching additional settlement terms. Attached hereto as **Exhibit A** is the Stipulation for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) submitted on October 17, 2022 [Dkt. 485]. Attached hereto as **Exhibit B** is the Parties' fully-executed Addendum to Settlement Agreement. The Addendum will provide substantial new resources, including 1,000 new mental health and substance use disorder beds for the unhoused, as well as 450 subsidies to provide individuals at risk of homelessness with Enriched Residential Care in Adult Residential Facilities and Residential Care Facilities for the Elderly, commonly called "Board and Care" beds, throughout the county.

For the reasons set forth herein and in the Stipulation for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) submitted on October 17, 2022 [Dkt. 485], the Parties hereby respectfully request that the Court enter an order dismissing Plaintiffs' claims against the County with prejudice and retaining jurisdiction for purposes of enforcing their agreement until the end of fiscal year 2026-2027 (*i.e.*, June 30, 2027).

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

DATED:  April 18, 2023          UMHOFER, MITCHELL & KING LLP


By:   /s/ Elizabeth A. Mitchell
          ELIZABETH A. MITCHELL
          Attorneys for Plaintiffs


DATED:  April 18, 2023          MILLER BARONDESS, LLP


By:      /s/ Mira Hashmall
          MIRA HASHMALL
          Attorneys for Defendant
          COUNTY OF LOS ANGELES


**ATTORNEY ATTESTATION**

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


DATED:  April 18, 2023          MILLER BARONDESS, LLP


By:      /s/ Mira Hashmall
          MIRA HASHMALL
          Attorneys for Defendant
          COUNTY OF LOS ANGELES

611415.2                                3

JOINT SUBMISSION OF ADDENDUM OF SETTLEMENT AGREEMENT

## INDEX OF EXHIBITS

| Ex. No. | Description | Pg. No. |
|---|---|---|
| A. | Stipulation for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) submitted on October 17, 2022 [Dkt. 485] | 5-23 |
| B. | Addendum to Settlement Agreement | 24-36 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400