# EXHIBIT B

## |ADDENDUM TO SETTLEMENT AGREEMENT

This Addendum to Settlement Agreement (the "Addendum") is entered into by and between the County of Los Angeles ("County"); LA Alliance for Human Rights, Joseph Burk, Harry Tashdjian, Wenzial Jarrell, Karyn Pinsky, Charles Malow, and George Frem (collectively, "Plaintiffs"). Each of the County and Plaintiffs is referred to individually as a "Party" and collectively as the "Parties."

### RECITALS

WHEREAS, on October 11, 2022, the Parties entered into a Settlement Agreement ("Agreement"), wherein they memorialized their agreement to settle and finally resolve the matter entitled *LA Alliance for Human Rights et al. v. City of Los Angeles et al.*, U.S. District Court for the Central District of California, Case No. 2:20-cv-02291 (the "Action");

WHEREAS, on October 17, 2022, the Parties filed a copy of the Agreement with the Court and jointly requested the Court to dismiss the Action against the County; The Court scheduled a hearing regarding the Agreement;

WHEREAS, on January 17, 2023, the Parties attended the hearing, and in light of the new leadership at the County and City of Los Angeles level, the Parties indicated their interest in reviewing and potentially increasing resources for the People Experiencing Homelessness ("PEH"); and

NOW, THEREFORE, the Parties hereby agree to modify the terms of the Agreement as follow:

### TERMS OF ADDENDUM

A. Paragraph D, County's Obligations, Subparagraph 3, Mental Health/Substance Use Disorder Beds, shall be deleted in its entirety and replaced with the following:

3a. **Mental Health/Substance Use Disorder Beds**: The County shall develop/contract 1,000 additional mental health and substance use disorder beds according to the greatest need as solely determined by the County. The 1,000 beds shall be open and operational on the following timeline: 300 beds by June 30, 2023, 310 beds by December 31, 2023, 90 beds by December 31, 2024, 130 beds by December 31, 2025, and 170 beds by December 31, 2026. The beds herein shall exclude those previously funded in any agreement effective before June 14, 2022 between the County and a provider agency for contracted facilities, and shall exclude beds that the County directly operated and became available before June 14, 2022. Funding shall not include any advance payments for startups.

Page **1** of **5**

B. Paragraph D, County's Obligations, Subparagraph 3b, Enriched Residential Care for Adult Residential Facilities ("ARF") and Residential Care Facilities for the Elderly ("RCFEs") Beds, shall be added to the Agreement as follows:

   3b.   **Enriched Residential Care for Adult Residential Facilities ("ARF") and Residential Care Facilities for the Elderly ("RCFEs") Beds**: The County shall make available 450 new subsidies which includes an enhanced services rate at existing ARF and RCFEs that accept individuals eligible for Department of Mental Health ("DMH") services. These beds are frequently, but not exclusively, utilized by individuals with Serious Mental Illness who would otherwise be homeless. The parties recognize that whether there are sufficient third-party providers to accept these funds is not within the County's control and the utilization of these funds is contingent on receipt of 450 eligible referrals over the course of this Agreement. The County shall make available the subsidies within the following deadlines: 40 by December 31, 2023, 160 by December 31, 2024, 120 by December 31, 2025, and 130 by December 31, 2026.

C. Paragraph D, County Obligations, Subparagraph 9, Reporting, Section i, Support for Plaintiffs' Settlement with the City, Subsection (3) shall be added to the Agreement as follows:

   (3)   The Parties acknowledge that Paragraph D(9)(i)(1) and D(9)(i)(2), above, shall be contingent upon receipt of information from the City.

D. Paragraph D, County Obligations, Subparagraph 9, Reporting, Section (iii), Mental Health/Substance Use Disorder Beds, shall be deleted in its entirety and replaced with the following:

   iii.   **Mental Health/Substance Use Disorder Beds:**

      (1)   The number of beds that have been developed/contracted since June 14, 2022 (or status thereon) under this agreement, date said beds became open and operational, and confirmation said beds continue to be open and operational.

E. Paragraph D, County Obligations, Subparagraph 9, Reporting, Section viii, Enriched Residential Care for ARF and RCFEs Beds, shall be added to the Agreement as follows:

   viii.   **Enriched Residential Care for ARF and RCFEs Beds:**

      (1)   The number of referrals, name of referral sources, number of referrals accepted, date individual moved in, and name and type of facility accepting enhanced rate.

**Exhibit B, Page 26**

F.  Paragraph Q, Notices, shall be deleted in its entirety and replaced as follows:

Q.    **Notices.** All notices to be sent under this Agreement shall be delivered as follows and shall reference the Action in the subject line of the notice:

1.    *For Plaintiffs*:
Umhofer, Mitchell & King LLP
11766 Wilshire Blvd, Suite 900
Los Angeles, CA 90025
Attn: Matthew Donald Umhofer, Elizabeth A. Mitchell
matthew@umklaw.com; elizabeth@umklaw.com

2.    *For the County*:
Office of County Counsel
500 West Temple Street, Suite 648
Los Angeles, California 90012
Attention: Ana Lai; Jennifer Lehman
alai@counsel.lacounty.gov; jlehman@counsel.lacounty.gov

Any Party may change its notice recipient or address for providing notice to it by notifying the other Party(ies) in writing setting forth such new notice recipient or address.

G.  All references to "Spertus, Landes, & Umhofer, LLP", including on Page 1, Paragraph 1, introductory paragraph, Page 3, Paragraph C, Settlement Payment and Attorney's Fees, Subparagraph 1, and Page 11, signature line, of the Agreement, shall be replaced by "Umhofer, Mitchell & King LLP".

//

//

//

//

//

//

//

//

Page **3** of **5**

**Exhibit B, Page 27**

This Addendum is hereby incorporated into and shall become a part of the Agreement.  In all other respects, the Agreement shall remain unchanged and in full force and effect.


AGREED TO AND ACCEPTED.


**COUNTY OF LOS ANGELES**

By: _____    Dated: _____4-18-2023_____
ANA LAI
Title: SENIOR DEPUTY COUNTY COUNSEL

**LA ALLIANCE FOR HUMAN RIGHTS**

_____    Dated: _____
By:
Title:

**JOSEPH BURK**

_____    Dated: _____


**GEORGE FREM**

_____    Dated: _____


**WENZIAL JARRELL**

_____    Dated: _____


**CHARLES MALOW**

_____    Dated: _____


**KARYN PINSKY**

_____    Dated: _____


Page 4 of 5

**Exhibit B, Page 28**

**HARRY TASHDJIAN**

_____     Dated: _____

This Addendum is hereby incorporated into and shall become a part of the Agreement. In all other respects, the Agreement shall remain unchanged and in full force and effect.

AGREED TO AND ACCEPTED.

COUNTY OF LOS ANGELES

_____     Dated: _____
By:
Title:

LA ALLIANCE FOR HUMAN RIGHTS

_____     Dated:  4 | 17 | 2023
By:  DONALD STEIER
Title:  CHAIR

JOSEPH BURK

_____     Dated: _____

GEORGE FREM

_____     Dated: _____

WENZIAL JARRELL

_____     Dated: _____

CHARLES MALOW

_____     Dated: _____

KARYN PINSKY

_____     Dated: _____

Page 4 of 5

**Exhibit B, Page 30**

This Addendum is hereby incorporated into and shall become a part of the Agreement.  In all other respects, the Agreement shall remain unchanged and in full force and effect.


AGREED TO AND ACCEPTED.


**COUNTY OF LOS ANGELES**

_____          Dated: _____
By:
Title:

**LA ALLIANCE FOR HUMAN RIGHTS**

_____          Dated: _____
By:
Title:

**JOSEPH BURK**

_____          Dated: _____04/14/2023_____


**GEORGE FREM**

_____          Dated: _____


**WENZIAL JARRELL**

_____          Dated: _____


**CHARLES MALOW**

_____          Dated: _____


**KARYN PINSKY**

_____          Dated: _____


Page 4 of 5

This Addendum is hereby incorporated into and shall become a part of the Agreement. In all other respects, the Agreement shall remain unchanged and in full force and effect.

AGREED TO AND ACCEPTED.

**COUNTY OF LOS ANGELES**

_____     Dated: _____

By:
Title:

**LA ALLIANCE FOR HUMAN RIGHTS**

_____     Dated: _____

By:
Title:

**JOSEPH BURK**

_____     Dated: _____

**GEORGE FREM**

_____     Dated: ____4/14/2023____

**WENZIAL JARRELL**

_____     Dated: _____

**CHARLES MALOW**

_____     Dated: _____

**KARYN PINSKY**

_____     Dated: _____

Page **4** of **5**

**Exhibit B, Page 32**

This Addendum is hereby incorporated into and shall become a part of the Agreement.  In all other respects, the Agreement shall remain unchanged and in full force and effect.

AGREED TO AND ACCEPTED.

COUNTY OF LOS ANGELES

_____          Dated: _____
By:
Title:

LA ALLIANCE FOR HUMAN RIGHTS

_____          Dated: _____
By:
Title:

JOSEPH BURK

_____          Dated: _____

GEORGE FREM

_____          Dated: _____

WENZIAL JARRELL

_Whial Jaffell_____          Dated: _Mon Apr 17_____

CHARLES MALOW

_____          Dated: _____

KARYN PINSKY

_____          Dated: _____

Page 4 of 5

This Addendum is hereby incorporated into and shall become a part of the Agreement. In all other respects, the Agreement shall remain unchanged and in full force and effect.

AGREED TO AND ACCEPTED.

COUNTY OF LOS ANGELES

_____    Dated: _____
By:
Title:

LA ALLIANCE FOR HUMAN RIGHTS

_____    Dated: _____
By:
Title:

JOSEPH BURK

_____    Dated: _____

GEORGE FREM

_____    Dated: _____

WENZIAL JARRELL

_____    Dated: _____

CHARLES MALOW

_____    Dated: 04/14/2023

KARYN PINSKY

_____    Dated: _____

Page 4 of 5

This Addendum is hereby incorporated into and shall become a part of the Agreement.  In all other respects, the Agreement shall remain unchanged and in full force and effect.


AGREED TO AND ACCEPTED.


COUNTY OF LOS ANGELES

_____          Dated: _____
By:
Title:

LA ALLIANCE FOR HUMAN RIGHTS

_____          Dated: _____
By:
Title:

JOSEPH BURK

_____          Dated: _____


GEORGE FREM

_____          Dated: _____


WENZIAL JARRELL

_____          Dated: _____


CHARLES MALOW

_____          Dated: _____


KARYN PINSKY

_____          Dated: ___04/17/23_____


Page 4 of 5

**Exhibit B, Page 35**

**HARRY TASHDJIAN**

Dated: _04-14-23_

Page **5** of **5**

**Exhibit B, Page 36**