# EXHIBIT C

REPORT FROM

# OFFICE OF THE CITY ADMINISTRATIVE OFFICER

Date:        January 26, 2023

CAO File No.    0220-05151-0424
Council File No.    20-0841, 20-08410-S21,
20-0841-S23, 20-0841-S25,
20-0841-S26, 20-0841-S28
22-0507
Council District:    All

To:          The City Council

From:        Matthew W. Szabo, City Administrative Officer

Reference:   COVID-19 Homelessness Roadmap

Subject:     **FIFTEENTH REPORT: COVID-19 HOMELESSNESS ROADMAP FUNDING RECOMMENDATIONS**

## SUMMARY

On September 9, 2020, the City Council approved funding for the initial projects under the COVID-19 Homelessness Roadmap (Roadmap) and directed this office to submit future funding recommendations through reports. This is the fifteenth such report.

First, this report provides exemption determinations for the California Environmental Quality Act (CEQA) regarding the renewals of three ABH sites in Council Districts 11,13, and 14.

Second, this report recommends using Additional Homeless Services - General City Purposes (AHS-GCP), Emergency Solutions Grant - CARES Act (ESG-CV) savings, County Roadmap funds, and Homeless Housing, Assistance, and Prevention Round 2 (HHAP-2) monies to close construction and operating funding gaps for Roadmap sites.

Third, this report recommends reprogramming savings from various Roadmap projects for future homelessness projects. Additionally, this report includes technical amendments to prior Roadmap recommendations.

Fourth, this report recommends approval to enter into a sole source contract for services for the Safe Parking site located at 5455 West 111th Street in Council District 11.

Fifth, this report recommends transferring HHAP-2 funds to transfer purchased pallet shelters from one Tiny Home Village (THV) project to another.

Finally, this report recommends approving AHS-GCP funds to provide direct services funding for administrative staff from the Los Angeles Homeless Services Authority (LAHSA).

CAO File No.                  PAGE
0220-05151-0424              2

## RECOMMENDATION

That the City Council, subject to approval by the Mayor:

1. DETERMINE that the lease and continued use of the Crisis and Bridge Housing at 1215 N. Lodi Place, 711 N. Alameda Street (El Puente), and 11303 Pershing Avenue (West LA - VA Campus) are statutorily exempt from CEQA under Public Resources Code, Section 21080(b)(4), as specific actions necessary to prevent or mitigate an emergency, and as reflected in CEQA  Guidelines, Section 15269(c); and Public  Resources  Code, Section 21080.27 (AB 1197), applicable to City of Los Angeles emergency homeless shelters.  This determination is consistent with, and supported by, the City Council's prior actions for the development and use of the properties as shelters; and CEQA determinations made on December 11, 2019, February 14, 2020, and October 5, 2018, respectively (C.F. Nos. 19-0877, 18-0044, and 18-0510-S1, respectively);

2. REPROGRAM  $2,664,662.92 in construction cost savings to Additional Homeless Services - General City Purposes (AHS-GCP) Fund No. 100/56, Account No. 000931 from the following accounts within the Capital Technology Improvement Expenditure Program, Fund No. 100/54:
    a. $650,704.87 in AHS-GCP funds, Account No. 00T761, Bridge Housing - 3061 Riverside Drive for the ABH site located at 3061 Riverside Drive, in Council District 4;
    b. $1,382,042.16 in AHS-GCP funds, Account No. 00T788, CD 13 3rd Street Pallet Shelters for the THV located at 2301 West 3rd Street, in Council District 13; and
    c. $631,915.89 in AHS-GCP funds, Account No. 00T789, CD 14 Figueroa Pallet Shelters for the THV at 7570 Figueroa Street in Council District 14;

3. APPROVE $200,000 for construction costs of an interim housing site with up to 132 beds at 499 San Fernando Road in Council District 1;
    a. TRANSFER $200,000 from the AHS-GCP Fund No. 100/56, Account No. 000931 to the Capital Improvement Expenditure Program Fund No. 100/54, Account No. 00V846, CD 1 499 San Fernando Road;

4. RECOGNIZE up to $1,347,304 Project Homekey 1 Emergency Solutions Grant - CARES Act (ESG-CV) savings from FY 2021-22 allocations for operations/services from the following Project Homekey (PHK) sites:
    a. $1,178,015 from Super 8 Canoga Park;
    b. $169,289 from PV Marina Del Rey, formerly Ramada Inn;

5. REPROGRAM up to $1,347,304 in PHK 1 ESG-CV savings from FY 2021-22 allocations for operations/services from ESG-CV Fund No. 517/43, Account No. 43TA42, Homekey Operations to the ESG-CV Fund No. 517/43, Account No. 43VC9V, COVID-19 Homeless Roadmap;

6. APPROVE up to $707,752.92 in ESG-CV funds from ESG-CV Fund No. 517, Account No. 43VC9V, COVID-19 Homeless Roadmap to Fund No. 517/43, Account No. 43TA42, Homekey Operations for The People Concern for an operations costs shortfall in FY 2021-2022, due to an increase in rehabilitation costs for the following Project Homekey Sites:
   a. $472,391.20 for Mollie Maison, formerly Best Inn;
   b. $235,361.72 for The Layover, formerly Super 8 LAX;

7. REQUEST LAHSA to amend its operation contracts with The People Concern in the amount of $707,752.92 to reimburse for the operations costs gap for Fiscal Year (FY) 2021-22;

8. APPROVE $93,662.49 from ESG-CV Fund No. 517/43, Account No. 43VC9V, COVID-19 Homeless Roadmap to Fund No. 517/43, Account No. 43TA43, Homekey Rehab to Sepulveda Villa, formerly Econo Motor Inn, located at 8647 Sepulveda Boulevard, Council District 6 for purchase and installation of six (6) fire shutters;

9. APPROVE $21,900 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to Fund No. 63Q/43, Account No. 43WC30, 2022-23 Project Homekey Operations to fund additional cost of operations for double occupancy for the PHK site, Mollie Maison, formerly Best Inn located at 4701 Adams Boulevard, Council District 10;

10. REPROGRAM up to $1,559,800 from Homeless Efforts - County Funding Agreement Fund No. 63Q/43, Account No. 43WC30, 2022-23 Project Homekey Operations to Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement for savings due to bed rate adjustments and demobilization from the following PHK sites listed on *Table 1: Project Homekey 1 Operation Savings;*

11. REPROGRAM $547,500 from Homeless Efforts - County Funding Agreement Fund No. 63Q/43, Account No. 43WC26, 2022-23 Safe Parking Operations for operations of a safe parking site, located at 5455 West 111th Street in Council District 11 to Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement;

12. REQUEST LAHSA to amend its existing contracts or subcontracts with Safe Parking LA to remove the Safe Parking Pilot site located at 5455 West 111th Street, in Council District 11;

13. APPROVE $876,000 from Homeless Effort - County Funding Agreement Fund No. 63Q/10 Account No. 10T618 to Fund No. 63Q/10, a new account entitled, "5455 W. 111th - Safe Parking Operations", for operations of a Safe Parking site located at 5455 West 111th Street, a

CAO File No.                                    PAGE
0220-05151-0424                                   4

site which is owned by the Los Angeles World Airports (LAWA), in Council District 11;

    a. TRANSFER $290,400 from the newly established account from Fund No. 63Q/10, a new account entitled, "5455 W. 111th - Safe Parking Operations", to the Office of the City Administrative Officer Fund 100/10, Account No. 003040, Contractual Services for the Safe Parking services operated by Community Partners through June 30, 2023; and

    b. TRANSFER $585,600 from the newly established account from Fund No. 63Q/10, a new account entitled, "5455 W. 111th - Safe Parking Operations" to the Office of the City Administrative Officer Fund 100/10 Account No. 003040, Contractual Services for the Safe Parking services operated by Safe Parking LA from July 1, 2023 to February 29, 2024;

14. AUTHORIZE the City Administrative Officer to enter into a sole source contract with Community Partners in the amount of $290,400 through June 30, 2023 to provide services for the Safe Parking site located at 5455 West 111th Street in Council District 11;

15. AUTHORIZE the City Administrative Officer to enter into a sole source contract with Safe Parking LA in the amount of $585,600 from July 1, 2023 to February 29, 2024 with two one-year options to extend to provide services for the Safe Parking site located at 5455 West 111th Street in Council District 11;

16. AUTHORIZE the transfer of up to $32,000 of HHAP-2 Fund No. 64J/10, Account No. 10V753, CD 15 600 East 116th Place THV of which $32,000 has been expended and encumbered under a Purchase Order for pallet shelters that were meant for the delayed project at 600 E. 116th Pl. in Council District 15 and that will now be used for the THV at 6073 N. Reseda Blvd. in Council District 3;

17. TRANSFER up to $95,080 from the AHS-GCP Fund No. 100/56, Account No. 000931 to the following accounts for the installation of replacement pallets at the Sunflower THV located at 6073 North Reseda Boulevard in Council District 3:

    a. $47,271 to General Services Department (GSD) Fund No. 100/40, Account No. 001101, Hiring Hall Construction Salaries;

    b. $24,118 to GSD Fund No. 100/40, Account No. 001121, Benefits Hiring Hall Construction; and

    c. $23,691 to GSD Fund No. 100/40, Account No. 003180, Construction Materials;

18. TRANSFER up to $40,000 from the AHS-GCP Fund No. 100/56, Account No. 000931 to Capital Technology Improvement Expenditure Program Fund 100/54, in a new account entitled "CD 3 6073 Reseda - THV Pallet", for the installation of replacement pallets at the Sunflower THV located at 6073 North Reseda Boulevard in Council District 3;

CAO File No.  
0220-05151-0424

PAGE  
5

19. APPROVE $278,598 for Volunteers of America Los Angeles (VOALA) for the cost of start-up, Furniture, Fixtures and Equipment for a THV with 161 beds at a site near 9710 San Fernando Road in Council District 6 through June 30, 2023:
   a. TRANSFER $278,598 from Homeless Effort - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to Fund No. 63Q/43, Account No. 43WC27, 2022-23 Tiny Home Operations, for the cost of start-up, Furniture, Fixtures and Equipment of THV site at 9710 San Fernando Boulevard;

20. REQUEST that the LAHSA increase its contract with VOALA in the amount of $278,598 for Furniture, Fixtures, and Equipment, for a THV located at a site near 9710 San Fernando Road in Council District 6;

21. REPROGRAM $176,158 from HHAP-2 Fund No. 64J/10, Account No. 10V771, Funding Category 1 - Roadmap Operating and Capital Costs to Fund No. 64J/10, Account No. 10V772, Funding Category 2 - ABH Operating Costs;

22. APPROVE $176,158 from HHAP-2 Fund No. 64J/10, Account No. 10V772, Funding Category 2 - ABH Operating Costs to Fund No. 64J/43, Account No. 43WC72, Services 3rd Street for continued operations funding for 1920 West 3rd Street (Casa Azul) in Council District 1 through June 30, 2023;

23. RESCIND the approved Rec 5.d. from the Substitute Motion (Ridley - Thomas - Martinez) dated April 6, 2021 (C.F. 20-0841);

24. AMEND the approved Recommendation No. 16 relative to the 12th Homelessness Roadmap Report dated August 5, 2022 (C.F. 20-0841-S25), and replace it with the following:
   a. REPROGRAM up to 1,489,646 in previously approved operating and leasing costs allocated to 7253 Melrose Ave. in Council District 5, as follows:
      i. $1,095,600 from the Homeless Efforts - County Funding Agreement Fund No. 63Q/43, Account No. 43TA70, Interim Housing Operations - 7253 Melrose Ave. to Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement;
      ii. $384,046 from the Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10V697, Leasing - 7253 Melrose Ave CD 5 to Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement;
      iii. $10,000 from HHAP Fund No. 62Y/10, Account No. 10T140, General Services to HHAP, Fund No. 62Y/10, Account No. 10S650, FC-1- ABH Capital;

25. AMEND the approved Recommendation No. 14 relative to the 13th Homelessness Roadmap Report dated October 14, 2022 (C.F. 20-0841-S26), and replace it with the following:
   a. APPROVE up to $3,177,300 for the cost of operating the interim housing site

located at 2521-2525 Long Beach Avenue in Council District 9 through June 30, 2023, from the following accounts:

    i. $1,351,228 from in ESG-CV funds recognized in Recommendation 11 from ESG-CV Fund No. 517/43, Account No. 43VC9V, COVID-19 Homeless Roadmap to ESG-CV Fund No. 517/43, Account No. 43WC29, 2022-23 Other Interim Housing Operations;

    ii. $1,826,072 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to Fund No. 63Q/43, Account No. 43WC29, 2022-23 Other Interim Housing Operations;

26. APPROVE $978,576 from AHS-GCP Fund No. 100/56, Account No. 000931 to Fund No. 10A/43. Account No. 43WC11, Los Angeles Continuum of Care Administration for direct service funding of LAHSA administrative staff through June 30, 2023;

27. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's 2022-23 General Fund contract, C-140706, with LAHSA to:

    a. Roll over $259,129 in unspent funds from contract C-138630 Winter Shelter Program line item to the Winter Shelter line item in the City's 2022-23 General Fund contract with LAHSA; and

    b. Reflect the service funding allocations in this report for Los Angeles Continuum of Care Administration;

28. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's Roadmap contract with LAHSA, C-137223 as follows:

    a. Reflect the reduction of $1,009,975 ESG-CV funds for Operations for THV at 9710 San Fernando Road per Rec. 24.a.ii of the 12th Homelessness Roadmap Report dated August 5, 2022 (C.F. 20-0841-S25);

    b. Reflect the change in funding source of $3,175,500.00 for operating costs for ABH sites at 1920 W. 3rd Street, 1533 Schrader Boulevard and 711 N. Alameda Street per Rec. 21 of the13th Roadmap Report dated October 14, 2022 (C.F. 20-0841-S26);

    c. Reflect the service funding allocations/amendments in this report for:

        i. PHK Operations savings for Super 8 Canoga and PV Marina Del Rey;

        ii. PHK Rehabilitation for Sepulveda Villa

        iii. PHK FY 21-22 Operations for Mollie Maison, and The Layover;

        iv. PHK Operations for Mollie Maison and those described in Table 1;

        v. Safe Parking - 5455 West 111th Street;

        vi. Cost of start-up, Furniture, Fixtures and Equipment for the THV site at 9710 San Fernando Boulevard;

        vii. Interim Housing - 2521-2525 Long Beach Avenue

29. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's HHAP contract with LAHSA, C-135650 to reflect the service funding allocations/amendments in this report for 1920 West 3rd Street;

30. AUTHORIZE the CAO to:
   a. Prepare Controller instructions or make necessary technical adjustments, including to the names of the Special Fund accounts recommended for this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions; and
   b. Prepare any additional Controller instructions to reimburse City Departments for their accrued labor, material or permit costs related to projects in this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions.

## BACKGROUND

As a part of the Roadmap, the City reached an agreement with the County of Los Angeles (County) on June 16, 2020, to develop 6,700 beds for homeless interventions within 18 months, to address the COVID-19 emergency. This agreement established the following milestones:

- 700 beds in existing agreements with the County within 10 months;
- 5,300 new beds within 10 months; and
- 700 new beds within 18 months.

Six thousand of these beds must be new beds, which are not included in any existing agreements between the City and the County. The County has committed to providing the City up to $60 million in services funding per year over the five-year term of the agreement, for a total of up to $300 million, based on the number of interventions that are open and occupiable within 60 days of July 1st each year. The target population for this effort includes:

- People experiencing homelessness and living in the City within 500 feet of freeway overpasses, underpasses, and ramps;
- People experiencing homelessness within the City who are 65 years of age or older; and
- Other vulnerable people experiencing homelessness within the City.

As of December 28, 2022, 6,061 new beds are open and occupiable, including 1,364 rapid rehousing/shared housing point in time placements overseen by LAHSA.

## DISCUSSION

### A Bridge Home Extensions

This report provides exemption determinations for the CEQA regarding the renewals of three ABH sites: the ABH site located at 11303 Pershing Avenue (West LA - VA Campus) in Council

CAO File No.                                    PAGE
0220-05151-0424                                   8

District 11, which is operated by the U.S. Department of Veterans Affairs and provides 100 beds; the ABH site located at 1214 Lodi Place in Council District 13, which is operated by People Assisting the Homeless (PATH) and provides a total of 94 beds, 64 dedicated to women and 30 dedicated to Transitional Age Youth (TAY); and the ABH site located at 711 N. Alameda Street (El Puente) in Council District 14, which is operated by The People Concern and provides 45 beds.

To provide authority for the renewals, the Bureau of Engineering (BOE) has conducted CEQA analyses for these sites, which are transmitted under separate cover. The Mayor and City Council must approve BOE's determinations that these uses are categorically exempt from CEQA.

**Project Homekey**

*Outstanding Costs Incurred in FY 2021-22*
This report recommends reprogramming ESG-CV savings to the PHK sites Mollie Maison, formerly known as Best Inn, and The Layover, formerly known as Super 8 LAX, for outstanding costs of operations ($668,666.32) and rehabilitation ($39,086.60) incurred in FY 2021-22.

*Sepulveda Villa (Econo Motor Inn)*
This report recommends reprogramming ESG-CV savings funds to the Project Homekey site Sepulveda Villa, formerly known as Econo Motor Inn, for the purchase and installation costs associated with six (6) fire shutters, as required to complete the fire/life safety systems upgrades for the project. The total recommended funding is $93,662.49.

*Double Occupancy Funding*
A total of $21,900 in additional Homeless Efforts - County Funding Agreement funding is recommended for the Mollie Maison site to allow for four double occupancy beds. Funding for double occupancy rooms is necessary to continue to serve clients in alignment with low-barrier housing strategies

*Operation Savings*
This report recommends reprogramming up to $859,210 in savings from Homeless Efforts - County Funding Agreement funding for the FY 2022-23's operations for various Project Homekey sites due to adjustments in bed rate adjustments. Additionally, $700,590 operating funding is recommended to be recaptured from PV Marina Del Rey, formerly known as Ramada Inn. The interim site was demobilized as of October 31, 2022 and is to be converted to Permanent Supportive Housing. A total of $1,559,800 operation savings is recognized for reprogramming in this report. Below, Table 1: Project Homekey 1 Operation Savings provides a breakdown of the recommended decreases by site:

CAO File No.                    PAGE
0220-05151-0424                  9

| Site | County Funds |
|------|-------------:|
| Restoration Apartments (EC Motel & EC Motel Parking) | $169,725.00 |
| Sepulveda Villa (Econo Motor Inn) | $31,025.00 |
| PV Marina Del Rey (Ramada Inn) | $700,590.00 |
| Beacon (Solaire Hotel) | $482,530.00 |
| The Layover (Super 8 LAX) | $31,025.00 |
| The Nest | $93,075.00 |
| Casa Luna (Titta's Inn) | $51,830.00 |
| **Total** | **$1,559,800.00** |

**Safe Parking Pilot, 5455 W. 111th Street**

The Safe Parking pilot located at 5455 W. 111th Street in Council District 11, also known as Lot E, received approval from the Council and Mayor through a CAO report on June 7, 2022 (CF 20-0841-S23). This pilot received approval from the Federal Aviation Administration on January 27, 2022, since the lot is located on the premises of the Los Angeles International Airport (LAWA). Services will be provided by Safe Parking LA, a Community Partners project, and will provide 50 spots and overnight services to people experiencing homelessness. LAWA will enter into service agreements with Community Partners and Safe Parking LA directly, through which funding will be provided by the CAO through separate funding agreements. Due to additional funding items, operations at this site will cost $48 per space per night instead of the standard $30.

This report recommends the authority for the CAO to enter into a sole source contract with Community Partners to be in place through June 30, 2023, as well as the authority for the CAO to enter into a sole source contract with Safe Parking LA from July 1, 2023 to February 29, 2024, which is the remaining term for the one year pilot. $290,400 of County Agreement funds are recommended in this report for the term ending June 30, 2023 with Community Partners, and $585,600 is recommended for the remaining term of the pilot with Safe Parking LA, for a total of $876,000 for one year of operations.

**6073 N. Reseda Blvd. THV, Pallet Replacement**

On November 18, 2022, the Sunflower THV located at 6073 N. Reseda Blvd. in Council District 3 experienced a fire that burned six pallets. This report recommends the authority to transfer pallets that were purchased for the THV located at 600 E. 116th Pl. in Council District 15 to replace the burned pallets and a total of $130,080 of AHS-GCP funds for the repair and installation of replacement pallets. The THV at 600 E. 116th Pl. is currently on hold, and if the site receives approval to proceed at a later date, the six pallets will be replaced through a new order.

CAO File No.
0220-05151-0424

PAGE
10

**9710 San Fernando Rd. THV**

On September 9, 2021, the Council and Mayor approved the CAO's eighth COVID-19 Homelessness Roadmap funding report that provided the construction and operating funds for the THV located at around 9710 San Fernando Rd. in Council District 6. The project received a total of $7,223,363 for construction, which comprised of Federal Coronavirus Relief (CRF), Community Development Block Grant - COVID (CDBG-COVID), AHS-GCP, and a small portion of HHAP-2 funds. $1,558,985 of ESG-CV funds were approved for operations of the site as well as furniture, fixtures, and equipment (FFE). This report recommends $278,598 of County agreement funds to provide additional FFE that is required before the site becomes operational.

**LAHSA Authority Continuum of Care Administration**

LAHSA coordinates and provides operational support for many of the City's homelessness initiatives. With the increase of homelessness interventions within the City in recent years through the COVID-19 Homelessness Roadmap and the HHAP program, a higher demand has been placed on LAHSA's administrative staff to ensure programs receive the necessary and timely support. As such, this report recommends additional funding for LAHSA's administrative staffing to expand its capacity.

*Table 2: LAHSA Continuum of Care Administration Staff Positions*

| Department | No. of Positions |
|---|---|
| Data Management | 3 |
| Grants Management and Compliance | 3 |
| IT | 2 |
| Finance | 2 |
| Contracts & Procurement | 2 |
| Human Resources | 2 |
| Equity | 1 |
| Risk Management | 1 |
| Government Affairs | 1 |
| Communication | 1 |
| Funding and Allocation | 1 |
| **Total** | **19** |

CAO File No.                                PAGE
0220-05151-0424                        11

**FISCAL IMPACT STATEMENT**

There is no impact to the General Fund as a result of the recommendations in this report at this time. The recommendations in this Report will be funded with the City's General Fund approved for homelessness interventions AHS-GCP as well as: HHAP-2; ESG-CV; and the County service funding commitment from FY 2021-22 and FY 2022-23.

**FINANCIAL POLICIES STATEMENT**

The recommendations in this report comply with the City Financial Policies in that budgeted funds and grant funds are being used to fund recommended actions.

Attachments:

1. COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 15th Homeless Roadmap Funding Recommendations are Approved

*MWS:EG:BRB:BK:MP:SBL:MCF:MAG:16230066*

# Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 15th Roadmap Funding Recommendations are Approved

**COVID-19 Homelessness Roadmap Status of Capital and Operating Funding**

| No. | Type of Unit/Intervention | Type | Site | CD | FY 2020-2021 HHAP | HEAP | HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | FY 2021-2022 HHAP | HEAP | HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | FY 2022-2023 HHAP-2 | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 13160 Raymer St. | 2 | $165,424 | $1,182,897 | $1,348,321 | | | | | | | | | | | | | | | | | | | $1,348,321 |
| 2 | | | 7700 Van Nuys Blvd. | 2 | $6,209,046 | | $6,209,046 | | | | | | | | | | | | | | | | | | | $6,209,046 |
| 3 | | | 7621 Canoga Ave. | 3 | | $4,300,000 | $4,300,000 | | | | | | | | | | | | | | | | | | | $4,300,000 |
| 4 | | | 3061 Riverside Dr. | 4 | $1,101,400 | $614,000 | $1,715,400 | $1,305,816 | | | $2,190,000 | | | | | -$23,238 | | | | | | | | | -$650,704.87 | $4,537,271 |
| 5 | | | 3428 Riverside Dr. | 4 | $5,812,912 | | $5,812,912 | | | | | | | | | | | | | | | | | | | $5,812,912 |
| 6 | | | 1479 La Cienega Blvd. | 5 | | | $0 | | | | | | | | | | | | | | | | | | | $0 |
| 7 | | | 14333 Aetna St. | 6 | $5,127,729 | | $5,127,729 | | | | | | | | | | | | | | | | | | | $5,127,729 |
| 8 | ABH Beds (1) | Capital | Sylmar Armory | 7 | | | | | | | | | | | | | | | | | | | | | | $0 |
| 9 | | | 4601 Figueroa St. | 9 | | | | | | | | | | | | | | | | | | | | | | $0 |
| 10 | | | 1819 S. Western Ave. | 10 | | $1,579,490 | $1,579,490 | | | | | | | | | | | | | | | | | | | $1,579,490 |
| 11 | | | 625 Lafayette Pl. | 10 | | $5,518,289 | $5,518,289 | | | | | | | | | | | | | | | | | | | $5,518,289 |
| 12 | | | West LA VA | 11 | | | | | | | | | | | | | | | | $136,046 | | | | | | $136,046 |
| 13 | | | 1533 Schrader Blvd. | 13 | | | | | | | | | | | | | | | | $21,500 | | | | | | $42,029 |
| 14 | | | 310 N. Main St. | 14 | $2,739,163 | $904,011 | $3,643,174 | | | | | | | | | | | | | | | | | | $20,529 | $3,643,174 |
| 15 | | | 515 N Beacon St. | 15 | | $812,790 | $812,790 | | | | | | | | | | | | | | | | | | $158,410 | $971,200 |
| 16 | | | 828 Eubank Ave. | 15 | | $15,000 | $15,000 | | | | | | | | | | | | | | | | | | | $15,000 |
| | **ABH Capital Total** | | | | | | **$36,082,151** | **$1,305,816** | **$0** | **$0** | **$2,190,000** | **$0** | | | **$0** | **-$23,238** | **$0** | **$0** | **$0** | **$157,546** | **$0** | **$0** | **$0** | **$0** | **-$471,766** | **$39,240,509** |
| 17 | | | 1920 W 3rd St. | 1 | | $169,179 | $169,179 | | | $179,200 | | | | | | | | | | $649,266 | $176,158 | | | -$613,200 | $767,448 | $1,328,053 |
| 18 | | | 13160 Raymer St. | 2 | $1,352,855 | $237,100 | $1,589,955 | | | $1,861,500 | | | | | | | | | | $914,501 | | | | $946,999 | | $5,312,955 |
| 19 | | | 7700 Van Nuys Blvd. | 2 | $2,364,185 | $166,263 | $2,530,448 | | | | | | | | | | | | | $2,190,000 | | | | | | $4,720,448 |
| 20 | | | 7621 Canoga Ave. | 3 | | | | | | | | | | | | | | | | | | | | | | $0 |
| 21 | | | 3061 Riverside Dr. | 4 | $2,009,910 | | $2,009,910 | | | | $2,100,000 | | | | | | | | | $1,561,879 | | | | | | $5,671,789 |
| 22 | | | 3428 Riverside Dr. | 4 | $1,541,062 | $180,000 | $1,721,062 | | | | $2,190,000 | | | | | | | | | $2,190,000 | | | | | | $6,101,062 |
| 23 | | | 1479 La Cienega Blvd. | 5 | $1,359,996 | | $1,359,996 | | | | | | | | | | | | | | | | | $647,991 | | $2,007,987 |
| 24 | | | 14333 Aetna St. | 6 | $1,162,930 | $210,100 | $1,373,030 | | | | $1,620,600 | | | | | | | | | $1,620,600 | | | | | | $4,614,230 |
| 25 | ABH Beds (1) | Operating (2) | Sylmar Armory | 7 | | $1,652,400 | $1,652,400 | | | | $1,861,500 | | | | | | | | | $1,861,500 | | | | | | $5,375,400 |
| 26 | | | 4601 Figueroa St. | 9 | $949,333 | | $949,333 | | | | | | | | | | | | | | | | | | | $949,333 |
| 27 | | | 1819 S. Western Ave. | 10 | $67,700 | $346,720 | $414,420 | | | | $328,500 | | | | | | | | | $328,500 | | | | | | $1,071,420 |
| 28 | | | 625 Lafayette Pl. | 10 | | $626,691 | $626,691 | | | | $1,533,000 | | | | | | | | | $1,576,800 | | | | | | $3,736,491 |
| 29 | | | 1214 Lodi Pl. (Phase 1) | 13 | $3,507,783 | $213,085 | $3,720,868 | | | | $875,520 | | | | | | | | | $1,401,600 | | | | | | $5,997,988 |
| 30 | | | 1533 Schrader Blvd. | 13 | $192,960 | $88,557 | $281,517 | | | | $419,040 | | | | | | | | | $2,090,880 | | | | -$1,576,800 | 1,576,800 | $2,791,437 |
| 31 | | | 711 N Alameda St (El Puente) | 14 | | $269,699 | $269,699 | | | | $918,264 | | | | | | | | | $985,500 | | | | -$985,500 | 985,500 | $2,173,463 |
| 32 | | | 310 N. Main St. (Civic Center) | 14 | $1,020,229 | $670,829 | $1,691,058 | | $2,168,100 | | | | | | | | | | | $1,453,940 | | | | $714,160 | | $6,027,258 |
| 33 | | | 515 N Beacon St. | 15 | $226,300 | $936,529 | $1,162,829 | | | | $832,200 | | | | | | | | | $900,090 | | | | $158,410 | | $3,053,529 |
| 34 | | | 828 Eubank Ave. | 15 | | | | | | | $2,190,000 | | | | | | | | | $2,190,126 | | | | $252 | | $4,420,119 |
| | **ABH Operation Total** | | | | | | **$21,522,395** | **$0** | **$0** | **$4,208,800** | **$14,868,624** | **$0** | | | **$0** | **$0** | **$0** | **$21,915,182** | **$0** | **$176,158** | **$0** | **$0** | **-$707,689** | **$3,369,500** | **$65,352,974** |
| 35 | | | 11471 Chandler Blvd. | 2 | | $30,000 | $30,000 | $5,208,879 | | | | | | | | -$676,668 | | | | | | | | | | $4,562,211 |
| 36 | | | 6099 Laurel Canyon Blvd. | 2 | | $30,000 | $30,000 | $9,215,785 | | | | | | | | -$572,749 | | | | | | | | | | $8,673,036 |
| 37 | | | 12600 Saticoy St. | 2 | | $195,754 | $195,754 | $8,546,064 | | | | | | | | -$2,733,720 | | | | | | | | | | $6,008,098 |
| 38 | | | 19040 Vanowen St. | 3 | | $30,000 | $30,000 | $3,813,100 | | | | | | | | -$701,722 | | | | $88,619 | | | | | | $3,229,997 |
| 39 | | | 6073 Reseda Blvd. | 3 | | $1,501,729 | $1,501,729 | $3,161,433 | | | | | | | | -$431,371 | | | | $12,865 | $32,000 | | | | $135,080 | $4,411,736 |
| 40 | | | 9710 San Fernando Blvd. | 6 | | | | | | | | | $10,000 | $10,000 | $249,707 | $3,880,068 | | | | $2,833,295 | | | | | | $6,973,070 |
| 41 | | | Compton Ave. and Nevin Ave. | 9 | | | | | | | | | $10,000 | $10,000 | | | | | | $7,194,335 | -$10,000 | | | | -$7,131,112 | $63,223 |
| 42 | Tiny Home Villages | Capital | 2301 W. 3rd St. | 13 | $10,000 | $101,701 | $111,701 | | | | $4,863,199 | | | | | $3,121,058 | | | | -$3,121,058 | | | | | -$1,382,042 | $3,592,858 |
| 43 | | | 1455 Alvarado St. | 13 | | | | $2,886,292 | | | | | | | | -$398,566 | | | | | | | | | | $2,487,727 |
| 44 | | | Arroyo & Ave. 60 | 14 | $10,000 | $214,762 | $224,762 | $1,828,402 | $4,119,932 | | | | | | | $2,812,279 | -$2,812,279 | | | | | | | | | $6,173,096 |
| 45 | | | 7570 Figueroa St. | 14 | $10,000 | | $10,000 | $336,857 | | | $3,444,357 | | | | | $2,218,378 | | | | -$2,218,378 | | | | | -$631,916 | $3,159,298 |
| 46 | | | 850 N. Mission Rd. | 14 | | | | | | | | | | | | | | | | | $4,869,572 | | | | | $4,869,572 |
| | | | Mission and Jesse | 14 | | | | | | | | | | | | | | | | | | | | $193,924 | | $193,924 |
| 47 | | | 1221 Figueroa Pl. | 15 | | $30,000 | $30,000 | $5,422,184 | | | | | | | | -$1,060,943 | | | | | | | | | | $4,391,241 |
| 48 | | | 600 E. 116th Pl. | 15 | | | | | | | | | | | | | | | | $131,705 | $3,588,982 | | | | | $3,720,687 |
| | **Tiny Home Villages Capital Total** | | | | | | **$2,163,947** | **$40,418,995** | **$4,119,932** | **$0** | **$0** | **$8,307,556** | | | **$20,000** | **$1,825,682** | **$1,067,789** | **$0** | **$0** | **$4,921,383** | **$8,480,554** | **$0** | **$0** | **$0** | **-$8,816,066** | **$62,509,772** |
| 49 | | | 2521-2525 Long Beach Ave. | 9 | | | | $4,911,342 | | | | | | | | | | | | | | | | | | $4,911,342 |
| 50 | Other Interim Beds / Homekey Units (1) | Acquisition | 2300, 2312, 2324 & 2332 S. Central Ave. | 9 | | | | $11,688,000 | | | | | | | | | | | | | | | | | | $11,688,000 |
| 51 | | | 1300-1332 W. Slauson Ave. | 9 | | | | $6,520,353 | | | | | | | | | | | | | | | | | | $6,520,353 |
| | | | | | | | | | | | | | | | | | | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$23,119,695** |
| 52 | | | 499 San Fernando Road | 1 | | | | | | | | | | | | | | | | $11,471,961 | | | | | $1,826,715 | $13,298,676 |
| 53 | | | Coalition to Abolish Slavery and Trafficking (CAST) | 5 | | | | $900,000 | | | | | | | | -$454,773 | | | | | | | | | | $445,227 |
| 54 | Other Interim Beds | Capital | 2521-2525 Long Beach Ave. | 9 | $1,831,441 | | $1,831,441 | $199,873 | $836,904 | $538,329 | | | $ - | $ - | | | -$836,904 | -$538,329 | | $1,375,233 | | | | | | $3,406,547 |
| 55 | | | 1300-1332 W. Slauson Ave. | 9 | | | | $2,043,164 | | | | | $10,000 | $ - | $10,000 | $2,114,741 | -$2,043,164 | | | | | | | | | $2,124,741 |
| 56 | | | 18140 Parthenia Blvd. | 12 | | | | $6,021,115 | | | $2,268,008 | | | | | -$3,481,115 | | | | $3,481,115 | | | | | | $8,289,123 |
| | **Other Interim Beds Capital Total** | | | | | | **$1,831,441** | **$7,120,988** | **$2,880,068** | **$538,329** | **$0** | **$2,268,008** | | | **$10,000** | **-$1,821,147** | **-$2,880,068** | **-$538,329** | **$0** | **$16,328,309** | **$0** | **$0** | **$0** | **$0** | **$1,826,715** | **$27,564,322** |
| 57 | | | 11471 Chandler Blvd. | 2 | | | | $1,849,350 | $249,025 | | | | | | | | | | | $1,505,625 | | | | | | $3,604,000 |
| 58 | | | 6099 Laurel Canyon Blvd. | 2 | | | | $4,776,500 | | | | | | | | | | | | $4,015,000 | | | -$767,625 | | | $8,023,875 |
| 59 | | | 12600 Saticoy St. | 2 | | | | $3,199,950 | $267,300 | | | | | | | -$816,750 | $3,467,762 | | | | | -$1,338,966 | -$455,488 | | | $4,323,808 |
| 60 | | | 19040 Vanowen St. | 3 | | | | $2,583,060 | | | | | | | | -$290,565 | $2,027,575 | $101,484 | | | | -$822,917 | | | | $3,598,637 |
| 61 | | | 6073 Reseda Blvd. | 3 | | | | $3,659,440 | | | | | | | | -$487,960 | $2,971,100 | | | | | -$1,469,219 | | | | $4,673,361 |
| 62 | | | 9710 San Fernando Blvd. | 6 | | | | | | | | | | | | $1,009,975 | $1,018,325 | | | | | -$1,009,975 | $1,659,978 | | | $2,678,303 |
| 63 | | | Compton Ave. & Nevin Ave. | 9 | | | | | | | | | | | | $475,200 | | | | | | -$475,200 | | | | $0 |
| 64 | Tiny Home Villages | Operating (2) | 1455 Alvarado St. | 13 | | | | $547,582 | $1,754,082 | | | | | | | $1,485,550 | | | | | | | | | | $3,787,214 |
| 65 | | | 2301 W. 3rd St. | 13 | | | | $1,901,735 | | | | | | | | $1,510,735 | | | | | | $677,440 | | | | $4,089,910 |
| 66 | | | Arroyo & Ave. 60 | 14 | | | | $3,732,920 | | | | | | | | $3,732,920 | | | | | | $763,880 | | | | $8,229,720 |
| 67 | | | 7570 Figueroa St. | 14 | | | | $1,288,934 | | | | | | | | $1,288,934 | | | | | | $578,041 | | | | $3,155,909 |
| 68 | | | 1221 Figueroa Pl. | 15 | | | | $1,897,335 | | | | | | | | -$742,500 | $1,606,000 | | | | | | | | | $2,760,835 |
| 69 | | | 499 San Fernando | 1 | | | | | | | | | | | | | | | | | | $990,000 | | | | $990,000 |
| 70 | | | 850 N. Mission Rd. | 14 | | | | | | | | | | | | | | | | | | $194,400 | | | | $194,400 |
| | | | Mission and Jesse | 14 | | | | | | | | | | | | | | | | | | $188,363 | | | | $188,363 |
| | **Tiny Home Villages Operating Total** | | | | | | **$0** | **$0** | **$0** | **$18,513,217** | **$9,193,996** | **$0** | | | **$0** | **$0** | **$0** | **-$1,327,800** | **$25,104,726** | **$101,484** | **$0** | **$0** | **-$5,408,702** | **$3,933,051** | **$0** | **$49,915,572** |

Case 2:20-cv-02291-DOC-KES Document 538-3 Filed 04/21/23 Page 13 of 15 Page

1/26/2023

# Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 15th Roadmap Funding Recommendations are Approved

**COVID-19 Homelessness Roadmap Status of Capital and Operating Funding**

| No. | Type of Unit/Intervention | Type | Site | CD | FY 2020-2021 HHAP | HEAP | HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | FY 2021-2022 HHAP | HEAP | HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | FY 2022-2023 HHAP-2 | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 | | | 313 Patton St. | 1 | | | | | | | $400,140 | | | | | | | $457,488 | | | | | | | | | $857,628 |
| 72 | | | 1701 Camino Palmero St. | 4 | | | | | | | $766,080 | | | | | | | $689,850 | | | | | | | $76,650 | | $1,532,580 |
| 73 | | | 7600 Beverly Blvd. | 4 | | | | | | | $304,937 | | | | | | | | | | | | | | | $304,937 |
| 74 | | | 7253 Melrose Ave. | 5 | $10,000 | | $10,000 | | | | $2,970,444 | | | | | | | | | | -$10,000 | | | -$2,970,444 | | $10,000 |
| 75 | | | 7816 Simpson Ave. | 6 | | | | | | | | | | | | | | $733,040 | $733,040 | | | | | $983,675 | | $2,449,755 |
| 76 | | | 6909 N. Sepulveda Blvd. | 6 | | | | | | | $3,827,755 | | | | | | | | $2,930,950 | | | | | | | $6,758,705 |
| 77 | | | 11067 Norris Ave. | 7 | | | | | | | $609,900 | | | | | | | | | | | | | | | $609,900 |
| 78 | | | 8501 1/2 S. Vermont Ave. | 8 | | | | | | | $627,000 | | | | | | | $501,875 | | | | | | | | $1,128,875 |
| 79 | | | 5615 - 5749 S. Western Ave. | 8 | | | | | | | $175,560 | | | | | | | $140,525 | | | | | | | | $316,085 |
| 80 | | | 8311 S. Western Ave. | 8 | | | | | | | $321,000 | | | | | | | | | | | | | | | $321,000 |
| 81 | | | 2514 W. Vernon Ave. | 8 | | | | | | | $214,000 | | | | | | | | | | | | | | | $214,000 |
| 82 | | | 8501 S. Broadway | 9 | | | | | | | $3,762,000 | | | | | | | $3,011,250 | | | | | | | | $6,773,250 |
| 83 | | | 5100 S. Central Ave. | 9 | | | | | | | $627,000 | | | | | | | $501,875 | | | | | | | | $1,128,875 |
| 84 | | | 224 E. 25th St. & 224 1/2 E. 25th St. | 9 | | | | | | | $401,500 | | | | | | | $1,840,300 | | | | | | | | $2,241,800 |
| 85 | Other Interim Beds | Operating (2) | 9165 & 9165 ½ South Normandie St | 9 | | | | | | | $401,500 | | | | | | | $401,500 | | | | | $160,600 | | $963,600 |
| 86 | | | 5171 S. Vermont Ave. | 9 | | | | | | | $214,000 | | | | | | | | | | | | | | | $214,000 |
| 87 | | | 2521-2525 Long Beach Ave. | 9 | | | | | | | | | | | | | | | $61,000 | | | | $1,351,228 | $1,826,072 | | $3,238,300 |
| 88 | | | 1300-1332 W. Slauson Ave. | 9 | | | | | | $2,007,500 | | | | | | | -$849,892 | $1,157,604 | | | | | -$2,007,500 | $348,021 | | $655,733 |
| 89 | | | 18140 Parthenia Blvd. | 12 | | | | | | $1,611,019 | $822,955 | | | | | | -$1,552,169 | $1,510,735 | | | | | $637,290 | | $3,029,830 |
| 90 | | | 5941 Hollywood Blvd. | 13 | | | | | | $1,035,626 | | | | | | | -$183,150 | $190,149 | | | | | -$31,169 | $412,101 | | $1,423,557 |
| 91 | | | 3191 W. 4th St. | 13 | | | | | | | $178,072 | | | | | | | | | | | | | | | $178,072 |
| 92 | | | 566 S. San Pedro St. | 14 | | $222,950 | $222,950 | | | $1,204,500 | $301,356 | | | | | | -$54,000 | | | | | | $1,423,500 | | $3,098,306 |
| 93 | | | 1060 Vignes St. | 14 | | | | | | $1,235,934 | $4,965,426 | | | | | | -$1,014,285 | | | | | | $4,858,150 | | $10,045,225 |
| 94 | | | 543 Crocker St. | 14 | | $74,010 | $74,010 | | | | $401,500 | | | | | | | | | | | | $401,500 | | $877,010 |
| 95 | | | 3123 S. Grand Ave. | 14 | | | | | | | $401,500 | | | | | | | | | | | | $401,500 | | $803,000 |
| 96 | | | Scattered Sites - SRO Housing Corporation | 14 | | | | | | $1,204,500 | | | | | | | | | | | | | $1,204,500 | | $2,409,000 |
| 97 | | | 1904 Bailey St. | 14 | | | | | | | | | | | | | | | | | | | $3,229,477 | $3,308,968 | $79,491 |
| 98 | | | 345 E. 118 Pl. | 15 | | | | | | | $80,300 | | | | | | | | | | | | $80,300 | | $160,600 |
| 99 | | | Various | Various | | | | | | | $220,220 | | | | | | | | | | | | | | $220,220 |
| 100 | | | Project Roomkey (3) | Various | | | $32,503,165 | | | | $32,281,994 | | | | | | $2,048,743 | $6,589,090 | | | | | | | $73,422,992 |
| | **Other Interim Beds Operating Total** | | | | | **$32,810,125** | **$0** | **$0** | **$7,094,579** | **$24,198,639** | **$32,281,994** | | **$0** | **$0** | **$0** | **-$414,225** | **$13,609,653** | **$6,650,090** | **-$10,000** | **$0** | **-$687,441** | **$13,072,892** | **$79,491** | **$128,685,797** |
| 101 | | | Beacon (Solaire Hotel) | 1 | | | | $4,873,960 | | | | | | | | | | | | | | | | | | $4,873,960 |
| 102 | | | Sieroty (Howard Johnson) | 4 | | | | $5,103,560 | | | | | | | | | | | | | | | | | | $5,103,560 |
| 103 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | | | $2,709,717 | | | | | | | | | | | | | | | | | | $2,709,717 |
| 104 | | | Pano (Panorama Inn) | 6 | | | | $2,713,579 | | | | | | | | | | | | | | | | | | $2,713,579 |
| 105 | | | Arleta (Woodman) | 6 | | | | $20,056,747 | | | | | | | | | | | | | | | | | | $20,056,747 |
| 106 | | | Woodman Ownership Transfer | 6 | | | | $296,746 | | | | | | | | | -$277,245 | | | | | | | | | $19,500 |
| 107 | | | Encinitas (Good Nite Inn) | 7 | | | | $16,351,536 | | | | | | | | | | | | | | | | | | $16,351,536 |
| 108 | | | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | | $1,281,013 | | | | | | | | | | | | | | | | | | $1,281,013 |
| 109 | Homekey Units (1) | Match / Acquisition | Mollie Maison (Best Inn) | 10 | | | | $990,290 | | | | | | | | | | | | | | | | | | $990,290 |
| 110 | | | The Layover (Super 8 LAX) | 11 | | | | $10,830,215 | | | | | | | | | | | | | | | | | | $10,830,215 |
| 111 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | $10,152,255 | | | | | | | | | | | | | | | | | | $10,152,255 |
| 112 | | | Devonshire Lodge (Travelodge) | 12 | | | | $3,162,222 | | | | | | | | | | | | | | | | | | $3,162,222 |
| 113 | | | The Nest | 13 | | | | $1,736,813 | | | | | | | | | | | | | | | | | | $1,736,813 |
| 114 | | | Casa Luna (Titta's Inn) | 14 | | | | $1,977,625 | | | | | | | | | | | | | | | | | | $1,977,625 |
| 115 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | $9,021,062 | | | | | | | | | | | | | | | | | | $9,021,062 |
| 116 | | | Travelodge (Normandie) | 15 | | | | $3,990,522 | | | | | | | | | | | | | | | | | | $3,990,522 |
| 117 | | | Property management and real estate service | Various | | | | $779,939 | | | | | | | | | | | | | | | | | | $779,939 |
| | **Project Homekey Match / Aquisition Total** | | | | | **$0** | **$96,027,802** | **$0** | **$0** | **$0** | **$0** | | **$0** | **-$277,245** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$95,750,557** |
| 118 | | | Beacon (Solaire Hotel) | 1 | | | | $1,812,891 | | | | | | | | | $40,500 | | | | | | $2,340,745 | | $4,194,136 |
| 119 | | | Sieroty (Howard Johnson) | 4 | | | | $1,899,692 | | | | | | | | | $32,400 | | | | -$200,000 | $2,172,480 | | $3,904,572 |
| 120 | | | Super 8 Canoga Park | 3 | | | | $2,207,008 | | | | | | | | | | | | -$1,178,015 | | | $1,028,993 |
| 121 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | | | $1,731,223 | | | | | | | | | $27,000 | | | | | $1,854,200 | | $3,612,423 |
| 122 | | | Pano (Panorama Inn) | 6 | | | | $2,394,315 | | | | | | | | | -$2,144,315 | | | | -$250,000 | $250,000 | | $250,000 |
| 123 | | | Arleta (Woodman) | 6 | | | | $4,591,700 | | | | | | | | | -$4,276,700 | | | | -$315,000 | | | $765,283 |
| 124 | | | Encinitas (Good Nite Inn) | 7 | | | | $4,030,275 | | | | | | | | | $39,960 | | | | | $2,750,275 | | $6,820,510 |
| 125 | Homekey Units (1) | Operating | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | | $599,878 | | | | | | | | | $13,500 | | | | | $761,025 | | $1,374,403 |
| 126 | | | Mollie Maison (Best Inn) | 10 | | | | $674,883 | | | | | | | | | $10,800 | | | | $472,391 | $704,450 | | $1,862,524 |
| 127 | | | The Layover (Super 8 LAX) | 11 | | | | $2,038,300 | | | | | | | | | $24,300 | | | | $235,362 | $1,383,350 | | $3,681,312 |
| 128 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | $1,528,725 | | | | | | | | | $15,660 | | | | -$169,289 | $356,085 | | $1,731,181 |
| 129 | | | Devonshire Lodge (Travelodge) | 12 | | | | $3,490,313 | | | | | | | | | $40,500 | | | | | $2,381,625 | | $5,912,438 |
| 130 | | | The Nest | 13 | | | | $1,203,054 | | | | | | | | | $21,600 | | | | | $1,222,750 | | $2,447,404 |
| 131 | | | Casa Luna (Titta's Inn) | 14 | | | | $1,062,210 | | | | | | | | | $18,900 | | | | | $1,256,330 | | $2,337,440 |
| 132 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | $2,408,900 | | | | | | | | | $21,600 | | | | | $1,657,100 | | $4,087,600 |
| 133 | | | Travelodge (Normandie) | 15 | | | | $1,148,211 | | | | | | | | | -$648,211 | | | | -$500,000 | $500,000 | | $500,000 |
| | **Project Homekey Operating Total** | | | | | **$0** | **$0** | **$0** | **$32,821,578** | **$0** | **$0** | | **$0** | **$0** | **$0** | **-$6,762,506** | **$0** | **$0** | **$0** | **$0** | **-$1,904,551** | **$20,355,698** | **$0** | **$44,510,219** |
| 134 | | | Beacon (Solaire Hotel) | 1 | | | | $3,231,738 | | | | | | | | | | | | | | | | | | $3,231,738 |
| 135 | | | Sieroty (Howard Johnson) | 4 | | | | $3,185,854 | | | | | | | | | | | | | | | | | | $4,701,798 |
| 136 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | | | $193,049 | $600,140 | | | | | | | | -$193,049 | $193,049 | | | | | $93,662 | | $886,851 |
| 137 | | | Pano (Panorama Inn) | 6 | | | | $4,472,059 | | | | | | | | | -$2,500,000 | | | | | $4,286,703 | | $6,258,762 |

Case 2:20-cv-02291-DOC-KES Document 538-3 Filed 04/21/23 Page 14 of 15 Page

1/26/2023

# Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 15th Roadmap Funding Recommendations are Approved

COVID-19 Homelessness Roadmap Status of Capital and Operating Funding

| No. | Type of Unit/Intervention | Type | Site | CD | FY 2020-2021 HHAP | HEAP | HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | FY 2021-2022 HHAP | HEAP | HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | FY 2022-2023 HHAP-2 | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 138 | | | Arleta (Woodman) | 6 | | | | | | $397,200 | | | | | | $6,718,625 | | | | | | | | $3,500,000 | | | $10,615,825 |
| 139 | | | Encinitas (Good Nite Inn) | 7 | | | | | | $2,766,023 | | | | | | | | | | | | | | | | | $2,766,023 |
| 140 | | | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | | $188,000 | | $189,988 | | | $ - | $ - | | -$188,000 | | $212,000 | | | | | | | $356,272 | | $758,260 |
| 141 | | | Mollie Maison (Best Inn) | 10 | | | | $32,965 | | $153,612 | | | $ - | $ - | | -$32,965 | | $32,965 | | | | | | | | | $186,577 |
| 142 | Homekey Units (1) | Improvement | The Layover (Super 8 LAX) | 11 | | | | $187,292 | | $832,914 | | | $ - | $ - | | -$187,292 | | $187,292 | | | | | | | | | $1,020,206 |
| 143 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | | | $805,120 | | | $ - | $ - | | | | | | | | | | | | | $805,120 |
| 144 | | | Devonshire Lodge (Travelodge) | 12 | | | | $85,729 | | $829,595 | | | $ - | $ - | | -$85,729 | | $85,729 | | | | | | | $300,000 | | $1,215,324 |
| 145 | | | The Nest | 13 | | | | $27,402 | | $279,565 | | | $ - | $ - | | -$27,402 | | $27,402 | | | | | | | | | $306,967 |
| 146 | | | Casa Luna (Titta's Inn) | 14 | | | | | | $237,272 | | | $ - | $ - | | | | $75,000 | | | | | | | | | $312,272 |
| 147 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | | | $225,640 | | | $ - | $ - | | | | $152,000 | | | | | | | | | $377,640 |
| 148 | | | Travelodge (Normandie) | 15 | | | | | | $1,919,455 | | | $ - | $ - | | | | $3,219,211 | | | | | | | | | $5,138,666 |
| 149 | | | Real estate services to monitor alterations | n/a | | | | | | $117,500 | | | $ - | $ - | | | | $217,795 | | | | | | | | | $335,295 |
| | **Project Homekey Capital Improvement Total** | | | | | $0 | $714,437 | $0 | $20,243,675 | $0 | $0 | | | $0 | -$714,437 | $0 | $8,621,068 | $0 | $0 | | | $0 | $0 | $10,052,581 | $0 | $0 | **$38,917,324** |
| 150 | Recovery Housing | | Rapid Rehousing/ Shared Housing** | Various | | | | | | $82,285,920 | | | | | | | | | | | | | | | | | $82,285,920 |
| | **Recovery Housing Total** | | | | | $0 | $0 | $0 | $82,285,920 | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | **$82,285,920** |
| 151 | Measure H Strategy (7) | | Measure H Strategy - B4 (Landlord Incentive) | Various | | | | | | $1,136,000 | | | | | | -$710,000 | | | | | | | | | | | $426,000 |
| | **Measure H Strategy Total** | | | | | $0 | $0 | $0 | $1,136,000 | $0 | $0 | | | $0 | $0 | $0 | -$710,000 | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | **$426,000** |
| 152 | Safe Sleeping | Capital | 2300 S. Central Ave. (6) | 9 | $10,000 | $0 | $10,000 | | | | $0 | $1,075,094 | | | | | | | | $613,457 | | | | | | | $1,698,551 |
| 153 | | | 317 N. Madison Ave. | 13 | $241,110 | $0 | $241,110 | | | | $0 | $0 | -$230,557 | | -$230,557 | | | | | | | | | | | | $10,551 |
| | **Safe Sleep Capital Total** | | | | | $251,110 | $0 | $0 | $0 | $0 | $1,075,094 | | | -$230,557 | $0 | $0 | $0 | $0 | $613,457 | | | $0 | $0 | $0 | $0 | $0 | **$1,709,111** |
| 154 | Safe Sleeping | Operating (2) | 2300 S. Central Ave. (6) | 9 | | | | | | $3,048,500 | | | | | | | | | | | | | -$1,524,250 | $3,056,875 | | | $4,581,125 |
| 155 | | | 317 N. Madison Ave. | 13 | | | | | | | $1,300,280 | | | | | | | | | | | | | | | | $1,300,280 |
| | **Safe Sleep Operating Total** | | | | | $0 | $0 | $0 | $3,048,500 | $1,300,280 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | $0 | $0 | -$1,524,250 | $3,056,875 | $0 | **$5,881,405** |
| 156 | | | 7128 Jordan Ave. | 3 | | | | | | $409,619 | | | | | | | | | | | | | | | $273,750 | | $683,369 |
| 158 | | | 4301 S. Central Ave. | 9 | | | | | | $163,848 | | | | | | | | | | | | | | | $109,500 | | $273,348 |
| 159 | | | 1201 S. Figueroa St. | 9 | | | | | | $235,065 | | | | | | | | | | | | | | | $328,500 | | $563,565 |
| 161 | | | 11339 Iowa Ave. | 11 | | | | | | $109,500 | | | | | | | | | | | | | | | $273,750 | | $383,250 |
| 162 | | | 9100 Lincoln Blvd. | 11 | | | | | | $211,209 | | | | | | | | | | | | | | | $273,750 | | $484,959 |
| 163 | Safe Parking (1) | Operating (2) | 5455 111th Street | 11 | | | | | | | | | | | | | | $109,506 | | | | | | $766,494 | | $876,000 |
| 164 | | | 8775 Wilbur Ave. | 12 | | | | | | $327,695 | | | | | | | | | | | | | | | $219,000 | | $546,695 |
| 165 | | | 1033 Cole Ave. | 13 | | | | | | $163,848 | | | | | | | | | | | | | | | $328,500 | | $492,348 |
| 166 | | | 4591 Santa Monica Blvd. | 13 | | | | | | $163,848 | | | | | | | | | | | | | | | $0 | | $163,848 |
| 167 | | | 711 S. Beacon St. | 15 | | | | | | $491,793 | | | | | | | | | | | | | | | $328,500 | | $820,293 |
| 168 | | | 19610 Hamilton Ave. | 15 | | | | | | $409,619 | | | | | | | | | | | | | | | $273,750 | | $683,369 |
| | **Safe Parking Operating Total** | | | | | $0 | $0 | $0 | $0 | $2,795,550 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | $0 | $0 | $0 | $3,175,494 | $0 | **$5,971,044** |
| 169 | Outreach | | Roadmap Outreach | Various | | | | | | $6,605,177 | | | | | | | | | | $2,472,188 | | | | | | $9,077,365 |
| 170 | | | Encampment to Home Program on Ocean Front Walk/Venice | 11 | | | | | | | | | | | | | | $5,000,000 | | | | | | | | $5,000,000 |
| | **Outreach Total** | | | | | $0 | $0 | $0 | $6,605,177 | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $5,900,000 | | | $2,472,188 | $0 | $0 | $0 | $0 | **$14,977,365** |
| 171 | | | BOE | n/a | | | | $2,000,000 | | | | | | | | $2,046,534 | | | | $1,741,810 | | | | | $2,366,711 | $8,155,055 |
| 172 | | | BCA | n/a | | | | | | | | | | | | $149,416 | | | | $150,000 | | | | | | $299,416 |
| 173 | Admin | Admin | CAO | n/a | $199,175 | | $199,175 | | | | | | $54,860 | | $54,860 | | | | | | | | | | $254,035 |
| 174 | | | GSD | n/a | | | | $77,500 | | | | | | | | | | | | | | | | | | $77,500 |
| 175 | | | LAHD | n/a | | | | | | $1,158,255 | | | | | | | | | | | | | | | | $1,158,255 |
| 176 | | | LAHSA | n/a | | | | | | $5,500,682 | | | | | | | | | | | | | | | | $5,500,682 |
| | **Admin Total** | | | | | $199,175 | $2,077,500 | $0 | $6,658,937 | $0 | $0 | | | $54,860 | $2,195,950 | $0 | $0 | $0 | $1,891,810 | | | $0 | $0 | $0 | $0 | $2,366,711 | **$15,444,943** |
| | **Total Commitment** | | | | | $94,860,344 | $147,665,539 | $7,000,000 | $183,154,712 | $54,547,089 | $43,932,652 | | | -$145,697 | $1,185,565 | -$1,812,279 | -$1,131,792 | $60,629,561 | $36,564,080 | | | $11,118,900 | $0 | $527,637 | $42,886,321 | -$1,645,416 | **$679,142,815** |
| | **Total Uncommitted** | | | | | | | | | | | | | | n/a | $22,352,077 | | | | | | | $1,565,687 | $1,895,781 | $17,037,029 | N/A | |

(1) Does not include Roadmap interventions that are in existing agreements with the County.

(2) Operating costs vary by intervention type: ABH Beds: $60/bed/night; Tiny Home Villages, Leased Facilities, Year Round Shelter: $55/bed/night; Project Homekey: $85/unit/night; Safe Sleeping: $67/person/night; and Safe Parking: $30/car/night. Project Roomkey costs vary by site. 324 Winter Shelter beds ended on October 31, 2021.

(3) Committed funds used to front-fund the Project Roomkey extension are expected to be reimbursed by the FEMA, at which time the funds will be available for programming.

(4) County Services allocations are restricted to services, leasing, FFE, and start up costs.

(5) Reflects the entire cost of the program for two (2) years using ESG-COVID.

(6) 2300 S Central is part of the City Project Homekey Program. The site will oeprate a Safe Sleeping Program until the owner/operator is ready to begin construction on permanent supportive housing.

(7) Placements funded with City funding for Measure H Strategies will be counted toward the Roadmap target of 6,700 interventions.

Case 2:20-cv-02291-DOC-KES Document 538-3 Filed 04/21/23 Page 15 of 15 Page ID #:00

1/26/2023