# EXHIBIT D

**REPORT** FROM

# OFFICE OF THE CITY ADMINISTRATIVE OFFICER

| | | | |
|---|---|---|---|
| Date: | February 24, 2023 | CAO File No. | 0220-05151-0433 |
| | | Council File No. | 20-0841, 20-08410-S21, 20-0841-S23, 20-0841-S25, 20-0841-S26, 20-0841-S28, 20-0841-S30, 22-0507, 19-0914, 20-1524 |
| | | Council District: | All |

To:         The City Council

From:       Matthew W. Szabo, City Administrative Officer

Reference:  COVID-19 Homelessness Roadmap

Subject:    **REVISED SIXTEENTH REPORT: COVID-19 HOMELESSNESS ROADMAP FUNDING RECOMMENDATIONS**

## SUMMARY

On September 9, 2020, the City Council approved funding for the initial projects under the COVID-19 Homelessness Roadmap (Roadmap) and directed this office to submit future funding recommendations through reports. This is the sixteenth such report.

First, this report provides exemption determinations for the California Environmental Quality Act (CEQA) in relation to the renewal of an A Bridge Home site located in Council District 15, as well as the lease and sublease authorities for the extension of a bridge homes located in Council Districts 8, 13 and 15.

Second, this report provides the lease and contract extensions of the LA Grand Hotel in Council District 14, for which funding will come from the recently established Homelessness Emergency Account (C.F. No. 23-0033).

Lastly, this report provides funding and reprograms savings to support the construction of several Project Homkey sites.

## RECOMMENDATION

That the City Council, subject to approval by the Mayor:

1. DETERMINE that the lease and continued use of the Crisis and Bridge Housing at 407 N. Beacon Street (previously 515 N. Beacon Street) is statutorily exempt from CEQA under Public Resources Code, Section 21080(b)(4), as a specific action necessary to prevent or

mitigate an emergency, and as reflected in CEQA Guidelines, Section 15269(c); and Public Resources Code, Section 21080.27 (AB 1197), applicable to City of Los Angeles emergency homeless shelters. This determination is consistent with, and supported by, the City Council's prior actions for the development and use of the property as a shelter; and CEQA determination made on June 14, 2019 (C.F. No. 18-0651-S3);

2. AUTHORIZE the lease extension of the LA Grand Hotel, in Council District 14 with 481 beds, to January 31, 2024, with expenditure authority through April 30, 2024;

3. APPROVE and RATIFY the existing Emergency Occupancy Agreement (Contract Number C-135551) by and between Shen Zhen New World I, LLC, and the City of Los Angeles, as amended (the "LA Grand Occupancy Agreement"):
   a. For the use of the LA Grand Hotel pursuant to the terms set forth in the LA Grand Occupancy Agreement, and;
   b. Authorize the General Services Department (GSD) to negotiate and execute either an amendment to the LA Grand Occupancy Agreement, or a new agreement in replacement of the existing LA Grand Occupancy Agreement, with Shen Zhen New World I, LLC for the use of the LA Grand Hotel for interim shelter purposes under the terms and conditions substantially outlined in the attached term sheet;

4. TRANSFER $1,300,000 in construction savings from the Capital Improvement Expenditure Program (CTIEP) Fund No. 100/54, Account No. 00V835, CD 6 9700 San Fernando Pallet Shelters to CTIEP Fund No. 100/54, Account No. 00V846, CD 1 499 San Fernando Road for a construction funding shortfall;

5. APPROVE $512 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to Homeless Efforts - County Funding Agreement Fund No. 63Q/10, in a new account entitled "ABH 407 Beacon Leasing" for leasing costs of the A Bridge Home site located at 407 N. Beacon Street (previously 515 N. Beacon Street) in Council District 15;

6. AUTHORIZE GSD to negotiate and execute a lease with the California Department of Transportation (Caltrans) for up to three years for the A Bridge Home site located at 407 N. Beacon Street (previously 515 N. Beacon Street) in Council District 15;

7. AUTHORIZE GSD to negotiate and execute a sublease with Harbor Interfaith Services, Inc. for up to three years to operate and provide services at the A Bridge Home site located at 407 N. Beacon Street (previously 515 N. Beacon Street) in Council District 15;

8. APPROVE $3,095,201.84 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to Homeless Efforts - County Funding Agreement Fund No. 63Q/10, in a new account entitled "ABH 1214 Lodi Leasing" for leasing ($3,042,851.09) and utility ($52,350.75) costs of the A Bridge Home site located at 1214 Lodi Place in Council District 13 through June 30, 2025;

9. AUTHORIZE GSD to negotiate and execute a lease with YWCA Greater Los Angeles for up to three years for the A Bridge Home site located at 1214 Lodi Place in Council District 13;

10. AUTHORIZE GSD to negotiate and execute a sublease with People Assisting the Homeless (PATH) for up to three years to operate and provide services at the A Bridge Home site located at 1214 Lodi Place in Council District 13;

11. AUTHORIZE GSD to negotiate and execute a lease with Housing Authority of the City of Los Angeles (HACLA) for up to three years for the A Bridge Home site located at 2316 Imperial Highway in Council District 15;

12. AUTHORIZE GSD to negotiate and execute a sublease with The Salvation Army for up to three years to operate and provide services at the A Bridge Home site located at 2316 Imperial Highway in Council District 15;

13. AUTHORIZE GSD to negotiate and execute a lease with Homeless Outreach Program Integrated Care System (HOPICS) for up to three years to operate and provide services at the A Bridge Home site located at 5965 S. St. Andrews Place in Council District 8;

14. APPROVE $11,625.30 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to Homeless Efforts - County Funding Agreement Fund No. 63Q/10, to the newly established account entitled "5455 W. 111th - Safe Parking Operations", for operations of a Safe Parking site located at 5455 West 111th Street, a site which is owned by the Los Angeles World Airports (LAWA), in Council District 11;

15. REPROGRAM $7,360.00 from Homeless Housing, Assistance, and Prevention Grant Round 1 (HHAP-1) Fund No. 62Y/10, Account No. 10S656, FC-7: Administrative Costs to Fund No. 62Y/10, Account No. 10S652, FC-3: Prevention and Shelter Diversion to Permanent Housing;

16. APPROVE $7,360.00 from Fund No. 62Y/10, Account No. 10S652, FC-3: Prevention and Shelter Diversion to Permanent Housing to CAO Fund No. 62Y/10, in a new account entitled "5455 W. 111th - Safe Parking Operations" for fencing at the Safe Parking site located at 5455 W. 111th Street, a site which is owned by the Los Angeles World Airports (LAWA), in Council District 11;

17. TRANSFER $18,985.30 to the Office of the City Administrative Officer Fund 100/10, Account No. 003040, Contractual Services for the Safe Parking services operated by Community Partners through June 30, 2023 from the following accounts:
    a. $11,625.30 Homeless Efforts - County Funding Agreement Fund No. 63Q/10, to the newly established account entitled "5455 W. 111th - Safe Parking Operations";
    b. $7,360.00 CAO Fund No. 62Y/10, in the newly established account entitled "5455 W. 111th - Safe Parking Operations";

CAO File No .                                    PAGE
0220-05151-0433                                    4

18. AUTHORIZE the City Administrative Officer to enter into a new or amend an existing sole source contract with Community Partners in the amount of up to $18,985.30 through June 30, 2023 to provide services for the Safe Parking site located at 5455 West 111th Street in Council District 11;

19. REPROGRAM up to $1,272,789.64 in Project Homekey (PHK) Round 1 Emergency Solutions Grant - CARES Act ESG-CV (ESG-CV) savings in FY 2021-22 allocations for operations/services from ESG-CV Fund No. 517/43, Account No. 43TA42, Homekey Operations to the ESG-CV Fund No. 517/43, Account No. 43VC9V, COVID-19 Homeless Roadmap from the following PHK sites listed on Table 1: PRK 1 Savings;

20. RECOGNIZE the reallocation of $3,000,000 in PHK 1 ESG-CV Fund No. 517/43, Account No. 43TA43, Homekey Rehab from the Pano (Panorama) PHK 1 site, located at 8209 Sepulveda Boulevard, to the Arleta (Woodman) site, located at 9120 Woodman Avenue, both in Council District 6;

21. APPROVE an increase of $526,191.79 from ESG-CV Fund No. 517/43, Account No. 43VC9V, COVID-19 Homelessness Roadmap to ESG-CV Fund No. 517/43, Account No. 43TA43, Homekey Rehab for Woodman, a PHK 1 site located at 9120 Woodman Avenue in Council District 6, for cost increases associated with required rehabilitation fire and life safety upgrades;

22. REPROGRAM $294,970.00 from Homeless Housing, Assistance, and Prevention Grant Round 1 (HHAP-1) Fund No. 62Y/10, Account No. 10S656, FC-7: Administrative Costs to Fund No. 62Y/10, Account No. 10S650, FC-1: A Bridge Home Capital and Operating Gap;

23. REPROGRAM $270,528.00 from HHAP-2 Fund No. 64J/10, Account No. 10V773, FC-3 Street Strategy, Outreach, Public Health, Hygiene & Skid Row to Fund No. 64J/10, Account No. 10V771, FC-1 COVID-19 Homelessness Roadmap Operating Costs;

24. APPROVE $2,046,519.21 for the Arleta (Woodman) site, located at 9120 Woodman Avenue, from the following:
    a. $294,970 from HHAP-1 Fund No. 62Y/10, Account No. 10S650, FC-1: A Bridge Home Capital and Operating Gap to Fund No. 62Y/43, 43TA43, Homekey Rehab;
    b. $1,751,549.21 from HHAP-2 Fund No. 64J/10, Account No. 10V771, FC-1 COVID-19 Homelessness Roadmap Operating Costs to Fund No. 64J/43, 43TA43, Homekey Rehab;

25. REPROGRAM $1,311,268 in HHAP-1 Fund No. 62Y/43, Account No. 43VB41, Master Leasing Program Youth to Fund No. 62Y/43, in a 43TA43, Homekey Rehab for the Pano (Panorama) Homekey 1 site, located at 8209 Sepulveda Boulevard in Council District 6, for the early conversion to permanent housing and 9 TAY units;

26. APPROVE $1,688,732 from the Additional Homeless Services - General City Purposes (AHS-GCP) Fund No. 100/56, Account No. 000931, Additional Homeless Services, to Fund 10A/43, in a 43TA43, Homekey Rehab for the Pano (Panorama) Homekey 1 site, located at 8209 Sepulveda Boulevard in Council District 6;

27. APPROVE $250,000 from the AHS-GCP Fund No. 100/56, Account No. 000931, Additional Homeless Services to Los Angeles Housing Department (LAHD) Fund No. 10A/43. Account No. 43WC12, Shelter and Housing Interventions for the (Winter) Shelter Program for the purpose of opening and/or utilizing emergency shelter for extreme weather;

28. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's 2022-23 General Fund contract, C-140706, with LAHSA reflect the funding allocation for the Winter Shelter Program;

29. INSTRUCT the General Manager of the LAHD, or their designee, to amend the City's Roadmap contract with LAHSA, C-137223 to reflect the service funding amendments in this report for the following:
   a. PHK operation savings described in Table 1;
   b. PHK ESG-CV Capital Cost Adjustments for Arleta (Woodman) and Pano (Panorama);
   c. Reflect the address change for A Bridge Home site in Council District 15 from 515 N. Beacon Street to 407 N. Beacon Street;

30. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's HHAP contract with LAHSA, C-135650 to reflect the service funding amendments in this report for the following:
   a. HHAP-1 and HHAP-2 rehab funding for Arleta (Woodman);
   b. HHAP-1 Master Leasing Program - Youth;
   c. HHAP-1 and AHS-GCP rehab funding for Pano (Panorama);
   d. Reflect the address change for A Bridge Home site in Council District 15 from 515 N. Beacon Street to 407 N. Beacon Street; and

31. AUTHORIZE the CAO to:
   a. Prepare Controller instructions or make necessary technical adjustments, including to the names of the Special Fund accounts recommended for this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions; and

   b. Prepare any additional Controller instructions to reimburse City departments for their accrued labor, material or permit costs related to projects in this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions.

## BACKGROUND

As part of the LA Alliance case, on June 16, 2020, the City reached an agreement with the County to create 6,700 new homeless housing units within 18 months to address the COVID-19 emergency. This agreement is referred to as the Homelessness Roadmap.

The Roadmap set the following targets:
- 700 beds in existing agreements with the County within 10 months
- 5,300 new beds within 10 months
- 700 new beds within 18 months

The City is required to open and maintain 6,000 new beds, not covered by existing City-County agreements. The County will provide up to $60 million in annual service funding, totaling up to $300 million over the five-year agreement term, based on the number of interventions open and occupied within 60 days of July 1st each year.

The City has met all obligations under the agreement and will continue to do so. As of December 28, 2022, 6,061 new beds are open and occupiable, including 1,364 rapid rehousing/shared housing point-in-time placements overseen by LAHSA.

### California Environmental Quality Act (CEQA) Determination - 407 N. Beacon Street

This report recommends the renewal of the A Bridge Home (ABH) site located at 407 N. Beacon Street (previously 515 N. Beacon Street) in Council District 15, which provides 100 beds and is operated by Harbor Interfaith Services, Inc. In order to continue operations at the site through June 30, 2023, the site received $158,410 in County Roadmap Agreement funds for operating costs through the 14th Roadmap Funding Report, which was approved by the Mayor and City Council on December 22, 2022. Additionally, this report recommends an allocation of $512 in County Roadmap Agreement funds to support leasing costs for the one-year extension.

To facilitate the site's extension, the Bureau of Engineering (BOE) conducted a CEQA analysis, the results of which are provided separately. The BOE has determined that this use is categorically exempt from CEQA, and approval from the Mayor and City Council is required to proceed with the extension.

### The LA Grand Hotel Extension

On April 3, 2020, Governor Newsom launched Project Roomkey (PRK) as part of California's response to the COVID-19 pandemic. The goal of PRK is to offer non-congregate shelter alternatives to people experiencing homelessness who are at high risk of medical complications, severe illness, or death from COVID-19. The program provides temporary isolation options to protect human life and reduce strain on the healthcare system's capacity. The State, County, City, and LAHSA collaborated to secure hotel and motel rooms for those experiencing homelessness under this initiative. On August 30, 2022, the Council and Mayor extended the PRK program until

January 31, 2023, at the LA Grand Hotel, located at 333 S. Figueroa St. in Council District 14. This extension was intended to give LAHSA sufficient time to properly wind down the site, which provides 473 rooms.

This report recommends extending the LA Grand Hotel lease through February 1, 2024, with the Shen Zhen New World Group, with details provided in Attachment 2. Note the bed count for this site has been updated from 483 to 481.

**A Bridge Home Lease and Sublease Extensions**

At the start of the A Bridge Home program in 2018, the City and County reached an agreement where the County would cover the costs of services and operations for the program's first 600 beds for three years. As the initial term of three program sites, including the project located at 407 N. Beacon Street, draws to a close this report proposes the necessary funding and authorities to extend these sites for another term.

The A Bridge Home location located at 1214 Lodi Place in Council District 13 comprises 64 beds and is owned by YWCA Greater Los Angeles. This report recommends GSD be granted the authority to enter into a lease agreement with YWCA Greater Los Angeles and a sublease agreement with PATH, the service provider, for a period of up to three years.

The A Bridge Home facility located at 2316 Imperial Highway in Council District 15 provides 100 beds and is owned by HACLA. Authorization for both the lease agreement with HACLA and the sublease agreement with The Salvation Army, the service provider, is proposed for a term up to three years.

The City-owned A Bridge Home location at 5965 S. St. Andrews Place in Council District 8 provides 100 beds. This report recommends granting GSD the authority to extend the lease term with the service provider, HOPICS, for up to three years.

**PHK Operation Savings**

This report recommends reprogramming up to $1,272,790.64 in savings from ESG-CV funding from FY 2021-22 allocations for operations/services from the following PHK sites listed on the table below.

*Table 1: PHK Round 1 Savings:*

| Site | ESG-CV Savings |
|------|---------------:|
| Beacon (Solaire Hotel) | $219,336.14 |
| Restoration Apartments (EC Motel & EC Motel Parking) | $344.00 |
| Devonshire Lodge (Travelodge) | $417,509.00 |
| The Nest | $156,435.50 |
| Huntington Villas (Super 8 Alhambra) | $479,165.00 |
| **Total** | **$1,272,789.64** |

**PHK Round 1 Amendments**

This report proposes the reprogramming of funding from one PHK 1 site in Council District 6 and the closure of the funding gap for another Council District 6 site. In 2020, the City used its Coronavirus Relief Funds (CRF) to acquire 15 motel/hotels and three commercial properties, with ten of the motels/hotels receiving a match through the State's Homekey Program Round 1, which the CAO worked with HACLA to acquire.

One of the acquired motels, The Pano, a 48-room hotel located at 8209 Sepulveda Boulevard, received approval to convert to permanent housing earlier than anticipated. The site received $23,916,948 in funding from the State Housing and Community Development Department for its conversion plan, which includes adding 50 new housing units on the site, and plans to break ground in June 2023. The City provided this project with $6,258,762 in Emergency Solutions Grants-COVID (ESG-CV). These funds have an expenditure deadline of September 25, 2023, but the project will not be able to expend the entire ESG-CV allocation by the deadline.

The Arleta (Woodman), located at 9120 Woodman Avenue, is a former elder care facility with 148 beds that did not receive a PHK 1 match. This site is expected to serve as interim housing permanently. Due to extensive unforeseen issues, including the replacement of interior waste lines, installation of 109 smoke dampers, additional roof deficiencies, and the need to replace 101 doors and frames, Woodman/Arleta has a funding gap of $5,572,711.

To comply with the ESG-CV expenditure deadline and address the Woodman/Arleta site gap, this report proposes the reallocation of $3,000,000 of the Pano's ESG-CV funds to Woodman/Arleta to help decrease the $5,572,711 funding gap. The remaining gap will be filled with $2,046,519.21 in HHAP-1 and 2 and an additional $526,191.79 in ESG-CV. The Pano will receive an allocation of $3,000,000 in non-time-restricted funding, including $1,311,268 in Homeless Housing, Assistance and Prevention 1 (HHAP-1) funds for Transitional Aged Youth allocated to Council District 6 and $1,688,732 in AHS-GCP.

CAO File No .                                            PAGE
0220-05151-0433                                          9

*Table 2: Project Homekey 1 Capital Cost Adjustments:*

| CD | PHK Site | Current Capital Budget | Recommended Adjustment | Funding Source | Updated Capital Budget |
|---|---|---|---|---|---|
| 6 | Pano (Panorama Inn) | $6,258,762.00 | -$3,000,000.00 | ESG-CV | $6,258,762.00 |
| | | | $1,311,268.00 | HHAP-1 | |
| | | | $1,688,732.00 | AHS-GCP | |
| 6 | Arleta (Woodman) | $10,615,825.00 | $3,526,191.79 | ESG-CV | $16,188,536.00 |
| | | | $294,970.00 | HHAP-1 | |
| | | | $1,751,549.21 | HHAP-2 | |

## FISCAL IMPACT STATEMENT

There is no impact to the General Fund as a result of the recommendations in this report at this time. The recommendations in this report will be funded with the City's General Fund approved for homelessness interventions the AHS-GCP, as well as with HHAP-2, ESG-CV, and the County service funding commitment from FY 2021-22 and FY 2022-23.

## FINANCIAL POLICIES STATEMENT

The recommendations in this report comply with the City Financial Policies in that budgeted funds and grant funds are being used to fund recommended actions.

Attachments:

1. COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 16th Homeless Roadmap Funding Recommendations are Approved
2. Leasing Term Sheet for the LA Grand Hotel

*MWS:EG:BB:BK:KL:MP:SBL:MCF:MAG:16230072*

**Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 16th Roadmap Funding Recommendations are Approved**

COVID-19 Homelessness Roadmap Status of Capital and Operating Funding

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2020-2021 Commitment | | | | | | | | Fiscal Year 2021-2022 Commitment | | | | | | | | Fiscal Year 2022-2023 Commitment | | | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | HEAP | HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | HEAP | HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | |
| 1 | | | 13160 Raymer St. | 2 | $165,424 | $1,182,897 | $1,348,321 | | | | | | | | | | | | | | | | | | | $1,348,321 |
| 2 | | | 7700 Van Nuys Blvd. | 2 | $6,209,046 | | $6,209,046 | | | | | | | | | | | | | | | | | | | $6,209,046 |
| 3 | | | 7621 Canoga Ave. | 3 | | $4,300,000 | $4,300,000 | | | | | | | | | | | | | | | | | | | $4,300,000 |
| 4 | | | 3061 Riverside Dr. | 4 | $1,101,400 | $614,000 | $1,715,400 | $1,305,816 | | | $2,190,000 | | | | | -$23,238 | | | | | | | | | -$850,704.87 | $4,537,274 |
| 5 | | | 3428 Riverside Dr. | 4 | $5,812,912 | | $5,812,912 | | | | | | | | | | | | | | | | | | | $5,812,912 |
| 6 | | | 1479 La Cienega Blvd. | 5 | | | $0 | | | | | | | | | | | | | | | | | | | $0 |
| 7 | | | 14333 Aetna St. | 6 | $5,127,729 | | $5,127,729 | | | | | | | | | | | | | | | | | | | $5,127,729 |
| 8 | | | Sylmar Armory | 7 | | | | | | | | | | | | | | | | | | | | | | $0 |
| 9 | ABH Beds (1) | Capital | 4601 Figueroa St. | 9 | | | | | | | | | | | | | | | | | | | | | | $0 |
| 10 | | | 1819 S. Western Ave. | 10 | | $1,579,490 | $1,579,490 | | | | | | | | | | | | | | | | | | | $1,579,490 |
| 11 | | | 625 Lafayette Pl. | 10 | | $5,518,289 | $5,518,289 | | | | | | | | | | | | | | | | | | | $5,518,289 |
| 12 | | | West LA VA | 11 | | | | | | | | | | | | | | | | $136,046 | | | | | | $136,046 |
| 13 | | | 1533 Schrader Blvd. | 13 | | | | | | | | | | | | | | | | $21,500 | | | | $20,529 | | $42,029 |
| 14 | | | 310 N. Main St. | 14 | $2,739,163 | $904,011 | $3,643,174 | | | | | | | | | | | | | | | | | | | $3,643,174 |
| 15 | | | 407 N Beacon St. (515 N Beacon St.) | 15 | | $812,790 | $812,790 | | | | | | | | | | | | | | | | | $158,410 | | $971,200 |
| 16 | | | 828 Eubank Ave. | 15 | | $15,000 | $15,000 | | | | | | | | | | | | | | | | | | | $15,000 |
| | **ABH Capital Total** | | | | | | **$36,082,151** | **$1,305,816** | **$0** | **$0** | **$2,190,000** | **$0** | **$0** | | | **-$23,238** | **$0** | **$0** | **$0** | **$157,546** | **$0** | **$0** | **$0** | **$0** | **-$471,766** | **$39,240,509** |
| 17 | | | 1920 W 3rd St. | 1 | | $169,179 | $169,179 | | | $179,200 | | | | | | | | | | $649,266 | $176,158 | | | -$613,200 | $767,448 | $1,328,051 |
| 18 | | | 13160 Raymer St. | 2 | $1,352,855 | $237,100 | $1,589,955 | | | $1,861,500 | | | | | | | | | | $914,501 | | | | | $946,999 | $5,312,955 |
| 19 | | | 7700 Van Nuys Blvd. | 2 | $2,364,185 | $166,263 | $2,530,448 | | | | | | | | | | | | $2,190,000 | | | | | | | $4,720,448 |
| 20 | | | 7621 Canoga Ave. | 3 | | | | | | | | | | | | | | | | | | | | | | $0 |
| 21 | | | 3061 Riverside Dr. | 4 | $2,009,910 | | $2,009,910 | | | | $2,100,000 | | | | | | | | $1,561,879 | | | | | | | $5,671,789 |
| 22 | | | 3428 Riverside Dr. | 4 | $1,541,062 | $180,000 | $1,721,062 | | | | $2,190,000 | | | | | | | | $2,190,000 | | | | | | | $6,101,062 |
| 23 | | | 1479 La Cienega Blvd. | 5 | $1,359,996 | | $1,359,996 | | | | | | | | | | | | | | | | | $647,991 | | $2,007,987 |
| 24 | | | 14333 Aetna St. | 6 | $1,162,930 | $210,100 | $1,373,030 | | | | $1,620,600 | | | | | | | | $1,620,600 | | | | | | | $4,614,230 |
| 25 | | | Sylmar Armory | 7 | | $1,652,400 | $1,652,400 | | | | $1,861,500 | | | | | | | | $1,861,500 | | | | | | | $5,375,400 |
| 26 | ABH Beds (1) | Operating (2) | 4601 Figueroa St. | 9 | $949,333 | | $949,333 | | | | | | | | | | | | | | | | | | | $949,333 |
| 27 | | | 1819 S. Western Ave. | 10 | $67,700 | $346,720 | $414,420 | | | | $328,500 | | | | | | | | $328,500 | | | | | | | $1,071,420 |
| 28 | | | 625 Lafayette Pl. | 10 | | $626,691 | $626,691 | | | | $1,533,000 | | | | | | | | $1,576,800 | | | | | | | $3,736,491 |
| 29 | | | 1214 Lodi Pl. (Phase 1) | 13 | $3,507,783 | $213,085 | $3,720,868 | | | | $875,520 | | | | | | | | $1,401,800 | | | | | $3,095,202 | | $9,093,190 |
| 30 | | | 1533 Schrader Blvd. | 13 | $192,960 | $88,557 | $281,517 | | | | $419,040 | | | | | | | | $2,090,880 | | | | | -$1,576,800 | $1,576,800 | $2,791,437 |
| 31 | | | 711 N Alameda St (El Puente) | 14 | | $269,699 | $269,699 | | | | $918,264 | | | | | | | | $985,500 | | | | | -$985,500 | $985,500 | $2,173,463 |
| 32 | | | 310 N. Main St. (Civic Center) | 14 | $1,020,229 | $670,829 | $1,691,058 | | | $2,168,100 | | | | | | | | | $1,453,940 | | | | | $714,160 | | $6,027,258 |
| 33 | | | 407 N Beacon St. (515 N Beacon St.) | 15 | $226,300 | $936,529 | $1,162,829 | | | | $832,200 | | | | | | | | $900,090 | | | | | $158,922 | | $3,054,041 |
| | | | 828 Eubank Ave. | 15 | | | | | | | $2,190,000 | | | | | | | | $2,190,126 | | $252 | | | | $39,752 | $4,420,130 |
| | **ABH Operation Total** | | | | | | **$21,522,395** | **$0** | **$0** | **$4,208,800** | **$14,868,624** | **$0** | **$0** | | | **$0** | **$0** | **$0** | **$21,915,182** | **$0** | **$176,158** | **$0** | **$0** | **$2,388,025** | **$3,369,500** | **$68,448,685** |
| 35 | | | 11471 Chandler Blvd. | 2 | | $30,000 | $30,000 | $5,208,879 | | | | | | | | -$676,668 | | | | | | | | | | $4,562,211 |
| 36 | | | 6099 Laurel Canyon Blvd. | 2 | | $30,000 | $30,000 | $9,215,785 | | | | | | | | -$572,749 | | | | | | | | | | $8,673,036 |
| 37 | | | 12800 Saticoy St. | 2 | | $195,754 | $195,754 | $8,546,064 | | | | | | | | -$2,733,720 | | | | | | | | | | $6,008,098 |
| 38 | | | 19040 Vanowen St. | 3 | | $30,000 | $30,000 | $3,813,100 | | | | | | | | -$701,722 | | | | $88,619 | | | | | | $3,229,997 |
| 39 | | | 6073 Reseda Blvd. | 3 | | $1,501,729 | $1,501,729 | $3,161,433 | | | | | | | | -$431,371 | | | | $12,865 | $32,000 | | | | $135,080 | $4,411,736 |
| 40 | | | 9710 San Fernando Blvd. | 6 | | | | | | | | | $10,000 | | $10,000 | $249,707 | $3,880,068 | | | $2,833,295 | | | | | -$1,300,000 | $5,673,070 |
| 41 | | | Compton Ave. and Nevin Ave. | 9 | | | | | | | | | $10,000 | | $10,000 | | | | | $7,194,335 | -$10,000 | | | | -$7,131,112 | $63,223 |
| 42 | Tiny Home Villages | Capital | 2301 W. 3rd St. | 13 | $10,000 | $101,701 | $111,701 | | | | | $4,863,199 | | | | $3,121,058 | | | | | | | | -$3,121,058 | -$1,382,042 | $3,592,858 |
| 43 | | | 1455 Alvarado St. | 13 | | | | $2,886,292 | | | | | | | | -$398,566 | | | | | | | | | | $2,487,727 |
| 44 | | | Arroyo & Ave. 60 | 14 | $10,000 | $214,762 | $224,762 | $1,828,402 | $4,119,932 | | | | | | | $2,812,279 | -$2,812,279 | | | | | | | | | $6,173,096 |
| 45 | | | 7570 Figueroa St. | 14 | $10,000 | | $10,000 | $336,857 | | | | $3,444,357 | | | | $2,218,378 | | | | | | | | -$2,218,378 | -$631,916 | $3,159,298 |
| 46 | | | 850 N. Mission Rd. | 14 | | | | | | | | | | | | | | | | | $4,869,572 | | | | | $4,869,572 |
| | | | Mission and Jesse | 14 | | | | | | | | | | | | | | | | | | | | $193,924 | | $193,924 |
| 47 | | | 1221 Figueroa Pl. | 15 | | $30,000 | $30,000 | $5,422,184 | | | | | | | | -$1,060,943 | | | | | | | | | | $4,391,241 |
| 48 | | | 600 E. 116th Pl. | 15 | | | | | | | | | | | | | | | | $131,705 | $3,588,982 | | | | | $3,720,687 |
| | **Tiny Home Villages Capital Total** | | | | | | **$2,163,947** | **$40,418,995** | **$4,119,932** | **$0** | **$0** | **$8,307,556** | **$20,000** | | | **$1,825,682** | **$1,067,789** | **$0** | **$0** | **$4,921,383** | **$8,480,554** | **$0** | **$0** | **$0** | **-$10,116,066** | **$61,209,772** |
| 49 | Other Interim Beds / Homekey Units (1) | Acquisition | 2521-2525 Long Beach Ave. | 9 | | | | $4,911,342 | | | | | | | | | | | | | | | | | | $4,911,342 |
| 50 | | | 2300, 2312, 2324 & 2332 S. Central Ave. | 9 | | | | $11,688,000 | | | | | | | | | | | | | | | | | | $11,688,000 |
| 51 | | | 1300-1332 W. Slauson Ave. | 9 | | | | $6,520,353 | | | | | | | | | | | | | | | | | | $6,520,353 |
| | | | | | | | | | | | | | | | | | | | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$23,119,695** |
| 52 | | | 499 San Fernando Road | 1 | | | | | | | | | | | | | | | | $11,471,961 | | | | | $3,126,715 | $14,598,676 |
| 53 | | | Coalition to Abolish Slavery and Trafficking (CAST) | 5 | | | | $900,000 | | | | | | | | -$454,773 | | | | | | | | | | $445,227 |
| 54 | Other Interim Beds | Capital | 2521-2525 Long Beach Ave. | 9 | $1,831,441 | | $1,831,441 | $199,873 | $836,904 | $538,329 | | | $- | $- | | | -$836,904 | -$538,329 | | $1,375,233 | | | | | | $3,406,547 |
| 55 | | | 1300-1332 W. Slauson Ave. | 9 | | | | $2,043,164 | | | | | $10,000 | $- | $10,000 | $2,114,741 | -$2,043,164 | | | | | | | | | $2,124,741 |
| 56 | | | 18140 Parthenia Blvd. | 12 | | | | $6,021,115 | | | $2,268,008 | | | | | -$3,481,115 | | | | $3,481,115 | | | | | | $8,289,123 |
| | **Other Interim Beds Capital Total** | | | | | | **$1,831,441** | **$7,120,988** | **$2,880,068** | **$538,329** | **$0** | **$2,268,008** | **$10,000** | | | **-$1,821,147** | **-$2,880,068** | **-$538,329** | **$0** | **$16,328,309** | **$0** | **$0** | **$0** | **$0** | **$3,126,715** | **$28,864,314** |
| 57 | | | 11471 Chandler Blvd. | 2 | | | | | | $1,849,350 | $249,025 | | | | | | | | $1,505,625 | | | | | | $3,604,000 |
| 58 | | | 6099 Laurel Canyon Blvd. | 2 | | | | | | $4,776,500 | | | | | | | | | $4,015,000 | | | | | -$767,625 | $8,023,875 |
| 59 | | | 12800 Saticoy St. | 2 | | | | | | $3,199,950 | $267,300 | | | | | -$816,750 | | | $3,467,762 | | | | | -$1,338,966 | -$455,488 | $4,323,808 |
| 60 | | | 19040 Vanowen St. | 3 | | | | | | $2,583,060 | | | | | | -$290,565 | | | $2,027,575 | $101,484 | | | | -$822,917 | | $3,598,637 |
| 61 | | | 6073 Reseda Blvd. | 3 | | | | | | $3,659,440 | | | | | | -$487,980 | | | $2,971,100 | | | | | -$1,469,199 | | $4,673,361 |
| 62 | | | 9710 San Fernando Blvd. | 6 | | | | | | | | | | | | $1,009,975 | | | $1,018,325 | | | | | -$1,009,975 | $1,659,978 | $2,678,303 |
| 63 | | | Compton Ave. & Nevin Ave. | 9 | | | | | | | | | | | | | | | $475,200 | | | | | -$475,200 | | $0 |
| 64 | Tiny Home Villages | Operating (2) | 1455 Alvarado St. | 13 | | | | | | $547,582 | $1,754,082 | | | | | | | | $1,485,550 | | | | | | | $3,787,214 |
| 65 | | | 2301 W. 3rd St. | 13 | | | | | | $1,901,735 | | | | | | | | | $1,510,735 | | | | | $677,440 | | $4,089,910 |
| 66 | | | Arroyo & Ave. 60 | 14 | | | | | | $3,732,920 | | | | | | | | | $3,732,920 | | | | | $763,880 | | $8,229,720 |
| 67 | | | 7570 Figueroa St. | 14 | | | | | | $1,288,934 | | | | | | | | | $1,288,934 | | | | | $578,041 | | $3,155,909 |
| 68 | | | 1221 Figueroa Pl. | 15 | | | | | | $1,897,335 | | | | | | -$742,500 | | | $1,806,000 | | | | | | | $2,760,835 |
| 69 | | | 499 San Fernando | 1 | | | | | | | | | | | | | | | | | | | | $990,000 | | $990,000 |
| 70 | | | 850 N. Mission Rd. | 14 | | | | | | | | | | | | | | | | | | | | $194,400 | | $194,400 |
| | | | Mission and Jesse | 14 | | | | | | | | | | | | | | | | | | | | | $188,363 | $188,363 |

2/24/2023

**Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 16th Roadmap Funding Recommendations are Approved**

COVID-19 Homelessness Roadmap Status of Capital and Operating Funding

| No. | Type of Unit/Intervention | Type | Site | CD | FY 2020-2021: HHAP | HEAP | HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | FY 2021-2022: HHAP | HEAP | HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | FY 2022-2023: HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Tiny Home Villages Operating Total** | | | | | | $0 | $0 | $0 | $18,513,217 | $9,193,996 | $0 | | | $0 | $0 | $0 | -$1,327,800 | $25,104,726 | $101,484 | | $0 | -$5,408,702 | $3,933,651 | $0 | **$49,915,572** |
| 71 | | | 313 Patton St. | 1 | | | | | | | $400,140 | | | | | | | | $457,488 | | | | | | | $857,628 |
| 72 | | | 1701 Camino Palmero St. | 4 | | | | | | | $766,080 | | | | | | | | $689,850 | | | | | $76,650 | | $1,532,580 |
| 73 | | | 7600 Beverly Blvd. | 4 | | | | | | | $304,937 | | | | | | | | | | | | | | | $304,937 |
| 74 | | | 7253 Melrose Ave. | 5 | $10,000 | | $10,000 | | | | $2,970,444 | | | | | | | | | | -$10,000 | | | -$2,970,444 | | $0 |
| 75 | | | 7816 Simpson Ave. | 6 | | | | | | | | | | | | | | $733,040 | $733,040 | | | | | $983,675 | | $2,449,755 |
| 76 | | | 6909 N. Sepulveda Blvd. | 6 | | | | | | | $3,827,755 | | | | | | | | $2,930,950 | | | | | | | $6,758,705 |
| 77 | | | 11067 Norris Ave. | 7 | | | | | | | $609,900 | | | | | | | | | | | | | | | $609,900 |
| 78 | | | 8501 1/2 S. Vermont Ave. | 8 | | | | | | | $627,000 | | | | | | | | $501,875 | | | | | | | $1,128,875 |
| 79 | | | 5615 - 5749 S. Western Ave. | 8 | | | | | | | $175,560 | | | | | | | | $140,525 | | | | | | | $316,085 |
| 80 | | | 8311 S. Western Ave. | 8 | | | | | | | $321,000 | | | | | | | | | | | | | | | $321,000 |
| 81 | | | 2514 W. Vernon Ave. | 8 | | | | | | | $214,000 | | | | | | | | | | | | | | | $214,000 |
| 82 | | | 8501 S. Broadway | 9 | | | | | | | $3,762,000 | | | | | | | | $3,011,250 | | | | | | | $6,773,250 |
| 83 | | | 5100 S. Central Ave. | 9 | | | | | | | $627,000 | | | | | | | | $501,875 | | | | | | | $1,128,875 |
| 84 | | | 224 E. 25th St. & 224 1/2 E. 25th St. | 9 | | | | | | | $401,500 | | | | | | | | $1,840,300 | | | | | | | $2,241,800 |
| 85 | Other Interim Beds | Operating (2) | 9165 & 9165 ½ South Normandie St | 9 | | | | | | | $401,500 | | | | | | | | $401,500 | | | | | $160,600 | | $963,600 |
| 86 | | | 5171 S. Vermont Ave. | 9 | | | | | | | $214,000 | | | | | | | | | | | | | | | $214,000 |
| 87 | | | 2521-2525 Long Beach Ave. | 9 | | | | | | | | | | | | | | | | $61,000 | | | $1,351,228 | $1,826,072 | | $3,238,300 |
| 88 | | | 1300-1332 W. Slauson Ave. | 9 | | | | | | $2,007,500 | | | | | | | | | $1,157,604 | | | | -$2,007,500 | $348,021 | | $1,505,625 |
| 89 | | | 18140 Parthenia Blvd. | 12 | | | | | | $1,611,019 | $822,955 | | | | | | | -$1,552,169 | $1,510,735 | | | | | $637,290 | | $3,029,830 |
| 90 | | | 5941 Hollywood Blvd. | 13 | | | | | | $1,035,626 | | | | | | | | -$183,150 | $190,149 | | | | -$31,169 | $412,101 | | $1,423,557 |
| 91 | | | 3191 W. 4th St. | 13 | | | | | | | $178,072 | | | | | | | | | | | | | | | $178,072 |
| 92 | | | 566 S. San Pedro St. | 14 | $222,950 | | $222,950 | | | $1,204,500 | $301,350 | | | | | | | -$54,000 | | | | | | $1,423,500 | | $3,098,300 |
| 93 | | | 1060 Vignes St. | 14 | | | | | | $1,235,934 | $4,965,428 | | | | | | | -$1,014,285 | | | | | | $4,858,150 | | $10,045,225 |
| 94 | | | 543 Crocker St. | 14 | $74,010 | | $74,010 | | | | $401,500 | | | | | | | | | | | | | $401,500 | | $877,010 |
| 95 | | | 3123 S. Grand Ave. | 14 | | | | | | | $401,500 | | | | | | | | | | | | | $401,500 | | $803,000 |
| 96 | | | Scattered Sites - SRO Housing Corporation | 14 | | | | $1,204,500 | | | | | | | | | | | | | | | | $1,204,500 | | $2,409,000 |
| 97 | | | 1904 Bailey St. | 14 | | | | | | | | | | | | | | | | | | | $3,229,477 | | $79,491 | $3,308,968 |
| 98 | | | 345 E. 118 Pl. | 15 | | | | | | | $80,300 | | | | | | | | | | | | | $80,300 | | $160,600 |
| 99 | | | Various | Various | | | | | | | $220,220 | | | | | | | | | | | | | | | $220,220 |
| 100 | | | Project Roomkey (3) | Various | | | $32,503,165 | | | | | $32,281,994 | | | | | | | $2,048,743 | $6,589,090 | | | | | | $73,422,992 |
| | **Other Interim Beds Operating Total** | | | | | | $32,810,125 | $0 | $0 | $7,094,579 | $24,198,639 | $32,281,994 | | | $0 | $0 | $0 | $435,667 | $13,609,653 | $6,650,090 | -$10,000 | $0 | -$687,441 | $13,072,892 | $79,491 | **$129,535,689** |
| 101 | | | Beacon (Solaire Hotel) | 1 | | | | $4,873,960 | | | | | | | | | | | | | | | | | | $4,873,960 |
| 102 | | | Sieroty (Howard Johnson) | 4 | | | | $5,103,560 | | | | | | | | | | | | | | | | | | $5,103,560 |
| 103 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | | | $2,709,717 | | | | | | | | | | | | | | | | | | $2,709,717 |
| 104 | | | Pano (Panorama Inn) | 6 | | | | $2,713,579 | | | | | | | | | | | | | | | | | | $2,713,579 |
| 105 | | | Arleta (Woodman) | 6 | | | | $20,056,747 | | | | | | | | | | | | | | | | | | $20,056,747 |
| 106 | | | Woodman Ownership Transfer | 6 | | | | $296,746 | | | | | | | | -$277,245 | | | | | | | | | | $19,500 |
| 107 | | | Encinitas (Good Nite Inn) | 7 | | | | $16,351,536 | | | | | | | | | | | | | | | | | | $16,351,536 |
| 108 | Homekey Units (1) | Match / Acquisition | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | | $1,281,013 | | | | | | | | | | | | | | | | | | $1,281,013 |
| 109 | | | Mollie Maison (Best Inn) | 10 | | | | $990,290 | | | | | | | | | | | | | | | | | | $990,290 |
| 110 | | | The Layover (Super 8 LAX) | 11 | | | | $10,830,215 | | | | | | | | | | | | | | | | | | $10,830,215 |
| 111 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | $10,152,255 | | | | | | | | | | | | | | | | | | $10,152,255 |
| 112 | | | Devonshire Lodge (Travelodge) | 12 | | | | $3,162,222 | | | | | | | | | | | | | | | | | | $3,162,222 |
| 113 | | | The Nest | 13 | | | | $1,736,813 | | | | | | | | | | | | | | | | | | $1,736,813 |
| 114 | | | Casa Luna (Titta's Inn) | 14 | | | | $1,977,625 | | | | | | | | | | | | | | | | | | $1,977,625 |
| 115 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | $9,021,062 | | | | | | | | | | | | | | | | | | $9,021,062 |
| 116 | | | Travelodge (Normandie) | 15 | | | | $3,990,522 | | | | | | | | | | | | | | | | | | $3,990,522 |
| 117 | | | Property management and real estate service | Various | | | | $779,939 | | | | | | | | | | | | | | | | | | $779,939 |
| | **Project Homekey Match / Aquisition Total** | | | | $0 | $96,027,802 | $0 | $0 | $0 | $0 | | | $0 | -$277,245 | $0 | $0 | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | **$95,750,557** |
| 118 | | | Beacon (Solaire Hotel) | 1 | | | | | | $1,812,891 | | | | | | | | | $40,500 | | | | -$219,336 | $2,340,745 | | $3,974,800 |
| 119 | | | Sieroty (Howard Johnson) | 4 | | | | | | $1,899,692 | | | | | | | | | $32,400 | | | | -$200,000 | $2,172,480 | | $3,904,572 |
| 120 | | | Super 8 Canoga Park | 3 | | | | | | $2,207,008 | | | | | | | | | | | | | -$1,178,015 | | | $1,028,993 |
| 121 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | | | | | $1,731,223 | | | | | | | | | $27,000 | | | | | $1,854,200 | | $3,612,423 |
| 122 | | | Pano (Panorama Inn) | 6 | | | | | | $2,394,315 | | | | | | | | | -$2,144,315 | | | | -$250,000 | $250,000 | | $250,000 |
| 123 | | | Arleta (Woodman) | 6 | | | | | | $4,591,700 | | | | | | | | | -$4,276,700 | | | | -$315,000 | $765,283 | | $765,283 |
| 124 | | | Encinitas (Good Nite Inn) | 7 | | | | | | $4,030,275 | | | | | | | | | $39,960 | | | | | $2,750,275 | | $6,820,510 |
| 125 | Homekey Units (1) | Operating | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | | | | $599,878 | | | | | | | | | $13,500 | | | | -$344 | $761,025 | | $1,374,059 |
| 126 | | | Mollie Maison (Best Inn) | 10 | | | | | | $674,883 | | | | | | | | | $10,800 | | | | $472,391 | $704,450 | | $1,862,524 |
| 127 | | | The Layover (Super 8 LAX) | 11 | | | | | | $2,038,300 | | | | | | | | | $24,300 | | | | $235,362 | $1,383,350 | | $3,681,312 |
| 128 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | | | $1,528,725 | | | | | | | | | $15,660 | | | | -$169,289 | $356,085 | | $1,731,181 |
| 129 | | | Devonshire Lodge (Travelodge) | 12 | | | | | | $3,490,313 | | | | | | | | | $40,500 | | | | -$417,509 | $2,381,625 | | $5,494,929 |
| 130 | | | The Nest | 13 | | | | | | $1,203,054 | | | | | | | | | $21,600 | | | | -$156,436 | $1,222,750 | | $2,290,968 |
| 131 | | | Casa Luna (Titta's Inn) | 14 | | | | | | $1,062,210 | | | | | | | | | $18,900 | | | | | $1,256,330 | | $2,337,440 |
| 132 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | | | $2,408,900 | | | | | | | | | $21,600 | | | | -$479,165 | $1,657,100 | | $3,608,435 |
| 133 | | | Travelodge (Normandie) | 15 | | | | | | $1,148,211 | | | | | | | | | -$648,211 | | | | -$500,000 | $500,000 | | $500,000 |
| | **Project Homekey Operating Total** | | | | $0 | $0 | $0 | $32,821,578 | $0 | $0 | | | $0 | $0 | $0 | $0 | -$6,762,596 | $0 | $0 | $0 | $0 | -$3,177,341 | $20,355,698 | $0 | **$43,237,429** |
| 134 | | | Beacon (Solaire Hotel) | 1 | | | | | | $3,231,738 | | | | | | | | | | | | | | | | $3,231,738 |
| 135 | | | Sieroty (Howard Johnson) | 4 | | | | | | $3,185,854 | | | | | | | | | | | | | | $1,515,944 | | $4,701,798 |
| 136 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | | | $193,049 | | $600,140 | | | | | | -$193,049 | | $193,049 | | | | | | $93,662 | | $886,851 |

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 16th Roadmap Funding Recommendations are Approved

**COVID-19 Homelessness Roadmap Status of Capital and Operating Funding**

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2020-2021 Commitment | | | | | | | | Fiscal Year 2021-2022 Commitment | | | | | | | | Fiscal Year 2022-2023 Commitment | | | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | HEAP | HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | HEAP | HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | |
| 137 | | | Pano (Panorama Inn) | 6 | | | | $4,472,059 | | | | | | | | -$2,500,000 | | | | | $1,311,268 | | $1,286,703 | | $1,688,732 | $8,258,762 |
| 138 | | | Arleta (Woodman) | 6 | | | | $397,200 | | | | | | | | $6,718,625 | | | | | $2,046,519 | | $7,026,192 | | | $16,188,536 |
| 139 | | | Encinitas (Good Nite Inn) | 7 | | | | $2,766,023 | | | | | | | | | | | | | | | | | | $2,766,023 |
| 140 | | | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | $188,000 | $189,988 | | | | | $ - | $ - | -$188,000 | $212,000 | | | | | | | $356,272 | | | $758,260 |
| 141 | Homekey Units (1) | Improvement | Mollie Maison (Best Inn) | 10 | | | $32,965 | $153,812 | | | | | $ - | $ - | -$32,965 | $32,965 | | | | | | | | | | $186,577 |
| 142 | | | The Layover (Super 8 LAX) | 11 | | | $187,292 | $832,914 | | | | | $ - | $ - | -$187,292 | $187,292 | | | | | | | | | | $1,020,206 |
| 143 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | $805,120 | | | | | $ - | $ - | | | | | | | | | | | | $805,120 |
| 144 | | | Devonshire Lodge (Travelodge) | 12 | | | $85,729 | $829,595 | | | | | $ - | $ - | -$85,729 | $85,729 | | | | | | | $300,000 | | | $1,215,324 |
| 145 | | | The Nest | 13 | | | $27,402 | $279,565 | | | | | $ - | $ - | -$27,402 | $27,402 | | | | | | | | | | $306,967 |
| 146 | | | Casa Luna (Titta's Inn) | 14 | | | | $237,272 | | | | | $ - | $ - | | $75,000 | | | | | | | | | | $312,272 |
| 147 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | $225,640 | | | | | $ - | $ - | | $152,000 | | | | | | | | | | $377,640 |
| 148 | | | Travelodge (Normandie) | 15 | | | | $1,919,455 | | | | | $ - | $ - | | $3,219,211 | | | | | | | | | | $5,138,666 |
| 149 | | | Real estate services to monitor alterations | n/a | | | | $117,500 | | | | | $ - | $ - | | $217,795 | | | | | | | | | | $335,295 |
| | **Project Homekey Capital Improvement Total** | | | | $0 | $714,437 | $0 | $20,243,675 | $0 | $0 | | | $0 | -$714,437 | $0 | $8,621,068 | $0 | $0 | | | $3,357,787 | $0 | $10,578,773 | $0 | $1,688,732 | $44,490,035 |
| 150 | Recovery Housing | | Rapid Rehousing/ Shared Housing** | Various | | | | $82,285,920 | | | | | | | | | | | | | | | | | | $82,285,920 |
| | **Recovery Housing Total** | | | | $0 | $0 | $0 | $82,285,920 | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $82,285,920 |
| 151 | Measure H Strategy (7) | | Measure H Strategy - B4 (Landlord Incentive) | Various | | | | $1,136,000 | | | | | | | | -$710,000 | | | | | | | | | | $426,000 |
| | **Measure H Strategy Total** | | | | $0 | $0 | $0 | $1,136,000 | $0 | $0 | | | $0 | $0 | $0 | -$710,000 | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $426,000 |
| 152 | Safe Sleeping | Capital | 2300 S. Central Ave. (6) | 9 | $10,000 | $0 | $10,000 | | | | $0 | $1,075,094 | | | | | | | | $613,457 | | | | | | $1,698,551 |
| 153 | | | 317 N. Madison Ave. | 13 | $241,110 | $0 | $241,110 | | | | $0 | $0 | -$230,557 | | -$230,557 | | | | | | | | | | | $10,553 |
| | **Safe Sleep Capital Total** | | | | $251,110 | $0 | $0 | $0 | $0 | $0 | $0 | $1,075,094 | | | -$230,557 | $0 | $0 | $0 | $0 | $613,457 | | $0 | $0 | $0 | $0 | $1,709,104 |
| 154 | Safe Sleeping | Operating (2) | 2300 S. Central Ave. (6) | 9 | | | | $3,048,500 | | | | | | | | | | | | | | | -$1,524,250 | $3,056,875 | | $4,581,125 |
| 155 | | | 317 N. Madison Ave. | 13 | | | | | | $1,300,280 | | | | | | | | | | | | | | | | $1,300,280 |
| | **Safe Sleep Operating Total** | | | | $0 | $0 | $0 | $3,048,500 | $1,300,280 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | $0 | $0 | -$1,524,250 | $3,056,875 | $0 | $5,881,405 |
| 156 | | | 7128 Jordan Ave. | 3 | | | | | | $409,619 | | | | | | | | | | | | $273,750 | | | | | $683,369 |
| 158 | | | 4301 S. Central Ave. | 9 | | | | | | $163,848 | | | | | | | | | | | | $109,500 | | | | | $273,348 |
| 159 | | | 1201 S. Figueroa St. | 9 | | | | | | $235,065 | | | | | | | | | | | | $328,500 | | | | | $563,565 |
| 161 | | | 11339 Iowa Ave. | 11 | | | | | | $109,500 | | | | | | | | | | | | $273,750 | | | | | $383,250 |
| 162 | | | 9100 Lincoln Blvd. | 11 | | | | | | $211,209 | | | | | | | | | | | | $273,750 | | | | | $484,959 |
| 163 | Safe Parking (1) | Operating (2) | 5455 111th Street | 11 | | | | | | | | | | | | | | | $109,506 | | $7,360 | $778,119 | | | | | $894,985 |
| 164 | | | 8775 Wilbur Ave. | 12 | | | | | | $327,695 | | | | | | | | | | | | $219,000 | | | | | $546,695 |
| 165 | | | 1033 Cole Ave. | 13 | | | | | | $163,848 | | | | | | | | | | | | $328,500 | | | | | $492,348 |
| 166 | | | 4591 Santa Monica Blvd. | 13 | | | | | | $163,848 | | | | | | | | | | | | $0 | | | | | $163,848 |
| 167 | | | 711 S. Beacon St. | 15 | | | | | | $491,793 | | | | | | | | | | | | $328,500 | | | | | $820,293 |
| 168 | | | 19610 Hamilton Ave. | 15 | | | | | | $409,619 | | | | | | | | | | | | $273,750 | | | | | $683,369 |
| | **Safe Parking Operating Total** | | | | $0 | $0 | $0 | $0 | $0 | $2,795,550 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | $7,360 | $0 | $0 | $3,187,119 | $0 | $5,990,029 |
| 169 | Outreach | | Roadmap Outreach | Various | | | | | | $6,605,177 | | | | | | | | | | | | $2,472,188 | | | | | $9,077,365 |
| 170 | | | Encampment to Home Program on Ocean Front Walk/Venice | 11 | | | | | | | | | | | | | | | | $5,000,000 | | | | | | | $5,000,000 |
| | **Outreach Total** | | | | $0 | $0 | $0 | $0 | $0 | $6,605,177 | $0 | | | $0 | $0 | $0 | $0 | $0 | $5,000,000 | | $2,472,188 | $0 | $0 | $0 | $0 | $14,077,365 |
| 171 | | | BOE | n/a | | | | $2,000,000 | | | | | | | | $2,046,534 | | | | | $1,741,810 | | | | | $2,366,711 | $8,155,055 |
| 172 | | | BCA | n/a | | | | | | | | | | | | $149,416 | | | | | $150,000 | | | | | | $299,416 |
| 173 | Admin | Admin | CAO | n/a | $199,175 | | $199,175 | | | | | | $54,860 | | $54,860 | | | | | | | | | | | $254,035 |
| 174 | | | GSD | n/a | | | | $77,500 | | | | | | | | | | | | | | | | | | | $77,500 |
| 175 | | | LAHD | n/a | | | | | | $1,158,255 | | | | | | | | | | | | | | | | | $1,158,255 |
| 176 | | | LAHSA | n/a | | | | | | $5,500,682 | | | | | | | | | | | | | | | | | $5,500,682 |
| | **Admin Total** | | | | $199,175 | $2,077,500 | $0 | $6,658,937 | $0 | $0 | | | $54,860 | $2,195,950 | $0 | $0 | $0 | $1,891,810 | | | $0 | $0 | $0 | $0 | $2,366,711 | $15,444,943 |
| | **Total Commitment** | | | | $94,860,344 | $147,665,539 | $7,000,000 | $183,154,712 | $54,547,089 | $43,932,652 | | | -$145,697 | $1,185,565 | -$1,812,279 | -$281,900 | $60,629,561 | $36,564,080 | | | $14,484,047 | $0 | -$218,960 | $45,993,661 | $43,316 | $687,407,329 |
| | **Total Uncommitted** | | | | | | | | | | | | n/a | $22,352,077 | | | | | | | $1,565,687 | $944,960 | $13,929,689 | N/A | | |

(1) Does not include Roadmap interventions that are in existing agreements with the County.

(2) Operating costs vary by intervention type: ABH Beds: $80/bed/night; Tiny Home Villages, Leased Facilities, Year Round Shelter: $55/bed/night; Project Homekey: $85/unit/night; Safe Sleeping: $67/person/night; and Safe Parking: $30/car/night. Project Roomkey costs vary by site. 324 Winter Shelter beds ended on October 31, 2021.

(3) Committed funds used to front-fund the Project Roomkey extension are expected to be reimbursed by the FEMA, at which time the funds will be available for programming.

(4) County Services allocations are restricted to services, leasing, FFE, and start up costs.

(5) Reflects the entire cost of the program for two (2) years using ESG-COVID.

(6) 2300 S Central is part of the City Project Homekey Program. The site will oeprate a Safe Sleeping Program until the owner/operator is ready to begin construction on permanent supportive housing.

(7) Placements funded with City funding for Measure H Strategies will be counted toward the Roadmap target of 6,700 interventions.

2/24/2023

## LEASING TERM SHEET

| | |
|---|---|
| **MFC DATE** | 2/26/23 |
| **LANDLORD** | Shen Zhen New World I, LLC |
| **ADDRESS** | 333 S. Figueroa St. Los Angeles, CA 90071 |
| **TENANT** | City of Los Angeles - GSD |
| **ADDRESS** | 111 E. First Street Los Angeles, CA |
| **LOCATION** | LA   Grand   Hotel   -   333   S.   Figueroa   LA,   CA   90071 |
| **AGREEMENT TYPE** | Occupancy Agreement - Amendment |
| **USE** | Interim Housing |
| **SQUARE FEET** | 481 rooms |
| **TERM** | 1 Year |
| **RENT START DATE** | 02/01/23 |
| **LEASE START DATE** | 2/01/23 |
| **OPTION TERM** | None |
| **HOLDOVER** | See Existing Agreement |
| **SUBLET/ ASSIGNMENT** | See Existing Agreement |
| **TERMINATION** | 30 day written notice |
| **RENTAL RATE** | $154 per day/ Single, $183 per day/ Double. Minimums further outlined below. |
| **ESCALATION** | None |
| **RENTAL ABATEMENT** | None |
| **ADDITIONAL RENT** | None |
| **PROPERTY TAX** | None |
| **OPEX** | None |
| **CAM** | None |

| | |
|---|---|
| OTHER | None |
| SECURITY DEPOSIT | None |
| MAINTENANCE/ REPAIR | See Existing Agreement ▼ |
| MAINTENANCE/ REAPAIR DETAILS | See Existing Agreement |
| TENANT IMPROVEMENTS | N/A |
| PARKING | See Existing Agreement |
| UTILITIES | Landlord shall be responsible for all utilities. |
| CUSTODIAL | Landlord shall be responsible to service the rooms 2 times a week |
| SECURITY | City through the provider, TSA will hire a security contractor |
| PROP 13 PROTECTION | Other<br>None |
| INSURANCE | See Existing Agreement |
| OTHER· | Minimum Rent Schedule subject to billing period·<br>-Month 1 - 45%<br>-Months 2 - 75%<br>-Months 3 - 10 - 85%<br>-Months 11 - 12 - 10,000 rooms occupied<br><br>Section 14 - Obligations<br>Subsection B - will be removed for City obligation for pest control<br>Subsection D - will be removed for City's obligation to screen for Covid-19<br>Subsection G - will be removed for City's obligation for social distancing |