# EXHIBIT A

| | | | | Alliance Settlement Agreement<br>Quarterly Report<br>Quarter Ending March 31, 2023 | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date | Total PEH Served (2) |
| 1 | 10 | Permanent Supportive Housing | Non-Prop HHH | PATH Villas Montclair/Gramercy(Recap-Site 2 of 2)<br>3317 W WASHINGTON BLVD  Los Angeles, CA 90018 (3) | 16 | Open | 07/26/2022 | 16 |
| 2 | 10 | Permanent Supportive Housing | Prop HHH | Adams Terrace<br>4314 W ADAMS BLVD  Los Angeles, CA 90018 (3) | 21 | Open | 09/21/2022 | 21 |
| 3 | 14 | Permanent Supportive Housing | Non-Prop HHH | LAMP Lodge<br>660 S STANFORD AVE  Los Angeles, CA 90021 (3) | 81 | Open | 10/04/2022 | 81 |
| 4 | 7 | Permanent Supportive Housing | Prop HHH | Silva Crossing (fka Link at Sylmar)<br>12667 SAN FERNANDO ROAD  Sylmar, CA 91342 | 55 | Open | 10/11/2022 | 54 |
| 5 | 10 | Permanent Supportive Housing | Prop HHH | Amani Apartments (fka Pico)<br>4200 W PICO BLVD  Los Angeles, CA 90019 (3) | 53 | Open | 10/17/2022 | 51 |
| 6 | 9 | Permanent Supportive Housing | Prop HHH | Hope on Broadway<br>5138 S BROADWAY  Los Angeles, CA 90037 (3) | 48 | Open | 11/01/2022 | 48 |
| 7 | 10 | Permanent Supportive Housing | Prop HHH | Berendo Sage<br>1035 S BERENDO ST  LOS ANGELES, CA 90006 | 21 | Open | 11/08/2022 | 17 |
| 8 | 8 | Permanent Supportive Housing | Homekey 2 | 6521 Brynhurst | 40 | Open | 11/14/2022 | 37 |
| 9 | 1 | Permanent Supportive Housing | Homekey 2 | 740 Alvarado | 79 | Open | 11/15/2022 | 72 |
| 10 | 15 | Permanent Supportive Housing | Homekey 2 | 5050 Pico | 78 | Open | 11/30/2022 | 71 |
| 11 | 1 | Permanent Supportive Housing | Prop HHH | Firmin Court<br>418 N FIRMIN ST  Los Angeles, CA 90026 (3) | 45 | Open | 12/16/2022 | 44 |
| 12 | 7 | Permanent Supportive Housing | Homekey 2 | 10150 Hillhaven | 33 | Open | 12/20/2022 | 33 |
| 13 | 11 | Permanent Supportive Housing | Prop HHH | VA Building 207<br>11301 WILSHIRE BLVD  #207  Los Angeles, CA 90025 (3) | 59 | Open | 12/22/2022 | 28 |
| 14 | 4 | Interim Housing | Interim Housing | Highland Gardens<br>7047 Franklin Ave. | 143 | Open | 12/27/2022 | 181 |
| 15 | 3 | Permanent Supportive Housing | Prop HHH | Reseda Theater Senior Housing (Canby Woods West)<br>7221 N CANBY AVE  Reseda, CA 91335 (3) | 13 | Open | 12/30/2022 | 13 |
| 16 | 7 | Permanent Supportive Housing | Prop HHH | Summit View Apartments<br>11800 W KAGEL CANYON ST  Sylmar, CA 91342 | 48 | Open | 1/6/2023 | 14 |
| 17 | 6 | Permanent Supportive Housing | Homekey 2 | 14949 Roscoe | 28 | Open | 1/15/2023 | 28 |
| 18 | 15 | Permanent Supportive Housing | Prop HHH | Watts Works<br>9500 S COMPTON AVE  Los Angeles, CA 90002 (3) | 24 | Open | 1/27/2023 | 22 |
| 19 | 5 | Permanent Supportive Housing | Prop HHH | 11010 Santa Monica<br>11010 W SANTA MONICA BLVD  Los Angeles, CA 90025 | 50 | Open | 3/20/2023 | 0 |
| 20 | 11 | Permanent Supportive Housing | Prop HHH | Building 205<br>11301 WILSHIRE BLVD  Los Angeles, CA 90073 | 67 | In Process | | |
| 21 | 11 | Permanent Supportive Housing | Prop HHH | Building 208<br>11301 WILSHIRE BLVD  #208  LOS ANGELES, CA 90073 | 53 | In Process | | |
| 22 | 1 | Permanent Supportive Housing | Non-Prop HHH | West Third Apartments<br>1900 W 3RD ST  Los Angeles, CA 90057 | 136 | In Process | | |
| 23 | 9 | Permanent Supportive Housing | Prop HHH | Broadway Apartments<br>301 W 49TH ST 1-30  LOS ANGELES, CA 90037 | 34 | In Process | | |

| | | | | Alliance Settlement Agreement<br>Quarterly Report<br>Quarter Ending March 31, 2023 | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date | Total PEH Served (2) |
| 24 | 6 | Permanent Supportive Housing | Prop HHH | Talisa (fka 9502 Van Nuys Blvd)<br>9502 N VAN NUYS BLVD  Panorama City, CA 91402 | 48 | In Process | | |
| 25 | 1 | Permanent Supportive Housing | Prop HHH | Ingraham Villa Apartments<br>1218 INGRAHAM ST  LOS ANGELES, CA 90017 | 90 | In Process | | |
| 26 | 13 | Permanent Supportive Housing | Prop HHH | Ambrose (fka 1615 Montana St.)<br>1611 W MONTANA ST  Los Angeles, CA 90026 | 63 | In Process | | |
| 27 | 2 | Permanent Supportive Housing | Prop HHH | Sun Commons<br>6329 N CLYBOURN AVE  North Hollywood, CA 91606 | 51 | In Process | | |
| 28 | 8 | Permanent Supportive Housing | Prop HHH | Hope on Hyde Park - MP/TOC/PSH<br>6501 S CRENSHAW BLVD  Los Angeles, CA 90043 | 97 | In Process | | |
| 29 | 8 | Permanent Supportive Housing | Prop HHH | Isla de Los Angeles<br>283 W IMPERIAL HWY  Los Angeles, CA 90061 | 53 | In Process | | |
| 30 | 14 | Permanent Supportive Housing | Prop HHH | Colorado East<br>2451 W COLORADO BLVD  Los Angeles, CA 90041 | 20 | In Process | | |
| 31 | 9 | Permanent Supportive Housing | Prop HHH | Marcella Gardens (68th & Main St.)<br>6722 S MAIN ST  Los Angeles, CA 90003 | 59 | In Process | | |
| 32 | 10 | Permanent Supportive Housing | Prop HHH | Vermont Corridor Apartments (fka 433 Vermont Apts)<br>433 S VERMONT AVE  Los Angeles, CA 90020 | 36 | In Process | | |
| 33 | 13 | Permanent Supportive Housing | Prop HHH | PATH Villas Hollywood<br>5627 W FERNWOOD AVE  HOLLYWOOD, CA 90028 | 59 | In Process | | |
| 34 | 8 | Permanent Supportive Housing | Prop HHH | West Terrace (fka Silver Star II)<br>6576 S WEST BLVD  LOS ANGELES, CA 90043 | 56 | In Process | | |
| 35 | 10 | Permanent Supportive Housing | Prop HHH | Serenity (fka 923-937 Kenmore Ave)<br>923 S KENMORE AVE  Los Angeles, CA 90006 | 74 | In Process | | |
| 36 | 2 | Permanent Supportive Housing | Prop HHH | 11604 Vanowen (fka The Mahalia)<br>11604 VANOWEN ST  LOS ANGELES, CA 91605 | 48 | In Process | | |
| 37 | 14 | Permanent Supportive Housing | Prop HHH | 6th and San Julian<br>401 E 6TH ST  Los Angeles, CA 90014 | 93 | In Process | | |
| 38 | 8 | Permanent Supportive Housing | Prop HHH | Depot at Hyde Park<br>6527 S CRENSHAW BLVD  Los Angeles, CA 90043 | 33 | In Process | | |
| 39 | 9 | Permanent Supportive Housing | Prop HHH | Ruth Teague Homes (fka 67th & Main)<br>6706 S MAIN ST  Los Angeles, CA 90003 | 26 | In Process | | |
| 40 | 10 | Permanent Supportive Housing | Prop HHH | Mariposa Lily<br>1055 S MARIPOSA AVE  Los Angeles, CA 90006 | 20 | In Process | | |
| 41 | 9 | Permanent Supportive Housing | Non-Prop HHH | La Prensa Libre - 4%<br>210 E WASHINGTON BLVD  Los Angeles, CA 90015 | 25 | In Process | | |
| 42 | 14 | Permanent Supportive Housing | Homekey 2 | 1044 N Soto St<br>Los Angeles, CA 90033 | 84 | In Process | | |
| 43 | 6 | Permanent Supportive Housing | Homekey 2 | 7639 Van Nuys | 34 | In Process | | |
| 44 | 6 | Permanent Supportive Housing | Prop HHH | Oatsie's Place (fka Sherman Way)<br>16015 W SHERMAN WAY  VAN NUYS, CA 91406 | 45 | In Process | | |
| 45 | 1 | Permanent Supportive Housing | Prop HHH | Bryson II<br>2721 WILSHIRE BLVD  LOS ANGELES, CA 90057 | 33 | In Process | | |
| 46 | 3 | Permanent Supportive Housing | Homekey 2 | 21121 Vanowen | 99 | In Process | | |

| No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date | Total PEH Served (2) |
|---|---|---|---|---|---|---|---|---|
| | | | | **Alliance Settlement Agreement**<br>**Quarterly Report**<br>**Quarter Ending March 31, 2023** | | | | |
| 47 | 8 | Permanent Supportive Housing | Homekey 2 | 1654 W Florence | 126 | In Process | | |
| 48 | 1 | Permanent Supportive Housing | Non-Prop HHH | 619 Westlake (fka Westlake 619)<br>619 S WESTLAKE AVE  Los Angeles, CA 90057 | 39 | In Process | | |
| 49 | 4 | Permanent Supportive Housing | Prop HHH | Sherman Oaks Senior Housing<br>14536 W BURBANK BLVD  VAN NUYS, CA 91411 | 54 | In Process | | |
| 50 | 6 | Permanent Supportive Housing | Prop HHH | Sun King Apartments<br>9190 N TELFAIR AVE  LOS ANGELES, CA 91352 | 25 | In Process | | |
| 51 | 3 | Permanent Supportive Housing | Homekey 2 | 20205 Ventura | 144 | In Process | | |
| 52 | 11 | Permanent Supportive Housing | Homekey 2 | 6531 S Sepulveda | 131 | In Process | | |
| 53 | 12 | Permanent Supportive Housing | Homekey 2 | 19325 Londelius | 115 | In Process | | |
| 54 | 13 | Permanent Supportive Housing | Homekey 2 | 2812 Temple/ 916 Alvarado | 67 | In Process | | |
| 55 | 15 | Permanent Supportive Housing | Homekey 2 | 18602 Vermont | 134 | In Process | | |
| 56 | 8 | Permanent Supportive Housing | Prop HHH | Asante Apartments<br>11001 S BROADWAY  Los Angeles, CA 90061 | 54 | In Process | | |
| 57 | 15 | Permanent Supportive Housing | Prop HHH | Beacon Landing (fka Beacon PSH)<br>319 N BEACON ST  SAN PEDRO, CA 90731 | 88 | In Process | | |
| 58 | 3 | Permanent Supportive Housing | Non-Prop HHH | Palm Vista Apartments<br>20116 W SHERMAN WAY  Winnetka, CA 91306 | 44 | In Process | | |
| 59 | 4 | Permanent Supportive Housing | Homekey 2 | BLVD Hotel 2010 N. Highland | 61 | In Process | | |
| 60 | 5 | Permanent Supportive Housing | Prop HHH | Pointe on La Brea<br>849 N LA BREA AVE CA 90038 | 49 | In Process | | |
| 61 | 10 | Permanent Supportive Housing | Prop HHH | Solaris Apartments (fka 1141-1145 Crenshaw Blvd)<br>1141 S CRENSHAW BLVD  Los Angeles, CA 90019 | 42 | In Process | | |
| 62 | 14 | Permanent Supportive Housing | Prop HHH | La Veranda<br>2420 E CESAR E CHAVEZ AVE  Los Angeles, CA 90033 | 38 | In Process | | |
| 63 | 1 | Permanent Supportive Housing | Prop HHH | The Lake House (fka Westlake Housing)<br>437 S WESTLAKE AVE  Los Angeles, CA 90057 | 62 | In Process | | |
| 64 | 9 | Permanent Supportive Housing | Prop HHH | Main Street Apartments<br>5501 S MAIN ST  Los Angeles, CA 90037 | 56 | In Process | | |
| 65 | 10 | Permanent Supportive Housing | Prop HHH | McDaniel House (fka South Harvard)<br>1049 1/2 S HARVARD BLVD  Los Angeles, CA 90006 | 46 | In Process | | |
| 66 | 13 | Permanent Supportive Housing | Prop HHH | Montesquieu Manor<br>316 N JUANITA AVE CA 90004 | 20 | In Process | | |
| 67 | 14 | Permanent Supportive Housing | Prop HHH | Los Lirios Apartments<br>119 S SOTO ST  Los Angeles, CA 90033 | 20 | In Process | | |
| 68 | 14 | Permanent Supportive Housing | Prop HHH | Whittier HHH (fka Whittier PSH)<br>3554 E WHITTIER BLVD  Los Angeles, CA 90023 | 63 | In Process | | |
| 69 | 6 | Permanent Supportive Housing | Non-Prop HHH | Corazon del Valle<br>14545 W LANARK ST CA 91402 | 49 | In Process | | |

| | | | | Alliance Settlement Agreement Quarterly Report Quarter Ending March 31, 2023 | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date | Total PEH Served (2) |
| 70 | 14 | Permanent Supportive Housing | Prop HHH | 803 E. 5th St 803 E 5TH ST  Los Angeles, CA 90013 | 94 | In Process | | |
| 71 | 1 | Permanent Supportive Housing | Prop HHH | The Quincy (fka 2652 Pico) 2652 W PICO BLVD  Los Angeles, CA 90006 | 53 | In Process | | |
| 72 | 13 | Permanent Supportive Housing | Prop HHH | The Wilcox (fka 4906-4926 Santa Monica) 4912 W SANTA MONICA BLVD  Los Angeles, CA 90029 | 61 | In Process | | |
| 73 | 10 | Permanent Supportive Housing | Prop HHH | Washington Arts Collective 4615 W WASHINGTON BLVD  Los Angeles, CA 90016 | 20 | In Process | | |
| 74 | 14 | Permanent Supportive Housing | Prop HHH | The Brine Residential 3016 N NORTH MAIN ST  Los Angeles, CA 90031 | 49 | In Process | | |
| 75 | 13 | Permanent Supportive Housing | Non-Prop HHH | Orange and DeLongpre Apartments 6914 W DE LONGPRE AVE  HOLLYWOOD, CA 90028 | 96 | In Process | | |
| 76 | 14 | Permanent Supportive Housing | Prop HHH | Lorena Plaza 3401 E 1ST ST  Los Angeles, CA 90063 | 32 | In Process | | |
| 77 | 15 | Permanent Supportive Housing | Prop HHH | The Banning (aka 841 N Banning) 841 N BANNING BLVD  Wilmington, CA 90744 | 58 | In Process | | |
| 78 | 12 | Permanent Supportive Housing | Prop HHH | Lumina (fka Topanga Apartments) 10243 N TOPANGA CANYON BLVD  Chatsworth, CA 91311 | 54 | In Process | | |
| 79 | 14 | Permanent Supportive Housing | Prop HHH | Weingart Tower A-134 (fkaWeingart Tower HHH PSH1A) 555 S CROCKER ST CA 90013 | 133 | In Process | | |
| 80 | 14 | Permanent Supportive Housing | Prop HHH | Weingart Tower A-144 Lower (fkaWeingart TowerII1A) 555 S CROCKER ST CA 90013 | 142 | In Process | | |
| 81 | 15 | Permanent Supportive Housing | Prop HHH | SagePointe (fka Deepwater) 1435 N EUBANK AVE  LOS ANGELES, CA 90744 | 55 | In Process | | |
| 82 | 2 | Permanent Supportive Housing | Prop HHH | NoHo 5050 5050 N BAKMAN AVE  North Hollywood, CA 91601 | 32 | In Process | | |
| 83 | 9 | Permanent Supportive Housing | Non-Prop HHH | Parkview Affordable Housing 4020 S COMPTON AVE CA 90011 | 31 | In Process | | |
| 84 | 13 | Permanent Supportive Housing | Prop HHH | Santa Monica & Vermont Apartments (Phases 1 & 2) 4718 W SANTA MONICA BLVD  Los Angeles, CA 90029 | 94 | In Process | | |
| 85 | 15 | Permanent Supportive Housing | Prop HHH | Avalon 1355 1355 N AVALON BLVD CA 90744 | 53 | In Process | | |
| 86 | 10 | Permanent Supportive Housing | Non-Prop HHH | The Arlington 3322 W WASHINGTON BLVD CA 90018 | 20 | In Process | | |
| 87 | 6 | Permanent Supportive Housing | Prop HHH | My Angel (fka The Angel) 8547 N SEPULVEDA BLVD  North Hills, CA 91343 | 53 | In Process | | |
| 88 | 11 | Permanent Supportive Housing | Prop HHH | The Iris (fka Barry Apartments) 2444 S BARRY AVE CA 90064 | 34 | In Process | | |
| 89 | 11 | Permanent Supportive Housing | Prop HHH | The Journey (FKA Lincoln Apartments) 2467 S LINCOLN BLVD  Venice, CA 90291 | 39 | In Process | | |
| 90 | 13 | Permanent Supportive Housing | Prop HHH | Rousseau Residences 316 N JUANITA AVE  Los Angeles, CA 90004 | 51 | In Process | | |
| 91 | 6 | Permanent Supportive Housing | Non-Prop HHH | Luna Vista Apartments 8767 N PARTHENIA PL 1-73 CA 91343 | 36 | In Process | | |
| 92 | 1 | Permanent Supportive Housing | Prop HHH | Oak Apartments (fka 2745-2759 Francis Ave) 2745 W FRANCIS AVE  Los Angeles, CA 90005 | 63 | In Process | | |

| | | | | Alliance Settlement Agreement<br>Quarterly Report<br>Quarter Ending March 31, 2023 | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date | Total PEH Served (2) |
| 93 | 9 | Permanent Supportive Housing | Prop HHH | 4507 Main St.<br>4505 S MAIN ST  Los Angeles, CA 90037 | 31 | In Process | | |
| 94 | 14 | Permanent Supportive Housing | Prop HHH | Weingart Tower 1B - HHH PSH<br>554 S SAN PEDRO ST  Los Angeles, CA 90013 | 83 | In Process | | |
| 95 | 8 | Permanent Supportive Housing | Prop HHH | Vermont Manchester Senior<br>8400 S VERMONT AVE  Los Angeles, CA 90044 | 45 | In Process | | |
| 96 | TBD | Permanent Supportive Housing | Homekey 3 Sites | TBD | 300 | In Process | | |
| 97 | 8 | Permanent Supportive Housing | Prop HHH | Southside Seniors<br>1655 W MANCHESTER AVE  Los Angeles, CA 90047 | 36 | In Process | | |
| 98 | 13 | Permanent Supportive Housing | Prop HHH | Voltaire Villas (Enlightenment Plaza Ph III)<br>316 N JUANITA AVE  Los Angeles, CA 90004 | 71 | In Process | | |
| 99 | 9 | Permanent Supportive Housing | Prop HHH | Central Apartments<br>2106 S CENTRAL AVE  Los Angeles, CA 90011 | 56 | In Process | | |
| 100 | 11 | Permanent Supportive Housing | Prop HHH | Thatcher Yard Housing<br>3233 S THATCHER AVE  Marina Del Rey, CA 90292 | 39 | In Process | | |
| 101 | 14 | Permanent Supportive Housing | Prop HHH | La Guadalupe (fka First and Boyle)<br>100 S BOYLE AVE  Los Angeles, CA 90033 | 43 | In Process | | |
| 102 | 13 | Permanent Supportive Housing | Non-Prop HHH | Alvarado Kent Apartments<br>707 N ALVARADO ST CA 90026 | 40 | In Process | | |
| 103 | 1 | Permanent Supportive Housing | Non-Prop HHH | Miramar Gold<br>1434 W MIRAMAR ST CA 90026 | 47 | In Process | | |
| 104 | 2 | Permanent Supportive Housing | Prop HHH | Confianza<br>14142 W VANOWEN ST  VAN NUYS, CA 91405 | 63 | In Process | | |
| 105 | 11 | Permanent Supportive Housing | Non-Prop HHH | Red Tail Crossing (FKA Kite Crossing)<br>8333 S AIRPORT BLVD CA 90045 | 102 | In Process | | |
| 106 | 15 | Permanent Supportive Housing | Prop HHH | Western Landing<br>25820 S WESTERN AVE CA 90710 | 80 | In Process | | |
| 107 | 13 | Permanent Supportive Housing | Prop HHH | Montecito II Senior Housing<br>6668 W FRANKLIN AVE  HOLLYWOOD, CA 90028 | 32 | In Process | | |
| 108 | 14 | Permanent Supportive Housing | Non-Prop HHH | First Street North-A (Go For Broke Apt N-4p)<br>200 N JUDGE JOHN AISO ST CA 90012 | 44 | In Process | | |
| 109 | 8 | Permanent Supportive Housing | Prop HHH | Ambrosia Apartments<br>800 W 85TH ST  Los Angeles, CA 90044 | 80 | In Process | | |
| 110 | 11 | Permanent Supportive Housing | Non-Prop HHH | Venice Dell Community (f.k.a Reese Davidson Community)<br>2102 S PACIFIC AVE CA 90291 | 69 | In Process | | |
| 111 | 14 | Permanent Supportive Housing | Non-Prop HHH | First Street North- B (Go For Broke- S 9p)<br>128 N JUDGE JOHN AISO ST CA 90012 | 16 | In Process | | |
| 112 | 1 | Permanent Supportive Housing | Non-Prop HHH | Third Thyme<br>1435 W 3RD ST CA 90017 | 52 | In Process | | |
| 113 | 8 | Permanent Supportive Housing | Non-Prop HHH | Vermont Manchester Family Transit Priority Project<br>8500 S VERMONT AVE CA 90044 | 45 | In Process | | |
| 114 | 1 | Permanent Supportive Housing | Prop HHH | Grandview Apartments<br>714 S GRAND VIEW ST  Los Angeles, CA 90057 | 54 | In Process | | |
| 115 | 10 | Permanent Supportive Housing | Prop HHH | New Hampshire PSH<br>701 S NEW HAMPSHIRE AVE  Los Angeles, CA 90005 | 93 | In Process | | |

| No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date | Total PEH Served (2) |
|---|---|---|---|---|---|---|---|---|
| | | | | **Alliance Settlement Agreement**<br>**Quarterly Report**<br>**Quarter Ending March 31, 2023** | | | | |
| 116 | 3 | Permanent Supportive Housing | Prop HHH | 18722 Sherman Way, L.P.<br>18722 W SHERMAN WAY CA 91335 | 63 | In Process | | |
| 117 | 8 | Permanent Supportive Housing | Prop HHH | RETHINK Housing 62nd (fka 1408 W. 62nd Street)<br>1408 W 62ND ST  Los Angeles, CA 90047 | 26 | In Process | | |
| 118 | 9 | Permanent Supportive Housing | Prop HHH | RETHINK Housing Figueroa<br>5900 S FIGUEROA ST  Los Angeles, CA 90003 | 41 | In Process | | |
| 119 | 12 | Permanent Supportive Housing | Prop HHH | 21300 Devonshire<br>21300 W DEVONSHIRE ST CA 91311 | 99 | In Process | | |
| 120 | 13 | Permanent Supportive Housing | Prop HHH | RETHINK Housing Westlake<br>405 N WESTLAKE AVE  Los Angeles, CA 90026 | 18 | In Process | | |
| 121 | 14 | Permanent Supportive Housing | Non-Prop HHH | Crocker (Umeya) Apartments<br>411 S TOWNE AVE CA 90013 | 87 | In Process | | |
| 122 | 15 | Permanent Supportive Housing | Prop HHH | Lagoon (fka PSH 3)<br>728 N LAGOON AVE  Wilmington, CA 90744 | 34 | In Process | | |
| 123 | 15 | Permanent Supportive Housing | Prop HHH | West Anaheim PSH (fka PSH 5)<br>828 W ANAHEIM ST  Wilmington, CA 90744 | 49 | In Process | | |
| 124 | 6 | Permanent Supportive Housing | Prop HHH | The Rigby<br>15314 W RAYEN ST  North Hills, CA 91343 | 33 | In Process | | |
| 125 | 8 | Permanent Supportive Housing | Prop HHH | Normandie 84<br>8401 S NORMANDIE AVE  Los Angeles, CA 90044 | 34 | In Process | | |
| 126 | 8 | Permanent Supportive Housing | Prop HHH | SOLA at 87th<br>8707 S WESTERN AVE  Los Angeles, CA 90047 | 51 | In Process | | |
| 127 | 14 | Permanent Supportive Housing | Prop HHH | Chavez Gardens (fka Chavez and Fickett)<br>338 N MATHEWS ST  Los Angeles, CA 90033 | 30 | In Process | | |
| 128 | 14 | Permanent Supportive Housing | Prop HHH | Hope on 6th<br>576 W 6TH ST  SAN PEDRO, CA 90731 | 31 | In Process | | |
| 129 | 6 | Permanent Supportive Housing | Non-Prop HHH | Vista Terrace<br>8134 N VAN NUYS BLVD CA 91402 | 24 | In Process | | |
| 130 | 13 | Permanent Supportive Housing | Non-Prop HHH | Locke Lofts<br>316 N JUANITA AVE CA 90004 | 145 | In Process | | |
| 131 | 15 | Permanent Supportive Housing | Non-Prop HHH | Jordan Downs Area H2B (Bridge)<br>2254 E 97TH ST CA 90002 | 30 | In Process | | |
| 132 | 2 | Permanent Supportive Housing | Prop HHH | Studio 6 Motel (fka Sherman Way Apts Preservation)<br>13561 W SHERMAN WAY 1-58  Van Nuys, CA 91405 | 55 | In Process | | |
| 133 | 6 | Permanent Supportive Housing | Prop HHH | The Main<br>15302 W RAYEN ST  North Hills, CA 91343 | 33 | In Process | | |
| 134 | 6 | Permanent Supportive Housing | Prop HHH | The Palm Tree Motel (fka Sepulveda Apts Pres.)<br>8428 N SEPULVEDA BLVD  North Hills, CA 91343 | 75 | In Process | | |
| 135 | 4 | Interim Housing | Motel Vouchers | Encampment Resolution (4) | 29 | Removed | | |

**Total PEH Served as of March 31, 2023       831**

**Units/Beds Open to Date       935**

**Units/Beds Open to Date and In Process       7,830**

(1) For Permanent Supportive Housing (PSH) interventions, the number reported in the "Units/Beds" column refers to the the number of Permanent Supportive Housing (PSH) units and does not include non-supportive affordable units or manager's units in the building.

(2) The number reported under the "Number of PEH Served" column is as follows, depending on the intervention/project type: 1) Number of PSH units leased as of the quarter end date (for PSH interventions); 2) Total number of intakes (for Interim Housing interventions).

(3) The "Open & Occupiable Date" for these interventions were updated from the FY 2022-23 Q2 report.

(4) 29 motel vouchers supplied to LAHSA are no longer in use.