

# BOB BLUMENFIELD
### Councilmember, Third District

April 19, 2023

David O. Carter
United States District Court
Central District of California
411 West Fourth Street Room 9-160
Santa Ana CA, 92701

**RE: LA Alliance Settlement**

Dear Hon. Judge Carter,

Since you first came to my district to walk the freeway underpasses in the Third District in the West San Fernando Valley and introduced me to the location based outreach and choice date model, I have been very grateful for your relentless efforts to improve the lives of unsheltered people and your thorough review of the complex issues in the regional homelessness crisis. As you proceed today I know you are aware of the efforts of Mayor Karen Bass to link arms with the County to address homelessness and to improve the homeless response system in Los Angeles with the appointment of a new executive director at LAHSA. There is much to be done. The cases brought by the LA Alliance have forced difficult conversations and negotiations, including the proposed County settlement before you now.  In my view, the settlement before the Court today does not do enough to meet the need.

Although the County has increased its commitment to Mental Health and Substance Abuse Disorder (MH/SUD) beds and services, the proposal for a total of 1,450 is not sufficient to meet the need. These beds must be delivered with urgency, and the proposal for only 610 new MH/SUD beds this calendar year is fewer than the Mayor's Proposed Budget seeks to deliver for Inside Safe. The City's Charter does not include responsibility for Health Care, Mental Health Care, or Substance Disorders, yet we are being forced to allocate City funds to these services from the Opioid and Tobacco settlements and other city taxpayer funds because the unmet need is a crisis that cannot be ignored. The County has the ability to do more, including to use the federal and state funding they are granted to meet their obligations to serve people in the City of Los Angeles who need more than the basic housing and services that the City is able to provide. They can do better than the settlement being offered today.

I share my heartfelt gratitude to all parties involved in this LA Alliance case as we work to resolve and solve the homelessness crisis in Los Angeles. Should there be any questions or to discuss further, please do not hesitate to contact me at (213) 473-7003.

Sincerely,

Bob Blumenfield
Councilmember
City of Los Angeles