DAWYN R. HARRISON, *County Counsel* (State Bar No. 173855)
dharrison@counsel.lacounty.gov
JENNIFER A.D. LEHMAN, *Assistant County Counsel* (State Bar No. 191477)
jlehman@counsel.lacounty.gov
ANA WAI-KWAN LAI, *Senior Deputy County Counsel* (State Bar No. 257931)
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:   (213) 974-1830
Facsimile:   (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

<div style="writing-mode: vertical-rl">MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400</div>

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>                    Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**DEFENDANT COUNTY OF LOS ANGELES' NOTICE OF WITHDRAWAL OF CONSENT TO *EX PARTE* COMMUNICATIONS**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

612236.2

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

At an emergency status conference conducted on March 19, 2020, the Court requested that the Parties consent to *ex parte* communications between and/or among the Court; other judicial officers in the Central District of California; the Parties (including Intervenors); and relevant non-parties, such as state and local government leaders. (*See* Dkt. 39 (Tr. of March 19, 2020 Status Conf. at 7:24–8:10, 109:8–112:3).) At the time, the Parties (including Intervenors) agreed to permit *ex parte* communications. (*Id.* at 117:1–22.) The Court suggested that "if [the Parties] get to litigation," an appropriate course in light of the prior *ex parte* communications would be to solicit the involvement of other "judges who can litigate" the matter, in contrast to this Court's more involved role regarding settlement that justified the need for *ex parte* communications. (*Id.* at 111:10–11.)

This action has been pending for more than three years. On March 25, 2022, the County withdrew its consent to *ex parte* communications with the Court. (Dkt. 403.) The Parties then resumed efforts to resolve this matter through settlement.

In October 2022, the County and Plaintiffs reached a historic settlement agreement that provides much-needed additional resources within the City and County of Los Angeles to increase beds, services, outreach, and interim housing for the most vulnerable people experiencing homelessness. (Dkt. 485.) Accordingly, in light of the settlement, the Parties submitted a joint stipulation for dismissal of the action with prejudice. (*Id.*)

The Court conducted a hearing on November 14, 2022 regarding the County/Plaintiffs settlement. (Dkt. 473.) The Court refused "to endorse" the agreement based on its belief "that we can do much better," though it acknowledged its "unorthodox" approach is "rightfully subject to debate and criticism." (Tr. of November 14, 2022 Settlement Conf. at 12:12-14, 17:21-23.) The Court then put

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DEFENDANT COUNTY OF LOS ANGELES' NOTICE OF WITHDRAWAL OF CONSENT TO EX PARTE COMMUNICATIONS

the agreement "on hold," pending the installation of newly elected officials. (*Id.* at 18:21-19:1.)

The Court held a second hearing on the County/Plaintiffs settlement on January 17, 2023 and requested the presence of the elected officials. (Dkt. 508.) At the hearing, and at the Court's urging, the County, Plaintiffs, and the City agreed that the Court could re-engage in *ex parte* communications. (Tr. of January 17, 2023 Status Conf. at 47:9-25.) The Parties agreed to negotiate further, and the Court set a conference regarding the County/Plaintiffs settlement on April 20, 2023. (*Id.* at 40:9-13; Dkt. 530.)

On April 18, 2023, the Parties executed an addendum to the agreement. (Dkt. 533.) The settlement agreement, as modified by the addendum, includes 1,000 new mental health and substance use disorder beds for the unhoused and effectively tripled the value of the resources in the settlement agreement from $236 million to over $850 million. (*Id.*)

At the April 20 hearing, the Court criticized the settlement agreement and demanded that the Parties change its terms. Ultimately, the Court denied the Parties' joint stipulation for dismissal of the action with prejudice, set May 3 as the County's deadline for responding to the Second Amended Complaint, and set a Rule 16 Scheduling Conference for May 9. (Dkt. 534.) Because the Court is forcing the Parties to continue down a litigation path, there should be no more *ex parte* communications with the Court pursuant to Local Rule of Court 83-2.5 for the Central District of California.

**PLEASE TAKE NOTICE** that Defendant County of Los Angeles, by and through its counsel of record, hereby withdraws its consent to the Court's *ex parte* communications in the above-captioned matter.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

612236.2

3

DEFENDANT COUNTY OF LOS ANGELES' NOTICE OF WITHDRAWAL OF CONSENT TO EX PARTE COMMUNICATIONS

DATED:  April 28, 2023          MILLER BARONDESS, LLP


By:       /s/ Mira Hashmall

MIRA HASHMALL
Attorneys for Defendant
COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

612236.2

4