

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' MOTION FOR CERTIFICATION OF THIS COURT'S APRIL 20, 2023 ORDER PURSUANT TO 28 U.S.C. § 1292(b)**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

611763.1

ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' MOTION FOR CERTIFICATION

# ORDER

On April 28, 2023, Defendant County of Los Angeles' (the "County") filed a Motion for Certification of this Court's April 20, 2023 Order Pursuant to 28 U.S.C. § 1292(b). This Court, having fully reviewed and considered the papers, declarations, evidence, and oral argument of the parties, and FOR GOOD CAUSE SHOWN, the Court hereby grants the County's motion.

The Court hereby certifies its April 20, 2023 Minute Order for interlocutory appeal under 28 U.S.C. § 1292(b).

The Court is of the opinion that its April 20, 2023 Minute Order denying the Plaintiffs' and County's stipulated dismissal of this action with prejudice involves controlling questions of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Specifically, the questions are: (1) the scope of a district court's discretion to disapprove a stipulated dismissal with prejudice pursuant to Rule 41(a)(2), following the parties' execution of a binding private settlement agreement disposing of all claims between them; (2) whether a district court may condition approval of a Rule 41(a)(2) dismissal on the addition of new settlement terms that are neither agreed to by the parties, nor requested by any party or intervenor; and (3) whether there remains a justiciable case or controversy between the parties, considering they have settled all claims between them.

**IT IS SO ORDERED.**

DATED: _____

_____
HON. DAVID O. CARTER
Judge of the United States District Court

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

611763.1