# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>    Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' *EX PARTE* APPLICATION FOR STAY AND EXPEDITED BRIEFING SCHEDULE**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

612892.1

ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' EX PARTE APPLICATION FOR STAY AND EXPEDITED BRIEFING SCHEDULE

# ORDER

Defendant County of Los Angeles' ("County") *Ex Parte* Application for Stay and Expedited Briefing Schedule (the "*Ex Parte* Application") came on for hearing in Courtroom 10A of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, California, 92701-4516, the Honorable David O. Carter presiding.

Having considered the papers submitted by the parties, the Court hereby orders that the County's *Ex Parte* Application is **GRANTED** in its entirety.

**IT IS HEREBY ORDERED** that:

1.  The case is stayed subject to the Court's ruling on the County's Motion for Certification of the April 20 Order pursuant to 28 U.S.C. section 1292(b), and the conclusion of any related appellate proceedings;

2.  The Court hereby advances and specially sets the County's Motion for Certification for hearing on May 9, 2023, at a time and location to be determined; and

3.  Any responses to the County's motion for certification shall be filed no later than May 5, 2023.

**IT IS SO ORDERED.**

DATED: _____    _____
                               HON. DAVID O. CARTER
                               Judge of the United States District Court

612892.1

2

ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' EX PARTE APPLICATION FOR STAY AND EXPEDITED BRIEFING SCHEDULE