DAWYN R. HARRISON, *County Counsel* (State Bar No. 173855)
dharrison@counsel.lacounty.gov
JENNIFER A.D. LEHMAN, *Assistant County Counsel* (State Bar No. 191477)
jlehman@counsel.lacounty.gov
ANA WAI-KWAN LAI, *Senior Deputy County Counsel* (State Bar No. 257931)
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:   (213) 974-1830
Facsimile:   (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>        Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**DECLARATION OF MIRA HASHMALL IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION FOR CERTIFICATION OF COURT'S MINUTE ORDER RE APRIL 20, 2023 STATUS CONFERENCE**<br><br>Date:    June 5, 2023<br>Time:   8:30 a.m.<br>Place:   Courtroom 10A<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

611762.2

# DECLARATION OF MIRA HASHMALL

I, Mira Hashmall, declare as follows:

1.      I am an attorney duly admitted to practice before this Court.  I am a partner with Miller Barondess, LLP, counsel of record for Defendant County of Los Angeles ("County").  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts. I make this declaration in support of Defendant County of Los Angeles' Motion for Certification of Court's Minute Order re April 20, 2023 Status Conference.

2.      A true and correct copy of the Amended Notice of Lodging of Fully Executed [Proposed] Stipulated Order of Dismissal as to Defendant City of Los Angeles Only, filed with this Court on May 24, 2022 at ECF Dkt. No. 429, is attached hereto as **Exhibit A.**

3.      A true and correct copy of the County of Los Angeles' Response to Settlement Between Plaintiffs and City of Los Angeles, filed with this Court on May 31, 2022 at ECF Dkt. No. 432, is attached hereto as **Exhibit B.**

4.      A true and correct copy of Intervenors' Objections to Plaintiffs' and Defendant City of Los Angeles's Stipulated Order of Dismissal, filed with this Court on May 31, 2022 at ECF Dkt. No. 434, is attached hereto as **Exhibit C.**

5.      A true and correct copy of the June 9, 2022 Transcript of Final Settlement Objections and Scheduling Conference, is attached hereto as **Exhibit D.**

6.      A true and correct copy of the Order Approving Stipulated Dismissal and Proposed Settlement [421], filed with this Court on June 14, 2022 at ECF Dkt. No. 445, is attached hereto as **Exhibit E.**

7.      A true and correct copy of the Notice of Settlement and Stipulation to Stay Litigation, filed with this Court on September 16, 2022 at ECF Dkt. No. 467, is attached hereto as **Exhibit F.**

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX (310) 552-8400

611762.2

2

DECLARATION OF MIRA HASHMALL IN SUPPORT OF COUNTY'S MOTION FOR CERTIFICATION OF ORDER RE APRIL 20, 2023 STATUS CONFERENCE

8. A true and correct copy of the Stipulation for Voluntary Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2), filed with this Court on October 17, 2022 at ECF Dkt. No. 485, is attached hereto as **Exhibit G.**

9. A true and correct copy of Intervenors' Statement of Non-Opposition to Plaintiffs' and Defendant County of Los Angeles's Settlement (Dkt. 485), filed with this Court on October 27, 2022 at ECF Dkt. No. 488, is attached hereto as **Exhibit H.**

10. A true and correct copy of the November 14, 2022 Transcript of Presentation of Final Settlement Agreement is attached hereto as **Exhibit I.**

11. A true and correct copy of the December 5, 2022 Minute Order Continuing Hearing Regarding Settlement Agreement, filed with this Court at ECF Dkt. No. 508, is attached hereto as **Exhibit J.**

12. A true and correct copy of County of Los Angeles' Statement in Support of Settlement, filed with this Court on January 13, 2023 at ECF Dkt. No. 514, is attached hereto as **Exhibit K.**

13. A true and correct copy of the January 17, 2023 Transcript of Presentation of Final Settlement Objections and Status Conference is attached hereto as **Exhibit L.**

14. A true and correct copy of the January 17, 2023 Minute Order regarding the County's Settlement Agreement, filed with this Court at ECF Dkt. No. 518, is attached hereto as **Exhibit M.**

15. A true and correct copy of the April 12, 2023 Minute Order Re Settlement Hearing, filed with this Court at ECF Dkt. No. 530, is attached hereto as **Exhibit N.**

16. A true and correct copy of Joint Submission of Addendum to Settlement Agreement, filed with this Court on April 18, 2023 at ECF Dkt. No. 533, is attached hereto as **Exhibit O.**

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

611762.2

3

DECLARATION OF MIRA HASHMALL IN SUPPORT OF COUNTY'S MOTION FOR CERTIFICATION OF ORDER RE APRIL 20, 2023 STATUS CONFERENCE

17.    A true and correct copy of the April 20, 2023 Reporter's Transcript of Proceedings is attached hereto as **Exhibit P.**

18.    A true and correct copy of the April 20, 2023 Minute Order, filed with this Court at ECF Dkt. No. 534, is attached hereto as **Exhibit Q.**

19.    A true and correct copy of Intervenor's Supplemental Brief Re: Stay, filed with the United States Court of Appeals for the Ninth Circuit on June 3, 2021 at ECF 16 in Case No. 21-55408, is attached hereto as **Exhibit R.**

20.    A true and correct copy of the March 14, 2023 Statement of Proceedings of the Board is attached hereto as **Exhibit S.**  This exhibit is publicly available at https://file.lacounty.gov/SDSInter/bos/sop/1139023_031423_ PublicHearing.pdf# search=%22Alliance%22.

**Local Rule 7-3 Meet and Confer**

21.    Before filing the Motion for Certification, the County informed Plaintiffs of the arguments in support of the Motion and requested that counsel participate in a pre-motion meet and confer.  Counsel participated in a virtual meet and confer on April 27, 2023.  Counsel for Plaintiffs indicated they had yet to take a position on the County's Motion.  A true and correct copy of the County's April 25, 2023 email to Plaintiffs is attached hereto as **Exhibit T.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of April, 2023, at Los Angeles, California.


    /s/ Mira Hashmall
Mira Hashmall

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

DECLARATION OF MIRA HASHMALL IN SUPPORT OF COUNTY'S MOTION FOR CERTIFICATION OF ORDER RE APRIL 20, 2023 STATUS CONFERENCE

## INDEX OF EXHIBITS TO THE DECLARATION OF MIRA HASHMALL

| Exhibit No. | Description | Pg. No. |
|---|---|---|
| A. | Amended Notice of Lodging of Fully Executed [Proposed] Stipulated Order of Dismissal as to Defendant City of Los Angeles Only, ECF Dkt. No. 429 | 7-37 |
| B. | County of Los Angeles' Response to Settlement Between Plaintiffs and City of Los Angeles, ECF Dkt. No. 432 | 38-54 |
| C. | Intervenors' Objections to Plaintiffs' and Defendant City of Los Angeles's Stipulated Order of Dismissal, ECF Dkt. No. 434 | 55-84 |
| D. | June 9, 2022 Transcript of Final Settlement Objections and Scheduling Conference | 85-160 |
| E. | Order Approving Stipulated Dismissal and Proposed Settlement, ECF Dkt. No. 445 | 161-164 |
| F. | Notice of Settlement and Stipulation to Stay Litigation, ECF Dkt. No. 467 | 165-169 |
| G. | Stipulation for Voluntary Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2), ECF Dkt. No. 485 | 170-188 |
| H. | Intervenors' Statement of Non-Opposition to Plaintiffs' and Defendant County of Los Angeles's Settlement, ECF Dkt. No. 488 | 189-192 |
| I. | November 14, 2022 Transcript of Presentation of Final Settlement Agreement | 193-213 |
| J. | December 5, 2022 Minute Order | 214-215 |
| K. | County of Los Angeles' Statement in Support of Settlement, ECF Dkt. No. 514 | 216-245 |
| L. | January 17, 2023 Transcript of Presentation of Final Settlement Objections and Status Conference | 246-295 |
| M. | January 17, 2023 Minute Order | 296-305 |
| N. | April 12, 2023 Minute Order | 306-307 |
| O. | Joint Submission of Addendum to Settlement Agreement, ECF Dkt. No. 533 | 308-344 |
| P. | April 20, 2023 Reporter's Transcript of Proceedings | 345-413 |
| Q. | April 20, 2023 Minute Order, ECF Dkt. No. 534 | 414-415 |
| R. | Intervenors' Supplemental Brief Re: Stay | 416-431 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

611762.2

DECLARATION OF MIRA HASHMALL IN SUPPORT OF COUNTY'S MOTION FOR CERTIFICATION OF ORDER RE APRIL 20, 2023 STATUS CONFERENCE

| Exhibit No. | Description | Pg. No. |
|---|---|---|
| S. | March 14, 2023 Statement of Proceedings of the Board | 432-448 |
| T. | April 25, 2023 Email | 449-457 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

611762.2

6

DECLARATION OF MIRA HASHMALL IN SUPPORT OF COUNTY'S MOTION FOR CERTIFICATION OF ORDER RE APRIL 20, 2023 STATUS CONFERENCE