# EXHIBIT F

DAWYN R. HARRISON, *Acting County Counsel* (State Bar No. 173855)
dharrison@counsel.lacounty.gov
JENNIFER A.D. LEHMAN, *Assistant County Counsel* (State Bar No. 191477)
jlehman@counsel.lacounty.gov
ANA WAI-KWAN LAI, *Senior Deputy County Counsel* (State Bar No. 257931)
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:   (213) 974-1830
Facsimile:   (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO STAY LITIGATION**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

576852.1

NOTICE OF SETTLEMENT AND STIPULATION TO STAY LITIGATION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs LA Alliance for Human Rights, Joseph Burk, Harry Tashdjian, Wenzial Jarrell, Karen Pinsky, Charles Malow, and George Frem (collectively, "Plaintiffs") and Defendant County of Los Angeles ("County") have reached a preliminary settlement agreement in the above-captioned case. The Parties are working to memorialize the terms of their settlement into a long-form agreement that, once finalized, will result in the Parties jointly seeking the dismissal with prejudice of Plaintiffs' claims against the County pursuant to Federal Rule of Civil Procedure 41(a)(2).

To allow the Parties time to draft their agreement and obtain all necessary client approvals, the Parties respectfully request that the Court continue all deadlines and stay proceedings for 60 days, including County's September 29, 2022 deadline to answer or otherwise respond to Plaintiffs' Second Amended Complaint. [*See* Dkt. 466 (granting stipulated extension of County's response deadline).]

DATED: September 15, 2022      MILLER BARONDESS, LLP

By: _____
                         LOUIS R. MILLER
                         Attorneys for Defendant
                         COUNTY OF LOS ANGELES

576852.1

2

NOTICE OF SETTLEMENT AND STIPULATION TO STAY LITIGATION

DATED:  September __16_, 2022          SPERTUS, LANDES & UMHOFER, LLP


By: _____
     ELIZABETH A. MITCHELL
     Attorneys for Plaintiffs

576852.1

3

NOTICE OF SETTLEMENT AND STIPULATION TO STAY LITIGATION

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  September 16, 2022        MILLER BARONDESS, LLP


By:     /s/ Louis R. Miller
        LOUIS R. MILLER
        Attorneys for Defendant
        COUNTY OF LOS ANGELES

576852.1

4

NOTICE OF SETTLEMENT AND STIPULATION TO STAY LITIGATION