# EXHIBIT H

Carol A. Sobel (SBN 84483)
**LAW OFFICE OF CAROL A. SOBEL**
725 Arizona Ave.
Santa Monica, California 90401
Tel: (31) 393-3055
Email: carolsobel@aol.com

Shayla R. Myers (SBN 264054)
**LEGAL AID FOUNDATION
OF LOS ANGELES**
7000 S. Broadway
Los Angeles, CA 90003
Tel: (213) 640-3983
Email: smyers@lafla.org

Catherine Sweetser (SBN 271142)
**SCHONBRUN SEPLOW HARRIS
& HOFFMAN, LLP**
11543 W. Olympic Blvd.
Los Angeles, CA 90064
Tel: (310) 396-0731
Email: catherine.sdshhh@gmail.com

*Attorneys for Intervenors Los Angeles Community Action Network and Los Angeles Catholic Worker*

*Additional Counsel Listed Below*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.<br><br>           Plaintiff(s),<br><br>      vs.<br><br>City of Los Angeles, et. al.<br><br>           Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 20-CV-02291-DOC-KES<br><br>Hon. David O. Carter<br>Courtroom 1<br><br>INTERVENORS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' AND DEFENDANT COUNTY OF LOS ANGELES'S SETTLEMENT (Dkt. 485)<br><br>Date: November 14, 2022<br>Time: 9:00 a.m.<br><br>Complaint Filed: March 10, 2020 |

_ INTERVENORS' STATEMENT OF NON-OPPOSITION TO PROPOSED SETTLEMENT

*Additional Counsel*

**BROOKE WEITZMAN** SBN 301037
**WILLIAM WISE** SBN 109468
ELDER LAW AND DISABILITY
RIGHTS CENTER
1535 E 17th Street, Suite 110
Santa Ana, California 92705
t. 714-617–5353
e. bweitzman@eldrcenter.org
e. bwise@eldrcenter.org

*Attorneys for Orange County Catholic Worker*

---

INTERVENORS' STATEMENT OF NON-OBJECTION TO PROPOSED SETTLEMENT

**EXHIBIT H - Page 191**

Pursuant to this Court's Order Granting Stay and Setting Dates re: Settlement Agreement (Dkt. 473), Intervenors Los Angeles Community Action Network, Los Angeles Catholic Worker, and Orange County Catholic Worker respectfully submit the following statement regarding the proposed "Order granting Stipulation for Voluntary Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2)" (Dkt. 485-2).

Intervenors played no part in the negotiations regarding the final terms of the settlement agreement between Los Angeles County and Plaintiffs and express no views about the veracity of the parties' recitals regarding those negotiations or this litigation. Intervenors do not object to the substantive terms of the settlement agreement.[1]

Dated: October 27, 2022                         Respectfully submitted,

                                                Legal Aid Foundation of Los Angeles
                                                Schonbrun Seplow Harris & Hoffman LLP
                                                Law Office of Carol A. Sobel
                                                Elder Law & Disability Rights Center


                                                    /s/ Shayla Myers
                                                Attorneys for Intervenors

[1] Although the parties attempt to characterize the requested order as "granting Stipulation for Voluntary Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2)," the parties request the Court retain jurisdiction to enforce the terms of the settlement agreement. *See* Dkt. 485-2. As the County of Los Angeles itself previously noted, "[t]o obtain judicial oversight and jurisdiction over that settlement, as Plaintiffs seek, the Court must enter a consent decree." County's Response to Settlement Between Plaintiffs and the City of Los Angeles, Dkt. 432 at 4 (citing *United States v. Oregon*, 913 F.2d 576, 580 (9th Cir. 1990)). Likewise, the parties must therefore be requesting the Court enter a consent decree.

INTERVENORS' STATEMENT OF NON-OBJECTION TO PROPOSED SETTLEMENT