# EXHIBIT J

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                Date:  December 5, 2022

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS):    ORDER CONTINUING HEARING REGARDING SETTLEMENT AGREEMENT

During the November 14, 2022 hearing, the Court indicated it would continue the hearing regarding the settlement agreement. (Dkt. 502). Accordingly, the Court **CONTINUES** the hearing to Tuesday, January 17, 2023, at 9:00 a.m. The Court requests the presence of Mayor-elect Karen Bass, Los Angeles City Council President Paul Krekorian, and Los Angeles County Supervisor Holly Mitchell.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                    Initials of Deputy Clerk: kdu

CIVIL-GEN