DAWYN R. HARRISON, *County Counsel* (State Bar No. 173855)
dharrison@counsel.lacounty.gov
JENNIFER A.D. LEHMAN, *Assistant County Counsel* (State Bar No. 191477)
jlehman@counsel.lacounty.gov
ANA WAI-KWAN LAI, *Senior Deputy County Counsel* (State Bar No. 257931)
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:   (213) 974-1830
Facsimile:   (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**DECLARATION OF MIRA HASHMALL IN SUPPORT OF *EX PARTE* APPLICATION FOR STAY AND EXPEDITED BRIEFING SCHEULE**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

612260.1

DECLARATION OF MIRA HASHMALL IN SUPPORT OF EX PARTE APPLICATION FOR STAY AND EXPEDITED BRIEFING SCHEDULE

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

# **DECLARATION OF MIRA HASHMALL**

I, Mira Hashmall, declare as follows:

1.    I am an attorney duly admitted to practice before this Court.  I am a partner with Miller Barondess, LLP, counsel of record for Defendant County of Los Angeles (the "County").  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts.  I make this declaration in support of the County's *Ex Parte* Application for Stay and Expedited Briefing Schedule ("Application").

2.    On April 25, 2023, I provided notice, in accordance with Local Rule 7-19, to Plaintiffs LA Alliance for Human Rights, Joseph Burk, Harry Tashdjian, Karyn Pinsky, Charles Malow, Charles Van Scoy, George Frem, Gary Whitter, and Leandro Suarez (collectively, "Plaintiffs"), along with Intervenors, of the Application via email.  A true and correct copy of my April 25, 2023 email to Plaintiffs' counsel and Intervenors' counsel is attached hereto as **Exhibit A.**.

3.    Counsel exchanged emails over the following days, and then participated in a telephonic meet and confer on April 27, 2023.  I explained to Elizabeth Mitchell (Plaintiffs' counsel) that Plaintiffs would have 24-hours to oppose the application, as set forth in the Court's local rules and Central District Local Rule 7-19.  Plaintiffs indicated that they take no position on the expedited resolution of the County's Motion for Certification, and that they opposed the request for a stay of proceedings pending appellate review.  Plaintiffs' counsel requested more than 24 hours to respond to the application, which the County does not oppose.

4.    Intervenors stated that they would not oppose the application.

5.    A true and correct copy of the Stipulation for Voluntary Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2), filed with this Court on October 17, 2022 at ECF Dkt. No. 485, is attached hereto as **Exhibit B.**

612260.1

2

DECLARATION OF MIRA HASHMALL IN SUPPORT OF EX PARTE APPLICATION FOR STAY AND EXPEDITED BRIEFING SCHEDULE

6.     A true and correct copy of Joint Submission of Addendum to Settlement Agreement, filed with this Court on April 18, 2023 at ECF Dkt. No. 533, is attached hereto as **Exhibit C.**

7.     A true and correct copy of the April 20, 2023 Reporter's Transcript of Proceedings is attached hereto as **Exhibit D.**

8.     A true and correct copy of the April 20, 2023 Minute Order, filed with this Court at ECF Dkt. No. 534, is attached hereto as **Exhibit E.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of April, 2023, at Los Angeles, California.

_____/s/ Mira Hashmall_____
Mira Hashmall

<div style="writing-mode: vertical-lr">MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400</div>

612260.1

3

DECLARATION OF MIRA HASHMALL IN SUPPORT OF EX PARTE APPLICATION FOR STAY AND EXPEDITED BRIEFING SCHEDULE

## INDEX OF EXHIBITS TO THE DECLARATION OF MIRA HASHMALL

| Exhibit No. | Description | Pg. No. |
|---|---|---|
| A. | April 25, 2023 Email | 5-13 |
| B. | Stipulation for Voluntary Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2) | 14-32 |
| C. | Joint Submission of Addendum to Settlement Agreement | 33-69 |
| D. | April 20, 2023 Reporter's Transcript of Proceedings | 70-138 |
| E. | April 20, 2023 Minute Order | 139-140 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

612260.1

4

DECLARATION OF MIRA HASHMALL IN SUPPORT OF EX PARTE APPLICATION FOR STAY AND EXPEDITED BRIEFING SCHEDULE