# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: LA CV 20-02291-DOC-(KESx)                    Date: April 20, 2023

Title:   LA ALLIANCE FOR HUMAN RIGHTS, et al. v. CITY OF LOS ANGELES, et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Elizabeth Mitchell | Scott Marcus, L.A. City Attorney's Office |
| Matthew Umhofer | Jennifer Mira Hashmall, L.A. County |
| | Ana Wai-Kwan Lai, L.A. County |
| | Carol A. Sobel, Intervenor |
| | Shayla Renee Myers, Intervenor |

PROCEEDINGS:        **STATUS CONFERENCE** *(Los Angeles First Street)*

Also Present, Daniel Conway for LA Alliance, Kayla Coats, Mr. Krekonian, Lindsey Honvath, Janice Hahn, and Ivan Sulie.

The case is called. The Court hears the parties' terms of stipulated proposed agreement.

For reasons as stated on the record, the Court DENIES the parties' proposed stipulation.

The Court lifts the stay and reinstates proceedings in this case.

Answer to Second Amended Complaint (Dkt. 454) is due May 3, 2023.

Scheduling Conference is set for May 9, 2023 at L.A. First Street Courthouse.

|       | 1 | : | 10 |
|---|---|---|---|

Initials of Deputy Clerk: kdu

**EXHIBIT E - Page 140**