Carol A. Sobel (SBN 84483)
**LAW OFFICE OF CAROL A. SOBEL**
725 Arizona Ave.
Santa Monica, California 90401
Tel:  (31) 393-3055
Email: carolsobel@aol.com

Shayla R. Myers (SBN 264054)          Catherine Sweetser (SBN 271142)
**LEGAL AID FOUNDATION**               **SCHONBRUN SEPLOW HARRIS**
**OF LOS ANGELES**                     **& HOFFMAN, LLP**
7000 S. Broadway                       11543 W. Olympic Blvd.
Los Angeles, CA 90003                  Los Angeles, CA 90064
Tel: (213) 640-3983                    Tel:  (310) 396-0731
Email: smyers@lafla.org                Email: catherine.sdshhh@gmail.com

*Attorneys for Intervenors*
*Additional Counsel listed on next page*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

|  |  |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al. <br> Plaintiff(s), <br><br> vs. <br><br> City of Los Angeles, et. al. <br> Defendant(s). | CASE NO. 20-CV-02291-DOC-KES <br><br> Hon. David O. Carter <br> Courtroom 1 <br><br> **INTERVENORS' NOTICE OF JOINDER OF DEFENDANT COUNTY OF LOS ANGELES' *EX PARTE* APPLICATION FOR STAY AND EXPEDITED BRIEFING SCHEDULE (Dkt. 545)** |

1

*Additional Counsel*

Brooke Weitzman (SBN 301037)
William Wise **(**SBN 109468)
**ELDER LAW AND DISABILITY**
**RIGHTS CENTER**
1535 E 17th Street, Suite 110
Santa Ana, California 92705
t. 714-617–5353
e. bweitzman@eldrcenter.org
e. bwise@eldrcenter.org

*Attorneys for Orange County Catholic Worker*

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Intervenors Los Angeles Community Action Network, Los Angeles Catholic Worker, and Orange County Catholic Worker ("Intervenors") hereby join Defendant County of Los Angeles's *ex parte* application for a stay of litigation and expedited briefing schedule. (Dkt. 545).

As outlined in the County's application for a stay, in the April 20 Order, the Court denied the joint stipulation for dismissal with prejudice submitted by the County and Plaintiffs LA Alliance for Human Rights, et al. ("Plaintiffs").  The County is filing a motion to certify the April 20 Order for interlocutory appeal pursuant to 28 U.S.C. section 1292(b) (the "Motion for Certification"), which the County seeks to have expedited.

Intervenors join that application and request the Court grant the stay of litigation and expedited briefing schedule on the Motion for Certification. Although Intervenors are not a party to the settlement agreement between the County and Plaintiffs, the Court's decision to deny the County and Plaintiffs' request for dismissal has a significant impact on Intervenors as well.  Intervenors remain parties to this litigation and will therefore be forced to continue to expend considerable resources participating in the litigation, despite the agreement by the County and Plaintiffs to settle the litigation and dismiss the case with prejudice. Intervenors are community organizations and their unhoused members who are impacted by the policies and practices at issue in this litigation and were granted intervention as a matter of right at the beginning of this case.  *See* Dkt. 18, 29. Intervenors have actively participated in litigation and will continue to do so as long as the case is pending.  However, participating in the litigation requires the expenditure of resources by these organizations, including drawing on the limited legal resources of non-profit organizations and attorneys representing Intervenors pro bono.  If the parties are forced to move forward with active litigation, including discovery and the continuation of motion practice, despite a binding settlement

_ INTERVENORS' NOTICE OF JOINDER OF DEFENDANT COUNTY OF LOS ANGELES'S EX PARTE APPLICATION FOR STAY AND EXPEDITED BRIEFING SCHEDULE

between the County and Plaintiffs, Intervenors will also be required to expend significant resources participating in that litigation, even though there is no longer an active case or controversy. This weighs in favor of granting the stay. *See e.g., Flo & Eddie, Inc. v. Sirius XM Radio, Inc.*, 2015 WL 4397175, at *1 (C.D. Cal. June 8, 2015); *Nken v. Holder*, 556 U.S. 418 (2009).

For this reason and all of the other reasons articulated by the County in its *ex parte* application and the accompanying Memorandum of Points and Authorities, and the Declaration of Mira Hashmall and exhibits thereto, good cause exists for a stay of litigation and expedited briefing schedule for the County's intended Motion for Certification.

## Compliance with Local Rule 7-19

Pursuant to Local Rule 7-19, on April 27, 2023, Intervenors informed counsel for Plaintiffs and counsel for the County that Intervenors may request to join the *ex parte* application for a stay of litigation and expedited briefing schedule. (Declaration of Shayla Myers ("Myers Decl."), ¶ 2. On April 28, 2023, counsel for Intervenors provided notice to counsel for Plaintiffs and Defendants via email of their intention to join the County's application. Myers Decl. ¶ 4 & Ex. A. As outlined in the declaration and attached email, Intervenors explained their intention to file a joinder of the County's *ex parte* application and that parties would have 24 hours to respond to the application, as they would have to respond to the County's underlying motion. *Id.*

Counsel for all parties are identified below.

Dawyn R. Harrison,
dharrison@counsel.lacounty.gov
Jennifer A.D. Lehman,
jlehman@counsel.lacounty.gov
Ana Wai-Kwan Lai,
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL

_ INTERVENORS' NOTICE OF JOINDER OF DEFENDANT COUNTY OF LOS ANGELES'S EX PARTE APPLICATION FOR STAY AND EXPEDITED BRIEFING SCHEDULE

500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel:    (213) 974-1830
Fax:    (213) 626-7446

Louis Miller
smiller@millerbarondess.com
Mira Hashmall,
mhashmall@millerbarondess.com
Miller Barondess, LLP
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067
Tel: 310-552-4400
Fax: 310-552-7560

Matthew Donald Umhofer
matthew@umklaw.com
Elizabeth A. Mitchell
elizabeth@umklaw.com
Umhoffer, Mitchell and King
11766 Wilshire Blvd., Suite 900
Los Angeles, CA 90025
Tel: 213-394-7979
Fax: 213-529-1027

Scott D. Marcus
 Scott.Marcus@lacity.org
 LOS ANGELES CITY ATTORNEY'S
 OFFICE
 200 North Main Street
 7th Floor, Room 675
 Los Angeles, CA 90012
 Tel.: 213-978-7508

Dated: April 28, 2023                    Respectfully submitted,
                                         Legal Aid Foundation of Los Angeles

                                         _____/s/ Shayla Myers_____
                                         Attorneys for Intervenors

4

_ INTERVENORS' NOTICE OF JOINDER OF DEFENDANT COUNTY OF LOS ANGELES'S EX PARTE
APPLICATION FOR STAY AND EXPEDITED BRIEFING SCHEDULE

Schonbrun Seplow Harris Hoffman & Zeldes LLP

_____/s/ Catherine Sweetser_____
Attorneys for Intervenors

Law Office of Carol A. Sobel

_____/s/ Carol A. Sobel_____
Attorneys for Intervenors

Elder Law and Disability Rights Center

_____/s/ Brooke Weitzman_____
Attorneys for Intervenors

_ INTERVENORS' NOTICE OF JOINDER OF DEFENDANT COUNTY OF LOS ANGELES'S EX PARTE APPLICATION FOR STAY AND EXPEDITED BRIEFING SCHEDULE