Carol A. Sobel (SBN 84483)
**LAW OFFICE OF CAROL A. SOBEL**
725 Arizona Ave.
Santa Monica, California 90401
Tel:  (31) 393-3055
Email: carolsobel@aol.com

| | |
|---|---|
| Shayla R. Myers (SBN 264054)<br>**LEGAL AID FOUNDATION**<br>**OF LOS ANGELES**<br>7000 S. Broadway<br>Los Angeles, CA 90003<br>Tel: (213) 640-3983<br>Email: smyers@lafla.org | Catherine Sweetser (SBN 271142)<br>**SCHONBRUN SEPLOW HARRIS**<br>**& HOFFMAN, LLP**<br>11543 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>Tel:  (310) 396-0731<br>Email: catherine.sdshhh@gmail.com |

*Attorneys for Intervenors*
*Additional Counsel listed on next page*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.<br>　　　　　Plaintiff(s),<br><br>vs.<br><br>City of Los Angeles, et. al.<br>　　　　　Defendant(s). | CASE NO. 20-CV-02291-DOC-KES<br><br>Hon. David O. Carter<br>Courtroom 1<br><br>**DECLARATION OF SHAYLA MYERS IN SUPPORT OF INTERVENORS' JOINDER OF DEFENDANT COUNTY OF LOS ANGELES'** *EX PARTE* **APPLICATION FOR STAY AND EXPEDITED BRIEFING SCHEDULE (Dkt. 545)** |

1

_____
_ INTERVENORS' NOTICE OF JOINDER OF DEFENDANT COUNTY OF LOS ANGELES'S EX PARTE
APPLICATION FOR STAY AND EXPEDITED BRIEFING SCHEDULE

*Additional Counsel*

Brooke Weitzman (SBN 301037)
William Wise (SBN 109468)
**ELDER LAW AND DISABILITY RIGHTS CENTER**
1535 E 17th Street, Suite 110
Santa Ana, California 92705
t. 714-617–5353
e. bweitzman@eldrcenter.org
e. bwise@eldrcenter.org

*Attorneys for Orange County Catholic Worker*

DECLARATION OF SHAYLA MYERS IN SUPPORT OF INTERVENORS' NOTICE OF JOINDER OF DEFENDANT COUNTY OF LOS ANGELES'S EX PARTE APPLICATION FOR STAY AND EXPEDITED BRIEFING SCHEDULE

## **DECLARATION OF SHAYLA MYERS**

I, Shayla Myers, declare as follows:

1. I am an attorney admitted to practice in this court and counsel of record for the intervenors in this action, Los Angeles Community Action Network and Los Angeles Catholic Worker. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts. I make this declaration in support of Intervenors' Joinder to County's *Ex Parte* Application for Stay and Expedited Briefing Schedule ("Application").

2. On April 27, 2023, I participated in a meet and confer discussion with Elizabeth Mitchell, representing Plaintiffs, and attorney Mira Hashmall, representing Defendant County of Los Angeles, regarding the County's intended Application. I informed Ms. Mitchell and Ms. Hashmall that intervenors may file a joinder to the Application and would let them know the following day. Ms. Mitchell indicated she would be unavailable on Friday, April 28, 2023.

3. On Friday, April 28. 2023, I attempted to contact Matthew Umhoefer at his office to let him know Intervenors' intention to join the County's Application. I left him a detailed message, to which he did not respond.

4. On Friday, April 28, 2023, I sent an email to counsel of record for each of the parties in case, providing them notice of Intervenor's joinder to the Application and requested they let us know if any parties bjected. No one responded to provide their position on joinder. A true and correct copy of the email is attached as **Exhibit A.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

DECLARATION OF SHAYLA MYERS IN SUPPORT OF INTERVENORS' NOTICE OF JOINDER OF DEFENDANT COUNTY OF LOS ANGELES'S EX PARTE APPLICATION FOR STAY AND EXPEDITED BRIEFING SCHEDULE

Executed on this 28th day of April, 2023 at Los Angeles, California

/s/ Shayla Myers
Shayla Myers

3

DECLARATION OF SHAYLA MYERS IN SUPPORT OF INTERVENORS' NOTICE OF JOINDER OF DEFENDANT COUNTY OF LOS ANGELES'S EX PARTE APPLICATION FOR STAY AND EXPEDITED BRIEFING SCHEDULE

Exhibit A

| | |
|---|---|
| **From:** | Shayla R. Myers |
| **To:** | Mira Hashmall; Matthew Umhofer; Scott Marcus; Louis R. Miller (smiller@millerbarondess.com); Elizabeth Mitchell; Elizabeth Mitchell; "alai@counsel.lacounty.gov"; "dharrison@counsel.lacounty.gov"; Nadia A. Sarkis; Danielle Novelly |
| **Cc:** | carolsobel@aol.com; Brooke Weitzman; Cathy Sweetser |
| **Subject:** | LA Alliance v. City of LA, Joinder of County"s ex parte application for a stay/expedited briefing and motion for certification |
| **Date:** | Friday, April 28, 2023 10:48:00 AM |
| **Attachments:** | image001.png |

Counsel,

Intervenors intend to file a notice of joinder of the County's ex parte application for a stay and expedited briefing schedule as well as the motion for certification to the Ninth Circuit I left a message for Matt this morning regarding our joinder and indicated to Liz yesterday during the meet and confer that Intervenors were likely to join. From Liz's subsequent email, I understand the LA Alliance does not oppose the County's ex parte on the briefing schedule and oppose the motion to stay. Please let me know if you have a different position relative to Intervenors' joinder. As I know Mira informed counsel for the LA Alliance, the local rules provide that any responses must be filed within 24 hours.

Thanks, and please let me know if you have any questions.

**Shayla Myers** | Senior Attorney
**Legal Aid Foundation of Los Angeles**
7000 S. Broadway | Los Angeles, CA 90003
213.640.3983 **direct** | 213.640.3988 **facsimile**
www.lafla.org  |  smyers@lafla.org

