DAWYN R. HARRISON (State Bar No. 173855)
*County Counsel*
KATHERINE M. BOWSER (State Bar No. 230626)
*Acting Assistant County Counsel*
ANA WAI-KWAN LAI (State Bar No. 257931)
*Senior Deputy County Counsel*
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 648
Los Angeles, California 90012
Telephone: (213) 974-1830
Facsimile: (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES** <br><br> **DEFENDANT COUNTY OF LOS ANGELES' NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT** <br><br> Date:    June 5, 2023 <br> Time:    8:30 a.m. <br> Place:   Courtroom 10A <br><br> Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

578569.1

1

DEFENDANT COUNTY OF LOS ANGELES' NOTICE OF MOTION AND MOTION TO DISMISS SECOND
AMENDED COMPLAINT

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Los Angeles County ("County") hereby moves to dismiss all claims asserted by Plaintiffs in the Second Amended Complaint against the County for lack of subject matter jurisdiction and for failure to state a claim. This Motion is set for hearing on June 5, 2023, at 8:30 a.m., before the Honorable David O. Carter in the United States District Court, Central District of California, Western Division, located at 411 West Fourth Street, Courtroom 10A, Santa Ana, California 92701-4516.

Under Rule 12(b)(1), dismissal for lack of subject matter jurisdiction should be granted because Plaintiffs have not sufficiently alleged Article III standing to assert their claims against the County. *First*, in light of the parties' binding settlement agreement and request that the Court dismiss the Second Amended Complaint, there is no justiciable "case" or "controversy" conferring this Court Article III power. This alone compels the Court grant the Motion. *Second*, Plaintiffs have not alleged cognizable injuries that are "fairly traceable" to the alleged conduct of the County. The Court's Article III power does not permit intrusive intervention into legislative prerogatives about how to spend limited resources to serve the public. Plaintiffs raise generalized grievances, not an injury sufficient to confer standing.

In addition, under Rule 12(b)(6), Plaintiffs have not stated any of their federal or state law claims against the County. Plaintiffs assert federal claims against the County under 42 U.S.C. section 1983 and allege violations of the Fifth and Fourteenth Amendments to the United States Constitution. But these claims fail because Plaintiffs have not alleged that (1) the County violated any of the state laws from which their supposed "liberty interest" derives, (2) the County affirmatively placed any specific Plaintiff in imminent risk of bodily harm, or had a special relationship with them, or (3) the County could be liable, even if any of the above

DEFENDANT COUNTY OF LOS ANGELES' NOTICE OF MOTION AND MOTION TO DISMISS SECOND
AMENDED COMPLAINT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

had been alleged, because the harm was caused by an official County policy, practice or custom.

Plaintiffs have added two claims for inverse condemnation and uncompensated taking by simply substituting the County in for the City without making any other amendments why this claim now applies to the County. Nonetheless, these claims fail because the SAC only identifies public property and Plaintiffs cannot have a private property interest in public locations, their injury was caused by third persons, and the County does not have jurisdiction over the property identified.

Plaintiffs' other state law claims fail too. Plaintiffs cannot invoke state statutes that grant the County *discretion* over how to spend funds and provide services to combat homelessness, and they have failed to plead the essential elements of their claims in any event. The nuisance claim fails because Plaintiffs do not allege any nuisance that was created by the County. Indeed, Plaintiffs admit the County has made significant efforts to abate the issues where it has authority to do so. Further, the common law claims fail for an additional reason—the County and its policy-making officials are immune from suit under the California Government Code.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 that took place on April 25 and 27, 2023. (Declaration of Mira Hashmall, ¶ 50, Ex. 49.) The parties did not meet and confer earlier because they had (1) stipulated to stay the deadline to file this Motion pending settlement and (2) entered into a binding settlement agreement and jointly asked the Court to dismiss the SAC. (*Id.*) This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Mira Hashmall and exhibits attached thereto, the Request for Judicial Notice, the pleadings and records on file in this action, and any further evidence or argument received by the Court in connection with the Motion.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX (310) 552-8400

578569.1

3

DATED: May 3, 2023                    MILLER BARONDESS, LLP


                                      By: _____/s/ Mira Hashmall_____
                                          MIRA HASHMALL
                                          Attorneys for Defendant
                                          COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

578569.1

4