MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES** <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS SECOND AMENDED COMPLAINT** <br><br> Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

578572.1

ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS SECOND AMENDED COMPLAINT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

# ORDER

Defendant County of Los Angeles' ("County") Motion to Dismiss Plaintiffs' Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1) and (b)(6) ("Motion") came on for hearing on June 5, 2023, or as soon thereafter as the matter could be heard, in the above-captioned Court, the Honorable David O. Carter presiding.  All parties were represented at the hearing by their respective counsel of record.

**IT IS HEREBY ORDERED** that:

1.      The County's Motion is **GRANTED**; and

2.      The First, Second, Third, Fourth, Fifth, Sixth, and Seventh Causes of Action against the County in the Second Amended Complaint are dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE DAVID O. CARTER
Judge of the United States District Court

578572.1

2

ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS SECOND AMENDED COMPLAINT