MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES** <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT** <br><br> Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

578574.1

ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

# **ORDER**

On June 5, 2023, Defendant County of Los Angeles' ("County") Request for Judicial Notice (the "RJN") in Support of its Motion to Dismiss Plaintiffs' Second Amended Complaint came on for hearing in the above-captioned Court, the Honorable David O. Carter presiding.

Having reviewed the pleadings and heard oral argument, if any, the Court hereby takes judicial notice of the following documents:

1.      The County's Report of Available Resources for People Experiencing Homelessness, filed with this Court at ECF Dkt. No. 189, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 1**.

2.      The County Department of Mental Health's Report to the Los Angeles County Board of Supervisors ("Board"), titled "Disrupting the Cycle of Chronic Homelessness-DMH Homeless Outreach and Mobile Engagement (HOME) Team Pilot (Item 12, Agenda of June 23, 2020)," a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 2**.

3.      The July 27, 2021 Statement of Proceedings of the Board, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 3**.

4.      The September 15, 2021 Statement of Proceedings of the Board, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 4**.

5.      The August 10, 2021 Statement of Proceedings of the Board, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 5**.

6.      The September 28, 2021 Statement of Proceedings of the Board, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 6**.

7.      The October 19, 2021 Statement of Proceedings of the Board, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 7**.

578574.1

2

8. The July 19, 2021 Letter from the County Department of Health Services ("DHS") to Board Transmitting HFH Quarterly Report, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 8**.

9. The February 2016 report published by the Los Angeles County Homeless Initiative ("Homeless Initiative"), titled "Approved Strategies to Combat Homelessness," a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 9**.

10. The May 9, 2016 Homeless Initiative Quarterly Report No. 11, submitted to the Los Angeles County Board of Supervisors ("Board") by the Los Angeles County Chief Executive Office ("CEO"), a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 10**.

11. The Measures appearing on the March 7, 2017 Ballot, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 11**.

12. The September 29, 2017 report submitted to the Board by the CEO, titled "Homeless Initiative Measure H Strategy Implementation Plans," a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 12**.

13. The December 3, 2020 Homeless Initiative Quarterly Report No. 18, submitted to the Board by the CEO, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 13**.

14. The February 22, 2021 Countywide Homeless Initiative's Year Four performance evaluation prepared by Public Sector Analytics, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 14**.

15. The August 20, 2021 Homeless Initiative Quarterly Report No. 20, submitted to the Board by the CEO, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 15**.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

578574.1

3

ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT

16.    The May 17, 2022 News Release announcing the Homeless Initiative Budget for Fiscal Year 2022-2023, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 16**.

17.    The November 16, 2021 Statement of Proceedings of the Board, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 17**.

18.    The June 26, 2020 Binding Term Sheet between the County and the City of Los Angeles, filed with this Court at ECF Dkt. No. 136, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 18**.

19.    The September 16, 2020 Notice to the Court of Payment from County of Los Angeles Pursuant to Binding Term Sheet, filed with this Court at ECF Dkt. No. 177, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 19**.

20.    The October 13, 2020 Joint Notice to the Court Regarding Memorandum of Understanding for 6,700 Bed Plan from City of Los Angeles and County of Los Angeles, filed with this Court at ECF Dkt. No. 185, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 20**.

21.    The January 7, 2021 Notice to the Court of Payment from County of Los Angeles Pursuant to Binding Term Sheet, filed with this Court at ECF Dkt. No. 203, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 21**.

22.    The March 29, 2021 Notice to the Court of Payment from County of Los Angeles Pursuant to Binding Term Sheet, filed with this Court at ECF Dkt. No. 254, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 22**.

23.    The July 13, 2021 County of Los Angeles' Notice of Payment and Report Regarding Mainstream Services at City Facilities, filed with this Court at

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

578574.1

4

ECF Dkt. No. 341, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 23**.

24.     The November 2, 2021 Defendant County of Los Angeles' Quarterly Status Report Pursuant to Memorandum of Understanding Between County of Los Angeles and City of Los Angeles [DKT. 185-1], filed with this Court at ECF Dkt. No. 364, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 24**.

25.     The August 31, 2021 Statement of Proceedings of the Board, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 25**.

26.     The September 27, 2021 Press Release from LAHSA regarding a $15 million grant from the U.S. Department of Housing and Urban Development, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 26**.

27.     The October 5, 2021 Statement of Proceedings of the Board, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 27**.

28.     The November 2, 2021 Statement of Proceedings of the Board, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 28**.

29.     The November 2, 2021 Motion by Supervisors Hilda L. Solis and Kathryn Barger regarding Interim Housing Services Fund For Cities And Councils Of Governments Combatting Homelessness of the Board, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 29**.

30.     The May 12, 2020 Motion by Los Angeles County Supervisors Sheila Kuehl and Mark Ridley-Thomas, titled "Developing a COVID-19 Recovery Plan Related to People Experiencing Homelessness," a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 30**.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

578574.1

ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT

31.    The July 2, 2020 report submitted to the Board by the CEO, titled "Developing a COVID-19 Recovery Plan Related to People Experiencing Homelessness (Item No. 4, Agenda of May 12, 2020)," a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 31**.

32.    The May 15, 2020 report submitted to the Board by the CEO, titled "Piloting a Comprehensive Crisis Response to Ensure Post-COVID-19 Housing for Homeless Older Adults in Los Angeles County (Item No. 8, Agenda of April 14, 2020)," a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 32**.

33.    The November 3, 2020 County of Los Angeles' Response to Plaintiffs' Status Report Dated October 20, 2020, filed with this Court at ECF Dkt. No. 197, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 33**.

34.    The May 2, 2017 report to the Board, titled "Adopt the Department of Mental Health's Mental Health Services Act Three-Year Program and Expenditure Plan for Fiscal Years 2017-18, 2018-19 and 2019-20," a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 34**.

35.    Excerpts from the Los Angeles County Department of Mental Health's website, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 35**.

36.    The March 30, 2022 Blue Ribbon Commission on Homelessness Governance Report, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 36**.

37.    The May 3, 2022 Motion re Recommendations on Implementations of Blue Ribbon Commission, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 37**.

38.    Stipulation for Voluntary Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2), filed with this Court on October 17, 2022 at ECF

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

578574.1

ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

Dkt. No. 485, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 38**.

39.    January 10, 2023 Proclamation of a Local Emergency for Homelessness in the County of Los Angeles, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 39**.

40.    January 23, 2023 Report Back on Proclamation of a Local Emergency for Homelessness in the County of Los Angeles, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 40.**

41.    January 31, 2023 Report Back on Proclamation of a Local Emergency for Homelessness in the County of Los Angeles, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 41.**

42.    February 7, 2023 Revised Declaration of Local Emergency for Homelessness – Implementation Action, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 42.**

43.    The Board's Adoption of the CEO's February 7, 2023 Fiscal Year 2023-24 Homelessness Initiative Funding Recommendations, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 43.**

44.    Joint Submission of Addendum to Settlement Agreement, filed with this Court on April 18, 2023 at ECF Dkt. No. 533, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 44.**

45.    April 20, 2023 Reporter's Transcript of Proceedings, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 45.**

46.    April 20, 2023 Homeless Initiative Quarterly Report No. 26, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 46.**

47.    May 2, 2023 Minute Order, filed with this Court at ECF Dkt. No. 551, a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 47.**

48.    May 2, 2023 Board Motion to Authorize Joint Application(s) to and Participation in the Homekey Round 3 Program , a true and correct copy of which is attached to the Declaration of Mira Hashmall as **Exhibit 48.**

**IT IS SO ORDERED.**

DATED: _____

                                                    _____

HONORABLE DAVID O. CARTER
Judge of the United States District Court

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

578574.1

ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT