DAWYN R. HARRISON (State Bar No. 173855)
*County Counsel*
KATHERINE M. BOWSER (State Bar No. 230626)
*Acting Assistant County Counsel*
ANA WAI-KWAN LAI (State Bar No. 257931)
*Senior Deputy County Counsel*
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 648
Los Angeles, California 90012
Telephone: (213) 974-1830
Facsimile: (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400f
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES** <br><br> **DECLARATION OF MIRA HASHMALL IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS SECOND AMENDED COMPLAINT** <br><br> **[1 of 2]** <br><br> Date:    June 5, 2023 <br> Time:    8:30 a.m. <br> Place:   Courtroom 10A <br><br> Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

578573.3

# DECLARATION OF MIRA HASHMALL

I, Mira Hashmall, declare as follows:

1.    I am an attorney duly admitted to practice before this Court.  I am a partner with Miller Barondess, LLP, counsel of record for Defendant County Of Los Angeles.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts.  I make this declaration in support of Defendant County of Los Angeles' Motion to Dismiss Plaintiffs' Second Amended Complaint.

**Motion for Judicial Notice**

2.    A true and correct copy of the County's Report of Available Resources for People Experiencing Homelessness, filed with this Court at ECF Dkt. No. 189, is attached hereto as **Exhibit 1**.

3.    A true and correct copy of the County Department of Mental Health's Report to the Los Angeles County Board of Supervisors ("Board"), titled "Disrupting the Cycle of Chronic Homelessness-DMH Homeless Outreach and Mobile Engagement (HOME) Team Pilot (Item 12, Agenda of June 23, 2020)," is attached hereto as **Exhibit 2**.

4.    A true and correct copy of the July 27, 2021 Statement of Proceedings of the Board is attached hereto as **Exhibit 3**.  This exhibit is publicly available at http://file.lacounty.gov/SDSInter/bos/sop/1110950_072721.pdf.

5.    A true and correct copy of the September 15, 2021 Statement of Proceedings of the Board is attached hereto as **Exhibit 4**.  This exhibit is publicly available at http://file.lacounty.gov/SDSInter/bos/sop/1112973_091521.pdf.

6.    A true and correct copy of the August 10, 2021 Statement of Proceedings of the Board is attached hereto as **Exhibit 5**.  This exhibit is publicly available at http://file.lacounty.gov/SDSInter/bos/sop/1111348_081021.pdf.

DECLARATION OF MIRA HASHMALL IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES'
MOTION TO DISMISS SECOND AMENDED COMPLAINT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

7.    A true and correct copy of the September 28, 2021 Statement of Proceedings of the Board is attached hereto as **Exhibit 6**.  This exhibit is publicly available at http://file.lacounty.gov/SDSInter/bos/sop/1113870_092821.pdf.

8.    A true and correct copy of the October 19, 2021 Statement of Proceedings of the Board is attached hereto as **Exhibit 7**.  This exhibit is publicly available at http://file.lacounty.gov/SDSInter/bos/sop/1114704_101921.pdf.

9.    A true and correct copy of a July 19, 2021 Letter from the County Department of Health Services ("DHS") to Board Transmitting HFH Quarterly Report, is attached hereto as **Exhibit 8**.

10.    A true and correct copy of the February 2016 report published by the Los Angeles County Homeless Initiative ("Homeless Initiative"), titled "Approved Strategies to Combat Homelessness," is attached hereto as **Exhibit 9**.  This exhibit is publicly available at the Los Angeles County website https://homeless. lacounty.gov/wp-content/uploads/2018/07/HI-ReportApproved 2.pdf.

11.    A true and correct copy of the May 9, 2016 Homeless Initiative Quarterly Report No. 1, submitted to the Board by the Los Angeles County Chief Executive Office ("CEO") is attached hereto as **Exhibit 10**.  This exhibit is publicly available at Los Angeles County website http://file.lacounty.gov/SDSInter/ lac/1045976_QR1_FullReport.pdf.

12.    A true and correct copy of the Measures appearing on the March 7, 2017 Ballot is attached hereto as **Exhibit 11**.  These Measures are publicly available at the Los Angeles County website https://www.lavote.net/ docs/rrcc/election-info/03072017-measures-appearing-on-ballot.pdf.

13.    A true and correct copy of the September 29, 2017 report submitted to the Board by the CEO, titled "Homeless Initiative Measure H Strategy Implementation Plans," is attached hereto as **Exhibit 12**.  This exhibit is publicly available at the Los Angeles County website https://homeless.lacounty.gov/wp-content/uploads/2019/02/Measure-H-Strategy-Implementation-Plans.pdf.

14.     A true and correct copy of the December 3, 2020 Homeless Initiative Quarterly Report No. 18, submitted to the Board by the CEO is attached hereto as **Exhibit 13**.  This exhibit is publicly available at Los Angeles County website https://homeless.lacounty.gov/wp-content/uploads/2020/12/Homeless-Initiative-Quarterly-Report-No.-18.pdf.

15.     A true and correct copy of the February 22, 2021 Countywide Homeless Initiative's Year Four performance evaluation prepared by Public Sector Analytics is attached hereto as **Exhibit 14**.  This exhibit is publicly available at the Los Angeles County website https://homeless.lacounty.gov/wp content/uploads/ 2021/03/ 2021-2-22-Transmitting-the-Countywide-Homeless-Initiatives-Year-Four-Performance-Evaluation-002.pdf?utm_content=&utm_ medium=email&utm _name=&utm_ source=govdelivery&utm_term=.

16.     A true and correct copy of the August 20, 2021 Homeless Initiative Quarterly Report No. 20, submitted to the Board by the CEO is attached hereto as **Exhibit 15**.  This exhibit is publicly available at Los Angeles County website https://homeless.lacounty.gov/wp-content/uploads/2021/06/Quarterly-Report-No.-20-Item-47-A-Agenda-of-2-9-16.pdf.

17.     A true and correct copy of the May 17, 2022 News Release announcing the Homeless Initiative Budget for Fiscal Year 2022-2023 is attached hereto as **Exhibit 16**.  This exhibit is publicly available at Los Angeles County website https://homeless.lacounty.gov/news/la-county-prepares-to-intensify-and-refocus-its-fight-against-homelessness-as-board-of-supervisors-approves-532-6m-spending-plan-for-fy-2022-23/#:~:text=The%20spending%20plan%2 0is%20a,42.7%25 %20of%20the%20total%20budget.

18.     A true and correct copy of the November 16, 2021 Statement of Proceedings of the Board is attached hereto as **Exhibit 17**.  This exhibit is publicly available at http://file.lacounty.gov/SDSInter/bos/sop/1115926_111621.pdf.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX (310) 552-8400

19.    A true and correct copy of a June 26, 2020 Binding Term Sheet between the County and the City of Los Angeles, filed with this Court at ECF Dkt. No. 136, is attached hereto as **Exhibit 18**.

20.    A true and correct copy of the September 16, 2020 Notice to the Court of Payment from County of Los Angeles Pursuant to Binding Term Sheet, filed with this Court at ECF Dkt. No. 177, is attached hereto as **Exhibit 19**.

21.    A true and correct copy of the October 13, 2020 Joint Notice to the Court Regarding Memorandum of Understanding for 6,700 Bed Plan from City of Los Angeles and County of Los Angeles, filed with this Court at ECF Dkt. No. 185, is attached hereto as **Exhibit 20**.

22.    A true and correct copy of the January 7, 2021 Notice to the Court of Payment from County of Los Angeles Pursuant to Binding Term Sheet, filed with this Court at ECF Dkt. No. 203, is attached hereto as **Exhibit 21**.

23.    A true and correct copy of the March 29, 2021 Notice to the Court of Payment from County of Los Angeles Pursuant to Binding Term Sheet, filed with this Court at ECF Dkt. No. 254, is attached hereto as **Exhibit 22**.

24.    A true and correct copy of the July 13, 2021 County of Los Angeles' Notice of Payment and Report Regarding Mainstream Services at City Facilities, filed with this Court at ECF Dkt. No. 341, is attached hereto as **Exhibit 23**.

25.    A true and correct copy of the August 5, 2022 Annual Status Report Re Payment Pursuant to Memorandum of Understanding Between County of Los Angeles and City of Los Angeles [Dkt. 185-1], filed with this Court at ECF Dkt. No. 463, is attached hereto as **Exhibit 24**.

26.    A true and correct copy of the August 31, 2021 Statement of Proceedings of the Board is attached hereto as **Exhibit 25**.  This exhibit is publicly available at http://file.lacounty.gov/SDSInter/bos/sop/1112327_083121.pdf.

27.    A true and correct copy of the September 27, 2021 Press Release from LAHSA regarding a $15 million grant from the U.S. Department of Housing and

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

DECLARATION OF MIRA HASHMALL IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES'
MOTION TO DISMISS SECOND AMENDED COMPLAINT

Urban Development is attached hereto as **Exhibit 26**.  This exhibit is publicly available at https://www.lahsa.org/news?article=858-lahsa-receives-15-million-grant-from-hud-to-address-youth-homelessness.

28.     A true and correct copy of the October 5, 2021 Statement of Proceedings of the Board is attached hereto as **Exhibit 27**.  This exhibit is publicly available at http://file.lacounty.gov/SDSInter/bos/sop/1114075_100521.pdf.

29.     A true and correct copy of the November 2, 2021 Statement of Proceedings of the Board is attached hereto as **Exhibit 28**.  This exhibit is publicly available at http://file.lacounty.gov/SDSInter/bos/sop/1115392_110221.pdf.

30.     A true and correct copy of the November 2, 2021 Motion by Supervisors Hilda L. Solis and Kathryn Barger regarding Interim Housing Services Fund For Cities And Councils Of Governments Combatting Homelessness of the Board is attached hereto as **Exhibit 29**.  This exhibit is publicly available at http://file.lacounty.gov/SDSInter/bos/supdocs/163187.pdf.

31.     A true and correct copy of the May 12, 2020 Motion by Los Angeles County Supervisors Sheila Kuehl and Mark Ridley-Thomas, titled "Developing a COVID-19 Recovery Plan Related to People Experiencing Homelessness," is attached hereto as **Exhibit 30**.  This exhibit is publicly available at the Los Angeles County website http://file.lacounty.gov/SDSInter/bos/supdocs/145559.pdf.

32.     A true and correct copy of the July 2, 2020 report submitted to the Board by the CEO, titled "Developing a COVID-19 Recovery Plan Related to People Experiencing Homelessness (Item No. 4, Agenda of May 12, 2020)," is attached hereto as **Exhibit 31**.  This exhibit is publicly available at the Los Angeles County website http://file.lacounty.gov/SDSInter/bos/supdocs/145804.pdf.

33.     A true and correct copy of the May 15, 2020 report submitted to the Board by the CEO, titled "Piloting a Comprehensive Crisis Response to Ensure Post-COVID-19 Housing for Homeless Older Adults in Los Angeles County (Item No. 8, Agenda of April 14, 2020)," is attached hereto as **Exhibit 32**.  This exhibit is

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DECLARATION OF MIRA HASHMALL IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES'
MOTION TO DISMISS SECOND AMENDED COMPLAINT

publicly available at the Los Angeles County website http://file.lacounty.gov/ SDSInter/bos/supdocs/145234.pdf.

34.     A true and correct copy of the November 3, 2020 County of Los Angeles' Response to Plaintiffs' Status Report Dated October 20, 2020, filed with this Court at ECF Dkt. No. 197, is attached hereto as **Exhibit 33**.

35.     A true and correct copy of the May 2, 2017 report to the Board, titled "Adopt the Department of Mental Health's Mental Health Services Act Three-Year Program and Expenditure Plan for Fiscal Years 2017-18, 2018-19 and 2019-20," is attached hereto as **Exhibit 34**.  This exhibit is publicly available at http://file.lacounty.gov/SDSInter/bos/supdocs/113337.pdf.

36.     A true and correct copy of excerpts from the Los Angeles County Department of Mental Health's website are attached hereto as **Exhibit 35**.  This exhibit is publicly available at dmh.lacounty.gov/about/mhsa/announcements.

37.     A true and correct copy of the March 30, 2022 Blue Ribbon Commission on Homelessness Governance Report is attached hereto as **Exhibit 36**. This exhibit is publicly available at https://assets-us-01.kc-usercontent.com/ 0234f496-d2b7-00b6-17a4-b43e949b70a2/c15b378d-d10e-46aa-a6cc7102043aa708/BRCH%20Homelessness%20Report%20%28033022%20Adopted%29%20%28Final%29.pdf.

38.     A true and correct copy of the May 3, 2022 Motion re Recommendations on Implementations of Blue Ribbon Commission is attached hereto as **Exhibit 37**.  This exhibit is publicly available at https://file.lacounty.gov/ SDSInter/bos/supdocs/168754.pdf.

39.     A true and correct copy of the Stipulation for Voluntary Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2), filed with this Court on October 17, 2022 at ECF Dkt. No. 485, is attached hereto as **Exhibit 38.**

40.     A true and correct copy of the January 10, 2023 Proclamation of a Local Emergency for Homelessness in the County of Los Angeles is attached hereto

DECLARATION OF MIRA HASHMALL IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS SECOND AMENDED COMPLAINT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

as **Exhibit 39**. This exhibit is publicly available at https://file.lacounty.gov/ SDSInter/bos/supdocs /176661.pdf?

41. A true and correct copy of the CEO's January 23, 2023 Report Back on Proclamation of a Local Emergency for Homelessness in the County of Los Angeles is attached hereto as **Exhibit 40**. This exhibit is publicly available at https://file.lacounty.gov/SDSInter/bos/supdocs/ 177569.pdf.

42. A true and correct copy of the CEO's January 31, 2023 Report Back on Proclamation of a Local Emergency for Homelessness in the County of Los Angeles is attached hereto as **Exhibit 41**. This exhibit is publicly available at https://file.lacounty.gov/SDSInter/bos/ supdocs/177570.pdf.

43. A true and correct copy of the February 7, 2023 Revised Declaration of Local Emergency for Homelessness – Implementation Actions is attached hereto as **Exhibit 42.** This exhibit is publicly available at https://file.lacounty.gov/SDSInter/ bos/supdocs/177604.pdf.

44. A true and correct copy of the Board's Adoption of the CEO's February 7, 2023 Fiscal Year 2023-24 Homelessness Initiative Funding Recommendations is attached hereto as **Exhibit 43.** This exhibit is publicly available at https://file.lacounty.gov/SDSInter/bos/ supdocs/177525.pdf.

45. A true and correct copy of Joint Submission of Addendum to Settlement Agreement, filed with this Court on April 18, 2023 at ECF Dkt. No. 533, is attached hereto as **Exhibit 44.**

46. A true and correct copy of the April 20, 2023 Reporter's Transcript of Proceedings is attached hereto as **Exhibit 45.**

47. A true and correct copy of the CEO's April 20, 2023 Homeless Initiative Quarterly Report No. 26, is attached hereto as **Exhibit 46.**

48. A true and correct copy of the May 2, 2023 Minute Order, filed with this Court at ECF Dkt. No. 551, is attached hereto as **Exhibit 47.**

49. A true and correct copy of the May 2, 2023 Board Motion to Authorize Joint Application(s) to and Participation in the Homekey Round 3 Program is attached hereto as **Exhibit 48**. This exhibit is publicly available at https://file.lacounty.gov/SDSInter/bos/supdocs/180237.pdf

**Local Rule 7-3 Meet and Confer**

50. Before filing the Motion to Dismiss, in April 2023, the County informed Plaintiffs of the arguments in support of the Motion and requested that counsel participate in a pre-motion meet and confer. In this correspondence, the County's counsel attached a September 23, 2022 letter setting forth the grounds for the County's Motion to Dismiss and requesting that Plaintiffs meet and confer in September 2022. The County's April 25 and 27, 2023 correspondence reiterated that in the County's view, the previously identified pleading defects persist, and further that, in light of the parties' settlement agreement, the SAC should be dismissed because there is no justiciable case or controversy. A true and correct copy of the County's April 25 and 27 email exchanges with Plaintiffs is attached hereto as **Exhibit 49**. Counsel continued the conversation during telephonic conference on April 27, 2023. The parties did not meet and confer earlier because they had (1) a stipulated stay, approved by the Court pending settlement and (2) a binding settlement agreement and a pending request for dismissal with prejudice, under Federal Rules of Civil Procedure 41(a)(2). The parties were unable to resolve or narrow their disputes, and Plaintiffs declined to amend the Second Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 3rd day of May, 2023, at Los Angeles, California.

/s/ Mira Hashmall
Mira Hashmall

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

578573.3

9

Case No. 2:20-cv-02291 DOC-KES

DECLARATION OF MIRA HASHMALL IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS SECOND AMENDED COMPLAINT

**INDEX OF EXHIBITS TO THE DECLARATION OF MIRA HASHMALL**

| Ex No. | Description | Pg. No. |
|---|---|---|
| 1. | County's Report of Available Resources for People Experiencing Homelessness (Dkt. No. 189) | 14-31 |
| 2. | County Department of Mental Health's Report to the Los Angeles County Board of Supervisors, titled "Disrupting the Cycle of Chronic Homelessness-DMH Homeless Outreach and Mobile Engagement (HOME) Team Pilot (Item 12, Agenda of June 23, 2020)" | 32-58 |
| 3. | July 27, 2021 Statement of Proceedings of the Board | 59-124 |
| 4. | September 15, 2021 Statement of Proceedings of the Board | 125-200 |
| 5. | August 10, 2021 Statement of Proceedings of the Board | 201-287 |
| 6. | September 28, 2021 Statement of Proceedings of the Board | 288-336 |
| 7. | October 19, 2021 Statement of Proceedings of the Board | 337-398 |
| 8. | July 19, 2021 Letter from the County Department of Health Services ("DHS") to Board Transmitting HFH Quarterly Report | 399-421 |
| 9. | February 2016 report published by the Los Angeles County Homeless Initiative, titled "Approved Strategies to Combat Homelessness" | 422-552 |
| 10. | May 9, 2016 Homeless Initiative Quarterly Report No. 1, submitted to the Los Angeles County Board of Supervisors by the Los Angeles County Chief Executive Office | 553-579 |
| 11. | Measures appearing on the March 7, 2017 Ballot | 580-583 |
| 12. | September 29, 2017 report submitted to the Board by the CEO, titled "Homeless Initiative Measure H Strategy Implementation Plans" | 584-659 |
| 13. | December 3, 2020 Homeless Initiative Quarterly Report No. 18 | 660-726 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

| Ex No. | Description | Pg. No. |
|---|---|---|
| 14. | February 22, 2021 Countywide Homeless Initiative's Year Four performance evaluation prepared by Public Sector Analytics | 727-802 |
| 15. | August 20, 2021 Homeless Initiative Quarterly Report No. 20 | 803-856 |
| 16. | July 13, 2021 Press Release announcing the Homeless Initiative Budget for Fiscal Year 2021-2022 | 857-862 |
| 17. | November 16, 2021 Statement of Proceedings of the Board | 863-946 |
| 18. | June 26, 2020 Binding Term Sheet between the County and the City of Los Angeles (Dkt. No. 136) | 947-949 |
| 19. | September 16, 2020 Notice to the Court of Payment from County of Los Angeles Pursuant to Binding Term Sheet (Dkt. No. 177) | 950-952 |
| 20. | October 13, 2020 Joint Notice to the Court Regarding Memorandum of Understanding for 6,700 Bed Plan from City of Los Angeles and County of Los Angeles (Dkt. No. 185) | 953-968 |
| 21. | January 7, 2021 Notice to the Court of Payment from County of Los Angeles Pursuant to Binding Term Sheet (Dkt. No. 203) | 969-971 |
| 22. | March 29, 2021 Notice to the Court of Payment from County of Los Angeles Pursuant to Binding Term Sheet (Dkt. No. 254) | 972-974 |
| 23. | July 13, 2021 County of Los Angeles' Notice of Payment and Report Regarding Mainstream Services at City Facilities (Dkt. No. 341) | 975-979 |
| 24. | August 5, 2022 Defendant County of Los Angeles' Annual Status Report Re Payment Pursuant to Memorandum of Understanding Between County of Los Angeles and City of Los Angeles [DKT. 185-1], filed with this Court at ECF Dkt. No. 463 | 980-982 |
| 25. | August 31, 2021 Statement of Proceedings of the Board | 983-1039 |
| 26. | September 27, 2021 Press Release from LAHSA regarding a $15 million grant from the U.S. Department of Housing and Urban Development | 1040-1041 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DECLARATION OF MIRA HASHMALL IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES'
MOTION TO DISMISS SECOND AMENDED COMPLAINT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

| Ex No. | Description | Pg. No. |
|---|---|---|
| 27. | October 5, 2021 Statement of Proceedings of the Board | 1042-1099 |
| 28. | November 2, 2021 Statement of Proceedings of the Board | 1100-1158 |
| 29. | November 2, 2021 Motion by Supervisors Hilda L. Solis and Kathryn Barger regarding Interim Housing Services Fund For Cities And Councils Of Governments Combatting Homelessness of the Board | 1159-1162 |
| 30. | May 12, 2020 Motion by Los Angeles County Supervisors Sheila Kuehl and Mark Ridley-Thomas, titled "Developing a COVID-19 Recovery Plan Related to People Experiencing Homelessness" | 1163-1167 |
| 31. | July 2, 2020 report submitted to the Board by the CEO, titled "Developing a COVID-19 Recovery Plan Related to People Experiencing Homelessness (Item No. 4, Agenda of May 12, 2020)" | 1168-1177 |
| 32. | May 15, 2020 report submitted to the Board by the CEO, titled "Piloting a Comprehensive Crisis Response to Ensure Post-COVID-19 Housing for Homeless Older Adults in Los Angeles County (Item No. 8, Agenda of April 14, 2020)" | 1178-1211 |
| 33. | November 3, 2020 County of Los Angeles' Response to Plaintiffs' Status Report Dated October 20, 2020 (Dkt. No. 197) | 1212-1221 |
| 34. | May 2, 2017 report to the Board, titled "Adopt the Department of Mental Health's Mental Health Services Act Three-Year Program and Expenditure Plan for Fiscal Years 2017-18, 2018-19 and 2019-20" | 1222-1512 |
| 35. | Excerpts from the Los Angeles County Department of Mental Health's website | 1513-1528 |
| 36. | March 30, 2022 Blue Ribbon Commission on Homelessness Governance Report | 1529-1641 |
| 37. | May 3, 2022 Motion re Recommendations on Implementations of Blue Ribbon Commission | 1642-1653 |

DECLARATION OF MIRA HASHMALL IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES'
MOTION TO DISMISS SECOND AMENDED COMPLAINT

| Ex No. | Description | Pg. No. |
|--------|-------------|---------|
| 38. | Stipulation for Voluntary Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2), ECF Dkt. No. 485 | 1654-1672 |
| 39. | January 10, 2023 Proclamation of a Local Emergency for Homelessness in the County of Los Angeles | 1673-1683 |
| 40. | January 23, 2023 Report Back on Proclamation of a Local Emergency for Homelessness in the County of Los Angeles | 1684-1695 |
| 41. | January 31, 2023 Report Back on Proclamation of a Local Emergency for Homelessness in the County of Los Angeles | 1696-1702 |
| 42. | February 7, 2023 Revised Declaration of Local Emergency for Homelessness – Implementation Actions | 1703-1716 |
| 43. | February 7, 2023 Fiscal Year 2023-24 Homelessness Initiative Funding Recommendations | 1717-1755 |
| 44. | Joint Submission of Addendum to Settlement Agreement, ECF Dkt. No. 533 | 1756-1792 |
| 45. | April 20, 2023 Reporter's Transcript of Proceedings | 1793-1861 |
| 46. | April 20, 2023 Homeless Initiative Quarterly Report No. 26 | 1862-1928 |
| 47. | May 2, 2023 Minute Order, ECF Dkt. No. 551 | 1929-1933 |
| 48. | May 2, 2023 Board Motion to Authorize Joint Application(s) to and Participation in the Homekey Round 3 Program | 1934-1967 |
| 49. | April 25-27, 2023 Meet and Confer Emails | 1968-1981 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

578573.3

13

Case No. 2:20-cv-02291 DOC-KES

DECLARATION OF MIRA HASHMALL IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS SECOND AMENDED COMPLAINT