# EXHIBIT 7

EXHIBIT 7 - Page 337



**STATEMENT OF PROCEEDINGS FOR THE**

**REGULAR MEETING OF THE BOARD OF SUPERVISORS**

**OF THE COUNTY OF LOS ANGELES HELD VIRTUALLY IN**

**ROOM 381B OF THE KENNETH HAHN HALL OF ADMINISTRATION**

**500 WEST TEMPLE STREET, LOS ANGELES, CALIFORNIA 90012**

**Tuesday, October 19, 2021**

**9:30 AM**

Present:        Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn,
Supervisor Barger and Supervisor Solis

Video Link for the Entire Virtual Meeting  (03-1075)

*Attachments:*        Video Transcript

Pledge of Allegiance led by Supervisor Hilda L. Solis, First Supervisorial District.

## I.  SPECIAL DISTRICT AGENDAS

**STATEMENT OF PROCEEDINGS FOR THE MEETING OF
THE LOS ANGELES COUNTY
DEVELOPMENT AUTHORITY
TUESDAY, OCTOBER 19, 2021
9:30 A.M.**

**1-D.    Los Angeles County Development Authority Meeting Minutes for August 2021**

Recommendation: Approve minutes of the meetings of the Los Angeles County Development Authority for the month of August 2021.  **NOTE: The minutes for the month of August 2021 can be found online at:** http://portal.lacounty.gov/wps/portal/sop/  (21-3881)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

        **Ayes:**  5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*        Board Letter
                Public Comment/Correspondence

**EXHIBIT 7 - Page 338**

**Board of Supervisors**                                      **Statement Of Proceedings**                                      **October 19, 2021**

2-D.    **Contract for COVID-19 Testing and Vaccination Tracking Services**

Recommendation as submitted by Supervisor Solis: Authorize the Executive Director of the Los Angeles County Development Authority to negotiate and execute a one-year contract with Fulgent Therapeutics, LLC to provide COVID-19 Testing and Vaccination Tracking Services, using up to $1,200,000 in program funds included in the Los Angeles County Development Authority's (LACDA's) approved Fiscal Year 2021-22 budget and future budgets, as needed; execute amendments to the contract to extend the term for a maximum of four additional years, in one-year increments, with the same annual compensation, contingent upon satisfactory performance and continued funding, using program funds to be included in LACDA's annual budget approval process; and upon determination and as necessary and appropriate under the terms of the contract, amend the contract, add or delete services, modify the scope of work and increase the annual compensation by up to 10% as needed for additional services and, if necessary, terminate for convenience.  (21-4067)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Solis
Public Comment/Correspondence

---

*County of Los Angeles*                                      *Page 2*

**EXHIBIT 7 - Page 339**

**Board of Supervisors**                    **Statement Of Proceedings**                    **October 19, 2021**

**3-D.**   **COVID-19 American Rescue Plan Act's Small Business Relief Programs**

Recommendation as submitted by Supervisors Mitchell and Solis: Authorize the Executive Director of the Los Angeles County Development Authority, in consultation with County Counsel, to execute an agreement and necessary amendments with the County, to provide the County with assistance with the COVID-19 Small Business Rent Relief Program and the Keep LA County Dining Program and such documents, in accordance with the American Rescue Plan Act, as well as receive administration costs from the County; and incorporate approved funding sources into the Los Angeles County Development Authority's approved Fiscal Year 2021-22 budget as needed, in consultation with the County, to support the County's continued efforts to assist and address the health, safety and welfare of County residents during the COVID-19 pandemic and the programs described above. (Relates to Agenda No. 43-D) **4-VOTES**  (21-4071)

**David Striks addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

_**Attachments:**_      Motion by Supervisors Mitchell and Solis
Public Comment/Correspondence
Audio

---

*County of Los Angeles*                    *Page 3*

**EXHIBIT 7 - Page 340**

Board of Supervisors                Statement Of Proceedings                October 19, 2021

**STATEMENT OF PROCEEDINGS FOR THE MEETING OF
THE REGIONAL PARK AND OPEN SPACE DISTRICT
OF THE COUNTY OF LOS ANGELES
TUESDAY, OCTOBER 19, 2021
9:30 A.M.**

**1-P.** **Regional Park and Open Space District Meeting Minutes for August 2021**

Recommendation: Approve minutes of the meeting of the Regional Park and Open Space District for the month of August 2021. **NOTE: The minutes for the month of August 2021 can be found online at:** http://portal.lacounty.gov/wps/portal/sop/  (21-3880)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                        *Page 4*

**EXHIBIT 7 - Page 341**

### II.  PUBLIC HEARINGS    1 - 5

**1.**        **Hearing on the Modification of the Diamond Bar Golf Course**

Hearing on the modification of the Diamond Bar Golf Course (4) by the San Gabriel Valley Council of Governments and the Los Angeles County Metropolitan Transportation Authority and find that the compensation offer of $28,250,000, in exchange for 9.13 acres of park land is sufficient compensation to allow the County to acquire park land of comparable characteristics and of substantially equal size located in an area to serve generally the same persons as the original park land, plus the costs of developing the substitute park land, including acquiring substitute facilities of the same type and number, in compliance with Public Resources Code Section 5405; find that the 9.13 acres of the Diamond Bar Golf Course are not required for County use, and is exempt surplus land, as defined in Government Code Section 54221(f)(1)(D), in that it is surplus land that a local agency is transferring to another local, State or Federal agency for the agency's use; and determine that the recommended actions are within the scope of the impacts analyzed in the Mitigated Negative Declaration previously adopted by the Board on November 10, 2020 for the Diamond Bar Golf Course Renovation Project. **(Department of Parks and Recreation) 4-VOTES**  (21-3977)

**All persons wishing to testify were sworn in by the Executive Officer of the Board.  Opportunity was given for interested persons to address the Board. Eric Preven addressed the Board.  Correspondence was received.**

**After discussion, on motion of Supervisor Hahn, seconded by Supervisor Kuehl, the Board closed the public hearing and took the following actions:**

1. **Made a determination that the recommended actions are within the scope of the impacts analyzed in the Mitigated Negative Declaration previously adopted by the Board on November 10, 2020 for the Diamond Bar Golf Course Renovation Project;**

2. **Made a finding that the compensation offer of $28,250,000, in exchange for 9.13 acres of park land, is sufficient compensation to allow the County to acquire park land of comparable characteristics and of substantially equal size located in an area to serve generally the same persons as the original park land, plus the costs of developing the substitute park land, including acquiring substitute facilities of the same type and number, in compliance with Public Resources Code Section 5405;**

**EXHIBIT 7 - Page 342**

Board of Supervisors                    Statement Of Proceedings                    October 19, 2021

3. Made a finding that the 9.13 acres of the Diamond Bar Golf Course are not required for County use;

4. Made a finding that the transfer of the 9.13 acres of the Diamond Bar Golf Course is exempt surplus land, as defined in Government Code Section 54221(f)(1)(D), in that it is surplus land that a local agency is transferring to another local, State, or Federal agency for the agency's use;

5. Made a finding that a notice of intent to transfer the 9.13 acres was published on October 1, 2021 in the San Gabriel Valley Newspaper at least one week in advance of this action, pursuant to Government Code Section 6061;

6. Authorized the Director of Parks and Recreation to execute a purchase and sale agreement with the Los Angeles County Metropolitan Transportation Authority and/or San Gabriel Valley Council of Governments to transfer 9.13 acres of Diamond Bar Golf Course in exchange for $28,250,000;

7. Authorized the Director of Parks and Recreation to post notices conspicuously at the exterior boundaries and entrances of Diamond Bar Golf Course in compliance with Public Resources Code Section 5406;

8. Authorized the Director of Parks and Recreation and the Chief Executive Officer to execute any other documents necessary to complete the transfer of real property, and any amendments;

9. Authorized the Director of Parks and Recreation to negotiate and execute:

   a. The sale of a Footing Easements with Los Angeles County Metropolitan Transportation Authority and/or San Gabriel Valley Council of Governments;

   b. Temporary Construction Licenses necessary for the Freeway Project for a period of up to seven years; and

   c. Any other ancillary documentation or amendments, which are necessary to effectuate the Freeway Project;

*County of Los Angeles*                    *Page 6*

**EXHIBIT 7 - Page 343**

10. **Authorized the Director of Parks and Recreation to take all further actions necessary and appropriate to implement the terms and conditions of the various easements and licenses; and**

11. **Authorized the Director of Parks and Recreation to deposit proceeds from sale of the land, Footing Easements, and the temporary construction license into the Department of Parks and Recreation's Park Improvement Special Fund (CB1) to be used for future park land acquisitions and improvements.**

**Said motion was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence
Audio

**EXHIBIT 7 - Page 344**

**Board of Supervisors**                    **Statement Of Proceedings**                    October 19, 2021

**2.**    **Hearing on the 2020 Urban Water Management Plans and 2020 Water Shortage Contingency Plan**

Hearing on adoption of resolutions, acting as the Governing Body of the Los Angeles County Waterworks District No. 29, Malibu, the Marina del Rey Water System (3 and 4), and the Los Angeles County Waterworks District No. 40, Antelope Valley (5), approving the 2020 Urban Water Management Plan for the Los Angeles County Waterworks District No. 29, Malibu and the Marina del Rey Water System, the 2020 Urban Water Management Plan for the Los Angeles County Waterworks District No. 40, Antelope Valley, and the 2020 Water Shortage Contingency Plan for the Los Angeles County Waterworks District No. 29, Malibu, the Marina del Rey Water System and the Los Angeles County Waterworks District No. 40, Antelope Valley. **(Department of Public Works)**  (21-3911)

**All persons wishing to testify were sworn in by the Executive Officer of the Board.  Opportunity was given for interested persons to address the Board. No interested persons addressed the Board.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, the Board acting as the Governing Body of the County Waterworks District No. 29, Malibu and the Marina del Rey Water System, and the County Waterworks District No. 40, Antelope Valley, closed the public hearing and took the following actions:**

1. **Adopted a resolution approving the 2020 Urban Water Management Plan for the Waterworks District No. 29, Malibu and the Marina del Rey Water System;**

2. **Adopted a resolution approving the 2020 Urban Water Management Plan for the Waterworks District No. 40, Antelope Valley;**

3. **Adopted a resolution approving the 2020 Water Shortage Contingency Plan for Waterworks District No. 29, Malibu, the Marina del Rey Water System and Waterworks District No. 40, Antelope Valley; and**

4. **Made a finding that the proposed action is not a project under the California Environmental Quality Act.**

**Said motion was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence
Audio

*County of Los Angeles*                    *Page 8*

**EXHIBIT 7 - Page 345**

**Board of Supervisors**                    **Statement Of Proceedings**                    **October 19, 2021**

3.      **Hearing on the 2022 Hollywood Bowl Season Ticket Price Schedule**

Hearing on adoption of a resolution to revise the 2022 Hollywood Bowl season maximum and minimum ticket price schedule proposed by the Los Angeles Philharmonic Association (3); and find that the proposed actions are exempt from the California Environmental Quality Act. **(Department of Parks and Recreation)** (21-3972)

**All persons wishing to testify were sworn in by the Executive Officer of the Board.  Opportunity was given for interested persons to address the Board. Eric Preven addressed the Board.  No correspondence was received.**

**After discussion, on motion of Supervisor Kuehl, seconded by Supervisor Solis, the Board closed the public hearing and took the following actions:**

1.  **Approved revisions to the 2022 Hollywood Bowl season maximum and minimum ticket price schedule proposed by the Los Angeles Philharmonic Association and adopted the resolution revising the ticket prices; and**

2.  **Made a finding that the proposed action is exempt from the California Environmental Quality Act.**

**Said motion was duly carried by the following vote:**

              **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor
                                 Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*      Board Letter
                    Public Comment/Correspondence
                    Audio

---

*County of Los Angeles*                    *Page 9*

**EXHIBIT 7 - Page 346**

Board of Supervisors                    Statement Of Proceedings                    October 19, 2021

4.     **Hearing on Appeal of Project No. 2021-002011-(4) in the Unincorporated Community of Rowland Heights**

Hearing on appeal of Project No. 2021-002011-(4), to initiate a plan amendment to the Rowland Heights Community Plan for the potential development of 249 single-family residential units, 72 townhouse units, and two open space lots on 75.23 gross acres located at 19816 Walnut Drive and the 20100 block of Colima Road, in the unincorporated community of Rowland Heights within the Walnut Zoned District. (Appeal of the Regional Planning Commission's decision to initiate the Plan Amendment.) **(Department of Regional Planning)** (21-3714)

**The Department of Regional Planning submitted a written statement for the record.**

**All persons wishing to testify were sworn in by the Executive Officer of the Board.  Opportunity was given for interested persons to address the Board. Diana Coranado, Wanda Ewing, Shelly Gentry, Elizabeth Hansburg, Thomas Jirovsky, Jacob Pierce and Chris Wilson addressed the Board. Correspondence was received.**

**After discussion, on motion of Supervisor Hahn, seconded by Supervisor Barger, the Board closed the public hearing, denied the appeal and upheld the Regional Planning Commission's initiation of the Plan Amendment.**

**Said motion was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

_Attachments:_     Board Letter
                   Department Statement
                   Public Comment/Correspondence
                   Audio

---

*County of Los Angeles*                    *Page 10*

**EXHIBIT 7 - Page 347**

**5.**    **Hearing on Project No. 2020-000606-(All Districts) for the Housing Element Update**

Hearing on Project No. 2020-000606-(All Districts), Plan Amendment No. RPPL2020004333-(All Districts), Advance Planning Case No. RPPL2020001008-(All Districts) and the Final Environmental Impact Report associated with Environmental Assessment No. RPPL2020001009-(All Districts), to approve an update to the Housing Element of the County of Los Angeles General Plan (General Plan) for the 2021-2029 planning period pursuant to California Government Code Section 65583, et seq., to amend the General Plan Land Use Element to add a minimum allowable residential density to certain land use designations and establish that the allowable residential density specified by the General Commercial land use designation in the General Plan will also apply to the commercial land use designations in certain community-based plans, where such land use designations do not currently specify the allowable residential density; amend County Code, Title 22 - Planning and Zoning, to add development standards pertaining to floor area dedicated to residential use in mixed use projects in the Mixed Use Development Zone. (On September 1, 2021, the Regional Planning Commission recommended approval of this project.) (**Department of Regional Planning**)   (21-3709)

**Correspondence was received.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was continued two weeks to November 2, 2021.**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Departmental Statement
Public Comment/Correspondence

**EXHIBIT 7 - Page 348**

**Board of Supervisors**　　　　　　　　**Statement Of Proceedings**　　　　　　　　**October 19, 2021**

### III.   CONSENT CALENDAR

### BOARD OF SUPERVISORS     6 - 26

**6.**　　　**Appointments to Commissions/Committees/Special Districts**

Recommendation for appointment/reappointment for the following Commissions/ Committees/Special Districts (+ denotes reappointments): **Documents on file in the Executive Office**.

Supervisor Solis
John Alexander Kotick, Los Angeles County Commission for Older Adults

Supervisor Mitchell
Troy L. Peters, Assessment Appeals Board
Dynasty Taylor, Commission for Public Social Services
Ingrid Archie, Sybil Brand Commission for Institutional Inspections

Supervisor Kuehl
Victor Sampson+, Assessment Appeals Board
Max Liles, Watershed Area Steering Committee Community - Upper Los
　　　Angeles River

Supervisor Barger
Mihran Kalaydjian, Commission for Public Social Services
Harold J. Bissner+, San Gabriel Valley Mosquito and Vector Control District
Mary Hewitt+ and Jorge Marquez, Workforce Development Board

County of Los Angeles Workforce Development, Aging and Community
　　　Services
Enrique Medina, Ph.D.+ and Lucia R. Robles, J.D., Workforce
　　　Development Board

California Department of Rehabilitation
Wan-Chun Chang+, Workforce Development Board

Hollywood Chamber of Commerce
Berenice Nuñez Constant+, Workforce Development Board

Los Angeles Area Chamber of Commerce
Shalonda A. Baldwin+, Workforce Development Board

Los Angeles County Federation of Labor
Jeremy Diaz+, Anne McMonigle+ and Antonio Sanchez+, Workforce

---

*County of Los Angeles*　　　　　　　　　　*Page 12*

EXHIBIT 7 - Page 349

Development Board

<u>Los Angeles Economic Development Corporation</u>

Jessica Ku Kim+, Workforce Development Board  (21-0050)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

>   **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   [Public Comment/Correspondence](#)

7.   **Renewing Our Commitment to DREAMers: Deferred Action for Childhood Arrivals (DACA) Proposed Rulemaking**

Recommendation as submitted by Supervisors Solis and Kuehl: Instruct County Counsel to submit a comment on behalf of the County supporting the proposed rule aimed at protecting the DACA program in accordance with the official public comment process outlined by the Department of Homeland Security.  (21-4024)

**Ellen Giesy, Michelle King, Roy Humphreys, Julie Martinez, Stephanie Luna, Alexia Partidacruz, Jose Ruiz and Eunisses Hernandez addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

>   **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   [Motion by Supervisors Solis and Kuehl](#)
[Public Comment/Correspondence](#)
[Audio](#)

**EXHIBIT 7 - Page 350**

8.   **Increase Support for Undocumented Individuals and Immigrants Experiencing Homelessness**

Recommendation as submitted by Supervisor Solis: Instruct the Executive Director of the Los Angeles Homeless Services Authority, in collaboration with the Executive Director of the Office of Immigrant Affairs within the Department of Consumer and Business Affairs, the Directors of Public Social Services, Health Services and Mental Health, the Interim Director of the Homeless Initiative, Chief Executive Office, and community and faith-based organizations that work with immigrants and undocumented individuals experiencing homelessness, to develop a plan to be issued in 90 days that will include policy recommendations to improve outreach and services to undocumented individuals experiencing homelessness including the following components:

Assessing the scope of the population of immigrants and undocumented people experiencing homelessness and how the homeless services system is currently serving this population;

Identifying gaps in homelessness prevention and homeless services that are accessible to undocumented people experiencing homelessness; and

Recommendations to better serve this population including, but not limited to the following:

Improving outreach to undocumented people experiencing homelessness, considering hours when outreach may be more effective, including the development of outreach materials for immigrants and service providers that describe the support services available to noncitizens and the immigration status restrictions, if any;

Improving bilingual and culturally competent services through partnerships with community-based organizations, interpreters and a multilingual workforce, also considering how to improve access to services in indigenous languages;

Reducing barriers to service access, including expansion of outreach to non-traditional homeless service connection points, including faith-based organizations, community clinics and other local institutions trusted within the undocumented community;

**EXHIBIT 7 - Page 351**

Trainings for the frontline workforce on how to effectively serve undocumented people experiencing homelessness by applying the immigrant equity lens to consider immigration status, cultural and language access concerns;

Strengthening linkages between the homeless services system and immigration legal services;

Improving access to housing resources for immigrants experiencing homelessness; and

State and Federal advocacy recommendations.  (21-4020)

**Ellen Giesy, Michelle King, Roy Humphreys, Aquilina Versoza, Alexia Partidacruz, Jose Ruiz, Zeke Sandoval, Michae De la Cuadra, Eunisses Hernandez, Francisco Moreno and Ambrose Brooks addressed the Board. Interested person(s) also submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*        Motion by Supervisor Solis
Public Comment/Correspondence
Audio

**EXHIBIT 7 - Page 352**

9.   **Permanent Support for Families Affected by Los Angeles County Sheriff's Department: Identifying Sustainable Funding for and Streamlining the Family Assistance Program**

Recommendation as submitted by Supervisor Solis: Instruct the Inspector General, Executive Director of the Sheriff's Civilian Oversight Commission and the Director of Public Health through the Office of Violence Prevention (OVP), in consultation with other relevant County Departments, to develop an implementation plan, budget and timeline for a permanent Family Assistance Program (FAP), and report back to the Board in writing in 90 days including, but not limited to, the following:

A program design and implementation plan that involves the OVP, per the recommendations of the Inspector General, as the County Department to lead the FAP;

An annual budget that includes program funding, family support reimbursements, and a plan for issuing payments for services, including estimated costs for OVP administration, staffing and operational expenses, and recommendations on how the County could contract and partner with community-based service providers and organizations to implement direct service elements of the program including mental health first aid, grief counseling, system navigation and burial services; and

A tracking system to gather and synthesize data on the total number of families impacted by a death involving the Sheriff's Department and the FAP's provision of services, broken down as follows:

The number of families who have received assistance;

The number of families who have requested assistance, but requests were denied;

The total number of families that had an advocate present for next-of-kin notification;

The total number of families requesting financial assistance for burial costs;

**EXHIBIT 7 - Page 353**

The total number of families who received financial assistance for burial costs;

The average length of time from request for financial assistance to reimbursement;

Other relevant data to track the impact and outcomes of the program; and

In addition, instruct the Director of Mental Health to provide all data related to the usage of FAP to the Office of Inspector General, the Civilian Oversight Commission, OVP and those identified above, within 21 days;

A plan for processing and making payment on the requests for financial assistance for burial costs of all families eligible to receive it, and should, among other things ensure that payments are made to these families no later than 45 days after the request is made; a description of what funding, if any, is needed to ensure that administrative needs are met to ensure that payments are made to families within the 45-day timeline; and additional support and assistance, through the help of an FAP Peer Advocate or otherwise, should be provided to families to help them navigate the process of requesting funding in a timely manner;

Instruct the Executive Director of the Sheriff's Civilian Oversight Commission, Inspector General, OVP and other relevant County Departments, to engage with the community and community stakeholders for input on improving the FAP and include recommendations and suggestions in the implementation plan and the report back to the Board; and

**EXHIBIT 7 - Page 354**

Direct the Chief Executive Officer, in consultation with the Inspector General, Executive Director of the Sheriff Civilian Oversight Commission, and the OVP, to report back to the Board in writing in 90 days, identifying a sustainable, long-term funding source, such as Assembly Bill 109, Care First Community Investment and Net County Cost, to continue the FAP, once the new implementation plan is developed and approved by the Board, in addition, identify $100,000 dollars in bridge funding and a temporary administrator of the funds to continue the program for affected families until the report back and a sustainable, long-term source of funding is identified in 45 days.  (21-4026)

**Ellen Giesy, Michelle King, Julie Martinez, Krithika Santhanam, Helen Jones, Stephanie Luna, Jay Stephen Brantley, Alexia Partidacruz, Red Chief Hunt, Michae De la Cuadra, Eunisses Hernandez and Valerie Vargas addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

_Attachments:_    Motion by Supervisor Solis
Report
Public Comment/Correspondence
Audio

**10.   Los Angeles County Shelter Crisis Declaration**

Recommendation as submitted by Supervisor Solis: Find that pursuant to Government Code Section 8698 et seq., a significant number of persons within the County are without the ability to obtain shelter, which has resulted in a threat to those persons' health and safety, and adopt a resolution declaring that the shelter crisis previously declared to exist within the County remains in effect for an additional year, during the period from November 2, 2021 through November 1, 2022; authorize the Chief Executive Officer to designate County public facilities for use as homeless shelters during the period of the declared shelter crisis; find that as a result of the Board's shelter-crisis declaration, pursuant to Government Code Section 8698.1, any State or local regulatory statute, regulation or ordinance prescribing standards of housing, health or safety, are hereby suspended for qualifying County public facilities serving as homeless shelters to the extent that strict compliance therewith would prevent, hinder or delay the County's efforts to mitigate the effects of the shelter crisis, and as previously authorized by the Board, the Chief Executive Officer has enacted alternative minimal health and safety standards pursuant to Government Code Section 8698.1(b) for qualifying facilities to be operative during the housing emergency; find that, pursuant to Government Code Section 8698.4, provisions of any housing, health, habitability,

**EXHIBIT 7 - Page 355**

planning and zoning or safety standards, procedures or laws, are hereby suspended for County homeless shelters insofar as the County has adopted the emergency housing provisions of the Los Angeles County Building Code (LACBC), consistent with ensuring minimal public health and safety and the requirements of Government Code Section 8698.4; instruct the Chief Executive Officer to take all appropriate steps to ensure compliance with the provisions of Government Code Section 8698.4 including, but not limited to, ensuring compliance with minimal public health and safety standards, filing a copy of the County's emergency housing provisions of the LACBC with the Department of Housing and Community Development (HCD) upon adoption of an ordinance subject to Government Code Section 8698.4, developing a plan (as described in Government Code Section 8698.4) to address the shelter crisis on or before July 1, 2022, filing an annual report by January 1 of each year to the Senate Committee on Housing and the Assembly Committee on HCD, and take any other actions consistent with and/or necessary for the implementation of the shelter crisis declaration and foregoing actions; and find that the proposed actions are either not subject to, or are exempt from the California Environmental Quality Act. (21-4023)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Solis
Public Comment/Correspondence

11.   **Rebuilding a County Workforce That Can Respond to the County's Complex Healthcare Needs**

Revised recommendation as submitted by Supervisor Mitchell: Instruct the Directors of Public Health, Mental Health and Health Services, in coordination with the Director of Personnel and the Chief Executive Officer, to:

Report back to the Board in writing in 60 days on the number of budgeted vacant and funded vacant positions currently existing in each health Department, the number of filled positions in which employees are unable to fulfill critical job functions because of long-term leave or other factors and the impact that these vacancies are having on access to clinical, preventive and environmental health care and services and employee caseloads, including details on the impact that vacancies are having on access or appointment wait times for new and existing patients/clients and any budgeted vacancies that cannot currently be filled due to funding restrictions or other factors; and

**EXHIBIT 7 - Page 356**

**Board of Supervisors**            **Statement Of Proceedings**            **October 19, 2021**

Report back to the Board in writing in 90 days on a short-term and long-term health care workforce development plan that includes:

A recruitment and hiring plan for budgeted vacant positions, with special attention on those vacancies and hires that are in line with the Board's priorities and the relevant Departments' strategic plans;

Identification of the specific funding or administrative obstacles inhibiting the Departments' ability to fill already budgeted positions and recommendations to address those obstacles;

Recommendations to streamline and incentivize the County's hiring process, particularly with respect to critical vacancies, to better enable more expeditious and successful hires; and

Career paths for new candidates to enter the County's healthcare workforce, including opportunities to work with community colleges, adult schools, academic and training partners and industry partners to train and hire staff that reflects the diversity and lived experience of the clients and patients the County serves; and

Direct the Chief Executive Officer, through the Legislative Affairs and Intergovernmental Relations Division, to work with California Governor Gavin Newsom, the California Legislature and the State Department of Health and Human Services to pursue legislative and other strategies to address the healthcare workforce shortage.  (21-4022)

**This item was taken up with Item No. 20.**

**Eunisses Hernandez addressed the Board.  Interested person(s) also submitted written testimony.**

**After discussion, on motion of Supervisor Mitchell, seconded by Supervisor Solis, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

_**Attachments:**_     Motion by Supervisor Mitchell
Revised motion by Supervisor Mitchell
Report
Public Comment/Correspondence
Audio I
Audio II

---

*County of Los Angeles*                    *Page 20*

**EXHIBIT 7 - Page 357**

Board of Supervisors                    Statement Of Proceedings                    October 19, 2021

12.   **Providing Critical Assistance for Dominguez Channel Public Nuisance and Health Emergency Events**

Revised recommendation as submitted by Supervisors Mitchell and Hahn: Acting as the County Flood Control District, find that the proposed actions are not a project or are exempt from the California Environmental Quality Act; and authorize and instruct the Director of Public Works to do the following:

Establish and implement a simplified and culturally and linguistically appropriate relief program to provide temporary aid to residents who are impacted by the Dominguez Channel Nuisance Event that provides impacted residents with the option of receiving reimbursement for the purchase of HEPA filters or filtration units or equivalent filtration units with activated charcoal (carbon) for HVAC systems and indoor air filters recommended by the Department of Public Health (DPH) with a reasonable limit per eligible household, or for renting a hotel room with a limit per eligible household of $182 per day, plus a limit of $66 per day for each person currently residing full time in the household for incidental expenses including, but not limited to, meals, with the program to be retroactively effective as of October 4, 2021;

Establish a means to timely deliver the necessary relief to persons for whom a reimbursement-based program will not suffice because of limited mobility, economic hardship, or other significant barriers; including the purchase and distribution of filters, filtration units or hotel rooms vouchers, by the Department of Public Works directly or through agreements with other agencies or organizations, with the program to be retroactively effective as of October 4, 2021;

In consultation with County Counsel, set program requirements to implement a reimbursement application process, set deadlines for submittal of applications and receipts, and extend or conclude the program as appropriate based on odor event impacts;

Enter into contracts, as needed, with a third-party administrator to administer the above programs, or coordinate with, and rely on, the Chief Executive Officer to enter into, utilize or amend contracts, as needed, with a third-party administrator to administer the above programs, and authorize the Chief Executive Officer to take such actions, as applicable;

Enter into cooperative agreements with affected cities to reimburse those cities for the purchase of HEPA filters, filtration units or other equipment for distribution to their residents consistent with the program requirements for

*County of Los Angeles*                    *Page 21*

**EXHIBIT 7 - Page 358**

**Board of Supervisors**                    **Statement Of Proceedings**                    **October 19, 2021**

reimbursement established by the Director Public Works;

In consultation with the Chief Executive Officer, identify funding for the above program(s) and options to seek reimbursement from State and Federal funding sources; and

Report back to the Board in writing within 30 days on the status of the relief program(s), including the number of submitted reimbursement applications for equipment and relocation assistance, number of approvals and denials, and a breakdown on the average waiting time before reimbursement is received; and

In collaboration with the Fire Chief, continue to investigate this odor incident and report back to the Board in writing on a semi-monthly basis, on the cause, corrective action plan and any measures that can be implemented to prevent this type of incident from reoccurring; and

Instruct the Director of Public Health, in partnership with the Director of Public Works, to proactively provide relevant health information, information on the County's claims reimbursement process, technical assistance, and service referrals to particularly vulnerable communities, including homebound persons and non-English speaking communities, through both digital and non-digital methods of communication; and track the frequency and types of health symptoms being reported by affected residents, and coordinate with the Director of the South Coast Air Quality Management District and the Fire Chief to ensure adequate community air monitoring is being conducted to meet health assessment needs to protect residents, workers and students in the surrounding area.  (21-4028)

**Ana Meni addressed the Board.  Interested person(s) also submitted written testimony.**

**Mark Pestrella, Director of Public Works, and Dr. Muntu Davis, Public Health Officer, responded to questions posed by the Board.**

**After discussion, on motion of Supervisor Mitchell, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

>    **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

_**Attachments:**_    Motion by Supervisor Mitchell
Revised motion by Supervisors Mitchell and Hahn
Report
Public Comment/Correspondence
Audio I
Audio II

---

*County of Los Angeles*                    *Page 22*

EXHIBIT 7 - Page 359

**Board of Supervisors**                    **Statement Of Proceedings**                    **October 19, 2021**

**13.**   **Extend the Reward Offer in the Investigation of the Murder of Danah Rojo-Rivas**

Recommendation as submitted by Supervisor Mitchell: Extend the $20,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the heinous murder of 16-year-old Danah Rojo-Rivas, who was fatally shot while seated in the back seat of her mother's Ford Mustang at the intersection of Euclid Avenue and Long Beach Boulevard in the City of Lynwood on November 23, 2016, at approximately 9:34 p.m.  (16-5954)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Mitchell
Notice of Reward
Public Comment/Correspondence

**14.**   **Extend the Reward Offer in the Investigation of the Murder of James Haley**

Recommendation as submitted by Supervisor Mitchell: Extend the $10,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the death of 61-year-old James Haley, who was struck and killed in a hit-and-run accident by a suspect driving a 2017 white Dodge Charger while walking southbound on the 1700 block of Firestone Boulevard at the intersection of Holmes Avenue in the unincorporated area of Florence on July 14, 2018, at approximately 2:00 a.m.  (18-7875)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Mitchell
Notice of Reward
Public Comment/Correspondence

---

**EXHIBIT 7 - Page 360**

**Board of Supervisors**                    **Statement Of Proceedings**                    **October 19, 2021**

**15.**    **Extend the Reward Offer in the Investigation of the Murder of Richard Allen Jefferson, Sr.**

Recommendation as submitted by Supervisor Mitchell: Extend the $10,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the murder of 65-year-old Richard Allen Jefferson, Sr., who was fatally shot while standing on the east sidewalk on the 1400 block of Paulsen Avenue in the City of Compton on September 19, 2018, at approximately 6:38 p.m.  (20-6114)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

_**Attachments:**_        Motion by Supervisor Mitchell
Notice of Reward
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 24*

**EXHIBIT 7 - Page 361**

**Board of Supervisors**                **Statement Of Proceedings**                **October 19, 2021**

**16.**   **Reestablish a Reward Offer in the Investigation of the Murder of Crystal Crawford**

Recommendation as submitted by Supervisor Mitchell: Reestablish a $10,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the death of 24-year-old Crystal Crawford, who was fatally shot while sitting in a parked vehicle near the intersection of 95th Street and 8th Avenue in the City of Inglewood on May 31, 2009, at approximately 10:30 p.m.  (21-2729)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

   **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*     Motion by Supervisor Mitchell
                   Notice of Reward
                   Public Comment/Correspondence

---

*County of Los Angeles*                        *Page 25*

EXHIBIT 7 - Page 362

**Board of Supervisors**                **Statement Of Proceedings**                **October 19, 2021**

**17.**   **Reestablish the Reward Offer in the Investigation of the Murder of Felix Valverde**

Recommendation as submitted by Supervisor Mitchell: Reestablish the $10,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the murder of Felix Valverde, who was fatally shot while attending a party at 9014 Compton Avenue in the unincorporated area of Florence-Firestone on August 17, 2019, at approximately 1:03 a.m.  (20-3604)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*      Motion by Supervisor Mitchell
Notice of Reward
Public Comment/Correspondence

**18.**   **Safely Reducing the Jail Population by Expanding the Community-Based System of Care for Cisgender Women, Two Spirit, Lesbian, Gay, Bisexual, Questioning, and Transgender, Gender Non-conforming and/or Intersex (2S-LGBQ+TGI) Individuals**

Recommendation as submitted by Supervisors Kuehl and Mitchell: Instruct the Director of the Jail Closure Implementation Team (JCIT) to report back to the Board in 90 days and every 90 days thereafter, with updates on the status of the following directives:

> In collaboration with the Director of Alternatives to Incarceration and the Director of the Office of Diversion and Re-Entry, work with the Gender Responsive Advisory Committee (GRAC) through the Director of Gender Responsive Services, to prioritize and implement those GRAC report recommendations that further the JCIT's mandate to decrease the jail population and close Men's Central Jail (MCJ) without a replacement and the County's mission to expand the community-based system of care for 2S-LGBQ+TGI people, including those individuals housed at Century Regional Detention Facility (CRDF) and in the K6G units at County facilities;

> Develop a scope of work for a consultant from an academic research institution to complete an updated CRDF population study utilizing a racial equity lens, in addition, this analysis should also include the individuals housed in the K6G units in order to refine and update the prioritization

---

*County of Los Angeles*                *Page 26*

**EXHIBIT 7 - Page 363**

referred to above, as needed, according to the needs of those currently being held at CRDF and K6G units; and

Work with the Sheriff, through the Director of Gender Responsive Services and other relevant stakeholders, including the Director of Health Services, through its Director of Correctional Health Services, including and engaging people who are currently incarcerated, through the use of round table conversations, to prioritize and implement those recommendations from the GRAC report that promote gender-responsive, trauma-informed services and programming for individuals at CRDF and in K6G units who do not immediately qualify for release.  (21-4025)

**Ellen Giesy, Michelle King, Jay Stephen Brantley, Eunisses Hernandez and Ambrose Brooks addressed the Board.  Interested person(s) also submitted written testimony.**

**After discussion, on motion of Supervisor Kuehl, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisors Kuehl and Mitchell
Report
Public Comment/Correspondence
Audio I
Audio II

**EXHIBIT 7 - Page 364**

**Board of Supervisors**                **Statement Of Proceedings**                **October 19, 2021**

---

**19.**    **2021 Malibu Half Marathon and 5K Event Fee Waiver**

Recommendation as submitted by Supervisor Kuehl: Waive half of the total gross receipts fee in an estimated amount of $30,450, with any contribution paid directly to the Boys and Girls Club excluded from the gross receipts amount and fee, reduce the permit fee to $125, and reduce the parking fee to $5 per vehicle, for approximately 1,200 vehicles, for set-up from November 11 through 14, 2021 and for approximately 3,000 vehicles on race days on November 13 and 14, 2021, excluding the cost of liability insurance, for the Malibu Half Marathon and 5K Event hosted by the Malibu Race Series Association.   (21-4018)

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Kuehl
Public Comment/Correspondence

**20.**    **Enhancing Recruitment and Retention for Mental Health Field Positions**

Recommendation as submitted by Supervisors Hahn and Barger: Instruct the Director of Mental Health and the Chief Executive Officer, in consultation with the Director of Personnel, to explore options to improve recruitment and retention of field-based mental health positions, and report back to the Board in 45 days with their analysis of each option's feasibility, such as the following:

Reclassifying positions and/or developing new classifications for mental health professionals and paraprofessionals (e.g. peer specialists) on Psychiatric Mobile Response Teams (PMRT), Mental Evaluation Teams (MET), Homeless Outreach and Mobile Engagement (HOME) teams and Full Service Partnership (FSP) teams;

Relaxing the background check requirements for individuals applying for peer specialist positions, recognizing that peers serve an important role on the path to treatment and recovery and that past criminal records should not prevent them from filling these roles;

Evaluating the Department of Mental Health's current efforts to reactivate the loan forgiveness program to address the shortage of psychiatrists willing to work in field-based positions in the public sector; and

Considering other financial incentives for positions on PMRT, MET, HOME and FSP teams to enhance recruitment, such as signing bonuses and hazard pay; and

---

*County of Los Angeles*                *Page 28*

**EXHIBIT 7 - Page 365**

**Board of Supervisors**                    **Statement Of Proceedings**                    **October 19, 2021**

Instruct the Director of Mental Health and the Chief Executive Officer report back
to the Board in 60 days on best practices, including priority access to dedicated
wellbeing resources for self-care, in other government departments who have
successfully enhanced recruitment and retention strategies for mental health and
behavioral health providers that the County could pursue; the possibility of
contracting with community-based organizations to provide field-based services;
and additional capacity, programmatic, or legislative barriers that limit or impede
the County's ability to develop and expand mental health field-based programs and
staff.  (21-4017)

**This item was taken up with Item No. 11.**

**Michelle King, Traute Winters, Jodi Kurata, Michael Zelman, Patricia
Costales, Lauren Nakano, Jay Stephen Brantley, Carolyn Labbe, Beltran
Chow, Eunisses Hernandez and Ambrose Brooks addressed the Board.
Interested person(s) also submitted written testimony.**

**After discussion, on motion of Supervisor Hahn, seconded by Supervisor
Barger, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor
> Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*      Motion by Supervisors Hahn and Barger
Report
Public Comment/Correspondence
Audio I
Audio II

---

**EXHIBIT 7 - Page 366**

**Board of Supervisors**                **Statement Of Proceedings**                **October 19, 2021**

21.    **Five-Signature Letter to Support the Medium- and Heavy-Duty Electric Vehicle Infrastructure Act of 2021**

Recommendation as submitted by Supervisor Hahn: Send a five-signature letter in support of House Resolution 4440 and Senate Bill 2347 (Barragán and Merkley) Medium- and Heavy-Duty Electric Vehicle Infrastructure Act of 2021, to United States Representative Nanette Barragán and Senator Jeff Merkley, with a copy to the Los Angeles County Congressional Delegation, as well as United States Senators Dianne Feinstein and Alex Padilla.  (21-4021)

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Hahn
Five-Signature Letter
Public Comment/Correspondence

22.    **Proclaiming National "Fire Prevention Month"**

Recommendation as submitted by Supervisor Hahn: Proclaim October 2021 as "Fire Prevention Month" throughout Los Angeles County and encourage all County residents to learn the essential steps to reduce the likelihood of having a fire and how to escape safely in the event of a fire.  (21-4019)

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Hahn
Public Comment/Correspondence

**EXHIBIT 7 - Page 367**

**23.**    **Proclaiming "Community Health Worker Appreciation Day" in Los Angeles County**

Recommendation as submitted by Supervisor Barger: Proclaim October 21, 2021 as "Community Health Worker Appreciation Day" throughout Los Angeles County to raise public awareness and celebrate the work that Community Health Workers do to inform and support the communities of Los Angeles County.  (21-4016)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Barger
Public Comment/Correspondence

**24.**    **Los Angeles County Employees Retirement Association (LACERA) Election of the Third Member of the Board of Investments and the Third Member of the Board of Retirement Results**

Executive Officer of the Board's recommendation: Declare the following election results official, which shall serve a term of three years beginning January 1, 2022 and expiring December 31, 2024; and instruct the Executive Officer of the Board to send notices of the election results to the Chief Executive Officer of LACERA and the Chairpersons of the Board of Investments and Board of Retirement:

Mr. Herman Bermudez Santos elected to the office of the Third Member, Board of Investments; and

Ms. Vivian H. Gray elected to the office of the Third Member, Board of Retirement.  (21-3970)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**EXHIBIT 7 - Page 368**

**25.**     **Board Policy No. 9.015 - County Policy of Equity**

Executive Officer of the Board's recommendation: Approve the proposed updates to Board Policy No. 9.015 - County Policy of Equity and extend the Sunset Review date to October 1, 2023.  (21-3916)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*      Board Letter
                    Public Comment/Correspondence

**26.**     **Board of Supervisors Meeting Minutes for August 2021**

Executive Officer of the Board's recommendation: Approve minutes for the August 2021 meetings of the Board of Supervisors and Special Districts for which the Board is the governing body. **NOTE: The minutes for the month of August 2021 can be found online at:**  http://portal.lacounty.gov/wps/portal/sop/  (21-3882)

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*      Board Letter
                    Public Comment/Correspondence

**EXHIBIT 7 - Page 369**

**Board of Supervisors**  **Statement Of Proceedings**  **October 19, 2021**

## ADMINISTRATIVE MATTERS    27 - 45

### Chief Executive Office

**27.**  **Status Report on the Los Angeles County Shelter Crisis and Housing Initiative for Individuals Experiencing Homelessness**

Report by the Chief Executive Officer and the Director of the Homeless Initiative on a status of the shelter crisis and development of urgent housing initiative for individuals experiencing homelessness, as requested at the Board meetings of October 29, 2019 and November 26, 2019. (Continued from the meeting of 8-10-21)   (19-7713)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was continued to December 7, 2021.**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Public Comment/Correspondence

**28.**  **Service Employee International Union (SEIU) Fringe Benefits and Bargaining Units Represented by SEIU Local 721 and Coalition of County Unions Memoranda of Understanding (MOU)**

Recommendation: Approve the accompanying Fringe Benefits MOU amendment with SEIU Local 721 for a six-month term ending on March 31, 2022; approve the accompanying Fringe Benefit MOU amendment with the Coalition of County Unions (CCU) for a nine-month term ending on March 31, 2022; approve an ordinance for introduction amending County Codes, Title 5 - Personnel and Title 6 - Salaries; approve a Countywide one-time bonus of $1,000 ($500 part-time) and an additional $500 COVID Appreciation Pay for qualifying employees as defined by the Chief Executive Officer; authorize the Director of Health Services use of special funding for a "Hero Pay" bonus for all qualifying Department of Health Services employees, up to a maximum of $650; approve the accompanying "no change" MOUs extensions for a six-month term ending March 31, 2022, for the following SEIU Local 721 bargaining units; and instruct the Auditor-Controller to make all payroll system changes necessary to implement the recommendations contained herein: **4-VOTES** (Relates to Agenda No. 46)

Unit 105 - Student Workers
Unit 111 - Clerical and Office Services Employees
Unit 112 - Supervising Clerical and Office Services Employees
Unit 121 - Administrative Technical and Staff Personnel

**EXHIBIT 7 - Page 370**

**Board of Supervisors**        Statement Of Proceedings        **October 19, 2021**

Unit 122 - Supervising Administrative Technical and Staff Personnel

Unit 201 - Building Custodians and Services Employees

Unit 211 - Institutional Support Services Employees

Unit 221 - Paramedical Technical Employees

Unit 222 - Supervising Paramedical Health Employees

Unit 311 - Registered Nurse

Unit 312 - Supervising Registered Nurses

Unit 341 - Health Science Professional Employees

Unit 342 - Supervising Health Science Professional Employees

Unit 431 - Artisan and Blue Collar Employees

Unit 432 - Supervisory Artisan and Blue Collar Employees

Unit 711 - Social Workers

Unit 722 - Medical Social Workers

Unit 723 - Children's Social Workers

Unit 729 - Health Financial Support Services

Unit 731 - Social Services Investigators

Unit 732 - Supervising Social Services Investigators

Unit 777 - Supervising Social Workers

Unit 811 - Librarians  (21-3679)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

       **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*     Board Letter
                  Public Comment/Correspondence

**EXHIBIT 7 - Page 371**

**29.**    **Internal Services Department Lease Agreement**

Recommendation: Authorize the Chief Executive Officer to execute a proposed lease with the County of Orange, a political subdivision of the State, for the Internal Services Department's (ISD's) continued use of approximately 4,801 sq ft of office space and four on-site parking spaces for ISD's Local Recovery Center, located at 1400 South Grand Avenue, Suites 122 and 124 in the City of Santa Ana (Premises), with an estimated maximum first-year base rental amount of $833,465, and an estimated total lease amount of $5,722,000 for a five-year term, which includes the base rent plus the estimated electricity reimbursement costs over the five-year term, 100% funded by Net County Cost; authorize and direct the Chief Executive Officer to execute any other ancillary documentation necessary to effectuate the proposed lease, and take actions necessary and appropriate to implement the proposed lease including, without limitation, the exercise of early termination rights, the option to reduce the Premises and the options to exercise the extension of the lease; and find that the proposed lease is exempt from the California Environmental Quality Act.  (21-3959)

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
                Public Comment/Correspondence

**30.**    **McCourtney Juvenile Justice Center Joint Occupancy Agreement Amendment**

Recommendation: Authorize the Chief Executive Officer to execute a proposed amendment to a Joint Occupancy Agreement (JOA) between the Judicial Council of California and the County for the McCourtney Juvenile Justice Center located at 1040 West Avenue J in the City of Lancaster (5); and execute any other ancillary documentation necessary to effectuate the terms of the proposed JOA amendment, and take other actions necessary and appropriate to implement and effectuate the terms of the proposed JOA amendment.   (21-3960)

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
                Public Comment/Correspondence

**EXHIBIT 7 - Page 372**

Board of Supervisors        Statement Of Proceedings        October 19, 2021

**Health and Mental Health**

31. **Report on the Health Agency's Progress Serving as the Capital Improvements Intermediary**

    Report by the Health Agency on the Agency's progress serving as the Capital Improvements Intermediary, as requested at the Board meeting of January 24, 2017.  (17-0821)

    **Interested person(s) submitted written testimony.**

    **On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was continued two weeks to November 2, 2021.**

    **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

    *Attachments:*    Public Comment/Correspondence

**EXHIBIT 7 - Page 373**

Board of Supervisors        Statement Of Proceedings        October 19, 2021

### Community Services

32. **Dockweiler Recreational Vehicle Park Office Building Improvements Project Construction Contract**

Recommendation: Approve the revised project budget of $3,300,000 from the previously Board-approved amount of $2,700,000 for the Dockweiler Recreational Vehicle Park Office Building Improvements Project, Capital Project No. 77526 (Project) (4), with sufficient appropriation available in the Fiscal Year 2021-22 Capital Projects/Refurbishment Budget, under the Project to fully fund the revised Project budget; authorize the Director of Public Works to finalize and execute five change orders with Simgel Company, Inc., for a total amount not to exceed $580,000, which is 35% of the original contract amount of $1,645,000, the change orders are required to address unforeseen conditions encountered during construction, including $100,000 to repair the damaged and deteriorated building roof, including the roof structural framing, ceramic roof tiles and roof skylights, $100,000 to repair the damaged and deteriorated exterior walls and associated finishes of the office building and to demolish and remove the deteriorated building exterior trellis, $160,000 to repair the damaged and deteriorated interior walls and associated finishes in the office building, $100,000 to remove and replace the damaged and deteriorated concrete floor slab in the restroom and shower areas of the office building and $120,000 to replace the damaged and deteriorated building and site underground sewer, water and electrical lines; and find that the recommended actions are within the scope of the previous findings of exemption for the previously approved Project, and that the work included in the proposed construction change orders is exempt from the California Environmental Quality Act. **(Department of Public Works) 4-VOTES** (21-3973)

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

       **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*      Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*        *Page 37*

**EXHIBIT 7 - Page 374**

**Board of Supervisors**                 Statement Of Proceedings                 **October 19, 2021**

**33.** **LAC+USC Medical Center Core Laboratory Equipment Replacement and Mechanical Upgrade Projects Construction Contract**

Recommendation: Approve the revised project scope and budget of $3,600,000 from the previously Board-approved amount of $3,499,000 for the LAC+USC Medical Center Core Laboratory Equipment Replacement Project, Capital Project (CP) No. 87336, and $1,700,000 from the previously Board-approved amount of $1,300,000 for the LAC+USC Medical Center Mechanical Upgrade Project, CP No. 87398 (1); approve an appropriation adjustment to reallocate $101,000 and $400,000 respectively, from the Department of Health Services' Enterprise Fund-Committed for Department of Health Services to CP Nos. 87336 and 87398, to fully fund the projects in Fiscal Year 2021-22 expenditures; and find that the recommended actions are within the scope of the previously findings of exemption for the previously approved CP Nos. 87336 and 87398 and that the modifications to the scope are also exempt from the California Environmental Quality Act. **(Department of Public Works) 4-VOTES** (21-3917)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*   Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                 *Page 38*

EXHIBIT 7 - Page 375

**34.** **White Point Park Sewer Force Main and White Point Park Restroom Rehabilitation Projects Construction Contract**

Recommendation: Approve the White Point Park Sewer Force Main Project, Capital Project (CP) No. 87610, with a total project budget of $2,800,000 and the White Point Park Restroom Rehabilitation Project, CP No. 87749, with a total project budget of $1,500,000 at the White Point Park located at 1801 West Paseo del Mar in the City of San Pedro (4); adopt plans and specifications for construction of CP No. 87610 at an estimated fair construction amount of $1,500,000; advertise CP No. 87610 for bids to be received and opened on November 18, 2021; find that the proposed CP Nos. 87610 and 87749 are exempt from the California Environmental Quality Act; and authorize the Director of Public Works to take the following actions: **(Department of Public Works)**

Execute a consultant services contract with the apparent lowest responsive and responsible bidder to prepare a baseline construction schedule for an amount not to exceed $2,000, funded by the existing project funds for CP No. 87610;

Determine that a bid is nonresponsive and reject a bid on that basis, waive inconsequential and nonmaterial deficiencies in bids submitted and determine whether the apparent lowest responsive and responsible bidder has prepared a satisfactory baseline construction schedule and satisfied all conditions in a timely manner for contract award for CP No. 87610, and award and execute a construction contract to the apparent lowest responsive and responsible bidder if the low bid can be awarded within the approved total project budget, and take all other actions necessary and appropriate to deliver CP No. 87610; and

Deliver CP No. 87749 using a Board-approved Job Order Contract. (21-3974)

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

EXHIBIT 7 - Page 376

**35.**   **Royal Palms New Septic System Project Construction Contract**

Revised recommendation: Approve the Royal Palms New Septic System Project, Capital Project No. 69843 (Project), located at 1799 Paseo del Mar in the community of San Pedro within the City of Los Angeles (4), with a total Project budget of $1,425,000; adopt plans and specifications for construction of the Project at an estimated fair construction amount of $650,000; advertise the Project for bids to be received and opened by 10:30 a.m. on November 18, 2021; find that the proposed Project is exempt from the California Environmental Quality Act; and authorize the Director of Public Works to take the following actions: **(Department of Public Works)**

Execute a consultant services contract with the apparent lowest responsive and responsible bidder to prepare baseline construction schedules for an amount not to exceed $2,000, funded by the existing Project funds; and

Determine that a bid is nonresponsive and reject a bid on that basis, waive inconsequential and nonmaterial deficiencies in bids submitted, determine, in accordance with the applicable contract and bid documents, whether the apparent lowest responsive and responsible bidder has prepared a satisfactory baseline construction schedule and satisfied all conditions in a timely manner for contract award, award and execute the construction contract to the apparent lowest responsive and responsible bidder if the low bid can be awarded within the approved total Project budget, and take all other actions necessary and appropriate to deliver the Project.  (21-3982)

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*      Board Letter
Public Comment/Correspondence

**EXHIBIT 7 - Page 377**

Board of Supervisors                    Statement Of Proceedings                    October 19, 2021

**36.** **Camp Scott Light Standards and Guardrails Project Construction Contract**

Recommendation: Establish and approve the proposed Camp Scott Light
Standards and Guardrails Project, Capital Project No. 87579 (Project), located at
28700 Bouquet Canyon Road in an unincorporated area of Santa Clarita (5), with
a total proposed Project budget of $972,000; approve an appropriation adjustment
to transfer $887,000 from the Extraordinary Maintenance, Services and Supplies
budget to the Project, to fully fund the proposed Project; adopt the plans and
specifications for construction of the Project; advertise the Project for bids to be
received and opened by 10:30 a.m. on November 23, 2021; find that the proposed
Project is exempt from the California Environmental Quality Act; and authorize the
Director of Public Works to take the following actions: **(Department of Public
Works)**

Execute a consultant services contract with the apparent lowest responsive
and responsible bidder to prepare a baseline construction schedule for an
amount not to exceed $5,000, funded by the Project funds; and

Determine that a bid is nonresponsive and reject a bid on that basis, award
the construction contract to the next lowest responsive and responsible
bidder, waive inconsequential and nonmaterial deficiencies in bids
submitted, determine, in accordance with the applicable contract and bid
documents, whether the apparent lowest responsive and responsible bidder
satisfied all conditions for contract award, award and execute the
construction contract to the apparent lowest responsive and responsible
bidder if the low bid can be awarded within the approved total budget,
establish the effective date of the contract upon receipt by the Department
of Public Works of acceptable performance and payment bonds and
evidence of required contractor insurance, and take all other actions
necessary and appropriate to deliver the Project.  (21-3975)

**Interested person(s) submitted written testimony.**

**After discussion, on motion of Supervisor Barger, seconded by Supervisor
Hahn, this item was continued to November 16, 2021 and was duly carried
by the following vote:**

**Ayes:**   3 -   Supervisor Hahn, Supervisor Barger and Supervisor
Solis

**Noes:**   2 -   Supervisor Mitchell and Supervisor Kuehl

_Attachments:_   Board Letter
Public Comment/Correspondence
Audio

*County of Los Angeles*                    *Page 41*

**EXHIBIT 7 - Page 378**

**Board of Supervisors**                    **Statement Of Proceedings**                    **October 19, 2021**

**37.**    **Mount Lowe Drive Median Relandscaping Project Construction Contract**

Recommendation: Approve the Mount Lowe Drive Median Relandscaping Project (Project), located in the unincorporated community of Altadena (5), with a total Project estimate not-to-exceed $1,400,000; authorize the Director of Public Works to deliver the Project using a Board-approved Job Order Contract; and find that the proposed Project is exempt from the California Environmental Quality Act. **(Department of Public Works)**  (21-3976)

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 42*

EXHIBIT 7 - Page 379

**Board of Supervisors**     **Statement Of Proceedings**     **October 19, 2021**

<u>**Ordinances for Adoption**</u>

**38.**     **County Code, Title 6 - Salaries Amendment**

Ordinance for adoption amending County Code, Title 6 -Salaries, by adding and establishing the salary for one employee classification, one unclassified classification, and one unclassified classification with special pay provision applicable only to the Los Angeles County Employees Retirement Association (LACERA); changing the title of two non-represented employee classifications applicable only to LACERA; adding, deleting and/or changing certain employee classifications and number of ordinance positions applicable only to LACERA; and changing a special pay provision to add bonus eligibility for one unclassified classification applicable only to LACERA.   (21-3852)

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, the Board adopted Ordinance No. 2021-0054 entitled, "An ordinance amending Title 6 - Salaries of the Los Angeles County Code to add and establish the salary for two unclassified classifications, one with special pay provision; and add, delete, and/or change certain employee classifications and number of ordinance positions in the Los Angeles County Employees Retirement Association."  This ordinance shall take effect October 19, 2021.**

**This item was duly carried by the following vote:**

      **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*<u>Attachments:</u>*     Ordinance
                Certified Ordinance
                Public Comment/Correspondence

**39.**    **County Code, Title 6 - Salaries Amendment**

Ordinance for adoption amending County Code, Title 6 - Salaries by adding and establishing the salaries for one unclassified classification and two employee classifications; and adding, deleting and/or changing certain employee classifications and number of ordinance positions in the Departments of Auditor-Controller, Board of Supervisors, Child Support Services, District Attorney, Los Angeles County Health Agency, Parks and Recreation, Public Defender and Public Social Services.   (21-3857)

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, the Board adopted Ordinance No. 2021-0055 entitled, "An ordinance amending Title 6 – Salaries of the Los Angeles County Code to add and establish the salaries for one unclassified classification and two employee classifications; and add, delete, and/or change certain employee classifications and number of ordinance positions in various Departments to implement the findings of classification studies."  This ordinance shall take effect October 19, 2021.**

**This item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Ordinance
Certified Ordinance
Public Comment/Correspondence

**EXHIBIT 7 - Page 381**

**40.**  **County Code, Title 6 - Salaries Amendment**

Ordinance for adoption amending County Code, Title 6 - Salaries by adding, deleting and/or changing certain employee classifications and number of ordinance positions in the Department of Health Services.   (21-3859)

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, the Board adopted Ordinance No. 2021-0056 entitled, "An ordinance amending Title 6 – Salaries of the Los Angeles County Code to add, delete, and/or change certain employee classifications and number of ordinance positions in the Department of Health Services to implement the findings of a classification study."  This ordinance shall take effect October 19, 2021.**

**This item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*        Ordinance
                     Certified Ordinance
                     Public Comment/Correspondence

**EXHIBIT 7 - Page 382**

| Board of Supervisors | Statement Of Proceedings | October 19, 2021 |
|---|---|---|

**Miscellaneous**

**41.**   **Cerritos Community College District Levying of Taxes**

Request from the Cerritos Community College District: Adopt a resolution authorizing the County to levy taxes in an amount sufficient to pay the principal of and interest on the District's Election of 2012 General Obligation Bonds, Series 2021D, in an aggregate principal amount not to exceed $75,000,000; and direct the Auditor-Controller to place on the 2021-22 tax roll, and all subsequent tax rolls, taxes sufficient to fulfill the requirements of the debt service schedule for the Bonds that will be provided to the Auditor-Controller by the District following the sale of the Bonds.  (21-3979)

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

>   **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**42.**   **Citrus Community College District Levying of Taxes**

Request from the Citrus Community College District: Adopt a resolution authorizing the County to levy taxes in an amount sufficient to pay the principal of and interest on the District's General Obligation Bonds, 2020 Election, 2021 Series A, in an aggregate principal amount not to exceed $50,000,000; and direct the Auditor-Controller to place on the 2021-22 tax roll, and all subsequent tax rolls, taxes sufficient to fulfill the requirements of the debt service schedule for the Bonds that will be provided to the Auditor-Controller by the District following the sale of the Bonds.  (21-3978)

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

>   **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**EXHIBIT 7 - Page 383**

Board of Supervisors                    Statement Of Proceedings                    October 19, 2021

---

### Miscellaneous Additions

43.    **Additions to the agenda which were posted more than 72 hours in advance
of the meeting, as indicated on the supplemental agenda.**  (12-9995)

43-A.   **MacLaren Community Park Project - Adopt Mitigated Negative Declaration**

Recommendation as submitted by Supervisor Solis: Consider the Mitigated
Negative Declaration (MND) for the MacLaren Community Park Project, Capital
Project No. 69953 (Project) located in the City of El Monte, together with any
comments received during the public review process, find that the MND reflects the
independent judgement and analysis of the Board and adopt the mitigation
monitoring plan, finding that it is adequately designed to ensure compliance with
the mitigation measures during Project implementation; find on the basis of the
whole record before the Board that there is no substantial evidence the Project
may have a significant effect on the environment, and adopt the MND; approve the
Project, as revised; find that the portion of the MacLaren property proposed to be
leased to the City of El Monte (City) for use by the City as a public park is exempt
surplus land and therefore not subject to the requirements for the disposition of
surplus land pursuant to the California Surplus Land Act; by unanimous vote,
authorize the Chief Executive Officer to negotiate and execute a gratis long-term
ground lease, with renewal options, with the City for the portion of the MacLaren
site where the new park will be located, with the agreement of the City that it
establish, operate and maintain a public park on the property; and authorize the
Chief Executive Officer to negotiate and execute any ancillary documents and
exhibits for transfer of the property to the City for public park purposes. **5-VOTES**
(21-4068)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item
was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor
>                     Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*        Motion by Supervisor Solis
                      Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 47*

**EXHIBIT 7 - Page 384**

**Board of Supervisors**                 **Statement Of Proceedings**                 **October 19, 2021**

**43-B.** **Proclaiming October 24 through 30, 2021 as "National Lead Poisoning Prevention Week"**

Recommendation as submitted by Supervisors Solis and Hahn: Proclaim the week of October 24 through 30, 2021 as "National Lead Poisoning Prevention Week" and encourage all County residents to learn about the dangers of lead exposure, common home and work sources of lead and the steps we can all take to protect our children from lead poisoning.  (21-4066)

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisors Solis and Hahn
Public Comment/Correspondence

---

*County of Los Angeles*                 *Page 48*

EXHIBIT 7 - Page 385

Board of Supervisors                 Statement Of Proceedings                 October 19, 2021

---

**43-C.**   **Full and Independent Audit Investigation into Alleged Misconduct of a Former Los Angeles County Public Official and Increasing Transparency and Accountability in Contracting Process**

Recommendation as submitted by Supervisors Solis and Barger: Instruct County Counsel to retain an outside law firm to conduct an independent investigation of the Federal allegations and the associated County processes and policies in place, with the outside law firm to retain a forensic auditor as part of the full and independent investigation, and provide recommendations to the Board for any proposed process and policy enhancements and improvements; instruct all County Departments, including those referenced in the Federal indictment, in conjunction with County Counsel, to cooperate with the Federal investigation and prosecutions, including preserving all potentially relevant materials and information; and instruct County Counsel to inform the Federal Government that nothing in this motion is intended in any way to interfere with or obstruct its investigation or prosecutions. (21-4069)

**Maria Brenes, Hans Johnson and Eric Preven addressed the Board. Interested person(s) also submitted written testimony.**

**Rodrigo Castro-Silva, County Counsel, and Arlene Barrera, Auditor-Controller, responded to questions posed by the Board.**

**Supervisor Mitchell made a motion to amend the language in Directive No. 1 of Supervisors Solis and Barger's joint motion to read as follows:**

1. **Instruct County Counsel to retain an outside law firm to conduct an independent investigation of the** <u>County service contracts referenced in the</u> **Federal allegations, and the associated County processes and policies in place**<u>; such investigation shall include all County service contracts in all Supervisorial Districts with a significant cumulative monetary value approved by this Board between the years 2008-2020, or such other timeframe that is consistent with best auditing practices,</u> **with the outside law firm to retain a forensic auditor…**

**Supervisor Kuehl made a motion to amend Supervisor Mitchell's amending motion to include language in the second sentence to read as follows:**

…~~such~~ <u>the</u> investigation <u>and audit</u> shall <u>also</u> include…

**Supervisors Solis and Barger accepted Supervisors Mitchell and Kuehl's amendments.**

---

*County of Los Angeles*                 *Page 49*

EXHIBIT 7 - Page 386

Board of Supervisors                    Statement Of Proceedings                    October 19, 2021

**Supervisor Hahn made a motion to amend Supervisor Mitchell's amending motion to also direct County Counsel to return to the Board with the outside law firm's scope of work and scope of investigation.  Supervisor Mitchell accepted Supervisor Hahn's amendment.**

**After discussion, on motion of Supervisor Solis, seconded by Supervisor Barger, this item, as amended, was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*    Motion by Supervisors Solis and Barger
Motion by Supervisor Mitchell
Public Comment/Correspondence
Audio I
Audio II
Audio III

*County of Los Angeles*                    *Page 50*

**EXHIBIT 7 - Page 387**

**43-D.** **COVID-19 American Rescue Plan Act's Small Business Relief Programs**

Recommendation as submitted by Supervisors Mitchell and Solis: Approve an appropriation adjustment that reflects an increase of $7,500,000 in appropriations in the Department of Workforce Development, Aging and Community Services (WDACS) Final Adopted budget offset by a corresponding increase of $7,500,000 in Federal revenue from the American Rescue Plan Act (ARPA) to fund a COVID-19 Small Business Rent Relief Program; approve an appropriation adjustment that reflects an increase of $10,000,000 in appropriations in WDACS' Final Adopted budget offset by a corresponding increase of $10,000,000 in Federal revenue from the ARPA to fund a COVID-19 Keep LA County Dining Program; authorize the Acting Director of Workforce Development, Aging and Community Services, in consultation with County Counsel, to enter into, execute, amend and, if necessary, terminate, subrecipient agreements, including sole source agreements, or any related agreements, for the following: (Relates to Agenda No. 3-D) **4-VOTES**

Up to $7,500,000 for the COVID-19 Small Business Rent Relief Program to provide rental assistance to qualified small businesses that have rental debt; and

Up to $10,000,000 for the COVID-19 Keep LA County Dining Program to provide grants to qualified small businesses that have been impacted and have suffered economic hardship due to COVID-19;

Authorize the Acting Director of Workforce Development, Aging and Community Services to execute an agreement, and necessary amendments, with the Los Angeles County Development Authority (LACDA) to provide the County assistance with the COVID-19 Small Business Rent Relief Program and the Keep LA County Dining Program, with such documents to establish the parameters by which the selected subrecipient will utilize funding in accordance with ARPA as well as provide administration costs to LACDA for such needed assistance;

Approve an appropriation adjustment that reflects an increase of $1,500,000 in appropriation in the Department of Consumer and Business Affairs' Final Adopted budget offset by a corresponding increase of $1,500,000 in Federal revenue from ARPA to fund a COVID-19 Small Business Legal Aid Program; and

**EXHIBIT 7 - Page 388**

**Board of Supervisors**                    **Statement Of Proceedings**                    **October 19, 2021**

Authorize the Director of Consumer and Business Affairs to enter into, execute, amend and, if necessary, terminate, subrecipient agreements, including sole source agreements, or any related agreements, up to $1,500,000 for the Small Business Legal Aid program.   (21-4070)

**David Striks addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisors Mitchell and Solis
Public Comment/Correspondence
Audio

**43-E.   Pursue an Agreement with the Los Angeles County Metropolitan Transportation Authority (Metro) to Provide Mental Health Crisis Response**

Revised recommendation as submitted by Supervisors Hahn and Solis: Instruct the Director of Mental Health, in coordination with County Counsel, to work with Metro in negotiating an agreement stipulating the responsibilities of the Department of Mental Health (DMH) and Metro in the execution and operation of co-response teams/psychiatric response team services, with the scope of work to be developed in partnership with and/or reviewed by Metro's Public Safety Advisory Committee; and authorize the Director of Mental Health to take the following actions:

Execute an agreement with Metro for a three-year term, with a six-year extension option, if necessary, fully funded by Metro; execute future amendments to the agreement to revise the language, including updates to reflect Federal, State and County regulatory and/or policy changes; revise the annual funding amount; add, delete, modify or replace the service exhibits and/or statements of work; and terminate the agreement with Metro in accordance with the termination provisions;

Accept funds from Metro upon execution of the agreement;

Explore the feasibility of using contracted providers/legal entities to operate additional psychiatric mobile response teams to meet the service needs of this agreement; solicit and execute, or amend, existing contracts for the provision of operation of co-response teams/psychiatric response team services in amounts not to exceed funding received from Metro for these services;

*County of Los Angeles*                    *Page 52*

**EXHIBIT 7 - Page 389**

In coordination with the Chief Executive Officer, hire the necessary staff to develop and deploy a number of co-response teams/psychiatric response teams Countywide to provide the services as directed by the agreement with Metro; approve interim ordinance authority, pursuant to Section 6.06.020 of the County Code, for DMH to recruit and hire for the number of positions agreed upon in the agreement with Metro, subject to allocation by the Chief Executive Office's Classification and Compensation Division; and

Report back to the Board in 120 days on the status of the agreement, and in every Alternative Crisis Response quarterly report after the agreement is finalized on the hiring, operations and performance outcomes.  (21-4065)

**Ellen Giesy, Michelle King, Traute Winters, Lauren Nakano and Zeke Sandoval addressed the Board.  Interested person(s) also submitted written testimony.**

**Supervisor Hahn revised her and Supervisor Solis' joint motion as detailed above.**

**After discussion, on motion of Supervisor Hahn, seconded by Supervisor Solis, this item, as revised, was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisors Hahn and Solis
Revised Motion by Supervisor Hahn
Report
Public Comment/Correspondence
Audio I
Audio II
Audio III

**EXHIBIT 7 - Page 390**

Board of Supervisors                    Statement Of Proceedings                    October 19, 2021

**43-F. Proclaiming "Hindu Heritage Month"**

Recommendation as submitted by Supervisor Hahn: Proclaim October 2021 as "Hindu Heritage Month" throughout Los Angeles County and encourage residents to join together and celebrate their culture and its diverse spiritual traditions. (21-4064)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*        Motion by Supervisor Hahn
                      Public Comment/Correspondence

**43-G. Adopt a Resolution and Declare Intent to Issue Multifamily Housing Mortgage Revenue Bonds to Finance the Construction of the Pasadena Hope Center in the City of Pasadena**

Recommendation as submitted by Supervisor Barger: Adopt and instruct the Chair to sign a resolution as required under Section 147(f) of the Internal Revenue Code of 1986, authorizing the issuance of multifamily revenue bonds or notes by the Los Angeles County Development Authority (LACDA) in an amount not to exceed $21,000,000 for The Salvation Army Pasadena Hope Center Apartments, LP or a LACDA-approved assignee thereof, to finance the construction and development of the proposed Pasadena Hope Center Project, which is a new construction affordable housing project located at 1000 East Walnut Street in the City of Pasadena.  (21-4063)

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*        Motion by Supervisor Barger
                      Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 54*

**EXHIBIT 7 - Page 391**

**44.**    **Items not on the posted agenda, to be presented and (if requested) referred to staff or placed on the agenda for action at a future meeting of the Board, or matters requiring immediate action because of an emergency situation or where the need to take immediate action came to the attention of the Board subsequent to the posting of the agenda.**  (12-9996)

**44-A.**    **Enhanced Child Tax Credit**

Recommendation as submitted by Supervisor Solis: Make a finding pursuant to Government Code Section 54954.2(b)(2), that there is a need to take immediate action and that the need for action came to the attention of the Board subsequent to the agenda being posted as specified in subdivision(a); and urge the Los Angeles County Congressional Delegation to advocate for the preservation of the Enhanced Child Tax Credit as is, in the ongoing discussions regarding the President's American Families proposal.  (21-4092)

**On motion of Supervisor Solis, seconded by Supervisor Hahn, this item was placed on the Consent Calendar.**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

**Later in the meeting, on motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Solis
Public Comment/Correspondence
Audio

**EXHIBIT 7 - Page 392**

## IV.   ORDINANCE FOR INTRODUCTION     46

**46.**     **County Codes Title 5 - Personnel and Title 6 - Salaries Amendment**

Ordinance for introduction amending County Code, Title 5 - Personnel relating to cafeteria plan contributions under the Choices Plan and Local 721 Cafeteria Plan, contributions to health insurance for temporary/part-time employees and uniform allowances for non-represented safety employees; and Title 6 - Salaries relating to holidays by amending subsections 5.33.040A, 5.36.025A and 5.37.040A by adding contribution amounts for the 2022 plan year; amending subsections 5.72.053A, 5.72.053C, 5.72.060A, 5.72.060B, 5.72.080B and 5.72.300A by extending uniform allowances through 2021; and amending subsection 6.12.040A and 6.12.040B by adding the Juneteenth Holiday. (Relates to Agenda No. 28) **4-VOTES**   (21-3683)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, the Board introduced, waived reading and ordered placed on the agenda for adoption an ordinance entitled, "An ordinance amending Title 5 – Personnel and Title 6 – Salaries of the Los Angeles County Code relating to cafeteria benefit allowances, health insurance contributions for temporary/part-time employees, non-represented safety uniform allowances and holidays."**

**This item was duly carried by the following vote:**

    **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*     Ordinance
Public Comment/Correspondence

**EXHIBIT 7 - Page 393**

**Board of Supervisors**    **Statement Of Proceedings**    **October 19, 2021**

### CLOSED SESSION MATTERS FOR OCTOBER 19, 2021

**CS-1.** CONFERENCE WITH LEGAL COUNSEL - ANTICIPATED LITIGATION
(Paragraph (2) of subdivision (d) of Government Code Section 54956.9)

Significant exposure to litigation (one case).

**In Open Session, this item was referred back to the Chief Executive Office.**
(20-2580)

*Attachments:*    Public Comment/Correspondence

**CS-2.** DEPARTMENT HEAD PERFORMANCE EVALUATIONS
(Government Code Section 54957)

Department Head performance evaluations.

**In Open Session, this item was referred back to the Chief Executive Office.**
(11-1977)

*Attachments:*    Public Comment/Correspondence

**CS-3.** CONFERENCE WITH LABOR NEGOTIATORS
(Government Code Section 54957.6)

Agency designated representatives: Fesia Davenport, Chief Executive Officer and
designated staff

Employee Organization(s) for represented employees: The Coalition of County
Unions, AFL-CIO; Local 721, SEIU, Union of American Physicians and Dentists;
Peace Officers Counsel of California; Association of Public Defender
Investigators; Association of Deputy District Attorneys; Los Angeles County
Association of Environmental Health Specialists; and

Unrepresented employees (all).

**In Open Session, this item was referred back to the Chief Executive Office.**
(17-0363)

*Attachments:*    Public Comment/Correspondence

**EXHIBIT 7 - Page 394**

### V.  GENERAL PUBLIC COMMENT    47

**47.**    Opportunity for members of the public to address the Board on items of interest that are within the subject matter jurisdiction of the Board.

**Ellen Giesy, Michelle King, Roy Humphreys, David Striks, Hannah Carr, Lorenzo Gonzalez, Traute Winters, Briah Fischer, Jodi Kurata, Francisco Juarez, Michael Zelman, Shaunpaul Jones, Helen Jones, Morgan Currier, Patricia Costales, Stephanie Luna, Lauren Nakano, Jay Stephen Brantley, Carolyn Labbe, Beltran Chow, Myiesha Hudson, Dawn Hakim, Red Chief Hunt, Jose Ruiz, Jones Okeke, Eunisses Hernandez, Javier Gonzales, Alisha Eugenio, David Nurse and Ambrose Brooks addressed the Board. Interested person(s) also submitted written testimony.**

**In addition, Eric Preven addressed the Board on the matters of CS-1, Conference with Legal Counsel - Anticipated Litigation, pursuant to Paragraph (2) of subdivision (d) of Government Code Section 54956.9, CS-2, Department Head Performance Evaluations, pursuant to Government Code Section 54957, and CS-3, Conference with Labor Negotiators, pursuant to Government Code Section 54957.6, prior to the Board adjourning to Closed Session.**  (21-4119)

*Attachments:*    Public Comment/Correspondence
Audio

**EXHIBIT 7 - Page 395**

## VI.   ADJOURNMENT    48

48.    On motions, duly seconded and unanimously carried, the meeting was adjourned in memory of the following persons:

**Supervisor Solis and All Members of the Board**
Colin Powell

**Supervisor Kuehl**
Joan Almond
Eva Bonner
Ava Ostern Fries
Ronald Kates
Margo Leavin
James Mahoney

**Supervisor Hahn**
Rosa Corrales
Ayers McCowan
Manuela "Mona" Rodriguez

**Supervisors Barger and Kuehl**
Paul Thomas Salata

**Supervisor Barger**
Pat Allen
Emily Louise Blackwell
Albert Madrid
Clement Paul Mitchell

**Indigent Veterans**
Thelma Jean Blue
Richard Lee Bowden
Gary Alan Coe
Martin Hernandez, Jr.
Vernon Lee Holley
Henry Lethridge
Alvain Louis Moore
Frank Machado Victor  (21-4147)

**EXHIBIT 7 - Page 396**

## VII.   ITEMS CONTINUED FROM PREVIOUS MEETINGS FOR FURTHER DISCUSSION AND ACTION BY THE BOARD

**A-1.**   Continue local emergencies as a result of the following: (a) Discovery of an infestation of fruit flies, as proclaimed on May 10, 1990; (b) Conditions of disaster arose as a result of the discovery of a leak at the natural gas storage wells at the Aliso Canyon storage field affecting the City and County of Los Angeles, as proclaimed on December 10, 2015 and ratified by the Board on December 15, 2015; (c) Conditions of disaster and extreme peril to the safety of persons and property arose as a result of the Creek Fire that started December 5, 2017 and affected the Kagel Canyon and the City of Los Angeles, as proclaimed and ratified by the Board on December 5, 2017; (d) Conditions of disaster and extreme peril to the safety of persons and property arose as a result of the Woolsey Fire that began in Ventura County that started on or about November 8, 2018 and quickly spread into the County of Los Angeles, as proclaimed and ratified by the Board on November 13, 2018; (e) An imminent threat to public health in Los Angeles County in the form of contaminated fire debris from household hazardous waste created as a result from the Woolsey Fire that started on November 8, 2018, as proclaimed by the Public Health Officer on November 12, 2018 and ratified by the Board on November 13, 2018; (f) Conditions of extreme peril to the safety of persons and property arose as a result of a winter storm beginning January 10 through 18, 2019 affecting the unincorporated communities around Little Tujunga and surrounding areas of Los Angeles County, as proclaimed on January 29, 2019 and ratified by the Board on February 5, 2019; (g) Conditions of disaster or extreme peril to the safety of persons and property arose as a result of a winter storm beginning January 31, 2019 through February 5, 2019 affecting the unincorporated communities throughout the County as well as the Cities of Malibu, Burbank and Los Angeles, as proclaimed on February 14, 2019 and ratified by the Board on February 19, 2019; (h) Conditions of disaster or of extreme peril to the safety of persons and property arose as a result of the introduction of the novel coronavirus (COVID-19), a novel communicable disease, which was first detected in Wuhan City, Hubei Province, China in December 2019, as proclaimed and ratified by the Board on March 4, 2020; (i) An imminent threat and proximate threat to public health from the introduction of COVID-19 in Los Angeles County, as proclaimed by the Public Health Officer on March 4, 2020 and ratified by the Board on March 4, 2020; (j) Conditions of disaster or of extreme peril to the safety of persons and property arose as a result of civil unrest in the County following the May 25, 2020 death of George Floyd by members of the Minneapolis Police Department, as proclaimed on May 30, 2020 and ratified by the Board on June 2, 2020; (k) Conditions of extreme peril to the safety of persons and property arose as a result of the Lake Fire that started in the unincorporated area of Lake Hughes on August 12, 2020, as proclaimed on August 13, 2020 and ratified by the Board on August 18, 2020; (l) Conditions of extreme peril to the safety of persons and property arose as a result of the Bobcat Fire that ignited in the Angeles National Forest on September 6, 2020 and rapidly spread to surrounding areas, as proclaimed on September 13, 2020 and ratified by the Board on September 15, 2020; and (m) An imminent threat to public health from the Lake Fire and the Bobcat Fire that started on August 12, 2020 and September 6, 2020, respectively, in Los Angeles County, as proclaimed by the Public Health Officer on November 5, 2020 and ratified by the Board on November 10, 2020.  (A-1)

**This item was reviewed and continued.**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

EXHIBIT 7 - Page 397

Closing    49

49.    The Board of Supervisors of the County of Los Angeles, and ex officio the governing body of all other special assessment and taxing districts, agencies and authorities for which said Board so acts, adjourned its meeting at 2:06 p.m.

The Board will hold Special Closed Session Meeting on Tuesday, October 26, 2021 at 9:30 a.m.

The next Regular Meeting of the Board will be Tuesday, November 2, 2021 at 9:30 a.m. (21-4131)

The foregoing is a fair statement of the proceedings of the regular meeting held October 19, 2021, by the Board of Supervisors of the County of Los Angeles and ex officio the governing body of all other special assessment and taxing districts, agencies and authorities for which said Board so acts.

Celia Zavala, Executive Officer
Executive Officer-Clerk
of the Board of Supervisors

By

Adela Guzman
Head Board Specialist, Agenda
Preparation Section

EXHIBIT 7 - Page 398