# EXHIBIT 13

**EXHIBIT 13 - Page 660**



## County of Los Angeles
# CHIEF EXECUTIVE OFFICE

Kenneth Hahn Hall of Administration
500 West Temple Street, Room 713, Los Angeles, California 90012
(213) 974-1101
http://ceo.lacounty.gov

**Fesia Davenport**
Acting Chief Executive Officer

**Board of Supervisors**
HILDA L. SOLIS
First District

MARK RIDLEY-THOMAS
Second District

SHEILA KUEHL
Third District

JANICE HAHN
Fourth District

KATHRYN BARGER
Fifth District

December 3, 2020

To:     Supervisor Kathryn Barger, Chair
        Supervisor Hilda L. Solis
        Supervisor Mark Ridley-Thomas
        Supervisor Sheila Kuehl
        Supervisor Janice Hahn

From:   Fesia A. Davenport
        Acting Chief Executive Officer

**HOMELESS INITIATIVE QUARTERLY REPORT NO. 18 (ITEM 47-A, AGENDA OF FEBRUARY 9, 2016)**

On February 9, 2016, the Board of Supervisors (Board) approved the Los Angeles County Homeless Initiative (HI) recommendations, which included 47 Strategies to combat homelessness, and instructed the Chief Executive Office (CEO) to report back to the Board on a quarterly basis regarding the implementation status and outcomes of each Strategy. On December 6, 2016, the Board approved four new Strategies as part of the Measure H Ordinance, and they are also included in the CEO's quarterly reports.

Attached is HI's 18th quarterly report, which includes data from July 1, 2020, through September 30, 2020. HI lead agencies, County departments, and community partners continue to be deeply engaged in executing a homeless-specific emergency response to the pandemic. In the spring and summer of 2020, HI lead agencies moved thousands of unsheltered individuals into hotel rooms (through Project Roomkey [PRK]) to enable them to shelter-in-place; conducted vast street outreach, including conducting COVID-19 testing; and deployed hygiene facilities throughout the County. In the fall of 2020, HI lead agencies and departments have collaborated to implement the COVID-19 Recovery Plan for people experiencing homelessness, which has included demobilization of some PRK sites and an intensive re-housing strategy for PRK participants and other COVID-19-vulnerable people experiencing homelessness. Throughout the pandemic, HI lead agencies have also continued to serve existing clients, connecting them to interim and permanent housing and supportive services.

The next quarterly report will be provided on February 15, 2021.

Should you have any questions concerning this matter, please contact me or Phil Ansell, Director of Homeless Initiative, at (213) 974-1752 or pansell@ceo.lacounty.gov.

*"To Enrich Lives Through Effective And Caring Service"*

**EXHIBIT 13 - Page 661**

Each Supervisor
December 3, 2020
Page 2

FAD:JMN:TJM
PA:JR:EBI:pp

Attachment

c:    Executive Office, Board of Supervisors
County Counsel
District Attorney
Sheriff
Alternate Public Defender
Animal Care and Control
Arts and Culture
Beaches and Harbors
Child Support Services
Children and Family Services
Consumer and Business Affairs
Fire
Health Services
Human Resources
LA County Library
Los Angeles County Development Authority
Mental Health
Military and Veterans Affairs
Parks and Recreation
Probation
Public Defender
Public Health
Public Social Services
Public Works
Regional Planning
Registrar-Recorder/County Clerk
Workforce Development, Aging and Community Services
Superior Court
Los Angeles Homeless Services Authority

EXHIBIT 13 - Page 662



The Los Angeles County
**HOMELESS INITIATIVE**
REAL HELP. LASTING CHANGE.

Stuart Perlman Art

**QUARTERLY REPORT #18
NOVEMBER 2020**

**EXHIBIT 13 - Page 663**

# HOMELESS INITIATIVE: INTRODUCTION

### TABLE OF CONTENTS

**HOMELESS INITIATIVE IMPLEMENTATION**    **PAGES**
-Highlights    2
-Success Stories    5

**PUBLIC ACCOUNTABILITY**
-Performance Data & Expenditures Summary    7
-AB210 Implementation in LA County    7
-Measure H Funding Recommendations Process    8
-Measure H Contract Directory    8

**TEMPORARY AND PERMANENT HOUSING FOR PEOPLE EXPERIENCING HOMELESSNESS**
-Project Roomkey    9
-Project Homekey    9
-Winter Shelter /    9
Augmented Winter Shelter Program

**EXHIBITS**
-EXHIBIT I: STATUS OF STRATEGIES TO COMBAT HOMELESSNESS
-EXHIBIT II: HOMELESS INITIATIVE PERFORMANCE DATA BY STRATEGY
-EXHIBIT III: SELECT HOMELESS INITIATIVE STRATEGY (B3, B7, D7, E6, E8) PERFORMANCE DATA BY SERVICE PLANNING AREA (SPA)
-EXHIBIT IV: DEMOGRAPHIC ENROLLMENT/SERVICE DATA FOR SELECT HOMELESS INITIATIVE STRATEGIES
-EXHIBIT V: BOARD MOTION RESPONSE SUMMARIES



More than five years ago, the **Los Angeles County Board of Supervisors** made a bold move and created the County Homeless Initiative, which underscored homelessness as a **top regional priority**. With the creation of the Homeless Initiative and passage by voters of the landmark Measure H sales tax in March 2017 – which is generating an estimated $355 million annually - we have accelerated our critical work to **improve the lives of individuals and families experiencing homelessness**.

While movements take time to build, **thousands of individuals and families** have already been helped through a **major expansion** of outreach, emergency shelter, rapid rehousing, and permanent supportive housing for homeless disabled adults – **in all parts of the County**.

This is a **community-wide undertaking** made possible only through **sustained collaboration** among dedicated service providers, County departments, civic leaders, cities, businesses, labor, faith-based institutions and community coalitions—and a galvanized public—who **share the mission to prevent and combat homelessness** in L.A. County.

The Homeless Initiative's **18th quarterly report includes 39 months of Measure H outcomes** and shows that we are making measurable progress across the full scope of the **County's commitment** to combat and prevent homelessness, even in the face of the COVID-19 global pandemic.

As the critical work continues, there is a **powerful sense of community and commitment** across Los Angeles County. Together, we can bring our homeless neighbor's home and **achieve lasting change**.



**EXHIBIT 13 - Page 664**

# HOMELESS INITIATIVE IMPLEMENTATION

Of the 51 HI Strategies approved by the Board, **ALL have now been fully or partially implemented**.   Implementation status and next steps for the 51 HI strategies can be found in Exhibit I.

**26,083**
**PERMANENTLY HOUSED THROUGH MEASURE H STRATEGIES SINCE JULY 2017**

## PERMANENTLY HOUSED THROUGH MEASURE H STRATEGIES

A total of **26,083 individuals and family members have been permanently housed** because of Measure H strategies since July 2017. Since July 2020, **1,519 individuals and family members have been permanently housed** through strategies funded by Measure H.

## A1 AND A5: HOMELESS PREVENTION PROGRAM FOR FAMILIES AND INDIVIDUALS

**92** new families were assisted with prevention services through the Family Solutions Centers.   During the same time period, **160** families exited the program and, of those, **130 (80 percent)** either retained their housing or transitioned into other permanent housing. In the same time period, **424** new individuals were assisted in the Homeless Prevention Program for Individuals. In the first quarter of (FY) 2020-21, **336** individuals exited the program and, of those, **301 (90 percent)** either retained their housing or transitioned into other permanent housing.

**48,712**
**PLACED IN INTERIM HOUSING FACILITIES THROUGH MEASURE H STRATEGIES SINCE JULY 2017**

## INTERIM HOUSING FUNDED IN WHOLE OR IN PART THROUGH MEASURE H STRATEGIES

A total of **48,712 individuals and family members entered interim housing** funded in whole or in part by Measure H since July 2017.  Since July 2020, **3,116 individuals and family members entered interim housing** funded in whole or in part by Measure H.

**750**
**PARTICIPANTS WHO EXITED RRH (STRATEGY B3) RETAINED PERMANENT HOUSING**

## B3: PARTNER WITH CITIES TO EXPAND RAPID RE-HOUSING (RRH)

**847** RRH participants secured permanent housing with or without a RRH subsidy. Of those who secured housing with an RRH subsidy, **802** exited the program, and **750** of them **(94 percent)** retained permanent housing upon exiting.

*All highlights feature data for the first quarter of FY 2020-21 (July 2020 – September 2020) unless noted otherwise.*

**QUARTERLY REPORT #18 – PUBLISHED NOVEMBER 2020**



EXHIBIT 13 - Page 665

## HOMELESS INITIATIVE IMPLEMENTATION

### B4: FACILITATE UTILIZATION OF FEDERAL HOUSING SUBSIDIES

The participating Public Housing Authorities throughout the County provided **$500,232** in incentives to landlords to help house **290** formerly homeless individuals and families with federal housing vouchers.

### B7: INTERIM/BRIDGE HOUSING FOR THOSE EXITING INSTITUTIONS

**1,733** individuals discharged from institutions were provided interim housing administered by DHS, DPH, or LAHSA.  Thirteen percent (86 out of 671 total exits) exited to permanent housing.

> **1,733**
>
> **INDIVIDUALS RECEIVED INTERIM HOUSING AFTER EXITING INSTITUTIONS**

### C4/C5/C6: ESTABLISH A COUNTYWIDE SSI AND VETERANS BENEFITS ADVOCACY PROGRAM FOR PEOPLE EXPERIENCING HOMELESSNESS OR AT RISK OF HOMELESSNESS

Countywide Benefits Entitlement Services Teams assisted **447** new disabled individuals to begin pursuing applications for SSI and/or Veterans Disability Benefits.

> **447**
>
> **BEGAN PURSUING DISABILITY BENEFITS THROUGH C4/C5/C6**

### D2: EXPANSION OF JAIL IN-REACH

**313** new inmates received D2 Jail In-Reach services.

> **313**
>
> **INMATES RECEIVED JAIL IN-REACH SERVICES THROUGH D2**

### D6: CRIMINAL RECORD CLEARING PROJECT

The Public Defender (PD) engaged **66** clients and filed **617** petitions for dismissal or reduction. **257** petitions filed by the PD (including some filed last FY) have been granted since July 2020. The City Attorney (CA) engaged **105** clients and filed **161** petitions for dismissal or reduction. **296** petitions filed by the CA have been granted since July 2020.

**\*All highlights feature data for the first quarter of FY 2020-21 (July 2020 to September 2020) unless noted otherwise.**

**QUARTERLY REPORT #18 – PUBLISHED NOVEMBER 2020**



**EXHIBIT 13 - Page 666**

## HOMELESS INITIATIVE IMPLEMENTATION

### 738
**INDIVIDUALS LINKED TO NEW ICMS SLOTS THROUGH D7**

### 344
**INDIVIDUALS PLACED IN PERMANENT HOUSING THROUGH D7**

### 13,042
**INDIVIDUALS ENGAGED BY COUNTYWIDE OUTREACH TEAMS**

### D7: PROVIDE SERVICES & RENTAL SUBSIDIES FOR PERMANENT SUPPORTIVE HOUSING (PSH)

**738** clients were linked to new D7 Intensive Case Management Services (ICMS) slots. In the same time period, **150** additional participants who were residing in existing PSH units that had insufficient supportive services received D7 ICMS services to increase housing retention. **446** newly enrolled clients received federal rental subsidies, **175** newly enrolled clients received local rental subsidies, and **344** clients were newly placed in D7 permanent supportive housing.

### E6: COUNTYWIDE OUTREACH SYSTEM

**5,038** individuals were newly engaged by Countywide Outreach Teams and **13,042** individuals were engaged by Countywide Outreach Teams (including some who had also been engaged in previous reporting periods). Teams connected **7,499** individuals to services, placed **778** individuals into interim housing, and linked **132** individuals to a permanent housing program.

### E8: ENHANCE THE EMERGENCY SHELTER SYSTEM

**1,998** individuals entered crisis, bridge, and interim housing funded in whole or in part by Measure H. During the same period of time, **609** individuals exited interim housing to permanent housing, amounting to **34** percent of all exits from interim housing.

### 7,499
**INDIVIDUALS CONNECTED TO SERVICES THROUGH E6**

### E14: ENHANCED SERVICES FOR TRANSITION AGE YOUTH (TAY)

**425** youth were assessed using the Next Step Tool. **43** TAY exited TAY transitional housing to permanent housing, amounting to **49** percent of all exits during that time period.



## SUCCESS STORIES



*"Having a job when I came out of prison gave me a sense of purpose and freedom - psychologically and financially"* - Christian

### Immediate Job Placement Provides Hope for One Formerly Incarcerated Man

After being released from prison, Christian enrolled in the Phoenix House rehab program. While there, the 33-year-old was able to participate in the Center for Employment Opportunities where he worked on the Caltrans crews as part of the LA:RISE Transitional Subsidized Employment program. He also worked with a job developer weekly to create a resume, practice interview skills, and learn financial literacy. Christian was able to open his own bank account and save enough money to buy a car. He eventually secured full-time employment at Yerba Mate and is now saving money and working on his credit in the hopes of moving into his own place soon.

*Strategy C7: Increase Employment Opportunities for Homeless Adults*

### Housing Navigator Helps Single-Mother End Homelessness, Through Reconnection With Friends

A single mother began sleeping in her car with her child after falling into homelessness. She eventually sought shelter at Union Station Homeless Services. After a preliminary conversation with a Housing Navigator, it was discovered that the mom had a friend in Indiana. The Housing Navigator was able to connect the mom to her friend in Indiana, who agreed to provide support until she could get back on her feet. The family was provided with $150 in gas gift cards from the Problem-Solving Assistance Funds, to support their drive to Indiana. The single-mom now feels more positive about life and her trajectory.



*Strategy A1: Homeless Prevention Program for Families*



**EXHIBIT 13 - Page 668**

# SUCCESS STORIES

## Strong Supportive Services Provide Stability & Help Man Find A New Home

Kenneth (63 years old) lost his home in February 2017 after he started experiencing severe mental health issues.  To cope with his condition, he developed a substance abuse problem which made it difficult to find a job or lean on family members for support.  While living in his car, Kenneth met an outreach worker who connected him to Edelman Mental Health services and navigated him to shelter at Turning Point. He was able to achieve complete sobriety and his case manager enrolled him into housing classes. Kenneth was eventually matched to an apartment unit at the PATH Villas Del Rey site through the Coordinated Entry System. Since moving in, Kenneth says he feels safe and is now able to focus on himself. He also can't wait to host his daughters and sister for a visit.



*"[The system]...gave me a chance...it's not easy, but once you get on that route, you can't detour from it because at the end of the route, you will love the results, I know I do." – Kenneth*

*Strategy D7: Provide Services and Rental Subsidies for Permanent Supportive Housing*



*"There is help, you must be sincere when asking and while receiving. Nothing happens overnight, but with hard work comes progress, and progress is all you can ask for right now." – Adam*

## Single Dad Puts The Pieces Together to Secure Employment

A divorce and subsequent depression caused Adam to fall into homelessness. However, the single dad was able to pick up the pieces and press forward. He sought assistance through services at the Department of Public Social Services (DPSS). Adam was connected to and participated in the Transitional Subsidized Employment program, where he was able to acquire steady work experience. Adam is now gainfully employed at United Auto Workers - Labor Employment & Training Corporation (UAW-LETC) Alhambra as an Adult Career Coach.

*Strategy C1: Enhance the CalWORKs Subsidized Employment Program for Homeless Participants*



## PUBLIC ACCOUNTABILITY

# PERFORMANCE DATA

The following exhibits provide **performance data** for HI Strategies:

**EXHIBIT II** – Outcomes for select HI strategy metrics, which demonstrate the significant progress most strategies have made since the last quarterly report (includes FY 2017-18, FY 2018-19, FY 2019-20 and Quarter 1 FY20-21 data).

**EXHIBIT III** – Data for Five Key Strategies by Service Planning Area (SPA).

**EXHIBIT IV** – Demographic information for individuals enrolled in and served by those same five key strategies, including graphs that provide a visual representation of the demographic data.

Additionally:
**Dashboards** to track Measure H progress can be accessed using the following link: http://homeless.lacounty.gov/impact-dashboard/

# AB210 Implementation in Los Angeles County

The Homeless Initiative is excited to announce that the Countywide Homeless Information Portal (CHIP) won a "County Government Experience" award through the Center for Digital Government!  The Center for Digital Government is a national research and advisory institute focused on information technology policy and best practices in state and local government.

Utilizing the authority granted under AB 210, CHIP queries information from various data source systems (County Departments and the Los Angeles Homeless Services Authority).  CHIP provides AB 210 authorized users with the ability to search and view homeless client information drawn from these data systems.  As with all information shared under the auspices of AB 210, information accessed via CHIP can only be used for the purpose of coordinating care and accessing housing resources and services.

The on-line system was developed by the Homeless Initiative, the Chief Information Office, and the Internal Services Department.

AB 210, which took effect  in January 2018, allows counties to create multidisciplinary teams (MDT) of service providers who can share information that is otherwise confidential under State law/regulations to better and more quickly serve individuals and families experiencing homelessness. The law enables homeless services providers, social service agencies, medical and mental health personnel, and others to share such information for the purpose of improving coordination of housing and supportive services, increasing continuity of care, and decreasing duplication of services.

## PUBLIC ACCOUNTABILITY



## Measure H Funding Recommendations Process

On November 10, 2020, the Board of Supervisors directed the County's Homeless Initiative (HI) to **launch a process** to develop final FY 2021-22 Measure H funding recommendations for Measure H-funded HI strategies.  The approved timeline and process is as follows:

**January to February 2021** - Opportunities for community input on Measure H implementation and the allocation of Measure H funding in FY 2021-22 will be available through an accessible online mechanism.

**February to June 2021** – The HI and County Strategy-Lead agencies will participate in multiple meetings to consider relevant data, community input, and other available information to develop draft Measure H funding recommendations for FY 2021-22.

**June to July 2021** - Draft funding recommendations will be released and include the following public comment process:

• Public comment period, including community webinar, public meeting, and electronic comments through the HI website.

• HI Strategy Leads will convene for a final meeting, during which public input from the public comment period and public meeting will be discussed and incorporated into the recommendations, as appropriate.

**August to September 2021** - The Chief Executive Office will present a comprehensive set of recommendations for Measure H funding allocations to the Board Deputies in August 2021, and to the Board in September 2021.



8

**EXHIBIT 13 - Page 671**

## LA COUNTY COVID-19 RESPONSE FOR PEH



**Project Roomkey**

In response to the COVID-19 pandemic, the County partnered with the State on "Project Roomkey" (PRK). Through this partnership, the County entered into agreements with hotels/motels to secure beds for people experiencing homelessness who are asymptomatic but are highly vulnerable to complications if they become infected with COVID-19 (those who are over 65 or have chronic health conditions). LAHSA, along with contracted homeless service providers, is managing the operations at these sites.

PRK is in the process of ramping down operations, with participants transitioning to other permanent or temporary housing, utilizing resources allocated through the County and LAHSA's COVID-19 Recovery Plan for people experiencing homelessness (PEH). The County, LAHSA, and its partners are committed to ensuring that individuals do not return to the street upon exiting PRK.

**As of November 6, 2020:**

- **Of the 38 hotels/motels with which the County and jurisdictions within the County entered into agreements, there are 29 hotels that remain operational. 9 hotels have been demobilized.**
- **There are 3,592 participants occupying 3,147 hotel rooms as a part of PRK.**

To support the PRK effort, the County identified and deployed County employees acting as disaster service workers (DSWs) to staff the hotel sites and support other aspects of the COVID-19 PEH response. Since inception, 640 County employees participated in the PRK effort as DSWs. Remaining PRK sites are transitioning to use a combination of contracted temporary staff and dislocated workers participating in programs administered through Workforce Development, Aging, and Community Services (WDACS) in place of DSWs, many of whom have returned to their regular job duties within the County.



Building on the success of Project Roomkey, in July 2020, the State of California announced that it would make available $550M for local jurisdictions to acquire hotels and other buildings to use as interim or permanent housing for PEH who are affected by COVID-19. The County submitted applications for multiple properties throughout the County. After going through the State's review process, funding was reserved for the County to acquire 10 motels, 9 of which will be used initially as interim housing sites and ultimately be converted to Permanent Supportive Housing (PSH). One site will be used immediately as PSH. As a part of the award, the County will also receive an operating subsidy for 9 of the 10 properties. All sites will be occupied within 90 days of closing (which will occur in November 2020 for most properties, and in December 2020 for a few properties), with some slated to be occupied within 30 days of closing.

More information about Homekey can be found on the County's website:
https://covid19.lacounty.gov/homekey/



**EXHIBIT 13 - Page 672**

# LA COUNTY COVID-19 RESPONSE FOR PEH

## Winter Shelter/Augmented Winter Shelter Program



In response to the COVID-19 pandemic, as well as Board actions seeking to enhance the Winter Shelter Program (WSP), the following actions were taken:

- In response to a November 26, 2019 Board motion, the WSP began 2019-20 operations prior to the regular December 1 "seasonal start date."

- The WSP was scheduled to shut down on March 31, 2020.  However, due to the Coronavirus pandemic, the Program continued to  operate at  six County-funded sites on a 24/7 basis from April 1, 2020 to October 31, 2020. Other sites funded by the City of Los Angeles also remained open during this time period.

The WSP season officially began a month earlier this year on November 1, 2020, at five County-funded sites.  The sites, which were already operating as described above, will continue to operate on a 24/7 basis. The City of Los Angeles is funding  seven WSP sites for the 2020-21 season.

In addition to the five County WSP sites, there are seven County Parks sites that will be used for Augmented Winter Shelter Program (AWSP) sites. AWSP sites are activated in response to cold and/or wet weather and are open on a 24-hour basis when activated.



**EXHIBITS**

**EXHIBIT I: STATUS OF STRATEGIES TO COMBAT HOMELESSNESS**

**EXHIBIT II: HOMELESS INITIATIVE PERFORMANCE DATA BY STRATEGY**

**EXHIBIT III: SELECT HOMELESS INITIATIVE STRATEGY (B3, B7, D7, E6, E8) PERFORMANCE DATA BY SERVICE PLANNING AREA (SPA)**

**EXHIBIT IV: DEMOGRAPHIC ENROLLMENT/SERVICE DATA FOR SELECT HOMELESS INITIATIVE STRATEGIES**

**EXHIBIT V: BOARD MOTION RESPONSE SUMMARIES**



**EXHIBIT 13 - Page 673**

EXHIBIT I

## Homeless Initiative Quarterly Report No. 18 – As of November 15, 2020
## Status of Strategies to Combat Homelessness

(H) after Strategy Name indicates strategy is eligible to Measure H funding.

Acronyms are spelled out in full at first mention; see appended chart for full list of acronyms.

---

### Strategy A1 - Homeless Prevention Program for Families (H)

Los Angeles Homeless Services Authority (LAHSA)

*Prevention*
Status
- The LAHSA Prevention team has provided ongoing technical assistance and participated in numerous case conferencing calls to support homeless services staff in connecting participants to the Prevention Program.

Next Steps
- The Prevention team is planning to host a roundtable to gain insight from homeless services agencies on how the various eviction moratoria have impacted the program.

*Problem-Solving*
Status
- The Problem-Solving Unit has implemented bi-weekly Peer Learning Groups and bi-weekly office hours to provide ongoing technical assistance to homeless services providers and key system partner staff who may be newly trained on the Problem-Solving intervention and to increase the skill set of staff utilizing the Problem-Solving intervention.
- The Problem-Solving Assistance Request Form for non-traditional partners without access to HMIS was finalized.

Next Steps
- The Problem-Solving Unit has scheduled trainings and presentations for Youth homeless services providers, Department of Public Social Services (DPSS)  homeless case managers, Pierce Community College staff and Peer Navigators, Domestic Violence providers, Interim Housing shelter staff, and SPA 3 non-traditional partners.
- The Problem-Solving Unit will be assessing 211 LA County protocols to see how to best implement the Problem-Solving intervention and streamline referrals to the Family Coordinated Entry System (CES).
- The Problem-Solving Unit will continue to deploy the web-based Problem-Solving Training available to homeless services providers, non-traditional partners, and key partner staff on Configio, a web-based learning platform.

Department of Consumer and Business Affairs (DCBA)

Status
- In June 2020, DCBA entered into a six-month, $2 million (Measure H funded) service delivery agreement with the Liberty Hill Foundation for implementation of a Countywide Emergency Eviction Prevention Program (EEPP) to provide information, education, and legal services to tenants facing potential eviction during the COVID-19 pandemic.

---

Page | 1

**EXHIBIT 13 - Page 674**

EXHIBIT I

- In July 2020, service delivery under the EEPP agreement began in earnest, which includes virtual know your rights workshops, targeted outreach and education to tenants living in vulnerable communities throughout the County, and limited-scope legal representation to tenant households making up to 80% of the area median income.
- In August 2020, DCBA and the Legal Aid Foundation of Los Angeles (LAFLA) entered into a 12-month, $5.9 million (Net County Cost (NCC) funded) service delivery agreement for the implementation of the Expanded Eviction Defense Program (EDP) to provide full-scope legal representation and short-term rental assistance to households making up to 50% of the area median income.
- In September 2020, DCBA, the Liberty Hill Foundation, and LAFLA formally launched Stay Housed L.A. County (www.stayhousedla.org), which is the County's branded, umbrella eviction prevention and defense program and encompasses services delivered via the EEPP and EDP.

Next Steps
- DCBA will execute a six-month contract extension for the EEPP by December 2020.
- DCBA will execute a contract amendment to the EDP by early 2021 to include additional funding allocated to the Stay Housed L.A. County program.
- DCBA will enter into a memorandum of understanding with the Liberty Hill Foundation and LAFLA by December 2020 to formalize the partnership that delivers services under the Stay Housed L.A. County program.
- DCBA will coordinate service delivery efforts with the City of Los Angeles, which is planning to launch its own eviction defense program by early 2021.

## Strategy A2 - Discharge Planning Guidelines

Status
The Discharge Planning Guidelines, released in June 2017, continue to be available for use by institutions across the County.

## Strategy A3 - Housing Authority Family Reunification Program

Status
Los Angeles Sheriff's Department (LASD) screened individuals in custody outreach and provided referrals for those interested in the program. The Probation Department screened probationers to determine interest and eligibility for the program.
- LASD made the following referrals between July and September 2020:
  - July: 39
  - August: 41
  - September: 68
- The Probation Department screened and referred the following number of probationers between July and September 2020:
  - July: 102
  - August: 197
  - September: 211

## Strategy A4 - Discharges from Foster Care and Juvenile Probation

Status
Department of Children and Family Services (DCFS)
- In October 2020, 198 Foster Care Exit questionnaires were mailed to former foster youth who left care between June and August 2020. These questionnaires are mailed in order to survey the housing concerns and perceptions of former foster youth. The returned questionnaires will be tallied and reported in the next HI Quarterly report.

**EXHIBIT 13 - Page 675**

EXHIBIT I

- Following is a summary of the 6-Month Transition Plan utilization:
  - June 2020: 81%
  - July 2020: 85%
  - August 2020: 81%

The discharge planning review included a review of each individual case for youth that are eligible to exit foster care at ages 17.5 and 20.5. As a corrective action, the DCFS Service Bureaus have continued to conduct follow-up audits of the incomplete 6-Month Transition Plan.

## Probation

- Probation implemented a Quality Assurance (QA) review of youth who are exiting/discharging from Placement. Juvenile probationers transitioning out of Residential Based Services (RBS) almost exclusively reunify with their families. However, non-minor dependents (NMD) exiting Extended Foster Care (EFC) at 21 years of age and supervised by Probation's Transition Jurisdiction Services (TJS) may be at greater risk of homelessness at exit/discharge.

- SB 912 "permits the juvenile court to retain jurisdiction over any ward or dependent child who is eligible to receive support as a nonminor dependent (NMD), and requires, for any emergency declared by the Governor on or after January 1, 2021, an NMD who turns 21 years of age while the state of emergency is in effect to continue to receive support as an NMD for 6 months from the date of the declaration." As a result of this legislation, the QA review of NMDs who would normally exit EFC during the First Quarter of FY 2020-21 found the following outcomes:

  - 83% of the six randomly selected cases of NMDs age 21 years and over were all still in EFC with "stable housing" placements:
    - Four youths were in Transitional Housing Placement Program (THPP)-NMDs;
    - One youth was in a Supervised Independent Living Program (SILP); and
    - One youth left the EFC program without notice and their case was terminated for cause.

- During this reporting quarter, YDS Housing Coordinators provided 1,394 housing related services to 80 TAY.
- The Probation YDS Housing Coordinator, who manages Probation clients applying for THPP-NMD placement, provided 131 housing related services for NMDs under WIC 450 – Transition Jurisdiction.

## Next Steps

### DCFS

- DCFS and the Department of Health Services (DHS) are finalizing the Housing Navigator memorandum of understanding (MOU). The target goal is to implement the program by December 1, 2020. This will assist youth seeking housing with case management services and supportive resources.
- DCFS is in the process of completing the second round of applications for Transitional Housing Program – Plus (THP-Plus). Applications to the State are due by November 12, 2020. The additional funding from the State will be awarded to counties that are interested in expanding and enhancing objectives of THP-Plus.
- DCFS has identified 5 TAY who may be eligible to receive Section 8 vouchers though the City of Pomona Housing Authority.

**EXHIBIT 13 - Page 676**

EXHIBIT I

| Strategy A5 - Homeless Prevention Program for Individuals (H) |
|---|

**LAHSA**
*Prevention*
Status

- The LAHSA Prevention team has provided ongoing technical assistance and participated in numerous case conferencing calls to support homeless services provider staff in connecting participants to the Prevention Program.
- The LAHSA Prevention team hosts bi-weekly case conferencing calls with WDACS Adult Protective Services (APS) Social Worker Liaison and providers in all eight SPAs to continue providing support to the Countywide Home Safe program. The Home Safe program assists APS clients who are at-risk of becoming homeless due to financial hardship or self-neglect.

Next Steps

- The LAHSA Prevention team plans to host a roundtable to gain insight from homeless services agencies on how the various eviction moratoria have impacted the program.

*Problem-Solving*
Status

- Problem-Solving has been implemented as a part of the COVID-19 Recovery Re-housing Plan to support quickly re-housing Angelenos experiencing homelessness who are most vulnerable to COVID-19.
- The Problem-Solving Unit is providing active technical assistance to support front line staff in utilizing COVID-19 Relief Funds (CRF). CRF allows for the utilization of more financial assistance categories than typically permitted in the Problem-Solving intervention, in order to quickly resolve a housing crisis for households who are COVID-19-vulnerable.
- The Problem-Solving Unit has implemented bi-weekly Peer Learning Groups and bi-weekly office hours to provide ongoing technical assistance to homeless services providers and key system partners who may be newly trained on the Problem-Solving intervention and to increase the skill set of staff utilizing the Problem-Solving intervention.
- The Problem-Solving Assistance Request Form for non-traditional partners without access to HMIS was finalized and will be introduced to non-traditional partners in December 2020.

Next Steps

- LAHSA's Problem-Solving Unit has scheduled trainings and presentations for Youth homeless services providers, DPSS homeless case managers, Pierce Community College staff and Peer Navigators, Domestic Violence providers, Interim Housing shelter staff and SPA 3 non-traditional partners.
- LAHSA's Problem-Solving Unit will continue deploying the web-based Problem-Solving Training, which is available to homeless services providers, non-traditional partners, and key partner staff on Configio, an online learning platform.

**DCBA**
Status

- In June 2020, DCBA entered into a six-month, $2 million (Measure H-funded) service delivery agreement with the Liberty Hill Foundation for implementation of a Countywide Emergency Eviction Prevention Program (EEPP) to provide information, education, and legal services to tenants facing potential eviction during the COVID-19 pandemic.
- In July 2020, service delivery under the EEPP agreement began in earnest, which includes virtual know your rights workshops, targeted outreach and education to tenants living in vulnerable communities throughout the County, and limited-scope legal representation to tenant households making up to 80% of the area median income.

Page | 4

**EXHIBIT 13 - Page 677**

EXHIBIT I

- In August 2020, DCBA and the Legal Aid Foundation of Los Angeles (LAFLA) entered into a 12-month, $5.9 million (Net County Cost (NCC) funded) service delivery agreement for the implementation of the Expanded Eviction Defense Program (EDP) to provide full-scope legal representation and short-term rental assistance to households making up to 50% of the area median income.
- In September 2020, DCBA, the Liberty Hill Foundation, and LAFLA formally launched Stay Housed L.A. County (www.stayhousedla.org), which is the County's branded, umbrella eviction prevention and defense program and encompasses services delivered via the EEPP and EDP.

### Next Steps

- DCBA will execute a six-month contract extension for the EEPP by December 2020.
- DCBA will execute a contract amendment to the EDP by early 2021 to include additional funding allocated to the Stay Housed L.A. County program.
- DCBA will enter into a memorandum of understanding with the Liberty Hill Foundation and LAFLA by December 2020 to formalize the partnership that delivers services under the Stay Housed L.A. County program.
- DCBA will coordinate service delivery efforts with the City of Los Angeles, which is planning to launch its own eviction defense program by early 2021.

### Strategy B1 - Provide Subsidized Housing to Homeless Disabled Individuals Pursuing Supplemental Security Income (SSI) (H)

### Status

- LAHSA and DPSS are finalizing the implementation plan for DPSS Housing Case Managers to use HMIS. Once approved, HMIS training will be scheduled for DPSS Housing Case Managers.
- DPSS will continue to closely monitor approvals and disengagements for B1 subsidies.

### Strategy B2 - Expand Interim Assistance Reimbursement (IAR) to additional County Departments and LAHSA

DHS continues to assess collection of IAR for CBEST clients; however, DHS has expressed concerns about IAR collection process and timeframes required by State.  Additional internal discussion pending.

### Strategy B3 - Partner with Cities to Expand Rapid Re-Housing (H)

### Status
### July 2020

- Two additional Rapid Re-Housing (RRH) Coordinators joined the LAHSA team.
- LAHSA hosted an Emergency Solutions Grant (ESG) onboarding for RRH providers who are receiving ESG dollars in their RRH contracts.

### August 2020

- The Department of Health Services' Housing and Jobs Collaborative (HJC) RRH program transfers to LAHSA-funded RRH programs are complete. DHS' program is no longer operating, as of the end of the last fiscal year.
- LAHSA hosted six sessions of office hours for RRH providers funded by ESG. Providers attended and received support and guidance.

### September 2020

- The RRH Implementation Testing Team (RRH-ITT) began piloting best practices and retention strategies with higher acuity clients (8-11 acuity score or higher) in RRH programs.

**EXHIBIT 13 - Page 678**

EXHIBIT I

**Next Steps**
- LAHSA RRH Team will continue to assist with PRK demobilization efforts until all sites are demobilized. The team is providing technical assistance with housing clients from PRK sites.
- LAHSA is continuing to work on training materials for RRH programs.

## Strategy B4 - Facilitate Utilization of Federal Housing Subsidies (H)

**Status**

**Los Angeles County Development Authority (LACDA)**
- Participated in virtual Landlord Breakfast sessions in July, August, and September 2020.

**Housing Authority of the City of Los Angeles (HACLA)**
- Participated in virtual Landlord Breakfast sessions in July, August, and September 2020.
- In September 2020, HACLA held it's "Coffee and Conversations" event. Homeless Incentive Program (HIP) Staff organized a virtual event for property owners to learn about new incentives available. 134 participants attended the event.

**Housing Authority of Long Beach**
- New Owners have been recruited to participate in the HIP program.
- The Housing Authority of Long Beach's Procurement Department has worked with furniture vendors to ensure more timely deliveries.

**Redondo Beach Housing Authority (RBHA)**
- RBHA staff have been focusing on conducting phone outreach to recruit and educate Redondo Beach landlords on the benefits of participating in the HIP and VASH programs.
- RBHA increased its Payment Standards effective July 1, 2020 in order to enable voucher holders to competitively search and secure housing in Redondo Beach.

## Strategy B5 - Expand General Relief Housing Subsidies

Due to the redirection of funding for Strategy B5, implementation has been suspended indefinitely.

## Strategy B6 - Family Reunification Housing Subsidy (H)

**Status**
- DCFS identified program staff to continue to utilize the Homeless Management Information System (HMIS) to serve homeless families more effectively and better connect families to homeless services.
- DCFS/LACDA continue monthly Strategy B6 and Bringing Families Home (BFH) collaborative meetings that include all contracted housing agency managers, 211, LAHSA, and DPSS.
- Continued ongoing meetings with Corporation for Supportive Housing (CSH), LAHSA, Office of Child Protection, and Southern California Grant Makers as part of One Roof Leadership Institute, to streamline support for all homeless DCFS youth and families.
- DCFS continues to participate on a committee focused on streamlining and expediting housing services for families exiting Union Rescue Mission (URM). This committee meets monthly and includes staff from LAHSA, DPSS, URM, and the Department of Public Health (DPH),
- DCFS continues collaboration with LAHSA, DHS, and LACDA/HACLA on the Family Unification Program (FUP) to provide homeless DCFS families and Transition Age Youth (TAY), with LACDA/HACLA Section 8 vouchers and ongoing case management services to assist families and youth with securing and maintaining permanent housing.
- In August 2020, DCFS implemented Bringing Families Home 2.0, which includes new service providers.

Page | 6

**EXHIBIT 13 - Page 679**

EXHIBIT I

## Strategy B7 - Interim/Bridge Housing for Those Exiting Institutions (H)

**Status**

- LAHSA administers 210 beds specifically designated for people exiting institutions across 11 providers Countywide. These beds are typically reserved for people experiencing literal homelessness within 60 days of exiting an institution. However, in this reporting period, LAHSA and DHS were granted a waiver to extend discharge eligibility as of March 4, 2020, the date that Coronavirus was declared a public emergency. Allowing an extended time frame between discharge and enrollment into shelter ensured increased access for these participants.
- LAHSA, DHS, and the Department of Mental Health (DMH) instituted an "Air-Traffic Control" group that meets daily to process interim housing referrals, assess bed availability throughout the County, and make informed matching choices based on participant eligibility and bed availability.
- LAHSA has replicated the Project Roomkey matching system for B7 beds currently matched through a centralized matching process. Through this process, a series of system improvements currently are in pilot. These improvements include:
  - In-HMIS assessment for eligibility criteria.
  - In-HMIS waitlist, prioritization for most acute/vulnerable, and most appropriate placement.
  - Shelter providers manually entering their bed availability, with information about attributes of the available beds (e.g. gender specific, accessibility).
  - Coordinated matching team facilitates the connection of referred persons to bed openings.
  This pilot will be replicated county-wide for B7 beds currently matched through Los Angeles' Coordinated Entry System (CES) in the second quarter of FY 2020-21, should it be successful.
- DHS, Department of Public Health (DPH), and LAHSA continued the efforts of COVID-19 Response Teams (CRTs) that provided technical assistance and education to Interim Housing providers on infection control, isolation and quarantine procedures, and COVID-19 testing strategies, as well as distribution of Personal Protective Equipment (PPE).
- DHS clinical staff hosted COVID-19 webinars and created guidelines specifically for Interim Housing providers related to infection control, appropriate use of PPE, isolation and quarantine procedures, accessing resources, and staff support.
- In the first quarter of FY 2020-21, DPH-Substance Abuse Prevention and Control (SAPC) had a total of 973 contracted Recovery Bridge Housing (RBH) beds.
- DPH-SAPC revised the Service and Bed Availability Tool to more accurately report and track RBH vacancies to ensure bed counts are accurate and reduce wait times between referral and placement.
- Exits to permanent housing destinations have been slowed down substantially due to COVID-19 activity, reduced access to housing resources, and the precarious state of the economy.

**COVID-19 Testing**

- From May 1, 2020 to October 26, 2020, DHS COVID-19 Response Teams (CRTs) provided COVID-19 testing, delivery of test results, and infection control assessment and technical assistance at 271 shelters/interim housing sites throughout LA County, including beds funded through Strategies B7 and E8.
  - CRTs have completed 42,027 COVID-19 tests with 547 positive results at a positivity rate of 1.3%.

**Next Steps**

- B7 lead agencies (LAHSA, DPH, DHS, and DMH) will ensure regular coordination with contracted B7 providers regarding:
  - Ongoing COVID-19 testing and prevention at B7 sites.
  - Increased number of COVID-19 CRTs.
- B7 leads are discussing the scalability of the Project Roomkey matching system for year-round shelter beds not currently matched through CES.
- DPH-SAPC is exploring standardizing and expanding the availability of supportive services that focus on building life skills  with the goal of assisting in the transition to independent housing and further ensuring success of recovery.

**EXHIBIT 13 - Page 680**

EXHIBIT I

## Strategy B8 - Housing Choice Vouchers for Permanent Supportive Housing

### Status
LACDA continued regular conference calls and email communication with LAHSA, DMH, DHS, DCFS, and service providers to share status reports on all referrals and applications received from referred clients and to provide responses to any inquiries submitted by participating agencies.

### Next Steps
LACDA will continue to refer voucher holders to the Housing Advisory Unit (related to HI Strategy B4) for housing location assistance and for available resources.

## Strategy C1 - Enhance the CalWORKs Subsidized Employment Program for Homeless Families

### Status
- Due to COVID-19, new referrals to the Enhanced Transitional Subsidized Employment (E-TSE) Program were suspended in the spring. E-TSE referrals re-started in mid-August 2020.
- In response to the continued COVID-19 pandemic, the E-TSE Program has been modified so that GAIN regional offices may serve participants via phone due to DPSS office closures. Community-Based Organizations (CBOs) serve participants via phone, virtually, or in small groups, following public health orders.

### Next Steps
- DPSS will continue to work with its partner, South Bay Workforce Investment Board (SBWIB), to ensure the E-TSE Program is assisting participants with placement into subsidized employment assignments.

## Strategy C2/C7 - Increase Employment Opportunities for Homeless Adults (H)

### Status
#### I. Los Angeles Regional Initiative for Social Enterprise (LA:RISE)
This quarter saw continued impacts from COVID-19, but Workforce Development, Aging and Community Services Department's (WDACS') service providers continued their efforts to provide services with minimal disruption through use of virtual platforms.
- On August 6, 2020, Roberts Enterprise Development Fund (REDF) hosted a joint LA:RISE Academy Meeting for LA City Economic and Workforce Development Department (EWDD) and WDACS WorkSource Centers (WSC)/ America's Job Centers of California (AJCCs) and Social Enterprise (SE) partners. The Academy Meeting was held virtually and focused on technological resources for underserved communities and virtual trainings aimed at underrepresented job seekers.
- On September 9, 2020, WDACS launched official social media accounts for the AJCCs and all workforce services on Instagram, Facebook, and Twitter with the handle "@County2Work." These accounts will allow AJCCs to publicly share current employment opportunities, highlight participant success stories, and inform the public of upcoming events.
- On September 30, 2020, WDACS released a Request For Proposals (RFP) seeking to identify additional SEs that can join LA:RISE.
- REDF, UNITE-LA, and Talent Rewire organized virtual business accelerator training for employers to learn how to rewire their talent practices to better support their most vulnerable workers. In these five, two-hour virtual sessions, employers will get the tools they need to navigate these new challenges in an interactive and supportive setting. Additionally, the training will create stronger partnerships with SE partners and inform them about LA:RISE. More information about the Rewire Accelerator can be found on the Talent Rewire website: https://www.talentrewire.org/engage-with-us/rewireaccelerator/los-angeles/.

EXHIBIT 13 - Page 681

EXHIBIT I

- WDACS, in collaboration with the Office of Supervisor Mark Ridley-Thomas, DMH, Los Angeles Southwest College, Slate-Z, and St. Joseph Center hosted a Homeless Services Professionals Virtual Job Fair for LA:RISE and Careers for a Cause participants. Thirteen employers with over 500 open positions attended the Virtual Job Fair and shared information on what it's like to work for their organizations and described the job duties of the positions they have available.

## II. Regional Homeless Opportunity for Meaningful Employment (HOME)

- Pacific Gateway Workforce Development Board (WDB) collaborated with the Multi-Service Center, a facility that houses twelve public and private partner organizations working to promote self-sufficiency and rebuild the lives of those experiencing homelessness, for referrals of individuals seeking employment. Pacific Gateway worked closely with the Multi-Service Center's case managers for wraparound services and referrals.
- Southeast Los Angeles County (SELACO) WDB has been actively transitioning all its services to accommodate virtual delivery during the COVID-19 pandemic.  Because many people experiencing homelessness (PEH) lack access to virtual equipment, SELACO has also re-arranged its career center to abide by social distancing regulations to allow individuals who do not have access to computers/internet to continue to advance their job search and career goals.

## III. Alternative Staffing Organization Program (ASO):

- In August 2020, First Step Staffing opened a new office location in Downtown Los Angeles. This new location is centrally located and only a short distance from Skid Row, other homeless service agencies, and Metro stations, making it accessible to PEH.
- Goodwill ASO has remained actively engaged in assisting PEH to gain employment through collaboration and referrals from the Community ReFresh Spot, a hygiene  center operating 24-hours per day, and the SRO Housing Corporation, a non-profit, community-based organization, both located in Skid Row.

## IV. Hire Up:

- Hire Up's training partner in the construction trades has been able to safely start its first two training cohorts since the COVID-19 outbreak began.
    - Women in Non-Traditional Employment Roles (WINTER) Training Facility – all female training cohort (12 participants) in the construction trades.
    - Firestone Training Facility – 10 participants in the construction trades.
- Hire Up's training partner in the hospitality trades has shifted training to an online format for safety reasons.
    - 16 Participants have been trained since July 1st.
- Placements – The participants are engaging with the training partners to secure employment opportunities with several local employers who have employment needs in the areas of logistics, food and hospitality, construction, and manufacturing.

## V. CalFresh Employment and Training (CFET):

Since February 2020, WDACS, DPSS, and REDF have been working to create an innovative third-party partner program that standardizes and expands the administration of CalFresh Employment and Training (CFET) across Los Angeles County. The program represents an essential strategy for Los Angeles County to increase access to CFET services and leverage federal reimbursement dollars available for eligible investments in employment and training programs. REDF is working closely with WDACS and DPSS to provide the technical assistance needed to operationalize core program elements and comply with federal SNAP E&T requirements. REDF has recruited Seattle Jobs Initiative (SJI) and AC Strategic Solutions, nationally recognized SNAP E&T experts, to help create this program.

- WDACS and DPSS are moving forward with the DPSS/WDACS CFET Expansion Pilot Program (DWCEPP), pursuing a third-party model with Goodwill and Chrysalis. WDACS will serve as the program intermediary, and Goodwill and Chrysalis will serve as the third-party service providers, to offer CFET participants paid transitional employment, job readiness skills, job placement assistance, and job retention services.

**EXHIBIT 13 - Page 682**

EXHIBIT I

- DPSS has included WDACS in its FY 2020-21 CFET State plan, which has been approved by the California Department of Social Services (CDSS).
- WDACS is in the process of requesting delegated authority from the Board of Supervisors to execute contracts for the CFET Expansion Pilot Program.
- WDACS is developing a contract monitoring and evaluation process to ensure program compliance and offer technical assistance to third party partners.

## Strategy C3 - Expand Targeted Recruitment and Hiring Process to Homeless/Recently Homeless People to increase Access to County Jobs

### Status

- The Department of Human Resources (DHR) increased the total number of participants who were previously homeless and/or at risk of homelessness in DHR's pipeline programs, including TempLA, Career Development Intern, and the Countywide Youth Bridges Program.
- DHR will continue to expand network partners and its efforts to recruit homeless individuals and individuals at risk of homelessness.
- DHR will conduct "Train the Trainer" sessions for Homeless Services Providers and their clients on "How to navigate the County application system."

## Strategy C4, C5, C6 - Countywide Benefits Entitlement Services Teams (CBEST) (H)

### Status

CBEST launched its redesign on July 1, 2020. Key features of the redesign include:

- A robust DHS Outreach and Referral Team (OAR) that targets potential CBEST partners that serve CBEST's target population as well as other vulnerable populations. OAR staff are co-located at Project Roomkey (PRK) sites Countywide. Another early accomplishment of the OAR team is the partnership with DMH-Enriched Residential Care (ERC) facilities. On August 6 and 15, OAR staff conducted webinars on the CBEST program and referral pathways into it.  As a result, the CBEST program has begun receiving additional client referrals.
- Intensive Case Management Services (ICMS) - Benefits Advocacy Services Work Orders were executed July 1, 2020. The key focus of these Work Orders is ICMS for CBEST clients who appear likely to be disabled, but require additional, specific medical care and related medical/mental health records in order for the CBEST clinical teams to make a definitive recommendation. Additionally, ICMS will support CBEST clients who have non-benefits-related supportive service needs but are not otherwise connected to outside case management services.
- The Applications Team was brought in-house to further the successes of the previous redesign in which the number of applications filed doubled in a year's time.
- On July 1, 2020, a Work Order for Legal Benefits Advocacy Services for Veterans was executed. This Work Order provides full-scope benefit applications, appeals, and immigration services focused specifically on Veterans who are homeless or at risk of homelessness across the County.
- On August 19, 2020, CBEST launched the CBEST hotline. The hotline provides a streamlined method of communication between CBEST clients and program staff.  The hotline enables clients to request a status update on their applicable case post-intake.
- CBEST launched its weekly Clinical-Legal Case Conferencing Roundtable comprised of its clinical providers and legal services providers. This roundtable provides a collaborative space for client case conferencing, collective fact building, and formal training.

### Additional CBEST updates:

- CBEST is committed to racial justice and equity. CBEST staff took part in a training by  Los Angeles County's Government Alliance on Race and Equity (GARE) on the history and ongoing impact of racism in America and how government can work to realize racial equity and advance equitable opportunities for all. Several staff subsequently joined GARE's action cohorts.

Page | 10

**EXHIBIT 13 - Page 683**

- COVID-19 has impacted client enrollment into the CBEST program and submission of disability benefits applications to the Social Security Administration. As many forms/documents require signatures, CBEST implemented a plan in which such signatures were secured digitally.  Unfortunately, most CBEST clients do not have regular access to email, internet services, and/or computer technology that would otherwise enable them to complete remote digital signatures. As such, CBEST is now seeking to collect signatures on applicable medical/mental health forms via US Postal Service or in-person where possible, while observing social distancing and/or leveraging  referral partners to gather signatures when possible.

### Next Steps
- Targeted outreach to Project Roomkey participants will continue
- The CBEST-DCFS partnership at DCFS' Belvedere site will be implemented in the second quarter of FY 2020-21.  This partnership will enable CBEST to provide disability benefits advocacy services to DCFS' AB12 population (non-minor dependents).
- CBEST co-location at the recently launched Mainstream Interim Housing Services at City of Los Angeles Council District 2 and Council District 15 sites will begin in the next quarter.

## Strategy D1 - Model Employment Retention Support Program

### Status
WDACS and CEO are assessing the efficacy of this strategy in relation to the work of the Employment and Homelessness Taskforce; recommendations for advancing the goals of the strategy will be included in a future quarterly report.

## Strategy D2 - Expand Jail In Reach (H)

### Status
- D2 Jail In Reach staff were trained on August 21 and 27, 2020 to use the Community Health Automated Medicaid Processing System (CHAMP) case management platform utilized by the County's Whole Person Care (WPC) programs. Utilization of CHAMP is expected to improve care coordination, ensure visibility across other jail programs, and improve caseload tracking. In September 2020, D2 staff started entering participants into the system.
- A process was established to match the D2 client roster against Los Angeles Sheriff's Department (LASD) and court-generated COVID-19-related early release lists as they are issued. This enables D2 staff to attempt to modify interim housing and other supportive service linkages to target the new release date, if there is enough time before the release date.

## Strategy D3 - Supportive Service Standards for Subsidized Housing

### Status
- Housing Central Command (HCC) has expanded beyond Service Planning Areas (SPA) 4 and 7 and is now being implemented throughout the County. Individuals matched to permanent supportive housing (PSH) are actively being tracked throughout the housing process and bottlenecks in the system are being identified and addressed.
- HCC and its community partners adopted an authorized signatory process to expedite the processing of applications. This process allows a case manager to certify that a client is acting in good faith, allowing a client to move in to housing before having all documents in hand. Trainings were provided to service agencies to understand the new process.
- HCC and its community partners adopted an income verification request procedure to expedite digital requests for proof of income and uploading of this documentation to HMIS.

**EXHIBIT 13 - Page 684**

EXHIBIT I

**Next Steps**

- HCC and its community partners will continue to work on the development of a universal housing application. The application will allow homeless service providers to leverage existing data in HMIS to automatically complete and submit a universal housing application that will be accepted by providers in the Los Angeles Continuum of Care.
- HCC is working on developing an integrated process for establishing eligibility for DedicatedPLUS permanent supportive housing projects. DedicatedPLUS Permanent Supportive Housing (PSH) was introduced in the 2017 NOFA and allows recipients that are highly vulnerable, but did not fit the definition of chronic homelessness, to be served. This process is envisioned to save providers a significant amount of time and energy in trying to link participants to appropriate housing services.

## Strategy D4 - Regional Integrated Re-entry Networks – Homeless Focus (H)

**Status**

The D4 Measure H funding has been transferred to Strategy B7 to increase the number of B7 beds available each fiscal year by 75 for those exiting County and local jails. Strategy D4 is no longer an active strategy.

## Strategy D5 - Support for Homeless Case Managers

**Status**

- County Departments continue to utilize Strategy D5 referral forms to connect clients to homeless services. A total of 51 referrals were submitted by Probation, WDACS, and Child Support Services this past quarter.
- Due to COVID-19, LAHSA's timeline to launch the "Referring Partner Tool" has been delayed. In the interim, the "Referring Partner Tool" is being tested/piloted with a small group of County Departments.
- LAHSA will continue to provide technical assistance to implement Strategy D5 Pilots and assist County Departments and homeless service provider agencies with referrals.

## Strategy D6 - Criminal Record Clearing Project (H)

**Status**

**Homeless Mobile Unit**

- The Homeless Mobile Unit has adjusted to the pandemic by creating virtual and safe distance events for intake. In August 2020, the Unit was at the Pasadena Courthouse in the mornings, working from curbside along with the Public Defender misdemeanor attorneys. The Unit has also done outreach to the following community groups and law organizations: Inner City Law Center, Public Counsel, Project 180 (2 locations), Veterans of America, Department of Health Services, Para Los Ninos, Homies Unidos, Translatina Coalition, Social Impact Center, A New Way of Life Re-entry, The Big House, Turning Point Interim Housing and Rena B. Recovery Center.
- The Unit has provided several informational sessions in order to describe services and direct new clients to the main number/email for intake.
- The Unit continues to refer clients to the Homeless Engagement and Response Team (HEART) program embedded in the Los Angeles City prosecutor's office for traffic and infraction violation dismissals.
- The Unit's biggest project during the quarter was partnering with the Social Impact Center for National Expungement Week. Held September 21st through the 25th of this year, over 300 clients and participants were served. The coalition of six community partners organized through the Social Impact Center held two day-long events that week. The Unit was able to pre-interview over 150 participants and accept approximately 150 walk-ins through multiple zoom calls around the County.

**The Los Angeles County Homeless Court Program/Los Angeles City Attorney**

- In response to the limitations imposed by COVID-19, the City Attorney deployed a web-based case referral platform (Service Provider Referral Program) that allows homeless service providers and community-based

Page | 12

**EXHIBIT 13 - Page 685**

EXHIBIT I

organizations to remotely refer eligible participants to the City Attorney for assistance with criminal record clearing. Numerous partners have already enrolled in the Service Provider Referral Program and the City Attorney will continue to enlist referral partners on an ongoing basis.

- The City Attorney has enlisted 19 service providers to participate in the referral program.
- Current participants in the Service Provider Referral Program include HOPICS, Neighborhood Legal Services of Los Angeles, DMH, Exodus Recovery, PATH, Public Defender, Union Station Homeless Services, Inner City Law Center, LA Family Housing, Harbor Interfaith, Project 180, Public Counsel, and Homeboy Industries.
- In collaboration with the Social Impact Center, the City Attorney participated in a virtual connect day. In the course of the two-day event, City Attorney staff called and enrolled eligible Homeless Court participants.

### Next Steps
- Continue to expand hybrid remote interviews and on-site intake with community partner agencies/sites:
  - Homeless Court at Redondo Beach
  - Homies Unidos
  - LA Trade Tech College Symposium
  - Social Impact Center
  - LA Regional Re-entry Partnership
- Collaborate with Los Angeles City Prosecutors on their Clean Slate Program, which expands record clearing to pre-conviction diversion dismissals for misdemeanors.
- The City Attorney will add more service providers to the list of qualified referral sources, including representatives from the DHS' Whole Person Care and the DPSS. This will expand access for participants who need assistance with criminal record clearing services while in-person outreach events are suspended.

## Strategy D7 - Provide Services and Rental Subsidies for Permanent Supportive Housing (H)

### Status
- In August 2020, DHS concluded a daily Countywide food distribution effort in collaboration with World Central Kitchen. Approximately 535,000 meals were distributed to persons on the street and in permanent supportive housing to support social distancing and stay at home orders.  DHS pivoted to a more sustainable model of food delivery with a partnership through the LA Regional Food Bank (see next bullet ).
- DHS and LA Regional Food Bank, with support from CEO's office, partnered to provide food kits to 25 DHS contracted agencies in LA County. In September and October 2020, 900 food kits were provided. This program will continue until the end of 2020.
- DHS has converted its training curriculum to web-based teleconference formats for the ICMS providers.
- DHS and DMH worked with LAHSA to match high-risk individuals at the Project Roomkey sites and interim housing sites to permanent supportive housing (PSH) resources. So far,104 individuals have been transitioned into PSH.
- Approximately 28 project-based housing sites (consisting of approximately 980 units) were in the PSH-leasing process during  the reporting period.
- In July 2020, DMH added 25 new Measure H Housing FSP slots at a PSH site in SPA 4.
- DMH partnered with the Corporation for Supportive Housing (CSH) to produce an online Mental Health Basics training for people working in affordable and low-income housing. The first training took place on July 16, 2020, with subsequent trainings held on August 13, 2020, and September 10, 2020.
- During the first quarter of FY 2020-21, DPH-SAPC co-located or connected Client Engagement and Navigation Services (CENS) at four additional PSH sites. 73 sites now have co-located or connected CENS. In FY2020-21, 52 additional sites are anticipated to come on-line with CENS.

### Next Steps
- DPH-SAPC is in the process of developing PSH procedures to guide the delivery of CENS at PSH Sites. SAPC will pilot CENS services at scattered sites in SPA 4 during Q3 of FY 2020-21.

Page | 13

**EXHIBIT 13 - Page 686**

EXHIBIT I

- In November or December 2020, DPH-SAPC will provide a SUD 101 workshop for ICMS staff to educate them on the basics of SUD.
- DMH and DHS are planning a series of stakeholder meetings to obtain feedback on the Housing FSP model with the goal of refining the model.
- DMH and DHS are analyzing ways for the ICMS and Housing FSP to leverage additional Medi-Cal dollars.

## Strategy E1 - Advocate with Relevant Federal and State Agencies to Streamline Applicable Administrative Processes for SSI and Veterans Benefits

Continuing to monitor partnership with Veterans Administration and SSA for opportunities to enhance services.

## Strategy E2 - Drug Medi-Cal Organized Delivery System for Substance Use Disorder Treatment Services

### Status
- As part of its Tuition Incentive Program (TIP), an effort to expand the substance use prevention and treatment workforce specifically aimed at supporting residents in areas adversely impacted by the War on Drugs, DPH-SAPC has facilitated the training of numerous new Registered Alcohol and Drug Technicians (RADTs). DPH-SAPC is working with its provider network to identify paid work opportunities for TIP participants as they simultaneously complete coursework and accrue experience hours towards Certification.
- DPH-SAPC opened an additional Connecting to Opportunities for Recovery and Engagement (CORE) Center in Los Angeles County at the Curtis Tucker Health Center location. In total, SAPC CORE Centers are located at: Antelope Valley, Curtis Tucker, Pomona, Martin Luther King Jr., Whittier, and Hollywood-Wilshire Health Centers.

### Next Steps
- To increase awareness of medications for addiction treatment (MAT) across the County, particularly within specialty SUD programs and identified priority geographic areas, DPH-SAPC will implement an awareness campaign in English and Spanish to reduce stigma and encourage and empower individuals to ask their provider about MAT as a treatment option. DPH-SAPC is targeting areas with high densities of overdoses, particularly in SPAs 1 (Antelope Valley), 4 (Central Los Angeles), and 6 (South Los Angeles).
- DPH-SAPC will enhance, develop, promote, and distribute a community-responsive SUD resource guide, and accompanying web app, to increase community awareness of, and linkages to, SUD prevention, harm reduction, and treatment services.

## Strategy E3 - Creating Partnerships for Effective Access and Utilization of ACA Services by People Experiencing Homelessness

### Status
DHS will continue program improvement efforts across all 16 WPC programs targeting the high-risk target populations: homeless, reentry, mental health, substance use disorder, perinatal and those with chronic medical conditions.

## Strategy E4 - First Responders Training

### Status
- On August 12, 2020, members of LASD HOST conducted the First Responder Homeless Training (FRHT) as part of two different sessions of LASD Crisis Intervention Training (CIT).
- Due to the COVID-19 pandemic, LASD HOST did not present or attend any community meetings during this period.

**EXHIBIT 13 - Page 687**

EXHIBIT I

| Strategy E5 - Decriminalization Policy |
|---|

**Status**

LASD continues to disseminate the Decriminalization Policy departmentwide and share it with local law enforcement entities upon request.

| Strategy E6 - Countywide Outreach System (H) |
|---|

**Status**

The role of outreach shifted significantly with the onset of the COVID-19 pandemic. Outreach teams have been focused on identifying and serving COVID-19 vulnerable people experiencing homelessness (PEH) throughout LA County, providing life-sustaining interventions and services. In addition, outreach teams continued to connect PEH with supportive and housing services and assist CES -matched individuals to move-in to their permanent housing 7 days a week.

Below are examples of services provided by Measure H-funded MDT, CES, and HET teams during this challenging time:

**Health Triage, Interim and Permanent Housing Connections, Other Outreach Work**
- Conducted more than 25,000 COVID-19 wellness/triage surveys utilizing the Akido HOTSpot application from April – September 2020. With this app, nearly 200 potentially- symptomatic individuals and 6,000 COVID-19-vulnerable people were triaged.
- Provided street-based daily wellness checks with COVID-19-positive, COVID-19-exposed, and symptomatic individuals sheltering in place.
- Provided connection and warm handoff to nine A Bridge Home Interim Housing sites with a total of over 700 beds exclusively accessed by outreach teams.
- Coordinated Quarantine/Isolation bed placement for COVID-19-positive, COVID-19-exposed, and COVID-19-symptomatic unsheltered PEH.
- Coordinated placements in Project Roomkey (PRK) sites and other interim housing serving COVID-19-vulnerable unsheltered PEH.
- Provided food and water to unsheltered PEH, some of whom were sheltering in place.
- Provided personal protective equipment (PPE) and hygiene products for infection control.
- Provided crisis intervention and coordination of response for emergency health and psychiatric care needs.
- Provided emergency response during SPA 3 wildfires.
- Developed and launched coordinated outreach and housing strategies around dozens of Unincorporated Area and City of LA encampments within 500 feet of freeway overpasses/underpasses/on-ramps/off-ramps.

**COVID-19 Testing**
- From May 1, 2020 to September 30, 2020, MDTs provided COVID-19 testing, delivery of test results, wellness checks, services, and interim housing linkages in over 1,334 unduplicated encampments throughout LA County.
  - MDTs provided COVID-19 testing for over 8,188 PEH in these encampments during this timeframe, with a 1.26% rate of positive tests.
- DHS clinically enriched the MDTs with the hiring and training since May 1st of 12 COVID-19 Response Teams (CRTs) that include 15 weekday Registry Registered Nurses (RNs), one weekend Registry RN, 5 weekday Registry Licensed Vocational Nurses (LVNs), and 10 Emergency Medical Technicians (EMTs) , to provide increased medical support, COVID-19 testing, and wellness check capacity throughout each SPA.
- DHS provided outreach clinical enrichment and capacity for COVID-19 testing and wellness checks through CRTs to LAHSA HET and HOST teams, as resources were available.

**EXHIBIT 13 - Page 688**

EXHIBIT I

Capacity Building & Technical Assistance

- Since March 23, 2020, weekly COVID-19 Outreach Update Webinars have been offered collaboratively by DHS, DMH, and LAHSA and are open to all outreach teams in LA County, averaging about 150 participants per Webinar.
- Topics have included: COVID-19 and managing wildfire smoke clinical updates; training on PPE for outreach workers; encampment infection control and risk assessment practices; guidance for safe outreach practices during this pandemic; triaging COVID-19 symptoms and the Akido app; accessing DMH services; COVID-19 specific HMIS updates; accessing Project Roomkey and A Bridge Home (ABH); LA Alliance Court Filing: Outreach Response; Pregnancy and Homelessness; Helping People Experiencing Homelessness to Vote; Affirming and Culturally Responsive Practice with Gender Diverse Individuals Experiencing Homelessness; Contraception 101 for Homeless Women; and the 5 X 5 Assessment Tool.  Recordings of these weekly Webinars are provided via LA-HOP to over 500 outreach workers.
- Since March 17, 2020, bi-weekly COVID-19 Street Medicine calls for MDT Street Medicine providers have supported collaborative medical efforts and the street-based COVID-19 medical response, including testing and wellness coordination.
- Since March 19, 2020, weekly MDT Director Meetings have ensured provider leadership technical assistance and support of MDTs and their outreach practices during this pandemic.
- Since March 23, 2020, LAHSA, DMH, and DHS have participated in near daily E6 Leadership "huddles" to ensure a coordinated and collaborative approach to the myriad of pandemic-related outreach response needs.

Food & Resource Distribution
- On April 30, 2020, DHS Housing for Health launched a partnership with World Central Kitchen to provide meals for the unsheltered population and Permanent Supportive Housing (PSH) residents throughout Los Angeles County Mondays through Fridays, through an identified location in each SPA.
  - From April 30, 2020 – September 30, 2020, outreach teams distributed approximately 482,000 meals to vulnerable unsheltered PEH throughout LA County (meals to PSH clients where distributed through other process).
    - 5,000 meals were allocated daily for outreach teams who then delivered these meals to vulnerable PEH throughout every SPA.
    - World Central Kitchen initially provided meals in-kind.  Effective June 1, 2020, LAHSA funded this project through August 14, 2020, and United Way funded additional meals for August 17-18, 2020.
    - COVID-19 Relief Funding (CRF) enabled the outreach food distribution program to re-launch on August 31, 2020, with funding secured through December 2020.
- LAHSA continues to distribute cloth masks for outreach teams when bulk supplies are procured.
- Housing for Health continued to provide Personal Protective Equipment (PPE), hand sanitizer, client hygiene kits, and other resources to LAHSA HET, DMH HOME, and DHS-contracted outreach teams throughout LA County. These resources have been provided to DHS from a variety of public entities, private donations, grants, and other sources. Distributions have included N95 face masks for outreach team members and vulnerable unsheltered people experiencing homelessness who were impacted by wildfire smoke.

Weekend MDT & HET Teams
- Weekend outreach teams continue to be a critical resource in supporting vital health and well-being efforts, including following up with daily wellness checks for COVID-19, COVID-19 positive, and vulnerable PEH sheltering in place.
- Weekend MDTs also provide COVID-19 test results and referrals to QI sites, as well as health and mental health crisis intervention as needs are identified.

Mobile Showers
- Due to the expansive geography of Los Angeles County, people experiencing homelessness often have difficulty accessing essential services that will help them maintain their personal health. The Mobile Showers

**EXHIBIT 13 - Page 689**

EXHIBIT I

- program seeks to address  this need by providing people who are experiencing homelessness access to shower facilities.
- Mobile shower services were available at the following Winter Shelter sites without shower facilities: Pamela Park in Duarte (SPA 3), Steinmetz Park in Hacienda Heights (SPA 3), and Antelope Valley YouthBuild in Palmdale (SPA 1). The Pamela Park winter shelter site demobilized on 9/11/20; consequently, mobile shower operations have ended, as well.
- Two additional weekly County-funded shower sites are located at Lario Park in Irwindale and Whittier Narrows Recreation Area in South El Monte (both SPA 3).

### Next Steps
- Weekend outreach food distribution was launched on October 2, 2020, providing 1,280 meals per weekend, 160 meals per SPA,  delivered by the Weekend MDT and Weekend HET teams throughout LA County.

## Strategy E7 - Strengthen the Coordinated Entry System (H)

### Status
### Coordinated Entry System (CES)
- The CES Policy Council approved an Interim Prioritization Policy for PSH that allocates 80% of all PSH resources for persons or households that are COVID-19 High Risk.

### Regional Coordination
- LAHSA worked with CES Lead Agencies to ensure successful execution of their leadership role in supporting PRK demobilization and the implementation of the COVID-19 Recovery Rehousing Plan across the County.

### Capacity Building and Training.
- Staff Recruitment for the homeless services system: sourcing efforts included 243 pre-screened candidates and 53 vacant positions filled on behalf of eight service providers.
- Capacity Building Initiative: conducted strategic planning for capacity needs re-assessment of LAHSA subrecipients, including assessment of the impact of COVID-19 emergency response on provider sustainability and financial viability.
- Centralized Training Academy (CTA) trained 1,600 individuals during reporting period from 116 unique service providing agencies on 39 unique training topics.
- In September, the CTA co-hosted a "Partnering with Health Plans During a Pandemic" Webinar in partnership with L.A. Care to provide basic background information on best practices for homeless services system partnerships with health plans and access to health plan benefits/services.

### Domestic Violence Coordination
- LAHSA released an Interim Emergency Transfer Plan in September 2020.  DV Regional Coordinators have been able to support and assist providers when survivors of domestic violence, dating violence, sexual assault, stalking, or human trafficking, need to quickly move from their current interim or permanent housing unit to a comparable unit in order to remain safe, while minimizing their experience of homelessness.

### Housing Location
- Housing location has been integrated into the demobilization of PRK Sites. Housing locators are working on procuring the necessary housing units to support PRK participant  placements into permanent housing during the demobilization process.

### Legal Services
- Legal services providers have partnered with PRK to offer services to all participants. Services and introductions are offered on-site, virtually, and as part of case conferencing on demobilization calls to reduce legal barriers to obtaining and maintaining housing.

**EXHIBIT 13 - Page 690**

EXHIBIT I

Next Steps

Capacity Building and Training

- Training priorities will be set based on training needs identified through community refinement sessions and recommendations from the Centralized Training Academy evaluation plan. Scale online training portfolio and workforce development efforts to ensure adequate support for new/existing staff post COVID-19 pandemic response. This will include approximately 18 cohort style trainings and up to 90 (3 hour) topical modules for FY 2020-21. LAHSA will also host 3 virtual job fairs.
- In Q2, Workforce Development Team will participate in the Employer Roundtable for the Careers for a Cause training program to ensure qualified candidates with lived experience connect to available job opportunities within community-based organizations.
- Capacity Building Initiative will continue strategic planning for capacity needs re-assessment of LAHSA subrecipients, including assessment of the impact of COVID-19 emergency response on provider sustainability and financial viability. The assessment will be completed in Q3 of FY 2020-21. Once assessments are completed, aggregate data from participating agencies will be analyzed to generate a snapshot of the cohort's capacity strengths and challenges, and the efficacy of capacity building resources.

Representative Payee Program

- The scope and design of the Representative Payee Program will be revised by December 2020 to enable the program to continue to serve existing participants and allow for additional participants to be served. The program will shift to a service fee reimbursement model to achieve cost savings and serve an increased number of clients.

## Strategy E8 - Enhance the Emergency Shelter System (H)

Status

- The Winter Shelter Program was extended through Q1 of FY 2020-21 and included 11 sites with 437 beds.
- Four PRK sites demobilized during Q1, utilizing a strategy employing multi-agency collaboration among LAHSA, DHS, DMH, DPH, and homeless services providers.
- LAHSA, DHS, and DMH instituted an 'Air-Traffic Control' group that meets daily to process interim housing referrals, assess bed availability throughout the county, and make informed matching choices based on participant eligibility and bed availability.
- LAHSA has replicated the PRK matching system to E8 beds currently matched through a centralized matching process. A series of system improvements are currently still in pilot. This process is described in the B7 update. Should it be successful, in the second quarter of FY 2020-21, the pilot will be replicated County-wide for E8 beds currently matched through Los Angeles' CES.
- E8 leads began discussing the scalability of the Project Roomkey matching system for year-round shelter beds not currently matched through CES. This system would include: In-HMIS assessment for eligibility criteria; In-HMIS waitlist, prioritization for most acute/vulnerable, and most appropriate placement; Year-round shelter providers manually entering their bed availability, with attributes of the available beds (e.g. gender specific, accessibility); and coordinated matching team to facilitate the connection of referred persons to bed openings. This advancement would ensure oversight of eligibility for specialty beds.
- DHS, DPH and LAHSA continued the efforts of COVID-19 Response Teams that provided technical assistance and education to Interim Housing providers on infection control, isolation and quarantine procedures, and COVID-19 testing strategies, as well as distribution of Personal Protective Equipment.
- DHS clinical staff hosted COVID-19 webinars and created guidelines specifically for Interim Housing providers related to infection control, appropriate use of PPE, isolation and quarantine procedures, accessing resources, and staff support.
- Exits to permanent housing destinations have been slowed down substantially due to COVID-19 activity, reduced access to housing resources and the precarious state of the economy.

Page | 18

EXHIBIT 13 - Page 691

EXHIBIT I

**COVID-19 Testing**
- From May 1, 2020 to October 26, 2020, DHS COVID-19 Response Teams provided COVID-19 testing, delivery of test results, and infection control assessment and technical assistance at 271 shelters/interim housing sites throughout LA County, including beds funded through Strategies B7 and E8.
  - CRTs have completed 42,027 COVID-19 tests with 547 positive results at a positivity rate of 1.3%.

**Next Steps**
- E8 lead agencies (LAHSA, DPH, DHS, and DMH) will continue to coordinate with contracted providers regarding: Ongoing COVID-19 testing and prevention at year-round E8 sites and increased number of COVID-19 Response Teams.

## Strategy E9 - Discharge Data Tracking System

**Status**
- LAHSA and L.A. Care Health Plan data match for Project Roomkey (PRK) participants was completed on 9/28/2020 to link PRK participants to case management via the Health Homes Program.
- LAHSA continued its collaboration with DHS hospitals, providing read only access to HMIS.
- LAHSA continues to work with DPSS on integrating IHSS status reporting into HMIS.

**Next Steps**
- LAHSA, L.A. Care, and Community Clinic Association of Los Angeles County (CCALAC) will host a webinar on how to enroll PEH in the COVID-19 high risk list.
- LAHSA to coordinate with L.A. Care to utilize information from the LAHSA-LA Care data match.

## Strategy E10 - Regional Coordination of Los Angeles County Housing Authorities

**Status**
On July 27, 2020, the LACDA conducted a virtual meeting with the Housing Authorities from multiple cities including Los Angeles, Long Beach, Santa Monica, Culver City, Redondo Beach, Hawthorne, Pomona, and Torrance. Also, in attendance were representatives from the Los Angeles HUD Office of Community Planning and Development. Next meeting is scheduled for Thursday, November 5, 2020.

## Strategy E11 - County Specialist Support Team (Super Connect)

**Status**
Super Connect Team has been phased out as of November 2019, as it has been incorporated into the Housing for Health Program. However, DPSS continues to provide vital services to the street-based teams, Interim Housing, CBEST, and Enriched Residential Care program (Board and Cares) by providing access to vital income information, copies of IDs, assistance with reestablishing benefits, status on sanctions, assistance with My Benefits Now, and warm hand-offs to DPSS district offices.

## Strategy E12 - Enhanced Data Sharing and Tracking

**Status**
Quarterly Outcomes Reporting Contract
- In August 2020, Research and Evaluation Services (RES) secured approval to use delegated authority to execute a sole-source contract with Public Sector Analytics (PSA) to perform data-driven quarterly reporting services for the HI. The contract is expected to be executed in January 2021.

**EXHIBIT 13 - Page 692**

EXHIBIT I

**HI Performance Evaluation**
- In August 2020, Public Sector Analytics (PSA) received a full complement of data for FY 2019-20 to enable them to intensify work on the Year Four HI Performance Evaluation, which is scheduled to be complete by the end of 2020. PSA will submit review drafts of the evaluation to the HI and Strategy lead departments in November 2020.
- In January 2021, CIO will commence a procurement for the Year Five and Year Six HI Performance Evaluation contract.

**Homelessness Prevention**
- In August and September 2020, RES continued working to ensure CPL/UCLA has the data needed to refine predictive models that will be deployed to departments and HI partners through the Homelessness Prevention Unit (HPU), which is to be housed at DHS.
- In November 2020, CPL and RES will meet with the HI and key stakeholders to refine the timetable to launch the HPU.

**Older Adult Housing Pilot**
- The RES/UPENN/UCLA research team completed the Year One Older Adult Pilot Implementation Plan in September 2020. It was submitted to the Board in response to a February 18, 2020 Board motion.
- The RES/UPENN/UCLA research team is engaged in exploratory discussions about how to obtain the data needed for a Demonstration Project that would examine the benefits of using Medi-Cal resources to fund key components of the pilot.

**Linking the LACOE Homeless Count to Records of County Services**
In September 2020, RES approached LACOE to determine if a data matching project linking students in LACOE's homeless count could be re-started after being temporarily halted in March 2020 due to the COVID-19 public health emergency. LACOE indicated that the office will not be able to re-start the preparatory work for the matches until 2021. CIO is currently in discussions with LACOE to determine if the matches can be conducted remotely.

**Rapid Response Research Contract**
- In September, RES completed a Delegated Authority Agreement with the Homeless Policy Research Institute (HPRI) at USC.

## Strategy E13 - Coordination of Funding for Supportive Housing

**Status**
The Universal Notice of Funding Availability (UNOFA) team continues to meet with the software developer of the UNOFA application system. Final testing and troubleshooting were scheduled for August 2020, but the software developer requires additional time to address the needs of the UNOFA partners (LACDA Capital Finance, LACDA Section 8 rental assistance, HCID-LA, and HACLA). Because testing with the public agencies was still uncovering some application flaws, the UNOFA was opened to limited testing by affordable housing developers. Results of that testing have not yet been fully reviewed, but they are expected to determine the severity of the software issues and how they can be addressed. The implementation of this UNOFA system has taken substantially longer than anticipated; however, the majority of the system's functionality is present. An exact timeline for completion and roll-out is being determined.

**Next Steps**
- Complete review of system testing by affordable housing developers.
- Identify timeline for software developer to complete all fixes.
- Establish a go-live date.

**EXHIBIT 13 - Page 693**

EXHIBIT I

## Strategy E14 - Enhanced Services for Transition Age Youth (H)

### Status

- LAHSA convened a Youth Homelessness Briefing in the first quarter of FY 2020-21 to announce full results from the 2020 Youth Count.
- Over the past three quarters, COVID-19 Assessments were completed in HMIS for more than 500 Transition Age Youth (TAY) at risk of experiencing severe symptoms from COVID-19. These assessments are used to facilitate access to Tier 1 Interim Housing programs, including Project Roomkey, and to inform prioritization for PSH. Of those with a COVID-19 Assessment completed, 32% or 167 were enrolled at a Project Roomkey site at some point in the last three quarters.
- Youth CES Lead Agencies worked collaboratively with PRK site operators and SPA-level partners to ensure TAY enrolled across four demobilized Project Room Key sites in the last quarter were afforded safe temporary or permanent housing.
- LAHSA added funding to all Youth Homelessness Prevention contracts for one full-time Problem-Solving Specialist.
- LAHSA conducted an onboarding in the last quarter for all eight newly- funded TAY Access Centers.

### Next Steps

- LAHSA and the Homeless Youth Forum of Los Angeles (HYFLA) will partner to complete the quantitative portion of the CoC-wide Needs Assessment for Youth in the next quarter.
- Youth CES Lead Agencies will continue to facilitate safe and stable housing placements for Youth enrolled in Project Roomkey sites countywide in the next quarter.
- A third-party evaluation of Host Homes, led by Lens Co., will be completed in the next quarter.
- LAHSA will fund up to 160 expansion Rapid Re-Housing slots for Youth in the next quarter, using State Homeless Housing, Assistance, and Prevention (HHAP) funding.
- LAHSA will conduct its first Youth CES training for both CES and non-CES agencies in the next quarter and each quarter moving forward.

## Strategy E15 - Homeless Voter Registration and Access to Vital Records

### Status

- Due to the COVID-19 pandemic and the inability to coordinate public outreach events, the RR/CC increased coordination to target homeless services agencies to empower those organizations to promote election information by:
  - Hosting planning calls for scheduled voter registration training
  - Providing presentations and trainings on election information for voters experiencing homelessness
- In September and October 2020, RR/CC held LA Free the Vote (LAFTV) Taskforce meetings. While the focus of LAFTV is for justice-involved voters, some services overlap and extend to people experiencing homelessness.
- In October 2020, RR/CC implemented flex and mobile vote centers, which are targeted to serve voters experiencing homelessness. RR/CC also provided vote by mail (VBM) ballots to all eligible voters who are incarcerated.

### Next Steps

- If public gatherings are allowed in 2021, the RR/CC will continue to partner with cities and organizations to provide information and outreach materials at Homeless Connect Day events and other activities. If prohibited, the RR/CC will continue to seek partnerships with homeless services agencies who will serve as a conduit for such information.

**EXHIBIT 13 - Page 694**

EXHIBIT I

## Strategy E16 - Affordable Care Act opportunities

Status
- Cumulative enrollments in Whole Person Care (WPC) through August 2020 reached 103,055 unique clients and 1,286,503 cumulative member months of service.

Next Steps
- The State is seeking an extension of the existing 1115 waiver, inclusive of WPC, with the Federal Government.
- The Department of Health Care Services (DHCS) has delayed the implementation of California Advancing and Innovating Medi-Cal (CalAIM), the new waiver CA was supposed to start in 2021. It has been postponed to allow continued focus on the response to COVID-19.
- The State's 12-month waiver extension request has been reviewed by the Centers for Medicare and Medicaid Services and has met submission requirements for a complete application. The extension request has been posted on Medicaid.gov for a 30-day federal public comment period that concludes in early November 2020. Following the conclusion of the federal public comment period, DHCS can begin negotiations with CMS regarding the waiver extension.

## Strategy E17 - Regional Homelessness Advisory Council (RHAC) and Implementation Coordination

Status
- The RHAC last met on July 9, 2020. The group reviewed and discussed LA County's COVID-19 Recovery Rehousing Plan.

Next Steps
- RHAC meetings are held quarterly. The next meeting is scheduled to convene on November 5, 2020. The group will continue to focus on LA County's COVID-19 Recovery Rehousing Plan. LAHSA and Home For Good are also convening a workgroup of RHAC members to review and update the RHAC governance charter.

## Strategy F1 - Promote Regional SB 2 Compliance

Status
- Regional Planning Commission approved the Interim and Supportive Housing Ordinance on July 22, 2020, which strengthens the County's compliance with SB 2. On November 10, 2020, the Board indicated its intent to the approve the Interim and Supportive housing Ordinance once County Counsel prepares the necessary final documents amending Title 21 and Title 22 of the County Code.

## Strategy F2 - Linkage Fee Nexus Study, and
## Strategy F5 - Incentive Zoning/Value Capture Strategies

Status
Completed as of January 31, 2019.

## Strategy F3:  Support for Inclusionary Zoning for Affordable Rental Units

Status

- The Board approved the adoption of the Inclusionary Housing Ordinance on November 10, 2020 and becomes effective on December 10, 2020.

**EXHIBIT 13 - Page 695**

EXHIBIT I

## Strategy F4:  Development of Second Dwelling Unit Pilot Program

Status
- DRP drafted an update to the Accessory Dwelling Unit (ADU) Ordinance to reflect changes to State ADU law that took effect January 1, 2020.
- In August 2020, the Board indicated its intent to approve the ADU Ordinance. The Board of Supervisors adopted the updated ADU Ordinance on October 13, 2020.
- There have been some delays in the completion of ADUs due to COVID-19.
  - Legalized ADU is seeking final building approval.
  - Three (3) new ADUs are currently in construction.
  - One new ADU  is in planning/design development.
- Monitoring of progress is ongoing. Lessons learned regarding homeowner selection, design, construction to completion, and lease-up of the new or legalized ADU are being tracked.

Next Steps
LACDA will:
- Oversee the lease-up of legalized ADU and one new ADU, with expected occupancy by Fall 2020.
- Oversee the construction progress on new ADU that was delayed due to COVID-19, with expected completion by Winter 2020.
- Oversee the construction progress on new ADU, with expected completion Spring/Summer 2021.
- Continue to identify strategies to address issues encountered by the ADU Pilot Program participants.

## Strategy F6 - Use of Public Land for Homeless Housing

Status
- Ongoing discussions between CEO Asset Management and CEO-HI staff regarding potential vacant or underutilized properties for interim and supportive housing.
- County was awarded funding from the state through Project Homekey to purchase 10 hotels/motels. Nine of these properties will initially be used as interim housing and then will be converted to permanent supportive housing by the end of calendar year 2022. One property will be used immediately as permanent supportive housing. In addition to funding to acquire the properties, the County was also awarded operating subsidies for nine of the ten properties.
- The County is constructing 232 units of homeless housing (prefabricated shipping containers) at a County owned site on Vignes street in downtown Los Angeles.  The units will initially be used for interim housing, and units may   subsequently be available for permanent housing .

Next Steps
- Homekey sites will commence operations shortly after the close of escrow, which will occur in November and December 2020. Sites will be at least 50 percent occupied within 90 days or close of escrow or, in some cases, sooner. Construction for PSH conversion is expected to commence in early 2022.
- For the Vignes project, phased delivery of the prefabricated units is targeted for November 27, 2020,  and December 4, 2020.  The CEO HI is working with LAHSA to secure a service  provider to be ready to welcome clients by March 2021.

## Strategy F7 - Preserve and Promote the Development of Affordable Housing for Homeless Families and Individuals (H)

Status
Measure H funding allocated through NOFA 23-A, released in September 2017, was awarded to five projects in 2018. The status of these projects is as follows:

Page | 23

**EXHIBIT 13 - Page 696**

EXHIBIT I

1. PATH Villas at South Gate – In Construction; completion is expected in September 2021.
2. Kensington Campus – Completed
3. The Spark at Midtown – In construction; completion is expected in November 2020.
4. Florence Apartments – In construction; completion is expected in August 2021.
5. Sun Commons – Predevelopment; construction is expected to start in December 2020.

Measure H funding allocated through NOFA 24-A, released in September 2018, was awarded to six projects in 2019. The status of these projects is as follows:
1. Veterans Park Apartments – In construction; completion is expected in July 2021.
2. Fairview Heights – In construction; completion is expected in August 2021.
3. Vermont/Manchester Apartments – Predevelopment; has a financing gap and expects to apply to LACDA's NOFA 26. Project timing is undetermined at this time.
4. The Pointe on La Brea – Predevelopment; tax credit allocation date TBD.
5. Bloom at Magnolia (aka PCH & Magnolia Apartments) – In Construction; completion is expected in September 2021.
6. Juniper Grove Apartments – In construction; completion is expected May 2022.

## Strategy F7 - One-time Housing Innovation Fund (H)

### Status
On August 13, 2019, the Board authorized LACDA to execute and administer contracts with the five winners of the Housing Innovation Challenge (HIC). Below is the status of the five HIC projects:
- South LA Bungalows: Loan closed in February 2020. Project is under construction.
- Flyaway Homes: Loan closed in April 2020. Project is expected to be completed in the Fall of 2020.
- LifeArk El Monte: Loan closed February 2020. The project received State approval in April 2020. Developer secured a construction loan and the project is under construction. Project is expected to be completed in Spring 2021.
- Community Corp of Santa Monica: A new site has been identified for the project. Proposed new project will continue to use the kit-of-parts building method.
- United Dwelling: The grant and disbursement agreement is being reviewed by LACDA and the awardee.

**EXHIBIT 13 - Page 697**

EXHIBIT I

| | | | |
|---|---|---|---|
| ACA | Affordable Care Act | ICMS | Intensive Case Management Services |
| ADU | Accessory Dwelling Unit | IPV | Intimate Partner Violence |
| AJCC | America's Job Center of California | LA-HOP | Los Angeles County Homeless Outreach Portal |
| ASO | Alternative Staffing Organization | LACA | Los Angeles City Attorney |
| CBEST | Countywide Benefits Entitlement Services Teams | LACAC | Los Angeles County Arts Commission |
| CBO | Community- Based Organization | LACDA | Los Angeles County Development Authority |
| CDC | Centers for Disease Control | LACEYH | Los Angeles Coalition to End Youth Homelessness |
| CES | Coordinated Entry System | LACOE | Los Angeles County Office of Education |
| CEO | Chief Executive Office | LAHSA | Los Angeles Homeless Services Authority |
| CENS | Client Engagement and Navigation Services | LASD | Los Angeles Sheriff Department |
| CoC | Continuum of Care | MET | Mental Evaluation Team |
| COG | Council of Governments | MDT | Multidisciplinary Team |
| DCFS | Department of Children and Family Services | NOFA | Notice of Funding Availability |
| DHR | Department of Human Resources | ODR | Office of Diversion and Re-entry |
| DHS | Department of Health Services | PD | Public Defender |
| DMH | Department of Mental Health | PH | Permanent Housing |
| DMVA | Department of Military and Veterans Affairs | PHA | Public Housing Authority |
| DPH | Department of Public Health | PSH | Permanent Supportive Housing |
| DPSS | Department of Public Social Services | RBH | Recovery Bridge Housing |
| DPW | Department of Public Works | RCB-ICMS | Reentry Community-Based Intensive Case Management Services |
| DRP | Department of Regional Planning | REDF | Roberts Enterprise Development Fund |
| DV | Domestic Violence | RES | Research and Evaluation Services |
| E-TSE | Enhanced Transitional Subsidized Employment | RHAC | Regional Homelessness Advisory Council |
| FSC | Family Solutions Center | RRH | Rapid Re-Housing |
| FSP | Full-Service Partnership | RR/CC | Registrar Recorder/County Clerk |
| GR | General Relief | SAPC | Substance Abuse Prevention and Control |
| HACLA | Housing Authority of City of Los Angeles | SPA | Service Planning Area |
| HCID-LA | Los Angeles Housing and Community Investment Department | SSA | Social Security Administration |
| HCV | Housing Choice Voucher | SSI | Supplemental Security Income |
| HET | Homeless Engagement Team | TAY | Transition Age Youth |
| HIP | Homeless Incentive Program | TSE | Transitional Subsidized Employment |
| HJC | Housing and Jobs Collaborative | VA | Veterans Administration |
| HMIS | Homeless Management Information System | VI-SPDAT | Vulnerability Index – Service Prioritization Decision Tool |
| HUD | U.S. Department of Housing and Urban Development | WDACS | Workforce Development Aging and Community Services |
| IAR | Interim Assistance Reimbursement | WIOA | Workforce Innovation and Opportunity Act |

EXHIBIT 13 - Page 698

## Homeless Initiative Performance Data by Strategy

Exhibit II

### Fiscal Year 2020-21, July 2020 to September 2020

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO JUNE 2020 (FULL FISCAL YEAR 2019/2020) | JULY 2020 TO SEPT 2020 (Q1 of 2020/2021) |
|---|---|---|---|---|---|
| **A1: Homeless Prevention Program for Families** | Percentage of A1 participant families that exit the program who retain their housing or transition directly into other permanent housing | 73% (348/477) | 89% (689/775) | 78% (661/848) | 80% (130/160) |
| | Percentage of A1 participant family members that did not enter any homeless services programs within six months of exiting the prevention program *\*Please note: in the past this metric has been reported for families, but it is not reported for family members, which provides a more accurate picture due to changes in family composition over time.* | 99% (3,262 family members did not enter any homeless services programs within six months out of 3,280 family members who exited the program since July 2018) | | | |
| | Percentage of A1 participant family members that did not enter any homeless services programs within one year of exiting the prevention program | 99% (2,586 family members did not enter any homeless services programs within one year out of 2,600 family members who exited the program since July 2018) | | | |
| **A5: Homeless Prevention Program for Individuals** | Percentage of A5 participants that exit the program who retain their housing or transition directly into other permanent housing | 89% (72/81) (data is for February 2018-June 2018) | 93% (813/872) | 72% (992/1,376) | 90% (301/336) |
| | Percentage of A5 participants that did not enter any homeless services programs within six months of exiting the prevention program | 99% individuals did not enter any homeless services programs within six months out of 1,720 individuals who exited the program since July 2018) | | | (1,697 |

*Some of the outcomes reported in prior quarterly reports have changed due to data lag and other revisions.

**EXHIBIT 13 - Page 699**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2020-21, July 2020 to September 2020**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO JUNE 2020 (FULL FISCAL YEAR 2019/2020) | JULY 2020 TO SEPT 2020 (Q1 of 2020/2021) |
|---|---|---|---|---|---|
| **A5: Homeless Prevention Program for Individuals** | Percentage of A5 participants that did not enter any homeless services programs within one year of exiting the prevention program | 99% (1,034 individuals did not enter any homeless services programs within one year out of 1,055 individuals who exited the program since July 2018) | | | |
| **B1: Provide Subsidized Housing to Homeless Disabled Individuals Pursuing SSI** | Number of B1 participants who secured housing with B1 subsidy | 1,476 | 253 | 1358 | 0* |
| | Percentage of enrolled B1 participants who secured housing with B1 subsidy | 61% | 86% | 60% | 0%* |
| | Number of B1 participants approved for SSI | 120 | 117 | 210 | 29* |
| **B3: Partner with Cities to Expand Rapid Re-Housing** | Number of participants newly enrolled in B3 | 12,675 | 10,747 | 9,002 | 1,586 |
| | Number of participants active in the program on the last day of the reporting period | 11,661 | 11,951 | 10,978 | 10,780 |
| | Number of B3 participants active in the program within the reporting period date range | 17,787 *Does not include DHS data* | 21,357 | 19,473 | 11,903 |
| | Number of B3 participants who secured permanent housing during the reporting period with or without a rapid rehousing subsidy | 4,937 | 5,065 | 5,903 | 847 |
| | Of B3 Participants who secured housing with a rapid rehousing subsidy, number who remained in permanent housing upon exiting the RRH program | 1,482 | 1,413 | 3,114 | 750 |

*B1 referral, enrollment, and approval numbers were low due to ending FY19-20 at full capacity Measure H-funding. DPSS began FY 20-21 utilizing remaining AB109 funding and other available funding.

2

EXHIBIT 13 - Page 700

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2020-21, July 2020 to September 2020**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO JUNE 2020 (FULL FISCAL YEAR 2019/2020) | JULY 2020 TO SEPT 2020 (Q1 of 2020/2021) |
|---|---|---|---|---|---|
| **B3: Partner with Cities to Expand Rapid Re-Housing** | Of B3 Participants who secured housing with a rapid rehousing subsidy, percentage who remained in permanent housing upon exiting the RRH program | 65% (1,482/2,286) | 87% (1,413/1,627) | 86% (3,114/3,624) | 94% (750/802) |
| | Number of B3 participants who obtained employment (of those who were newly enrolled during the reporting period) | 508 | 552 | 143 | 14 |
| | Number of B3 participants who obtained benefits (of those who were newly enrolled during the reporting period) | 453 | 357 | 169 | 20 |
| **B4: Facilitate Utilization of Federal Housing Subsidies** | Number of formerly homeless individuals and families that were housed using B4 landlord incentive payments | 629 | 2,120 | 2,277 | 290 |
| | Number of landlord/community engagement events held | 49 | 125 | 67 | 7 |
| | Number of landlord requests to participate in Homeless Incentive Program (HIP) | 691 | 2,435 | 1,929 | 278 |
| | Number of incentives provided to landlords | 874 | 2,534 | 2,425 | 307 |
| | Amount of incentives provided to landlords | $ 1,285,217 | $ 4,207,723 | $ 4,170,708 | $ 500,232 |

3

**EXHIBIT 13 - Page 701**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2020-21, July 2020 to September 2020**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO JUNE 2020 (FULL FISCAL YEAR 2019/2020) | JULY 2020 TO SEPT 2020 (Q1 of 2020/2021) |
|---|---|---|---|---|---|
| B4: Facilitate Utilization of Federal Housing Subsidies | Number of units leased with HIP incentives (by bedroom size) | Total: 498 Bedroom sizes: SRO = 2 0 = 64 1 = 224 2 = 153 3 = 38 4 = 11 5 = 6 | Total: 1,863 Bedroom sizes: SRO = 4 0 = 106 1 = 916 2 = 558 3 = 192 4 = 62 5 = 16 6 = 1 Shared = 8 | Total: 2,425 Bedroom sizes: SRO = 8 0 = 212 1 = 1,112 2 = 776 3 = 221 4 = 64 5 = 12 6 = 5 Shared = 15 | Total: 58 Bedroom sizes: SRO = 0 0 = 2 1 = 21 2 = 23 3 = 8 4 = 2 5 = 0 6 = 0 Shared = 2 |
| | Number of security deposits paid | 361 | 2,083 | 2,254 | 261 |
| | Amount of security deposits paid | $ 780,476 | $ 5,298,068 | $ 6,040,850 | $ 681,265 |
| | Number of utility deposits/connection fees paid | 56 | 757 | 1036 | 86 |
| | Amount of utility deposits/connection fees paid | $ 7,928 | $ 97,583 | $ 139,600 | $ 15,258 |
| | Number of rental application and credit check fees paid | 46 | 512 | 489 | 17 |
| | Amount of other move-in assistance paid | $ 129,051 | $ 688,029 | $ 23,745 | $ 102,232 |
| B6: Family Reunification Housing Subsidy | Number of B6 participant families placed in housing | 73 (Data for 1/1/17-6/30/18) | 89 | 159 | 19 |
| B7: Interim/Bridge Housing for Those Exiting Institutions | Number of individuals who have been served with B7-funded interim/bridge housing. | 2179 *(does not include Department of Public Health Substance Abuse Prevention and Control outcomes)* | 3,257 | 4,438 | 1,733 |

4

**EXHIBIT 13 - Page 702**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2020-21, July 2020 to September 2020**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO JUNE 2020 (FULL FISCAL YEAR 2019/2020) | JULY 2020 TO SEPT 2020 (Q1 of 2020/2021) |
|---|---|---|---|---|---|
| **B7: Interim/Bridge Housing for Those Exiting Institutions** | Breakdown of the institution from which individuals who were served in interim/bridge housing were discharged<br><br>(Sum of categories does not equal total number because some individuals have multiple enrollments and/or came from different places prior to enrollment.)<br><br>*Due to COVID-19 Public Health Emergency, 14 clients were served in B7 beds in Q1 of FY 2020-21 who would not otherwise be eligible. This was offset by serving 69 B7-eligible clients at E8 sites during the same time period.* | Hospitals: 386<br><br>Jail/Prison/Juvenile Detention Center: 1,164<br><br>Other: 635<br>*(does not include Department of Public Health Substance Abuse Prevention and Control outcomes)* | Hospitals: 1,037<br><br>Jail/Prison/Juvenile Detention Center: 861<br><br>Substance Abuse Treatment: 926<br><br>Interim or Transitional Housing: 138<br><br>Other: 305 | Hospitals: 757<br><br>Jail/Prison/Juvenile Detention Center: 1,488<br><br>Substance Abuse Treatment: 1,441<br><br>Interim or Transitional Housing: 248<br><br>Other: 525 | Hospitals: 355<br><br>Jail/Prison/Juvenile Detention Center: 612<br><br>Substance Abuse Treatment: 610<br><br>Interim or Transitional Housing: 35<br><br>Other: 107<br><br>Non-B7 sources: 14* |
| | Number of B7 participants who exit to a permanent housing destination | 445<br>*(FY 2017-2018 data does not include Department of Public Health Substance Abuse Prevention and Control outcomes)* | 544 | 488 | 86 |

5

**EXHIBIT 13 - Page 703**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2020-21, July 2020 to September 2020**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO JUNE 2020 (FULL FISCAL YEAR 2019/2020) | JULY 2020 TO SEPT 2020 (Q1 of 2020/2021) |
|---|---|---|---|---|---|
| **B7: Interim/Bridge Housing for Those Exiting Institutions** | Percentage of B7 participants who exit to a permanent housing destination | 43% (445/1,037) *(FY2017-2018 data does not include Department of Public Health Substance Abuse Prevention and Control outcomes)* | Not available | LAHSA: 26% (187/710) DHS: 18% (123/677) DPH: 19% (178/959) (DPH figures are Jan-July 2020 only) | 13% (86/671) |
| **C1: Enhance the CalWORKs Subsidized Employment Program for Homeless Families** | Number of C1 participants who are engaged in subsidized employment | 268 | 236 | 211 | 12 |
| | Number of C1 participants who are placed in unsubsidized employment | 52 (out of 131 who completed the subsidized placement) | 21 (out of 58 who completed the subsidized placement) | 10 (out of 24 who completed the subsidized placement) | Participants have not yet completed their subsized placements this FY. |

6

**EXHIBIT 13 - Page 704**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2020-21, July 2020 to September 2020**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO JUNE 2020 (FULL FISCAL YEAR 2019/2020) | JULY 2020 TO SEPT 2020 (Q1 of 2020/2021) |
|---|---|---|---|---|---|
| **C2/C7: Increase Employment for Homeless Adults** | Number of C2/C7 participants enrolled in Transitional Employment | 800 | 1,265 | 2,246 | 993 |
| | Number of C2/C7 participants who secured unsubsidized employment | 283 | 742 | 872 | 192 |
| | Number of DPSS GR Participants served by C2/C7 | 142 | 215 | 562 | 117 |
| **C3: Expand Targeted Recruitment & Hiring Process to Homeless/ Recently Homeless to Increase Access to County Jobs** | Number of individuals at risk of or experiencing homelessness who are currently enrolled in TempLA, a program that places low-income people into temporary employment with the County. | 34 | 3 | 21 | 14 |
| | Number of individuals at risk of or experiencing homelessness who are currently enrolled in Community Youth Bridges Program, a program to connect at-risk youth to County employment. | Not available | Not available | 23 | 1 |
| **C4/5/6: Countywide SSI/Veterans Benefits Advocacy Program for People/ Veterans/ Inmates Experiencing Homelessness or at Risk of Homelessness** | Number of individuals newly enrolled in CBEST | 7,458 | 6,226 | 5,739 | 447 |
| | Number of individuals currently enrolled in CBEST | 5,861 | 11,499 | 16,888 | 9,847 |
| | Number of CBEST participants whose applications for SSI/Veterans' benefits were submitted | 443 | 1,413 | 2,168 | 163 |
| | Number of CBEST participants whose applications for SSI/Veterans' benefits were denied | 4 | 47 | 78 | 13 |

*In FY 19-20, CBEST re-engaged inactive clients; in some cases, clients were exited or cases were moved forward, as appropriate. In the past quarter, CBEST exited some clients who had been awarded benefits but not exited. The FY 19-20 enrollment figures are cumulative, so reflect the entire year's enrollment. Combined, the foregoing factors explain the drop in enrollment for Q1.

7

**EXHIBIT 13 - Page 705**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2020-21, July 2020 to September 2020**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO JUNE 2020 (FULL FISCAL YEAR 2019/2020) | JULY 2020 TO SEPT 2020 (Q1 of 2020/2021) |
|---|---|---|---|---|---|
| **C4/5/6: Countywide SSI/Veterans Benefits Advocacy Program** | Number of CBEST participants whose applications for SSI/Veterans' benefits are pending disposition | Not available | 1,007 | 2,007 | 1,658 |
| | Number of CBEST participants approved for SSI/Veterans' benefits | 142 | 364 | 839 | 115 |
| | Number of Participants Recieving Benefits Advocacy Services (BAS) Intensive Case Management Services *(New Metric for FY 20-21)* | Not available | Not available | Not available | 133 |
| **D2: Expansion of Jail in Reach** | Number of inmates who received D2 jail in-reach services | 3,489 | 1,349 | 1,223 | 313 |
| | Number of D2 participant inmates who were assessed with the VI-SPDAT | 2,632 | 975 | 952 | 220 |
| | Number of D2 participant inmates placed in bridge housing upon release | 723 (from 9/14/17-6/30/18) | 429 | 379 | 90 |
| | Number of D2 participant inmates transported to housing upon release | 620 (from 9/14/17-6/30/18 | 210 | 303 | 17 |
| | Number of D2 participant inmates referred to SSI advocacy program (CBEST) | 106 (from 9/14/17-6/30/18 | 55 | 70 | 23 |
| | Number of D2 participant inmates placed in permanent supportive housing by the Housing for Health program within 12 mo. of release | 119 | 160 | 53 | 3 |

8

EXHIBIT 13 - Page 706

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2020-21, July 2020 to September 2020**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO JUNE 2020 (FULL FISCAL YEAR 2019/2020) | JULY 2020 TO SEPT 2020 (Q1 of 2020/2021) |
|---|---|---|---|---|---|
| **D2: Expansion of Jail in Reach** | Number of D2 participant inmates referred to Community Transition Unit (CTU) for GR assistance at DPSS | 407 | 63 | 124 | 44 |
| | Number of D2 participant inmates referred to CTU for Medi-Cal application assistance | 283 | 75 | 546 | 125 |
| **D6: Criminal Record Clearing Project** | Number of Public Defender homeless outreach events held through D6 | 54 (January - June 2018) | 138 | 108 | 8 |
| | Number of City Attorney homeless outreach events held through D6 | N/A | 56 | 47 | 2 |
| | Number of homeless persons engaged by Public Defender through D6 | 577 (January - June 2018) | 897 | 736 | 66 |
| | Number of homeless persons engaged by City Attorney through D6 | N/A | 1,211 | 995 | 105 |
| | Number of petitions for dismissal/reduction filed by Public Defender for D6 participants | 264 (January - June 2018) | 987 | 1,292 | 617 |
| | Number of petitions for dismissal/reduction filed by City Attorney for D6 participants | N/A | 1,793 | 2,871 | 161 |
| | Number of petitions filed by Public Defender for dismissal/reduction that were granted for D6 participants | 153 (January - June 2018) | 554 | 537 | 257 |

9

**EXHIBIT 13 - Page 707**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2020-21, July 2020 to September 2020**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO JUNE 2020 (FULL FISCAL YEAR 2019/2020) | JULY 2020 TO SEPT 2020 (Q1 of 2020/2021) |
|---|---|---|---|---|---|
| **D6: Criminal Record Clearing Project** | Number of petitions filed by City Attorney for dismissal/reduction that were granted for D6 participants (some granted petitions were filed prior to Measure H funding) | N/A | 1,102 | 2,705 | 296 |
| **D7: Provide Services and Rental Subsidies for Permanent Supportive Housing (PSH)** | Number of D7 participants newly enrolled and linked to Intensive Case Management Services (ICMS) | 2,842 | 3,904 | 3,175 | 738 |
| | Number of participants in existing PSH units that had insufficient supportive services who began receiving D7 ICMS services to increase housing retention (*These participants are considered to be part of the "D7 Flex" program.*) | N/A | 803 | 1,885 | 150 |
| | Number of individuals who were active in the D7 and D7-flex programs during the reporting period | 2,842 | 7,255 | 12,573 | 11,073 |
| | Number of newly enrolled D7 participants receiving federal rental subsidies. | 1,524 | 2,267 | 2,332 | 446* |
| | Number of newly enrolled D7 participants receiving local rental subsidies | 1,081 | 1,573 | 642 | 175 |

*DHS slot growth has been adversely impacted due to a slowdown in federal subsidies.

10

**EXHIBIT 13 - Page 708**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2020-21, July 2020 to September 2020**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO JUNE 2020 (FULL FISCAL YEAR 2019/2020) | JULY 2020 TO SEPT 2020 (Q1 of 2020/2021) |
|---|---|---|---|---|---|
| D7: Provide Services and Rental Subsidies for Permanent Supportive Housing (PSH) | Number of D7 participants placed in housing during the reporting period | 1,340 | 2,152 | 2,495 | 344 |
| E4: First Responders Training | Number of LASD deputies and sergeants trained | 1,315 (from 10/2016 to 6/2018) | 729 | 957 | 142 |
| | Number of non-LASD law enforcement personnel trained | 43 | 19 | 11 | 0 |
| | Number of non-law enforcement first responders trained | 389 (from 6/2017 to 6/2018) | 465 | 396 | 0 |
| E6: Countywide Outreach System* | Number of individuals initiated contact | 17,929 | 22,410 | 26,836 | 8,251 |
| | Number of individuals newly engaged during the reporting period | 8,658 | 10,905 | 14,005 | 5,038 |
| | Number of individuals engaged during the reporting period | 9,257 | 15,039 | 19,224 | 13,042 |
| *Data is for CES Outreach Teams, DHS Multidisciplinary Teams, and LAHSA Homeless Engagement Teams. | | | | | |

11

**EXHIBIT 13 - Page 709**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2020-21, July 2020 to September 2020**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO JUNE 2020 (FULL FISCAL YEAR 2019/2020) | JULY 2020 TO SEPT 2020 (Q1 of 2020/2021) |
|---|---|---|---|---|---|
| **E6: Countywide Outreach System*** | Number of individuals who received services or successfully attained referrals | 6,833 | 17,673 | 15,419 | 7,499 |
| | Number of individuals who were placed in crisis or bridge housing | 1,164 | 1,468 | 3,093 | 778 |
| | Number of individuals who were linked to a permanent housing resource | 533 | 1,018 | 875 | 132 |
| | Number of individuals who were placed in permanent housing | 375 | 757 | 699 | 140 |
| **E7: Strengthen the Coordinated Entry System (CES)** (All data for this strategy is for the CES as a whole.) | Number of households assessed through CES | 28,874 | 27,116 | 22,538 | 5,197 |
| | Average length of time in days from assessment to housing match | 208 | 257 | 376 | 342 |
| | Average length of stay in days in crisis/bridge housing for those who exited in the reporting period | 63 | 48 | 72 | 85 |
| | Average acuity score of persons or households who have obtained permanent housing | 7.4 | 7.8 | 8.6 | 10 |
| | Number of persons/households who have increased their income | 5937 | 7,093 | 7,404 | 4,322 |
| *Data is for CES Outreach Teams, DHS Multidisciplinary Teams, and LAHSA Homeless Engagement Teams. | | | | | |

12

**EXHIBIT 13 - Page 710**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2020-21, July 2020 to September 2020**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO JUNE 2020 (FULL FISCAL YEAR 2019/2020) | JULY 2020 TO SEPT 2020 (Q1 of 2020/2021) |
|---|---|---|---|---|---|
| **E8: Enhance the Emergency Shelter System** (Data includes all participants served in programs funded in whole or in part by Measure H.) | Number of participants newly enrolled in the program during the reporting period | 13,524 | 17,759 | 12,539 | 1,998 |
| | Number of persons active in the program within the reporting period | 15,970 | 22,362 | 18,229 | 9,530 |
| | Number of persons who exited crisis, bridge, or interim housing to permanent housing during the reporting period (out of total exits to any destination) | 2752 (out of 11,420 total exits) = 24% | 3,971 (out of 15,581 total exits) = 25% | 3,656 (out of 11,211 total exits) = 33% | 609 (out of 1,769 total exits) = 34% |
| **E14: Enhanced Services for Transition Aged Youth (TAY)** | Percentage of E14 TAY participants who exited transitional housing to permanent housing destinations during the reporting period | 50% (34 out of 66 total exits) | 39% (150 out of 388 total exits) | 49% (222 out of 454 total exits) | 41% (43 out of 106 total exits) |
| | Number of TAY participants who were assessed using the Next Step Tool | 3,537 | 3,285 | 2,404 | 425 |

13

EXHIBIT 13 - Page 711

Exhibit III

**Select Homeless Initiative Strategy (B3, B7, D7, E6, E8) Performance Data by Service Planning Area (SPA)**
**Quarter 1 of Fiscal Year 2020/2021 (July 2020 - September 2020)**

| B3: Partner with Cities to Expand Rapid Re-Housing | Number of individuals newly enrolled | Number of individuals active in the program within the reporting period | Number of B3 participants who secured permanent housing during the reporting period with or without a rapid rehousing subsidy | Of persons who secured housing with a rapid re-housing subsidy, number who remained in permanent housing upon exiting the RRH program | Of persons who secured housing with a rapid re-housing susbidy, number that exited the program to any destination | Of persons who secured housing with a rapid re-housing subsidy, percentage who remained in permanent housing upon exiting the RRH program |
|---|---|---|---|---|---|---|
| Total | 1,586 | 11,903 | 847 | 750 | 802 | 94% |
| SPA 1 | 124 | 796 | 125 | 154 | 158 | 97% |
| SPA 2 | 386 | 2,643 | 92 | 52 | 53 | 98% |
| SPA 3 | 117 | 1,027 | 46 | 86 | 86 | 100% |
| SPA 4 | 340 | 2,714 | 171 | 131 | 145 | 90% |
| SPA 5 | 34 | 1,073 | 57 | 31 | 36 | 86% |
| SPA 6 | 332 | 1,766 | 170 | 150 | 161 | 93% |
| SPA 7 | 167 | 1,244 | 60 | 55 | 59 | 93% |
| SPA 8 | 95 | 867 | 130 | 91 | 104 | 88% |

| B7: Interim/Bridge Housing for Those Exiting Institutions | Number of individuals who have been served with B7 funded interim/bridge housing | Number of B7 participants who exit to a permanent housing destination | Number of B7 participants who exit to any destination | Percentage of B7 participants who exit to a permanent housing destination |
|---|---|---|---|---|
| Total | 1,733 | 86 | 671 | 13% |
| SPA 1 | 83 | 2 | 27 | 7% |
| SPA 2 | 169 | 5 | 54 | 9% |
| SPA 3 | 306 | 5 | 88 | 6% |
| SPA 4 | 406 | 16 | 164 | 10% |
| SPA 5 | 78 | 3 | 11 | 27% |
| SPA 6 | 158 | 13 | 107 | 12% |
| SPA 7 | 158 | 12 | 76 | 16% |
| SPA 8 | 380 | 27 | 106 | 25% |

**Notes:**
• B3 data is broken down by the Service Planning Area in which the participant was served.
• B7 data is broken down by the Service Planning Area in which the participant was served.

1

EXHIBIT 13 - Page 712

**Select Homeless Initiative Strategy (B3, B7, D7, E6, E8) Performance Data by Service Planning Area (SPA)**
**Quarter 1 of Fiscal Year 2020/2021 (July 2020 - September 2020)**

| D7: Provide services and rental subsidies for Permanent Supportive Housing | Number of D7 participants newly placed in housing |
|---|---|
| Total | 344 |
| SPA 1 | 8 |
| SPA 2 | 45 |
| SPA 3 | 27 |
| SPA 4 | 117 |
| SPA 5 | 7 |
| SPA 6 | 72 |
| SPA 7 | 17 |
| SPA 8 | 49 |
| SPA Unknown | 2 |

| E6: Countywide Outreach System | Number of unduplicated individuals initiated contact | Number of unduplicated individuals newly engaged during reporting period | Number of unduplicated individuals who received services or successfully attained referrals |
|---|---|---|---|
| Total | 8,251 | 5,038 | 7,499 |
| SPA 1 | 425 | 277 | 436 |
| SPA 2 | 989 | 528 | 780 |
| SPA 3 | 683 | 415 | 650 |
| SPA 4 | 2,379 | 1,276 | 1,909 |
| SPA 5 | 889 | 688 | 1,131 |
| SPA 6 | 542 | 348 | 450 |
| SPA 7 | 680 | 330 | 659 |
| SPA 8 | 1,637 | 1,163 | 1,472 |
| SPA Unknown | 75 | 42 | 79 |

| E6: Countywide Outreach System | Number of unduplicated individuals who are placed in crisis or bridge housing | Number of unduplicated individuals who are linked to a permanent housing resource | Number of unduplicated individuals who are placed in permanent housing |
|---|---|---|---|
| Total | 778 | 132 | 140 |
| SPA 1 | 81 | 3 | 17 |
| SPA 2 | 154 | 7 | 15 |
| SPA 3 | 85 | 26 | 10 |
| SPA 4 | 211 | 63 | 49 |
| SPA 5 | 12 | 1 | 5 |
| SPA 6 | 31 | 9 | 12 |
| SPA 7 | 109 | 24 | 17 |
| SPA 8 | 95 | 4 | 16 |
| SPA Unknown | 16 | | 2 |

**Notes:**
•D7 SPA data is based on location where participant is housed.
•E6 data is broken down by the Service Planning Area in which the participant was served. Data is for three types of outreach teams: Department of Health Services' Multidisciplinary Teams (MDTs), Los Angeles Homeless Services Authority Homeless Engagement Teams (HET), and Coordinated Entry System (CES) teams. Due to participants being enrolled into multiple programs across countywide outreach teams, the total number per SPA does not equal the sum of all teams added together. Data for metrics on services/referrals, crisis housing, and permanent housing include individuals who were engaged during the reporting period but may have been engaged for the first time in a prior reporting period. Therefore, the total number who received services/referrals exceeds the total number who were newly engaged.

2

**EXHIBIT 13 - Page 713**

**Select Homeless Initiative Strategy (B3, B7, D7, E6, E8) Performance Data by Service Planning Area (SPA)**
**Quarter 1 of Fiscal Year 2020/2021 (July 2020 - September 2020)**

| E8: Enhance the Emergency Shelter System | Number of individuals who entered E8 interim/crisis/ bridge housing programs in the reporting period | Number of individuals who have been served by E8 funded interim/crisis/ bridge housing beds | Number of persons that exited to permanent housing destination within the report date range | Number of persons that exited to any destination within the report date range | Percentage of persons that exited to permanent housing destination within the report date range |
|---|---|---|---|---|---|
| Total | 1,998 | 9,530 | 609 | 1,769 | 34% |
| SPA 1 | 69 | 471 | 83 | 167 | 50% |
| SPA 2 | 328 | 1,949 | 53 | 112 | 47% |
| SPA 3 | 57 | 577 | 44 | 94 | 47% |
| SPA 4 | 461 | 1,619 | 180 | 492 | 37% |
| SPA 5 | 64 | 349 | 51 | 74 | 69% |
| SPA 6 | 753 | 3,773 | 107 | 503 | 21% |
| SPA 7 | 149 | 388 | 25 | 185 | 14% |
| SPA 8 | 128 | 436 | 66 | 152 | 43% |

**Note**: E8 data is broken down by the Service Planning Area in which the participant was served.

3

**EXHIBIT 13 - Page 714**

Exhibit

mographic Enrollment/Service Data for Select Homeless Initiative Strategies for Quarter 1 of Fiscal Year 2020-2021 (July 2020-September 2020)

| nic Category | A1: Prevention for Families | | A5: Prevention for Individuals | | B3: Rapid Re-Housing | |
|---|---|---|---|---|---|---|
| | Number Newly Enrolled | Number Served | Number Newly Enrolled | Number Served | Number Newly Enrolled | Number Served |
| duals | 267 | 1,725 | 424 | 1,255 | 1,586 | 11,903 |
| Under 18 (unaccompanied) | - | - | - | - | - | - |
| Under 18 (in a family) | 143 | 925 | 77 | 115 | 552 | 5,084 |
| 18-24 | 24 | 158 | 37 | 107 | 157 | 1,261 |
| 25-54 | 93 | 588 | 191 | 591 | 691 | 4,658 |
| 55-61 | 3 | 28 | 45 | 176 | 105 | 486 |
| 62 & older | 4 | 22 | 73 | 260 | 80 | 402 |
| Unknown | - | 4 | 1 | 6 | 1 | 12 |
| Hispanic/Latino | 143 | 1,010 | 225 | 439 | 630 | 4,947 |
| Not Hispanic/Latino | 102 | 633 | 179 | 759 | 856 | 6,458 |
| Unknown | 22 | 82 | 20 | 57 | 100 | 498 |
| White | 107 | 823 | 190 | 478 | 584 | 4,679 |
| Black/African- American | 97 | 543 | 119 | 534 | 710 | 5,342 |
| Asian | - | 11 | 5 | 20 | 12 | 79 |
| American Indian/Alaskan Native | 11 | 12 | 9 | 19 | 15 | 142 |
| Native Hawaiian/Other Pacific Islander | - | 8 | - | 3 | 6 | 75 |
| Multi-Racial/Other | - | - | - | - | - | - |
| Unknown | 52 | 328 | 101 | 201 | 259 | 1,586 |
| Female | 171 | 1,016 | 229 | 781 | 904 | 6,722 |
| Male | 96 | 703 | 190 | 459 | 666 | 5,076 |
| Transgender Male to Female | - | - | 2 | 5 | 7 | 24 |
| Transgender Female to Male | - | - | - | 1 | 1 | 11 |
| Other | - | 6 | 3 | 10 | - | 12 |
| Unknown | - | - | - | - | 8 | 58 |
| at risk of Homelessness | 267 | 1,725 | 424 | 1,255 | - | - |
| ndividuals/Family Members | N/A | N/A | N/A | N/A | 487 | 2,597 |
| Homeless Individuals | N/A | N/A | N/A | N/A | 179 | 932 |
| | 1 | 4 | 4 | 21 | 15 | 64 |
| in Families with Minor Child(ren) | 267 | 1,725 | N/A | N/A | 1,099 | 9,306 |
| th Minor Child(ren) | 92 | 545 | N/A | N/A | 463 | 3,467 |

**EXHIBIT 13 - Page 715**

**Demographic Enrollment/Service Data for Select Homeless Initiative Strategies for Quarter 1 of Fiscal Year 2020-2021 (July 2020-September 2020)**

| Demographic Category | | B7: Interim Housing for Those Exiting Instituions | | D7: Permanent Supportive Housing | | E6: Countywide Outreach System | | E8: Emergency Shelter | |
|---|---|---|---|---|---|---|---|---|---|
| | | Number Newly Enrolled | Number Served | Number Newly Enrolled* | Number Served* | Number Newly Enrolled | Number Served | Number Newly Enrolled | Number Served |
| **Total individuals** | | 630 | 1,733 | 888 | 10,894 | 8,251 | 16,544 | 1,998 | 9,530 |
| **Age** | Under 18 (unaccompanied) | 2 | 6 | - | - | 15 | 10 | - | - |
| | Under 18 (in a family) | - | - | - | 7 | 16 | 6 | 633 | 3,864 |
| | 18-24 | 77 | 166 | 86 | 427 | 261 | 524 | 180 | 751 |
| | 25-54 | 458 | 1,230 | 425 | 5,484 | 4,799 | 9,807 | 881 | 3,781 |
| | 55-61 | 61 | 191 | 161 | 2,384 | 1,120 | 2,417 | 167 | 628 |
| | 62 & older | 32 | 134 | 209 | 2,519 | 790 | 1,926 | 136 | 496 |
| | Unknown | - | 6 | 7 | 73 | 1,250 | 1,854 | 1 | 10 |
| **Ethnicity** | Hispanic/Latino | 309 | 754 | 213 | 3,017 | 3,016 | 5,544 | 758 | 3,437 |
| | Not Hispanic/Latino | 296 | 864 | 648 | 7,691 | 4,393 | 9,521 | 1,145 | 5,698 |
| | Unknown | 25 | 115 | 27 | 186 | 841 | 1,477 | 95 | 395 |
| **Race** | White | 280 | 784 | 321 | 4,384 | 4,497 | 9,127 | 694 | 3,286 |
| | Black/African- American | 125 | 383 | 394 | 4,916 | 1,958 | 4,238 | 936 | 4,641 |
| | Asian | 12 | 28 | 38 | 195 | 120 | 229 | 29 | 83 |
| | American Indian/Alaskan Native | 8 | 27 | 9 | 176 | 112 | 261 | 28 | 117 |
| | Native Hawaiian/Other Pacific Islander | 4 | 10 | 15 | 76 | 49 | 101 | 8 | 62 |
| | Multi-Racial/Other | 142 | 294 | 41 | 655 | 60 | 111 | 9 | 51 |
| | Unknown | 59 | 207 | 69 | 489 | 1,455 | 2,477 | 294 | 1,290 |
| **Gender** | Female | 201 | 561 | 414 | 4,754 | 2,454 | 5,171 | 1,029 | 5,043 |
| | Male | 423 | 1,147 | 458 | 6,003 | 5,272 | 10,439 | 949 | 4,391 |
| | Transgender Male to Female | 4 | 14 | 10 | 84 | 48 | 125 | 7 | 35 |
| | Transgender Female to Male | 1 | 5 | 2 | 16 | 13 | 22 | 1 | 6 |
| | Other | 1 | 1 | 2 | 19 | 32 | 140 | 12 | 55 |
| | Unknown | - | 5 | 1 | 16 | 432 | 648 | - | - |
| **Individuals at risk of Homelessness** | | - | - | - | 10 | - | - | N/A | N/A |
| **Homeless Individuals/Family Members** | | 630 | 1,733 | 804 | 10,294 | 8,221 | 16,125 | 854 | 2,500 |
| **Chronically Homeless Individuals** | | 375 | 988 | 392 | 7,169 | 1,464 | 3,448 | 415 | 1,476 |
| **Veterans** | | 13 | 37 | 306 | 573 | 207 | 528 | 41 | 136 |
| **Individuals in Families with Minor Child(ren)** | | 83 | 207 | 7 | 82 | 70 | 39 | 117 | 397 |
| **Families with Minor Child(ren)** | | - | - | 3 | 26 | 20 | 15 | 47 | 151 |

**EXHIBIT 13 - Page 716**

**Demographic Enrollment/Service Data for Select Homeless Initiative Strategies for Quarter 1 of Fiscal Year 2020-2021 (July 2020-September 2020)**

**Notes:**

• "Newly enrolled" refers to all participants enrolled during the reporting period (July-September 2020)

• "Number served" refers to all participants served during the reporting period, some of whom were enrolled prior to the reporting period.

• Strategy E6: Outreach includes three types of outreach teams - Coordinated Entry System Teams, Department of Health Services' Multidisciplinary Teams (MDTs), and Los Angeles Homeless Services Authority (LAHSA) Homeless Engagement Teams (HETs). The data provided is de-duplicated. Family counts for the E6 data may be underrepresented due to incomplete household identifying data.

**EXHIBIT 13 - Page 717**

**Demographic Service Data for Select Homeless Initiative Strategies: FY 2020-2021 (July 2020 – September 2020)\***

## A1: Homeless Prevention Program for Families



\*Data in this attachment show the number of participants served in each program, broken down by age, ethnicity, race, and gender.

**EXHIBIT 13 - Page 718**

**Demographic Service Data for Select Homeless Initiative Strategies: FY 2020-2021 (July 2020 – September 2020)**

## A5: Homeless Prevention Program for Individuals



**EXHIBIT 13 - Page 719**

**Demographic Service Data for Select Homeless Initiative Strategies: FY 2020-2021 (July 2020 – September 2020)**

## B3: Rapid Re-Housing



**EXHIBIT 13 - Page 720**

**Demographic Service Data for Select Homeless Initiative Strategies: FY 2020-2021 (July 2020 – September 2020)**

## B7: Interim Housing for Those Exiting Institutions



EXHIBIT 13 - Page 721

**Demographic Service Data for Select Homeless Initiative Strategies: FY 2020-2021 (July 2020 – September 2020)**

### D7: Permanent Supportive Housing



**EXHIBIT 13 - Page 722**

**Demographic Service Data for Select Homeless Initiative Strategies: FY 2020-2021 (July 2020 – September 2020)**

## E6: Countywide Outreach System



**EXHIBIT 13 - Page 723**

**Demographic Service Data for Select Homeless Initiative Strategies: FY 2020-2021 (July 2020 – September 2020)**

**E8: Emergency Shelter**



EXHIBIT 13 - Page 724

EXHIBIT V

## RESPONSES TO BOARD MOTIONS
### August 15, 2020 – November 14, 2020

From August 15, 2020, the Chief Executive Office (CEO) responded to seven Board Motions related to homelessness.  Below is a list of these motions with links to the associated reports.

- **Enhancing the Coordinated Entry System (CES) for Homeless Families (Item No. 12, Agenda of December 18, 2018)**
  *Submitted on August 21, 2020*
  This is the fifth interim report and provides an update on the various efforts underway to enhance the CES for Families, as detailed in prior reports.
  http://file.lacounty.gov/SDSInter/bos/bc/1077057_8-21-20BMEnhancingtheCoordinatedEntrySystemforHomelessFamiliesNo12of12-18-18.pdf

- **Increasing Transparency and Accountability within Homeless Services Funding (Item No. 3, Agenda of January 8, 2019)**
  *Submitted on August 25, 2020*
  This memorandum serves as the fourth quarterly report in response to the Board's directive to report back on a quarterly basis on the expenditures for each of the Los Angeles Homeless Services Authority (LAHSA) -administered Measure H-funded strategies.
  http://file.lacounty.gov/SDSInter/bos/bc/1077193_08.25.20Semi-AnnualReportonTransfersofAppropriationFY2019-20_3rd_4thQTR_.pdf

- **Piloting a Comprehensive Crisis Response to Ensure Post-COVID-19 Housing for Homeless Older Adults in Los Angeles County (Item No. 8, Agenda of April 14, 2020)**
  *Submitted on September 21, 2020*
  This report is a multi-year implementation framework for a pilot program that would target all homeless older adults (ages 65 and above).
  http://file.lacounty.gov/SDSInter/bos/bc/1078391_PilotingaCompCrisisResponsetoEnsurePost-COVID-19HousingforHomelessOlderAdults.pdf

- **Replenishing the Interim Housing Capital Funding Pool (Item No. 28,  Agenda Of  March 17, 2020)**
  *Submitted on September 29, 2019*
  This memorandum states that due to uncertainty regarding the duration of the COVID-19 emergency, the CEO is unable to provide a plan at this time to fund the Interim Housing Capital Funding Pool (IHCFP) with non-County General Funds to support capital investments and any related activities needed to create additional interim housing beds. The CEO will report back to the Board in six months with a status on identifying funding for the IHCFP with non-County General Fund sources.
  http://file.lacounty.gov/SDSInter/bos/supdocs/149086.pdf

EXHIBIT V

- **Exploring New Governance Models to Improve Accountability and Oversight of Homeless Funds
  (Item No. 19, Agenda of September 1, 2020)**
  *Submitted on October 2, 2020*
  This report includes a summary of the Auditor-Controller's (A-C's) assessments of LAHSA's operations and the technical assistance provided for the recommendations for operational improvements; a list of specific issues and corrective actions related to the assessment reviews conducted by A-C on LAHSA's fiscal, contracting, and performance data reporting operations; and target corrective action implementation dates, as identified by LAHSA, where applicable. In addition, it provides an interim report on the analysis of the current structure and function of LAHSA and related findings and recommendations, including proposed modifications to improve the governance structure, performance, accountability, and transparency of LAHSA.
  http://file.lacounty.gov/SDSInter/bos/bc/1079415_9-2-20BM-ExploringNewGovernanceModelstoImproveAccountability_OversightofHomelessFundsNo19of9-1-20.pdf

- **Implementing Sustainable Solutions to Assist People Living in Vehicles
  (Item No. 5, Agenda of August 7, 2018)**
  *Submitted on October 28, 2020*
  This report is the final bi-annual report highlighting outcomes, lessons learned, and recommendations related to various directives concerning implementing sustainable solutions to assist people living in vehicles.
  http://file.lacounty.gov/SDSInter/bos/bc/1080539_ImplementingSustainableSolutionstoAssistPeopleLivinginVehicles.pdf

- **Identifying, Supporting, and Serving American Indians and Alaska Natives Who Are at Risk of or Experiencing Homelessness (Item No. 10 Agenda of October 15, 2019)**
  *Submitted November 2, 2020*
  This report provides the Board with an Action Plan to address the five deliverables in the original motion. The report includes data on the number of American Indian and Alaska Natives (AIAN people) experiencing homelessness, additional data on the AIAN population, preliminary recommendations to enhance data collection, recommendations on culturally inclusive service provision, and identified housing solutions. The report recommends that a consultant be secured to create a more comprehensive Action Plan.
  http://file.lacounty.gov/SDSInter/bos/bc/1081148_11.2.20BMIdentifying_Supporting_andServingAIandANWhoAreAtRiskofOrExperiencingHomelessness.pdf

Page 2 of 2

**EXHIBIT 13 - Page 726**