# EXHIBIT 15

EXHIBIT 15 - Page 803



## County of Los Angeles
# CHIEF EXECUTIVE OFFICE

Kenneth Hahn Hall of Administration
500 West Temple Street, Room 713, Los Angeles, California 90012
(213) 974-1101
http://ceo.lacounty.gov

**Fesia Davenport**
Chief Executive Officer

**August 20, 2021**

To:     Supervisor Hilda L. Solis, Chair
        Supervisor Holly J. Mitchell
        Supervisor Sheila Kuehl
        Supervisor Janice Hahn
        Supervisor Kathryn Barger

From:   Fesia A. Davenport
        Chief Executive Officer

**Board of Supervisors**
HILDA L. SOLIS
First District

HOLLY J. MITCHELL
Second District

SHEILA KUEHL
Third District

JANICE HAHN
Fourth District

KATHRYN BARGER
Fifth District

## HOMELESS INITIATIVE QUARTERLY REPORT NO. 20 (ITEM NO. 47-A, AGENDA OF FEBRUARY 9, 2016)

On February 9, 2016, the Board of Supervisors (Board) approved the Los Angeles County Homeless Initiative (HI) recommendations, which included 47 Strategies to combat homelessness, and instructed the Chief Executive Office (CEO) to report back to the Board on a quarterly basis regarding their implementation. On December 6, 2016, the Board approved four new Strategies as part of the Measure H Ordinance, and they are also included in the CEO's quarterly reports.

Attached is the HI's twentieth quarterly report, which includes data for fiscal year (FY) 2020-21 (from July 1, 2020, through June 30, 2021). Last quarter, the HI relaunched this report with the goal of highlighting key outcomes and updates in a way that is more accessible and engaging for all stakeholders. This report continues the shift to a new, more engaging format that provides a clear picture of the impact of the HI.

This quarter's report highlights important decisions taken by the Board and the State Legislature which will bring significant additional investments to address homelessness in Los Angeles County. The report updates the Board and other readers on the outcomes of Measure-H funded Strategies, including interim and permanent housing, supportive services, prevention, and more. In addition to ongoing work to implement HI Strategies, HI lead agencies continue their efforts to respond to the COVID-19 pandemic, serving thousands of unsheltered individuals in hotel rooms through Project Roomkey, to enable them to shelter-in-place; conducting vast street outreach, including providing COVID-19 testing and vaccinations for people experiencing homelessness (PEH); and acquiring ten new properties to house (PEH) through Project Homekey. Finally, this report highlights the Board actions to initiate a reassessment of HI strategies and establish a Blue Ribbon Commission on Homelessness.

### Key Outcomes in the Quarterly Report
While HI Strategies have assisted thousands of people experiencing and at risk of homelessness over the past fiscal year, some strategy outcomes are lower than in previous years. The reasons for this decline vary. In some cases, alternative funding sources became available due to

*"To Enrich Lives Through Effective And Caring Service"*

**EXHIBIT 15 - Page 804**

Each Supervisor
August 20, 2021
Page 2


COVID-19, reducing the need for Measure H funding for some strategies (but not reducing the number of clients served in the system). In other instances, COVID-19 resulted in reductions in service, such as the need to decompress interim housing sites to meet physical distancing requirements (thereby reducing number of clients), or inability to operate employment programs at full capacity due to business restrictions.

***From July 2020 - June 2021:***
- 437 families and 1,264 individuals were prevented from becoming homeless
- 16,936 individuals were newly engaged by outreach teams
- 13,975 individuals and family members were active in the interim housing program and 2,684 were active in the interim housing program for people exiting institutions
- 3,427 individuals and family members were placed in rapid re-housing; 1,940 individuals and family members were placed in permanent supportive housing; and 766 households were housed using landlord incentives

***Since the implementation of Measure H in July 2017:***
- 53,145 individuals and family members were placed in interim housing funded in part or in whole by Measure H
- 30,310 individuals and family members were placed in permanent housing through Measure H funded strategies

The next quarterly report will be provided in November 2021.

Should you have any questions concerning this matter, please contact me or Cheri Todoroff, Interim Director of the Homeless Initiative, at 213-974-1752 or ctodoroff@ceo.lacounty.gov.

FAD:JMN:TJM
CT:JR:EBI:tv

Attachments

c:  Executive Office, Board of Supervisors
County Counsel
District Attorney
Sheriff
Alternate Public Defender
Animal Care and Control
Arts Commission
Beaches and Harbors
Child Support Services
Children and Family Services
Community Development Commission
Consumer and Business Affairs
Fire
Health Services
Human Resources

Mental Health
Military and Veterans Affairs
Parks and Recreation
Probation
Public Defender
Public Health
Public Library
Public Social Services
Public Works
Regional Planning
Registrar-Recorder/County Clerk
Workforce Development, Aging and Community Services
Superior Court
Los Angeles Homeless Services Authority

**EXHIBIT 15 - Page 805**



QUARTERLY REPORT #20

August 10, 2021

The Los Angeles County
HOMELESS INITIATIVE

EXHIBIT 15 - Page 806

# TABLE OF CONTENTS

**THE LOS ANGELES COUNTY HOMELESS INITIATIVE** ............................................. 2

**EXECUTIVE SUMMARY OF QUARTERLY REPORT #20** .......................................... 3

    HOMELESS PREVENTION ................................................................... 6

    STREET OUTREACH .......................................................................... 8

    SUPPORTIVE SERVICES AND EMPLOYMENT ................................................ 10

    INTERIM HOUSING .......................................................................... 13

    PERMANENT HOUSING AND RENTAL SUBSIDIES ........................................ 15

    PANDEMIC RESPONSE ....................................................................... 17

**SUCCESS STORIES** ..................................................................... 18

**ADDITIONAL INSIGHTS**

    AFFORDABLE HOUSING NEEDS REPORT .................................................. 20

    SHELTER AND HOUSING INVENTORY COUNT ............................................. 21

**UNPRECEDENTED INVESTMENT**

    FY 2021-22 HOMELESS INITIATIVE BUDGET ........................................... 22

    CALIFORNIA COMEBACK PLAN ........................................................... 23

    AMERICAN RESCUE PLAN .................................................................. 23

**EVOLVING STRATEGIES**

    HOMELESS INITIATIVE STRATEGY REASSESSMENT ........................................ 25

    BLUE RIBBON COMMISSION ON HOMELESSNESS .......................................... 25

**EXHIBITS**

    EXHIBIT 1 - HOMELESS INITIATIVE PERFORMANCE DATA BY STRATEGY

    EXHIBIT 2 - SELECT HOMELESS INITIATIVE STRATEGY PERFORMANCE DATA BY SERVICE PLANNING AREA

    EXHIBIT 3A/3B - DEMOGRAPHIC ENROLLMENT/SERVICE DATA FOR SELECT HOMELESS INITIATIVE STRATEGIES

**EXHIBIT 15 - Page 807**



The **Homeless Initiative** is Los Angeles County's unprecedented effort to expand and enhance the safety net for people who are homeless or at risk of becoming homeless, governed by the **Board of Supervisors** and financed through **Measure H**.

From Malibu to Claremont, Long Beach to Lancaster, and everywhere in between, the Homeless Initiative scales up **homeless prevention**, **street outreach**, **supportive services**, **shelter**, and **housing**.

The County's Chief Executive Office oversees the implementation of Homeless Initiative strategies in collaboration with County departments, city governments, nonprofit homeless services providers, community coalitions, faith-based and philanthropic institutions, businesses, labor organizations, and more.

Measure H, a ¼-cent sales tax overwhelmingly approved by County voters in 2017, is estimated to raise $355 million every year for a decade to fund the Homeless Initiative. The total is projected to reach $3.5 billion by 2027.

With the Homeless Initiative and Measure H, the County's homeless services system has seen dramatic growth in recent years and this Quarterly Report demonstrates some of that progress, even in the face of the COVID-19 pandemic.

  

**EXHIBIT 15 - Page 808**

# QUARTERLY REPORT #20
## EXECUTIVE SUMMARY

The Los Angeles County Homeless Initiative's Quarterly Report #20 tracks data on homeless prevention, street outreach, supportive services, shelter, and housing strategies from July 1, 2020, through June 30, 2021, or the entire fiscal year 2020-21, which overlaps with the COVID-19 pandemic. It also has cumulative data starting from July 1, 2017, the first fiscal year that Measure H became available.

**HOUSING AND SHELTER:** Over the last four years, the County's homeless services system provided permanent housing to 71,605 people and interim housing to 92,948 people. These included 30,310 permanent housing placements and 53,145 interim housing placements through programs funded completely or partially with Measure H.



Supervisor Hilda Solis tours shipping containers repurposed into housing and shelter.

In the last fiscal year alone, the system provided permanent housing to 20,477 people and interim housing to 26,750 people. These included 7,702 permanent housing placements and 7,659 interim housing placements through Measure H-funded programs. Many of those placed in interim housing were later counted among those placed in permanent housing once they made the transition.



Supervisor Holly Mitchell brings Mother's Day gifts to a family in Project Homekey.

**PANDEMIC RESPONSE.** As of August 1, 2021, the County confirmed 7,709 COVID-19 cases resulting in 218 deaths among people experiencing homelessness. During the pandemic, County departments, partner agencies, and community-based homeless services providers not only continued implementing Homeless Initiative strategies but also facilitated COVID-19 testing for 19,000 people experiencing homelessness and assisted in 10,000 vaccinations.

Project Roomkey has provided temporary hotel or motel stays to 8,723 people experiencing homelessness. In addition, with Project Homekey, the County purchased 10 hotels and motels to shelter about 900 people during the pandemic. Every Homekey unit will ultimately become permanent supportive housing.

Page 3 of 26

**EXHIBIT 15 - Page 809**

**UNPRECEDENTED INVESTMENT:** More help should be on the way, thanks to unprecedented federal, State, and local investments to prevent and address homelessness during the pandemic and beyond.

The Los Angeles County Board of Supervisors approved a $527.1 million budget for the Homeless Initiative in FY 2021-22, including $455 million raised through Measure H. This will support 5,500 interim housing beds, provide permanent supportive housing for 13,000 people, and a myriad of homeless services.

The Board also approved $975 million from the federal American Rescue Plan: Phase 1, of which $400 million will support housing for people experiencing homelessness and $40 million will go towards reducing the affordable housing shortfall, a primary driver of homelessness. The investments will fund for interim and permanent housing acquisition and renovation, new construction, rental subsidies, and services.

Meanwhile, the California Comeback Plan includes a record $12 billion to address homelessness statewide, though details about specific funding for Los Angeles County have yet to be announced.

**EVOLVING STRATEGIES:** Five years after voters passed Measure H, the Board approved a motion to assess whether the Homeless Initiative's current set of 51 strategies can be further refined. The Chief Executive Office will release draft recommendations and to seek public input this Fall. Information on how to participate will be posted on the Homeless Initiative website.

The Board also voted to create a Blue Ribbon Commission on Homelessness which is tasked with researching and analyzing homelessness governance reports, studying models from across the nation, and providing a report to the Board that includes recommendations for a new governance model that is appropriate for Los Angeles County.



Supervisor Sheila Kuehl authored the motion extending the County's eviction moratorium.



Supervisor Janice Hahn tours a pallet homes pilot project in Redondo Beach.



Supervisor Kathryn Barger visits Skid Row to map out plans for bringing vital services there.

**EXHIBIT 15 - Page 810**

**A REGIONAL AND COLLABORATIVE APPROACH:** With <u>66,436 people experiencing homelessness</u> from the Antelope Valley to the South Bay on any given day, County departments, partner agencies, city governments and community-based organizations have adopted a regional and collaborative approach to implementing the Homeless Initiative strategies. Their individual and collective contributions to homelessness prevention, street outreach, supportive services, shelter, and housing are detailed in the next section of this Quarterly Report.

**Los Angeles County Departments** (partial list)



- <u>Department of Children and Family Services</u> (DCFS)
- <u>Department of Consumer and Business Affairs</u> (DCBA)
- <u>Department of Health Services</u> (DHS)
    - <u>Housing for Health</u>
    - <u>Office of Diversion and Reentry</u> (ODR)
- <u>Department of Mental Health</u> (DMH)
- <u>Department of Probation</u>
- <u>Department of Public Health</u> (DPH)
    - <u>Substance Abuse Prevention and Control</u> (SAPC)
- <u>Department of Public Social Services</u> (DPSS)
- <u>Public Defender</u> (PD)
- Department of <u>Public Works</u> (DPW)
- <u>LA County Sheriff's Department</u> (LASD)
- <u>Workforce Development, Aging & Community Services</u> (WDACS)



**Partner Agencies**

- <u>LA County Development Authority</u> (LACDA)
- <u>Los Angeles Homeless Services Authority</u> (LAHSA)



**City Governments**

Measure H funds are also awarded to multiple <u>City Governments</u> across the County to bolster their implementation of city-specific plans to prevent and combat homelessness. The plans reflect each city's distinct resources, challenges and perspectives.

**Nonprofit Homeless Services Providers**

County departments and partner agencies contract with <u>nonprofit homeless service providers</u>, all of which operate within the County's eight Service Planning Areas and participate in the <u>Coordinated Entry System</u> (CES) to match a real-time list of clients to available shelter, housing, and supportive services in their communities.

**EXHIBIT 15 - Page 811**

# HOMELESS PREVENTION

**Collaborating Departments and Agencies: LAHSA, DHS, DCBA, DCFS**

**Homeless Prevention** services aim to help rent-burdened, low-income families and individuals resolve crises that would otherwise cause them to lose their housing.

These services can include short-term rental subsidies, housing conflict resolution and mediation with landlords and/or property managers, and legal defense against eviction. Similar services are provided to help individuals avoid becoming homeless after exiting institutions like jails, hospitals, and foster care.







**EXHIBIT 15 - Page 812**

**Homeless Prevention**
**Strategy Highlights this Reporting Period**



- **Eviction Moratorium**: Los Angeles County and California extended their eviction moratorium through September 30, and the federal government through October 3. California also extended rental assistance for tenants and landlords. Under the County's moratorium, residential and commercial tenants may not be evicted for COVID-19-related nonpayment of rent, and for no-fault reasons such as denying entry to a landlord and unauthorized occupants or pets. California also extended rental assistance for tenants and landlords. Details at StayHousedLA.org.

- **Homeless Prevention Unit:** DHS Housing for Health, DMH, and the California Policy Lab at UCLA have begun enrolling participants into the Homelessness Prevention Unit, a proactive and data driven pilot project to identify people at risk of becoming homeless and provide them with services to help them stay housed, including flexible cash assistance, such as rental and utility arrears, and connection to mainstream benefits.



- **Home Safe Program:** A collaboration between WDACS Adult Protective Services (APS) and LAHSA, the APS Home Safe program provides homeless prevention services to APS clients at imminent risk of, or already experiencing, homelessness due to elder or dependent abuse, neglect, or financial exploitation. The two-year pilot has been extended after a $92.5 million allocation in the State budget for Home Safe programs across California.

- **Problem Solving Incentives:** After offering households $1,000 in grocery gift cards as an incentive to improve their own ability to resolve the crisis that put them at risk of becoming homeless, and/or to identify an immediate and safe housing alternative within their own social network, LAHSA boosted Problem Solving in May and June 2021.

**EXHIBIT 15 - Page 813**

## STREET OUTREACH

**Collaborating Departments and Agencies: LAHSA, DHS, DMH, LASD**

**Street Outreach** involves doffer teams building relationships with people in encampments and connecting them to housing, healthcare, mental health treatment, and other services – a process that can vary in length and is customized to meet individuals' unique needs.



Types of Street Outreach Teams (those with an asterisk receive Measure H funding):

- [LAHSA](#)'s **Homeless Engagement Teams\*** (HET), **Coordinated Entry System** (CES) Teams\* and HOST\* are generalist teams that make initial contact or maintain ongoing contact with people living on the streets. Some specialize in working with youth or veterans. HOST teams collaborate with cities' law enforcement agencies.

- Department of Health Services (DHS) Housing for Health has **Multidisciplinary Teams** (MDT)\*, whose staff have physical health, mental health, substance use, case management, and peer support experience, and serve clients with more complex health and/or behavioral health conditions. It also deploys **Public Spaces Teams\*** to the County's public spaces, such as parks and plazas.

- Department of Mental Health (DMH) **Homeless Outreach and Mobile Engagement** (HOME) Specialist teams provide psychiatric support, outreach, and intensive case management to persons experiencing homelessness with serious mental illnesses.

- Sheriff's Department **Homeless Outreach Services Teams** (HOST) are law enforcement officers who support nonprofit homeless services agencies with a mission of increasing public safety while preserving the rights and dignity of people experiencing homelessness.

**EXHIBIT 15 - Page 814**

**Street Outreach**

**Strategy Highlights this Reporting Period**

- **COVID-19 Response:** DHS MDTs continued partnering with DHS COVID Response Teams (CRTs) to support people experiencing homelessness.

  

  o From February 3, 2020, to August 8, 2021, DHS administered 18,125 vaccinations to 12,077 distinct people experiencing homelessness, 5,675 of whom are now fully vaccinated. Cumulatively, about 50,000 total vaccine doses have been administered by various agencies to people experiencing homelessness throughout LA County since the start of the pandemic.

  

  o COVID-19 testing for 19,171 people in 2,933 encampments countywide, with a 2.3% positivity rate from April 1, 2020, to June 30, 2021.

  

  o 58,061 COVID-19 education and triage for symptoms assessments utilizing the Akido HOTSpot app from April 1, 2020, to June 30, 2021.

  o 1.3 million meals distributed to unsheltered people on April 30, 2020- June 30, 2021

  o The LA Homeless Outreach Portal (LA-HOP) received 4,398 requests for outreach during this quarter. As teams are emerging from the COVID surge and related workload, their ability to respond to reactive outreach requests has increased.

- **LAHSA Releases Best Practices for Addressing Street Encampments:** On June 30, 2021, LAHSA released guidance for service providers and community partners on how to balance the need for location-specific street outreach with a regional, trauma-informed approach.

**EXHIBIT 15 - Page 815**

## SUPPORTIVE SERVICES AND EMPLOYMENT

**Collaborating Departments and Agencies: DHS, DMH, DCFS, LASD, WDACS, PD**

Most homeless families and individuals need some level of case management and supportive services to secure and maintain permanent housing, though their needs vary greatly, depending on individual circumstances. The availability of appropriate case management and supportive services is key to enabling homeless families and individuals to take advantage of rental subsidies, increase their income, and access/utilize public services and benefits. Severely disabled homeless individuals can increase their income through federal disability benefits. Meanwhile, many homeless adults can increase their income through employment.

**Employment Programs:** With LA:RISE, WDACS uses Measure H to fund employment programs that leverage the capacities of social enterprises and the public workforce development system to provide people experiencing homelessness with subsidized employment opportunities and support services that ultimately lead to unsubsidized employment. WDACS provides other employment programs for people experiencing homelessness countywide, including Careers for a Cause, Hire Up, and Alternative Staffing Organizations.





**Employment Outcomes: WDACS Measure H- Funded Programs**

| Fiscal Year | Number of participants who secured unsubsidized employment | Number of participants enrolled in transitional (subsidized) employment |
|---|---|---|
| FY 2020-2021 | 1,641 | 1,847 |
| FY 2019-2020 | 1,220 | 2,246 |
| FY 2018-2019 | 742 | 1,265 |
| FY 2017-2018 | 283 | 800 |

Page 10 of 26

**EXHIBIT 15 - Page 816**

**Jail In-Reach** provides outreach and supportive services to homeless inmates so that they secure housing and benefits upon their release. DHS and the Sheriff's Department collaborate to provide these services. Declining enrollments reflect an intentional program design change, with a focus on providing more intensive services to fewer clients.



The **Criminal Record Clearing Project** gives individuals experiencing or at risk of homelessness the opportunity to engage with legal services to resolve outstanding infractions and associated warrants, which are often barriers to housing, employment, education, and legal immigration. The respective offices of Los Angeles County **Public Defender** and Los Angeles **City Attorney** collaborate on this strategy.



**EXHIBIT 15 - Page 817**

**Supportive Services and Employment**

**Strategy Highlights this Reporting Period**

- **Employment for Project Roomkey Participants:**  Representatives from [America's Job Centers of California](#) attended LAHSA's Housing Readiness Days to encourage Project Roomkey participants to enroll in various employment services, including LA:RISE.

- **Countywide Benefits Entitlement Services Team (CBEST) co-locates at Interim Housing Sites.** [DHS' CBEST](#) program has community-based organizations with dedicated benefits advocates assisting individuals to apply for disability programs, including Supplemental Security Income, Social Security Disability Insurance, Cash Assistance Program for Immigrants, and Veteran's Benefits. After a successful pilot**,** CBEST began co-locating at interim housing sites as part of the Mainstream Services Integration project, along with the DPSS, DMH, DPH-SAPC and LAHSA.





- **Homeless Courts:** In June, the Los Angeles County Public Defender's Office began supporting clients at the newly created Long Beach Homeless Court while continuing to support clients at the [Redondo Beach Homeless Court](#). Both courts are staged in the community, outside the traditional courtroom setting. They are monthly events that incentivize people experiencing homelessness to engage with provider services to dismiss infractions and misdemeanors related to being unhoused.



Redondo Beach Homeless Court in session

**EXHIBIT 15 - Page 818**

## INTERIM HOUSING

**Collaborating Departments and Agencies: LAHSA, DHS, DMH, DPH**

**Interim Housing** provides safe temporary accommodations for people who otherwise have nowhere to spend the night.

Systemwide, nearly 93,000 people experiencing homelessness have used interim housing since implementation of Measure H-funded strategies began in July 2017; of those placements, more than 53,000 people used interim housing wholly or partially funded by Measure H. In the past fiscal year (July 2020-June 2021), 26,860 people utilized interim housing; including 7,649 people who used interim housing funded by Measure H.



**Interim Housing Placements**
(July 1, 2017-June 30, 2021)

Non-Measure H, 39,803, 43%

Measure H, 53,145, 57%

The County provides that best suits their individual needs:

- **Emergency Shelter Beds** provide crisis housing.

- **Stabilization Housing** provides placement options for individuals with complex and or/behavioral health conditions who lack a place to live and need a higher level of support services than available in most shelters.

- **Bridge Housing** provides housing and support for homeless individuals prior to permanent housing placement.  Some may be exiting institutions such as jails, hospitals or foster care.

- **Recovery Bridge Housing** provides a safe, stable living environment that is supportive of recovery for young adults (ages 18-20) and adults (ages 21+) who are receiving outpatient treatment for their substance abuse disorder.

- **Recuperative Housing** provides short-term care and medical oversight to homeless individuals recovering from an acute illness or injury or with conditions that would be exacerbated by living unsheltered.

- **Board and Care/Enriched Residential Care** provides 24/7 care and supervision in licensed residential facilities and can be either interim or permanent housing.

**EXHIBIT 15 - Page 819**





## Interim Housing

**Strategy Highlights this Reporting Period:**

- **DHS Hospice Pilot Program** began serving people experiencing homelessness, and trained staff to provide hospice-level care at interim housing facilities.

- **COVID-19 Vaccinations at Interim Housing:** DHS COVID Response Teams began holding vaccination clinics at interim housing facilities this quarter.

- **Metro Red Line Project**: 80 people in encampments in/around the Metro Red Line and Union Station were placed in interim housing beds, where they received on-site support services.

- **Bed Reservation System:** LAHSA has shifted toward using a bed reservation system for some of its Interim Housing programs to capture real-time vacancies and hasten the move-in process. LAHSA intends to roll out this process across all interim housing resources that use a matching system before the end of 2021.

**EXHIBIT 15 - Page 820**

# PERMANENT HOUSING

**Collaborating Departments and Agencies: LAHSA, DHS, DMH, DPH, LACDA**

**Permanent Housing** strategies lift people out of homelessness by offering either short- or long-term rental subsidies in combination with varied levels of supportive services.

Since the implementation of Measure H-funded strategies began in July 2017, the County's homeless services system has placed nearly 72,000 people in permanent housing, of which more than 30,000 received funding through Measure H. Over the past fiscal year (July 2020-June 2021), 20,477 people were placed in permanent housing through the homeless services system, with 7,702 of these placements funded through Measure H.



Among these placements, a subset was in Permanent Supportive Housing (PSH), a housing model that provides long-term rental subsidies and supportive services to individuals who have experienced chronic homelessness and have disabilities, chronic medical conditions, and/or behavioral health conditions.  It is highly effective in meeting clients' needs and enabling them to retain housing. Measure H provided permanent supportive housing for 1,940 additional households in Fiscal Year 20/21 (July 2020 – June 2021) and is funding wraparound services for more than more than 11,000 clients currently in permanent supportive housing.



*Note possible duplication between Landlord Incentive and PSH programs in this chart

**EXHIBIT 15 - Page 821**

## Permanent Housing

Strategy Highlights this Reporting Period

- **Transitioning Project Roomkey participants to Permanent Housing:** DHS, DMH and LAHSA have helped 456 people at high risk of contracting COVID-19 safely transition out of PRK and other interim housing sites into permanent housing with supportive services.

- **Emergency Housing Vouchers:** DMH, DHS, LAHSA, LACDA and the Housing Authority of the City of Los Angeles (HACLA) are working to ensure people experiencing homelessness secure rental subsidies when the federal government sends 6,800 new Emergency Housing Vouchers to Los Angeles County.

- **Housing for a Healthy California:** In March, DHS entered into a contract with the State of California to begin implementing the Housing for a Healthy California grant program in partnership with LA Care. This grant will support rental subsidies at new project-based permanent supportive housing sites to connect high acuity, vulnerable Medi-Cal patients of LA Care with housing and intensive case management support. This grant has supported 75 households in securing permanent supportive housing so far.

- **Substance Use Disorder Treatment:** DPH-SAPC, a program that provides substance abuse disorder treatment, has brought its Client Engagement and Navigation Services to 107 permanent supportive housing sites.

- **Virtual Housing Inspections:** To ensure physical distancing during the pandemic, LACDA and HACLA accommodated virtual inspections of housing units in some cases. Using FaceTime and other digital communications tools, Intensive Case Management Services staff worked with public and nonprofit housing providers and landlords to show housing units to people experiencing homelessness.

  

**EXHIBIT 15 - Page 822**

## PANDEMIC RESPONSE

During the COVID-19 pandemic, the County took extraordinary measures to protect people experiencing homelessness, many of whom were at high risk of succumbing to the coronavirus.



**Project Roomkey i**s a first-in-the-nation effort to secure hotel and motel rooms for elderly and medically fragile homeless individuals and couples at-risk of complications if they become infected with COVID-19. Besides providing temporary shelter to **8,723** people countywide as of August 4, it enabled 30 hotels and motels to stay in business despite the economic downturn, keeping many of their workers employed.

As Project Roomkey sites close, participants are matched to housing subsidies and connected to permanent housing. If none are immediately available, participants are placed in other temporary housing until they can be permanently housed. According to LAHSA, fewer than 4 percent of participants returned to living on the streets after exiting Project Roomkey.

**Project Homekey** enabled the County to purchase 10 hotels and motels with a combined total of 847 units. One motel opened as permanent supportive housing immediately. The rest are serving as interim housing until renovations can be completed that will transform them into permanent supportive housing. About 900 people are currently staying at Project Homekey sites.




EXHIBIT 15 - Page 823

## MEASURE H SUCCESS STORIES



Disabled military veteran **Victor Schermerhorn**, 63, lost his Lancaster apartment after new owners raised the rent. With LACDA implementing the Homeless Initiative strategy of facilitating federal housing subsidies, he received a rental voucher from the Veterans Affairs Supportive Housing (VASH) program. The pandemic slowed his search for a wheelchair-accessible unit, but he was ultimately able to find a new place to call home.



**Armida Garcia**, 44, did not believe she could ever get a job because of her criminal record.  After enrolling with WDACS' Alternative Staffing Organizations program, supported by the Homeless Initiative, she was able to find work at Goodwill and receive vouchers for office attire. Armida later found a higher paying job as a Site Coordinator for the nonprofit homeless services provider, LA Family Housing.



**David Barclay** became eligible for early parole after nearly 20 years of incarceration but lacked confidence about finding employment. The Homeless Initiative-backed LA:RISE program at WDACS, in partnership with the Southeast LA AJCC and Center for Employment Opportunities, helped him with job applications. He is currently working in a Recovery home as a client aide for Christ Centered Ministries, studying for a Bachelor of Arts in Social Work at LA Trade Tech, and aspiring to a Master's Degree.



Army vet **Robert Rangel**, 78 and his son, Trino, 47, have always been by each other's side. After living in motels for a decade, they were running out of money. With support from the Homeless Initiative, Volunteers of America Los Angeles, LAHSA and SSVF, they were able to obtain VASH vouchers, as well as COVID vaccines. Both were eventually able to move into a two-bedroom apartment in Azusa.



Fleeing domestic violence, **Kristen White** slept in her car for two years at Hawaiian Gardens before LAHSA's HET street outreach teams placed her into Project Roomkey. To avoid triggering her past substance use, she transferred to a shelter in Bellflower before being matched to permanent supportive housing in Norwalk.

**EXHIBIT 15 - Page 824**

**MEDIA COVERAGE**



LAC+USC Medical Center Restorative Care Village groundbreaking



William Abair with his Stanford Apartments key



Patrice Wallace moving into Stanford Apartments



Keyvi Castro and her family at Project Homekey

**LA County Channel 36:**

Restorative Care Village Project at LAC+USC Medical Center

Baby2Baby providing for Families at Project Homekey

Focus on Skid Row

Move in day at Stanford Apartments – William Abair

From homeless to housed – Patrice Wallace

**Spectrum News 1:**

Could repurposed shipping containers solve LA's housing shortage?

Redondo Beach's Outdoor Homeless Court Offers Path Home

**KCBS 2**:

Ground Broken on New Homeless Housing Development

**KTLA 5:**

Homeless people get housing in L.A. County through Project Homekey

**KABC 7:**

Nonprofit converting LA motels into housing for homeless veterans

Innovative 'homeless court' in Redondo Beach

**Bloomberg:**

LA County Passes Record $527M for Soaring Homeless Crisis

**Los Angeles Business Journal:**

Landlords, Nonprofits Team for Programs to House the Homeless

**Los Angeles Downtown News:**

County unveils temporary housing village in Chinatown

**Los Angeles Daily News:**

Olive View-UCLA Medical Center's 'village' project

LA County snips red tape with 'universal' housing application

LA provide 200 Venice Beach homeless with interim housing

**Los Angeles Angeles Times**

California will spend a record amount on homelessness

In Redondo Beach, it's homeless court alfresco — with love

**Long Beach Press Telegram:**

Long Beach celebrates opening of Spark at Midtown

**Long Beach Post:**

Long Beach launches Homeless Court program

**EXHIBIT 15 - Page 825**

## OTHER INSIGHTS



Besides investing in programs to prevent and combat homelessness, LA County is also continuing to chip away at the affordable housing shortage, one of the primary drivers of homelessness.

By the end of 2020, LA County and partnering local jurisdictions helped developers and service providers leverage state and federal resources to create more than 120,000 affordable homes, a 4% increase from its 2019 inventory of affordable homes, according to the 2021 LA County Annual Affordable Housing Outcomes Report  recently released by the nonprofit California Housing Partnership.

The report added that investing locally controlled funding into affordable housing production, preservation, and rental and operating subsidies, and promoting the adoption and use of pro-housing policies such as density bonuses, all contributed to reducing the affordable housing shortfall, which is now 82,393 units fewer than in 2014 but remains significant.

Without factoring in the recent economic impact of the COVID-19 pandemic that will disproportionately affect lower income households, the report concluded that LA County needs to add approximately 499,430 affordable homes to meet the current demand among renter households at or below 50 percent of the area median income. Another challenge is that a worker currently needs to earn $38.23 per hour — 2.5 times the minimum wage in the City of LA — to afford the average monthly asking rent of $1,988, according to the report.

The Report notes that rising rents and expiring eviction moratoria have put Los Angeles County at risk of losing 8,520 existing affordable homes, mostly in transit-accessible and gentrifying neighborhoods, unless the County and other stakeholders take action to preserve them. These affordable homes would be particularly difficult and costly to replace and losing them would worsen access to opportunity-rich neighborhoods for low-income families in the county, the report said.

**EXHIBIT 15 - Page 826**



The Los Angeles Homeless Services Authority (LAHSA) released both its 2021 Housing Inventory Count (HIC) and Shelter Count in July 2021. The former is a census of all interim and permanent housing options in the homeless rehousing system at a given point-in-time, while the latter is a census of people in shelter at a given point-in-time.

This year, both were conducted on January 27, during the COVID-19 pandemic, when all of the County's congregate shelters had to decrease their bed count through a process called decompression in accordance with Centers for Disease Control guidelines for physical distancing. Strategic investments by the federal, state, and local governments through Project Roomkey, Project Homekey, and opening new interim housing sites, however, helped compensate for the loss of capacity.



Through the Housing Inventory Count, LAHSA found that the LA region's shelter capacity on any given night is 24,616 beds, a 57% increase over the last three years. The agency also reported 33,592 permanent housing options, an increase of 16% over the same period.

Meanwhile, the Shelter Count revealed there were 17,225 people in shelter on the night of the count, virtually unchanged from the previous year. LAHSA cited that without the addition of 2,357 Project Roomkey beds and 497 Project Homekey beds, there could have been a more significant drop in the shelter count due to decompression.

The results also provided insights into whether the homeless rehousing system possesses the right balance of permanent housing to shelter. LAHSA said a balanced homeless rehousing system would have an average of five housing exit options for every shelter bed, as this ratio leads to shorter lengths of stay in shelter, more interim bed turnover, faster housing placements, and more exits to permanent housing. Because of the County's affordable housing crisis, however, the current system's ratio is closer to 1:1, not 5:1.

**EXHIBIT 15 - Page 827**

# UNPRECEDENTED INVESTMENT

As the COVID-19 recovery progresses and communities seek to put their economies back on track in an equitable and just manner, the federal, State and LA County government are all investing unprecedented resources to ensure their most vulnerable residents are not left behind.



The Board of Supervisors unanimously approved an unprecedented $527.1 million budget for the Los Angeles County Homeless Initiative in FY 2021-22, including $454.8 million raised through Measure H.

Among the highlights:

- $150 million to fund 5,441 interim housing beds to supplement the County's interim housing stock.

- $132 million to continue permanent supportive housing for 11,000 households and enable 2,000 households to receive permanent supportive housing for the first time.

- $89 million for rapid rehousing, which enables clients to quickly exit homelessness by helping them pay rent and by providing them with supportive services for a limited period.

- $39 million for street outreach teams

- $23 million for homeless prevention services

Increased public investment, particularly from Measure H, has fueled a tremendous growth in the County's homeless services system in recent years. Since 2015, the system has doubled the number of people it can lift out of homelessness and into a permanent home every year. It has also tripled the number of people engaged by its street-based outreach teams. Compared to 2015, the system now has the capacity to prevent three times as many people from becoming homeless in the first place.

Page 22 of 26

**EXHIBIT 15 - Page 828**



California Governor Gavin Newsom signed a budget of $12 billion over two years for homelessness, more than 10 times what the State has ever spent on this problem. Under the California Comeback Plan, the State seeks to functionally end family homelessness within five years.

The investment is intended to end or prevent homelessness through housing and shelter by expanding Project Homekey & building at least 42,000 new homeless housing units; getting the most unwell individuals the services they need; and making city streets and parks safe again by supporting local governments.



The Board of Supervisors also seized a once-in-a-generation opportunity to rebuild and reshape the County as it emerges from the COVID-19 pandemic, approving $975 million from President Joseph R. Biden's American Rescue Act Phase One spending plan.

Among the highlights are $400 million to address homelessness by creating or sustaining thousands of units of interim and permanent supportive housing and offering essential housing services for people experiencing homelessness. It also invests $40 million to reduce the affordable housing shortfall by investing in private affordable housing developments.

The funding represents Phase One of a $1.9 billion allocation under the American Rescue Plan, with the remaining funding to be provided to the County in May 2022. In addition, American Rescue Plan funding has also been awarded to each of Los Angeles County's 88 cities, for a grand total of more than $4.5 billion across all jurisdictions.

**EXHIBIT 15 - Page 829**

**LA County Phase One American Rescue Plan 2021**



### 1.1    Housing for People Experiencing Homelessness - $400.0 million

*Seize the moment to address LA County's urgent humanitarian crisis by creating or sustaining thousands of units of interim and permanent supportive housing and offering essential housing services for people experiencing homelessness.*

| Program | Description | Allocation ($Millions) |
|---|---|---|
| Project Homekey 2.0 | Through the State's Project Homekey program, create new interim and permanent supportive housing for individuals and families with complex health or behavioral health conditions who are experiencing homelessness by acquiring new hotels, motels, and apartment complexes. | $115.0 |
| Conversion of Interim Housing Units to Permanent Housing | Fund the conversion of existing interim housing units owned by LA County into permanent housing units, including permanent supportive housing, to support the countywide permanent housing shortfall. | $113.2 |
| Permanent Supportive and Interim Housing | Create permanent supportive and interim housing for individuals and families with complex health or behavioral health conditions who are experiencing homelessness by constructing new modular, prefabricated, or container housing on LA County-owned or city-owned or leased property, and by the strategic renovation of existing LA County facilities. | $100.0 |
| Rental Subsidies for Permanent Supportive Housing | Create permanent supportive housing for individuals and families with complex health or behavioral health conditions who are experiencing homelessness by providing rental subsidies that can be used in the private rental market, for master leasing, and for project-based sites without rental subsidies, among other options, without any upfront capital costs. | $30.0 |
| Intensive Case Management Services (ICMS) and Tenancy Support Services for Federal Voucher Holders | Provide Intensive Case Management Services (ICMS) and move-in assistance for approximately 1,500 federal subsidy recipients who are coming out of homelessness and matched to a permanent housing opportunity. | $16.7 |
| Homelessness Prevention | Support the Department of Health Services' (DHS) Housing for Health Homelessness Prevention Unit, a proactive, collaborative, data-driven effort to identify people in LA County who are at-risk of losing their housing and provide them with support services and flexible cash assistance to address an array of needs, including rent and utility arrears, and connection to mainstream services and benefits. | $13.75 |
| Interim Housing Operating Costs for Community-Based Sites | Support the operation of 261 interim housing beds in 10 different sites located throughout LA County, including at three new Recuperative Care Centers opened on DHS hospital campuses in response to COVID-19. | $6.0 |
| Interim Housing Operating Costs for Safe Landing Site | Support the Safe Landing Program, which provides interim supportive housing to people experiencing homelessness who can be diverted from jail or from the emergency room, including 24/7 admissions and onsite health and mental health clinical assessment and care. | $4.25 |
| Safe Parking | Establish five 20-space Safe Parking Program sites, one in each Supervisorial District, that would operate from January 2022 to December 2024 (24-months). | $1.1 |
| | | $400.0 |

EXHIBIT 15 - Page 830

# EVOLVING INITIATIVES

**HOMELESS INTIATIVE STRATEGY REASSESSMENT**

On April 20, 2021, the Board of Supervisors adopted a motion directing the Homeless Initiative and its partners to report back in up to six months with an assessment of its strategies and recommendations for improvements.

The Board sought an analysis for distributing homeless resources countywide in a racially sensitive and equitable way, and for strengthening cities' participation in each strategy.
In response to the motion, the Homeless Initiative will review input collected over the past few years, along with research and evaluations, to generate a set of draft recommendations by September.

The Homeless Initiative will then convene input sessions for a range of stakeholders, including the public. Sessions will be held for each service planning area, with service providers, people with lived expertise, cities and Councils of Government, County departments, LAHSA, and more.

**BLUE RIBBON COMMISSION ON HOMELESSNESS**

The Board of Supervisors also approved the creation of a Blue Ribbon Commission on Homelessness which is tasked with researching and analyzing homelessness governance reports, studying models from across the nation, and providing a report to the Board that includes recommendations for a new governance model that is appropriate for Los Angeles County.

The Commission will submit its final report with recommendations to the Board of Supervisors in March 2022 and then sunset.

**EXHIBIT 15 - Page 831**



EXHIBIT 15 - Page 832

## Homeless Initiative Performance Data by Strategy

**Exhibit I**

### Fiscal Year 2020-21, July 2020 to June 2021

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO JUNE 2020 (FULL FISCAL YEAR 2019/2020) | JULY 2020 TO JUNE 2021 (FULL FISCAL YEAR 2020/2021) |
|---|---|---|---|---|---|
| A1: Homeless Prevention Program for Families | Percentage of A1 participant families that exit the program who retain their housing or transition directly into other permanent housing | 73% (348/477) | 89% (689/775) | 78% (661/848) | 78% (437/561) |
| A5: Homeless Prevention Program for Individuals | Percentage of A5 participants that exit the program who retain their housing or transition directly into other permanent housing | 89% (72/81) (data is for February 2018-June 2018) | 93% (813/872) | 72% (992/1,376) | 70% (1,264/1,801) |
| B1: Provide Subsidized Housing to Homeless Disabled Individuals Pursuing SSI* | Number of B1 participants who secured housing with B1 subsidy | 1,476 | 253 | 1358 | 284 |
| | Percentage of enrolled B1 participants who secured housing with B1 subsidy | 61% | 86% | 60% | 39% |
| | Number of B1 participants approved for SSI | 120 | 117 | 210 | 133 |
| B3: Partner with Cities to Expand Rapid Re-Housing | Number of participants newly enrolled in B3 | 12,675 | 10,747 | 9,002 | 5,519 |
| | Number of participants active in the program on the last day of the reporting period | 11,661 | 11,951 | 10,978 | 8,748 |
| | Number of B3 participants active in the program within the reporting period date range | 17,787 *Does not include DHS data* | 21,357 | 19,473 | 14,581 |

*B1 referral, enrollment, and approval numbers were low due to ending FY19-20 at full capacity Measure H-funding. DPSS began FY 20-21 utilizing remaining AB109 funding and other available funding.

Note: Some of the outcomes reported in prior quarterly reports have changed due to data lag and other revisions.

**EXHIBIT 15 - Page 833**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2020-2021, July 2020 to June 2021**

Exhibit I

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO JUNE 2020 (FULL FISCAL YEAR 2019/2020) | JULY 2020 TO JUNE 2021 (FULL FISCAL YEAR 2020/2021) |
|---|---|---|---|---|---|
| **B3: Partner with Cities to Expand Rapid Re-Housing** | Number of B3 participants who secured permanent housing during the reporting period with or without a rapid rehousing subsidy | 4,937 | 5,065 | 5,903 | 4,708 |
| | Of B3 Participants who secured housing with a rapid rehousing subsidy, number who remained in permanent housing upon exiting the RRH program | 1,482 | 1,413 | 3,114 | 3,427 |
| | Of B3 Participants who secured housing with a rapid rehousing subsidy, percentage who remained in permanent housing upon exiting the RRH program | 65% (1,482/2,286) | 87% (1,413/1,627) | 86% (3,114/3,624) | 95% (3,427/3,601) |
| | Number of B3 participants who obtained employment  (of those who were newly enrolled during the reporting period) | 508 | 552 | 143 | 110 |
| | Number of B3 participants who obtained benefits (of those who were newly enrolled during the reporting period) | 453 | 357 | 169 | 122 |
| **B4: Facilitate Utilization of Federal Housing Subsidies** | Number of formerly homeless individuals and families that were housed using B4 landlord incentive payments | 629 | 2,120 | 2,277 | 766 |
| | Number of landlord/community engagement events held | 49 | 125 | 67 | 34 |
| | Number of landlord requests to participate in Homeless Incentive Program (HIP) | 691 | 2,435 | 1,929 | 918 |
| | Number of incentives provided to landlords | 874 | 2,534 | 2,425 | 712 |

2

**EXHIBIT 15 - Page 834**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2020-2021, July 2020 to June 2021**

Exhibit I

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO JUNE 2020 (FULL FISCAL YEAR 2019/2020) | JULY 2020 TO JUNE 2021 (FULL FISCAL YEAR 2020/2021) |
|---|---|---|---|---|---|
| **B4: Facilitate Utilization of Federal Housing Subsidies** | Amount of incentives provided to landlords | $ 1,285,217 | $ 4,207,723 | $ 4,170,708 | $ 1,236,996 |
| | Number of units leased with HIP incentives (by bedroom size) | Total: 498 Bedroom sizes: SRO = 2 0 = 64 1 = 224 2 = 153 3 = 38 4 = 11 5 = 6 | Total: 1,863 Bedroom sizes: SRO = 4 0 = 106 1 = 916 2 = 558 3 = 192 4 = 62 5 = 16 6 = 1 Shared = 8 | Total: 2,425 Bedroom sizes: SRO = 8 0 = 212 1 = 1,112 2 = 776 3 = 221 4 = 64 5 = 12 6 = 5 Shared = 15 | Total: 712 Bedroom sizes: SRO = 1 0 = 96 1 = 423 2 = 132 3 = 46 4 = 11 5 = 2 6 = 1 Shared = 0 |
| | Number of security deposits paid | 361 | 2,083 | 2,254 | 646 |
| | Amount of security deposits paid | $ 780,476 | $ 5,298,068 | $ 6,040,850 | $ 1,668,760 |
| | Number of utility deposits/connection fees paid | 56 | 757 | 1036 | 166 |
| | Amount of utility deposits/connection fees paid | $ 7,928 | $ 97,583 | $ 139,600 | $ 30,919 |
| | Number of rental application and credit check fees paid | 46 | 512 | 489 | 35 |
| | Amount of other move-in assistance paid | $ 129,051 | $ 688,029 | $ 1,443,400 | $ 253,270 |
| **B6: Family Reunification Housing Subsidy** | Number of B6 participant families placed in housing | 73 (Data for 1/1/17-6/30/18) | 89 | 159 | 80 |

3

**EXHIBIT 15 - Page 835**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2020-2021, July 2020 to June 2021**

Exhibit I

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO JUNE 2020 (FULL FISCAL YEAR 2019/2020) | JULY 2020 TO JUNE 2021 (FULL FISCAL YEAR 2020/2021) |
|---|---|---|---|---|---|
| **B7: Interim/Bridge Housing for Those Exiting Institutions** | Number of individuals who are active in B7-funded interim/bridge housing. | 2,179 *(does not include DPH Substance Abuse Prevention and Control outcomes)* | 3,257 | 4,438 | 3,848 |
| | Breakdown of the institution from which individuals who were served in interim/bridge housing were discharged (Sum of categories does not equal total number because some individuals have multiple enrollments and/or came from different places prior to enrollment.) *Due to COVID-19 Public Health Emergency, 23 clients were served in B7 beds in FY 2020-21 who would not otherwise be eligible. This was offset by serving 69 B7-eligible clients at E8 sites during the same time period.* | Hospitals: 386 Jail/Prison/Juvenile Detention Center: 1,164 Other: 635 *(does not include Department of Public Health Substance Abuse Prevention and Control outcomes)* | Hospitals: 1,037 Jail/Prison/Juvenile Detention Center: 861 Substance Abuse Treatment: 926 Interim or Transitional Housing: 138 Other: 305 | Hospitals: 757 Jail/Prison/Juvenile Detention Center: 1,488 Substance Abuse Treatment: 1,441 Interim or Transitional Housing: 248 Other: 525 | Hospitals: 669 Jail/Prison/Juvenile Detention Center: 1,273 Substance Abuse Treatment: 1,561 Interim or Transitional Housing: 86 Other: 236 Non-B7 sources: 23* |
| | Number of B7 participants who exit to a permanent housing destination | 445 *(FY 2017-2018 data does not include Department of Public Health Substance Abuse Prevention and Control outcomes)* | 544 | 488 | 399 |

4

**EXHIBIT 15 - Page 836**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2020-2021, July 2020 to June 2021**

**Exhibit I**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO JUNE 2020 (FULL FISCAL YEAR 2019/2020) | JULY 2020 TO JUNE 2021 (FULL FISCAL YEAR 2020/2021) |
|---|---|---|---|---|---|
| **B7: Interim/Bridge Housing for Those Exiting Institutions** | Percentage of B7 participants who exit to a permanent housing destination | 43% (445/1,037) *(FY2017-2018 data does not include Department of Public Health Substance Abuse Prevention and Control outcomes)* | Not available | LAHSA: 26% (187/710) DHS: 18% (123/677) DPH: 19% (178/959)    (DPH figures are Jan-July 2020 only) | 20% (399/2,003) |
| **C1: Enhance the CalWORKs Subsidized Employment Program for Homeless Families** | Number of C1 participants who are engaged in subsidized employment | 268 | 236 | 211 | 113 |
| | Number of C1 participants who are placed in unsubsidized employment | 52 (out of 131 who completed the subsidized placement) | 21 (out of 58 who completed the subsidized placement) | 10 (out of 24 who completed the subsidized placement) | 6 (out of 15 who completed the subsidized placement) |
| **C2/C7: Increase Employment for Homeless Adults** | Number of C2/C7 participants enrolled in Transitional Employment | 800 | 1,265 | 2,246 | 1,847 |
| | Number of C2/C7 participants who secured unsubsidized employment | 283 | 742 | 1,220 | 1,641 |

5

**EXHIBIT 15 - Page 837**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2020-2021, July 2020 to June 2021**

Exhibit I

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO JUNE 2020 (FULL FISCAL YEAR 2019/2020) | JULY 2020 TO JUNE 2021 (FULL FISCAL YEAR 2020/2021) |
|---|---|---|---|---|---|
| **C3: Expand Targeted Recruitment & Hiring Process to Homeless/ Recently Homeless to Increase Access to County Jobs** | Number of individuals at risk of or experiencing homelessness who are currently enrolled in TempLA, a program that places low-income people into temporary employment with the County. | 34 | 3 | 21 | 14 |
| | Number of individuals at risk of or experiencing homelessness who are currently enrolled in Community Youth Bridges Program, a program to connect at-risk youth to County employment. | Not available | Not available | 23 | 14 |
| **C4/5/6: Countywide SSI/Veterans Benefits Advocacy Program for People/ Veterans/ Inmates Experiencing Homelessness or at Risk of Homelessness** | Number of individuals newly enrolled in CBEST* | 7,458 | 6,226 | 5,739 | 3,439 |
| | Number of individuals currently enrolled in CBEST* | 5,861 | 11,499 | 16,888 | 12,839 |
| | Number of CBEST participants whose applications for SSI/Veterans' benefits were submitted | 443 | 1,413 | 2,168 | 1,564 |
| | Number of CBEST participants whose applications for SSI/Veterans' benefits were denied | 4 | 47 | 78 | 95 |
| | Number of CBEST participants whose applications for SSI/Veterans' benefits are pending disposition | Not available | 1,007 | 2,007 | 1,673 |

*In FY 19-20, CBEST re-engaged inactive clients; in some cases, clients were exited or cases were moved forward, as appropriate. In the past year, CBEST exited some clients who had been awarded benefits but not exited. The FY 19-20 enrollment figures are cumulative, so reflect the entire year's enrollment. Combined, the foregoing factors explain the drop in enrollment for FY 20-21.

6

EXHIBIT 15 - Page 838

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2020-2021, July 2020 to June 2021**

Exhibit I

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO JUNE 2020 (FULL FISCAL YEAR 2019/2020) | JULY 2020 TO JUNE 2021 (FULL FISCAL YEAR 2020/2021) |
|---|---|---|---|---|---|
| **C4/5/6: Countywide Benefits Advocacy Program** | Number of CBEST participants approved for SSI/Veterans' benefits | 142 | 364 | 839 | 584 |
| | Number of Participants Recieving Benefits Advocacy Services (BAS) Intensive Case Management Services *(New Metric for FY 20-21)* | Not available | Not available | Not available | 1,442 |
| **D2: Expansion of Jail in Reach** | Number of inmates who received D2 jail in-reach services | 3,489 | 1,349 | 1,223 | 809 |
| | Number of D2 participant inmates who were assessed with the VI-SPDAT | 2,632 | 975 | 952 | 769 |
| | Number of D2 participant inmates placed in bridge housing upon release | 723 (from 9/14/17-6/30/18) | 429 | 379 | 162 |
| | Number of D2 participant inmates transported to housing upon release | 620 (from 9/14/17-6/30/18 | 210 | 303 | 220 |
| | Number of D2 participant inmates referred to SSI advocacy program (CBEST) | 106 (from 9/14/17-6/30/18 | 55 | 70 | 49 |
| | Number of D2 participant inmates placed in permanent supportive housing by the Housing for Health program within 12 mo. of release | 119 | 160 | 53 | 26 |
| | Number of D2 participant inmates referred to Community Transition Unit (CTU) for GR assistance at DPSS | 407 | 63 | 124 | 198 |

7

**EXHIBIT 15 - Page 839**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2020-2021, July 2020 to June 2021**

**Exhibit I**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO JUNE 2020 (FULL FISCAL YEAR 2019/2020) | JULY 2020 TO JUNE 2021 (FULL FISCAL YEAR 2020/2021) |
|---|---|---|---|---|---|
| **D2: Expansion of Jail in Reach** | Number of D2 participant inmates referred to CTU for Medi-Cal application assistance | 283 | 75 | 546 | 532 |
| **D6: Criminal Record Clearing Project** | Number of Public Defender homeless outreach events held through D6 | 54 (January - June 2018) | 138 | 108 | 29 |
| | Number of City Attorney homeless outreach events held through D6 | N/A | 56 | 47 | 6 |
| | Number of homeless persons engaged by Public Defender through D6 | 577 (January - June 2018) | 897 | 736 | 577 |
| | Number of homeless persons engaged by City Attorney through D6 | N/A | 1,211 | 995 | 629 |
| | Number of petitions for dismissal/reduction filed by Public Defender for D6 participants | 264 (January - June 2018) | 987 | 1,292 | 1,698 |
| | Number of petitions for dismissal/reduction filed by City Attorney for D6 participants | N/A | 1,793 | 2,871 | 1,149 |
| | Number of petitions filed by Public Defender for dismissal/reduction that were granted for D6 participants | 153 (January - June 2018) | 554 | 537 | 897 |
| | Number of petitions filed by City Attorney for dismissal/reduction that were granted for D6 participants (some granted petitions were filed prior to Measure H funding) | N/A | 1,102 | 2,705 | 1,138 |

8

**EXHIBIT 15 - Page 840**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2020-2021, July 2020 to June 2021**

**Exhibit I**

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO JUNE 2020 (FULL FISCAL YEAR 2019/2020) | JULY 2020 TO JUNE 2021 (FULL FISCAL YEAR 2020/2021) |
|---|---|---|---|---|---|
| D7: Provide Services and Rental Subsidies for Permanent Supportive Housing (PSH) | Number of D7 participants newly enrolled and linked to Intensive Case Management Services (ICMS) | 2,842 | 4,067 | 3,267 | 3,241 |
| | Number of individuals who were active in the D7 program during the reporting period | 2,850 | 7,871 | 10,087 | 13,699 |
| | Number of newly enrolled D7 participants receiving federal rental subsidies. | 1,524 | 2,267 | 2,332 | 2,406 |
| | Number of newly enrolled D7 participants receiving local rental subsidies | 1,081 | 1,573 | 611 | 324 |
| | Number of individuals encountered by Client Engagement & Navigation Services (CENS), providing Substance Use Disorder services in PSH *(New metric for FY 20/21)* | Not available | Not available | Not available | 2,657 |
| | Number of D7 participants placed in housing during the reporting period | 1,340 | 2,267 | 2,620 | 1,940 |

9

**EXHIBIT 15 - Page 841**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2020-2021, July 2020 to June 2021**

Exhibit I

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO JUNE 2020 (FULL FISCAL YEAR 2019/2020) | JULY 2020 TO JUNE 2021 (FULL FISCAL YEAR 2020/2021) |
|---|---|---|---|---|---|
| **E6: Countywide Outreach System** | Number of individuals initiated contact | 17,929 | 22,410 | 26,836 | 25,932 |
| | Number of individuals newly engaged during the reporting period | 8,658 | 10,905 | 14,005 | 16,936 |
| | Number of individuals engaged during the reporting period | 9,257 | 15,039 | 19,224 | 23,647 |
| | Number of individuals who received services or successfully attained referrals | 6,833 | 17,673 | 15,419 | 19,271 |
| | Number of individuals who were placed in crisis or bridge housing | 1,164 | 1,468 | 3,093 | 2,924 |
| | Number of individuals who were linked to a permanent housing resource | 533 | 1,018 | 875 | 659 |
| | Number of individuals who were placed in permanent housing | 375 | 757 | 699 | 544 |
| **E7: Strengthen the Coordinated Entry System (CES)** (All data for this strategy is for the CES as a whole.) | Number of households assessed through CES | 28,874 | 27,116 | 22,538 | 21,244 |
| | Average length of time in days from assessment to housing match | 208 | 257 | 376 | 377 |
| | Average length of stay in days in crisis/bridge housing for those who exited in the reporting period | 63 | 48 | 72 | 98 |

10

**EXHIBIT 15 - Page 842**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2020-2021, July 2020 to June 2021**

Exhibit I

| STRATEGY | METRIC | JULY 2017 TO JUNE 2018 (FULL FISCAL YEAR 2017/2018) | JULY 2018 TO JUNE 2019 (FULL FISCAL YEAR 2018/2019) | JULY 2019 TO JUNE 2020 (FULL FISCAL YEAR 2019/2020) | JULY 2020 TO JUNE 2021 (FULL FISCAL YEAR 2020/2021) |
|---|---|---|---|---|---|
| **E7: Strengthen the Coordinated Entry System (CES)** (All data for this strategy is for the CES as a whole.) | Average acuity score of persons or households who have obtained permanent housing | 7.4 | 7.8 | 8.6 | 9.5 |
| | Number of persons/households who have increased their income | 5937 | 7,093 | 7,404 | 6,875 |
| **E8: Enhance the Emergency Shelter System** (Data includes all participants served in programs funded in whole or in part by Measure H.) | Number of participants newly enrolled in the program during the reporting period | 13,524 | 17,759 | 12,539 | 7,543 |
| | Number of persons active in the program within the reporting period | 15,970 | 22,362 | 18,229 | 13,975 |
| | Number of persons who exited crisis, bridge, or interim housing to permanent housing during the reporting period (out of total exits to any destination) | 2752 (out of 11,420 total exits) = 24% | 3,971 (out of 15,581 total exits) = 25% | 3,656 (out of 11,211 total exits) = 33% | 3,488 (out of 10,304 total exits) = 34% |
| **E14: Enhanced Services for Transition Aged Youth (TAY)** | Percentage of E14 TAY participants who exited transitional housing to permanent housing destinations during the reporting period | 50% (34 out of 66 total exits) | 39% (150 out of 388 total exits) | 49% (222 out of 454 total exits) | 40% (188 out of 474 total exits) |
| | Number of TAY participants who were assessed using the Next Step Tool | 3,537 | 3,285 | 2,404 | 1,587 |

11

**EXHIBIT 15 - Page 843**

**Exhibit 2**

**Select Homeless Initiative Strategy (B3, B7, D7, E6, E8) Performance Data by Service Planning Area (SPA)**
**Fiscal Year 2020-2021 (July 2020 - June 2021)**

| B3: Partner with Cities to Expand Rapid Re-Housing | Number of individuals newly enrolled | Number of individuals active in the program within the reporting period | Number of B3 participants who secured permanent housing during the reporting period with or without a rapid rehousing subsidy | Of persons who secured housing with a rapid re-housing subsidy, number who remained in permanent housing upon exiting the RRH program | Of persons who secured housing with a rapid re-housing susbidy, number that exited the program to any destination | Of persons who secured housing with a rapid re-housing subsidy, percentage who remained in permanent housing upon exiting the RRH program |
|---|---|---|---|---|---|---|
| Total | 5,519 | 14,581 | 4,708 | 3,427 | 3,601 | 95% |
| SPA 1 | 498 | 1,155 | 426 | 403 | 408 | 99% |
| SPA 2 | 1,131 | 3,140 | 1,237 | 609 | 617 | 99% |
| SPA 3 | 207 | 1,089 | 266 | 366 | 398 | 92% |
| SPA 4 | 1,180 | 3,458 | 1,081 | 417 | 502 | 83% |
| SPA 5 | 793 | 1,318 | 341 | 215 | 239 | 90% |
| SPA 6 | 1,175 | 2,558 | 1,144 | 502 | 519 | 97% |
| SPA 7 | 98 | 1,226 | 132 | 342 | 453 | 75% |
| SPA 8 | 0 | 1,264 | 471 | 458 | 471 | 97% |

| B7: Interim/Bridge Housing for Those Exiting Institutions | Number of individuals who are active in B7 funded interim/bridge housing | Number of B7 participants who exit to a permanent housing destination | Number of B7 participants who exit to any destination | Percentage of B7 participants who exit to a permanent housing destination |
|---|---|---|---|---|
| Total | 2,684 | 399 | 2,003 | 20% |
| SPA 1 | 129 | 1 | 71 | 1% |
| SPA 2 | 372 | 18 | 254 | 7% |
| SPA 3 | 659 | 53 | 436 | 12% |
| SPA 4 | 226 | 30 | 200 | 15% |
| SPA 5 | 154 | 12 | 49 | 24% |
| SPA 6 | 105 | 22 | 147 | 15% |
| SPA 7 | 248 | 40 | 212 | 19% |
| SPA 8 | 879 | 203 | 449 | 45% |

**Notes:**
• B3 data is broken down by the Service Planning Area in which the participant was served.
• B7 data is broken down by the Service Planning Area in which the participant was served.

**EXHIBIT 15 - Page 844**

## Select Homeless Initiative Strategy (B3, B7, D7, E6, E8) Performance Data by Service Planning Area (SPA)
## Fiscal Year 2020-2021 (July 2020 - June 2021)

| D7: Provide services and rental subsidies for Permanent Supportive Housing | Number of D7 participants newly placed in housing |
|---|---|
| Total | 1,940 |
| SPA 1 | 96 |
| SPA 2 | 232 |
| SPA 3 | 101 |
| SPA 4 | 630 |
| SPA 5 | 139 |
| SPA 6 | 496 |
| SPA 7 | 75 |
| SPA 8 | 154 |
| SPA Unknown | 17 |

**Notes:**
•D7 SPA data is based on location where participant is housed.
•E6 data is broken down by the Service Planning Area in which the participant was served. Data is for three types of outreach teams: Department of Health Services' Multidisciplinary Teams (MDTs), Los Angeles Homeless Services Authority Homeless Engagement Teams (HET), and Coordinated Entry System (CES) teams. Due to participants being enrolled into multiple programs across countywide outreach teams, the total number per SPA does not equal the sum of all teams added together. Data for metrics on services/referrals, crisis housing, and permanent housing include individuals who were engaged during the reporting period but may have been engaged for the first time in a prior reporting period. Therefore, the total number who received services/referrals exceeds the total number who were newly engaged.

| E6: Countywide Outreach System | Number of unduplicated individuals initiated contact | Number of unduplicated individuals newly engaged during reporting period | Number of unduplicated individuals who received services or successfully attained referrals | Number of unduplicated individuals who are placed in crisis or bridge housing | Number of unduplicated individuals who are linked to a permanent housing resource | Number of unduplicated individuals who are placed in permanent housing |
|---|---|---|---|---|---|---|
| Total | 25,932 | 16,936 | 19,271 | 2,924 | 659 | 544 |
| SPA 1 | 1,057 | 787 | 928 | 250 | 23 | 40 |
| SPA 2 | 3,001 | 1,991 | 2,303 | 690 | 53 | 82 |
| SPA 3 | 2,687 | 1,724 | 1,934 | 387 | 120 | 48 |
| SPA 4 | 6,614 | 3,848 | 4,464 | 834 | 214 | 155 |
| SPA 5 | 3,373 | 2,121 | 2,483 | 85 | 56 | 12 |
| SPA 6 | 2,199 | 1,551 | 1,674 | 186 | 67 | 53 |
| SPA 7 | 2,887 | 1,695 | 2,058 | 377 | 94 | 109 |
| SPA 8 | 4,300 | 3,364 | 3,622 | 187 | 56 | 58 |
| SPA Unknown | 0 | 0 | 0 | 0 | 0 | 0 |

2

**EXHIBIT 15 - Page 845**

**Select Homeless Initiative Strategy (B3, B7, D7, E6, E8) Performance Data by Service Planning Area (SPA)**
**Fiscal Year 2020-2021 (July 2020 - June 2021)**

| E8: Enhance the Emergency Shelter System | Number of individuals who entered E8 interim/crisis/ bridge housing programs in the reporting period | Number of individuals who have been served by E8 funded interim/crisis/ bridge housing beds | Number of persons that exited to permanent housing destination within the report date range | Number of persons that exited to any destination within the report date range | Percentage of persons that exited to permanent housing destination within the report date range |
|---|---|---|---|---|---|
| Total | 7,543 | 13,975 | 3,488 | 10,304 | 34% |
| SPA 1 | 322 | 697 | 246 | 441 | 56% |
| SPA 2 | 886 | 2,253 | 783 | 1,573 | 50% |
| SPA 3 | 305 | 797 | 236 | 653 | 36% |
| SPA 4 | 2,149 | 3,330 | 781 | 2,519 | 31% |
| SPA 5 | 333 | 658 | 221 | 452 | 49% |
| SPA 6 | 2,439 | 4,874 | 929 | 3,800 | 24% |
| SPA 7 | 403 | 502 | 49 | 386 | 13% |
| SPA 8 | 902 | 1,147 | 251 | 667 | 38% |

**Note**: E8 data is broken down by the Service Planning Area in which the participant was served.

3

**EXHIBIT 15 - Page 846**

Demographic Enrollment/Service Data for Select HI Strategies for FY 2020-21 (July 2020-June 2021)    **Exhibit III-A**

| Demographic Category | | A1: Prevention for Families | | A5: Prevention for Individuals | | B3: Rapid Re-Housing | |
|---|---|---|---|---|---|---|---|
| | | Number Newly Enrolled | Number Served | Number Newly Enrolled | Number Served | Number Newly Enrolled | Number Served |
| **Total individuals** | | 1,443 | 2,606 | 2,291 | 2,947 | 5,519 | 14,581 |
| **Age** | Under 18 (unaccompanied) | - | - | - | - | - | - |
| | Under 18 (in a family) | 742 | 1,371 | 300 | 329 | 1,903 | 5,937 |
| | 18-24 | 118 | 225 | 258 | 319 | 596 | 1,570 |
| | 25-54 | 538 | 935 | 1,027 | 1,335 | 2,352 | 5,780 |
| | 55-61 | 30 | 48 | 285 | 387 | 341 | 695 |
| | 62 & older | 14 | 26 | 411 | 566 | 327 | 619 |
| | Unknown | 1 | 1 | 10 | 11 | 5 | 14 |
| **Ethnicity** | Hispanic/Latino | 737 | 1,429 | 975 | 1,162 | 1,946 | 5,823 |
| | Not Hispanic/Latino | 637 | 1,084 | 1,222 | 1,670 | 3,394 | 8,274 |
| | Unknown | 69 | 93 | 94 | 115 | 179 | 484 |
| **Race** | White | 574 | 1,200 | 881 | 1,126 | 1,939 | 5,649 |
| | Black/African- American | 555 | 942 | 856 | 1,170 | 2,771 | 6,782 |
| | Asian | 11 | 21 | 30 | 44 | 41 | 102 |
| | American Indian/Alaskan Native | 40 | 40 | 30 | 36 | 83 | 209 |
| | Native Hawaiian/Other Pacific Islander | 3 | 11 | 7 | 8 | 29 | 91 |
| | Multi-Racial/Other | 260 | - | - | - | - | - |
| | Unknown | 52 | 392 | 487 | 563 | 656 | 1,748 |
| **Gender** | Female | 927 | 1,639 | 1,219 | 1,654 | 3,067 | 8,110 |
| | Male | 558 | 1,063 | 1,072 | 1,321 | 2,390 | 6,336 |
| | Transgender Male to Female | 1 | 1 | 14 | 17 | 23 | 40 |
| | Transgender Female to Male | 1 | 1 | 7 | 8 | 4 | 14 |
| | Other | 5 | 6 | 9 | 11 | 4 | 15 |
| | Unknown | - | - | - | - | - | - |
| **Individuals at risk of Homelessness** | | 1,443 | 2,606 | 2,291 | 2,947 | - | - |
| **Homeless Individuals/Family Members** | | N/A | N/A | N/A | N/A | 2,276 | 4,609 |
| **Chronically Homeless Individuals** | | N/A | N/A | N/A | N/A | 497 | 1,476 |
| **Veterans** | | 2 | 1 | 41 | 53 | 52 | 81 |
| **Individuals in Families with Minor Child(ren)** | | 1,443 | 2,606 | N/A | N/A | 2,276 | 3,338 |
| **Families with Minor Child(ren)** | | 374 | 696 | N/A | N/A | 1,186 | 10,158 |

**EXHIBIT 15 - Page 847**

**Demographic Enrollment/Service Data for Select HI Strategies for FY 2020-21 (July 2020-June 2021)**

| Demographic Category | | B7: Interim Housing for Those Exiting Instituions | | D7: Permanent Supportive Housing | | E6: Countywide Outreach System | | E8: Emergency Shelter | |
|---|---|---|---|---|---|---|---|---|---|
| | | Number Newly Enrolled | Number Served | Number Newly Enrolled* | Number Served* | Number Newly Enrolled | Number Served | Number Newly Enrolled | Number Served |
| **Total individuals** | | 2,742 | 3,848 | 3,241 | 13,699 | 25,932 | 29,019 | 7,543 | 13,975 |
| **Age** | Under 18 (unaccompanied) | 15 | 19 | - | - | 47 | 24 | - | - |
| | Under 18 (in a family) | - | - | - | 7 | 30 | 1 | 1,810 | 4,574 |
| | 18-24 | 341 | 428 | 188 | 474 | 825 | 880 | 634 | 1,138 |
| | 25-54 | 2,017 | 2,734 | 1,765 | 6,774 | 15,532 | 17,408 | 3,706 | 6,139 |
| | 55-61 | 234 | 392 | 620 | 2,848 | 3,747 | 4,354 | 785 | 1,177 |
| | 62 & older | 135 | 240 | 658 | 3,325 | 2,771 | 3,414 | 606 | 946 |
| | Unknown | - | 35 | 10 | 271 | 2,990 | 2,944 | 14 | 19 |
| **Ethnicity** | Hispanic/Latino | 1,320 | 1,735 | 912 | 3,861 | 9,687 | 10,601 | 2,759 | 5,118 |
| | Not Hispanic/Latino | 1,312 | 1,890 | 2,240 | 9,480 | 14,253 | 16,440 | 4,569 | 8,427 |
| | Unknown | 110 | 223 | 89 | 358 | 1,991 | 1,976 | 215 | 430 |
| **Race** | White | 1,257 | 1,718 | 1,297 | 5,503 | 14,533 | 16,615 | 2,928 | 5,290 |
| | Black/African- American | 553 | 829 | 1,414 | 6,086 | 6,524 | 7,379 | 3,470 | 6,582 |
| | Asian | 55 | 70 | 46 | 234 | 378 | 401 | 92 | 219 |
| | American Indian/Alaskan Native | 39 | 55 | 62 | 224 | 479 | 549 | 145 | 217 |
| | Native Hawaiian/Other Pacific Islander | 11 | 16 | 36 | 99 | 179 | 204 | 43 | 85 |
| | Multi-Racial/Other | 597 | 748 | 171 | 860 | 186 | 186 | 28 | 63 |
| | Unknown | 230 | 411 | 215 | 693 | 3,653 | 3,685 | 837 | 1,594 |
| **Gender** | Female | 876 | 1,182 | 1,432 | 5,920 | 8,052 | 9,257 | 3,718 | 7,300 |
| | Male | 1,934 | 2,590 | 1,759 | 7,546 | 17,008 | 18,670 | 4,421 | 7,596 |
| | Transgender Male to Female | 19 | 27 | 25 | 104 | 150 | 188 | 36 | 63 |
| | Transgender Female to Male | 6 | 11 | 5 | 21 | 31 | 33 | 16 | 22 |
| | Other | 1 | 1 | 12 | 29 | 26 | 35 | 11 | 18 |
| | Unknown | 2 | 37 | 8 | 79 | 598 | 682 | 2 | 2 |
| **Individuals at risk of Homelessness** | | 78 | 99 | - | 42 | | | N/A | N/A |
| **Homeless Individuals/Family Members** | | 2,742 | 3,848 | 2,853 | 12,461 | 25,808 | 28,514 | 7,543 | 13,975 |
| **Chronically Homeless Individuals** | | 1,461 | 2,090 | 1,313 | 7,973 | 5,342 | 6,616 | 2,176 | 2,985 |
| **Veterans** | | 49 | 77 | 306 | 573 | 749 | 906 | 170 | 191 |
| **Individuals in Families with Minor Child(ren)** | | 422 | 531 | 1,055 | 4,223 | 102 | 41 | 2,415 | 7,835 |
| **Families with Minor Child(ren)** | | - | - | 345 | 1,463 | 29 | 20 | 1,049 | 2,436 |

**EXHIBIT 15 - Page 848**

**Demographic Enrollment/Service Data for Select HI Strategies for FY 2020-21 (July 2020-June 2021)**

**Notes:**

• "Newly enrolled" refers to all participants enrolled during the reporting period (July 2020-June 2021)

• "Number served" refers to all participants served during the reporting period, some of whom were enrolled prior to the reporting period.

• Strategy E6: Outreach includes three types of outreach teams - Coordinated Entry System Teams, Department of Health Services' Multidisciplinary Teams (MDTs), and Los Angeles Homeless Services Authority (LAHSA) Homeless Engagement Teams (HETs). The data provided is de-duplicated. Family counts for the E6 data may be underrepresented due to incomplete household identifying data.

**EXHIBIT 15 - Page 849**

**Exhibit III-B**

**Demographic Service Data for Select Homeless Initiative Strategies: FY 2020-2021 (July 2020 – June 2021)\***

### A1: Homeless Prevention Program for Families
*Total served: 2,606*



\*Data in this attachment show the number of participants served in each program, broken down by age, ethnicity, race, and gender.

**EXHIBIT 15 - Page 850**

Exhibit III-B

### A5: Homeless Prevention Program for Individuals
*Total served: 2,947*



EXHIBIT 15 - Page 851

Exhibit III-B

## B3: Rapid Re-Housing
*Total served: 14,581*



EXHIBIT 15 - Page 852

Exhibit III-B

## B7: Interim Housing for Those Exiting Institutions

*Total served:  3,848*



EXHIBIT 15 - Page 853

Exhibit III-B

## D7: Permanent Supportive Housing

*Total served: 13,699*



**EXHIBIT 15 - Page 854**

**Exhibit III-B**

## E6: Countywide Outreach System

*Total served: 29,019*



**EXHIBIT 15 - Page 855**

**Exhibit III-B**

## E8: Emergency Shelter
*Total served: 13,975*



**EXHIBIT 15 - Page 856**