# EXHIBIT 17

EXHIBIT 17 - Page 863



**STATEMENT OF PROCEEDINGS FOR THE**

**REGULAR MEETING OF THE BOARD OF SUPERVISORS**

**OF THE COUNTY OF LOS ANGELES HELD VIRTUALLY IN**

**ROOM 381B OF THE KENNETH HAHN HALL OF ADMINISTRATION**

**500 WEST TEMPLE STREET, LOS ANGELES, CALIFORNIA 90012**

**Tuesday, November 16, 2021**

**9:30 AM**

Present:        Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

Video Link for the Entire Virtual Meeting  (03-1075)

*Attachments:*        Video Transcript

Pledge of Allegiance led by Supervisor Holly J. Mitchell, Second Supervisorial District.

## I.  SPECIAL DISTRICT AGENDAS

**STATEMENT OF PROCEEDINGS FOR THE MEETING OF
THE LOS ANGELES COUNTY
DEVELOPMENT AUTHORITY
TUESDAY, NOVEMBER 16, 2021
9:30 A.M.**

**1-D.   Fiscal Year 2021-2022 Supplemental Funds, Funding Agreements and Additional Budget Authority**

Recommendation: Authorize the Executive Director of the Los Angeles County Development Authority to execute and/or amend the necessary funding agreements detailed below with the County, and incorporate these funds into the Los Angeles County Development Authority's (LACDA's) approved Fiscal Year (FY) 2021-22 budget: (Relates to Agenda No. 38)

Economic development initiatives in the amount of $3,000,000 to support the Catalytic Development Fund;

Economic development initiatives in the amount of $3,000,000 to support the Manufacturing Loan Fund;

**EXHIBIT 17 - Page 864**

Affordable Housing Trust Fund in the amount of $75,000,000 to be used for special needs and affordable housing development and program administration;

Measure H - Strategy B4 in the amount of $11,105,000 to be used for Homeless Initiatives strategies, and incorporate $3,183,000 of these funds, currently not included, into LACDA's approved FY 2021-22 budget;

Affirmatively Furthering Fair Housing Program in the amount of $5,000,000 to be used for fair housing activities;

Foster Youth Project in the amount of $500,000 to be used for the City of Lancaster acquisition of parcels for the SOS Village; and

West LA Veterans Affairs and Campus North Village Qualified Infill Area Project in the amount of $100,000, if awarded, to be used for grant administration and monitoring.  (21-4399)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
                       Public Comment/Correspondence

**EXHIBIT 17 - Page 865**

### 2-D.   Award Job Order Contracts

Recommendation: Adopt the April 2021 Job Order Contract (JOC) Construction Task Catalog; approve and award JOCs 65 and 66 to Thomasville Construction, Inc., the apparent lowest responsive and responsible bidder, for an amount not to exceed $5,000,000 for each JOC, to be financed through various funding sources included in the Los Angeles County Development Authority's approved Fiscal Year (FY) 2021-22 budget and to be included in the FY 2022-23 budget; authorize the Executive Director of the Los Angeles County Development Authority to execute JOCs 65 and 66 and establish the effective date following receipt of approved Faithful Performance and Payment for Labor and Materials Bonds filed by Thomasville Construction, Inc.; and authorize the Executive Director to take the following related actions:

With respect to projects not governed by the State Public Contract Code, including maintenance work and Federally-funded projects, issue work orders under each JOC in a per-contract aggregate amount not to exceed the maximum amount;

Upon his determination and as necessary and appropriate under the terms of the JOCs, amend the JOCs; terminate either of the JOCs for convenience; terminate the contractor's right to proceed with the performance of the JOCs; determine and collect sums as liquidated damages in accordance with provisions stated in the JOCs for each calendar day that the contractor shall be in default on an individual work order; accept projects and file notices upon final completion of the projects; release retention money withheld; and grant extensions of time on projects, as applicable, and assess liquidated damages; and

Determine, on a case-by-case basis, that a JOC work order shall be exempt from the application of the County's Local Targeted Worker Hire Policy, provided that the Executive Director first determines that the JOC work order will be funded in whole or in part by Federal funds, which prohibit geographic preferences.  (21-4395)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*        Board Letter
                       Public Comment/Correspondence

**EXHIBIT 17 - Page 866**

**3-D.**     **Los Angeles County Development Authority Meeting Minutes for September 2021**

Recommendation: Approve minutes of the meeting of the Los Angeles County Development Authority for the month of September 2021.  **NOTE: The minutes for the month of September 2021 can be found online at:** http://portal.lacounty.gov/wps/portal/sop/  (21-4105)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**     5 -     Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*     Board Letter
                   Public Comment/Correspondence

**EXHIBIT 17 - Page 867**

**STATEMENT OF PROCEEDINGS FOR THE MEETING OF
THE PUBLIC WORKS FINANCING AUTHORITY
OF THE COUNTY OF LOS ANGELES
TUESDAY, NOVEMBER 16, 2021
9:30 A.M.**

**1-F.** **Public Works Financing Authority Meeting Minutes for September 2021**

Recommendation: Approve minutes of the meeting of the Public Works Financing Authority for the month of September 2021.  **NOTE: The final minutes for the month of September 2021 can be found online at:** http://portal.lacounty.gov/wps/portal/sop/  (21-4106)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**EXHIBIT 17 - Page 868**

**STATEMENT OF PROCEEDINGS FOR THE MEETING OF**
**THE REGIONAL PARK AND OPEN SPACE DISTRICT**
**OF THE COUNTY OF LOS ANGELES**
**TUESDAY, NOVEMBER 16, 2021**
**9:30 A.M.**

**1-P.    City of Pasadena - Robinson Park Parking Lot and Lighting Enhancements Project**

Recommendation as submitted by Supervisor Barger: Allocate an amount not to exceed $500,000 in Excess Funds, available to the Fifth Supervisorial District pursuant to the Safe Neighborhood Parks Proposition of 1996, to the City of Pasadena for the Robinson Park Parking Lot and Lighting Enhancements Project; and authorize the Director of the Regional Park and Open Space District to award grants when applicable conditions have been met, and administer the grants as of the date of award and pursuant to guidelines in the Procedural Guide for Specified, Per Parcel, and Excess Funds Projects, otherwise funds shall remain in the Excess Funds account.  (21-4400)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|  | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*        Motion by Supervisor Barger
                            Public Comment/Correspondence

**EXHIBIT 17 - Page 869**

Board of Supervisors                    Statement Of Proceedings                    November 16, 2021

## II.  CONSENT CALENDAR

### BOARD OF SUPERVISORS    1 - 32

**1.**       **Appointments to Commissions/Committees/Special Districts**

Recommendation for appointment/reappointment for the following Commissions/ Committees/Special Districts (+ denotes reappointments): **Documents on file in the Executive Office**.

Supervisor Mitchell
Regina Smith, Ed.D.+, Commission for Women

Supervisor Kuehl
S. Scott Mayers, Ph.D., Los Angeles County Small Business Commission

Supervisor Barger
Jennifer Baird Anderson, Commission for Women
Harry Leon+, Consumer Affairs Advisory Commission
Gary L. Washburn+, Emergency Medical Services Commission; also waive
limitation of length of service requirement, pursuant to County Code
Section 3.20.020B
Peter Hidalgo, Los Angeles County Fair Association
Andrew J. Bales, Los Angeles Homeless Services Authority
Edward Belden, Watershed Area Steering Committee Community - Rio
Hondo

In Lieu of Election
Stephen H. Brown (Division 2) and Gordon Johnson+ (Division 3), Kinneloa
Irrigation District
David R. Kraai, Barbara L. Hogan+ and John P. Tenerelli+, Littlerock Creek
Irrigation District
Jane Albrecht, Richard Garvey and Hap Henry, Point Dume Community
Services District  (21-0052)

**Eric Preven addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor
Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*       Public Comment/Correspondence
Audio

---

*County of Los Angeles*                    *Page 7*

**EXHIBIT 17 - Page 870**

Board of Supervisors                    Statement Of Proceedings                    November 16, 2021

**2.**     **Updating and Clarifying the County's COVID-19 Tenant Protections**

Recommendation as submitted by Supervisors Kuehl and Solis: Approve and instruct the Chair to sign a resolution further amending and restating the County's COVID-19 Tenant Protections, to state the provisions contained therein are more restrictive, or provide greater tenant protections, than State law, where not preempted, in areas relating to rent increases, evictions, relocation assistance for displaced tenants, protections against harassment, discrimination of tenants and residential applicants, and other tenant protections.  (21-4467)

**Eric Preven addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisors Kuehl and Solis
Public Comment/Correspondence
Audio

**3.**     **Policies for Reducing Single-Use Plastics in County Facilities and Managing Organic Waste**

Recommendation as submitted by Supervisors Kuehl and Solis: Adopt the policies referenced in the Director of Public Works' November 2, 2021 report entitled, "Reducing Single-Use Plastics in County Facilities and Organic Waste Management County Policies," for reducing single-use plastics at County facilities and managing organic waste.  (21-4469)

**Eric Preven addressed the Board.  Interested person(s) also submitted written testimony.**

**After discussion, on motion of Supervisor Kuehl, seconded by Supervisor Solis, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisors Kuehl and Solis
Public Comment/Correspondence
Audio I
Audio II

**EXHIBIT 17 - Page 871**

**Board of Supervisors**                          **Statement Of Proceedings**                          **November 16, 2021**

**4.**    **Ordinance on the Implementation of the Principles of the United Nations Convention on the Elimination of All Forms of Discrimination Against Women (CEDAW)**

Recommendation as submitted by Supervisors Kuehl and Mitchell: Approve an ordinance for introduction on the Implementation of the Principles of the CEDAW, adding Division 13 to County Code, Title 13 - Public Peace, Morals and Welfare, implementing the principles underlying the CEDAW to promote gender equity and address discrimination against women and girls in the County. (Relates to Agenda No. 72)  (21-4487)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisors Kuehl and Mitchell
Public Comment/Correspondence

---

*County of Los Angeles*                          *Page 9*

**EXHIBIT 17 - Page 872**

Board of Supervisors                    Statement Of Proceedings                    November 16, 2021

**5.**    **Enhancing Representation of the Unincorporated Areas in the County's Homelessness Efforts**

Recommendation as submitted by Supervisors Hahn and Mitchell: Instruct the Interim Director of the Homeless Initiative, Chief Executive Office, in collaboration with the Executive Director of the Los Angeles Homeless Services Authority and County Departments, to report back to the Board in 90 days with the following:

An assessment on how the unincorporated areas are represented in the regional coordination efforts;

An assessment on how the unincorporated areas are served in the County homeless system; and

Recommendations to ensure a focus and strengthen representation of the unincorporated areas in Countywide efforts to address homelessness, including examples like developing a Countywide or region specific unincorporated homeless plan, working with the Board offices in coordinating services, an office that provides oversight of homeless outreach in County unincorporated communities, or an office that works on creating and streamlining new homeless projects in the unincorporated areas of the County. (21-4491)

**Roy Humphreys addressed the Board. Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Kuehl, this item was referred back to Supervisor Hahn's office.**

        **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisors Hahn and Mitchell
Public Comment/Correspondence
Audio

Board of Supervisors                Statement Of Proceedings                November 16, 2021

**6.**    **Expand the Department of Mental Health's (DMH) Mobile Crisis Response Teams to 24/7**

Revised recommendation as submitted by Supervisors Hahn and Barger: Instruct the Director of Mental Health to take the following actions:

Implement the expansion to 24/7/365 of as many DMH mobile crisis response teams as possible per the Director of Mental Health's October 6, 2021 report entitled, "Expanding Alternative Crisis Response in LA County" prior to summer 2022 when 9-8-8 is scheduled to go live as the national number for suicide prevention and mental health crisis hotlines;

Explore the feasibility and map proposed plans for establishing a public-facing dashboard with key Alternative Crisis Response (ACR) metrics, in collaboration with the Chief Executive Officer, the Acting Chief Information Officer and the Alternatives to Incarceration Initiative;

Report back to the Board on the above in the next quarterly ACR report;

Direct the Chief Executive Officer, in collaboration with the Director of Mental Health, to explore the feasibility of establishing a permanent ACR unit within the County to coordinate and oversee the role of relevant Health and Human Service Crisis Response teams/services, including both Psychiatric Mobile Response Teams and Emergency Medical Services, as part of the County's efforts to establish a robust and well-coordinated ACR system and report back to the Board in the next quarterly ACR report; and

Authorize the Director of Mental Health to execute a contract to accept $51,800,000 in one-time funds from the State as part of their Crisis Care Mobile Units grant, for the purpose of expanding mobile crisis response services and related infrastructure in Los Angeles County, to ensure that the Department of Mental Health and the County at-large can quickly begin to utilize these funds toward expanding mobile crisis response teams; and make necessary changes to adjust the Department of Mental Health's appropriation levels to add the funds to the budget.  (21-4486)

**Suja Lowenthal, Olga Lexell, Traute Winters, Marika Collins, Michael Zelman, Lauren Nakano, Marcelo Cavalheiro, Ronson Chu, Marie Rumsey and Dr. Genevieve Clavreul addressed the Board.  Interested person(s) also submitted written testimony.**

---

*County of Los Angeles*                *Page 11*

**EXHIBIT 17 - Page 874**

**Board of Supervisors**        **Statement Of Proceedings**        **November 16, 2021**

**Supervisor Hahn revised her and Supervisor Barger's joint motion as detailed above.**

**After discussion, on motion of Supervisor Hahn, seconded by Supervisor Barger, this item, as revised, was duly carried by the following vote:**

    **Ayes:**     5 -     Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

_**Attachments:**_     Motion by Supervisors Hahn and Barger
                 Motion by Supervisor Hahn
                 October 6, 2021 Department of Mental Health Report
                 Public Comment/Correspondence
                 Audio I
                 Audio II
                 Audio III

**EXHIBIT 17 - Page 875**

**Board of Supervisors**                    **Statement Of Proceedings**                    November 16, 2021

---

**7.**     **Critical Incident in Norwalk**

Recommendation as submitted by Supervisor Hahn: Instruct the Executive Director of the Office of Child Protection, with the assistance of County Counsel, to conduct a full investigation and report back to the Board in 45 days, as permitted by law, including the Director of Children and Family Services and any other relevant County agencies that may have had contact with the family in this case, to review the history of contacts, including any referrals to a Medical Hub, and identify any systemic issues that may have impeded the coordination of services; instruct the Director of Children and Family Services to review and assess the experience level and length of service of social workers who worked on this case including, but not limited to, how they addressed the family's language and cultural barriers; instruct Director of Children and Family Services, Executive Director of the Office of Child Protection, and the Director of Health Services to review existing Department of Children and Family Services (DCFS) policies and training protocols for social workers on forensic referrals to the Medical Hubs, especially for children in out-of-home care, and report back to the Board on recommendations to strengthen DCFS social workers' understanding of the forensic evaluation process, and streamline and improve the forensic evaluation referral process as needed; and instruct the Director of Children and Family Services to include an update about the standing case-quality assurance team and the methodology and criteria for when targeted reviews take place.  (21-4490)

**Aurora Pedro, Keshia Adeniyi-Dorsey, Leah Gasser-Ordaz, Katherine Thomas, Alba Gonzalez, Chris Martin, Baba Akili, Liza Davis, Kayla Love and Minouche Kandel addressed the Board.  Interested person(s) also submitted written testimony.**

**After discussion, on motion of Supervisor Hahn, seconded by Supervisor Solis, this item was duly carried by the following vote:**

         **Ayes:**     5 -     Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*        Motion by Supervisor Hahn
                      Report
                      Public Comment/Correspondence
                      Audio I
                      Audio II

---

*County of Los Angeles*                    *Page 13*

EXHIBIT 17 - Page 876

Board of Supervisors                    Statement Of Proceedings                    November 16, 2021

8.    **Proclaiming "Alzheimer's Awareness Month" and Encouraging Access to Mental Health Services for People with Dementia**

Recommendation as submitted by Supervisor Hahn: Proclaim November 2021 as "Alzheimer's Awareness Month" throughout Los Angeles County; encourage all residents to speak with their doctor about their cognitive health; instruct all County Department Heads to have their employees complete training entitled LA Found: Assisting Critical Missing Persons, available on the County's Learning Link website; and take the following actions:

Instruct the Director of Public Health, through the Division of Chronic Disease and Injury Prevention to convene an advisory group comprised of Alzheimer's disease and related dementia (ADRD) stakeholders to advance efforts, including targeted strategic planning, that can promote early detection of ADRD and reduce modifiable risk factors of dementia among at-risk groups in the County; and work with the Acting Director of Workforce Development, Aging and Community Services to establish a referral system to the LA FOUND program, for clients that meet criteria; and

Instruct the Director of Public Health to engage with the Alliance for Health Integration, the Directors of Health Services and Mental Health, and other relevant partners, to support such efforts to promote early detection and reduce modifiable risk factors for dementia; focus on and elevate the County's response for emergency preparedness for those with ADRD; and improve access to services for those living with co-occurring serious mental illness and cognitive impairment.  (21-4483)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

   **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

_**Attachments:**_    Motion by Supervisor Hahn
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 14*

**EXHIBIT 17 - Page 877**

**9.**    **Reestablish the Reward Offer in the Investigation of Murder Victims Cesar Rodriguez and Larry Villegas**

Recommendation as submitted by Supervisor Hahn: Reestablish the $25,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the heinous murders of 19-year-old Cesar Rodriguez and 24-year-old Larry Villegas, who were fatally shot while standing in a driveway of a residence located at 11819 Painter Avenue in the unincorporated area of Whittier on August 28, 2011.  (18-4772)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*        Motion by Supervisor Hahn
Notice of Reward
Public Comment/Correspondence

**10.**    **Reestablish the Reward Offer in the Investigation of the Murder of Anthony Iniquez**

Recommendation as submitted by Supervisor Hahn: Reestablish the $10,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the murder of Anthony Iniquez, who was shot on June 17, 2017 at approximately 12:45 a.m., while riding his bicycle in the area of 252nd Street and Normandie Avenue in Harbor City, and succumbed to his injuries three days later.   (19-8010)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*        Motion by Supervisor Hahn
Notice of Reward
Public Comment/Correspondence

**EXHIBIT 17 - Page 878**

**Board of Supervisors** **Statement Of Proceedings** **November 16, 2021**

**11.** **Reestablish the Reward Offer in the Investigation of the Murder of Oscar Ruiz**

Recommendation as submitted by Supervisor Hahn: Reestablish the $10,000 reward offered in exchange for information leading to the apprehension and conviction of suspect Marco Garay, for the murder of Oscar Ruiz, who was fatally shot at the 17100 block of Downey Avenue in Bellflower during the early morning hours of January 20, 2019.  (19-2742)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

_**Attachments:**_ Motion by Supervisor Hahn
Notice of Reward
Public Comment/Correspondence

---

*County of Los Angeles* *Page 16*

**EXHIBIT 17 - Page 879**

**Board of Supervisors**                    **Statement Of Proceedings**                    **November 16, 2021**

**12.**    **Reestablish the Reward Offer in the Investigation of Murder Victim Freddie Rosas**

Revised recommendation as submitted by Supervisor Hahn: Reestablish the $10,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the murder of 28-year-old Freddie Rosas, who was fatally shot on the 14100 block of Mulberry Drive in the unincorporated Whittier area on May 24, 2019, at approximately 1:51 a.m. (20-0733)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Hahn
Notice of Reward
Public Comment/Correspondence

**13.**    **Reestablish a Reward Offer in the Investigation of the Murder of Victor Deharo**

Recommendation as submitted by Supervisor Hahn: Reestablish the $10,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the fatal shooting of 35-year-old Victor Deharo, while he was sitting outside the Hacienda Heights Community Center near the 1200 block of Valencia Street in Hacienda Heights on April 9, 2021, at approximately 10:30 p.m.  (21-2543)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Hahn
Notice of Reward
Public Comment/Correspondence

**EXHIBIT 17 - Page 880**

Board of Supervisors                    Statement Of Proceedings                    November 16, 2021

**14.** **Reestablish the Reward Offer in the Investigation of Victims Faviola Rodriguez and Alfonso Guzman**

Recommendation as submitted by Supervisor Hahn: Reestablish a $10,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the fatal shooting of Alfonso Guzman and seriously injuring Faviola Rodriguez while seated in their vehicle parked at 3325 Turnbull Canyon Road in Hacienda Heights on May 20, 2021.  (21-2973)

**Cherie Compatore addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Hahn
Notice of Reward
Public Comment/Correspondence
Audio

---

*County of Los Angeles*                    *Page 18*

**EXHIBIT 17 - Page 881**

Board of Supervisors                    Statement Of Proceedings                    November 16, 2021

**15.**    **The Catalina Classic Paddleboard Race Fee Waiver**

Recommendation as submitted by Supervisor Hahn: Waive the $250 permit fee
and half of the gross receipts fee of $4,500, which is 15% of the estimated gross
receipts at Manhattan Beach, excluding the cost of liability insurance, for the
Catalina Classic Paddleboard Race, held on August 29, 2021.  (21-4481)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item
was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor
Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Hahn
Public Comment/Correspondence

**16.**    **RowLA Fee Waiver**

Recommendation as submitted by Supervisor Hahn: Reduce the permit fee to $125
and waive half of the South Pergola fee of $170 at Burton W. Chace Park,
excluding the cost of liability insurance, for the RowLA erg-a-thon event, held
November 13, 2021.  (21-4482)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item
was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor
Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Hahn
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 19*

**EXHIBIT 17 - Page 882**

Board of Supervisors                    Statement Of Proceedings                    November 16, 2021

**17.**    **Native American Indian Commission Candlelight Vigil Parking Fee Waiver**

Recommendation as submitted by Supervisor Hahn: Waive the $10 per vehicle parking fee for approximately 250 vehicles, totaling $2,500, at Parking Lot 10, excluding the cost of liability insurance, for the Los Angeles City/County Native American Indian Commission's Candlelight Vigil, held November 14, 2021. (21-4485)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

_Attachments:_    Motion by Supervisor Hahn
Public Comment/Correspondence

---

_County of Los Angeles_                    _Page 20_

**EXHIBIT 17 - Page 883**

Board of Supervisors                Statement Of Proceedings                November 16, 2021

**18.    Residential Treatment Program Providers for Olive View Restorative Care Village**

Revised recommendation as submitted by Supervisor Barger: Authorize the Director of Mental Health to execute Legal Entity (LE) Contracts for the provision of Crisis Residential Treatment Program (CRTP) services provided at the Olive View-UCLA Restorative Care Village with Valley Star Behavioral Health, Inc., Central Star Behavioral Health, Inc. and Star View Behavioral Health, Inc., as these providers have successfully completed and qualified for CRTP services through a Request for Proposals solicitation process, the term of these contracts will be for three fiscal years with two one-year extension options, and the estimated total aggregate annual amount shall not exceed $10,500,000, fully funded by Medi-Cal and Mental Health Services Act (MHSA) revenues; and authorize the Director to take the following related actions:

> Negotiate, sign and execute an LE Contract for the provision of Residential Treatment Program services provided at the Olive View-UCLA Restorative Care Village with Telecare Corporation and Didi Hirsch Mental Health Services on a sole source basis, the term of the contract will be for three fiscal years with two one-year extension options, and the estimated total aggregate annual amount shall not exceed $7,000,000, fully funded by Medi-Cal and MHSA revenues; and

> Prepare, sign and execute future amendments to all of the LE contracts, revise the language, including updates to reflect Federal, State, and County regulatory and/or policy changes, make non-material modifications through administrative amendments or change notices, as necessary, revise the annual funding amount not to exceed 25% of the annual maximum contract amount, add, delete, modify or replace the service exhibits and/or statements of work, and terminate the contracts in accordance with the contract termination provisions, including Termination for Convenience. (21-4466)

**Dr. Genevieve Clavreul addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*        Revised motion by Supervisor Barger
Public Comment/Correspondence
Audio

*County of Los Angeles*                        *Page 21*

**EXHIBIT 17 - Page 884**

Board of Supervisors                          Statement Of Proceedings                          November 16, 2021

**19.    Investments to Accelerate Digital Equity**

Recommendation as submitted by Supervisors Solis and Mitchell: Establish and designate the Internal Services Department (ISD) as the County's lead Department responsible for ensuring the County's efforts on all community broadband infrastructure and residential service initiatives to close the Digital Divide are coordinated and aligned under the County's Digital Divide Action Team, which is comprised of representatives from all County Departments and the Chief Executive Officer's Chief Information Office; and take the following actions:

**Conduct a Countywide campaign on financial subsidy programs**

Direct the Chief Executive Officer, in consultation with the Director of Internal Services, to identify funding for a Countywide promotional campaign to inform and educate constituents about financial subsidy programs that will assist with the costs of computers and internet service; and

Instruct the Director of Internal Services through the Delete the Divide Initiative to coordinate the Countywide promotional campaign on subsidy programs, specifically the Federal Emergency Broadband Benefit, additionally the campaign should encourage the participation of all County Departments and, as appropriate, collaborations with internet service providers, telecommunication companies, school districts, regional consortia, community-based organizations, non-profits and ethnic and hyperlocal media, with outreach to be conducted in the County's multiple threshold languages;

**Expand and/or enter into new agreements with the County's existing broadband and/or carrier agreements for public access and use**

Instruct and authorize the Director of Internal Services to negotiate agreements with assistance from County Counsel and input from the Chief Executive Officer, with internet service providers and telecommunication companies and if the proposed agreements can be shown by ISD to be in the County's best interest, return to the Board for approval to execute new agreements or amend existing agreements; and

**Provide options for internet solutions, including cost estimates and timeline, that meet the digital needs of our most vulnerable residents: affordability, sustainability, and connectivity to high speed, quality service**

*County of Los Angeles*                          *Page 22*

**EXHIBIT 17 - Page 885**

**Board of Supervisors**                **Statement Of Proceedings**                **November 16, 2021**

Authorize the Director Internal Services to amend an agreement, as needed, with the contractor that assisted in the development of its report to the Board in response to Board Order No. 45-G of August 31, 2021, to perform additional analysis for the options identified in the aforementioned report and provide program development services for future solicitations;

Instruct the Director of Internal Services to administer a competitive solicitation to acquire a Managed Service Provider to coordinate and manage implementation of the Community Wireless Network, with the scope of work to include, but not be limited to, project management, infrastructure design, system integrations, performance requirements, equipment testing and maintenance, administration of resources and customer support services;

Instruct the Director of Internal Services to administer a competitive solicitation and negotiate agreements for public-private partnerships to construct and configure the Community Wireless Network;

Direct the Chief Executive Officer, in consultation with the Directors of Internal Services and Public Works, to identify funding from Federal, State and/or County sources to support a five year proof of concept model for a Community Wireless Network, and under the coordination of ISD, this pilot will utilize public-private partnerships and a Managed Service Provider for the deployment of a fully functional network of Citizen Broadband Radio Service and/or millimeter wave technologies to deliver reliable high-speed internet service to 12,500 households in digital divide target areas; and

Authorize the Chief Executive Office to hire a consultant to conduct a financial and technical feasibility study for a County-administered municipal broadband service, with the study to assess capital costs and consumer pricing models that will enable reliable high-speed internet access for households in digital divide target areas, and to also consider existing County assets and licensing agreements, as well as the utilization of public and private fiber optic and wireless network infrastructures that can be included in the County-administered strategy.  (21-4488)

**Kevin Harbour, Rocio Flores, Thomas Tan, Bennis Heruele, Faith Bautista, Chris Wilson, Guilmar Perdomo, Andrea Chirino, Cherie Compatore, Dorema Hamilton, Marie Rumsey, Griselda Perez, Erika Rogers, Paul Hudak and Luis Figueroa addressed the Board.  Interested person(s) also submitted written testimony.**

*County of Los Angeles*                *Page 23*

EXHIBIT 17 - Page 886

**Selwyn Hollins, Director of Internal Services, addressed the Board and responded to questions.  Fesia Davenport, Chief Executive Officer, also responded to questions posed by the Board.**

**Supervisor Barger made a motion to amend Supervisors Solis and Mitchell's joint motion to instruct the Director of Internal Services to report back to the Board in 90 days, with quarterly reports moving forward, regarding the directives contained in Supervisors Solis and Mitchell's joint motion; and that the first report back to the Board in 90 days include feedback from all 88 cities, councils of government and town councils regarding the proposed initiative and the options provided by the Internal Services Department, a detailed fiscal analysis of existing municipal broadband models in other jurisdictions, and the long and short-term financial cost estimates for the County of each option presented.**

**Said motion failed to carry for a lack of a second.**

**Supervisor Hahn instructed the Director of Internal Services to report back to the Board with quarterly updates on the progress of Supervisors Solis and Mitchell's directives.**

**After discussion, on motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote; and the Director of Internal Services was instructed to report back to the Board with quarterly updates on the progress of Supervisors Solis and Mitchell's directives:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*        Motion by Supervisors Solis and Mitchell
Motion by Supervisor Barger
September 30, 2021 Internal Services Department Report
Report
Public Comment/Correspondence
Audio I
Audio II

EXHIBIT 17 - Page 887

Board of Supervisors                     Statement Of Proceedings                     November 16, 2021

**20.** **Allocate Homeless Housing and Prevention Program (HHAP) Funding to Support Cities Interested in Pursuing Homekey Funding from the State**

Recommendation as submitted by Supervisors Solis and Hahn: Direct the Chief Executive Officer to allocate up to $2,500,000 from the County's initial disbursement of HHAP Round 3 funds to commit operating funds to cities within the County that are not eligible to receive HHAP funding directly from the State and that are pursuing funding through the State's Homekey Round 2 program to develop or acquire permanent housing for People Experiencing Homelessness; and direct the Chief Executive Officer to take the following related actions:

Identify up to $7,500,000 in additional funding which may include, but not be limited to, HHAP Round 3 or HHAP Round 4 funds, to enable the County to fully commit to providing cities within the County that are not eligible to receive HHAP funding directly from the State with the amount of local funding needed to draw down the State's Homekey Round 2 operating subsidy;

Execute and/or amend any agreements with cities, that are successful in their applications for State Homekey Round 2 funding, for the funding in the above directives; and

Report back to the Board within 60 days, following the May 2, 2022 Homekey Round 2 deadline, on the cities that received commitments of operating funding from the County to support their proposed Homekey operations and, of those, the cities that were successful in their applications to the Homekey Round 2 program.  (21-4471)

**Ronson Chu addressed the Board.  Interested person(s) also submitted written testimony.**

**Supervisor Kuehl made a friendly amendment to Supervisors Solis and Hahn's joint motion as indicated below:**

**Direct the Chief Executive Officer to allocate up to $2,500,000 from the County's initial disbursement of HHAP Round 3 funds to commit operating funds to cities within the County that are not eligible to receive HHAP funding directly from the State, as well as Tribal Entities within the County and that are pursuing funding through the State's Homekey Round 2 program to develop or acquire permanent housing for People Experiencing Homelessness and direct the Chief Executive Officer to take the following related actions:**

*County of Los Angeles*                     *Page 25*

**EXHIBIT 17 - Page 888**

Identify up to $7,500,000 in additional funding which may include, but not be limited to, HHAP Round 3 or HHAP Round 4 funds, to enable the County to fully commit to providing cities within the County that are not eligible to receive HHAP funding directly from the State, **as well as Tribal Entities within the County**, with the amount of local funding needed to draw down the State's Homekey Round 2 operating subsidy;

Execute and/or amend any agreements with cities **and Tribal Entities** that are successful in their applications for State Homekey Round 2 funding, for the funding in the above directives; and

Report back to the Board within 60 days, following the May 2, 2022 Homekey Round 2 deadline, on the cities **and Tribal Entities** that received commitments of operating funding from the County to support their proposed Homekey operations and, of those, the cities that were successful in their applications to the Homekey Round 2 program.

Supervisors Solis and Hahn accepted Supervisor Kuehl's friendly amendment.

After discussion, on motion of Supervisor Solis, seconded by Supervisor Hahn, this item, as amended, was duly carried by the following vote:

Ayes:    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

Attachments:    Motion by Supervisors Solis and Hahn
Motion by Supervisor Kuehl
Report
Public Comment/Correspondence
Audio I
Audio II

EXHIBIT 17 - Page 889

Board of Supervisors                    Statement Of Proceedings                    November 16, 2021

21. **Decriminalizing Mobility Through Implementation of the Vision Zero Action Plan**

Recommendation as submitted by Supervisors Solis and Hahn: Instruct the Director of Public Health to collaborate with the Director of Public Works, the Sheriff, County Counsel, the California Highway Patrol, Executive Director of the Los Angeles County Development Authority and the Executive Officer/Clerk of the Superior Court to take the following actions:

Immediately begin implementation of the following recommendations included in the County's Vision Zero Action Plan in partnership with community stakeholders:

**B-2:** Identify process and partners for establishing a diversion program for persons cited for infractions related to walking and bicycling; and

**B-3:** Consider revising the Los Angeles County Municipal Code to allow the operation of bicycles on sidewalks;

Identify any other recommendations included in the Vision Zero Action Plan that should be implemented in partnership with community stakeholders to further decriminalize and enable the use of non-vehicular and alternative modes of transportation in unincorporated communities;

Instruct the Director of Public Health, in consultation with the Chief Executive Officer and other relevant County Departments, to develop cost estimates and identify funding needs and potential opportunities to support the implementation of these Vision Zero recommendations; ~~and~~

Report back to the Board in writing in 90 days with an update on the above directives; and

<u>Instruct the Directors of Public Health and Public Works, and County Counsel to propose ordinance changes that would allow the operation of bicycles on sidewalks based on current best practices for pedestrian and bicycle safety to minimize the injuries and fatalities to walkers and bikers and report back to the Board in 90 days.</u>  (21-4474)

**Olga Lexell, Michael Schneider, Katrina Kaiser and Cord Thomas addressed the Board.  Interested person(s) also submitted written testimony.**

**Supervisor Hahn made a friendly amendment to her and Supervisor Solis' joint motion as detailed above.**

*County of Los Angeles*                    *Page 27*

EXHIBIT 17 - Page 890

Board of Supervisors                    Statement Of Proceedings                    November 16, 2021

**Supervisor Solis accepted Supervisor Hahn's friendly amendment.**

**Supervisor Mitchell made a motion to amend Supervisors Solis and Hahn's joint motion to add the following directive:**

> **Instruct County Counsel, in partnership with the Executive Director of Racial Equity for the County's Anti-Racism, Diversity and Inclusion (ARDI) Initiative, the Executive Director of the Civilian Oversight Commission and the Inspector General to examine enforcement practices related to people riding bicycles and whether the Los Angeles County Code and related enforcement practices are in line with County Anti-Racist and Vision Zero policies, with the examination to rely on national and international best practices of laws governing riding bicycles, and where additional resources are needed to aid with the analysis, partners, including ARDI, work with the Chief Executive Officer to identify necessary funding; and instruct County Counsel to report back to the Board in writing within 120 days on recommended modifications to the County Code and related penalties that are in line with Countywide policies.**

**Supervisors Solis and Hahn accepted Supervisor Mitchell's amendment.**

**After discussion, on motion of Supervisor Solis, seconded by Supervisor Hahn, this item, as amended, was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisors Solis and Hahn
Motion by Supervisor Hahn
Motion by Supervisor Mitchell
Report
Public Comment/Correspondence
Audio I
Audio II
Audio III
Audio IV

*County of Los Angeles*                    *Page 28*

EXHIBIT 17 - Page 891

**Board of Supervisors**                    **Statement Of Proceedings**                    November 16, 2021

**22.**   **Demonstrating Support for Homeless Count Week 2022**

Recommendation as submitted by Supervisors Solis and Hahn: Proclaim the week of January 24 through 28, 2022 as "Homeless Count Week 2022;" and direct the Chief Executive Officer to work with the Executive Director of the Los Angeles County Homeless Services Authority and every County Department, to ensure the support for the 2022 Homeless Count and encourage staff to volunteer, including outreach to cities and Councils of Government to encourage their participation. (21-4473)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*      Motion by Supervisors Solis and Hahn
Public Comment/Correspondence

**23.**   **Assessing the Mental Health Resources and Supports Available for Students**

Recommendation as submitted by Supervisors Solis and Barger: Instruct the Director of Mental Health, working with the Superintendent of Schools of the Los Angeles County Office of Education, to take the following actions:

Design a questionnaire/survey to be distributed to the 80 school districts in the County including, but not limited to, the following considerations:

The mental health services being offered at each school in the district;

The Federal and State funding each district and school received this fiscal year, and how those districts/schools plan to allocate the funding towards mental health needs;

Current and prospective unmet mental health needs after consideration of the use of Federal/State funding;

Available and prospective personnel (i.e., mental health professionals, promotoras, community ambassadors, etc.) available on school campuses, and any need for further personnel to meet the mental health needs from students; and

Other items deemed necessary by the Department of Mental Health

**EXHIBIT 17 - Page 892**

(DMH) and the Los Angeles County Office of Education (LACOE) to assess the mental health capacity and needs of schools;

Report back to the Board within 30 days with the final questionnaire, with a corresponding plan to distribute and engage the County school districts for responses, including a timeline by which DMH and LACOE expect responses from the districts, as well as a plan on behalf of the Departments to address and support any unmet needs identified by the questionnaire; and

Report back to the Board within 120 days with the data and analysis from the questionnaire, and next steps to address the needs identified by the information collected, including engaging with community partners and the Mental Health Commission on opportunities to support and address the needs identified.  (21-4477)

**Interested person(s) submitted written testimony.**

**After discussion, on motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisors Solis and Barger
Report
Public Comment/Correspondence
Audio

24.   **Approve Resolution to Authorize County Staff to Execute Documents for Homekey Program**

Recommendation as submitted by Supervisor Solis: Adopt a resolution authorizing the Chief Executive Officer, Chief Operating Officer, Assistant Chief Executive Officer or the Interim Director of the Los Angeles County Homeless Initiative, to execute any of the respective Standard Agreements which govern the 10 Homekey properties and any subsequent amendments or modifications thereto, as well as any other Homekey Documents on behalf of the County for participation in the Homekey Program.   (21-4468)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Solis
Public Comment/Correspondence

**EXHIBIT 17 - Page 893**

**25.**  **Proclaiming "National Adoption Day" and "Adoption Awareness Month"**

Recommendation as submitted by Supervisor Solis: Declare November 20, 2021 as "National Adoption Day" and November 2021 as "Adoption Awareness Month;" encourage families and community members to consider the benefits and rewards of adopting a child by calling (888) 811-1121 or visiting www.FosterLAKids.org; and instruct the Auditor-Controller to print, "November is National Adoption Awareness Month - Adopt a Child - Call 888-811-1121 to become a foster or adoptive parent" on all County warrants and the Department of Human Resources to include the same message on the electronic paystub viewer on e-CAPS. (21-4465)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Solis
Public Comment/Correspondence

**26.**  **Recognizing November 2021 as "Family Caregivers Month" in Los Angeles County**

Recommendation as submitted by Supervisor Solis: Recognize the month of November 2021 as "Family Caregiver Month" throughout Los Angeles County to pay tribute to the many contributions that caregivers make for the health and well-being of their family members, friends and neighbors, and encourage all residents and interested groups to observe the month with appropriate activities that promote "National Family Caregiver Month." (21-4462)

**Roy Humphreys addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Solis
Public Comment/Correspondence
Audio

**EXHIBIT 17 - Page 894**

**Board of Supervisors**                    **Statement Of Proceedings**                    **November 16, 2021**

27.    **Proclaiming "Los Angeles County United Against Hate Week 2021"**

Recommendation as submitted by Supervisor Solis: Proclaim November 14 through 20, 2021 as "Los Angeles County United Against Hate Week."  (21-4463)

**Roy Humphreys and Eric Preven addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*    Motion by Supervisor Solis
Public Comment/Correspondence
Audio

28.    **Proclaiming "National Women in Apprenticeship Day"**

Recommendation as submitted by Supervisor Solis: Proclaim November 16, 2021 as "National Women in Apprenticeship Day" throughout Los Angeles County. (21-4464)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*    Motion by Supervisor Solis
Public Comment/Correspondence

**EXHIBIT 17 - Page 895**

29.   **Crisis Residential Treatment Program Provider, Building Manager Contracts and Data for the Behavioral Health Center (BHC) on the Martin Luther King, Jr. (MLK) Medical Campus**

Revised recommendation as submitted by Supervisor Mitchell: Authorize the Director of Mental Health to execute Legal Entity Contracts for the provision of the Crisis Residential Treatment Program (CRTP) at the BHC on the MLK Medical Campus with Valley Star Behavioral Health, Inc., as this provider has successfully completed and qualified for CRTP services through a Request for Proposals solicitation process with a term of three years with two one-year extension options, and the estimated annual amount shall not exceed $3,400,000, fully funded by Medi-Cal and Mental Health Services Act revenues; and take the following actions:

> Authorize the Director of Mental Health to execute future amendments to the contracts to revise the language, including updates to reflect Federal, State and County regulatory and/or policy changes; make non-material modifications to the contracts through administrative amendments or change notices, as necessary; revise the annual funding amount, not to exceed 25% of the annual maximum contract amount; add, delete, modify or replace the service exhibits and/or statements of work; and terminate the contracts in accordance with the contract termination provisions, including Termination for Convenience; and execute a contract with CBRE for Facilities Management Services at the BHC on the MLK Medical Campus, with an initial three-year term for the contract, with two one-year extension options, and the annual amount of the contract will be in the amount of $3,745,389, with costs to be shared by County Departments as determined by the percentage of space each occupies as follows: 59.2% for the Department of Mental Health, 20.6% for the Department of Public Health, 10.2% for the Probation Department, 7.9% for the Department of Health Services and 2.1% for the Department of Workforce Development, Aging and Community Services; and

> Instruct the Director of Mental Health, as the lead Department and the Director of Public Health, to report back to the Board in writing in 60 days on the metrics the Departments will collect and report back to the Board on a quarterly basis, to help ensure the MLK BHC is successful, including the occupancy rates and length of stay for the various types of mental health and recovery beds at the BHC; the agencies and regions sending clients to the BHC beds; a description of the process that will be used to set priorities for allocating the MLK BHC beds, including the process to receive referrals from the MLK Medical Campus providers and/or to also serve residents from the surrounding community; statistics on client, staff and community-related safety incidents or complaints, including 9-1-1 calls, related to the MLK

**EXHIBIT 17 - Page 896**

BHC; rates of repeated use of beds by the same client; statistics on where clients are sent upon discharge; and other metrics that demonstrate success or areas of needed improvement.  (21-4475)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:** 5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Revised motion by Supervisor Mitchell
Report
Public Comment/Correspondence

30. **Creating a Restorative Care Village Master Plan for the Harbor-UCLA Medical Center Campus**

Recommendation as submitted by Supervisor Mitchell: Direct the Chief Executive Officer, in collaboration with the Directors of Mental Health, Public Health, Health Services and Public Works, to conduct a thorough assessment (Feasibility Study) of the comparative merits and costs of creating a Harbor-UCLA Medical Center Campus Restorative Care Village, in either the existing inpatient hospital tower and Primary Care and Diagnostic Center (PCDC) once they are vacated, or an alternate location on campus; and direct the Chief Executive Officer to engage a consultant to complete the Feasibility Study and return to the Board for approvals as necessary to complete the Feasibility Study by June 1, 2023, and report back to the Board in writing within 120 days with the following:

A recommendation on a consultant to complete the Feasibility Study;

A cost estimate and potential funding sources for the preparation of the Feasibility Study; and

An implementation timeline for preparation of the Feasibility Study, to include:

An assessment of the existing inpatient hospital tower and PCDC's structural, mechanical, electrical, plumbing, elevators and other building systems and the costs and timeline to retrofit and upgrade these systems to current code and design standards;

An assessment of any structural, mechanical, electrical, plumbing, elevators and other building system modifications to the existing inpatient hospital tower to achieve full separation from the Surgery Emergency Department Building and achieve full compliance with

**EXHIBIT 17 - Page 897**

Senate Bill 1953, and the cost and timeline to implement the work;

A description of the required tenant improvements to the existing inpatient hospital tower and PCDC to accommodate the Restorative Care Village program and the cost and timeline to implement the work;

A description of a possible alternative location for a Restorative Care Village on campus, including location and size of the area to be used, and the cost and timeline to implement the work;

A comparative description of the types of services and number of beds provided by each of the two options to meet the immediate and long-term mental health and recovery needs of the County and community, a comparison of project costs and schedule for each option, potential for each option to provide "wrap around services" for clients, and each option's suitability for a "speed-to-market" delivery; and

Possible Federal, State and local funding options to implement. (21-4472)

**Melissa Camacho-Ceung and Eric Preven addressed the Board. Interested person(s) also submitted written testimony.**

**After discussion, on motion of Supervisor Mitchell, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Mitchell
Report
Public Comment/Correspondence
Audio I
Audio II

**EXHIBIT 17 - Page 898**

**Board of Supervisors**                    **Statement Of Proceedings**                    **November 16, 2021**

**31.**    **California State Association of Counties Appointment**

Recommendation as submitted by Supervisor Mitchell: Appoint Supervisor Kathryn Barger as the County's member to the Board of Directors of the California State Association of Counties and Supervisor Holly J. Mitchell as the alternate member for 2022.  (21-4448)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Mitchell
Public Comment/Correspondence

**32.**    **Board of Supervisors Meeting Minutes for September 2021**

Executive Officer of the Board's recommendation: Approve minutes for the September 2021 meetings of the Board of Supervisors and Special Districts for which the Board is the governing body. **NOTE: The minutes for the month of September 2021 can be found online at:** http://portal.lacounty.gov/wps/portal/sop/  (21-4118)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 36*

EXHIBIT 17 - Page 899

**Board of Supervisors**                    **Statement Of Proceedings**                    **November 16, 2021**

## ADMINISTRATIVE MATTERS    33 - 69

### County Operations

**33.**    **Electric Vehicle Ready Communities Challenge Phase II - Blueprint Implementation Grant**

Recommendation: Accept the Electric Vehicle (EV) Ready Communities Challenge Phase II Blueprint Implementation award in the amount of $2,500,000 from the California Energy Commission (Grant); authorize the Director of Internal Services to execute an agreement with the California Energy Commission and accept the Grant, and execute other documents, agreements, sub-recipient agreements or contracts associated for the acceptance and use of this Grant; and approve a Fiscal Year 2021-22 appropriation adjustment of $2,500,000 in the Utilities Budget to implement the EV Ready Communities Challenge Phase II Blueprint Implementation. **(Internal Services Department) 4-VOTES** (21-4392)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 37*

**EXHIBIT 17 - Page 900**

**34.** **Job Order Contracts for Maintenance, Repair, Remodeling and Refurbishment of County Infrastructure and Facilities**

Recommendation: Approve and adopt the November 2021 Job Order Contract (JOC) Construction Task Catalog and Specifications; advertise for bids to be received before January 3, 2022 at 3:00 p.m. and will be opened on January 4, 2022; find that the adoption of the JOC Construction Task Catalog and Specifications, approval for advertisement for bids and the proposed award of JOCs are not a project under the California Environmental Quality Act (CEQA), and issuance of work orders for projects that have been determined to be exempt from CEQA, are within the scope of the previous exemption findings under CEQA; and authorize the Director of Internal Services to take the following actions: **(Internal Services Department)**

Award and execute 8 general and 14 specialty JOC agreements and establish the effective date following receipt of approved Faithful Performance and Payment for Labor and Materials Bonds and insurance certificate filed by the contractors, each for an amount not to exceed $5,250,000 and an aggregate amount not to exceed $115,500,000 for the 22 JOCs;

Determine that for each of the 22 JOCs, a bid is nonresponsive and reject a bid on that basis, award to the next lowest responsive and responsible bidder and waive inconsequential and non-material deficiencies in bids submitted, in accordance with the bid specifications; and

For each of the 22 JOCs, issue work orders for projects that are not subject to the State Public Contract Code (PCC), including maintenance work, as applicable, in an amount not to exceed $330,000 per work order, subject to the limitation that the aggregate amount of all work orders issued under a particular JOC does not exceed the $5,250,000 contract amount of the JOC, and for all work orders in excess of $150,000 on projects that are not subject to the State PCC, notify the Board one week in advance.  (21-4378)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
JOC - Construction Task Catalog
JOC - Technical Specifications
Public Comment/Correspondence

EXHIBIT 17 - Page 901

Board of Supervisors                    Statement Of Proceedings                    November 16, 2021

**Children and Families' Well-Being**

35.     **Greater Avenues for Independence Case Management Services Contract**

Recommendation: Find that Greater Avenues for Independence (GAIN) Case Management Services can be performed more economically by an independent contractor; approve and instruct the Chair to sign a contract with Maximus US Services, Inc. for the provision of GAIN Case Management Services to the Department of Public Social Services' Welfare-to-Work participants, in GAIN Regions II and VII, effective for 35 months, from February 1, 2022 through December 31, 2024, with a maximum contract amount of $40,356,250.04, fully funded by the California Work Opportunity and Responsibility to Kids Single Allocation, with funding for Fiscal Year 2021-22 included in the Department's current budget and funding for future fiscal years to be included in the Department's annual budget requests; and authorize the Director of Public Social Services to execute amendments to the contract for instances which affect the scope of work, term, contract sum, payment terms, or any other term or condition, additions and/or changes required by the Board, with changes to be in compliance with applicable County, State and Federal regulations, or increases or decreases of no more than 10% of the original contract amount based on the contractor's performance, County's service needs, and funding availability, and submit cost analyses to the Auditor-Controller for approval, if warranted. **(Department of Public Social Services)** (21-4363)

**Bart Diener addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**     5 -     Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*     Board Letter
Public Comment/Correspondence
Audio

Agreement No. 79191

*County of Los Angeles*                    *Page 39*

EXHIBIT 17 - Page 902

**36.**    **Commissions for Older Adults**

Recommendation: Approve an ordinance for introduction amending County Code, Title 3 - Advisory Commissions and Committees, to enable Los Angeles County Commission for Older Adults (LACCOA's) to become more efficient and effective in its operations by reducing its membership from 50 to 25, be more representative of diverse older adults and key stakeholders and better align its purpose and membership with State and Federal mandates under the Older Americans Act, and these actions shall enhance LACCOA's effectiveness as it transitions to a new County Department dedicated to older adults and adults with disabilities. **(Workforce Development, Aging and Community Services)** (Relates to Agenda No. 70)  (21-4401)

**Dr. Genevieve Clavreul addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|  | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*    Board Letter
Public Comment/Correspondence
Audio

**EXHIBIT 17 - Page 903**

**Health and Mental Health Services**

**37.**    **Exceed Incidental Expenses for Official Functions and Meetings**

Recommendation: Authorize the Director of Health Services to exceed the Department of Health Services' total annual incidental expense limit of $50,000 and $10,000 per event for Fiscal Year 2021-22 in an amount not to exceed $403,000, to cover the costs of employee recognition events associated with County business and in support of the Department's mission; and enter into one or more agreements, or amend one or more agreements, to purchase food and beverage services for the events, in an aggregate amount not to exceed $403,000. **(Department of Health Services)** (Continued from the meeting of 11-2-21) (21-4143)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 41*

EXHIBIT 17 - Page 904

**Community Services**

**38.**    **Fiscal Year 2021-22 Supplemental Funds, Funding Agreements and Additional Budget Authority**

Recommendation: Authorize the Chief Executive Officer to amend a funding agreement with the Los Angeles County Development Authority (LACDA) in the amount of $11,105,000 for Measure H - Strategy B4, to be incorporated in LACDA's approved Fiscal Year 2021-22 budget. **(Los Angeles County Development Authority)** (Relates to Agenda No. 1-D)  (21-4396)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

Ayes:    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**39.**    **Devil's Punchbowl Nature Center Replacement Planning Project**

Recommendation: Establish the proposed Devil's Punchbowl Nature Center Replacement Planning Project, Capital Project No. 69979 (Project), located at 28000 Devil's Punchbowl Road in Pearblossom (5), with a total Project budget of $540,000; and approve an appropriation adjustment to reflect a total increase of $540,000 in appropriation to the Project, offset with revenue from the San Gabriel and Lower Los Angeles Rivers and Mountains Conservancy grant, to fully fund the proposed Project. **(Department of Parks and Recreation) 4-VOTES**  (21-4379)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

Ayes:    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

EXHIBIT 17 - Page 905

**Board of Supervisors**                    **Statement Of Proceedings**                    **November 16, 2021**

**40.**    **Continuation of Critical Actions for Dominguez Channel Public Nuisance Event**

Recommendation: Find that the conditions created by the Dominguez Channel Odor Incident (2 and 4) continue to require immediate action and will not permit a delay resulting from a competitive solicitation for contract bids, and that the actions identified by the Director of Public Works continue to be necessary to respond to the conditions created by the Dominguez Channel Odor Incident and should be continued; authorize the Director of Public Works to continue to procure the necessary equipment, services and supplies necessary to implement the identified actions to respond to the conditions resulting from the Dominguez Channel Odor Incident without giving notice for bids and implement the identified actions using contractors and Department of Public Works employees; and find that the proposed actions are within the scope of the previously approved exemptions from the California Environmental Quality Act. **(Department of Public Works) 4-VOTES**  (21-4446)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 43*

EXHIBIT 17 - Page 906

Board of Supervisors                    Statement Of Proceedings                    November 16, 2021

**41.**    **Camp Scott Light Standards and Guardrails Project Construction Contract**

Revised recommendation: Establish and approve the proposed Camp Scott Light Standards and Guardrails Project, Capital Project No. 87579 (Project), located at 28700 Bouquet Canyon Road in an unincorporated area of Santa Clarita (5), with a total proposed Project budget of $972,000; approve an appropriation adjustment to transfer $887,000 from the Extraordinary Maintenance, Services and Supplies budget to the Project, to fully fund the proposed Project; adopt the plans and specifications for construction of the Project; advertise the Project for bids to be received and opened by 10:30 a.m. on January 11, 2022; find that the proposed Project is exempt from the California Environmental Quality Act; and authorize the Director of Public Works to take the following actions: **(Department of Public Works)** (Continued from the meeting of 10-19-21)

Execute a consultant services contract with the apparent lowest responsive and responsible bidder to prepare a baseline construction schedule for an amount not to exceed $5,000, funded by the Project funds; and

Determine that a bid is nonresponsive and reject a bid on that basis, award the construction contract to the next lowest responsive and responsible bidder, waive inconsequential and nonmaterial deficiencies in bids submitted, determine, in accordance with the applicable contract and bid documents, whether the apparent lowest responsive and responsible bidder satisfied all conditions for contract award, award and execute the construction contract to the apparent lowest responsive and responsible bidder if the low bid can be awarded within the approved total budget, establish the effective date of the contract upon receipt by the Department of Public Works of acceptable performance and payment bonds and evidence of required contractor insurance, and take all other actions necessary and appropriate to deliver the Project.  (21-3975)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

    **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
                Revised Board Letter
                Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 44*

EXHIBIT 17 - Page 907

Board of Supervisors                      Statement Of Proceedings                    November 16, 2021

42.    **Adventure Park Multi-Benefit Stormwater Capture Project**

Recommendation: Certify that the Addendum to the previously certified Final Program Environmental Impact Report for the Enhanced Watershed Management Programs has been completed in compliance with the California Environmental Quality Act and reflects the independent judgment and analysis of the County; find that the Board has reviewed and considered the information contained within the Addendum, together with the previously certified Final Program Environmental Impact Report, and approve the Addendum for the proposed project; approve the Adventure Park Multi-Benefit Stormwater Capture Project, Capital Project No. 69812 (Project), located at 10130 Gunn Avenue in the unincorporated area of South Whittier (4), with a total proposed Project budget of $41,262,000; advertise for bids when ready to advertise the Project; find that it is necessary to specify the designated items by specific brand name in order to match other products in use on a particular public improvement either completed or in the course of completion and obtain a necessary item that is only available from one source for the Project; and authorize the Director of Public Works to take the following actions: **(Department of Public Works)**

Adopt the plans and Specifications for the Adventure Park Multi-Benefit Stormwater Capture Project;

Determine that a bid is nonresponsive and reject a bid on that basis and award to the next lowest responsive and responsible bidder, waive inconsequential and nonmaterial deficiencies in bids submitted, and determine, in accordance with the applicable contract and bid documents, whether the apparent lowest responsive and responsible bidder has timely prepared a satisfactory baseline construction schedule and satisfied all conditions for contract award; and

Award and execute the construction contract to the apparent lowest responsive and responsible bidder if the low bid can be awarded within the approved total budget, establish the effective date of the contract upon receipt by the Department of Public Works of acceptable performance and payment bonds and evidence of required contractor insurance, and take all other actions necessary and appropriate to deliver the Project;

Approve and execute change orders up to a value of $400,000 each without the need for further Board approval;

---

*County of Los Angeles*                          *Page 45*

EXHIBIT 17 - Page 908

| Board of Supervisors | Statement Of Proceedings | November 16, 2021 |
|---|---|---|

Undertake all actions to carry out the construction of the Project, including any amendments, extensions of time and minor changes in the Project scope; and

Execute a Build-Over Agreement with Los Angeles County Sanitation Districts (Districts) containing standard provisions required by the Districts to allow the construction of the Project to encroach over a permanent easement held by the Districts for sanitary sewer purposes.  (21-4398)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

*County of Los Angeles*                     *Page 46*

EXHIBIT 17 - Page 909

**Board of Supervisors**                    **Statement Of Proceedings**                    **November 16, 2021**

**43.**    **Alamitos Barrier Project Unit 15 Replacement Wells Project**

Recommendation: Approve the Alamitos Barrier Project Unit 15 Replacement Project (Project) in the Cities of Long Beach and Seal Beach (4) at an estimated construction contract total between $5,500,000 and $8,250,000, and adopt the plans and specifications for the Project; advertise for bids to be received before 11:00 a.m. on December 21, 2021; find that it is necessary to specify products the designated items by specific brand name in order to match other products in use on a particular public improvement either completed or in the course of completion; find that the recommended actions are within the scope of a previously approved exemption from the California Environmental Quality Act; and authorize the Chief Engineer of the County Flood Control District to take the following actions: **(Department of Public Works)**

Determine, award and execute a construction contract for the Project with the responsible contractor with the lowest responsive bid within or less than the estimated cost range; and

Extend the date and time for the receipt of bids, allow for substitution of subcontractors and relief of bidders, approve and execute change orders within the same monetary limits delegated to the Director of Public Works, accept the Project upon its final completion, and release retention money withheld.   (21-4387)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**44.**    **Rancho Los Amigos South Campus Demolition Project Construction Contract**

Recommendation: Find that demolition of buildings and structures at the Rancho Los Amigos South Campus was previously analyzed in the Final Environmental Impact Report (FEIR) for the Rancho Los Amigos South Campus Project located at 7601 East Imperial Highway in the City of Downey (4), which the Board certified on June 23, 2020, in compliance with the California Environmental Quality Act, and that there have been no changes to the previously approved Project or the circumstances under which it will be undertaken that will result in any new significant effects not discussed in the FEIR or any significant environmental

**EXHIBIT 17 - Page 910**

**Board of Supervisors**                    **Statement Of Proceedings**                    **November 16, 2021**

effects that would be more severe than shown in the FEIR; approve the Rancho Los Amigos South Campus Demolition Project, Capital Project No. 86539 (Project) budget of $28,600,000 and adopt plans and specifications for the Project; advertise for bids to be received before 11:00 a.m. on December 16, 2021; and authorize the Director of Public Works to take the following actions: **(Department of Public Works)**

Execute a consultant services agreement with the apparent lowest responsive and responsible bidder to prepare a baseline construction schedule for an amount not to exceed $5,000, funded by the Project;

Determine that a bid is nonresponsive and reject a bid on that basis, award the next lowest responsive and responsible bidder, waive inconsequential and nonmaterial deficiencies in bids submitted, determine, in accordance with the applicable contract and bid documents, whether the apparent lowest responsive and responsible bidder has timely prepared a satisfactory baseline construction schedule and satisfied all conditions for contract award, award and execute the construction contract to the apparent lowest responsive and responsible bidder if the low bid can be awarded within the approved total budget, establish the effective date of the contract upon receipt of acceptable performance and payment bonds and evidence of required contractor insurance, and take all other actions necessary and appropriate to deliver the Project; and

Execute a supplemental agreement with M. Arthur Gensler Jr. and Associates, Inc. to provide additional architectural/engineering services in an amount not to exceed $950,000. (21-4367)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 48*

EXHIBIT 17 - Page 911

Board of Supervisors                    Statement Of Proceedings                    November 16, 2021

**45.**     **Bridge Preventive Maintenance Program Group 10 Project**

Recommendation: Approve the Bridge Preventive Maintenance Program Group 10 Project (Project) in the Cities of Baldwin Park, Glendale, Industry, Irwindale, Pasadena, Pomona, Sierra Madre and South Pasadena, and the unincorporated communities of Avocado Heights and East Irwindale (1 and 5) at an estimated construction contract amount between $1,200,000 and $1,800,000, and adopt the plans and specifications for the Project; advertise for bids to be received before 11:00 a.m. on December 21, 2021; find that the proposed Project is exempt from the California Environmental Quality Act; and authorize the Director of Public Works to take the following related actions: **(Department of Public Works)**

> Determine, award and execute a construction contract for the Project with the responsible contractor with the lowest responsive bid within or less than the estimated cost range; and

> Extend the date and time for the receipt of bids, allow substitution of subcontractors and relief of bidders, approve and execute change orders within the same monetary limits delegated to the Director, accept the Project upon its final completion, and release retention money withheld.   (21-4377)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

_Attachments:_     Board Letter
                         Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 49*

EXHIBIT 17 - Page 912

**Board of Supervisors**                    **Statement Of Proceedings**                    **November 16, 2021**

**46.** **Bridge Preventive Maintenance Program Group 16 Project**

Recommendation: Approve the Bridge Preventive Maintenance Program Group 16 Project (Project) in the Cities of Baldwin Park, Bellflower, Cerritos, Downey, Pasadena and Pico Rivera (1, 4 and 5) at an estimated contract amount between $900,000 to $1,350,000, and adopt the plans and specifications for the Project; advertise for bids to be received before 11:00 a.m. on December 14, 2021; find that the proposed Project is exempt from the California Environmental Quality Act; and authorize the Director of Public Works to take the following related actions: **(Department of Public Works)**

Determine, award and execute a construction contract for the Project with the responsible contractor with the lowest responsive bid within or less than the estimated cost range; and

Extend the date and time for the receipt of bids, allow substitution of subcontractors and relief of bidders, approve and execute change orders within the same monetary limits delegated to the Director, accept the Project upon its final completion, and release retention money withheld. (21-4381)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**  5 -  Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

*County of Los Angeles*                    *Page 50*

**EXHIBIT 17 - Page 913**

**47.**    **Campus Kilpatrick Wastewater Treatment System Replacement Project**

Recommendation: Approve the project scope and establish the Campus Kilpatrick Wastewater Treatment System Replacement Project, Capital Project (CP) No. 87693 (Project) located at 427 South Encinal Canyon Road in Malibu (3); approve an appropriation adjustment transferring $650,000 in prior year Net County Costs from CP No. 87396, Probation Various Improvements, to Capital Assets-Buildings and Improvements under the Project to fund design, County and consultant costs for preconstruction services; and find that the proposed Project is exempt from the California Environmental Quality Act. **(Department of Public Works)**  (21-4366)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**EXHIBIT 17 - Page 914**

**Board of Supervisors** **Statement Of Proceedings** **November 16, 2021**

48. **Annexation and Levying of Assessments for County Lighting Districts in the Unincorporated Areas of Valinda, East Arcadia, Gorman, Littlerock and the City of Carson**

Recommendation: Adopt a Resolution of Intention to Annex Tentative Subdivision and Single-lot Territories to County Lighting Maintenance Districts 1687 and 1697 and County Lighting District Landscaping and Lighting Act-1 (CLD LLA-1), Unincorporated and Carson Zones (1, 2 and 5), and order the levying of assessments within the annexed territories for Fiscal Year (FY) 2023-24, whose areas and boundaries are identified on the diagram included in the resolution; set January 25, 2022 for a public hearing regarding the proposed annexation territories and levying of annual assessments based on the FY 2021-22 Annual Engineer's Report, which establishes assessments based on land use type for all zones within CLD LLA-1 for street lighting purposes with an annual base assessment rate for a single-family residence of $5 for Unincorporated Zone and $35 for the Carson Zone; and find that the proposed project is exempt from the California Environmental Quality Act. **(Department of Public Works)** (21-4385)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:* Board Letter
Public Comment/Correspondence

---

*County of Los Angeles* *Page 52*

EXHIBIT 17 - Page 915

**49.** **Traffic Regulations in the Unincorporated Community of East Los Angeles**

Recommendation: Adopt traffic regulations to enhance traffic flow and provide adequate parking for disabled persons in the unincorporated community of East Los Angeles (1); and find that adopting traffic regulation orders and posting the corresponding regulatory and advisory signage are exempt from the California Environmental Quality Act. **(Department of Public Works)** (21-4368)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

     **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
      Public Comment/Correspondence

**50.** **Traffic Regulations in the Unincorporated Communities of Athens/Westmont, Florence/Firestone and View Park/Windsor Hills**

Recommendation: Adopt and/or rescind traffic regulations to facilitate street sweeping services, provide adequate parking for disabled persons and provide a commercial vehicle loading zone in the unincorporated communities of Athens/Westmont, Florence/Firestone and View Park/Windsor Hills (2); and find that adopting and/or rescinding traffic regulation orders and posting the corresponding regulatory and advisory signage are exempt from the California Environmental Quality Act. **(Department of Public Works)** (21-4369)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

     **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
      Public Comment/Correspondence

**EXHIBIT 17 - Page 916**

Board of Supervisors                 Statement Of Proceedings                 November 16, 2021

**51.** **Traffic Regulations in the Unincorporated Community of West Whittier/Los Nietos**

Recommendation: Adopt and/or rescind traffic regulations to support traffic safety in the unincorporated community of West Whittier/Los Nietos (4); and find that adopting and/or rescinding traffic regulation orders and posting the corresponding regulatory and advisory signage are exempt from the California Environmental Quality Act. **(Department of Public Works)** (21-4370)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**     5 -     Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*     Board Letter
Public Comment/Correspondence

*County of Los Angeles*                  *Page 54*

**EXHIBIT 17 - Page 917**

Board of Supervisors                    Statement Of Proceedings                    November 16, 2021

**52.** **Traffic Regulations in the Unincorporated Communities of Azusa, Lake Los Angeles and Roosevelt**

Recommendation: Adopt traffic regulations to support traffic safety and enhance traffic flow in the unincorporated communities of Azusa, Lake Los Angeles and Roosevelt (5); and find that adopting traffic regulation orders and posting the corresponding regulatory and advisory signage are exempt from the California Environmental Quality Act. **(Department of Public Works)**   (21-4371)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**53.** **County Landscaping Maintenance Districts Landscaping and Lighting Act Districts 1, 2 and 4 Annual Assessment Procedure - Fiscal Year 2022-23**

Recommendation: Designate the Director of Public Works as the Engineer for purposes of implementing this procedure; adopt a resolution authorizing the Director to prepare and file the Engineer's Report for the annual levy of assessments for Fiscal Year 2022-23 pursuant to the Landscaping and Lighting Act of 1972, Streets and Highways Code of California (1, 3, 4 and 5); and find that the proposed action is exempt from the California Environmental Quality Act. **(Department of Public Works)**   (21-4391)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**EXHIBIT 17 - Page 918**

**54.**    **Best Value Job Order Contracts**

Recommendation: Find that the use of the Best Value Construction Contracting for Job Order Contracts 2201BV through 2220BV will result in reduced costs and expedited completion of projects performed under these contracts, in accordance with the Policy for Best Value Construction Contracting adopted by the Board on August 14, 2018; approve the ten prequalified contractors for the Best Value Job Order Contracts (BVJOCs): Access Pacific, Inc., Angeles Contractor, Inc., Bitech Construction Corporation, Inc., Exbon Development, Inc., MIK Construction, Inc., MTM Construction, Inc., New Creation Builders, SJD & B, Inc., Thomasville Construction Inc. and Vincor Construction, Inc.; advertise the BVJOCs 2201BV through 2220BV for bids to the prequalified contractors to be received by 9:30 a.m. on January 11, 2022, and separately advertise Job Order Contracts (JOCs) 2201 through 2220 for conventional low bids to be received by 9:30 a.m. on January 11, 2022; and authorize the Director of Public Works to take the following related actions: **(Department of Public Works)**

Determine that a statutorily insufficient number of best value bids were received, necessitating the opening and use of the alternate low bids; that a bid is nonresponsive and to reject a bid on that basis; waive inconsequential and nonmaterial deficiencies in bids submitted; evaluate and score bids in accordance with the requirements and evaluation criteria stated in the bid documents; and determine whether the best value bidder or the lowest responsive and responsible bidder for each of the JOCs has satisfied all conditions for contract award;

Award and execute the BVJOCs 2201BV through 2220BV to the responsive and responsible contractor determined to have submitted the best value bid for each JOC, for an amount not to exceed $3,230,000 for the first year, and establish the effective date of each JOC following receipt of acceptable performance and payment bonds and evidence of required contractor insurance;

Execute supplemental agreements with each contractor to extend the BVJOCs 2201BV through 2220BV for two subsequent one-year terms and increase the not-to-exceed amount of each JOC by up to $3,230,000 for each year, adjusted annually to reflect the percentage change in the California Consumer Price Index, with the option to carry-over unspent money from the first to second option term;

Publicly announce the award of BVJOCs 2201BV through 2220BV, along with a written decision supporting the award of the BVJOCs;

EXHIBIT 17 - Page 919

Board of Supervisors                     Statement Of Proceedings                     November 16, 2021

Award and execute JOCs 2201 through 2220 on the basis of lowest bid price, if the solicitation for BVJOCs 2201BV through 2220BV results in the submission of fewer than three responsive bids to the County for evaluation, and in such instance, determine that a bid is nonresponsive and reject a bid on that basis; award to the next lowest responsive and responsible bidder; waive inconsequential and nonmaterial deficiencies in bids submitted; and determine, in accordance with the applicable contract and bid documents, whether the apparent lowest responsive and responsible bidder has satisfied all conditions for contract award; and upon such determination, award and execute proposed JOCs 2201 through 2220 to the lowest responsive and responsible bidder(s), each contract in an amount not to exceed $5,250,000 and establish the effective date of the contracts upon receipt by the Department of Public Works of acceptable performance and payment bonds and evidence of required contractor insurance;

Issue work orders for projects that are not subject to the State Public Contract Code, including maintenance work, as applicable, in an amount not to exceed the maximum contract amount of the JOC, subject to the limitation that the aggregate amount of all work orders issued under a particular JOC does not exceed the maximum contract amount upon receipt of funding authorization from the Chief Executive Office or the appropriate funding source and subject to compliance with the California Environmental Quality Act;

Adopt the October 2021 Job Order Construction Task Catalog and Specifications prepared by The Gordian Group, Inc., to be used for BVJOCs 2201BV through 2215BV or JOCs 2201 through 2215 and future JOC solicitations; and

Adopt The SimpleBid Book Job Order Contracting Unit Price Book dated October 2021, prepared by Cannon/Parkin, Inc., to be used for BVJOCs 2216BV through 2220BV or JOCs 2216 through 2220 and future JOC solicitations.  (21-4354)

**Roy Humphreys and Eric Preven addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

_Attachments:_    Board Letter
Public Comment/Correspondence
Audio

*County of Los Angeles*                          *Page 57*

EXHIBIT 17 - Page 920

**55.** **Civic Center Central Plant Boilers and Chillers Replacement Project Construction Contract**

Recommendation: Approve the Civic Center Plant Boilers and Chillers Replacement Project, Capital Project No. 87735 (Project) (1), with an initial Project budget of $24,900,000 for demolition and make-ready work; authorize the Director of Public Works to deliver the demolition and make-ready work using six Board-approved Job Order Contracts; and find that the proposed Project is exempt from the California Environmental Quality Act. **(Department of Public Works)** (21-4355)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**56.** **Sun Valley Watershed Upper Storm Drain System Phase 1 Project**

Recommendation: Acting as the Governing Body of the County Flood Control District, determine that the recommended actions are within the scope of the Sun Valley Watershed Upper Storm Drain System Phase 1 Project in the City of Los Angeles (3) (Project) impacts analyzed in an Addendum to the Final Environmental Impact Report previously certified by the Board; approve the changes in work of $2,000,000 to install a sewer bypass system and take other measures to protect a nearby existing sewer system during construction of the Project with KEC Engineering; and approve the changes in work of $500,000 for the removal of slurry material encountered during construction of the Project with KEC Engineering. **(Department of Public Works)** (21-4394)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**EXHIBIT 17 - Page 921**

Board of Supervisors                    Statement Of Proceedings                    November 16, 2021

## Public Safety

57.    **Report by the Inspector General on Reforms and Oversight Efforts**

Report by the Inspector General on reforms and oversight efforts with regard to the
Sheriff's Department, as requested at the Board meeting of October 9, 2012, and
updated on May 31, 2016.   (12-5525)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item
was continued to December 7, 2021.**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor
Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 59*

EXHIBIT 17 - Page 922

**58.**    **Report on Compliance with the Rosas Agreement**

Report by the Sheriff on the use of force in the County jails and the status of compliance with the Rosas Agreement.  (17-3421)

**Melissa Camacho-Ceung and Eric Preven addressed the Board.  Interested person(s) also submitted written testimony.**

**Brendan Corbett, Assistant Sheriff, Sheriff's Department, made a presentation and responded to questions posed by the Board.  Max Huntsman, Inspector General, Brandon Nichols and Gina Eachus, Jail Closure Implementation Team, Robert Houston and Jeffrey Shwartz, Federal Monitors, and Rodrigo Castro-Silva, County Counsel, also addressed the Board and responded to questions.**

**Supervisor Barger requested the Sheriff to include in the next compliance report to the Board a five-year overview of the improvements in the jails.**

**Supervisor Kuehl requested the Sheriff to include in future reports to the Board the number of incidents related to the use of force related to inmates who were diagnosed with a mental health illness and those who were not.**

**Supervisor Solis requested the Sheriff to also include in future reports educational information and referrals that are provided to inmates in the detention centers.**

**After discussion, by Common Consent, there being no objection, the report was received and filed; and the Sheriff was requested to include in the next compliance report to the Board a five-year overview of the improvements in the jails; and include in future reports to the Board the number of incidents related to the use of force related to inmates who were diagnosed with a mental health illness and those who were not and include educational information and referrals that are provided to inmates in the detention centers.**

>    **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

_Attachments:_    Presentation
Public Comment/Correspondence
Audio I
Audio II

**EXHIBIT 17 - Page 923**

**Board of Supervisors** **Statement Of Proceedings** **November 16, 2021**

59. **Victim Services Program Grant Funds**

Recommendation: Authorize the District Attorney, on behalf of the County, to complete the grant application process and accept grant funds from the United States Department of Justice through the California Governor's Office of Emergency Services (Cal OES) for State funds, 21VCGF, in the amount of $835,466 and Federal funds of Victims of Crime Act (VOCA) Formula Grant Program 2019-V2-GX-0053 and 2020-V2-GX-0031 with Assistance Listing number 16.575, Subaward number XC21 04 0190, in the amount of $1,520,844, totaling $2,356,310, to be fully expended between January 1, 2022 through December 31, 2022, Cal OES shall waive $293,318 of VOCA19 and $86,894 of VOCA20 match requirement for this grant, the total cost of the County Victim Services Program (XC Grant) is $2,356,310; and take the following actions: **(District Attorney) 4-VOTES**

Authority the District Attorney to prepare and execute contracts with the 24 community-based organizations, chosen by the Victim Services Steering Committee and approved for funding by Cal OES, for the distribution of XC Grant funds to enhance victim services in the County, with the total contract amount not to exceed $2,356,310 and shall be fully funded by XC Grant funds, with no Net County Cost for these contracts;

Authority the District Attorney to execute change notices to the contracts referenced above that authorize modifications to or within budget categories within each budget, and corresponding service adjustments; allow for the rollover of unspent funds and/or redirection of funds; and/or corrections of errors in the contracts' terms and conditions;

To align the Fiscal Year (FY) 2021-22 budget with the new grant funding, approve an appropriation adjustment to increase the District Attorney's FY 2021-22 final adopted XC Grant budget in the amount of $1,126,000, this amount represents the difference between the pro-rated FY 2021-22 grant award of $2,561,000 and the $1,435,000 which was included in the District Attorney's FY 2021 -22 Adopted Budget;

Instruct the Chair to sign a Certification of Assurance of Compliance form required to complete the grant application; and

**Board of Supervisors**                    **Statement Of Proceedings**                    **November 16, 2021**

Authorize the District Attorney, upon award of grant funding by Cal OES, to accept and execute the grant award agreement and serve as Project Director for the program, including authorization to approve subsequent amendments, modifications and/or extensions to the Cal OES grant agreements that have no Net County Cost impact to the County.  (21-4390)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**EXHIBIT 17 - Page 925**

Board of Supervisors                    Statement Of Proceedings                    November 16, 2021

---

**Ordinances for Adoption**

**60.**     **County Code, Title 5 - Personnel Amendment**

Ordinance for adoption amending County Code, Title 5 - Personnel relating to the County of Los Angeles Deferred Compensation and Thrift (Horizons) Plan, the Pension Savings Plan and the County of Los Angeles Savings (Savings) Plan to provide that, when determined to be necessary by the County and Administrative Committee to settle litigation against each Plan, each Administrative Committee and/or the County regarding alleged violations of applicable fiduciary or employment laws that have resulted in lost contributions or benefits under the Plan, the County may make contributions to the Plan, subject to applicable limitations under the Internal Revenue Code.   (21-4141)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, the Board adopted Ordinance No. 2021-0058 entitled, "An ordinance amending Title 5 – Personnel of the Los Angeles County Code, relating to the County of Los Angeles Deferred Compensation and Thrift Plan, the Pension Savings Plan and the County of Los Angeles Savings Plan."  This ordinance shall take effect November 16, 2021.**

**The item was duly carried by the following vote:**

>          **Ayes:**     5 -     Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*     Ordinance
                         Certified Ordinance
                         Public Comment/Correspondence

**61.**     **County Code Title 20 - Utilities Amendment**

Ordinance for adoption amending County Code, Title 20 - Utilities by adding Division 4B, Chapter 20.91, pertaining to "Mandatory Organic Waste Disposal Reduction" to reduce emissions of methane, a greenhouse gas, by limiting disposal of organic waste; complying with regulations adopted by the California Department of Resources Recycling and Recovery (CalRecycle) in 2020, in accordance with Senate Bill 1383 (2016), CalRecycle's regulations direct local jurisdictions to impose requirements on, among others, residents and businesses that generate organic waste, as well as certain food facilities that dispose of food that is still edible; requiring residents and businesses within the unincorporated area of the County to, in most cases, "source separate" their organic waste; requiring that they either utilize an authorized hauler to collect their organic waste and divert it to an appropriate organic waste processing facility, self-haul the

---

*County of Los Angeles*                    *Page 63*

EXHIBIT 17 - Page 926

organic waste to an appropriate processing facility or convert the organic waste to a useful product on-site through composting or other specified methods; requiring certain food-focused businesses, including restaurants and grocery stores of a certain size, among other businesses, to recover edible food that would otherwise be disposed and arrange for it to be distributed to organizations such as food banks; the Director of Public Works will be responsible for enforcing the ordinance which authorizes the issuance of temporary waivers to organic waste generators and certain food facilities in specified circumstances; and commencing January 1, 2024, the ordinance requires the Director to impose penalties ranging from $50 to $500 for violations that are not corrected within a specified period of time.   (21-4151)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, the Board adopted Ordinance No. 2021-0059 entitled, "An ordinance amending Title 20 – Utilities of the Los Angeles County Code by adding Division 4B, Chapter 20.91, pertaining to Mandatory Organic Waste Disposal Reduction, to impose requirements upon Organic Waste Generators and certain generators of Edible Food waste within the unincorporated area of Los Angeles County, in order to comply with the regulations adopted by the California Department of Resources Recycling and Recovery in accordance with Senate Bill 1383."  This ordinance shall take effect January 1, 2022.**

**This item was duly carried by the following vote:**

| | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

_**Attachments:**_     Ordinance
Certified Ordinance
Public Comment/Correspondence
Audio

**EXHIBIT 17 - Page 927**

| Board of Supervisors | Statement Of Proceedings | November 16, 2021 |
|---|---|---|

**Miscellaneous**

**62.** **Transfer of Territory from Torrance Unified School District (USD) to Palos Verdes Peninsula USD**

Los Angeles County Office of Education's recommendation: Instruct the Director of Public Works to change the boundaries of the Palos Verdes Peninsula USD to include the approved transfer area, thereby removing the transfer area from the Torrance USD, per the County Committee's actions, enter the changes in Los Angeles County's record of school districts, and produce map(s) and legal descriptions of the affected school districts; and direct the Chief Executive Officer to file a copy of the order along with the map(s) and legal descriptions indicating such change, to be filed with the following offices and agencies: the Los Angeles County Superintendent of Schools, Assessor, Auditor-Controller, Department of Public Works, Registrar-Recorder/County Clerk, State Board of Equalization, State Allocation Board, State Superintendent of Public Instruction and the affected school districts, and forward a copy of the check and Statement of Boundary Change from the recipient Palos Verdes Peninsula USD, copies of map(s) and legal descriptions of the affected school districts to the State Board of Equalization.  (21-4443)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:* Board Letter
Public Comment/Correspondence

---

*County of Los Angeles* *Page 65*

EXHIBIT 17 - Page 928

**63.** **Transfer of Territory from Lawndale School District (SD) and Centinela Valley Union High School District (HSD) to Wiseburn Unified School District (USD)**

Los Angeles County Office of Education's recommendation: Instruct the Director of Public Works to change the boundaries of the Wiseburn USD to include the approved transfer area, thereby removing the transfer area from the Centinela Valley Union HSD and Lawndale SD, per the County Committee's and State Board of Education's actions and election, enter the changes in the County's record of school districts, and produce map(s) and legal descriptions of the affected school districts; and direct the Chief Executive Officer to file a copy of the order along with the map(s) and legal descriptions indicating such changes, with the Los Angeles County Superintendent of Schools, Assessor, Auditor-Controller, Department of Public Works, Registrar-Recorder/ County Clerk, State Board of Equalization, State Allocation Board, State Superintendent of Public Instruction and the affected school districts, and forward a copy of the check and Statement of Boundary Change from the recipient Wiseburn USD, copies of map(s) and legal descriptions of the affected school districts to the State Board of Equalization.  (21-4444)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

_Attachments:_    Board Letter
Public Comment/Correspondence

**EXHIBIT 17 - Page 929**

**Board of Supervisors**                 **Statement Of Proceedings**                 **November 16, 2021**

**64.   City of Monrovia Election**

Request from the City of Monrovia: Approve the City's request to change its General Municipal Election from the first Tuesday after the first Monday in March of even-numbered years to the date of the Statewide Primary Election in even-numbered years and consolidate the election with the Statewide Primary Elections conducted by the County, commencing in June 2022.  (21-4275)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**65.   Compton Community College District Levying of Taxes**

Request from the Compton Community College District: Adopt a resolution authorizing the County to levy taxes in an amount sufficient to pay the principal of and interest on the District's 2021 General Obligation Refunding Bonds, in an aggregate principal amount not to exceed $47,000,000; and direct the Auditor-Controller to maintain on the 2022-23 tax roll, and all subsequent tax rolls, taxes sufficient to fulfill the requirements of the debt service schedule for the Bonds that will be provided to the Auditor-Controller by the District following the sale of the Bonds.  (21-4360)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**EXHIBIT 17 - Page 930**

**66.** **Little Lake City School District Levying of Taxes**

Request from the Little Lake City School District: Adopt a resolution authorizing the County to levy taxes in an amount sufficient to pay the principal of and interest on the District's 2021 General Obligation Refunding Bonds, in an aggregate principal amount not to exceed $20,000,000; and direct the Auditor-Controller to maintain on the 2022-23 tax roll, and all subsequent tax rolls, taxes sufficient to fulfill the requirements of the debt service schedule for the Bonds that will be provided to the Auditor-Controller by the District following the sale of the Bonds.  (21-4364)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*     Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 68*

EXHIBIT 17 - Page 931

Board of Supervisors                 Statement Of Proceedings              November 16, 2021

### Miscellaneous Additions

67.    **Additions to the agenda which were posted more than 72 hours in advance of the meeting, as indicated on the supplemental agenda.**  (12-9995)

67-A.  **Addressing the County's Need for Additional Mental Health Treatment Beds**

Recommendation as submitted by Supervisor Kuehl: Direct the Chief Executive Officer to immediately explore with the owner of 11600 Eldridge Avenue in Lake View Terrace, a former 150-bed residential treatment facility, the appropriate path including, without limitation, a lease with an option to purchase or exclusive negotiation agreement, which will allow the County to temporarily secure the property while the County performs the appropriate due diligence and evaluation of the site; and find that the recommended action is either not a project or is exempt from the California Environmental Quality Act.  (21-4501)

**Melissa Camacho-Ceung and Eric Preven addressed the Board.  Interested person(s) also submitted writted testimony.**

**After discussion, on motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

        **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*        Motion by Supervisor Kuehl
                Public Comment/Correspondence
                Audio I
                Audio II

---

*County of Los Angeles*                    *Page 69*

**EXHIBIT 17 - Page 932**

Board of Supervisors                    Statement Of Proceedings                    November 16, 2021

**67-B. Access to Art at the Hilda L. Solis Care First Village**

Recommendation as submitted by Supervisor Solis: Approve an appropriation adjustment to transfer $150,000 from the Various First District Improvements Project, Capital Project No. 77043, under the Capital Projects/Refurbishments Budget, to the Department of Arts and Culture, via the Project and Facility Development Budget unit, to fund the Department of Arts and Culture's Civic Art Division (Civic Art) for the Hilda L. Solis Care First Village; instruct the Director of Arts and Culture to enter into a sole source contract with 3B Collective in an amount not to exceed $150,000 to create a publicly accessible mural at the Hilda L. Solis Care First Village; approve Civic Art for the previously approved Hilda L. Solis Care First Village and authorize the Chief Executive Officer and the Director of Arts and Culture to take any other actions consistent with and/or necessary for implementation of the foregoing actions; and find that the recommended actions are exempt from the California Environmental Quality Act. **4-VOTES** (21-4498)

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:** 5 - Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:* Motion by Supervisor Solis
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 70*

EXHIBIT 17 - Page 933

Board of Supervisors                    Statement Of Proceedings                    November 16, 2021

**67-C.** **Improving the Winter Shelter Model Across the County**

Recommendation as submitted by Supervisors Solis and Kuehl: Direct the Chief Executive Officer and the Executive Director of the Los Angeles Homeless Services Authority to report back to the Board in 30 days on the status of the 2021-22 Winter Shelter Program (WSP), including programs in operation, deficits in WSP beds and strategies being employed to address the urgent need, and an assessment of County-owned properties that can immediately be used as a winter shelter and augmented winter shelter sites; and report back to the Board in 180 days with an evaluation of the WSP, including, but not limited to, WSP's unique role in the County interim housing system, program components and outcomes, process and success of identifying and securing WSP sites, and strategies to better address the changing regional needs to provide shelters for the future winter season.  (21-4497)

**Interested person(s) submitted written testimony.**

**Supervisor Hahn made a friendly amendment to add the following language to Directive No. 1 of Supervisors Solis and Kuehl's joint motion:**

**c. Assessment of the viability of leasing Motels/Hotels in the short term of the Winter Shelter Program and potential utilization of Federal Emergency Management Agency reimbursement for this purpose.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item, as amended, was duly carried by the following vote:**

> **Ayes:**   5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*      Motion by Supervisors Solis and Kuehl
                    Motion by Supervisor Hahn
                    Report
                    Public Comment/Correspondence

**67-D.** **Support Legislation to Modernize the California Retail Food Code to Create Opportunities for Sidewalk Food Vendors**

Recommendation as submitted by Supervisor Solis: Instruct the Director of Public Health to report back to the Board in 120 days with strategies the Department of Public Health (DPH) can implement to improve sidewalk vendor access to permits including, but not limited to:

Creating new materials summarizing application requirements that are specific to sidewalk vending, using popular education and accessible language;

EXHIBIT 17 - Page 934

In consultation with County Counsel and with the identification of additional revenues by the Chief Executive Officer, assess the legality and cost implication of waiving or reducing permit fees for low-income applicants;

Streamlining the permit application process, including coordinating permit prerequisites and establishing one-stop permit centers in neighborhoods with high levels of sidewalk vending;

Making food storage requirements feasible for small sidewalk vending operations within the parameters set by State law;

Evaluate and provide recommendation on how Cottage Food and Microenterprise Home Kitchen programs can be more inclusive of food vendors;

In consultation with other relevant Departments, develop a plan for identifying and activating underutilized kitchen spaces within the County that meet DPH guidelines and can act as immediate alternatives for vendors;

Exploring options for a pilot program, including an analysis of any necessary changes to State law, to allow several sidewalk vendors to operate in close proximity to an auxiliary sink unit, strategically placed on a County-owned parking lot in an area with a high concentration of vending, without requiring sinks on the primary unit;

In consultation with other relevant Departments and community-based organizations, recommendations to clarify plan check procedures and fee structure to catalyze the approval of new model cart design blueprints that will enable manufacturing of code-compliant affordable carts at a greater scale, allowing sidewalk vendors to purchase a cart that has already secured plan check approval and proceed directly to final inspection;

Creating a process for ensuring the safety of environmental health inspectors while addressing non-compliance, including options that do not involve the Sheriff's Department or other law enforcement and do not involve the seizure of vending carts and equipment;

Direct the County's Legislative Advocates in Sacramento, in collaboration with the Directors of Public Health and Consumer and Business Affairs, the Acting Director of Workforce Development, Aging and Community Services, and other relevant Departments, to support legislation to enact changes to the California Retail Food Code that will make it more sensitive to the context of sidewalk food vending while ensuring food safety, that can include, but not be limited to:

EXHIBIT 17 - Page 935

**Board of Supervisors**                    **Statement Of Proceedings**                    **November 16, 2021**

Streamlining approvals for code-compliant carts, including by giving more discretion to local health authorities to approve innovative design and encouraging the pre-approval of cart design blueprints to catalyze manufacturing of affordable sidewalk carts at a scale that meets the need;

Revising regulations around the slicing of fruits and vegetables and the hot-holding of prepared foods to establish clear and easy-to-follow safety protocols that account for the types of foods commonly sold by sidewalk vendors;

Simplifying onerous sink, power, water, fire safety and other equipment requirements; and

Creating a process for addressing non-compliance without criminal penalties; and

Instruct the Director of Public Health to work in collaboration with the Chief Executive Officer, to identify resources and funding necessary to carry out the above directives.  (21-4503)

**Edin Enamorado, Edgar Mendoza, Vanessa Suberville and Brandon Payette addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

        **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Solis
                Report
                Public Comment/Correspondence
                Audio

EXHIBIT 17 - Page 936

**Board of Supervisors**                **Statement Of Proceedings**                **November 16, 2021**

III.   **ORDINANCES FOR INTRODUCTION      70 - 72**

**70.**        **County Code, Title 3 - Advisory Commissions and Committees**

Ordinance for introduction amending County Code, Title 3 - Advisory Commissions
and Committees by amending: Section 3.78.020 to amend the purpose of the Los
Angeles County Commission for Older Adults; Section 3.78.040 to change the
number of commission members from 50 to 25; Section 3.78.050 to amend the
qualifications for members to include representatives of the business community,
members that provide family care, and representatives of the diverse population of
Los Angeles; Section 3.78.060 to eliminate outdated language and clarify how long
commission members can serve; Section 3.78.070 to add language to include the
Los Angeles County Area Agency on Aging; and Section 3.78.090 and 3.78.120 to
make minor stylistic changes. (Relates to Agenda No. 36)  (21-4402)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, the Board
introduced, waived reading and ordered placed on the agenda for adoption
an ordinance entitled, "An ordinance amending Title 3 – Advisory
Commissions and Committees of the Los Angeles County Code relating to
the Los Angeles County Commission for Older Adults."**

**This item was duly carried by the following vote:**

            **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor
                          Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*        Ordinance
                      Public Comment/Correspondence

*County of Los Angeles*                  *Page 74*

**EXHIBIT 17 - Page 937**

Board of Supervisors                    Statement Of Proceedings                    November 16, 2021

**71.** **County Code, Title 11 - Health and Safety Amendment**

Ordinance for introduction amending County Code, Title 11 - Health and Safety to align with State law by eliminating the requirement for separate toilet facilities for each sex in places where food demonstration is conducted, wholesale food establishments with five or more employees and restaurants and itinerant restaurants where alcohol is served; requiring all-gender signage for single-user toilet facilities to be consistent with section 118600 of the California Health and Safety Code and Title 24 of the California Code of Regulations; requiring toilet facilities in all business establishments and public gatherings to be consistent with applicable law; eliminating the requirement for a urinal in single-user toilet facilities in restaurants and itinerant restaurants where alcohol is served; and making other minor revisions to clarify terms and delete obsolete references. **(County Counsel)** (21-4393)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, the Board introduced, waived reading and ordered placed on the agenda for adoption an ordinance entitled, "An ordinance amending Title 11 – Health and Safety of the Los Angeles County Code to align the requirements for single-use toilet facilities with State law."**

**This item was duly carried by the following vote:**

|          |     |                                                                                      |
|----------|-----|--------------------------------------------------------------------------------------|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*    Ordinance
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 75*

EXHIBIT 17 - Page 938

**72.    County Code, Title 13 - Public Peace Morals and Welfare Amendment**

Ordinance for introduction amending County Code, Title 13 - Public Peace Morals and Welfare, to add Division 13 - Implementation of the Principles of the United Nations Convention on the Elimination of All Forms of Discrimination Against Women (CEDAW), to adopt and locally implement the principles of the CEDAW in order to promote gender equity and address discrimination against women and girls in the County. (Relates to Agenda No. 4)  (21-4484)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Barger, the Board introduced, waived reading and ordered placed on the agenda for adoption an ordinance entitled, "An ordinance amending Title 13 – Public Peace, Morals and Welfare, by adding Division 13, Implementation of the Principles of the United Nations Convention on the Elimination of All Forms of Discrimination Against Women (CEDAW), adopting and implementing the principles underlying the CEDAW to promote gender equity and address discrimination against women and girls in Los Angeles County."**

**This item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Ordinance
Public Comment/Correspondence

**EXHIBIT 17 - Page 939**

**Board of Supervisors**                    **Statement Of Proceedings**                    **November 16, 2021**

### IV.   CLOSED SESSION MATTERS FOR NOVEMBER 16, 2021

**CS-1.**  DEPARTMENT HEAD PERFORMANCE EVALUATIONS
(Government Code Section 54957)

Department Head performance evaluations.

**No reportable action was taken.**   (11-1977)

*Attachments:*        Public Comment/Correspondence

**Report of Closed Session**  (CSR-21)

*Attachments:*        Audio Report of Closed Session 11/16/2021

---

*County of Los Angeles*                    *Page 77*

**EXHIBIT 17 - Page 940**

## V.   GENERAL PUBLIC COMMENT     73

**73.**   Opportunity for members of the public to address the Board on items of interest that are within the subject matter jurisdiction of the Board.

**Melissa Camacho-Ceung, Bart Diener, Rocio Flores, Jennifer Wicks, Keshia Adeniyi-Dorsey, Edin Enamorado, Marika Collins, Leah Gasser-Ordaz, Lauren Nakano, Chris Martin, Baba Akili, Marcelo Cavalheiro, Liza Davis, Ronson Chu, Kayla Love, Brandon Payette, Andrea Chirino, Erika Rogers, Luis Figueroa, Minouche Kandel and Dr. Genevieve Clavreul addressed the Board.  Interested person(s) also submitted written testimony.**  (21-4525)

*Attachments:*      Public Comment/Correspondence
Audio

**EXHIBIT 17 - Page 941**

**Board of Supervisors**                **Statement Of Proceedings**                **November 16, 2021**

## VI.  ADJOURNMENT    74

74.    On motions, duly seconded and unanimously carried, the meeting was adjourned in memory of the following persons:

**Supervisor Solis and All Members of the Board**
Jeff Page aka General Jeff
Hassan Mohammad Hussein Sayyad

**Supervisor Kuehl and All Members of the Board**
Bruce Corwin

**Supervisors Kuehl and Barger**
Ginny Mancini

**Supervisor Kuehl**
Bill Beebe
Jerry Douglas
Gary Gitnick

**Supervisor Hahn**
Eduardo Macias
Vincent Marinkovich, Jr.
Claudia Naranjo

**Supervisor Barger**
Roger Chandler
Floyd D. Crow III
Vivian Marguerite Fisher  (21-4535)

---

*County of Los Angeles*                      *Page 79*

**EXHIBIT 17 - Page 942**

**VII.   ITEMS CONTINUED FROM PREVIOUS MEETINGS FOR FURTHER DISCUSSION AND ACTION BY THE BOARD**

**A-1.**   Continue local emergencies as a result of the following: (a) Discovery of an infestation of fruit flies, as proclaimed on May 10, 1990; (b) Conditions of disaster arose as a result of the discovery of a leak at the natural gas storage wells at the Aliso Canyon storage field affecting the City and County of Los Angeles, as proclaimed on December 10, 2015 and ratified by the Board on December 15, 2015; (c) Conditions of disaster and extreme peril to the safety of persons and property arose as a result of the Creek Fire that started December 5, 2017 and affected the Kagel Canyon and the City of Los Angeles, as proclaimed and ratified by the Board on December 5, 2017; (d) Conditions of disaster and extreme peril to the safety of persons and property arose as a result of the Woolsey Fire that began in Ventura County that started on or about November 8, 2018 and quickly spread into the County of Los Angeles, as proclaimed and ratified by the Board on November 13, 2018; (e) An imminent threat to public health in Los Angeles County in the form of contaminated fire debris from household hazardous waste created as a result from the Woolsey Fire that started on November 8, 2018, as proclaimed by the Public Health Officer on November 12, 2018 and ratified by the Board on November 13, 2018; (f) Conditions of extreme peril to the safety of persons and property arose as a result of a winter storm beginning January 10 through 18, 2019 affecting the unincorporated communities around Little Tujunga and surrounding areas of Los Angeles County, as proclaimed on January 29, 2019 and ratified by the Board on February 5, 2019; (g) Conditions of disaster or extreme peril to the safety of persons and property arose as a result of a winter storm beginning January 31, 2019 through February 5, 2019 affecting the unincorporated communities throughout the County as well as the Cities of Malibu, Burbank and Los Angeles, as proclaimed on February 14, 2019 and ratified by the Board on February 19, 2019; (h) Conditions of disaster or of extreme peril to the safety of persons and property arose as a result of the introduction of the novel coronavirus (COVID-19), a novel communicable disease, which was first detected in Wuhan City, Hubei Province, China in December 2019, as proclaimed and ratified by the Board on March 4, 2020; (i) An imminent threat and proximate threat to public health from the introduction of COVID-19 in Los Angeles County, as proclaimed by the Public Health Officer on March 4, 2020 and ratified by the Board on March 4, 2020; (j) Conditions of disaster or of extreme peril to the safety of persons and property arose as a result of civil unrest in the County following the May 25, 2020 death of George Floyd by members of the Minneapolis Police Department, as proclaimed on May 30, 2020 and ratified by the Board on June 2, 2020; (k) Conditions of extreme peril to the safety of persons and property arose as a result of the Lake Fire that started in the unincorporated area of Lake Hughes on August 12, 2020, as proclaimed on August 13, 2020 and ratified by the Board on August 18, 2020; (l) Conditions of extreme peril to the safety of persons and property arose as a result of the Bobcat Fire that ignited in the Angeles National

**EXHIBIT 17 - Page 943**

Forest on September 6, 2020 and rapidly spread to surrounding areas, as proclaimed on September 13, 2020 and ratified by the Board on September 15, 2020; (m) An imminent threat to public health from the Lake Fire and the Bobcat Fire that started on August 12, 2020 and September 6, 2020, respectively, in Los Angeles County, as proclaimed by the Public Health Officer on November 5, 2020 and ratified by the Board on November 10, 2020; and (n) Conditions of disaster arose involving the aerial emission of foul-smelling hydrogen sulfide gas/odors from portions of the Dominguez Channel near Carson that started on or about October 4, 2021 affecting surrounding areas, including Carson, West Carson, portions of Gardena, Torrance, Redondo Beach, Wilmington and Long Beach, and the surrounding unincorporated areas, as proclaimed and ratified by the Board on November 2, 2021.  (A-1)

**This item was reviewed and continued.**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

**EXHIBIT 17 - Page 944**

**Closing    75**

**75.**    Open Session adjourned to Closed Session at 2:43 p.m. following adjournments to:

**CS-1**.
Consider Department Head performance evaluations, pursuant to Government Code Section 54957.

Closed Session convened at 2:46 p.m.  Present were Supervisors Holly J. Mitchell, Sheila Kuehl, Janice Hahn, Kathryn Barger and Hilda L. Solis, Chair presiding.

Closed Session adjourned at 3:25 p.m.  Present were Supervisors Holly J. Mitchell, Sheila Kuehl, Janice Hahn, Kathryn Barger and Hilda L. Solis, Chair presiding.

Open Session reconvened at 3:26 p.m. for the purpose of reporting actions taken in Closed Session.  Present were Supervisors Holly J. Mitchell, Sheila Kuehl, Janice Hahn, Kathryn Barger and Hilda L. Solis, Chair presiding.

The Board of Supervisors of the County of Los Angeles, and ex officio the governing body of all other special assessment and taxing districts, agencies and authorities for which said Board so acts, adjourned its meeting at 3:27 p.m.

The Board will hold a Special Closed Session Meeting on Tuesday, November 23, 2021 at 9:30 a.m.

The next Regular Meeting of the Board will be Tuesday, November 30, 2021 at 9:30 a.m.  (21-4549)

**EXHIBIT 17 - Page 945**

**Board of Supervisors**                    **Statement Of Proceedings**                    **November 16, 2021**

The foregoing is a fair statement of the proceedings of the regular meeting held November 16, 2021, by the Board of Supervisors of the County of Los Angeles and ex officio the governing body of all other special assessment and taxing districts, agencies and authorities for which said Board so acts.

Celia Zavala, Executive Officer
Executive Officer-Clerk
of the Board of Supervisors

By _____

Carmen Gutierrez
Chief, Board Services Division

*County of Los Angeles*                    *Page 83*

**EXHIBIT 17 - Page 946**