# EXHIBIT 23

EXHIBIT 23 - Page 975

RODRIGO A. CASTRO-SILVA (SBN 185251), *County Counsel*
rcastro-silva@counsel.lacounty.gov
LAUREN M. BLACK (SBN 192302), *Assistant County Counsel*
AMIE S. PARK (SBN 273346), *Deputy County Counsel*
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:  (213) 974-1830
Facsimile:   (213) 626-7446

BYRON J. MCLAIN (SBN 257191)
bmclain@foley.com
FOLEY & LARDNER, LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:  (310) 972-4500
Facsimile:   (213) 486-0065

LOUIS R. MILLER (SBN 54141)
smiller@millerbarondess.com
MIRA HASHMALL (SBN 216842)
EMILY A. RODRIGUEZ-SANCHIRICO (SBN 311294)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>  Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES**<br><br>**COUNTY OF LOS ANGELES' NOTICE OF PAYMENT AND REPORT REGARDING MAINSTREAM SERVICES AT CITY FACILITIES**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

517702.1

COUNTY OF LOS ANGELES' NOTICE OF PAYMENT AND REPORT REGARDING MAINSTREAM
SERVICES AT CITY FACILITIES

**EXHIBIT 23 - Page 976**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On June 16, 2020, the County of Los Angeles ("County") and the City of Los Angeles ("City") reached a historic agreement to provide a total of 6,700 beds and services for people experiencing homelessness (PEH") in the City of Los Angeles within 18 months.  [Dkt. 136.]  On October 9, 2020, the County and City reached an agreement on a Memorandum of Understanding to clarify the parties' agreement.  [Dkt. 185.]

The County hereby notifies the Court that the County made its fourth payment ($60 million) to the City on July 9, 2021.  To date, the County has contributed $113 million to the City to support its PEH population.

The County also agreed to take action to provide a package of mainstream services to PEH residing in facilities established by the City pursuant to the MOU, at the scale and availability deemed appropriate by the County.  [Dkt. 185-1 at III.H.]  A report detailing the County's provision of mainstream services at those facilities is attached hereto as **Exhibit A.**

DATED:  July 13, 2021                    MILLER BARONDESS, LLP


By:  ____/s/ Mira Hashmall____
                MIRA HASHMALL
                Attorneys for Defendant
                COUNTY OF LOS ANGELES

517702.1

2

COUNTY OF LOS ANGELES' NOTICE OF PAYMENT AND REPORT REGARDING MAINSTREAM SERVICES AT CITY FACILITIES

**EXHIBIT 23 - Page 977**

# EXHIBIT A

| Project Type | City | Zip Code | SPA | SD | CD | Beds / Spaces | Service Provider | Opening Date | LAHSA Introduced Site Operator to County Departments (Approximately two weeks before estimated | LAHSA Provided County Departments with Site Client List | Dates when On-Site Services Began | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Department of Public Social Services | Department of Health Services - Countywide Benefits Enrollment Services Team | Department of Mental Health | Department of Public Health - Substance Abuse Prevention and Control |
| Pallet Shelter | North Hollywood | 91601 | 2 | 3 | 2 | 75 | Hope of the Valley | 2/1/2021 | 2/4/2021 | 2/24/2021 | 4/28/2021- client services* | 3/15/2021- site visit and client services | 3/11/2021- site visit and client services | 4/28/2021- site visit and client services |
| Project Homekey | Reseda | 91335 | 2 | 3 | 3 | 75 | LA Family Housing | 1/1/2021 | 4/26/2021 | 4/27/2021 | 5/17/2021- site visit and client services | 5/19/2021- site visit; 6/8/2021- client services | 5/20/2021- site visit and client services | 5/19/2021- client services; site visit not needed as Client Engagement Navigation Services (CENS) provider is providing services |
| Project Homekey | Los Angeles | 90032 | 3 | 1 | 14 | 52 | Union Station | 4/7/2021 | 4/26/2021 | 4/27/2021 | 5/24/2021- client services* | 5/25/2021- site visit; 6/22/2021- client services | 5/21/2021- site visit and client services | 5/20/2021- site visit and client services |
| Project Homekey | Los Angeles | 90016 | 4 | 2 | 10 | 23 | The People Concern | 3/24/2021 | 4/26/2021 | 4/27/2021 | 5/20/2021- client services* | 5/24/2021- planning session conference call; 6/9/2021- client services | 5/20/2021- site visit and client services | 5/24/2021- site visit and client services |
| Project Homekey | North Hills | 91343 | 2 | 3 | 6 | 59 | VOALA | 3/17/2021 | 4/26/2021 | 4/27/2021 | 5/19/2021- site visit and client services | 5/13/2021- site visit; 5/26/2021- client services | 5/18/2021- site visit and client services | 5/27/2021- site visit and client services |
| Project Homekey | Chatsworth | 91311 | 2 | 5 | 12 | 76 | VOALA | 3/15/2021 | 4/26/2021 | 4/27/2021 | 5/20/2021- client services* | 5/13/2021- site visit; 6/1/2021- client services | 5/19/2021- site visit and client services | 5/20/2021- site visit and client services |
| Project Homekey | Los Angeles | 90017 | 4 | 1 | 1 | 91 | Weingart | 2/1/2021 | 4/26/2021 | 4/27/2021 | 5/17/2021- site visit and client services | 5/18/2021- site visit; 5/27/2021- client services | 5/20/2021- site visit and client services | 5/19/2021- site visit; 6/3/2021- client services |
| Project Homekey | Canoga Park | 91304 | 2 | 3 | 3 | 52 | LA Family Housing | 1/1/2021 | 4/26/2021 | 4/27/2021 | 5/19/2021- site visit and client services | 5/21/2021- site visit; 6/16/2021- client services | 5/18/2021- site visit and client services | 5/19/2021- client services; site visit not needed as Client Engagement Navigation Services provider is providing services |
| Project Homekey | Los Angeles | 90032 | 4 | 1 | 14 | 49 | Union Station | 4/7/2021 | 5/6/2021 | 5/6/2021 | 6/1/2021- client services* | 5/25/2021- site visit; 6/14/2021- client services | 6/3/2021- site visit and client services | 5/24/2021- site visit; 6/1/2021- client services |
| Project Homekey | Los Angeles | 90018 | 6 | 2 | 8 | 31 | SSG/HOPICS | 4/13/2021 | 6/2/2021 | 6/2/2021 | 6/10/2021- client services* | 6/17/2021- site visit; 7/14/2021- client services | 6/4/2021- site visit and client services | 6/17/2021- site visit; 6/25/2021- client services |
| Project Homekey | Los Angeles | 90045 | 5 | 4 | 11 | 44 | The People Concern | 5/3/2021 | 6/2/2021 | 6/2/2021 | 6/21/2021- client services* | 6/18/2021- site visit; 7/6/2021- client services | 6/24/2021 site visit and client services | 6/22/2021- site visit; 7/7/2021 - client services |
| Project Homekey | Los Angeles | 90004 | 4 | 2 | 13 | 41 | VOALA | 3/22/2021 | 5/18/2021 | 5/18/2021 | 6/10/2021- client services* | 6/17/2021- site visit; 7/6/2021- client services | 6/10/2021- site visit and client services | 5/27/2021- site visit; 6/2/2021- client services |

* Denotes services provided telephonically via a dedicated hotline for the Mainstream Benefits program due to low capacity at the site.

| Department Name | Services Provided |
|---|---|
| Department of Public Social Services (DPSS) | Assistance with General Relief, CalFresh, and Medi-Cal; verification of benefits and case review; Electronic Benefit Transfer card issuance. |
| Department of Health Services - Countywide Benefits Enrollment Services Team (DHS-CBEST) | Assistance with securing Supplemental Security Income, Social Security Disability Insurance, Cash Assistance Program for Immigrants, retirement, and veteran's benefits. |
| Department of Mental Health | Outreach and engagement, referrals and linkages to mental health services. |
| Department of Public Health - Substance Abuse Prevention and Control (DPH-SAPC) | Outreach and engagement, Substance Use Disorder (SUD) education, SUD screening, appointment scheduling, service navigation and linkages to needed ancillary services, transportation support to SUD appointments, early intervention workshops for clients engaged in high risk behavior at risk of SUD. |

**Exhibit A, Page 4**
**EXHIBIT 23 - Page 979**