# EXHIBIT 24

EXHIBIT 24  - Page 980

DAWYN R. HARRISON, *Acting County Counsel* (State Bar No. 173855)
dharrison@counsel.lacounty.gov
JENNIFER A.D. LEHMAN, *Assistant County Counsel* (State Bar No. 191477)
jlehman@counsel.lacounty.gov
ANA WAI-KWAN LAI, *Senior Deputy County Counsel* (State Bar No. 257931)
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:   (213) 974-1830
Facsimile:    (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:    (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)** <br><br> **DEFENDANT COUNTY OF LOS ANGELES' ANNUAL STATUS REPORT RE PAYMENT PURSUANT TO MEMORANDUM OF UNDERSTANDING BETWEEN COUNTY OF LOS ANGELES AND CITY OF LOS ANGELES [DKT. 185-1]** <br><br> Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

572727.2

COUNTY'S ANNUAL STATUS REPORT RE PAYMENT PURSUANT TO MEMORANDUM OF
UNDERSTANDING BETWEEN COUNTY AND CITY [DKT. 185-1]

**EXHIBIT 24  - Page 981**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The County of Los Angeles ("County") hereby notifies the Court that on July 5, 2022, the County made its third-year payment to the City of Los Angeles ("City") in the amount of $60 million pursuant to the City and County's June 18, 2020 agreement and the October 9, 2020 Memorandum of Understanding. (*See* Dkt. 136, Binding Term Sheet at ¶ 2; Dkt. 185-1 § III.B.3.)

DATED:  August 5, 2022                    MILLER BARONDESS, LLP


By:    /s/ Mira Hashmall
          MIRA HASHMALL
          Attorneys for Defendant
          COUNTY OF LOS ANGELES

572727.2                                          2
COUNTY'S ANNUAL STATUS REPORT RE PAYMENT PURSUANT TO MEMORANDUM OF
UNDERSTANDING BETWEEN COUNTY AND CITY [DKT. 185-1]

**EXHIBIT 24  - Page 982**