# EXHIBIT 27

EXHIBIT 27 - Page 1042



**STATEMENT OF PROCEEDINGS FOR THE**

**REGULAR MEETING OF THE BOARD OF SUPERVISORS**

**OF THE COUNTY OF LOS ANGELES HELD VIRTUALLY IN**

**ROOM 381B OF THE KENNETH HAHN HALL OF ADMINISTRATION**

**500 WEST TEMPLE STREET, LOS ANGELES, CALIFORNIA 90012**

**Tuesday, October 5, 2021**

**9:30 AM**

Present:        Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn,
Supervisor Barger and Supervisor Solis

Video Link for the Entire Virtual Meeting  (03-1075)

_**Attachments:**_        Video Transcript

Pledge of Allegiance led by Supervisor Kathryn Barger, Fifth Supervisorial District.

**I.  SET MATTER    10:30 A.M.**

**S-1.  Public Health Order**

Discussion and consideration of necessary actions on the Public Health Order related to COVID-19, as requested by the Chair of the Board and status on the COVID-19 vaccine, as requested at the Board meetings of December 8, 2020 and January 5, 2021.  (20-4861)

**Dr. Genevieve Clavreul addressed the Board.  Interested person(s) also submitted written testimony.**

**Dr. Barbara Ferrer, Director of Public Health and Dr. Christina Ghaly, Director of Health Services, made a presentation and responded to questions posed by the Board.  Fesia Davenport, Chief Executive Officer, also responded to questions posed by the Board.**

**EXHIBIT 27 - Page 1043**

**Board of Supervisors**                 **Statement Of Proceedings**                 **October 5, 2021**

**After discussion, by Common Consent, there being no objection, this item was received and filed.**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*__Attachments:__*    Public Health Presentation
Health Services Presentation
Public Comment/Correspondence
Audio I
Audio II

**EXHIBIT 27 - Page 1044**

## II.  SPECIAL DISTRICT AGENDA

**STATEMENT OF PROCEEDINGS FOR THE MEETING OF
THE LOS ANGELES COUNTY
DEVELOPMENT AUTHORITY
TUESDAY, OCTOBER 5, 2021
9:30 A.M.**

**1-D.**   **Temporary Personnel Services Contracts and Software Licenses for the Emergency Housing Voucher Program**

Recommendation as submitted by Supervisor Mitchell: Authorize the Executive Director of the Los Angeles County Development Authority to execute one-year contracts for temporary personnel services and all related documents with LA Business Personnel, Inc., Hart Employment Services, MoxieIT Solutions, Inc., Jada Systems, Inc., and Infojini, Inc., with an aggregate annual compensation not to exceed $2,000,000, using the Los Angeles County Development Authority's (LACDA's) allocation of Emergency Housing Vouchers (EHVs) from the United States Department of Housing and Urban Development (HUD) under the American Rescue Plan Act (ARPA) and/or other program funds included in LACDA's approved Fiscal Year (FY) 2021-22 budget; and authorize the Executive Director to take the following related actions:

Execute amendments to the contracts to extend the term for a maximum of four additional years, in one-year increments, with the same aggregate annual compensation, contingent upon satisfactory performance and continued funding, using LACDA's allocation of EHVs from HUD under ARPA and/or other program funds to be included in LACDA's annual budget approval process;

As necessary and appropriate under the terms of the contracts, amend the contracts to add or delete services, modify the scope of work and increase the annual compensation by up to 10% as needed for additional services and, if necessary, terminate for convenience;

Amend the existing contract with Crayon Software Experts, LLC to increase the maximum contract amount by $27,446.40, for additional Microsoft Enterprise M365 licenses, for a new maximum contract amount of $963,163.38, using LACDA's allocation of EHVs from HUD under ARPA and/or other program funds included in LACDA's approved FY 2021-22 budget and future budgets, as needed;

**EXHIBIT 27 - Page 1045**

Amend the existing contract with Laserfiche to increase the maximum contract amount by $32,558.40, for additional Laserfiche licenses and software support, for a new maximum contract amount of $450,790.45, using LACDA's allocation of EHVs from HUD under ARPA and/or other program funds included in LACDA's approved FY 2021-22 budget and future budgets, as needed; and

Amend the existing Blanket Order Requisition with Sterling Computers Corporation to increase the maximum amount by $108,000 to a new total of $853,000, for computer equipment including laptops, docking stations, monitors, printers and toner cartridges, using LACDA's allocation of EHVs from HUD under ARPA and/or other program funds included in LACDA's approved FY 2021-22 budget and future budgets, as needed.  (21-3893)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Mitchell
Public Comment/Correspondence

### 2-D.   Multifamily Housing Revenue Bonds for Affordable Housing Development in the City of Pasadena

Recommendation: Adopt and instruct the Chair to sign a resolution authorizing the issuance of tax-exempt Multifamily Housing Revenue Bonds by the Los Angeles County Development Authority, in an aggregate principal amount not to exceed $18,700,000 (Bonds), to assist Salvation Army Pasadena Hope Center, L.P., or an approved affiliate or assign thereof, to finance the development and construction of Pasadena Hope Center Apartments, an affordable 66-unit multifamily housing development by The Salvation Army, located at 1000 East Walnut Street in the City of Pasadena (5); and authorize the Executive Director of the Los Angeles County Development Authority to negotiate, execute and, if necessary, amend or terminate all related documents and take all necessary actions for the issuance, sale and delivery of the Bonds.  (21-3809)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**EXHIBIT 27 - Page 1046**

**Board of Supervisors**                **Statement Of Proceedings**                October 5, 2021

**3-D.**    **Los Angeles County Development Authority-Owned Properties Surplus Land Resolution**

Recommendation: Adopt and instruct the Chair to sign a resolution declaring that the Los Angeles County Development Authority (LACDA)-owned properties located at 15 and 19 Lucille Street in the City of Arcadia (Properties) (5), are surplus land and not necessary for LACDA's use, in accordance with the Surplus Land Act; and authorize the Executive Director of the Los Angeles County Development Authority to prepare, negotiate, execute and amend, as needed, any documents necessary to effectuate the disposition of the Properties in accordance with the Surplus Land Act.  (21-3814)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                *Page 5*

**EXHIBIT 27 - Page 1047**

Board of Supervisors                    Statement Of Proceedings                    October 5, 2021

**4-D.**   **Declaration of Certain County-Owned, Former Redevelopment Agency and Los Angeles County Development Authority Properties as Surplus Land Resolution**

Recommendation: Adopt and instruct the Chair to sign a resolution declaring that the Los Angeles County Development Authority (LACDA)-owned properties located at 2304 Lincoln Avenue, 462 and 470 Archwood Place in the unincorporated area of Altadena (LACDA-owned properties) (5) are surplus land and not necessary for LACDA's use, in accordance with the Surplus Land Act; authorize the Executive Director of the Los Angeles County Development Authority to prepare, negotiate and execute any documents necessary to effectuate the sale and disposition of the LACDA-owned properties; and accept the designation to act as the County's agent and authorize the Executive Director to prepare, negotiate and execute any documents necessary to effectuate the sale and disposition of the County-owned former redevelopment agency properties located at 2231, 2261 and 2271 Lincoln Avenue in the unincorporated area of Altadena. (Relates to Agenda No. 21) (21-3817)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

            **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
                  Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 6*

**EXHIBIT 27 - Page 1048**

Board of Supervisors                    Statement Of Proceedings                    October 5, 2021

**5-D.**    **Section 8 Program Administrative Plan Amendments**

Recommendation: Approve amendments to the Administrative Plan for Fiscal Year (FY) 2021-22, as required by the United States Department of Housing and Urban Development (HUD), to update the Los Angeles County Development Authority's (LACDA's) policies in the Section 8 program; and authorize the Executive Director of the Los Angeles County Development Authority to incorporate up to $39,065,616 of HUD funding through the American Rescue Plan Act into LACDA's approved FY 2021-22 budget for the Emergency Housing Voucher (EHV) program, and hire or contract for positions, as appropriate, to implement the EHV activities.  (21-3810)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
                   Public Comment/Correspondence

**6-D.**    **State of California Emergency Solutions Grant Funds**

Recommendation: Accept the designation to act as the agent of the County to receive State Emergency Solutions Grant (ESG) funds and implement the programs that assist persons who are homeless; authorize the Executive Director of the Los Angeles County Development Authority to enter into an agreement with the State of California to receive an amount not to exceed $3,731,511 in State ESG funds for programs that assist persons who are homeless, incorporate these funds into the Los Angeles County Development Authority's Fiscal Year 2021-22 budget, as needed, and include the final distribution of State ESG funds to the Los Angeles Homeless Services Authority (LAHSA); and authorize the Executive Director to enter into an agreement with LAHSA to fund programs with State ESG funds that assist persons who are homeless. (Relates to Agenda No. 22) (21-3820)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
                   Public Comment/Correspondence

EXHIBIT 27 - Page 1049

### III.   CONSENT CALENDAR

### BOARD OF SUPERVISORS     1 - 11

1.      **Appointments to Commissions/Committees/Special Districts**

Recommendation for appointment/reappointment for the following Commissions/ Committees/Special Districts (+ denotes reappointments): **Documents on file in the Executive Office**.

Supervisor Mitchell
Sandra J. Anderson+ and Sook Won, Assessment Appeals Board

Supervisor Kuehl
Martel Okonji, Los Angeles County Mental Health Commission
Eric J. Miller and Alexander Sherman, Sybil Brand Commission for
    Institutional Inspections

Supervisor Hahn
Jeff Mort+, Aviation Commission
Jacob Haik+, Los Angeles County Citizens' Economy and Efficiency
    Commission
Joseph Proffitt, Los Angeles County Veterans' Advisory Commission

Supervisor Barger
Jeanette Mann, Ph.D.+, Commission for Children and Families
Edward R. Bosley+, Los Angeles County Historical Landmarks and Records
    Commission
Margaret Fawcett Edwards+, Measure H Citizens' Oversight Advisory Board

Director, Department of Public Social Services
Terrance Henson and Carrie Madden, Personal Assistance Services
    Council  (21-0049)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*        Public Comment/Correspondence

**EXHIBIT 27 - Page 1050**

**2.**    **Bringing the Puente Hills Regional Park to Fruition**

Recommendation as submitted by Supervisors Solis and Hahn: Find that the recommended actions regarding the settlement agreement (Settlement) between the County and County Sanitation Districts, the Joint Powers Agreement (JPA), and establishment of a capital project fund are either not a project under the California Environmental Quality Act (CEQA) or are within the scope of the Master Plan project impacts analyzed in an Environmental Impact Report previously certified by the Board; approve and instruct the Chair to sign the Settlement; authorize the Director of Parks and Recreation to negotiate and execute a JPA with the Sanitation Districts; and take the following actions: (Continued from the meeting of 9-28-21)

Establish the Puente Hills County Regional Park Development, Capital Project No. 69984 (Project), with an initial Project budget of $600,000;

Approve an appropriation adjustment to reflect a transfer of $600,000 from the Project and Facility Development Budget to the Project;

Authorize the Chief Executive Officer to deposit the funds received from the settlement agreement into an interest-bearing account;

Authorize the Director of Public Works to proceed with initial preconstruction activities, which do not constitute a project under CEQA; and

Authorize the Chief Executive Officer and the Director of Parks and Recreation to take any other actions consistent with and/or necessary for implementation of the foregoing actions.  (21-3846)

**Belen Bernal, Anita Morales, David Diaz, Perssyda Marquez, Sharon Akin and Alfonso Jimenez addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

_Attachments:_    Motion by Supervisors Solis and Hahn
Public Comment/Correspondence

Agreement No. 79189

**EXHIBIT 27 - Page 1051**

**Board of Supervisors**                     **Statement Of Proceedings**                     **October 5, 2021**

**3.**      **Proclaiming "International Pronouns Day" in Los Angeles County**

Recommendation as submitted by Supervisors Solis and Kuehl: Proclaim October 20, 2021 as "International Pronouns Day" throughout Los Angeles County and encourage all County residents, County Departments, government agencies and organizations to use inclusive pronouns in all types of communication, whether verbal or written, as an expression of our continuing commitment to diversity and inclusion.  (21-3888)

**Eunisses Hernandez, Eric Preven and Michelle King addressed the Board. Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*      Motion by Supervisors Solis and Kuehl
Public Comment/Correspondence
Audio

---

*County of Los Angeles*                     *Page 10*

**EXHIBIT 27 - Page 1052**

4.    **Accelerating Efforts to Ensure Free Phone Calls and At-Cost Commissary Items in Los Angeles County Jails and Probation Facilities**

Revised recommendation as submitted by Supervisors Solis and Mitchell: Request that the Sheriff, in collaboration with the Chief Executive Officer, Director of Internal Services, Inspector General and other relevant Department Heads, report back to the Board in 30 days on the following:

The total number of calls by those in custody for the last three complete fiscal years;

The total number of calls by those in custody for the last three complete fiscal years, disaggregated by facility; and

The total paid by those in custody for the calls referenced above for the last three complete fiscal years, disaggregated by facility;

Direct the Chief Executive Officer, and request that the Sheriff, in collaboration with the Director of Internal Services, Inspector General and other relevant Department Heads, to report back to the Board in 90 days on funding estimates to upgrade the wired and/or wireless infrastructure of County jails to support the implementation of voice over internet protocol (VOIP) telephone calls and other potential technology options, like application calling services through tablets, iPads, desktop computers and laptops and video conferencing services platforms, such as Microsoft Teams, Zoom, WebEx, Skype, etc., with the report to include costs, logistics, timeline, potential funding sources and other information and details that would provide a plan on how the Board would implement each of the three recommendations per the Director of Internal Services' August 18, 2021 report;

Direct the Chief Executive Officer and the Chief Probation Officer, in collaboration with the Director of Internal Services, Inspector General and other relevant Department Heads, to report back to the Board in 90 days on funding estimates to upgrade the wired and/or wireless infrastructure of Probation camps and halls, if warranted, to support the implementation of VOIP telephone calls and other potential technology options, like application calling services through tablets, iPads, desktop computers and laptops, and video conferencing services platforms, such as Microsoft Teams, Zoom, WebEx, Skype, etc., with the report to include costs, logistics, timeline, potential funding sources, and other information and details that would provide a plan on how the Board would implement recommendations;

**EXHIBIT 27 - Page 1053**

**Board of Supervisors**                     **Statement Of Proceedings**                     **October 5, 2021**

Request the Sheriff, and direct the Chief Executive Officer, County Counsel and the Chief Probation Officer, to report back to the Board in 90 days on recommendations for contractual and/or solicitation next steps for short-term and long-term options to ensure free in-custody telephone calls for those in custody in County jails and maintain free phone calls in the Probation Department's camps and halls, with the options to include contract provisions to be negotiated and timelines for implementation, and this directive incorporates and supersedes Directive No. 3 from Board Order No. 13 of May 18, 2021, and the workgroup should continue their work and incorporate it into the report required in this directive; and

Direct the Chief Executive Officer, Inspector General and other relevant Departments, working with the Sheriff, to report back to the Board in 60 days on identifying funding sources, other than the Inmate Welfare Fund, to supplement the costs of programming and services in the jails for people who are incarcerated, as it relates to revenue from phone calls and commissary items. (21-3894)

**Kruti Parekh, Eunisses Hernandez and Michelle King addressed the Board. Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*     Motion by Supervisor Solis
Revised motion by Supevisors Solis and Mitchell
Internal Services Department Report dated August 18, 2021
Report
Public Comment/Correspondence
Audio

---

*County of Los Angeles*                     *Page 12*

**EXHIBIT 27 - Page 1054**

**Board of Supervisors**                    **Statement Of Proceedings**                    **October 5, 2021**

**5.**   **State Homeless Housing, Assistance and Prevention Funding Round 3**

Recommendation as submitted by Supervisor Solis: Direct the Chief Executive
Officer to submit to the State the "Standard Agreement to Apply" for Homeless
Housing, Assistance and Prevention (HHAP) Round 3 funds indicating that the
County will apply as an individual entity; authorize the Chief Executive Officer to
execute a contract with the State for its 20% HHAP Round 3 initial disbursement;
and instruct the Interim Director of the Homeless Initiative, Chief Executive Office,
to report back to the Board in writing in 60 days with recommendations on how the
County should utilize the 20% HHAP Round 3 initial disbursement funds to the
County.  (21-3887)

**Roy Humphreys and Kruti Parekh addressed the Board.  Interested
person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item
was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor
> Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Solis
Report
Public Comment/Correspondence
Audio

**6.**   **34th Annual Productivity and Quality Awards Recognition**

Recommendation as submitted by Supervisor Solis: Proclaim October 2021 as
"Quality and Productivity Month" throughout Los Angeles County, in recognition of
employee efforts to enhance productivity and improve the quality of County
services.  (21-3892)

**Eric Preven addressed the Board.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item
was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor
> Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Solis
Public Comment/Correspondence
Audio

---

*County of Los Angeles*                    *Page 13*

**EXHIBIT 27 - Page 1055**

**7.**     **Proclaiming "Pro Bono Public Legal Services Week"**

Recommendation as submitted by Supervisor Solis: Proclaim October 25 through 30, 2021 as "Los Angeles Law Library Pro Bono Week" throughout Los Angeles County and commend the library for the services it provides to County residents. (21-3886)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**     5 -     Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*     Motion by Supervisor Solis
Public Comment/Correspondence

**8.**     **Recognizing "Digital Inclusion Week: Pathways to Digital Empowerment" in Los Angeles County**

Recommendation as submitted by Supervisors Mitchell and Solis: Recognize "Digital Inclusion Week (DIW): Pathways to Digital Empowerment" from October 4 through 8, 2021 throughout Los Angeles County; authorize the Director of Internal Services to solicit donations or other gifts in any amount, subject to County budgetary guidelines and practices, on behalf of the Delete the Divide Initiative to benefit constituents and communities adversely impacted by the digital divide; encourage the participation in L.A. Digital Equity Action League's meetings during DIW to provide meaningful community-centered feedback on current needs and gaps in County broadband infrastructure and affordability; and direct the Chief Executive Officer to utilize the provided social media kits to promote and advocate for DIW on County communication channels.   (21-3889)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**     5 -     Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*     Motion by Supervisors Mitchell and Solis
Digital Inclusion Link
L.A. Digital Equity Action League Link
Public Comment/Correspondence

**EXHIBIT 27 - Page 1056**

**Board of Supervisors**                    **Statement Of Proceedings**                    **October 5, 2021**

**9.**  **Enhancing Local and Targeted Worker Participation for Harbor-UCLA Medical Center Capital Projects**

Recommendation as submitted by Supervisor Mitchell: Direct the Chief Executive Officer, in consultation with the Director of Public Works and County Counsel, to establish a Local Targeted Worker Hire Program aspirational goal of an additional 20% over the mandated 30% for California craft worker hours to be performed for the Harbor-UCLA Medical Center Replacement Program and the Department of Mental Health (DMH) Outpatient Clinic and Wellness Center Projects (Projects), which will increase the overall requirement for the hiring of local and targeted workers from 30% to 50%, with the requirement for targeted workers to remain at 10% for both Projects, apply the Community Workforce Agreement (CWA) requirement to the proposed DMH Mental Health Outpatient Clinic and Wellness Center Projects; and authorize the Chief Executive Officer to send a letter to the Executive Secretary of the Trades Council to inform him that the proposed DMH Mental Health Outpatient Clinic and Wellness Center Project will be added into the CWA and execute any ancillary documentation, as needed, to satisfy these directives.  (21-3891)

**Shomari Davis, Chris Hannan and Josh LaFarga addressed the Board.**

**After discussion, on motion of Supervisor Mitchell, seconded by Supervisor Solis, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*       Motion by Supervisor Mitchell
CEO Letter
Public Comment/Correspondence
Audio I
Audio II

---

*County of Los Angeles*                    *Page 15*

**EXHIBIT 27 - Page 1057**

**Board of Supervisors**                    **Statement Of Proceedings**                    **October 5, 2021**

**10.** **Recognizing Second District Hispanic Heritage Month Honorees**

Recommendation as submitted by Supervisor Mitchell: In honor of Hispanic Heritage Month in Los Angeles County, acknowledge and recognize the contributions of Mario Chavez, Stephany Santin, Carlito's Tires and Auto Repair, Marco Sarmiento and Xochil Ramirez, for their service and dedication to the Hispanic and Latino communities in the Second Supervisorial District; and encourage all County residents to learn more about Hispanic/Latino heritage by accessing resources available through the County's Public Library and other library systems, as well as https://www.hispanicheritagemonth.gov/.   (21-3883)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

    **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Mitchell
          Public Comment/Correspondence

**11.** **Proclaiming the Second Week of October 2021 as "Los Angeles County Bioscience Week"**

Recommendation as submitted by Supervisor Mitchell: Recognize the importance of fostering the life science sector in the County and proclaim the week of October 11, 2021 as "Los Angeles County Bioscience Week," and further direct the Chief Executive Officer, in coordination with the Executive Director and leadership of Los Angeles County's forthcoming Economic and Workforce Development Department, to assist in collaborating with Bioscience Los Angeles County Inc. on this year's and future Los Angeles Bioscience Week activities, including the annual Los Angeles County Bioscience Forum.  (21-3884)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

    **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Mitchell
          Public Comment/Correspondence

**EXHIBIT 27 - Page 1058**

**ADMINISTRATIVE MATTERS    12 - 43**

**Chief Executive Office**

12.    **Report on the Los Angeles Homeless Services Authority's Rehousing Services System**

Report by the Chief Executive Officer and the Executive Director of the Los Angeles Homeless Services Authority (LAHSA) on the work being done by LAHSA, including data on outcomes from its rehousing services system, outreach and prevention efforts, as well as progress reports on LAHSA's Ad Hoc Committee on Governance, its work with independent experts on best practices around structure, the Vacancy to Move-In "Work Plan," including permanent supportive housing central command and its overall strategic planning efforts, as requested at the Board meeting of February 11, 2020. (Continued from the meetings of 11-24-20, 1-26-21, 3-23-21, 5-18-21, 7-27-21 and 9-28-21)  (20-1494)

**Dr. Genevieve Clavreul addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, the report was received and filed.**

**Said motion was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Public Comment/Correspondence Report
Public Comment/Correspondence Audio

**EXHIBIT 27 - Page 1059**

**13.**  **Los Angeles County Employee Relations Retirement Association (LACERA) Classification and Compensation**

Recommendation: Set the compensation for the LACERA positions and approve an ordinance for introduction amending County Code, Title 6 - Salaries, to update the tables of classes of positions and Departmental staffing provisions by adding one new unclassified classification, adding one new classification, changing the title and reallocating the salary of one unclassified classification, changing the title of one non-represented classification, and adding 38 positions in various classifications specific to LACERA; and direct the Auditor-Controller to make all payroll system changes necessary to implement the changes. (Relates to Agenda No. 46)  (21-3848)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**Board of Supervisors**                     **Statement Of Proceedings**                     October 5, 2021

---

**14.**    **Countywide Classification Actions**

Recommendation: Approve an ordinance for introduction amending County Code, Title 6 -Salaries, to add one unclassified classification in the Department of Workforce Development, Aging and Community Services, add two new classifications in the Department of Parks and Recreation, and reclassify 61 positions in the Departments of Auditor-Controller, Board of Supervisors, Child Support Services, District Attorney, Los Angeles County Health Agency, Parks and Recreation, Public Defender and Public Social Services. (Relates to Agenda No. 47)  (21-3855)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**15.**    **Countywide Classification Actions for the Department of Health Services Patient Access Centers Reorganization**

Recommendation: Approve an ordinance for introduction amending County Code, Title 6 - Salaries, to reclassify 43 positions to continue implementing results of the Patient Access Reorganization Study within the Department of Health Services. (Relates to Agenda No. 48)  (21-3858)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                     *Page 19*

**EXHIBIT 27 - Page 1061**

| Board of Supervisors | Statement Of Proceedings | October 5, 2021 |
|---|---|---|

**County Operations**

16.  **Revised County Policy for Best Value Construction Contracting Delivery for Job Order Contracts**

Recommendation: Approve the use of best value construction contracting for the Internal Services Department (ISD) as an option to award individual annual contracts, more commonly referred to as Job Order Contracts, in an amount not to exceed $3,000,000 each, adjusted annually to reflect the percentage change in the California Consumer Price Index for repair, remodeling or other repetitive work to be done according to unit prices, as codified in Public Contract Code Section 20155, et seq; adopt the revised Best Value Construction Contracting Policy, and the revised Prequalification Policy and Procedures for Construction Contracts to prequalify prospective bidders and subcontractors for applicable construction contracts as provided under Public Contract Code Section 20101; and authorize the Director of Internal Services to take the following actions: **(Department of Internal Services)**

Determine whether a prequalification should be utilized for a particular construction contract solicitation; and

Advertise the Request for Statement of Qualification for prequalifying bidders and subcontractors using the Prequalification Questionnaire approved and adopted by the Board on March 8, 2017; make such modifications as necessary to the Prequalification Questionnaire based on the technical requirements of each specific contract; review and evaluate all Statements of Qualifications received from prospective bidders applying a uniform system of rating bidders based on objective criteria set forth in the Prequalification Questionnaire; determine a list of prequalified bidders who meet the minimum requirements permitted for qualification to bid; and publish a list of prequalified bidders and subcontractors on ISD's website permitted to bid on applicable construction contracts.  (21-3795)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**EXHIBIT 27 - Page 1062**

**Board of Supervisors**                    **Statement Of Proceedings**                    **October 5, 2021**

**17.**    **Purchase Agreement for Tax-Defaulted Property Subject to the Tax Collector's Power to Sell in the Unincorporated Area of the Santa Monica Mountains**

Recommendation: Approve and instruct the Chair to sign a Chapter 8 Agreement Sale Number 2845, authorizing the Treasurer and Tax Collector to sell three tax defaulted properties in the unincorporated area of the Santa Monica Mountains (3) Subject to the Tax Collector's Power to Sell to the Mountains Recreation and Conservation Authority, for the estimated purchase price of $100,718.86, comprised of delinquent taxes, redemption penalties and the projected costs of the sale. **(Treasurer and Tax Collector)**  (21-3802)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

Agreement No. 79187

**18.**    **Purchase Agreement for Tax-Defaulted Property Subject to the Tax Collector's Power to Sell in the Unincorporated Area of the Santa Monica Mountains**

Recommendation: Approve and instruct the Chair to sign a Chapter 8 Agreement Sale Number 2844, authorizing the Treasurer and Tax Collector to sell four tax defaulted properties in the unincorporated area of the Santa Monica Mountains (3) Subject to the Tax Collector's Power to Sell to the Mountains Recreation and Conservation Authority, for the estimated purchase price of $58,119.81, comprised of delinquent taxes, redemption penalties and the projected costs of the sale. **(Treasurer and Tax Collector)**  (21-3803)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

Agreement No. 79188

---

*County of Los Angeles*                    *Page 21*

**EXHIBIT 27 - Page 1063**

**Board of Supervisors**                     **Statement Of Proceedings**                     **October 5, 2021**

**Health and Mental Health Services**

19.    **Sole Source Participation Agreement for the Mental Health Loan Repayment Program**

Recommendation: Approve and authorize the Chief Deputy Director of Mental Health to execute a new sole source participation agreement with the California Mental Health Services Authority (CalMHSA) to implement the Mental Health Loan Repayment Program (MHLRP) to provide educational loan repayment assistance for Public Mental Health System professionals in the County, effective October 5, 2021 through June 30, 2024, with a two fiscal-year extension option, as necessary, with a Total Contract Amount (TCA) of $12,306,376, which includes $1,605,180 for CalMHSA's administrative overhead, fully funded by the Los Angeles Workforce Education and Training Regional Partnership Grant Funding from the State Office of Statewide Health Planning and Development in the amount of $8,987,396 and a 33% match requirement, funded by the State Mental Health Services Act revenue in the amount of $3,318,980; execute future amendments or modifications to the agreement to add, delete, modify or replace exhibits, reflect Federal, State and County regulatory and/or policy changes and increase the TCA provided that the County's total payment does not exceed an increase of 10% from the applicable TCA and sufficient funds are available; and terminate the agreement in accordance with the termination provisions, if needed. **(Department of Mental Health)**  (21-3832)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                     *Page 22*

**EXHIBIT 27 - Page 1064**

**Board of Supervisors**                    **Statement Of Proceedings**                    **October 5, 2021**

<u>**Community Services**</u>

**20.**      **Weed Abatement Service Agreements**

Recommendation: Approve and instruct the Chair to sign the Weed Abatement
Service Renewal Agreements with the Cities of La Verne, Santa Fe Springs and
South Pasadena (1 and 5) for the Department of Agricultural Commissioner/
Weights and Measures to provide weed abatement services, for the period of July
1, 2021 through June 30, 2026, at no Net County Cost; and authorize the
Agricultural Commissioner/Director of Weights and Measures to terminate the
agreements pursuant to the terms of the agreements. **(Department of
Agricultural Commissioner/Weights and Measures)**   (21-3830)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item
was duly carried by the following vote:**

| | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*<u>Attachments:</u>*      Board Letter
                              Public Comment/Correspondence

Agreement Nos. 79184, 79185 and 79186

---

*County of Los Angeles*                    *Page 23*

**EXHIBIT 27 - Page 1065**

**21.** **Declaration of Certain County-Owned, Former Redevelopment Agency and Los Angeles County Development Authority Properties as Surplus Land Resolution**

Recommendation: Adopt and instruct the Chair to sign a resolution declaring that the County-owned former redevelopment agency properties located at 2231, 2261 and 2271 Lincoln Avenue in the unincorporated area of Altadena (County-owned properties) (5) are surplus land and not necessary for the County's use, in accordance with the Surplus Land Act; and authorize the Los Angeles County Development Authority to act as the agent of the County to effectuate the sale and disposition of the County-owned properties in accordance with the Surplus Land Act. **(Los Angeles County Development Authority)** (Relates to Agenda No. 4-D) (21-3816)

**Interested persons submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**EXHIBIT 27 - Page 1066**

**22.**    **State of California Emergency Solutions Grant Funds**

Recommendation: Authorize the Los Angeles County Development Authority to serve as the agent of the County to enter into an agreement with the State of California to receive an amount not to exceed $3,731,511 in State Emergency Solutions Grant (ESG) funds for programs that assist persons who are homeless; and adopt and instruct the Chair to sign a resolution to accept an amount not to exceed $3,731,511 in State ESG funds, which will be used to provide services to persons who are homeless in the County. **(Los Angeles County Development Authority)** (Relates to Agenda No. 6-D)  (21-3819)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**23.**    **Arboretum Queen Anne Cottage Veranda Restoration Project**

Recommendation: Establish and approve the proposed Arboretum Queen Anne Cottage Veranda Restoration Project, Capital Project No. 87798 (Project), located at 301 North Baldwin Avenue in the City of Arcadia (5), with a total Project budget of $395,000; approve an appropriation adjustment to reflect a total increase of $395,000 in appropriation to the Project, offset with revenue from the Park Improvement Special Fund, to fully fund the proposed Project; authorize the Director of Parks and Recreation to deliver the proposed Project through a Board-approved Job Order Contract; and find that the proposed Project is exempt from the California Environmental Quality Act. **(Department of Parks and Recreation) 4-VOTES**  (21-3793)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**EXHIBIT 27 - Page 1067**

**24.**    **On-Call Office of Statewide Health Planning and Development Inspector of Record Consultant Services Agreements**

Recommendation: Award and authorize the Director of Public Works to execute on-call consultant services agreements with Hallsta 360, Inc., RF10 Inspection, Inc., TYR, Inc. and Smith-Emery Laboratories to provide On-Call Office of Statewide Health Planning and Development Inspector of Record Consultant Services each for an amount not to exceed $5,000,000 or a combined total amount not to exceed $20,000,000, for a three-year term, with a one-year extension option for each firm, commencing upon the full execution of the agreement, with the expiration of the agreement subject to the following condition: where services for a given project have been authorized by the County, but are not completed by the consultant prior to the stated expiration date, the expiration date will be automatically extended solely to allow for the completion of such services; authorize additional services and extend the agreement expiration date as necessary to complete additional services when they are previously unforeseen, related to a previously assigned scope of work on a given project and are necessary for the completion of that given project; and supplement the initial agreement amount of $5,000,000 by up to 25% and exercise the extension option based on the Department of Public Works' needs, and upon execution of the agreement supplements, the value of each agreement would increase in an amount not to exceed $6,250,000 each or a combined total amount not to exceed $25,000,000. **(Department of Public Works)**   (21-3811)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*        Board Letter
                          Public Comment/Correspondence

**EXHIBIT 27 - Page 1068**

**Board of Supervisors**                    **Statement Of Proceedings**                    **October 5, 2021**

25.   **Resolution of Summary Vacation in the Unincorporated Community of Agoura**

Recommendation: Find that the road easement to be vacated for public road and highway purposes on a portion of Waring Drive north of Mulholland Highway, in the unincorporated community of Agoura (3), is not useful as a nonmotorized transportation facility, is excess, not required for street or highway purposes, and can be vacated; adopt a Resolution of Summary Vacation of a Portion of Waring Drive north of Mulholland Highway; upon approval, authorize the Director of Public Works to record the certified original resolution with the Registrar-Recorder/County Clerk; and find that the proposed project is exempt from the California Environmental Quality Act. **(Department of Public Works)** (21-3818)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

26.   **Resolution of Summary Vacation in the Unincorporated Community of Agua Dulce**

Recommendation: Find that the easement for public road and highway purposes on a portion of Agua Dulce Canyon Road, in the unincorporated community of Agua Dulce (5), is not useful as a nonmotorized transportation facility and is excess, not required for street or highway purposes and can be vacated; adopt a Resolution of Summary Vacation of a Portion of Agua Dulce Canyon Road south of White Fox Street (Private Street); upon approval, authorize the Director of Public Works to record the certified original resolution with the Registrar-Recorder/County Clerk; and find that the proposed project is exempt from the California Environmental Quality Act. **(Department of Public Works)** (21-3813)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 27*

**EXHIBIT 27 - Page 1069**

**Board of Supervisors**                    **Statement Of Proceedings**                    **October 5, 2021**

**27.    Annexation to County Lighting Districts in the Unincorporated Areas of Avocado Heights and South Whittier**

Recommendation: Approve and file Petition Nos. 14-221 and 36-416 to annex territories located within the unincorporated areas of Avocado Heights and South Whittier (1 and 4) to County Lighting Maintenance District (CLMD) 1687 and County Lighting District Landscaping and Lighting Act-1 (CLD LLA-1), Unincorporated Zone; adopt a resolution initiating proceedings for the annexation of territories to CLMD 1687 and CLD LLA-1, Unincorporated Zone; and authorize the Director of Public Works to prepare and file an Engineer's Report for each petition area. **(Department of Public Works)**  (21-3821)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 28*

**EXHIBIT 27 - Page 1070**

Board of Supervisors                    Statement Of Proceedings                    October 5, 2021

**28.    Final Map in the Unincorporated Community of Castaic**

Recommendation: Approve the final map for Tract No. 52584-04 in the unincorporated community of Castaic (5); accept grants and dedications as indicated on the final map for Tract No. 52584-04; and find that approval of the final map is exempt from the California Environmental Quality Act. **(Department of Public Works)** (21-3831)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**29.    Malibu Branch Feeder 30-Inch Realignment Project**

Recommendation: Acting as the Governing Body of the County Waterworks District No. 29, Malibu, approve the change in work of $900,000 related to additional project work and extra costs associated with addressing contaminated soil for the Malibu Branch Feeder 30-Inch Realignment Project in the City of Los Angeles (3) with Christensen Brothers General Engineering, Inc.; and find that the recommended action is within the scope of the previously approved exemption from the California Environmental Quality Act. **(Department of Public Works)** (21-3825)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 29*

**EXHIBIT 27 - Page 1071**

**Public Safety**

**30.**    **Report on the Expansion of the First Responder Protocol and Advocacy Services for Commercially Sexually Exploited Children**

Report by the Commercially Sexually Exploited Children (CSEC) Integrated Leadership Team on the expansion of the First Responder Protocol and advocacy services for CSEC, as requested at the Board meeting of March 8, 2016. (16-1656)

**Michelle King addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, the report was received and filed.**

**Said motion, was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Report
Public Comment/Correspondence
Audio

**31.**    **Special Appropriation Funds Transfer**

Recommendation: Approve the transfer of funds from Services and Supplies to reimburse the Sheriff's Special Appropriation Fund in the amount of $2,142.62. **(Sheriff's Department)**  (21-3792)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**EXHIBIT 27 - Page 1072**

**Ordinance for Adoption**

32.    **Proprietary Industrial Gas Pipeline Franchise Granted to Praxair, Inc. Ordinance Amendment**

Ordinance for adoption amending the proprietary industrial gas pipeline franchise granted by Ordinance No. 2011-0056F to Praxair, Inc., a Delaware Corporation, to extend the term of the franchise for 15 years through November 9, 2036; impose testing and reporting requirements pertaining to static, abandoned, idle, inactive and out-of-service pipelines in compliance with applicable Federal, State and local pipeline laws; and make other minor revisions to clarify certain terms and conditions of the franchise.   (21-3654)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, the Board adopted Ordinance No. 2021-0053F entitled, "An ordinance amending Ordinance No. 2011-0056F, a proprietary industrial gas pipeline franchise granted to Praxair, Inc., a Delaware Corporation, to extend the term of the franchise for fifteen years, through November 9, 2036; impose testing and reporting requirements pertaining to static, abandoned, idle, inactive, and out-of-service pipelines in compliance with applicable Federal, State, and local pipeline laws; and make other minor revisions to clarify certain terms and conditions of the franchise."  This ordinance shall take effect November 4, 2021 and become operative on November 10, 2021.**

**This item was duly carried by the following vote:**

|  | | |
|---|---|---|
| **Ayes:** | 4 - | Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |
| **Abstentions:** | 1 - | Supervisor Mitchell |

*Attachments:*    Ordinance
                         Certified Ordinance
                         Public Comment/Correspondence

**EXHIBIT 27 - Page 1073**

**Miscellaneous**

**33.** **Ordinance Amending County Code, Title 6 - Salaries Applicable Only to Los Angeles County Employee Retirement Association**

Los Angeles County Employee Retirement Association's (LACERA) recommendation: Approve an ordinance for introduction amending County Code, Title 6 - Salaries for LACERA to add one new unclassified classification, two new classifications and salaries, change the title of two non-represented classifications, adjust the salary of eight non-represented classifications and change a special pay provision to add bonus eligibility for one unclassified classification for LACERA, applicable to LACERA only. (Relates to Agenda No. 44)  (21-3804)

**On motion of Supervisor Hahn, seconded by Supervisor Kuehl, this item failed to carry by the following vote:**

**Noes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**34.** **Ordinance Amending County Code, Title 6 - Salaries Applicable Only to Los Angeles County Employee Retirement Association**

Los Angeles County Employee Retirement Association's (LACERA) recommendation: Approve an ordinance for introduction amending County Code, Title 6 - Salaries, to update the staffing positions for LACERA, add two Document Processing Assistant, five Finance Analyst III, two Human Resources Analyst, 19 Retirement Benefit Specialist II positions, one Retirement Systems Specialist, two Senior Disability Retirement Spec positions, one Staff Counsel, and one SUPVG Administrative Assistant II, for LACERA only. (Relates to Agenda No. 45) (21-3812)

**On motion of Supervisor Mitchell, seconded by Supervisor Barger, this item failed to carry by the following vote:**

**Noes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**EXHIBIT 27 - Page 1074**

**Board of Supervisors**                    **Statement Of Proceedings**                    October 5, 2021

---

**35.    Settlement of the Matter Entitled, <u>Shaun Marshall v. County of Los Angeles,
          et al.</u>**

Los Angeles County Contract Cities Liability Trust Fund Claims Board's
recommendation: Authorize settlement of the matter entitled, <u>Shaun Marshall v.
County of Los Angeles, et al.</u>, United States District Court Case No.
8-20-CV-00916 in the amount of $525,000 and instruct the Auditor-Controller to
draw a warrant to implement this settlement from the Sheriff's Department Contract
Cities Trust Fund's budget.

This lawsuit concerns allegations of civil rights violations, false arrest and falsified
police report by Sheriff's Deputies.  (21-3794)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item
was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor
>                     Hahn, Supervisor Barger and Supervisor Solis

*<u>Attachments:</u>*    Board Letter
                    Public Comment/Correspondence

**36.    City of Lakewood Election**

Request from the City of Lakewood: Approve the City's request to change its
General Municipal Election from March of even-numbered years to the date of the
Statewide Primary Election in even-numbered years, and consolidate the election
with the Statewide Primary Elections conducted by the County, commencing in
2022.  (21-3796)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item
was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor
>                     Hahn, Supervisor Barger and Supervisor Solis

*<u>Attachments:</u>*    Board Letter
                    Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 33*

**EXHIBIT 27 - Page 1075**

**37.**    **City of Paramount Election**

Request from the City of Paramount: Approve the City's request to change its General Municipal Election from the first Tuesday after the first Monday in March of even-numbered years to the date of the Statewide Primary Election in even-numbered years, and consolidate the election with the Statewide Primary Elections conducted by the County, commencing on June 7, 2022.   (21-3798)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*    Board Letter
Public Comment/Correspondence

**38.**    **City of San Gabriel Election**

Request from the City of San Gabriel: Approve the City's request to change its General Municipal Election from the first Tuesday after the first Monday in March of even-numbered years to the first Tuesday after the first Monday in November of even-numbered years, and consolidate the election with the Statewide General Elections conducted by the County, commencing on November 8, 2022. (21-3797)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*    Board Letter
Public Comment/Correspondence

**EXHIBIT 27 - Page 1076**

**Board of Supervisors**                **Statement Of Proceedings**                October 5, 2021

---

**39.    Inglewood Unified School District Levying of Taxes**

Request from the Inglewood Unified School District: Adopt a resolution authorizing the County to levy taxes in an amount sufficient to pay the principal of and interest on the District's Election of 2020 General Obligation Bonds, Series A, in an aggregate principal amount not to exceed $75,000,000; and direct the Auditor-Controller to place on the 2021-22 tax roll, and all subsequent tax rolls, taxes sufficient to fulfill the requirements of the debt service schedule for the Bonds that will be provided to the Auditor-Controller by the District following the sale of the Bonds.  (21-3801)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**40.    Long Beach Community College District Levying of Taxes**

Request from the Long Beach Community College District: Adopt a resolution authorizing the County to levy taxes in an amount sufficient to pay the principal of and interest on the District's General Obligation Bonds, 2016 Election, 2021 Series D (Tax-Exempt) and its General Obligation Bonds, 2016 Election, 2021 Series E (Federally Taxable), in an aggregate principal amount not to exceed $160,000,000; and direct the Auditor-Controller to place on the 2022-23 tax roll, and all subsequent tax rolls, taxes sufficient to fulfill the requirements of the debt service schedule for the Bonds that will be provided to the Auditor-Controller by the District following the sale of the Bonds.  (21-3800)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

---

**EXHIBIT 27 - Page 1077**

**Board of Supervisors**                **Statement Of Proceedings**                **October 5, 2021**

### Miscellaneous Additions

41.    **Additions to the agenda which were posted more than 72 hours in advance of the meeting, as indicated on the supplemental agenda.**  (12-9995)

41-A.    **Indigenous Peoples Day 2021 and Development of a Land Acknowledgement and Land Access Policies**

Recommendation as submitted by Supervisors Solis and Kuehl: Promote Indigenous Peoples Day 2021 by encouraging all County Departments and County residents to participate in Indigenous Peoples Day celebrations and activities taking place on and around October 11, 2021; instruct the Acting Director of Workforce Development, Aging and Community Services and the Director of Arts and Culture, to fund $75,000 each, for a total of $150,000, to hire a consultant to facilitate development of Land Acknowledgement and Land Access policies, protocols and toolkits for the County, in accordance with the Countywide Cultural Policy, gather input to inform ways in which the County has harmed local tribal nations, and fund honorariums to pay tribal leaders or their designees for their time and knowledge; and authorize the Director of Arts and Culture, in coordination with the Acting Director of Workforce Development, Aging and Community Services and the Executive Director of the Native American Indian Commission, to enter into agreements with one or more consultants, as needed, to carry out the directive.  (21-3930)

**Michelle King addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisors Solis and Kuehl
Public Comment/Correspondence
Audio

*County of Los Angeles*                *Page 36*

**EXHIBIT 27 - Page 1078**

**41-B.** **Proclaiming November 2021 as United Way of Greater Los Angeles' "WalkUnitedLA Day"**

Recommendation as submitted by Supervisor Solis: Proclaim Saturday, November 6, 2021, as "WalkUnitedLA Day" throughout Los Angeles County, and encourage employees and their families to join the County team and participate in this important community event to help our most vulnerable neighbors and communities.  (21-3929)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*       Motion by Supervisor Solis
Public Comment/Correspondence

**EXHIBIT 27 - Page 1079**

**Board of Supervisors**              **Statement Of Proceedings**              **October 5, 2021**

**41-C.  Supporting Haitian Immigrants and their Families**

Recommendation as submitted by Supervisor Mitchell: Instruct the Executive Director of the Office of Immigrant Affairs within the Department of Consumer and Business Affairs, in collaboration with the Directors of Mental Health, Public Social Services and Health Services and other relevant County Departments and community-based stakeholders, to take the following actions:

> Identify wraparound support services that can be provided to Haitian immigrants and their families, including medical and mental health care, workforce development and immigration legal assistance; and

> Develop and implement a plan (including culturally-sensitive outreach strategies) to provide the above services to Haitian immigrants and their families; and

Direct the Chief Executive Officer, through the Legislative Affairs and Intergovernmental Relations Division, to send a five-signature letter to the United States Secretary of State Antony Blinken informing him that the Board stands ready to work with the Federal government to welcome and support Haitian immigrants and their families.  (21-3928)

**Dr. Genevieve Clavreul and Michelle King addressed the Board.  Interested person(s) also submitted written testimony.**

**After discussion, on motion of Supervisor Mitchell, seconded by Supervisor Solis, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

<u>*Attachments:*</u>    Motion by Supervisor Michell
Five-Signature Letter
Public Comment/Correspondence
Audio I
Audio II

---

*County of Los Angeles*                         *Page 38*

**EXHIBIT 27 - Page 1080**

Board of Supervisors                    Statement Of Proceedings                    October 5, 2021

**41-D.** **Initiate Process to Return Bruce's Beach to the Bruce Family**

Recommendation as submitted by Supervisors Hahn and Mitchell: Instruct the Chief Executive Officer, through the Anti-Racism, Diversity, and Inclusion Initiative, and County Counsel, to take the following actions:

> Coordinate with the State Department of Parks and Recreation to receive the executed amendment to the deed that transferred the property from the State to the County to remove Bruce's Beach from the restrictions previously imposed by the State, consistent with Senate Bill 796 (Bradford);
>
> Prepare and present to the Board the resolution of acceptance for the amended deed upon receipt of the amended deed executed by the State; and
>
> Pursue an expeditious process in determining legal heirship, in cooperation with the Treasurer and Tax Collector's Public Administrator, in order to identify and vet potential claimants and report back to the Board when the vetting process is concluded.  (21-3924)

**Johnny Gray, Jessa Williams, Kruti Parekh, Justin Verbiest, Allison Hales, Tony Pierce and Mitch Ward addressed the Board.  Interested person(s) also submitted written testimony.**

**After discussion, on motion of Supervisor Hahn, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*     Motion by Supervisors Hahn and Mitchell
Report
Public Comment/Correspondence
Audio I
Audio II

**EXHIBIT 27 - Page 1081**

Board of Supervisors                Statement Of Proceedings                October 5, 2021

**41-E.  Inmate Telephone System and Services Agreement Amendment**

Recommendation: Authorize the Sheriff to execute an amendment to a sole source agreement with Public Communications Services, Inc. (PCS) to extend the agreement for six months through April 30, 2022, with a six-month extension option, exercisable in any increment, through October 31, 2022, modify the inmate telephone billing rates consistent with the California Public Utility Commission (CPUC) 20-10-002 and Federal Communication Commission 21-60 rulings, modify the Inmate Welfare Fund revenue share, eliminate the Minimum Annual Guarantee, eliminate or modify the ancillary service charges set forth in the agreement and add or modify certain County-mandated standard provisions; exercise the extension option in any increment, provided a 30-day advance written notification is provided to the Board; terminate the agreement if needed, with 30 days advance written notice to PCS; and negotiate and enter into an alternative amendment with PCS prior to October 27, 2021, in the event CPUC 20-10-002 is stayed by the court, with advance notice provided to the Board. **(Sheriff's Department and Probation Department)**  (21-3931)

**Eric Preven and Pearl Marshall addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*        Board Letter
                     Public Comment/Correspondence
                     Audio

---

*County of Los Angeles*                        *Page 40*

EXHIBIT 27 - Page 1082

## IV.  ORDINANCES FOR INTRODUCTION    44 - 48

**44.**    **County Code, Title 6 - Salaries Amendment**

Ordinance for introduction amending County Code, Title 6 - Salaries, relating to the Los Angeles County Employees Retirement Association (LACERA) only, by adding and establishing the salary for one unclassified classification, with special pay provision, two non-represented employee classifications, and three employee classifications; changing the title for two existing non-represented employee classifications and adjusting their salaries; adjusting the salary for six non-represented employee classifications; and changing a special pay provision to add bonus eligibility for one unclassified classification applicable only to LACERA. (Relates to Agenda No. 33)  (21-3808)

**On motion of Supervisor Hahn, seconded by Supervisor Kuehl, this item failed to carry by the following vote:**

**Noes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Ordinance
Public Comment/Correspondence

**45.**    **County Code, Title 6 - Salaries Amendment**

Ordinance for introduction amending County Code, Title 6 - Salaries relating to the Los Angeles County Employees Retirement Association (LACERA) only, by adding the number of ordinance positions for classifications, applicable only to LACERA. (Relates to Agenda No. 34)  (21-3815)

**On motion of Supervisor Mitchell, seconded by Supervisor Barger, this item failed to carry by the following vote:**

**Noes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Ordinance
Public Comment/Correspondence

**EXHIBIT 27 - Page 1083**

**46.**     **County Code, Title 6 - Salaries Amendment**

Ordinance for introduction amending County Code, Title 6 -Salaries, by adding and establishing the salary for one employee classification, one unclassified classification, and one unclassified classification with special pay provision applicable only to the Los Angeles County Employees Retirement Association (LACERA); changing the title of two non-represented employee classifications applicable only to LACERA; adding, deleting and/or changing certain employee classifications and number of ordinance positions applicable only to LACERA; and changing a special pay provision to add bonus eligibility for one unclassified classification applicable only to LACERA. (Relates to Agenda No. 13)  (21-3852)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, the Board introduced, waived reading and ordered placed on the agenda for adoption an ordinance entitled, "An ordinance amending Title 6 - Salaries of the Los Angeles County Code to add and establish the salary for two unclassified classifications, one with special pay provision; and add, delete, and/or change certain employee classifications and number of ordinance positions in the Los Angeles County Employees Retirement Association."**

**This item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*     Ordinance
Public Comment/Correspondence

**EXHIBIT 27 - Page 1084**

**47.**    **County Code, Title 6 - Salaries Amendment**

Ordinance for introduction amending County Code, Title 6 - Salaries by adding and establishing the salaries for one unclassified classification and two employee classifications; and adding, deleting and/or changing certain employee classifications and number of ordinance positions in the Departments of Auditor-Controller, Board of Supervisors, Child Support Services, District Attorney, Los Angeles County Health Agency, Parks and Recreation, Public Defender and Public Social Services. (Relates to Agenda No. 14)  (21-3857)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, the Board introduced, waived reading and ordered placed on the agenda for adoption an ordinance entitled, "An ordinance amending Title 6 – Salaries of the Los Angeles County Code to add and establish the salaries for one unclassified classification and two employee classifications; and add, delete, and/or change certain employee classifications and number of ordinance positions in various Departments to implement the findings of classification studies."**

**This item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Ordinance
Public Comment/Correspondence

**EXHIBIT 27 - Page 1085**

**Board of Supervisors**      **Statement Of Proceedings**      **October 5, 2021**

**48.**    **County Code, Title 6 - Salaries Amendment**

Ordinance for introduction amending County Code, Title 6 - Salaries by adding, deleting and/or changing certain employee classifications and number of ordinance positions in the Department of Health Services. (Relates to Agenda No. 15)  (21-3859)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, the Board introduced, waived reading and ordered placed on the agenda for adoption an ordinance entitled, "An ordinance amending Title 6 – Salaries of the Los Angeles County Code to add, delete, and/or change certain employee classifications and number of ordinance positions in the Department of Health Services to implement the findings of a classification study."**

**This item was duly carried by the following vote:**

       **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Ordinance
                Public Comment/Correspondence

**EXHIBIT 27 - Page 1086**

Board of Supervisors                Statement Of Proceedings                October 5, 2021

## V.  SEPARATE MATTER   49

49.      **Issuance and Sale of 2021 General Obligation Bonds**

Recommendation: Adopt a resolution authorizing the issuance and sale of the Los Angeles Unified School District's 2021 General Obligation Bonds, Series A, in an aggregate principal amount not to exceed $500,000,000. **(Treasurer and Tax Collector)**  (21-3807)

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*      Board Letter
                    Public Comment/Correspondence

*County of Los Angeles*                *Page 45*

**EXHIBIT 27 - Page 1087**

Board of Supervisors                     Statement Of Proceedings                     October 5, 2021

## VI.   FISCAL YEAR 2021-22 SUPPLEMENTAL BUDGET RESOLUTIONS    50 - 55

**50.**      **Items from Previous Board Meetings Deferred to Supplemental Budget Resolution**

1. **Increasing the Effectiveness of the Affordable Housing Programs Budget Unit and Adopting a Resolution to Submit Infill Infrastructure Grant Application**

   Report by the Chief Executive Officer making recommendations on expenditures from the Affordable Housing Programs Budget Unit and, in collaboration with the Executive Director of the Los Angeles County Development Authority, identifying administration and monitoring costs, funding recommendations, and funding agreements.   (21-3657)

2. **Empowering Indigent Defense Services in the County of Los Angeles**

   Report by the Chief Executive Officer, in collaboration with the Public Defender, Alternate Public Defender, and Director of Personnel, with assessment of the Public Defender and Alternate Public Defender's Fiscal Year (FY) 2021-22 budget request and plan for meeting the identified critical needs, including the constitutional obligation to provide indigent defendants with quality legal representation in criminal cases.   (21-3665)

*County of Los Angeles*                     *Page 46*

**EXHIBIT 27 - Page 1088**

3.   **Youth Justice Reimagined: Fulfilling a New Model for Youth Justice in
     Los Angeles County**

Report by the Chief Executive Officer on the fiscal analysis for the
implementation of the Youth Justice Reimagined Report recommendations,
including expansion of the Diversion and Re-Entry's Division of Youth
Diversion and Development's pre-arrest prevention, youth development
services to all eligible youth Countywide, establishment of a new Department of
Youth Development, and details on the "Department of Youth Development
Project Fund" referenced in the Chief Executive Officer's County Budget
Letter dated June 28, 2021, which the Chief Executive Officer expects to be
seeded with funding over multiple budget years and deployed as appropriate to
maximize services to system-involved youth.   (21-3677)

4.   **Enhanced Enforcement Against Water Theft and Illegal Cannabis
     Grows in the Antelope Valley and Illegal Cannabis Dispensaries in
     Unincorporated Areas**

Report by the Chief Executive Officer on potential funding sources for the
Sheriff's Department to sustain eradication of this serious environmental and
quality of life nuisance.   (21-3685)

5.   **Implementing an Early Detection Rapid Response Plan to Protect
     County Trees**

Report by the Chief Executive Officer to identify funding on a three-year,
phased funding plan to provide the necessary funding and staff levels per the
recommendations of the Early Detection Rapid Response plan.   (21-3686)

EXHIBIT 27 - Page 1089

6.  **Taking Action: Further Protections for Surviving Families from Law Enforcement Harassment and Retaliation**

Report by the Chief Executive Officer, in collaboration with the Sheriff Civilian Oversight Commission, Office of Inspector General, Department of Mental Health, Department of Public Health's Office of Violence Prevention, Medical Examiner-Coroner, and other relevant County and community stakeholders, to identify ongoing funding necessary to continue the Los Angeles County Board of Supervisors' established Family Assistance Program to support families following an in-custody death or fatal use of force by law enforcement. (21-3687)

7.  **Removing Barriers to Aquatics Programming for Seniors and Individuals with Disabilities at County Swimming Pools**

Report by the Chief Executive Officer, in collaboration with the Directors of Parks and Recreation and Workforce Development, Aging and Community Services through the Aging Branch, on the availability of funding to backfill lost revenue resulting from implementation of the discount program.   (21-3688)

**EXHIBIT 27 - Page 1090**

Board of Supervisors                    Statement Of Proceedings                    October 5, 2021

8.  **Increasing Permanent Housing by Expanding the Flexible Housing Subsidy Pool**

Report by the Chief Executive Officer, in collaboration with the Interim Director of the Homeless Initiative, the Director of Health Services, and the Executive Director of the Los Angeles County Development Authority, on the feasibility of creating up to 1,000 new Flexible Housing Subsidy Pool (FHSP) slots using existing County and incoming Federal and State homelessness funding including, but not limited to, Homeless, Housing, Assistance and Prevention, the American Rescue Plan, and the Governor's California Comeback Plan, an overview of how new funding opportunities can also be used to fund FHSP tenancy support and housing acquisition services for Federal voucher holders, and recommendations on how to use new FHSP slots to increase turnover of interim housing beds by quickly matching high acuity clients to permanent housing and supporting the exit of clients from interim housing.   (21-3689)

9.  **Sustaining Jail-Based Diversion**

Report by the Chief Executive Officer to identify a sustainability plan with ongoing funding for the Office of Diversion and Re-Entry's (ODR's) jail-based diversion work, including updates on the options laid out in the Chief Executive Officer's November 17, 2020 report back to the Board on ODR's budget and other funding streams and strategies.   (21-3690)

**Kruti Parekh, Olivia Shields, Nicole Brown, Katelyn Quackenbush, Jared O'Brien and Sylvia Marroquin addressed the Board. Interested person(s) also submitted written testimony.**

**Fesia Davenport, Chief Executive Officer, addressed the Board.**

**By Common Consent, there being no objection, the reports were received and filed.**

|  | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*   50.1 - 50.9 Reports
Public Comment/Correspondence
Audio I
Audio II

*County of Los Angeles*                    *Page 49*

EXHIBIT 27 - Page 1091

Board of Supervisors                    Statement Of Proceedings                    October 5, 2021

___

**Budget Matters**

**51.**  Recommendation as submitted by the Auditor-Controller: Approve the final budget adjustment for Fiscal Year (FY) 2020-21. **4-VOTES**  (21-3756)

**Katelyn Quackenbush and Sylvia Marroquin addressed the Board.**

**Fesia Davenport, Chief Executive Officer, addressed the Board.**

**On motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**  5 -  Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*  Board Letter
Public Comment/Correspondence
Audio I
Audio II

**52.**  Recommendation as submitted by the Director of Health Services:  **4-VOTES**

1.  Approve the FY 2020-21 Year-End Budget Adjustment for the Department of Health Services (DHS) to adjust the Enterprise Fund Obligated Fund Balance to $1,523,700,000 as of June 30, 2021;

2.  Approve the FY 2020-21 Budget Adjustment to realign funding for the Measure B Special Revenue Fund; and

3.  Approve the FY 2020-21 appropriation adjustments to adjust long-term receivables for Cost Based Reimbursement Clinics, Enhanced Payment Program, and Quality Incentive Program revenues at various DHS facilities. (21-3863)

**Katelyn Quackenbush and Sylvia Marroquin addressed the Board.**

**Fesia Davenport, Chief Executive Officer, addressed the Board.**

**On motion of Supervisor Kuehl, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

**Ayes:**  5 -  Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*  Board Letter
Public Comment/Correspondence
Audio I
Audio II

___

*County of Los Angeles*                    *Page 50*

**EXHIBIT 27 - Page 1092**

**53.** Recommendation as submitted by the Auditor-Controller: Adopt the budget resolution supplementing the FY 2021-22 budget adopted on June 28, 2021. **3-VOTES** (21-3864)

**Katelyn Quackenbush and Sylvia Marroquin addressed the Board.**

**Fesia Davenport, Chief Executive Officer, addressed the Board.**

**On motion of Supervisor Barger, seconded by Supervisor Solis, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*    Supplemental Budget Resolution
Public Comment/Correspondence
Audio I
Audio II

**EXHIBIT 27 - Page 1093**

**54.**    Recommendation as submitted by the Chief Executive Officer regarding adjustments to the FY 2021-22 Adopted County Budget to reflect various supplemental changes and authorization to execute funding agreements.

1.  Adopt the attached supplemental changes to the FY 2021-22 Adopted County Budget. **3- AND 4-VOTES**

2.  Rescind the hard-hiring freeze for all departments except the Probation - Juvenile Institutions Services budget unit and the Sheriff's Department (LASD), and rescind the freeze on non-essential services, supplies and equipment purchases for all departments except LASD. **3-VOTES**

3.  Authorize the Chief Executive Officer to execute and, if necessary, amend or terminate funding agreements totaling $11,925,000 with the following:  (a) Friends of the Fair at an amount not to exceed $200,000 for the Antelope Valley Rural Museum at the Antelope Valley Fairgrounds; (b) City of La Habra Heights at an amount not to exceed $125,000 for the Heli-Hydrant; and (c) Los Angeles County Development Authority at an amount not to exceed $11,600,000 for the Affirmatively Furthering Fair Housing Program in the amount of $5,000,000, City of Lancaster for acquisition of parcels for the SOS Village for Foster Youth Project in the amount of $500,000, West Los Angeles Veterans Affairs (West LA VA) Campus North Village Qualified Infill Area (QIA) project in the amount of $100,000 (upon confirmation of award), Catalytic Development Fund in the amount of $3,000,000 and Manufacturing Loan Fund in the amount $3,000,000. **3-VOTES**  (21-3865)

**Kruti Parekh, Olivia Shields, Ambrose Brooks, Eunisses Hernandez, Eric Preven, Nicole Brown, Michelle King, Katelyn Quackenbush, Pearl Marshall, Jared O'Brien and Sylvia Marroquin addressed the Board. Interested person(s) also submitted written testimony.**

**Fesia Davenport, Chief Executive Officer, addressed the Board and responded to questions.**

**After discussion, on motion of Supervisor Mitchell, seconded by Supervisor Kuehl, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Presentation
Public Comment/Correspondence
Audio I
Audio II

**EXHIBIT 27 - Page 1094**

**Board of Supervisors**    **Statement Of Proceedings**    **October 5, 2021**

**55.** Recommendation as submitted by the Auditor-Controller: Adopt the final budget resolution confirming supplemental changes to the County budget for FY 2021-22. **3-VOTES**  (21-3866)

**Katelyn Quackenbush, Eric Preven and Sylvia Marroquin addressed the Board.**

**Fesia Davenport, Chief Executive Officer, addressed the Board.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Resolution
Public Comment/Correspondence
Audio I
Audio II

**EXHIBIT 27 - Page 1095**

Board of Supervisors                    Statement Of Proceedings                    October 5, 2021

## VII.   CLOSED SESSION MATTERS FOR OCTOBER 5, 2021

**CS-1.**   CONFERENCE WITH LEGAL COUNSEL - ANTICIPATED LITIGATION
(Paragraph (2) of subdivision (d) of Government Code Section 54956.9)

Significant exposure to litigation (two cases).

**In Open Session, this item was continued one week to October 12, 2021.**
(20-2580)

*Attachments:*      Public Comment/Correspondence

**CS-2.**   DEPARTMENT HEAD PERFORMANCE EVALUATIONS
(Government Code Section 54957)

Department Head performance evaluations.

**In Open Session, this item was continued one week to October 12, 2021.**
(11-1977)

*Attachments:*      Public Comment/Correspondence

**CS-3.**   CONFERENCE WITH LABOR NEGOTIATORS
(Government Code Section 54957.6)

Agency designated representatives: Fesia Davenport, Chief Executive Officer and
designated staff

Employee Organization(s) for represented employees: The Coalition of County
Unions, AFL-CIO; Local 721, SEIU, Union of American Physicians and Dentists;
Peace Officers Counsel of California; Association of Public Defender
Investigators; Association of Deputy District Attorneys; Los Angeles County
Association of Environmental Health Specialists; and

Unrepresented employees (all).

**In Open Session, this item was continued one week to October 12, 2021.**
(17-0363)

*Attachments:*      Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 54*

**EXHIBIT 27 - Page 1096**

## VIII.   GENERAL PUBLIC COMMENT     56

**56.**     Opportunity for members of the public to address the Board on items of interest that are within the subject matter jurisdiction of the Board.

**Roy Humphreys, Kruti Parekh, Sevan Derabidian, Ezequiel Andrade, Olivia Shields, Lorenzo Gonzalez, Ambrose Brooks, Hannah Carr, Camila Alvarado, Marvin Ambriz, Monique Hedmann, Eunisses Hernandez, Nicole Brown, Dawn Hakim, Myesha Hudson, Michelle King, Donald Harlan, Javier Gonzalez, Katelyn Quackenbush, Pearl Marshall, Jared O'Brien, Joseph Rizza, Sylvia Marroquin and Jones Okeke.  Interested person(s) also submitted written testimony.**  (21-3952)

*Attachments:*     Public Comment/Correspondence
Audio

**EXHIBIT 27 - Page 1097**

Board of Supervisors                    Statement Of Proceedings                    October 5, 2021

---

**IX.   ADJOURNMENT    57**

57.    On motions, duly seconded and unanimously carried, the meeting was adjourned in memory of the following persons:

**Supervisor Solis and All Members of the Board**
Luis B. Garcia

**Supervisor Solis**
Ed Apodaca
Guadalupe Martinez

**Supervisor Mitchell**
John August Swanson
Dr. Saundra Ann Wakefield-Davis
Kawen T. Young

**Supervisor Kuehl**
Darwin Miller
Marian Neuman
Sidney Walton

**Supervisor Hahn**
Wyatt Eddy
Nadine McCowan

**Supervisor Barger**
Lewis "Lew" Arnold
George Edward Moss
Betty J. Tennyson
Arthur Graner Thorne III  (21-3980)

---

*County of Los Angeles*                    *Page 56*

**EXHIBIT 27 - Page 1098**

**Closing**

58.  The Board of Supervisors of the County of Los Angeles, and ex officio the governing body of all other special assessment and taxing districts, agencies and authorities for which said Board so acts, adjourned its meeting at 2:06 p.m.

The Board will hold Special Closed Session Meetings on Wednesday, October 6, 2021 at 10:30 a.m. and Tuesday, October 12, 2021 at 9:30 a.m.

The next Regular Meeting of the Board will be Tuesday, October 19, 2021 at 9:30 a.m.  (21-3981)

The foregoing is a fair statement of the proceedings of the regular meeting held October 5, 2021, by the Board of Supervisors of the County of Los Angeles and ex officio the governing body of all other special assessment and taxing districts, agencies and authorities for which said Board so acts.

Celia Zavala, Executive Officer
Executive Officer-Clerk
of the Board of Supervisors

By

Adela Guzman
Head Board Specialist, Agenda
Preparation Section

**EXHIBIT 27 - Page 1099**