# EXHIBIT 28

EXHIBIT 28 - Page 1100



**STATEMENT OF PROCEEDINGS FOR THE**

**REGULAR MEETING OF THE BOARD OF SUPERVISORS**

**OF THE COUNTY OF LOS ANGELES HELD VIRTUALLY IN**

**ROOM 381B OF THE KENNETH HAHN HALL OF ADMINISTRATION**

**500 WEST TEMPLE STREET, LOS ANGELES, CALIFORNIA 90012**

**Tuesday, November 2, 2021**

**9:30 AM**

Present:        Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

Video Link for the Entire Virtual Meeting  (03-1075)

*Attachments:*        Video Transcript

Pledge of Allegiance led by Supervisor Sheila Kuehl, Third Supervisorial District.

I.   SET MATTER    10:30 A.M.

**S-1.   Public Health Order**

Discussion and consideration of necessary actions on the Public Health Order related to COVID-19, as requested by the Chair of the Board and status on the COVID-19 vaccine.  (20-4861)

**Dr. Genevieve Clavreul addressed the Board.  Interested person(s) also submitted written testimony.**

**Dr. Barbara Ferrer, Director of Public Health, and Dr. Christina Ghaly, Director of Health Services, made a presentation and responded to questions posed by the Board.  Fesia Davenport, Chief Executive Officer, also responded to questions posed by the Board.**

**EXHIBIT 28 - Page 1101**

| Board of Supervisors | Statement Of Proceedings | November 2, 2021 |
|---|---|---|

**After discussion, by Common Consent, there being no objection, this item was received and filed.**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Health Services Presentation
Public Health Presentation
Public Comment/Correspondence
Audio

## II.   SPECIAL DISTRICT AGENDAS

**STATEMENT OF PROCEEDINGS FOR THE MEETING OF
THE LOS ANGELES COUNTY
DEVELOPMENT AUTHORITY
TUESDAY, NOVEMBER 2, 2021
9:30 A.M.**

**1-D.   Federal Emergency Rental Assistance Program**

Recommendation as submitted by Supervisor Solis: Accept delegation to act on behalf of the County in providing outreach to County residents and administration of the County's Emergency Rental Assistance Program (ERA 2) Funds for the State Rental Assistance Program and authorize the Executive Director of the Los Angeles County Development Authority to execute an agreement, and any necessary amendments, with the County to accept and incorporate up to 3% of the County's ERA 2 Funds into the Los Angeles County Development Authority's approved Fiscal Year 2021-22 budget; and authorize the Executive Director to execute any related agreements and necessary amendments, with any consultants, community-based organizations and service providers including, but not limited to, cities and nonprofits, as necessary to assist the State in the administration of the ERA 2 Funds for the State Rental Assistance Program within the County. (Relates to Agenda No. 12) **4-VOTES**  (21-4256)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Solis
Public Comment/Correspondence

| *County of Los Angeles* | *Page 2* | |
|---|---|---|

**EXHIBIT 28 - Page 1102**

**Board of Supervisors**                    **Statement Of Proceedings**                    **November 2, 2021**

**2-D.**    **Authorization to Submit an Application to the California Department of Housing and Community Development for the Vermont Manchester Family Project Under the California Housing Accelerator Program**

Recommendation as submitted by Supervisor Mitchell: Accept designation to act as the agent of the County and authorize the Executive Director of the Los Angeles County Development Authority to apply for, accept and allocate funds received from the California Department of Housing and Community Development for the Vermont Manchester Family Project located on the east side of the 8400 and 8500 blocks of South Vermont Avenue in the City of Los Angeles in an amount not to exceed $80,000,000 under the 2021 Housing Accelerator Program, execute all documentation deemed necessary or appropriate to secure the California Housing Accelerator funds and support a joint application with BRIDGE Housing Corporation (BRIDGE), and negotiate and execute any required mutual indemnity agreements and funding agreements between the County and BRIDGE; and incorporate into its Fiscal Year 2021-22 budget the California Housing Accelerator funds. (Relates to Agenda No. 2)   (21-4246)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Mitchell
Public Comment/Correspondence

*County of Los Angeles*                    *Page 3*

**EXHIBIT 28 - Page 1103**

Board of Supervisors                    Statement Of Proceedings                    November 2, 2021

**3-D.   Penny Lane Centers Imagine Village Project**

Recommendation as submitted by Supervisor Barger: Approve and authorize the Executive Director of the Los Angeles County Development Authority to execute a Community Development Block Grant (CDBG) Reimbursable Contract with Penny Lane Centers, for the Imagine Village II Project (Project), a housing development located in the City of Lancaster, which will provide affordable housing for income-eligible households residing in the Fifth Supervisorial District, to oversee off-site improvements to the Project, using $300,000 in CDBG funds included in the Los Angeles County Development Authority's approved Fiscal Year 2021-22 budget and allocated to the Fifth Supervisorial District, effective upon execution by all parties through June 30, 2022; and acting as a responsible agency, find that the proposed improvements for the Project are exempt from the California Environmental Quality Act.  (21-4239)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*      Motion by Supervisor Barger
                            Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 4*

**EXHIBIT 28 - Page 1104**

Board of Supervisors                    Statement Of Proceedings                    November 2, 2021

**4-D.** **Multifamily Housing Mortgage Revenue Bonds or Notes for Construction of Affordable Senior Housing in the City of Long Beach**

Recommendation: Adopt and instruct the Chair to sign a resolution, as required under Treasury Regulations, declaring an intent by Mercy Housing California 95 LP, or an approved affiliate or assign thereof, to undertake bond financing in an amount not to exceed $24,310,000 to finance the construction and development of the Long Beach Senior Homes, a 68-unit affordable housing project in the City of Long Beach (Project) (4); authorize the Executive Director of the Los Angeles County Development Authority to make a request to the California Debt Limit Allocation Committee for the transfer to the Los Angeles County Development Authority (LACDA) of a private activity bond allocation in an aggregate amount not to exceed $24,310,000 for the purposes described herein in connection with the Project and take whatever further action relating to the aforesaid financial assistance may be deemed reasonable and desirable, provided that the terms and conditions under which the Bonds are to be issued and sold shall be approved by LACDA in the manner provided by law prior to the sale thereof; and approve the designation to act on behalf of the County and authorize the Executive Director to execute and, if necessary, amend the Interlocal Cooperation Agreement between the County and the City of Long Beach and perform related tasks to complete the Bond issuance. (Relates to Agenda No. 33)  (21-4135)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**EXHIBIT 28 - Page 1105**

**STATEMENT OF PROCEEDINGS FOR THE MEETING OF
THE REGIONAL PARK AND OPEN SPACE DISTRICT
OF THE COUNTY OF LOS ANGELES
TUESDAY, NOVEMBER 2, 2021
9:30 A.M.**

**1-P.    City of Walnut Creekside Park Diversity Plaza Project**

Recommendation as submitted by Supervisor Solis: Allocate an amount not to exceed $680,000 in Proposition A Excess Funds available to the First Supervisorial District pursuant to the Safe Neighborhood Parks Proposition of 1996, to the City of Walnut for the Creekside Park Diversity Plaza Project; and authorize the Director of the Regional Park and Open Space District to award grants when applicable conditions have been met, and administer the grants as of the date of award and pursuant to guidelines in the Procedural Guide for Specified, Per Parcel, and Excess Funds Projects, otherwise funds shall remain in the Excess Funds account.  (21-4262)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Solis
Public Comment/Correspondence

**EXHIBIT 28 - Page 1106**

Board of Supervisors                    Statement Of Proceedings                    November 2, 2021

### III.   CONSENT CALENDAR

### BOARD OF SUPERVISORS     1 - 24

1.      **Appointments to Commissions/Committees/Special Districts**

Recommendation for appointment/reappointment for the following Commissions/Committees/Special Districts (+ denotes reappointments): **Documents on file in the Executive Office**.

Supervisor Solis
Mary Veral, Sybil Brand Commission for Institutional Inspections

Supervisor Mitchell
Summer McBride and Booker Pearson+, Commission for Public Social Services
Nancy G. Harris+, Quality and Productivity Commission

Supervisor Hahn
Josue Alvarado, Los Angeles County Citizens' Economy and Efficiency Commission
Jackie L. Morris (Alternate), Los Angeles County Care First and Community Investment Advisory Committee
Johnathan Perisho, Watershed Area Steering Committee Community - Upper San Gabriel River

Supervisor Barger
James Goldsworthy+, Independent Citizens' Oversight Committee Proposition E Special Tax; also waive limitation of length of service requirement pursuant to County Code Section 3.100.030A
Michael R. Hastings, Regional Planning Commission
Jeanette Capaldi+, Richard Fisk+ and Wayde Hunter+, Sunshine Canyon Landfill Community Advisory Committee
Ivan Volschenk, Watershed Area Steering Committee Community - Santa Clara River & Antelope Valley

Commission on HIV
Ernest Walker+, Commission on HIV

*County of Los Angeles*                    *Page 7*

**EXHIBIT 28 - Page 1107**

**Board of Supervisors**                    **Statement Of Proceedings**                    **November 2, 2021**

Los Angeles County Child Care Planning Committee
Ariana Oliva, Policy Roundtable for Child Care and Development

Workforce Development Board
Jeffrey L. Thompson, Workforce Development Board  (21-0051)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote, with Supervisor Mitchell abstaining from voting on the appointment of Jeanette Capaldi to the Sunshine Canyon Landfill Community Advisory Committee:**

　　　　**Ayes:**　5 -　Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*　　Public Comment/Correspondence

**2.**　　**Authorization to Submit an Application to the California Department of Housing and Community Development for the Vermont Manchester Family Project Under the California Housing Accelerator Program**

Recommendation as submitted by Supervisor Mitchell: Authorize the Executive Director of the Los Angeles County Development Authority to act as the agent of the County to apply for, accept and allocate funds received from the California Department of Housing and Community Development for the Vermont Manchester Family Project located on the east side of the 8400 and 8500 blocks of South Vermont Avenue in the City of Los Angeles in an amount not to exceed $80,000,000 under the California Department of Housing and Community Development 2021 Housing Accelerator Program, execute all needed documentation to support a joint application with BRIDGE Housing Corporation (BRIDGE), and negotiate and execute any required mutual indemnity agreements and funding agreements between the County and BRIDGE; and adopt a resolution authorizing the County to be a joint applicant with BRIDGE for the Housing Accelerator Program. (Relates to Agenda No. 2-D)  (21-4241)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

　　　　**Ayes:**　5 -　Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*　　Motion by Supervisor Mitchell
　　　　　　　　Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 8*

**EXHIBIT 28 - Page 1108**

Board of Supervisors                    Statement Of Proceedings                    November 2, 2021

**3.**    **Recognizing Second District Veteran of the Year Honorees**

Recommendation as submitted by Supervisor Mitchell: In honor of Veterans Day 2021 in Los Angeles County, acknowledge and recognize the contributions of the 2021 Veteran of the Year honorees, including Kathy Cash, Sherman Watson, Jr., Dave Culmer, W. James Sargent, IV and Sterling Barbour, for their service to the United States of America and dedication to the veteran community in the Second Supervisorial District.   (21-4237)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Mitchell
Public Comment/Correspondence

**4.**    **Advancing Gender Parity as a Legislative Priority in Policing Requirements**

Recommendation as submitted by Supervisors Kuehl and Solis: Instruct County Counsel, in consultation with the Chief Executive Officer, through the Legislative Affairs and Intergovernmental Relations Division, and the Executive Director of the Women and Girls Initiative, to report back to the Board in 60 days with an analysis of the Peace Officer Standards and Training (POST) requirements and make recommendations on legislative or regulatory changes that would promote gender parity within the Los Angeles County Sheriff's Department, in particular, the analysis should address the physical agility portion of the POST requirements as well as any other portion of the POST requirements that could be revised, with the goals of increasing relevance and modernization.  (21-4263)

**Roy Humphreys, MJ King, Kathy Spillar, Eric Preven and Gwendolyn Snyder addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisors Kuehl and Solis
Report
Public Comment/Correspondence
Audio

---

*County of Los Angeles*                    *Page 9*

EXHIBIT 28 - Page 1109

5. **Homeless Assistance Program at West Los Angeles National Guard Armory**

Recommendation as submitted by Supervisor Kuehl: Adopt a resolution authorizing the Chief Executive Officer to act on behalf of the County to execute an application to the Federal Department of Health and Human Services (HHS) and the General Services Administration (GSA) for approval to use a portion of the West Los Angeles National Guard Armory (Armory) property to provide a homeless assistance program that includes interim housing and comprehensive services for People Experiencing Homelessness (PEH), and any other related documents; authorize preparation of scope, plans and budgets, as required by the HHS and GSA application process, for use of the Armory for the purpose of providing services to PEH, including bridge housing and comprehensive wrap-around services to assist homeless individuals in successfully obtaining and retaining permanent housing; and authorize the Chief Executive Officer to take the following action:

> Execute ancillary documentation necessary for the application process; and develop an estimated funding plan, to be included with the application, based on the scope, plans and budgets developed, which would use locally available revenue and/or funds, for any anticipated capital and operating costs required to design, construct and operate the proposed programs at the Armory site.  (21-4238)

**Harvey Miller addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*        Motion by Supervisor Kuehl
                      Public Comment/Correspondence
                      Audio

6. **Initiating the Hollywood 2.0 Pilot Project**

Recommendation as submitted by Supervisor Kuehl: Instruct the Director of Mental Health to take the following actions:

> Identify and hire a manager (and/or management team) dedicated to the Hollywood 2.0 Pilot Project (Project);

> Identify and hire additional staff (and/or contractors) to provide Full Service Partnership and HOME Team services dedicated to the Project;

**EXHIBIT 28 - Page 1110**

Identify and engage a Hollywood community stakeholder engagement body(ies) that will provide an opportunity for the Hollywood community to offer meaningful input into the Project planning process and assist in facilitating its success;

Explore opportunities for collaboration across County Departments to bring integrated approaches to the community alongside the Department of Mental Health;

Identify and engage an academic or other professional evaluator to assess the outcomes achieved and the success of the Project;

Engage the Hollywood community to identify possible mentorship opportunities, employment opportunities (job placement) and housing opportunities (including interim, permanent, congregate/board and care), and other community-based resources;

In coordination with the Chief Executive Officer, identify potential properties and facilities that are needed to support the Project; and

Report back to the Board in 90 days on progress achieved on these items listed above, as well as general updates on the Project every 90 days thereafter.  (21-4265)

**MJ King, Ellen Giesy, Zeke Sandoval and Gwendolyn Snyder addressed the Board.  Interested person(s) also submitted written testimony.**

**Dr. Jonathan Sherin, Director of Mental Health, responded to questions posed by the Board.**

**After discussion, on motion of Supervisor Kuehl, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Kuehl
Report
Public Comment/Correspondence
Audio I
Audio II

**EXHIBIT 28 - Page 1111**

Board of Supervisors                    Statement Of Proceedings                    November 2, 2021

7.  **Residential Treatment Program Providers for Rancho Los Amigos National Rehabilitation Center Restorative Care Village**

Revised recommendation as submitted by Supervisor Hahn: Authorize the Director of Mental Health to execute Legal Entity Contracts (Contracts) for the provision of Crisis Residential Treatment Program (CRTP) services provided at the Rancho Los Amigos National Rehabilitation Center Restorative Care Village with Valley Star Behavioral Health, Inc., Central Star Behavioral Health, Inc., Star View Behavioral Health, Inc. and Telecare Corporation, as these providers have successfully completed and qualified for CRTP services through a Request For Proposals (RFP) solicitation process, for a term of three years and two one-year extension options at an estimated total aggregate annual cost for these Legal Entity Contracts not to exceed $13,600,000, fully funded by Medi-Cal and Mental Health Services Act (MHSA) revenues; and authorize the Director to take the following related actions:

Negotiate and execute a Contract for the provision of CRTP services provided at the Rancho Los Amigos National Rehabilitation Center Restorative Care Village with Didi Hirsch Mental Health Services on a sole source basis, as only four proposals were received during the RFP process for the five CRTP facilities, with a term of three years and two one year extension options at an estimated annual cost for this Legal Entity not to exceed $3,400,000, fully funded by Medi-Cal and MHSA revenues; and

Prepare and execute future amendments to the Contracts to revise the language of the Contracts, including updates to reflect Federal, State and County regulatory and/or policy changes; make non-material modifications to the Contracts through administrative amendments or change notices, as necessary; revise the annual funding amount not to exceed 25% of the annual maximum contract amount; add, delete, modify or replace the service exhibits and/or statements of work; and terminate the Contracts in accordance with the Contract termination provisions, including termination for convenience.  (21-4257)

**Eric Preven addressed the Board.  Interested person(s) also submitted written testimony.**

*County of Los Angeles*                    *Page 12*

**EXHIBIT 28 - Page 1112**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Revised motion by Supervisor Hahn
Public Comment/Correspondence
Audio

8.    **Clarifying Requirements of the Newly Created Los Angeles County Rent Registry**

Revised recommendation as submitted by Supervisors Barger and Hahn: Instruct the Director of the of Consumer and Business Affairs to immediately rescind any requirements for property owners who reside in their home to register on the County Rent Registry and update all forward-facing communications to indicate this change.   (21-4264)

**Interested person(s) submitted written testimony.**

**Supervisor Kuehl made a friendly amendment to Supervisors Barger and Hahn's joint motion as indicated below:**

**Instruct the Director of Consumer and Business Affairs to immediately rescind any requirements for property owners who reside in their home <u>and do not receive rent for a room or dwelling unit on the same property as specified by the County Code</u> to register on the County Rent Registry and update all forward-facing communications to indicate this change.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item, as amended, was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Revised motion by Supervisors Barger and Hahn
Motion by Supervisor Kuehl
Public Comment/Correspondence

EXHIBIT 28 - Page 1113

**Board of Supervisors**        **Statement Of Proceedings**        **November 2, 2021**

**9.**     **Extend the Reward Offer in the Homicide Investigation of Salvador Esparza**

Recommendation as submitted by Supervisor Barger: Extend the $25,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the heinous murder of 4-year-old Salvador Esparza, who was fatally shot and found lying on his front porch on the 300 block of West Figueroa Drive in the unincorporated area of Altadena on July 5, 2016, at approximately 10:40 p.m.  (16-3899)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

       **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*     Motion by Supervisor Barger
                 Notice of Reward
                 Public Comment/Correspondence

**10.**    **Reestablish the Reward Offer in the Homicide Investigation of Robert Calderon**

Recommendation as submitted by Supervisor Barger: Reestablish a $25,000 reward offered in exchange for information leading to the apprehension and conviction of the person or persons responsible for the heinous murder of 28-year-old Robert Calderon, who was found lying on the parkway suffering from gunshot wounds on the 600 block of North Mentor Avenue in the City of Pasadena on December 18, 2015, at approximately 10:45 p.m.   (16-1837)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

       **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*     Motion by Supervisor Barger
                 Notice of Reward
                 Public Comment/Correspondence

**EXHIBIT 28 - Page 1114**

**Board of Supervisors**                 **Statement Of Proceedings**                 **November 2, 2021**

**11.**    **Proclaiming November as "Chinese American Film Festival and Chinese American Television Festival Month" in Los Angeles County**

Recommendation as submitted by Supervisor Barger: Proclaim the month of November as "Chinese American Film Festival and Chinese American Television Festival Month," throughout Los Angeles County.  (21-4204)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Barger
Public Comment/Correspondence

**12.**    **Federal Emergency Rental Assistance Program**

Recommendation as submitted by Supervisor Solis: Direct the Chief Executive Officer to return the County's allocation of Emergency Rental Assistance Program (ERA 2) Funds in the amount of $84,721,743.72, including any interest earned, if required, to the United States Treasury (Treasury) and notify the Treasury of the Board's intent to have the State administer the ERA 2 Funds on behalf of the County within the County boundaries; adopt and instruct the Chair to sign a resolution authorizing the County to participate in the State Rental Assistance Program for ERA 2 where the State will administer and distribute rental assistance to qualified tenants in the County; approve an appropriation adjustment that reflects an increase of $84,722,000 in appropriation in the Affordable Housing budget unit offset by a corresponding increase in Federal revenue from the ERA 2; and take the following related actions: (Relates to Agenda No.1-D) **4-VOTES**

Direct the Chief Executive Officer to return the County's allocation of ERA 2 Program Funds in the amount of $84,721,743.72 to the Treasury and notify the Treasury of the Board's intent to have the State administer the ERA 2 Program Funds on behalf of the County within the County boundaries.

Authorize the Chief Executive Officer to execute any and all agreements, and any necessary amendments, in accordance with the American Rescue Plan Act of 2021 (ARPA) and as authorized pursuant to Health and Safety Code Section 50897.3, subdivision (b)(3) among other applicable laws, with the State to transfer the County's allocation of ERA 2 Funds to the State, as a State or local government grantee, for its State Rental Assistance Program to be administered within the County's jurisdiction; and

*County of Los Angeles*                 *Page 15*

**EXHIBIT 28 - Page 1115**

Authorize the Chief Executive Officer to receive from the State an advance of administration costs and execute an agreement, and any necessary amendments with the Los Angeles County Development Authority (LACDA), in accordance with the ARPA and as authorized pursuant to Government Code Section 26227, among other applicable laws, up to 3% of the ERA 2 Funds to the LACDA to assist the State in the administration of the ERA 2 Funds for the State Rental Assistance Program to be distributed to County residents.   (21-4252)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Solis
Public Comment/Correspondence

13.   **Supporting the California Plastic Waste Reduction Regulations Initiative (2022)**

Recommendation as submitted by Supervisors Solis and Kuehl: Take an official position to support the California Plastic Waste Reduction Regulations Initiative to further reduce plastic pollution and its impacts on the State's ocean, coastal and freshwater environments, and further protect the communities of the County by providing funding for local recycling and composting infrastructure, as well as environmental programs, that will create new jobs and promote economic recovery in the County.  (21-4258)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisors Solis and Kuehl
Public Comment/Correspondence

**EXHIBIT 28 - Page 1116**

Board of Supervisors                    Statement Of Proceedings                    November 2, 2021

14.    **Interim Housing Services Fund for Cities and Councils of Governments Combatting Homelessness**

Recommendation as submitted by Supervisors Solis and Barger: Instruct the Interim Director of the Homeless Initiative, Chief Executive Office, to create a $10,000,000 Councils of Governments and Cities Interim Housing Services Fund to support services at homeless interim housing projects cited in local jurisdictions throughout the County, using State, Federal and local dollars including, but not limited to, State Homeless Housing, Assistance and Prevention 3 grant and Federal American Rescue Plan Act funds, with the funds to be accessible by January 1, 2022; and report back to the Board in 30 days with a framework for accessing the Interim Housing Services Fund including eligible project types, length of operations and matching bonuses/incentives, etc.  (21-4259)

**Victoria Urenia, Jennifer Vasquez, Gilbert Saldate, Richard Corral, Angelica Palmeros, Zeke Sandoval, Red Chief Hunt, Emmanuel Estrada and Yuriko Ruiz-Esparza addressed the Board.  Interested person(s) also submitted written testimony.**

**After discussion, on motion of Supervisor Solis, seconded by Supervisor Barger, this item was duly carried by the following vote:**

            **Ayes:**    4 -    Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

            **Noes:**    1 -    Supervisor Mitchell

*Attachments:*    Motion by Supervisors Solis and Barger
                 Report
                 Public Comment/Correspondence
                 Audio I
                 Audio II

*County of Los Angeles*                    *Page 17*

**EXHIBIT 28 - Page 1117**

**Board of Supervisors**                    **Statement Of Proceedings**                    **November 2, 2021**

**15.** **Expansion of Placement Stabilization Team Pilot Project**

Recommendation as submitted by Supervisor Solis: Instruct the Director of Children and Family Services, working in collaboration with the Chief Executive Officer, the Executive Director of the Office of Child Protection, the Chief Probation Officer, the Directors of Mental Health and Health Services, the Executive Director of the Center for Strategic Partnerships, and other relevant stakeholders, to report back to the Board with a timeline and funding plan for expansion of the Placement Stabilization Team; instruct the Director of Children and Family Services to report back to the Board in writing and quarterly on the progress of the expansion plan and, ultimately, the expansion itself, including identification of funding and staff; and instruct the Director of Children and Family Services to work with the Executive Director of the Office of Child Protection to report back to the Board in the first quarterly report on the feasibility of entering into a memorandum of agreement with Child Trends to ensure they can access de-identified data on children and youth participating in the program to evaluate the program and report outcomes.  (21-4267)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Solis
Report
Public Comment/Correspondence

**16.** **Fiscal Responsibility: Comprehensive Review and Audit of the Inmate Welfare Fund and Understanding the Needs of People Who Are Incarcerated in the Los Angeles County Jails**

Recommendation as submitted by Supervisor Solis: Instruct the Auditor-Controller to perform a programmatic audit of the Inmate Welfare Fund (IWF) and report back to the Board in writing in 120 days, including the following:

An accounting of all programs funded by the IWF over the last three completed fiscal years;

An analysis of current programs funded by the IWF to determine if the programs are effective in achieving their goals of servicing the incarcerated population, including:

The stated purpose of each funded program and any short-term and

**EXHIBIT 28 - Page 1118**

Board of Supervisors                    Statement Of Proceedings                    November 2, 2021

long-term performance goals;

How data is collected and utilized for each program; and

Available information about funded program development, such as any needs assessments that were conducted and whether programs are evidence-based; and

An evaluation of the Sheriff's Department's and the Inmate Welfare Commission's process for identifying, proposing and approving new programs that are funded by the IWF, including evaluating the process for determining whether existing programs should be continued or if additional programs need to be provided or offered;

Instruct County Counsel to provide legal support to the Auditor-Controller in completing the above directive; and

Instruct the Sybil Brand Commission for Institutional Inspections, in collaboration with the Executive Director of the Sheriff Civilian Oversight Commission, to conduct a survey of individuals who are incarcerated in the County jails on the type of programming and services they want and need while incarcerated and in preparation for release and reentry.  (21-4255)

**Adrienna Wong, MJ King, Jay Stephen Brantley, Eric Preven, Ellen Giesy, Gwendolyn Snyder and Milinda Kakani addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*     Motion by Supervisor Solis
Report
Public Comment/Correspondence
Audio

---

*County of Los Angeles*                    *Page 19*

EXHIBIT 28 - Page 1119

Board of Supervisors                     Statement Of Proceedings                     November 2, 2021

17.    **Expenditure of Oak Forest Specialty Funds**

Recommendation as submitted by Supervisor Solis: Approve the expenditure of

$244,200 of the Oak Forest Special Funds for oak tree planting projects at Frank G. Bonelli Regional Park, Belvedere Park, Mona Park and Victoria Community Regional Park; instruct the Director of Parks and Recreation to return to the Board with an updated policy that reflects the County's mandate to address the shade inequities that exist in our high and very high need communities that are most vulnerable to the effects of climate change and prioritize those communities in future planting plans; and authorize the Director of Parks and Recreation to execute contracts with the associated Conservation Corps for installation and monitoring of the project sites.  (21-4260)

**Supervisor Mitchell made an amendment to Supervisor Solis' motion to amend Directive No. 3, as indicated below:**

3.    **Instruct the Director of Parks and Recreation to develop a policy for allocating the remaining balance of the Oak Forest Specialty Fund using an equity framework in collaboration with the Chief Executive Office's Anti-Racism & Diversity Initiative that specifically addresses shade inequities that exist in our high and very high need communities, that are most vulnerable to the effects of climate change and to prioritize those communities in future planting plans; also recognize the environmental benefits of oak plantings at regional facilities in the County, and report back to the Board within 90 days before the next round of funding for approval.** ~~DPR will return to the Board of Supervisors with an updated policy that reflects the County's mandate to address the shade inequities that exist in our high and very high need communities that are most vulnerable to the effects of climate change and to prioritize those communities in future planting plans.~~

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item, as amended, was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Solis
Motion by Supervisor Mitchell
Public Comment/Correspondence

EXHIBIT 28 - Page 1120

Board of Supervisors                   Statement Of Proceedings                   November 2, 2021

18.  **Continuing to Ensure the Safety of Members of the Public and Employees While Guaranteeing the Public's Right to Attend and Participate in Meetings of Local Legislative Bodies and Making Necessary Findings for Continued Teleconferenced Meetings**

Recommendation as submitted by Supervisor Solis: Acting on behalf of the Governing body of the County, and on behalf of entities for which the Board members serve as governing members (Governing Members), and for commissions, task forces, etc., which were, or are, created either by the Board or Governing Members or at their direction, and are subject to the Brown Act: find in accordance with Assembly Bill (AB) 361 Section 3(e)(3), California Government Code Section 54953(e)(3) that the Board has reconsidered the circumstances of the State of Emergency due to the COVID-19 pandemic and that the State of Emergency remains active and that local officials continue to recommend measures to promote social distancing; and instruct the Executive Officer of the Board to place on the meeting agendas for the Board and the agendas for those entities for which the Board members sit as the Governing Members, not more than 30 calendar days after these findings are adopted, an agenda item entitled "Findings to Continue Teleconference Meetings under AB 361 and Related Actions," and include these same findings for adoption, and continue to do so not more than 30 calendar days after each time these findings are adopted until instructed to cease doing so.  (21-4247)

**Dr. Genevieve Clavreul addressed the Board.  Interested person(s) also submitted written testimony.**

**Celia Zavala, Executive Officer of the Board, addressed the Board and responded to questions.**

**After discussion, on motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Solis
Public Comment/Correspondence
Audio I
Audio II

**EXHIBIT 28 - Page 1121**

Board of Supervisors                    Statement Of Proceedings                    November 2, 2021

**19.    Diabetes and Prediabetes Awareness and Prevention**

Recommendation as submitted by Supervisor Solis: Proclaim November 2021 as "Los Angeles County Diabetes Awareness Month;" and take the following actions:

Instruct the Director of Public Health to incorporate diabetes awareness messaging into social media and other communication strategies during the month of November including engaging with local and ethnic media and local social media influencers for targeted awareness messaging regarding diabetes awareness in a culturally and linguistically appropriate manner; partner with the Los Angeles County Office of Education and school districts and other partners throughout the County to improve access to healthy meals at schools, including efforts to reduce food waste and connect schools to healthy food options, and provide culturally relevant messaging geared toward students and their families, including resources provided to schools to include information regarding diabetes awareness for school partners to utilize, both in class settings and as part of regular announcements; engage with the Alliance for Health Integration, the Departments of Health Services and Mental Health, and other relevant partners to advance efforts to prevent diabetes and other comorbidities; and report back to the Board within 120 days on the results of the above directives;

Instruct the Director of Health Services to conduct diabetes prevention and prediabetes awareness campaigns for existing patients and visitors at Department of Health Services' health clinics; incorporate prediabetes and diabetes awareness and prevention outreach and messaging into patient outreach efforts; encourage increased screening in patients who have diabetes or prediabetes, for early intervention and prevention; and report back to the Board within 120 days regarding any impacts of the above on patient engagement with respect to diabetes, as well as expectations for health education in CalAIM and Enhanced Care Management, specifically including additional staff needed and when it will be submitted in the budget; and

Direct the Chief Executive Officer, through the Legislative Affairs and Intergovernmental Relations Division, to work with the Directors of Public Health and Health Services to identify opportunities for advocacy for additional diabetes and chronic disease prevention funding.  (21-4251)

**Diego Rodrigues, Hector Flores, Sandra Flores, Rosa Soto and Red Chief Hunt addressed the Board.  Interested person(s) also submitted written testimony.**

---

*County of Los Angeles*                    *Page 22*

EXHIBIT 28 - Page 1122

**After discussion, on motion of Supervisor Solis, seconded by Supervisor Mitchell, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Solis
Report
Public Comment/Correspondence
Audio I
Audio II

**20.**   **Proclaiming November 2021 as "Native American Heritage Month"**

Revised recommendation as submitted by Supervisors Solis and Hahn: Proclaim November 2021 as "Native American Heritage Month" throughout Los Angeles County and encourage County Departments and residents to participate in Native American Heritage Month programming; and acknowledge the 2021 Native American Heritage Month Honorees - Angie Dorame Behrns (Gabrielino/Tongva) - Spirit of Tradition, Tazbah Rose Chavez (Bishop Paiute Tribe, from the Nuümü, Diné and San Carlos Apache) - Spirit of Creativity and Tracy M Ball (Diné Nation) - Spirit of Community.  (21-4250)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Revised motion by Supervisors Solis and Hahn
Public Comment/Correspondence

**21.**   **Proclaiming "National Hunger and Homelessness Awareness Week"**

Recommendation as submitted by Supervisor Solis: Proclaim November 13 through 21, 2021 as "National Hunger and Homelessness Awareness Week" throughout Los Angeles County, encouraging all residents to recognize that many people do not have housing and need support from other residents and private/public nonprofit service entities.  (21-4254)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Motion by Supervisor Solis
Public Comment/Correspondence

**EXHIBIT 28 - Page 1123**

**Board of Supervisors**                     **Statement Of Proceedings**                     **November 2, 2021**

**22.    County Employee Appreciation Event - Parking Fee Waiver**

Recommendation as submitted by Supervisor Solis: Waive the $20 per vehicle parking fee for a total of approximately 500 vehicles at Lot 10 and Lot 14 (Music Center Garage), excluding the cost of liability insurance, for the County Employee Appreciation event, to be held November 17, 2021.  (21-4266)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisor Solis
Public Comment/Correspondence

**Audit Committee**

**23.    Los Angeles County Library Commission Sunset Review**

Recommendation: Approve the sunset review date extension for the Los Angeles County Library Commission to April 30, 2023.  (21-4148)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**24.    Los Angeles County Small Craft Harbor Commission and Small Craft Harbor Design Control Board Sunset Review**

Recommendation: Instruct County Counsel to prepare an ordinance to extend the sunset review date to July 1, 2024 by amending County Code, Title 2 - Administration, Section 2.116.105 for the Los Angeles County Small Craft Harbor Commission and Section 2.116.145 for the Small Craft Harbor Design Control Board; and amend Section 2.116.120 Small Craft Harbor Design Control Board - Composition, to reflect the revised membership requirements to broaden the desired expertise and experience for Commission recruitment.  (21-4149)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**EXHIBIT 28 - Page 1124**

**ADMINISTRATIVE MATTERS    25 - 59**

**Chief Executive Office**

25.    **Report on the Financial Status of the Sheriff's Department Budget**

Report by the Chief Executive Officer and the Auditor-Controller, in consultation with the Sheriff, on an overview of the financial status of the Sheriff's Department budget, as requested at the Board meeting of June 26, 2017.  (17-3026)

**Eric Preven addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was continued to November 30, 2021.**

**Ayes:**    4 -    Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

**Absent:**    1 -    Supervisor Mitchell

*Attachments:*    Public Comment/Correspondence
Audio

26.    **Palmdale Enhanced Infrastructure Financing District Infrastructure Financing Plan Resolution**

Recommendation: Adopt a resolution authorizing the County's contribution of incremental property tax to the Palmdale Enhanced Infrastructure Financing District (EIFD) (5) and approve the EIFD's Infrastructure Financing Plan. (21-4152)

**Ray Vaca addressed the Board.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence
Audio

**EXHIBIT 28 - Page 1125**

**27.** **Treatment of Certain Restorative Contributions Under the Defined Contribution Plans Ordinance**

Recommendation: Approve an ordinance for introduction amending County Code, Title 5 - Personnel relating to the County Deferred Compensation and Thrift Plan, the Pension Savings Plan and the 401(k) Savings Plan, collectively, the Plans, to clarify treatment of restorative contributions that may be made to the Defined Contribution Plans in the event of a settlement of certain limited types of claims brought against the Plans, the County or the Plan Administrative Committees, effective upon Board approval. (Relates to Agenda No. 60)  (21-4138)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**     5 -     Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*     Board Letter
Public Comment/Correspondence

**County Operations**

**28.** **September 14, 2021 California Gubernatorial Recall Election**

Recommendation: Declare the election results of the September 14, 2021 California Gubernatorial Recall Election officially concluded.
**(Registrar-Recorder/County Clerk)**   (21-4107)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**     5 -     Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*     Board Letter
Public Comment/Correspondence

**EXHIBIT 28 - Page 1126**

Board of Supervisors                    Statement Of Proceedings                    November 2, 2021

**Health and Mental Health Services**

29.   **Report on the Health Agency's Progress Serving as the Capital Improvements Intermediary**

Report by the Health Agency on the Agency's progress serving as the Capital Improvements Intermediary, as requested at the Board meeting of January 24, 2017. (Continued from the meeting of 10-19-21)  (17-0821)

**Dr. Genevieve Clavreul addressed the Board.  Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, the report was received and filed.**

**Said motion was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*   Report
Public Comment/Correspondence
Audio

---

*County of Los Angeles*                    *Page 27*

**EXHIBIT 28 - Page 1127**

**30.    Felony Incompetent to Stand Trial Community-Based Restoration Program
and the Pre-Trial Felony Mental Health Diversion Program Agreements**

Recommendation: Authorize the Director of Health Services to execute an
amendment to an agreement with the California Department of State Hospitals
(DSH) to accept an increase to the award for the Felony Incompetent to Stand
Trial Community-Based Restoration (FIST CBR) Program by $11,311,918, for a
total award of $110,941,498 through the current term of October 31, 2022;
authorize the Director to execute an amendment to an agreement with DSH to
accept an increase to the award for the Pre-Trial Felony Mental Health Diversion
(Diversion) Program by $5,680,000, for a total amount of $31,544,100, and extend
the term through June 30, 2024; approve an appropriation adjustment to increase
the Fiscal Year 2021-22 Final Adopted Budget by $9,466,000 to address the
financial requirements for the FIST CBR Program and Diversion Program; and
authorize the Director to take the following related actions: **(Department of Health
Services) 4-VOTES**

> Execute future no-cost amendments to the DSH agreements for the FIST
> CBR Program and Diversion Program and all related documents; and

> Execute new agreements and/or amend existing agreements with
> community-based organizations that are necessary to provide community
> care residential facilities to eligible clients.  (21-4137)

**MJ King, Peter Eliasberg, Jay Stephen Brantley, Mark Gale, Pamila Lew and
Ellen Giesy addressed the Board.  Interested person(s) also submitted
written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item
was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor
Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*        Board Letter
Public Comment/Correspondence
Audio

---

**EXHIBIT 28 - Page 1128**

**Board of Supervisors**                    **Statement Of Proceedings**                    **November 2, 2021**

**31.**    **Exceed Incidental Expenses for Official Functions and Meetings**

Recommendation: Authorize the Director of Health Services to exceed the Department of Health Services' total annual incidental expense limit of $50,000 and $10,000 per event for Fiscal Year 2021-22 in an amount not to exceed $403,000, to cover the costs of employee recognition events associated with County business and in support of the Department's mission; and enter into one or more agreements, or amend one or more agreements, to purchase food and beverage services for the events, in an aggregate amount not to exceed $403,000. **(Department of Health Services)**  (21-4143)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was continued two weeks to November 16, 2021.**

**Ayes:**    4 -    Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

**Absent:**    1 -    Supervisor Mitchell

*Attachments:*    Board Letter
Public Comment/Correspondence

**32.**    **As-Needed Temporary Personnel Services for Various Programs Master Agreements**

Recommendation: Approve and authorize the Director of Public Health, to execute Master Agreements (MAs), with 22nd Century Technologies, Inc., Healthcare Staffing Professionals, Inc., Infojini, Inc., JENN International Personnel Agency, Partners in Diversity, Inc., R.L. Klein & Associates, Ro Health, Inc., Superb Tech, Inc. and Tryfacta, Inc. for the provision of temporary personnel services, effective upon execution through September 30, 2029; execute additional MAs during the ensuing period with additional qualified vendors that submit a Statement of Qualifications which meets the requirements as outlined in the Request for Statement of Qualifications for as-needed temporary personnel services released on July 20, 2021; execute amendments to the MAs that extend the term up to two additional one-year terms, extend the term, if a Master Agreement Work Order (MAWO), executed prior to the expiration of the MA has an expiration date later than the MA's expiration date, and add, delete and/or change terms and conditions to conform to changes in Federal, State and/or County laws, regulations and/or policies for the duration of the MAs; and authorize Directors of Public Health, Health Services and Mental Health to take the following actions: **(Departments of Public Health, Health Services and Mental Health)**

Execute competitively solicited MAWOs for services performed under the MAs subject to the following criteria: for each MAWO: $699,999 or less annually, the respective Department will notify the Board of the MAWO, and

---

*County of Los Angeles*                    *Page 29*

**EXHIBIT 28 - Page 1129**

$700,000 or more annually, the respective Department will return to the Board for approval and, annually, the Director of Public Health will provide the Board, Chief Executive Officer and County Counsel with a listing of all approved vendors, executed MAWOs, the total annual amount awarded to each vendor, as well as the total cumulative amount awarded to each vendor;

Execute amendments to MAWOs that extend the term of a MAWO at similar funding amounts for a maximum term of two years overall, adjust the term of the MAWOs at no cost, provide an internal reallocation of funds between budgets up to 10% of each term's annual base maximum obligation, and/or provide an increase or decrease in funding up to 10% above or below each term's annual base maximum obligation, effective upon amendment execution and make corresponding service adjustments, as necessary; and

Execute change notices to MAWOs that authorize modifications to or within budget categories within each budget, and make corresponding service adjustments, as necessary, changes to hours of operation and/or service locations, and/or changes to the MAWO's terms and conditions.  (21-4142)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*     Board Letter
                   Public Comment/Correspondence

**EXHIBIT 28 - Page 1130**

Board of Supervisors                          Statement Of Proceedings                          November 2, 2021

**Community Services**

33.    **Multifamily Housing Mortgage Revenue Bonds or Notes for Construction of Affordable Senior Housing in the City of Long Beach**

Recommendation: Authorize the Executive Director of the Los Angeles County Development Authority to act as the agent of the County and to execute an Interlocal Cooperation Agreement between the County and the City of Long Beach and authorize the Los Angeles County Development Authority to perform related tasks to issue Multifamily Housing Mortgage Revenue Bonds or Notes to finance the construction and development of Long Beach Senior Homes, a 68-unit affordable housing project in the City of Long Beach (4). **(Los Angeles County Development Authority)** (Relates to Agenda No. 4-D)  (21-4133)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

34.    **Peck Park-Rio Hondo Trail Project Agreement**

Recommendation: Find that the improvements provided by Amigos de los Rios are necessary to meet the social needs of the County and serve public purposes, which benefit the County; authorize the Director of Parks and Recreation to renew, execute and amend a non-exclusive, gratis License Agreement with Amigos de los Rios for a four-year term, to allow for the completion of trail construction and site improvements as well as for the establishment and maintenance of the improvements at Peck Road Water Conservation Park (5); and find that the proposed project is exempt from the California Environmental Quality Act. **(Department of Parks and Recreation)**   (21-4134)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**EXHIBIT 28 - Page 1131**

Board of Supervisors                    Statement Of Proceedings                    November 2, 2021

**35.**    **Castaic Lake Operating Agreement**

Recommendation: Authorize the Director of Parks and Recreation to extend the current operating agreement with the State Department of Parks and Recreation for the management, operation and maintenance of the Castaic Lake State Recreation Area (5), for a one-year term and a month-to-month extension option not to exceed 12 months, for a total of two years, in order to complete negotiations with the State for a new agreement. **(Department of Parks and Recreation)** (21-4136)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

| | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*       Board Letter
                           Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 32*

**EXHIBIT 28 - Page 1132**

**Board of Supervisors**                    **Statement Of Proceedings**                    **November 2, 2021**

**36.**    **Normandie and 95th Street Park Project**

Recommendation: Establish the proposed Normandie and 95th Street Park Project, Capital Project No. 69803 (Project), located at 9501 South Normandie Avenue in the unincorporated area of West Athens Westmont (2), with a total proposed Project budget of $1,929,655; approve an appropriation adjustment to reflect an increase of $1,859,000 in appropriation fully offset with revenue from the State Department of Parks and Recreation's Statewide Park Development and Revitalization Program of 2018, Proposition 68, in the amount of $1,209,000 and $650,000 from the United States Department of Housing and Urban Development Community Development Block Grant; authorize the Director of Public Works to proceed with the preparation of appropriate documentation under the California Environmental Quality Act, technical studies and design and construction documents in compliance with standard Country contracting requirements for the proposed Project; and determine that the proposed Project is exempt from the application of the County's Local Targeted Worker Hire Policy because it is partially funded with Federal funds, which prohibit geographic preferences when selecting and awarding contracts. **(Department of Public Works) 4-VOTES** (21-4114)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 33*

**EXHIBIT 28 - Page 1133**

**Board of Supervisors**                    **Statement Of Proceedings**                    **November 2, 2021**

37. **Resolution of Summary Vacation in the Unincorporated Community of Stevenson Ranch**

Recommendation: Find that the portion of The Old Road on the east side and north of Calgrove Boulevard designated for road and highway purposes, in the unincorporated community of Stevenson Ranch (5), is not useful as a nonmotorized transportation facility and is excess, not required for street or highway purposes and can be vacated; find that the easement for storm drain purposes east of The Old Road and north of Calgrove Boulevard has been determined to be excess, not required for public use, and can be vacated; adopt a Resolution of Summary Vacation of a Portion of The Old Road and a Storm Drain Easement east of The Old Road and north of Calgrove Boulevard; find that the fee interest in the surplus real property in a portion of the east side of The Old Road north of Calgrove Boulevard is no longer required for the purposes of the County; approve the project, which is the vacation and sale of a portion of The Old Road north of Calgrove Boulevard, from the County to TWB Clarita Storage, LLC; authorize the Director of Public Works to record the certified original resolution with the office of the Registrar-Recorder/County Clerk, execute a quitclaim deed document and authorize delivery to TWB Clarita Storage, LLC.; and find that the proposed project is exempt from the California Environmental Quality Act. **(Department of Public Works)**  (21-4129)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

              **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
                Public Comment/Correspondence

---

*County of Los Angeles*                    *Page 34*

**EXHIBIT 28 - Page 1134**

**Board of Supervisors**                **Statement Of Proceedings**                **November 2, 2021**

**38.**   **Mandatory Organic Waste Disposal Reduction Ordinance**

Recommendation: Approve an ordinance for introduction amending County Code, Title 20 - Utilities, by adding Division 4B, Organic Waste Management and Chapter 20.91, pertaining to Mandatory Organic Waste Disposal Reduction to divert organic waste from landfills and comply with the regulations adopted by CalRecycle in accordance with the requirements of Senate Bill 1383; and find that approval of the ordinance is exempt from the California Environmental Quality Act. **(Department of Public Works)** (Relates to Agenda No. 61)   (21-4153)

**This item was taken up with Item No. 61.**

**Interested person(s) submitted written testimony.**

**After discussion, on motion of Supervisor Kuehl, seconded by Supervisor Solis, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence
Audio

**39.**   **Lancaster Animal Care Center Asphalt and Americans With Disabilities Act Improvements Project Construction Contract**

Recommendation: Approve the Lancaster Animal Care Center Asphalt and Americans with Disabilities Act Improvements Project, Capital Project No. 87433 (Project) revisions and the revised Project budget of $2,500,000 from the previously Board-approved amount of $1,550,000 for the Project, located at 5210 West Avenue I, in the unincorporated area of Lancaster (5); and find that the previously approved Project is within the previous finding of exemption and that the proposed revisions are also exempt from the California Environmental Quality Act. **(Department of Public Works)**   (21-4116)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**EXHIBIT 28 - Page 1135**

**40.**    **Final Tract Map in Unincorporated South San Gabriel**

Revised recommendation: Approve the final map for Tract No. 74983 in
unincorporated South San Gabriel (1); accept grants and dedications as indicated
on the final map for Tract No. 74983; and find that approval of the final map is
exempt from the California Environmental Quality Act. **(Department of Public
Works)**  (21-4130)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item
was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor
> Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Revised Board Letter
Public Comment/Correspondence

**41.**    **Final Tract Maps in Unincorporated Stevenson Ranch**

Recommendation: Approve the final maps for Tract Nos. 61105-22 through
61105-30 (Mission Village) in unincorporated Stevenson Ranch (5); accept grants
and dedications as indicated on the final maps for Mission Village; and find that
approval of the final maps is exempt from the California Environmental Quality Act.
**(Department of Public Works)**  (21-4132)

**Lynne Plambeck addressed the Board.  Interested person(s) also submitted
written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item
was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor
> Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence
Audio

**EXHIBIT 28 - Page 1136**

Board of Supervisors                    Statement Of Proceedings                    November 2, 2021

___

**Public Safety**

42.    **Alcohol and Drug Impaired Driver Vertical Prosecution Program Grant Funds**

Recommendation: Authorize the District Attorney, on behalf of the County, to accept Federal grant funds from the California Office of Traffic Safety (OTS) for the Alcohol and Drug Impaired Driver Vertical Prosecution Program (Program), governed by the Code of Federal Regulations, in the amount of $1,559,350, for a one-year period, from October 1, 2021 through September 30, 2022, with no County match requirements; approve an appropriation adjustment in the amount of $253,000 to allocate funding for the program which includes funding for salaries and employee benefits of one Deputy District Attorney (DDA) IV, three DDA IIIs and one District Attorney Senior Investigator for Fiscal Year 2021-22 in order to align the District Attorney's budget with the full amount awarded for the program; and authorize the District Attorney to take the following related actions: **(District Attorney) 4-VOTES**

> Serve as Project Director and execute and approve any revisions, amendments or extensions to the OTS grant contract that do not increase the Net County Cost of the project; and

> Continue the program for on-call blood draw services for the detection of impairing substances in DUI investigations and enter into a sole source agreement with Vital Medical Services for these services, in an amount not to exceed $100,000 for an initial term of one-year with two one-year and six month-to-month extension options for a maximum total contract term of three years and six months contingent upon future grant funding availability, approve any revisions, modifications, change notices pursuant to the contract provisions, execute amendments or extensions, and terminate for convenience of said agreement, as necessary.  (21-4150)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

___

*County of Los Angeles*                    *Page 37*

**EXHIBIT 28 - Page 1137**

**Board of Supervisors** | **Statement Of Proceedings** | **November 2, 2021**

**43.** **DNA Crime Lab Services Supplemental Law Enforcement Services Agreement**

Recommendation: Authorize the Sheriff to execute a Supplemental Law Enforcement Services Agreement for DNA Crime Lab Services with the City of Long Beach (4) for the provision of services for one full-time equivalent Senior Criminalist to perform DNA analysis and testing, and Combined DNA Index System submission and evaluation, at an annual amount for Fiscal Year 2021-22 of $218,836, fully funded by the City, effective July 1, 2021 through June 30, 2026; and execute any and all amendments to the agreement, ensuring any negative fiscal impact to the County is avoided. **(Sheriff's Department)** (21-4112)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|  | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*     Board Letter
Public Comment/Correspondence

**44.** **Special Appropriation Funds Transfer**

Recommendation: Approve the transfer of funds from Services and Supplies to reimburse the Sheriff's Special Appropriation Fund in the amount of $17,360.55. **(Sheriff's Department)** (21-4113)

**MJ King, Jay Stephen Brantley, Ellen Giesy and Gwendolyn Snyder addressed the Board. Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|  | | |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*     Board Letter
Public Comment/Correspondence
Audio

**EXHIBIT 28 - Page 1138**

**Board of Supervisors**                **Statement Of Proceedings**                **November 2, 2021**

___

**Ordinance for Adoption**

**45.**    **County Codes Title 5 - Personnel and Title 6 - Salaries Amendment**

Ordinance for adoption amending County Code, Title 5 - Personnel relating to cafeteria plan contributions under the Choices Plan and Local 721 Cafeteria Plan, contributions to health insurance for temporary/part-time employees and uniform allowances for non-represented safety employees; and Title 6 - Salaries relating to holidays by amending subsections 5.33.040A, 5.36.025A and 5.37.040A by adding contribution amounts for the 2022 plan year; amending subsections 5.72.053A, 5.72.053C, 5.72.060A, 5.72.060B, 5.72.080B and 5.72.300A by extending uniform allowances through 2021; and amending subsection 6.12.040A and 6.12.040B by adding the Juneteenth Holiday.   (21-3683)

**Interested person(s) submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, the Board adopted Ordinance No. 2021-0057, "An ordinance amending Title 5 – Personnel and Title 6 – Salaries of the Los Angeles County Code relating to cafeteria benefit allowances, health insurance contributions for temporary/part-time employees, non-represented safety uniform allowances and holidays."  This ordinance shall take effect November 2, 2021.**

**This item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Ordinance
Certified Ordinance
Public Comment/Correspondence

___

*County of Los Angeles*                *Page 39*

**EXHIBIT 28 - Page 1139**

| Board of Supervisors | Statement Of Proceedings | November 2, 2021 |
|---|---|---|

**Miscellaneous**

46. **Settlements of the Related Matters Entitled, <u>Matthew Mauser, et al. v. County of Los Angeles, et al.</u> and <u>John James Altobelli, et al. v. County of Los Angeles, et al.</u>**

Los Angeles County Counsel's recommendation: Authorize settlements of the related matters entitled, <u>Matthew Mauser, et al. v. County of Los Angeles, et al.</u>, United States District Court Case No. CV 21-00497, and <u>John James Altobelli, et al. v. County of Los Angeles, et al.</u>, United States District Court Case No. CV 21-04663, in the amount of $1,250,000 each, and instruct the Auditor-Controller to draw warrants to implement these settlements from the Sheriff's Department and Fire Department's budget.

These lawsuits arise from injuries plaintiffs allegedly sustained arising out of a January 26, 2020 helicopter crash that killed nine members of the Bryant, Chester, Mauser and Altobelli families.  (21-4240)

**Eric Preven addressed the Board.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence
Audio

EXHIBIT 28 - Page 1140

**47.    Settlement of the Matter Entitled, <u>Sarkis Kazaryan; Kristine Avetisyan; H.K., a Minor by and through Sarkis Kazaryan, Parent and Guardian v. County of Los Angeles, et al.</u>**

Los Angeles County Contract Cities Liability Trust Fund Claims Board's recommendation: Authorize settlement of the matter entitled, <u>Sarkis Kazaryan; Kristine Avetisyan; H.K., a Minor by and through Sarkis Kazaryan, Parent and Guardian v. County of Los Angeles, et al.</u>, Los Angeles Superior Court Case No. 20AVCV00702 in the amount of $380,000, and instruct the Auditor-Controller to draw a warrant to implement this settlement from the Sheriff's Department Contract Cities Trust Fund's budget.

This lawsuit concerns allegations of an automobile accident involving a Sheriff's Deputy.  (21-4117)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

> **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*<u>Attachments:</u>*    Board Letter
Public Comment/Correspondence

**EXHIBIT 28 - Page 1141**

**48.**   **Settlement of the Matter Entitled, <u>Nathan Patterson v. County of Los Angeles, et al.</u>**

Los Angeles County Contract Cities Liability Trust Fund Claims Board's recommendation: Authorize settlement of the matter entitled, <u>Nathan Patterson v. County of Los Angeles, et al.</u>, United States District Court Case No. 2:20-CV-02669 in the amount of $190,000, and instruct the Auditor-Controller to draw a warrant to implement this settlement from the Sheriff's Department Contract Cities Trust Fund's budget.

This lawsuit concerns allegations of civil rights violations, excessive force, false arrest, false imprisonment, and denied medical treatment by Sheriff's Deputies. (21-4115)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**49.**   **Settlement of the Matter Entitled, <u>Rodrigo DeCasas v. Mark Ridley-Thomas, et al.</u>**

Los Angeles County Claims Board's recommendation: Authorize settlement of the matter entitled, <u>Rodrigo DeCasas v. Mark Ridley-Thomas, et al.</u>, United States District Court Case No. CV 20-09265 MWF (AFMx), in the amount of $2,150,000, and instruct the Auditor-Controller to draw a warrant to implement this settlement from the Office of the Public Defender's budget.

This civil rights lawsuit against the Office of the Public Defender alleges that Plaintiff's constitutional rights were violated as a result of his approximate 12-year pre-trial detention as a civil detainee.  (21-4140)

**Eric Preven addressed the Board.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence
Audio

**EXHIBIT 28 - Page 1142**

**50.** **Settlement of the Matter Entitled, <u>Joseph Charles Evans, et al. v. County of Los Angeles, et al.</u>**

Los Angeles County Claims Board's recommendation: Authorize settlement of the matter entitled, <u>Joseph Charles Evans, et al. v. County of Los Angeles, et al.</u>, United States District Court Case No. 2:19-cv-00793-MWF, in the amount of $1,500,000, and instruct the Auditor-Controller to draw a warrant to implement this settlement from the Sheriff's Department's budget.

This lawsuit alleges wrongful death and Federal civil rights violations arising out of the death of an inmate while in custody of the Sheriff's Department at the Inmate Reception Center.  (21-4145)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**51.** **Settlement of the Matter Entitled, <u>Carmen A. Trutanich v. County of Los Angeles, et al.</u>**

Los Angeles County Claims Board's recommendation: Authorize settlement of the matter entitled, <u>Carmen A. Trutanich v. County of Los Angeles, et al.</u>, Los Angeles Superior Court Case No. 20STCV09359, in the amount of $225,000, and instruct the Auditor-Controller to draw a warrant to implement this settlement from the District Attorney's Office budget.

This lawsuit seeks reimbursement of legal expenses incurred in defending a disciplinary proceeding.  (21-4144)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence

**EXHIBIT 28 - Page 1143**

**52.**    **Settlement of the Matter Entitled, <u>Judith Zissa v. County of Los Angeles</u>**

Los Angeles County Claims Board's recommendation: Authorize settlement of the matter entitled, <u>Judith Zissa v. County of Los Angeles</u>, United States District Court Case No. 2:18-CV-10174-CJC-JDE, in the amount of $2,350,000, and instruct the Auditor-Controller to draw a warrant to implement this settlement from the Department of Children and Family Services' budget.

This class action lawsuit involves allegations that plaintiff and other social workers were not properly compensated by the Department of Children and Family Services.  (21-4146)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

>    **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*<u>Attachments:</u>*    Board Letter
Public Comment/Correspondence

**53.**    **City of Glendora Election**

Request from the City of Glendora: Approve the City's request to change its General Municipal Election from the first Tuesday after the first Monday in March of even-numbered years to the date of the Statewide General Election in even-numbered years and consolidate the election with the Statewide General Elections conducted by the County, commencing on November 8, 2022. (21-4108)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

>    **Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*<u>Attachments:</u>*    Board Letter
Public Comment/Correspondence

**EXHIBIT 28 - Page 1144**

**54.**   **City of La Cañada Flintridge Election**

Request from the City of La Cañada Flintridge: Approve the City's request to change its General Municipal Election from the first Tuesday after the first Monday in March of even-numbered years to the date of the Statewide Primary Election in even-numbered years and consolidate the election with the Statewide Primary Elections conducted by the County, commencing in June 2022.  (21-4110)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**55.**   **City of Rosemead Election**

Request from the City of Rosemead: Approve the City's request to change its General Municipal Election from the first Tuesday after the first Monday in March of even-numbered years to the date of the Statewide Primary Election in even-numbered years and consolidate the election with the Statewide Primary Elections conducted by the County, commencing on June 7, 2022.   (21-4111)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Board Letter
Public Comment/Correspondence

**EXHIBIT 28 - Page 1145**

**Board of Supervisors**                **Statement Of Proceedings**                **November 2, 2021**

**56.** **City of Temple City Election**

Request from the City of Temple City: Render specified services relating to the conduct of a General Municipal Election, to be held on March 8, 2022.   (21-4109)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote; and the Registrar-Recorder/County Clerk was instructed to comply with the City's request, provided that the City pays all related costs:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*      Board Letter
Public Comment/Correspondence

**Board of Supervisors**                    **Statement Of Proceedings**                    **November 2, 2021**

**Miscellaneous Additions**

57.    **Additions to the agenda which were posted more than 72 hours in advance of the meeting, as indicated on the supplemental agenda.** (12-9995)

57-A.  **Proclamation of Local Emergency for the Dominguez Channel Odor Event**

Recommendation as submitted by Supervisor Mitchell: Proclaim a Local Emergency for the Dominguez Channel Odor Event in the County to remain in effect until its termination is proclaimed by the Board; approve and execute a Proclamation of Existence of Local Emergency for the Dominguez Channel Odor Event in the County; forward a copy of the Proclamation of Local Emergency to the Director of the State Governor's Office of Emergency Services with the request that the Director find it acceptable in accordance with State law; request that a Governor's Proclamation be provided under the California Disaster Assistance Act; and direct all County Departments to implement all assessment, assistance and monitoring efforts as applicable. (21-4309)

**Monic Alvarez addressed the Board.  Interested person(s) also submitted written testimony.**

**After discussion, on motion of Supervisor Mitchell, seconded by Supervisor Hahn, this item was duly carried by the following vote:**

|  | **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*    Motion by Supervisor Mitchell
Public Comment/Correspondence
Audio I
Audio II

57-B.  **Heroes of Hope Race for Brain Tumor Research Fee Waiver**

Recommendation as submitted by Supervisor Hahn: Reduce the permit fee to $125, waive half of the gross receipts of $6,000, reduce the parking fee to $5 per vehicle for the volunteers setting up on Saturday, November 20, 2021 and reduce the parking fee to $5 per vehicle on Sunday, November 21, 2021 at Dockweiler State Beach, excluding the cost of liability insurance, for the Heroes of Hope 14th Annual Race for Brain Tumor Research Race event. (21-4307)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

|  | **Ayes:** | 5 - | Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis |

*Attachments:*    Motion by Supervisor Hahn
Public Comment/Correspondence

*County of Los Angeles*                         *Page 47*

**EXHIBIT 28 - Page 1147**

**Board of Supervisors**                **Statement Of Proceedings**                **November 2, 2021**

**57-C.  Expansion of the Trauma Prevention Initiative**

Recommendation as submitted by Supervisors Solis and Hahn: Authorize the Director of Public Health to enter into temporary, short-term, sole source service agreements and/or amend current contracts utilizing funds that were previously identified by the Chief Executive Officer as directed in Board Order No. 21 of July 13, 2021, and such agreements and/or amendments shall not extend beyond December 31, 2022, including:

> Street Outreach providers within identified Trauma Prevention Initiative (TPI) communities, at a total amount not to exceed $3,000,000 annually across all new temporary agreements and amendments; and

> Hospital Violence Intervention Program providers, working with trauma hospitals serving identified TPI communities, at a total amount not to exceed $1,500,000 annually across all new temporary agreements and amendments; and

Instruct the Director of Public Health to report back to the Board within 60 days on the status of the TPI expansion implementation; and report back to the Board within 120 days on the status of the Department of Public Health Street Outreach and Hospital Violence Intervention temporary contracts and Requests for Applications. (21-4306)

**Diego Rodrigues, MJ King, Belen Mackenzie, Ellen Giesy, Gwendolyn Snyder, Fabian Garcia, and Jessica Sanchez addressed the Board. Interested person(s) also submitted written testimony.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

>            **Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Motion by Supervisors Solis and Hahn
Report
Public Comment/Correspondence
Audio

**EXHIBIT 28 - Page 1148**

**57-D.** **Providing Critical Actions for Dominguez Channel Public Nuisance Event**

Recommendation: Review the determination of the Director of Public Works that the conditions resulting from the Dominguez Channel Odor Incident (2 and 4) did not permit a delay resulting from a competitive solicitation for contract bids and the actions identified by the Director were necessary to respond to the incident; find that the conditions created by the Dominguez Channel Odor Incident continue to require immediate action and will not permit a delay resulting from a competitive solicitation for bids and that the actions identified by the Director continue to be necessary to respond to the conditions created by the Dominguez Channel Odor Incident and should be continued; authorize the Director to continue to procure the necessary equipment, services and supplies necessary to implement the identified actions to respond to the conditions resulting from the Dominguez Channel Odor Incident without giving notice for bids, and implement the identified actions using contractors and Department of Public Works employees; and find that the proposed actions are exempt from the California Environmental Quality Act. **(Department of Public Works) 4-VOTES** (21-4285)

**Monic Alvarez addressed the Board.**

**On motion of Supervisor Hahn, seconded by Supervisor Barger, this item was duly carried by the following vote:**

**Ayes:**  5 -  Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*    Board Letter
Public Comment/Correspondence
Audio

---

*County of Los Angeles*                     *Page 49*

**EXHIBIT 28 - Page 1149**

**Board of Supervisors**                **Statement Of Proceedings**                **November 2, 2021**

## IV.   ORDINANCES FOR INTRODUCTION      60 - 61

**60.**      **County Code, Title 5 - Personnel Amendment**

Ordinance for introduction amending County Code, Title 5 - Personnel relating to the County of Los Angeles Deferred Compensation and Thrift (Horizons) Plan, the Pension Savings Plan and the County of Los Angeles Savings (Savings) Plan to provide that, when determined to be necessary by the County and Administrative Committee to settle litigation against each Plan, each Administrative Committee and/or the County regarding alleged violations of applicable fiduciary or employment laws that have resulted in lost contributions or benefits under the Plan, the County may make contributions to the Plan, subject to applicable limitations under the Internal Revenue Code. (Relates to Agenda No. 27)  (21-4141)

**On motion of Supervisor Hahn, seconded by Supervisor Barger, the Board introduced, waived reading and ordered placed on the agenda for adoption an ordinance entitled, "An ordinance amending Title 5 – Personnel of the Los Angeles County Code, relating to the County of Los Angeles Deferred Compensation and Thrift Plan, the Pension Savings Plan and the County of Los Angeles Savings Plan."**

**This item was duly carried by the following vote:**

**Ayes:**    5 -    Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*      Ordinance
Public Comment/Correspondence

---

*County of Los Angeles*                     *Page 50*

**EXHIBIT 28 - Page 1150**

Board of Supervisors                    Statement Of Proceedings                    November 2, 2021

**61.    County Code Title 20 - Utilities Amendment**

Ordinance for introduction amending County Code, Title 20 - Utilities by adding Division 4B, Chapter 20.91, pertaining to "Mandatory Organic Waste Disposal Reduction" to reduce emissions of methane, a greenhouse gas, by limiting disposal of organic waste; complying with regulations adopted by the California Department of Resources Recycling and Recovery (CalRecycle) in 2020, in accordance with Senate Bill 1383 (2016), CalRecycle's regulations direct local jurisdictions to impose requirements on, among others, residents and businesses that generate organic waste, as well as certain food facilities that dispose of food that is still edible; requiring residents and businesses within the unincorporated area of the County to, in most cases, "source separate" their organic waste; requiring that they either utilize an authorized hauler to collect their organic waste and divert it to an appropriate organic waste processing facility, self-haul the organic waste to an appropriate processing facility or convert the organic waste to a useful product on-site through composting or other specified methods; requiring certain food-focused businesses, including restaurants and grocery stores of a certain size, among other businesses, to recover edible food that would otherwise be disposed and arrange for it to be distributed to organizations such as food banks; the Director of Public Works will be responsible for enforcing the ordinance which authorizes the issuance of temporary waivers to organic waste generators and certain food facilities in specified circumstances; and commencing January 1, 2024, the ordinance requires the Director to impose penalties ranging from $50 to $500 for violations that are not corrected within a specified period of time. (Relates to Agenda No. 38)  (21-4151)

**This item was taken up with Item No. 38.**

**Interested person(s) submitted written testimony.**

**After discussion, on motion of Supervisor Kuehl, seconded by Supervisor Solis, the Board introduced, waived reading and ordered placed on the agenda for adoption an ordinance entitled, "An ordinance amending Title 20 – Utilities of the Los Angeles County Code by adding Division 4B, Chapter 20.91, pertaining to Mandatory Organic Waste Disposal Reduction, to impose requirements upon Organic Waste Generators and certain generators of Edible Food waste within the unincorporated area of Los Angeles County, in order to comply with the regulations adopted by the California Department of Resources Recycling and Recovery in accordance with Senate Bill 1383."**

**EXHIBIT 28 - Page 1151**

**This item was duly carried by the following vote:**

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

*Attachments:*   Ordinance
Public Comment/Correspondence
Audio

**EXHIBIT 28 - Page 1152**

Board of Supervisors                    Statement Of Proceedings                    November 2, 2021

---

**V.   PUBLIC HEARING     62**

62.     **Hearing on Project No. 2020-000606-(All Districts) for the Housing Element Update**

Hearing on Project No. 2020-000606-(All Districts), Plan Amendment No. RPPL2020004333-(All Districts), Advance Planning Case No. RPPL2020001008-(All Districts) and the Final Environmental Impact Report associated with Environmental Assessment No. RPPL2020001009-(All Districts), to approve an update to the Housing Element of the County of Los Angeles General Plan (General Plan) for the 2021-2029 planning period pursuant to California Government Code Section 65583, et seq., to amend the General Plan Land Use Element to add a minimum allowable residential density to certain land use designations and establish that the allowable residential density specified by the General Commercial land use designation in the General Plan will also apply to the commercial land use designations in certain community-based plans, where such land use designations do not currently specify the allowable residential density; amend County Code, Title 22 - Planning and Zoning, to add development standards pertaining to floor area dedicated to residential use in mixed use projects in the Mixed Use Development Zone. (On September 1, 2021, the Regional Planning Commission recommended approval of this project.) **(Department of Regional Planning)** (Continued from the meeting of 10-19-21) (21-3709)

**All persons wishing to testify were sworn in by the Executive Officer of the Board.  Opportunity was given for interested persons to address the Board. Sean Mann, Faizah Malik, Chuck Powell, Joshua Christianson, Pamela Agustin and Red Chief Hunt addressed the Board.  Correspondence was received.**

**Amy Bodek, Director of Regional Planning, made a presentation and responded to questions posed by the Board.**

**After discussion, on motion of Supervisor Solis, seconded by Supervisor Barger, the Board closed the public hearing and took the following actions:**

1.   **Indicated its intent to certify that the Final Program Environmental Impact Report (PEIR) Environmental Assessment No. RPPL2020001009-(All Districts) for the Project has been completed in compliance with the California Environmental Quality Act and reflects the independent judgement and analysis of the County; made a finding that the Board has reviewed and considered the information contained in the Final PEIR prior to approving the Project, adopted the mitigation monitoring program, finding that the mitigation monitoring program is**

---

*County of Los Angeles*                    *Page 53*

**EXHIBIT 28 - Page 1153**

adequately designed to ensure compliance with the mitigation measures during project implementation; and determined that the significant adverse effects of the Project have either been reduced to an acceptable level or are outweighed by the specific overriding considerations of the Project, as outlined in the Environmental Findings of Fact and Statement of Overriding Considerations, which findings and statement are adopted and incorporated by reference;

2. Indicated its intent to approve the Project, Plan Amendment No. RPPL2020004333-(All Districts) and Advance Planning Case No. RPPL2020001008-(All Districts), as recommended by the Regional Planning Commission, and with modifications as proposed by the Department of Regional Planning staff;

3. Authorized the Director of Regional Planning and County Counsel to continue to work with the State Department of Housing and Community (HCD) after this public hearing to make any necessary final changes to Development the Project consistent with the Final PEIR and HCD's letter dated October 26, 2021 and recommendations; and

4. Instructed County Counsel to prepare the necessary final documents for the Project and bring them back to the Board for their consideration as soon as possible.

This item, as amended, was duly carried by the following vote:

**Ayes:**   5 -   Supervisor Mitchell, Supervisor Kuehl, Supervisor Hahn, Supervisor Barger and Supervisor Solis

_**Attachments:**_    Revised Board Letter
Motion by Supervisor Solis
Departmental Statement
Public Comment/Correspondence
Presentation
Audio I
Audio II
Audio III
Audio IV

**EXHIBIT 28 - Page 1154**

**Board of Supervisors**                **Statement Of Proceedings**                **November 2, 2021**

## VI.  CLOSED SESSION MATTERS FOR NOVEMBER 2, 2021

**CS-1.** <u>DEPARTMENT HEAD PERFORMANCE EVALUATIONS</u>
(Government Code Section 54957)

Department Head performance evaluations.

**In Open Session, this item was referred back to County Counsel.**  (11-1977)

*<u>Attachments:</u>*          Public Comment/Correspondence

---

*County of Los Angeles*                        *Page 55*

**EXHIBIT 28 - Page 1155**

## VII.   GENERAL PUBLIC COMMENT     63

**63.**    Opportunity for members of the public to address the Board on items of interest that are within the subject matter jurisdiction of the Board.

**Roy Humphreys, Lynne Plambeck, MJ King, Hector Flores, Peter Eliasberg, Jay Stephen Brantley, Elizabeth Krider, Eric Preven, Sandra Flores, Jennifer Vasquez, Pamila Lew, Rosa Soto, Ellen Giesy, Isabella Jones, Kristin James, Faizah Malik, Gilbert Saldate, Chuck Powell, Angelica Palmeros, Gwendolyn Snyder, Dawn Hakim, Red Chief Hunt, Milinda Kakani, Emmanuel Estrada, Javier Gonzalez, Uzo Madusque and Sean Mann addressed the Board. Interested person(s) also submitted written testimony.**  (21-4362)

_Attachments:_     Public Comment/Correspondence
                   Audio

**EXHIBIT 28 - Page 1156**

### VIII.   ADJOURNMENT   64

64.     On motions, duly seconded and unanimously carried, the meeting was adjourned in memory of the following persons:

**Supervisors Solis and Barger**
Bryan Urias

**Supervisor Solis**
Rebecca Avila

**Supervisors Mitchell and Kuehl**
Hortense K. Stewart

**Supervisor Mitchell**
Gloria Alvanetta Severan-Wortham

**Supervisor Kuehl**
Allan Frankel
Marilyn Leoni
Peter Scolari
Roger Thornton
Ruthie Tompson
James Michael Tyler
Evelyn Zebker

**Supervisors Hahn, Solis and Kuehl**
Nancy Takano

**Supervisor Hahn**
Tom Curtis
Walt Dougher
Elizabeth Martinez
Thomas Mooney
Julia Scoville

**Supervisor Barger and All Members of the Board**
Margaret "Peggy" York

**Supervisor Barger**
Frederick George Hirigoyen
Mary Jung
Vern Lawson
Dr. Edward C. Ortell  (21-4365)

**EXHIBIT 28 - Page 1157**

**Board of Supervisors**     **Statement Of Proceedings**     **November 2, 2021**

### Closing     65

**65.**  The Board of Supervisors of the County of Los Angeles, and ex officio the governing body of all other special assessment and taxing districts, agencies and authorities for which said Board so acts, adjourned its meeting at 3:31 p.m.

The Board will hold Special Closed Session Meetings on Thursday, November 4, 2021 at 9:00 a.m. and Tuesday, November 9, 2021 at 9:30 a.m.

The next Regular Meeting of the Board will be Tuesday, November 16, 2021 at 9:30 a.m.  (21-4445)

The foregoing is a fair statement of the proceedings of the regular meeting held November 2, 2021, by the Board of Supervisors of the County of Los Angeles and ex officio the governing body of all other special assessment and taxing districts, agencies and authorities for which said Board so acts.

Celia Zavala, Executive Officer
Executive Officer-Clerk
of the Board of Supervisors

By

Adela Guzman
Head Board Specialist, Agenda
Preparation Section

**EXHIBIT 28 - Page 1158**