DAWYN R. HARRISON (State Bar No. 173855)
*County Counsel*
KATHERINE M. BOWSER (State Bar No. 230626)
*Acting Assistant County Counsel*
ANA WAI-KWAN LAI (State Bar No. 257931)
*Senior Deputy County Counsel*
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 648
Los Angeles, California 90012
Telephone: (213) 974-1830
Facsimile: (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400f
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES** <br><br> **DECLARATION OF MIRA HASHMALL IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS SECOND AMENDED COMPLAINT** <br><br> **[2 of 2]** <br><br> Date:  June 5, 2023 <br> Time:  8:30 a.m. <br> Place:  Courtroom 10A <br> Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

578573.3                                                        Case No. 2:20-cv-02291 DOC-KES

DECLARATION OF MIRA HASHMALL IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES'
MOTION TO DISMISS SECOND AMENDED COMPLAINT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

**INDEX OF EXHIBITS TO THE DECLARATION OF MIRA HASHMALL**

| Ex No. | Description | Pg. No. |
|---|---|---|
| 1. | County's Report of Available Resources for People Experiencing Homelessness (Dkt. No. 189) | 14-31 |
| 2. | County Department of Mental Health's Report to the Los Angeles County Board of Supervisors, titled "Disrupting the Cycle of Chronic Homelessness-DMH Homeless Outreach and Mobile Engagement (HOME) Team Pilot (Item 12, Agenda of June 23, 2020)" | 32-58 |
| 3. | July 27, 2021 Statement of Proceedings of the Board | 59-124 |
| 4. | September 15, 2021 Statement of Proceedings of the Board | 125-200 |
| 5. | August 10, 2021 Statement of Proceedings of the Board | 201-287 |
| 6. | September 28, 2021 Statement of Proceedings of the Board | 288-336 |
| 7. | October 19, 2021 Statement of Proceedings of the Board | 337-398 |
| 8. | July 19, 2021 Letter from the County Department of Health Services ("DHS") to Board Transmitting HFH Quarterly Report | 399-421 |
| 9. | February 2016 report published by the Los Angeles County Homeless Initiative, titled "Approved Strategies to Combat Homelessness" | 422-552 |
| 10. | May 9, 2016 Homeless Initiative Quarterly Report No. 1, submitted to the Los Angeles County Board of Supervisors by the Los Angeles County Chief Executive Office | 553-579 |
| 11. | Measures appearing on the March 7, 2017 Ballot | 580-583 |
| 12. | September 29, 2017 report submitted to the Board by the CEO, titled "Homeless Initiative Measure H Strategy Implementation Plans" | 584-659 |
| 13. | December 3, 2020 Homeless Initiative Quarterly Report No. 18 | 660-726 |

578573.3

Case No. 2:20-cv-02291 DOC-KES

DECLARATION OF MIRA HASHMALL IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS SECOND AMENDED COMPLAINT

| Ex No. | Description | Pg. No. |
|--------|-------------|---------|
| 14. | February 22, 2021 Countywide Homeless Initiative's Year Four performance evaluation prepared by Public Sector Analytics | 727-802 |
| 15. | August 20, 2021 Homeless Initiative Quarterly Report No. 20 | 803-856 |
| 16. | July 13, 2021 Press Release announcing the Homeless Initiative Budget for Fiscal Year 2021-2022 | 857-862 |
| 17. | November 16, 2021 Statement of Proceedings of the Board | 863-946 |
| 18. | June 26, 2020 Binding Term Sheet between the County and the City of Los Angeles (Dkt. No. 136) | 947-949 |
| 19. | September 16, 2020 Notice to the Court of Payment from County of Los Angeles Pursuant to Binding Term Sheet (Dkt. No. 177) | 950-952 |
| 20. | October 13, 2020 Joint Notice to the Court Regarding Memorandum of Understanding for 6,700 Bed Plan from City of Los Angeles and County of Los Angeles (Dkt. No. 185) | 953-968 |
| 21. | January 7, 2021 Notice to the Court of Payment from County of Los Angeles Pursuant to Binding Term Sheet (Dkt. No. 203) | 969-971 |
| 22. | March 29, 2021 Notice to the Court of Payment from County of Los Angeles Pursuant to Binding Term Sheet (Dkt. No. 254) | 972-974 |
| 23. | July 13, 2021 County of Los Angeles' Notice of Payment and Report Regarding Mainstream Services at City Facilities (Dkt. No. 341) | 975-979 |
| 24. | August 5, 2022 Defendant County of Los Angeles' Annual Status Report Re Payment Pursuant to Memorandum of Understanding Between County of Los Angeles and City of Los Angeles [DKT. 185-1], filed with this Court at ECF Dkt. No. 463 | 980-982 |
| 25. | August 31, 2021 Statement of Proceedings of the Board | 983-1039 |
| 26. | September 27, 2021 Press Release from LAHSA regarding a $15 million grant from the U.S. Department of Housing and Urban Development | 1040-1041 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

| Ex No. | Description | Pg. No. |
|---|---|---|
| 27. | October 5, 2021 Statement of Proceedings of the Board | 1042-1099 |
| 28. | November 2, 2021 Statement of Proceedings of the Board | 1100-1158 |
| 29. | November 2, 2021 Motion by Supervisors Hilda L. Solis and Kathryn Barger regarding Interim Housing Services Fund For Cities And Councils Of Governments Combatting Homelessness of the Board | 1159-1162 |
| 30. | May 12, 2020 Motion by Los Angeles County Supervisors Sheila Kuehl and Mark Ridley-Thomas, titled "Developing a COVID-19 Recovery Plan Related to People Experiencing Homelessness" | 1163-1167 |
| 31. | July 2, 2020 report submitted to the Board by the CEO, titled "Developing a COVID-19 Recovery Plan Related to People Experiencing Homelessness (Item No. 4, Agenda of May 12, 2020)" | 1168-1177 |
| 32. | May 15, 2020 report submitted to the Board by the CEO, titled "Piloting a Comprehensive Crisis Response to Ensure Post-COVID-19 Housing for Homeless Older Adults in Los Angeles County (Item No. 8, Agenda of April 14, 2020)" | 1178-1211 |
| 33. | November 3, 2020 County of Los Angeles' Response to Plaintiffs' Status Report Dated October 20, 2020 (Dkt. No. 197) | 1212-1221 |
| 34. | May 2, 2017 report to the Board, titled "Adopt the Department of Mental Health's Mental Health Services Act Three-Year Program and Expenditure Plan for Fiscal Years 2017-18, 2018-19 and 2019-20" | 1222-1512 |
| 35. | Excerpts from the Los Angeles County Department of Mental Health's website | 1513-1528 |
| 36. | March 30, 2022 Blue Ribbon Commission on Homelessness Governance Report | 1529-1641 |
| 37. | May 3, 2022 Motion re Recommendations on Implementations of Blue Ribbon Commission | 1642-1653 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

578573.3

12

Case No. 2:20-cv-02291 DOC-KES

DECLARATION OF MIRA HASHMALL IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES'
MOTION TO DISMISS SECOND AMENDED COMPLAINT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

| Ex No. | Description | Pg. No. |
|---|---|---|
| 38. | Stipulation for Voluntary Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2), ECF Dkt. No. 485 | 1654-1672 |
| 39. | January 10, 2023 Proclamation of a Local Emergency for Homelessness in the County of Los Angeles | 1673-1683 |
| 40. | January 23, 2023 Report Back on Proclamation of a Local Emergency for Homelessness in the County of Los Angeles | 1684-1695 |
| 41. | January 31, 2023 Report Back on Proclamation of a Local Emergency for Homelessness in the County of Los Angeles | 1696-1702 |
| 42. | February 7, 2023 Revised Declaration of Local Emergency for Homelessness – Implementation Actions | 1703-1716 |
| 43. | February 7, 2023 Fiscal Year 2023-24 Homelessness Initiative Funding Recommendations | 1717-1755 |
| 44. | Joint Submission of Addendum to Settlement Agreement, ECF Dkt. No. 533 | 1756-1792 |
| 45. | April 20, 2023 Reporter's Transcript of Proceedings | 1793-1861 |
| 46. | April 20, 2023 Homeless Initiative Quarterly Report No. 26 | 1862-1928 |
| 47. | May 2, 2023 Minute Order, ECF Dkt. No. 551 | 1929-1933 |
| 48. | May 2, 2023 Board Motion to Authorize Joint Application(s) to and Participation in the Homekey Round 3 Program | 1934-1967 |
| 49. | April 25-27, 2023 Meet and Confer Emails | 1968-1981 |