# EXHIBIT 35

EXHIBIT 35 - Page 1513

# MHSA Announcements

 **dmh.lacounty.gov**/about/mhsa/announcements

**Community Leadership Team Presentation (NEW)**

On March 5, 2021, our Community Leadership Team (CLT) were presented a preview of the FY 2021-2024 Mental Health Services Act (MHSA) 3-Year Plan.  LACDMH experts provided program updates and data related to elements of the plan, with a critical focus on adjustments due to COVID-19.

**MHSA Stakeholder Presentations – October/November 2020**

In October & November 2020, LACDMH will be presenting its Mental Health Services Act (MHSA) information for fiscal year 2018-19, including demographics, services provided and consumer needs for each LA County service area.

This information will be presented at the corresponding service area leadership team (SALT) stakeholder meeting in October, listed below (and on this flyer):

SALT 1 (Antelope Valley)
SALT 2 (San Fernando Valley)
SALT 3 (San Gabriel Valley)
SALT 4 (Metro LA)
SALT 5 (West LA)
SALT 6 (South LA)
SALT 7 (East LA)
SALT 8 (South Bay)
(You may enter your street address at this district locator to identify which service area you are a part of)

LACDMH will also be sharing its 2020 Cultural Competence Plan at Underserved Cultural Communities (UsCC) stakeholder meetings.

**MHSA Annual Update Mid-Year Adjustment – Prevention and Early Intervention (PEI) Plan Components**
Public Review and Comment Period: August 18, 2020 to September 16, 2020

- Proposal details
- Feedback by email

1/15

**EXHIBIT 35 - Page 1514**

- Feedback by direct mail, please send to:
  Los Angeles County Department of Mental Health
  695 S. Vermont Avenue, 10th floor
  Los Angeles, CA  90005
  Attention: Darlesh Horn

**Extension of MHSA Three-Year Program and Expenditure Plan FY 2017-18 to FY 2019-20**

The Department of Mental Health will continue with its current Three-Year Plan for FY 2020-21.  This will allow for adequate time to ensure the stakeholder process is fully engaged in preparation of a new Three-Year Plan that reflects 1) a thorough understanding of community needs which are in transition as a result of the ongoing COVID-19 pandemic and civil unrest, and 2) meaningful budget forecasts.

**MHSA Annual Update Mid-Year Adjustment – MHSA Workforce Education and Training Regional Partnership Grant**
**DMH – Mental Health Loan Repayment Program**
Public Review and Comment Period: July 23, 2020 to August 21, 2020

- Proposal details
- Feedback by email
- Feedback by direct mail, please send to:
  Los Angeles County Department of Mental Health
  695 S. Vermont Avenue, 15th floor
  Los Angeles, CA  90005
  Attention: Angelita Diaz-Akahori

**MHSA Annual Update Mid-Year Adjustment – Plan to Suspend MHSA WET Project: The Financial Incentive Program for Psychiatry**

The Department intends to suspend the MHSA WET Mental Health Psychiatrist Student Loan Repayment Incentive Program, the Mental Health Psychiatrist Recruitment Incentive Program and the Mental Health Relocation Expense Reimbursement Programs for Fiscal Year 2020-2021.
Public Review and Comment Period: July 22, 2020 to August 20, 2020

- Proposal details
- Feedback by email
- Feedback by direct mail, please send to:
  Los Angeles County Department of Mental Health
  695 S. Vermont Avenue, 15th floor
  Los Angeles, CA  90005
  Attention: Angelita Diaz-Akahori

2/15

**EXHIBIT 35 - Page 1515**

**MHSA Annual Update Mid-Year Adjustment – Plan to Suspend MHSA WET Project: The Stipend Program**

The Department intends to suspend the MHSA WET Stipend Program for Fiscal Year 2020-2021.

Public Review and Comment Period: July 15, 2020 to August 13, 2020

- Proposal details
- Feedback by email
- Feedback by direct mail, please send to:
  > Los Angeles County Department of Mental Health
  > 695 S. Vermont Avenue, 15th floor
  > Los Angeles, CA  90005
  > Attention: Angelita Diaz-Akahori

**MHSA Three-Year Program and Expenditure Plan FY 2020-2021 to FY 2022-2023**

Public Review and Comment Period: May 27, 2020 – July 2, 2020

Public Hearing: June 25, 2020, 10 a.m.

Transcript

Event for Public Comment & MHC Commissioner Vote: July 2, 2020, 10 a.m.

Transcript

- MHSA Three-Year Plan for FY 2020-2021 to FY 2022-23
- Online Feedback Form
- Feedback by email
- Feedback by direct mail, please fill out and send this form to:
  > Los Angeles County Department of Mental Health
  > 550 S. Vermont Ave., 12th Floor Executive Suite
  > Los Angeles, CA 90020

**Funding Opportunity: Mini Grants for Community Engagement**

The Los Angeles County Department of Mental Health and CalMHSA are announcing a mini grant opportunity to engage communities, promote health, reduce stigma and optimize wellbeing. The grant period will run from March 1, 2020 through May 31, 2020. The deadline for submission is ~~February 3, 2020, 5 p.m. Pacific Time~~. (**UPDATE:** Deadline has been extended to February 7, 2020, 5 p.m. Pacific Time.)

For any questions regarding this grant opportunity, please email info@calmhsa.org.

- Application (PDF / Word)
- Grant Flyer
- Mini Grants Q&A
- Webinar recording

EXHIBIT 35 - Page 1516

**MHSA Annual Update Mid-Year Adjustment – Proposed Use of Prevention and Early Intervention (PEI) Funding for My Health LA Program**

Public Review and Comment Period: September 5, 2019 – October 5, 2019

- Proposal details
- LACDMH Recommendation Report to the Board
- Online Feedback Survey
- Feedback by email
- Feedback by direct mail, please send to:
  > Los Angeles County Department of Mental Health
  > 550 S. Vermont Ave., 12th Floor Executive Suite
  > Los Angeles, CA 90020

**LACDMH Presentation of MHSA Program Allocations for FY 2018-2019**

- Presentation PDF
- Feedback by email
- Feedback by direct mail, please send to:
  > Los Angeles County Department of Mental Health
  > 550 S. Vermont Ave., 12th Floor Executive Suite
  > Los Angeles, CA 90020

**Proposed Transfer of Funding from Community Services and Supports Plan to Workforce Education and Training Plan**

The proposed transfer will be for the development of a collaborative agreement between LACDMH and University of California, Los Angeles (UCLA), to accomplish the shared goals of transferring state-of-the-art treatment strategies from academia to the community and a training environment for clinical staff.

Public Review and Comment Period: June 11, 2019 to July 10, 2019

- Proposal details
- Feedback by email
- Feedback by direct mail, please send to:
  > Los Angeles County Department of Mental Health
  > 550 S. Vermont Ave., 12th Floor Executive Suite
  > Los Angeles, CA 90020

**Proposed Transfer of Funding from Community Services and Supports Plan to Capital Facilities Technological Needs Plan**

The proposed transfer would fund the capital development of a network of restorative care services for individuals with a mental illness who are being discharged from County psychiatric emergency services, psychiatric inpatient units and jails.

Public Review and Comment Period: May 31, 2019 to June 29, 2019

EXHIBIT 35 - Page 1517

- Proposal details
- Feedback by email
- Feedback by direct mail, please send to:
  Los Angeles County Department of Mental Health
  550 S. Vermont Ave., 12th Floor Executive Suite
  Los Angeles, CA 90020

**Proposed Transfer of Funding from Community Services and Supports Plan to Capital Facilities Technological Needs Plan**

The proposed funding shift would allow for the High Desert Mental Health Urgent Care Center project to move forward. This project consists of a new building, a parking lot, an ambulance drive and landscaping improvements.

Public Review and Comment Period: May 8, 2019 to June 6, 2019

- Proposal details
- Feedback by email
- Feedback by direct mail, please send to:
  Los Angeles County Department of Mental Health
  550 S. Vermont Ave., 12th Floor Executive Suite
  Los Angeles, CA 90020

**Proposed Transfer of Funding from Community Services and Supports Plan to Capital Facilities Technological Needs Plan**

The proposed funding shift would allow for the capital facilities partial purchase of a parking lot located at 636 Maple Avenue for the use of Downtown Mental Health Center.

Public Review and Comment Period: April 26, 2019 to May 25, 2019

- Proposal details
- Feedback by email
- Feedback by direct mail, please send to:
  Los Angeles County Department of Mental Health
  550 S. Vermont Ave., 12th Floor Executive Suite
  Los Angeles, CA 90020

**MHSA Innovation Pilot Project Proposal: True Recovery Innovation Embraces Systems That Empower (TRIESTE)**

Public Review and Comment Period: April 18, 2019 – May 17, 2019

- Project Proposal
- Online Feedback Survey

**Funding Opportunity: Mini Grants for Community Engagement**

EXHIBIT 35 - Page 1518

The Los Angeles County Department of Mental Health and CalMHSA announce a mini grant opportunity to engage communities and promote health and wellbeing with a focus on Mental Health Month in May. The application is due ~~April 5, 2019~~(**Update:** The deadline has been extended to April 19, 2019, 5 p.m. PDT). Don't wait — apply today!

- Grant Flyer
- Details and application
- Recording of March 14, 2019, Webinar
- Mini Grants Q&A

**MHSA Annual Update FY 2019-2020**
(updated in June 2019 with certification and approval letters in the full report)
Public Review and Comment Period: February 22, 2019 – March 23, 2019
MHSA Annual Update Public Hearing: March 28, 2019, 11 a.m. to 2 p.m.

- Executive Summary
- Full Annual Update Report
- Online Feedback Survey
- Comment Form – English (PDF)
- Comment Form – Spanish (PDF)

**Los Angeles County Department of Mental Health, Prevention Services Division School Partnership Initiative: Community Schools**
Mid-Year Adjustment to the MHSA 3 Year Program and Expenditure Plan
Fiscal Years 2017-18 through 2019-20
Public Review and Comment Period:  January 29, 2019 – February 27, 2019

**Annual Mental Health Services Act (MHSA) Revenue and Expenditure Report For FY 2017-2018**

**MHSA Annual Update FY 2018-2019**

**Mental Health Services Oversight and Accountability Commission Now Accepting Applications for Youth Innovation Project Planning Committee**
Application Period: November 30, 2018 – January 10, 2019

**Proposed Funding Transfer – $10 Million of MHSA Community Services Support Plan to Capital Facilities Plan**
Mid-Year Adjustment to the MHSA Annual Update Fiscal Year 2018-19
Public Review and Comment Period: November 29, 2018 – December 28, 2018

**Annual Mental Health Services Act (MHSA) Revenue and Expenditure Report For Fiscal Year (FY) 2016-17**

EXHIBIT 35 - Page 1519

**Mental Health Services Act – Innovation 7**
Budget Expansion from AB114 Plan
Public Review and Comment Period: September 5, 2018 – October 3, 2018

**Mental Health Services Act – Innovation 8**
Early Psychosis Learning Health Care Network
Mid-Year Adjustment to the MHSA Three Year Program and Expenditure Plan
Fiscal Years 2017-18 thru 2019-20
Public Review and Comment Period: August 14, 2018 – September 12, 2018

**Mid-Year Adjustment to the MHSA Annual Update Fiscal Year 2018-2019**
Public Review and Comment Period: June 21, 2018 through July 22, 2018

The Department of Mental Health is seeking to adjust the MHSA Annual Update Plan that will go into effect on July 1, 2018.  The Mid-Year adjustment, permissible through Section 3315 of the California Code of Regulations, Chapter 14 that governs the Mental Health Services Act, is comprised of three (3) components:

**Mental Health Services Act – Innovation 10**
Removing Barriers to Mental Health Optimization through a Suite of On-Demand Services
Fiscal Years 2018-19 thru 2021-22
Public Review and Comment Period June 18, 2018 – July 19, 2018

- Innovation 10 Proposal and Budget
- Innovation 10 Public Review Letter
- Innovation 10 Public Comment Form

**Mental Health Services Act – Innovation 11**
Utilizing Transportation Network Companies to Optimize Client Outcomes
Fiscal Years 2018-19 thru 2021-22
Public Review and Comment Period June 18, 2018 – July 19, 2018

- Innovation 11 Proposal and Budget
- Innovation 11 Public Review Letter
- Innovation 11 Public Comment Form

**Mental Health Services Act – Innovation 12**
Trauma-Informed Resilience Leadership Training
Fiscal Years 2018-19 thru 2022-23
Public Review and Comment Period June 18, 2018 – July 19, 2018

**Mid-Year Adjustments to the MHSA 3 Year Program and Expenditure Plan Fiscal Years 2017-18 through 2019-20**
Public Review and Comment Period: May 25, 2018 – June 23, 2018

EXHIBIT 35 - Page 1520

The Department of Mental Health is seeking to adjust the MHSA 3 Year Program and Expenditure Plan that went into effect on July 1, 2017.  The Mid-Year adjustment, permissible through Section 3315 of the California Code of Regulations, Chapter 14 that governs the Mental Health Services Act, in comprised of 3 components:

**MHSA Capital Facilities and Technological Needs (Re-Posting)**
**Mid-Year Adjustment to the MHSA 3 Year Program and Expenditure Plan Fiscal Years 2017-18 thru 2019-20**
Public Review and Comment Period May 16, 2018 – June 14, 2108

**Prevention and Early Intervention – Development of Community Based Prevention and Early Intervention Services for At-Risk Children/Youth and Families (NEW)**
**Mid-Year Adjustment to the MHSA 3 Year Program and Expenditure Plan Fiscal Years 2017-18 through 2019-20**
Public Review and Comment Period: April 12, 2018 – May 11, 2018

**Reversion Plan for PEI & Innovation and PEI AB 114 Spending Plan**
Public Review and Comment Period: March 23, 2018 – April 21, 2018

**MHSA Announcements**

**County of Los Angeles – Department of Mental Health**

**Funding Opportunity: Mini-Grants**

The Los Angeles County Department of Mental Health (LACDMH) announces grants to engage communities and promote health and wellbeing with a focus on Mental Health Month in May. The final application is due April 20, 2018. Don't wait — apply today!

Details and application.

**Mobile Transcranial Magnetic Stimulation (TMS) (Re-Posting)**
Public Review and Comment Period: March 14, 2018 – April 12, 2018

March 14 – April 12 2018 Mobile Transcranial Magnetic Stimulation (TMS)

    TMS Public Comment Form

**Expression of Interest – Capital Funding for the Development of Permanent Supportive Housing**(Open Date March 5, 2018)

**MHSA Annual Update FY 2018-2019**
Public Review and Comment Period: February 20, 2018 – March 21, 2018

EXHIBIT 35 - Page 1521

**Proposed Spending Plan for Accumulated MHSA Funds**
Public Review and Comment Period: February 16, 2018 – March 17, 2018

**Program Development and Outcomes Bureau**
**MHSA Innovation Quick Guide and Idea Generation Worksheet**
Public Comment

   Innovation Project Worksheet

**Program Development and Outcomes Bureau**
**MHSA Innovation 5 Project – Peer Support Specialist Full Service Partnership (FSP)**
**Fiscal Years 2018-19 through 2021-22**
Public Review and Comment Period: December 22, 2017 – January 19, 2018

**Prevention and Early Intervention-Development of Regional Prevention At-Risk Children, Youth and Families**
**Mid-Year Adjustment to the MHSA 3 Year Program and Expenditure Plan**
**Fiscal Years 2017-18 through 2019-20**
Public Review and Comment Period: November 27, 2017 – December 26, 2017

**Mid-Year Adjustment to MHSA 3 Year Program and Expenditure Plan**
**For Fiscal Years 2017-18 Through 2019-20**
**Public Review and Comment Period**
**October 27, 2017 through November 25, 2017**

The Department of Mental Health is seeking to adjust the MHSA 3 Year Program and Expenditure Plan that went into effect on July 1, 2017. The Mid-Year Adjustment, permissible through Section 3315 of the California Code of Regulations, Chapter 14 that governs the Mental Health Services Act, is comprised of 3 components:

- Mid-Year Adjustment Public Review Letter
- October 27 – November 25 2018 Mobile Transcranial Magnetic Stimulation (TMS)
  October 27 – November 25 2018 TMS Public Comment Form
- Allocation of MHSA Funds for the Development of Permanent Supportive Housing
  Permanent Supporive Housing Public Comment Form
- MHSA WET Financial Incentive Program (Revised 11/01/2017)
  Financial Incentive Program Public Comment Form

**MHSA Capital Facilities and Technological Needs**
**Mid-Year Adjustment to the MHSA Three Year Program and Expenditure Plan**
Fiscal Years 2017-18 thru 2019-20
Public Review and Comment Period September 22, 2017 – October 23, 2017

9/15

**EXHIBIT 35 - Page 1522**

**Full Service Partnership (FSP) Provider Meeting Handouts – August 11, 2017**

**MHSA Innovation 3 Project-Increasing Access to Mental Health Services and Supports Utilizing a Suite of Technology-Based Mental Health Solutions**
Public Review and Comment Period: July 21, 2017 – August 19, 2017

**Countywide Adult Providers Meeting Handouts – May 15, 2017**

**MHSA Three Year Program & Expenditure Plan Fiscal Years 2017-18 through 2019-20**
Public Review and Comment Period: January 23, 2017 – February 21, 2017

**Special Needs Housing Program (Update 11/16/2016)**

**MHSA Annual Update FY 2016-2017**
Public Review and Comment Period: March 22, 2016 – April 20, 2016

**Proposal for the Family Wellness Resource Center**
**Mid-Year Adjustment to the Annual Update – Fiscal Year 2015-16**
Public Review and Comment Period: January 21, 2016 – February 20, 2016

**Proposed Change to Adult Field Capable Clinical Services (FCCS)**
Mid-Year Adjustment to the Annual Update
Public Review and Comment Period November 19, 2015 – December 18, 2015

MHSA Housing Program

**Public Review Notice for Lorena Plaza Apartments**

- Public Review Notice for Lorena Plaza Apartments
- Section D
    - Section D-1. Development Summary
    - Section D-2. Development Description
    - Section D-3. Consistency with the Three-Year Program & Expenditure Plan
    - Section D-4. Description of Target Population to be Served
    - Section D-5. Tenant Certification Application
    - Section D-6. Tenant Referral and Certification Process
    - Section D-7. MHSA Housing Program Supportive Housing and Services Information
    - Section D-8. Supportive Services Chart
    - Section D-9. Design Consideration for Meeting the Needs of the MHSA Tenants
- Public Comment Form for Lorena Plaza Apartments

MHSA Housing Program

10/15

**EXHIBIT 35 - Page 1523**

**Valley Shared Housing Capital Development Project**
Public Review and Comment Period February 4, 2016 – March 4, 2016

- Public Review Notice for Valley Shared Housing Project
- Supportive Services Plan D1 – D16
    - Section D-1. Development Summary
    - Section D-2. Development Description
    - Section D-3. Consistency with the Three-Year Program & Expenditure Plan
    - Section D-4. Description of Target Population to be Served
    - Section D-5. Tenant Certification Application
    - Section D-6. Tenant Referral and Certification Process
    - Section D-7. MHSA Housing Program Supportive Housing and Services Information
    - Section D-8. Supportive Services Chart
    - Section D-9. Design Consideration for Meeting the Needs of the MHSA Tenants
    - Section D-10. Summary and Analysis of Stakeholder Input
    - Section D-11. DHCS Outcome Reporting Requests
    - Section D-12 County Mental Health Sponsorship
    - Section D-13. Primary Services Provider Experience Serving Target Population
    - Section D-14. County Fair Housing Certification
    - Section D-15. Draft Memorandum of Understanding
    - Section D-16. Supportive Services Budget Form and Budget Narrative
- Public Comment Form for Valley Shared Housing Project

MHSA Housing Program

**PATH Metro Villas Apartments Capital Development Project**
Public Review and Comment Period January 29, 2015 – February 29, 2016

- Public Review Notice for PATH Metro Villas Apartments
- PATH Meto Villas Apartments Section D
    - Section D-1. Development Summary
    - Section D-2. Development Description
    - Section D-3. Consistency with the Three-Year Program & Expenditure Plan
    - Section D-4. Description of Target Population to be Served
    - Section D-5. Tenant Certification Application
    - Section D-6. Tenant Referral and Certification Process
    - Section D-7. MHSA Housing Program Supportive Housing and Services Information
    - Section D-8. Supportive Services Chart
    - Section D-9. Design Consideration for Meeting the Needs of the MHSA Tenants
- Public Comment Form for PATH Metro Villas Apartments

MHSA Housing Program

11/15

EXHIBIT 35 - Page 1524

**127 Street Apartments Development Project**

- Public Review Notice for 127 Street Apartments
- 127 Street Apartments Section D
  - Section D-1. Development Summary
  - Section D-2. Development Description
  - Section D-3. Consistency with the Three-Year Program & Expenditure Plan
  - Section D-4. Description of Target Population to be Served
  - Section D-5. Tenant Certification Application
  - Section D-6. Tenant Referral and Certification Process
  - Section D-7. MHSA Housing Program Supportive Housing and Services Information
  - Section D-8. Supportive Services Chart
  - Section D-9. Design Consideration for Meeting the Needs of the MHSA Tenants
- Public Comment Form for for 127 Street Apartments

**El Segundo Apartments Development Project**

- Public Review Notice for El Segundo Apartments
- El Segundo Apartments Section D
  - Section D-1. Development Summary
  - Section D-2. Development Description
  - Section D-3. Consistency with the Three-Year Program & Expenditure Plan
  - Section D-4. Description of Target Population to be Served
  - Section D-5. Tenant Certification Application
  - Section D-6. Tenant Referral and Certification Process
  - Section D-7. MHSA Housing Program Supportive Housing and Services Information
  - Section D-8. Supportive Services Chart
  - Section D-9. Design Consideration for Meeting the Needs of the MHSA Tenants
- Public Comment Form for El Segundo Apartments

**Westmore Linden Capital Development Project**
Public Review and Comment Period January 22, 2016 – February 22, 2016

- Public Review Notice for Westmore Linden

12/15

**EXHIBIT 35 - Page 1525**

- Westmore Linden Section D
  - Section D-1. Development Summary
  - Section D-2. Development Description
  - Section D-3. Consistency with the Three-Year Program & Expenditure Plan
  - Section D-4. Description of Target Population to be Served
  - Section D-5. Tenant Certification Application
  - Section D-6. Tenant Referral and Certification Process
  - Section D-7. MHSA Housing Program Supportive Housing and Services Information
  - Section D-8. Supportive Services Chart
  - Section D-9. Design Consideration for Meeting the Needs of the MHSA Tenants
- Public Comment Form for Westmore Linden

MHSA Housing Program
**The Salvation Army Oasis Bell Capital Development Project**
Public Review and Comment Period January 19, 2016 – February 19, 2016

- Public Review Notice for Bell Oasis
- Bell Oasis Section D
  - Section D-1. Development Summary
  - Section D-2. Development Description
  - Section D-3. Consistency with the Three-Year Program & Expenditure Plan
  - Section D-4. Description of Target Population to be Served
  - Section D-5. Tenant Certification Application
  - Section D-6. Tenant Referral and Certification Process
  - Section D-7. MHSA Housing Program Supportive Housing and Services Information
  - Section D-8. Supportive Services Chart
  - Section D-9. Design Consideration for Meeting the Needs of the MHSA Tenants
- Public Comment Form for Bell Oasis

**Sylmar Court Capital Development Project**
Public Review and Comment Period September 28, 2015 – October 28, 2015

- Public Review Notice for Sylmar

13/15

EXHIBIT 35 - Page 1526

- Sylmar Section D
  - Section D-1. Development Summary
  - Section D-2. Development Description
  - Section D-3. Consistency with the Three-Year Program & Expenditure Plan
  - Section D-4. Description of Target Population to be Served
  - Section D-5. Tenant Certification Application
  - Section D-6. Tenant Referral and Certification Process
  - Section D-7. MHSA Housing Program Supportive Housing and Services Information
  - Section D-8. Supportive Services Chart
  - Section D-9. Design Consideration for Meeting the Needs of the MHSA Tenants
- Public Comment Form for Sylmar

**Huntington Square Capital Development Project**
Public Review and Comment Period September 15, 2015 – October 15, 2015

- Public Review Notice
- Huntington Square Section D
  - Section D-1. Development Summary
  - Section D-2. Development Description
  - Section D-3. Consistency with the Three-Year Program & Expenditure Plan
  - Section D-4. Description of Target Population to be Served
  - Section D-5. Tenant Certification Application
  - Section D-6. Tenant Referral and Certification Process
  - Section D-7. MHSA Housing Program Supportive Housing and Services Information
  - Section D-8. Supportive Services Chart
  - Section D-9. Design Consideration for Meeting the Needs of the MHSA Tenants
- Huntington Square Public Comment Form

**Silver Star Apartments Capital Development Project**
Public Review and Comment Period September 12, 2015 – October 12, 2015

**Proposal for use of Unallocated Funds-MHSA Community Services and Support (CSS) Plan**
Public Review and Comment Period: July 7, 2015 – August 6, 2015

**MHSA Annual Update FY 2015-2016**
Public Review and Comment Period: March 30, 2015 – April 29, 2015

**MHSA Innovation 1 – Integrated Care Program**
Mid-Year Adjustment to the Three Year and Expenditure Plan
Public Review and Comment Period March 27, 2015 – April 25, 2015

14/15

EXHIBIT 35 - Page 1527

**Steinberg Institute and CBHDA Statewide outcomes for MHSA**

Steinberg Report

**MHSA Innovation 2 Project – Health Neighborhoods**
Mid-Year Adjustment to the Annual Update
Public Review and Comment Period February 27, 2015 – March 28, 2015

Updated 9/29/2020

15/15

EXHIBIT 35 - Page 1528