# EXHIBIT 41

EXHIBIT 41 - Page 1696

| **BOARD OF SUPERVISORS** | Hilda L. Solis<br>First District | Holly J. Mitchell<br>Second District | Lindsey P. Horvath<br>Third District | Janice Hahn<br>Fourth District | Kathryn Barger<br>Fifth District |
| --- | --- | --- | --- | --- | --- |



**Chief Executive Office.**

**COUNTY OF LOS ANGELES**

Kenneth Hahn Hall of Administration
500 West Temple Street, Room 713, Los Angeles, CA 90012
(213) 974-1101      ceo.lacounty.gov

**CHIEF EXECUTIVE OFFICER**
Fesia A. Davenport

January 31, 2023

To:        Supervisor Janice Hahn, Chair
           Supervisor Hilda L. Solis
           Supervisor Holly J. Mitchell
           Supervisor Lindsey P. Horvath
           Supervisor Kathryn Barger

From:      Fesia A. Davenport
           Chief Executive Officer     *for FAD*

### REPORT BACK ON PROCLAMATION OF LOCAL EMERGENCY FOR HOMELESSNESS IN THE COUNTY OF LOS ANGELES (ITEM NO. 3, JANUARY 10, 2023 AGENDA)

On January 10, 2023, the Board of Supervisors (Board) unanimously adopted a motion declaring a local state of emergency for homelessness.  The motion directed, among other things, the Chief Executive Office (CEO) to report back in 14 days with the authorities needed to accelerate administrative processes and interventions which enable the County of Los Angeles (County) to provide services to people experiencing homelessness (PEH).  The motion further directed the CEO to develop a communication plan on how the County will coordinate and work with cities to implement solutions that will be implemented under the proposed authorities.  The motion also identified the Chief Executive Office - Homeless Initiative as the lead for overall coordination of the County's emergency response and directed the CEO to report back in 21 days on the necessary organizational changes and resources required to enable the Homeless Initiative (HI) to assume this leadership role. Finally, the Board directed the CEO to file periodic reports with the Board at quarterly, six, and 12-month intervals related to Measure H expenditures, updates on the emergency declaration, and data on whether the declaration should be modified, extended, or terminated.

This report provides the 21-day report back to the Board on the organizational changes and resources needed for HI to immediately assume the leadership role in managing the local emergency proclamation until the County entity responsible for homelessness is finalized and to concurrently establish the infrastructure to maintain the efforts initiated under this local emergency proclamation.

  "To Enrich Lives Through Effective And Caring Service"

**EXHIBIT 41 - Page 1697**

Each Supervisor
January 31, 2023
Page 2


**Homeless Initiative – Current State**

On August 17, 2015, the Board launched the HI with the primary objective of developing a coordinated set of recommended strategies to prevent and address homelessness which was approved by the Board on February 9, 2016.  On March 7, 2017, a quarter-cent Measure H special sales tax was approved by over 69 percent of County voters, which created a revenue stream to fund the strategies for a period of 10 years.

In 2021, the Board approved a motion to re-assess the HI strategies and provide recommendations to improve or modify the strategies to address the ever-changing homelessness crisis.  The resulting New Framework to End Homelessness in the County focuses on three key partners – rehousing system, mainstream government systems, and cities – and five strategies – coordinate, prevent, connect, house, and stabilize.  The New Framework prioritizes increasing exits to permanent housing, responding at scale to the persistently underserved (the number of people who have been homeless for six or more months has been steadily increasing and this group has been contributing to the annual increases in the Homeless Count), and advancing racial equity.  The New Framework calls for fully leveraging mainstream systems to prevent and reduce homelessness and for partnerships with cities and Councils of Government (COGs) on encampment resolution and expanding housing.

Historically the primary functions of HI have been to oversee HI strategies, recommend to the Board how Measure H funds are allocated to the strategies, provide oversight and accountability for the Measure H special revenue tax, and implement Board priorities related to homelessness.

During the COVID-19 pandemic, HI began overseeing multiple pandemic related emergency funding streams.  In addition, HI is now managing state Homeless Housing, Assistance and Prevention (HHAP) funding; and through pending agreements with local Medi-Cal Managed Care Plans, LA Care and Health Net, will soon be managing Housing and Homelessness Incentive Program (HHIP) funding.  With the new funding, HI has increased administrative responsibilities (budget, fiscal, contracts), reporting requirements, and oversight over large and complex programs, such as Project Homekey and leasing of private sector rental units, countywide to accelerate lease up for clients with tenant based rental subsidies.

HI has approximately 30 staff and is organized into three units: Programs (9 staff), Housing and Intergovernmental Relations (8 staff), and Administration (8 staff).  The Programs unit is responsible for prevention, access and response systems, and system integration.  Housing and Intergovernmental Relations is responsible for interim and permanent housing, policy, and coordination and collaboration with local jurisdictions (cities, COGs, and unincorporated areas).  The Administration unit

**EXHIBIT 41 - Page 1698**

Each Supervisor
January 31, 2023
Page 3

is responsible for preparing and tracking budgets, fiscal oversight, and contracts development and management.  In addition, HI staff includes, along with the HI Executive Director, communications lead, and support staff.  HI staff are fully utilized and there have been pronounced challenges absorbing the additional workload that has come with increased funding and increased programmatic and administrative oversight.

**Emergency Declaration - Organizational Changes and Resources Required**

The January 23, 2023, 14-day report back to the Board on the emergency declaration included recommendations for three missions to initially focus on under the emergency declaration: Encampment Resolution, Housing, and Mental Health and Substance Use Disorder Services (collectively, the "PEH Missions").  To be successful, HI will need staff to drive the countywide execution of the PEH Missions.  This represents a significant change and increase in workload as it moves the emphasis from planning and funding oversight to real time, hands-on, daily logistical coordination and resource management with local jurisdictions to resolve encampments and move people into housing.  The report back also identified a "first wave" of actions aimed at removing barriers in contracting and procurement, hiring, housing, services, and spending needed to accelerate expansion of services for PEH. HI will need staff to direct the alignment of County department resources with the emergency declaration and help departments spend, contract, and hire more effectively in support of the PEH Missions and to provide the necessary oversight and accountability.

The CEO recommends that an emergency declaration on homelessness section be established within HI with three main functions:  1) County Operations, 2) Local Jurisdiction Coordination, and 3) Communications.

County Operations

The County Operations team would be responsible for overseeing all administrative and operational coordination with and between County departments, and with State and federal entities, related to managing and responding to the emergency declaration.  This includes:

- Develop a governance and implementation framework for the PEH Missions including developing, updating, maintaining, and tracking PEH Missions project management plans in coordination with participating County departments and other entities; identify implementation challenges and quickly implement or recommend solutions as needed.
- Set goals and key performance indicator metrics for the PEH Missions.

**EXHIBIT 41 - Page 1699**

Each Supervisor
January 31, 2023
Page 4

- Ensure equitable implementation of the PEH Missions and the application of ARDI equity tools.
- Establish and operationalize protocols to approve County departments use of accelerated hiring, procurement, contracting, spending, housing and services authorities including confirming that the use is needed to implement or support a PEH Mission and that funding has been approved by the Board or otherwise budgeted.
- Oversee and direct HI emergency declaration hiring, contracting, and procurement including ensuring compliance with emergency declaration protocols.
- Establish and manage protocols for appropriate controls, tracking, and auditing for actions taken under the emergency declaration.
- Prepare Board and public reports on the status of the emergency declaration.
- Coordinate with County departments to ensure full utilization of accelerated hiring, procurement, contracting, spending, housing and services authorities to support the PEH Missions; identify implementation challenges and quickly implement or recommend solutions as needed.
- Coordinate with County departments on opportunities to prioritize health and social safety net services to PEH where legally permitted to do so.
- Direct the forecasting and planning of HI funding streams to align with the emergency declaration and PEH Missions and track utilization of the funds.
- Maintain inventory of local, State, federal, private, and other financing related to housing and homelessness available to and received by County departments; coordinate alignment with the emergency declaration and PEH Missions and track utilization of the funds.
- Coordinate State and federal requests for support, funding, regulatory relief, legislation, etc., in collaboration with County departments.
- Identify opportunities to secure new funding to support the emergency declaration and PEH Missions and prepare and submit funding requests.
- Act as the liaison with State and federal officials, Continuums of Care, Public Housing Authorities, housing departments and developers, service providers, and stakeholders to coordinate actions taken under the emergency declaration.

Local Jurisdiction Coordination

The Local Jurisdiction Coordination team is responsible for overseeing all coordination with local jurisdictions (including cities, COGs, and unincorporated areas) in support of the emergency declaration and PEH Missions.  This includes:

- Direct the operationalization of the Encampment Resolution and Housing Missions in local jurisdictions in partnership with cities and COGs.

EXHIBIT 41 - Page 1700

Each Supervisor
January 31, 2023
Page 5

- Establish regional units dedicated to logistical coordination with local jurisdictions, County departments, Continuums of Care, service providers, Metro, school districts, and other stakeholders on encampment resolution.
- Coordinate with local jurisdictions on plans, protocols, timelines, etc., to resolve encampments within their jurisdiction; develop and maintain encampment resolution schedule.
- Assess County resources and services necessary to support encampment resolution efforts and coordinate with County Operations team.
- Coordinate with local jurisdictions on strategic uses of the Local Solutions Fund to support encampment resolution within their jurisdiction.
- Coordinate with local jurisdiction to create interim and permanent housing to support encampment resolution within their jurisdiction, including co-investment opportunities.
- Act as the liaison with local jurisdictions that have declared their own state of emergency on homelessness.

Communications

The Communications team is responsible for developing the communication strategy and managing overall communications related to the emergency declaration and PEH Missions.  This includes:

- Prepare public facing reports and dashboards with information on the status of the emergency declaration and key performance indicator metrics, including use of social media, websites, newsletters, etc.
- Manage and respond to public and media inquiries related to the emergency declaration and PEH Missions.
- Develop and direct communications with cities, COGs, and unincorporated areas related to the emergency declaration and PEH Missions, including supporting local jurisdictions with their communication strategies.
- Support internal communications with County departments, Board offices, etc.
- Develop materials to support PEH Missions including videos and digital content, fact sheets, educational and resource documents, etc.

**Conclusion**

It is estimated that HI will need up to 20 positions to perform the functions described above.  Funding to support emergency declaration staff is included in the Fiscal Year 2023-24 Homeless Initiative Funding Recommendation Board Letter that your Board will consider at the February 7, 2023, Board meeting.  The CEO has strived to control administrative costs associated with HI; with the inclusion of

**EXHIBIT 41 - Page 1701**

Each Supervisor
January 31, 2023
Page 6


funding for emergency declaration positions HI administrative costs will remain under 3 percent.  I recommend that the CEO begin hiring the necessary staff within HI and report to the Board with recommended position allocations and funding in the Fiscal Year 2023-24 Final Changes budget phase.  In this sense, hiring means hiring employees into County service and seeking transfers from other County departments.  Hiring will be phased in with an initial focus on staffing who will work with cities on encampment resolution; develop robust communications strategies for municipal partners and stakeholders; help departments spend, contract, and hire more effectively in support of the PEH Mission; and as well as establish the governance and implementation framework for the PEH Missions.

Should you have any questions concerning this matter, please contact me or Cheri Todoroff, Executive Director of the Homeless Initiative and Affordable Housing, at (213) 974-1752 or ctodoroff@ceo.lacounty.gov.

FAD:JMN:CT
JR:ns

c:      Executive Office, Board of Supervisors
        County Counsel
        Aging and Disabilities
        Consumer and Business Affairs
        Economic Opportunity
        Health Services
        Internal Services
        Mental Health
        Public Health
        Public Social Services
        Public Works
        Los Angeles County Development Authority
        Los Angeles Homeless Services Authority

EXHIBIT 41 - Page 1702