# EXHIBIT 42

EXHIBIT 42 - Page 1703

AGN. NO.

REVISED MOTION BY SUPERVISORS LINDSEY P. HORVATH          February 7, 2023
AND KATHRYN BARGER

**Declaration of Local Emergency for Homelessness - Implementation Actions**

On January 10, 2023, the Board of Supervisors unanimously adopted a motion to declare a local emergency for homelessness, "Proclamation of a Local Emergency for Homelessness in the County of Los Angeles," which directed the Chief Executive Office (CEO), Homeless Initiative (HI), Office of Emergency Management (OEM), and all other County Departments to take necessary steps for the protection of life, health, and safety of people experiencing homelessness in the County of Los Angeles, through expedited and streamlined processes targeting: Contracting and Procurement; Hiring; Housing; Services; Spending; Communication and Outreach; and Public Outreach and Education.

A declaration of local emergency was necessary because 69,000 individuals are presently unhoused in the County, and critically 2,000 of those unhoused individuals die each year.  Homelessness is a complicated and multifaceted issue that requires, among other things, the development of new affordable housing, including land-use policy

- MORE -

                                                    MOTION

SOLIS          _____

MITCHELL       _____

HORVATH        _____

BARGER         _____

HAHN           _____

EXHIBIT 42 - Page 1704

decisions to permit such housing, which is a function of cities and of the County in unincorporated areas.   The provision of services for unhoused individuals requires substantial County resources, in coordination with cities. Coordination, collaboration, and the combined forces of different jurisdictions are imperatively needed to combat the current conditions of homelessness.

The local emergency declaration provides the County with additional tools to accelerate and expand its response through HI and in collaboration with city partners. These additional tools include, accelerated hiring of additional employees to address homelessness and mental health, the more effective and efficient use of funds, an expedited procurement of critical items, a faster and more streamlined creation of housing, expanded services, and the ability to request additional resources from the State and Federal governments.  In order to begin the process of implementing these resources the emergency declaration motion directed the CEO to report back to the Board with various implementation plans over the first 14-21 days of the emergency declaration.

Directive four of the original motion directed CEO-HI to lead the overall coordination of the emergency response and to coordinate efforts with the State and Federal governments, and the cities within the County, and report back in 14 days with the authorities needed and requisite changes to implement the emergency declaration. On January 23, 2023, the CEO provided a written report back detailing the authorities needed to accelerate administrative processes and interventions which enable the County to provide services to people experiencing homelessness (PEH), and a communication plan on how the County will coordinate and work with cities to implement solutions that will be implemented under the proposed authorities.  On January 24, 2023,

**EXHIBIT 42 - Page 1705**

the CEO provided a similar verbal report back to the Board at the regular Board meeting.

Additionally, directive five from the original motion directed CEO to enable HI to immediately assume a leadership role in managing the local emergency proclamation until the County entity responsible for homelessness is finalized and concurrently establish the infrastructure to maintain the efforts initiated under this local emergency proclamation. The CEO 21-day report back, submitted on January 30, 2023, outlined the necessary organizational changes and resources required to enable HI to assume this leadership role.

Considering the recommendations included in the reports back to the Board, and in support of the CEO, HI, and other County Departments to address the humanitarian crisis of homelessness, the Board is leveraging the authority and action of the Emergency Declaration for homelessness in taking the following actions.

**WE, THEREFORE, MOVE** that the Board of Supervisors:

1. Adopt the three strategic missions – Encampment Resolution, Housing, and Mental Health and Substance Use Disorder Services (collectively, the "PEH Missions") – recommended in the CEO report dated January 23, 2023, and direct the Executive Director of HI to develop a governance and implementation framework leveraging the Anti-Racism, Diversity and Inclusion (ARDI) equity tools to ensure equitable implementation of the PEH Missions, and establish goals and key performance metrics for each PEH Mission.  Encampment resolution and solutions shall be led with care first, to ensure that when encampments are resolved individuals living in those encampments have a safe place to go and are provided the housing and services they need.

**EXHIBIT 42 - Page 1706**

2. Authorize the CEO, in collaboration with County Counsel, Auditor-Controller, and impacted County departments, to implement contracting and procurement changes in response to the proclamation of local emergency for homelessness (Homeless Emergency), unless otherwise required by State or federal law:

   a. Authorize the CEO and impacted County departments to enter into and/or amend agreements, for professional and other services, approved as to form by County Counsel, that support the Homeless Emergency and PEH Missions within the County, without adhering to the requirements of the County's Sole Source Policy or any other competitive procurement requirements and terminate said agreements as necessary, provided:

      i. The CEO, or her designee, confirms in writing that there is good cause justification for the execution of the agreement, and/or amendment, in that it implements or is in support of a PEH Mission in response to the Homeless Emergency;

      ii. The CEO, or her designee, confirms in writing that funds have been approved by the Board of Supervisors (Board) or by a Board office in its County Homeless Prevention Initiative – Homeless Services Fund, or are otherwise budgeted federal, state or local funds that can be used to implement or support a PEH Mission in response to the Homeless Emergency; and

      iii. The term of the agreement, including all change or work orders, shall expire no later than two years after the Board terminates the Homeless

EXHIBIT 42 - Page 1707

Emergency, unless the department has obtained Board authority to extend the agreement for a longer term.

b. For purchases of goods, including supplies, equipment, and services needed to implement or support a PEH Mission in response to the Homeless Emergency:

   i. Increase impacted County departments' delegated purchasing authority to $50,000 and, to the extent legally permitted, authorize impacted County departments to enter into and amend agreements, including work or purchase orders, and other services or commodities, without adhering to the requirements of the County's Sole Source Policy or any other competitive procurement requirements provided the department has good cause justification for the execution of the agreement, and/or amendment, in that it implements or is in support of a PEH Mission in response to the Homeless Emergency, and terminate said agreements as necessary; and

   ii. Authorize the CEO, or her designee, and direct the County's Purchasing Agent, as applicable, to the extent legally permitted, to: (a) approve any purchases that otherwise would require Board approval under current law, regulations, or Board policies; (b) take any procurement or other actions necessary for the expedited acquisition of all goods, including supplies, equipment, and services needed, without adhering to the requirements of the County's Sole Source Policy, Purchasing Policies, or any other competitive procurement requirements provided the CEO,

EXHIBIT 42 - Page 1708

or her designee, confirms in writing that there is good cause justification for the purchase, in that it implements or is in support of a PEH Mission in response to the Homeless Emergency; and (c) when necessary, authorize the Purchasing Agent to make purchases in excess of $250,000 without prior Board approval.

3. To improve hiring in support of PEH Missions in response to the Homeless Emergency:

   a. Direct the Director of Personnel to approve <u>temporary and emergency appointments as authorized pursuant to Civil Service Rule 13, including but not limited to</u> departmental hiring without an examination ~~as authorized~~ pursuant to Civil Service Rule 13.04, for all positions that support a PEH Mission, provided the CEO, or her designee, confirms in writing that the positions support a PEH Mission in response to the Homeless Emergency and that relevant qualifications have been met by the applicant;

   b. Authorize departments, to the extent legally permitted, to provide hiring and retention incentives for positions with a direct connection to a designated PEH Mission, including, but not limited to, signing bonuses, retention bonuses, longevity bonuses, bonuses for field-based work, or housing stipends, provided the CEO, or her designee, confirms in writing that (1) the proposed positions support a PEH Mission in response to the Homeless Emergency, and (2) sufficient funds are budgeted to support the positions; and

   c. Authorize CEO to temporarily delegate authority, for a period to be determined by CEO, to departments to approve new ordinance-only items and special step

**EXHIBIT 42 - Page 1709**

placements for positions that support a PEH Mission, provided the CEO, or her designee, confirms in writing that (1) the proposed positions support a PEH Mission in response to the Homeless Emergency, and (2) sufficient funds are budgeted to support the positions.

4. To expedite the use of property to support interim and permanent housing for people experiencing homelessness, find that making available County property or acquiring property to support a PEH Mission meets the social needs of the population of the County pursuant to California Government Code section 26227, and is in the best interest of the County and the general public, and authorize the CEO, or her designee, using funds budgeted by the Board for this purpose, to:

   a. Negotiate, execute and amend leases or other agreements, approved as to form by County Counsel, to make available at less than fair market value to a public agency, nonprofit corporation, or nonprofit association any real property of the County that is not and, during the time of possession, will not be needed for County purposes, to be used to support a PEH Mission in response to the Homeless Emergency, in compliance with Government Code section 26227 and the California Environmental Quality Act (CEQA);

   b. Negotiate, execute and amend purchase and sale agreements and other agreements, approved as to form by County Counsel, to acquire real property for the purposes of subsection a, above, in compliance with Government Code section 26227 and CEQA, and subject to the CEO conducting customary due diligence, with the purchase price supported by an appraisal, and take all further actions necessary and appropriate to complete the transactions,

**EXHIBIT 42 - Page 1710**

including opening and management of escrow, any administrative adjustments to the transfer documents, execution of all the requisite documentation for the completion of the transfer, and acceptance of the deed conveying title to the real property to the County of Los Angeles;

c.  Negotiate, execute, and amend funding agreements and other agreements with public agencies, nonprofit corporations, or nonprofit associations receiving real property for the purposes of subsection a, above, to fund the improvement or development of facilities to support the PEH Mission on the real property transferred, in compliance with Government Code section 26227 and CEQA; and

d.  Authorize the Auditor-Controller to issue warrants, as directed by the CEO, or her designee, for the above actions and any other related costs.

5.  To improve homeless service delivery, delegate authority to the departments to apply for and accept new or expanded grant agreements that support a PEH Mission, provided the CEO, or her designee, confirms in writing that (1) the services funded by the grant support a PEH Mission in response to the Homeless Emergency, (2) sufficient funds are budgeted for matching or other grant requirements, and (3) adopt and instruct the Chair of the Board to sign the attached Resolution, which authorizes County departments to apply for and receive State, federal, or local funds and to execute all necessary agreements for use of such funds and to take all related actions, including execution of any necessary documents, following approval as to form by County Counsel.

6.  To optimize spending in support of the Homeless Emergency, delegate authority to

**EXHIBIT 42 - Page 1711**

the CEO, or her designee, to increase or decrease allocation amounts to County departments, as well as the Los Angeles Homeless Services Authority (LAHSA) and Los Angeles County Development Authority (LACDA), and across service types for any Board-approved budgeted funding sources administered by the Homeless Initiative, including, but not limited to, Measure H revenue and Homeless Housing, Assistance and Prevention (HHAP) grant funds.

7. Clarify and declare that, in approving the above authorities and delegations of authority, it is also the intent of the Board to ensure appropriate oversight and stewardship of public funds, and therefore, direct the Chief Executive Office to work with all impacted departments to develop an implementation protocol for the above directives, which includes appropriate controls, tracking, metrics, auditing and regular public reporting, and submit the implementation protocols to the Board in writing in 45 days.

8. Direct the CEO, or her designee, to begin hiring the necessary staff within HI to implement the above authorities, as specified in the CEO's report dated January 31, 2023, and report to the Board with recommended position allocations and funding in the Fiscal Year 2023-24 Final Changes budget phase.

**WE, FURTHER, MOVE** that the Board of Supervisors also acting as the Board of Commissioners for the Los Angeles County Development Authority.

9. Direct the Department of Public Works (Public Works), in collaboration with CEO, County Counsel, the Department of Regional Planning (Regional Planning), the LACDA, and other relevant departments, to report in writing in 30 days identifying specific County Code provisions or rules that should be amended to support the rapid

**EXHIBIT 42 - Page 1712**

development of interim and permanent housing for PEH, and identify potential impacts of doing so, including, but not limited to, identification of any required environmental review.

10. Direct the Department of Mental Health (DMH) and the CEO to report in writing in 30 days with recommended legislative changes that would create flexibility to use Mental Health Services Act (MHSA) funding in support of the PEH Missions in response to the Homeless Emergency, as well as remove silos and other restrictions that create barriers and prevent counties from effectively spending MHSA funding where it is needed, when it is needed, and in what form it is needed.

11. Direct the Director of Personnel, in collaboration with CEO, County Counsel, and other relevant departments, to identify amendments to the County Code, Civil Service Rules, and other authorities governing County employment that would support accelerated hiring and hiring incentives in support of the PEH Missions in response to the Homeless Emergency, and report in writing with recommendations in 30 days.

12. Direct County Counsel to convene all departments that contract with the LAHSA, including, but not limited to, the CEO, the Department of Public Social Services (DPSS), the Aging and Disabilities Department (AD), and LACDA, to develop a streamlined uniform contract and present the uniform contract to the Board for consideration and approval within 60 days.

13. Direct Public Works, in collaboration with CEO, County Counsel, Regional Planning, LACDA, and other relevant departments, to report in writing in 60 days recommending legislative proposals at the State and federal level to further streamline the review, approval, and construction of interim and permanent housing for PEH.

**EXHIBIT 42 - Page 1713**

14. Direct the Department of Military and Veterans Affairs, in collaboration with CEO, to report back in 60 days on the following:

   a. Convene all relevant county departments that provide services to veterans, related to the Homeless Emergency and PEH, to identify services provides and provide recommendations to remove silos and improve integration and coordination to effectively serve veterans experiencing homelessness; and

   b. Convene all relevant state and federal partners and stakeholders, including the United States Department of Veterans Affairs and the California Department of Veterans Affairs, to provide recommendations to streamline the delivery of services, identify opportunities to develop veterans-specific housing, and increase intergovernmental collaboration to serve all sub-demographics of veterans experiencing homelessness.

**EXHIBIT 42 - Page 1714**

## AUTHORIZING RESOLUTION

**A necessary quorum and majority** of the Board of Supervisors of the County of Los Angeles (the "Applicant") hereby consents to, adopts and ratifies the following Resolution:

**WHEREAS,** on January 10, 2023, the Board of Supervisors ("Board") of the County of Los Angeles ("County") proclaimed a local emergency for homelessness ("Homeless Emergency") in the County due to the existence of conditions of extreme peril to the safety of persons on the basis of pervasive and pernicious homelessness in Los Angeles County.

**WHEREAS,** on February 7, 2023, the Board authorized the Chief Executive Officer ("CEO"), or her designees, to apply for and receive State, federal or local funds and to execute all necessary agreements for use of such funds and to take all related actions, including execution of any necessary agreements for use of such funds, following approval as to form by County Counsel.

**WHEREAS,** the CEO, or her designees, are hereby authorized to apply for and receive State, federal or local funds in response to the Homeless Emergency.

**NOW THEREFORE BE IT RESOLVED THAT:**

1.      Applicant, through its Chief Executive Officer, or her designees, is authorized to submit an application for State, federal or local funds and be subject to the terms thereof.

2.      If Applicant receives a grant of State, federal or local funds, it represents and certifies that it will use all such funds in a manner consistent and in compliance with all applicable State and federal statutes, rules, regulations, and laws, including without limitation all rules and laws regarding the funding source, as well as any and all contracts Applicant may have with the State, federal or local agency.

3.      Applicant hereby agrees to use such funds for eligible activities as approved by the State, federal or local agency and in accordance with all its applicable program requirements, and other rules and laws, as well as in a manner consistent and in compliance with the agreements executed for use of such funds, including any amendments incorporating new terms and conditions to such agreements, and other contracts between the Applicant and applicable agency issuing such funds.

4.      The Chief Executive Officer, or her designees in the event that sufficient evidence is provided to the applicable agency issuing such funds, are authorized to execute any

HOA.104004979.1

**EXHIBIT 42 - Page 1715**

and all agreements and any subsequent amendments or modifications thereto, as well as any other documents which are related to the applicable program or the grant awarded for the Homeless Emergency to the Applicant, as the local agency may deem appropriate.

The foregoing resolution was adopted on the _____ day of February 2023, by the Board of Supervisors of the County of Los Angeles and ex officio the governing body of all other special assessment and taxing districts, agencies, and authorities for which said Board so acts.

CELIA ZAVALA,
Executive Officer
Board of Supervisors

By: _____
        Deputy

APPROVED AS TO FORM:

DAWYN R. HARRISON
Interim County Counsel

By: _____
        Deputy

HOA.104004979.1                                    2

**EXHIBIT 42 - Page 1716**