# EXHIBIT 46

**EXHIBIT 46 - Page 1862**

| **BOARD OF SUPERVISORS** | Hilda L. Solis<br>First District | Holly J. Mitchell<br>Second District | Lindsey P. Horvath<br>Third District | Janice Hahn<br>Fourth District | Kathryn Barger<br>Fifth District |



**Chief Executive Office.**

## COUNTY OF LOS ANGELES

Kenneth Hahn Hall of Administration
500 West Temple Street, Room 713, Los Angeles, CA 90012
(213) 974-1101   ceo.lacounty.gov

**CHIEF EXECUTIVE OFFICER**
Fesia A. Davenport

April 20, 2023

To:        Supervisor Janice Hahn, Chair
           Supervisor Hilda L. Solis
           Supervisor Holly J. Mitchell
           Supervisor Lindsey P. Horvath
           Supervisor Kathryn Barger

From:      Fesia A. Davenport
           Chief Executive Officer

## HOMELESS INITIATIVE QUARTERLY REPORT NO. 26 (ITEM NO. 47-A, AGENDA OF FEBRUARY 9, 2016)

On February 9, 2016, the Board of Supervisors (Board) approved the Los Angeles County (County) Homeless Initiative (HI) recommendations, which included 47 strategies to combat homelessness, and instructed the Chief Executive Office (CEO) to report back to the Board on a quarterly basis regarding their implementation. On December 6, 2016, the Board approved four new strategies as part of the Measure H Ordinance, and they are also included in the CEO's quarterly reports.

Attached is the HI's 26th quarterly report, which includes data for the first and second quarters of fiscal year (FY) 2022-23, as well as cumulative data since the beginning of Measure H implementation in July 2017.

This 26th Quarterly Report (QR) is the first to reflect the Homeless Initiative's New Framework to End Homeless, which was approved by the Board in April 2022, with information in the report organized according to the New Framework's pillars: Coordinate, Prevent, Connect, House, and Stabilize. Additionally, the report highlights significant developments underway at the HI, including updates on the Board approved spending plan for FY 2023-24, highlights from the FY 2023-24 budget, the County's State of Emergency Proclamation, federal funding to address homelessness, the Skid Row Action Plan, the 2023 Los Angeles Homeless Services Authority's Homeless Count, Homekey Round 3, mobile clinics in homeless encampments, and more. This QR also provides updates on the outcomes of current HI programs, including prevention, outreach, interim housing, permanent housing, and supportive services.



"To Enrich Lives Through Effective And Caring Service"

EXHIBIT 46 - Page 1863

Each Supervisor
April 20, 2023
Page 2

The report highlights the ongoing work of County departments, agencies, and community-based organizations to implement HI strategies, including several inspiring success stories that demonstrate the ways in which HI programs are transforming lives.

## Key Outcomes in the Quarterly Report

For most strategies, progress in the first and second quarters of FY 2022-23 appears to be consistent with pre-pandemic outcomes; in cases where outcomes show a decline, the reasons for this decline are indicated in the report.  For example, as also reported in the last QR, the number of engagements in the outreach program has declined because outreach system leadership has made a strategic decision to continue to focus on supporting existing outreach clients to access and use Emergency Housing Vouchers issued by the federal government.  Some programs saw improved outcomes as COVID-related service reductions were rolled back.  For example, the number of people served in the interim housing program is trending significantly higher than last fiscal year.  As public health guidance continued to evolve in response to the COVID-19 pandemic this past quarter, many interim housing programs that were previously operating with fewer people enrolled to reduce risk of COVID transmission have been able to gradually expand their capacity.

Key outcomes include:

### *From July 2022 – December 2022:*

- 116 families and 444 individuals in the Los Angeles Homeless Services Authority's Prevention Programs were prevented from becoming homeless.
- 7,090 individuals were newly engaged by outreach teams.
- 14,627 individuals and family members were active in the interim housing program, and 2,132 were active in the interim housing program for people exiting institutions.
- 3,050 individuals and family members were permanently housed through the rapid re-housing program; 1,093 individuals and family members were placed in permanent supportive housing; and 612 households were housed using landlord incentives.

### *Since the implementation of Measure H in July 2017:*

- 65,328 individuals and family members were placed in interim housing funded in part or in whole by Measure H.
- 34,881 individuals and family members were placed in permanent housing through Measure H funded strategies.

**EXHIBIT 46 - Page 1864**

Each Supervisor
April 20, 2023
Page 3

The next quarterly report will be provided by May 31, 2023.

Should you have any questions concerning this matter, please contact me or Cheri Todoroff, Executive Director of the Homeless Initiative and Affordable Housing, at (213) 974-1752 or ctodoroff@ceo.lacounty.gov.

FAD:JMN:CT
EBI:RS:ns

Attachments

c:      Executive Office, Board of Supervisors   LA County Library
        County Counsel                           Mental Health
        District Attorney                        Military and Veterans Affairs
        Sheriff                                  Parks and Recreation
        Aging and Disabilities                   Probation
        Alternate Public Defender                Public Defender
        Animal Care and Control                  Public Health
        Arts and Culture                         Public Social Services
        Beaches and Harbors                      Public Works
        Child Support Services                   Regional Planning
        Children and Family Services             Register-Recorder/County Clerk
        Consumer and Business Affairs            Superior Court
        Economic Opportunity                     Youth Development
        Fire                                     Los Angeles County Development
        Health Services                          Authority
        Human Resources                          Los Angeles Homeless Services
                                                 Authority

**EXHIBIT 46 - Page 1865**



# Los Angeles County
# HOMELESS INITIATIVE

## Quarterly Report #26
### March 24, 2023

EXHIBIT 46 - Page 1866



The Homeless Initiative is the central coordinating body for Los Angeles County's ongoing effort – unprecedented in scale – to expand and enhance services for people experiencing homelessness or at risk of losing their home.

Created by the Board of Supervisors in August 2015, the Homeless Initiative is part of the County's Chief Executive Office, directing, overseeing, and evaluating strategies to address and prevent homelessness, and administers Measure H and other funding.



Measure H is the landmark ¼-cent sales tax approved by 69.3% of County voters in March 2017, creating a 10-year revenue stream that began in July 2017 and is set to expire in September 2027, unless renewed by voters.

The Homeless Initiative is leading the County's response to the local State of Emergency on homelessness proclaimed by the Board on January 10, 2023, focused on three missions:

- **Encampment Resolution** – reduce unsheltered homelessness in partnership with cities and Councils of Government (COGs)
- **Housing** – increase interim and permanent housing placements
- **Mental Health and Substance Use Disorder Services** – should be provided to sheltered and unsheltered people at the level required to meet their needs

The Homeless Initiative's New Framework to End Homelessness, approved by the Board in April 2022, laid out key roles for three partners:

- **Mainstream Government Systems** identify and prioritize the most at-risk households for prevention services to reduce the inflow into homelessness and ensure there is "no wrong door" for people seeking help to address their housing insecurity.
- **Homeless Rehousing System** places greater emphasis on housing the "persistently underserved," those people with the most complex challenges who require ongoing, focused, resource-heavy intervention.
- **Local Jurisdictions:** The County is strengthening collaboration, creative co-investment, and resource pooling with cities and Councils of Government (COGs) to develop more permanent housing and to decommission encampments while providing pathways to interim and permanent housing and services.

**EXHIBIT 46 - Page 1867**

With the scale of the crisis requiring an all-hands-on-deck approach, the Homeless Initiative works with several County Departments and agencies serving County residents.

- Los Angeles County
    - Aging and Disabilities (AD)
    - Children and Family Services (DCFS)
    - Economic Opportunity (DEO)
    - Health Services (DHS)
    - Mental Health (DMH)
    - Public Health (DPH)
    - Public Social Services (DPSS)
    - Sheriff's Department (LASD)
    - Probation
    - Public Defender (PD)
- Los Angeles County Development Authority (LACDA)
- Los Angeles Homeless Services Authority (LAHSA)

The Homeless Initiative allocates Measure H and other funding to enable County departments and agencies to contract with over 200 community-based nonprofits to provide:

- Homeless Prevention, for people at risk of eviction or exiting institutions like foster care, hospitals, and the criminal justice system
- Outreach, to build relationships with people living outdoors or in vehicles, and connect them to housing and services
- Interim Housing, which offers temporary accommodations, such as emergency shelters, recuperative care facilities, and more
- Permanent Housing, secured through short- or long-term rental subsidies accompanied by supportive services
- Supportive Services, which can include case management and connections to physical and/or mental healthcare, substance use disorder treatment, criminal record clearing, employment support, and more.

Cities and COGs are also a key partner. Taking a regional approach, the Homeless Initiative supplements their federal, State, and local funding with Measure H and additional revenue, as well as providing technical assistance and other resources.

Some of the County's recent and upcoming investments in local governments include the Local Solutions Fund, cities and COGs Interim Housing Solutions Fund or CCOGIHS, and Homekey. The Homeless Initiative also supports COGs in facilitating regional coordination and innovation among their member city governments.

**EXHIBIT 46 - Page 1868**

# Quarterly Report # 26

## TABLE OF CONTENTS

Impact Dashboard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5

Coordinate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Prevent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Connect. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

House: Interim . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

House: Permanent. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Stabilize . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17


Additional Developments

State of Emergency. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Homeless Initiative Budget . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Additional Funding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

Homekey 3. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

Homeless Count . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

Skid Row Action Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

Mobile Clinics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24


Success Stories

Ariana, Silverio and Manuel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

Ryan, Ana and Mitchell . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Yolanda, Bryn and Jay. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

Linda, Willie and Bradley. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28


Exhibits

Exhibit 1: Homeless Initiative Performance Data by Strategy

Exhibit 2: Select Strategy Performance Data by Service Planning Area

Exhibit 3A: Demographic Enrollment/Service Data for Select Strategies

Exhibit 3B: Visualization of Demographic Service Data for Select Strategies

**EXHIBIT 46 - Page 1869**

**IMPACT DASHBOARD**

This **26ᵗʰ Quarterly Report** marks the Board of Supervisors declaring a State of Emergency on homelessness as well as updates on ongoing efforts to implement the Homeless Initiative's New Framework to Address Homelessness, with a particular focus on the Homeless Rehousing System.

The report captures data starting from **July 1, 2017**, when Measure H funding first became available, through **December 31, 2022**, the most recent quarter for which data is available.

**90,455** people placed in permanent housing



**34,881** of permanent housing placements **(39%)** completely or partially funded through **Measure H**

**123,842** people placed in interim housing



**65,328** of interim housing placements **(52.5%)** completely or partially funded through **Measure H**

**Period Covered: 7/1/2017 - 12/31/2022  (66 months)**

The report also tracks progress from **July 1, 2022 – December 31, 2022**, representing the completed quarters of the current fiscal year (FY) 2022-23.

During this period, the Homeless Rehousing System moved 8,689 people into permanent housing and provided interim housing to 15,475 people. This includes 1,916 permanent housing placements and 7,511 interim housing placements through Measure H-funded programs.



**County of Los Angeles Homeless Initiative**

**EXHIBIT 46 - Page 1870**

## Strategy Lead: LAHSA

The County's Coordinated Entry System (CES), managed by LAHSA, aligns homeless services to ensure that resources are efficiently and equitably distributed countywide.

### Highlights During this Reporting Period

- **Retention Bonuses:** To address high turnover rates at service providers, LAHSA and United Way of Greater LA (UWGLA) will continue their Retention Bonus pilot investment for frontline workers. This year, it is exploring expanding the pilot to include back-office positions and placing increased focus on Black, Indigenous, and People of Color (BIPOC) lead agencies and victim service providers. Additionally, LAHSA and UWGLA are reviewing the recommendations of a Homeless Sector Workforce Analysis.

- **Technical Assistance:** UWGLA is also developing a curriculum to help service providers navigate LAHSA's procurement process, particularly those who have never contracted with LAHSA, and BIPOC lead agencies to help diversify the pool of qualified applicants to LAHSA's requests for proposals.

- **Centralized Training Academy**: Provided through LAHSA, the Centralized Training Academy (CTA) is a large-scale, accessible, and free resource that provides in-depth training for staff in the homeless services industry.

  From October to December 2022, the CTA had 9,481 training registrations representing 246 service providers. LAHSA launched the FY 22-23 Homeless Healthcare LA course catalog with 192 training sessions in November and began providing Immigration Services Training in December 2022.



**EXHIBIT 46 - Page 1871**

## Strategy Leads: LAHSA, DHS, DCFS

**Homeless Prevention** services help rent-burdened, low-income families and individuals resolve crises that could cause the loss of their home. These services are also provided to individuals exiting institutions like jails, hospitals, and foster care.

The range of homeless prevention services includes short-term rental subsidies, housing conflict resolution, mediation with landlords and/or property managers, legal defense against eviction, and problem-solving.

**Problem-solving** uses exploratory conversation, mediation, empowerment methods, and financial assistance to identify positive outcomes for participants, including permanent housing.



**Families Prevented from Becoming Homeless in LAHSA's Prevention Program for Families***

| FY 2017-2018 | FY 2018-2019 | FY 2019-2020 | FY 2020-2021 | FY 2021-2022 | FY 2022-2023, July - Dec 2022 |
|---|---|---|---|---|---|
| 348 | 689 | 661 | 437 | 352 | 116 |

*Prevention outcomes are lower for this fiscal year because the data no longer includes problem solving outcomes, which are now being reported separately, on the following page.

County of Los Angeles
**Homeless Initiative**

**EXHIBIT 46 - Page 1872**



**Individuals Prevented from Becoming Homeless in LAHSA's Prevention Program for Individuals\***

\*Prevention outcomes are lower for this fiscal year because the data no longer includes problem solving outcomes, which are now being reported separately, see below.





**Number of Individuals and Families Who Engaged in At Least One Problem Solving Conversation and Achieved a Permanent Housing Outcome\***

July - December 2022



County of Los Angeles
**Homeless Initiative**

Page 8 of 28

**EXHIBIT 46 - Page 1873**

**PREVENT**

## Highlights During this Reporting Period

**DHS Homeless Prevention Unit** (HPU): This proactive, data-driven program identifies and conducts outreach to single adults and families at risk of imminently losing their home and then provides them with four to six months of case management, flexible financial assistance and linkages to supportive services to help stabilize their housing and improve their overall health.  The HPU is currently serving 190 active clients – 84 families and 106 single individuals. Average rental assistance per client this quarter was $1,318.94, a significant increase since the last report.



**LAHSA Homeless Prevention**: LAHSA's homeless prevention providers are currently serving 1,811 families. The vast majority of those who have exited the program have maintained permanent housing. With eviction moratoria set to expire and reduced opportunities for Emergency Rental Assistance Programs (ERAP), demand for the homeless prevention now exceeds pre-pandemic levels, significantly increasing the financial assistance needed to keep participants housed this year.

**LAHSA Problem-Solving**: To address an increase in homelessness among immigrant families, LAHSA's Problem-Solving Unit developed a guide to support case managers in resolving housing crises for this population. In addition, the LAHSA Problem-Solving Unit and Interim Housing Unit have partnered to develop training for interim housing staff to integrate problem-solving intervention into their work. The LAHSA Problem-Solving Unit already delivers regular and tailored training to elected offices, homeless service providers, nonprofit organizations, and other entities that manage social safety net programs and interface with people experiencing a housing crisis before those households enter the homeless services system.


**County of Los Angeles**
**Homeless**
**Initiative**

**EXHIBIT 46 - Page 1874**

**CONNECT**

## Strategy Leads: LAHSA, DHS, DMH, LASD

**Street-Based Outreach** involves experienced teams building trusting relationships with unsheltered people and connecting them to housing, health and mental health care, substance use disorder treatment, and other services – a process that can vary in length and is customized to meet individuals' unique needs.

The County deploys different teams to conduct street-based outreach, including DHS Housing for Health's Multidisciplinary Teams (MDT), which serve clients with more complex health and/or behavioral health needs, and DMH Homeless Outreach and Mobile Engagement (HOME) specialist teams that serve clients with serious mental illness.

LAHSA's Coordinated Entry System (CES) Teams and Homeless Engagement Teams (HET) make initial contact and maintain ongoing engagement with people living on the streets, while LASD and LAHSA's Homeless Outreach Services Teams (LASD HOST and LAHSA HOST) handle outreach at larger encampments and hard-to-reach areas.



**Number of Individuals Newly Engaged by Outreach Teams\***

- FY 2017-2018: 8,658
- FY 2018-2019: 10,905
- FY 2019-2020: 14,005
- FY 2020-2021: 16,973
- FY 2021-2022: 14,497
- FY 2022-2023, July - Dec 2022: 7,090

\*Number of new engagements for FY 2021-22 and FY 2022-23 are trending lower than FY 2020-21 as outreach staff have placed increased focus on supporting existing clients to access and use federal Emergency Housing Vouchers (EHVs).



County of Los Angeles
**Homeless Initiative**

**EXHIBIT 46 - Page 1875**

**CONNECT**

## Highlights During this Reporting Period

- **State of Emergency Declaration and Expansion of Specialized Outreach Teams**: In December 2022, Mayor Karen Bass declared a State of Emergency on homelessness in the City of Los Angeles, with the Board of Supervisors declaring support. The Board declared a State of Emergency on homelessness in the County of Los Angeles in January 2023. The response has included approving plans to increase the number of DHS Multidisciplinary Teams (MDTs) and DMH Homeless Outreach & Mobile Engagement (HOME) Teams in the City and coordinating closely with the City on their deployment. MDTs were also expanded elsewhere in the County.

  Combined, MDT, HET and CES outreach teams contacted over 5,333 people experiencing unsheltered homelessness during the quarter.

- **"Every Woman Housed":** This initiative seeks to end homelessness for the more than 600 women and families residing on Skid Row. To enhance outreach, additional funding will support efforts to systematically engage vulnerable women living on the streets and provide them with immediate access to resources such as interim housing, urgent care, primary care, mental health services, and substance use disorder treatment.

  DHS is adding 45 new interim housing beds for vulnerable women within the next two months. Additionally, LAHSA and LA City Council District 13 have partnered with Volunteers of America (VOA) to dedicate 20 new interim housing beds for referrals from the Downtown Women's Center (DWC) for unsheltered single adult women in Skid Row.

- **DHS Harm Reduction Services:** DHS' Harm Reduction Unit is providing Care First Community Investment (CFCI) funds to expand MDTs' scope of services under their Intensive Case Management Services (ICMS) contracts.

  This will allow them to integrate harm reduction services for people experiencing homelessness who use drugs or engage in sex work and to communities of color disproportionately impacted by the overdose crisis.





**County of Los Angeles**
**Homeless**
**Initiative**

**EXHIBIT 46 - Page 1876**

## Strategy Leads: LAHSA, DHS, DMH, DPH

**Interim Housing** provides safe temporary accommodations for people who otherwise have nowhere to stay.

Types of interim housing include but are not limited to: emergency shelter; stabilization housing for individuals with complex health and or/behavioral health conditions; bridge housing for people exiting institutions such as jails, hospitals, or foster care; and recovery bridge housing for people undergoing outpatient treatment for substance use disorder.

The County also provides recuperative care facilities for people recovering from an acute illness or injury. Additionally, it provides Enriched Residential Care facilities (ERCs), better known as Board and Care, that provide 24/7 care and supervision in licensed residential facilities that can be either interim or permanent housing.

Systemwide, 123,842 people experiencing homelessness have used interim housing since Measure H-funding began in July 2017. Of those placements, 65,328 people used interim housing completely or partially funded by Measure H.

During the first two quarters of FY 2022-23, 7,385 people utilized interim housing. This includes 3,141 people newly placed in interim housing funded with Measure H.



**Interim Housing Placements**
(July 1, 2017 - December 31, 2022)

Measure H
52.8%  65,328

Non-Measure H
47.2%  58,514



County of Los Angeles
**Homeless Initiative**

**EXHIBIT 46 - Page 1877**

**HOUSE (INTERIM HOUSING)**

## Highlights During this Reporting Period

- **Winter Shelter Program** (WSP): Running from November 1, 2022, through March 31, 2023, this program is held annually to protect people experiencing homelessness during the colder months. Winter shelters are located countywide and operate 24 hours a day. When severe weather events occur, the Augmented Winter Shelter Program (AWSP) provides people experiencing homelessness with emergency hotel/motel vouchers.

  Both programs saw a significant increase in utilization because of severe weather and participants' preference for non-congregate living arrangements. LAHSA is considering changes to WSP, including potentially transitioning it into a year-round emergency response.



- **LAHSA Bridge Housing Program**: Redesigned in July 2022, this program has been tailored to better serve people involved with the justice system, including those who were formerly incarcerated and those who remain in custody while awaiting court hearings because they lack stable housing.

  During this quarter, efforts were made to increase awareness of the services among eligible participants and referral partners. This included ensuring that Homeless Engagement Teams (HET) interacting with people who are unsheltered received presentations on eligibility and the referral process. Additionally, reentry and diversion staff and existing service providers across all Service Planning Areas (SPAs) received informational flyers on how to connect participants in their region to the program.



County of Los Angeles
**Homeless Initiative**

**EXHIBIT 46 - Page 1878**

## Strategy Leads: LAHSA, DHS, DMH, DPH, LACDA

**Permanent Housing** strategies lift people out of homelessness by offering either short- or long-term rental subsidies in combination with varied levels of supportive services.

One type of permanent housing is Permanent Supportive Housing (PSH), which provides long-term rental subsidies and supportive services to individuals who have experienced chronic homelessness and have disabilities, chronic medical conditions, and/or behavioral health conditions.

Since July 1, 2017, the County's homeless services system has placed 90,455 people in permanent housing, with 34,881 of the placements supported by Measure H funding.

In the first half of FY 2022-23, a total of 8,699 people were placed in permanent housing through the County's homeless services system, including 1,916 Measure H-funded placements. This includes all types of permanent housing, such as rapid rehousing and PSH.

**Permanent Housing Placements**
(July 1, 2017 - December 31, 2022)

Measure H
38.6%
34,881

55,574
Non-Measure H
61.4%



County of Los Angeles
**Homeless Initiative**

**EXHIBIT 46 - Page 1879**

**Permanent Housing Placements in Selected Measure H-Funded Programs***
(July 1, 2017 - December 31, 2022)



*There may be duplication between B4 and D7 programs because B4 is used to incentivize landlords to accept PSH vouchers and many PSH vouchers are provided to D7 clients.

## Highlights During this Reporting Period

- **DHS Intensive Case Management Services (ICMS)**: During this quarter, DHS Housing for Health (HFH) connected ICMS to 396 additional projects-based housing units that are leasing up in approximately 10 new buildings.

- It also saw an increase in individuals housed, with a total of 605 participants entering new leases. This is due to the opening of many new project-based buildings as well as an increase in Emergency Housing Voucher (EHV) clients being able to find housing.




County of Los Angeles
**Homeless Initiative**

**EXHIBIT 46 - Page 1880**

**HOUSE (PERMANENT HOUSING)**

- **Permanent Supportive Housing (PSH) Retention Rates:** DHS HFH reported strong outcomes for participant retention in PSH: 92.5% for participants who have been in housing for 12 months, and 89.6% for participants who have been housed for 24 months.

- **Homeless Incentive Program (HIP)**: This quarter, both LACDA and the Housing Authority of the City of Los Angeles (HACLA) reported an increase in incentives to landlords as well as support to participants.

  

  LACDA reported a 144% increase from last quarter in requests for security deposit assistance paid on behalf of voucher holders. Overall, LACDA's incentives expenditures increased by 55%.

  In addition, during the last quarter HACLA reported providing 31% more incentive payments to landlords compared to the previous quarter. HACLA attributes this increase to its aggressive efforts to reach out to all voucher holders and their case management teams.

- **DMH Full Service Partnership (FSP):** In October 2022, DMH released a Request for Information (RFI) to see which current FSP providers are interested and meet the criteria to become a Housing Supportive Services Provider (HSSP), which provides onsite mental health services to individuals with Severe Mental Illness (SMI) living in permanent supportive housing (PSH). The RFI drew 29 responses, and DMH has contacted eligible Legal Entities to extend an HSSP contract to them.

  Meanwhile, DMH is connecting existing FSP programs to PSH buildings until an HSSP provider is identified.  DMH plans to release a Request for Proposals (RFP) in Spring 2023 to expand its HSSP network to service providers that are not currently DMH Legal Entity/Medi-Cal providers but that have an interest in becoming a provider.



**County of Los Angeles
Homeless
Initiative**

**EXHIBIT 46 - Page 1881**

**STABILIZE**

## Strategy Leads: DHS, DMH, DCFS, LASD, DEO, PD

Most families and individuals experiencing homelessness need some level of case management and supportive services to secure and maintain permanent housing, though their needs vary greatly depending on individual circumstances.

The availability of appropriate case management and supportive services is key to enabling homeless families and individuals to take advantage of rental subsidies, increase their income, and access/utilize public services and benefits. Severely disabled homeless individuals can increase their income through federal disability benefits, while many homeless adults can do so by securing employment.

**Employment Programs:** The Department of Economic Opportunity (DEO) uses Measure H to fund employment programs such as LA:RISE, Careers for a Cause, Hire Up, and Alternative Staffing Organizations.



*Data for unsubsidized employment is generated based on base wage data reported to the California Employment Development Department. It is updated as it becomes available. The outcomes for unsubsidized employment typically increase significantly in the quarters following the report, which will be reflected in subsequent HI quarterly reports.



County of Los Angeles
**Homeless Initiative**

**EXHIBIT 46 - Page 1882**

With the **Criminal Record Clearing Project**, the LA County Public Defender and LA City Attorney provide legal services to help people experiencing or at risk of homelessness resolve outstanding infractions and associated warrants, which are often barriers to housing, employment, education, and legal immigration.







*DHS and LASD collaborate to provide **Jail In-Reach**, which helps homeless inmates secure housing and benefits upon their release. The decline in enrollments that began in FY 2018-19, visible in the above chart, reflect an intentional shift to provide more intensive services to fewer clients.



EXHIBIT 46 - Page 1883

## Highlights During this Reporting Period

- **Proposition 47:** With Proposition 47, the voter-approved ballot initiative that reduced specific low-level drug and property crimes from felonies to misdemeanors, expiring on November 4th, the County Public Defender (PD) identified clients with eligible cases and completed a mass filing of petitions.

- **Expungement Services:** PD provided expungement services at 58 events and continues coordination with Community Colleges, Neighborhood Councils, County Service Provider Area Connect Days, County Departments, and community organizations to partner with them on future events.

- **Infraction Clearing:** The LA City Attorney's Office provided infraction clearing at 24 service connection events, including at regular homeless court sessions in Long Beach and Redondo Beach, a Refresh Spot on Skid Row, and at Tiny Home sites in the San Fernando Valley. It also continued to use an online referral system that allowed service providers to request infraction clearing for their unhoused clients. The online platform was created during the COVID-19 pandemic when in-person events were suspended.

- **Homeless Court** helps unhoused individuals or individuals at risk of experiencing homelessness clear traffic and pedestrian tickets by engaging in services instead of paying expensive fines and fees.

  It is administered by the LA City Attorney's Homeless Engagement and Response Team (HEART), with support from the PD. During this quarter, 65% of participants were identified as being at risk of homelessness.



- **Recovering Our Warrants (ROW):** PD and the LA City Attorney's Office are expanding the locale of the ROW program and are in the planning stages of removing warrants on non-violent misdemeanor cases, diverting them with the court's permission, and applying for petitions for all prior cases.



**County of Los Angeles
Homeless Initiative**

**EXHIBIT 46 - Page 1884**

**STABILIZE**

- **Countywide Benefits Entitlement Services Team (CBEST)**: During this quarter, 178 CBEST clients were approved for benefits, receiving an average of $996 per month and more than $2,084,196 in backpay. CBEST also prevented 128 clients from becoming homeless by assisting them in obtaining benefits that allowed them to stay in their homes. The program housed 398 clients who are homeless or chronically homeless.

- **CBEST Partnerships:** CBEST's partnership with the Los Angeles County Department of Consumer & Business Affairs Office of Immigrant Affairs (DCBA-OIA) to assist CBEST clients in need of immigration-related legal services will launch next quarter.

In partnership with Inner City Law Center's (ICLC) technical assistance team, CBEST is also planning an in-depth training series to further specialize the CBEST Applications Team's skills with reference to the Social Security Administration (SSA) definition of disability. The first set of these training sessions will take place in February.



With the reorganization of the Applications Team to include a dedicated "Post-Applications Team" to follow up with SSA and clients once the application has been filed, CBEST saw a 20% increase in applications being approved.



County of Los Angeles
**Homeless Initiative**

**EXHIBIT 46 - Page 1885**

**ADDITIONAL DEVELOPMENTS**

### State of Emergency

On January 10, 2023, the Board of Supervisors voted to declare a state of emergency on homelessness in the County of Los Angeles. The Board noted the County's efforts to address homelessness have resulted in more than 20,000 unhoused individuals being placed into housing every year, 90% of whom remain in housing. However, even more people became unhoused during the same period.



According to the motion to declare a State of Emergency, which won unanimous approval from the Board: "While we have many solutions that are working, the scale and speed at which these solutions are being implemented needs to be expanded and expedited, respectively."

A few weeks previously, on December 12, 2022, Mayor Karen Bass declared a State of Emergency on homelessness in the City of Los Angeles, and the Board of Supervisors voted on December 20, 2022, to support its emergency response, as well as those of other cities. The cities of Long Beach, Culver City, and Santa Monica have each proclaimed a State of Emergency, as well.

### Homeless Initiative Budget

Four weeks after declaring a local emergency on homelessness, the Board of Supervisors unanimously approved a $609.7 million budget* for the Homeless Initiative in FY 2023-24, the largest investment in any given year to prevent and address homelessness, with a heightened focus on three key missions:

- Reducing encampments to bring unsheltered people indoors
- Increasing interim and permanent housing placements
- Ramping up mental health and substance use disorder services
  for people experiencing homelessness

*Note that the 2023-24 Recommended Budget for the Measure H Special Revenue Fund reflects $692.0 million, of which $609.0 million funds are ongoing and one-time homeless investments, and $83.0 million is one-time carryover funding to finance the remaining three years (FY 2024-25 – FY 2026-27) of the five-year one-time homeless investment plan. The $85.1 million HHAP Round 4 grant award has been approved by the State. The HHAP funds will be incorporated into a subsequent County budget phase following contract execution.



**County of Los Angeles
Homeless
Initiative**

**EXHIBIT 46 - Page 1886**



In addition to the $609.7 million budget funded by 2023-24 Measure H and state Homeless Housing, Assistance and Prevention (HHAP) grants, the Board also approved $76.9 million to expand housing and services that the County provides in collaboration with local cities, as well as to support innovative new programs.

### Additional Funding to Address Homelessness:

- The U.S. Department of Housing and Urban Development (HUD) granted the LA Continuum of Care (LA CoC) $60 million ($20 million over three years) to address unsheltered homelessness. The grant is part of what HUD described as a first-of-its-kind package of resources to help communities provide housing and supportive services to people in unsheltered settings and people experiencing homelessness in rural areas. LAHSA, the lead agency for the Los Angeles CoC, plans to allocate the funds toward outreach, Time Limited Subsidies (TLS), and permanent supportive housing support to reduce visible concentrated homelessness.

- The State of California granted the County nearly $15 million to help 500 women and families living in Skid Row encampments transition to housing, part of a package of $48 million in Encampment Resolution Funding announced by Governor Gavin Newsom. This grant will help implement Every Woman Housed, a roadmap to providing housing and services to women and their families in Skid Row.



**EXHIBIT 46 - Page 1887**

### Homekey Round 3

Building on the success of Homekey Rounds 1 and 2, which have enabled the County to develop 24 properties with more than 1,500 units of permanent and interim housing, the County is now preparing for Homekey Round 3. Administered by the State of California Department of Housing

and Community Development (HCD), Homekey provides funding to local public entities and their co-applicants to purchase and rehabilitate housing, including hotels, motels, vacant apartment buildings, and other buildings and convert them into interim or permanent, long-term housing for people experiencing homelessness.

Qualified entities interested in being co-applicants with the County responded to the Request for Statement of Qualifications (RFSQ) released on December 22, 2023. HCD is expected to release its Notice of Funding Availability (NOFA) for Homekey Round 3 in March 2023.

### 2023 Homeless Count

Thousands of volunteers fanned out across 4,000 square miles of Los Angeles County on January 24-26 to conduct the 2023 Greater Los Angeles Homeless Count. This annual point-in-time census is essential to learning where people experiencing homelessness are located, trends among various populations, and other information that could help deliver services where needed most.

The Count was conducted in the San Fernando and San Gabriel Valleys on January 24th, East and West Los Angeles on January 25th, and Metro and South Los Angeles and the Antelope Valley on January 26th. Traveling in groups of four, volunteers tallied the number of unsheltered individuals, tents, vehicles, and makeshift shelters they saw in their assigned census tract.

LAHSA relied on lessons learned from last year and best practices from previous years to improve deployment sites, training, and digital tools, including introducing a new tally app from Esri, a company with years of experience building tally apps for homeless counts across the country. The University of Southern California (USC) will perform the statistical analysis on the Homeless Count data that LAHSA expects to release in late spring or early summer 2023.





**County of Los Angeles
Homeless
Initiative**

**EXHIBIT 46 - Page 1888**

**ADDITIONAL DEVELOPMENTS**

## Skid Row Action Plan

The County's Skid Row Action Plan (SRAP) aims to comprehensively address the needs of residents in Skid Row, including interim and permanent housing, behavioral health and substance use treatment services, and more. The Homeless Initiative has set aside $30M in one-time Measure H funding to Skid Row, including $20M for the SRAP. The County is securing the Change Well Project as a consultant on SRAP.

At the end of February 2023, both the County and City of LA applied for state Encampment Resolution Fund Round 2 grants specifically for Skid Row to provide an additional 450+ interim housing beds, 250 permanent housing slots, and housing navigation.

## Mobile Clinics

Housing for Health has launched a fleet of medical field units that make daily stops at homeless encampments countywide to address urgent health and social needs among people experiencing homelessness. Considered a first-in-the-nation effort for its scale, staffing and comprehensive services, each of the four specially equipped trucks provides direct and consistent care through a team of doctors, mental health professionals, nurses, substance use counselors and social workers.



Each mobile medical unit is equipped with full-service exam rooms to provide primary care such as vaccines and medications; urgent care procedures such as wound care, ultrasounds, and blood work; woman-focused care such as cervical cancer screening, diagnosis for sexually transmitted diseases, obstetrics, and prenatal care; and lifesaving COVID-19 testing and healthcare services. Other services include day-of lab results, behavioral health care, psychiatry and field-based medication assisted treatment.

A passenger van is also assigned to each mobile medical truck to assist in bringing unhoused people to specialty care centers, shelters, clinics, or other programs for more complex health care or social services.



County of Los Angeles
**Homeless
Initiative**

**EXHIBIT 46 - Page 1889**

## Ariana

After transitioning out of the foster care system, Ariana, 20, experienced homelessness with her one-year-old daughter. LACDA helped her locate a home in the Lancaster area, and she was able to complete the move-in process within a week – just before Christmas. Ariana has also been able to find a job and is able to support herself and her baby. "Success is not final; failure is not fatal," Ariana said. "It is the courage to continue that counts."



## Silverio

Silverio, 62, was in a halfway house on parole when the Measure H-funded LA:Rise employment program connected him to services through Southeast LA (SELA) America's Job Centers of California (AJCC) in Huntington Park and the Center for Employment Opportunities (CEO) in LA. This got him hired at Saroyan Hardwoods, and he is now self-sufficient and providing for his family. "I hope my story encourages others who have struggled in life never to feel hopeless because there are people who care about you. Just start with your lifestyle and attitude and you'll go a long way in life."



## Manuel

Manuel, 30, became homeless after fleeing a rundown East LA "trap house" with gang activity. "There was no running water nor electricity, let alone gas. It was hot in the summers and cold in the winters to the point that I took to the streets because of how bad it was. Them animals literally took over the house!" LA:Rise connected him to CRCD Enterprise, which he said "matured [him] to gain the skills and knowledge… to be able to be a fantastic employee and coworker. What I'm proud of the most is knowing that I wake up and go to sleep knowing that I am going to be a part of putting a smile on a human being's face every day!"




County of Los Angeles
**Homeless
Initiative**

**EXHIBIT 46 - Page 1890**

**SUCCESS STORIES**

## Ryan

Ryan, 31, was captain of his high school soccer team who graduated from community college with an associate degree in psychology then played soccer at university and graduated with a bachelor's degree in communications with a focus on advertising. But he started using drugs, drinking, and smoking heavily in the rave party scene, was unable to keep a job, and become homeless. Through LA:Rise, he received subsidized employment and on-the-job training through both the Center for Living and Learning and El Projecto WorkSource Center and was offered a job. "I love being on the other side of the desk providing services to individuals that remind me of myself needing help during my days of active addiction and homelessness," he said.



## Ana

Ana, 67, received a referral to the Countywide Benefits Entitlement Services Team (CBEST) from Olive View Medical Center, which diagnosed her with chronic illnesses. Despite having retirement benefits, she couldn't help with expenses at the home she shared with her teenage granddaughter and a friend, putting them at risk of homelessness. CBEST helped Ana obtain federal supplemental benefits, supplemental income, and a one-time retroactive payment. She is also currently waiting to receive a Section 8 voucher to help subsidize her rent. She said, "I am thankful for everyone that was involved in helping me! God bless you all!"



## Mitchell

When his mother and grandmother died, Mitchell was forced to move away from home and lived on the streets for 20 years, most recently in an alley in Westmont. A Measure H-funded LAHSA Homeless Engagement Team (HET) developed a rapport with him over two years and connected him to an Emergency Housing Voucher (EHV), as well as to St. Margret's Center, which provided him with rental assistance. In October 2022, Mitchell was able to get an apartment and is now housed for the first time in decades.





**County of Los Angeles**
**Homeless**
**Initiative**

**EXHIBIT 46 - Page 1891**

## Yolanda

Yolanda and her daughters became homeless after she lost her husband in March 2021. Unable to pay the rent despite working full time at a security service, Yolanda and the girls began sleeping in their car. Yolanda made the most of Measure H-funded help at LAHSA and was connected to housing and services through The Whole Child, Union Station Homeless Services, Safe Parking through the Salvation Army, 211, and more. LAHSA worked with PATH's Lease Up program to permanently house the family in December 2022. The program



will pay for her deposit and rent for a year, until Yolanda can manage on her own. "Thank you so much for all your help and support," she said. "I appreciate you never giving up on us."

## Brynn

During the five years that Brynn, 41, was homeless, several street outreach teams engaged with her, including Measure H-funded multi-disciplinary teams (MDTs) from LA Family Housing (LAFH) and Northeast Valley Medical Center, LAHSA HOST outreach teams, Roadmaps, CARE, and Hope of the Valley. Brynn was living in an encampment near the Metrolink track in Northridge when LAFH MDT staff provided her with temporary accommodations at the Airtel hotel and secured a permanent housing voucher



through the County Department of Mental Health (DMH). She is reconnecting with friends and family and beginning to figure out how she wants to build her life now that she has a home.

## Jay

Jay, 55, fell into homelessness due to a confluence of mental illness, drug addiction, and economic factors and became a regular at Fred Jordan Ministries and the Midnight Mission. The Measure H-funded "C3" outreach team operated by the nonprofit The People Concern (TPC) began helping him in 2018, with a psychiatrist, clinician, and case manager also treating his mental health diagnosis. Jay was matched to TPC's Lamp Lodge permanent supportive housing site, and he signed his lease in





County of Los Angeles
**Homeless Initiative**

**EXHIBIT 46 - Page 1892**

December 2022. Jay is still adjusting to life indoors and is trying to ease his transition by attending peer support, therapeutic groups, and the Wellness Center. Jay requested ongoing mental health support, as well. He said he is adjusting to daily chores such as cooking, cleaning, and laundry, and he is sleeping well. Jay is working on reunifying with his family and looking forward to visits from his son and grandchildren.

## Linda

Linda, a disabled senior and a domestic violence survivor, was homeless for 11 years. She was placed at a Project Roomkey (PRK) hotel room in Lawndale but could not return there after being hospitalized. A LAHSA Homeless Engagement Team (HET) outreach team, which receives Measure H funding, worked to enter her into shared housing, and applied for an Emergency Housing Voucher issued through HACLA. She was soon matched to Westhaven Apartments.



## Willie

Willie, 71, had been homeless for five years, struggling with his sobriety and gambling, when he found an interim housing bed at the Russ Hotel. After two years there, he was approved for an apartment in Lennox, with help from the nonprofit The People Concern, which receives Measure H funding. "I am excited about transiting into my new home," Willie said when signing his lease. "I was patient and had the support I needed. Thank you for all that you do!"



## Bradley

Bradley experienced homelessness for six years, most recently sleeping in an encampment by the Lennox Library. A Measure H-funded LAHSA Homeless Engagement Team (HET) helped her get financial assistance from St. Margret's Center, move into a Section 8 rental unit at the Cecil Hotel and, later, into a new apartment.





**County of Los Angeles**
**Homeless**
**Initiative**

**EXHIBIT 46 - Page 1893**





County of Los Angeles
**Homeless Initiative**

**EXHIBIT 46 - Page 1894**

## Homeless Initiative Performance Data by Strategy
### Fiscal Year 2022-2023

**Exhibit 1**

| STRATEGY | METRIC | FISCAL YEAR 2018/2019 | FISCAL YEAR 2019/2020 | FISCAL YEAR 2020/2021 | FISCAL YEAR 2021/2022 | Q1 of FISCAL YEAR 2022/2023 (July-Sep 2022) | Q1 & Q2 of FISCAL YEAR 2022/2023 (July-Dec 2022) |
|---|---|---|---|---|---|---|---|
| **A1: Homeless Prevention Program for Families** | Percentage of A1 participant families who exit the LAHSA prevention program for families and retain their housing or transition directly into other permanent housing | 89% (689/775) | 78% (661/848) | 78% (437/561) | 76% (352/464) | 84% (41/49) | 92% (116/126) |
| **A1: Problem Solving Program for Families** | Number of A1 participant families who engaged in at least one Problem-Solving conversation through LAHSA's Problem-Solving program and who achieved a permanent housing outcome (New metric for FY 22-23) | N/A | N/A | N/A | N/A | 87 | 190 |
| **A5: Homeless Prevention Program for Individuals** | Percentage of A5 participants who exit the LAHSA prevention program and retain their housing or transition directly into other permanent housing | 93% (813/872) | 72% (992/1,376) | 70% (1,264/1,801) | 55% (1,190/2,158) | 78% (186/240) | 79% (444/565) |
| | Percentage of A5 participants that exit the DHS prevention program who retain their housing or transition directly into other permanent housing *(new for FY 21-22)* | N/A | N/A | N/A | 93% (67/72) | 89% (31/35) | 89% (92/104) |

Some of the outcomes reported in prior quarterly reports have changed due to data lag and other revisions.

**EXHIBIT 46 - Page 1895**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2022-2023**

| STRATEGY | METRIC | FISCAL YEAR 2018/2019 | FISCAL YEAR 2019/2020 | FISCAL YEAR 2020/2021 | FISCAL YEAR 2021/2022 | Q1 of FISCAL YEAR 2022/2023 (July-Sep 2022) | Q1 & Q2 of FISCAL YEAR 2022/2023 (July-Dec 2022) |
|---|---|---|---|---|---|---|---|
| **B1: Provide Subsidized Housing to Homeless Disabled Individuals Pursuing SSI** | Number of B1 participants who secured housing with B1 subsidy | 253 | 1358 | 284 | 463 | 152 | 321 |
| | Percentage of enrolled B1 participants who secured housing with B1 subsidy | 86% | 60% | 39% | 36% | 33% | 39% |
| | Number of B1 participants approved for SSI | 117 | 210 | 133 | 118 | 15 | 49 |
| **B3: Partner with Cities to Expand Rapid Re-Housing** | Number of participants newly enrolled in B3 | 10,747 | 9,002 | 5,519 | 7,360 | 1,492 | 2,797 |
| | Number of participants active in the program on the last day of the reporting period | 11,951 | 10,978 | 8,748 | 11,388 | 9,888 | 8,664 |
| | Number of B3 participants active in the program within the reporting period date range | 21,357 | 19,473 | 14,581 | 17,205 | 11,953 | 9,907 |
| | Number of B3 participants who secured permanent housing during the reporting period with or without a rapid rehousing subsidy | 5,065 | 5,903 | 4,708 | 3,586 | 1,163 | 3,050 |
| | Of B3 Participants who secured housing with a rapid rehousing subsidy, number who remained in permanent housing upon exiting the RRH program | 1,413 | 3,114 | 3,427 | 3,209 | 1,018 | 1,539 |

2

EXHIBIT 46 - Page 1896

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2022-2023**

| STRATEGY | METRIC | FISCAL YEAR 2018/2019 | FISCAL YEAR 2019/2020 | FISCAL YEAR 2020/2021 | FISCAL YEAR 2021/2022 | Q1 of FISCAL YEAR 2022/2023 (July-Sep 2022) | Q1 & Q2 of FISCAL YEAR 2022/2023 (July-Dec 2022) |
|---|---|---|---|---|---|---|---|
| | Of B3 Participants who secured housing with a rapid rehousing subsidy, percentage who remained in permanent housing upon exiting the RRH program | 87% (1,413/1,627) | 86% (3,114/3,624) | 95% (3,427/3,601) | 83% (3,209/3,879) | 82% (1,018/1,240) | 84% (1,539/1,830) |
| **B4: Facilitate Utilization of Federal Housing Subsidies** | Number of formerly homeless individuals and families that were housed using B4 landlord incentive payments | 2,120 | 2,277 | 766 | 1,047 | 272 | 612 |
| | Number of landlord/community engagement events held | 125 | 67 | 34 | 52 | 15 | 33 |
| | Number of landlord requests to participate in Homeless Incentive Program (HIP) | 2,435 | 1,929 | 918 | 1,773 | 727 | 1,487 |
| | Number of incentives provided to landlords | 2,534 | 2,425 | 712 | 1,047 | 260 | 618 |
| | Amount of incentives provided to landlords | $ 4,207,723 | $ 4,170,708 | $ 1,236,996 | $ 1,927,791 | $ 434,653 | $ 1,119,440 |

3

EXHIBIT 46 - Page 1897

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2022-2023**

| STRATEGY | METRIC | FISCAL YEAR 2018/2019 | FISCAL YEAR 2019/2020 | FISCAL YEAR 2020/2021 | FISCAL YEAR 2021/2022 | Q1 of FISCAL YEAR 2022/2023 (July-Sep 2022) | Q1 & Q2 of FISCAL YEAR 2022/2023 (July-Dec 2022) |
|---|---|---|---|---|---|---|---|
| **B4: Facilitate Utilization of Federal Housing Subsidies** | Number of units leased with HIP incentives (by bedroom size) | Total: 1,863<br><br>Bedroom sizes:<br>SRO = 4<br>0 = 106<br>1 = 916<br>2 = 558<br>3 = 192<br>4 = 62<br>5 = 16<br>6 = 1<br>Shared = 8 | Total: 2,425<br><br>Bedroom sizes:<br>SRO = 8<br>0 = 212<br>1 = 1,112<br>2 = 776<br>3 = 221<br>4 = 64<br>5 = 12<br>6 = 5<br>Shared = 15 | Total: 712<br><br>Bedroom sizes:<br>SRO = 1<br>0 = 96<br>1 = 423<br>2 = 132<br>3 = 46<br>4 = 11<br>5 = 2<br>6 = 1<br>Shared = 0 | Total: 1,047<br><br>Bedroom sizes:<br>SRO = 1<br>0 = 75<br>1 = 518<br>2 = 349<br>3 = 77<br>4 = 24<br>5 = 2<br>6 = 0<br>Shared = 0 | Total: 260<br><br>Bedroom sizes:<br>SRO = 1<br>0 = 45<br>1 = 112<br>2 = 69<br>3 = 25<br>4 = 7<br>5 = 1<br>6 = 0<br>Shared = 0 | Total: 618<br><br>Bedroom sizes:<br>SRO = 5<br>0 = 91<br>1 = 296<br>2 = 172<br>3 = 42<br>4 = 10<br>5 = 2<br>6 = 0<br>Shared = 0 |
| | Number of security deposits paid | 2,083 | 2,254 | 646 | 626 | 172 | 429 |
| | Amount of security deposits paid | $ 5,298,068 | $ 6,040,850 | $ 1,668,760 | $ 1,808,812 | $ 523,933 | $ 1,365,502 |

**EXHIBIT 46 - Page 1898**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2022-2023**

| STRATEGY | METRIC | FISCAL YEAR 2018/2019 | FISCAL YEAR 2019/2020 | FISCAL YEAR 2020/2021 | FISCAL YEAR 2021/2022 | Q1 of FISCAL YEAR 2022/2023 (July-Sep 2022) | Q1 & Q2 of FISCAL YEAR 2022/2023 (July-Dec 2022) |
|---|---|---|---|---|---|---|---|
| **B4: Facilitate Utilization of Federal Housing Subsidies** | Number of utility deposits/connection fees paid | 757 | 1036 | 166 | 26 | 10 | 22 |
| | Amount of utility deposits/connection fees paid | $ 97,583 | $ 139,600 | $ 30,919 | $ 5,012 | $ 2,723 | $ 5,026 |
| | Number of rental application and credit check fees paid | 512 | 489 | 35 | 71 | 42 | 78 |
| | Amount of other move-in assistance paid | $ 688,029 | $ 1,443,400 | $ 253,270 | $ 190,763 | $ 95,899 | $ 185,751 |

5

**EXHIBIT 46 - Page 1899**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2022-2023**

| STRATEGY | METRIC | FISCAL YEAR 2018/2019 | FISCAL YEAR 2019/2020 | FISCAL YEAR 2020/2021 | FISCAL YEAR 2021/2022 | Q1 of FISCAL YEAR 2022/2023 (July-Sep 2022) | Q1 & Q2 of FISCAL YEAR 2022/2023 (July-Dec 2022) |
|---|---|---|---|---|---|---|---|
| **B7: Interim/Bridge Housing for Those Exiting Institutions** | Number of individuals who are active in B7-funded interim/bridge housing. | 3,257 | 4,438 | 2,684 | 4,137 | 1,801 | 2,132 |
| | Breakdown of the institution from which individuals who were served in interim/bridge housing were discharged (Sum of categories does not equal total number because some individuals have multiple enrollments and/or came from different places prior to enrollment.) *Due to COVID-19 Public Health Emergency, clients were served in B7 beds who would not otherwise be eligible. This was offset by serving B7-eligible clients at E8 sites during the same time period. | Hospitals: 1,037 Jail/Prison/ Juvenile Detention Center: 861 Substance Abuse Treatment: 926 Interim or Transitional Housing: 138 Other: 305 | Hospitals: 757 Jail/Prison/ Juvenile Detention Center: 1,488 Substance Abuse Treatment: 1,441 Interim or Transitional Housing: 248 Other: 525 | Hospitals: 669 Jail/Prison/ Juvenile Detention Center: 1,273 Substance Abuse Treatment: 1,561 Interim or Transitional Housing: 86 Other: 236 Non-B7 sources: 23* | Hospitals: 676 Jail/Prison/ Juvenile Detention Center: 1,360 Substance Abuse Treatment: 1,590 Interim or Transitional Housing: 127 Other: 374 Non-B7 sources: 19* | Hospitals: 326 Jail/Prison/ Juvenile Detention Center: 559 Substance Abuse Treatment: 657 Interim or Transitional Housing: 58 Other: 183 Non-B7 sources: 8* | Hospitals: 683 Jail/Prison/ Juvenile Detention Center: 1,416 Substance Abuse Treatment: 1,186 Interim or Transitional Housing: 138 Other: 472 Non-B7 sources: 26* |

6

EXHIBIT 46 - Page 1900

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2022-2023**

| STRATEGY | METRIC | FISCAL YEAR 2018/2019 | FISCAL YEAR 2019/2020 | FISCAL YEAR 2020/2021 | FISCAL YEAR 2021/2022 | Q1 of FISCAL YEAR 2022/2023 (July-Sep 2022) | Q1 & Q2 of FISCAL YEAR 2022/2023 (July-Dec 2022) |
|---|---|---|---|---|---|---|---|
| **B7: Interim/Bridge Housing for Those Exiting Institutions** | Number of B7 participants who exit to a permanent  housing destination | 544 | 488 | 399 | 676 | 162 | 222 |
| | Percentage of B7 participants who exit to a permanent housing destination | Not available | LAHSA: 26% (187/710) DHS: 18% (123/677) DPH: 19% (178/959) (DPH figures are Jan-July 2020 only) | 20% (399/2,003) | 23% (676/2,977) | 24% (162/681) | 23% (222/980) |

7

**EXHIBIT 46 - Page 1901**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2022-2023**

| STRATEGY | METRIC | FISCAL YEAR 2018/2019 | FISCAL YEAR 2019/2020 | FISCAL YEAR 2020/2021 | FISCAL YEAR 2021/2022 | Q1 of FISCAL YEAR 2022/2023 (July-Sep 2022) | Q1 & Q2 of FISCAL YEAR 2022/2023 (July-Dec 2022) |
|---|---|---|---|---|---|---|---|
| C1: Enhance the CalWORKs Subsidized Employment Program for Homeless Families | Number of C1 participants who are engaged in subsidized employment | 236 | 211 | 113 | 108 | 21 | 43 |
| | Number of C1 participants who are placed in unsubsidized employment | 32 (out of 91 who completed the subsidized placement) | 10 (out of 24 who completed the subsidized placement) | 9 (out of 23 who completed the subsidized placement) | 6 (out of 6 who completed the subsidized placement) | 2 (out of 9 who completed the subsidized placement) | 7 (out of 15 who completed the subsidized placement) |
| C2/C7: Increase Employment for Homeless Adults | Number of C2/C7 participants enrolled in Transitional Employment | 1,265 | 2,246 | 1,847 | 1,316 | 559 | 815 |
| | Number of C2/C7 participants who secured unsubsidized employment | 742 | 1,220 | 2,035 | *1,486 | 97 | 224 |

*The County's New Framework to End Homelessness merges the interim housing strategies to create greater flexibility and reduce administrative burdens. Per the August 2022 Board memo on Implementing the New Framework to End Homelessness, DHS began using the same eligibility criteria for E8 and B7 beds in January 2023.

8

EXHIBIT 46 - Page 1902

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2022-2023**

| STRATEGY | METRIC | FISCAL YEAR 2018/2019 | FISCAL YEAR 2019/2020 | FISCAL YEAR 2020/2021 | FISCAL YEAR 2021/2022 | Q1 of FISCAL YEAR 2022/2023 (July-Sep 2022) | Q1 & Q2 of FISCAL YEAR 2022/2023 (July-Dec 2022) |
|---|---|---|---|---|---|---|---|
| **C3: Expand Targeted Recruitment & Hiring Process to Homeless/ Recently Homeless to Increase Access to County Jobs** | Number of individuals at risk of or experiencing homelessness who are currently enrolled in TempLA, a program that places low-income people into temporary employment with the County. | 36 | 20 | 14 | 21 | 1 | 1 |
| | Number of individuals at risk of or experiencing homelessness who are currently enrolled in Community Youth Bridges Program, a program to connect at-risk youth to County employment. | Not Available | 23 | 14 | 13 | 0 | 5 |

**EXHIBIT 46 - Page 1903**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2022-2023**

| STRATEGY | METRIC | FISCAL YEAR 2018/2019 | FISCAL YEAR 2019/2020 | FISCAL YEAR 2020/2021 | FISCAL YEAR 2021/2022 | Q1 of FISCAL YEAR 2022/2023 (July-Sep 2022) | Q1 & Q2 of FISCAL YEAR 2022/2023 (July-Dec 2022) |
|---|---|---|---|---|---|---|---|
| **C4/5/6: Countywide SSI/Veterans Benefits Advocacy Program for People/ Veterans/ Inmates Experiencing Homelessness or at Risk of Homelessness*** | Number of individuals newly enrolled in CBEST | 6,226 | 5,739 | 3,439 | 4,570 | 1,347 | 2,482 |
| | Number of individuals currently enrolled in CBEST | 11,499 | 16,888 | 12,839 | 9,945 | 6,343 | 7,441 |
| | Number of CBEST participants whose applications for SSI/Veterans' benefits were submitted | 1,413 | 2,168 | 1,564 | 2,133 | 465 | 951 |
| | Number of CBEST participants whose applications for SSI/Veterans' benefits were denied | 47 | 78 | 95 | 119 | 13 | 35 |
| | Number of CBEST participants whose applications for SSI/Veterans' benefits are pending disposition | 1,007 | 2,007 | 1,673 | 1,842 | 1,750 | 1,675 |
| | Number of CBEST participants approved for SSI/Veterans' benefits | 364 | 839 | 584 | 697 | 143 | 357 |
| | Number of Participants Receiving Benefits Advocacy Services (BAS) Intensive Case Management Services *(New Metric for FY 20-21)* | Not available | Not available | 1,442 | 2,418 | 796 | 1,134 |

*CBEST's decline in enrollments over the last few quarters is due to: data clean-up since 7/2020; loss of two one-time funding streams in FY21-22; and DPSS' closure during the pandemic, which impacted referral volume in FY20-21. CBEST anticipates an increase in enrollments with new funding now available and DPSS' reopening.

EXHIBIT 46 - Page 1904

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2022-2023**

| STRATEGY | METRIC | FISCAL YEAR 2018/2019 | FISCAL YEAR 2019/2020 | FISCAL YEAR 2020/2021 | FISCAL YEAR 2021/2022 | Q1 of FISCAL YEAR 2022/2023 (July-Sep 2022) | Q1 & Q2 of FISCAL YEAR 2022/2023 (July-Dec 2022) |
|---|---|---|---|---|---|---|---|
| D2: Expansion of Jail in Reach | Number of inmates who received D2 jail in-reach services | 662 | 1,223 | 809 | 737 | 155 | 374 |
| | Number of D2 participant inmates who were assessed with the VI-SPDAT | 562 | 952 | 769 | 724 | 134 | 307 |
| | Number of D2 participant inmates placed in bridge housing upon release | 194 | 379 | 162 | 156 | 34 | 70 |
| | Number of D2 participant inmates transported to housing upon release | 101 | 303 | 220 | 137 | 25 | 54 |
| | Number of D2 participant inmates referred to SSI advocacy program (CBEST) | 15 | 70 | 49 | 19 | 8 | 17 |
| | Number of D2 participant inmates placed in permanent supportive housing by the Housing for Health program within 12 mo. of release | 160 | 53 | 26 | 19 | 7 | 11 |
| | Number of D2 participant inmates referred to Community Transition Unit (CTU) for GR assistance at DPSS | 79 | 124 | 198 | 154 | 49 | 93 |
| | Number of D2 participant inmates referred to CTU for Medi-Cal application assistance | 355 | 546 | 532 | 595 | 118 | 302 |

11

EXHIBIT 46 - Page 1905

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2022-2023**

| STRATEGY | METRIC | FISCAL YEAR 2018/2019 | FISCAL YEAR 2019/2020 | FISCAL YEAR 2020/2021 | FISCAL YEAR 2021/2022 | Q1 of FISCAL YEAR 2022/2023 (July-Sep 2022) | Q1 & Q2 of FISCAL YEAR 2022/2023 (July-Dec 2022) |
|---|---|---|---|---|---|---|---|
| **D6: Criminal Record Clearing Project** | Number of Public Defender homeless outreach events held through D6 | 138 | 108 | 29 | 134 | 26 | 58 |
| | Number of City Attorney homeless outreach events held through D6 | 56 | 47 | 6 | 42 | 16 | 24 |
| | Number of homeless persons engaged by Public Defender through D6 | 897 | 736 | 577 | 939 | 138 | 299 |
| | Number of homeless persons engaged by City Attorney through D6 | 1,211 | 995 | 629 | 601 | 207 | 310 |
| | Number of petitions for dismissal/reduction filed by Public Defender for D6 participants | 987 | 1,292 | 1,698 | 1,221 | 346 | 762 |
| | Number of petitions for dismissal/reduction filed by City Attorney for D6 participants | 1,793 | 2,871 | 1,149 | 1,087 | 495 | 971 |
| | Number of petitions filed by Public Defender for dismissal/reduction that were granted for D6 participants | 554 | 537 | 897 | 757 | 264 | 544 |
| | Number of petitions filed by City Attorney for dismissal/reduction that were granted for D6 participants (some granted petitions were filed prior to Measure H funding) | 1,102 | 2,705 | 1,138 | 1,203 | 394 | 569 |

12

EXHIBIT 46 - Page 1906

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2022-2023**

| STRATEGY | METRIC | FISCAL YEAR 2018/2019 | FISCAL YEAR 2019/2020 | FISCAL YEAR 2020/2021 | FISCAL YEAR 2021/2022 | Q1 of FISCAL YEAR 2022/2023 (July-Sep 2022) | Q1 & Q2 of FISCAL YEAR 2022/2023 (July-Dec 2022) |
|---|---|---|---|---|---|---|---|
| **D7: Provide Services and Rental Subsidies for Permanent Supportive Housing (PSH)** | Number of D7 participants newly enrolled and linked to Intensive Case Management Services (ICMS) | 4,870 | 5,152 | 3,241 | 4,242 | 1,431 | 2,658 |
| | Number of individuals who were active in the D7 program during the reporting period | 7,871 | 10,087 | 13,699 | 16,269 | 14,977 | 16,238 |
| | Number of newly enrolled D7 participants receiving federal rental subsidies. | 3,032 | 4,187 | 2,406 | 3,394 | 1,129 | 2,143 |
| | Number of newly enrolled D7 participants receiving local rental subsidies | 1,573 | 611 | 324 | 203 | 94 | 195 |
| | Number of individuals encountered by Client Engagement & Navigation Services (CENS), providing Substance Use Disorder services in PSH *(Metric was new in 2020/21)* | Not available | Not available | 2,657 | 2,761 | 379 | 907 |
| | Number of D7 participants placed in housing during the reporting period | 3,053 | 4,228 | 1,940 | 1,824 | 473 | 1,093 |

13

**EXHIBIT 46 - Page 1907**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2022-2023**

| STRATEGY | METRIC | FISCAL YEAR 2018/2019 | FISCAL YEAR 2019/2020 | FISCAL YEAR 2020/2021 | FISCAL YEAR 2021/2022 | Q1 of FISCAL YEAR 2022/2023 (July-Sep 2022) | Q1 & Q2 of FISCAL YEAR 2022/2023 (July-Dec 2022) |
|---|---|---|---|---|---|---|---|
| **E6: Countywide Outreach System*** | Number of individuals initiated contact | 22,410 | 26,836 | 26,010 | 21,508 | 5,822 | 11,155 |
| | Number of individuals newly engaged during the reporting period | 10,905 | 14,005 | 16,973 | 14,497 | 3,575 | 7,090 |
| | Number of individuals engaged during the reporting period | 15,039 | 19,224 | 23,644 | 21,023 | 9,726 | 13,164 |
| | Number of individuals who received services or successfully attained referrals | 17,673 | 15,419 | 19,206 | 16,461 | 5,455 | 9,132 |
| | Number of individuals who were placed in crisis or bridge housing | 1,468 | 3,093 | 2,906 | 2,137 | 338 | 708 |
| | Number of individuals who were linked to a permanent housing resource | 1,018 | 875 | 667 | 780 | 128 | 287 |
| | Number of individuals who were placed in permanent housing | 757 | 699 | 542 | 525 | 95 | 261 |

*Data is for CES Outreach Teams, DHS Multidisciplinary Teams, and LAHSA Homeless Engagement Teams.

14

**EXHIBIT 46 - Page 1908**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2022-2023**

| STRATEGY | METRIC | FISCAL YEAR 2018/2019 | FISCAL YEAR 2019/2020 | FISCAL YEAR 2020/2021 | FISCAL YEAR 2021/2022 | Q1 of FISCAL YEAR 2022/2023 (July-Sep 2022) | Q1 & Q2 of FISCAL YEAR 2022/2023 (July-Dec 2022) |
|---|---|---|---|---|---|---|---|
| **E7: Strengthen the Coordinated Entry System (CES)** (All data for this strategy is for the CES as a whole.) | Number of households assessed through CES | 27,116 | 22,538 | 21,244 | 23,978 | 4,553 | 9,283 |
| | Average length of time in days from assessment to housing match | 257 | 376 | 377 | 436 | 444 | 480 |
| | Average length of stay in days in crisis/bridge housing for those who exited in the reporting period | 48 | 72 | 98 | 141 | 129 | 159 |
| | Average acuity score of persons or households who have obtained permanent housing | 7.8 | 8.6 | 9.5 | 11.1 | 10.3 | 11.2 |
| | Number of persons/households who have increased their income | 7,093 | 7,404 | 6,875 | *11,407 | 8,882 | 9,536 |

*The observed increase is due to an increase in grants provided to participants through COVID Relief. LAHSA worked with providers to ensure these increased funds were recorded.

15

**EXHIBIT 46 - Page 1909**

**Homeless Initiative Performance Data by Strategy**
**Fiscal Year 2022-2023**

| STRATEGY | METRIC | FISCAL YEAR 2018/2019 | FISCAL YEAR 2019/2020 | FISCAL YEAR 2020/2021 | FISCAL YEAR 2021/2022 | Q1 of FISCAL YEAR 2022/2023 (July-Sep 2022) | Q1 & Q2 of FISCAL YEAR 2022/2023 (July-Dec 2022) |
|---|---|---|---|---|---|---|---|
| **E8: Enhance the Emergency Shelter System** (Data includes all participants served in programs funded in whole or in part by Measure H.) | Number of participants newly enrolled in the program during the reporting period | 17,759 | 12,539 | 7,543 | 12,105 | 3,172 | 7,753 |
| | Number of persons active in the program within the reporting period | 22,362 | 18,229 | 13,975 | 15,468 | 9,425 | 14,627 |
| | Number of persons who exited crisis, bridge, or interim housing to permanent housing during the reporting period (out of total exits to any destination) | 3,971 (out of 15,581 total exits) = 25% | 3,656 (out of 11,211 total exits) = 33% | 3,488 (out of 10,304 total exits) = 34% | 2,286 (out of 9,420 total exits) = 24% | 533 (out of 2,285 total exits) = 23% | 1,248 (out of 4,999 total exits) = 25% |
| **E14: Enhanced Services for Transition Aged Youth (TAY)** | Percentage of E14 TAY participants who exited transitional housing to permanent housing destinations during the reporting period | 39% (150 out of 388 total exits) | 49% (222 out of 454 total exits) | 40% (188 out of 474 total exits) | 41% (186 out of 450 total exits) | 33% (29 out of 88 total exits) | 37% (65 out of 174 total exits) |
| | Number of TAY participants who were assessed using the Next Step Tool | 3,285 | 2,404 | 1,587 | 1,881 | 420 | 874 |

16

**EXHIBIT 46 - Page 1910**

**Exhibit 2**

## Select Homeless Initiative Strategy (B3, B7, D7, E6, E8) Performance Data by Service Planning Area (SPA) for Quarters 1 and 2 of Fiscal Year 2022-2023 (July 2022 - December 2022)

| B3: Partner with Cities to Expand Rapid Re-Housing | Number of individuals newly enrolled | Number of individuals active in the program within the reporting period | Number of B3 participants who secured permanent housing during the reporting period with or without a rapid rehousing subsidy | Of persons who secured housing with a rapid re-housing subsidy, number who remained in permanent housing upon exiting the RRH program | Of persons who secured housing with a rapid re-housing susbidy, number that exited the program to any destination | Of persons who secured housing with a rapid re-housing subsidy, percentage who remained in permanent housing upon exiting the RRH program |
|---|---|---|---|---|---|---|
| Total | 2,797 | 9,907 | 3,050 | 1,539 | 1,830 | 84% |
| SPA 1 | 196 | 924 | 343 | 224 | 227 | 99% |
| SPA 2 | 852 | 2,187 | 579 | 135 | 138 | 98% |
| SPA 3 | 146 | 756 | 283 | 111 | 130 | 85% |
| SPA 4 | 630 | 1,843 | 541 | 682 | 811 | 84% |
| SPA 5 | 155 | 1,002 | 379 | 69 | 75 | 92% |
| SPA 6 | 380 | 1,748 | 454 | 186 | 269 | 69% |
| SPA 7 | 164 | 924 | 262 | 110 | 119 | 92% |
| SPA 8 | 351 | 798 | 234 | 117 | 129 | 91% |
| Multiple or No SPA | 0 | 0 | 0 | 0 | 0 | NA |

| B7: Interim/Bridge Housing for Those Exiting Institutions | Number of individuals who are active in B7-funded interim/bridge housing. | Number of B7 participants who exit to a permanent housing destination | Number of B7 participants who exit to any destination | Percentage of B7 participants who exit to a permanent housing destination |
|---|---|---|---|---|
| Total | 2,132 | 222 | 980 | 23% |
| SPA 1 | 64 | 14 | 31 | 45% |
| SPA 2 | 242 | 14 | 113 | 12% |
| SPA 3 | 378 | 21 | 112 | 19% |
| SPA 4 | 438 | 53 | 215 | 25% |
| SPA 5 | 69 | 8 | 35 | 23% |
| SPA 6 | 196 | 18 | 96 | 19% |
| SPA 7 | 181 | 14 | 142 | 10% |
| SPA 8 | 584 | 74 | 175 | 42% |

**Notes:**
• B3 data is broken down by the Service Planning Area in which the participant was served.
• B7 data is broken down by the Service Planning Area in which the participant was served.

**EXHIBIT 46 - Page 1911**

**Select Homeless Initiative Strategy (B3, B7, D7, E6, E8) Performance Data by Service Planning Area (SPA)**
**for Quarters 1 and 2 of Fiscal Year 2022-2023 (July 2022 - December 2022)**

| D7: Provide services and rental subsidies for Permanent Supportive Housing | Number of D7 participants newly placed in housing |
|---|---|
| Total | 1,093 |
| SPA 1 | 50 |
| SPA 2 | 119 |
| SPA 3 | 36 |
| SPA 4 | 436 |
| SPA 5 | 22 |
| SPA 6 | 253 |
| SPA 7 | 98 |
| SPA 8 | 65 |
| SPA Unknown | 14 |

**Notes:**
•D7 SPA data is based on location where participant is housed.
•E6 data is broken down by the Service Planning Area in which the participant was served. Data is for three types of outreach teams: Department of Health Services' Multidisciplinary Teams (MDTs), Los Angeles Homeless Services Authority Homeless Engagement Teams (HET), and Coordinated Entry System (CES) teams. Due to participants being enrolled into multiple programs across countywide outreach teams, the total number per SPA does not equal the sum of all teams added together. Data for metrics on services/referrals, crisis housing, and permanent housing include individuals who were engaged during the reporting period but may have been engaged for the first time in a prior reporting period. Therefore, the total number who received services/referrals exceeds the total number who were newly engaged.

| E6: Countywide Outreach System | Number of unduplicated individuals initiated contact | Number of unduplicated individuals newly engaged during reporting period | Number of unduplicated individuals who received services or successfully attained referrals | Number of unduplicated individuals who are placed in crisis or bridge housing | Number of unduplicated individuals who are linked to a permanent housing resource | Number of unduplicated individuals who are placed in permanent housing |
|---|---|---|---|---|---|---|
| Total | 11,155 | 7,090 | 9,132 | 708 | 287 | 261 |
| SPA 1 | 634 | 478 | 580 | 50 | 20 | 21 |
| SPA 2 | 1,249 | 993 | 1,413 | 197 | 22 | 26 |
| SPA 3 | 1,688 | 1,053 | 1,311 | 88 | 39 | 28 |
| SPA 4 | 2,174 | 889 | 1,437 | 84 | 70 | 86 |
| SPA 5 | 1,690 | 565 | 667 | 20 | 4 | 5 |
| SPA 6 | 955 | 775 | 954 | 136 | 47 | 28 |
| SPA 7 | 913 | 653 | 841 | 92 | 43 | 30 |
| SPA 8 | 1,773 | 1,640 | 1,892 | 40 | 42 | 38 |
| SPA Unknown | 112 | 58 | 64 | 1 | 0 | 0 |

2

EXHIBIT 46 - Page 1912

## Select Homeless Initiative Strategy (B3, B7, D7, E6, E8) Performance Data by Service Planning Area (SPA) for Quarters 1 and 2 of Fiscal Year 2022-2023 (July 2022 - December 2022)

| E8: Enhance the Emergency Shelter System | Number of individuals who entered E8 interim/crisis/ bridge housing programs in the reporting period | Number of individuals who have been served by E8 funded interim/crisis/ bridge housing beds | Number of persons that exited to permanent housing destination within the report date range | Number of persons that exited to any destination within the report date range | Percentage of persons that exited to permanent housing destination within the report date range |
|---|---|---|---|---|---|
| Total | 176 | 545 | 83 | 207 | 40% |
| SPA 1 | 0 | 0 | 0 | 0 | NA |
| SPA 2 | 9 | 36 | 5 | 9 | 56% |
| SPA 3 | 3 | 15 | 4 | 8 | 50% |
| SPA 4 | 132 | 376 | 51 | 142 | 36% |
| SPA 5 | 0 | 15 | 0 | 1 | 0% |
| SPA 6 | 8 | 23 | 6 | 13 | 46% |
| SPA 7 | 3 | 5 | 0 | 1 | 0% |
| SPA 8 | 21 | 75 | 17 | 33 | 52% |

**Note**: E8 data is broken down by the Service Planning Area in which the participant was served.

3

EXHIBIT 46 - Page 1913

Demographic Enrollment/Service Data for Select HI Strategies for Quarter 1 and 2 of FY 2022-23 (July 2022-December 2023)    **Exhibit 3A**

| A1: Prevention for Families | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Demographic Category** | | Number Newly Enrolled* | Number Served* | Homeless Prevention: Permanent Housing Exits | % | Homeless Prevention: Retained Housing for 6 months | % | Problem Solving: Achieved a Permanent Housing Outcome | % |
| **Total individuals** | | 1,054 | 5,828 | 417 | 100% | 314 | 100% | 190 | 100% |
| **Age** | Under 18 (unaccompanied) | - | - | - | 0% | - | 0% | - | 0% |
| | Under 18 (in a family) | 600 | 996 | 237 | 57% | 156 | 50% | 1 | 1% |
| | 18-24 | 67 | 648 | 39 | 9% | 43 | 14% | 18 | 9% |
| | 25-54 | 363 | 3,924 | 127 | 30% | 110 | 35% | 164 | 86% |
| | 55-61 | 9 | 128 | 6 | 1% | 1 | 0% | 6 | 3% |
| | 62 & older | 12 | 109 | 6 | 1% | 2 | 1% | - | 0% |
| | Unknown | 3 | 23 | 2 | 0% | 2 | 1% | 1 | 1% |
| **Ethnicity** | Hispanic/Latino | 487 | 2,498 | 176 | 42% | 202 | 64% | 81 | 43% |
| | Not Hispanic/Latino | 546 | 2,753 | 230 | 55% | 105 | 33% | 96 | 51% |
| | Unknown | 21 | 577 | 11 | 3% | 7 | 2% | 13 | 7% |
| **Race** | White | 380 | 1,939 | 148 | 35% | 176 | 56% | 59 | 31% |
| | Black/African- American | 480 | 2,291 | 201 | 48% | 76 | 24% | 83 | 44% |
| | Asian | 15 | 54 | 10 | 2% | - | 0% | 3 | 2% |
| | American Indian/Alaskan Native | 21 | 83 | - | 0% | - | 0% | 3 | 2% |
| | Native Hawaiian/Other Pacific Islander | 14 | 31 | 2 | 0% | 4 | 1% | - | 0% |
| | Multi-Racial/Other | 19 | 81 | 3 | 1% | 5 | 2% | 4 | 2% |
| | Unknown | 125 | 1,349 | 53 | 13% | 53 | 17% | 38 | 20% |
| **Gender** | Female | 665 | 4,481 | 267 | 64% | 180 | 57% | 174 | 92% |
| | Male | 385 | 1,162 | 148 | 35% | 132 | 42% | 14 | 7% |
| | Transgender Male to Female | - | - | - | 0% | - | 0% | - | 0% |
| | Transgender Female to Male | - | - | - | 0% | - | 0% | - | 0% |
| | Transgender | - | 1 | - | 0% | 1 | 0% | - | 0% |
| | Other | 1 | 6 | 1 | 0% | 1 | 0% | - | 0% |
| | Unknown | 3 | 178 | 1 | 0% | - | 0% | 2 | 1% |
| **Individuals at risk of Homelessness** | | 1,054 | 3,965 | 417 | 100% | 314 | 100% | 155 | 82% |
| **Homeless Individuals/Family Members** | | N/A | N/A | N/A | N/A | N/A | N/A | 35 | 18% |
| **Chronically Homeless Individuals** | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **Veterans** | | - | 8 | 5 | 1% | 1 | 0% | N/A | N/A |
| **Individuals in Families with Minor Child(ren)** | | 930 | 5,405 | 363 | 87% | 310 | 99% | 586 | N/A |
| **Families with Minor Child(ren)** | | 271 | 13,318 | 92 | N/A | 80 | N/A | 180 | 95% |

**EXHIBIT 46 - Page 1914**

Demographic Enrollment/Service Data for Select HI Strategies for Quarter 1 and 2 of FY 2022-23 (July 2022-December 2023)

| A5: Prevention for Individuals | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Demographic Category** | | Number Newly Enrolled* | Number Served* | Homeless Prevention: Permanent Housing Exits | % | Homeless Prevention: Retained Housing for 6 months | % | Problem Solving: Achieved a Permanent Housing Outcome | % |
| **Total individuals** | | 644 | 6,962 | 444 | 100% | 407 | 100% | 377 | 100% |
| **Age** | Under 18 (unaccompanied) | - | - | - | 0% | - | 0% | - | 0% |
| | Under 18 (in a family) | 101 | 157 | 73 | 16% | 82 | 20% | - | 0% |
| | 18-24 | 49 | 1,005 | 23 | 5% | 40 | 10% | 46 | 12% |
| | 25-54 | 262 | 3,599 | 190 | 43% | 153 | 38% | 189 | 50% |
| | 55-61 | 87 | 906 | 63 | 14% | 40 | 10% | 64 | 17% |
| | 62 & older | 145 | 1,188 | 95 | 21% | 89 | 22% | 77 | 20% |
| | Unknown | - | 107 | - | 0% | 3 | 1% | 1 | 0% |
| **Ethnicity** | Hispanic/Latino | 276 | 2,406 | 206 | 46% | 224 | 55% | 92 | 24% |
| | Not Hispanic/Latino | 334 | 4,219 | 220 | 50% | 174 | 43% | 276 | 73% |
| | Unknown | 34 | 337 | 18 | 4% | 9 | 2% | 9 | 2% |
| **Race** | White | 192 | 2,989 | 130 | 29% | 137 | 34% | 118 | 31% |
| | Black/African- American | 221 | 2,559 | 149 | 34% | 119 | 29% | 210 | 56% |
| | Asian | 14 | 113 | 11 | 2% | 6 | 1% | 5 | 1% |
| | American Indian/Alaskan Native | 7 | 102 | 4 | 1% | 1 | 0% | 3 | 1% |
| | Native Hawaiian/Other Pacific Islander | 5 | 44 | 1 | 0% | 1 | 0% | 3 | 1% |
| | Multi-Racial/Other | 8 | 142 | 5 | 1% | 3 | 1% | 13 | 3% |
| | Unknown | 197 | 1,013 | 144 | 32% | 140 | 34% | 25 | 7% |
| **Gender** | Female | 377 | 3,024 | 240 | 54% | 209 | 51% | 155 | 41% |
| | Male | 256 | 3,782 | 200 | 45% | 198 | 49% | 216 | 57% |
| | Transgender Male to Female | - | - | - | 0% | - | 0% | - | 0% |
| | Transgender Female to Male | - | - | - | 0% | - | 0% | - | 0% |
| | Transgender | - | 59 | 1 | 0% | - | 0% | 4 | 1% |
| | Other | 5 | 34 | 2 | 0% | - | 0% | 1 | 0% |
| | Unknown | 6 | 63 | 1 | 0% | - | 0% | 1 | 0% |
| **Individuals at risk of Homelessness** | | 644 | 2,570 | 444 | 100% | N/A | N/A | 150 | 40% |
| **Homeless Individuals/Family Members** | | N/A | 4,392 | N/A | N/A | N/A | N/A | 227 | 60% |
| **Chronically Homeless Individuals** | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **Veterans** | | - | 16 | 6 | 1% | 13 | 3% | N/A | N/A |
| **Individuals in Families with Minor Child(ren)** | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **Families with Minor Child(ren)** | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

EXHIBIT 46 - Page 1915

Demographic Enrollment/Service Data for Select HI Strategies for Quarter 1 and 2 of FY 2022-23 (July 2022-December 2023)

| B3: Rapid Re-Housing | | | | | | |
|---|---|---|---|---|---|---|
| Demographic Category | | Number Newly Enrolled | Number Served | Secured Permanent Housing | % | Remained in Permanent Housing Upon Exiting RRH | % |
| Total individuals | | 2,797 | 9,907 | 3,050 | 100% | 521 | 100% |
| Age | Under 18 (unaccompanied) | - | - | - | 0% | - | 0% |
| | Under 18 (in a family) | 767 | 2,453 | 216 | 7% | 104 | 20% |
| | 18-24 | 242 | 780 | 170 | 6% | 34 | 7% |
| | 25-54 | 1,241 | 4,420 | 1,666 | 55% | 234 | 45% |
| | 55-61 | 278 | 1,090 | 504 | 17% | 59 | 11% |
| | 62 & older | 264 | 1,120 | 487 | 16% | 90 | 17% |
| | Unknown | 5 | 44 | 7 | 0% | - | 0% |
| Ethnicity | Hispanic/Latino | 1,167 | 3,671 | 911 | 30% | 154 | 30% |
| | Not Hispanic/Latino | 1,515 | 5,922 | 2,093 | 69% | 354 | 68% |
| | Unknown | 115 | 314 | 46 | 2% | 13 | 2% |
| Race | White | 1,166 | 4,196 | 1,317 | 43% | 201 | 39% |
| | Black/African- American | 1,001 | 4,058 | 1,357 | 44% | 249 | 48% |
| | Asian | 29 | 119 | 46 | 2% | 5 | 1% |
| | American Indian/Alaskan Native | 52 | 166 | 59 | 2% | 9 | 2% |
| | Native Hawaiian/Other Pacific Islander | 21 | 72 | 24 | 1% | 5 | 1% |
| | Multi-Racial/Other | 59 | 212 | 72 | 2% | 10 | 2% |
| | Unknown | 469 | 1,084 | 175 | 6% | 42 | 8% |
| Gender | Female | 1,384 | 4,838 | 1,519 | 50% | 283 | 54% |
| | Male | 1,367 | 4,904 | 1,491 | 49% | 228 | 44% |
| | Transgender Male to Female | - | - | - | - | - | 0% |
| | Transgender Female to Male | - | - | - | - | - | 0% |
| | Transgender | 19 | 65 | 22 | 1% | 5 | 1% |
| | Other | 6 | 25 | 9 | 0% | 1 | 0% |
| | Unknown | 21 | 75 | 9 | 0% | 4 | 1% |
| Individuals at risk of Homelessness | | - | - | - | 0% | - | 0% |
| Homeless Individuals/Family Members | | 897 | 1,322 | 209 | 7% | 115 | 22% |
| Chronically Homeless Individuals | | 835 | 1,532 | 233 | 8% | 130 | 25% |
| Veterans | | - | 114 | 37 | 1% | 4 | 1% |
| Individuals in Families with Minor Child(ren) | | 987 | 1,106 | N/A | 0% | N/A | 0% |
| Families with Minor Child(ren) | | 277 | 320 | N/A | 0% | N/A | 0% |

EXHIBIT 46 - Page 1916

Demographic Enrollment/Service Data for Select HI Strategies for Quarter 1 and 2 of FY 2022-23 (July 2022-December 2023)

| B7: Interim Housing for Those Exiting Instituions | | | | | | |
|---|---|---|---|---|---|---|
| **Demographic Category** | Number Newly Enrolled | Number Served | Exit to a Permanent Housing Destination | % | Exit to Any Destination | % |
| **Total individuals** | 1,000 | 2,149 | 222 | 100% | 980 | 100% |
| **Age** Under 18 (unaccompanied) | - | - | - | 0% | - | 0% |
| Under 18 (in a family) | 2 | 2 | - | 0% | - | 0% |
| 18-24 | 60 | 107 | 7 | 3% | 45 | 5% |
| 25-54 | 807 | 1,635 | 153 | 69% | 738 | 75% |
| 55-61 | 78 | 227 | 27 | 12% | 103 | 11% |
| 62 & older | 53 | 178 | 35 | 16% | 94 | 10% |
| Unknown | - | - | - | 0% | - | 0% |
| **Ethnicity** Hispanic/Latino | 513 | 1,059 | 107 | 48% | 499 | 51% |
| Not Hispanic/Latino | 473 | 1,066 | 110 | 50% | 469 | 48% |
| Unknown | 14 | 24 | 5 | 2% | 12 | 1% |
| **Race** White | 462 | 1,043 | 101 | 45% | 468 | 48% |
| Black/African- American | 247 | 515 | 49 | 22% | 235 | 24% |
| Asian | 24 | 43 | 2 | 1% | 17 | 2% |
| American Indian/Alaskan Native | 20 | 36 | 5 | 2% | 15 | 2% |
| Native Hawaiian/Other Pacific Islander | 3 | 7 | 1 | 0% | 4 | 0% |
| Multi-Racial/Other | 183 | 394 | 52 | 23% | 195 | 20% |
| Unknown | 61 | 111 | 12 | 5% | 46 | 5% |
| **Gender** Female | 236 | 527 | 50 | 23% | 223 | 23% |
| Male | 758 | 1,611 | 171 | 77% | 753 | 77% |
| Transgender Male to Female | 4 | 8 | 1 | 0% | 4 | 0% |
| Transgender Female to Male | - | 1 | - | 0% | - | 0% |
| Transgender | 2 | 2 | - | 0% | - | 0% |
| Other | - | - | - | 0% | - | 0% |
| Unknown | 6 | - | - | 0% | - | 0% |
| **Individuals at risk of Homelessness** | 725 | 15 | - | 0% | 6 | 1% |
| **Homeless Individuals/Family Members** | 457 | 1,858 | 208 | 94% | 820 | 84% |
| **Chronically Homeless Individuals** | 94 | 1,169 | 137 | 62% | 533 | 54% |
| **Veterans** | 92 | 75 | 12 | 5% | 34 | 3% |
| **Individuals in Families with Minor Child(ren)** | - | 212 | 22 | 10% | 92 | 9% |
| **Families with Minor Child(ren)** | - | - | N/A | N/A | N/A | N/A |

4

**EXHIBIT 46 - Page 1917**

Demographic Enrollment/Service Data for Select HI Strategies for Quarter 1 and 2 of FY 2022-23 (July 2022-December 2023)

| D7: Permanent Supportive Housing | | | | | | |
|---|---|---|---|---|---|---|
| **Demographic Category** | | Number Newly Enrolled | Number Served | DHS+DMH Newly Housed | DHS+DMH Housed 12 Months | DPH Clients Completed Treatment | DPH Clients Admitted to Treatment |
| **Total individuals** | | 2,658 | 16,238 | 1,093 | 1,514 | 3 | 38 |
| **Age** | Under 18 (unaccompanied) | - | - | - | - | - | - |
| | Under 18 (in a family) | - | 7 | - | - | - | - |
| | 18-24 | 226 | 677 | 112 | 50 | - | 3 |
| | 25-54 | 1,289 | 8,026 | 532 | 738 | 3 | 28 |
| | 55-61 | 488 | 3,211 | 221 | 341 | - | 5 |
| | 62 & older | 653 | 4,312 | 226 | 385 | - | 2 |
| | Unknown | 2 | 5 | 2 | - | - | - |
| **Ethnicity** | Hispanic/Latino | 736 | 4,702 | 329 | 404 | 2 | 15 |
| | Not Hispanic/Latino | 1,819 | 11,107 | 737 | 1,066 | 1 | 14 |
| | Unknown | 103 | 429 | 27 | 44 | - | 9 |
| **Race** | White | 1,068 | 6,751 | 459 | 579 | 1 | 13 |
| | Black/African- American | 1,144 | 7,279 | 473 | 731 | - | 11 |
| | Asian | 46 | 285 | 17 | 22 | - | - |
| | American Indian/Alaskan Native | 57 | 305 | 21 | 29 | - | - |
| | Native Hawaiian/Other Pacific Islander | 25 | 118 | 9 | 10 | - | - |
| | Multi-Racial/Other | 109 | 734 | 44 | 64 | 2 | 11 |
| | Unknown | 209 | 765 | 70 | 79 | - | 3 |
| **Gender** | Female | 1,091 | 7,106 | 419 | 696 | 1 | 20 |
| | Male | 1,525 | 8,900 | 648 | 792 | 2 | 16 |
| | Transgender Male to Female | 20 | 127 | 15 | 11 | - | 2 |
| | Transgender Female to Male | 10 | 39 | 5 | 1 | - | - |
| | Transgender | - | - | - | - | - | - |
| | Other | 6 | 39 | 4 | 5 | - | - |
| | Unknown | 6 | 27 | 2 | 9 | - | - |
| **Individuals at risk of Homelessness** | | - | 4 | 91 | - | 1 | 4 |
| **Homeless Individuals/Family Members** | | 2,658 | 16,085 | 1,003 | 1,514 | - | 2 |
| **Chronically Homeless Individuals** | | 714 | 9,935 | 444 | 669 | - | - |
| **Veterans** | | 101 | 679 | 38 | 82 | - | - |
| **Individuals in Families with Minor Child(ren)** | | 530 | 5,538 | 282 | 494 | - | - |
| **Families with Minor Child(ren)** | | 142 | 1,586 | 81 | 144 | 1 | 6 |

EXHIBIT 46 - Page 1918

**Demographic Enrollment/Service Data for Select HI Strategies for Quarter 1 and 2 of FY 2022-23 (July 2022-December 2023)**

| E6: Countywide Outreach System | | | | |
|---|---|---|---|---|
| **Demographic Category** | | Number Newly Enrolled | Number Served | Unduplicated Individuals Placed in Permanent Housing | % |
| **Total individuals** | | 11,155 | 19,654 | 261 | 100% |
| **Age** | Under 18 (unaccompanied) | - | - | - | 0% |
| | Under 18 (in a family) | 16 | 25 | - | 0% |
| | 18-24 | 309 | 489 | 7 | 3% |
| | 25-54 | 6,780 | 11,978 | 135 | 52% |
| | 55-61 | 1,420 | 2,673 | 61 | 23% |
| | 62 & older | 1,125 | 2,235 | 58 | 22% |
| | Unknown | 1,503 | 2,250 | - | 0% |
| **Ethnicity** | Hispanic/Latino | 4,111 | 6,991 | 81 | 31% |
| | Not Hispanic/Latino | 6,441 | 11,686 | 172 | 66% |
| | Unknown | 603 | 977 | 8 | 3% |
| **Race** | White | 6,381 | 10,901 | 143 | 55% |
| | Black/African- American | 2,851 | 5,467 | 87 | 33% |
| | Asian | 128 | 245 | 2 | 1% |
| | American Indian/Alaskan Native | 159 | 316 | 4 | 2% |
| | Native Hawaiian/Other Pacific Islander | 100 | 177 | 1 | 0% |
| | Multi-Racial/Other | 72 | 125 | 1 | 0% |
| | Unknown | 1,464 | 2,423 | 23 | 9% |
| **Gender** | Female | 3,612 | 6,391 | 103 | 39% |
| | Male | 7,284 | 12,803 | 155 | 59% |
| | Transgender Male to Female | - | - | - | 0% |
| | Transgender Female to Male | - | - | - | 0% |
| | Transgender | 71 | 149 | 2 | 1% |
| | Other | 24 | 40 | - | 0% |
| | Unknown | 164 | 271 | - | 0% |
| **Individuals at risk of Homelessness** | | - | - | - | 0% |
| **Homeless Individuals/Family Members** | | 11,061 | 19,227 | 261 | 100% |
| **Chronically Homeless Individuals** | | 2,479 | 4,458 | 113 | 43% |
| **Veterans** | | 284 | 506 | 12 | 5% |
| **Individuals in Families with Minor Child(ren)** | | 15 | 22 | 1 | 0% |
| **Families with Minor Child(ren)** | | 13 | 23 | 1 | 0% |

**EXHIBIT 46 - Page 1919**

Demographic Enrollment/Service Data for Select HI Strategies for Quarter 1 and 2 of FY 2022-23 (July 2022-December 2023)

| E8: Emergency Shelter | | | | | | |
|---|---|---|---|---|---|---|
| Demographic Category | | Number Newly Enrolled | Number Served | Exits to Permanent Housing | % | All Exits | % |
| Total individuals | | 7,753 | 14,627 | 1,248 | 100% | 207 | 100% |
| Age | Under 18 (unaccompanied) | - | - | - | 0% | 0 | 0% |
| | Under 18 (in a family) | 1,115 | 2,424 | 357 | 15% | 0 | 0% |
| | 18-24 | 747 | 1,297 | 94 | 4% | 6 | 3% |
| | 25-54 | 4,534 | 8,157 | 502 | 47% | 120 | 58% |
| | 55-61 | 705 | 1,395 | 130 | 16% | 46 | 22% |
| | 62 & older | 630 | 1,277 | 138 | 16% | 35 | 17% |
| | Unknown | 22 | 77 | 27 | 1% | 0 | 0% |
| Ethnicity | Hispanic/Latino | 2,392 | 4,613 | 435 | 40% | 78 | 38% |
| | Not Hispanic/Latino | 4,533 | 8,599 | 764 | 56% | 117 | 57% |
| | Unknown | 828 | 1,415 | 49 | 4% | 12 | 6% |
| Race | White | 2,633 | 5,017 | 478 | 46% | 89 | 43% |
| | Black/African- American | 3,339 | 6,422 | 592 | 38% | 68 | 33% |
| | Asian | 74 | 153 | 10 | 0% | 2 | 1% |
| | American Indian/Alaskan Native | 116 | 205 | 24 | 2% | 4 | 2% |
| | Native Hawaiian/Other Pacific Islander | 37 | 78 | 11 | 0% | 0 | 0% |
| | Multi-Racial/Other | 148 | 289 | 36 | 5% | 19 | 9% |
| | Unknown | 1,406 | 2,463 | 97 | 8% | 25 | 12% |
| Gender | Female | 3,615 | 6,856 | 606 | 47% | 96 | 46% |
| | Male | 3,469 | 6,623 | 604 | 50% | 104 | 50% |
| | Transgender Male to Female | 5 | 10 | 1 | 1% | 5 | 2% |
| | Transgender Female to Male | 1 | 3 | 1 | 1% | 1 | 0% |
| | Transgender | 35 | 68 | 7 | 0% | 0 | 0% |
| | Other | 25 | 33 | 3 | 0% | 0 | 0% |
| | Unknown | 603 | 1,034 | 26 | 2% | 1 | 0% |
| Individuals at risk of Homelessness | | N/A | N/A | NA | 0% | 0 | 0% |
| Homeless Individuals/Family Members | | 1,246 | 2,721 | 316 | 60% | 207 | 100% |
| Chronically Homeless Individuals | | 1,736 | 3,615 | 413 | 55% | 158 | 76% |
| Veterans | | 1 | 240 | 23 | 2% | 3 | 1% |
| Individuals in Families with Minor Child(ren) | | 1,169 | 2,006 | 119 | 5% | 0 | 0% |
| Families with Minor Child(ren) | | 371 | 608 | 29 | 2% | 0 | 0% |

7

EXHIBIT 46 - Page 1920

**Demographic Enrollment/Service Data for Select HI Strategies for Quarter 1 and 2 of FY 2022-23 (July 2022-December 2023)**

**Notes:**
• For A1/A5, "Newly Enrolled" only includes data for clients enrolled in homeless prevention programs.
• "Newly Enrolled" refers to all participants enrolled during the reporting period (July 2022-December 2022)
• For A1/A5, "Number Served" includes data for clients in homeless prevention and problem solving.
• "Number Served" refers to all participants served during the reporting period, some of whom were enrolled prior to the reporting period.
• Strategy E6: Outreach includes three types of outreach teams - Coordinated Entry System Teams, Department of Health Services' Multidisciplinary Teams (MDTs), and Los Angeles Homeless Services Authority (LAHSA) Homeless Engagement Teams (HETs). The data provided is de-duplicated. Family counts for the E6 data may be underrepresented due to incomplete household identifying data.

**EXHIBIT 46 - Page 1921**

**Exhibit 3B**

## A1: Homeless Prevention Program for Families
*Total served: 1,811*



*Data in this attachment show the number of participants served in each program, broken down by age, ethnicity, race, and gender.

**EXHIBIT 46 - Page 1922**

**Demographic Service Data for Select Homeless Initiative Strategies: Quarter 1 & 2 of FY 2022-2023 (July 2022 – December 2022)**

### A5: Homeless Prevention Program for Individuals

*Total served: 1,405*



**EXHIBIT 46 - Page 1923**

**Demographic Service Data for Select Homeless Initiative Strategies: Quarter 1 & 2 of FY 2022-2023 (July 2022 – December 2022)**

## B3: Rapid Re-Housing
*Total served: 9,907*



**EXHIBIT 46 - Page 1924**

**Demographic Service Data for Select Homeless Initiative Strategies: Quarter 1 & 2 of FY 2022-2023 (July 2022 – December 2022)**

## B7: Interim Housing for Those Exiting Institutions

*Total served:  2,149*



4

**EXHIBIT 46 - Page 1925**

**Demographic Service Data for Select Homeless Initiative Strategies: Quarter 1 & 2 of FY 2022-2023 (July 2022 – December 2022)**

## D7: Permanent Supportive Housing

*Total served: 16,238*



**EXHIBIT 46 - Page 1926**

**Demographic Service Data for Select Homeless Initiative Strategies: Quarter 1 & 2 of FY 2022-2023 (July 2022 – December 2022)**

## E6: Countywide Outreach System

*Total served: 19,654*



6

**EXHIBIT 46 - Page 1927**

**Demographic Service Data for Select Homeless Initiative Strategies: Quarter 1 & 2 of FY 2022-2023 (July 2022 – December 2022)**

## E8: Emergency Shelter

*Total served: 14,627*



**EXHIBIT 46 - Page 1928**