# EXHIBIT 48

EXHIBIT 48 - Page 1934

AGN. NO.

MOTION BY SUPERVISOR JANICE HAHN                    May 2, 2023

**Authorize Joint Application(s) to and Participation in the Homekey Round 3 Program**

In July 2020, Governor Gavin Newsom announced the Homekey Program (Homekey), which made $500 million available for local jurisdictions to purchase hotels and other properties to be used as interim and permanent housing for people experiencing homelessness (PEH) who are impacted by COVID-19, and $50 million for operating subsidies. Later in 2020, Governor Newsom announced the addition of another $200 million in funding for Homekey. In September 2021, the California Department of Housing and Community Development (HCD) announced the availability of approximately $1.45 billion of Homekey grant funding through its Round 2 Notice of Funding Availability (NOFA).

Through the first round of Homekey, the County of Los Angeles (County) was awarded $108 million to acquire 10 properties with a combined 847 units for use as Permanent Supportive Housing (PSH) for PEH who are impacted by COVID-19, and to temporarily subsidize operations. For Round 2, the County partnered with co-applicants

<u>MOTION</u>

SOLIS        _____

MITCHELL     _____

HORVATH      _____

BARGER       _____

HAHN         _____

**EXHIBIT 48 - Page 1935**

to apply for Homekey funding and was awarded funds for 14 projects. These consist of 720 units of interim and permanent housing across the County.

Building on the success of Homekey Rounds 1 and 2, on March 29, 2023, HCD released the NOFA for Homekey Round 3 with the application open beginning on April 24, 2023, and remaining open through July 28, 2023, or until funds are exhausted. Los Angeles County (including all jurisdictions within the County) has a geographic allocation of approximately $212 million. In addition, the HCD has set aside approximately $78 million in Homekey Round 3 funds for projects serving youth.

In preparation for Homekey Round 3, the County released a Request for Statement of Qualifications (RFSQ) on December 22, 2023, to solicit qualified entities interested in being co-applicants with the County to respond to the State's Homekey NOFA. The County then entered into Master Agreements with the qualified entities identified through the RFSQ solicitation. Entities that entered into Master Agreements with the County proposed specific projects to the County through a Request for Services (RFS). These projects were scored and evaluated through a fair and consistent process. Subsequently, the top scoring respondents were selected to move forward as co-applicants with whom the County will apply to the Homekey Round 3 NOFA. The selected co-applicants are identified in Attachment 1.

Selected entities have performed or are in the process of performing due diligence on the properties to ensure the properties are appropriate for use as interim housing or PSH. Each entity has also provided evidence of site control. Available due diligence and other property information have been reviewed by the CEO and its consultants, who are experts in affordable housing development.

EXHIBIT 48 - Page 1936

The State's Homekey Round 3 funds will be used to pay for the cost to acquire, develop, and/or rehabilitate each property. In most cases, a local match will be required to acquire, develop, and/or rehabilitate each property. In such cases, the County will utilize its American Rescue Plan Act funding, as indicated in the spending plan approved by the Board on November 30, 2021.

The CEO recommends jointly applying to the state for funding to acquire and rehabilitate the 13 properties listed on Attachment 1 (collectively, "Properties" and singularly, a "Property") with selected entities for the purchase price stated therein.

If the Application(s) are approved, the County and its co-applicants must enter into agreements to facilitate the funding and development of the properties for their intended use consistent with the requirements of Homekey Round 3 and other funding sources.

Assembly Bill 140 establishes a statutory exemption from the California Environmental Quality Act for activities meeting certain conditions that receive funding through the Homekey Round 3 NOFA, but other exemptions are also applicable to the proposed projects. Project descriptions of the proposed Homekey Round 3 projects are included in Attachment 1.

**I, THEREFORE, MOVE** that the Board of Supervisors:

1) Find that the 13 "Projects," which include the proposed acquisition and renovation or development, as applicable, of the properties listed on Attachment 1, are exempt from the California Environmental Quality Act (CEQA) pursuant to Health and Safety Code section 50675.1.4, to the extent the proposed activities utilize Homekey funds allocated pursuant to Health and Safety Code section 50675.1.3 and meet the applicable conditions contained in Health and Safety Code section 50675.1.4,

**EXHIBIT 48 - Page 1937**

pursuant to Government Code section 65650 et seq., to the extent they are by right supportive housing developments, pursuant to Government Code section 65660 et seq., to the extent they are by right low barrier navigation center developments, pursuant to Public Resources Code section 21080.27, to the extent they are emergency shelter or supportive housing developments within the City of Los Angeles, and pursuant to Public Resources Code section 21080.50, to the extent they are interim motel housing conversions. Further, find that the Projects are statutorily exempt from CEQA pursuant to section 21080(b)(4) of the Public Resources Code and section 15269(c) of the State CEQA Guidelines, which exempts specific actions necessary to prevent or mitigate an emergency and also categorically exempt pursuant to sections 15301 (Existing Facilities), 15302 (Replacement or Reconstruction), 15303 (New Construction or Conversion of Small Structures), 15304 (Minor Alterations to Land), 15311 (Accessory Structures), and 15332 (Infill Development) of the State CEQA Guidelines, and Classes 1, 2, 3, 4, and 11 of the County's Environmental Document Reporting Procedures and Guidelines, Appendix G, because the Projects are within certain classes of projects that have been determined not to have a significant effect on the environment. In addition, based on the records of the proposed Projects, they will comply with all applicable regulations, and are not in a sensitive environment and there are no cumulative impacts, unusual circumstances, damage to scenic highways, listing on hazardous waste site lists compiled pursuant to Government Code Section 65962.5, or indication that they may cause a substantial adverse change in the significance of a historical resource that would make the exemptions inapplicable. Upon approval of these actions, the Chief

**EXHIBIT 48 - Page 1938**

Executive Officer (CEO) will file Notices of Exemption (Notices) with the County Clerk pursuant to section 21152 of the Public Resources Code and will post the Notices to the County's website pursuant to section 20192.2 of the Public Resources Code.

2) Approve the Projects.

3) Approve the attached authorizing resolution(s), authorizing and directing the CEO, Chief Operating Officer ("COO"), Assistant CEO, or Executive Director of the Los Angeles County Homeless Initiative, or their designees, to submit joint Application(s) to Housing and Community Development (HCD) in response to the Notice of Funding Availability, and to jointly apply for Homekey grant funds in the amounts indicated in each authorizing resolution.

4) If the Application(s) is/are approved, the CEO, COO, Assistant CEO, or Executive Director of the Los Angeles County Homeless Initiative, or their designees, is/are hereby authorized and directed to enter into, execute, and deliver Standard Agreement(s) in a total amount not to exceed the amounts specified in each authorizing resolution, and any and all other documents required or deemed necessary or appropriate to secure the Homekey funds from HCD and to participate in the Homekey Program, and all amendments thereto.

#    #    #

JH:is

EXHIBIT 48 - Page 1939

**Attachment 1 to Motion:**

**Properties to be Submitted to Homekey Round 3 Program jointly by Los Angeles County and Selected Corporations**

| Corporation | Property Address | Type of Housing | Units | County and Corporation Standard Agreement with HCD Not to Exceed | Project Type* |
|---|---|---|---|---|---|
| PATH Ventures | 5010 East 3rd Street, Los Angeles, CA 90022 | PSH | 59 | $11,743,134 | New Construction Modular for Single Adult Permanent Supportive Housing |
| Weingart | 13921 Francisquito Avenue, Baldwin Park, CA 91706 | PSH | 109 | $42,224,500 | Motel Conversion to Single Adult Permanent Supportive Housing |
| Weingart | 401 E Albertoni Street, Carson, CA 90746 | PSH | 107 | $41,845,813 | Motel Conversion to Single Adult Permanent Supportive Housing |
| Weingart | 3525 Torrance Blvd., Torrance, CA 90503 | PSH | 122 | $47,730,000 | Motel Conversion to Single Adult Permanent Supportive Housing |
| Volunteers of America | 13420 East Firestone Blvd., Santa Fe Springs, CA 90670 | PSH | 105 | $45,990,000 | Motel Conversion to Single Adult Permanent Supportive Housing |
| Hope the Mission | 42445, 42137, 42233 Sierra Hwy, Lancaster, CA 93535 | PSH | 60 | $20,377,500 | Motel Conversion to Single Adult Permanent Supportive Housing |
| Hope the Mission | 130 E Palmdale Blvd., Palmdale, CA 93550 | PSH | 100 | $34,580,000 | Motel Conversion to Single Adult Permanent Supportive Housing |
| Beacon Housing | 190 Marengo Ave., Pasadena, CA 91101 | Youth PSH | 15 | $6,101,250 | Acquisition of Rehabilitated Multifamily Building for Youth Permanent Supportive Housing |
| Volunteers of America | 2037 E Pacific Coast Hwy, Lomita, CA 90717 | Youth IH | 61 | $24,811,750 | Motel Conversion to Youth Interim Housing |
| Optimist Boys' Home and Ranch (dba Optimist Youth Homes & Family Services) | 7003 North Figueroa Street, Los Angeles, CA 90042 | Youth IH | 21 | $8,107,088 | Adaptive Reuse for Youth Interim Housing |
| Wellnest | 3787 Vermont, Los Angeles, CA 90007 | Youth IH | 25 | $10,168,750 | New Construction Modular for Youth Interim Housing |
| Treehouse Impact Group | 3811 Woodlawn Ave., Los Angeles, CA 90011 | Youth IH | 28 | $11,326,000 | Acquisition of Rehabilitated Multifamily Building for Youth Interim Housing |
| Covenant House California | 5601 Hollywood Blvd., Los Angeles, CA 90028 | Youth IH | 30 | $12,202,500 | Motel Conversion to Interim Housing |

EXHIBIT 48 - Page 1940

**Attachment to Motion:**
**Properties to be Submitted to Homekey Round 3 Program jointly by Los Angeles County and Selected Corporations**

---

**\*Project Type Descriptions**

**Motel Conversion to Youth Interim Housing**: Corporation will rehabilitate motel property. Rehabilitation may include renovations to ensure the property is compliant with all applicable health and safety standards and is in compliance with accessibility requirements; upgrades to common areas; replacement of some appliances, flooring, window coverings, etc.; filling of swimming pools; installation of security features; and other activities that utilize existing structures.

**Motel Conversion to (Youth or Single Adult) Permanent Supportive Housing**: Corporation will rehabilitate motel property. Rehabilitation may include renovations to ensure the property is compliant with all applicable health and safety standards and is in compliance with accessibility requirements; addition of kitchenettes where they are not present; upgrades to common areas; replacement of some appliances, flooring, window coverings, etc.; filling of swimming pools; installation of security features; and other activities that primarily utilize existing structures.

**New Construction Modular for Permanent Supportive Housing:** Corporation will construct a modular housing development on land it already owns. The units will be prefabricated off site.

**New Construction Modular for Youth Interim Housing:** Corporation will construct a modular housing development on land it already owns. The units will be prefabricated off site.

**Acquisition of Rehabilitated Multifamily Building for Youth Permanent Supportive Housing:** Corporation will acquire the multifamily building and complete minor renovations.

**Acquisition of Rehabilitated Multifamily Building for Youth Interim Housing:** Corporation will acquire the multifamily building and complete minor renovations.

**Adaptive Reuse for Youth Interim Housing**: Corporation will rehabilitate commercial building that it already owns.

EXHIBIT 48 - Page 1941

| |
|---|
| **AUTHORIZING RESOLUTION** |
| <u>**PROPERTY ADDRESS**</u>: 190-192-194-196-198 MARENGO AVE., PASADENA, CA 91101 |
| **A RESOLUTION OF THE GOVERNING BODY OF THE COUNTY OF LOS ANGELES AUTHORIZING JOINT APPLICATION TO AND PARTICIPATION IN THE HOMEKEY PROGRAM** |

**WHEREAS:**

A.     The **DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT** ("**Department**") has issued a Notice of Funding Availability, dated March 29, 2023 ("**NOFA**"), for the Homekey Program ("**Homekey**" or "**Program**"). The Department has issued the NOFA for Homekey grant funds pursuant to Health and Safety Code section 50675.1.3 (Assem. Bill No. 140 (2021-2022 Reg. Sess.), § 20.).

B.     **COUNTY OF LOS ANGELES**, a body corporate and public ("**Co-Applicant**") desires to jointly apply for Homekey grant funds with **BEACON HOUSING, INC.,** a California nonprofit public benefit corporation **("Co-Applicant Two**") and **BEACON HOUSING MARENGO LLC** ("**Co-Applicant Three**") (collectively **Co-Applicant Two** and **Co-Applicant Three** shall be referred to as "**Corporation**"). Therefore, Co-Applicant is joining Corporation in the submittal of an application for Homekey funds ("**Application**") to the Department for review and consideration.

C.     The Department is authorized to administer Homekey pursuant to the Multifamily Housing Program (Chapter 6.7 (commencing with Section 50675) of Part 2 of Division 31 of the Health and Safety Code). Homekey funding allocations are subject to the terms and conditions of the NOFA, the Application, the Department-approved STD 213, Standard Agreement ("**Standard Agreement**"), and all other legal requirements of the Homekey Program.

**THEREFORE, IT IS RESOLVED THAT:**

1.     Co-Applicant is hereby authorized and directed to submit a joint Application to the Department in response to the NOFA, and to jointly apply for Homekey grant funds in a total amount not to exceed $6,101,250.

2.     If the Application is approved, Co-Applicant is hereby authorized and directed to enter into, execute, and deliver a Standard Agreement in a total amount not to exceed $6,101,250, any and all other documents required or deemed necessary or appropriate to secure the Homekey funds from the Department and to participate in the Homekey Program, and all amendments thereto (collectively, the "**Homekey Documents**").

3.     Co-Applicant acknowledges and agrees that it shall be subject to the terms and conditions specified in the Standard Agreement, and that the NOFA and Application will be incorporated in the Standard Agreement by reference and made a part thereof. Any and all activities, expenditures, information, and timelines represented in the Application are enforceable through the Standard Agreement. Funds are to be used for the allowable expenditures and activities identified in the Standard Agreement.

HOA.104249346.1

**EXHIBIT 48 - Page 1942**

4.    The County of Los Angeles' Chief Executive Officer, Chief Operating Officer, Assistant Chief Executive Officer, or Director of the Los Angeles County Homeless Initiative, are authorized to execute or amend the Application and the Homekey Documents on behalf of Co-Applicant for participation in the Homekey Program.

PASSED AND ADOPTED this _____ day of _____, 2023, by the following vote:

AYES:_____    NAYES:_____    ABSTAIN:_____    ABSENT:_____

The undersigned, Celia Zavala, Executive Officer of the Board of Supervisors of Co-Applicant, does hereby attest and certify that the foregoing is a true and full copy of a resolution of the governing body adopted at a duly convened meeting on the date above-mentioned, and that the resolution has not been altered, amended, or repealed.

| SIGNATURE: | DATE: |
|---|---|
| NAME: | TITLE: |

**APPROVED AS TO FORM:**

**DAWYN R. HARRISON**
County Counsel

By _____

    Roberto Saldana, Senior Deputy County Counsel

HOA.104249346.1

**EXHIBIT 48 - Page 1943**

**AUTHORIZING RESOLUTION**

<u>**PROPERTY ADDRESS**</u>: 5601 HOLLYWOOD BLVD., LOS ANGELES, CA 90028

**A RESOLUTION OF THE GOVERNING BODY OF THE COUNTY OF LOS ANGELES AUTHORIZING JOINT APPLICATION TO AND PARTICIPATION IN THE HOMEKEY PROGRAM**

**WHEREAS:**

A.     The **DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT** ("**Department**") has issued a Notice of Funding Availability, dated March 29, 2023 ("**NOFA**"), for the Homekey Program ("**Homekey**" or "**Program**"). The Department has issued the NOFA for Homekey grant funds pursuant to Health and Safety Code section 50675.1.3 (Assem. Bill No. 140 (2021-2022 Reg. Sess.), § 20.).

B.     **COUNTY OF LOS ANGELES**, a body corporate and public ("**Co-Applicant**") desires to jointly apply for Homekey grant funds with **COVENANT HOUSE CALIFORNIA**, a California nonprofit public benefit corporation ("**Corporation**"). Therefore, Co-Applicant is joining Corporation in the submittal of an application for Homekey funds ("**Application**") to the Department for review and consideration.

C.     The Department is authorized to administer Homekey pursuant to the Multifamily Housing Program (Chapter 6.7 (commencing with Section 50675) of Part 2 of Division 31 of the Health and Safety Code). Homekey funding allocations are subject to the terms and conditions of the NOFA, the Application, the Department-approved STD 213, Standard Agreement ("**Standard Agreement**"), and all other legal requirements of the Homekey Program.

**THEREFORE, IT IS RESOLVED THAT:**

1.     Co-Applicant is hereby authorized and directed to submit a joint Application to the Department in response to the NOFA, and to jointly apply for Homekey grant funds in a total amount not to exceed $12,202,500.

2.     If the Application is approved, Co-Applicant is hereby authorized and directed to enter into, execute, and deliver a Standard Agreement in a total amount not to exceed $12,202,500, any and all other documents required or deemed necessary or appropriate to secure the Homekey funds from the Department and to participate in the Homekey Program, and all amendments thereto (collectively, the "**Homekey Documents**").

3.     Co-Applicant acknowledges and agrees that it shall be subject to the terms and conditions specified in the Standard Agreement, and that the NOFA and Application will be incorporated in the Standard Agreement by reference and made a part thereof. Any and all activities, expenditures, information, and timelines represented in the Application are enforceable through the Standard Agreement. Funds are to be used for the allowable expenditures and activities identified in the Standard Agreement.

HOA.104249346.1

**EXHIBIT 48 - Page 1944**

| | |
|---|---|
| 4. | The County of Los Angeles' Chief Executive Officer, Chief Operating Officer, Assistant Chief Executive Officer, or Director of the Los Angeles County Homeless Initiative, are authorized to execute or amend the Application and the Homekey Documents on behalf of Co-Applicant for participation in the Homekey Program. |

PASSED AND ADOPTED this _____ day of _____, 2023, by the following vote:

AYES:_____    NAYES:_____    ABSTAIN:_____    ABSENT:_____

The undersigned, Celia Zavala, Executive Officer of the Board of Supervisors of Co-Applicant, does hereby attest and certify that the foregoing is a true and full copy of a resolution of the governing body adopted at a duly convened meeting on the date above-mentioned, and that the resolution has not been altered, amended, or repealed.

| | |
|---|---|
| SIGNATURE: | DATE: |
| NAME: | TITLE: |

**APPROVED AS TO FORM:**

**DAWYN R. HARRISON**
County Counsel

By _____
     Roberto Saldana, Senior Deputy County Counsel

HOA.104249346.1

**EXHIBIT 48 - Page 1945**

| **AUTHORIZING RESOLUTION** |
| --- |
| **PROPERTY ADDRESS**: 42445, 42137, 42233 SIERRA HIGHWAY, LANCASTER, CA 93535 |
| **A RESOLUTION OF THE GOVERNING BODY OF THE COUNTY OF LOS ANGELES AUTHORIZING JOINT APPLICATION TO AND PARTICIPATION IN THE HOMEKEY PROGRAM** |

**WHEREAS:**

A.      The **DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT** ("**Department**") has issued a Notice of Funding Availability, dated March 29, 2023 ("**NOFA**"), for the Homekey Program ("**Homekey**" or "**Program**"). The Department has issued the NOFA for Homekey grant funds pursuant to Health and Safety Code section 50675.1.3 (Assem. Bill No. 140 (2021-2022 Reg. Sess.), § 20.).

B.      **COUNTY OF LOS ANGELES**, a body corporate and public ("**Co-Applicant**") desires to jointly apply for Homekey grant funds with **HOPE THE MISSION,** a California nonprofit religious corporation ("**Corporation**"). Therefore, Co-Applicant is joining Corporation in the submittal of an application for Homekey funds ("**Application**") to the Department for review and consideration.

C.      The Department is authorized to administer Homekey pursuant to the Multifamily Housing Program (Chapter 6.7 (commencing with Section 50675) of Part 2 of Division 31 of the Health and Safety Code). Homekey funding allocations are subject to the terms and conditions of the NOFA, the Application, the Department-approved STD 213, Standard Agreement ("**Standard Agreement**"), and all other legal requirements of the Homekey Program.

**THEREFORE, IT IS RESOLVED THAT:**

1.      Co-Applicant is hereby authorized and directed to submit a joint Application to the Department in response to the NOFA, and to jointly apply for Homekey grant funds in a total amount not to exceed $20,377,500.

2.      If the Application is approved, Co-Applicant is hereby authorized and directed to enter into, execute, and deliver a Standard Agreement in a total amount not to exceed $20,377,500, any and all other documents required or deemed necessary or appropriate to secure the Homekey funds from the Department and to participate in the Homekey Program, and all amendments thereto (collectively, the "**Homekey Documents**").

3.      Co-Applicant acknowledges and agrees that it shall be subject to the terms and conditions specified in the Standard Agreement, and that the NOFA and Application will be incorporated in the Standard Agreement by reference and made a part thereof. Any and all activities, expenditures, information, and timelines represented in the Application are enforceable through the Standard Agreement. Funds are to be used for the allowable expenditures and activities identified in the Standard Agreement.

4.      The County of Los Angeles' Chief Executive Officer, Chief Operating Officer, Assistant Chief Executive Officer, or Director of the Los Angeles County Homeless Initiative, are

HOA.104249346.1

**EXHIBIT 48 - Page 1946**

authorized to execute or amend the Application and the Homekey Documents on behalf of Co-Applicant for participation in the Homekey Program.

PASSED AND ADOPTED this _____ day of _____, 2023, by the following vote:

AYES:_____     NAYES:_____     ABSTAIN:_____     ABSENT:_____

The undersigned, Celia Zavala, Executive Officer of the Board of Supervisors of Co-Applicant, does hereby attest and certify that the foregoing is a true and full copy of a resolution of the governing body adopted at a duly convened meeting on the date above-mentioned, and that the resolution has not been altered, amended, or repealed.

| SIGNATURE: | DATE: |
|---|---|
| NAME: | TITLE: |

**APPROVED AS TO FORM:**

**DAWYN R. HARRISON**
County Counsel

By _____
     Roberto Saldana, Senior Deputy County Counsel

HOA.104249346.1

**EXHIBIT 48 - Page 1947**

| AUTHORIZING RESOLUTION |
|---|
| **PROPERTY ADDRESS**: 130 E. PALMDALE BLVD., PALMDALE, CA 93550 |
| **A RESOLUTION OF THE GOVERNING BODY OF THE COUNTY OF LOS ANGELES AUTHORIZING JOINT APPLICATION TO AND PARTICIPATION IN THE HOMEKEY PROGRAM** |

**WHEREAS:**

A.      The **DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT** ("**Department**") has issued a Notice of Funding Availability, dated March 29, 2023 ("**NOFA**"), for the Homekey Program ("**Homekey**" or "**Program**"). The Department has issued the NOFA for Homekey grant funds pursuant to Health and Safety Code section 50675.1.3 (Assem. Bill No. 140 (2021-2022 Reg. Sess.), § 20.).

B.      **COUNTY OF LOS ANGELES**, a body corporate and public ("**Co-Applicant**") desires to jointly apply for Homekey grant funds with **HOPE THE MISSION,** a California nonprofit religious corporation ("**Corporation**"). Therefore, Co-Applicant is joining Corporation in the submittal of an application for Homekey funds ("**Application**") to the Department for review and consideration.

C.      The Department is authorized to administer Homekey pursuant to the Multifamily Housing Program (Chapter 6.7 (commencing with Section 50675) of Part 2 of Division 31 of the Health and Safety Code). Homekey funding allocations are subject to the terms and conditions of the NOFA, the Application, the Department-approved STD 213, Standard Agreement ("**Standard Agreement**"), and all other legal requirements of the Homekey Program.

**THEREFORE, IT IS RESOLVED THAT:**

1.      Co-Applicant is hereby authorized and directed to submit a joint Application to the Department in response to the NOFA, and to jointly apply for Homekey grant funds in a total amount not to exceed $34,580,000.

2.      If the Application is approved, Co-Applicant is hereby authorized and directed to enter into, execute, and deliver a Standard Agreement in a total amount not to exceed $34,580,000, any and all other documents required or deemed necessary or appropriate to secure the Homekey funds from the Department and to participate in the Homekey Program, and all amendments thereto (collectively, the "**Homekey Documents**").

3.      Co-Applicant acknowledges and agrees that it shall be subject to the terms and conditions specified in the Standard Agreement, and that the NOFA and Application will be incorporated in the Standard Agreement by reference and made a part thereof. Any and all activities, expenditures, information, and timelines represented in the Application are enforceable through the Standard Agreement. Funds are to be used for the allowable expenditures and activities identified in the Standard Agreement.

4.      The County of Los Angeles' Chief Executive Officer, Chief Operating Officer, Assistant Chief Executive Officer, or Director of the Los Angeles County Homeless Initiative, are

HOA.104249346.1

EXHIBIT 48 - Page 1948

| |
|---|
| authorized to execute or amend the Application and the Homekey Documents on behalf of Co-Applicant for participation in the Homekey Program. |
| PASSED AND ADOPTED this _____ day of _____, 2023, by the following vote:<br><br>AYES:_____   NAYES:_____   ABSTAIN:_____   ABSENT:_____ |
| The undersigned, Celia Zavala, Executive Officer of the Board of Supervisors of Co-Applicant, does hereby attest and certify that the foregoing is a true and full copy of a resolution of the governing body adopted at a duly convened meeting on the date above-mentioned, and that the resolution has not been altered, amended, or repealed. |

| SIGNATURE: | DATE: |
|---|---|
| NAME: | TITLE: |

**APPROVED AS TO FORM:**

**DAWYN R. HARRISON**
County Counsel

By _____
Roberto Saldana, Senior Deputy County Counsel

HOA.104249346.1

**EXHIBIT 48 - Page 1949**

**AUTHORIZING RESOLUTION**

PROPERTY ADDRESS: 7003 NORTH FIGUEROA, LOS ANGELES, CA 90042

**A RESOLUTION OF THE GOVERNING BODY OF THE COUNTY OF LOS ANGELES AUTHORIZING JOINT APPLICATION TO AND PARTICIPATION IN THE HOMEKEY PROGRAM**

WHEREAS:

A.     The **DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT** ("**Department**") has issued a Notice of Funding Availability, dated March 29, 2023 ("**NOFA**"), for the Homekey Program ("**Homekey**" or "**Program**"). The Department has issued the NOFA for Homekey grant funds pursuant to Health and Safety Code section 50675.1.3 (Assem. Bill No. 140 (2021-2022 Reg. Sess.), § 20.).

B.     **COUNTY OF LOS ANGELES**, a body corporate and public ("**Co-Applicant**") desires to jointly apply for Homekey grant funds with **OPTIMIST BOYS' HOME AND RANCH,** a California nonprofit public benefit corporation ("**Co-Applicant Two**") and **BRIGHT FUTURES 7003 FIGUEROA, LLC,** a California limited liability company ("**Co-Applicant Three**") (collectively **Co-Applicant Two** and **Co-Applicant Three** shall be referred to as "**Corporation**"). Therefore, Co-Applicant is joining Corporation in the submittal of an application for Homekey funds ("**Application**") to the Department for review and consideration.

C.     The Department is authorized to administer Homekey pursuant to the Multifamily Housing Program (Chapter 6.7 (commencing with Section 50675) of Part 2 of Division 31 of the Health and Safety Code). Homekey funding allocations are subject to the terms and conditions of the NOFA, the Application, the Department-approved STD 213, Standard Agreement ("**Standard Agreement**"), and all other legal requirements of the Homekey Program.

**THEREFORE, IT IS RESOLVED THAT:**

1.     Co-Applicant is hereby authorized and directed to submit a joint Application to the Department in response to the NOFA, and to jointly apply for Homekey grant funds in a total amount not to exceed $8,107,088.

2.     If the Application is approved, Co-Applicant is hereby authorized and directed to enter into, execute, and deliver a Standard Agreement in a total amount not to exceed $8,107,088, any and all other documents required or deemed necessary or appropriate to secure the Homekey funds from the Department and to participate in the Homekey Program, and all amendments thereto (collectively, the "**Homekey Documents**").

3.     Co-Applicant acknowledges and agrees that it shall be subject to the terms and conditions specified in the Standard Agreement, and that the NOFA and Application will be incorporated in the Standard Agreement by reference and made a part thereof. Any and all activities, expenditures, information, and timelines represented in the Application are enforceable through the Standard Agreement. Funds are to be used for the allowable expenditures and activities identified in the Standard Agreement.

HOA.104249346.1

**EXHIBIT 48 - Page 1950**

4.      The County of Los Angeles' Chief Executive Officer, Chief Operating Officer, Assistant Chief Executive Officer, or Director of the Los Angeles County Homeless Initiative, are authorized to execute or amend the Application and the Homekey Documents on behalf of Co-Applicant for participation in the Homekey Program.

PASSED AND ADOPTED this _____ day of _____, 2023, by the following vote:

AYES:_____     NAYES:_____     ABSTAIN:_____     ABSENT:_____

The undersigned, Celia Zavala, Executive Officer of the Board of Supervisors of Co-Applicant, does hereby attest and certify that the foregoing is a true and full copy of a resolution of the governing body adopted at a duly convened meeting on the date above-mentioned, and that the resolution has not been altered, amended, or repealed.

| SIGNATURE: | DATE: |
|---|---|
| NAME: | TITLE: |

**APPROVED AS TO FORM:**

**DAWYN R. HARRISON**
County Counsel

By _____
        Roberto Saldana, Senior Deputy County Counsel

HOA.104249346.1

**EXHIBIT 48 - Page 1951**

**AUTHORIZING RESOLUTION**

PROPERTY ADDRESS: 5010 EAST 3RD STREET, LOS ANGELES, CA 90022

**A RESOLUTION OF THE GOVERNING BODY OF THE COUNTY OF LOS ANGELES AUTHORIZING JOINT APPLICATION TO AND PARTICIPATION IN THE HOMEKEY PROGRAM**

**WHEREAS:**

A.    The **DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT** ("**Department**") has issued a Notice of Funding Availability, dated March 29, 2023 ("**NOFA**"), for the Homekey Program ("**Homekey**" or "**Program**"). The Department has issued the NOFA for Homekey grant funds pursuant to Health and Safety Code section 50675.1.3 (Assem. Bill No. 140 (2021-2022 Reg. Sess.), § 20.).

B.    **COUNTY OF LOS ANGELES**, a body corporate and public ("**Co-Applicant**") desires to jointly apply for Homekey grant funds with **PATH VENTURES**, a California nonprofit public benefit corporation ("**Co-Applicant Two**"), **ELA GP LLC**, a California limited liability company ("**Co-Applicant Three**") and **PV ELA LP,** a California limited partnership ("**Co-Applicant Four**") (collectively **Co-Applicant Two**, **Co-Applicant Three**, and **Co-Applicant Four** shall be referred to as "**Corporation**"). Therefore, Co-Applicant is joining Corporation in the submittal of an application for Homekey funds ("**Application**") to the Department for review and consideration.

C.    The Department is authorized to administer Homekey pursuant to the Multifamily Housing Program (Chapter 6.7 (commencing with Section 50675) of Part 2 of Division 31 of the Health and Safety Code). Homekey funding allocations are subject to the terms and conditions of the NOFA, the Application, the Department-approved STD 213, Standard Agreement ("**Standard Agreement**"), and all other legal requirements of the Homekey Program.

**THEREFORE, IT IS RESOLVED THAT:**

1.    Co-Applicant is hereby authorized and directed to submit a joint Application to the Department in response to the NOFA, and to jointly apply for Homekey grant funds in a total amount not to exceed $11,743,134.

2.    If the Application is approved, Co-Applicant is hereby authorized and directed to enter into, execute, and deliver a Standard Agreement in a total amount not to exceed $11,743,134, any and all other documents required or deemed necessary or appropriate to secure the Homekey funds from the Department and to participate in the Homekey Program, and all amendments thereto (collectively, the "**Homekey Documents**").

3.    Co-Applicant acknowledges and agrees that it shall be subject to the terms and conditions specified in the Standard Agreement, and that the NOFA and Application will be incorporated in the Standard Agreement by reference and made a part thereof. Any and all activities, expenditures, information, and timelines represented in the Application are enforceable through the Standard Agreement. Funds are to be used for the allowable expenditures and activities identified in the Standard Agreement.

HOA.104249346.1

**EXHIBIT 48 - Page 1952**

4.    The County of Los Angeles' Chief Executive Officer, Chief Operating Officer, Assistant Chief Executive Officer, or Director of the Los Angeles County Homeless Initiative, are authorized to execute or amend the Application and the Homekey Documents on behalf of Co-Applicant for participation in the Homekey Program.

PASSED AND ADOPTED this _____ day of _____, 2023, by the following vote:

AYES:_____    NAYES:_____    ABSTAIN:_____    ABSENT:_____

The undersigned, Celia Zavala, Executive Officer of the Board of Supervisors of Co-Applicant, does hereby attest and certify that the foregoing is a true and full copy of a resolution of the governing body adopted at a duly convened meeting on the date above-mentioned, and that the resolution has not been altered, amended, or repealed.

| SIGNATURE: | DATE: |
|---|---|
| NAME: | TITLE: |

**APPROVED AS TO FORM:**

**DAWYN R. HARRISON**
County Counsel

By _____
       Roberto Saldana, Senior Deputy County Counsel

HOA.104249346.1

**EXHIBIT 48 - Page 1953**

| **AUTHORIZING RESOLUTION** |
|---|
| **PROPERTY ADDRESS**: 3811 WOODLAWN AVE., LOS ANGELES, CA 90011 |
| **A RESOLUTION OF THE GOVERNING BODY OF THE COUNTY OF LOS ANGELES AUTHORIZING JOINT APPLICATION TO AND PARTICIPATION IN THE HOMEKEY PROGRAM** |

**WHEREAS:**

A.     The **DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT** ("**Department**") has issued a Notice of Funding Availability, dated March 29, 2023 ("**NOFA**"), for the Homekey Program ("**Homekey**" or "**Program**"). The Department has issued the NOFA for Homekey grant funds pursuant to Health and Safety Code section 50675.1.3 (Assem. Bill No. 140 (2021-2022 Reg. Sess.), § 20.).

B.     **COUNTY OF LOS ANGELES**, a body corporate and public ("**Co-Applicant**") desires to jointly apply for Homekey grant funds with **TREEHOUSE IMPACT GROUP,** a California nonprofit public benefit corporation ("**Co-Applicant Two**"), **3811 WOODLAWN HOUSING, LLC,** a California limited liability company ("**Co-Applicant Three**") (collectively **Co-Applicant Two** and **Co-Applicant Three** shall be referred to as "**Corporation**"). Therefore, Co-Applicant is joining Corporation in the submittal of an application for Homekey funds ("**Application**") to the Department for review and consideration.

C.     The Department is authorized to administer Homekey pursuant to the Multifamily Housing Program (Chapter 6.7 (commencing with Section 50675) of Part 2 of Division 31 of the Health and Safety Code). Homekey funding allocations are subject to the terms and conditions of the NOFA, the Application, the Department-approved STD 213, Standard Agreement ("**Standard Agreement**"), and all other legal requirements of the Homekey Program.

**THEREFORE, IT IS RESOLVED THAT:**

1.     Co-Applicant is hereby authorized and directed to submit a joint Application to the Department in response to the NOFA, and to jointly apply for Homekey grant funds in a total amount not to exceed $11,326,000.

2.     If the Application is approved, Co-Applicant is hereby authorized and directed to enter into, execute, and deliver a Standard Agreement in a total amount not to exceed $11,326,000, any and all other documents required or deemed necessary or appropriate to secure the Homekey funds from the Department and to participate in the Homekey Program, and all amendments thereto (collectively, the "**Homekey Documents**").

3.     Co-Applicant acknowledges and agrees that it shall be subject to the terms and conditions specified in the Standard Agreement, and that the NOFA and Application will be incorporated in the Standard Agreement by reference and made a part thereof. Any and all activities, expenditures, information, and timelines represented in the Application are enforceable through the Standard Agreement. Funds are to be used for the allowable expenditures and activities identified in the Standard Agreement.

HOA.104249346.1

**EXHIBIT 48 - Page 1954**

4.  The County of Los Angeles' Chief Executive Officer, Chief Operating Officer, Assistant Chief Executive Officer, or Director of the Los Angeles County Homeless Initiative, are authorized to execute or amend the Application and the Homekey Documents on behalf of Co-Applicant for participation in the Homekey Program.

PASSED AND ADOPTED this _____ day of _____, 2023, by the following vote:

AYES:_____    NAYES:_____    ABSTAIN:_____    ABSENT:_____

The undersigned, Celia Zavala, Executive Officer of the Board of Supervisors of Co-Applicant, does hereby attest and certify that the foregoing is a true and full copy of a resolution of the governing body adopted at a duly convened meeting on the date above-mentioned, and that the resolution has not been altered, amended, or repealed.

| SIGNATURE: | DATE: |
|---|---|
| NAME: | TITLE: |

**APPROVED AS TO FORM:**

**DAWYN R. HARRISON**
County Counsel

By _____

    Roberto Saldana, Senior Deputy County Counsel

HOA.104249346.1

**EXHIBIT 48 - Page 1955**

**AUTHORIZING RESOLUTION**

**PROPERTY ADDRESS**: 13420 EAST FIRESTONE BLVD., SANTA FE SPRINGS, CA 90670

**A RESOLUTION OF THE GOVERNING BODY OF THE COUNTY OF LOS ANGELES AUTHORIZING JOINT APPLICATION TO AND PARTICIPATION IN THE HOMEKEY PROGRAM**

**WHEREAS:**

A.      The **DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT** ("**Department**") has issued a Notice of Funding Availability, dated March 29, 2023 ("**NOFA**"), for the Homekey Program ("**Homekey**" or "**Program**"). The Department has issued the NOFA for Homekey grant funds pursuant to Health and Safety Code section 50675.1.3 (Assem. Bill No. 140 (2021-2022 Reg. Sess.), § 20.).

B.      **COUNTY OF LOS ANGELES**, a body corporate and public ("**Co-Applicant**") desires to jointly apply for Homekey grant funds with **VOLUNTEERS OF AMERICA OF LOS ANGELES,** a California nonprofit religious corporation ("**Corporation**"). Therefore, Co-Applicant is joining Corporation in the submittal of an application for Homekey funds ("**Application**") to the Department for review and consideration.

C.      The Department is authorized to administer Homekey pursuant to the Multifamily Housing Program (Chapter 6.7 (commencing with Section 50675) of Part 2 of Division 31 of the Health and Safety Code). Homekey funding allocations are subject to the terms and conditions of the NOFA, the Application, the Department-approved STD 213, Standard Agreement ("**Standard Agreement**"), and all other legal requirements of the Homekey Program.

**THEREFORE, IT IS RESOLVED THAT:**

1.      Co-Applicant is hereby authorized and directed to submit a joint Application to the Department in response to the NOFA, and to jointly apply for Homekey grant funds in a total amount not to exceed $45,990,000.

2.      If the Application is approved, Co-Applicant is hereby authorized and directed to enter into, execute, and deliver a Standard Agreement in a total amount not to exceed $45,990,000, any and all other documents required or deemed necessary or appropriate to secure the Homekey funds from the Department and to participate in the Homekey Program, and all amendments thereto (collectively, the "**Homekey Documents**").

3.      Co-Applicant acknowledges and agrees that it shall be subject to the terms and conditions specified in the Standard Agreement, and that the NOFA and Application will be incorporated in the Standard Agreement by reference and made a part thereof. Any and all activities, expenditures, information, and timelines represented in the Application are enforceable through the Standard Agreement. Funds are to be used for the allowable expenditures and activities identified in the Standard Agreement.

HOA.104249346.1

**EXHIBIT 48 - Page 1956**

| 4. | The County of Los Angeles' Chief Executive Officer, Chief Operating Officer, Assistant Chief Executive Officer, or Director of the Los Angeles County Homeless Initiative, are authorized to execute or amend the Application and the Homekey Documents on behalf of Co-Applicant for participation in the Homekey Program. |
|---|---|

PASSED AND ADOPTED this _____ day of _____, 2023, by the following vote:

AYES:_____   NAYES:_____   ABSTAIN:_____   ABSENT:_____

The undersigned, Celia Zavala, Executive Officer of the Board of Supervisors of Co-Applicant, does hereby attest and certify that the foregoing is a true and full copy of a resolution of the governing body adopted at a duly convened meeting on the date above-mentioned, and that the resolution has not been altered, amended, or repealed.

| SIGNATURE: | DATE: |
|---|---|
| NAME: | TITLE: |

**APPROVED AS TO FORM:**

**DAWYN R. HARRISON**
County Counsel

By _____
        Roberto Saldana, Senior Deputy County Counsel

HOA.104249346.1

**EXHIBIT 48 - Page 1957**

| AUTHORIZING RESOLUTION |
| --- |
| **PROPERTY ADDRESS**: 2037 E PACIFIC COAST HWY, LOMITA, CA 90717 |
| **A RESOLUTION OF THE GOVERNING BODY OF THE COUNTY OF LOS ANGELES AUTHORIZING JOINT APPLICATION TO AND PARTICIPATION IN THE HOMEKEY PROGRAM** |

**WHEREAS:**

A.     The **DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT** ("**Department**") has issued a Notice of Funding Availability, dated March 29, 2023 ("**NOFA**"), for the Homekey Program ("**Homekey**" or "**Program**"). The Department has issued the NOFA for Homekey grant funds pursuant to Health and Safety Code section 50675.1.3 (Assem. Bill No. 140 (2021-2022 Reg. Sess.), § 20.).

B.     **COUNTY OF LOS ANGELES**, a body corporate and public ("**Co-Applicant**") desires to jointly apply for Homekey grant funds with **VOLUNTEERS OF AMERICA OF LOS ANGELES,** a California nonprofit religious corporation ("**Corporation**"). Therefore, Co-Applicant is joining Corporation in the submittal of an application for Homekey funds ("**Application**") to the Department for review and consideration.

C.     The Department is authorized to administer Homekey pursuant to the Multifamily Housing Program (Chapter 6.7 (commencing with Section 50675) of Part 2 of Division 31 of the Health and Safety Code). Homekey funding allocations are subject to the terms and conditions of the NOFA, the Application, the Department-approved STD 213, Standard Agreement ("**Standard Agreement**"), and all other legal requirements of the Homekey Program.

**THEREFORE, IT IS RESOLVED THAT:**

1.     Co-Applicant is hereby authorized and directed to submit a joint Application to the Department in response to the NOFA, and to jointly apply for Homekey grant funds in a total amount not to exceed $24,811,750.

2.     If the Application is approved, Co-Applicant is hereby authorized and directed to enter into, execute, and deliver a Standard Agreement in a total amount not to exceed $24,811,750, any and all other documents required or deemed necessary or appropriate to secure the Homekey funds from the Department and to participate in the Homekey Program, and all amendments thereto (collectively, the "**Homekey Documents**").

3.     Co-Applicant acknowledges and agrees that it shall be subject to the terms and conditions specified in the Standard Agreement, and that the NOFA and Application will be incorporated in the Standard Agreement by reference and made a part thereof. Any and all activities, expenditures, information, and timelines represented in the Application are enforceable through the Standard Agreement. Funds are to be used for the allowable expenditures and activities identified in the Standard Agreement.

HOA.104249346.1

**EXHIBIT 48 - Page 1958**

4.  The County of Los Angeles' Chief Executive Officer, Chief Operating Officer, Assistant Chief Executive Officer, or Director of the Los Angeles County Homeless Initiative, are authorized to execute or amend the Application and the Homekey Documents on behalf of Co-Applicant for participation in the Homekey Program.

PASSED AND ADOPTED this _____ day of _____, 2023, by the following vote:

AYES:_____    NAYES:_____    ABSTAIN:_____    ABSENT:_____

The undersigned, Celia Zavala, Executive Officer of the Board of Supervisors of Co-Applicant, does hereby attest and certify that the foregoing is a true and full copy of a resolution of the governing body adopted at a duly convened meeting on the date above-mentioned, and that the resolution has not been altered, amended, or repealed.

| SIGNATURE: | DATE: |
|---|---|
| NAME: | TITLE: |

**APPROVED AS TO FORM:**

**DAWYN R. HARRISON**
County Counsel

By _____
        Roberto Saldana, Senior Deputy County Counsel

HOA.104249346.1

**EXHIBIT 48 - Page 1959**

**AUTHORIZING RESOLUTION**

<u>PROPERTY ADDRESS</u>: 13921 FRANCISQUITO AVENUE, BALDWIN PARK, CA 91706

**A RESOLUTION OF THE GOVERNING BODY OF THE COUNTY OF LOS ANGELES AUTHORIZING JOINT APPLICATION TO AND PARTICIPATION IN THE HOMEKEY PROGRAM**

**WHEREAS:**

A.      The **DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT** ("**Department**") has issued a Notice of Funding Availability, dated March 29, 2023 ("**NOFA**"), for the Homekey Program ("**Homekey**" or "**Program**"). The Department has issued the NOFA for Homekey grant funds pursuant to Health and Safety Code section 50675.1.3 (Assem. Bill No. 140 (2021-2022 Reg. Sess.), § 20.).

B.      **COUNTY OF LOS ANGELES**, a body corporate and public ("**Co-Applicant**") desires to jointly apply for Homekey grant funds with **WEINGART CENTER ASSOCIATION,** a California nonprofit public benefit corporation **("Co-Applicant Two**"), **WEINGART HK BALDWIN PARK LLC,** a California limited liability company ("**Co-Applicant Three**") and **VALUED HOUSING II, LLC,** a California limited liability company ("**Co-Applicant Four**") (collectively **Co-Applicant Two**, **Co-Applicant Three**, and **Co-Applicant Four** shall be referred to as "**Corporation**"). Therefore, Co-Applicant is joining Corporation in the submittal of an application for Homekey funds ("**Application**") to the Department for review and consideration.

C.      The Department is authorized to administer Homekey pursuant to the Multifamily Housing Program (Chapter 6.7 (commencing with Section 50675) of Part 2 of Division 31 of the Health and Safety Code). Homekey funding allocations are subject to the terms and conditions of the NOFA, the Application, the Department-approved STD 213, Standard Agreement ("**Standard Agreement**"), and all other legal requirements of the Homekey Program.

**THEREFORE, IT IS RESOLVED THAT:**

1.      Co-Applicant is hereby authorized and directed to submit a joint Application to the Department in response to the NOFA, and to jointly apply for Homekey grant funds in a total amount not to exceed $42,224,500.

2.      If the Application is approved, Co-Applicant is hereby authorized and directed to enter into, execute, and deliver a Standard Agreement in a total amount not to exceed $42,224,500, any and all other documents required or deemed necessary or appropriate to secure the Homekey funds from the Department and to participate in the Homekey Program, and all amendments thereto (collectively, the "**Homekey Documents**").

3.      Co-Applicant acknowledges and agrees that it shall be subject to the terms and conditions specified in the Standard Agreement, and that the NOFA and Application will be incorporated in the Standard Agreement by reference and made a part thereof. Any and all activities, expenditures, information, and timelines represented in the Application are

HOA.104249346.1

**EXHIBIT 48 - Page 1960**

enforceable through the Standard Agreement. Funds are to be used for the allowable expenditures and activities identified in the Standard Agreement.

4.    The County of Los Angeles' Chief Executive Officer, Chief Operating Officer, Assistant Chief Executive Officer, or Director of the Los Angeles County Homeless Initiative, are authorized to execute or amend the Application and the Homekey Documents on behalf of Co-Applicant for participation in the Homekey Program.

PASSED AND ADOPTED this _____ day of _____, 2023, by the following vote:

AYES:_____    NAYES:_____    ABSTAIN:_____    ABSENT:_____

The undersigned, Celia Zavala, Executive Officer of the Board of Supervisors of Co-Applicant, does hereby attest and certify that the foregoing is a true and full copy of a resolution of the governing body adopted at a duly convened meeting on the date above-mentioned, and that the resolution has not been altered, amended, or repealed.

| SIGNATURE: | DATE: |
|---|---|
| NAME: | TITLE: |

**APPROVED AS TO FORM:**

**DAWYN R. HARRISON**
County Counsel

By _____
      Roberto Saldana, Senior Deputy County Counsel

HOA.104249346.1

**EXHIBIT 48 - Page 1961**

| AUTHORIZING RESOLUTION |
|---|
| **PROPERTY ADDRESS**: 401 EAST ALBERTONI STREET, CARSON, CA 90746 |
| **A RESOLUTION OF THE GOVERNING BODY OF THE COUNTY OF LOS ANGELES AUTHORIZING JOINT APPLICATION TO AND PARTICIPATION IN THE HOMEKEY PROGRAM** |

**WHEREAS:**

A.    The **DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT** ("**Department**") has issued a Notice of Funding Availability, dated March 29, 2023 ("**NOFA**"), for the Homekey Program ("**Homekey**" or "**Program**"). The Department has issued the NOFA for Homekey grant funds pursuant to Health and Safety Code section 50675.1.3 (Assem. Bill No. 140 (2021-2022 Reg. Sess.), § 20.).

B.    **COUNTY OF LOS ANGELES**, a body corporate and public ("**Co-Applicant**") desires to jointly apply for Homekey grant funds with **WEINGART CENTER ASSOCIATION,** a California nonprofit public benefit corporation ("**Co-Applicant Two**"), **WEINGART HK CARSON LLC,** a California limited liability company ("**Co-Applicant Three**") and **VALUED HOUSING II, LLC,** a California limited liability company ("**Co-Applicant Four**")  (collectively **Co-Applicant Two**, **Co-Applicant Three**, and **Co-Applicant Four** shall be referred to as "**Corporation**"). Therefore, Co-Applicant is joining Corporation in the submittal of an application for Homekey funds ("**Application**") to the Department for review and consideration.

C.    The Department is authorized to administer Homekey pursuant to the Multifamily Housing Program (Chapter 6.7 (commencing with Section 50675) of Part 2 of Division 31 of the Health and Safety Code). Homekey funding allocations are subject to the terms and conditions of the NOFA, the Application, the Department-approved STD 213, Standard Agreement ("**Standard Agreement**"), and all other legal requirements of the Homekey Program.

**THEREFORE, IT IS RESOLVED THAT:**

1.    Co-Applicant is hereby authorized and directed to submit a joint Application to the Department in response to the NOFA, and to jointly apply for Homekey grant funds in a total amount not to exceed $41,845,813.

2.    If the Application is approved, Co-Applicant is hereby authorized and directed to enter into, execute, and deliver a Standard Agreement in a total amount not to exceed $41,845,813, any and all other documents required or deemed necessary or appropriate to secure the Homekey funds from the Department and to participate in the Homekey Program, and all amendments thereto (collectively, the "**Homekey Documents**").

3.    Co-Applicant acknowledges and agrees that it shall be subject to the terms and conditions specified in the Standard Agreement, and that the NOFA and Application will be incorporated in the Standard Agreement by reference and made a part thereof. Any and all activities, expenditures, information, and timelines represented in the Application are

HOA.104249346.1

**EXHIBIT 48 - Page 1962**

enforceable through the Standard Agreement. Funds are to be used for the allowable expenditures and activities identified in the Standard Agreement.

4.     The County of Los Angeles' Chief Executive Officer, Chief Operating Officer, Assistant Chief Executive Officer, or Director of the Los Angeles County Homeless Initiative, are authorized to execute or amend the Application and the Homekey Documents on behalf of Co-Applicant for participation in the Homekey Program.

PASSED AND ADOPTED this _____ day of _____, 2023, by the following vote:

AYES:_____    NAYES:_____    ABSTAIN:_____    ABSENT:_____

The undersigned, Celia Zavala, Executive Officer of the Board of Supervisors of Co-Applicant, does hereby attest and certify that the foregoing is a true and full copy of a resolution of the governing body adopted at a duly convened meeting on the date above-mentioned, and that the resolution has not been altered, amended, or repealed.

| SIGNATURE: | DATE: |
|---|---|
| NAME: | TITLE: |

**APPROVED AS TO FORM:**

**DAWYN R. HARRISON**
County Counsel

By _____
     Roberto Saldana, Senior Deputy County Counsel

HOA.104249346.1

**EXHIBIT 48 - Page 1963**

| **AUTHORIZING RESOLUTION** |
| --- |
| <u>**PROPERTY ADDRESS**</u>: 3525 TORRANCE BLVD., TORRANCE, CA 90503 |
| **A RESOLUTION OF THE GOVERNING BODY OF THE COUNTY OF LOS ANGELES AUTHORIZING JOINT APPLICATION TO AND PARTICIPATION IN THE HOMEKEY PROGRAM** |

**WHEREAS:**

A.    The **DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT** ("**Department**") has issued a Notice of Funding Availability, dated March 29, 2023 ("**NOFA**"), for the Homekey Program ("**Homekey**" or "**Program**"). The Department has issued the NOFA for Homekey grant funds pursuant to Health and Safety Code section 50675.1.3 (Assem. Bill No. 140 (2021-2022 Reg. Sess.), § 20.).

B.    **COUNTY OF LOS ANGELES**, a body corporate and public ("**Co-Applicant**") desires to jointly apply for Homekey grant funds with **WEINGART CENTER ASSOCIATION,** a California nonprofit public benefit corporation ("**Co-Applicant Two**") **and WEINGART HK TORRANCE LLC,** a California limited liability company ("**Co-Applicant Three") and VALUED HOUSING II, LLC,** a California limited liability company ("**Co-Applicant Four**") (collectively **Co-Applicant Two**, **Co-Applicant Three**, and **Co-Applicant Four** shall be referred to as "**Corporation**"). Therefore, Co-Applicant is joining Corporation in the submittal of an application for Homekey funds ("**Application**") to the Department for review and consideration.

C.    The Department is authorized to administer Homekey pursuant to the Multifamily Housing Program (Chapter 6.7 (commencing with Section 50675) of Part 2 of Division 31 of the Health and Safety Code). Homekey funding allocations are subject to the terms and conditions of the NOFA, the Application, the Department-approved STD 213, Standard Agreement ("**Standard Agreement**"), and all other legal requirements of the Homekey Program.

**THEREFORE, IT IS RESOLVED THAT:**

1.    Co-Applicant is hereby authorized and directed to submit a joint Application to the Department in response to the NOFA, and to jointly apply for Homekey grant funds in a total amount not to exceed $417,730,000.

2.    If the Application is approved, Co-Applicant is hereby authorized and directed to enter into, execute, and deliver a Standard Agreement in a total amount not to exceed $417,730,000, any and all other documents required or deemed necessary or appropriate to secure the Homekey funds from the Department and to participate in the Homekey Program, and all amendments thereto (collectively, the "**Homekey Documents**").

3.    Co-Applicant acknowledges and agrees that it shall be subject to the terms and conditions specified in the Standard Agreement, and that the NOFA and Application will be incorporated in the Standard Agreement by reference and made a part thereof. Any and all activities, expenditures, information, and timelines represented in the Application are

HOA.104249346.1

**EXHIBIT 48 - Page 1964**

enforceable through the Standard Agreement. Funds are to be used for the allowable expenditures and activities identified in the Standard Agreement.

4. The County of Los Angeles' Chief Executive Officer, Chief Operating Officer, Assistant Chief Executive Officer, or Director of the Los Angeles County Homeless Initiative, are authorized to execute or amend the Application and the Homekey Documents on behalf of Co-Applicant for participation in the Homekey Program.

PASSED AND ADOPTED this _____ day of _____, 2023, by the following vote:

AYES:_____    NAYES:_____    ABSTAIN:_____    ABSENT:_____

The undersigned, Celia Zavala, Executive Officer of the Board of Supervisors of Co-Applicant, does hereby attest and certify that the foregoing is a true and full copy of a resolution of the governing body adopted at a duly convened meeting on the date above-mentioned, and that the resolution has not been altered, amended, or repealed.

| SIGNATURE: | DATE: |
|---|---|
| NAME: | TITLE: |

**APPROVED AS TO FORM:**

**DAWYN R. HARRISON**
County Counsel

By _____
      Roberto Saldana, Senior Deputy County Counsel

HOA.104249346.1

**EXHIBIT 48 - Page 1965**

**AUTHORIZING RESOLUTION**

<u>**PROPERTY ADDRESS**</u>: 3787 VERMONT BLVD., LOS ANGELES, CA 90007

**A RESOLUTION OF THE GOVERNING BODY OF THE COUNTY OF LOS ANGELES AUTHORIZING JOINT APPLICATION TO AND PARTICIPATION IN THE HOMEKEY PROGRAM**

**WHEREAS:**

A.     The **DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT** ("**Department**") has issued a Notice of Funding Availability, dated March 29, 2023 ("**NOFA**"), for the Homekey Program ("**Homekey**" or "**Program**"). The Department has issued the NOFA for Homekey grant funds pursuant to Health and Safety Code section 50675.1.3 (Assem. Bill No. 140 (2021-2022 Reg. Sess.), § 20.).

B.     **COUNTY OF LOS ANGELES**, a body corporate and public ("**Co-Applicant**") desires to jointly apply for Homekey grant funds with **WELLNEST EMOTIONAL HEALTH & WELLNESS,** a California nonprofit public benefit corporation ("**Co-Applicant Two**") and **THE NEST ON EXPOSITION, LLC,** a California limited liability company ("**Co-Applicant Three**") (collectively **Co-Applicant Two** and **Co-Applicant Three** shall be referred to as "**Corporation**"). Therefore, Co-Applicant is joining Corporation in the submittal of an application for Homekey funds ("**Application**") to the Department for review and consideration.

C.     The Department is authorized to administer Homekey pursuant to the Multifamily Housing Program (Chapter 6.7 (commencing with Section 50675) of Part 2 of Division 31 of the Health and Safety Code). Homekey funding allocations are subject to the terms and conditions of the NOFA, the Application, the Department-approved STD 213, Standard Agreement ("**Standard Agreement**"), and all other legal requirements of the Homekey Program.

**THEREFORE, IT IS RESOLVED THAT:**

1.     Co-Applicant is hereby authorized and directed to submit a joint Application to the Department in response to the NOFA, and to jointly apply for Homekey grant funds in a total amount not to exceed $10,168,750.

2.     If the Application is approved, Co-Applicant is hereby authorized and directed to enter into, execute, and deliver a Standard Agreement in a total amount not to exceed $10,168,750, any and all other documents required or deemed necessary or appropriate to secure the Homekey funds from the Department and to participate in the Homekey Program, and all amendments thereto (collectively, the "**Homekey Documents**").

3.     Co-Applicant acknowledges and agrees that it shall be subject to the terms and conditions specified in the Standard Agreement, and that the NOFA and Application will be incorporated in the Standard Agreement by reference and made a part thereof. Any and all activities, expenditures, information, and timelines represented in the Application are enforceable through the Standard Agreement. Funds are to be used for the allowable expenditures and activities identified in the Standard Agreement.

HOA.104249346.1

**EXHIBIT 48 - Page 1966**

4.  The County of Los Angeles' Chief Executive Officer, Chief Operating Officer, Assistant Chief Executive Officer, or Director of the Los Angeles County Homeless Initiative, are authorized to execute or amend the Application and the Homekey Documents on behalf of Co-Applicant for participation in the Homekey Program.

PASSED AND ADOPTED this _____ day of _____, 2023, by the following vote:

AYES:_____    NAYES:_____    ABSTAIN:_____    ABSENT:_____

The undersigned, Celia Zavala, Executive Officer of the Board of Supervisors of Co-Applicant, does hereby attest and certify that the foregoing is a true and full copy of a resolution of the governing body adopted at a duly convened meeting on the date above-mentioned, and that the resolution has not been altered, amended, or repealed.

| SIGNATURE: | DATE: |
|---|---|
| NAME: | TITLE: |

**APPROVED AS TO FORM:**

**DAWYN R. HARRISON**
County Counsel

By _____
    Roberto Saldana, Senior Deputy County Counsel

HOA.104249346.1

**EXHIBIT 48 - Page 1967**