DAWYN R. HARRISON
*County Counsel* (State Bar No. 173855)
KATHERINE M. BOWSER (State Bar No. 230626)
*Acting Assistant County Counsel*
ANA WAI-KWAN LAI
*Senior Deputy County Counsel* (State Bar No. 257931)
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:   (213) 974-1830
Facsimile:   (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | CASE NO. 2:20-cv-02291 DOC (KES)<br><br>**DEFENDANT COUNTY OF LOS ANGELES' QUARTERLY STATUS REPORT RE MAINSTREAM SERVICES PURSUANT TO MEMORANDUM OF UNDERSTANDING [DKT. 185-1]**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

613333.1

DEFENDANT COUNTY OF LOS ANGELES' QUARTERLY STATUS REPORT RE MAINSTREAM SERVICES PURSUANT TO MEMORANDUM OF UNDERSTANDING [DKT. 185-1]

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to the Memorandum of Understanding between the County of Los Angeles ("County") and City of Los Angeles dated October 9, 2020 (the "MOU," Dkt. 185-1), the County respectfully submits the following document:

1.    A true and correct copy of the County's Mainstream Services Quarterly Report as of March 31, 2023, attached hereto as **Exhibit A**.

DATED:  May 5, 2023                       MILLER BARONDESS, LLP


By:    ___/s/ Mira Hashmall___
       MIRA HASHMALL
       Attorneys for Defendant
       COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

613333.1

2

DEFENDANT COUNTY OF LOS ANGELES' QUARTERLY STATUS REPORT RE MAINSTREAM SERVICES PURSUANT TO MEMORANDUM OF UNDERSTANDING [DKT. 185-1]

## INDEX OF EXHIBITS

| Ex. No. | Description | Pg. No. |
|---------|-------------|---------|
| A. | County's Mainstream Services Quarterly Report as of March 31, 2023 | 4-11 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DEFENDANT COUNTY OF LOS ANGELES' QUARTERLY STATUS REPORT RE MAINSTREAM SERVICES PURSUANT TO MEMORANDUM OF UNDERSTANDING [DKT. 185-1]