**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: LA CV 20-02291-DOC-(KESx)                    Date: May 9, 2023

Title:   LA ALLIANCE FOR HUMAN RIGHTS, et al. v. CITY OF LOS ANGELES, et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Deborah Parker |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Elizabeth Mitchell | Jennifer Mira Hashmall, L.A. County Ana |
| Matthew Umhofer | Shayla Renee Myers, Intervenor |
| Kara Arnold | |

PROCEEDINGS:         SCHEDULING CONFERENCE *(Los Angeles First Street)*

The case is called. The Court and counsel confer.

Briefing and trial schedule is set as follows:

    Pretrial Motions: October 10, 2023 at 9:00 AM

    Final Pretrial Conference: October 24, 2023 at 9:00 AM

    Jury Trial: November 6, 2023 at 9:00 AM

All to be held at the Los Angeles First Street Federal Courthouse.

                                                            :        20
                                        Initials of Deputy Clerk: kdu