**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                    Date:  May 9, 2023

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

Karlen Dubon                                        Not Present
Courtroom Clerk                                    Court Reporter

ATTORNEYS PRESENT FOR                   ATTORNEYS PRESENT FOR
PLAINTIFF:                                        DEFENDANT:
None Present                                        None Present

**PROCEEDINGS (IN CHAMBERS):    ORDER RE HEARING TRANSCRIPT**

The Court orders the transcript of the Scheduling Conference held May 9, 2023, be immediately produced at the government's expense and billed at the daily rate.

The transcript shall be prepared forthwith and filed on the docket with immediate release to the public.

The transcript will also be available to download on the Court's Cases of Interest webpage, located here: https://www.cacd.uscourts.gov/newsworthy/la-cv-20-2291-dockesx-la-alliance-human-rights-et-al-v-city-los-angeles-et-al.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                        Initials of Deputy Clerk: kdu

CIVIL-GEN

  cc:  Deborah Parker <pdeborah157@gmail.com>
       Reporters_CACD.uscourts.gov