# 𝕱𝕽𝕺𝕸 𝕯𝕬 𝕶𝕴𝕹𝕲𝕯𝕺𝕸 𝕺𝕱 Adrian ' daredeemer '

## 𝕭y 𝕻roclamation 𝕬nd 𝕯ecree 𝖀nder 𝕯a 𝕭lood 𝕺f :𝖄eshua 𝕯a 𝕸essiah...

ADRIAN D. MOON, bar # Chosen One
955 NORTH LAKE AVE
PASADENA CA 91104
1900 CONNECTICUT AVE
WASHINGTON D.C. 20009
CELL: ( 626 ) 360-9896
EMAIL : adriandaredeemer@gmail.com

*original*

FILED
CLERK, U.S. DISTRICT COURT

MAY 25 2023

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Attorney For New Plaintiff-Witness for Plaintiff Gary Wayne Whitter-Defendant Intervenor,

## UNITED STATES CENTRAL DISTRICT COURT
## WESTERN DIVISION- D.O.J. CLAIM NO. 246262-DFW
## IN THE COUNTIES OF LOS ANGELES AND DISTRICT OF COLUMBIA

| | |
|---|---|
| L.A. ALLIANCE HUEMAN RIGHTS ET. AL., ) <br><br> By da Authority of da Almighty Creator, ) <br><br> Plaintiffs, ) <br><br> vs. ) <br><br> CITY AND COUNTY OF LOS ANGELES ET. ) AL. , ) <br><br> **At da Behest of Satan da Devil,** ) <br><br> Defendants, ) <br><br> **" 𝕵𝖀𝕯𝕲𝕰𝕸𝕰𝕹𝕿 𝕴𝕾 𝕮𝕺𝕸𝕴𝕹𝕲 "** ) | Case No. __**2:20-CV-02291-DOC (res )**__ <br><br> Identical Pending Related Case Moon vs. City/ County of Los Angeles , case no. 22STRO03447, Superior Court Los Angeles <br><br> **NEW PLAINTIFF AND WITNESS FOR PLAINTIFF GARY WAYNE WHITTER ADRIAN D. MOON'S JOINDER TO PLAINTIFFS' OPPOSITION TO DEFENDANTS MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULES 19 ; 21; 25 ; 28 U.S.C. 455 (b) (5) (i –iv) ; 140 (a) ET. SEQ.** <br><br> **DATE: JUNE 5, 2023** <br> **TIME: 8:30 a.m. or soon thereafter to be heard** <br> **DEPT.:   10 A** <br> **LOC.: 411 W. 4ᵀᴴ Street , Santa Ana CA 92701** <br><br> **Erroneously Assigned to da Honorable David Ormon Carter. Judge and Karen E. Scott, Magistrate Judge , presiding** <br><br> **COVID-19: HOST, HOAX OR HOLY SPIRIT** |

## DECLARATION OF ADRIAN D. MOON

## MEMORANDUM OF POINTS AND AUTHORITES

**𝕮𝕺𝕸𝕰 𝕹𝕺𝖂** ! I AM ADRIAN D. MOON, (hereinafter, 'daredeemer) New Plaintiff, Witness For Plaintiff Gary Wayne Whitter and Defendant-Intervenor, chosen one , begotten Son of da Almighty Creator in the mighty name of Yeshua Jesus Christ da Messiah... paragon , with integrity, and veracity, proclaim and decree as follows,

# FROM DA KINGDOM OF Adrian ' daredeemer '
## By Proclamation And Decree Under Da Blood Of :Yeshua Da Messiah...

1. 'daredeemer' shall joinder to Plaintiffs objection and opposition as a New Plaintiff and Witness For Gary Wayne Whitter as an Individual and in his official capacity as CZAR of Homelessness and Ant-Semitic Reform pursuant to Federal Rule 19, 21, and 25 , Plaintiffs have all agreed and shall stipulate to this Undisputed Fact.

2. 'daredeemer' as a New Plaintiff moves this court for a Motion for change of Venue from Civil Division to Criminal Division pursuant to 28 U.S.C. 140 (a) et. Seq. incorporated by this reference !

3. 'daredeemer' shall also amend Roe defendants as follows : Karen Bass , an individual and in her official capacity , Jane Hahn, an individual and in her official capacity, Katheryn Barger-Liebrich , an individual and in her official capacity, Alex Villanueva, an individual and in his official capacity , Michael Moore , an individual and in his official capacity , Dawyn Harrison, an individual and in her official capacity, Fesia Davenport, an individual and in her official capacity, Holly Mitchell , an individual and in her official capacity, Felicia Tulikka Clayton, an individual , Maura Cooney, an individual and in her official capacity , Sharon Harris, an individual and in her official capacity, Deborah Christian, an individual and in her official capacity, Leah Whetstone, an individual, Leah Gershon, an individual and in her official capacity, Elizabeth Carroll Wingo, an individual and in her official capacity, Redmond Barnes , an individual and in his official capacity , Scott S. Harris, an individual and in his official capacity, Jennifer Mira Hashmall, an individual and in her official capacity, Kiry Gray, an individual and in her official capacity ... ALL ARE RESIDENCES IN THE U.S.A.

## MOON VS. CITY/ COUNTY OF LOS ANGELES , CASE NO. 22STRO03447:

4. 'daredeemer' had cause to file a Cross-Petition against Defendant City/ County of Los Angeles in the above-mentioned case and an identical SAC in this instant case was served on Defendants ! After more than Thirty ( 30) days had expired Defendants City/ County of Los Angeles through their Attorney of Record Dawyn Harrison and Kent Sommer, esq. Failed to file an Responsive Pleading ! 'daredeemer' filed and receive a Default Judgement of the face amount of $ 7,000,000,000.00 . and TO DATE have failed to cure and pay this amount through court ordered " Settlement Discussions " Defendants actually criminally conspired to NEVER negotiate with 'daredeemer' !

'daredeemer' proclaims and decrees under da penalty of Sin that the foregoing is true and correct so help me God !

DATED : May 24, 2023

' Liberia nos a malo ;

ADRIAN MOON, New Plaintiff