Adria Moo _____ (Full Name)
adrianda reedeeme@gmail.com (Email Address)
965 N Lake Ave _____ (Address Line 1)
_____ (Address Line 2)
(626) 360-9896 (Phone Number)
Plaintiff in Pro Per
(indicate Plaintiff or Defendant)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LA ALLIANCE Human
Rights et. al
                Plaintiff,

vs.

County | City
or Los Angeles
et. al

_____
_____
_____
_____
_____,
        Defendant(s).

Case No.: 2: 20-CV - 02291 - DOC (Kes)

## PROOF OF SERVICE BY MAIL

I, Tommie Long _____, declare as follows:
(name of person serving documents)

My address is 965 N Lake Ave
Pasadena CA 91104 _____, which is located in the
county where the mailing described below took place.

*Revised: August 2011*
*Form Prepared by Public Counsel.*
*© 2011 Public Counsel. All rights reserved.*

1
Proof of Service by Mail

On _May 28, 2023_, I served the document(s) described as:
(date of mailing)

New Plaintiff and witness for
(list the names of the documents you are mailing)

Gary Wayne Whitter ADRIAN D. MOON's
JOINDER TO PLAINTIFFS OPPOSITION
to defendants motion to dismiss
Plaintiffs second amended
complaint

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in _Pasadena CA_,
(city and state of mailing)

addressed to:

Dawyn Harrison (name)          Louis Miller (name)
500 Temple St (address)        2121 Avenue of (address)
LA CA 90012 (address)          the Stars, LA (address)
_____ (address)          CA 90067 (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 28, 2023_ at _Pasadena CA 91107_
(date)                          (city and state of signing)

_____
(sign)

Tommie Long
(print name)

4850-9234-4859, v. 3

2
Proof of Service by Mail