**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KESx                                    Date:  June 1, 2023

Title:   LA Alliance for Human Rights et al v. City of Los Angeles et al.

PRESENT:    THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|:---:|:---:|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER RE FILING BY VEXATIOUS LITIGANT [570]**

The Court is in receipt of May 25, 2023 filing NEW PLAINTIFF AND WITNESS FOR PLAINTIFF GARY WYANE WHITTER ADRIAN D. MOON'S JOINDER to Plaintiffs' Opposition to Defendants Motion to Dismiss Plaintiffs' Second Amended Complaint (Dkt. 570) from Adrian Moon.

As Mr. Moon was not granted leave to file documents pursuant to the Court's September 29, 2022 order (Dkt. 476), the Court ORDERS the above-mentioned document (Dkt.570) STRICKEN from the record.

Adrian Moon's vexatious litigant status will remain intact and as such Mr. Moon is precluded from filing without written consent from this Court.

IT IS SO ORDERED.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu