FILED
CLERK, U.S. DISTRICT COURT

06/01/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ kdu _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., | CASE NUMBER |
| PLAINTIFF(S) | 2:20-cv-02291-DOC (KESx) |
| v.<br>CITY OF LOS ANGELES, et al., | **NOTICE AND ORDER RE FILING BY<br>VEXATIOUS LITIGANT** |
| DEFENDANT(S). | |

On May 31, 2023 _____, the Court received the attached

☐ Complaint ☐ Petition ☐ Notice of Removal, captioned _____

☑ other document(s), entitled Motion for Leave for Orders to File Supplemental Evidence In Support, Proposed Order, etc.

from Adrian D. Moon _____, who was found by the Court on 9/29/2022

in case number 2:20-cv-2291-DOC-KES to be a vexatious litigant and/or subject to the following restrictions on the filing of additional documents:

☐ A court order or written authorization from a judge must be obtained prior to the filing of document(s).

☒ Submission of document(s) for filing requires a Motion for Leave to File.

☐ Document(s) must be pre-screened by the Court before filing.

☐ Filing fee must be paid.

☐ No further filings are to be accepted in this case from the person named above or anyone acting on his or her behalf.

☐ Bond in the amount of $ _____ must be posted in order to proceed.

☐ Other :

Pursuant to the terms of the order imposing filing restrictions, the attached document(s) will be forwarded to the
☐ assigned magistrate judge ☒ assigned district judge ☐ Chief Judge for review.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

☐ IT IS HEREBY ORDERED that the document(s) presented:
    ☐ be filed in the above-captioned case.
    ☐ be filed in case number _____.
    ☐ be filed as a new case.
or

☐ IT IS RECOMMENDED that the document(s) presented not be filed. The Clerk is directed to forward this recommendation to the appropriate district judge for review.

_____
Date

_____
United States Magistrate Judge

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IT IS HEREBY ORDERED that the document(s) presented
    ☒ not be filed.
    ☐ be filed in the above-captioned case.
    ☐ be filed in case number _____.
    ☐ be filed as a new case.

_June 1, 2023_
Date

_David O. Carter_
United States District Judge

CV-115 (04/2018)    NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT

# FROM DA KINGDOM OF Adrian ' daredeemer '

## By Proclamation And Decree Under Da Blood Of Yeshua Da Messiah...

ATTORNEYS OFFICE OF 'daredeemer'
ADRIAN D. MOON, Lead Attorney, GBN Chosen One
MATTHEW A .MITCHELL, co-Lawyer, SBN 206607
ELIZABETH A. MITCHELL, co-Lawyer, SBN 251139
955 NORTH LAKE AVE PASADENA CA 91104
CELL: ( 626) 360-9896  EMAIL: adriandaredeemer@gmail.com

Attorneys For Plaintiffs,

LODGED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 3 1 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

### UNITED STATES CENTRAL DISTRICT COURT
### WESTERN DIVISION- D.O.J. CLAIM NO. 246262-DFW
### COUNTIES OF LOS ANGELES AND DISTRICT OF COLUMBIA

**INCORRECT CAPTION:**

**L.A. ALLIANCE HUMAN RIGHTS ET.AL.**

Plaintiffs,

vs.

**CITY AND COUNTY OF LOS ANGELES ET. AL.,**

Defendants,

**CORRECTED CAPTION:**

**ADRIAN D. MOON, an Individual,** in his official capacity as **CZAR OF HOMELESSNESS AND ANTI-SEMITIC REFORM, ET. AL.**

Plaintiffs,

**Vs.**
**SATAN THE DEVIL , an Being,** in his official capacity as Ruler of This World , ET. AL.

Defendants,

Case No. ___**2:20-cv-02291-DOC (res)**___

Identical Pending Related Cases Moon vs City/County of Los Angeles and D.C. case no. 22STRO03447 / D.C.R.M. Claim no. C-AL-23-02030 and Department of Justice Claim No. 246262-DFW

MOTION FOR leave for a ders to File
**SUPPLEMENTAL EVIDENCE IN SUPPORT OF PLAINTIFFS' ADRIAN D. MOON'S JOINDER TO PLAINTIFFS OBJECTION AND OPPOSITION TO DEFENDANTS MOTION TO DISMISS PLAINTIFFS SECOND AMENDED COMPLAINT AND TO CHANGE TO CORRECT THE CAPTION PAGE ET. SEQ. PURSUANT TO FEDERAL R.I.C.O. ACT ; RULES 7 ; 10 ; 28 U.S.C. 455 (b) (5) ( i-iv ) ( Proposed) ORDER THEREON**

**DATE: JUNE 5, 2023**
**TIME: 8:30a.m.or soon thereafter to be heard**
**DEPT. :     10 A**
**LOC.:  411 W.4th Street, Santa Ana , CA 92701**

**Erroneously Assigned To Honorable David Ormon Carter, Judge and Karen E. Scott, Magistrate Judge, presiding**

**COVID-19: HOST, HOAX, OR HOLY SPIRIT**

### DECLARATION OF ADRIAN D. MOON

### MEMORANDUM OF POINTS AND AUTHORITIES

**COME NOW,** I AM ADRIAN D. MOON, ( hereinafter , 'daredeemer' )  Plaintiff and Lead Attorney,

Chosen One , begotten Son of the Almighty Creator in the mighty name of Yeshua Jesus Christ da

Messiah... paragon, with integrity and veracity , proclaim and decree as follows,

# FROM DA KINGDOM OF Adrian ' daredeemer '
## By Proclamation And Decree Under Da Blood Of Yeshua Da Messiah...

1. da first filed Plaintiff and Defendants are proclaimed and decreed to read on the initial filing and caption page as follows : ADRIAN D. MOON, an Individual , in his official capacity as CZAR OF HOMELESSNESS AND ANTI-SEMITIC REFORM, ET. AL. vs. SATAN THE DEVIL , a Being, in his official capacity as Ruler of this World, ET. AL. see attached Motion 1 ( first page of Writ of Certiorari filed on March 18, 2023 without a case number ) and Motion 2 ( last false accusation, arrest, and Slave Trade Imprisonment by Lucifer da fallen loser and his co-defendants to chill 'daredeemer' from exercising his rights to bring a criminal action against Satan and his children of iniquity in violation of the Federal R.I.C. O. ACT ) incorporated by this reference.

2. 'daredeemer' shall doe-in the following Defendants to include but not limited to: Satan the Devil , a Being , in his official capacity as the Ruler of this World, David Ormon Carter, an individual in his official capacity , William Little, an individual , Felicia Tulikka Clayton, an individual , Karen Bass, an individual in her official capacity, Jane Hahn , an individual in her official capacity, Michael Johnson, an individual in his official capacity, Rudolph Diaz, an individual in his official capacity, Jennifer Mira Hashmall, an individual in her official capacity, Dawyn Harrison , an individual in her official capacity, Katheryn Barger-Liebrich , an individual in her official capacity, Alex Villanueva , an individual in his official capacity, Christopher Allen Darden, an individual in his official capacity, Joe Robinette Biden, an individual in his official capacity, Kamala Diva Harris, an individual in her official capacity, Redmond Barnes , an individual in his official capacity , Scott S. Harris, an individual in his official capacity, Elizabeth Carroll Wingo , an individual in her official capacity. All above-mentioned Defendants are residence of the United States of America ...

'daredeemer' proclaims and decree under da penalty of Sin that the foregoing is true and correct, so help me God ! AMEN AND AMEN , WE've Loved You All Through Eternity !!!

'liberia nos a malo '

DATED: May 30, 2023

ADRIAN D. MOON, Lead Attorney for Plaintiffs

SUPPLEMENTAL EVIDENCE IN SUPPORT OF PLAINTFF ADRIAN D. MOON'S JOINDER TO PLAINTIFF'S OBJECTION AND OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT AND TO CORRECT CASE CAPTION FROM L.A. ALLIANCE ET. AL. VS. COUNTY OF LOS ANGELES ET. AL. TO ADRIAN D. MOON ET. AL. VS. SATAN THE DEVIL ET. AL. ET. SEQ. ( Proposed ) ORDER THEREON... - 2

𝔉𝔯𝔬𝔪 𝔡𝔞 𝔎𝔦𝔫𝔤𝔡𝔬𝔪 𝔬𝔣 ' daredeemer '

Supreme Court No. 23-_____

---

### ADRIAN DAMICO MOON,

Petitioner,

vs

### SATAN THE DEVIL ET. AL.

Respondent,

---

On Petition for Writ of Certiorari

To The California and United States Supreme Courts

---

PETITION FOR WRIT OF CERTIORARI

---

ADRIAN DAMICO MOON, Counsel of Record, Pro Se

955 North Lake Ave Pasadena CA 91104

CELL: (626) 360-9896, email: adriandaredeemer@gmail.com

Motion 1

MOON                    ADRIAN
06/01/1960
M                        B
761097

United States Attorney's Office
District of Columbia

Patrick Henry Building
601 D Street, NW
Washington, D.C. 20530

# NO PAPER/NO CHARGES SLIP

|  |  |
|---|---|
| LOCKUP #: | 16 |
| SEX/DV Case | ☐ |
| Officer/Badge #: | ALLEN / |
| Date of Offense: | 03/29/2023 |
| Defendant's DOB: | 06/01/1960 |
| Defendant's PDID | 761-097 |

**UNITED STATES**

vs.

**ADRIAN MOON**

The above named defendant was originally charged with:

**Stalking, Assaulting, Kidnapping, Vandalizing, Damaging, Taking Proprty of Govt Offcl Family Member**

and now has

[X] NO CHARGE

Therefore, please:

[X] RELEASE DEFENDANT FROM CUSTODY IN THIS CASE ONLY

03/30/2023

_____        _____
DATE/TIME                      Assistant United States Attorney Paralegal

Motion 2

# FROM DA KINGDOM OF Adrian ' daredeemer '

## By Proclamation And Decree Under Da Blood Of Yeshua Da Messiah...

ATTORNEYS OFFICE OF 'daredeemer'
ADRIAN D. MOON, Lead Attorney, GBN Chosen One
MATTHEW A .MITCHELL, co-Lawyer, SBN 206607
ELIZABETH A. MITCHELL, co-Lawyer, SBN 251139
955 NORTH LAKE AVE PASADENA CA 91104
CELL: ( 626) 360-9896  EMAIL: adriandaredeemer@gmail.com

Attorneys For Plaintiffs,

LODGED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 3 1 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**UNITED STATES CENTRAL DISTRICT COURT**
**WESTERN DIVISION- D.O.J. CLAIM NO. 246262-DFW**
**COUNTIES  OF LOS ANGELES AND DISTRICT OF COLUMBIA**

| | |
|---|---|
| **INCORRECT CAPTION:** | Case No. ___**2:20-cv-02291-DOC (res)**___ |
| **L.A. ALLIANCE HUMAN RIGHTS ET.AL.** | Identical Pending Related Cases Moon vs City/County of Los Angeles and D.C. case no. 22STRO03447 / D.C.R.M. Claim no. C-AL-23-02030 and Department of Justice Claim No. 246262-DFW |
| Plaintiffs, | |
| vs. | |
| **CITY AND COUNTY OF LOS ANGELES ET. AL.**, | |
| Defendants, | ( Proposed) **ORDER** |
| **CORRECTED CAPTION:** | |
| **ADRIAN D. MOON,  an Individual**, in his official capacity as **CZAR OF HOMELESSNESS AND ANTI-SEMITIC REFORM,  ET. AL.** | **DATE: JUNE 5, 2023** **TIME: 8:30a.m.or soon thereafter to be heard** **DEPT. :     10 A** **LOC.:  411 W.4ᵗʰ Street, Santa Ana , CA 92701** |
| Plaintiffs, | |
| **Vs.** **SATAN THE DEVIL , an Being,** in his official capacity as Ruler of This World , ET. AL. | **Erroneously Assigned To Honorable David Ormon Carter, Judge and Karen E. Scott, Magistrate Judge, presiding** |
| Defendants, | **COVID-19: HOST, HOAX, OR HOLY SPIRIT** |

# FROM DA KINGDOM OF Adrian ' daredeemer '

## By Proclamation And Decree Under Da Blood Of Yeshua Da Messiah...

### ( Proposed ) ORDER

As this matter came by regularly to the court and having read, considered and understood, the Declaration of 'daredeemer' , case files and pending motions , consolidated and all related cases , to the satisfaction that this court ought to Grant these matters !

FOR GOOD CAUSE SHOWING AND AGREED  UPON BY ALL THE PARTIES OR ON THIS COURTS OWN MOTION , IT IS SO ORDERED,

THAT:

1.  This case caption shall be changed and corrected from:

    L.A. ALLIANCE ET. AL . vs. CITY / COUNTY OF LOS ANGELES ET. AL .

    TO AND TO INCLUDE : ADRIAN D. MOON, an Individual, in his official capacity as CZAR OF HOMELESSNESS AND ANTI-SEMICTIC REFORM  ET. AL VS . SATAN THE DEVIL , a Being, in his official capacity as Ruler of This World ET. AL.

2.  THE COURT CLERK shall doe-in the following Defendants to include but not limited to:  Satan the Devil , a Being , in his official capacity as the Ruler of this World,  David Ormon Carter, an individual in his official capacity , William Little, an individual , Felicia Tulikka Clayton, an individual , Karen Bass, an individual in her official capacity, Jane Hahn , an individual in her official capacity, Michael Johnson, an individual in his official capacity, Rudolph Diaz, an individual in his official capacity, Jennifer Mira Hashmall, an individual in her official capacity, Dawyn Harrison , an individual in her official capacity, Katheryn Barger-Liebrich , an individual in her official capacity, Alex Villanueva , an individual in his official capacity,  Christopher Allen Darden, an individual in his official capacity,  Joe Robinette Biden, an individual in his official capacity, Kamala Diva Harris, an individual in her official capacity, Redmond Barnes , an individual in his official capacity , Scott S. Harris, an individual in his official capacity, Elizabeth Carroll Wingo , an individual in her official capacity.  All above-mentioned Defendants are residence of the United States of America ...

AND ANY OTHER RELIEF THAT THE COURT DEEMS, PROPER, JUST AND EQUITABLE , AMEN AND AMEN

Dated : June 5, 2023

_____
HONORABLE DAVID ORMON CARTER, JUDGE
UNITED STATES CENTRAL DISTRICT COURT OF CALIFORNIA

Adria Moon _____ (Full Name)

adriandaredreamer@gmail.com (Email Address)

955 N Lake Ave _____ (Address Line 1)

Pasadena CA 91104 (Address Line 2)

(626) 360-9896 _____ (Phone Number)

Plaintiff ____ in Pro Per
(indicate Plaintiff or Defendant)

LODGED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 31 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LA ALLIANCE ET AL

Plaintiff,

vs.

City / County of
Los Angeles
et al.

_____

_____

_____

_____

_____,

Defendant(s).

Case No.: 2:20-cv-0229 LDOC

**PROOF OF SERVICE BY MAIL**

I, Bonnie Line ____, declare as follows:
(name of person serving documents)

My address is 955 N Lake Ave

Pasadena CA 91104 ____, which is located in the

county where the mailing described below took place.

*Revised: August 2011*
*Form Prepared by Public Counsel.*
*© 2011 Public Counsel. All rights reserved.*

1
Proof of Service by Mail

On _On May 30 2023_, I served the document(s) described as:
(date of mailing)

_Motion for leave for Joinders to file_
_Supplemental Evidew w in_
(list the names of the documents you are mailing)

_support of Plaintiff Adam b._
_Moon's joinder to Plaintiffs_
_opposition and objection to_
_defendants motion to dismiss_
_SAC et. seq (proposed) order_
_thereon_

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in _Pasadena    CA_,
(city and state of mailing)

addressed to: _Louis Miller_
_County of LA._
_Dawyn Harrison_
_500 Temple St_
_LA CA 90012_

(name) _____ (name)

(address) _____ (address)

(address) _____ (address)

(address) _____ (address)

I declare under penalty of ~~perjury~~ that the foregoing is true and correct.

Executed on _May 30, 2023_ at _Pasadena    CA_.
(date)                              (city and state of signing)

_____
(sign)

_Ronnie Long_
(print name)

4850-9234-4859, v. 3

2
Proof of Service by Mail