# FROM DA KIJHGDOM OF Adrian 'daredeemer'

## By Proclamatin And Decree Under Da Blood Of Yeshua Da Messiah...

ADRIAN D. MOON, GBN Chosen One
955 NORTH LAKE AVE
PASADENA CA 91104
CELL: (626 ) 360-9896
EMAIL: adriandaredeemer@gmail.com

Attorney for Plaintiffs,



LODGED
CLERK, U.S. DISTRICT COURT

JUN - 5 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DE____

## UNITED STATES CENTRAL DISTRICT COURT
## WESTERN DIVISION- D.O.J. CLAIMS NO. 246262-DFW
## IN THE COUNTY OF LOS ANGELES AND DISTRICT OF COLUMBIA

| | |
|---|---|
| L.A. ALLIANCE HUEMAN RIGHTS ET. AL.,<br><br>Plaintiffs,<br><br><br>vs.<br>CITY/ COUNTIES OF LOS ANGELES ET. AL. ,<br><br>Defendants,<br><br><br><br>" JUDGEMENT IS COMING " | Case No. __2:20-CV-02291-DOC (res)__<br><br>Identical Pending Related Case: Moon vs. City/County of Los Angeles , case no 22STRO03447<br><br>**EX PARTE EMERGENCY MOTION UNDER CIRCUIT RULE 23-7 FOR LEAVE OF COURT FOR ORDERS FROM RECUSED DEFENDANT DAVID ORMON CARTER TO UN-STRIKE MOTIONS [ Doc # 570,572,573 ] ALREADY SEEN, READ , AND CONSIDERED BY THIS COURT AND THEN TO PROVIDE NOTICE AND RULING ON THE MOTIONS AT THE JUNE 5,. 2023 HEARING (Proposed ) ORDER THEREON**<br><br>**DATE: JUNE 5, 2023**<br>**TIME: 8:30 a.m. or soon thereafter to be heard**<br>**DEPT.: 10 A**<br>**LOC. : 411 W. 4TH Street Santa Ana, CA 92701**<br><br>**COVID-19: HOST, HOAX, OR HOLY SPIRIT** |

## CIRCUIT RULE 27-3 CERTIFICATE:

**(1)** Telephone Numbers and addresses of the Lawyers for the Parties:

| **Attorney for Movant-Plaintiff** | **Lawyer for Defendants** |
|---|---|
| ADRIAN D. MOON GBN Chosen One | David O. Carter / Dawyn Harrison #173855 |
| 955 N. Lake ave Pasadena Ca 91104 | 500 Temple Street, L.A. CA 90012 |
| PH. (626 ) 360-9896 | PH. (213) 974-1807 |
| Email : adriandaredeemer@gmail.com | Email: dharrison@counsel.lacounty.gov |

**(2)** Undisputed Facts Showing The Existence And Nature Of The Emergency ( Treason )

On May 25, 2023 , 'daredeemer' presented the Motion [Doc. # 570 ] to the Court Clerk Kiry Gray for Filing whom after her due diligence stated that Defendant David O. Carter had removed the

EX PARTE EMERGENCY MOTION UNDER CIRCUIT RULE 27-3( Proposed ) ORDER THEREON - 1

# FROM DA KINGDOM OF Adrian 'daredeemer'
## By Proclamatin And Decree Under Da Blood Of Yeshua Da Messiah...

[V]exatious pre-filing order, then filed the Motion . Then on June 1, 2023 , 'daredeemer' has cause to present another Motion to the Clerk's office for filing [Doc. # 572.573 ] the Supervising Clerk then stated that the pre-filing order was reinstated on May 27, 2023 by Defendant David Ormon Carter[1] Defendant Carter , his legal staff , Media and All interested Parties have read , considered and understood the two Motions and legally a Ruling shall issue by Defendant Carter even if the Motions were illegally stricken from the record ! Deliberate Obstruction of Justice , Treason , and Extortion are Federal Felonies !

'daredeemer' proclaims and decrees under the penalty of Sin that the foregoing is true and correct !

'liberia nos a malo'

DATED: June 4, 2023

ADRIAN D. MOON, Attorney for Plaintiff

(Proposed ) ORDER

As this matter came by regularly to the court having consider the Criminal Misconduct of Recused Defendant David Ormon Carter , and the undisputed facts that both Motions [ Doc. 570. 572,573 ] were properly filed , adjudicated by Recused Defendant David O. Carter to the satisfaction that these matters ought to be Granted !

**FOR GOOD CAUSE SHOWING AND AGREED UPON BY ALL THE INTEREST PARTIES AND THE MEDIA OR ON THIS COURTS' OWN MOTION, IT IS SO ORDERED,**

**THAT: 1. THE MOTIONS [DOC. 570,572,573] SHALL BE RESTORED, AND FILED !**
**2. AND NOTICE AND RULING ON THE TWO MOTIONS SHALL BE RENDERED ON JUNE 5, 2023 AT THE HEARING ON THE MATTERS.**
**DATED: JUNE 5, 2023**

**HONORABLE DAVID ORMON CARTER, JUDGE**
**UNITED STATES CENTRAL DISTRICT COURT**

---

[1] Recused Defendant David Ormon Carter has been challenged four (4)times pursuant to 28 U.S.C. 144;455 (b)(5)(i-iv); 18 U.S.C. 241,242 and has filed a D.O.J. Claim against Carter? Three of the Challenges have yet to be ruled on !

EX PARTE EMERGENCY MOTION UNDER CIRCUIT RULE 27-3( Proposed ) ORDER THEREON - 2