ADRIAN P. MOON
955 N. LAKE Ave
Pasadena CA 91104
(626) 360-9896
adrian dare deemer @ gmail.com

LODGED
CLERK, U.S. DISTRICT COURT

JUN - 5 2023

CENTRAL DISTRICT OF CALIFORNIA
BY DVE                    DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LA. ALLIANCE HUEMAN Rights et. al
Plaintiffs,

vs

City / County of L.A. et. al.
Defendents,

Case No. 2:20-CV-02291-DOC (KES)

NOTICE OF APPEAL
filed Concurrently with R.F.P.

NOTICE IS HEREBY GIVEN that ADRIAN P. MOON Appellant, hereby appeals to the United States Court of Appeals for the ninth Circuit from Civil matter order dated June 1,5,6,2023; and Judgements denying to file Documents 570, 572, 573, 574 575 Imposed or filed on May 25, 2023, June 1, 2023 and June 5, 2023, Entered on the docket in this action 570, 572, 573, 574, 575 A copy of one judgment is attached hereto.
June 5, 2023

D. M
Appellant IN Pro Se

# 𝕱𝕽𝕺𝕸 𝕯𝕬 𝕶𝕴𝕹𝕲𝕯𝕺𝕸 𝕺𝕱 Adrian 'daredeemer'

## 𝕭𝕪 𝕻𝖗𝖔𝖈𝖑𝖆𝖒𝖆𝖙𝖎𝖓 𝕬𝖓𝖉 𝕯𝖊𝖈𝖗𝖊𝖊 𝖀𝖓𝖉𝖊𝖗 𝕯𝖆 𝕭𝖑𝖔𝖔𝖉 𝕺𝖋 𝖄𝖊𝖘𝖍𝖚𝖆 𝕯𝖆 𝕸𝖊𝖘𝖘𝖎𝖆𝖍...

ADRIAN D. MOON, GBN Chosen One
955 NORTH LAKE AVE
PASADENA CA 91104
CELL: (626 ) 360-9896
EMAIL: adriandaredeemer@gmail.com

Attorney for Plaintiffs,





LODGED
CLERK, U.S. DISTRICT COURT

JUN - 5 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ 9:03 A.M DEPUTY

## UNITED STATES CENTRAL DISTRICT COURT
## WESTERN DIVISION- D.O.J. CLAIMS NO. 246262-DFW
## IN THE COUNTY OF LOS ANGELES AND DISTRICT OF COLUMBIA

L.A. ALLIANCE HUEMAN RIGHTS ET. AL.,

Plaintiffs,

vs.

CITY/ COUNTIES OF LOS ANGELES ET. AL. ,

Defendants,

" 𝕵𝖀𝕯𝕲𝕰𝕸𝕰𝕹𝕿 𝕴𝕾 𝕮𝕺𝕸𝕴𝕹𝕲 "

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. __2:20-CV-02291-DOC (res)__

Identical Pending Related Case: Moon vs. City/County of Los Angeles , case no 22STRO03447

**EX PARTE EMERGENCY MOTION UNDER CIRCUIT RULE 23-7 FOR LEAVE OF COURT FOR ORDERS FROM RECUSED DEFENDANT DAVID ORMON CARTER TO UN-STRIKE MOTIONS [ Doc # 570,572,573 ] ALREADY SEEN, READ , AND CONSIDERED BY THIS  COURT AND THEN TO PROVIDE NOTICE AND RULING ON THE MOTIONS AT THE JUNE 5,. 2023 HEARING (Proposed ) ORDER THEREON**

**DATE: JUNE 5, 2023**
**TIME: 8:30 a.m. or soon thereafter to be heard**
**DEPT.:    10 A**
**LOC. : 411 W. 4TH Street Santa Ana, CA 92701**

**COVID-19: HOST, HOAX, OR HOLY SPIRIT**

## CIRCUIT RULE 27-3 CERTIFICATE:

**(1)** Telephone Numbers and addresses of the Lawyers for the Parties:

| **Attorney for Movant-Plaintiff** | **Lawyer for Defendants** |
|---|---|
| ADRIAN D. MOON GBN Chosen One | David O. Carter / Dawyn Harrison #173855 |
| 955 N. Lake ave  Pasadena Ca 91104 | 500 Temple Street, L.A. CA 90012 |
| PH. (626 ) 360-9896 | PH. (213) 974-1807 |
| Email : adriandaredeemer@gmail.com | Email: dharrison@counsel.lacounty.gov |

(2) Undisputed Facts Showing The Existence And Nature Of The Emergency ( Treason )

On May 25, 2023 , 'daredeemer' presented the Motion [Doc. # 570 ] to the Court Clerk Kiry

Gray for Filing whom after her due diligence stated that Defendant David O. Carter had removed the

EX PARTE EMERGENCY MOTION UNDER CIRCUIT RULE 27-3( Proposed ) ORDER THEREON  - 1