Adrian D. Moon
955 North Lake Ave
Pasadena CA 91104
(626) 360-9896
Email: adriandaredeemer@gmail.com

LODGED
CLERK, U.S. DISTRICT COURT

JUN - 5 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LA. Alliance et. aL

PLAINTIFF/PETITIONER,

v.

City / Counties of L.A.

DEFENDANT(S).

CASE NUMBER

2: 20-cv- 02291-DOC(res)

**REQUEST TO PROCEED**
**IN FORMA PAUPERIS WITH**
**DECLARATION IN SUPPORT**

Filed Concurrently w. th
Notice of Appeal

I, _____Adrian D Moon_____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed?   ☐Yes   ☒No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _On D.P.S.S_ _recieves food_ _stamps $_

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   a. Business, profession or form of self-employment?    ☐Yes ☒No

   b. Rent payments, interest or dividends?    ☐Yes ☒No

   c. Pensions, annuities or life insurance payments?    ☐Yes ☒No

   d. Gifts or inheritances?    ☐Yes ☒No

   e. Any other income (other than listed above)?    ☐Yes ☒No

   f. Loans?    ☐Yes ☒No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each

   source during the past twelve (12) months: _____

   _____

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

3.  Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐Yes ☐No

    If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.

    _____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes ☐No

    If the answer is yes, describe the property and state its approximate value: _____

    _____

5.  In what year did you last file an Income Tax return? _2008_

    Approximately how much income did your last tax return reflect? _$ 25,000.00_

6.  List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

    _Dave deemer is on D.P.S.S. and I_
    _recieves food Stamps_

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

_California_                          _Los Angeles_
State                                 County (or City)

I, _Adrian Moore_ , declare under penalty of perjury that the foregoing is true and correct.

_June 8, 2025_                        _____
Date                                  Plaintiff/Petitioner (Signature)