**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LA Alliance for Human Rights et al<br><br>PLAINTIFF(S)<br>v.<br><br>City of Los Angeles et al<br><br>DEFENDANT(S) | CASE NUMBER<br><br>LA20-CV-2291 DOC(KESx)<br><br>**NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action
☒ the following scanned document   ☒ docket entry   have/has been corrected as indicated below.

Title of scanned document: Ex Parte Application Emergency Motion

Filed date: _____ Lodged 6/5/23 _____   Document Number(s): 574

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document . The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document . The correct magistrate judge's
   initials are: _____ .

☐ Case has been reassigned from   ☐ Judge ☐ Magistrate Judge _____ to
   ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to   ☐ Western ☐ Southern ☐ Eastern  division. Pursuant to General Order 23-05, the case
   has been reassigned to the ☐ Western ☐ Southern ☐ Eastern  division. The former case number
   _____ has been reassigned to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF   was stamped on the document.
   The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number
   and judge's initials: _____

☒ Other:   The document was NOT filed.

CLERK, U.S. DISTRICT COURT

Date: _____ June 5, 2023 _____      By: T. DeBose _____

Deputy Clerk