**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: LA CV 20-02291-DOC-(KESx)                    Date: June 6, 2023

Title:   LA ALLIANCE FOR HUMAN RIGHTS, et al. v. CITY OF LOS ANGELES, et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

|              Paul Cruz              |              Amy Diaz              |
| :---: | :---: |
|           Courtroom Clerk           |           Court Reporter           |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| :---: | :---: |
| Elizabeth Mitchell | Jennifer Mira Hashmall, L.A. County |
| Matthew Umhofer | Shayla Myers, Intervenor |

PROCEEDINGS:        **MOTION TO DISMISS [552]** *(Los Angeles First Street)*

The case is called. The Court and counsel confer.

The Court takes the Motion to Dismiss [552] UNDER SUBMISSION.

1:00

Initials of Deputy Clerk: djl