UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JUN 2 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  COUNTY OF LOS ANGELES. <br><br> _____ <br><br> COUNTY OF LOS ANGELES, <br><br>           Petitioner, <br><br>   v. <br><br> UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES, <br><br>          Respondent, <br><br> LA ALLIANCE FOR HUMAN RIGHTS; et al., <br><br>        Real Parties in Interest. | No.    23-70076 <br><br> D.C. No. 2:20-cv-02291-DOC-KES <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before:  NGUYEN, FRIEDLAND, and SUNG, Circuit Judges.

The petition for a writ of mandamus raises issues that warrant an answer.

*See* Fed. R. App. p. 21(b).  Accordingly, within 14 days after the date of this order,

the real parties in interest shall file an answer.  The district court, within 14 days

after the date of this order, also shall address the petition.  The district court may

elect to file an answer with this court or to issue a supplemental order and serve a

copy on this court.  Petitioner may file a reply within 5 days after service of the

answer(s).

The Clerk shall serve this order on the district court and District Judge David O. Carter.

The request for a stay of proceedings in the district court, included in the mandamus petition, will be addressed in a separate order.