DAWYN R. HARRISON (State Bar No. 173855)
*County Counsel*
KATHERINE M. BOWSER (State Bar No. 230626)
*Assistant County Counsel*
ANA WAI-KWAN LAI (State Bar No. 257931)
*Senior Deputy County Counsel*
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 648
Los Angeles, California 90012
Telephone: (213) 974-1830
Facsimile: (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)** <br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS SECOND AMENDED COMPLAINT** <br><br> Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

**TO THE HONORABLE COURT:**

Defendant County of Los Angeles respectfully requests that the Court take notice of: (1) the Supreme Court's decision in *United States v. Texas*, 599 U.S. __, 2023 WL 4139000 (2023), decided on June 23, 2023, and attached hereto as Exhibit A; and (2) the Ninth Circuit Court of Appeals decision in *WildEarth Guardians v. United States Forest Services*, __ F.4th __, 2023 WL 3987843 (9th Cir. 2023), decided on June 14, 2023, and attached hereto as Exhibit B.

In *Texas*, 599 U.S. __, 2023 WL 4139000, at *2, the Supreme Court held that the States of Texas and Louisiana lacked standing to contest the immigration enforcement priorities set forth in Department of Homeland Security guidelines. The Supreme Court underscored that judicial review of Executive Branch policies, which require a "complicated balancing" of "inevitable resource constraints and regularly changing public-safety and public-welfare needs," leaves "courts without meaningful standards for assessing those policies." *Id.* at *6. For this reason, federal courts are not the proper forum for resolving claims alleging that the Executive Branch should exercise its discretionary authority differently. *Id.*

Similarly, in *WildEarth Guardians*, __ F.4th __, 2023 WL 3987843, *2, 6, the Ninth Circuit held that an environmental organization lacked standing to bring an action against the United States Forest Service under two environmental laws challenging its grazing policy as lacking sufficient measures for reducing wolf-livestock conflicts. Because the decision to cull the wolf population was committed to the discretion of the Washington Department of Fish and Wildlife, and *not* the Forest Service, any harm plaintiffs suffered from the lethal removal of wolves could not be fairly traced to the agency's grazing decisions, and any remedy vis-à-vis the grazing policy would not redress the harm. *Id.* at *6.

These authorities directly support the County's argument that Plaintiffs lack standing, as set forth in pages 13 through 17 of the County's motion to dismiss the Second Amended Complaint, and pages 9 through 12 of its reply. Federal courts are

2

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

not the proper forum to resolve Plaintiffs' demands that the County should make different policy choices about how it allocates resources to address the homelessness crisis. The harms that Plaintiffs seek to redress also cannot be fairly traced to those decisions, and thus cannot be redressed by this litigation.

DATED: June 28, 2023          MILLER BARONDESS, LLP

By: _____
     MIRA HASHMALL
     Attorneys for Defendant
     COUNTY OF LOS ANGELES

# INDEX OF EXHIBITS

| Exhibit No. | Description | Pg. No. |
|---|---|---|
| A. | *United States v. Texas*, 599 U.S. __, 2023 WL 4139000 (2023) | 5-76 |
| B. | *WildEarth Guardians v. United States Forest Services*, __ F.4th __. 2023 WL 3987843 (9th Cir. 2023) | 77-91 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS SECOND AMENDED COMPLAINT