DAWYN R. HARRISON (State Bar No. 173855)
*County Counsel*
KATHERINE M. BOWSER (State Bar No. 230626)
*Assistant County Counsel*
ANA WAI-KWAN LAI (State Bar No. 257931)
*Senior Deputy County Counsel*
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 648
Los Angeles, California 90012
Telephone: (213) 974-1830
Facsimile: (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**ANSWER TO SECOND AMENDED AND SUPPLEMENTAL COMPLAINT**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

625645

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

Defendant County of Los Angeles ("Defendant" or the "County") hereby answers the Second and Supplemental Complaint (the "Complaint") filed by Plaintiffs and asserts its affirmative defenses to the Complaint as follows:

**INTRODUCTION**

1.    The first sentence of Paragraph 1 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in the first sentence of Paragraph 1. Defendant lacks knowledge or information sufficient to admit or deny the allegations in the second sentence of Paragraph 1.

2.    For Paragraph 2, Defendant denies that it is "horrifically failing in [its] responsibility, resulting in thousands of the most vulnerable deteriorating on the sidewalks, beaches, and under overpasses." Defendant denies any allegation in Paragraph 2 which suggests Defendant has ever acted below its obligations regarding persons experiencing homelessness ("PEH") in Los Angeles County. Defendant also denies any allegation which suggests Defendant has not stepped up over and above its obligations regarding PEH in Los Angeles County. Defendant also denies that [u]nless Defendant "steps up" that "a comprehensive solution to the homelessness crisis will remain unrealized." Defendant also denies being in violation of anything it is statutorily required to do. The remainder of Paragraph 2 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 2, and therefore denies those allegations on that basis.

3.    For Paragraph 3, Defendant admits that it is undertaking tremendous efforts to support PEH in Los Angeles County. Defendant admits that the quote from Defendant's attorney accurately reflects how the quote was reported in the Los Angeles Times article cited. Defendant also admits that the quote from Kathryn Barger accurately reflects how the quote was reported on Kathryn Barger's website.

2

ANSWER TO SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

Except as expressly admitted herein, Defendant denies the allegations in Paragraph 3. The remainder of Paragraph 3 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 3, and therefore denies those allegations on that basis.

4.      Paragraph 4 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant admits that the quote from Dr. Barbara Ferrer accurately reflects how the quote was reported in the Curbed, Los Angeles article. Except as expressly admitted herein, Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 4, and therefore denies those allegations on that basis.

5.      For Paragraph 5, Defendant denies that Defendant's "silos of care make it nearly impossible for anyone with a comorbidity . . . to obtain help." Defendant also denies that it is "woefully failing" any of its obligations. The remainder of Paragraph 5 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 5, and therefore denies those allegations on that basis.

6.      Paragraph 6 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 6, and therefore denies those allegations on that basis.

7.      For Paragraph 7, Defendant admits that it is undertaking tremendous efforts to support PEH in Los Angeles County. Further, Defendant denies that it should be blamed in any way, or that Defendant "squabbled" with the City of Los Angeles over responsibility or blame. The remainder of Paragraph 7 contains legal

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

3

ANSWER TO SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 7, and therefore denies those allegations on that basis.

8. For Paragraph 8, Defendant denies it has liability for the allegations in the Complaint, and therefore denies it ever backed away from any liability. The remainder of Paragraph 8 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 8, and therefore denies those allegations on that basis.

9. Paragraph 9 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 9, and therefore denies those allegations on that basis.

10. For Paragraph 10, Defendant admits that it is undertaking tremendous efforts to support PEH in Los Angeles County. Further, Paragraph 10 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 10, and therefore denies those allegations on that basis.

11. Paragraph 11 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 11, and therefore denies those allegations on that basis.

12. Paragraph 12 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

ANSWER TO SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 12, and therefore denies those allegations on that basis.

13.    Paragraph 13 contains legal conclusions, arguments, and characterizations to which no response is required. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 13, and therefore deny those allegations on that basis.

14.    Paragraph 14 contains legal conclusions, arguments, and characterizations to which no response is required. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 14, and therefore deny those allegations on that basis.

15.    Paragraph 15 contains legal conclusions, arguments, and characterizations to which no response is required. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 15, and therefore deny those allegations on that basis.

16.    Paragraph 16 contains legal conclusions, arguments, and characterizations to which no response is required. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 16, and therefore deny those allegations on that basis.

17.    For Paragraph 17, Defendant denies that Measure H "is spread so thin it serves more to feed the County's own bureaucracy than to make any significant dent in the crisis." Defendant also denies that Defendant "does the bare minimum to support the Department of Mental Health." The remainder of Paragraph 17 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 17, and therefore denies those allegations on that basis.

18.    Paragraph 18 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

ANSWER TO SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 18, and therefore denies those allegations on that basis.

19. Paragraph 19 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 19, and therefore denies those allegations on that basis.

20. Paragraph 20 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 20, and therefore denies those allegations on that basis.

21. Paragraph 21 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 21, and therefore denies those allegations on that basis.

## I. JURISDICTION AND VENUE

22. Paragraph 22 contains legal conclusions, arguments, and characterizations to which no response is required.

23. Paragraph 23 contains legal conclusions, arguments, and characterizations to which no response is required.

24. Paragraph 24 contains legal conclusions, arguments, and characterizations to which no response is required.

## II. GENERAL ALLEGATIONS

25. Paragraph 25 contains legal conclusions, arguments, and characterizations to which no response is required.

26. Paragraph 26 contains legal conclusions, arguments, and characterizations to which no response is required.

27. Paragraph 27 contains legal conclusions, arguments, and characterizations to which no response is required.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

ANSWER TO SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

### III.   FACTUAL ALLEGATIONS

28.   Paragraph 28 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 28, and therefore denies those allegations on that basis.

29.   Defendant denies it "contributed to and benefited from Containment by concentrating its statutorily-required social services within the Containment Zone." The remainder of Paragraph 29 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 29, and therefore denies those allegations on that basis.

30.   For Paragraph 30, Defendant admits that Los Angeles Homeless Services Authority ("LAHSA") is an independent, joint powers authority created by the City and County of Los Angeles in 1993. The remainder of Paragraph 30 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the remaining  allegations in Paragraph 30, and therefore denies those allegations on that basis.

31.   Paragraph 31 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 31, and therefore denies those allegations on that basis.

32.   Paragraph 32 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 32, and therefore denies those allegations on that basis.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

33. Paragraph 33 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 33, and therefore denies those allegations on that basis.

34. Paragraph 34 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 34, and therefore denies those allegations on that basis.

35. Paragraph 35 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 35, and therefore denies those allegations on that basis.

36. For Paragraph 36, Defendant denies that Defendant's "approach to the *Martin* decision has been a lack of both shelters and regulation." The remainder of Paragraph 36 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 36, and therefore denies those allegations on that basis.

37. For Paragraph 37, Defendant admits that it is undertaking tremendous efforts to support PEH in Los Angeles County. Defendant denies its "policies continue to concentrate [PEH] in Skid Row, creating horribly dangerous conditions for unhoused individuals and others living in the area." Defendant further denies that it has in any way caused or created "horribly dangerous conditions" for any unhoused individuals. The remainder of Paragraph 37 contains legal conclusions, arguments, and characterizations to which no response is required. Defendant otherwise lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 37, and therefore denies those allegations on that basis.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

38. Paragraph 38 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 38, and therefore denies those allegations on that basis.

39. Defendant admits that it declared a shelter crisis on October 30, 2018. Defendant denies that Defendant "has done little to facilitate the needed housing in the very low- or low-income categories." Defendant also denies that Defendant has "failed to meet [its] housing requirements for very low, low, and moderate-income permits." Defendant also denies that it made any "intentional, affirmative choice . . . year-after-year, knowing the implications on [PEH] and the disproportionate impact on Black Angelenos." The remainder of Paragraph 39 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 39, and therefore denies those allegations on that basis.

40. Paragraph 40 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 40, and therefore denies those allegations on that basis.

41. Paragraph 41 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 41, and therefore denies those allegations on that basis.

42. Paragraph 42 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 42, and therefore denies those allegations on that basis.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

43.    Paragraph 43 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 43, and therefore denies those allegations on that basis.

44.    For Paragraph 44, Defendant denies that "unchecked chaos in the County is directly linked to and as a result of the County's failure to address homelessness system-wide." The remainder of Paragraph 44 contains legal conclusions, arguments, and characterizations to which no response is required. Defendant lacks sufficient knowledge or information to admit or deny the remainder of the allegations in Paragraph 44, and therefore denies those allegations on that basis.

45.    Paragraph 45 contains legal conclusions, arguments, and characterizations to which no response is required. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 45, and therefore denies those allegations on that basis.

46.    Paragraph 46 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 46, and therefore denies those allegations on that basis.

47.    Paragraph 47 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant admits that the quote from Dr. Barbara Ferrer accurately reflects how the quote was reported in the Curbed, Los Angeles article. Except as expressly admitted herein, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 47, and therefore denies those allegations on that basis.

48.    Paragraph 48 contains legal conclusions, arguments, and characterizations to which no response is required. Defendant lacks sufficient

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

knowledge or information to admit or deny the allegations in Paragraph 48, and therefore denies those allegations on that basis.

49. Defendant admits that the Housing for Health Program was established in 2012 as a division within the Los Angeles County Department of Health Services to provide supportive housing to DHS patients with complex medical and behavioral health issues who were experiencing homelessness. The remainder of Paragraph 49 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 49, and therefore denies those allegations on that basis.

50. Paragraph 50 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 50, and therefore denies those allegations on that basis.

51. Paragraph 51 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 51, and therefore denies those allegations on that basis.

52. Paragraph 52 contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response if required, Defendant admits that the quote from the Environmental Protection Agency accurately reflects how the quote appeared in a letter to Governor Newsom. Except as expressly admitted herein, Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 52, and therefore denies those allegations on that basis.

53. Paragraph 53 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

ANSWER TO SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 53, and therefore denies those allegations on that basis.

54. Paragraph 54 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 54, and therefore denies those allegations on that basis.

55. Paragraph 55 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 55, and therefore denies those allegations on that basis.

56. Paragraph 56 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 56, and therefore denies those allegations on that basis.

57. Paragraph 57 contains legal conclusions, arguments, and characterizations to which no response is required. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 57, and therefore denies those allegations on that basis.

58. Paragraph 58 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 58, and therefore denies those allegations on that basis. Defendant also specifically denies that it has violated any section or provision of the California Welfare and Institutions Code.

59. Defendant denies that Defendant has "squandered massive amounts of homelessness-related funds, using its substantial revenue from Measure H and state and federal funds together to fund homeless-relief projects which have no chance of achieving the goal for which they are intended." Defendant also denies that it

Miller Barondess, LLP
Attorneys at Law
2121 Avenue of the Stars, Suite 2600  Los Angeles, California 90067
Tel: (310) 552-4400  Fax: (310) 552-8400

12

engaged in any wrongdoing, or mismanagement of funds of any kind, including the "bait-and-switch" alleged in Paragraph 59. The remainder of Paragraph 59 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 59, and therefore denies those allegations on that basis.

60.    Defendant denies that Defendant is "quite literally leaving money on the table by failing to apply for reimbursement for Mental Health Medi-Cal Administrative Activities (MH-MAA)." Defendant also denies it engaged in any wrongdoing or financial mismanagement of any kind. The remainder of Paragraph 60 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 60, and therefore denies those allegations on that basis.

61.    For Paragraph 61, Defendant denies that Defendant has done anything "shameful or constitutionally deficient." Defendant also denies it engaged in any wrongdoing or financial mismanagement of any kind. Also, to the extent alleged in Paragraph 61, Defendant denies it has paid only "lip-service" to issues involving PEH in Los Angeles County. The remainder of Paragraph 61 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 61, and therefore denies those allegations on that basis.

62.    Defendant denies that Defendant "has failed to utilize the funds [mentioned in Paragraph 62] in a manner that would effectuate good." Defendant also denies it engaged in any wrongdoing or financial mismanagement of any kind. The remainder of Paragraph 62 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is

ANSWER TO SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

required, Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 62, and therefore denies those allegations on that basis.

63. For Paragraph 63, Defendant denies that Defendant "has failed to meet its statutory obligation to properly administer and provide mental and healthcare services." The remainder of Paragraph 63 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 63, and therefore denies those allegations on that basis.

64. Paragraph 64 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 64, and therefore denies those allegations on that basis.

65. Paragraph 65 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 65, and therefore denies those allegations on that basis.

66. Paragraph 66 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 66, and therefore denies those allegations on that basis.

67. Defendant denies it engaged in any wrongdoing or mismanagement of any kind. The remainder of Paragraph 67 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 67, and therefore denies those allegations on that basis.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

68. Defendant denies that "year-after-year the County fails to utilize [available] funds for their intended purpose. And that money goes to waste while those desperate for treatment get sicker on the street." Defendant also denies it engaged in any wrongdoing or financial mismanagement of any kind. The remainder of Paragraph 68 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 68, and therefore denies those allegations on that basis.

69. Defendant denies that "[t]he blame for insufficient placement rests square on the County's shoulders." Defendant also denies it engaged in any wrongdoing or financial mismanagement of any kind. The remainder of Paragraph 69 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 69, and therefore denies those allegations on that basis.

70. Defendant denies that LAHSA "has been totally ineffective at stemming the growing tide of homelessness." Defendant also denies that "LAHSA's shortcomings is the failure to move people up and out from emergency shelters and bridge shelters to permanent housing." Defendant also denies that LAHSA is "disorganized." The remainder of Paragraph 70 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 70, and therefore denies those allegations on that basis.

71. For Paragraph 71, Defendant admits that it is undertaking tremendous efforts to support PEH in Los Angeles County. Further, Defendant denies it engaged in any wrongdoing or financial mismanagement of any kind, including the type alleged in Paragraph 71. Defendant also denies it caused lack of progress of any

ANSWER TO SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

kind. Defendant also denies "funds are being used in ways that will never solve nor even substantively address the problem." The remainder of Paragraph 71 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 71, and therefore denies those allegations on that basis.

72.    For Paragraph 72, Defendant denies it engaged in any wrongdoing or financial mismanagement of any kind, including the type alleged in Paragraph 72. Defendant further denies that it has any lack of political and bureaucratic will to undertake effective and proven means to combat issues related to homelessness. The remainder of Paragraph 72 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 72, and therefore denies those allegations on that basis.

73.    Paragraph 73 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 73, and therefore denies those allegations on that basis.

74.    Paragraph 74 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 74, and therefore denies those allegations on that basis.

75.    Defendant denies that "some services—in particular clinical services such as mental health and drug rehabilitation treatment—are the sole province of the County." The remainder of Paragraph 75 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

ANSWER TO SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

remaining allegations in Paragraph 75, and therefore denies those allegations on that basis.

76.     Defendant denies it is the sole provider of mental health and substance use disorder treatment to PEH in Los Angeles County. Paragraph 76 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 76, and therefore denies those allegations on that basis.

77.     Defendant denies that "no one at the County—including Supervisor Solis—has responded as if in an emergency." The remainder of Paragraph 77 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 77, and therefore denies those allegations on that basis.

78.     Defendant denies that it "fails to do its job at every step." Defendant specifically denies that it has violated any section or provision of the California Welfare and Institutions Code. The remainder of Paragraph 78 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 78, and therefore denies those allegations on that basis.

79.     Paragraph 79 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 79, and therefore denies those allegations on that basis.

80.     For Paragraph 80, Defendant denies that its leaders have acknowledged it has failed in its obligation to provide treatment and services. Defendants also deny that its efforts of any kind have been an "abject failure." To the extent this is alleged

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

in Paragraph 80, Defendant denies it is the sole provider of mental health and substance use disorder treatment to PEH. The remainder of Paragraph 80 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 80, and therefore denies those allegations on that basis.

## IV.  THE PARTIES

81.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 81 and subparagraphs a-j, and therefore denies those allegations on that basis.

82.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 82, and therefore denies those allegations on that basis.

83.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 83, and therefore denies those allegations on that basis.

84.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 84, and therefore denies those allegations on that basis.

85.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 85, and therefore denies those allegations on that basis.

86.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 86, and therefore denies those allegations on that basis.

87.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 87, and therefore denies those allegations on that basis.

88.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 88, and therefore denies those allegations on that basis.

89.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 89, and therefore denies those allegations on that basis.

90.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 90, and therefore denies those allegations on that basis.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

ANSWER TO SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

91.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 91, and therefore denies those allegations on that basis.

92.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 92, and therefore denies those allegations on that basis.

93.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 93, and therefore denies those allegations on that basis.

94.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 94, and therefore denies those allegations on that basis.

95.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 95, and therefore denies those allegations on that basis.

96.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 96, and therefore denies those allegations on that basis.

97.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 97, and therefore denies those allegations on that basis.

98.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 98, and therefore denies those allegations on that basis.

99.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 99, and therefore denies those allegations on that basis.

100.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 100, and therefore denies those allegations on that basis.

101.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 101, and therefore denies those allegations on that basis.

102.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 102, and therefore denies those allegations on that basis.

103.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 103, and therefore denies those allegations on that basis.

104.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 104, and therefore denies those allegations on that basis.

ANSWER TO SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

105.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 105, and therefore denies those allegations on that basis.

106.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 106, and therefore denies those allegations on that basis.

107.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 107, and therefore denies those allegations on that basis.

108.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 108, and therefore denies those allegations on that basis.

109.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 109, and therefore denies those allegations on that basis.

110.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 110, and therefore denies those allegations on that basis.

111.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 111, and therefore denies those allegations on that basis.

112.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 112, and therefore denies those allegations on that basis.

113.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 113, and therefore denies those allegations on that basis.

114.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 114, and therefore denies those allegations on that basis.

115.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 115, and therefore denies those allegations on that basis.

116.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 116, and therefore denies those allegations on that basis.

117.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 117, and therefore denies those allegations on that basis.

118.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 118, and therefore denies those allegations on that basis.

ANSWER TO SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

119. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 119, and therefore denies those allegations on that basis.

120. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 120, and therefore denies those allegations on that basis.

121. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 121, and therefore denies those allegations on that basis.

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

### Violation of Mandatory Duty

### Cal. Gov't Code § 815.6; Welf & Inst. Code §§ 5600 et seq, 13000 et seq, 14000 et seq., 17000

122. Defendant hereby incorporates and references paragraphs 1 through 121 of this Answer, inclusive, as though set forth fully herein.

123. Paragraph 123 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 123.

124. Paragraph 124 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 124.

125. Paragraph 125 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 125.

126. Paragraph 126 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 126.

127. Paragraph 127 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 127.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

ANSWER TO SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

128.   Paragraph 128 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 128.

129.   Paragraph 129 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 129.

130.   Paragraph 130 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 130.

131.   Paragraph 131 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 131.

132.   Paragraph 132 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 132.

## SECOND CAUSE OF ACTION

### Nuisance (Public and Private)

133.   Defendant hereby incorporates and references paragraphs 1 through 132 of this Answer, inclusive, as though set forth fully herein.

134.   Paragraph 134 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 134.

135.   Paragraph 135 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 135.

136.   Paragraph 136 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 136.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

ANSWER TO SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

137.   Paragraph 137 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 137.

138.   Paragraph 138 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 138.

**THIRD CAUSE OF ACTION**

**Inverse Condemnation**

**Inverse Condemnation/Cal. Const. art. I § 19**

**(Plaintiffs Alliance, Burk, Tashdjian, and Frem)**

139.   Defendant hereby incorporates and references paragraphs 1 through 138 of this Answer, inclusive, as though set forth fully herein.

140.   Paragraph 140 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 140.

141.   Paragraph 141 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 141.

**FOURTH CAUSE OF ACTION**

**(Waste of Public Funds and Resources)**

**Cal. Civ. Proc. Code § 526a**

142.   Defendant hereby incorporates and references paragraphs 1 through 141 of this Answer, inclusive, as though set forth fully herein.

143.   Paragraph 143 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 143.

23

144.    Paragraph 144 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 144.

145.    Paragraph 145 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 145.

146.    Paragraph 146 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 146.

147.    Paragraph 147 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 147.

148.    Paragraph 148 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 148.

## FIFTH CAUSE OF ACTION

### Violation of Statutorily-Created Liberty Interest

### 42 U.S.C. § 1983; U.S. Const. amend. V/XIV

149.    Defendant hereby incorporates and references paragraphs 1 through 148 of this Answer, inclusive, as though set forth fully herein.

150.    Paragraph 150 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 150.

151.    Paragraph 151 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 151.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

24

ANSWER TO SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

152.   Paragraph 152 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 152.

153.   Paragraph 153 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 153.

154.   Paragraph 154 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 154.

155.   Paragraph 155 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 155.

156.   Paragraph 156 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 156.

## SIXTH CAUSE OF ACTION

### Violation of Due Process Clause (State-Created Danger Doctrines)

### 42 U.S.C. § 1983; U.S. Const. Amend. 14

157.   Defendant hereby incorporates and references paragraphs 1 through 156 of this Answer, inclusive, as though set forth fully herein.

158.   Paragraph 158 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 158.

159.   Paragraph 159 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 159.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

ANSWER TO SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

160. Paragraph 160 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 160.

161. Paragraph 161 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 161.

162. Paragraph 162 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 162.

## SEVENTH CAUSE OF ACTION

### Uncompensated Taking

### U.S.C. § 1983; U.S. Const. Amend. V/XIV

### (Plaintiffs Alliance, Burk, Tashdjian, and Frem)

163. Defendant hereby incorporates and references paragraphs 1 through 162 of this Answer, inclusive, as though set forth fully herein.

164. Paragraph 164 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 164.

165. Paragraph 165 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 165.

166. Paragraph 166 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 166.

167. Paragraph 167 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 167.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

ANSWER TO SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

168.   Paragraph 168 exclusively contains legal conclusions, arguments, and characterization to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 168.

## AFFIRMATIVE DEFENSES

Defendant hereby pleads the following separate and additional defenses to the Complaint.  By alleging the separate and additional defenses set forth below, Defendant intends no alteration of the burden of proof and/or burden of going forward with evidence that otherwise exists with respect to any particular issue at law or in equity.  Furthermore, all such defenses are pleaded in the alternative, and do not constitute an admission of liability or that Plaintiffs are entitled to any relief whatsoever.  Without limiting or waiving any defenses available to it, and based on information and belief unless otherwise stated, Defendant alleges as follows:

## FIRST AFFIRMATIVE DEFENSE

### (*Failure to State a Claim*)

The Complaint, in whole or in part, fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

### (*Sovereign Immunity*)

The Complaint, in whole or in part, fails because Defendant is entitled to sovereign immunity under the Eleventh Amendment.

## THIRD AFFIRMATIVE DEFENSE

### (*Discretionary Act Immunity*)

The Complaint, in whole or in part, fails because Defendant is entitled to discretionary act immunity under California Government Code section 820.2.

## FOURTH AFFIRMATIVE DEFENSE

### (*No Vicarious Liability*)

The Complaint, in whole or in part, fails because Defendant is not vicariously liable under California Government Code section 815.2.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

27

**FIFTH AFFIRMATIVE DEFENSE**

(*No Violation Of A Legal Duty*)

The Complaint is barred, in whole or in part, because Defendant did not violate any legal duty owed to Plaintiffs.

**SIXTH AFFIRMATIVE DEFENSE**

(*Good Faith*)

The Complaint, in whole or in part, is barred because Defendant undertook any challenged acts or omissions, in part or in total, in good faith and in conformity with applicable orders, rulings, regulations, and/or interpretations.

**SEVENTH AFFIRMATIVE DEFENSE**

(*Waiver*)

The Complaint is barred, in whole or in part, by the doctrine of waiver.

**EIGHTH AFFIRMATIVE DEFENSE**

(*Laches*)

The Complaint is barred, in whole or in part, by the doctrine of laches.

**NINTH AFFIRMATIVE DEFENSE**

(*Unclean Hands*)

The Complaint is barred, in whole or in part, by the doctrine of unclean hands.

**TENTH AFFIRMATIVE DEFENSE**

(*Impossibility by Operation of Law*)

The Complaint is barred, in whole or in part, by the doctrine of impossibility of performance by operation of law.

**ELEVENTH AFFIRMATIVE DEFENSE**

(*Statutes of Limitations*)

The Complaint is barred, in whole or in part, by applicable statutes of limitation.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

## TWELFTH AFFIRMATIVE DEFENSE

### (*No Standing*)

The Complaint is barred because Plaintiffs lack standing.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (*Mootness*)

The Complaint is barred, in whole or in part, because some or all of the allegations or claims in the Complaint are moot.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (*Unjust Enrichment*)

Any recovery by Plaintiffs on the Complaint against Defendant would be unfair and would constitute unjust enrichment.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (*Estoppel*)

The Complaint is barred, in whole or in part, by the doctrine of estoppel.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (*Acquiescence*)

The Complaint is barred, in whole or in part, by the doctrine of acquiescence.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (*Conduct Not Wrongful*)

The Complaint is barred, in whole or in part, because Defendant's conduct was not wrongful or otherwise unlawful.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (*Superseding and Intervening Acts*)

Any damage allegedly sustained by Plaintiffs was caused, in whole or in part, by the superseding and intervening acts and omissions of persons or entities for whose conduct Defendant is not responsible.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

29

ANSWER TO SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

**NINETEENTH AFFIRMATIVE DEFENSE**

**(*After-Acquired Evidence*)**

The Complaint is barred, in whole or in part, by the doctrine of after-acquired evidence.

**TWENTIETH AFFIRMATIVE DEFENSE**

**(*No Causation*)**

The Complaint is barred, in whole or in part, because Plaintiffs' damages, if any, were not caused by Defendant.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

**(*No Damages*)**

Without admitting that the Complaint states a claim, there has been no damage in any amount, manner, or at all by reason of any act alleged against Defendant in the Complaint, and the relief prayed for in the Complaint therefore cannot be granted.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

**(*Avoidable Consequences*)**

The Complaint is barred, in whole or in part, by the doctrine of avoidable consequences.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

**(*Absence of Malice*)**

Any acts or omissions by Defendant, if any, were not the result of oppression, fraud, or malice.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

**(*No Deprivation of Constitutional Rights*)**

Defendant was not the proximate cause of the Plaintiffs' alleged deprivation of a constitutionally protected right, privilege, or immunity.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

ANSWER TO SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (*Qualified Immunity*)

Defendant is entitled to qualified immunity.

## RESERVATION OF ADDITIONAL DEFENSES

Defendant reserves its right to add, delete, or modify any and all defenses which may pertain to the Complaint that are now or may become available in this action through clarification or amendment of the Complaint, through discovery, through further legal analysis of Plaintiffs' or Defendant's claims and positions in this litigation, or otherwise.

## PRAYER FOR RELIEF

**WHEREFORE**, Defendant prays that judgment be entered as follows:

A.     Plaintiffs take nothing by reason of their Complaint;

B.     The Complaint be dismissed with prejudice;

C.     Defendant recover its costs of suit, including attorneys' fees; and

D.     Defendant be awarded such other and further relief as the Court deems just and proper.

DATED:  July 13, 2023          MILLER BARONDESS, LLP

By: ____/s/ Mira Hashmall____
    MIRA HASHMALL
    Attorneys for Defendant
    COUNTY OF LOS ANGELES

31