# EXHIBIT C

REPORT FROM

# OFFICE OF THE CITY ADMINISTRATIVE OFFICER

Date:          May 12, 2023                                    CAO File No. 0220-05151-0448
                                                               Council File No. 20-0841, 22-0756-S2
                                                               Council District:   All

To:            The City Council

From:          Matthew W. Szabo, City Administrative Officer

Reference:     COVID-19 Homelessness Roadmap

Subject:       **SEVENTEENTH REPORT: COVID-19 HOMELESSNESS ROADMAP FUNDING RECOMMENDATIONS**

## SUMMARY

On September 9, 2020, the City Council approved funding for the initial projects under the COVID-19 Homelessness Roadmap (Roadmap) and directed this office to submit future funding recommendations through reports. This is the seventeenth such report.

First, this report recommends the authority for contract and lease extensions for sites located in Council Districts 6 and 11.

Second, this report reprograms County Roadmap Agreement fund savings from sites that have been demobilized and reprograms program operation and service funding for interventions that operate outside of the Roadmap agreement.

Lastly, the adoption of the recommendations in this report will fund the operation and service needs for all approved Roadmap interventions through June 30, 2024.

## RECOMMENDATION

That the City Council, subject to approval by the Mayor:

1. AUTHORIZE the City Administrative Officer to enter into or amend an existing sole source contract with Community Partners for an additional $585,600, in the contract new total amount of $894,985 through May 31, 2024, to provide services for the Safe Parking site located at 5455 West 111th Street in Council District 11;

2. REPROGRAM $1,209,099 in unspent funds to the Office of the City Administrative Officer Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement from the following accounts:

CAO File No.                                    PAGE
0220-05151-0448                                    2

   a. $938,098 from the Los Angeles Housing Department Fund No. 63Q/43, Account No. 43TA80, Winter Shelter Program;
   b. $271,001 from the Los Angeles Housing Department Fund No. 63Q/43, Account No. 43TA71, Safe Sleep Village Operations - 317 N. Madison Avenue;

3. REPROGRAM up to $186,468.85 to Additional Homeless Services - General City Purposes (AHS-GCP) Fund No. 100/56, Account No. 000931 from the following Capital Technology Improvement Expenditure Program, 100/54 accounts:
   a. Up to $181,668.38 of AHS-GCP funds from Fund No. 100/54, Account No. 00T833, CD 9 2300 S. Central Ave Safe Sleep Village for construction costs associated with the 2300 South Central Safe Sleep Village in Council District 9; and
   b. Up to $4,800.47 of AHS-GCP funds from Fund No. 100/54, Account No. 00V836, CD 9 Compton Ave. & Nevin Ave. Pallet Shelters for the discontinued Tiny Home Village located at Compton and Nevin in Council District 9;

4. AUTHORIZE the General Services Department to execute a new or amend an existing lease agreement with the Los Angeles County Metropolitan Transportation Authority (Metro) for an A Bridge Home site located at 14333 Aetna Ave. with 74 beds in Council District 6 through up to March 25, 2024;

5. APPROVE $3,184,200 from AHS-GCP Fund No. 100/56, Account No. 000931 to the Los Angeles Housing Department Fund No. 10A/43, a new account entitled "2023-24 Bridge Home Operations", for operating costs of the following ABH sites from July 1, 2023 through June 30, 2024;
   a. $614,880 for the ABH site located at 1920 West 3rd Street (Casa Azul) in Council District 1;
   b. $1,581,120 for the ABH site located at 1533 Schrader Boulevard in Council District 13;
   c. $988,200 for the ABH site located at 711 North Alameda Street in Council District 14;

6. APPROVE $18,146 for Hope of the Mission for the cost of Furniture, Fixtures and Equipment of a Tiny Home Village (THV) with 148 beds at 6073 North Reseda Boulevard in Council District 3 through June 30, 2024:
   a. TRANSFER $18,146 from Homeless Effort - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to Fund No. 63Q/43, a new account entitled "2023-24 Tiny Home Village Operations", for the cost of Furniture, Fixtures and Equipment of THV site at 6073 North Reseda Boulevard;

7. AMEND and REPLACE the approved Recommendation 21 relative to the 12th Homelessness Roadmap Report dated August 5, 2022 (C.F. 20-0841-S25) to read as follows:

CAO File No.                                          PAGE

0220-05151-0448                                        3

a. APPROVE $2,968,125 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No.10T618, Homeless Effort - County Funding Agreement to the following accounts for the operating and leasing costs of the interim housing site with 72 beds located at 1904 Bailey Street in Council District 14, through June 30, 2024:

    i. $1,753,125 to Fund No. 63Q/43, Account No. 43WC29, 2022-23 Other Interim Housing Operations for operations and start up costs; and

    ii. $1,215,000 to Fund No. 63Q/43, Account No. 43WC38, 2022-23 LAHSA Leasing;

8. AUTHORIZE the expenditure authority of $990,000 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement for operations at the Northeast New Beginnings Community located at 499 San Fernando Road in Council District 1 from the original date of June 30, 2023 to an extended date of June 30, 2024:

    a. REQUEST LAHSA to execute a new sole source contract, or amend its current contract, with the John Wesley Center for Health (JWCH) in the up to amount of $990,000 for operating costs to operate an interim housing site located at 499 San Fernando Rd. in Council District 1 through June 30, 2024;

9. REPROGRAM $321,000 from the Emergency Solutions Grant - CARES Act ESG-CV (ESG-CV) Fund No. 517/43, Account No. 43WC59 CV19 Roadmap Motel/Hotel Vouchers to Fund No. 517/43, Account No. 43TB32, Interim Housing Operations for operating costs of the Tiny Home Village located at 1455 Alvarado Street in Council District 13 through June 30, 2023;

10. APPROVE the proposed funding categories for LAHSA for operating costs of previously approved Roadmap interventions from July 1, 2023 through June 30, 2024, as outlined in Table 1 below, further details on the proposed funding categories are outlined in Attachment 2:

*Table 1: FY 2023-24 Roadmap Interventions*

| Funding Category | Roadmap Operations Funding Categories |
|---|---|
| 1 | Tiny Home Village Operations |
| 2 | A Bridge Home Operations |
| 3 | Other Interim Housing Operations |
| 4 | Safe Parking Operations |
| 5 | Safe Sleep Operations |

CAO File No.                              PAGE
0220-05151-0448                        4

11. APPROVE up to $75,224,070 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to the following accounts for continued operations of Roadmap interim housing interventions:
    a. Up to $26,954,070 to LAHSA Fund No. 63Q/43, in a new account entitled "2023-24 Tiny Home Villages Ops";
    b. $17,892,000 to LAHSA Fund No. 63Q/43, in a new account entitled "2023-24 A Bridge Home Ops";
    c. $25,006,950 to LAHSA Fund No. 63Q/43, in a new account entitled "2023-24 Other Interim Housing Ops";
    d. $2,305,800 to LAHSA Fund No. 63Q/43, in a new account entitled "2023-24 Safe Parking Ops";
    e. $3,065,250 to LAHSA Fund No. 63Q/43, in a new account entitled "2023-24 Safe Sleep Ops";

12. APPROVE up to $2,162,160 Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to $26,954,070 to Fund No. 63Q/43, in the newly established  account entitled "2023-24 Tiny Home Villages Ops" for the Tiny Home Village located at 850 Mission in Council District 14 for 144 beds;

13. RECOGNIZE that the operations of Project Homekey 1.0 locations are proposed to be funded in the Homeless Housing, Assistance, and Prevention Program Round 3 First Funding Report (C.F. 20-1524-S1);

14. AUTHORIZE the extension of the expenditure authority deadline for Emergency Solutions Grant - Covid-19 funds allocated to LAHSA to support rehabilitation costs for various Project Homekey 1.0 from the original deadline of June 30, 2023 to extended date of September 30, 2023;
    a. The Sieroty located at 7432 Reseda Boulevard in Council District 4;
    b. Arleta located at  9120 Woodman Avenue in Council District 6;
    c. Sepulveda Villa at 8647 Sepulveda Boulevard in Council District 6;
    d. Panorama Inn  at 8209 Sepulveda Boulevard in Council District 6;
    e. Travelodge-Devonshire at 21603 Devonshire Street in Council District 12; and
    f. Travelodge Normandie at 18606 Normandie Avenue in Council District 15;

15. APPROVE up to $657,530.46 from AHS-GCP Fund No. 100/56, Account No. 000931 to the Bureau of Engineering (BOE) Special Services Fund No. 682/50, Account No. 50VVIA, Salaries and Mileage for Homeless Roadmap to reimburse general salaries, transportation costs, and contractual services associated with the construction costs of previously approved interim housing sites and feasibility studies.
    a. TRANSFER $657,530.46 from the BOE Special Services Fund No. 682/50, Account No. 50VVIA, Salaries and Mileage for Homeless Roadmap to the following departments as needed to reimburse general salaries, transportation costs, and

contractual services associated with the construction costs of previously approved interim housing sites and feasibility studies:
  i.    $179,780.40 to BOE Fund No. 100/78, Account No. 001010, Salaries General;
  ii.   $1,705.54 to BOE Fund No. 100/78, Account No. 003310, Transportation;
  iii.  $368,666.38 to BOE Fund No. 100/78, Account No. 536101, Fringe Benefits;
  iv.   $52,566.22 to BCA Fund No. 100/76, Account No. 001010, Salaries General;
  v.    $52,209.98 to BCA Fund No. 100/76, Account No. 536101, Fringe Benefits;
  vi.   $672.08 to BCA Fund No. 100/76, Account No. 001090, Overtime General;
  vii.  $1,929.86 to BCA Fund No. 100/76, Account No. 003310 Transportation;

16. APPROVE up to $238,916.71 from the AHS-GCP Fund No. 100/56, Account No. 000931 to the Bureau of Engineering (BOE) Contractual Services Fund No. 682/50, Account No. 50VVHF, Feasibility Studies for Homeless Roadmap to reimburse contractual service costs associated with the construction of previously approved interim housing sites and feasibility studies;
  a. TRANSFER $238,916.71 from the BOE Fund No. 682/50, Account No. 50VVHF, Feasibility Studies for Homeless Roadmap to Fund No. 100/78, Account No. 003040, Contractual Services;

17. AMEND and REPLACE the approved Recommendation 4 relative to the Project Roomkey Demobilization Report dated August 5, 2022 (C.F. 22-0756) to read as follows:
  a. TRANSFER up to $28,274,337 from the GCP Fund No. 100/56, Account No. 000957, PRK COVID-19 Emergency Response to the following departments as needed for the extension of the City's PRK program through January 31, 2023, with expenditure authority for this program through September 30, 2023:
    i.    General Services Department (GSD) and/or Citywide Leasing in the up to amount of $14,504,070;
    ii.   Personnel Department and Office of the City Clerk in the up to amount of $2,461,754; and
    iii.  LAHSA in the up to amount of $11,308,513;

18. INSTRUCT the General Manager of LAHD, or their designee, to amend the Roadmap Contract No. C-137223 with LAHSA to reflect the recommendations in this report as follows:
  a. Unspent County funds in the Winter Shelter Program and Safe Sleep Village Operations - 317 N. Madison Avenue;
  b. Reflect operating costs for ABH Sites located at:
    i.    1920 West 3rd Street;
    ii.   1533 Schrader Boulevard;
    iii.  711 North Alameda Street;
  c. 1904 Bailey Street;
  d. Roadmap Motel/Hotel Vouchers

    e. THV-1455 Alvarado Street;
    f. FY 2023-24 Funding Categories and appropriations
    g. Reflect the service funding allocations in this report for:
        i. THV-6073 North Reseda  Boulevard;
        ii. THV-850 Mission;
    h. Extension of expenditure authority deadline for Emergency Solutions Grant - Covid-19 funds for Project Homekey 1.0 sites;
    i. Extension of expenditure authority for the City's PRK program;

19. INSTRUCT the General Manager of LAHD, or their designee, to execute a new Roadmap Contract with LAHSA beginning October 1, 2023, and with an end date of June 30, 2025, to:
    a. Reappropriate unspent funding (in an up to amount of $75,224,070) as of September 30, 2023, and continue services with expenditure authority through June 30, 2024. Funding Categories and allocations as follows:
        i. Up to $26,954,070 in FC-1 Tiny Home Village Operations
        ii. Up to $17,892,000 in FC-2 A Bridge Home Operations
        iii. Up to $25,006,950 in FC-3 Other Interim Housing Operations
        iv. Up to $2,305,800 in FC-4 Safe Parking Operations
        v. Up to $3,65,250 in FC-5 Safe Sleep Operations

20. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's 2022-23 General Fund contract with LAHSA to:
    a. Extend expenditure authority in contract C-140706 for Council District 3 SHARE! Collaborative Housing Program through June 30, 2024;
    b. Extend expenditure authority in contract C-140706 for the Multi-Disciplinary Street Team in Council District 3 through June 30, 2024;
    c. Implement the funding categories as outlined in the FY 2022-23 Budget and proposed FY 2023-24 Budget.

21. REQUEST that LAHSA amend and/or execute the necessary contracts and or amendments with the site owner/operators to effectuate the recommendations in this report;

22. INSTRUCT the City Clerk to place on the agenda of the first regular Council meeting on July 1, 2023, or shortly thereafter, the following instructions:
    a. APPROVE up to $2,297,284 from the AHS-GCP Fund No. 100/56, Account No. 000931 to the LAHD Fund No. 10A/43, Account No. 43WC75, CD4-Highland Gardens IH Leasing, for leasing costs of an interim housing site at the Highland Gardens Hotel, located at 7047 Franklin Avenue in Council District 4, for up to 143 beds (with double occupancy) through June 30, 2024;
    b. APPROVE up to $2,878,590 from the Additional Homeless Services - General City Purposes (AHS-GCP) Fund No. 100/56, Account No. 000931 to the LAHD Fund No.

10A/43, Account No. 43WC70, CD4-Highland Gardens IH Operations, for services of an interim housing site at the Highland Gardens Hotel, located at 7047 Franklin Avenue in Council District 4, for up to 143 beds (with double occupancy) through June 30, 2024;

c. REQUEST Los Angeles Homeless Services Authority (LAHSA) to execute a new sole source contract, or amend its current contract, with People Assisting the Homeless (PATH) in the up to amount of $5,175,874 for operating and leasing costs of an interim housing site at the Highland Gardens Hotel, located at 7047 Franklin Avenue in Council District 4, for up to 143 beds (with double occupancy) through June 30, 2024;

    i. $2,297,284 for Highland Garden leasing costs

    ii. $2,878,590 for Highland Garden Services

d. INSTRUCT the General Manager of LAHD, or their designee, to amend its current agreement (C-141840), with LAHSA in the amount of $5,175,874 from July 1, 2023, to June 30, 2024, for the Alliance Settlement Agreement;

e. APPROVE the reappropriation of up to $1,576,405.67, the June 30, 2023-unencumbered balances from various funding sources within in Capital Technology Improvement Expenditure Program, 100/54 for the following accounts:

    i. Up to $102,935.93 of Community Development Block Grant - Covid-19 funds from 00T772, CD 14 Arroyo Seco Pallet Shelters for construction costs associated with the Arroyo Seco and Avenue 60 Tiny Home Village in Council District 14;

    ii. Up to $234,875.43 of AHS-GCP funds from 00V835, CD 6 9700 San Fernando Pallet Shelters for construction costs associated with the 9701 San Fernando Boulevard Tiny Home Village in Council District 6; and

    iii. Up to $1,238,594.31 of of AHS-GCP funds from 00V846, CD 1 499 San Fernando Road for construction costs associated with the 499 San Fernando Interim Housing site in Council District 1;

f. APPROVE $948,288.25 from (2023-24) Additional Homeless Services - General City Purposes Fund No. 100/56, Account No. 000931 to the Office of the City Administrative Fund 100/10, Account No. 003040, Contractual Services for the continuation of Multi-Disciplinary Teams (MDTs) in Council Districts 2 and 3;

    i. INSTRUCT the City Administrative Officer, or their designee, to amend the contract with the Los Angeles County's Department of Health Services (C-139823) to reflect the funding in the above recommendation;

23. AUTHORIZE the CAO to:

a. Prepare Controller instructions or make necessary technical adjustments, including to the names of the Special Fund accounts recommended for this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions; and

CAO File No.                          PAGE
0220-05151-0448                        8

b.  Prepare any additional Controller instructions to reimburse City Departments for their accrued labor, material or permit costs related to projects in this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions.

**BACKGROUND**

As part of the LA Alliance case, on June 16, 2020, the City reached an agreement with the County to create 6,700 new homeless housing units within 18 months to address the COVID-19 emergency. This agreement is referred to as the Homelessness Roadmap.

The Roadmap set the following targets:
- 700 beds in existing agreements with the County within 10 months
- 5,300 new beds within 10 months
- 700 new beds within 18 months

The City is required to open and maintain 6,000 new beds, not covered by existing City-County agreements. The County will provide up to $60 million in annual service funding, totaling up to $300 million over the five-year agreement term, based on the number of interventions open and occupied within 60 days of July 1st each year.

The City has met all obligations under the agreement and will continue to do so. As of March 31, 2023, 6,581 new beds are open and occupiable, including 1,263 rapid rehousing/shared housing point-in-time placements overseen by LAHSA.

**DISCUSSION**

**Ongoing/Service Costs of Interim Housing Interventions through June 30, 2024**

*Roadmap Interventions*

The operating/service funding for 49 Roadmap interventions are needed for FY 2023-24. For FY 2023-24, the estimated total needed to continue the operations of existing interventions is $74 million. The recommendations in this report continue funding for 49 interventions consisting of 4,832 beds. During FY 2023-24, various interventions, such as Project Roomkey, Winter Shelter, Project Homekey, Safe Parking, and Safe Sleep sites demobilized, which accounted for a reduction in 607 beds. However, an additional 343 beds were added in FY 2023-24 through the completion of Tiny Home Villages, Project Homekey sites, and other interim housing interventions. As such, this report recommends the continuation of previously approved Roadmap interventions. Attachment 2 provides a detailed list of the various sites continuing operations using the County MOU commitment funds.

CAO File No.                                      PAGE
0220-05151-0448                                     9

*Other Interim Housing Interventions*

Other sites that operate outside of the Roadmap include the A Bridge Home sites located at 1920 W. 3rd St. in Council District (CD) 1, 1533 Schrader Blvd. in CD 13, and 711 N. Alameda St. in CD 14. This report recommends operation funding for these interventions with Additional Homeless Service - General City Purpose (AHS-GCP) monies. Lastly, the operations of the interim housing site located at 7047 Franklin Ave., also known as Highland Gardens, is funded through this report using AHS-GCP for FY 2023-24. The site provides 143 beds to PEH and was previously part of the Project Roomkey program. This site will count towards the LA Alliance agreement.

**Safe Parking Pilot, 5455 West 111th Street in Council District 11**

The Los Angeles World Airport (LAWA) received approval from the Federal Aviation Administration in a letter dated January 27, 2022, for a one-year safe parking pilot program for up to 50 cars at 5455 West 111th Street in Council District 11. In the CAO report dated January 26, 2023 (C.F. 20-0841-S31), the CAO was authorized to enter into a sole source contract with Community Partners, the fiscal sponsor of Safe Parking LA, through June 30, 2023 to provide safe parking services for this Pilot. The initial contract amount was approved at $309,385 with funding supported by County Agreement funds, however, this report recommends approving an additional $585,600 for a new contract total of $894,985 to continue services through the new contract end date of May 31, 2024.

**Operation Funds for the Tiny Home Village at 850 N. Mission Road In Council District 14**

On June 7, 2022, the Council and Mayor approved $5,551,471 of HHAP-2 funds to support the construction of the Tiny Home Village located at 850 N. Mission Road in Council District 14 through the CAO's 11th Roadmap funding report dated May 20, 2022 (C.F. 20-0841-S23). In a separate Municipal Facilities Committee report dated August 23, 2022 (C.F.20-0841-S23), the Council and Mayor approved the authority for GSD to enter into an MOU with the Bureau of Sanitation, as well as $194,400 of County Agreement funds to support the leasing of the site. Since the land was purchased using the Sewer Construction Maintenance (SCM) fund, the City is required to make the fund whole by paying a market rate lease.

The site consists of 74 pallet shelters and will provide 144 beds to PEH. The THV would provide hygiene pallets, on-site laundry, a pet relief area, and outdoor sitting area for participants. The service provider on site will be Volunteers of America, Los Angeles (VOALA), and the site is slated to open in November 2023. This report recommends $2,162,160 of County Agreement funds to support the operations of this site beginning November 30, 2023 through June 30, 2024.

CAO File No.                                    PAGE
0220-05151-0448                              10

**Public Works Reimbursement**

Throughout the term of the Roadmap, the Bureau Of Engineering and Bureau of Contract Administration have provided project management and architectural support in the construction of the Tiny Home Villages, ABH, Safe Sleep, and various interim housing projects. This report recommends reimbursement related costs for staffing costs, which include salaries, overtime, transportation, and contractual services.

**Project Homekey Rehabilitation**

The Department of Housing and Urban Development has previously allocated the Emergency Solutions Grants - Covid-19 (ESG-CV) with an expenditure deadline of September 30, 2023. Funding has been used to support rehabilitation costs for the various Project Homekey sites. Previously, the projects had an expenditure authority through June 30, 2023. In order to ensure all ESG-CV funds to be utilized by September 2023, this Report recommends extending LAHSA's expenditure authority for Project Homekey rehabilitation costs for an additional three months.

**FISCAL IMPACT STATEMENT**

There is no impact to the General Fund as a result of the recommendations in this report at this time.The recommendations in this Report will be funded with the City's General Fund approved for homelessness interventions and the County service funding commitment from FY 2022-23 and FY 2023-24.

**FINANCIAL POLICIES STATEMENT**

The recommendations in this report comply with the City Financial Policies in that budgeted funds are being used to fund recommended actions.

Attachments:
1. COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 17th Homeless Roadmap Funding Recommendations are Approved; and
2. Proposed LAHSA Roadmap Housing Interventions 2023-24 Continued Operations Funding.

*MWS:ECG:KML:MAG:16230086*

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 17th Roadmap Funding Recommendations are Approved

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2022-2023 Comittment | | | | | Fiscal Year 2023-2024 Comittment | | | Total Commitment |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | County (4) | GCP-AHS | |
| 1 | ABH Beds (1) | Capital | 13160 Raymer St. | 2 | | | | | | | | | $1,348,325 |
| 2 | | | 7700 Van Nuys Blvd. | 2 | | | | | | | | | $6,209,046 |
| 3 | | | 7621 Canoga Ave. | 3 | | | | | | | | | $4,300,000 |
| 4 | | | 3061 Riverside Dr. | 4 | | | | | -$650,704.87 | | | | $4,537,274 |
| 5 | | | 3428 Riverside Dr. | 4 | | | | | | | | | $5,812,912 |
| 6 | | | 1479 La Cienega Blvd. | 5 | | | | | | | | | $0 |
| 7 | | | 14333 Aetna St. | 6 | | | | | | | | | $5,127,725 |
| 8 | | | Sylmar Armory | 7 | | | | | | | | | $0 |
| 9 | | | 4601 Figueroa St. | 9 | | | | | | | | | $0 |
| 10 | | | 1819 S. Western Ave. | 10 | | | | | | | | | $1,579,490 |
| 11 | | | 625 Lafayette Pl. | 10 | | | | | | | | | $5,518,289 |
| 12 | | | West LA VA | 11 | | | | | | | | | $136,046 |
| 13 | | | 1533 Schrader Blvd. | 13 | | | | | $20,529 | | | | $42,029 |
| 14 | | | 310 N. Main St. | 14 | | | | | | | | | $3,643,174 |
| 15 | | | 407 N Beacon St. (515 N Beacon St.) | 15 | | | | | $158,410 | | | | $971,200 |
| 16 | | | 828 Eubank Ave. | 15 | | | | | | | | | $15,000 |
| | ABH Capital Total | | | | $0 | $0 | $0 | $0 | -$471,766 | | | | $39,240,509 |
| 17 | ABH Beds (1) | Operating (2) | 1920 W 3rd St. | 1 | $176,158 | | | -$613,200 | $767,448 | | | | $1,328,051 |
| 18 | | | 13160 Raymer St. | 2 | | | | $2,813,599 | | | $1,866,600 | | $9,046,155 |
| 19 | | | 7700 Van Nuys Blvd. | 2 | | | | $2,196,000 | | | $2,196,000 | | $9,112,048 |
| 20 | | | 7621 Canoga Ave. | 3 | | | | | | | | | $0 |
| 21 | | | 3061 Riverside Dr. | 4 | | | | $856,440 | | | $856,440 | | $7,384,669 |
| 22 | | | 3428 Riverside Dr. | 4 | | | | $2,196,000 | | | $2,196,000 | | $10,493,062 |
| 23 | | | 1479 La Cienega Blvd. | 5 | $647,991 | | | $647,991 | | | | | $2,655,978 |
| 24 | | | 14333 Aetna St. | 6 | | | | $1,221,000 | | | $1,221,000 | | $7,056,230 |
| 25 | | | Sylmar Armory | 7 | | | | $1,866,600 | | | $1,866,600 | | $9,108,600 |
| 26 | | | 4601 Figueroa St. | 9 | | | | | | | | | $949,333 |
| 27 | | | 1819 S. Western Ave. | 10 | | | | $329,400 | | | $329,400 | | $1,730,220 |
| 28 | | | 625 Lafayette Pl. | 10 | | | | $1,581,120 | | | $1,581,120 | | $6,898,731 |
| 29 | | | 1214 Lodi Pl. (Phase 1) | 13 | | | | $4,500,642 | | | $1,405,440 | | $11,904,070 |
| 30 | | | 1533 Schrader Blvd. | 13 | | | | -$1,576,800 | 1,576,800 | | | | $2,791,437 |
| 31 | | | 711 N Alameda St (El Puente) | 14 | $107,639 | | | -$985,500 | $985,500 | | | | $2,281,102 |
| 32 | | | 310 N. Main St. (Civic Center) | 14 | | | | $714,160 | | | | | $6,027,258 |
| 33 | | | 407 N Beacon St. (515 N Beacon St.) | 15 | $512 | | | $1,670,169 | | | $666,153 | | $5,231,955 |
| 34 | | | 828 Eubank Ave. | 15 | $126 | | | $252 | $39,752 | | $2,196,000 | | $6,616,256 |
| | ABH Operation Total | | | | $932,426 | $0 | $0 | $17,417,872 | $3,369,500 | | | | $100,615,555 |
| 35 | | | 11471 Chandler Blvd. | 2 | | | | | | | | | $4,562,211 |
| 36 | | | 6099 Laurel Canyon Blvd. | 2 | | | | | | | | | $8,673,036 |
| 37 | | | 12600 Saticoy St. | 2 | | | | | | | | | $6,008,098 |

Case 2:20-cv-02291-DOC-KES    Document 599-3    Filed 07/17/23    Page 12 of 19    Page ID #:10840

5/11/2023

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2022-2023 Comittment | | | | | Fiscal Year 2023-2024 Comittment | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | County (4) | GCP-AHS | |
| 38 | | | 19040 Vanowen St. | 3 | | | | | | | | | $3,229,997 |
| 39 | | | 6073 Reseda Blvd. | 3 | $32,000 | | | | $135,080 | | | | $4,411,736 |
| 40 | | | 9710 San Fernando Blvd. | 6 | | | | | -$1,300,000 | | | | $5,673,070 |
| 41 | | | Compton Ave. and Nevin Ave. | 9 | -$10,000 | | | | -$7,135,913 | | | | $58,422 |
| 42 | Tiny Home Villages | Capital | 2301 W. 3rd St. | 13 | | | | | -$1,382,042 | | | | $3,592,855 |
| 43 | | | 1455 Alvarado St. | 13 | | | | | | | | | $2,487,722 |
| 44 | | | Arroyo & Ave. 60 | 14 | | | | | | | | | $6,173,096 |
| 45 | | | 7570 Figueroa St. | 14 | | | | | -$631,916 | | | | $3,159,298 |
| 46 | | | 850 N. Mission Rd. | 14 | $4,869,572 | | | | | | | | $4,869,572 |
| | | | Mission and Jesse | 14 | | | | | $193,924 | | | | $193,924 |
| 47 | | | 1221 Figueroa Pl. | 15 | | | | | | | | | $4,391,241 |
| 48 | | | 600 E. 116th Pl. | 15 | $3,588,982 | | | | | | | | $3,720,68 |
| | Tiny Home Villages Capital Total | | | | $8,480,554 | $0 | $0 | $0 | -$10,120,867 | | | | $61,204,97 |
| 49 | | | 2521-2525 Long Beach Ave. | 9 | | | | | | | | | $4,911,342 |
| 50 | Other Interim Beds / Homekey Units (1) | Acquisition | 2300, 2312, 2324 & 2332 S. Central Ave. | 9 | | | | | | | | | $11,688,000 |
| 51 | | | 1300-1332 W. Slauson Ave. | 9 | | | | | | | | | $6,520,353 |
| | | | | | $0 | $0 | $0 | $0 | $0 | | | | $23,119,695 |
| 52 | | | 499 San Fernando Road | 1 | | | | | $3,126,715 | | | | $14,598,676 |
| 53 | | | Coalition to Abolish Slavery and Trafficking (CAST) | 5 | | | | | | | | | $445,32 |
| 54 | Other Interim Beds | Capital | 2521-2525 Long Beach Ave. | 9 | | | | | | | | | $3,406,47 |
| 55 | | | 1300-1332 W. Slauson Ave. | 9 | | | | | | | | | $2,124,741 |
| 56 | | | 18140 Parthenia Blvd. | 12 | | | | | | | | | $8,289,123 |
| | Other Interim Beds Capital Total | | | | $0 | $0 | $0 | $0 | $3,126,715 | | | | $28,864,314 |
| 57 | | | 11471 Chandler Blvd. | 2 | | | | | | | $1,509,750 | | $5,113,75 |
| 58 | | | 6099 Laurel Canyon Blvd. | 2 | | | -$767,625 | | | | $4,026,000 | | $12,049,875 |
| 59 | | | 12600 Saticoy St. | 2 | $512 | | -$1,338,966 | -$455,488 | | | $3,019,500 | | $7,343,826 |
| 60 | | | 19040 Vanowen St. | 3 | | | -$822,917 | | | | $2,033,130 | | $5,631,767 |
| 61 | | | 6073 Reseda Blvd. | 3 | | | -$1,469,219 | $18,146 | | | $2,979,240 | | $7,670,74 |
| 62 | | | 9710 San Fernando Blvd. | 6 | | | -$1,009,975 | $1,659,978 | | | $3,240,930 | | $5,919,233 |
| 63 | | | Compton Ave. & Nevin Ave. | 9 | | | | -$475,200 | | | | | $0 |
| 64 | Tiny Home Villages | Operating (2) | 1455 Alvarado St. | 13 | | | $321,000 | | | | $865,590 | | $4,973,804 |
| 65 | | | 2301 W. 3rd St. | 13 | | | | $677,440 | | | $1,288,320 | | $5,378,23 |
| 66 | | | Arroyo & Ave. 60 | 14 | | | | $763,880 | | | $4,509,120 | | $12,738,840 |
| 67 | | | 7570 Figueroa St. | 14 | | | | $578,041 | | | $1,872,090 | | $5,027,999 |
| 68 | | | 1221 Figueroa Pl. | 15 | | | | | | | $1,610,400 | | $4,371,235 |
| 69 | | | 499 San Fernando | 1 | | | | $990,000 | | | | | $990,000 |
| **70** | | | 850 N. Mission Rd. | 14 | | | | $194,400 | | | $2,162,160 | | $2,356,560 |
| | | | Mission and Jesse | 14 | | | | | $188,363 | | | | $188,363 |
| | Tiny Home Villages Operating Total | | | | $512 | $0 | -$5,087,702 | $3,951,197 | $0 | | $26,954,070 | | $77,209,300 |

Case 2:20-cv-02291-DOC-KES Document 599-3 Filed 07/17/23 Page 13 of 19 Page ID #:13894

# Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 17th Roadmap Funding Recommendations are Approved

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2022-2023 Comittment | | | | | Fiscal Year 2023-2024 Comittment | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | County (4) | GCP-AHS | |
| 71 | Other Interim Beds | Operating (2) | 313 Patton St. | 1 | | | | | | | | | $857,628 |
| 72 | | | 1701 Camino Palmero St. | 4 | | | | $76,650 | | | $691,740 | | $2,224,320 |
| 73 | | | 7600 Beverly Blvd. | 4 | | | | | | | | | $304,937 |
| 74 | | | 7253 Melrose Ave. | 5 | -$10,000 | | | -$2,970,444 | | | | | $0 |
| 75 | | | 7816 Simpson Ave. | 6 | | | | $983,675 | | | $986,370 | | $3,436,125 |
| 76 | | | 6909 N. Sepulveda Blvd. | 6 | | | | | | | $2,938,980 | | $9,697,685 |
| 77 | | | 11067 Norris Ave. | 7 | | | | | | | | | $609,900 |
| 78 | | | 8501 1/2 S. Vermont Ave. | 8 | | | | | | | $503,250 | | $1,632,125 |
| 79 | | | 5615 - 5749 S. Western Ave. | 8 | | | | | | | $140,910 | | $456,995 |
| 80 | | | 8311 S. Western Ave. | 8 | | | | | | | | | $321,000 |
| 81 | | | 2514 W. Vernon Ave. | 8 | | | | | | | | | $214,000 |
| 82 | | | 8501 S. Broadway | 9 | | | | | | | $3,019,500 | | $9,792,750 |
| 83 | | | 5100 S. Central Ave. | 9 | | | | | | | $503,250 | | $1,632,125 |
| 84 | | | 224 E. 25th St. & 224 1/2 E. 25th St. | 9 | | | | | | | $1,368,840 | | $3,610,640 |
| 85 | | | 9165 & 9165 ½ South Normandie St | 9 | | | | $160,600 | | | $563,640 | | $1,527,240 |
| 86 | | | 5171 S. Vermont Ave. | 9 | | | | | | | | | $214,000 |
| 87 | | | 2521-2525 Long Beach Ave. | 9 | | | $1,351,228 | $1,826,072 | | | $2,938,980 | | $6,177,280 |
| 88 | | | 1300-1332 W. Slauson Ave. | 9 | | | -$2,007,500 | $348,021 | | | $2,013,000 | | $3,518,625 |
| 89 | | | 18140 Parthenia Blvd. | 12 | | | | $637,290 | | | $2,153,910 | | $5,183,340 |
| 90 | | | 5941 Hollywood Blvd. | 13 | | | -$31,169 | $412,101 | | | $603,900 | | $2,027,457 |
| 91 | | | 3191 W. 4th St. | 13 | | | | | | | | | $178,072 |
| 92 | | | 566 S. San Pedro St. | 14 | | | | $1,423,500 | | | $1,427,400 | | $4,525,700 |
| 93 | | | 1060 Vignes St. | 14 | | | | $4,858,150 | | | $4,670,160 | | $14,715,385 |
| 94 | | | 543 Crocker St. | 14 | | | | $401,500 | | | $402,600 | | $1,279,610 |
| 95 | | | 3123 S. Grand Ave. | 14 | | | | $401,500 | | | | | $803,000 |
| 96 | | | Scattered Sites - SRO Housing Corporation | 14 | | | | $1,204,500 | | | | | $2,409,000 |
| 97 | | | 1904 Bailey St. | 14 | | | | $3,229,477 | $79,491 | | | | $3,308,968 |
| 98 | | | 345 E. 118 Pl. | 15 | | | | $80,300 | | | $80,520 | | $241,120 |
| 99 | | | Various | Various | | | | | | | | | $220,220 |
| 100 | | | Project Roomkey (3) | Various | | | | | | | | | $73,422,992 |
| | **Other Interim Beds Operating Total** | | | | **-$10,000** | **$0** | **-$687,441** | **$13,072,892** | **$79,491** | **$0** | **$25,006,950** | **$0** | **$154,542,633** |
| 101 | | | Beacon (Solaire Hotel) | 1 | | | | | | | | | $4,873,960 |
| 102 | | | Sieroty (Howard Johnson) | 4 | | | | | | | | | $5,103,560 |
| 103 | | | Sepulveda Villa (Econo Motor Inn) | 6 | $1,859,280 | | | | | | | | $4,568,997 |
| 104 | | | Pano (Panorama Inn) | 6 | | | | | | | | | $2,713,579 |
| 105 | | | Arleta (Woodman) | 6 | | | | | | | | | $20,056,747 |
| 106 | | | Woodman Ownership Transfer | 6 | | | | | | | | | $19,508 |
| 107 | | | Encinitas (Good Nite Inn) | 7 | | | | | | | | | $16,351,536 |

5/11/2023

Case 2:20-cv-02291-DOC-KES Document 599-3 Filed 07/17/23 Page 14 of 19 Page ID #:13841

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2022-2023 Comittment | | | | | Fiscal Year 2023-2024 Comittment | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | County (4) | GCP-AHS | |
| 108 | Homekey Units (1) | Match / Acquisition | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | | | | | | | $1,281,018 |
| 109 | | | Mollie Maison (Best Inn) | 10 | | | | | | | | | $990,290 |
| 110 | | | The Layover (Super 8 LAX) | 11 | | | | | | | | | $10,830,215 |
| 111 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | | | | | | $10,152,255 |
| 112 | | | Devonshire Lodge (Travelodge) | 12 | | | | | | | | | $3,162,222 |
| 113 | | | The Nest | 13 | | | | | | | | | $1,736,815 |
| 114 | | | Casa Luna (Titta's Inn) | 14 | | | | | | | | | $1,977,625 |
| 115 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | | | | | | $9,021,062 |
| 116 | | | Travelodge (Normandie) | 15 | | | | | | | | | $3,990,522 |
| 117 | | | Property management and real estate service | Various | | | | | | | | | $779,939 |
| | **Project Homekey Match / Aquisition Total** | | | | **$1,859,280** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$97,609,837** |
| 118 | Homekey Units (1) | Operating | Beacon (Solaire Hotel) | 1 | **$2,347,158** | | **-$219,336** | $2,340,745 | | | | | **$6,321,958** |
| 119 | | | Sieroty (Howard Johnson) | 4 | **$2,206,980** | | -$200,000 | $2,172,480 | | | | | $6,111,553 |
| 120 | | | Super 8 Canoga Park | 3 | | | -$1,178,015 | | | | | | $1,028,993 |
| 121 | | | Sepulveda Villa (Econo Motor Inn) | 6 | **$1,859,280** | | | $1,854,200 | | | | | $5,471,703 |
| 122 | | | Pano (Panorama Inn) | 6 | **$250,000** | | -$250,000 | $250,000 | | | | | $500,000 |
| 123 | | | Arleta (Woodman) | 6 | **$4,699,120** | | -$315,000 | $765,283 | | | | | $5,464,903 |
| 124 | | | Encinitas (Good Nite Inn) | 7 | **$2,757,810** | | | $2,750,275 | | | | | $9,578,320 |
| 125 | | | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | **-$344** | $761,025 | | | | | **$1,374,059** |
| 126 | | | Mollie Maison (Best Inn) | 10 | **$187,210** | | $472,391 | $704,450 | | | | | $2,049,734 |
| 127 | | | The Layover (Super 8 LAX) | 11 | **$1,418,250** | | $235,362 | $1,383,350 | | | | | $5,099,562 |
| 128 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | -$169,289 | $356,085 | | | | | $1,731,181 |
| 129 | | | Devonshire Lodge (Travelodge) | 12 | **$2,388,150** | | **-$417,509** | $2,381,625 | | | | | **$7,883,079** |
| 130 | | | The Nest | 13 | **$1,226,100** | | **-$156,436** | $1,222,750 | | | | | **$3,517,069** |
| 131 | | | Casa Luna (Titta's Inn) | 14 | **$1,259,772** | | | $1,256,330 | | | | | $3,597,212 |
| 132 | | | Huntington Villas (Super 8 Alhambra) | 14 | **$1,661,640** | | **-$479,165** | $1,657,100 | | | | | **$5,270,075** |
| 133 | | | Travelodge (Normandie) | 15 | **$500,000** | | -$500,000 | $500,000 | | | | | $1,000,000 |
| | **Project Homekey Operating Total** | | | | **$22,761,470** | **$0** | **-$3,177,341** | **$20,355,698** | **$0** | **$0** | **$0** | **$0** | **$65,998,899** |
| 134 | | | Beacon (Solaire Hotel) | 1 | | | | | | | | | $3,231,738 |
| 135 | | | Sieroty (Howard Johnson) | 4 | | | | $1,515,944 | | | | | $4,701,798 |
| 136 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | | | $93,662 | | | | | $886,851 |
| 137 | | | Pano (Panorama Inn) | 6 | $1,311,268 | | $1,286,703 | | $1,688,732 | | | | $6,258,762 |
| 138 | | | Arleta (Woodman) | 6 | $2,046,519 | | $7,026,192 | | | | | | $16,188,536 |
| 139 | | | Encinitas (Good Nite Inn) | 7 | | | | | | | | | $2,766,022 |

5/11/2023

Case 2:20-cv-02291-DOC-KES Document 599-3 Filed 07/17/23 Page 15 of 19 Page ID #:18833

Case 2:20-cv-02291-DOC-KES Document 599-3 Filed 07/17/23 Page 16 of 19 Page ID #:18474

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2022-2023 Comittment | | | | | Fiscal Year 2023-2024 Comittment | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | County (4) | GCP-AHS | |
| 140 | Homekey Units (1) | Improvement | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | $356,272 | | | | | | $758,266 |
| 141 | | | Mollie Maison (Best Inn) | 10 | | | | | | | | | $186,577 |
| 142 | | | The Layover (Super 8 LAX) | 11 | | | | | | | | | $1,020,206 |
| 143 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | | | | | | $805,120 |
| 144 | | | Devonshire Lodge (Travelodge) | 12 | | | $300,000 | | | | | | $1,215,324 |
| 145 | | | The Nest | 13 | | | | | | | | | $306,967 |
| 146 | | | Casa Luna (Titta's Inn) | 14 | | | | | | | | | $312,272 |
| 147 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | | | | | | $377,640 |
| 148 | | | Travelodge (Normandie) | 15 | | | | | | | | | $5,138,666 |
| 149 | | | Real estate services to monitor alterations | n/a | | | | | | | | | $335,295 |
| | Project Homekey Capital Improvement Total | | | | $3,357,787 | $0 | $10,578,773 | $0 | $1,688,732 | $0 | $0 | $0 | $44,490,035 |
| 150 | Recovery Housing | | Rapid Rehousing/ Shared Housing** | Various | | | | | | | | | $82,285,920 |
| | Recovery Housing Total | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $82,285,920 |
| 151 | Measure H Strategy (7) | | Measure H Strategy - B4 (Landlord Incentive) | Various | | | | | | | | | $426,000 |
| | Measure H Strategy Total | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $426,000 |
| 152 | Safe Sleeping | Capital | 2300 S. Central Ave. (6) | 9 | | | | | -$181,668 | | | | $1,516,883 |
| 153 | | | 317 N. Madison Ave. | 13 | | | | | | | | | $10,553 |
| | Safe Sleep Capital Total | | | | $0 | $0 | $0 | $0 | -$181,668 | $0 | $0 | $0 | $1,527,436 |
| 154 | Safe Sleeping | Operating (2) | 2300 S. Central Ave. (6) | 9 | | | -$1,524,250 | $3,056,875 | | | $3,065,250 | | $7,646,375 |
| 155 | | | 317 N. Madison Ave. | 13 | | | | -$271,001 | | | | | $1,029,279 |
| | Safe Sleep Operating Total | | | | $0 | $0 | -$1,524,250 | $2,785,874 | $0 | $0 | $3,065,250 | $0 | $8,675,654 |
| 156 | Safe Parking (1) | Operating (2) | 7128 Jordan Ave. | 3 | | | | $273,750 | | | $274,500 | | $957,869 |
| 158 | | | 4301 S. Central Ave. | 9 | | | | $109,500 | | | $109,800 | | $383,148 |
| 159 | | | 1201 S. Figueroa St. | 9 | | | | $328,500 | | | $329,400 | | $892,965 |
| 161 | | | 11339 Iowa Ave. | 11 | | | | $273,750 | | | $274,500 | | $657,750 |
| 162 | | | 9100 Lincoln Blvd. | 11 | | | | $273,750 | | | $274,500 | | $759,459 |
| 163 | | | 5455 111th Street | 11 | $7,360 | | | $778,119 | | | | | $894,985 |
| 164 | | | 8775 Wilbur Ave. | 12 | | | | $219,000 | | | $219,600 | | $766,295 |
| 165 | | | 1033 Cole Ave. | 13 | | | | $328,500 | | | $219,600 | | $711,948 |
| 166 | | | 4591 Santa Monica Blvd. | 13 | | | | $0 | | | | | $163,848 |
| 167 | | | 711 S. Beacon St. | 15 | | | | $328,500 | | | $329,400 | | $1,149,693 |
| 168 | | | 19610 Hamilton Ave. | 15 | | | | $273,750 | | | $274,500 | | $957,869 |
| | Safe Parking Operating Total | | | | $7,360 | $0 | $0 | $3,187,119 | $0 | $0 | $2,305,800 | $0 | $8,295,822 |
| 169 | Outreach | | Roadmap Outreach | Various | $2,472,188 | | | | | | | | $9,077,365 |
| 170 | | | Encampment to Home Program on Ocean Front Walk/Venice | 11 | | | | | | | | | $5,000,000 |

5/11/2023

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2022-2023 Comittment | | | | | Fiscal Year 2023-2024 Comittment | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | County (4) | GCP-AHS | |
| | Outreach Total | | | | $2,472,188 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $14,977,365 |
| 171 | Admin | Admin | BOE | n/a | | | | | $2,366,711 | | | | $8,155,055 |
| 172 | | | BCA | n/a | | | | | | | | | $299,416 |
| 173 | | | CAO | n/a | | | | | | | | | $254,035 |
| 174 | | | GSD | n/a | | | | | | | | | $77,500 |
| 175 | | | LAHD | n/a | | | | | | | | | $1,158,255 |
| 176 | | | LAHSA | n/a | | | | | | | | | $5,500,682 |
| | Admin Total | | | | $0 | $0 | $0 | $0 | $2,366,711 | $0 | $0 | $0 | $15,444,943 |
| | Total Commitment | | | | $39,861,577 | $0 | $102,040 | $60,770,653 | -$143,153 | $0 | $57,332,070 | $0 | $801,409,205 |
| | Total Uncommitted | | | | | $12,279 | $623,960 | | N/A | | $1,820,627 | | |

(1) Does not include Roadmap interventions that are in existing agreements with the County.

(2) Operating costs vary by intervention type: ABH Beds: $60/bed/night; Tiny Home Villages, Leased Facilities, Year Round Shelter: $55/bed/night; Project Homekey: $85/unit/night; Safe Sleeping: $67/person/night; and Safe Parking

(3) Committed funds used to front-fund the Project Roomkey extension are expected to be reimbursed by the FEMA, at which time the funds will be available for programming.

(4) County Services allocations are restricted to services, leasing, FFE, and start up costs.

(5) Reflects the entire cost of the program for two (2) years using ESG-COVID.

(6) 2300 S Central is part of the City Project Homekey Program. The site will oeprate a Safe Sleeping Program until the owner/operator is ready to begin construction on permanent supportive housing.

(7) Placements funded with City funding for Measure H Strategies will be counted toward the Roadmap target of 6,700 interventions.

Case 2:20-cv-02291-DOC-KES   Document 599-3   Filed 07/17/23   Page 17 of 19   Page ID #:18845

5/11/2023

Attachment 2: Proposed LAHSA Roadmap Housing Interventions 2023-24 Continued Operations Funding

## LAHSA Roadmap Housing Interventions 2023-24 Continued Operations Funding

| Funding Category | No. | Project Name/ Address | CD | 23-24 Total Operations Funding |
|---|---|---|---|---|
| **Tiny Home Villages Operations** | 1 | 11471 Chandler Blvd. | 2 | $1,509,750 |
| | 2 | 6099 Laurel Canyon Blvd. | 2 | $4,026,000 |
| | 3 | 12600 Saticoy St. | 2 | $3,019,500 |
| | 4 | 19040 Vanowen St. | 3 | $2,033,130 |
| | 5 | 6073 Reseda Blvd. | 3 | $2,979,240 |
| | 6 | 9710 San Fernando Blvd. | 6 | $3,240,930 |
| | 7 | 1455 Alvarado St. | 13 | $865,590 |
| | 8 | 2301 W. 3rd St. | 13 | $1,288,320 |
| | 9 | Arroyo & Ave. 60 | 14 | $4,509,120 |
| | 10 | 7570 Figueroa St. | 14 | $1,872,090 |
| | 11 | 1221 Figueroa Pl. | 15 | $1,610,400 |
| | **Sub-Total** | | | **$26,954,070** |
| **A Bridge Home Operations** | 12 | 13160 Raymer St. | 2 | $1,866,600 |
| | 13 | 7700 Van Nuys Blvd. | 2 | $2,196,000 |
| | 14 | 3061 Riverside Dr. | 4 | $856,440 |
| | 15 | 3428 Riverside Dr. | 4 | $2,196,000 |
| | 16 | 14333 Aetna St. | 6 | $1,221,000 |
| | 17 | Sylmar Armory | 7 | $1,866,600 |
| | 18 | 1819 S. Western Ave. | 10 | $329,400 |
| | 19 | 625 Lafayette Pl. | 10 | $1,581,120 |
| | 20 | 1214 Lodi Pl. (Phase 1) | 13 | $1,405,440 |
| | 21 | 407 N Beacon St. (515 N Beacon S | 15 | $1,121,446 |
| | 22 | 828 Eubank Ave. | 15 | $2,196,000 |
| | **Sub-Total** | | | **$16,836,046** |
| **Other Interim Housing Operations** | 23 | 1701 Camino Palmero St. | 4 | $691,740 |
| | 24 | 7816 Simpson Ave. | 6 | $986,370 |
| | 25 | 6909 N. Sepulveda Blvd. | 6 | $2,938,980 |
| | 26 | 8501 1/2 S. Vermont Ave. | 8 | $503,250 |
| | 27 | 5615 - 5749 S. Western Ave. | 8 | $140,910 |
| | 28 | 8501 S. Broadway | 9 | $3,019,500 |
| | 29 | 5100 S. Central Ave. | 9 | $503,250 |
| | 30 | 224 E. 25th St. & 224 1/2 E. 25th St | 9 | $1,368,840 |
| | 31 | 9165 & 9165 ½ South Normandie S | 9 | $563,640 |
| | 32 | 2521-2525 Long Beach Ave. | 9 | $2,938,980 |
| | 33 | 1300-1332 W. Slauson Ave. | 9 | $2,013,000 |
| | 34 | 18140 Parthenia Blvd. | 12 | $2,153,910 |
| | 35 | 5941 Hollywood Blvd. | 13 | $603,900 |
| | 36 | 566 S. San Pedro St. | 14 | $1,427,400 |
| | 37 | 1060 Vignes St. | 14 | $4,670,160 |
| | 38 | 543 Crocker St. | 14 | $402,600 |
| | 39 | 345 E. 118 Pl. | 15 | $80,520 |
| | **Sub-Total** | | | **$25,006,950** |

1

Attachment 2: Proposed LAHSA Roadmap Housing Interventions 2023-24 Continued Operations Funding

| | | | | |
|---|---|---|---|---|
| **Safe Sleep Operations** | 40 | 2300 S. Central Ave. | 9 | $3,065,250 |
| | Sub-Total | | | **$3,065,250** |
| **Safe Parking Operations** | 41 | 7128 Jordan Ave. | 3 | $274,500 |
| | 42 | 4301 S. Central Ave. | 9 | $109,800 |
| | 43 | 1201 S. Figueroa St. | 9 | $329,400 |
| | 44 | 11339 Iowa Ave. | 11 | $274,500 |
| | 45 | 9100 Lincoln Blvd. | 11 | $274,500 |
| | 46 | 8775 Wilbur Ave. | 12 | $219,600 |
| | 47 | 1033 Cole Ave. | 13 | $219,600 |
| | 48 | 711 S. Beacon St. | 15 | $329,400 |
| | 49 | 19610 Hamilton Ave. | 15 | $274,500 |
| | Sub-Total | | | **$2,305,800** |
| **Total** | | | | **$74,168,116** |