# EXHIBIT D

REPORT FROM

# OFFICE OF THE CITY ADMINISTRATIVE OFFICER

| | | |
|---|---|---|
| Date: | June 16, 2023 | CAO File No. 0220-05151-0464<br>Council File No.   20-0841,<br>20-1524, 20-1524-S1, 18-0628<br>Council District:   All |
| To: | The City Council | |
| From: | Matthew W. Szabo, City Administrative Officer | |
| Reference: | COVID-19 Homelessness Roadmap | |
| Subject: | **EIGHTEENTH REPORT: COVID-19 HOMELESSNESS ROADMAP FUNDING RECOMMENDATIONS** | |

## SUMMARY

On September 9, 2020, the City Council approved funding for the initial projects under the COVID-19 Homelessness Roadmap (Roadmap) and directed this office to submit future funding recommendations through reports. This is the eighteenth such report.

First, this report provides the authority to extend two A Bridge Homes and funding for multiple interim housing sites to support the operations of beds that were not previously occupiable for various programmatic reasons.

Second, this report recommends the reallocation and reappropriation of funds, as well as the extension of expenditure authority of Emergency Solutions Grant - CARES Act (ESG-CV) funds for various Project Homekey sites. The movement of this funding will support both operations and rehabilitation costs through Fiscal Years 2022-23 and 2023-24.

Lastly, this report recommends the revisions of previously approved recommendations to better align programmatic goals. Also included is the reappropriation of funds that were initially approved for the Project Roomkey program.

## RECOMMENDATION

That the City Council, subject to approval by the Mayor:

1. DETERMINE that the leases and continued use of the Crisis and Bridge Housing at 828 N. Eubank Avenue and 3428 Riverside Drive are statutorily exempt from CEQA under Public Resources Code, Section 21080(b)(4), as specific actions necessary to prevent or mitigate an emergency, and as reflected in CEQA Guidelines, Section 15269(c); and Public Resources Code, Section 21080.27 (AB 1197), applicable to City of Los Angeles emergency homeless shelters. This determination is consistent with, and supported by, the City Council's prior actions for the development and use of the property as a shelter; and CEQA determinations made on for Eubank Avenue on December 12, 2018, and July

CAO File No.                          PAGE
0220-05151-0464                          2

7, 2019, and for Riverside Drive on December 10, 2019 (C.F. Nos.18-0651, 18-0651-S2, and 19-0126, respectively).

2. AUTHORIZE the General Services Department (GSD) to execute a new or amend an existing interdepartmental agreement with the Port of Los Angeles and a lease agreement with the U.S. Veterans Initiative for the A Bridge Home site located at 828 Eubank Avenue with 100 beds in Council District 15 for a term of up to 42 months;

3. AUTHORIZE the GSD to execute a new or amend an existing interdepartmental agreement with the Department of Recreation and Parks and a lease agreement with the People Assisting the Homeless (PATH) for the A Bridge Home site located at 3248 Riverside Drive with 100 beds in Council District 4 for one year;

4. APPROVE $330,000 for the ramp up costs of the Northeast New Beginnings Community with 100 beds at 499 San Fernando Road in Council District 1 through June 30, 2024:
   a. APPROPRIATE $330,000 from Homeless Housing, Assistance, and Prevention Round 3 (HHAP-3) Fund No. 65S/10, Account No. 10W741, FC-1 Interim Housing Operations and Capital Costs to Fund No. 65S/43, in a new account entitled "2023-24 Other Interim Housing Ops" to be determined for the ramp up costs of the Northeast New Beginnings Community at 499 San Fernando Road in Council District 1;

5. APPROVE $2,757,810 of HHAP-3 funds for Roadmap interim housing operations from July 1, 2023 through June 30, 2024 for the operations of unfunded beds at the following locations:
   a. APPROPRIATE from HHAP-3 Fund No. 65S/10, Account No. 10W741, FC-1 Interim Housing Operations and Capital Costs to Fund No. 65S/43, in a new account entitled "2023-24 Other Interim Housing Ops" for the following in Council District 8:
      i.   $140,910 for seven beds at the interim housing site located at 9165 & 9165 ½ South Normandie Street;
      ii.  $201,300 for 10 beds at the interim housing site located at 5615 - 5749 South Western Avenue;
      iii. $241,560 for 12 beds at the interim housing site located at 345 East 118th Place;
   b. APPROPRIATE $2,174,040 from HHAP-3 Fund No. 65S/10, Account No. 10W741, FC-1 Interim Housing Operations and Capital Costs to Fund No. 65S/43, account number to be determined for the A Bridge Home site located in 310 N. Main Street in Council District 14;

6. APPROVE $1,610,400 of HHAP-3 funds for Skid Row interim housing operations from July 1, 2023 through June 30, 2024;
   a. APPROPRIATE $1,610,400 from HHAP-3 Fund No. 65S/10, Account No. 10W742, FC-2 Skid Row Housing to Fund No. 65S/43, account number to be determined for 80 beds at the interim housing site located at 543 Crocker Street in Council District 14;

CAO File No.                    PAGE
0220-05151-0464                  3

7. REPROGRAM $107,639 from the Los Angeles Housing Department HHAP-3 Fund No. 65S/43, account number to be determined, to the General Services Department Fund No. 100/63, 000027, A Bridge Home Leasing for the leasing costs of 711 N. Alameda St. (El Puente) (Trailers);

8. AUTHORIZE the extension of the expenditure authority for the Scattered Site - SRO Housing Corporation program in Council District 14 (Time-Limited Subsidies) through June 30, 2024;

9. AMEND and REPLACE the approved Recommendation 13.b. relative to the 15th Homelessness Roadmap Report dated January 26, 2023 (C.F. 20-0841-S30) to read as follows:
   a. TRANSFER $585,600 from the newly established account from Fund No. 63Q/10, a new account entitled, "5455 W. 111th - Safe Parking Operations" to the Office of the City Administrative Officer Fund 100/10 Account No. 003040, Contractual Services for the Safe Parking services operated by Safe Parking LA from July 1, 2023 to May 31, 2024;

10. AUTHORIZE the extension of the expenditure authority deadline for Emergency Solutions Grant - Covid-19 (ESG-CV) funds allocated to LAHSA to support rehabilitation costs for the EC Motel located at 3501 Western Avenue, a Project Homekey 1.0 (PHK) site in Council District 8, from the original deadline of June 30, 2023, to extended date of September 30, 2023;

11. NOTE the reallocation of $347,480 within the Homeless Efforts - County Funding Agreement Fund No. 63Q/43, Account No. 43WC30, 2022-23 Project Homekey Operations from PHK sites as described in *Table 1: Project Homekey 1 Operation Adjustment*;

12. REPROGRAM $666,490 from ESG-CV Fund No. 517/43, Account No. 43TCV1, LAHSA Rapid Re-Housing and Shared Housing-CV19 to ESG-CV Fund No. 517/43, Account No. 43TA42, Homekey Operations for the PHK site, Mollie Maison, located at 4701 Adams Boulevard, Council District 10 for operations through June 30, 2023;

13. REPROGRAM $2,848,444.50 from ESG-CV Fund No. 517/43, Account No. 43TCV1, LAHSA Rapid Re-Housing and Shared Housing-CV19 to ESG-CV Fund No. 517/43, Account No. 43TA42, Homekey Operations for operation cost shortfall in FY 2021-2022 for the following PHK sites listed on *Table 2: Roadmap 2021-22 Operation Shortfall Funding*

14. REPROGRAM $410,352.22 from ESG-CV Fund No. 517/43, Account No. 43TCV1, LAHSA Rapid Re-Housing and Shared Housing-CV19 to ESG-CV Fund No. 517/43, Account No. 43TA42, Homekey Operations for the PHK Arleta (Woodman) site in Council District 6 to effectuate the transfer in the 16th Covid-19 Homelessness Roadmap (C.F. 20-0841-S31);

CAO File No.                          PAGE
0220-05151-0464                        4

15. REPROGRAM $1,095,090 from ESG-CV Fund No. 517/43, Account No. 43TCV1, LAHSA Rapid Re-Housing and Shared Housing-CV19 to Fund No. 517/43 for the following accounts for Tiny Home Villages 2021-22 operations shortfall:
    a. $380,937 to Account No. 43TA31, Tiny Home Operations - 12600 Saticoy for 12600 Saticoy Street in Council District 2;
    b. $294,642.50 to Account No. 43TA33, Tiny Home Operations - 6700 Vanalden Avenue for 6700 Vanalden Avenue in Council District 3;
    c. $419,510.50 to Account No. 43TA34, Tiny Home Operations - 6073 Reseda Blvd for 6073 North Reseda Boulevard in Council District 3;

16. REPROGRAM $135,135 of unspent funds for the 313 Patton Street interim housing operations from ESG-CV Fund No. 517/43, Account No. 43TB36, Interim Housing Operations (Permanent Structure) to ESG-CV Fund No. 517/43, Account No. 43TA42, Homekey Operations for the Project Homekey Arleta (Woodman) Homekey 1.0 site in Council District 6 to effectuate the transfer in the 16th Covid-19 Homelessness Roadmap (C.F. 20-0841-S31);

17. APPROPRIATE $778,712.78 of AHS-GCP Project Roomkey savings from the Personnel Department Fund No. 100/66, Account No. 003040, Contractual Services to GCP Fund No. 100/56, Account No. 000957, PRK COVID-19 Emergency Response;

18. AMEND the approved Recommendation 5 from the Revised Homeless Housing, Assistance, and Prevent Round 2 Report Back and Funding Report (C.F. 20-1524) dated October 14, 2022 to read as follows:
    a. APPROVE up to $5,105,026.50 from HHAP-2 Fund No. 64J/10, Account No.10V773, Funding Category 3 - Street Strategy, Outreach, Public Health, and Hygiene to the Board of Public Works (BPW), Fund No. 100/74, Account No. 0003040, Contractual Services for the continuation of the following Citywide and Skid Row hygiene services through June 30, 2023:

| FC-3: Street Strategy, Outreach, Public Health, and Hygiene - Citywide and Skid Row | | |
|---|---|---|
| Program | CD | Operations Amount |
| Hygiene Services Skid Row - Pit Stop | 14 | $1,659,703.00 |
| Hygiene Services Skid Row - Litter Abatement | 14 | $923,501.00 |
| BPW Citywide Pit Stop Program | VARIOUS | $2,521,822.50 |
| | Total | $5,105,026.50 |

19. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's Roadmap contract (C-137223) with LAHSA as follows:
    a. Reflect the service funding allocations/amendments in this report for:
        i.    Northeast New Beginnings Community with 100 beds at 499 San Fernando

Road in Council District 1;
ii.    EC Motel Rehab expenditure extension;
iii.    PHK Operations for Mollie Maison, The Layover, and Arleta;
iv.    Interim Housing Operations at 313 Patton Street;
v.    PHK Operations for various sites as described in Table 2;
vi.    THV Operations for 12600 Saticoy Street, 6700 Vanalden Avenue, and 6073 N. Reseda Blvd.

20. INSTRUCT the General Manager of LAHD, or their designee, to amend the HHAP contract (C-135650) with LAHSA as follows:
    a. Reflect the service funding allocations/amendments in this report for:
       i.    499 San Fernando Road
       ii.    9165 & 9165 ½ South Normandie Street;
       iii.    5615 - 5749 South Western Avenue;
       iv.    345 East 118th Place;
       v.    310 N. Main Street;
       vi.    711 N. Alameda Street leasing reduction;
       vii.    543 Crocker Street
       viii.    SRO Time Limited Subsidies (Scattered Sites - SRO Housing Corporation)
    b. Reduce Homeless Housing, Assistance, Prevention Round 1 (HHAP-1) Skid Row OHS ReFresh Spot by $47,410.48 to reflect the technical correction dated June 24, 2022 from the Homeless Emergency Aid Program Close-Out Report dated April 25, 2022, Council File 18-0628, Recommendation 3b;
    c. Reduce HHAP-1 North Valley Caring Services Capacity Building by $81,836.58 to reflect the technical correction dated June 22, 2021 from the Homeless Housing, Assistance and Prevention (HHAP) Program Reprogramming and Funding Recommendations - Third Report dated May 25, 2021, Council File 19-0914, Recommendation 8;

21. INSTRUCT the City Clerk to place on the agenda of the first regular Council meeting on July 1, 2023, or shortly thereafter, the following instructions:
    a. REAPPROPRIATE up to $4,209,571 from Additional Homeless Services - General City Purposes (AHS-GCP) Fund No. 100/56, Account No. 000931, Additional Homeless Services;
    b. REAPPROPRIATE up to $11,432,218.13 of General City Purposes (GCP) funds from GCP Fund No. 100/56, Account No. 000957, PRK COVID-19 Emergency Response;
    c. REAPPROPRIATE up to $585,600 of Roadmap County Funding Agreement funds from the Office of the City Administrative Officer Fund No. 100/10, Account No. 003040, Contractual Services for the operations of the Safe Parking program located at 5455 E. 111th Street in Council District 11;
    d. APPROPRIATE $1,000,000 from Additional Homeless Services - General City Purposes (AHS-GCP) Fund No. 100/56, Account No. 000931, Additional Homeless Services to the Los Angeles Housing Department Fund No. 10A/43, Account No. 43WB05, USC Street Medicine Team for one Street Medicine team in Council District 1;

    i.   INSTRUCT and AUTHORIZE the General Manager of the LAHD or their designee to amend its contract (Contract No. C- 141111) with the University of Southern California (USC) to provide street medicine and housing services through June 30, 2024 to reflect the allocation provided in the above recommendation;

  e.  INSTRUCT and AUTHORIZE the General Manager of the Los Angeles Housing Department or their designee to amend its contract (Contract No. C- 141111) with the USC to provide street medicine and housing services through June 30, 2024 to reflect the $1,000,000 provided to the LAHD in the 2023-24 Adopted Budget;

22. AUTHORIZE the CAO to:
  a.  Prepare Controller instructions or make necessary technical adjustments, including to the names of the Special Fund accounts recommended for this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions; and
  b.  Prepare any additional Controller instructions to reimburse City Departments for their accrued labor, material or permit costs related to projects in this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions.

## BACKGROUND

As part of the LA Alliance case, on June 16, 2020, the City reached an agreement with the County to create 6,700 new homeless housing units within 18 months to address the COVID-19 emergency. This agreement is referred to as the Homelessness Roadmap.

The Roadmap set the following targets:
- 700 beds in existing agreements with the County within 10 months
- 5,300 new beds within 10 months
- 700 new beds within 18 months

The City is required to open and maintain 6,000 new beds, not covered by existing City-County agreements. The County will provide up to $60 million in annual service funding, totaling up to $300 million over the five-year agreement term, based on the number of interventions open and occupied within 60 days of July 1st each year.

The City has met all obligations under the agreement and will continue to do so. As of March 31, 2023, 6,581 new beds are open and occupiable, including 1,263 rapid rehousing/shared housing point-in-time placements overseen by LAHSA.

## DISCUSSION

### A Bridge Home Extensions

This report provides exemption determinations for the CEQA regarding the renewals of two A Bridge Home (ABH) sites. The first ABH is located at 828 Eubank Ave. in Council District (CD)

CAO File No.                        PAGE
0220-05151-0464                     7

15 and provides 100 beds. In support of this extension, this report recommends the authority for the General Services Department (GSD) to execute a permit agreement with the Port of Los Angeles (POLA), who owns the land in which the ABH resides, and a lease agreement with the service provider, U.S. Veterans Initiative. With the approval of POLA and the California State Lands Commission, the authority for this extension is up to 42 months.

The second ABH is located at 3248 Riverside Dr. in CD 4 and is also known as 3210 Riverside Dr. This ABH is operated by People Assisting the Homeless (PATH) and provides a total of 100 beds to adults. This report recommends the authority for GSD to enter into a Right of Entry agreement with the Department of Recreation and Parks, and also renew an existing lease with the service provider for one additional year, which was approved by the Board of Recreation and Park Commissioners on June 1, 2023 (Board Report No. 23-110). Any future extensions of this ABH will be increments of one year and will require Board approval for each term.

To provide authority for the renewals, the Bureau of Engineering (BOE) has conducted CEQA analyses for these sites, which are transmitted under separate cover. The Mayor and City Council must approve BOE's determinations that these uses are categorically exempt from CEQA.

**Additional Funding for the Operations of Existing Roadmap Beds**

The COVID-19 Homelessness Roadmap agreement was finalized on June 16, 2020, which required the City to create 6,700 new beds to provide shelter to people experiencing homelessness (PEH). Since the inception of this agreement, a number of beds have come on and off line due to various programmatic reasons. Through coordination with LAHSA, it has been discovered that some interim housing locations that are currently counted and funded through the Roadmap have physical beds available but are not operational due to lack of funding. Some of these beds may have been funded by other agreements that have since expired. In an effort to maximize the interim housing beds that are available to the City, this report recommends the programming of Homeless Housing, Assistance, and Prevention Program Round 3 (HHAP-3) funds to support the operations of these unfunded beds. $2,194,170 of HHAP-3 funds will support the operations of a total of 109 unfunded interim housing beds within Council Districts 8 and 14 through June 30, 2024. Additionally, $2,174,040 of HHAP-3 funds will support the operations of the ABH site located at 310 N. Main St in CD 14 with 99 beds through June 30, 2024.

**Scattered Sites - SRO Housing Corporation in Council District 14**

This report recommends extending the expenditure authority of the scattered site Single Resident Occupancy (SRO) program in Council District 14 through June 30, 2024, which came to fruition in April 2021. The funding recommendations provided in this report ensure the continuation of this program and to prevent the interruption of services for current participants. The program is operated by the SRO Housing Corporation.

## Project Homekey 1

*Mollie Maison and The Layover*

The recommendation outlined in Table 1 below transfers operations savings from one Homekey1 site, The Layover, to the Mollie Maison site, which has an operations gap. Additionally this report recommends transferring $666,490.00 in savings from Emergency Solutions Grant - CARES Act from LAHSA Rapid Re-Housing and Shared Housing-CV19 to the Mollie Maison site, to cover the remaining operations gap. Both sites are operated by The People Concern (TPC).

*Table 1: Project Homekey 1 Operation Adjustment*

| CD | Homekey Site | Current Operating Budget (County Funds) | Recommended Adjustment | Updated Operating Budget |
|---|---|---|---|---|
| 11 | The Layover | $1,383,350.00 | -$347,480.00 | $1,035,870.00 |
| 10 | Mollie Maison | $704,450.00 | $347,480.00 | $1,051,930.00 |
| | **Total:** | **$2,087,800.00** | **$0.00** | **$2,087,800.00** |

## Reprogramming of Savings in ESG-CV Funds

This Report recommends reprogramming up to $3,943,534.50 in savings from ESG-CV time limited subsidies for various Roadmap projects. Funding in the amount of $1,095,090 of the reprogrammed ESG-CV funds are recommended for operations shortfalls for Tiny Home Villages for costs in 2021-22. Additionally, $2,848,444.50 is reprogrammed as shown in Table 2 for the Roadmap sites and their allocations.

*Table 2: Roadmap 2021-22 Operation Shortfall Funding*

| Type | Site | ESG-CV Amount |
|---|---|---|
| Project Homekey 1.0 | Pano (Panorama Inn) | $597,087.00 |
| | Sieroty (Howard Johnson) | $200,000.00 |
| | Travelodge (Normandie) | $1,064,055.00 |
| | 1328 W. Slauson Ave. | $332,735.00 |
| | The Nest | $654,567.50 |
| Tiny Home Villages | 12600 Saticoy St. | $380,937.00 |
| | 6700 Vanalden Ave | $294,642.50 |
| | 6073 N. Reseda Blvd | $419,510.50 |
| **Total** | | **3,943,534.50** |

CAO File No.                          PAGE
0220-05151-0464                        9

**Project Roomkey**

On June 12, 2023, the Mayor and City Council approved the 17th Covid-19 Homelessness Roadmap (C.F. 20-0841-S34), which extends the expenditure authority for Project Roomkey costs through September 30, 2023 to allow for late and final invoices. As such, this report recommends reappropriating $11.4 million to ensure funds are available through September 2023. Additionally, this report recommends recapturing unspent funds from the Personnel Department for Chrysalis staffing costs relative to Project Roomkey.

**Other Recommendations**

The 2023-24 Adopted Budget Non-Departmental Footnotes, $1 million of Additional Homeless Services - General City Purposes is reserved for a Street Medicine Team in Council District 1 . The USC Street Medicine Program provides primary care on the street, which includes treatment for acute and chronic disease, preventative medicine, treatment for psychiatric conditions, and substance use disorders. All care is provided on-site, including dispensing medications and drawing blood for laboratory testing. Services will be provided in high areas of need within Council District 1.

Lastly, this report requests recommendations be placed on the first regular Council meeting on July 1, 2023, or shortly thereafter, to ensure ongoing funding and expenditure authority for Roadmap projects in FY 2023-24.

**FISCAL IMPACT STATEMENT**

There is an impact to the General Fund as a result of the recommendations in this report at this time.The recommendations in this Report will be funded with the City's General Fund approved for homelessness interventions and the County service funding commitment from FY 2022-23 and FY 2023-24.

**FINANCIAL POLICIES STATEMENT**

The recommendations in this report comply with the City Financial Policies in that budgeted funds are being used to fund recommended actions.

Attachments:
1. COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 18th Homeless Roadmap Funding Recommendations are Approved.

*MWS:ECG:KML:MP:SBL:MAG:16230116*

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 18th Roadmap Funding Recommendations are Approved

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2022-2023 Comittment | | | | | Fiscal Year 2023-2024 Comittment | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | County (4) | GCP-AHS | |
| 1 | ABH Beds (1) | Capital | 13160 Raymer St. | 2 | | | | | | | | | $1,348,321 |
| 2 | | | 7700 Van Nuys Blvd. | 2 | | | | | | | | | $6,209,046 |
| 3 | | | 7621 Canoga Ave. | 3 | | | | | | | | | $4,300,000 |
| 4 | | | 3061 Riverside Dr. | 4 | | | | | -$650,704.87 | | | | $4,537,274 |
| 5 | | | 3428 Riverside Dr. | 4 | | | | | | | | | $5,812,912 |
| 6 | | | 1479 La Cienega Blvd. | 5 | | | | | | | | | $0 |
| 7 | | | 14333 Aetna St. | 6 | | | | | | | | | $5,127,729 |
| 8 | | | Sylmar Armory | 7 | | | | | | | | | $0 |
| 9 | | | 4601 Figueroa St. | 9 | | | | | | | | | $0 |
| 10 | | | 1819 S. Western Ave. | 10 | | | | | | | | | $1,579,490 |
| 11 | | | 625 Lafayette Pl. | 10 | | | | | | | | | $5,518,289 |
| 12 | | | West LA VA | 11 | | | | | | | | | $136,046 |
| 13 | | | 1533 Schrader Blvd. | 13 | | | | | $20,529 | | | | $42,029 |
| 14 | | | 310 N. Main St. | 14 | | | | | | | | | $3,643,174 |
| 15 | | | 407 N Beacon St. (515 N Beacon St.) | 15 | | | | | $158,410 | | | | $971,200 |
| 16 | | | 828 Eubank Ave. | 15 | | | | | | | | | $15,000 |
| | **ABH Capital Total** | | | | **$0** | **$0** | **$0** | **$0** | **-$471,766** | **$0** | **$0** | **$0** | **$39,240,509** |
| 17 | ABH Beds (1) | Operating (2) | 1920 W 3rd St. | 1 | $176,158 | | | -$613,200 | $767,448 | | | | $1,328,051 |
| 18 | | | 13160 Raymer St. | 2 | | | | $2,813,599 | | | $1,866,600 | | $9,046,155 |
| 19 | | | 7700 Van Nuys Blvd. | 2 | | | | $2,196,000 | | | $2,196,000 | | $9,112,448 |
| 20 | | | 7621 Canoga Ave. | 3 | | | | | | | | | $0 |
| 21 | | | 3061 Riverside Dr. | 4 | | | | $856,440 | | | $856,440 | | $7,384,669 |
| 22 | | | 3428 Riverside Dr. | 4 | | | | $2,196,000 | | | $2,196,000 | | $10,493,062 |
| 23 | | | 1479 La Cienega Blvd. | 5 | $647,991 | | | $647,991 | | | | | $2,655,978 |
| 24 | | | 14333 Aetna St. | 6 | | | | $1,221,000 | | | $1,221,000 | | $7,056,230 |
| 25 | | | Sylmar Armory | 7 | | | | $1,866,600 | | | $1,866,600 | | $9,108,600 |
| 26 | | | 4601 Figueroa St. | 9 | | | | | | | | | $949,333 |
| 27 | | | 1819 S. Western Ave. | 10 | | | | $329,400 | | | $329,400 | | $1,730,220 |
| 28 | | | 625 Lafayette Pl. | 10 | | | | $1,581,120 | | | $1,581,120 | | $6,898,731 |
| 29 | | | 1214 Lodi Pl. (Phase 1) | 13 | | | | $4,500,642 | | | $1,405,440 | | $11,904,070 |
| 30 | | | 1533 Schrader Blvd. | 13 | | | | -$1,576,800 | 1,576,800 | | | | $2,791,437 |
| 31 | | | 711 N Alameda St (El Puente) | 14 | $107,639 | | | -$985,500 | $985,500 | | | | $2,281,102 |
| 32 | | | 310 N. Main St. (Civic Center) | 14 | | | | $714,160 | | | | | $6,027,258 |
| 33 | | | 407 N Beacon St. (515 N Beacon St.) | 15 | $512 | | | $1,670,169 | | | **$1,055,954** | | $5,621,754 |
| 34 | | | 828 Eubank Ave. | 15 | $126 | | | $252 | $39,752 | | $2,196,000 | | $6,616,256 |
| | **ABH Operation Total** | | | | **$932,426** | **$0** | **$0** | **$17,417,872** | **$3,369,500** | **$0** | **$16,770,554** | **$0** | **$101,005,354** |
| 35 | | | 11471 Chandler Blvd. | 2 | | | | | | | | | $4,562,211 |
| 36 | | | 6099 Laurel Canyon Blvd. | 2 | | | | | | | | | $8,673,036 |
| 37 | | | 12600 Saticoy St. | 2 | | | | | | | | | $6,008,098 |
| 38 | | | 19040 Vanowen St. | 3 | | | | | | | | | $3,229,997 |
| 39 | | | 6073 Reseda Blvd. | 3 | $32,000 | | | | $135,080 | | | | $4,411,736 |
| 40 | | | 9710 San Fernando Blvd. | 6 | | | | | -$1,300,000 | | | | $5,673,070 |
| 41 | | | Compton Ave. and Nevin Ave. | 9 | -$10,000 | | | | -$7,135,913 | | | | $58,422 |

6/15/2023

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 18th Roadmap Funding Recommendations are Approved

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2022-2023 Comittment | | | | | Fiscal Year 2023-2024 Comittment | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | County (4) | GCP-AHS | |
| 42 | Tiny Home Villages | Capital | 2301 W. 3rd St. | 13 | | | | | -$1,382,042 | | | | $3,592,858 |
| 43 | | | 1455 Alvarado St. | 13 | | | | | | | | | $2,487,727 |
| 44 | | | Arroyo & Ave. 60 | 14 | | | | | | | | | $6,173,096 |
| 45 | | | 7570 Figueroa St. | 14 | | | | | -$631,916 | | | | $3,159,298 |
| 46 | | | 850 N. Mission Rd. | 14 | $4,869,572 | | | | | | | | $4,869,572 |
| | | | Mission and Jesse | 14 | | | | | $193,924 | | | | $193,924 |
| 47 | | | 1221 Figueroa Pl. | 15 | | | | | | | | | $4,391,241 |
| 48 | | | 600 E. 116th Pl. | 15 | $3,588,982 | | | | | | | | $3,720,687 |
| | **Tiny Home Villages Capital Total** | | | | **$8,480,554** | **$0** | **$0** | **$0** | **-$10,120,867** | **$0** | **$0** | **$0** | **$61,204,972** |
| 49 | Other Interim Beds / Homekey Units (1) | Acquisition | 2521-2525 Long Beach Ave. | 9 | | | | | | | | | $4,911,342 |
| 50 | | | 2300, 2312, 2324 & 2332 S. Central Ave. | 9 | | | | | | | | | $11,688,000 |
| 51 | | | 1300-1332 W. Slauson Ave. | 9 | | | | | | | | | $6,520,353 |
| | | | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$23,119,695** |
| 52 | | Capital | 499 San Fernando Road | 1 | | | | | $3,126,715 | | | | $14,598,676 |
| 53 | Other Interim Beds | | Coalition to Abolish Slavery and Trafficking (CAST) | 5 | | | | | | | | | $445,227 |
| 54 | | | 2521-2525 Long Beach Ave. | 9 | | | | | | | | | $3,406,547 |
| 55 | | | 1300-1332 W. Slauson Ave. | 9 | | | | | | | | | $2,124,741 |
| 56 | | | 18140 Parthenia Blvd. | 12 | | | | | | | | | $8,289,123 |
| | **Other Interim Beds Capital Total** | | | | **$0** | **$0** | **$0** | **$0** | **$3,126,715** | **$0** | **$0** | **$0** | **$28,864,314** |
| 57 | | | 11471 Chandler Blvd. | 2 | | | | | | | $1,509,750 | | $5,113,750 |
| 58 | | | 6099 Laurel Canyon Blvd. | 2 | | | -$767,625 | | | | $4,026,000 | | $12,049,875 |
| 59 | | | 12600 Saticoy St. | 2 | $512 | | **-$958,029** | -$455,488 | | | $3,019,500 | | $7,724,757 |
| 60 | | | 19040 Vanowen St. | 3 | | | **-$528,275** | | | | $2,033,130 | | $5,926,410 |
| 61 | | | 6073 Reseda Blvd. | 3 | | | **-$1,049,709** | $18,146 | | | $2,979,240 | | $8,090,258 |
| 62 | | | 9710 San Fernando Blvd. | 6 | | | -$1,009,975 | $1,659,978 | | | $3,240,930 | | $5,919,233 |
| 63 | | | Compton Ave. & Nevin Ave. | 9 | | | | -$475,200 | | | | | $0 |
| 64 | Tiny Home Villages | Operating (2) | 1455 Alvarado St. | 13 | | | $321,000 | | | | $865,590 | | $4,973,804 |
| 65 | | | 2301 W. 3rd St. | 13 | | | | $677,440 | | | $1,288,320 | | $5,378,230 |
| 66 | | | Arroyo & Ave. 60 | 14 | | | | $763,880 | | | $4,509,120 | | $12,738,840 |
| 67 | | | 7570 Figueroa St. | 14 | | | | $578,041 | | | $1,872,090 | | $5,027,999 |
| 68 | | | 1221 Figueroa Pl. | 15 | | | | | | | $1,610,400 | | $4,371,235 |
| 69 | | | 499 San Fernando | 1 | **$330,000** | | | $990,000 | | | | | **$1,320,000** |
| **70** | | | 850 N. Mission Rd. | 14 | | | | $194,400 | | | $2,162,160 | | $2,356,560 |
| | | | Mission and Jesse | 14 | | | | | $188,363 | | | | $188,363 |
| | **Tiny Home Villages Operating Total** | | | | **$330,512** | **$0** | **-$3,992,612** | **$3,951,197** | **$188,363** | **$0** | **$29,116,230** | **$0** | **$78,634,390** |
| 71 | | | 313 Patton St. | 1 | | | | | | | | | $857,628 |
| 72 | | | 1701 Camino Palmero St. | 4 | | | | $76,650 | | | $691,740 | | $2,224,320 |
| 73 | | | 7600 Beverly Blvd. | 4 | | | | | | | | | $304,937 |
| 74 | | | 7253 Melrose Ave. | 5 | -$10,000 | | | -$2,970,444 | | | | | $0 |
| 75 | | | 7816 Simpson Ave. | 6 | | | | $983,675 | | | $986,370 | | $3,436,125 |
| 76 | | | 6909 N. Sepulveda Blvd. | 6 | | | | | | | $2,938,980 | | $9,697,685 |
| 77 | | | 11067 Norris Ave. | 7 | | | | | | | | | $609,900 |
| 78 | | | 8501 1/2 S. Vermont Ave. | 8 | | | | | | | $503,250 | | $1,632,125 |

6/15/2023

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 18th Roadmap Funding Recommendations are Approved

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2022-2023 Comittment | | | | | Fiscal Year 2023-2024 Comittment | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | County (4) | GCP-AHS | |
| 79 | Other Interim Beds | Operating (2) | 5615 - 5749 S. Western Ave. | 8 | $201,300 | | | | | | $140,910 | | $658,295 |
| 80 | | | 8311 S. Western Ave. | 8 | | | | | | | | | $321,000 |
| 81 | | | 2514 W. Vernon Ave. | 8 | | | | | | | | | $214,000 |
| 82 | | | 8501 S. Broadway | 9 | | | | | | | $3,019,500 | | $9,792,750 |
| 83 | | | 5100 S. Central Ave. | 9 | | | | | | | $503,250 | | $1,632,125 |
| 84 | | | 224 E. 25th St. & 224 1/2 E. 25th St. | 9 | | | | | | | $1,368,840 | | $3,610,640 |
| 85 | | | 9165 & 9165 ½ South Normandie St | 9 | $140,910 | | | $160,600 | | | $563,640 | | $1,668,150 |
| 86 | | | 5171 S. Vermont Ave. | 9 | | | | | | | | | $214,000 |
| 87 | | | 2521-2525 Long Beach Ave. | 9 | | | $1,351,228 | $1,826,072 | | | $2,938,980 | | $6,177,280 |
| 88 | | | 1300-1332 W. Slauson Ave. | 9 | | | -$1,674,765 | $348,021 | | | $2,013,000 | | $3,851,360 |
| 89 | | | 18140 Parthenia Blvd. | 12 | | | | $637,290 | | | $2,153,910 | | $5,183,740 |
| 90 | | | 5941 Hollywood Blvd. | 13 | | | -$31,169 | $412,101 | | | $603,900 | | $2,027,457 |
| 91 | | | 3191 W. 4th St. | 13 | | | | | | | | | $178,072 |
| 92 | | | 566 S. San Pedro St. | 14 | | | | $1,423,500 | | | $1,427,400 | | $4,525,700 |
| 93 | | | 1060 Vignes St. | 14 | | | | $4,858,150 | | | $4,670,160 | | $14,715,385 |
| 94 | | | 543 Crocker St. | 14 | $1,610,400 | | | $401,500 | | | $402,600 | | $2,890,010 |
| 95 | | | 3123 S. Grand Ave. | 14 | | | | $401,500 | | | | | $803,000 |
| 96 | | | Scattered Sites - SRO Housing Corporation | 14 | | | | $1,204,500 | | | | | $2,409,000 |
| 97 | | | 1904 Bailey St. | 14 | | | | $3,229,477 | $79,491 | | | | $3,308,968 |
| 98 | | | 345 E. 118 Pl. | 15 | $241,560 | | | $80,300 | | | $80,520 | | $482,680 |
| 99 | | | Various | Various | | | | | | | | | $220,220 |
| 100 | | | Project Roomkey (3) | Various | | | | | | | | | $73,422,992 |
| | **Other Interim Beds Operating Total** | | | | **$2,184,170** | **$0** | **-$354,706** | **$13,072,892** | **$79,491** | **$0** | **$25,006,950** | **$0** | **$157,069,544** |
| 101 | Homekey Units (1) | Match / Acquisition | Beacon (Solaire Hotel) | 1 | | | | | | | | | $4,873,960 |
| 102 | | | Sieroty (Howard Johnson) | 4 | | | | | | | | | $5,103,560 |
| 103 | | | Sepulveda Villa (Econo Motor Inn) | 6 | $1,859,280 | | | | | | | | $4,568,997 |
| 104 | | | Pano (Panorama Inn) | 6 | | | | | | | | | $2,713,579 |
| 105 | | | Arleta (Woodman) | 6 | | | | | | | | | $20,056,747 |
| 106 | | | Woodman Ownership Transfer | 6 | | | | | | | | | $19,500 |
| 107 | | | Encinitas (Good Nite Inn) | 7 | | | | | | | | | $16,351,536 |
| 108 | | | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | | | | | | | $1,281,013 |
| 109 | | | Mollie Maison (Best Inn) | 10 | | | | | | | | | $990,290 |
| 110 | | | The Layover (Super 8 LAX) | 11 | | | | | | | | | $10,830,215 |
| 111 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | | | | | | $10,152,255 |
| 112 | | | Devonshire Lodge (Travelodge) | 12 | | | | | | | | | $3,162,222 |
| 113 | | | The Nest | 13 | | | | | | | | | $1,736,813 |
| 114 | | | Casa Luna (Titta's Inn) | 14 | | | | | | | | | $1,977,625 |
| 115 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | | | | | | $9,021,062 |
| 116 | | | Travelodge (Normandie) | 15 | | | | | | | | | $3,990,522 |

6/15/2023

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 18th Roadmap Funding Recommendations are Approved

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2022-2023 Comittment | | | | | Fiscal Year 2023-2024 Comittment | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | County (4) | GCP-AHS | |
| 117 | | | Property management and real estate service | Various | | | | | | | | | $779,939 |
| | **Project Homekey Match / Aquisition Total** | | | | **$1,859,280** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$97,609,837** |
| 118 | Homekey Units (1) | Operating | Beacon (Solaire Hotel) | 1 | $2,347,158 | | -$219,336 | $2,340,745 | | | | | $6,321,958 |
| 119 | | | Sieroty (Howard Johnson) | 4 | $2,206,980 | | $0 | $2,172,480 | | | | | $6,311,552 |
| 120 | | | Super 8 Canoga Park | 3 | | | -$1,178,015 | | | | | | $1,028,993 |
| 121 | | | Sepulveda Villa (Econo Motor Inn) | 6 | $1,859,280 | | | $1,854,200 | | | | | $5,471,703 |
| 122 | | | Pano (Panorama Inn) | 6 | $250,000 | | **$347,087** | $250,000 | | | | | $1,097,087 |
| 123 | | | Arleta (Woodman) | 6 | $4,699,120 | | -$315,000 | $765,283 | | | | | $5,464,403 |
| 124 | | | Encinitas (Good Nite Inn) | 7 | $2,757,810 | | | $2,750,275 | | | | | $9,578,320 |
| 125 | | | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | -$344 | $761,025 | | | | | $1,374,059 |
| 126 | | | Mollie Maison (Best Inn) | 10 | $187,210 | | **$1,138,881** | **$1,051,930** | | | | | **$3,063,704** |
| 127 | | | The Layover (Super 8 LAX) | 11 | $1,418,250 | | $235,362 | **$1,035,870** | | | | | **$4,752,082** |
| 128 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | -$169,289 | $356,085 | | | | | $1,731,181 |
| 129 | | | Devonshire Lodge (Travelodge) | 12 | $2,388,150 | | -$417,509 | $2,381,625 | | | | | $7,883,079 |
| 130 | | | The Nest | 13 | $1,226,100 | | **$498,132** | $1,222,750 | | | | | $4,171,636 |
| 131 | | | Casa Luna (Titta's Inn) | 14 | $1,259,772 | | | $1,256,330 | | | | | $3,597,212 |
| 132 | | | Huntington Villas (Super 8 Alhambra) | 14 | $1,661,640 | | -$479,165 | $1,657,100 | | | | | $5,270,075 |
| 133 | | | Travelodge (Normandie) | 15 | $500,000 | | **$564,055** | $500,000 | | | | | $2,064,055 |
| | **Project Homekey Operating Total** | | | | **$22,761,470** | **$0** | **$4,859** | **$20,355,698** | **$0** | **$0** | **$0** | **$0** | **$69,181,099** |
| 134 | Homekey Units (1) | Improvement | Beacon (Solaire Hotel) | 1 | | | | | | | | | $3,231,738 |
| 135 | | | Sieroty (Howard Johnson) | 4 | | | $1,515,944 | | | | | | $4,701,798 |
| 136 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | | $93,662 | | | | | | $886,851 |
| 137 | | | Pano (Panorama Inn) | 6 | $1,311,268 | | $1,286,703 | | $1,688,732 | | | | $6,258,762 |
| 138 | | | Arleta (Woodman) | 6 | $2,046,519 | | $7,026,192 | | | | | | $16,188,536 |
| 139 | | | Encinitas (Good Nite Inn) | 7 | | | | | | | | | $2,766,023 |
| 140 | | | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | $356,272 | | | | | | $758,260 |
| 141 | | | Mollie Maison (Best Inn) | 10 | | | | | | | | | $186,577 |
| 142 | | | The Layover (Super 8 LAX) | 11 | | | | | | | | | $1,020,206 |
| 143 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | | | | | | $805,120 |
| 144 | | | Devonshire Lodge (Travelodge) | 12 | | | $300,000 | | | | | | $1,215,324 |
| 145 | | | The Nest | 13 | | | | | | | | | $306,967 |
| 146 | | | Casa Luna (Titta's Inn) | 14 | | | | | | | | | $312,272 |
| 147 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | | | | | | $377,640 |
| 148 | | | Travelodge (Normandie) | 15 | | | | | | | | | $5,138,666 |
| 149 | | | Real estate services to monitor alterations | n/a | | | | | | | | | $335,295 |
| | **Project Homekey Capital Improvement Total** | | | | **$3,357,787** | **$0** | **$10,578,773** | **$0** | **$1,688,732** | **$0** | **$0** | **$0** | **$44,490,035** |

6/15/2023

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 18th Roadmap Funding Recommendations are Approved

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2022-2023 Committment | | | | | Fiscal Year 2023-2024 Committment | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | County (4) | GCP-AHS | |
| 150 | Recovery Housing | | Rapid Rehousing/ Shared Housing** | Various | | | -$5,020,377 | | | | | | $77,265,543 |
| | **Recovery Housing Total** | | | | $0 | $0 | -$5,020,377 | $0 | $0 | $0 | $0 | $0 | **$77,265,543** |
| 151 | Measure H Strategy (7) | | Measure H Strategy - B4 (Landlord Incentive) | Various | | | | | | | | | $426,000 |
| | **Measure H Strategy Total** | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$426,000** |
| 152 | Safe Sleeping | Capital | 2300 S. Central Ave. (6) | 9 | | | | | -$181,668 | | | | $1,516,883 |
| 153 | | | 317 N. Madison Ave. | 13 | | | | | | | | | $10,553 |
| | **Safe Sleep Capital Total** | | | | $0 | $0 | $0 | $0 | -$181,668 | $0 | $0 | $0 | **$1,527,436** |
| 154 | Safe Sleeping | Operating (2) | 2300 S. Central Ave. (6) | 9 | | | -$1,524,250 | $3,056,875 | | | $3,065,250 | | $7,646,375 |
| 155 | | | 317 N. Madison Ave. | 13 | | | | -$271,001 | | | | | $1,029,279 |
| | **Safe Sleep Operating Total** | | | | $0 | $0 | -$1,524,250 | $2,785,874 | $0 | $0 | $3,065,250 | $0 | **$8,675,654** |
| 156 | Safe Parking (1) | Operating (2) | 7128 Jordan Ave. | 3 | | | | $273,750 | | | $274,500 | | $957,869 |
| 158 | | | 4301 S. Central Ave. | 9 | | | | $109,500 | | | $109,800 | | $383,148 |
| 159 | | | 1201 S. Figueroa St. | 9 | | | | $328,500 | | | $329,400 | | $892,965 |
| 161 | | | 11339 Iowa Ave. | 11 | | | | $273,750 | | | $274,500 | | $657,750 |
| 162 | | | 9100 Lincoln Blvd. | 11 | | | | $273,750 | | | $0 | | **$484,959** |
| 163 | | | 5455 111th Street | 11 | $7,360 | | | $778,119 | | | | | $894,985 |
| 164 | | | 8775 Wilbur Ave. | 12 | | | | $219,000 | | | $219,600 | | $766,295 |
| 165 | | | 1033 Cole Ave. | 13 | | | | $328,500 | | | $219,600 | | $711,948 |
| 166 | | | 4591 Santa Monica Blvd. | 13 | | | | $0 | | | | | $163,848 |
| 167 | | | 711 S. Beacon St. | 15 | | | | $328,500 | | | $329,400 | | $1,149,693 |
| 168 | | | 19610 Hamilton Ave. | 15 | | | | $273,750 | | | $274,500 | | $957,869 |
| | **Safe Parking Operating Total** | | | | $7,360 | $0 | $0 | $3,187,119 | $0 | $0 | $2,031,300 | $0 | $8,021,329 |
| 169 | Outreach | | Roadmap Outreach | Various | $2,472,188 | | | | | | | | $9,077,365 |
| 170 | | | Encampment to Home Program on Ocean Front Walk/Venice | 11 | | | | | | | | | $5,000,000 |
| | **Outreach Total** | | | | $2,472,188 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$14,977,365** |
| 171 | Admin | Admin | BOE | n/a | | | | | $2,366,711 | | | | $8,155,055 |
| 172 | | | BCA | n/a | | | | | | | | | $299,416 |
| 173 | | | CAO | n/a | | | | | | | | | $254,035 |
| 174 | | | GSD | n/a | | | | | | | | | $77,500 |
| 175 | | | LAHD | n/a | | | | | | | | | $1,158,255 |
| 176 | | | LAHSA | n/a | | | | | | | | | $5,500,682 |
| | **Admin Total** | | | | $0 | $0 | $0 | $0 | $2,366,711 | $0 | $0 | $0 | **$15,444,943** |
| | **Total Commitment** | | | | $42,385,747 | $0 | -$308,313 | $60,770,653 | $45,210 | $0 | $75,990,284 | $0 | **$803,638,323** |
| | **Total Uncommitted** | | | | | $12,279 | $1,034,313 | | N/A | | -$16,837,587 | | |

(1) Does not include Roadmap interventions that are in existing agreements with the County.

(2) Operating costs vary by intervention type: ABH Beds: $60/bed/night; Tiny Home Villages, Leased Facilities, Year Round Shelter: $55/bed/night; Project Homekey: $85/unit/night; Safe Sleeping: $67/person/night; and Safe Parking: $30/

(3) Committed funds used to front-fund the Project Roomkey extension are expected to be reimbursed by the FEMA, at which time the funds will be available for programming.

(4) County Services allocations are restricted to services, leasing, FFE, and start up costs.

(5) Reflects the entire cost of the program for two (2) years using ESG-COVID.

(6) 2300 S Central is part of the City Project Homekey Program. The site will oeprate a Safe Sleeping Program until the owner/operator is ready to begin construction on permanent supportive housing.

(7) Placements funded with City funding for Measure H Strategies will be counted toward the Roadmap target of 6,700 interventions.

6/15/2023