UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 270
Los Angeles, California 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*
*LA Alliance for Human Rights, Joseph Burk,*
*Harry Tashdjian, Wenzial Jarrell,*
*Karen Pinsky, Charles Malow, and George Frem*

Louis R. Miller (SBN 54141)
Jennifer Mira Hashmall (SBN 216842)
Jason H. Tokoro (SBN 252345)
MILLER | BARONDESS LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7560
Fax: 310-552-8400
smiller@millerbarondess.com
mhashmall@millerbarondess.com
jtokoro@millerbarondess.com

*Attorneys for Defendant*
*County of Los Angeles*

*[additional counsel on following page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>          Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**STIPULATION REGARDING DISCOVERY DISPUTES** |

*STIPULATION REGARDING DISCOVERY DISPUTES*

## <u>ADDITIONAL COUNSEL</u>

Ana Wai-Kwan Lai
Los Angeles County Counsel Office
350 South Figueroa Street, Suite 601
Los Angeles, CA 90071
213-974-0061
Email: alai@counsel.lacounty.gov

*Additional Counsel for County of Los Angeles*

Brooke Alyson Weitzman
William R. Wise, Jr.
Elder Law and Disability Rights Center
1535 East 17th Street Suite 110
Santa Ana, CA 92705
714-617-5353
Email: bweitzman@eldrcenter.org
Email: bwise@eldrcenter.org

*Attorneys for Intervenors Orange County Catholic Worker*

Catherine Elizabeth Sweetser
Paul L. Hoffman
Schonbrun Seplow Harris Hoffman and Zeldes LLP
9415 Culver Boulevard Suite 115
Culver City, CA 90232
310-396-0731
Fax: 310-399-7040
Email: csweetser@sshhzlaw.com
Email: hoffpaul@aol.com

*Attorneys for Intervenors Orange County Catholic Worker, Los Angeles
Catholic Worker, Los Angeles Community Action Network, and Cangress*

Carol A. Sobel
Weston C. Rowland
Law Office of Carol A. Sobel
1158 26th Street Suite 552
Santa Monica, CA 90403
310-393-3055
Email: carolsobellaw@gmail.com
Email: rowland.weston@gmail.com

*Attorneys for Intervenors Orange County Catholic Worker, Los Angeles
Catholic Worker, Los Angeles Community Action Network, and Cangress*

Shayla Renee Myers
Legal Aid Foundation of Los Angeles
7000 S Broadway
Los Angeles, CA 90003
213-640-3983
Fax: 213-640-3988
Email: smyers@lafla.org

*Attorneys for Intervenors Los Angeles Catholic Worker, Los Angeles Community
Action Network, and Cangress*

*STIPULATION REGARDING DISCOVERY DISPUTES*

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

WHEREAS, pursuant to the Court's direction that this Court (and not the assigned Magistrate), will be handling all discovery disputes and that the parties need not comply with the Local Rule 37 process in raising discovery issues with the Court.

WHEREAS, Plaintiffs LA Alliance for Human Rights, Joseph Burk, Harry Tashdjian, Wenzial Jarrell, Karen Pinsky, Charles Malow, and George Frem ("Plaintiffs"), Intervenors Los Angeles Community Action Network ("LA CAN"), Los Angeles Catholic Worker ("LACW") and Orange County Catholic Worker ("OCCW"), Defendant County of Los Angeles ("County"), collectively the Parties ("Parties"), stipulate to the following process for presenting discovery disputes to the Court:

1.  The Parties will meet and confer before moving to "motion" practice;

2.  The moving Party will provide their position to the responding Party (limited to 5 pages);

3.  The responding Party will have three (3) court days to respond (limited to 5 pages);

4.  The moving Party will submit the joint statement to the Court via email and the clerk will file it on the docket (because the Parties cannot file a motion without selecting a hearing date);

5.  No replies will be submitted;

6.  No hearing date will be scheduled;

7.  The Court will either set a hearing for oral argument or will rule on the Parties' joint statement.

//
//
//
//

1

*STIPULATION REGARDING DISCOVERY DISPUTES*

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated: July 21, 2023          Respectfully submitted,


/s/ Elizabeth A. Mitchell
UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer
Elizabeth A. Mitchell

*Attorneys for Plaintiffs*


*\* The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*


Dated: July 21, 2023          /s/ Louis R. Miller*
MILLER | BARONDESS LLP
Mira Hashmall

*Attorneys for Defendant County of Los Angeles*


Dated: July 21, 2023          /s/ Carol A. Sobel*
LAW OFFICE OF CAROL A. SOBEL
Carol A. Sobel

*Attorneys for Intervenors Orange County Catholic Worker, Los Angeles Catholic Worker, Los Angeles Community Action Network, and Cangress*


Dated: July 21, 2023          /s/ Shayla Renee Myers*
LEGAL AID FOUNDATION OF LOS ANGELES
Shayla Renee Myers

*Attorneys for Intervenors Los Angeles Catholic Worker, Los Angeles Community Action Network, and Cangress*

*STIPULATION REGARDING DISCOVERY DISPUTES*