UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*, | CASE NO. 2:20-CV-02291-DOC-KES |
| Plaintiffs, | Assigned to Judge David O. Carter |
| v. | |
| CITY OF LOS ANGELES, *et al.*, | **[PROPOSED] ORDER GRANTING STIPULATION REGARDING DISCOVERY DISPUTES** |
| Defendants. | |

## <u>ORDER</u>

HAVING CONSIDERED THE PARTIES' STIPULATION, **IT IS HEREBY ORDERED** that:

1. The Parties will meet and confer before moving to "motion" practice;

2. The moving Party will provide their position to the responding Party (limited to 5 pages);

3. The responding Party will have three (3) court days to respond (limited to 5 pages);

4. The moving Party will submit the joint statement to the Court via email and the clerk will file it on the docket (because the Parties cannot file a motion without selecting a hearing date);

5. No replies will be submitted;

6. No hearing date will be scheduled;

7. The Court will either set a hearing for oral argument or will rule on the Parties' joint statement.

**IT IS SO ORDERED.**

Dated: July __, 2023

_____
Honorable David O. Carter
Judge of the United States District Court

1

*[PROPOSED] ORDER GRANTING STIPULATION REGARDING DISCOVERY DISPUTES*