UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>             Plaintiffs,<br><br>      v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>             Defendants. | CASE NO. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**ORDER GRANTING STIPULATION REGARDING DISCOVERY DISPUTES [600]** |

# ORDER

HAVING CONSIDERED THE PARTIES' STIPULATION, **IT IS HEREBY ORDERED** that:

1. The Parties will meet and confer before moving to "motion" practice;
2. The moving Party will provide their position to the responding Party (limited to 5 pages);
3. The responding Party will have three (3) court days to respond (limited to 5 pages);
4. The moving Party will submit the joint statement to the Court via email and the clerk will file it on the docket (because the Parties cannot file a motion without selecting a hearing date);
5. No replies will be submitted;
6. No hearing date will be scheduled;
7. The Court will either set a hearing for oral argument or will rule on the Parties' joint statement.

**IT IS SO ORDERED.**

Dated: July 27, 2023

_____
Honorable David O. Carter
Judge of the United States District Court