UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*
*LA Alliance for Human Rights, Joseph Burk,*
*Harry Tashdjian, Wenzial Jarrell,*
*Karen Pinsky, Charles Malow, and George Frem*

Louis R. Miller (SBN 54141)
Mira Hashmall (SBN 216842)
MILLER | BARONDESS LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7560
Fax: 310-552-8400
mhashmall@millerbarondess.com

*Attorneys for Defendant*
*County of Los Angeles*

[Additional counsel listed on the following page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, *et al.*, <br><br> Defendants. | Case No. 2:20-CV-02291-DOC-KES <br><br> Assigned to Judge David O. Carter <br><br> **STIPULATION TO MODIFY SCHEDULING ORDER RE PRETRIAL DEADLINES** |

*STIPULATION TO MODIFY SCHEDULING ORDER RE PRETRIAL DEADLINES*

**ADDITIONAL COUNSEL**

Ana Wai-Kwan Lai
Los Angeles County Counsel Office
350 South Figueroa Street, Suite 601
Los Angeles, CA 90071
213-974-0061
Email: alai@counsel.lacounty.gov

*Additional Counsel for County of Los Angeles*

Brooke Alyson Weitzman
William R. Wise, Jr.
ELDER LAW AND DISABILITY RIGHTS CENTER
1535 East 17th Street Suite 110
Santa Ana, CA 92705
714-617-5353
Email: bweitzman@eldrcenter.org
Email: bwise@eldrcenter.org

*Attorneys for Intervenor Orange County Catholic Worker*

Catherine Elizabeth Sweetser
Paul L. Hoffman
SCHONBRUN SEPLOW HARRIS HOFFMAN AND ZELDES LLP
9415 Culver Boulevard Suite 115
Culver City, CA 90232
310-396-0731
Fax: 310-399-7040
Email: csweetser@sshhzlaw.com
Email: hoffpaul@aol.com

*Attorneys for Intervenors Orange County Catholic Worker, Los Angeles Catholic Worker, and Cangress*

Carol A. Sobel
Weston C. Rowland
LAW OFFICE OF CAROL A. SOBEL
1158 26th Street Suite 552
Santa Monica, CA 90403
310-393-3055
Email: carolsobellaw@gmail.com
Email: rowland.weston@gmail.com

*Attorneys for Intervenors Orange County Catholic Worker, Los Angeles Catholic Worker, and Cangress*

Shayla Renee Myers
LEGAL AID FOUNDATION OF LOS ANGELES
7000 S Broadway
Los Angeles, CA 90003
213-640-3983
Fax: 213-640-3988
Email: smyers@lafla.org

*Attorneys for Intervenors Los Angeles Catholic Worker and Cangress*

1

*STIPULATION TO MODIFY SCHEDULING ORDER RE PRETRIAL DEADLINES*

**STIPULATION TO MODIFY SCHEDULING ORDER RE PRETRIAL DEADLINES**

WHEREAS, on May 9, 2023, the Court set the following schedule for the aforementioned case:

| | |
|---|---|
| Discovery Cutoff: | September 8, 2023 |
| Motion Cutoff: | October 10, 2023 |
| Final Pretrial Conference: | October 24, 2023 |
| Trial: | November 6, 2023 |

WHEREAS, pursuant to this Court's scheduling order, the discovery cutoff includes expert discovery, unless otherwise ordered by the Court. (ECF 563, IV (4).)

WHEREAS, pursuant to this Court's order and Fed. R. Civ. Proc. 26(a)(2)(D), the date to disclose expert witnesses would ordinarily be August 8, 2023 and the rebuttal discovery disclosure date would ordinarily be September 7, 2023.

WHEREAS, the parties have multiple discovery disputes pending which have either been the subject of a court order or about which the parties are meeting-and-conferring.

WHEREAS, due to the aforementioned discovery disputes, the parties jointly agree that certain dates are impracticable, including the expert disclosure and discovery dates and motion hearing cutoff dates.

THEREFORE, IT IS HEREBY STIPULATED AND JOINTLY REQUESTED, that the Court modify the pretrial schedule in this case as follows:

///

///

///

2

*STIPULATION TO MODIFY SCHEDULING ORDER RE PRETRIAL DEADLINES*

|  | **Current Dates** | **Proposed Dates** |
|---|---|---|
| **Expert Disclosure:** | August 8, 2023 | September 8, 2023 |
| **Fact Discovery Cutoff:** | September 8, 2023 | September 8, 2023 (*except to the extent any motions to compel are pending) |
| **Rebuttal Expert Disclosure:** | September 7, 2023 | September 22, 2023 |
| **Expert Discovery Cutoff:** | September 8, 2023 | October 6, 2023 |
| **Motion Cutoff:** | October 10, 2023 | October 24, 2023 |
| **Final Pretrial Conference:** | October 24, 2023 | October 24, 2023 |
| **Trial:** | November 6, 2023 | November 6, 2023 |

**SO STIPULATED.**

Dated: August 7, 2023          Respectfully submitted,

/s/ Elizabeth A. Mitchell
UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer
Elizabeth A. Mitchell

*Attorneys for Plaintiffs*

\* *The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

Dated: August 7, 2023          /s/ Louis R. Miller*
MILLER | BARONDESS LLP
Mira Hashmall

*Attorneys for Defendant County of Los Angeles*

3
*STIPULATION TO MODIFY SCHEDULING ORDER RE PRETRIAL DEADLINES*

Dated: August 7, 2023          /s/ Carol A. Sobel*
                               LAW OFFICE OF CAROL A. SOBEL
                               Carol A. Sobel

                               *Attorneys for Intervenors Orange County Catholic Worker, Los Angeles Catholic Workerand Cangress*


Dated: August 7, 2023          /s/ Shayla Renee Myers*
                               LEGAL AID FOUNDATION OF LOS ANGELES
                               Shayla Renee Myers

                               *Attorneys for Intervenors Los Angeles Catholic Worker and Cangress*

4