UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,

          Plaintiffs,

    v.

CITY OF LOS ANGELES, *et al.*,

          Defendants.

Case No. 2:20-CV-02291-DOC-KES

Assigned to Judge David O. Carter

**[PROPOSED] ORDER GRANTING STIPULATION REGARDING DISCOVERY DISPUTES**

# <u>ORDER</u>

HAVING CONSIDERED THE PARTIES' STIPULATION, **IT IS HEREBY ORDERED** that the pre-trial schedule in this case shall be modified as follows:

|  | **Current Dates** | **Proposed Dates** |
|---|---|---|
| **Expert Disclosure:** | August 8, 2023 | September 8, 2023 |
| **Fact Discovery Cutoff:** | September 8, 2023 | September 8, 2023 (*except to the extent any motions to compel are pending) |
| **Rebuttal Expert Disclosure:** | September 7, 2023 | September 22, 2023 |
| **Expert Discovery Cutoff:** | September 8, 2023 | October 6, 2023 |
| **Motion Cutoff:** | October 10, 2023 | October 24, 2023 |
| **Final Pretrial Conference:** | October 24, 2023 | October 24, 2023 |
| **Trial:** | November 6, 2023 | November 6, 2023 |

**IT IS SO ORDERED.**

Dated: August \_\_\_, 2023         _____
                                             Honorable David O. Carter
                                             Judge of the United States District Court

1
*STIPULATION REGARDING PRETRIAL SCHEDULE MODIFICATION*