STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **L.A. ALLIANCE FOR HUMAN RIGHTS**, <br><br> Plaintiff, <br><br> vs. <br><br> **CITY OF LOS ANGELES**, *et al.,* <br><br> Defendants. | ) 2:20-cv-02291-DOC(KES) <br> ) <br> ) [Proposed] **ORDER** <br> ) <br> ) **ON MOTION FOR PERMISSIVE INTERVENTION** <br> ) <br> ) Sept. 11, 2023 <br> ) 10:00 a.m. <br> ) Courtroom 10A <br> ) <br> ) Judge David O. Carter <br> ) <br> ) <br> ) <br> ) |

**IT IS ORDERED, ADJUDGED, AND DECREED** that Paul Boring, Chrystal Finley, David Jacobs, Wendy Lockett, and Eric Serin are granted permissive intervention, pursuant to Rule 24(b), Fed. R. Civ. P.

September 11, 2023        _____

**DAVID O. CARTER**
United States District Judge

1