UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*
*LA Alliance for Human Rights, Joseph Burk,*
*Harry Tashdjian, Wenzial Jarrell,*
*Karen Pinsky, Charles Malow, and George Frem*

Louis R. Miller (SBN 54141)
Mira Hashmall (SBN 216842)
MILLER | BARONDESS LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7560
Fax: 310-552-8400
mhashmall@millerbarondess.com

*Attorneys for Defendant*
*County of Los Angeles*

[Additional counsel listed on the following page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>            Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**STIPULATION TO CONTINUE TRIAL AND ALL PRETRIAL DEADLINES** |

632137.9

*STIPULATION TO CONTINUE TRIAL AND ALL PRETRIAL DEADLINES*

# ADDITIONAL COUNSEL

Dawyn R. Harrison, *County Counsel*
Jennifer A.D. Lehman, *Assistant County Counsel*
Ana Wai-Kwan Lai, *Senior Deputy County Counsel*
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:   (213) 974-1830
Facsimile:    (213) 626-7446
alai@counsel.lacounty.gov

> *Additional Counsel for County of Los Angeles*

Brooke Alyson Weitzman
William R. Wise, Jr.
Elder Law and Disability Rights Center
1535 East 17th Street Suite 110
Santa Ana, CA 92705
Telephone:   714-617-5353
bweitzman@eldrcenter.org
bwise@eldrcenter.org

> *Attorneys for Intervenors Orange County Catholic Worker*

Catherine Elizabeth Sweetser
Paul L. Hoffman
Schonbrun Seplow Harris Hoffman and Zeldes LLP
9415 Culver Boulevard Suite 115
Culver City, CA 90232
Telephone:   310-396-0731
Fax:            310-399-7040
csweetser@sshhzlaw.com
hoffpaul@aol.com

> *Attorneys for Intervenors Orange County Catholic Worker, Los Angeles Catholic Worker, and Cangress*

Carol A. Sobel
Weston C. Rowland
Law Office of Carol A. Sobel
1158 26th Street Suite 552
Santa Monica, CA 90403
Telephone:   310-393-3055
carolsobellaw@gmail.com
rowland.weston@gmail.com

> *Attorneys for Intervenors Orange County Catholic Worker, Los Angeles Catholic Worker, and Cangress*

632137.9   1

*STIPULATION TO CONTINUE TRIAL AND ALL PRETRIAL DEADLINES*

Shayla Renee Myers
Legal Aid Foundation of Los Angeles
7000 S Broadway
Los Angeles, CA 90003
Telephone:   213-640-3983
Fax:             213-640-3988
smyers@lafla.org

*Attorneys for Intervenors Los Angeles Catholic Worker, Los Angeles Community Action Network, and Cangress*

*STIPULATION TO CONTINUE TRIAL AND ALL PRETRIAL DEADLINES*

## STIPULATION TO CONTINUE TRIAL AND ALL PRETRIAL DEADLINES

**WHEREAS**, on September 16, 2022, Plaintiffs LA Alliance for Human Rights, Joseph Burk, Harry Tashdjian, Wenzial Jarrell, Karen Pinsky, Charles Malow, and George Frem (collectively, "Plaintiffs") and Defendant County of Los Angeles ("County") (collectively, the "Settling Parties") notified the Court that they had reached a preliminary settlement agreement, and requested that the Court continue all deadlines and stay all proceedings, in light of their preliminary settlement agreement. (ECF 468.)

**WHEREAS**, on September 27, 2022, the Court granted the Settling Parties' stipulation to continue all deadlines and stay all proceedings in light of their preliminary settlement agreement.  (ECF 473.)

**WHEREAS**, the Settling Parties subsequently finalized their settlement agreement, and filed a Stipulation for Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  (ECF 485.)

**WHEREAS**, the Court held a conference on January 17, 2023 regarding the Settling Parties' settlement agreement and entered a scheduling order, *inter alia*, directing the parties to further meet and confer regarding their settlement agreement for 90 days, and setting a settlement hearing on April 20, 2023.  (ECF 519)

**WHEREAS**, in advance of the April 20, 2023 hearing the Settling Parties entered into an addendum to their settlement agreement.

**WHEREAS,** on April 20, 2023, the Court denied the Parties' joint stipulation for voluntary dismissal pursuant to Rule 41(a)(2), lifted the stay, and reinstated proceedings.  (ECF 534)

**WHEREAS**, on May 9, 2023, the Court set the following schedule for pretrial deadlines and trial:

| | |
|---|---|
| Discovery Cutoff: | September 8, 2023 |
| Motion Cutoff: | October 10, 2023 |
| Final Pretrial Conference: | October 24, 2023 |

632137.9   3

*STIPULATION TO CONTINUE TRIAL AND ALL PRETRIAL DEADLINES*

Trial:                                November 6, 2023

**WHEREAS**, at the May 9, 2023 hearing, the Court indicated that it was "flexible" about the trial schedule and that a trial date in 2024 "might be the best date."

**WHEREAS**, on August 8, 2023, the Parties stipulated to modify the pretrial schedule as follows:

Fact Discovery Cutoff:                September 8, 2023

Expert Discovery Cutoff:              October 6, 2023

Motion Cutoff:                        October 24, 2023

Final Pretrial Conference:            October 24, 2023

Trial:                                November 6, 2023

**WHEREAS**, on August 8, 2023, the Court granted the Parties' stipulation to modify the pretrial schedule.  (ECF 607.)

**WHEREAS**, the Parties have multiple discovery disputes pending which have either been the subject of a Court Order or about which the Parties are meeting-and-conferring, including the following:

Meeting and conferring about the Court's August 2, 2023 Order (ECF 604)

Plaintiffs' Motion to Compel County's Document Production

Plaintiffs' Motion to Compel County Depositions

Plaintiffs' Motion to Compel County Interrogatory Responses

County Motion for Protective Order

County and Intervenor's Motion to Compel re First Amendment and Attorney-Client Privilege

County Motion to Compel Plaintiffs' Document Production

County Motion to Compel Plaintiffs' Written Discovery Responses

**WHEREAS**, there are currently more than 9 fact witness depositions (6 of whom are in dispute) and 8 FRCP 30(b)(6) witness depositions scheduled between now and early September, with additional depositions yet to be scheduled, including additional 30(b)(6) and fact witnesses.

632137.9  4

*STIPULATION TO CONTINUE TRIAL AND ALL PRETRIAL DEADLINES*

**WHEREAS**, the County has requested that Plaintiffs who are seeking emotional distress damages at trial appear for independent medical examinations conducted by the County's expert.

**WHEREAS**, the Parties anticipate at least five expert depositions to be taken between now and October 6, 2023.

**WHEREAS**, the County and Intervenors intend to file a motion for summary judgment as to Plaintiffs' claims by September 26, 2023, and set it to be heard by October 24, 2023.

**WHEREAS**, the Parties have abided by the fast-paced discovery schedule thus far, but given all that is currently left to do within the short time left, do not believe that they can complete the above discovery and motion practice based upon the current trial date and pretrial deadlines and therefore request that the Court continue the trial and all pretrial deadlines by three months.

**WHEREAS**, the Settling Parties have also resumed settlement negotiations and are in discussions about a further addendum to the settlement agreement, including discussions about potentially appointing a monitor for the settlement agreement.

**WHEREAS**, a trial continuance would allow the Settling Parties the opportunity and time to focus entirely on those settlement discussions, and not expend valuable time and resources on discovery and trial preparations.

**WHEREAS**, no party has opposed a stay, and courts routinely find good cause for a stay when, as here, there is a final settlement is on the horizon.  *E.g.*, *In re JPMorgan Chase LPI Hazard Litig.*, 2013 WL 3829271, at *5 (N.D. Cal. July 23, 2013) ("[A] stay 'will allow both parties to conserve their resources should a settlement . . . be finalized.'") (accumulating cases).

**WHEREAS**, due to the aforementioned settlement discussions and discovery disputes, the parties jointly agree that the current trial schedule is impracticable, including the expert disclosure and discovery dates and motion hearing cutoff dates.

**THEREFORE, IT IS HEREBY STIPULATED AND JOINTLY**

632137.9   5

**REQUESTED**, that the Court modify the pretrial schedule in this case as follows:

|  | **Current Dates** | **Proposed Dates** |
|---|---|---|
| **Expert Disclosure:** | September 8, 2023 | November 8, 2023 |
| **Fact Discovery Cutoff:** | September 8, 2023 | November 8, 2023 |
| **Rebuttal Expert Disclosure:** | September 22, 2023 | November 22, 2023 |
| **Expert Discovery Cutoff:** | October 6, 2023 | December 15, 2024 |
| **Motion Cutoff:** | October 24, 2023 | January 23, 2024<br><br>- Filing cutoff: December 12, 2023<br>- Opposition: December 26, 2023<br>- Reply: January 9, 2024 |
| **Final Pretrial Conference:** | October 24, 2023 | January 23, 2024 |
| **Trial:** | November 6, 2023 | February 5, 2024 |

   **SO STIPULATED.**


Dated: August 17, 2023          Respectfully submitted,


                              */s/ Elizabeth A. Mitchell*
                              UMHOFER, MITCHELL & KING LLP
                              Matthew Donald Umhofer
                              Elizabeth A. Mitchell

                              *Attorneys for Plaintiffs*


                              *\* The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*


632137.9  6

*STIPULATION TO CONTINUE TRIAL AND ALL PRETRIAL DEADLINES*

Dated: August 17, 2023          */s/ Louis R. Miller\**
                                MILLER | BARONDESS LLP
                                Mira Hashmall

                                *Attorneys for Defendant County of Los Angeles*


Dated: August 17, 2023          */s/ Carol A. Sobel\**
                                LAW OFFICE OF CAROL A. SOBEL
                                Carol A. Sobel

                                *Attorneys for Intervenors Orange County Catholic Worker, Los Angeles Catholic Worker, and Cangress*


Dated: August 17, 2023          */s/ Shayla Renee Myers\**
                                LEGAL AID FOUNDATION OF LOS ANGELES
                                Shayla Renee Myers

                                *Attorneys for Intervenors Los Angeles Catholic Worker, and Cangress*

632137.9  7

*STIPULATION TO CONTINUE TRIAL AND ALL PRETRIAL DEADLINES*