MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

LA ALLIANCE FOR HUMAN RIGHTS, et al.,

Plaintiffs,

v.

CITY OF LOS ANGELES, et al.,

Defendants.

**CASE NO. 2:20-cv-02291 DOC (KES)**

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND ALL PRETRIAL DEADLINES**

Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott

632376.1

ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND ALL PRETRIAL DEADLINES

**ORDER**

The Court, having read and considered the Parties' Stipulation To Continue Trial and All Pretrial Dates, and finding **GOOD CAUSE** thereon, hereby **GRANTS** the Stipulation.

**IT IS HEREBY ORDERED** that the pre-trial schedule in this case shall be modified as follows:

|  | **Current Dates** | **Proposed Dates** |
|---|---|---|
| **Expert Disclosure:** | September 8, 2023 | November 8, 2023 |
| **Fact Discovery Cutoff:** | September 8, 2023 | November 8, 2023 |
| **Rebuttal Expert Disclosure:** | September 22, 2023 | November 22, 2023 |
| **Expert Discovery Cutoff:** | October 6, 2023 | December 15, 2024 |
| **Motion Cutoff:** | October 24, 2023 | January 23, 2024<br><br>- Filing cutoff: December 12, 2023<br>- Opposition: December 26, 2023<br>- Reply: January 9, 2024 |
| **Final Pretrial Conference:** | October 24, 2023 | January 23, 2024 |
| **Trial:** | November 6, 2023 | February 5, 2024 |

**IT IS SO ORDERED.**

DATED: _____                    _____
                                                  HON. DAVID O. CARTER
                                                  Judge of the United States District Court

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400