STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys for Proposed Intervenors,
Paul Boring, Chrystal Finley, David Jacobs,
Wendy Lockett, and Eric Serin

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **L.A. ALLIANCE FOR HUMAN RIGHTS**, | ) 2:20-cv-02291-DOC(KES) |
| Plaintiff, | ) **PROPOSED INTERVENORS STATEMENT OF OPPOSITION TO CONTINUANCE OF TRIAL DATE** |
| vs. | ) |
| **CITY OF LOS ANGELES**, *et al.,* | ) Judge David O. Carter |
| Defendants. | ) |

All of the named parties to this action have stipulated to continue the trial date.

This supposedly urgent action[1] now has been pending for over three years, all the while with the tens of thousands of homeless people whose homelessness the action purports to address remain *in extremis*. There is no valid reason why the

---

[1] Which may be a false flag action, in which the original plaintiffs did not even include homeless people, but in fact was brought at the instance of business interests.

1

action should not proceed to trial as presently scheduled, and the proposed intervenors as strongly as they can oppose the pending stipulated request for a continuance of the trial date. The proposed intervenors' own actions remain delayed behind the instant action.

At some point, the word "speedy" in Fed. R. Civ. P. must mean something.


Respectfully submitted,
**YAGMAN + REICHMANN, LLP**

By:  /s/  Stephen Yagman
**STEPHEN YAGMAN**