DAWYN R. HARRISON (State Bar No. 173855)
*County Counsel*
KATHERINE M. BOWSER (State Bar No. 230626)
*Assistant County Counsel*
ANA WAI-KWAN LAI (State Bar No. 257931)
*Senior Deputy County Counsel*
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 648
Los Angeles, California 90012
Telephone: (213) 974-1830
Facsimile: (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**DECLARATION OF JASON H. TOKORO IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES'S OPPOSITION TO MOTION FOR PERMISSIVE INTERVENTION**<br><br>Date:      September 11, 2023<br>Time:     10:00 a.m.<br>Crtrm.:  10-A<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

632355.3

DECLARATION OF JASON H. TOKORO IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES'S OPPOSITION TO MOTION FOR PERMISSIVE INTERVENTION

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

## DECLARATION OF JASON TOKORO

I, Jason Tokoro, declare as follows:

1.     I am an attorney duly admitted to practice before this Court.  I am a partner with Miller Barondess, LLP, counsel of record for Defendant County of Los Angeles (the "County").  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts.  I make this declaration in support of Defendant County of Los Angeles's Opposition to Motion for Permissive Intervention.

**Movants' Separate Lawsuits Do Not Assert Common Claims**

**_Boring_ Lawsuit**

2.     Movant Paul Boring initiated the action _Boring v. Murillo et al._ (hereinafter, "_Boring_"), Case No. 21-CV-07305 on September 13, 2021 in the Central District of California.

3.     According to the complaint, the named defendants in _Boring_ are government officials affiliated with the City and County of Santa Barbara.

4.     The County of Los Angeles is not a party in _Boring_.

**_Locket_ Lawsuit**

5.     Movant Wendy Lockett initiated the action _Lockett v. Garcetti et al._ (hereinafter, "_Lockett_"), Case No. 21-CV-7596 on September 22, 2021 in the Central District of California.

6.     According to the complaint, the named defendants in _Lockett_ are government officials affiliated with the City of Los Angeles.

7.     The County of Los Angeles is not a party in _Lockett_.

**_Jacobs_ Lawsuits**

8.     Movant David Jacobs has initiated two actions in the Central District of California: _Jacobs v. Garcetti et al._, Case No. 22-CV-3533 (filed May 24, 2022) (hereinafter, "_Jacobs I_") and _Jacobs v. Garcetti et al._, Case No. 22-CV-8010 (filed November 2, 2022) (hereinafter, "_Jacobs II_").

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

9.   According to the complaints, the named defendants in *Jacobs I* and *Jacobs II* are government officials affiliated with the City of Los Angeles.

10.   The County of Los Angeles is not a party in *Jacobs I* or *Jacobs II*.

### *Serin* **Lawsuit**

11.   Movant Eric Serin initiated the action *People of City of Los Angeles Who Are Un-Housed v. Garcetti et al.* (hereinafter "*Serin*"), Case No. 22-CV-3531 on May 24, 2022 in the Central District of California.

12.   According to the complaint, the named defendants in *Serin* are government officials affiliated with the City of Los Angeles.

13.   The County of Los Angeles is not a party in *Serin*.

### *Finely* **Lawsuit**

14.   Movant Chrystal Finley initiated the action *People of City of Los Angeles Who Are Un-Housed v. Garcetti et al.* (hereinafter "*Finley*"), Case No. 21-CV-06003, on July 26, 2021 in the Central District of California.

15.   According to the complaint, the named defendants in *Finley* were government officials affiliated with the City of Los Angeles.

16.   The County of Los Angeles was not originally a party in *Finley*.

17.   Counsel for Movants filed another action on November 15, 2021 in the Central District of California under the caption *People of Los Angeles Who Are Unhoused v. Villanueva et al.*, Case No. 21-CV-8783 (hereinafter, the "County Complaint").  The County complaint named as Defendants the five individual Supervisors, the Los Angeles County Sheriff, and a handful of Sheriff's Office deputies (the "County defendants").

18.   The plaintiffs in the County Complaint challenged civil parking citations they had received pursuant to Los Angeles County ordinance 15.20.070.

19.   On December 6, 2021, the plaintiffs in *Finley* filed a "Master Complaint" which purported to consolidate *Finley* and the County Complaint.

DECLARATION OF JASON H. TOKORO IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES'S OPPOSITION TO MOTION FOR PERMISSIVE INTERVENTION

20. On August 9, 2022, the court granted the County defendants' motion to dismiss the Master Complaint on standing grounds. In response, the *Finley* plaintiffs filed an amended pleading. The County defendants moved to dismiss again, and their motion is still pending.

21. The Honorable David O. Carter is (or was) the judge presiding over all of Movants' other actions, including the County Complaint.

**The Court Designated This Case As A "Case of Interest"**

22. The Court has designated this action as a "Case[] of Interest" on the homepage of the Court's official, public website: https://www.cacd.uscourts.gov/

23. As of August 18, 2023, the Court has posted twenty-four opinions, orders, and transcripts from this case on that website, which includes pleadings and information regarding the proposed settlements by the City of Los Angeles, the County, and the Plaintiffs in this case.

**This Case Has Generated Significant Media Coverage And Publicity**

24. There has also been significant coverage of this case in the press, including:

a. CNN, *Homeless Californians join in a lawsuit to mandate Los Angeles provide shelter for thousands*, March 12, 2020, https://www.cnn.com/2020/03/12/us/los-angeles-lawsuit-homeless-shelter/index.html.

b. New York Times, *Judge Orders Los Angeles To Move Homeless People Away From Freeways*, May 17, 2020, https://www.nytimes.com/2020/05/16/us/los-angeles-homeless-freeways.html.

c. L.A. Times, *L.A. to provide 5,300 beds to clear freeway homeless camps*, June 18, 2020, https://www.latimes.com/homeless-housing/story/2020-06-18/city-and-county-agree-to-provide-6000-new-beds-of-shelter-for-homeless-people-in-next-18-months.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

DECLARATION OF JASON H. TOKORO IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES'S OPPOSITION TO MOTION FOR PERMISSIVE INTERVENTION

d.      Santa Monica Daily Press, *Plaintiffs in Homelessness Suit Amend Complaint Against LA City/County*, November 27, 2021, https://smdp.com/2021/11/02/plaintiffs-in-homelessness-suit-amend-complaint-against-la-citycounty/.

e.      Spectrum News 1, *LA city and county seek dismissal of amended homelessness lawsuit*, December 4, 2021, https://spectrumnews1.com/ca/la-west/homelessness/2021/12/04/la-city-and-county-seek-dismissal-of-amended-homelessness-lawsuit.

f.      Spectrum News 1, *Judge Orders mandatory settlement conference in LA homelessness lawsuit*, January 24, 2022, https://spectrumnews1.com/ca/la-east/homelessness/2022/01/24/hearing-set-to-argue-dismissal-of-homelessness-lawsuit.

g.      Pasadena Now, *November Trial Date Set for Homelessness Lawsuit vs. LA County*, May 9, 2023, https://www.pasadenanow.com/main/november-trial-date-set-for-homelessness-lawsuit-vs-la-county.

h.      Los Angeles Daily News, *After judge rejects 2 settlements, homelessness suit against LA County gets court date*, May 9, 2023, https://www.dailynews.com/2023/05/09/epic-homelessness-lawsuit-vs-la-county-headed-for-court-in-november/.

25.     The City's settlement was widely reported by both national and local news agencies, including:

a.      Washington Post, *LA Offers $3 Billion to House 60% of Homeless to Settle Case*, April 5, 2022, https://www.washingtonpost.com/business/on-small-business/la-offers-3-billion-to-house-60percent-of-homeless-to-settle-case/2022/04/01/598876f2-b1fb-11ec-9dbd-0d4609d44c1c_story.html.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

DECLARATION OF JASON H. TOKORO IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES'S OPPOSITION TO MOTION FOR PERMISSIVE INTERVENTION

b.  L.A. Times, *L.A. will shelter more homeless people to end major lawsuit. But how many?*, April 1, 2022, https://www.latimes.com/homeless-housing/story/2022-04-01/los-angeles-homeless-lawsuit-settlement-judge-carter.

c.  KTLA, *Los Angeles agrees to settle homelessness lawsuit*, April 1, 2022, https://ktla.com/news/local-news/los-angeles-agrees-to-settle-homelessness-lawsuit/.

d.  Fox 11 Los Angeles, *Homeless crisis: LA City approves settlement; will spend up to $3b on housing, beds*, May 11, 2022, https://www.foxla.com/news/homeless-crisis-la-city-approves-settlement-will-spent-up-to-3b-on-housing-beds.

26.  Similarly, the County settlement was widely reported by both national and local news agencies.  These include:

a.  L.A. Times, *L.A. County will boost services under agreement to settle federal homelessness lawsuit*, September 12, 2022, https://www.latimes.com/homeless-housing/story/2022-09-12/la-county-homelessness-lawsuit-settlement.

b.  AP News, *Los Angeles County to settle lawsuit over homeless crisis*, September 12, 2022, https://apnews.com/article/lawsuits-los-angeles-eb569af45027d8730b2b30bcdd8b91ca.

c.  U.S. News, *Los Angeles County to Settle Lawsuit Over Homeless Crisis*, September 12, 2022, https://www.usnews.com/news/us/articles/2022-09-12/los-angeles-county-to-settle-lawsuit-over-homeless-crisis#:~:text=Los%20Angeles%20County%20leaders%20have,people%20living%20on%20the%20streets.&text=By%20Associated%20Press-,Sept.,2022%2C%20at%205%3A23%20p.m.

d.  Fox 11 Los Angeles, *LA County to commit $236 million to address homeless crisis under lawsuit settlement*, September 12, 2022,

DECLARATION OF JASON H. TOKORO IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES'S OPPOSITION TO MOTION FOR PERMISSIVE INTERVENTION

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

https://www.foxla.com/news/la-county-to-commit-236-million-to-address-homeless-crisis-under-lawsuit-settlement.

e.    ABC 7, *LA city, county commit millions in funding as part of settlement in federal homelessness lawsuit*, September 13, 2022, https://abc7.com/homeless-lawsuit-settlement-los-angeles-county-la-city/12225050/#:~:text=In%20a%20joint%20news%20conference,will%20pitch%20in%20%2474%20million.

f.    L.A. Times, *Judge delays decision on homeless suit against L.A. County*, November 15, 2022, https://www.latimes.com/california/story/2022-11-15/judge-delays-decision-on-l-a-countys-proposal-to-settle-a-homeless-lawsuit.

g.    L.A. Times, *L.A. political leaders vow to rework homeless settlement*, January 17, 2023, https://www.latimes.com/california/story/2023-01-17/l-a-city-and-county-leaders-promise-to-rework-settlement-on-homelessness-strategies.

h.    CBS Los Angeles, *Judge rejects LA County's settlement proposal in homelessness lawsuit*, April 20, 2023, https://www.cbsnews.com/losangeles/news/judge-rejects-la-countys-settlement-proposal-in-homelessness-lawsuit/

27.    The County itself advertised the settlement in a published statement:

a.    *LA County Commits Millions in New Funding in Landmark Settlement to Address Homelessness Crisis*, September 12, 2022, https://lacounty.gov/2022/09/12/la-county-commits-millions-in-new-funding-in-landmark-settlement-to-address-homelessness-crisis/.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

632355.3

7

DECLARATION OF JASON H. TOKORO IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES'S OPPOSITION TO MOTION FOR PERMISSIVE INTERVENTION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of August, 2023, at Los Angeles, California.

_____
Jason Tokoro

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

632355.3

8

DECLARATION OF JASON H. TOKORO IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES'S OPPOSITION TO MOTION FOR PERMISSIVE INTERVENTION