MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)** <br><br> **[PROPOSED] ORDER DENYING MOTION FOR PERMISSIVE INTERVENTION** <br><br> Date:    September 11, 2023 <br> Time:    10:00 a.m. <br> Crtrm.:  10-A <br><br> Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

632359.1

DEFENDANT COUNTY OF LOS ANGELES'S OPPOSITION TO MOTION FOR PERMISSIVE INTERVENTION

## ORDER

On September 11, 2023, or as soon thereafter as the matter could be heard, Movants Paul Boring, Chrystal Finley, David Jacobs, Wendy Lockett, and Eric Serin's (collectively, "Movants") Motion for Permissive Intervention (the "Motion") came on for hearing in the above-captioned court, the Honorable David O. Carter presiding. All parties were represented by their respective counsel of record.

The Court, having reviewed the Motion, having heard any related arguments of counsel, and for good cause shown, **HEREBY ORDERS** that:

1.      The Motion is **DENIED**.

**IT IS SO ORDERED.**

DATED: _____  _____

HON. DAVID O. CARTER
Judge of the United States District Court

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

632359.1

DEFENDANT COUNTY OF LOS ANGELES'S OPPOSITION TO MOTION FOR PERMISSIVE INTERVENTION