DAWYN R. HARRISON (State Bar No. 173855)
*County Counsel*
KATHERINE M. BOWSER (State Bar No. 230626)
*Assistant County Counsel*
ANA WAI-KWAN LAI (State Bar No. 257931)
*Senior Deputy County Counsel*
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 648
Los Angeles, California 90012
Telephone: (213) 974-1830
Facsimile: (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

[*Additional Counsel Continued on Following Page.*]

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**JOINT STATUS REPORT RE: COURT ORDER [DKT. 604]**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

632497.4

[*Additional Counsel Continued from Previous Page.*]

Matthew Donald Umhofer (SBN 206607)
matthew@umklaw.com
Elizabeth A. Mitchell (SBN 251139)
elizabeth@umklaw.com
UMHOFER, MITCHELL & KING LLP
767 S. Alameda St., Suite 270
Los Angeles, California 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027

Attorneys for Plaintiffs

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

632497.4

2

Plaintiffs LA Alliance for Human Rights, et al. ("Plaintiffs") and Defendant County of Los Angeles ("County") hereby submit this joint status report in response to the Court's August 2, 2023 Order (the "Order").  (Dkt. 604.)

Following the Order, the parties met and conferred regarding Plaintiff's RFPs Nos. 1–3, 10, 13, and 16, as well as the County's motion for a protective order which the Order required be filed by August 16, 2023.  The parties exchanged search terms and custodians on August 11, and again on August 13, in an effort to narrow and clarify Plaintiff's RFPs, and hopefully eliminate the concerns underlying the County's objections and motion.  The County is currently working conducting the searches and returning hit counts for the revised search terms and custodians the parties have been discussing.

DATED:  August 21, 2023          MILLER BARONDESS, LLP

By: _____
    MIRA HASHMALL
    Attorneys for Defendant
    COUNTY OF LOS ANGELES

DATED:  August 21, 2023          UMHOFER, MITCHELL & KING LLP

By: _____/s/ Elizabeth A. Mitchell_____
    ELIZABETH A. MITCHELL
    Attorneys for Plaintiffs

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

632497.4

3

JOINT STATUS REPORT RE: COURT ORDER [DKT. 604]

**ATTORNEY ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.

DATED:  August 21, 2023          MILLER BARONDESS, LLP


By: _____
      MIRA HASHMALL
      Attorneys for Defendant
      COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

632497.4

4