**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KESx                    Date:  August 23, 2023

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL V. CITY OF LOS ANGELES ET AL.

PRESENT: THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER SETTING STATUS CONFERENCE**

The Court is in receipt of the parties' joint status report (Dkt. 612), Defendant's motion for a protective order (Dkt. 613), and Plaintiffs' response (Dkt. 614). The parties are ordered to appear for a status conference at 8:30 a.m. on August 28, 2023 in Courtroom 10C at First Street U.S. Courthouse, Los Angeles, CA. *See* Dkts. 604, 605.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu

MINUTES FORM 11
CIVIL-GEN