UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*
*LA Alliance for Human Rights, Joseph Burk,*
*Harry Tashdjian, Wenzial Jarrell,*
*Karen Pinsky, Charles Malow, and George Frem*

Louis R. Miller (SBN 54141)
Mira Hashmall (SBN 216842)
MILLER | BARONDESS LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7560
Fax: 310-552-8400
mhashmall@millerbarondess.com

*Attorneys for Defendant*
*County of Los Angeles*

[Additional counsel listed on the following page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**THIRD STIPULATION TO MODIFY SCHEDULING ORDER RE PRETRIAL DEADLINES** |

634216.5

<u>**ADDITIONAL COUNSEL**</u>

Ana Wai-Kwan Lai
Los Angeles County Counsel Office
350 South Figueroa Street, Suite 601
Los Angeles, CA 90071
213-974-0061
Email: alai@counsel.lacounty.gov

*Additional Counsel for County of Los Angeles*

Brooke Alyson Weitzman
William R. Wise, Jr.
Elder Law and Disability Rights Center
1535 East 17th Street Suite 110
Santa Ana, CA 92705
714-617-5353
Email: bweitzman@eldrcenter.org
Email: bwise@eldrcenter.org

*Attorneys for Intervenors Orange County Catholic Worker*

Catherine Elizabeth Sweetser
Paul L. Hoffman
Schonbrun Seplow Harris Hoffman and Zeldes LLP
9415 Culver Boulevard Suite 115
Culver City, CA 90232
310-396-0731
Fax: 310-399-7040
Email: csweetser@sshhzlaw.com
Email: hoffpaul@aol.com

*Attorneys for Intervenors Orange County Catholic Worker, Los Angeles Catholic Worker, Los Angeles Community Action Network, and Cangress*

Carol A. Sobel
Weston C. Rowland
Law Office of Carol A. Sobel
1158 26th Street Suite 552
Santa Monica, CA 90403
310-393-3055
Email: carolsobellaw@gmail.com
Email: rowland.weston@gmail.com

*Attorneys for Intervenors Orange County Catholic Worker, Los Angeles Catholic Worker, Los Angeles Community Action Network, and Cangress*

Shayla Renee Myers
Legal Aid Foundation of Los Angeles
7000 S Broadway
Los Angeles, CA 90003
213-640-3983
Fax: 213-640-3988
Email: smyers@lafla.org

634216.5   1
634216.1

Third Stipulation To Modify Scheduling Order Re Pretrial Deadlines

*Attorneys for Intervenors Los Angeles Catholic Worker, Los Angeles Community Action Network, and Cangress*

634216.5 2
634216.1

Third Stipulation To Modify Scheduling Order Re Pretrial Deadlines

**THIRD STIPULATION TO MODIFY SCHEDULING ORDER RE PRETRIAL DEADLINES**

**WHEREAS**, on May 9, 2023, the Court set the following schedule for the aforementioned case:

| | |
|---|---|
| Discovery Cutoff: | September 8, 2023 |
| Motion Cutoff: | October 10, 2023 |
| Final Pretrial Conference: | October 24, 2023 |
| Trial: | November 6, 2023 |

**WHEREAS**, pursuant to this Court's scheduling order, the discovery cutoff included expert discovery [Dkt. 563].

**WHEREAS**, on August 7, 2023, the Parties entered into a stipulation to amend modify the pretrial schedule as follows [Dkt. 606]:

| | |
|---|---|
| Fact Discovery Cutoff: | September 8, 2023 |
| Expert Discovery Cutoff: | October 6, 2023 |
| Motion Cutoff: | October 24, 2023 |
| Final Pretrial Conference: | October 24, 2023 |
| Trial: | November 6, 2023 |

**WHEREAS**, on August 8, 2023, the Court granted the Parties' stipulation to modify the pretrial schedule [Dkt. 607].

**WHEREAS**, on August 17, 2023, the Parties entered into a stipulation to continue the trial and further amend all pretrial deadlines due to ongoing settlement discussions and discovery disputes, which the Parties agreed rendered the current trial schedule impracticable [Dkt. 609].

**WHEREAS**, on August 28, 2023, the Court held a status conference, at which the Court did not grant the Parties' second stipulation to continue the trial and all pretrial deadlines, but stated that he would extend the current fact discovery dates after the Parties met and conferred on an amended schedule [Dkt. 620 at 62:23–63:12.]

**WHEREAS**, the Court has scheduled a further status conference on September

634216.5 3
634216.1

Third Stipulation To Modify Scheduling Order Re Pretrial Deadlines

11, 2023.

**WHEREAS**, the Parties continue to meet and confer about discovery.

**WHEREAS**, the Parties anticipate needing to take more than 15 fact witness depositions and multiple FRCP 30(b)(6) witness depositions between now and the close of fact discovery.

**WHEREAS**, certain Plaintiffs have confirmed that they intend to seek emotional distress damages at trial and the County therefore has requested and needs to schedule those Plaintiffs to appear for independent medical examinations conducted by the County's expert.

**WHEREAS**, the Parties anticipate at least five expert depositions to be taken between now and the close of expert discovery.

**WHEREAS**, the Parties intend to file motions for summary judgment;

**WHEREAS**, due to the aforementioned depositions, written and document discovery, and ongoing meet-and-confer process, the parties jointly agree that certain dates are impracticable, including the fact discovery, expert disclosure, expert discovery and motion hearing cutoff dates.

**WHEREAS**, the current discovery schedule delays and disrupts ongoing settlement discussions.

**THEREFORE, IT IS HEREBY STIPULATED AND JOINTLY REQUESTED**, that, pending the September 11, 2023 status conference at which point the Court will consider moving all trial and discovery dates as previously requested, the Court in the interim modify the pretrial schedule in this case as follows:

|  | **Current Dates** | **Proposed Dates** |
| --- | --- | --- |
| **Expert Disclosure:** | September 8, 2023 | September 22, 2023 |
| **Fact Discovery Cutoff:** |  | September 22, 2023 (*except to the extent any motions to compel are pending) |

634216.5 4
634216.1

| Rebuttal Expert Disclosure: | September 22, 2023 | October 6, 2023 |
|---|---|---|
| Expert Discovery Cutoff: | October 6, 2023 | October 20, 2023 |
| Final Pretrial Conference: | October 24, 2023 | October 24, 2023 |
| Motion Cutoff: | October 24, 2023 | November 6, 2023 |
| Trial: | November 6, 2023 | November 6, 2023 |

**IT IS FURTHER STIPULATED** that, in the event the Court grants the Parties' second stipulation to continue the trial and pre-trial deadlines [Dkt. 609], such an order will supersede this stipulation and the pre-trial deadlines in such order will govern the Parties in connection with the continued trial date.

**SO STIPULATED.**

Dated: August 30, 2023          Respectfully submitted,

/s/ Jason H. Tokoro
_____

MILLER | BARONDESS LLP
Jason H. Tokoro

*Attorneys for Defendant County of Los Angeles*

*\* The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

Dated: August 30, 2023          /s/ Elizabeth A. Mitchell
_____

UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer
Elizabeth A. Mitchell

*Attorneys for Plaintiffs*

634216.5  5
634216.1

Third Stipulation To Modify Scheduling Order Re Pretrial Deadlines

Dated: August 30, 2023

*/s/ Carol A. Sobel\**
LAW OFFICE OF CAROL A. SOBEL
Carol A. Sobel

*Attorneys for Intervenors Orange County Catholic Worker, Los Angeles Catholic Worker, Los Angeles Community Action Network, and Cangress*

Dated: August 30, 2023

*/s/ Shayla Renee Myers\**
LEGAL AID FOUNDATION OF LOS ANGELES
Shayla Renee Myers

*Attorneys for Intervenors Los Angeles Catholic Worker, Los Angeles Community Action Network, and Cangress*

634216.5 6
634216.1

Third Stipulation To Modify Scheduling Order Re Pretrial Deadlines