MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>    Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**[PROPOSED] ORDER GRANTING THIRD STIPULATION TO MODIFY SCHEDULING ORDER RE PRETRIAL DEADLINE**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

634329.1

ORDER GRANTING THIRD STIPULATION TO MODIFY SCHEDULING ORDER RE PRETRIAL DEADLINES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

## **ORDER**

The Court, having read and considered the Parties' Stipulation To Continue Trial and All Pretrial Dates, and finding **GOOD CAUSE** thereon, hereby **GRANTS** the Stipulation.

**IT IS HEREBY ORDERED** that the pre-trial schedule in this case shall be modified as follows:

|  | **Current Dates** | **Proposed Dates** |
|---|---|---|
| **Expert Disclosure:** | September 8, 2023 | September 22, 2023 |
| **Fact Discovery Cutoff:** | September 8, 2023 | September 22, 2023 |
| **Rebuttal Expert Disclosure:** | September 22, 2023 | October 6, 2023 |
| **Expert Discovery Cutoff:** | October 6, 2023 | October 20, 2024 |
| **Motion Cutoff:** | October 24, 2023 | November 6, 2023 |
| **Final Pretrial Conference:** | October 24, 2023 | October 24, 2024 |
| **Trial:** | November 6, 2023 | November 6, 2024 |

**IT IS SO ORDERED.**

DATED: _____          _____

HON. DAVID O. CARTER
Judge of the United States District Court

634329.1

2

ORDER GRANTING THIRD STIPULATION TO MODIFY SCHEDULING ORDER RE PRETRIAL DEADLINES