STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys for Proposed Intervenors

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| **L.A. ALLIANCE FOR HUMAN RIGHTS**,<br><br>Plaintiff,<br><br>vs.<br><br>**CITY OF LOS ANGELES**, *et al.*,<br><br>Defendants. | ) 2:20-cv-02291-DOC(KES)<br>)<br>) **PROPOSED INTERVENORS**<br>) **STRONG OBJECTION TO THE**<br>) **STIPULATION TO CONTINUE**<br>) **DATES**<br>)<br>) Sept. 11, 2023<br>) 10:00 a.m.<br>) Courtroom 10C<br>)<br>) Judge David O. Carter<br>)<br>)<br>)<br>) |

Proposed intervenors oppose as strongly as they can the proposed continuing of any dates: continuing the trial date to November 6, 20**24** simply is nuts. By then, hundreds of homeless people will have died in the streets and on sidewalks. At some point in time, enough must be enough.

Respectfully submitted,
**YAGMAN + REICHMANN, LLP**


By:  /s/  Stephen Yagman
**STEPHEN YAGMAN**

1

## CERTIFICATE OF COMPLIANCE
(L.R. 11-6.2)

The undersigned, counsel of record for plaintiff(s) certifies that this brief contains 50 words, which complies with the word limit of L.R. 11-6.1.

**YAGMAN + REICHMANN, LLP**

By: _____
STEPHEN YAGMAN

2