DAWYN R. HARRISON (State Bar No. 173855)
*County Counsel*
KATHERINE M. BOWSER (State Bar No. 230626)
*Assistant County Counsel*
ANA WAI-KWAN LAI (State Bar No. 257931)
*Senior Deputy County Counsel*
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 648
Los Angeles, California 90012
Telephone: (213) 974-1830
Facsimile: (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**NOTICE OF ERRATA RE: (PROPOSED) ORDER, DOCKET NO. 622-1**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

634406.1

NOTICE OF ERRATA RE (PROPOSED) ORDER, DOCKET NO. 622-1

**TO THE HONORABLE COURT AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 30, 2023, Parties filed their Third Stipulation to Modify Scheduling Order Re Pretrial Deadlines and its associated (Proposed) Order Granting Third Stipulation to Modify Scheduling Order Re Pretrial Deadlines, but Defendant inadvertently input incorrect modified proposed date entries for: **Expert Discovery Cutoff – October 20, 2024; Final Pretrial Conference - October 24, 2024;** and **Trial – November 6, 2024**. Accordingly, Defendant hereby provides the notice of that clerical error and hereby corrects same by resubmitting the (Proposed) Order with corrected proposed date entries attached hereto as **Exhibit A**.

DATED: August 31, 2023          MILLER BARONDESS, LLP

By: 

JASON H. TOKORO
Attorneys for Defendant
COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

# EXHIBIT A

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., | **CASE NO. 2:20-cv-02291 DOC (KES)** |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING THIRD STIPULATION TO MODIFY SCHEDULING ORDER RE PRETRIAL DEADLINE** |
| v. | |
| CITY OF LOS ANGELES, et al., | Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |
| Defendants. | |

634329.1

**Page 4**

ORDER GRANTING THIRD STIPULATION TO MODIFY SCHEDULING ORDER RE PRETRIAL DEADLINES

# ORDER

The Court, having read and considered the Parties' Stipulation To Continue Trial and All Pretrial Dates, and finding **GOOD CAUSE** thereon, hereby **GRANTS** the Stipulation.

**IT IS HEREBY ORDERED** that the pre-trial schedule in this case shall be modified as follows:

|  | **Current Dates** | **Proposed Dates** |
|---|---|---|
| **Expert Disclosure:** | September 8, 2023 | September 22, 2023 |
| **Fact Discovery Cutoff:** | September 8, 2023 | September 22, 2023 |
| **Rebuttal Expert Disclosure:** | September 22, 2023 | October 6, 2023 |
| **Expert Discovery Cutoff:** | October 6, 2023 | October 20, 2023 |
| **Motion Cutoff:** | October 24, 2023 | November 6, 2023 |
| **Final Pretrial Conference:** | October 24, 2023 | October 24, 2023 |
| **Trial:** | November 6, 2023 | November 6, 2023 |

**IT IS SO ORDERED.**

DATED: _____     _____

HON. DAVID O. CARTER
Judge of the United States District Court

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400