**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**\*\*AMENDED 09-01-23\*\***
**CIVIL MINUTES – GENERAL**

Case No: LA CV 20-02291-DOC-(KESx)                     Date: August 28, 2023

Title:   LA ALLIANCE FOR HUMAN RIGHTS, et al. v. CITY OF LOS ANGELES, et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Elizabeth Mitchell | Jennifer Mira Hashmall, L.A. County |
| Matthew Umhofer | Shayla Myers, Intervenor |
| Cara Arnold | Steven Yagman, Proposed Intervenor |

PROCEEDINGS:   **STATUS CONFERNCE**
*MOTION TO INTERVENE BY MOVANT PAUL BORING [608]*
*(Los Angeles First Street)*

The case is called. The Court and counsel confer.

The Court holds Motion to Intervene [608] in abeyance.

Hearing is continued to September 11, 2023 at 8:30 AM.

The Court orders the transcript of the hearing held August 28, 2023, be immediately produced at the government's expense and billed at the daily rate.

The transcript shall be prepared forthwith and filed on the docket with immediate release to the public.

The transcript will also be available to download on the Court's Cases of Interest webpage, located here: http://www.cacd.uscourts.gov/newsworthy/cases-of-interest

1:28

Initials of Deputy Clerk: kdu