MATTHEW D. UMHOFER (State Bar No. 206607)
matthew@umklaw.com
ELIZABETH A. MITCHELL (State Bar No. 251139)
elizabeth@umklaw.com
UMHOFER, MITCHELL & KING LLP
767 South Alameda Street, Suite 270
Los Angeles, California 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027

Attorneys for Plaintiffs

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

[*Additional counsel continued on following page.*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>       Plaintiffs,<br><br>       v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>       Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**DISCOVERY STIPULATION RE HOUSED PLAINTIFFS AND MEMBERS OF L.A. ALLIANCE FOR HUMAN RIGHTS**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

627732.5

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

Ana Wai-Kwan Lai
Los Angeles County Counsel Office
500 West Temple Street, Suite 648
Los Angeles, CA 90012
213-974-0061
Email: alai@counsel.lacounty.gov

*Additional Counsel for County of Los Angeles*

Brooke Alyson Weitzman
William R. Wise, Jr.
Elder Law and Disability Rights Center
1535 East 17th Street Suite 110
Santa Ana, CA 92705
714-617-5353
Email: bweitzman@eldrcenter.org
Email: bwise@eldrcenter.org

*Attorneys for Intervenors Orange County Catholic Worker*

Catherine Elizabeth Sweetser
Paul L. Hoffman
Schonbrun Seplow Harris Hoffman and Zeldes LLP
9415 Culver Boulevard Suite 115
Culver City, CA 90232
310-396-0731
Fax: 310-399-7040
Email: csweetser@sshhzlaw.com
Email: hoffpaul@aol.com

*Attorneys for Intervenors Orange County Catholic Worker, Los Angeles Catholic Worker, and Cangress*

Carol A. Sobel
Weston C. Rowland
Law Office of Carol A. Sobel
1158 26th Street Suite 552
Santa Monica, CA 90403
310-393-3055
Email: carolsobellaw@gmail.com
Email: rowland.weston@gmail.com

*Attorneys for Intervenors Orange County Catholic Worker, Los Angeles Catholic Worker, and Cangress*

Shayla Renee Myers
Legal Aid Foundation of Los Angeles
7000 S Broadway
Los Angeles, CA 90003
213-640-3983
Fax: 213-640-3988
Email: smyers@lafla.org

*Attorneys for Intervenors Los Angeles Catholic Worker and Cangress*

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

627732.5

2

Plaintiffs LA Alliance for Human Rights ("Alliance"), Joseph Burk, Harry Tashdjian, Karen Pinsky, and George Frem (collectively, the "Housed Plaintiffs" and, together with "Alliance," "Plaintiffs") and Defendant County of Los Angeles ("County"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, Plaintiffs filed a Second Amended and Supplemental Complaint ("SAC") on July 15, 2022 [Dkt. 454];

**WHEREAS**, the SAC includes allegations regarding Mark Shinbane, Lisa Rich, and Hal Bastian (the "Representative non-PEH Members"), who the SAC alleges are "representative of the membership" of Alliance [SAC ¶ 81];

**WHEREAS**, the County has sought the authorization of the housed Plaintiffs and Representative non-PEH Members to investigate the existence of evidence regarding County-provided housing, shelter, or services (including mental health or substance use disorder treatment services) to the housed Plaintiffs and Representative non-PEH Members;

**WHEREAS**, Plaintiffs have objected to the County's requests for the authorization of the housed Plaintiffs and Representative non-PEH members;

**WHEREAS**, the County disagrees with Plaintiffs' objections to its requests for the authorization of the housed Plaintiffs and Representative non-PEH members;

**WHEREAS**, the Parties desire to resolve their disputes over Plaintiffs' objection, and to narrow the scope of discovery and triable issues in this case.

**NOW, THEREFORE, THE PARTIES HEREBY AGREE AS FOLLOWS**:

1. Plaintiffs hereby represent and agree that none of the housed Plaintiffs or Representative non-PEH Members allege they have needed or sought housing, shelter, or services (including mental health or substance abuse disorder treatment services) from the County and do not allege any injury caused by the same.

2. Plaintiffs further represent and agree that, to the extent the SAC could

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

be construed otherwise, by executing this Stipulation, they are formally disavowing any and all claims to the extent they exist regarding the housed Plaintiffs or Representative non-PEH Members not receiving housing, shelter, or services (including mental health or substance abuse disorder treatment services) from the County, or having been injured by the same.

3.    Plaintiffs further represent and agree that they will not rely on any claim that the housed Plaintiffs or Representative non-PEH Members did not receive housing, shelter, or services (including mental health or substance abuse disorder treatment services) from the County to establish standing or harm for Alliance and/or Plaintiffs in this case.

4.    In exchange for Plaintiffs' representations and agreements herein, the County hereby represents and agrees that it will not seek to obtain the authorization of the housed Plaintiffs or Representative non-PEH Members to investigate the existence of evidence regarding County-provided housing, shelter, or services (including mental health or substance use disorder treatment services) to the housed Plaintiffs and Representative non-PEH Members.

DATED: September 7, 2023          UMHOFER, MITCHELL & KING LLP


By:    */s/ Elizabeth Mitchell*
_____
Elizabeth Mitchell
Attorneys for Plaintiffs
LA ALLIANCE FOR HUMAN
RIGHs/TS, JOSEPH BURK, HARRY
TASHDJIAN, WENZIAL JARRELL,
KAREN PINSKY, CHARLES MALOW
AND GEORGE FREM

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

627732.5

DISCOVERY STIPULATION RE HOUSED PLAINTIFFS AND MEMBERS OF
L.A. ALLIANCE FOR HUMAN RIGHTS MEMBERS

DATED:  September 7, 2023        MILLER BARONDESS, LLP

By: _____
      MIRA HASHMALL
      Attorneys for Defendant
      COUNTY OF LOS ANGELES

*The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

DATED:  September  7, 2023       LAW OFFICE OF CAROL A. SOBEL

By: _____/s/ Carol A. Sobel_____
      CAROL A. SOBEL
      Attorneys for Intervenors
      ORANGE COUNTY CATHOLIC
      WORKER, LOS ANGELES
      CATHOLIC WORKER, and
      CANGRESS

DATED:  September 7, 2023        LEGAL AID FOUNDATION OF LOS ANGELES

By: _____/s/ Shayla Renee Myers_____
      SHAYLA RENEE MYERS
      Attorneys for Intervenors
      LOS ANGELES CATHOLIC WORKER
      and CANGRESS

627732.5

5

DISCOVERY STIPULATION RE HOUSED PLAINTIFFS AND MEMBERS OF
L.A. ALLIANCE FOR HUMAN RIGHTS MEMBERS

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 2121 Avenue of the Stars, Suite 2600, Los Angeles, CA 90067.

On September 7, 2023, I served true copies of the following document(s) described as:

**DISCOVERY STIPULATION RE HOUSED PLAINTIFFS AND MEMBERS OF L.A. ALLIANCE FOR HUMAN RIGHTS**

on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 7, 2023, at Los Angeles, California.

Brian Binns

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

627732.5

6

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

**SERVICE LIST**
*LA Alliance for Human Rights, et al. v. City of Los Angeles, et al.*
**Case No. 2:20-cv-02291**

| | |
|---|---|
| Matthew D. Umhofer | Attorneys for Plaintiffs |
| Elizabeth A. Mitchell | |
| UMHOFER, MITCHELL & KING LLP | Telephone:  213-394-7979 |
| | Facsimile:   213-529-1027 |
| 767 South Alameda Street | Email: matthew@umklaw.com |
| Suite 270 | elizabeth@umklaw.com |
| Los Angeles, CA 90021 | calendaring@umklaw.com |
| | jon@umklaw.com |
| | |
| Michael N. Feuer | Attorneys for Defendant |
| *City Attorney* | *CITY OF LOS ANGELES* |
| Scott Marcus | |
| *Chief Assistant City Attorney* | Telephone:  213-978-6952 |
| Arlene N. Hoang | Facsimile:   213-978-7011 |
| *Deputy City Attorney* | Email: scott.marcus@lacity.org |
| Ryan Salsig | arlene.hoang@lacity.org |
| *Deputy City Attorney* | jessica.mariani@lacity.org |
| LOS ANGELES CITY ATTORNEY'S OFFICE | ryan.salsig@lacity.org |
| 200 North Main Street | |
| City Hall East, Room 675 | |
| Los Angeles, CA 90012 | |
| | |
| Brooke Alyson Weitzman | Attorneys for Intervenor |
| William R. Wise | *ORANGE COUNTY CATHOLIC WORKER* |
| ELDER LAW AND DISABILITY RIGHTS CENTER | |
| 1535 East 17th Street | Telephone:  714-617-5353 |
| Suite 110 | Email: bweitzman@eldrcenter.org |
| Santa Ana, CA 92705 | bwise@eldrcenter.org |
| | |
| Paul L. Hoffman | Attorneys for Intervenors |
| Catherine E. Sweetser | *ORANGE COUNTY CATHOLIC WORKER, LOS ANGELES CATHOLIC WORKER and CANGRESS* |
| SCHONBRUN SEPLOW HARRIS HOFFMAN AND ZELDES LLP | |
| 9415 Culver Boulevard | |
| Suite 115 | Telephone:  310-396-0731 |
| Culver City, CA 90232 | Facsimile:   310-399-7040 |
| | Email: hoffpaul@aol.com |
| | csweetser@sshhlaw.com |

627732.5

7

Carol A. Sobel
Weston C. Rowland
LAW OFFICE OF CAROL SOBEL
2632 Wilshire Boulevard
Suite 552
Santa Monica, CA 90403

Attorneys for Intervenors
*LOS ANGELES CATHOLIC WORKER, ORANGE COUNTY CATHOLIC WORKER and CANGRESS*

Telephone:   310-393-3055
Facsimile:    310-451-3858
Email: carolsobellaw@gmail.com
rowland.weston@gmail.com

Shayla R. Myers
LEGAL AID FOUNDATION OF LOS ANGELES
7000 South Broadway
Los Angeles, CA 90003

Attorneys for Intervenors
*LOS ANGELES CATHOLIC WORKER and CANGRESS*

Telephone:   213-640-3983
Facsimile:    213-640-3988
Email: smyers@lafla.org

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

627732.5

DISCOVERY STIPULATION RE HOUSED PLAINTIFFS AND MEMBERS OF
L.A. ALLIANCE FOR HUMAN RIGHTS MEMBERS