

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

LA ALLIANCE FOR HUMAN RIGHTS, et al.,

　　　　Plaintiffs,

　　v.

CITY OF LOS ANGELES, et al.,

　　　　Defendants.

**CASE NO. 2:20-cv-02291 DOC (KES)**

**(PROPOSED) ORDER GRANTING DISCOVERY STIPULATION RE HOUSED PLAINTIFFS AND MEMBERS OF L.A. ALLIANCE FOR HUMAN RIGHTS**

Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott

636490.1

(PROPOSED) ORDER GRANTING STIPULATION RE HOUSED PLAINTIFFS AND MEMBERS OF L.A. ALLIANCE FOR HUMAN RIGHTS

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

**ORDER**

The Court, having reviewed and considered the foregoing Stipulation and finding good cause appearing thereon, hereby approves the Stipulation in its entirety**. IT IS HEREBY ORDERED** that:

1.  None of the housed Plaintiffs or Representative non-PEH Members allege they have needed or sought housing, shelter, or services (including mental health or substance abuse disorder treatment services) from the County and do not allege any injury caused by the same.

2.  To the extent the SAC could be construed otherwise, Plaintiffs are formally disavowing any and all claims to the extent they exist regarding the housed Plaintiffs or Representative non-PEH Members not receiving housing, shelter, or services (including mental health or substance abuse disorder treatment services) from the County, or having been injured by the same.

3.  Plaintiffs will not rely on any claim that the housed Plaintiffs or Representative non-PEH Members did not receive housing, shelter, or services (including mental health or substance abuse disorder treatment services) from the County to establish standing or harm for Alliance and/or Plaintiffs in this case.

4.  The County will not seek to obtain the authorization of the housed Plaintiffs or Representative non-PEH Members to investigate the existence of evidence regarding County-provided housing, shelter, or services (including mental health or substance use disorder treatment services) to the housed Plaintiffs and Representative non-PEH Members.

**IT IS SO ORDERED**

636490.1

2

DATED:  September ___, 2023

_____

Hon. David O. Carter and Magistrate Judge Karen E. Scott
Judge of the United States District Court

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

636490.1

3

(PROPOSED) ORDER GRANTING STIPULATION RE HOUSED PLAINTIFFS AND MEMBERS OF L.A. ALLIANCE FOR HUMAN RIGHTS