STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys for Proposed Intervenors

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| **L.A. ALLIANCE FOR HUMAN RIGHTS**, <br><br> Plaintiff, <br><br> vs. <br><br> **CITY OF LOS ANGELES**, *et al.,* <br><br> Defendants. | 2:20-cv-02291-DOC(KES) <br><br> **PROPOSED INTERVENORS' SUGGESTION THAT THIS ACTION IS A FALSE FLAG ACTION** <br><br> Sept. 11, 2023 <br> 10:00 a.m. <br> Courtroom 10C <br><br> Judge David O. Carter |

Proposed intervenors suggest that Doc. 627 is evidence of, and an admission, that this action is a false flag action, in that plaintiffs Burk, Tashdjian, Pinsky, and Frem admit that they all are "housed Plaintiffs" and "none of the housed Plaintiffs . . . have needed or sought housing, shelter, or services . . . ." *Id.* at 3:24-27.

//

//

//

//

1

Respectfully submitted,
**YAGMAN + REICHMANN, LLP**

By:  /s/  Stephen Yagman
**STEPHEN YAGMAN**

## CERTIFICATE OF COMPLIANCE
### (L.R. 11-6.2)

The undersigned, counsel of record for plaintiff(s) certifies that this brief contains 59 words, which complies with the word limit of L.R. 11-6.1.

**YAGMAN + REICHMANN, LLP**

By: _____

STEPHEN YAGMAN