DAWYN R. HARRISON (State Bar No. 173855)
*County Counsel*
KATHERINE M. BOWSER (State Bar No. 230626)
*Assistant County Counsel*
ANA WAI-KWAN LAI (State Bar No. 257931)
*Senior Deputy County Counsel*
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 648
Los Angeles, California 90012
Telephone: (213) 974-1830
Facsimile: (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

[*Additional counsel continued on following page.*]

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**JOINT STATUS REPORT RE DEPOSITIONS AND DISCOVERY**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

636624.1

JOINT STATUS REPORT RE DEPOSITIONS AND DISCOVERY

[*Additional counsel, continued from previous page:*]

Matthew Donald Umhofer (State Bar No. 206607)
Elizabeth A. Mitchell (State Bar No. 251139)
UMHOFER, MITCHELL & KING LLP
767 South Alameda Street, Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
Email: mumhofer@umklaw.com
emitchell@umklaw.com

Attorneys for Plaintiffs
LA ALLIANCE FOR HUMAN RIGHTS, JOSEPH BURK, HARRY TASHDJIAN, WENZIAL JARRELL, KAREN PINSKY, CHARLES MALOW and GEORGE FREM


Brooke Alyson Weitzman
Telephone: (714) 617-5353
Email: bweitzman@eldrcenter.org
bwise@eldrcenter.org

Attorneys for Intervenors
ORANGE COUNTY CATHOLIC WORKER


Catherine Elizabeth Sweetser
Paul L. Hoffman
SCHONBRUN SEPLOW HARRIS HOFFMAN AND ZELDES LLP
9415 Culver Boulevard, Suite 115
Culver City, California 90232
Telephone: (310) 396-0731
Facsimile: (310) 399-7040
Email: csweetser@sshhzlaw.com
hoffpaul@aol.com

Attorneys for Intervenors
ORANGE COUNTY CATHOLIC WORKER, LOS ANGELES CATHOLIC WORKER and CANGRESS

[*Additional counsel continued on following page.*]

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

636624.1

2

JOINT STATUS REPORT RE DEPOSITIONS AND DISCOVERY

[*Additional counsel, continued from previous page:*]

Carol A. Sobel
Weston C. Rowland
LAW OFFICE OF CAROL A. SOBEL
1158 26th Street, Suite 552
Santa Monica, California 90403
Telephone: (310) 393-3055
Email: carolsobellaw@gmail.com
rowland.weston@gmail.com

Attorneys for Intervenors
ORANGE COUNTY CATHOLIC WORKER, LOS ANGELES CATHOLIC WORKER and CANGRESS


Shayla Renee Myers
LEGAL AID FOUNDATION OF LOS ANGELES
7000 South Broadway
Los Angeles, California 90003
Telephone: (213) 640-3983
Facsimile: (213) 640-3988
Email: smyers@lafla.org

Attorneys for Intervenors
LOS ANGELES CATHOLIC WORKER and CANGRESS

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

636624.1

3

## JOINT STATUS REPORT

In advance of the September 11, 2023 status conference, the Parties hereby submit this joint report on the status of ongoing discovery to update the Court and in further support of the Parties' August 17, 2023 Stipulation to Continue Trial and All Pretrial Deadlines [Dkt. 609].

## I.      COUNTY'S DOCUMENT PRODUCTION

The Parties have reached agreement on custodians and an e-discovery process to govern the County's review of documents that are potentially responsive to Plaintiff LA Alliance for Human Rights ("Alliance")'s First Set of Requests for Production, which were the subject of the Court's August 2, 2023 Order [Dkt. 604] and the County's August 16, 2023 Motion for a Protective Order [Dkt. 613].

Pursuant to that process, the County has retained a vendor (Disco) to facilitate the collection and transfer of e-mails from the County's information technology ("IT") systems to a document review platform.  That process is underway and the documents will be ingested into the database by the end of the week.  Counsel for the County will then review the documents for responsiveness and privilege and produce them to Plaintiffs on an ongoing basis.  Plaintiffs have stated that they are not requesting documents containing personal identifying or medical information protected by HIPAA, 42 C.F.R. Part 2, or other privacy laws and regulations governing the confidentiality of medical, mental health, and substance use treatment or records of the same.

The Parties have also reached a preliminary agreement on search terms, subject to revisions to conform the search terms to the e-discovery functionalities of the County's review platform, which differs in syntax input from the County's tool. In light of the fact that there are custodians in multiple departments with independent IT teams, the parties agreed that the process would be expedited by waiting until after the documents were transferred from the departments to counsel's unified review platform to finalize the search terms.  The Parties will meet and

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

confer within 48 hours of the County's production to Plaintiffs a full report of "hits" on each search terms to discuss and narrow the terms if necessary.

## II.  DEPOSITION SCHEDULE

The Parties have agreed and hereby stipulate that the needs of this case and the importance of the issues presented warrant mutually augmenting per-side deposition limit from 10 to 17.  *See* Fed. R. Civ. P. 30(a)(2)(A)(i).  The Parties believe in good faith that this number is sufficient to permit the Parties to complete the depositions that each side has noticed—including the six individual Plaintiffs, the members of Alliance on whom Plaintiffs intend to rely at trial, and the Rule 30(b)(6) deposition representatives of Alliance and the County of Los Angeles—or intends to notice, such as the County Board of Supervisors and certain department directors.  Because the County contends these witnesses are "apex" witnesses, Plaintiffs will need to first take the deposition of the County's 30(b)(6) witnesses and review relevant documents which have not yet been produced, but Plaintiffs understand are forthcoming.

The current deposition schedule based on the availability of the numerous witnesses is attached hereto as **Exhibit A**.  Many of the witnesses, including several of the named Plaintiffs and County 30(b)(6) witnesses, have limited availability prior to the current deadlines for exchanging expert reports and filing motions for summary judgment due to medical circumstances and pre-planned travel.  As such, with the current deadlines, Plaintiffs and the County will be significantly prejudiced insofar as discovery necessary for filing a summary judgment motion will not be available by the current deadline.

## III.  EXPERT DISCOVERY

The Parties have indicated that they plan to retain experts to testify in this case and hence there is a mutual need for expert discovery in advance of trial.  The Parties agree that such discovery cannot occur until after the completion of depositions and fact discovery, so that the experts have adequate time to review the

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

transcripts and information to prepare their reports.  The Parties will then need to take the depositions of these expert witnesses.  Based on the current deposition schedule, as set forth above, this expert discovery—disclosures, reports, and depositions—cannot reasonably take place until early to mid-November at the earliest.

## IV.    INDEPENDENT MEDICAL EXAMINATIONS

The individual Plaintiffs (Joseph Burk, George Frem, Wenzial Jarrell, Charles Malow, Karen Pinsky, and Harry Tashdijan) intend to seek compensatory damages at trial for pain and suffering, mental anguish, and emotional distress.  The County has served written discovery and document requests relating to these damages claims.  In addition, the individual Plaintiffs have agreed to undergo independent medical examinations ("IMEs") in support of such damages.  The schedule for Plaintiffs' IMEs is included on the calendar in **Exhibit A**.

## V.    CONCLUSION

Absent a trial continuance, it will be difficult for the Parties in the exercise of reasonable diligence to complete the anticipated discovery in the 39 court days between the September 11, 2023 status conference and the November 6, 2023 trial date.  There are at least 21 outstanding depositions and examinations, not including preparation time or expert discovery.  Both fact and expert discovery will need to be completed before the Parties can prepare their anticipated motions for summary judgment.  Many of the key deposition witnesses are not even available in advance of the current deadlines.  Absent a continuance, the Parties will be prejudiced in their ability to develop evidence in support of the claims and defenses, let alone prepare for trial.

Moreover, the County and Plaintiffs agree that their mutual resources would be better prioritized on negotiating a resolution of this matter and that the accelerated pace of discovery and motion practice necessary to maintain a November 6, 2023 trial date would be detrimental to that ongoing process.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

Dated: September 7, 2023       Respectfully submitted,

                               /s/ Mira Hashmall
                               MILLER BARONDESS, LLP
                               Mira Hashmall

                               Attorneys for Defendant County of Los Angeles

                               * The other signatories listed, and on whose behalf
                               the filing is submitted, concur in the filing's content
                               and have authorized the filing.

Dated: September 7, 2023       /s/ Elizabeth A. Mitchell*
                               UMHOFER, MITCHELL & KING LLP
                               Elizabeth A. Mitchell

                               Attorneys for Plaintiffs

Dated: September 7, 2023       /s/ Carol A. Sobel*
                               LAW OFFICE OF CAROL A. SOBEL
                               Carol A. Sobel

                               Attorneys for Intervenors Orange County Catholic
                               Worker, Los Angeles Catholic Worker, and Cangress

Dated: September 7, 2023       /s/ Shayla Renee Myers*
                               LEGAL AID FOUNDATION OF LOS ANGELES
                               Shayla Renee Myers

                               Attorneys for Intervenors Los Angeles Catholic
                               Worker and Cangress

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

636624.1

7

JOINT STATUS REPORT RE DEPOSITIONS AND DISCOVERY