# EXHIBIT A

# September 2023

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 — Status Conference | 12 | 13 | 14 — Depo – Harry Tashdjian | 15 — Depo – Kalene Gilbert | 16 |
| 17 | 18 | 19 — Depo – Kimberly Nall | 20 — Depo – Paul Webster | 21 — Depo – Daniel Conway | 22 — Expert Disclosures; Fact Disco c/o | 23 |
| 24 | 25 | 26 — Depo – LaTina Jackson | 27 — Depo – Karyn Pinsky | 28 — Karen Pinsky (IME); Depo – Joe Burk | 29 — Depo – Gary Tsai | 30 |

**Exhibit A, Page 9**

Case 2:20-cv-02291-DOC-KES    Document 629-1    Filed 09/07/23    ID #:19405

Exhibit A, Page 10

# October 2023

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| 1 | 2 Depo – Dr. Sherin<br><br>Harry Tashdijan (IME) | 3 Depo – Jennifer Hallman<br><br>Pre-trial docs filed | 4 Depo – Wenzial Jarrell | 5 Wenzial Jarrell (IME)<br>Depo – Don Steier | 6 Depo – John Sierra Franklin;<br><br>MSJ Filing c/o<br>Rebuttal disclosure<br>Rule 16 meeting | 7 |
| 8 | 9 Joe Burk (IME) | 10 | 11 | 12 Depo – Larry Rauch | 13 Depo – Connie Draxler<br><br>MIL and PTCO due | 14 |
| 15 | 16 | 17 MIL Oppositions Joint Statement | 18 Depo – Howard Rubinroit | 19 Depo – Jamie Page | 20 Expert Discovery cutoff | 21 |
| 22 | 23 | 24 Pretrial Conference<br><br>Depo – Amanda Ruiz | 25 | 26 Depo – Cheri Todoroff | 27 | 28 |
| 29 | 30 | 31 | 1 | 2 | 3 | 4 |
| 5 | 6 TRIAL | 7 TRIAL | 8 TRIAL | 9 TRIAL | 10 TRIAL | |