**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-2291-DOC-KES                    Date:  September 8, 2023

Title: L.A. ALLIANCE ET AL. V. CITY OF LOS ANGELES ET AL

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

|  Karlen Dubon  |  Not Present  |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|:---:|:---:|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER CONTINUING STATUS CONFERENCE**

The Court, on its own motion, **CONTINUES** the hearing currently scheduled for September 11, 2023 to **Thursday, September 14, 2023 at 10:00 AM**. The hearing will be held at First Street U.S. Courthouse, 350 W 1st Street, Los Angeles, CA. The parties will be notified of the courtroom closer to the hearing date.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: ts

MINUTES FORM 11
CIVIL-GEN