STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys for Proposed Intervenors

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| **L.A. ALLIANCE FOR HUMAN RIGHTS**,<br><br>                    Plaintiff,<br><br>vs.<br><br>**CITY OF LOS ANGELES**, *et al.,*<br><br>                    Defendants. | 2:20-cv-02291-DOC(KES)<br><br>**PROPOSED INTERVENORS' REQUEST FOR CONTINUANCE/CALENDAR ACCOMMODATION**<br><br>Sept. 11, 2023<br>10:00 a.m.<br>Courtroom 10C<br><br>Judge David O. Carter |

Proposed intervenors' request for continuance/calendar accommodation, to change new, Sept. 14 calendar date of Sept. 11 hearing, to Sept. 18, based on their counsel's unavailability. Declaration of Stephen Yagman, attached hereto.

Respectfully submitted,
**YAGMAN + REICHMANN, LLP**

By:  /s/  Stephen Yagman
**STEPHEN YAGMAN**

//

1

## <u>DECLARATION OF STEPHEN YAGMAN</u>

I, Stephen Yagman, declare the following to be true under the penalty of perjury at Venice Beach, California, pursuant to 28 U.S.C. § 1746, on the date set forth below my signature hereinbelow.

1. I am one of the attorneys for the plaintiff in this action.

2. I have an irreconcilable calendar conflict on Sept. 14, at 10:00 a.m., the date to which the court just continued the Sept. 11 hearing/status conference, because I have a medical appointment for which I need to begin preparation at 10:30 a.m. on that date, and whose date is urgent.

_____
       **STEPHEN YAGMAN** 09/08/23

2