STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys for Proposed Intervenors

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **L.A. ALLIANCE FOR HUMAN RIGHTS**, <br><br> Plaintiff, <br><br> vs. <br><br> **CITY OF LOS ANGELES**, *et al.,* <br><br> Defendants. <br> _____ | ) 2:20-cv-02291-DOC(KES) <br> ) <br> ) [Proposed] **ORDER** <br> ) <br> ) **ONPROPOSED INTERVENORS' REQUEST FOR CONTINUANCE/CALENDAR ACCOMMODATION** <br> ) <br> ) Sept. 11, 2023 <br> ) 10:00 a.m. <br> ) Courtroom 10C <br> ) <br> ) Judge David O. Carter <br> ) <br> ) |

GOOD CAUSE appearing for Proposed intervenors' request for continuance/calendar accommodation, to change new, Sept. 14 calendar date of Sept. 11 hearing, to Sept. 18, based on their counsel's unavailability,

**IT IS ORDERED** that the Sept. 11 hearing is continued to Sept. 18 at _____ m.

Dated: Sept. 08, 2023                    _____

**DAVID O. CARTER**
United States District Judge

1