**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L.A. ALLIANCE FOR HUMAN RIGHTS et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al. <br><br> Defendants. | CASE No. 2:20−cv−2291−DOC-KES <br><br> **ORDER GRANTING REQUEST TO CONTINUE HEARING FROM SEPTEMBER 14, 2023 TO SEPTEMBER 18, 2023 [631]** |

Having considered Proposed Intervenors' request to continue the status conference from September 14, 2023 to September 18, 2023 ("Request") (Dkt. 631), and good cause appearing, the Court **GRANTS** the Request.

The status conference currently scheduled for September 14, 2023 is **CONTINUED** to September 18, 2023. The hearing will take place at 10:00 a.m. in Courtroom 10C at First Street U.S. Courthouse, 350 W 1st St., Los Angeles, CA 90012.

**IT IS SO ORDERED**.

Date: September 8, 2023

_David O. Carter_

David O. Carter
United States District Judge