UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*
*LA Alliance for Human Rights, Joseph Burk,*
*Harry Tashdjian, Wenzial Jarrell,*
*Karen Pinsky, Charles Malow, and George Frem*

Louis R. Miller (SBN 54141)
Mira Hashmall (SBN 216842)
MILLER | BARONDESS LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7560
Fax: 310-552-8400
mhashmall@millerbarondess.com

*Attorneys for Defendant*
*County of Los Angeles*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*, | Case No. 2:20-CV-02291-DOC-KES |
| Plaintiffs, | Assigned to Judge David O. Carter |
| v. | |
| CITY OF LOS ANGELES, *et al.*, | **STATUS REPORT RE SETTLEMENT NEGOTIATIONS** |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Plaintiffs LA ALLIANCE FOR HUMAN RIGHTS, *et al.* and Defendant COUNTY OF LOS ANGELES hereby jointly provide the following status report concerning their settlement negotiations in this case.

The parties have reached an agreement in principle, and are continuing to work diligently and expeditiously, and in good faith, to negotiate the few remaining terms. On Friday, September 15, 2023, the parties met with United States District Court Judge Andre Birotte and Special Master Michele Martinez to update them regarding the terms and discuss the remaining issues. To concentrate on settlement discussions, and avoid significant and likely unnecessary discovery costs, the parties have temporarily suspended discovery and again request the Court grant the parties' stipulation to continue associated dates (Dkt 609). This will allow the parties to concentrate on finalizing and submitting necessary settlement documents. The parties intend to have a fully executed agreement, including all client signatures, submitted to the Court within 21 days.

Dated: Sept. 15, 2023          Respectfully submitted,

*/s/ Elizabeth A. Mitchell*
UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer
Elizabeth A. Mitchell

*Attorneys for Plaintiffs*

*\* The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

Dated: Sept. 15, 2023          */s/ Louis R. Miller\**
MILLER | BARONDESS LLP
Mira Hashmall

*Attorneys for Defendant County of Los Angeles*

2
*STATUS REPORT RE SETTLEMENT NEGOTIATION*