# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)** <br><br> **ORDER GRANTING JOINT MOTION FOR ORDER TO SHOW CAUSE RE: DISMISSAL OF GARY WHITTER'S CLAIMS PURSUANT TO F.R.C.P. 41(B) AND L.R. 41-1, 41-5, AND 41-6 [486]** <br><br> Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

580736.1

ORDER GRANTING JOINT MOTION FOR ORDER TO SHOW CAUSE RE: DISMISSAL OF GARY WHITTER'S CLAIMS

# ORDER

On November 14, 2022 or as soon thereafter as the matter could be heard, Defendants County of Los Angeles ("County") and City of Los Angeles' ("City" and, together with County, "Defendants") Joint Motion for an Order to Show Cause re: Dismissal of Gary Whitter's Claims Pursuant to F.R.C.P. 41(B) and L.R. 41-1, 41-5, and 41-6 ("Motion") came on for hearing, in the above-captioned Court, the Honorable David O. Carter presiding.

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**;

2. Mr. Whitter must show cause within 30 days of the date of this Order as to why the instant action should not be dismissed with prejudice for lack of prosecution; and

3. If Mr. Whitter fails to show cause within 30 days of the date of this Order, Mr. Whitter's claims against Defendants shall be dismissed with prejudice and judgment shall be entered for Defendants.

**IT IS SO ORDERED.**

DATED:    September 19, 2023

_David O. Carter_

HONORABLE DAVID O. CARTER
Judge of the United States District Court

580736.1

2

ORDER GRANTING JOINT MOTION FOR ORDER TO SHOW CAUSE RE: DISMISSAL OF GARY WHITTER'S CLAIMS