**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-CV-02291-DOC-KESx                    Date:  September 19, 2023

Title: LA ALLIANCE FOR HUMAN RIGHTS, et al V. CITY OF LOS ANGELES

PRESENT:    THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|:---:|:---:|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER FILING DEADLINES FOR PROPOSED SETTLEMENT AND HEARING**

On Monday, September 18, 2023, the court held a status conference based on the representations received by Judge Birotte and Special Master Martinez that on Friday September 15, 2023 (Dkt. 633) that the parties "have reached an agreement in principle, and are continuing to work diligently and expeditiously, and in good faith, to negotiate the few remaining terms."

Judge Birotte and Special Master Martinez represented to the parties that they are available to discuss the few remaining terms if needed.

The parties represented that the proposed settlement will be submitted to the Court's docket by Monday, September 25, 2023, by 12 p.m.

The Court sets the hearing for approval and/or public input on Thursday, September 28, 2023, at 9:00 a.m. in Courtroom 10C at the First Street Courthouse in Los Angeles and requests the appearance of Chairman of the Board of Supervisors Janice Hahn, Mayor Karen Bass, and President of the City Council Paul Krekorian.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu