**\*\*AMENDED\*\***

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No: LA CV 20-02291-DOC-(KESx)                    Date: September 18, 2023

Title:   LA ALLIANCE FOR HUMAN RIGHTS, et al. v. CITY OF LOS ANGELES, et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Elizabeth Mitchell | Jennifer Mira Hashmall, L.A. County |
| Matthew Umhofer | Brook Weitzman, Lauren Black |
| Cara Arnold | Shayla Myers, Intervenor |
| | Steven Yagman, Proposed Intervenor |

PROCEEDINGS:   STATUS CONFERNCE *(Los Angeles First Street)*

The case is called. The Court and counsel confer.

The Court orders the transcript of the hearing held September 18, 2023, be immediately produced at the government's expense and billed at the daily rate.

The transcript shall be prepared forthwith and filed on the docket with immediate release to the public.

The transcript will also be available to download on the Court's Cases of Interest webpage, located here: http://www.cacd.uscourts.gov/newsworthy/cases-of-interest

cc:    CourtRecording_CACD@cacd.uscourts.gov
Transcripts_CACD@cacd.uscourts.gov
Reporters_CACD@cacd.uscourts.gov

0:17

Initials of Deputy Clerk: kdu