**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>        Defendants. | **CASE NO. 2:20-cv-02291 DOC-KES**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(2)**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

**<u>ORDER</u>**

Plaintiffs LA Alliance for Human Rights, Joseph Burk, Harry Tashdjian, Wenzial Jarrell, Karen Pinsky, Charles Malow, and George Frem ("Plaintiffs") and Defendant County of Los Angeles ("County")'s Joint Submission Of Second Addendum To Settlement Agreement And Stipulation For Voluntary Dismissal With Prejudice Pursuant To F.R.C.P. 41(a)(2) ("Stipulation") came on for hearing on September 28, 2023, in the above-captioned Court, the Honorable David O. Carter presiding.  All parties were represented at the hearing by their respective counsel of record.

**IT IS HEREBY ORDERED** that:

1. The Stipulation and Request for Order is **GRANTED**.

2. Plaintiffs' Causes of Action against the County in the Second Amended and Supplemental Complaint are dismissed with prejudice.

3. The Court retains jurisdiction until end of fiscal year 2026/2027 (June 30, 2027) for the purpose of overseeing and enforcing the Agreement, in accordance with Section P of the parties' settlement agreement.

4. Except as expressly provided otherwise in the Settlement Agreement, Plaintiffs and the County shall bear their own fees and cost in this Action.

**IT IS SO ORDERED.**

DATED: _____    _____

Honorable David O. Carter
Judge of the United States District Court

1

*[PROPOSED] ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL*
*WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(2)*