STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
(for filings only)
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys for Proposed Intervenors

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| **L.A. ALLIANCE FOR HUMAN RIGHTS**, <br><br> Plaintiff, <br> vs. <br><br> **CITY OF LOS ANGELES**, *et al.,* <br><br> Defendants. | ) 2:20-cv-02291-DOC(KES) <br> ) <br> ) **PROPOSED INTERVENORS'** <br> ) **STATEMENT RE: SETTLEMENT** <br> ) **AND AT LEAST ONE PLAINTIFF** <br> ) <br> ) Sept. 28, 2023 <br> ) 9:00 a.m. <br> ) Courtroom 10C <br> ) <br> ) Judge David O. Carter |

Proposed intervenors report to the court that a person later identified as a plaintiff in this action telephoned intervenors' counsel and requested that proposed intervenors' counsel substitute into this action to represent their interests because, they stated, their current counsel refused to represent their interests, to wit, pursuing damages, and they also stated that they did not agree to a settlement of this action. Were this court to approve of the proposed settlement agreement, it should require that all plaintiffs execute the agreement. Although the filed settlement papers indicate that they are "executed," they are not executed by the plaintiffs.

//

//

1

Respectfully submitted,

**YAGMAN + REICHMANN, LLP**


By:  /s/  Stephen Yagman
**STEPHEN YAGMAN**