STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
(for filings only)
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys for Proposed Intervenors

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **L.A. ALLIANCE FOR HUMAN RIGHTS**, <br><br> Plaintiff, <br> vs. <br><br> **CITY OF LOS ANGELES**, *et al.,* <br><br> Defendants. | ) 2:20-cv-02291-DOC(KES) <br> ) <br> ) **PROPOSED INTERVENORS' FIRST** <br> ) **FURTHER THOUGHTS RE:** <br> ) **SETTLEMENT** <br> ) Sept. 28, 2023 <br> ) 9:00 a.m. <br> ) Courtroom 10C <br> ) <br> ) Judge David O. Carter <br> ) |

1. It would appear that plaintiffs' counsel of record attempt to set-up a *fait accompli*, in which they have not sought execution of the proposed settlement agreement from their clients, the plaintiffs, have presented the agreement to the court as *an executed* agreement that has *not been executed*, and hope that the court will approve the settlement, so that they then can present it to plaintiffs as an agreement already approved by the court, and pressure plaintiffs to execute it. This would appear to be both backwards and inappropriate.

2. The proposed agreement has each side bearing its own legal fees because defense counsel's fees get paid currently and plaintiffs' counsel's fees are paid from an outside source.

1

3. In no event should the court consider appointing retired Mag. Judge Gandhi, or anyone else that both parties agree upon as a subsidiary monitor of the agreement; the court should appoint someone who is a local attorney in the Los Angeles legal community, who is knowledgeable in § 1983 litigation, who is fearless and experienced, and who has plenty of time within which to accomplish that charge. This action already is too cozy, and it would appear that counsel for the parties would like to continue that coziness with the appointment of someone with whom they all are quite comfortable. There needs to be adversariness.

Respectfully submitted,

**YAGMAN + REICHMANN, LLP**


By:  /s/  Stephen Yagman
**STEPHEN YAGMAN**