**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-CV-02291-DOC-KESx                    Date:  September 26, 2023

Title: LA Alliance for Human Rights et al. v. City of Los Angeles

PRESENT:        THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER ADVANCING HEARING SCHEDULED FOR SEPTEMBER 28, 2023 FROM 9:00AM TO 8:30AM**

The Court previously set the hearing for approval of the proposed settlement agreement (Dkt. 641) and/or public input on Thursday, September 28, 2023, at 9:00 a.m. in Courtroom 10C at the First Street Courthouse in Los Angeles and requested the appearance of Chairman of the Board of Supervisors Janice Hahn, Mayor Karen Bass, and President of the City Council Paul Krekorian. One or more of these parties have indicated that they have a scheduling conflict later that morning and would appreciate the Court moving this hearing earlier.

To accommodate their schedules, the Court advances the hearing from 9:00am to 8:30am on September 28, 2023.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                        Initials of Deputy Clerk: kdu

CIVIL-GEN