**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: LA CV 20-02291-DOC-(KESx)                    Date: September 28, 2023

Title:   LA ALLIANCE FOR HUMAN RIGHTS, et al. v. CITY OF LOS ANGELES, et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

|  Karlen Dubon  |  Court Smart  |
| --- | --- |
| Courtroom Clerk | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFF:** | **ATTORNEYS PRESENT FOR DEFENDANT:** |
| --- | --- |
| Elizabeth Mitchell | Jennifer Mira Hashmall, Jason Tokoro, |
| Matthew Umhofer | Lauren Brody, Scott Marcus |
| Cara Arnold | Shayla Myers, Intervenor |
|  | Steven Yagman, Proposed Intervenor |

**PROCEEDINGS:   STATUS CONFERENCE RE SETTLEMENT AGREEMENT**
*(Los Angeles First Street)*

Also present, Los Angeles Mayor Karen Bass, Chair of the Los Angeles County Supervisors Janice Hahn, and President of the Los Angeles City Council Paul Krekorian.

The case is called. The Court and counsel confer.

The Court approves and signs the settlement agreement (Dkt. 641) with revised provisions as directed by the Court.

The Court orders the transcript of the hearing held September 28, 2023, be immediately produced at the government's expense and billed at the daily rate.

The transcript shall be prepared forthwith and filed on the docket with immediate release to the public.

The transcript will also be available to download on the Court's Cases of Interest webpage, located here: http://www.cacd.uscourts.gov/newsworthy/cases-of-interest

CC:    CourtRecording_CACD@cacd.uscourts.gov
       Transcripts_CACD@cacd.uscourts.gov
       Reporter_CACD@cacd.uscourts.gov

0:53

Initials of Deputy Clerk: kdu