HYDEE FELDSTEIN SOTO, City Attorney
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213-978-6952
Facsimile: 213-978-7011
Email:  scott.marcus@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>      Defendants. | Case No. CV 20-02291 DOC (KES)<br><br>**DEFENDANT CITY OF LOS ANGELES' QUARTERLY STATUS REPORT PURSUANT TO THE MEMORANDUM OF UNDERSTANDING BETWEEN THE COUNTY OF LOS ANGELES AND THE CITY OF LOS ANGELES [DKT. 185-1]**<br><br>**Hon. David O. Carter**<br>**United States District Judge** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to, and in compliance with, Section IV (B)(1) of the Memorandum of Understanding between the County of Los Angeles and the City of Los Angeles ("MOU") dated October 9, 2020 (Dkt. 185-1), Defendant City of Los Angeles ("the City") submits the following documents attached hereto:

A.    **Exhibit A** is the Homeless Roadmap Quarterly Report, which summarizes the type of interventions being developed in each Council District, the number of beds provided in each intervention, the status of each project, and the number of unsheltered Angelenos from each of the three target populations placed in each intervention.

B.    **Exhibit B** contains updated Council District Plans reflecting the current status of each Council District's Interventions in Development to shelter people experiencing homelessness, and Possible Additional Interventions being contemplated for development.

C.    **Exhibit C** is a report to City Council, dated September 1, 2023, which contains the Office of the City Administrative Officer's funding recommendations for the City's interventions.

DATED:  October 16, 2023       HYDEE FELDSTEIN SOTO, City Attorney
                               SCOTT MARCUS, Chief Assistant City Attorney
                               ARLENE N. HOANG, Deputy City Attorney
                               JESSICA MARIANI, Deputy City Attorney


                               By: /s/ Jessica Mariani
                               Jessica Mariani, Deputy City Attorney
                               Counsel for Defendant City of Los Angeles

1