HYDEE FELDSTEIN SOTO, City Attorney
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213-978-6952
Facsimile: 213-978-7011
Email:  scott.marcus@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, a Municipal entity, et al., <br><br> Defendants. | Case No. CV 20-02291 DOC (KES) <br><br> **DEFENDANT CITY OF LOS ANGELES' QUARTERLY STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT BETWEEN LA ALLIANCE FOR HUMAN RIGHTS AND THE CITY OF LOS ANGELES [DKT. 421]** <br><br> **Hon. David O. Carter** <br> **United States District Judge** |

Pursuant to Paragraph 7.1 of the Settlement Agreement between LA Alliance for Human Rights and other plaintiffs (collectively, "LA Alliance"), and the City of Los Angeles ("City") (Dkt. 421), the City submits the following document attached hereto:

**Exhibit A** is a report which provides the number of housing or shelter opportunities created or otherwise obtained, the number of beds or opportunities offered, and the number of beds or opportunities currently available in each Council District for the quarter ending September 30, 2022.

DATED:  October 16, 2023          HYDEE FELDSTEIN SOTO, City Attorney
                                  SCOTT MARCUS, Chief Assistant City Attorney
                                  ARLENE N. HOANG, Deputy City Attorney
                                  JESSICA MARIANI, Deputy City Attorney


                                  By: /s/ Jessica Mariani
                                  Jessica Mariani, Deputy City Attorney
                                  Counsel for Defendant City of Los Angeles

1

DEFENDANT CITY OF LOS ANGELES' QUARTERLY STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT BETWEEN LA ALLIANCE FOR HUMAN RIGHTS AND THE CITY OF LOS ANGELES [DKT. 421]