# EXHIBIT A

| No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date | Total PEH Served (2) |
|---|---|---|---|---|---|---|---|---|
| | | | | **Alliance Settlement Agreement** **Quarterly Report** **Quarter Ending September 30, 2023** | | | | |
| 1 | 1 | Permanent Supportive Housing | Prop HHH | Washington View Apartments 720 W WASHINGTON BLVD Los Angeles, CA 90015 | 91 | Open | 06/30/2022 | 91 |
| 2 | 10 | Permanent Supportive Housing | Non-Prop HHH | PATH Villas Montclair/Gramercy(Recap-Site 2 of 2) 3317 W WASHINGTON BLVD  Los Angeles, CA 90018 | 16 | Open | 07/26/2022 | 16 |
| 3 | 8 | Permanent Supportive Housing | Prop HHH | Chesterfield 4719 S NORMANDIE AVE  Los Angeles, CA 90037 | 42 | Open | 08/03/2022 | 42 |
| 4 | 13 | Permanent Supportive Housing | Prop HHH | HiFi Collective 3200 W TEMPLE ST  Los Angeles, CA 90026 | 58 | Open | 08/17/2022 | 58 |
| 5 | 10 | Permanent Supportive Housing | Prop HHH | Adams Terrace 4314 W ADAMS BLVD  Los Angeles, CA 90018 4347 W ADAMS BLVD Los Angeles, CA 90018 | 43 | Open | 09/21/2022 | 43 |
| 6 | 3 | Permanent Supportive Housing | Prop HHH | Bell Creek Apartments 6940 N OWENSMOUTH AVE Canoga Park, CA 91303 | 41 | Open | 09/23/2022 | 41 |
| 7 | 14 | Permanent Supportive Housing | Non-Prop HHH | LAMP Lodge 660 S STANFORD AVE  Los Angeles, CA 90021 | 81 | Open | 10/04/2022 | 81 |
| 8 | 7 | Permanent Supportive Housing | Prop HHH | Silva Crossing (fka Link at Sylmar) 12667 SAN FERNANDO ROAD  Sylmar, CA 91342 | 55 | Open | 10/11/2022 | 55 |
| 9 | 10 | Permanent Supportive Housing | Prop HHH | Berendo Sage 1035 S BERENDO ST  LOS ANGELES, CA 90006 | 21 | Open | 10/14/2022 | 21 |
| 10 | 10 | Permanent Supportive Housing | Prop HHH | Amani Apartments (fka Pico) 4200 W PICO BLVD  Los Angeles, CA 90019 | 53 | Open | 10/17/2022 | 49 |
| 11 | 9 | Permanent Supportive Housing | Prop HHH | Hope on Broadway 5138 S BROADWAY  Los Angeles, CA 90037 | 48 | Open | 11/01/2022 | 48 |
| 12 | 8 | Permanent Supportive Housing | Homekey 2 | 6521 Brynhurst | 40 | Open | 11/14/2022 | 39 |
| 13 | 1 | Permanent Supportive Housing | Homekey 2 | 740 Alvarado | 79 | Open | 11/15/2022 | 76 |
| 14 | 15 | Permanent Supportive Housing | Homekey 2 | 5050 Pico | 78 | Open | 11/30/2022 | 75 |
| 15 | 1 | Permanent Supportive Housing | Prop HHH | Firmin Court 418 N FIRMIN ST  Los Angeles, CA 90026 | 45 | Open | 12/16/2022 | 45 |
| 16 | 7 | Permanent Supportive Housing | Homekey 2 | 10150 Hillhaven | 33 | Open | 12/20/2022 | 32 |
| 17 | 11 | Permanent Supportive Housing | Prop HHH | VA Building 207 11301 WILSHIRE BLVD  #207  Los Angeles, CA 90025 | 59 | Open | 12/22/2022 | 59 |
| 18 | 4 | Interim Housing | Interim Housing | Highland Gardens | 143 | Open | 12/27/2022 | 259 |
| 19 | 3 | Permanent Supportive Housing | Prop HHH | Reseda Theater Senior Housing (Canby Woods West) 7221 N CANBY AVE  Reseda, CA 91335 | 13 | Open | 12/30/2022 | 13 |
| 20 | 7 | Permanent Supportive Housing | Prop HHH | Summit View Apartments 11800 W KAGEL CANYON ST  Sylmar, CA 91342 | 48 | Open | 01/06/2023 | 47 |
| 21 | 6 | Permanent Supportive Housing | Homekey 2 | 14949 Roscoe **(3)** | 29 | Open | 01/15/2023 | 29 |
| 22 | 15 | Permanent Supportive Housing | Prop HHH | Watts Works 9500 S COMPTON AVE  Los Angeles, CA 90002 | 24 | Open | 01/27/2023 | 24 |
| 23 | 5 | Permanent Supportive Housing | Prop HHH | 11010 Santa Monica 11010 W SANTA MONICA BLVD  Los Angeles, CA 90025 | 50 | Open | 03/20/2023 | 49 |

| | | | | Alliance Settlement Agreement<br>Quarterly Report<br>Quarter Ending September 30, 2023 | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date | Total PEH Served (2) |
| 24 | 13 | Permanent Supportive Housing | Prop HHH | Ambrose (fka 1615 Montana St.)<br>1611 W MONTANA ST  Los Angeles, CA 90026 | 63 | Open | 3/22/2023 | 49 |
| 25 | 10 | Permanent Supportive Housing | Prop HHH | Vermont Corridor Apartments (fka 433 Vermont Apts)<br>433 S VERMONT AVE  Los Angeles, CA 90020 | 36 | Open | 03/31/2023 | 36 |
| 26 | 8 | Permanent Supportive Housing | Prop HHH | Depot at Hyde Park<br>6527 S CRENSHAW BLVD  Los Angeles, CA 90043 | 33 | Open | 04/10/2023 | 33 |
| 27 | 11 | Permanent Supportive Housing | Prop HHH | Building 205<br>11301 WILSHIRE BLVD  Los Angeles, CA 90073 | 67 | Open | 04/10/2023 | 28 |
| 28 | 1 | Permanent Supportive Housing | Prop HHH | Ingraham Villa Apartments<br>1218 INGRAHAM ST  LOS ANGELES, CA 90017 | 90 | Open | 4/19/2023 | 63 |
| 29 | 6 | Permanent Supportive Housing | Prop HHH | Talisa (fka 9502 Van Nuys Blvd)<br>9502 N VAN NUYS BLVD  Panorama City, CA 91402 | 48 | Open | 04/19/2023 | 32 |
| 30 | 11 | Permanent Supportive Housing | Prop HHH | Building 208<br>11301 WILSHIRE BLVD  #208  LOS ANGELES, CA 90073 | 53 | Open | 04/21/2023 | 49 |
| 31 | 8 | Permanent Supportive Housing | Prop HHH | Asante Apartments<br>11001 S BROADWAY  Los Angeles, CA 90061 | 54 | Open | 05/18/2023 | 54 |
| 32 | 8 | Permanent Supportive Housing | Prop HHH | West Terrace (fka Silver Star II)<br>6576 S WEST BLVD  LOS ANGELES, CA 90043 | 56 | Open | 05/30/2023 | 52 |
| 33 | 13 | Permanent Supportive Housing | Prop HHH | PATH Villas Hollywood<br>5627 W FERNWOOD AVE  HOLLYWOOD, CA 90028 | 59 | Open | 06/02/2023 | 59 |
| 34 | 9 | Permanent Supportive Housing | Prop HHH | Broadway Apartments<br>301 W 49TH ST 1-30  LOS ANGELES, CA 90037 (5) | 34 | Open | 6/22/2023 | 7 |
| 35 | 8 | Permanent Supportive Housing | Prop HHH | Hope on Hyde Park - MP/TOC/PSH<br>6501 S CRENSHAW BLVD  Los Angeles, CA 90043 | 97 | Open | 7/7/2023 | 95 |
| 36 | 6 | Permanent Supportive Housing | Homekey 2 | 7639 Van Nuys | 34 | Open | 07/13/2023 | 30 |
| 37 | 10 | Permanent Supportive Housing | Prop HHH | Mariposa Lily<br>1055 S MARIPOSA AVE  Los Angeles, CA 90006 | 20 | Open | 7/31/2023 | 6 |
| 38 | 1 | Permanent Supportive Housing | Non-Prop HHH | West Third Apartments<br>1900 W 3RD ST  Los Angeles, CA 90057 | 136 | Open | 08/07/2023 | 19 |
| 39 | 2 | Permanent Supportive Housing | Prop HHH | Sun Commons<br>6329 N CLYBOURN AVE  North Hollywood, CA 91606 | 51 | Open | 8/7/2023 | 0 |
| 40 | 14 | Permanent Supportive Housing | Homekey 2 | 1044 Soto | 84 | Open | 09/05/2023 | 76 |
| 41 | 5 | Permanent Supportive Housing | Prop HHH | Pointe on La Brea<br>849 N LA BREA AVE CA 90038 | 49 | Open | 9/15/2023 | 0 |
| 42 | 14 | Permanent Supportive Housing | Prop HHH | 6th and San Julian<br>401 E 6TH ST  Los Angeles, CA 90014 | 93 | Open | 9/29/2023 | 0 |
| 43 | 1 | Interim Housing | Interim Housing | Mayfair<br>1256 W 7th ST Los Angeles, CA 90017 | 294 | In Process | | |
| 44 | 4 | Permanent Supportive Housing | Prop HHH | Sherman Oaks Senior Housing<br>14536 W BURBANK BLVD  VAN NUYS, CA 91411 | 54 | In Process | | |
| 45 | 3 | Permanent Supportive Housing | Homekey 2 | 21121 Vanowen | 99 | In Process | | |
| 46 | 8 | Permanent Supportive Housing | Homekey 2 | 1654 W Florence | 126 | In Process | | |

| No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date | Total PEH Served (2) |
|---|---|---|---|---|---|---|---|---|
|  | Alliance Settlement Agreement<br>Quarterly Report<br>Quarter Ending September 30, 2023 |
| 47 | 3 | Permanent Supportive Housing | Homekey 2 | 20205 Ventura | 144 | In Process | | |
| 48 | 11 | Permanent Supportive Housing | Homekey 2 | 6531 S Sepulveda | 131 | In Process | | |
| 49 | 12 | Permanent Supportive Housing | Homekey 2 | 19325 Londelius | 115 | In Process | | |
| 50 | 13 | Permanent Supportive Housing | Homekey 2 | 2812 Temple/ 916 Alvarado | 67 | In Process | | |
| 51 | 15 | Permanent Supportive Housing | Homekey 2 | 18602 Vermont | 134 | In Process | | |
| 52 | 3 | Permanent Supportive Housing | Non-Prop HHH | Palm Vista Apartments<br>20116 W SHERMAN WAY  Winnetka, CA 91306 | 44 | In Process | | |
| 53 | 14 | Permanent Supportive Housing | Prop HHH | Colorado East<br>2451 W COLORADO BLVD  Los Angeles, CA 90041 | 20 | In Process | | |
| 54 | 4 | Permanent Supportive Housing | Homekey 2 | BLVD Hotel 2010 N. Highland | 61 | In Process | | |
| 55 | 9 | Permanent Supportive Housing | Prop HHH | Main Street Apartments<br>5501 S MAIN ST  Los Angeles, CA 90037 | 56 | In Process | | |
| 56 | 8 | Permanent Supportive Housing | Prop HHH | Isla de Los Angeles<br>283 W IMPERIAL HWY  Los Angeles, CA 90061 | 53 | In Process | | |
| 57 | 2 | Permanent Supportive Housing | Prop HHH | 11604 Vanowen (fka The Mahalia)<br>11604 VANOWEN ST  LOS ANGELES, CA 91605 | 48 | In Process | | |
| 58 | 2 | Permanent Supportive Housing | Prop HHH | NoHo 5050<br>5050 N BAKMAN AVE  North Hollywood, CA 91601 | 32 | In Process | | |
| 59 | 10 | Permanent Supportive Housing | Prop HHH | Serenity (fka 923-937 Kenmore Ave)<br>923 S KENMORE AVE  Los Angeles, CA 90006 | 74 | In Process | | |
| 60 | 11 | Permanent Supportive Housing | Prop HHH | The Journey (FKA Lincoln Apartments)<br>2467 S LINCOLN BLVD  Venice, CA 90291 | 39 | In Process | | |
| 61 | 10 | Permanent Supportive Housing | Prop HHH | Washington Arts Collective<br>4615 W WASHINGTON BLVD  Los Angeles, CA 90016 | 20 | In Process | | |
| 62 | 14 | Permanent Supportive Housing | Prop HHH | La Veranda<br>2420 E CESAR E CHAVEZ AVE  Los Angeles, CA 90033 | 38 | In Process | | |
| 63 | 1 | Permanent Supportive Housing | Prop HHH | The Lake House (fka Westlake Housing)<br>437 S WESTLAKE AVE  Los Angeles, CA 90057 | 62 | In Process | | |
| 64 | 6 | Permanent Supportive Housing | Non-Prop HHH | Corazon del Valle<br>14545 W LANARK ST CA 91402 | 49 | In Process | | |
| 65 | 9 | Permanent Supportive Housing | Prop HHH | Marcella Gardens (68th & Main St.)<br>6722 S MAIN ST  Los Angeles, CA 90003 | 59 | In Process | | |
| 66 | 10 | Permanent Supportive Housing | Prop HHH | Solaris Apartments (fka 1141-1145 Crenshaw Blvd)<br>1141 S CRENSHAW BLVD  Los Angeles, CA 90019 | 42 | In Process | | |
| 67 | 1 | Permanent Supportive Housing | Prop HHH | The Quincy (fka 2652 Pico)<br>2652 W PICO BLVD  Los Angeles, CA 90006 | 53 | In Process | | |
| 68 | 13 | Permanent Supportive Housing | Prop HHH | The Wilcox (fka 4906-4926 Santa Monica)<br>4912 W SANTA MONICA BLVD  Los Angeles, CA 90029 | 61 | In Process | | |

| | | | | Alliance Settlement Agreement<br>Quarterly Report<br>Quarter Ending September 30, 2023 | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date | Total PEH Served (2) |
| 69 | 9 | Permanent Supportive Housing | Non-Prop HHH | La Prensa Libre - 4%<br>210 E WASHINGTON BLVD  Los Angeles, CA 90015 | 25 | In Process | | |
| 70 | 1 | Permanent Supportive Housing | Non-Prop HHH | 619 Westlake (fka Westlake 619)<br>619 S WESTLAKE AVE  Los Angeles, CA 90057 | 39 | In Process | | |
| 71 | 1 | Permanent Supportive Housing | Prop HHH | Bryson II<br>2721 WILSHIRE BLVD  LOS ANGELES, CA 90057 | 33 | In Process | | |
| 72 | 6 | Permanent Supportive Housing | Prop HHH | Sun King Apartments<br>9190 N TELFAIR AVE  LOS ANGELES, CA 91352 | 25 | In Process | | |
| 73 | 14 | Permanent Supportive Housing | Prop HHH | Los Lirios Apartments<br>119 S SOTO ST  Los Angeles, CA 90033 | 20 | In Process | | |
| 74 | 14 | Permanent Supportive Housing | Prop HHH | Whittier HHH (fka Whittier PSH)<br>3554 E WHITTIER BLVD  Los Angeles, CA 90023 | 63 | In Process | | |
| 75 | 15 | Permanent Supportive Housing | Prop HHH | The Banning (aka 841 N Banning)<br>841 N BANNING BLVD  Wilmington, CA 90744 | 58 | In Process | | |
| 76 | 10 | Permanent Supportive Housing | Prop HHH | McDaniel House (fka South Harvard)<br>1049 1/2 S HARVARD BLVD  Los Angeles, CA 90006 | 46 | In Process | | |
| 77 | 6 | Permanent Supportive Housing | Prop HHH | Oatsie's Place (fka Sherman Way)<br>16015 W SHERMAN WAY  VAN NUYS, CA 91406 | 45 | In Process | | |
| 78 | 14 | Permanent Supportive Housing | Prop HHH | The Brine Residential<br>3016 N NORTH MAIN ST  Los Angeles, CA 90031 | 49 | In Process | | |
| 79 | 9 | Permanent Supportive Housing | Prop HHH | 4507 Main St.<br>4505 S MAIN ST  Los Angeles, CA 90037 | 31 | In Process | | |
| 80 | 15 | Permanent Supportive Housing | Prop HHH | Beacon Landing (fka Beacon PSH)<br>319 N BEACON ST  SAN PEDRO, CA 90731 | 88 | In Process | | |
| 81 | 14 | Permanent Supportive Housing | Prop HHH | Weingart Tower A-134 (fkaWeingart Tower HHH PSH1A)<br>555 S CROCKER ST CA 90013 | 133 | In Process | | |
| 82 | 14 | Permanent Supportive Housing | Prop HHH | Weingart Tower A-144 Lower (fkaWeingart TowerII1A)<br>555 S CROCKER ST CA 90013 | 142 | In Process | | |
| 83 | 15 | Permanent Supportive Housing | Prop HHH | West Anaheim PSH (fka PSH 5)<br>828 W ANAHEIM ST  Wilmington, CA 90744 | 49 | In Process | | |
| 84 | 12 | Permanent Supportive Housing | Prop HHH | Lumina (fka Topanga Apartments)<br>10243 N TOPANGA CANYON BLVD  Chatsworth, CA 91311 | 54 | In Process | | |
| 85 | 15 | Permanent Supportive Housing | Prop HHH | SagePointe (fka Deepwater)<br>1435 N EUBANK AVE  LOS ANGELES, CA 90744 | 55 | In Process | | |
| 86 | 13 | Permanent Supportive Housing | Prop HHH | Santa Monica & Vermont Apartments (Phases 1 & 2)<br>4718 W SANTA MONICA BLVD  Los Angeles, CA 90029 | 94 | In Process | | |
| 87 | 15 | Permanent Supportive Housing | Prop HHH | Avalon 1355<br>1355 N AVALON BLVD CA 90744 | 53 | In Process | | |
| 88 | 6 | Permanent Supportive Housing | Prop HHH | My Angel (fka The Angel)<br>8547 N SEPULVEDA BLVD  North Hills, CA 91343 | 53 | In Process | | |
| 89 | 9 | Permanent Supportive Housing | Prop HHH | RETHINK Housing Figueroa<br>5900 S FIGUEROA ST  Los Angeles, CA 90003 | 41 | In Process | | |
| 90 | 14 | Permanent Supportive Housing | Prop HHH | Lorena Plaza<br>3401 E 1ST ST  Los Angeles, CA 90063 | 32 | In Process | | |

| | | | | Alliance Settlement Agreement<br>Quarterly Report<br>Quarter Ending September 30, 2023 | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date | Total PEH Served (2) |
| 91 | 14 | Permanent Supportive Housing | Prop HHH | La Guadalupe (fka First and Boyle)<br>100 S BOYLE AVE  Los Angeles, CA 90033 | 43 | In Process | | |
| 92 | 13 | Permanent Supportive Housing | Prop HHH | Montesquieu Manor<br>316 N JUANITA AVE CA 90004 | 20 | In Process | | |
| 93 | 11 | Permanent Supportive Housing | Prop HHH | The Iris (fka Barry Apartments)<br>2444 S BARRY AVE CA 90064 | 34 | In Process | | |
| 94 | 11 | Permanent Supportive Housing | Prop HHH | Thatcher Yard Housing<br>3233 S THATCHER AVE  Marina Del Rey, CA 90292 | 39 | In Process | | |
| 95 | 8 | Permanent Supportive Housing | Prop HHH | Southside Seniors<br>1655 W MANCHESTER AVE  Los Angeles, CA 90047 | 36 | In Process | | |
| 96 | 8 | Permanent Supportive Housing | Prop HHH | Vermont Manchester Senior<br>8400 S VERMONT AVE  Los Angeles, CA 90044 | 45 | In Process | | |
| 97 | 12 | Interim Housing | Homekey 3 | Motel 6 – North Hills **(4)** | 110 | In Process | | |
| 98 | 4 | Interim Housing | Homekey 3 | Oak Tree Inn **(4)** | 26 | In Process | | |
| 99 | 5 | Interim Housing | Homekey 3 | Cheviot Hills – Shelby **(4)** | 75 | In Process | | |
| 100 | 4 | Permanent Supportive Housing | Homekey 3 | Sepulveda **(4)** | 34 | In Process | | |
| 101 | 11 | Permanent Supportive Housing | Homekey 3 | McLaughlin **(4)** | 25 | In Process | | |
| 102 | 5 | Permanent Supportive Housing | Homekey 3 | Gramercy **(4)** | 32 | In Process | | |
| 103 | 9 | Permanent Supportive Housing | Non-Prop HHH | Parkview Affordable Housing<br>4020 S COMPTON AVE CA 90011 | 31 | In Process | | |
| 104 | 13 | Permanent Supportive Housing | Prop HHH | Montecito II Senior Housing<br>6668 W FRANKLIN AVE  HOLLYWOOD, CA 90028 | 32 | In Process | | |
| 105 | 10 | Permanent Supportive Housing | Prop HHH | New Hampshire PSH<br>701 S NEW HAMPSHIRE AVE  Los Angeles, CA 90005 | 93 | In Process | | |
| 106 | 1 | Permanent Supportive Housing | Prop HHH | Oak Apartments (fka 2745-2759 Francis Ave)<br>2745 W FRANCIS AVE  Los Angeles, CA 90005 | 63 | In Process | | |
| 107 | 13 | Permanent Supportive Housing | Prop HHH | Voltaire Villas (Enlightenment Plaza Ph III)<br>316 N JUANITA AVE  Los Angeles, CA 90004 | 71 | In Process | | |
| 108 | 9 | Permanent Supportive Housing | Prop HHH | Central Apartments<br>2106 S CENTRAL AVE  Los Angeles, CA 90011 | 56 | In Process | | |
| 109 | 8 | Permanent Supportive Housing | Non-Prop HHH | Vermont Manchester Family Transit Priority Project<br>8500 S VERMONT AVE CA 90044 | 45 | In Process | | |
| 110 | 13 | Permanent Supportive Housing | Non-Prop HHH | Alvarado Kent Apartments<br>707 N ALVARADO ST CA 90026 | 40 | In Process | | |
| 111 | 11 | Permanent Supportive Housing | Non-Prop HHH | Red Tail Crossing (FKA Kite Crossing)<br>8333 S AIRPORT BLVD CA 90045 | 102 | In Process | | |
| 112 | 14 | Permanent Supportive Housing | Prop HHH | 803 E. 5th St<br>803 E 5TH ST  Los Angeles, CA 90013 | 94 | In Process | | |
| 113 | 1 | Permanent Supportive Housing | Non-Prop HHH | Miramar Gold<br>1434 W MIRAMAR ST CA 90026 | 47 | In Process | | |
| 114 | 6 | Permanent Supportive Housing | Non-Prop HHH | Luna Vista Apartments<br>8767 N PARTHENIA PL 1-73 CA 91343 | 36 | In Process | | |

| | | | | Alliance Settlement Agreement<br>Quarterly Report<br>Quarter Ending September 30, 2023 | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date | Total PEH Served (2) |
| 115 | 8 | Permanent Supportive Housing | Prop HHH | Ambrosia Apartments<br>800 W 85TH ST  Los Angeles, CA 90044 | 80 | In Process | | |
| 116 | 15 | Permanent Supportive Housing | Prop HHH | Western Landing<br>25820 S WESTERN AVE CA 90710 | 80 | In Process | | |
| 117 | 2 | Permanent Supportive Housing | Prop HHH | Confianza<br>14142 W VANOWEN ST  VAN NUYS CA 91405 | 63 | In Process | | |
| 118 | 1 | Permanent Supportive Housing | Non-Prop HHH | Third Thyme<br>1435 W 3RD ST CA 90017 | 52 | In Process | | |
| 119 | 13 | Permanent Supportive Housing | Prop HHH | Rousseau Residences<br>316 N JUANITA AVE  Los Angeles, CA 90004 | 51 | In Process | | |
| 120 | 9 | Permanent Supportive Housing | Prop HHH | Ruth Teague Homes (fka 67th & Main)<br>6706 S MAIN ST  Los Angeles, CA 90003 | 26 | In Process | | |
| 121 | 8 | Permanent Supportive Housing | Prop HHH | RETHINK Housing 62nd (fka 1408 W. 62nd Street)<br>1408 W 62ND ST  Los Angeles, CA 90047 | 26 | In Process | | |
| 122 | 10 | Permanent Supportive Housing | Non-Prop HHH | The Arlington<br>3322 W WASHINGTON BLVD CA 90018 | 20 | In Process | | |
| 123 | 12 | Permanent Supportive Housing | Prop HHH | 21300 Devonshire<br>21300 W DEVONSHIRE ST CA 91311 | 99 | In Process | | |
| 124 | 14 | Permanent Supportive Housing | Non-Prop HHH | First Street North- B (Go For Broke- S 9p)<br>128 N JUDGE JOHN AISO ST CA 90012 | 16 | In Process | | |
| 125 | 14 | Permanent Supportive Housing | Non-Prop HHH | First Street North-A (Go For Broke Apt N-4p)<br>200 N JUDGE JOHN AISO ST CA 90012 | 44 | In Process | | |
| 126 | 1 | Permanent Supportive Housing | Prop HHH | Grandview Apartments<br>714 S GRAND VIEW ST  Los Angeles, CA 90057 | 54 | In Process | | |
| 127 | 15 | Permanent Supportive Housing | Non-Prop HHH | Jordan Downs Area H2B (Bridge)<br>2254 E 97TH ST CA 90002 | 30 | In Process | | |
| 128 | 13 | Permanent Supportive Housing | Non-Prop HHH | Locke Lofts<br>316 N JUANITA AVE CA 90004 | 145 | In Process | | |
| 129 | 6 | Permanent Supportive Housing | Non-Prop HHH | Vista Terrace<br>8134 N VAN NUYS BLVD CA 91402 | 24 | In Process | | |
| 130 | 15 | Permanent Supportive Housing | Prop HHH | Lagoon (fka PSH 3)<br>728 N LAGOON AVE  Wilmington, CA 90744 | 34 | In Process | | |
| 131 | 13 | Permanent Supportive Housing | Prop HHH | RETHINK Housing Westlake<br>405 N WESTLAKE AVE  Los Angeles, CA 90026 | 18 | In Process | | |
| 132 | 13 | Permanent Supportive Housing | Non-Prop HHH | Orange and DeLongpre Apartments<br>6914 W DE LONGPRE AVE  HOLLYWOOD, CA 90028 | 96 | In Process | | |
| 133 | 14 | Permanent Supportive Housing | Non-Prop HHH | Crocker (Umeya) Apartments<br>411 S TOWNE AVE CA 90013 | 87 | In Process | | |
| 134 | 6 | Permanent Supportive Housing | Prop HHH | The Main<br>15302 W RAYEN ST  North Hills, CA 91343 | 33 | In Process | | |
| 135 | 6 | Permanent Supportive Housing | Prop HHH | The Rigby<br>15314 W RAYEN ST  North Hills, CA 91343 | 33 | In Process | | |
| 136 | 14 | Permanent Supportive Housing | Prop HHH | Weingart Tower 1B - HHH PSH<br>554 S SAN PEDRO ST  Los Angeles, CA 90013 | 83 | In Process | | |

| No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date | Total PEH Served (2) |
|---|---|---|---|---|---|---|---|---|
| | | **Alliance Settlement Agreement** **Quarterly Report** **Quarter Ending September 30, 2023** | | | | | | |
| 137 | 3 | Permanent Supportive Housing | Prop HHH | 18722 Sherman Way, L.P. 18722 W SHERMAN WAY CA 91335 | 63 | In Process | | |
| 138 | 11 | Permanent Supportive Housing | Non-Prop HHH | Venice Dell Community (f.k.a Reese Davidson Community) 2102 S PACIFIC AVE CA 90291 | 69 | In Process | | |
| 139 | 14 | Permanent Supportive Housing | Prop HHH | Chavez Gardens (fka Chavez and Fickett) 338 N MATHEWS ST  Los Angeles, CA 90033 | 30 | In Process | | |
| 140 | 14 | Permanent Supportive Housing | Prop HHH | Hope on 6th 576 W 6TH ST  SAN PEDRO, CA 90731 | 31 | In Process | | |
| 141 | 8 | Permanent Supportive Housing | Prop HHH | Normandie 84 8401 S NORMANDIE AVE  Los Angeles, CA 90044 | 34 | In Process | | |
| 142 | 8 | Permanent Supportive Housing | Prop HHH | SOLA at 87th 8707 S WESTERN AVE  Los Angeles, CA 90047 | 51 | In Process | | |
| 143 | 8 | Permanent Supportive Housing | Non-Prop HHH | Crenshaw and 50th 5002 S CRENSHAW BLVD  Los Angeles, CA 90043 | 15 | In Process | | |
| 144 | 1 | Permanent Supportive Housing | Non-Prop HHH | Grace Villas 216 S AVENUE 24  Los Angeles, CA 90031 | 12 | In Process | | |
| 145 | 8 | Permanent Supportive Housing | Non-Prop HHH | The Carlton 5401 S WESTERN AVE  Los Angeles, CA 90062 | 30 | In Process | | |
| 146 | 14 | Permanent Supportive Housing | Non-Prop HHH | Downtown Womens Center Campus Expansion 501 E 5TH ST  Los Angeles, CA 90013 | 97 | In Process | | |
| 147 | 9 | Permanent Supportive Housing | Non-Prop HHH | Central Avenue Apartments 8909 S CENTRAL AVE  Los Angeles, CA 90002 | 30 | In Process | | |
| 148 | 15 | Permanent Supportive Housing | Non-Prop HHH | Jordan Downs Phase S5 S Lou Dillon AVE  Los Angeles, CA 90002 | 20 | In Process | | |

| | |
|---|---|
| **Total PEH Served as of September 30, 2023** | **1,980** |
| **Units/Beds Open to Date** | **2,347** |
| **Units/Beds Open to Date and In Process** | **8,455** |

**(1)** For Permanent Supportive Housing (PSH) interventions, the number reported in the "Units/Beds" column refers to the the number of Permanent Supportive Housing (PSH) units and does not include non-supportive affordable units or manager's units in the building.

**(2)** The number reported under the "Number of PEH Served" column is as follows, depending on the intervention/project type: 1) Number of PSH units leased as of the quarter end date (for PSH interventions); 2) Total number of intakes (for Interim Housing interventions).

**(3)** The number of PSH units for this site was previously reported as 28 and has been corrected to 29.

**(4)** These sites are proposed Homekey 3 sites and are subject to change.

**(5)** The "Open & Occupiable Date" for this intervention has been updated from FY 2022-23 Q4 report.