

CENTRAL DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
U.S. COURTHOUSE
LOS ANGELES, CALIFORNIA 90012-4797

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CLERK U.S. DISTRICT COURT

OCT 25 2023

CENTRAL DISTRICT OF CALIFORNIA
BY            ASH            DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT

OCT 25 2023

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

NIXIE          91109          6626/777086/10/19/2023
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
SORT IN MANUAL ONLY NO AUTOMATION
BC: 56998999955

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
MANUAL PROC REQ      *0277-03103-08-36

2:20CV2291
DOC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 2:20-cv-2291-DOC-KES                           Date:  September 8, 2023

Title: L.A. ALLIANCE ET AL. V. CITY OF LOS ANGELES ET AL

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER CONTINUING STATUS CONFERENCE**

The Court, on its own motion, **CONTINUES** the hearing currently scheduled for September 11, 2023 to **Thursday, September 14, 2023 at 10:00 AM**. The hearing will be held at First Street U.S. Courthouse, 350 W 1st Street, Los Angeles, CA. The parties will be notified of the courtroom closer to the hearing date.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: ts

MINUTES FORM 11
CIVIL-GEN