UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 1 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association; JOSEPH BURK; HARRY TASHDJIAN; KARYN PINSKY; CHARLES MALOW; CHARLES VAN SCOY; GEORGE FREM; GARY WHITTER; LEANDRO SUAREZ, | No.   22-55687 |
| | D.C. No. 2:20-cv-02291-DOC-KES Central District of California, Los Angeles |
| Plaintiffs-Appellees, | ORDER |
| v. | |
| LOS ANGELES CATHOLIC WORKER; CANGRESS, DBA Los Angeles Community Action Network; LOS ANGELES COMMUNITY ACTION NETWORK; ORANGE COUNTY CATHOLIC WORKER, | |
| Intervenors-Appellants, | |
| v. | |
| CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a municipal entity; DOES, 1 through 200 inclusive, | |
| Defendants-Appellees. | |

The Stipulated Motion to Voluntarily Dismiss Appeal (Dkt. No. 37) is

**GRANTED**. Each party shall bear its own costs and fees on appeal. This order

constitutes the mandate of this Court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

2