# EXHIBIT D

REPORT FROM

# OFFICE OF THE CITY ADMINISTRATIVE OFFICER

Date:        December 1, 2023

CAO File No. 0220-05151-0497
Council File No.   20-0841, 23-1021
Council District:   2, 3, 4, 5, 6, 9, 10, 13, 14

To:          The City Council

From:        Matthew W. Szabo, City Administrative Officer

Reference:   COVID-19 Homelessness Roadmap

Subject:     **TWENTY FIRST REPORT: COVID-19 HOMELESSNESS ROADMAP FUNDING RECOMMENDATIONS**

## SUMMARY

On September 9, 2020, the City Council approved funding for the initial projects under the COVID-19 Homelessness Roadmap (Roadmap) and directed this office to submit future funding recommendations through reports. This is the twenty-first such report.

First, this report provides exemption determinations for the California Environmental Quality Act (CEQA) for several projects, including renewal, and technical amendments to prior Roadmap recommendations. Additionally, this report recommends authorizing the General Services Department to execute new or amend existing agreements with various entities for interdepartmental, lease, or construction agreements for various projects.

Second, this report reprograms savings from various Roadmap projects and includes funding for the cost of Furniture, Fixtures and Equipment and operations for several projects. This report also recommends approval of the Homekey 1, Howard Johnson's, also known as The Sieroty, conversion to permanent housing.

Third, this report recommends the creation of a new appropriation account for Encampment Resolution Fund - Ballona (ERF-Ballona River) funds, as well as the allocation of HHAP funds to support the continuous work in the LA River Project and Board of Public Works Hygiene Program. Also included in this report are recommendations to continue funds for 30 Time-Limited Subsidies slots and supportive services for the Self-Help And Recovery Exchange (SHARE!) Collaborative Housing in Council District 3.

Lastly, this report provides the lease and contract extensions of the LA Grand Hotel in Council District 14 through July 31, 2024 to allow a seamless transition for participants to the Mayfair Hotel.

CAO File No.                                      PAGE

0220-05151-0497                              2

**RECOMMENDATION**

That the City Council, subject to approval by the Mayor:

1. DETERMINE that the Interim Housing Project at 406 N. Bonnie Brae Street and 413 Burlington Avenue, which allows for funding allocation, construction, lease or similar agreement, and operation, for approximately up to three years, of an interim housing facility to provide temporary emergency shelter to people experiencing homelessness, is statutorily exempt from the California Environmental Quality Act (CEQA) pursuant to Public Resources Code, Section 21080.27, applicable to City of Los Angeles emergency homeless shelters; and Public Resources Code, Section 21080(b)(4), as a specific action necessary to prevent or mitigate an emergency, as also reflected in State CEQA Guidelines, Section 15269(c);

2. DETERMINE that the leases and continued use of the Crisis and Bridge Housing facilities at 1818 S. Manhattan Place (formerly 1819 S. Western Avenue), 668 S. Hoover Street (formerly 625 La Fayette Place), and 11471 Chandler Boulevard are statutorily exempt from CEQA under Public Resources Code Section 21080.27 applicable to City of Los Angeles emergency homeless shelters, and under Public Resources Code Section 21080(b)(4) as specific actions necessary to prevent or mitigate an emergency as also reflected in State CEQA Guidelines Section 15269(c). This determination is consistent with, and supported by, the City Council's prior actions for the development and use of the properties as shelters; and CEQA determinations made on March 22, 2019 and September 9, 2020 (C.F. Nos. 18-0392 and 20-0841, respectively);

3. AUTHORIZE the General Services Department (GSD) to execute a new or amend an existing interdepartmental agreement with the Department of Recreation and Parks and a lease agreement with the Hope the Mission (Formerly known as Hope of the Valley) for the Tiny Home Village site located at 11471 Chandler Boulevard with 75 beds in Council District 2 for one year;

4. AUTHORIZE the GSD to execute a new or amend an existing interdepartmental agreement with the Department of Recreation and Parks and a lease agreement with the 1736 Family Crisis Center for the A Bridge Home site located at 1818 S. Manhattan Pl. (formerly 1819 S. Western Ave.) with 15 beds in Council District 10 for one year;

5. AUTHORIZE the GSD to enter into a lease agreement with the Los Angeles Downtown Medical Center (LADMC) for the proposed Tiny Home Village site located at 406 North Bonnie Brae Street and 413 Burlington Avenue in Council District 13 for up to 7 years;

6. AUTHORIZE the GSD to enter into an agreement with the California Department of General Services for the construction of the proposed Tiny Home Village site located at

CAO File No.                                     PAGE

0220-05151-0497                                    3

406 North Bonnie Brae Street and 413 Burlington Avenue in Council District 13 for up to 7 years;

7. APPROVE $10,000 for the construction of the Tiny Home Village located at 406 North Bonnie Brae Street & 413 Burlington Avenue in Council District 13 through June 30, 2024:
   a. APPROPRIATE $10,000 from Homeless Housing, Assistance, and Prevention Round 3 (HHAP-3) Fund No. 65S/10, Account No. 10W741, FC-1 Interim Housing Operations and Capital Costs to the Capital Technology Improvement Expenditure Program Fund No. 100/54, in a new account entitled, " CD 13 Bonnie Brae THV" for the construction of the Tiny Home Village located at 406 North Bonnie Brae Street & 413 Burlington Avenue in Council District 13;

8. REPROGRAM $537,240 from Homeless Effort - County Funding Agreement Fund No. 63Q/43, Account No. 43YC88, 2023-24 Bridge Home Operations to  Homeless Effort - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement in unspent funds from the A Bridge Home Site located at 14333 Aetna Street in Council District 6;

9. APPROVE $406,208 for Volunteers of America Los Angeles (VOALA) for the cost of Furniture, Fixtures and Equipment of a Tiny Home Village (THV) with 144 beds at 850 North Mission Road in Council District 14 through June 30, 2024:
   a. APPROPRIATE $406,208 from Homeless Effort - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to Fund No. 63Q/43, Account No. 43YC27, 2023-24 Tiny Home Village Operations for the cost of Furniture, Fixtures and Equipment of THV site at 850 North Mission Road in Council District 14 through June 30, 2024;

10. APPROVE up to $188,024 for the operations of 30 additional beds at the A Bridge Home site located at 1214 Lodi Place through June 30, 2024;
   a. APPROPRIATE $188,024 from Homeless Effort - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to LAHSA Fund No. 63Q/43, Account No. 43YC88, 2023-24 Bridge Home Operations for the operations of 30 additional beds at the A Bridge Home site located at 1214 Lodi Place in Council District 13 through June 30, 2024;

11. APPROVE up to $428,065 for the operations of the THV located at 2301 West 3rd Street in Council District 13 at double occupancy through June 30, 2024:
   a. APPROPRIATE $428,065 from Homeless Effort - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to Fund No. 63Q/43, Account No. 43YC27, 2023-24 Tiny Home Village Operations for the operations of the THV located at 2301 West 3rd Street in Council District 13 at double occupancy through June 30, 2024;

CAO File No.                                    PAGE
0220-05151-0497                                  4

12. APPROVE up to $577,060 for the operations of the THV located at 1455 Alvarado Street in Council District 13 through June 30, 2024:
   a. APPROPRIATE $577,060 from Homeless Effort - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to Fund No. 63Q/43, Account No. 43YC27, 2023-24 Tiny Home Village Operations for the operations of the THV located at 1455 Alvarado Street in Council District 13 through June 30, 2024;

13. REPROGRAM up to $895,476 in saving for various Roadmap interim housing projects for the cost of operations to the Emergency Solutions Grant CARES Act (ESG-CV) Fund No. 517/43, Account No. 43VC9V, COVID-19 Homeless Roadmap from:
   a. $269,599 from ESG-CV Fund No. 517/43, Account No. 43TB32, Interim Housing Operations (Permanent Structure and Pallet) at the Tiny Home Villages located at 1455 Alvarado Street and 2301 West 3rd Street in Council District 13;
   b. $19,800 from ESG-CV Fund No. 517/43, Account No. 43WC29, 2022-23 Other Interim Housing Operations for the interim housing site located at 2521-2525 Long Beach Ave;
   c. $606,077 from ESG-CV Fund No. 517/43, Account No. 43TCV1, LAHSA Rapid Re-Housing and Shared Housing-CV19 from Time-Limited Subsidies;

14. APPROVE $286,789 of ESG-CV funds for Project Homkey 1.0 construction costs shortfalls through September 30, 2023;
   a. APPROPRIATE $286,789 from ESG-CV Fund No. 517/43, Account No. 43VC9V, COVID-19 Homeless Roadmap to ESG-CV Fund No. 517/43, Account No. 43TA43, Homekey Rehab for rehabilitation costs relative to the Project Homekey Sites at Panorama Inn and Travelodge (Normandie);

15. RESCIND and REPLACE Recommendation 20 in the previously approved 19th COVID-19 Homelessness Roadmap Funding Report (C.F. 20-0841-S36) and replace with the following:
   a. AUTHORIZE the expenditure authority extension of Homeless Housing, Assistance, and Prevention Program Round 2 funds previously approved (C.F. 20-1524) allocated to the Community Investment for Families Department for the Kid's First program in Council District 6 through June 30, 2024;
      i. INSTRUCT the General Manager of the Community Investment for Families Department or their designee to amend the contract with New Economics for Women (C-144401) to reflect the new expenditure authority;

16. APPROVE the conversion to permanent housing of the Howard Johnson/The Sieroty, a Homekey1 site, located at 7432 Reseda Blvd., in Council District 4;

17. DIRECT the LAHD to work with the City Attorney and the City Administrative Officer to revise the Deed of Trust, Regulatory Agreement and Promissory Note as necessary for the

CAO File No.
0220-05151-0497

PAGE
5

conversion of the Howard Johnson/The Sieroty to permanent housing with an affordability period of 55 years;

18. APPROVE the use of the Woodman/Arleta site located at 9120 Woodman Avenue, Los Angeles, CA 91334, in Council District 6, as a recuperative care facility for homeless seniors with chronic illnesses;

19. REQUEST that LAHSA amend its operations/services contract, and that the City Attorney amend the necessary legal documents, Deed of Trust, Regulatory Agreement and Promissory Note, with the National Health Foundation (NHF), the owner/operator of the Woodman/Arleta site, to define the site a reparative care facility serving homeless seniors, 55 years of age or older, with chronic illnesses;

20. AUTHORIZE the lease extension of the LA Grand Hotel in Council District 14 with 481 beds, to July 31, 2024, with expenditure authority through October 31, 2024;

21. APPROVE and RATIFY the existing Emergency Occupancy Agreement (Contract Number C-135551) by and between Shen Zhen New World I, LLC, and the City of Los Angeles, as amended (the "LA Grand Occupancy Agreement"):
    a. For the use of the LA Grand Hotel pursuant to the terms set forth in the LA Grand Occupancy Agreement, and;
    b. Authorize the General Services Department (GSD) to negotiate and execute either an amendment to the LA Grand Occupancy Agreement with Shen Zhen New World I, LLC for the use of the LA Grand Hotel for interim shelter purposes under the terms and conditions substantially outlined in the attached term sheet;

22. REPROGRAM $794,280.23 in unspent funds of Homeless Housing, Assistance, and Prevention Program Round 1 (HHAP-1) Grant Fund No. 62Y/10, Account No. 10V174, Board of Public Works to HHAP Fund No. 62Y/10, Account No. 10S654, FC-5: Street Strategy, Outreach, Public Health, and Hygiene;

23. APPROVE $286,270 of HHAP-1 funding and authorize the CAO to negotiate and execute a contract with People Assisting the Homeless (PATH) to complete the LA River Project associated with contract number C-141543;
    a. APPROPRIATE $286,270 from HHAP Fund No. 62Y/10, Account No. 10S654, FC-5: Street Strategy, Outreach, Public Health, and Hygiene to HHAP Fund No. 62Y/10, Account No. 10Y758, Encampment Resolution Fund - LA River Grant;
    b. APPROPRIATE up to $286,270 from HHAP Fund No. 62Y/10, Account No. 10Y758, Encampment Resolution Fund - LA River Grant to the Office of the City Administrative Officer Fund No. 100/10, Account No. 003040, Contractual Services;

CAO File No.    PAGE
0220-05151-0497    6

24. AUTHORIZE the Controller to:
   a. Create and appropriate a new appropriation account entitled Encampment Resolution Fund - Ballona (ERF-Ballona River), Account No. TBD in the amount of $2,428,329.755 within the newly establish special fund (C.F. 23-1021; Park-Padilla) entitled "Encampment Resolution Fund Grant- Ballona" with the Office of the City Administrative Officer (Department 10) from revenue source 3361, State Grants - Others;

25. APPROVE $150,000 for Self-Help And Recovery Exchange (SHARE!) to continue for 30 Time-Limited Subsidies for up to 24 months in Council District 3;
   a. APPROPRIATE $150,000 from General City Purposes - Additional Homeless Services Fund 100/56, Account No. 000931 to the Los Angeles Housing Department Fund No. 10A/43, Account No. 43VB55, CD 3 Shared Housing for 20 Time-Limited Subsidies in Council District 3;

26. APPROVE $200,000 for SHARE! to continue supportive services and housing sustaining programs at the shared-housing sites within Council District 3;
   a. APPROPRIATE $200,000 from General City Purposes - Additional Homeless Services Fund 100/56, Account No. 000931 to the Los Angeles Housing Department Fund No. 10A/43, Account No. 43VB55, CD 3 Shared Housing to continue supportive services and housing sustaining programs at the shared-housing sites within Council District 3;

27. AMEND and REPLACE the approved Recommendation 19.a.v relative to the 17th Homelessness Roadmap Report dated May 12, 2023 (C.F. 20-0841-S34) to read as follows:
   a. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's new Roadmap Contract (C-144656) with LAHSA to:
      i. Reappropriate unspent funding (in an up to amount of $75,224,070) as of September 30, 2023, and continue services with expenditure authority through June 30, 2024. Funding Categories and allocations as follows:
         1. Up to $3,065,250 in FC-5 Safe Sleep Operations

28. REPROGRAM from Homeless Housing, Assistance, and Prevention Round 3 (HHAP-3) Fund No. 65S/10, Account No. 10W742, FC-2 Skid Row Housing to HHAP-3 Fund No. 65S/10, Account No. 10W744, FC-4 Outreach, Hygiene, Prevention, and Supportive Services;

29. REPROGRAM $1,344,145 from HHAP-3 Fund No. 65S/10, Account No. 10W746, FC-6 Administrative Costs to HHAP-3 Fund No. 65S/10, Account No. 10W744, FC-4 Outreach, Hygiene, Prevention, and Supportive Services;

CAO File No.                PAGE

0220-05151-0497                7

30.  APPROVE $186,069 of HHAP-3 funds for the Board of Public Works Hygiene Services Skid Row - Pit Stop in Council District 14;
   a.  APPROPRIATE $186,069 from HHAP-3 Fund No. 65S/10, Account No. 10W744, FC-4 Outreach, Hygiene, Prevention, and Supportive Services to the Board of Public Works, Fund No. 100/74, Account No. 003040, Contractual Services to fill the projected shortfall for the Skid Row Hygiene Program;

31. APPROVE $1,344,145 of HHAP-3 funds for Board of Public Works Citywide Pit Stop Program;
   a.  APPROPRIATE $1,344,145 from HHAP-3 Fund No. 65S/10, Account No. 10W744, FC-4 Outreach, Hygiene, Prevention, and Supportive Services to the Board of Public Works, Fund No. 100/74, Account No. 003040, Contractual Services to fill the projected shortfall for the Skid Row Hygiene Program;

32. REQUEST LAHSA to conduct a Request for Proposals, or other qualifying competitive process, to identify a qualified service provider in relation to the interim housing site located at 2377 Midvale Avenue with 33 beds in Council District 5;

33. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's General Fund contract (C-140706) with LAHSA to:
   a.  Add $150,000 for SHARE! Time Limited Subsidies in Council District 3 through June 30, 2024
   b.  Extend the term of the SHARE! Shared Housing Program in Council District 3 through June 30, 2024
      i.   Add $200,000 for the SHARE! Shared Housing Program in Council District 3 through June 30, 2024

34. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's HHAP (C-135650) contract with LAHSA to:
   a.  Reflect the service funding reduction approved relative to the 20th Roadmap report dated October 13, 2023 (C.F. 20-0841-S37)
      i.   $2,257,038 from LAHSA PRK Housing Navigation Services

35. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's new Roadmap Contract (C-144656) with LAHSA to:
   a.  Reflect the service funding allocations/amendments in this report for:
      i.    ABH 14333 Aetna Street
      ii.   THV 850 North Mission
      iii.  ABH 1214 Lodi Place
      iv.   THV 2301 West 3rd Street
      v.    THV 1455 Alvarado Street
   b.  Reflect the service funding allocation approved relative to the 17th Roadmap report dated May 12, 2023 (C.F. 20-0841-S34):

CAO File No.
0220-05151-0497

PAGE
8

       i.     $2,162,160 for THV 850 Mission

36. AUTHORIZE the CAO to:
    a. Prepare Controller instructions or make necessary technical adjustments, including to the names of the Special Fund accounts recommended for this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions; and
    b. Prepare any additional Controller instructions to reimburse City Departments for their accrued labor, material or permit costs related to projects in this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions.

## BACKGROUND

As part of the LA Alliance case, on June 16, 2020, the City reached an agreement with the County to create 6,700 new homeless housing units within 18 months to address the COVID-19 emergency. This agreement is referred to as the Homelessness Roadmap.

The Roadmap set the following targets:
- 700 beds in existing agreements with the County within 10 months
- 5,300 new beds within 10 months
- 700 new beds within 18 months

The City is required to open and maintain 6,000 new beds, not covered by existing City-County agreements. The County will provide up to $60 million in annual service funding, totaling up to $300 million over the five-year agreement term, based on the number of interventions open and occupied within 60 days of July 1st each year.

The City has met all obligations under the agreement and will continue to do so. As of September 30, 2023, 6,106 new beds are open and occupiable, which includes 781 rapid rehousing/shared housing point-in-time placements overseen by the Los Angeles Homeless Services Authority (LAHSA).

## DISCUSSION

### Proposed Tiny Home Village in Council District 13

This report allocates $10,000 in Homeless Housing, Assistance, and Prevention Round 3 (HHAP-3) funds to support the construction of a Tiny Home Village (THV) in Council District (CD) 13. The parking lot owned by the Los Angeles Downtown Medical Center (LADMC) has been assessed to provide up to 91 beds to people experiencing homelessness (PEH). A service provider has not yet been identified, and a future funding report will program monies to support site operations.

CAO File No.
0220-05151-0497

PAGE
9

The Bureau of Engineering (BOE) conducted a CEQA analysis, the results of which are provided separately. The BOE has determined that this use is categorically exempt from CEQA, and approval from the Mayor and City Council is required to proceed with the construction.

**Reprogramming of Savings in ESG-CV Fund**

This report recommends reprogramming up to $895,476 in unspent funds from ESG-CV interim housing operating funds due to delays in service start date or construction delays for various Roadmap projects as outlined below in Table 1. Funding in the amount of $286,789 of the reprogrammed ESG-CV funds are recommended for Homelessness Roadmap projects in this Report, and it is recommended to reserve the remaining balances for other Homelessness Roadmap projects.

Table 1: Recommended Reprogramming of ESG-CV Fund

| Reprogrammed From | CD | Amount |
|---|---|---|
| 2521-2525 Long Beach Ave. | 9 | $19,800 |
| 1455 Alvarado St. | 13 | $113,716 |
| 2301 West 3rd Street | 13 | $155,883 |
| Rapid Rehousing/ Shared Housing | Various | $606,077 |
| **Total** | | **$875,676** |
| **Reprogrammed To** | **CD** | **Amount** |
| Pano (Panorama Inn) | 6 | $96,154 |
| Travelodge (Normandie) | 15 | $190,635 |
| **Total** | | **$286,789** |

**Roadmap Site Renewal**

On February 1, 2021, the Tiny Home Village (THV) located at 11471 Chandler Boulevard became open and occupiable for 75 people experiencing homelessness (PEH). This THV is operated by Hope the Mission, which was formerly known as Hope of the Valley. The Board of Recreation and Parks approved a one year extension on November 2, 2023 (Board Report 23-187), as the agreement with Hope the Mission expires on January 21, 2024. This report recommends the authority for the General Services Department (GSD) to extend the lease agreement with Hope the Mission for one year.

The A Bridge Home site located at 1818 S. Manhattan Pl. (formerly 1819 S. Western Ave.) in Council District 10 provides services for up to 15 PEH. This ABH is currently operated by the 1736 Family Crisis Center, in which the lease agreement expired on August 26, 2023 and is now in holdover. This report recommends the authority for GSD to extend the lease agreement with 1736 Family Crisis Center for one year.

CAO File No.                          PAGE
0220-05151-0497                        10

## County Roadmap Agreement Funding

This report recommends a total of $1,599,357 of County Roadmap Agreement funds for the operations of four Roadmap sites. The first is a Tiny Home Village located at 850 North Mission Road in Council 14, which is slated to open in December 2023. This report recommends $406,208 for the purchase of Furniture, Fixtures, and Equipment (FFE) that will support operations of this site. The second site located at 1214 Lodi Place located in CD 13 currently has 94 beds open and occupiable. 64 of these beds have been funded by the City, and in the second phase of operations, 30 beds were brought online and were previously funded by the County. The City has since taken over the funding of the 30 additional beds, and so this report recommends $188,024 to support the operation of 30 beds through June 30, 2024. A future funding report will provide the remaining $470,776 necessary to operate the 30 beds through the end of the Fiscal Year.

Additionally, funding for two THVs in CD 13 are recommended in this report. The first is located at 2301 W. 3rd St., which is currently operating at single occupancy with 64 beds. Recommendations in this report will support ramp up to double occupancy with 107 beds. The second THV is located at 1455 Alvarado St., which is operating at single occupancy with 43 beds. This report recommends monies that will close gaps in operation funding and will allow services to continue through the end of the Fiscal Year.

## Conversion to Permanent Housing of Homekey1 Site

This report recommends approval of the Howard Johnson's, also known as The Sieroty, conversion to permanent housing.  The Sieroty is a Homekey1 site located at 7432 Reseda Blvd., Los Angeles, CA 91335. The site is a hotel with 74 rooms acquired by the City with matching funds from the State of California Department of Housing and Community Development in December 2020. The site has been providing interim housing since early 2021 and it will be ready to start its conversion to permanent supportive and affordable housing in 2024. At the time of conversion, oversight of the property is transferred to the Los Angeles Housing Department (LAHD) and the legal documents protecting the City's interest in the property are revised and the property acquisition cost is converted to a residual receipts loan administered by LAHD.

This report also recommends the approval of the Woodman site, also known as Arleta, at 9120 Woodman Avenue, Los Angeles, CA 91334, as a recuperative care facility for homeless seniors with chronic illnesses. The second recommendation for this site requests that LAHSA and the City Attorney amend the operations/services contract, and legal documents protecting the City's interest in the property, respectively, with the owner/operator, National Health Foundation (NHF) to define the population that will be served. The Woodman/Arleta site is a former senior care facility with 148 rooms, which the City acquired with its Coronavirus Relief Funds in December 2020. Previously, the Mayor and Council approved this facility as an interim housing facility for seniors, 55 years of age or older. However, after discussions with the NHF, LAHSA and the Council Office, it was determined that the site's use as a recuperative care facility for unhoused

CAO File No.                          PAGE
0220-05151-0497                         11

seniors with chronic illnesses had not been officially approved. The site is expected to start operations in January 2024.

## LA Grand Hotel Extension

The Bureau of Engineering, Department of General Services, and the Mayor's Office have made the renovation and occupancy of the Mayfair Hotel a top priority. Updates to the renovation plan, budget and timeline are being reported to the Municipal Facilities Committee and Housing and Homelessness Committee in January 2024. The work plan is such that the Mayfair cannot be occupied until May 1, 2024, thus the Grand lease extension will allow for a seamless transition for those participants that were going to be relocated from the Grand to the Mayfair.

The Weingart Center is currently providing services at the LA Grand and has agreed to continue providing these services. The Mayor's Office will work with LAHD and LAHSA to extend the services contract to cover the new lease term.

The Inside Safe Homeless Emergency Account provides the funding for the lease at the LA Grand Hotel as well as the services. The extension that is recommended in this report will continue operations at the LA Grand through July 31, 2024.

## LA River Project

The LA River Project began in September 2022 as an Encampment Resolution Fund-1 (ERF-1) funded project to serve people experiencing homelessness along the Los Angeles River in Council District 4 (CD4). As a result of efforts led by one of the contracted service providers, People Assisting the Homeless (PATH), 45 people living along the Los Angeles River accepted interim housing consisting of motel rooms and shelter beds after extensive outreach and relationship building. The success of PATH's outreach resulted in increased motel costs for this service provider at the start of year two of the project. PATH has submitted a revised budget which details how their year two allocation of ERF-1 funds of $688,000 and an additional amount of $286,270 will be utilized by the project end date of June 30, 2024 to continue to support these former encampment residents as they transition to permanent housing or time limited subsidy slots, which is a key component to the success of this project. This report recommends allocating $286,270 in HHAP-1 funds for this purpose.

## Ballona Wetlands Ecological Reserve Project

On September 12, 2023 California Interagency Council on Homelessness (Cal ICH) sent notification that the City's proposal, which focused on housing and services for people experiencing vehicular homelessness in the Ballona Wetlands Ecological Reserve in Council District 11 had been selected by the State and approved to receive $2,428,329.75 in Encampment Resolution Fund-3L (ERF-3L) funds. The Ballona Wetlands Ecological Reserve includes one of the largest homeless encampments in the City of Los Angeles, and in particular

has one of the highest number of vehicular homeless sites. Given the unique needs of Angelinos experiencing vehicular homelessness Council District 11 will focus on increasing opportunities for permanent housing as an incentive for recreational vehicle relinquishment. The State has changed the grant guidelines to require that the funds be 100 percent obligated and 50 percent expended by June 30, 2025, and 100 percent expended by June 30, 2026, which has given the City needed flexibility for optimal program design. Cal ICH sent a notification of disbursement of the ERF-3L funds on November 28, 2023. On October 20, 2023 Council approved for the Office of the CAO to accept the grant funds (Council File: 23-1021) and as such this report recommends that the Controller create and appropriate a new appropriation account entitled Encampment Resolution Fund - Ballona (ERF-Ballona River).

## Self-Help And Recovery Exchange (SHARE!) Collaborative Housing

On October 27, 2021, the Mayor and City Council approved the motion (Blumenfield - Buscaino; C.F. 21-1023), which provided funding to the Self-Help And Recovery Exchange (SHARE!) Collaborative Housing to connect interim housing participants to a more permanent supportive housing solution. The program has since housed 41 individuals and connects participants to stable housing, employment, and reunification with families. This Office recommends continuing funding in the total amount of $0.35 million for 30 Time-Limited Subsidies slots and supportive services at the shared housing site in Council District 3.

## Board of Public Works Hygiene Program

The City Council and Mayor approved funding First Homeless Housing, Assistance, and Prevention Round 3 (HHAP-3) Funding Report (C.F. 20-1524-S1) on June 12, 2023. The report allocated $3.2 million to the Skid Row Pit Stop program and $5.6 million to the Citywide Pit Stop program that is administered by the Board of Public Works. In June 2023, the Department of General Services established a new Citywide contract with United Site Services (USS), who is one of the contractors for the Mobile Pit Stop program that provides the portable hygiene unit materials and labor for the program. Under the new contract, there are cost increases relative to materials and labor. Based on the new quotations from USS, a total of $3.6 million is needed for the 2023-24 operations. Currently, a total of $2.1 million has been allocated to USS, therefore additional funding in the amount of $1.5 million is required. This Report recommends adding an additional $1.5 million of HHAP-3 funding to address the funding gap and continue operations through the remainder of the fiscal year.

## FISCAL IMPACT STATEMENT

There is no additional General Fund impact as a result of the recommendations in this report. The recommendations in this report utilizes budgeted the City's General Fund previously approved for homelessness interventions. Additionally, the recommendations in this report also utilizes the Emergency Solutions Grant CARES Act (ESG-CV) funds and Homeless Housing, Assistance, and Prevention funds for homelessness interventions.

**FINANCIAL POLICIES STATEMENT**

The recommendations in this report comply with the City Financial Policies in that budgeted funds are being used to fund recommended actions.

Attachments:
1. COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 21st Homeless Roadmap Funding Recommendations are Approved.
2. LA Grand Hotel Leasing Term Sheet

*MWS:ECG:KML:BK:MP:SBL:MCF:MAG:16240039*

# Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 21st Roadmap Funding Recommendations are Approved

Case 2:20-cv-02291-DOC-KES Document 661-4 Filed 01/16/24 Page 15 of 20 Page

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2020-2021 Commitment | | | | r 2021-2022 Co | Fiscal Year 2022-2023 Comittment | | | Fiscal Year 2023-2024 Comittment | | | | State Homkey Grant | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | ESG-CV (5) | ESG-CV (5) | County (4) | GCP-AHS | HHAP | ESG-CV (5) | County (4) | GCP-AHS | | |
| 1 | | | 13160 Raymer St. | 2 | $1,348,321 | | | | | | | | | | | | | $1,348,321 |
| 2 | | | 7700 Van Nuys Blvd. | 2 | $6,209,046 | | | | | | | | | | | | | $6,209,046 |
| 3 | | | 7621 Canoga Ave. | 3 | $4,300,000 | | | | | | | | | | | | | $4,300,000 |
| 4 | | | 3061 Riverside Dr. | 4 | $1,715,400 | $1,305,816 | | | | | | -$650,704.87 | | | | | | $4,537,278 |
| 5 | | | 3428 Riverside Dr. | 4 | $5,812,912 | | | | | | | | | | | | | $5,812,912 |
| 6 | | | 1479 La Cienega Blvd. | 5 | $0 | | | | | | | | | | | | | $0 |
| 7 | | | 14333 Aetna St. | 6 | $5,127,729 | | | | | | | | | | | | | $5,127,729 |
| 8 | | | Sylmar Armory | 7 | | | | | | | | | | | | | | $0 |
| 9 | ABH Beds (1) | Capital | 4601 Figueroa St. | 9 | | | | | | | | | | | | | | $0 |
| 10 | | | 1819 S. Western Ave. | 10 | $1,579,490 | | | | | | | | | | | | | $1,579,490 |
| 11 | | | 625 Lafayette Pl. | 10 | $5,518,289 | | | | | | | | | | | | | $5,518,289 |
| 12 | | | West LA VA | 11 | | | | | | | | | | | | | | $136,045 |
| 13 | | | 1533 Schrader Blvd. | 13 | | | | | | | | $20,529 | | | | | | $42,028 |
| 14 | | | 310 N. Main St. | 14 | $3,643,174 | | | | | | | | | | | | | $3,643,174 |
| 15 | | | 407 N Beacon St. (515 N Beacon St.) | 15 | $812,790 | | | | | | | $158,410 | | | | | | $971,200 |
| 16 | | | 828 Eubank Ave. | 15 | $15,000 | | | | | | | | | | $15,712 | | | $30,712 |
| | ABH Capital Total | | | | $36,082,151 | $1,305,816 | $0 | $0 | $0 | $0 | $0 | -$471,766 | $0 | $0 | $0 | $15,712 | $0 | $39,256,221 |
| 17 | | | 1920 W 3rd St. | 1 | $169,179 | | | $179,200 | | | -$613,200 | $767,448 | | | | | | $1,328,051 |
| 18 | | | 13160 Raymer St. | 2 | $1,589,955 | | | $1,861,500 | | | $2,813,599 | | | | | | | $7,179,555 |
| 19 | | | 7700 Van Nuys Blvd. | 2 | $2,530,448 | | | | | | $2,196,000 | | | | | | | $6,916,448 |
| 20 | | | 7621 Canoga Ave. | 3 | $0 | | | | | | | | | | | | | $0 |
| 21 | | | 3061 Riverside Dr. | 4 | $2,009,910 | | | | | | $856,440 | | | | | | | $6,528,226 |
| 22 | | | 3428 Riverside Dr. | 4 | $1,721,062 | | | | | | $2,196,000 | | | | | | | $8,297,062 |
| 23 | | | 1479 La Cienega Blvd. | 5 | $1,359,996 | | | | | | $647,991 | | | | | | | $2,655,978 |
| 24 | | | 14333 Aetna St. | 6 | $1,373,030 | | | | | | $1,221,000 | | | | -$537,240 | | | $5,297,990 |
| 25 | | | Sylmar Armory | 7 | $1,652,400 | | | | | | $1,866,600 | | | | | | | $7,242,000 |
| 26 | ABH Beds (1) | Operating (2) | 4601 Figueroa St. | 9 | $949,333 | | | | | | | | | | | | | $949,333 |
| 27 | | | 1819 S. Western Ave. | 10 | $414,420 | | | | | | $329,400 | | | | | | | $1,389,084 |
| 28 | | | 625 Lafayette Pl. | 10 | $626,691 | | | | | | $1,581,120 | | | | | | | $5,099,666 |
| 29 | | | 1214 Lodi Pl. (Phase 1) | 13 | $3,720,868 | | | | | | $4,500,642 | | | | $188,024 | | | $10,686,654 |
| 30 | | | 1533 Schrader Blvd. | 13 | $281,517 | | | | | | -$1,576,800 | 1,576,800 | | | | | | $2,790,337 |
| 31 | | | 711 N Alameda St (El Puente) | 14 | $269,699 | | | | | | -$985,500 | 985,500 | | | | | | $2,173,463 |
| 32 | | | 310 N. Main St. (Civic Center) | 14 | $1,691,058 | | | $2,019,454 | | | $714,160 | | | | | | | $5,878,612 |
| 33 | | | 407 N Beacon St. (515 N Beacon St.) | 15 | $1,162,829 | | | | | | $1,670,169 | | | | $1,055,954 | | | $5,621,756 |
| 34 | | | 828 Eubank Ave. | 15 | | | | | | | $252 | $39,752 | | | $2,372,000 | | | $6,792,250 |
| | ABH Operation Total | | | | $21,522,395 | $0 | $0 | $4,060,154 | $0 | $0 | $17,417,872 | $3,369,500 | $0 | $0 | $3,078,738 | $0 | $0 | $86,837,572 |
| 35 | | | 11471 Chandler Blvd. | 2 | $30,000 | $5,208,879 | | | | | | | | | | | | $4,562,211 |
| 36 | | | 6099 Laurel Canyon Blvd. | 2 | $30,000 | $9,215,785 | | | | | | | $45,794 | | | $223,929 | | $8,942,759 |
| 37 | | | 12600 Saticoy St. | 2 | $195,754 | $8,546,064 | | | | | | | | | | | | $6,008,098 |
| 38 | | | 19040 Vanowen St. | 3 | $30,000 | $3,813,100 | | | | | | | | | | | | $3,229,997 |
| 39 | | | 6073 Reseda Blvd. | 3 | $1,501,729 | $3,161,433 | | | | | | $135,080 | | | | | | $4,411,736 |
| 40 | | | 9710 San Fernando Blvd. | 6 | | | | | | | | -$1,300,000 | | | | | | $5,673,070 |
| 41 | | | Compton Ave. and Nevin Ave. | 9 | | | | | | | | -$7,135,913 | | | | | | $58,422 |
| 42 | | | 2301 W. 3rd St. | 13 | $111,701 | | | | | | | -$1,382,042 | | | | | | $3,592,858 |
| 43 | Tiny Home Villages | Capital | 1455 Alvarado St. | 13 | | $2,886,292 | | | | | | | | | | | | $2,487,722 |
| 44 | | | Arroyo & Ave. 60 | 14 | $224,762 | $1,828,402 | $4,119,932 | | | | | | | | | | | $6,173,086 |
| 45 | | | 7570 Figueroa St. | 14 | $10,000 | $336,857 | | | | | | -$631,916 | | | | | | $3,159,298 |
| 46 | | | 850 N. Mission Rd. | 14 | | | | | | | | | | | | | | $4,869,572 |
| 47 | | | Mission and Jesse | 14 | | | | | | | | $193,924 | | | | | | $193,924 |
| 48 | | | 1221 Figueroa Pl. | 15 | $30,000 | $5,422,184 | | | | | | | | | | | | $4,391,244 |
| 49 | | | 600 E. 116th Pl. | 15 | | | | | | | | | -$45,794 | | | | | $3,634,895 |
| 50 | | | 406 N. Bonnie Brae St & 413 Burlington Ave | 13 | | | | | | | | | $10,000 | | | | | $10,000 |
| | Tiny Home Villages Capital Total | | | | $2,163,947 | $40,418,995 | $4,119,932 | $0 | $0 | $0 | $0 | -$10,120,867 | $10,000 | $0 | $0 | $223,929 | $0 | $61,398,901 |
| 51 | | | 2521-2525 Long Beach Ave. | 9 | | $4,911,342 | | | | | | | | | | | | $4,911,342 |
| 52 | Other Interim Beds / Homekey Units (1) | Acquisition | 2300, 2312, 2324 & 2332 S. Central Ave. | 9 | | $11,688,000 | | | | | | | | | | | | $11,688,000 |
| 53 | | | 1300-1332 W. Slauson Ave. | 9 | | $6,520,353 | | | | | | | | | | | | $6,520,353 |

11/30/2023

| No. | Type of Unit/Intervention | Type | Site | CD | FY 2020-2021 Commitment HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | FY 2021-2022 Co ESG-CV (5) | FY 2022-2023 Comittment ESG-CV (5) | County (4) | GCP-AHS | FY 2023-2024 Comittment HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $0 | $23,119,695 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $23,119,695 |
| 54 | | | 499 San Fernando Road | 1 | | | | | | | | $3,126,715 | | | | | | $14,598,67 |
| 55 | Other Interim Beds | Capital | Coalition to Abolish Slavery and Trafficking (CAST) | 5 | | $900,000 | | | | | | | | | | | | $445,22 |
| 56 | | | 2521-2525 Long Beach Ave. | 9 | $1,831,441 | $199,873 | $836,904 | $538,329 | -$538,329 | | | | | | | | | $3,406,547 |
| 57 | | | 1300-1332 W. Slauson Ave. | 9 | | | $2,043,164 | | | | | | | | | | | $2,124,74 |
| 58 | | | 18140 Parthenia Blvd. | 12 | | $6,021,115 | | | | | | | | | | | | $8,289,12 |
| | Other Interim Beds Capital Total | | | | $1,831,441 | $7,120,988 | $2,880,068 | $538,329 | -$538,329 | $0 | $0 | $3,126,715 | $0 | $0 | $0 | $0 | $0 | $28,864,31 |
| 59 | | | 11471 Chandler Blvd. | 2 | | | | $1,849,350 | | | | | | | $1,509,750 | | | $5,070,60 |
| 60 | | | 6099 Laurel Canyon Blvd. | 2 | | | | $4,776,500 | | -$1,794,933 | | | | | $4,026,000 | $183,929 | | $11,206,49 |
| 61 | | | 12600 Saticoy St. | 2 | | | | $3,199,950 | -$816,750 | -$958,029 | -$455,488 | | | $313,154 | $3,019,500 | | | $8,037,91 |
| 62 | | | 19040 Vanowen St. | 3 | | | | $2,583,060 | -$290,565 | -$528,275 | | | | $294,643 | $2,033,130 | | | $6,221,05 |
| 63 | | | 6073 Reseda Blvd. | 3 | | | | $3,659,440 | -$487,960 | -$1,049,709 | $18,146 | | | $419,511 | $2,979,240 | | | $8,509,76 |
| 64 | | | 9710 San Fernando Blvd. | 6 | | | | | $1,009,975 | -$1,009,975 | $1,659,978 | | | | $3,240,930 | | | $5,919,23 |
| 65 | | | Compton Ave. & Nevin Ave. | 9 | | | | | | | -$475,200 | | | | | | | $0 |
| 66 | Tiny Home Villages | Operating (2) | 1455 Alvarado St. | 13 | | | | $328,582 | | $217,589 | | | | $463,344 | $1,442,650 | | | $5,554,86 |
| 67 | | | 2301 W. 3rd St. | 13 | | | | | | | $677,440 | | | $546,837 | $1,716,385 | | | $5,959,56 |
| 68 | | | Arroyo & Ave. 60 | 14 | | | | | | | $763,880 | | | | $4,509,120 | | | $11,671,11 |
| 69 | | | 7570 Figueroa St. | 14 | | | | | | | $578,041 | | | | $1,872,090 | | | $4,477,423 |
| 70 | | | 1221 Figueroa Pl. | 15 | | | | $1,897,335 | -$742,500 | | | | | $156,882 | $1,610,400 | | | $4,528,117 |
| 71 | | | 499 San Fernando | 1 | | | | | | | $990,000 | | | | $330,000 | | | $1,320,000 |
| 72 | | | 850 N. Mission Rd. | 14 | | | | | | | $194,400 | | | | $2,568,368 | | | $2,762,76 |
| 73 | | | Mission and Jesse | 14 | | | | | | | | $188,363 | | | | | | $188,363 |
| | Tiny Home Villages Operating Total | | | | $0 | $0 | $0 | $18,294,217 | -$1,327,800 | -$5,123,331 | $3,951,197 | $188,363 | $0 | $2,194,370 | $30,527,563 | $183,929 | $0 | $81,717,07 |
| 74 | | | 313 Patton St. | 1 | | | | | $457,488 | | | | | | | | | $857,62 |
| 75 | | | 1701 Camino Palmero St. | 4 | | | | | | | $76,650 | | | | $691,740 | | | $2,1 6,08 |
| 76 | | | 7600 Beverly Blvd. | 4 | | | | | | | | | | | | | | $304,93 |
| 77 | | | 7253 Melrose Ave. | 5 | $10,000 | | | | | | -$2,970,444 | | | | | | | $0 |
| 78 | | | 7816 Simpson Ave. | 6 | | | | | $733,040 | | $983,675 | | | | $986,370 | | | $3,43 ,12 |
| 79 | | | 6909 N. Sepulveda Blvd. | 6 | | | | | | | | | | | $2,938,980 | | | $9,49 ,74 |
| 80 | | | 11067 Norris Ave. | 7 | | | | | | | | | | | | | | $609,90 |
| 81 | | | 8501 1/2 S. Vermont Ave. | 8 | | | | | | | | | | | $503,250 | | | $1,6 0 25 |
| 82 | | | 5615 - 5749 S. Western Ave. | 8 | | | | | | | | | | | $140,910 | | | $658,295 |
| 83 | | | 8311 S. Western Ave. | 8 | | | | | | | | | | | | | | $321,000 |
| 84 | | | 2514 W. Vernon Ave. | 8 | | | | | | | | | | | | | | $214,00 |
| 85 | | | 8501 S. Broadway | 9 | | | | | | | | | | | $3,019,500 | | | $9,791,83 |
| 86 | | | 5100 S. Central Ave. | 9 | | | | | | | | | | | $503,250 | | | $1,632,10 |
| 87 | | | 224 E. 25th St. & 224 1/2 E. 25th St. | 9 | | | | | | | | | | | $1,368,840 | | | $3,610,64 |
| 88 | Other Interim Beds | Operating (2) | 9165 & 9165 ½ South Normandie St | 9 | | | | | | | $160,600 | | | | $563,640 | | | $1,668,15 |
| 89 | | | 5171 S. Vermont Ave. | 9 | | | | | | | | | | | | | | $214,00 |
| 90 | | | 2521-2525 Long Beach Ave. | 9 | | | | | | $462,000 | $1,826,072 | | | | $2,938,980 | | | $5,288,05 |
| 91 | | | 1300-1332 W. Slauson Ave. | 9 | | | | $2,007,500 | | -$1,674,765 | $348,021 | | | | $2,013,000 | | | $3,851,360 |
| 92 | | | 18140 Parthenia Blvd. | 12 | | | | $1,611,019 | -$1,611,019 | | $637,290 | | | | $2,153,910 | | | $4,459,399 |
| 93 | | | 5941 Hollywood Blvd. | 13 | | | | $1,035,626 | -$183,150 | -$80,302 | $412,101 | | | | $603,900 | | | $1,978,324 |
| 94 | | | 3191 W. 4th St. | 13 | | | | | | | | | | | | | | $178,07 |
| 95 | | | 566 S. San Pedro St. | 14 | $222,950 | | | $1,423,500 | -$54,000 | | $1,423,500 | | | | $1,427,400 | | | $4,744,76 |
| 96 | | | 1060 Vignes St. | 14 | | | | $1,235,934 | -$1,014,285 | | $4,858,150 | | | | $4,670,160 | | | $13,854,01 |
| 97 | | | 543 Crocker St. | 14 | $74,010 | | | | | | $401,500 | | | | $402,600 | | | $2,890,01 |
| 98 | | | 3123 S. Grand Ave. | 14 | | | | | | | $401,500 | | | | | | | $803,00 |
| 99 | | | Scattered Sites - SRO Housing Corporation | 14 | | | | | | | $1,204,500 | | | | | | | $2,409,00 |
| 100 | | | 1904 Bailey St. | 14 | | | | | | | $3,229,477 | $79,491 | | | | | | $3,308,96 |
| 101 | | | 345 E. 118 Pl. | 15 | | | | | | | $80,300 | | | | $80,520 | | | $482,68 |
| 102 | | | Various | Various | | | | | | | | | | | | | | $112,354 |
| 103 | | | Project Roomkey (3) | Various | $32,503,165 | | | | $1,053,638 | | | | | | | | | $72,427,88 |
| 104 | | | Shelter Program | Various | | | | | | | | | $757,477 | $934,787 | | | | $1,692,26 |
| | Other Interim Beds Operating Total | | | | $32,810,125 | $0 | $0 | $7,313,579 | -$618,288 | -$1,293,067 | $13,072,892 | $79,491 | $757,477 | $934,787 | $25,006,950 | $0 | $0 | $155,039,66 |
| 105 | | | Beacon (Solaire Hotel) | 1 | | $4,873,960 | | | | | | | | | | | | $4,873,96 |

# Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 21st Roadmap Funding Recommendations are Approved

Case 2:20-cv-02291-DOC-KES Document 661-4 Filed 01/16/24 Page 17 of 20 Page ID #:9780

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2020-2021 Commitment | | | | r 2021-2022 Co | Fiscal Year 2022-2023 Comittment | | | | Fiscal Year 2023-2024 Comittment | | | | | State Homkey Grant | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HEAP/HHAP | CRF | CDBG-CV | ESG-CV (5) | ESG-CV (5) | ESG-CV (5) | County (4) | GCP-AHS | HHAP | ESG-CV (5) | County (4) | GCP-AHS | | | |
| 106 | | | Sieroty (Howard Johnson) | 4 | | $5,103,560 | | | | | | | | | | | | | $5,103,560 |
| 107 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | $2,709,717 | | | | | | | | | | | | | $4,568,99? |
| 108 | | | Pano (Panorama Inn) | 6 | | $2,713,579 | | | | | | | | | | | | | $2,713,57? |
| 109 | | | Arleta (Woodman) | 6 | | $20,056,747 | | | | | | | | | | | | | $20,056,747 |
| 110 | | | Woodman Ownership Transfer | 6 | | $296,746 | | | | | | | | | | | | | $19,50? |
| 111 | | | Encinitas (Good Nite Inn) | 7 | | $16,351,536 | | | | | | | | | | | | | $16,351,53? |
| 112 | | | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | $1,281,013 | | | | | | | | | | | | | $1,281,01? |
| 113 | Homekey Units (1) | Match / Acquisition | Mollie Maison (Best Inn) | 10 | | $990,290 | | | | | | | | | | | | | $990,29? |
| 114 | | | The Layover (Super 8 LAX) | 11 | | $10,830,215 | | | | | | | | | | | | | $10,830,21? |
| 115 | | | PV Marina Del Rey (Ramada Inn) | 11 | | $10,152,255 | | | | | | | | | | | | | $10,152,25? |
| 116 | | | Devonshire Lodge (Travelodge) | 12 | | $3,162,222 | | | | | | | | | | | | | $3,162,22? |
| 117 | | | The Nest | 13 | | $1,736,813 | | | | | | | | | | | | | $1,736,81? |
| 118 | | | Casa Luna (Titta's Inn) | 14 | | $1,977,625 | | | | | | | | | | | | | $1,977,62? |
| 119 | | | Huntington Villas (Super 8 Alhambra) | 14 | | $9,021,062 | | | | | | | | | | | | | $9,021,06? |
| 120 | | | Travelodge (Normandie) | 15 | | $3,990,522 | | | | | | | | | | | | | $3,990,52? |
| 121 | | | Property management and real estate service | Various | | $779,939 | | | | | | | | | | | | | $779,939 |
| | **Project Homekey Match / Aquisition Total** | | | | **$0** | **$96,027,802** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$97,609,83?** |
| 122 | | | Beacon (Solaire Hotel) | 1 | | | | $1,812,891 | $40,500 | -$219,336 | $2,340,745 | | | | | | | $6,321,95? |
| 123 | | | Sieroty (Howard Johnson) | 4 | | | | $1,899,692 | $32,400 | | $2,172,480 | | | | | | | $6,311,55? |
| 124 | | | Super 8 Canoga Park | 3 | | | | $2,207,008 | | -$1,178,015 | | | | | | | | $1,028,99? |
| 125 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | | | $1,731,223 | $27,000 | | $1,854,200 | | | | | | | $5,47?,70? |
| 126 | | | Pano (Panorama Inn) | 6 | | | | $2,394,315 | -$2,144,315 | $347,087 | $250,000 | | | | | | | $1,097,08? |
| 127 | | | Arleta (Woodman) | 6 | | | | $4,591,700 | -$4,276,700 | -$315,000 | $765,283 | | | | | | | $5,464,40? |
| 128 | | | Encinitas (Good Nite Inn) | 7 | | | | $4,030,275 | $39,960 | | $2,750,275 | | | | | | | $9,57?,32? |
| 129 | | | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | | $599,878 | $13,500 | -$344 | $761,025 | | | | | | | $1,37?,95? |
| 130 | Homekey Units (1) | Operating | Mollie Maison (Best Inn) | 10 | | | | $674,883 | $10,800 | $803,811 | $704,450 | | | | | | | $2,3?,?54 |
| 131 | | | The Layover (Super 8 LAX) | 11 | | | | $2,038,300 | $24,300 | $570,432 | $1,383,350 | | | | | | | $5,434,632 |
| 132 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | $1,528,725 | $15,660 | -$169,289 | $356,085 | | | | | | | $1,731,181 |
| 133 | | | Devonshire Lodge (Travelodge) | 12 | | | | $3,490,313 | $40,500 | -$417,509 | $2,381,625 | | | | | | | $7,883,07? |
| 134 | | | The Nest | 13 | | | | $1,203,054 | $21,600 | $498,132 | $1,222,750 | | | | | | | $4,171,63? |
| 135 | | | Casa Luna (Titta's Inn) | 14 | | | | $1,062,210 | $18,900 | | $1,256,330 | | | | | | | $3,597,21? |
| 136 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | $2,408,900 | $21,600 | -$479,165 | $1,657,100 | | | | | | | $5,270,07? |
| 137 | | | Travelodge (Normandie) | 15 | | | | $1,148,211 | -$648,211 | $564,055 | $500,000 | | | | | | | $2,064,05? |
| | **Project Homekey Operating Total** | | | | **$0** | **$0** | **$0** | **$32,821,578** | **-$6,762,506** | **$4,859** | **$20,355,698** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$69,181,09?** |
| 138 | | | Beacon (Solaire Hotel) | 1 | | | | $3,231,738 | | | | | | | | | | | $3,231,73? |
| 139 | | | Sieroty (Howard Johnson) | 4 | | | | $3,185,854 | | $1,515,944 | | | | | | | $800,000 | $5,501,798 |
| 140 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | $193,049 | | $600,140 | $193,049 | $93,662 | | | | | | | | $886,851 |
| 141 | | | Pano (Panorama Inn) | 6 | | | | $4,472,059 | -$2,500,000 | $1,286,703 | | $1,688,732 | | $96,154 | | | | $6,354,916 |
| 142 | | | Arleta (Woodman) | 6 | | | | $397,200 | $6,718,625 | $6,926,192 | | | $1,572,546 | | | | | $17,661,08? |
| 143 | | | Encinitas (Good Nite Inn) | 7 | | | | $2,766,023 | | | | | | | | | | $2,766,02? |
| 144 | | | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | $188,000 | | $189,988 | $212,000 | $356,272 | | | | | | | | $758,26? |
| 145 | | | Mollie Maison (Best Inn) | 10 | | $32,965 | | $153,612 | $32,965 | | | | | | | | | $186,57? |
| 146 | Homekey Units (1) | Improvement | The Layover (Super 8 LAX) | 11 | | $187,292 | | $832,914 | $187,292 | | | | | | | | | $1,020,20? |
| 147 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | $805,120 | | | | | | | | | $1,000,000 | $1,805,12? |
| 148 | | | Devonshire Lodge (Travelodge) | 12 | | $85,729 | | $829,595 | $85,729 | $300,000 | | | | | | | $410,000 | $1,625,32? |
| 149 | | | The Nest | 13 | | $27,402 | | $279,565 | $27,402 | | | | | | | | | $306,967 |
| 150 | | | Casa Luna (Titta's Inn) | 14 | | | | $237,272 | $75,000 | | | | | | | | | $312,27? |
| 151 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | $225,640 | $152,000 | | | | | | | | $500,000 | $877,64? |

11/30/2023

# Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 21st Roadmap Funding Recommendations are Approved

| No. | Type of Unit/Intervention | Type | Site | CD | FY 2020-2021 HEAP/HHAP | FY 2020-2021 CRF | FY 2020-2021 CDBG-CV | FY 2020-2021 ESG-CV (5) | 2021-2022 ESG-CV (5) | FY 2022-2023 ESG-CV (5) | FY 2022-2023 County (4) | FY 2022-2023 GCP-AHS | FY 2023-2024 HHAP | FY 2023-2024 ESG-CV (5) | FY 2023-2024 County (4) | FY 2023-2024 GCP-AHS | State Homkey Grant | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 152 | | | Travelodge (Normandie) | 15 | | | | $1,919,455 | $268,777 | | | | $2,950,434 | $190,635 | | | | $5,329,301 |
| 153 | | | Real estate services to monitor alterations | n/a | | | | $117,500 | $217,795 | | | | | | | | | $335,295 |
| | **Project Homekey Capital Improvement Total** | | | | $0 | $714,437 | $0 | $20,243,675 | $5,670,634 | $10,478,773 | $0 | $1,688,732 | $4,522,980 | $286,789 | $0 | $0 | $2,710,000 | $48,959,376 |
| 154 | Recovery Housing | | Rapid Rehousing/ Shared Housing** | Various | | | | $82,285,920 | | -$5,020,377 | | | | $959,681 | | $350,000 | | $78,575,224 |
| | **Recovery Housing Total** | | | | $0 | $0 | $0 | $82,285,920 | $0 | -$5,020,377 | $0 | $0 | $0 | $959,681 | $0 | $350,000 | $0 | $78,575,224 |
| 155 | Measure H Strategy (7) | | Measure H Strategy - B4 (Landlord Incentive) | Various | | | | $1,136,000 | -$710,000 | | | | | | | | | $426,000 |
| | **Measure H Strategy Total** | | | | $0 | $0 | $0 | $1,136,000 | -$710,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $426,000 |
| 156 | Safe Sleeping | Capital | 2300 S. Central Ave. (6) | 9 | $10,000 | | | | | | | -$181,668 | | | | | | $1,516,883 |
| 157 | | | 317 N. Madison Ave. | 13 | $241,110 | | | | | | | | | | | | | $10,553 |
| | **Safe Sleep Capital Total** | | | | $251,110 | $0 | $0 | $0 | $0 | $0 | $0 | -$181,668 | $0 | $0 | $0 | $0 | $0 | $1,527,436 |
| 158 | Safe Sleeping | Operating (2) | 2300 S. Central Ave. (6) | 9 | | | | $3,048,500 | | -$1,997,048 | $3,056,875 | | | | $3,065,250 | | | $7,173,577 |
| 159 | | | 317 N. Madison Ave. | 13 | | | | | | | -$271,001 | | | | | | | $1,029,279 |
| | **Safe Sleep Operating Total** | | | | $0 | $0 | $0 | $3,048,500 | $0 | -$1,997,048 | $2,785,874 | $0 | $0 | $0 | $3,065,250 | $0 | $0 | $8,202,856 |
| 160 | | | 7128 Jordan Ave. | 3 | | | | | | | $273,750 | | | | $274,500 | | | $899,479 |
| 162 | | | 4301 S. Central Ave. | 9 | | | | | | | $109,500 | | | | $109,800 | | | $373,367 |
| 163 | | | 1201 S. Figueroa St. | 9 | | | | | | | $328,500 | | | | $329,400 | | | $892,172 |
| 165 | | | 11339 Iowa Ave. | 11 | | | | | | | $273,750 | | | | $274,500 | | | $657,750 |
| 166 | | | 9100 Lincoln Blvd. | 11 | | | | | | | $273,750 | | | | $0 | | | $480,568 |
| 167 | Safe Parking (1) | Operating (2) | 5455 111th Street | 11 | | | | | | | $778,119 | | | | | | | $894,985 |
| 168 | | | 8775 Wilbur Ave. | 12 | | | | | | | $219,000 | | | | $219,600 | | | $712,882 |
| 169 | | | 1033 Cole Ave. | 13 | | | | | | | $328,500 | | | | $219,600 | | | $682,553 |
| 170 | | | 4591 Santa Monica Blvd. | 13 | | | | | | | $0 | | | | | | | $155,537 |
| 171 | | | 711 S. Beacon St. | 15 | | | | | | | $328,500 | | | | $329,400 | | | $1,147,745 |
| 172 | | | 19610 Hamilton Ave. | 15 | | | | | | | $273,750 | | | | $274,500 | | | $930,971 |
| | **Safe Parking Operating Total** | | | | $0 | $0 | $0 | $0 | $0 | $0 | $3,187,119 | $0 | $0 | $0 | $2,031,300 | $0 | $0 | $7,828,710 |
| 173 | Outreach | | Roadmap Outreach | Various | | | | $6,605,177 | | | | | | | | | | $9,077,366 |
| 174 | | | Encampment to Home Program on Ocean Front Walk/Venice | 11 | | | | | | | | | | | | | | $5,000,000 |
| | **Outreach Total** | | | | $0 | $0 | $0 | $6,605,177 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $14,977,366 |
| 175 | | | BOE | n/a | | $2,000,000 | | | | | | $2,366,711 | | | | | | $8,155,055 |
| 176 | | | BCA | n/a | | | | | | | | | | | | | | $299,416 |
| 177 | Admin | Admin | CAO | n/a | $199,175 | | | | | | | | | | | | | $254,035 |
| 178 | | | GSD | n/a | | $77,500 | | | | | | | | | | | | $77,506 |
| 179 | | | LAHD | n/a | | | | $1,158,255 | | | | | | | | | | $1,158,255 |
| 180 | | | LAHSA | n/a | | | | $5,500,682 | | | | | | $93,479 | | | | $5,594,161 |
| | **Admin Total** | | | | $199,175 | $2,077,500 | $0 | $6,658,937 | $0 | $0 | $0 | $2,366,711 | $0 | $93,479 | $0 | $0 | $0 | $15,538,426 |
| | **Total Commitment** | | | | $94,860,344 | $147,665,539 | $7,000,000 | $183,006,066 | -$4,286,289 | -$2,950,191 | $60,770,653 | $45,210 | $5,290,457 | $4,469,106 | $63,709,801 | $773,570 | | $795,936,035 |
| | **Total Uncommitted** | | | | | | | | | | $3,360,120 | N/A | | $3,360,120 | $0 | | |

(1) Does not include Roadmap interventions that are in existing agreements with the County.

(2) Operating costs vary by intervention type: ABH Beds: $60/bed/night; Tiny Home Villages, Leased Facilities, Year Round Shelter: $55/bed/night; Project Homekey: $85/unit/night; Safe Sleeping: $67/person/night; and Safe Parking: $30/car/night. Project Roomkey costs vary by site. 324 Winter Shelter beds ended

(3) Committed funds used to front-fund the Project Roomkey extension are expected to be reimbursed by the FEMA, at which time the funds will be available for programming.

(4) County Services allocations are restricted to services, leasing, FFE, and start up costs.

(5) Reflects the entire cost of the program for two (2) years using ESG-COVID.

(6) 2300 S Central is part of the City Project Homekey Program. The site will oeprate a Safe Sleeping Program until the owner/operator is ready to begin construction on permanent supportive housing.

(7) Placements funded with City funding for Measure H Strategies will be counted toward the Roadmap target of 6,700 interventions.

Case 2:20-cv-02291-DOC-KES Document 661-4 Filed 01/16/24 Page 18 of 20 Page

11/30/2023

## LEASING TERM SHEET

| MFC DATE | 12/2023 |
|---|---|

| LANDLORD | Shen Zhen New World I, LLC |
|---|---|
| ADDRESS | 333 S. Figueroa St. Los Angeles, CA 90071 |

| TENANT | City of Los Angeles - GSD |
|---|---|
| ADDRESS | 111 E. First Street LA, CA 90012 |

| LOCATION | LA Grand Hotel - 333 S. Figueroa St. LA, CA 90071 |
|---|---|
| AGREEMENT TYPE | Occupancy Agreement - Amendment |
| USE | Interim Housing |
| SQUARE FEET | No change from existing agreement |
| TERM | 6 month extension |
| RENT START DATE | 2/1/24 |
| LEASE START DATE | 2/1/24 |
| OPTION TERM | None |
| HOLDOVER | No change from existing agreement |
| SUBLET/ ASSIGNMENT | No change from existing agreement |
| TERMINATION | No change from existing agreement |
| RENTAL RATE | No change from existing agreement |
| ESCALATION | None |
| RENTAL ABATEMENT | None |

| | |
|---|---|
| ADDITIONAL RENT | None |
| PROPERTY TAX | None |
| OPEX | None |
| CAM | None |
| OTHER | None |
| SECURITY DEPOSIT | None |
| MAINTENANCE/ REPAIR | No change from existing agreement |
| TENANT IMPROVEMENTS | None |
| PARKING | No change from existing agreement |
| UTILITIES | No change from existing agreement |
| CUSTODIAL | No change from existing agreement |
| SECURITY | No change from existing agreement |
| PROP 13 PROTECTION | None |
| INSURANCE (City) | No change from existing agreement |
| OTHER: | Minimum occupancy of 85% will continue per the existing agreement until the final two months of the term.  Final two months of the term will require an accumulated minimum total of 10,000 daily room occupancies. |
| PRINT: | Russ Cox |
| SIGNATURE: | |