# EXHIBIT A2

# County Supportive Services for City Permanent Housing

**County Provision of Supportive Services for City Interim Housing and Permanent Supportive Housing for City's Reporting Period Ending September 30, 2023**
**Quarterly Report (For the Period Ending December 31, 2023)**

| Permanent Supportive Housing * | | | | |
|---|---|---|---|---|
| Address / Location | Total Units | Permanent Supportive Housing Units | Units with Intensive Case Management Services (ICMS)** | Total Clients Receiving ICMS During Reporting Period |
| Washington View Apartments<br>720 W WASHINGTON BLVD Los Angeles, CA 90015 | 122 | 91 | 91 | 93 |
| PATH Villas Montclair/Gramercy<br>(Recap-Site 2 of 2)<br>3317 W WASHINGTON BLVD  Los Angeles, CA 90018 | 17 | 16 | 16 | 15 |
| Chesterfield<br>4719 S NORMANDIE AVE  Los Angeles, CA 90037 | 43 | 42 | 42 | 45 |
| HiFi Collective<br>3200 W TEMPLE ST  Los Angeles, CA 90026 | 64 | 58 | 63 | 62 |
| Adams Terrace<br>4314 W ADAMS BLVD  Los Angeles, CA 90018<br>4347 W ADAMS BLVD Los Angeles, CA 90018 | 86 | 43 | 44 | 43 |
| Bell Creek Apartments<br>6940 N OWENSMOUTH AVE Canoga Park, CA 91303 | 80 | 41 | 41 | 42 |
| LAMP Lodge<br>660 S STANFORD AVE  Los Angeles, CA 90021 | 82 | 81 | 81 | 82 |
| Silva Crossing (fka Link at Sylmar)<br>12667 SAN FERNANDO ROAD  Sylmar, CA 91342 | 56 | 55 | 55 | 55 |
| Berendo Sage<br>1035 S BERENDO ST  LOS ANGELES, CA 90006 | 42 | 21 | 21 | 21 |
| Amani Apartments (fka Pico)<br>4200 W PICO BLVD  Los Angeles, CA 90019 | 54 | 53 | 53 | 53 |
| Hope on Broadway<br>5138 S BROADWAY  Los Angeles, CA 90037 | 49 | 48 | 48 | 49 |
| 6521 Brynhurst | 41 | 40 | 20 | 20 |
| 740 Alvarado | 80 | 79 | 40 | 40 |
| 5050 Pico | 79 | 78 | 36 | 37 |
| Firmin Court<br>418 N FIRMIN ST  Los Angeles, CA 90026 | 64 | 45 | 45 | 51 |
| 10150 Hillhaven | 34 | 33 | 17 | 16 |
| Reseda Theater Senior Housing (Canby Woods West)<br>7221 N CANBY AVE  Reseda, CA 91335 | 26 | 13 | 13 | 13 |
| 14949 Roscoe | 31 | 29 | 15 | 10 |
| Watts Works<br>9500 S COMPTON AVE  Los Angeles, CA 90002 | 25 | 24 | 24 | 24 |
| 11010 Santa Monica<br>11010 W SANTA MONICA BLVD  Los Angeles, CA 90025 | 51 | 50 | 25 | 26 |
| Ambrose (fka 1615 Montana St.)<br>1611 W MONTANA ST  Los Angeles, CA 90026 | 64 | 63 | 63 | 62 |
| Vermont Corridor Apartments (fka 433 Vermont Apts)<br>433 S VERMONT AVE  Los Angeles, CA 90020 | 72 | 36 | 36 | 38 |
| Depot at Hyde Park<br>6527 S CRENSHAW BLVD  Los Angeles, CA 90043 | 43 | 33 | 33 | 34 |
| Ingraham Villa Apartments<br>1218 INGRAHAM ST  LOS ANGELES, CA 90017 | 121 | 90 | 90 | 91 |
| Talisa (fka 9502 Van Nuys Blvd)<br>9502 N VAN NUYS BLVD  Panorama City, CA 91402 | 49 | 48 | 48 | 48 |
| Asante Apartments<br>11001 S BROADWAY  Los Angeles, CA 90061 | 55 | 54 | 54 | 54 |
| West Terrace (fka Silver Star II)<br>6576 S WEST BLVD  LOS ANGELES, CA 90043 | 64 | 56 | 56 | 58 |
| PATH Villas Hollywood<br>5627 W FERNWOOD AVE  HOLLYWOOD, CA 90028 | 60 | 59 | 59 | 59 |

**EXHIBIT A2**
**Page 13**

| Address / Location | Total Units | Permanent Supportive Housing Units | Units with Intensive Case Management Services (ICMS)** | Total Clients Receiving ICMS During Reporting Period |
|---|---|---|---|---|
| Broadway Apartments<br>301 W 49TH ST 1-30  LOS ANGELES, CA 90037 | 35 | 34 | 34 | 38 |
| Hope on Hyde Park - MP/TOC/PSH<br>6501 S CRENSHAW BLVD  Los Angeles, CA 90043 | 98 | 97 | 40 | 40 |
| 7639 Van Nuys | 35 | 34 | 31 | 29 |
| Mariposa Lily<br>1055 S MARIPOSA AVE  Los Angeles, CA 90006 | 41 | 20 | 20 | 21 |
| Sun Commons<br>6329 N CLYBOURN AVE  North Hollywood, CA 91606 | 103 | 51 | 51 | 52 |
| West Third Apartments<br>1900 W 3RD ST  Los Angeles, CA 90057 | 137 | 136 | 136 | 148 |
| 1044 Soto | 85 | 84 | 84 | 86 |
| Pointe on La Brea<br>849 N LA BREA AVE CA 90038 | 50 | 49 | 49 | 52 |
| 6th and San Julian<br>401 E 6TH ST  Los Angeles, CA 90014 | 94 | 93 | 93 | 99 |

*This report does not include PSH Veteran units reported by the City as these units are supported by HUD/Veterans Affairs supportive housing program.

** Intensive Case Management Services (ICMS) includes outreach and engagement; intake and assessment; housing navigation; housing case management; housing stabilization; connections to emergency financial assistance to avoid evictions; linkages to health, mental health, and substance use disorder services; benefits establishment; vocational assistance; etc.