# EXHIBIT C

# Mental Health/ Substance Use Disorder Beds

EXHIBIT C
Page 17

**Mental Health/Substance Use Disorder Beds**
**Quarterly Report (For the Period Ending December 31, 2023)**

| PROVIDER NAME | NO. OF BEDS DEVELEOPED/ CONTRACTED | DATE AVAILABLE |
|---|---|---|
| SIERRA VISTA | 4 | 7/1/2022 |
| CALIFORNIA PSYCHIATRIC TRANSITIONS | 10 | 7/1/2022 |
| STONEY POINT MEDICAL SNF | 35 | 7/1/2022 |
| TELECARE RANCHO CITRUS HOUSE | 16 | 10/3/2022 |
| LAS ENCINAS | 10 | 12/1/2022 |
| LACADA SAFE HAVEN | 16 | 12/1/2022 |
| SPECIAL SERVICE FOR GROUPS, INC. | 16 | 12/1/2022 |
| TELECARE CORPORATION | 16 | 12/12/2022 |
| TELECARE CORPORATION | 16 | 12/12/2022 |
| STARS BEHAVIORAL HEALTH GROUP | 16 | 2/6/2023 |
| STARS BEHAVIORAL HEALTH GROUP | 16 | 3/22/2023 |
| STARS BEHAVIORAL HEALTH GROUP | 16 | 5/17/2023 |
| STARS BEHAVIORAL HEALTH GROUP | 16 | 6/14/2023 |
| LAS ENCINAS | 15 | 7/1/2023 |
| MISSION COMMUNITY HOSPITAL | 20 | 7/1/2023 |
| PACIFICA HOSPITAL OF THE VALLEY | 10 | 7/1/2023 |
| GENERATIONS - ANBERRY SNF | 10 | 7/1/2023 |
| GENERATIONS - HORIZON SNF | | |
| SPECIAL SERVICE FOR GROUPS, INC. (SSG) | 40 | 7/8/2023 |
| PACIFICA HOSPITAL OF THE VALLEY URGENT CARE CLINIC | 8 | 8/1/2023 |
| COAST PLAZA HOSPITAL | 37 | 8/7/2023 |
| SPECIAL SERVICE FOR GROUPS, INC. (SSG) | 56 | 9/1/2023 |
| SPECIAL SERVICE FOR GROUPS, INC. (SSG) | 15 | 9/18/2023 |
| DEL AMO HOSPITAL | 18 | 10/11/2023 |
| STARS BEHAVIORAL HEALTH GROUP: CENTRAL STAR LAGMC CRTP | 16 | 10/30/2023 |
| HOLLYWOOD WALK OF FAME HOTEL | 20 | 11/20/2023 |
| CASA DE LAS AMIGAS | 5 | 7/1/2022 |
| BEACON HOUSE ASSOCIATION OF SAN PEDRO (THE) | 15 | 7/13/2022 |
| BEACON HOUSE ASSOCIATION OF SAN PEDRO (THE) | 12 | 7/13/2022 |
| BEACON HOUSE ASSOCIATION OF SAN PEDRO (THE) | 14 | 7/13/2022 |
| BEIT T'SHUVAH | 10 | 7/13/2022 |
| CRI-HELP, INC. | 14 | 7/13/2022 |
| DIVINE HEALTHCARE SERVICES, INC. | 5 | 7/13/2022 |
| DIVINE HEALTHCARE SERVICES, INC. | 4 | 7/13/2022 |
| EXODUS RECOVERY INC. | 8 | 7/13/2022 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 6 | 7/13/2022 |
| GRANDVIEW FOUNDATION, INC. | 4 | 7/13/2022 |
| GRANDVIEW FOUNDATION, INC. | 6 | 7/13/2022 |
| HEALTHRIGHT 360 | 24 | 7/13/2022 |
| HOUSE OF HOPE FOUNDATION, INC. | 2 | 7/13/2022 |
| HOUSE OF HOPE FOUNDATION, INC. | 6 | 7/13/2022 |
| HOUSE OF HOPE FOUNDATION, INC. | 4 | 7/13/2022 |
| LOS ANGELES CENTERS FOR ALCOHOL AND DRUG ABUSE | 20 | 7/13/2022 |
| LOS ANGELES CENTERS FOR ALCOHOL AND DRUG ABUSE | 20 | 7/13/2022 |
| SAFE REFUGE (ORIGINAL NAME: SUBSTANCE ABUSE FOUNDATION OF LONG BEACH, INC.) | 10 | 7/13/2022 |
| SAFE REFUGE (ORIGINAL NAME: SUBSTANCE ABUSE FOUNDATION OF LONG BEACH, INC.) | 6 | 7/13/2022 |
| SAFE REFUGE (ORIGINAL NAME: SUBSTANCE ABUSE FOUNDATION OF LONG BEACH, INC.) | 2 | 7/13/2022 |

**EXHIBIT C**
**Page 18**

| PROVIDER NAME | NO. OF BEDS DEVELEOPED/ CONTRACTED | DATE AVAILABLE |
|---|---|---|
| SAFE REFUGE (ORIGINAL NAME: SUBSTANCE ABUSE FOUNDATION OF LONG BEACH, INC.) | 2 | 7/13/2022 |
| SOCIAL MODEL RECOVERY SYSTEMS, INC. | 1 | 7/13/2022 |
| SOCIAL MODEL RECOVERY SYSTEMS, INC. | 1 | 7/13/2022 |
| SOCIAL MODEL RECOVERY SYSTEMS, INC. | 1 | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 6 | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 6 | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 2 | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 1 | 7/14/2022 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 9 | 7/15/2022 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 1 | 7/16/2022 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 5 | 7/17/2022 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 1 | 7/18/2022 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 1 | 7/19/2022 |
| LAKE HUGHES RECOVERY | 100 | 8/17/2022 |
| SOUTHERN CALIFORNIA ALCOHOL AND DRUG PROGRAMS, INC. | 6 | 11/15/2022 |
| SADLER HEALTHCARE, INC. | 5 | 12/1/2022 |
| SADLER HEALTHCARE, INC. | 15 | 12/1/2022 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 1 | 4/11/2023 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 1 | 4/11/2023 |
| JWCH INSTITUTE, INC. | 10 | 7/1/2023 |
| JWCH INSTITUTE, INC. | 12 | 7/1/2023 |
| LOS ANGELES CENTERS FOR ALCOHOL AND DRUG ABUSE | 2 | 7/1/2023 |
| LOS ANGELES CENTERS FOR ALCOHOL AND DRUG ABUSE | 6 | 7/1/2023 |
| CLARE FOUNDATION, INC. | 5 | 7/25/2023 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 6 | 11/29/2023 |
| VOLUNTEERS OF AMERICA OF LOS ANGELES | 12 | 11/29/2023 |
| DIVINE HEALTHCARE SERVICES, INC. | 12 | 11/29/2023 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 10 | 11/29/2023 |
| TARZANA TREATMENT CENTERS, INC. | 7 | 11/29/2023 |
| | 921 | |

EXHIBIT C
Page 19