UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>           Plaintiffs,<br><br>     v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>           Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE AND SANCTIONS; DECLARATION OF ELIZABETH A. MITCHELL INCLUDING EXHIBITS A-J**<br><br>Before:  Hon. David O. Carter<br>Courtroom: 10A<br>Hearing Date:  March 4, 2024<br>Hearing Time:  8:30 p.m. |

Concurrent with this Application, Plaintiffs are filing their Notice of Motion and Motion for Order re Settlement Agreement Compliance and Sanctions (the "Motion") as to Defendants the City of Los Angeles ("Defendant"). Pursuant to Local Rule ("L.R.") 79-5, Plaintiff respectfully requests to file under seal potentially highly confidential information included in portions of materials related to the Motion, as set forth below.

Defendant City of Los Angeles has been in willful violation of the Plaintiff/City Settlement Agreement for 14 months. Plaintiffs have been informed that the City as of January 31, 2024 (447 days late) finally approved milestones and deadlines under Section 5.2(ii) and (iv) of the Agreement, and the milestones were provided to Plaintiffs on February 1, 2024. Plaintiffs seek an order for monetary and non-monetary sanctions and for specific performance for the City's 447-day violation.

Plaintiffs submit that the entirety of the motion and all exhibits submitted in support thereof should be filed on the public docket. However, the City has asked for many documents to remain confidential (as part of the dispute resolution process). Plaintiffs agreed to remove some documents altogether (i.e. various email communications) but others are crucial for the court to consider in resolving Plaintiffs' motion. In an abundance of caution, Plaintiffs are requesting to file the entire motion and all supporting documents under seal at this time to permit the City to file its own declaration in support of continued sealing of any information contained in the motion or any documents submitted in support of the motion.

Accordingly, the motion and the Declaration of Elizabeth A. Mitchell including Exhibits A-J, should be filed under seal in their entirety at this time. Should the City decline to file a declaration in support of continued sealing or redacting within four (4) days under Local Rule 79-5.2.2(b)(i), or should the Court deny the City's request, Plaintiffs will re-file the motion and all supporting documents publicly.

1

*PLAINTIFFS' APPL. FOR LEAVE TO FILE UNDER SEAL MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE AND FOR SANCTIONS*

Dated: February 2, 2024          Respectfully submitted,


                                 */s/ Elizabeth A. Mitchell*
                                 UMHOFER, MITCHELL & KING, LLP
                                 Matthew Donald Umhofer
                                 Elizabeth A. Mitchell

                                 *Attorneys for Plaintiffs*

*PLAINTIFFS' APPL. FOR LEAVE TO FILE UNDER SEAL MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE AND FOR SANCTIONS*