UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*, | Case No. 2:20-CV-02291-DOC-KES |
| Plaintiffs, | Assigned to Judge David O. Carter |
| v. | |
| CITY OF LOS ANGELES, *et al.*, | **[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE AND SANCTIONS** |
| Defendants. | |
| | Before:  Hon. David O. Carter<br>Courtroom: 10A<br>Hearing Date:  March 4, 2024<br>Hearing Time:  8:30 p.m. |

*[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL*

This Court, having read and considered Plaintiffs' Application for Leave to File Under Seal their Motion for Order re Settlement Agreement Compliance and Sanctions as to Defendant City of Los Angeles, and related materials, pursuant to Local Rule 79-5, and the declaration by the City if any, for compelling reasons shown, ORDERS that the following documents shall be filed under seal:

1. Notice of Motion and Motion for Order re Settlement Agreement Non-Compliance and Sanctions; and

2. Declaration of Elizabeth A. Mitchell in Support of Plaintiffs' Motion for Order re Settlement Agreement Non-Compliance and Sanctions, including Exhibits A-J.

**IT IS SO ORDERED.**

IF DENIED:

The underlying documents shall be returned without filing to Elizabeth A. Mitchell, 767 S. Alameda St., Suite 270, Los Angeles, CA 90021.

Dated: _____ ___, 2024

_____
The Honorable David O. Carter
United States District Court Judge

1

*[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL*