STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
(for filings only)
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ALLIANCE, *etc*., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES, *et al.,* <br><br> Defendants. | No. 2:20-cv-02291-DOC <br><br> **PROPOSED INTERVENOR'S OBJECTION TO FILING DOCUMENTS UNDER SEAL** <br><br> Judge David O. Carter |

Proposed intervenors object in the strongest possible terms to the filing of Docs. 663 & 664 under seal. Intervenor knows well the court's view, as well as the relevant case law, that there be transparency in this action, and therefore, does not waste anyone's time by setting forth a tome on this subject. The application to file under seal, as well as the material filed under seal should be denied, and the material filed under seal should be un-sealed.

**YAGMAN + REICHMANN, LLP**

By: _____
       **STEPHEN YAGMAN**

1