UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 270
Los Angeles, California 90021
Telephone: 213-394-7979
Facsimile: 213-529-1027
Email: matthew@umklaw.com
Email: elizabeth@umklaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**PROOF OF EMAIL SERVICE**<br><br>Before: Hon. David O. Carter<br>Courtroom: 10A<br>Hearing Date: March 4, 2024<br>Hearing Time: 8:30 p.m. |

*PROOF OF EMAIL SERVICE*

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA          )
                            )
                            )
COUNTY OF LOS ANGELES )

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 767 S. Alameda St., Suite 270, Los Angeles, CA 90021.

On February 2, 2024, I served the foregoing document described as:

1. **DECLARATION OF ELIZABETH A. MITCHELL IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE AND SANCTIONS;**

2. **MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE AND SANCTIONS;**

3. **DECLARATION OF ELIZABETH A. MITCHELL IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE AND SANCTIONS AND EXHIBITS A-J;**

4. **[PROPOSED] ORDER GRANTING MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE AND SANCTIONS; and**

5. **PROOF OF SERVICE.**

on the interested parties in this action, addressed as follows:

SEE ATTACHED SERVICE LIST

**[X]    ELECTRONIC MAIL:** I personally transmitted, via electronic mail to the e-mail address(es) shown above, originating from an electronic e-mail address affiliated with Umhofer, Mitchell & King LLP.  A true and correct copy of the above-described document(s) was/were transmitted by electronic transmission through the Umhofer, Mitchell & King LLP mail server, which did not report any error in sending the transmission.

    I declare under penalty of perjury under the laws of the United States of American and the State of California that the above is true and correct.  Executed on February 2, 2024 at Los Angeles, California.

_____
Jon E. Powell

1

*PROOF OF EMAIL SERVICE*

## SERVICE LIST

HYDEE FELDSTEIN SOTO
DENISE C. MILLS
SCOTT MARCUS
ARLENE N. HOANG
JESSICA MARIANI
OFFICE OF CITY ATTORNEY
200 North Main Street, City Hall East,
6th Floor
Los Angeles, California 90012
Telephone: 213-978-7508
Facsimile: 213-978-7011
Email: Arlene.Hoang@lacity.org
Email: Scott.Marcus@lacity.org
Email: Jessica.Mariani@lacity.org

*Attorneys for Defendant City of Los Angeles*

1

*PROOF OF EMAIL SERVICE*