UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**DECLARATION OF ELIZABETH A. MITCHELL IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE AND SANCTIONS**<br><br>Before: Hon. David O. Carter<br>Courtroom: 10A<br>Hearing Date: March 4, 2024<br>Hearing Time: 8:30 p.m. |

*DECLARATION OF ELIZABETH A. MITCHELL ISO MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE AND FOR SANCTIONS*

I, Elizabeth A. Mitchell, hereby declare as follows:

1.     I am an attorney at the law firm of Umhofer, Mitchell & King LLP, and I represent Plaintiffs LA Alliance for Human Rights, Joseph Burk, George Frem, Wenzial Jarrell, Charles Malow, Karyn Pinsky, and Harry Tashdjian ("Plaintiffs") in this action. Except for those that are stated upon information and belief, I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2.     The Plaintiffs and the City consummated the settlement agreement on May 19, 2022.  After several months of initial delay by Los Angeles Homeless Services Authority (LAHSA), the City finally calculated the "Required Number"—that is, the total number of beds it must provide under the Agreement based on the point-in-time count—on October 6, 2022, and provided it to Plaintiffs.  Attached hereto as **Exhibit A** is a true and accurate copy of the Required Number calculation provided by the City of Los Angeles.

3.     After another month of delay, on November 11, 2022, the City emailed me its proposed plans, milestones, and deadlines for beds—"creation of shelter and housing solutions" under Sections 5.2(i) and 5.2(iii). Settlement Agreement, p. 8.  But the City made no effort to provide plans, milestones, and deadlines for encampments— "engagement, cleaning, and reduction" of encampments in each Council District or Citywide pursuant to 5.2(ii) and 5.2(iv). Attached hereto as **Exhibit B** is a true and correct copy of the documents that were emailed to me which purported to comply with Section 5.2: the Potential Project List (page 1) and the Roadmap-Alliance Milestones (page 2).

3.     Believing—incorrectly—that the City was acting in good faith under a new mayor who had made bold and sweeping campaign promises concerning homelessness, my clients decided to wait to bring this issue to the Court's attention until after a January 17, 2023, hearing on the County settlement, at which the new

1

*DECLARATION OF ELIZABETH A. MITCHELL ISO MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE AND FOR SANCTIONS*

mayor would appear and discuss her new plans.  I emailed the City letting them know that I would delay comment until after the January 17, 2023 hearing.

4.     The City did not update its encampment milestones and deadlines after the January 17 hearing.  On January 30, 2023, I emailed Scott Marcus from the City Attorney's Office to meet and confer about the city's failure to provide deadlines in violation of Section 5.2(ii) and (iv), and Plaintiff's concerns about the adequacy of the City's housing and shelter plans under Section 5.2 (i) and (iii).  Attached hereto as **Exhibit C** is a true and correct copy of the letter I drafted to City on January 8, 2024 identifying the various relevant dates during the entire 14 months of the City's willful noncompliance.[1]

5.     After several delays caused by City (and city attorney) schedules, I finally met with the City (represented by Scott Marcus, David Michaelson, and Mercedes Marquez) along with Alliance representatives Daniel Conway and Paul Webster, on March 8 and again March 15, 2023 to discuss the City's non-compliance with the Agreement.  On March 15, 2023, the City—through then-Chief Housing and Homelessness Officer Mercedes Marquez—claimed that the City had significant plans intended to come into compliance with Section 5.2(ii) and (iv).  Specifically, Marquez assured us that the City had already put out an RFQ (Request For Quote or Request for Qualification) for service/outreach providers, would be "fully staffed" with an assigned service/outreach provider for each district by July 1, 2023, and would "have each district fully assessed" (which was described as identifying the numbers of unsheltered PEH, plus a description of the needs of various groups, including an estimate of the number of individuals with serious mental illness and substance use disorder, in each district) by September 30, 2023.  Ms. Marquez promised that once that effort was

---

[1] While this letter summarizes the process, each date is associated with voluminous e-mails relevant to this analysis.  However, the City asked me to keep the communications confidential, and only submit the more recent letters.  Plaintiffs defer to the Court on whether the e-mails themselves are necessary to the court's resolution of this motion, and will produce said emails upon request.

2

*DECLARATION OF ELIZABETH A. MITCHELL ISO MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE AND FOR SANCTIONS*

complete, the City would then provide the Alliance its proposed encampment milestones and deadlines by October 1, 2023.

6. I summarized the meeting in an email thereafter, directed to Scott Marcus, Mercedes Marquez, and David Michaelson:

> In our last meeting we talked about the RFQ that the City has put out for a list of qualified service/outreach providers, and that the City expects to be fully staffed with the District's chosen providers by July 1 . . . . We also discussed that the City could commit to having each district fully assessed and get us a list of proposed milestones and deadlines within 3 months thereafter (October 1).

7. Relying upon the promises of the new mayor's representative, and extending a good faith opportunity to a new administration, my clients agreed to the extension. Mr. Marcus, on behalf of the City, confirmed the request for extension and the City's need to provide encampment deadlines by October 1, 2023.

8. The City blew that deadline as well. Two days after October 1, the City emailed me its "Encampment Engagement, Cleaning, and Resolution" proposal … that contained no proposed deadlines or milestones at all. Attached hereto as **Exhibit D** is a true and correct copy of the "Encampment Engagement, Cleaning, and Resolution" proposal sent to me on October 3, 2023.

9. With the City in clear violation of the agreement and subsequent promises made, Daniel Conway, Paul Webster, and I met with the City (Scott Marcus, David Michaelson, and Mercedes Marquez) about the City's violation of the agreement during which Ms. Marquez confessed that the City never hired preferred service/outreach providers for encampment reduction in each district, had not had each district assessed, and had instead done nothing towards these commitments. This was the third instance of the City refusing to comply with Section 5.2 (ii) and (iv).

10. Unable to bring the City into compliance, the Alliance brought the City's violation of Section 5.2 to the attention of Michele Martinez, appointed monitor to

*DECLARATION OF ELIZABETH A. MITCHELL ISO MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE AND FOR SANCTIONS*

oversee the City/Alliance settlement agreement.  Attached hereto as **Exhibit E** is a true and correct copy of an email I sent to Ms. Martinez dated October 19, 2023 regarding the City's noncompliance.

11.    After a Zoom meeting with the parties, Ms. Martinez asked the parties to again meet and try to come up with a plan that would satisfy both parties.  The parties then met to discuss the issue on November 8, 2023; at that meeting the City proposed its first 5.2 commitment: a single encampment resolution per month for the entire city. The City claimed no more could be done because there was insufficient bed capacity. The Alliance informed the City that a lack of bed capacity necessarily meant that the bed-creation plans the City had provided under Section 5.2 (i) and (iii) were insufficient if the City couldn't increase its milestones sufficiently to address the severe crisis on the street.

12.    On November 29, 2023, the City submitted an updated Encampment Engagement, Cleaning, and Reduction plan to the court and counsel—and still, it did not comply with Section 5.2.  The City proposed to resolve "at least two tent and makeshift shelter encampments and at least three RV encampments involving at least 100 individuals" per month for the first six months of 2024, and thereafter "aim[]" to increase to "three tent and makeshift shelter encampments and four RV encampments involving at least 150 individuals" per month for the second half of 2024.  Attached hereto as **Exhibit F** is a true and correct copy of the updated Encampment Engagement and Resolution plan submitted by the City on November 29, 2023.

13.    There were two major problems with this proposal.  *First,* the City's proposal was still facially non-compliant with Section 5.2 because it ignored the requirement that the City propose milestones and deadlines for "encampment … reduction in each district." (Settlement Agreement, p. 8 (emphasis added.)  This was the fourth instance of the City refusing to comply with Section 5.2 (ii).  *Second,* the City's proposed "plan" was plainly insufficient—at a rate of 1,800 individuals,

*DECLARATION OF ELIZABETH A. MITCHELL ISO MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE AND FOR SANCTIONS*

citywide, per year, the City would not meaningfully reduce the numbers of the 32,680 unsheltered persons experiencing homelessness in Los Angeles.

14.    Still unable to move the City into compliance or obtain a City commitment that matched the scale of the crisis, the Alliance again requested that the Court resolve the matter.  The court set a hearing date for resolution of this dispute for December 14, 2023.  As the hearing approached, the City made a series of proposals that culminated in a commitment of 9,782 resolutions,[2] encompassing tents, makeshift shelters, RVs, vans, and cars over a five year period (including the entire agreement). The City then committed to submitting the new numbers in writing to the court and Plaintiffs by the end of the month.  The City did not, however, comply with Section 5.2(ii)'s requirement of establishing district-by-district encampment milestones.

15.    On December 29, 2023, the City unilaterally increased its proposed encampment reduction commitment to "a minimum of 12,000 tents, makeshift shelters, cars, vans, and RVs over the term of the settlement agreement . . ."—an increase from the previously agreed-to 9,782 resolutions.  Attached hereto as **Exhibit G** is a true and correct copy of the Revised Encampment Reduction Milestones submitted on December 29, 2023.   The City imposed no conditions on this 12,000-encampment reduction number—it did not condition the 12,000 on anything from the Plaintiffs and did not suggest that the 12,000 was contingent upon the Plaintiffs giving up the district-by-district demands of Section 5.2(ii).  But still, the City did not provide district-by-district encampment reduction numbers as required by Section 5.2(ii)—this was the fifth instance of the City's failure to comply.

17.    On January 4, 2024, the Alliance, represented by Paul Webster, Matthew Umhofer, and Elizabeth Mitchell, met with the City, represented by Mayor Karen Bass, Chief Housing and Homelessness Officer Lourdes Castro Ramirez, Chief

---

[2] Because the word "encampment" was difficult to define, the City and Alliance used LAHSA metrics for tents, makeshift shelters, cars, vans, and RVs.  LAHSA CVRTM conversion factors (Aug. 15, 2022), https://www.lahsa.org/documents?id=6533-cvrtm-summary-by-geography.

*DECLARATION OF ELIZABETH A. MITCHELL ISO MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE AND FOR SANCTIONS*

Administrative Officer Matthew Szabo, Counsel to the Mayor David Michaelson, and Chief Assistant City Attorney Scott Marcus.  At this meeting, the parties discussed mutual goals, and the mayor and staff explained their focus on citywide efforts.  No council member was present.  During that meeting, the City withdrew its unconditional commitment to 12,000 encampment reductions and attempted to revise the history of the negotiations by suggesting the 12,000 number was conditioned on an Alliance agreement to abandon the district-by-district requirements of Section 5.2(ii).  The City then declared that if the Alliance insisted on district-by-district numbers as required by Section 5.2(ii), the City would only commit to 5,300 encampment resolutions.[3]  The Alliance explained—as it had for the entire prior year—that the district-specific numbers were required under the settlement agreement and were necessary for accountability.  No agreement was reached at this meeting.

18.    Two days later, on January 6, 2024, the City (David Michaelson) emailed counsel for the Alliance stating, for the first time "The City . . . will update the encampment reduction goal to 9,800 . . . and provide district by district milestones."  The City then provided, for the first time—and 14 months after it was required to— proposed milestones and deadlines for each district throughout the City.  Attached hereto as **Exhibit H** is a true and correct copy of the district-by-district milestone schedule submitted by Mr. Michaelson on January 6, 2024.

19.    The Alliance began assessing these new district-by-district numbers, and learned that they were not the product of any consultation with the City Council members who represent those districts.  These were not real district-by-district numbers that reflected the needs and agreement of each district representative in the City.  This was the sixth violation of Section 5.2(ii).

---

[3] The 5300 number came from an original proposal from the Alliance prior to the December 14 hearing, which was the result of a mistaken view of the relevant encampment numbers.  Recognizing the mistake, the Alliance immediately withdrew that number and informed the City of withdrawal, which culminated in the agreement to 9,782.

*DECLARATION OF ELIZABETH A. MITCHELL ISO MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE AND FOR SANCTIONS*

In response to the City's continued failure to provide vetted and agreed-to district-by-district encampment reduction numbers,[4] the Alliance sent a written demand seeking: (i) a return to the 12,000 resolution commitment or 9,800 within a 4-year period (ending in June, 2026) rather than 5, (ii) quarterly reporting, (iii) specific plans for egregiously ignored areas of Skid Row and Avenue 45, and (iv) monetary sanctions as a consequence for the City's willful noncompliance with the Settlement Agreement and to deter future similar violations. (Exhibit C.)  The City responded by offering 9,800 resolutions within 4 years (by June, 2026), and quarterly reporting, but refusing to provide specific plans for designated encampments and refusing to pay any sanctions amount.  Attached hereto as **Exhibit I** is a true and correct copy of the letter sent by Scott Marcus agreement to 9,800 resolutions within 4 years.

20.     I am informed that on January 31, 2024, the City Council considered and approved the 9,800 resolutions by June, 2026.  On February 1, 2024 I was finally provided the district-specific milestones and deadlines, attached hereto as **Exhibit J.**

21.     I am aware of the City's claim that it moved 21,000 + unsheltered individuals into temporary shelter in 2023.  These are not real numbers but instead constitute "touches" meaning every time a person is moved into interim shelter from the street, from one shelter to another shelter, or leaves a shelter and returns to the same or different shelter, those are all counted as LAHSA statistics.  Therefore when LAHSA reported to the City that 21,000+ people had been moved into interim shelter,

---

[4] Specifically:
(i)     refusing to provide any numbers at all,
(ii)     promising a significant evaluation effort with meaningful numbers with apparently no intention to ever fulfill that promise and no communication during that period about any changed plans,
(iii)     *still* refusing to provide any numbers or commitment at all,
(iv)     providing only minimal efforts and apparently misleading the news media about successes,
(v)     committing to numbers the morning of the hearing and again in writing to the court, then withdrawing and changing the terms of the commitment and thereby negotiating with human lives, and
(vi)     re-committing to 9,800 (slightly up from 9,782 that had been agreed-to on December 14, 2023 but still lower than the number previously committed to on December 29, 2023.)

7

*DECLARATION OF ELIZABETH A. MITCHELL ISO MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE AND FOR SANCTIONS*

that is not an accurate statement because many, many people are being double- or triple-counted.  At the January 4, 2024 meeting with the City, Lourdes Castro Ramirez acknowledged this same problem and agreed that the City needed better data to avoid double- and triple-counting in the future.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 7, 2024 at Los Angeles, California.

/s/ Elizabeth A. Mitchell
Elizabeth A. Mitchell

8

*DECLARATION OF ELIZABETH A. MITCHELL ISO MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE AND FOR SANCTIONS*

# Exhibit A

Case 2:20-cv-02291-DOC-KES    Document 668-1    Filed 02/07/24    Page 11 of 85    Page ID #:19972

## City Shelter Appropriate Tracker - 2022 Point in Time Count

As of 10/4/2022

| Council District | 2022 Homeless Point in Time Count Data | | | # of Unsheltered PEH Minus SMI | 60% of Unsheltered PEH Minus SMI |
|---|---|---|---|---|---|
| | # of Unsheltered PEH | # of Seriously Mentally Ill (SMI) | Percent SMI | | |
| 1 | 2,570 | 731 | 28.44% | 1,839 | 1,103 |
| 2 | 1,128 | 404 | 35.82% | 724 | 434 |
| 3 | 970 | 169 | 17.42% | 801 | 481 |
| 4 | 887 | 221 | 24.92% | 666 | 400 |
| 5 | 787 | 264 | 33.55% | 523 | 314 |
| 6 | 1,590 | 373 | 23.46% | 1,217 | 730 |
| 7 | 1,484 | 183 | 12.33% | 1,301 | 781 |
| 8 | 1,334 | 377 | 28.26% | 957 | 574 |
| 9 | 2,943 | 437 | 14.85% | 2,506 | 1,504 |
| 10 | 1,348 | 361 | 26.78% | 987 | 592 |
| 11 | 1,704 | 481 | 28.23% | 1,223 | 734 |
| 12 | 964 | 260 | 26.97% | 704 | 422 |
| 13 | 2,310 | 600 | 25.97% | 1,710 | 1,026 |
| 14 | 6,523 | 1,726 | 26.46% | 4,797 | 2,878 |
| 15 | 1,916 | 364 | 19.00% | 1,552 | 931 |
| Total | 28,458 | 6,951 | 24.43% | 21,507 | 12,904 |

Exhibit A
Page 9

# Exhibit B

Alliance - Potential Project List

As of 11/9/2022

| CD | Intervention Type | Project Type | Address / Location | Ready for Occupancy Date | STATUS | Total Units | PSH/Interim Units |
|---|---|---|---|---|---|---|---|
| 6 | PSH | Homekey 1 | Panorama Inn 8209 Sepulveda Blvd. | 09/30/2025 | - | 90 | 90 |
| 15 | PSH | Homekey 1 | Travelodge 18600 Normandie Ave. | 06/30/2024 | - | 40 | 40 |
| 6 | IH | Homekey 1 | Woodman 9120 Woodman Ave. | 10/01/2023 | - | 148 | 148 |
| 7 | PSH | Homekey 2 | 10150 Hillhaven | 12/20/2022 | - | 34 | 33 |
| 14 | PSH | Homekey 2 | 1044 Soto | 03/12/2023 | - | 85 | 84 |
| 6 | PSH | Homekey 2 | 14949 Roscoe | 01/15/2023 | - | 29 | 28 |
| 8 | PSH | Homekey 2 | 1654 W Florence | 05/01/2023 | - | 128 | 126 |
| 15 | PSH | Homekey 2 | 18602 Vermont | 06/01/2023 | - | 136 | 134 |
| 12 | PSH | Homekey 2 | 19325 Londelius | 06/01/2023 | - | 117 | 115 |
| 3 | PSH | Homekey 2 | 20205 Ventura | 06/01/2023 | - | 146 | 144 |
| 3 | PSH | Homekey 2 | 21121 Vanowen | 05/01/2023 | - | 101 | 99 |
| 13 | PSH | Homekey 2 | 2812 Temple/ 916 Alvarado | 06/01/2023 | - | 69 | 67 |
| 15 | PSH | Homekey 2 | 5050 Pico | 11/30/2022 | - | 79 | 78 |
| 8 | PSH | Homekey 2 | 6521 Brynhurst | 11/14/2022 | - | 41 | 40 |
| 11 | PSH | Homekey 2 | 6531 S Sepulveda | 06/01/2023 | - | 133 | 131 |
| 1 | PSH | Homekey 2 | 740 Alvarado | 11/15/2022 | - | 80 | 79 |
| 6 | PSH | Homekey 2 | 7639 Van Nuys | 04/01/2023 | - | 35 | 34 |
| 4 | PSH | Homekey 2 | BLVD Hotel 2010 N. Highland | 07/01/2023 | - | 62 | 61 |
| TBD | PSH | Homekey 3 Sites | TBD | 06/01/2024 | - | 300 | 300 |
| 4 | IH | Interim Housing | Highland Gardens | 11/08/2022 | - | 143 | 143 |
| 14 | IH | Interim Housing (Pallet) | 850 Mission St. & Jesse | 02/01/2023 | - | 74 (114) | 74 |
| 6 | IH | Interim Housing (Pallet) | 9710 San Fernando Rd. | 12/01/2022 | - | 83 (161) | 83 |
| 1 | IH | Interim Housing (Pallet) | Northeast New Beginnings Community (Cypress Park) 499 San Fernando | 03/15/2023 | - | 65 (130) | 65 |
| 1 | PSH | Non-Prop HHH | 619 Westlake (fka Westlake 619) 619 S WESTLAKE AVE Los Angeles, CA 90057 | 05/15/2023 | - | 78 | 39 |
| 13 | PSH | Non-Prop HHH | Alvarado Kent Apartments 707 N ALVARADO ST CA 90026 | 09/01/2024 | - | 80 | 40 |
| 6 | PSH | Non-Prop HHH | Corazon del Valle 14545 W LANARK ST CA 91402 | 10/23/2023 | - | 90 | 49 |
| 14 | PSH | Non-Prop HHH | Crocker (Umeya) Apartments 411 S TOWNE AVE CA 90013 | 10/01/2025 | - | 173 | 87 |

Page 1

**Exhibit B**
**Page 10**

# Alliance - Potential Project List

As of 11/9/2022

| CD | Intervention Type | Project Type | Address / Location | Ready for Occupancy Date | STATUS | Total Units | PSH/Interim Units |
|---|---|---|---|---|---|---|---|
| 14 | PSH | Non-Prop HHH | First Street North- B (Go For Broke- S 9p) 128 N JUDGE JOHN AISO ST CA 90012 | 01/01/2025 | - | 65 | 16 |
| 14 | PSH | Non-Prop HHH | First Street North-A (Go For Broke Apt N-4p) 200 N JUDGE JOHN AISO ST CA 90012 | 12/01/2024 | - | 176 | 44 |
| 15 | PSH | Non-Prop HHH | Jordan Downs Area H2B (Bridge) 2254 E 97TH ST CA 90002 | 01/01/2026 | - | 119 | 30 |
| 9 | PSH | Non-Prop HHH | La Prensa Libre - 4% 210 E WASHINGTON BLVD  Los Angeles, CA 90015 | 03/20/2023 | - | 63 | 25 |
| 14 | PSH | Non-Prop HHH | LAMP Lodge 660 S STANFORD AVE  Los Angeles, CA 90021 | 11/16/2022 | - | 82 | 81 |
| 13 | PSH | Non-Prop HHH | Locke Lofts 316 N JUANITA AVE CA 90004 | 01/01/2026 | - | 150 | 145 |
| 6 | PSH | Non-Prop HHH | Luna Vista Apartments 8767 N PARTHENIA PL 1-73 CA 91343 | 03/31/2024 | - | 73 | 36 |
| 1 | PSH | Non-Prop HHH | Miramar Gold 1434 W MIRAMAR ST CA 90026 | 10/01/2024 | - | 94 | 47 |
| 13 | PSH | Non-Prop HHH | Orange and DeLongpre Apartments 6914 W DE LONGPRE AVE  HOLLYWOOD, CA 90028 | 12/01/2023 | - | 98 | 96 |
| 3 | PSH | Non-Prop HHH | Palm Vista Apartments 20116 W SHERMAN WAY  Winnetka, CA 91306 | 07/01/2023 | - | 91 | 44 |
| 9 | PSH | Non-Prop HHH | Parkview Affordable Housing 4020 S COMPTON AVE CA 90011 | 02/01/2024 | - | 127 | 31 |
| 10 | PSH | Non-Prop HHH | PATH Villas Montclair/Gramercy(Recap-Site 2 of 2) 3317 W WASHINGTON BLVD  Los Angeles, CA 90018 | 10/22/2022 | - | 17 | 16 |
| 11 | PSH | Non-Prop HHH | Red Tail Crossing (FKA Kite Crossing) 8333 S AIRPORT BLVD CA 90045 | 11/01/2024 | - | 40 | 102 |
| 10 | PSH | Non-Prop HHH | The Arlington 3322 W WASHINGTON BLVD CA 90018 | 03/06/2024 | - | 20 | 20 |
| 1 | PSH | Non-Prop HHH | Third Thyme 1435 W 3RD ST CA 90017 | 03/01/2025 | - | 104 | 52 |
| 11 | PSH | Non-Prop HHH | Venice Dell (fka Reese Davidson Comm-Ph I-West) 2102 S PACIFIC AVE CA 90291 | 10/31/2024 | - | 63 | 31 |
| 8 | PSH | Non-Prop HHH | Vermont Manchester Family Transit Priority Project 8500 S VERMONT AVE CA 90044 | 05/01/2025 | - | 118 | 45 |
| 6 | PSH | Non-Prop HHH | Vista Terrace 8134 N VAN NUYS BLVD CA 91402 | 01/01/2026 | - | 102 | 24 |

**Exhibit B**
**Page 11**

Alliance - Potential Project List

As of 11/9/2022

| CD | Intervention Type | Project Type | Address / Location | Ready for Occupancy Date | STATUS | Total Units | PSH/Interim Units |
|----|-------------------|--------------|--------------------|--------------------------|--------|-------------|-------------------|
| 1 | PSH | Non-Prop HHH | West Third Apartments<br>1900 W 3RD ST  Los Angeles, CA 90057 | 12/01/2022 | - | 137 | 136 |
| 5 | PSH | Prop HHH | 11010 Santa Monica<br>11010 W SANTA MONICA BLVD  Los Angeles, CA 90025 | 11/30/2022 | - | 51 | 50 |
| 2 | PSH | Prop HHH | 11604 Vanowen (fka The Mahalia)<br>11604 VANOWEN ST  LOS ANGELES, CA 91605 | 10/25/2022 | - | 49 | 48 |
| 3 | PSH | Prop HHH | 18722 Sherman Way, L.P.<br>18722 W SHERMAN WAY CA 91335 | 08/31/2025 | - | 64 | 63 |
| 12 | PSH | Prop HHH | 21300 Devonshire<br>21300 W DEVONSHIRE ST CA 91311 | 08/31/2025 | - | 100 | 99 |
| 9 | PSH | Prop HHH | 4507 Main St.<br>4505 S MAIN ST  Los Angeles, CA 90037 | 04/29/2024 | - | 61 | 31 |
| 14 | PSH | Prop HHH | 6th and San Julian<br>401 E 6TH ST  Los Angeles, CA 90014 | 02/28/2023 | - | 94 | 93 |
| 14 | PSH | Prop HHH | 803 E. 5th St<br>803 E 5TH ST  Los Angeles, CA 90013 | 10/30/2023 | - | 95 | 94 |
| 10 | PSH | Prop HHH | Adams Terrace<br>4314 W ADAMS BLVD  Los Angeles, CA 90018 | 11/03/2022 | - | 48 | 21 |
| 10 | PSH | Prop HHH | Amani Apartments (fka Pico)<br>4200 W PICO BLVD  Los Angeles, CA 90019 | 11/29/2022 | - | 54 | 53 |
| 13 | PSH | Prop HHH | Ambrose (fka 1615 Montana St.)<br>1611 W MONTANA ST  Los Angeles, CA 90026 | 01/15/2023 | - | 64 | 63 |
| 8 | PSH | Prop HHH | Ambrosia Apartments<br>800 W 85TH ST  Los Angeles, CA 90044 | 12/31/2024 | - | 90 | 80 |
| 8 | PSH | Prop HHH | Asante Apartments<br>11001 S BROADWAY  Los Angeles, CA 90061 | 06/30/2023 | - | 55 | 54 |
| 15 | PSH | Prop HHH | Avalon 1355<br>1355 N AVALON BLVD CA 90744 | 02/09/2024 | - | 54 | 53 |
| 15 | PSH | Prop HHH | Beacon Landing (fka Beacon PSH)<br>319 N BEACON ST  SAN PEDRO, CA 90731 | 06/30/2023 | - | 89 | 88 |
| 10 | PSH | Prop HHH | Berendo Sage<br>1035 S BERENDO ST  LOS ANGELES, CA 90006 | 11/08/2022 | - | 42 | 21 |
| 9 | PSH | Prop HHH | Broadway Apartments<br>301 W 49TH ST 1-30  LOS ANGELES, CA 90037 | 12/01/2022 | - | 35 | 34 |
| 1 | PSH | Prop HHH | Bryson II<br>2721 WILSHIRE BLVD  LOS ANGELES, CA 90057 | 04/03/2023 | - | 64 | 33 |

Page 3

**Exhibit B**
**Page 12**

Alliance - Potential Project List

As of 11/9/2022

| CD | Intervention Type | Project Type | Address / Location | Ready for Occupancy Date | STATUS | Total Units | PSH/Interim Units |
|----|----|----|----|----|----|----|----|
| 11 | PSH | Prop HHH | Building 205<br>11301 WILSHIRE BLVD  Los Angeles, CA 90073 | 12/01/2022 | - | 68 | 67 |
| 11 | PSH | Prop HHH | Building 208<br>11301 WILSHIRE BLVD #208  LOS ANGELES, CA 90073 | 01/07/2023 | - | 54 | 53 |
| 9 | PSH | Prop HHH | Central Apartments<br>2106 S CENTRAL AVE  Los Angeles, CA 90011 | 07/26/2024 | - | 57 | 56 |
| 14 | PSH | Prop HHH | Chavez Gardens (fka Chavez and Fickett)<br>338 N MATHEWS ST  Los Angeles, CA 90033 | 12/31/2025 | - | 60 | 30 |
| 14 | PSH | Prop HHH | Colorado East<br>2451 W COLORADO BLVD  Los Angeles, CA 90041 | 12/31/2022 | - | 41 | 20 |
| 2 | PSH | Prop HHH | Confianza<br>14142 W VANOWEN ST  VAN NUYS, CA 91405 | 10/31/2024 | - | 64 | 63 |
| 8 | PSH | Prop HHH | Depot at Hyde Park<br>6527 S CRENSHAW BLVD  Los Angeles, CA 90043 | 12/31/2022 | - | 43 | 33 |
| 1 | PSH | Prop HHH | Firmin Court<br>418 N FIRMIN ST  Los Angeles, CA 90026 | 11/30/2022 | - | 64 | 45 |
| 1 | PSH | Prop HHH | Grandview Apartments<br>714 S GRAND VIEW ST  Los Angeles, CA 90057 | 05/19/2025 | - | 100 | 54 |
| 14 | PSH | Prop HHH | Hope on 6th<br>576 W 6TH ST  SAN PEDRO, CA 90731 | 12/31/2025 | - | 49 | 31 |
| 9 | PSH | Prop HHH | Hope on Broadway<br>5138 S BROADWAY  Los Angeles, CA 90037 | 10/25/2022 | - | 49 | 48 |
| 8 | PSH | Prop HHH | Hope on Hyde Park - MP/TOC/PSH<br>6501 S CRENSHAW BLVD  Los Angeles, CA 90043 | 01/30/2023 | - | 98 | 97 |
| 1 | PSH | Prop HHH | Ingraham Villa Apartments<br>1218 INGRAHAM ST  LOS ANGELES, CA 90017 | 12/15/2022 | - | 121 | 90 |
| 8 | PSH | Prop HHH | Isla de Los Angeles<br>283 W IMPERIAL HWY  Los Angeles, CA 90061 | 12/14/2022 | - | 54 | 53 |
| 14 | PSH | Prop HHH | La Guadalupe (fka First and Boyle)<br>100 S BOYLE AVE  Los Angeles, CA 90033 | 08/30/2024 | - | 44 | 43 |
| 14 | PSH | Prop HHH | La Veranda<br>2420 E CESAR E CHAVEZ AVE  Los Angeles, CA 90033 | 08/01/2023 | - | 77 | 38 |
| 15 | PSH | Prop HHH | Lagoon (fka PSH 3)<br>728 N LAGOON AVE  Wilmington, CA 90744 | 10/15/2025 | - | 35 | 34 |
| 14 | PSH | Prop HHH | Lorena Plaza<br>3401 E 1ST ST  Los Angeles, CA 90063 | 12/15/2023 | - | 49 | 32 |

Page 4

**Exhibit B**
**Page 13**

Alliance - Potential Project List

As of 11/9/2022

| CD | Intervention Type | Project Type | Address / Location | Ready for Occupancy Date | STATUS | Total Units | PSH/Interim Units |
|---|---|---|---|---|---|---|---|
| 14 | PSH | Prop HHH | Los Lirios Apartments<br>119 S SOTO ST Los Angeles, CA 90033 | 09/01/2023 | - | 64 | 20 |
| 12 | PSH | Prop HHH | Lumina (fka Topanga Apartments)<br>10243 N TOPANGA CANYON BLVD Chatsworth, CA 91311 | 12/31/2023 | - | 55 | 54 |
| 9 | PSH | Prop HHH | Main Street Apartments<br>5501 S MAIN ST Los Angeles, CA 90037 | 09/01/2023 | - | 57 | 56 |
| 9 | PSH | Prop HHH | Marcella Gardens (68th & Main St.)<br>6722 S MAIN ST Los Angeles, CA 90003 | 12/31/2022 | - | 60 | 59 |
| 10 | PSH | Prop HHH | Mariposa Lily<br>1055 S MARIPOSA AVE Los Angeles, CA 90006 | 03/03/2023 | - | 41 | 20 |
| 10 | PSH | Prop HHH | McDaniel House (fka South Harvard)<br>1049 1/2 S HARVARD BLVD Los Angeles, CA 90006 | 09/01/2023 | - | 47 | 46 |
| 13 | PSH | Prop HHH | Montecito II Senior Housing<br>6668 W FRANKLIN AVE HOLLYWOOD, CA 90028 | 11/30/2024 | - | 64 | 32 |
| 13 | PSH | Prop HHH | Montesquieu Manor<br>316 N JUANITA AVE CA 90004 | 09/01/2023 | - | 53 | 20 |
| 6 | PSH | Prop HHH | My Angel (fka The Angel)<br>8547 N SEPULVEDA BLVD North Hills, CA 91343 | 03/07/2024 | - | 54 | 53 |
| 10 | PSH | Prop HHH | New Hampshire PSH<br>701 S NEW HAMPSHIRE AVE Los Angeles, CA 90005 | 08/25/2025 | - | 95 | 93 |
| 2 | PSH | Prop HHH | NoHo 5050<br>5050 N BAKMAN AVE North Hollywood, CA 91601 | 02/01/2024 | - | 40 | 32 |
| 8 | PSH | Prop HHH | Normandie 84<br>8401 S NORMANDIE AVE Los Angeles, CA 90044 | 12/31/2025 | - | 42 | 34 |
| 1 | PSH | Prop HHH | Oak Apartments (fka 2745-2759 Francis Ave)<br>2745 W FRANCIS AVE Los Angeles, CA 90005 | 04/15/2024 | - | 64 | 63 |
| 6 | PSH | Prop HHH | Oatsie's Place (fka Sherman Way)<br>16015 W SHERMAN WAY VAN NUYS, CA 91406 | 04/01/2023 | - | 46 | 45 |
| 13 | PSH | Prop HHH | PATH Villas Hollywood<br>5627 W FERNWOOD AVE HOLLYWOOD, CA 90028 | 11/10/2022 | - | 60 | 59 |
| 5 | PSH | Prop HHH | Pointe on La Brea<br>849 N LA BREA AVE CA 90038 | 07/07/2023 | - | 50 | 49 |
| 3 | PSH | Prop HHH | Reseda Theater Senior Housing (Canby Woods West)<br>7221 N CANBY AVE Reseda, CA 91335 | 11/30/2022 | - | 26 | 13 |
| 8 | PSH | Prop HHH | RETHINK Housing 62nd (fka 1408 W. 62nd Street)<br>1408 W 62ND ST Los Angeles, CA 90047 | 08/31/2025 | - | 27 | 26 |

Page 5

**Exhibit B**
**Page 14**

Alliance - Potential Project List

As of 11/9/2022

| CD | Intervention Type | Project Type | Address / Location | Ready for Occupancy Date | STATUS | Total Units | PSH/Interim Units |
|---|---|---|---|---|---|---|---|
| 9 | PSH | Prop HHH | RETHINK Housing Figueroa 5900 S FIGUEROA ST Los Angeles, CA 90003 | 08/31/2025 | - | 42 | 41 |
| 13 | PSH | Prop HHH | RETHINK Housing Westlake 405 N WESTLAKE AVE Los Angeles, CA 90026 | 08/31/2025 | - | 19 | 18 |
| 13 | PSH | Prop HHH | Rousseau Residences 316 N JUANITA AVE Los Angeles, CA 90004 | 03/07/2024 | - | 52 | 51 |
| 9 | PSH | Prop HHH | Ruth Teague Homes (fka 67th & Main) 6706 S MAIN ST Los Angeles, CA 90003 | 03/01/2023 | - | 52 | 26 |
| 15 | PSH | Prop HHH | SagePointe (fka Deepwater) 1435 N EUBANK AVE LOS ANGELES, CA 90744 | 01/04/2024 | - | 56 | 55 |
| 13 | PSH | Prop HHH | Santa Monica & Vermont Apartments (Phases 1 & 2) 4718 W SANTA MONICA BLVD Los Angeles, CA 90029 | 02/07/2024 | - | 187 | 94 |
| 10 | PSH | Prop HHH | Serenity (fka 923-937 Kenmore Ave) 923 S KENMORE AVE Los Angeles, CA 90006 | 02/15/2023 | - | 75 | 74 |
| 4 | PSH | Prop HHH | Sherman Oaks Senior Housing 14536 W BURBANK BLVD VAN NUYS, CA 91411 | 05/17/2023 | - | 55 | 54 |
| 7 | PSH | Prop HHH | Silva Crossing (fka Link at Sylmar) 12667 SAN FERNANDO ROAD Sylmar, CA 91342 | 10/11/2022 | - | 56 | 55 |
| 8 | PSH | Prop HHH | SOLA at 87th 8707 S WESTERN AVE Los Angeles, CA 90047 | 12/31/2025 | - | 160 | 51 |
| 10 | PSH | Prop HHH | Solaris Apartments (fka 1141-1145 Crenshaw Blvd) 1141 S CRENSHAW BLVD Los Angeles, CA 90019 | 07/07/2023 | - | 43 | 42 |
| 8 | PSH | Prop HHH | Southside Seniors 1655 W MANCHESTER AVE Los Angeles, CA 90047 | 07/06/2024 | - | 50 | 36 |
| 2 | PSH | Prop HHH | Studio 6 Motel (fka Sherman Way Apts Preservation) 13561 W SHERMAN WAY 1-58 Van Nuys, CA 91405 | 04/15/2026 | - | 56 | 55 |
| 7 | PSH | Prop HHH | Summit View Apartments 11800 W KAGEL CANYON ST Sylmar, CA 91342 | 12/15/2022 | - | 49 | 48 |
| 2 | PSH | Prop HHH | Sun Commons 6329 N CLYBOURN AVE North Hollywood, CA 91606 | 01/19/2023 | - | 103 | 51 |
| 6 | PSH | Prop HHH | Sun King Apartments 9190 N TELFAIR AVE LOS ANGELES, CA 91352 | 05/18/2023 | - | 26 | 25 |
| 6 | PSH | Prop HHH | Talisa (fka 9502 Van Nuys Blvd) 9502 N VAN NUYS BLVD Panorama City, CA 91402 | 01/01/2023 | - | 49 | 48 |
| 11 | PSH | Prop HHH | Thatcher Yard Housing 3233 S THATCHER AVE Marina Del Rey, CA 90292 | 07/31/2024 | - | 98 | 39 |

**Exhibit B
Page 15**

Alliance - Potential Project List

As of 11/9/2022

| CD | Intervention Type | Project Type | Address / Location | Ready for Occupancy Date | STATUS | Total Units | PSH/Interim Units |
|---|---|---|---|---|---|---|---|
| 15 | PSH | Prop HHH | The Banning (aka 841 N Banning) 841 N BANNING BLVD  Wilmington, CA 90744 | 12/20/2023 | - | 64 | 58 |
| 14 | PSH | Prop HHH | The Brine Residential 3016 N NORTH MAIN ST  Los Angeles, CA 90031 | 11/15/2023 | - | 97 | 49 |
| 11 | PSH | Prop HHH | The Iris (fka Barry Apartments) 2444 S BARRY AVE CA 90064 | 03/07/2024 | - | 61 | 34 |
| 11 | PSH | Prop HHH | The Journey (FKA Lincoln Apartments) 2467 S LINCOLN BLVD  Venice, CA 90291 | 03/07/2024 | - | 40 | 39 |
| 1 | PSH | Prop HHH | The Lake House (fka Westlake Housing) 437 S WESTLAKE AVE  Los Angeles, CA 90057 | 09/01/2023 | - | 63 | 62 |
| 6 | PSH | Prop HHH | The Main 15302 W RAYEN ST  North Hills, CA 91343 | 07/15/2026 | - | 64 | 33 |
| 6 | PSH | Prop HHH | The Palm Tree Motel (fka Sepulveda Apts Pres.) 8428 N SEPULVEDA BLVD  North Hills, CA 91343 | 07/15/2026 | - | 76 | 75 |
| 1 | PSH | Prop HHH | The Quincy (fka 2652 Pico) 2652 W PICO BLVD  Los Angeles, CA 90006 | 11/04/2023 | - | 54 | 53 |
| 6 | PSH | Prop HHH | The Rigby 15314 W RAYEN ST  North Hills, CA 91343 | 12/31/2025 | - | 64 | 33 |
| 13 | PSH | Prop HHH | The Wilcox (fka 4906-4926 Santa Monica) 4912 W SANTA MONICA BLVD  Los Angeles, CA 90029 | 11/04/2023 | - | 62 | 61 |
| 11 | PSH | Prop HHH | VA Building 207 11301 WILSHIRE BLVD  #207  Los Angeles, CA 90025 | 01/31/2023 | - | 60 | 59 |
| 10 | PSH | Prop HHH | Vermont Corridor Apartments (fka 433 Vermont Apts) 433 S VERMONT AVE  Los Angeles, CA 90020 | 12/15/2022 | - | 72 | 36 |
| 8 | PSH | Prop HHH | Vermont Manchester Senior 8400 S VERMONT AVE  Los Angeles, CA 90044 | 06/01/2024 | - | 62 | 45 |
| 13 | PSH | Prop HHH | Voltaire Villas (Enlightenment Plaza Ph III) 316 N JUANITA AVE  Los Angeles, CA 90004 | 07/06/2024 | - | 72 | 71 |
| 10 | PSH | Prop HHH | Washington Arts Collective 4615 W WASHINGTON BLVD  Los Angeles, CA 90016 | 11/10/2023 | - | 56 | 20 |
| 15 | PSH | Prop HHH | Watts Works 9500 S COMPTON AVE  Los Angeles, CA 90002 | 11/30/2022 | - | 25 | 24 |
| 14 | PSH | Prop HHH | Weingart Tower 1B - HHH PSH 554 S SAN PEDRO ST  Los Angeles, CA 90013 | 05/15/2024 | - | 104 | 83 |
| 14 | PSH | Prop HHH | Weingart Tower A-134 (fkaWeingart Tower HHH PSH1A) 555 S CROCKER ST CA 90013 | 12/31/2023 | - | 134 | 133 |

Alliance - Potential Project List

As of 11/9/2022

| CD | Intervention Type | Project Type | Address / Location | Ready for Occupancy Date | STATUS | Total Units | PSH/Interim Units |
|---|---|---|---|---|---|---|---|
| 14 | PSH | Prop HHH | Weingart Tower A-144 Lower (fkaWeingart TowerII1A) 555 S CROCKER ST CA 90013 | 12/31/2023 | - | 144 | 142 |
| 15 | PSH | Prop HHH | West Anaheim PSH (fka PSH 5) 828 W ANAHEIM ST Wilmington, CA 90744 | 10/25/2025 | - | 50 | 49 |
| 8 | PSH | Prop HHH | West Terrace (fka Silver Star II) 6576 S WEST BLVD LOS ANGELES, CA 90043 | 12/15/2022 | - | 64 | 56 |
| 15 | PSH | Prop HHH | Western Landing 25820 S WESTERN AVE CA 90710 | 11/04/2024 | - | 81 | 80 |
| 14 | PSH | Prop HHH | Whittier HHH (fka Whittier PSH) 3554 E WHITTIER BLVD Los Angeles, CA 90023 | 10/01/2023 | - | 64 | 63 |
| 3 | Other | Rapid Rehousing/Shared Housing | Scattered Sites - SHARE! | 06/30/2023 | - | 30 | 30 |

Page 8

**Exhibit B**
**Page 17**

**ROADMAP ALLIANCE MILESTONES**

| Roadmap Interventions / Open and Occupiable (1) | Council District | As of: 11/9/2022 | FY 2022-23 Q1 | Q2 | Q3 | Q4 | FY Total | FY 2023-24 Q1 | Q2 | Q3 | Q4 | FY Total | FY 2024-25 Q1 | Q2 | Q3 | Q4 | FY Total | FY 2025-26 Q1 | Q2 | Q3 | Q4 | FY Total | FY 2026-27 Q1 | Q2 | Q3 | Q4 | FY Total | Overall Total | Goal | Current Delta |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,461 | All CDs | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 106 | 1 | - | 0 | 350 | 65 | 72 | 487 | 62 | 53 | 0 | 63 | 178 | 0 | 47 | 52 | 54 | 153 | 0 | 0 | 0 | 142 | 142 | 0 | 0 | 0 | 143 | 143 | 1,103 | 1,103 | -285 |
| | | Interim Housing | 0 | 0 | 65 | 0 | 65 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 65 | |
| | | Permanent Housing | 0 | 350 | 0 | 72 | 422 | 62 | 53 | 0 | 63 | 178 | 0 | 47 | 52 | 54 | 153 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 753 | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 610 | 2 | - | 0 | 48 | 51 | 0 | 99 | 0 | 0 | 32 | 0 | 32 | 0 | 63 | 0 | 0 | 63 | 0 | 0 | 0 | 147 | 147 | 0 | 0 | 0 | 93 | 93 | 434 | 434 | -185 |
| | | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | Permanent Housing | 0 | 48 | 51 | 0 | 99 | 0 | 0 | 32 | 0 | 32 | 0 | 63 | 0 | 0 | 63 | 0 | 0 | 0 | 55 | 55 | 0 | 0 | 0 | 0 | 0 | 0 | 249 | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 274 | 3 | - | 0 | 13 | 0 | 273 | 286 | 44 | 0 | 0 | 0 | 44 | 0 | 0 | 0 | 0 | 0 | 63 | 0 | 0 | 44 | 107 | 0 | 0 | 0 | 44 | 44 | 481 | 481 | -88 |
| | | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | Permanent Housing | 0 | 13 | 0 | 243 | 256 | 44 | 0 | 0 | 0 | 44 | 0 | 0 | 0 | 0 | 0 | 63 | 0 | 0 | 0 | 63 | 0 | 0 | 0 | 0 | 0 | 0 | 363 | |
| | | Other Interventions (2) | 0 | 0 | 0 | 30 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30 | |
| 287 | 4 | - | 0 | 143 | 0 | 54 | 197 | 61 | 0 | 0 | 0 | 61 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 | 21 | 21 | 0 | 0 | 0 | 21 | 21 | 400 | 400 | -142 |
| | | Interim Housing | 0 | 143 | 0 | 0 | 143 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 143 | |
| | | Permanent Housing | 0 | 0 | 0 | 54 | 54 | 61 | 0 | 0 | 0 | 61 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 115 | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 81 | 5 | - | 0 | 50 | 0 | 0 | 50 | 49 | 0 | 0 | 0 | 49 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 107 | 107 | 0 | 0 | 0 | 108 | 108 | 314 | 314 | -215 |
| | | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | Permanent Housing | 0 | 50 | 0 | 0 | 50 | 49 | 0 | 0 | 0 | 49 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 99 | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 609 | 6 | - | 0 | 83 | 76 | 104 | 263 | 0 | 197 | 89 | 0 | 286 | 0 | 0 | 0 | 0 | 0 | 90 | 33 | 24 | 0 | 147 | 108 | 0 | 0 | 0 | 108 | 804 | 730 | 74 |
| | | Interim Housing | 0 | 83 | 0 | 0 | 83 | 0 | 148 | 0 | 0 | 148 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 231 | |
| | | Permanent Housing | 0 | 0 | 76 | 104 | 180 | 0 | 49 | 89 | 0 | 138 | 0 | 0 | 0 | 0 | 0 | 90 | 33 | 24 | 0 | 147 | 108 | 0 | 0 | 0 | 108 | 0 | 573 | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 86 | 7 | - | 0 | 136 | 0 | 0 | 136 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 322 | 322 | 0 | 0 | 0 | 323 | 323 | 781 | 781 | -645 |
| | | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | Permanent Housing | 0 | 136 | 0 | 0 | 136 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 136 | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 82 | 8 | - | 0 | 182 | 97 | 180 | 459 | 0 | 0 | 0 | 45 | 45 | 36 | 80 | 0 | 45 | 161 | 26 | 85 | 0 | 0 | 111 | 0 | 0 | 0 | 0 | 0 | 776 | 574 | 202 |
| | | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | Permanent Housing | 0 | 182 | 97 | 180 | 459 | 0 | 0 | 0 | 45 | 45 | 36 | 80 | 0 | 45 | 161 | 26 | 85 | 0 | 0 | 111 | 0 | 0 | 0 | 0 | 0 | 0 | 776 | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 420 | 9 | - | 0 | 141 | 51 | 0 | 192 | 56 | 0 | 31 | 31 | 118 | 56 | 0 | 0 | 100 | 156 | 41 | 0 | 0 | 498 | 539 | 0 | 0 | 0 | 499 | 499 | 1,504 | 1,504 | -1,097 |
| | | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | Permanent Housing | 0 | 141 | 51 | 0 | 192 | 56 | 0 | 31 | 31 | 118 | 56 | 0 | 0 | 0 | 56 | 41 | 0 | 0 | 0 | 41 | 0 | 0 | 0 | 0 | 0 | 0 | 407 | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 160 | 10 | - | 0 | 147 | 94 | 0 | 241 | 88 | 20 | 20 | 0 | 128 | 0 | 0 | 0 | 0 | 0 | 93 | 0 | 0 | 65 | 158 | 0 | 0 | 0 | 65 | 65 | 592 | 592 | -130 |
| | | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | Permanent Housing | 0 | 147 | 94 | 0 | 241 | 88 | 20 | 20 | 0 | 128 | 0 | 0 | 0 | 0 | 0 | 93 | 0 | 0 | 0 | 93 | 0 | 0 | 0 | 0 | 0 | 0 | 462 | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 136 | 11 | - | 0 | 67 | 112 | 131 | 310 | 0 | 0 | 73 | 0 | 73 | 39 | 133 | 0 | 0 | 172 | 0 | 0 | 0 | 89 | 89 | 0 | 0 | 0 | 90 | 90 | 734 | 734 | -179 |
| | | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | Permanent Housing | 0 | 67 | 112 | 131 | 310 | 0 | 0 | 73 | 0 | 73 | 39 | 133 | 0 | 0 | 172 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 555 | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 202 | 12 | - | 0 | 0 | 0 | 115 | 115 | 0 | 54 | 0 | 0 | 54 | 0 | 0 | 0 | 100 | 100 | 99 | 0 | 0 | 27 | 126 | 0 | 0 | 0 | 27 | 27 | 422 | 422 | -154 |
| | | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | Permanent Housing | 0 | 0 | 0 | 115 | 115 | 0 | 54 | 0 | 0 | 54 | 0 | 0 | 0 | 0 | 0 | 99 | 0 | 0 | 0 | 99 | 0 | 0 | 0 | 0 | 0 | 0 | 268 | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 355 | 13 | - | 0 | 59 | 63 | 67 | 189 | 20 | 157 | 145 | 0 | 322 | 111 | 32 | 0 | 0 | 143 | 18 | 0 | 145 | 104 | 267 | 0 | 0 | 0 | 105 | 105 | 1,026 | 1,026 | -209 |
| | | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | Permanent Housing | 0 | 59 | 63 | 67 | 189 | 20 | 157 | 145 | 0 | 322 | 111 | 32 | 0 | 0 | 143 | 18 | 0 | 145 | 0 | 163 | 0 | 0 | 0 | 0 | 0 | 0 | 817 | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 1,360 | 14 | - | 0 | 101 | 251 | 0 | 352 | 58 | 513 | 0 | 83 | 654 | 43 | 44 | 16 | 0 | 103 | 0 | 148 | 0 | 810 | 958 | 0 | 0 | 0 | 811 | 811 | 2,878 | 2,878 | -1,621 |
| | | Interim Housing | 0 | 0 | 74 | 0 | 74 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 74 | |
| | | Permanent Housing | 0 | 101 | 177 | 0 | 278 | 58 | 513 | 0 | 83 | 654 | 43 | 44 | 16 | 0 | 103 | 0 | 148 | 0 | 0 | 148 | 0 | 0 | 0 | 0 | 0 | 0 | 1183 | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 277 | 15 | - | 0 | 102 | 0 | 222 | 324 | 0 | 58 | 108 | 40 | 206 | 0 | 80 | 0 | 0 | 80 | 0 | 83 | 30 | 104 | 217 | 0 | 0 | 0 | 104 | 104 | 931 | 931 | -208 |
| | | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | Permanent Housing | 0 | 102 | 0 | 222 | 324 | 0 | 58 | 108 | 40 | 206 | 0 | 80 | 0 | 0 | 80 | 0 | 83 | 30 | 0 | 113 | 0 | 0 | 0 | 0 | 0 | 0 | 723 | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 6,506 | Totals | | 0 | 1,622 | 860 | 1,218 | 3,700 | 438 | 1,052 | 498 | 262 | 2,250 | 285 | 479 | 68 | 399 | 1,231 | 430 | 349 | 199 | 2,480 | 3,458 | 108 | 0 | 0 | 2,433 | 2,541 | 13,180 | 12,904 | -5,158 |

(1) Number reported under "All CDs" represents the point-in-time number of Rapid Rehousing/Shared Housing slots in use as of 9/30/2022 out of 2,000 slots funded by the City under the Roadmap agreement
(2) Other Interventions may include rental assistance/rapid rehousing; family reunification; safe parking; safe sleeping/camping

# Exhibit C



767 S. Alameda St.
Suite 270
Los Angeles, CA 90021

p (213) 394-7979
f (213) 529-1027
umklaw.com

January 8, 2024

**VIA EMAIL**

David Michaelson
david.michaelson@lacity.org
Scott Marcus
scott.marcus@lacity.org
200 N. Spring Street
Los Angeles, CA 90012

**VIA EMAIL**

Re:     Alliance Milestones and Encampment Reduction

Dear David and Scott:

This letter responds to your emails sent January 6, 2024 and January 7, 2024 wherein the City is offering to agree to an Encampment Reduction Milestones and Deadlines plan to reduce encampments by 9,800 by June, 2027.  We appreciate the City's movement and commitment to help both individuals suffering on the street and the community impacted by this crisis.

However, my clients are beyond frustrated with the City's delay and broken promises on this issue.  Below is a recitation of relevant dates and communications to illustrate the basis of their frustration:

- **May 19, 2022**: The settlement with the Alliance was finalized.  Section 5.2 (ii) and (iv) of the agreement requires "plans and . . . milestones and deadlines" for "The City's plan for encampment engagement, cleaning, and reduction in each Council District" as well as "in the [entire] City."
- **September 8, 2022**: LAHSA released 2022 PIT count, three months later than expected.
- **November 11, 2022**: The City sent its updated housing and shelter plan pursuant to 5.2(i) and (iii), but no encampment reduction milestones or deadlines pursuant to (ii) and (iv).  As a courtesy, due to the turnover in administration and councilmember seats, the Alliance agreed to wait until after the January 17, 2023 status conference set by the court to raise this issue.
- **January 30, 2023**: I sent an email to the City Attorney's office again raising the issue of failure to provide milestones and deadlines for encampment engagement, cleaning, and reduction, and the City's declination to satisfy this requirement.  Thereafter we began meeting-and-conferring on this issue prior to the Alliance raising the issue with the judge.
- **March 28, 2023**:  I sent an email to Scott Marcus, David Michaelson, and Mercedes Marquez summarizing our meeting earlier that month, at which not only Scott, David, and Mercedes attended, but also one or more individuals from the CAO's office:

**Exhibit C
Page 19**

January 8, 2024
Page **2** of **4**

> In our last meeting we talked about the RFQ that the City has put out for a list of qualified service/outreach providers, and that the City expects to be fully staffed with the District's chosen providers by July 1 (please correct me if I got the verbiage wrong). We also discussed that the City could commit to having each district fully assessed and get us a list of proposed milestones and deadlines within 3 months thereafter (October 1).

- **May 8, 2023**: After a series of non-responses and delays by the City, the Alliance finally received affirmation from the City that by October 1, 2023, each council district would be fully assessed and deadlines and milestones would be submitted for each district.
- **October 3, 2023**: We received the City's "Encampment Engagement, Cleaning, and Resolution" proposal (Exhibit 1) which contained <u>zero</u> proposed deadlines and milestones—not even citywide, much less per district.
- **October 3, 2023-November 21, 2023**: We again began a process of meeting-and-conferring to resolve this issue prior to bringing it to the court's attention. We could not reach agreement.
- **November 29, 2023**: The City submitted its revised "Encampment Engagement, Cleaning, and Resolution Plans and Milestones" (Exhibit 2) to the court, committing to resolving "at least two tent and makeshift shelter encampments and at least three RV encampments involving at least 100 individuals" and thereafter increase to "at least three tent and makeshift shelter encampments and four RV encampments involving at least 150 individuals."
- **December 13, 2023** (Day before hearing set before Judge Carter): City contacted the Alliance and agreed to "the 5,300 number you proposed."
- **December 14, 2023**: I sent the City (including Scott Marcus, David Maelson, and Lourdes Castro Ramirez) notifying it that the 5,327 number previously used was a typographical error, and the number intended was 9,789. Scott Marcus responded, correcting my math to 9,782, and then stated "[a]ssuming we can agree on graduated numbers, we can make that work." There was no mention of this number being a citywide number and ignoring district-by-district milestones and deadlines.
- **December 14, 2023**: We appeared in court for a dispute resolution conference for this issue. Present for the Alliance was myself, Matthew Umhofer, and Paul Webster. Present for the City was, among others, Scott Marcus, David Michaelson, Lourdes Castro Ramirez, and Matthew Szabo. We met separately with Judge David Carter, and both notified him that we reached an agreement on 9,782. He asked us to submit the updated deadlines and milestones by December 29, 2023.
- **December 19, 2023:** We were asked by the City (Scott Marcus and David Michaelson) for a 3-week extension and agreed on the condition that it would include district-by-district milestones and that there would be a penalty to the City ($250,000/week) for any further delay beyond January 19.

**Exhibit C**
**Page 20**

January 8, 2024
Page **3** of **4**

- **December 26, 2023:** City (David Michaelson) indicated it did not need the continuance and "will send the revised milestones before the end of the month."  The Alliance took this to mean that district milestones would still be forthcoming.
- **December 29, 2023:** City sent its third revised "Encampment Reduction Milestones" to the court, and to the Alliance (Exhibit 3).  Therein the City committed to reducing "a minimum of 12,000 tents, makeshift shelters, cars, vans, and RVs over the term of the settlement agreement."  There were no district milestones or deadlines included, but instead described the mayor's new "citywide approach" and "request[ed] that the LA Alliance give the City's current administration the opportunity to focus on the citywide approach and, therefore, not insist that the City project district by district milestones."  The 12,000 commitment was not contingent on abiding by the mayor's citywide approach.
- **January 4, 2023:** The Alliance (represented by Matthew Umhofer, Paul Webster, and myself) met with the City (specifically, among others, Mayor Bass, Lourdes Castro Ramirez, Matthew Szabo, David Michaelson, and Scott Marcus).  The City presented its citywide plan and urged the Alliance to accept the citywide approach rather than insisting on district-by-district milestones as contained in the agreement.  Importantly, the City denied any agreement to 12,000, or even 9,782, encampment reductions.  The City contended both of those numbers were only ever contingent on the Alliance accepting the mayor's new citywide approach despite that term never having been communicated previously.  The City then informed the Alliance that it only agreed to 5,300 (a number which the Alliance never agreed to) if it insisted on district-by-district, but that the City would agree to 12,000 if the Alliance would accept its citywide approach.  While the meeting was overall pleasant, this became a significant concern for the Alliance.
- **January 6, 2023**: The City (David Michaelson) sent an email to the Alliance (me) indicating that it would agree to 9,800 and provide district milestones and deadlines; the City sent a second email January 7, 2023 with a document presumed to be agreed-to by both parties and submitted to the Court.

Given the consistent delay, unfulfilled agreements, and total denial of other agreements, my client has no faith in the ability or willingness of the City of Los Angeles to comply with the proposed milestones and deadlines moving forward.  The Alliance has been more than amenable and forgiving over the last 16 months:
- Not demanding immediate milestones and plans after the 2022 PIT count was released.
- Agreeing to delay raising the lack of encampment reduction milestones and deadlines until after the January, 2023 status conference.
- Accommodating City schedules and following up on unreturned communications, resulting in weeks-to-months of delay at every step.
- Providing a seven-month continuance to allow the City to engage in what the City promised to be a full evaluation of each district with district-by-district milestones and deadlines to follow.  During that time window, apparently none of this evaluation was done but at no point was the Alliance contacted about this.

**Exhibit C**
**Page 21**

January 8, 2024
Page **4** of **4**

- Waiting for three months to bring this to the Court for final resolution.

Unfortunately, it has become clear by a recitation of the last 14 months that the City continues to disregard its obligations in this case, and without consequences will continue to do so.
Therefore, the Alliance will agree to refrain from seeking court intervention and accompanying sanctions on the following terms:

- A reduction of 12,000 encampments (i.e. tents, makeshift shelters, cars, and RVs) by the end of this agreement, June 30, 2027[1] or a reduction of 9,800 encampments (i.e. tents, makeshift shelters, cars, and RVs) by June 30, 2026.
- Reporting of district metrics and progress in meeting the milestones and deadlines every six month with additional informal quarterly progress reports to Alliance staff.
- A specific encampment reduction plan for the 50-block radius of downtown known as "Skid Row" and the smaller but violent encampments in Highly Park along North Carlota Blvd and the 110 freeway near Avenue 45 and Sycamore Grove Park.
- A $1,000,000 payment to the Alliance as consequence for aforementioned bad faith actions, in the form of sanction, damages, and/or a non-profit grant for the purposes of continued policy work and engagement of other Los Angeles County cities, or any other description the City wants to use.[2]

We agree on moving quickly on this, and look forward to hearing from you by no later than end of day Wednesday, January 10, 2024.

Sincerely,

Elizabeth A. Mitchell

---

[1] Once we get the 12,000 encampment number, we would need to review the proposed per-district numbers to assess whether the numbers as to each district are appropriate.

[2] The Alliance has never sought damages from the City and has stood ready to celebrate with the City at every step. Unfortunately, that offer of friendship has been interpreted as unwillingness to push the City as needed. Should the Alliance be required to seek Court intervention, the Alliance will ask for $50,000 for each week of delay between November 21, 2022 and today.

**Exhibit C**
**Page 22**

# Exhibit 1

Exhibit C-1
Page 23

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

**Encampment Engagement, Cleaning, and Resolution**

The City has a multi-pronged approach to addressing homelessness. This includes encampment engagement, cleaning, and connection to services and housing. This approach is centered on moving unsheltered individuals from encampments to interim housing to permanent, stable and supportive housing. The City uses multiple resources in coordination with the County to engage in outreach through Homeless Engagement Teams funded through LAHSA, City Intervention/Outreach teams, multidisciplinary teams, and street medicine teams. This comprehensive approach allows the City to address the needs of people experiencing homelessness in a holistic way.

**Homeless Engagement Teams (HETs): General, CARE, and CARE+**

The primary focus of the HETs is to undertake targeted engagement efforts that focus on moving unsheltered residents experiencing homelessness into crisis, bridge and/or permanent housing utilizing a housing-first orientation with minimum eligibility criteria. The City currently funds 41 two-person outreach teams through LAHSA:

- 15 teams are focused on supporting CARE+ operations for each Council District;
- 13 teams are dedicated to provide outreach services for CARE citywide;
- 10 general outreach teams are deployed to targeted areas identified based on priorities from Council offices, the general public, and service requests from lahop.org; and
- 3 teams are assigned to specific geographic locations that cover Hollywood, the area surrounding City Hall, and the Broadway/110 corridor.

*Homeless Engagement Teams (Operation Healthy Streets)*

Two teams are linked with the CARE+ team in the Skid Row area. The teams consist of three dedicated outreach workers and one additional outreach worker leveraged from a general LAHSA HET outreach team. The team provides outreach services and support as LASAN provides clean ups and regular sanitation services through CARE+ operations. The teams also assist in providing outreach and notification prior to cleaning of a specific area.

*Skid Row Homeless Engagement Teams*

The Skid Row HETs provide two two-person teams assigned to the Skid Row area for street engagement. Skid Row HETs are displayed within the Skid Row area that include at least one bilingual HET staff member. These additional teams are meant to expand

1

**Exhibit C-1**
**Page 24**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

## Encampment Engagement, Cleaning, and Resolution

the existing capacity of outreach in the Skid Row area of the C3 and MDT and other outreach efforts happening within the area.

### *Homeless Engagement Team (C3 Partnership)*

The C3 (City + County + Community) is a partnership designed to systematically engage people living on the streets of Skid Row and help them regain their health and housing stability. This outreach team provides street engagement, immediate access to needed resources including but not limited to: interim housing, urgent care, primary care, mental health and substance abuse services, and expenditure linkage to permanent supportive housing services.

### *Roadmap Outreach Teams*

To support the City's Homelessness Roadmap efforts,15 outreach teams are provided across the City, one per Council District. These teams are focused on encampments and people experiencing homelessness within five hundred (500) feet of all freeway overpasses, underpasses, on-ramps, and off-ramps. These teams work closely with relevant City partners to prioritize their targeted population for new housing interventions being funded through the City's Homelessness Roadmap. Similar to the Homeless Engagement Teams, the Roadmap Outreach Teams prioritize linking targeted engagement efforts into new and existing Crisis, Bridge and / or Permanent Housing units.

The following activities are associated with all City-funded HET and Roadmap teams:

- Proactive outreach including:
  - Completion of Assessments, IH housing placements, document collection & support, resource & referrals, connection to mainstream benefits
- Coordination with Council Offices for selection of prioritized encampments and deployment of outreach teams
- Housing Navigation Activities
  - Completion of housing and subsidy applications
  - Identify suitable permanent housing choices for clients, such as Section 8 subsidized housing, Shelter Plus Care, VASH, permanent supportive housing, inexpensive and market rate homes, Shared Housing, and other housing possibilities.
- Document Readiness (collection of ID's and Social Security cards for unsheltered PEH)
- Winter Shelter response

**Exhibit C-1**
**Page 25**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

## Encampment Engagement, Cleaning, and Resolution

- ○ Operate helpline and triage for elected offices and outreach to support PEH with motel vouchers during periods of activation ( largely supported by R&R and HET)
- Streamlined coordination with Veterans Administration - verification of eligibility & connection to benefits and housing resources
- Respond to LAHOP (Homeless Outreach Portal) requests
- Respond to urgent requests from elected offices and City departments.
- Direct access to DPSS for client documentation & support
- Oversight of Outreach Coordination & direct access to specialized outreach teams (MDT/HOME)
- LAPD Response
- Client Transportation
- Resource identification
- Weekly Care Coordination
- Support Interim Housing (IH) with challenging clients (especially during site demobilization)
- Support with Connect Days, Housing Fairs
- Encampment resolutions
- Vehicle Dwelling Operations
- Support providers/ R&R with outreach and consistent connection to motel vouchered clients and families (Family Solution Center clients mostly)
- Emergency & Natural Disaster Response: (Approximately 2-3 monthly, increased needs of support during:
  - ○ Weather, Fires, High Heat, Excessive Rain, Flood Warnings along LA River, Basins & Washes (All Flood Channels)
  - ○ Other Emergencies - Building Fires, Support for Undocumented PEH, Participant in the coordination of care and triaging for migrant busses (including short term lodging & transportation)

*City Intervention/Outreach Teams*

In Fiscal Year (FY) 2023-24 the City has funded 13 intervention teams to be trained and deployed in support of encampment resolution. The City's approach is detailed in the "Encampment Resolution" section below.

*Multi-Disciplinary Teams (MDTs)*

The City currently funds multi-disciplinary teams in six Council districts (one team per Council district). These teams provide specialized outreach that combines medical,

3

**Exhibit C-1**
**Page 26**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

## Encampment Engagement, Cleaning, and Resolution

mental health, substance abuse, and lived-experience to have a comprehensive, integrated approach to outreach.

### *Street Medicine Program*

The City also funds the USC Street Medicine Program delivers full service primary care on the street, which includes treatment for acute and chronic disease, preventative medicine, treatment for psychiatric conditions, and substance use disorders.

### *Crisis and Incident Response through Community-Led Engagement (CIRCLE)*

CIRCLE is an unarmed 9-1-1 diversion program that deploys trained civilian teams to address non-urgent calls related to individuals experiencing homelessness and follow-up support to connect individuals to services. CIRCLE aims to disrupt the reciprocal relationship between homelessness and the criminal justice system by addressing non-violent incidents related to unhoused individuals and creating positive outcomes through connections to services. The program has five operating areas: Hollywood, Downtown, Venice, Northeast Valley, and South LA. Each area has a 24/7 Response Team that consists of a supervisor and outreach worker with lived experience. The work of the Response Teams in each area is supported by a mental health counselor and an outreach team that conducts follow-up engagement and case management five days a week. CIRCLE teams are equipped with vehicles and supplies, including water, snacks, clothing, and Narcan to reverse opioid overdoses.

### *Vehicle Dwelling Operations*

In response to the lifting of the City's Parking Enforcement Moratorium, the Office of the City Administrative Officer (CAO), along with all relevant partners, worked to create a comprehensive approach to address Vehicle Dwellings and connect people experiencing vehicular homelessness to appropriate resources and to ensure the health and safety of our public streets.

Council offices contact the CAO's Regional Outreach Coordinator (ROC) team with vehicle dwelling priority locations. The ROC will request LADOT, LAPD, WPD, LASAN to assess the vehicles at the location and report back on any violations which may require immediate attention. The ROC schedules a meeting with all partners to discuss the location and determine next steps.

Between May 2022 and September 2023, a total of 167 Vehicle Dwelling Operations have been completed, and 49 persons experiencing homelessness have been housed.

**Exhibit C-1**
**Page 27**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

**Encampment Engagement, Cleaning, and Resolution**

*Encampment Cleaning: CARE and CARE+ Teams*

The Comprehensive Cleaning and Rapid Engagement (CARE/CARE+) teams conduct citywide encampment clean-ups along with trash, litter/debris, and health hazard and/or safety hazard removal on the City's public rights-of-way. The primary mission of the CARE and CARE+ teams is to deliver services to the individuals experiencing homelessness within their service areas. These services are deployed in coordination with other supportive outreach services provided by the City. 15 LAHSA HET teams are focused on supporting CARE+ operations for each Council District, and 13 teams are dedicated to provide outreach services for CARE citywide. In addition, two teams are linked with the CARE+ team in the Skid Row area. .

CARE teams seek L.A.M.C. 56.11 compliance and provide spot cleaning services; health hazard and/or safety hazard identification, documentation, and removal; and trash, litter, and debris removal. These teams provide day-to-day maintenance to achieve safe and clean public rights-of-way. CARE+ teams provide full comprehensive cleanings including the identification, documentation, and removal of line-of-sight health and/or safety hazards; the removal of trash, litter, and debris; and the power washing of public rights-of-way to ensure fully sanitized areas for public safety.

CARE/CARE+ teams are deployed across three main assignments:

- A Bridge Home Special Enforcement Cleaning Zones (ABH SECZs). CARE+ services are provided to each ABH SECZ once per week, and CARE services are provided to each ABH SECZ twice per week.
- Focused Service Zones (FSZ):
  FSZs are specific high-need regions that require consistent, recurring, and dedicated services.These include the following:
  - Operation Healthy Streets (OHS) Skid Row. CARE+ services are provided daily, Monday through Friday. This area is divided into zones that receive services once every two weeks on a rotating schedule.
  - Operation Healthy Streets (OHS) Ocean Front Walk in Venice Beach. CARE+ services are provided once per week.
  - Grand Ave/110 Fwy Corridor (Grand Ave). CARE+ services are provided five days per week.
- Citywide CARE+ Services:
  In each Council District, CARE+ services are provided twice per week and CARE services are provided approximately three times per week. Locations are determined by Council District staff. Note that there may be additional CARE+

**Exhibit C-1**
**Page 28**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

**Encampment Engagement, Cleaning, and Resolution**

operations in each Council District if there is one or more A Bridge Home Special Enforcement Cleaning Zones or Focused Service Zones.

**Encampment Resolution**

The City uses the following general process for encampment resolution

*Selection*

Encampments are identified for potential resolution through several avenues:

1. Council Office priorities
2. Encampments identified by the City's Field Intervention Teams
3. Notification by stakeholders in the community – churches, community organizations, schools, businesses, and residents may identify an encampment

Encampment prioritization is evaluated based on the availability of housing resources and the severity of the encampment.

Housing availability: In order to resolve an encampment, the City must ensure there are beds available to match with encampment residents and that service providers have the capacity to provide case management and other services.

Severity of the encampment: The City takes several data points into account to evaluate encampments, including data from 311 calls as well as emergency requests for police, fire, or medical service.

*Approach to Engagement*

The City's Field Intervention Teams conduct outreach across the City. A large part of this engagement work is to mobilize existing outreach, including:

- Service provider outreach teams
- LAHSA Homeless Engagement Teams (HET)
- Street Medicine engagement teams (if applicable)
- Council Office designated homelessness outreach teams (if applicable)

In preparing for an encampment resolution operation, the Field Intervention Teams work with various outreach teams to collectively engage in case conferencing and coordination to ensure a complete picture of the historical knowledge and context of the

**Exhibit C-1**
**Page 29**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

**Encampment Engagement, Cleaning, and Resolution**

area and the people experiencing homelessness (PEH) living there.  The teams work to create a unified list so that support is inclusive of the entire footprint of the encampment.

The County's involvement is one of a valued collaborator. The County provides services through its departments, including the Department of Mental Health, the Department of Health Services, and the Department of Public Social Services. They assist with the coordination of multidisciplinary teams to support the wide range of acuity amongst PEH in the encampment. Additionally, when the City prepares to resolve an encampment on adjacent City/County property, the County will activate further County departments that can support the operation.

Service Providers are not only instrumental to effective outreach and engagement, but are also the providers of case management as participants are housed. Prior to an encampment resolution, a contracted provider will activate their outreach and multidisciplinary teams if they have one (not all Service Providers have a multidisciplinary team, which is an important point for County support). Once a participant is in interim housing, service providers are tasked with case management, meal provision, document readiness, and sometimes housing navigation (sometimes additional providers are brought in for this).

City departments, including the Department of Transportation (DOT), Los Angeles Department of Sanitation (LASAN), and the Los Angeles Police Department (LAPD), are also important partners in the successful realization of encampment resolution operations.

DOT provides buses to transport participants from the encampment to their interim housing. They also coordinate parking enforcement to assist with road closures to ensure a safe street for encampment residents and the teams in the field.

LASAN documents voluntary surrender of any belongings not going to the interim housing site, inspects for biohazards, clears all surrendered belongings, and power-washes the area (see CARE/CARE+ section above).

While the City's trauma-informed approach means LAPD is not actively engaging in outreach, LAPD personnel are always fully briefed and on standby in the area to assist in any cases of violence or criminal activity. LAPD acts as a protective layer to ensure the safety of the PEH in the encampments as well as the safety of the teams in the field.

**Exhibit C-1**
**Page 30**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

**Encampment Engagement, Cleaning, and Resolution**

*Goals and Milestones*

From December 20, 2022 through September 26, 2023, encampment resolutions have occurred at 26 locations and over 1,600 people have been brought into interim housing from the streets. The City's overarching goal is a Citywide approach, addressing encampments through lenses of equity and need across Council Districts.

General goals for encampment engagement, cleaning, and reduction include:

- Reduce the loss of life of people experiencing homelessness across the City
- Increase access to mental health and substance abuse treatment (provided by County) for those living in encampments
- Eliminate street encampments, including RV encampments
- Promote long term housing stability for people experiencing homelessness
- Enhance the safety and hygiene of neighborhoods for all residents, businesses and neighbors

*Additional Information*

The City continues to work with the federal and state government and apply for homelessness funding (including encampment resolution grants). In addition, the City has been working with LAHSA who has now developed a dashboard and report on Los Angeles City Housing and Homeless Engagement which provides detailed homeless and housing data across the City and by Council District.

**Exhibit C-1
Page 31**

# Exhibit 2

**Exhibit C-2**
**Page 32**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

**Encampment Engagement, Cleaning, and Resolution Plans & Milestones**

Paragraph 5.2. of the Settlement Agreement requires the City to create plans and develop milestones and deadlines for the City's plan for encampment engagement, cleaning, and reduction in each Council District and the City.

The parties agree that these milestones should focus on high-level outcomes and accomplishing the collective goal of reducing homelessness on the City's streets and sidewalks.  The milestones are intended to provide plans and deadlines to determine progress in the City's efforts in reducing the number of encampments and addressing homelessness in general.

## ENGAGEMENT

The City has a multi-pronged approach to addressing homelessness that focuses on connecting people to services and housing.  This approach is centered on moving unsheltered individuals from encampments to interim housing to permanent, stable and supportive housing.  The City uses multiple resources in coordination with the County to engage in outreach through Homeless Engagement Teams funded through LAHSA, City Intervention/Outreach teams, multidisciplinary teams, and street medicine teams.  This comprehensive approach allows the City to address the needs of people experiencing homelessness in a holistic way.

The City's overarching goal is a Citywide approach, addressing encampments[1] through lenses of equity and need across Council Districts.  Encampment engagement occurs constantly throughout the City.  The City will engage with a single encampment for several weeks before it can be resolved.  This long engagement period allows service providers to develop relationships and trust with the residents.  It also allows the City time to line up all of the necessary services (City, County, private, etc.).  As these resources increase, so will the City's ability to conduct encampment engagement and reduction.

### Homeless Engagement Teams (HETs): General, CARE, and CARE+

The primary focus of the HETs is to undertake targeted engagement efforts that focus on moving unsheltered residents experiencing homelessness into crisis, bridge and/or permanent housing utilizing a housing-first orientation with minimum eligibility criteria.

---

[1] LAHSA considers an "encampment" to be 5 or more PEH and 3 or more shelters (tents, makeshifts, or vehicles) within a 300-foot radius or physical boundaries defined by an encampment resolution effort.

**Exhibit C-2**
**Page 33**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

**Encampment Engagement, Cleaning, and Resolution Plans & Milestones**

The City currently funds 41 two-person outreach teams through LAHSA:

- 15 teams are focused on supporting CARE+ operations in each Council District;
- 13 teams are dedicated to provide outreach services for CARE citywide;
- 10 teams are deployed to targeted areas identified based on priorities from Council offices, the general public, and service requests from lahop.org; and
- 3 teams are assigned to Hollywood, the area surrounding City Hall, and the Broadway/110 corridor.

*Homeless Engagement Teams (Operation Healthy Streets)*

Two teams are linked with the CARE+ team in the Skid Row area. The teams consist of three dedicated outreach workers and one additional outreach worker leveraged from a general LAHSA HET outreach team. The team provides outreach services and support as LASAN provides clean ups and regular sanitation services through CARE+ operations. The teams also assist in providing outreach and notification prior to cleaning of a specific area.

*Skid Row Homeless Engagement Teams*

The Skid Row HETs provide two two-person teams assigned to the Skid Row area for street engagement. Skid Row HETs are displayed within the Skid Row area that include at least one bilingual HET staff member. These additional teams are meant to expand the existing capacity of outreach in the Skid Row area of the C3 and MDT and other outreach efforts happening within the area.

*Homeless Engagement Team (C3 Partnership)*

The C3 (City + County + Community) is a partnership designed to systematically engage people living on the streets of Skid Row and help them regain their health and housing stability. This outreach team provides street engagement, immediate access to needed resources including but not limited to: interim housing, urgent care, primary care, mental health and substance abuse services, and expenditure linkage to permanent supportive housing services.

*Roadmap Outreach Teams*

To support the City's Homelessness Roadmap efforts, 15 outreach teams are provided across the City, one per Council District. These teams are focused on encampments and people experiencing homelessness within five hundred (500) feet of all freeway overpasses, underpasses, on-ramps, and off-ramps. These teams work closely with

2

**Exhibit C-2**
**Page 34**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

**Encampment Engagement, Cleaning, and Resolution Plans & Milestones**

relevant City partners to prioritize their targeted population for new housing interventions being funded through the City's Homelessness Roadmap. Similar to the Homeless Engagement Teams, the Roadmap Outreach Teams prioritize linking targeted engagement efforts into new and existing Crisis, Bridge and / or Permanent Housing units.

### *City Intervention/Outreach Teams*

In Fiscal Year (FY) 2023-24 the City has funded 13 intervention teams to be trained and deployed in support of encampment resolution. The City's approach is detailed in the "Encampment Resolution" section below.

### *Multi-Disciplinary Teams (MDTs)*

The City currently funds multi-disciplinary teams in six Council districts (one team per Council district). These teams provide specialized outreach that combines medical, mental health, substance abuse, and lived-experience to have a comprehensive, integrated approach to outreach.

### *Street Medicine Program*

The City also funds the USC Street Medicine Program delivers full service primary care on the street, which includes treatment for acute and chronic disease, preventative medicine, treatment for psychiatric conditions, and substance use disorders.

### *Crisis and Incident Response through Community-Led Engagement (CIRCLE)*

CIRCLE is an unarmed 9-1-1 diversion program that deploys trained civilian teams to address non-urgent calls related to individuals experiencing homelessness and follow-up support to connect individuals to services. CIRCLE aims to disrupt the reciprocal relationship between homelessness and the criminal justice system by addressing non-violent incidents related to unhoused individuals and creating positive outcomes through connections to services. The program has five operating areas: Hollywood, Downtown, Venice, Northeast Valley, and South LA. Each area has a 24/7 Response Team that consists of a supervisor and outreach worker with lived experience. The work of the Response Teams in each area is supported by a mental health counselor and an outreach team that conducts follow-up engagement and case management five days a week. CIRCLE teams are equipped with vehicles and supplies, including water, snacks, clothing, and Narcan to reverse opioid overdoses.

**Exhibit C-2**
**Page 35**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

## Encampment Engagement, Cleaning, and Resolution Plans & Milestones

*Vehicle Dwelling Operations*

In response to the lifting of the City's Parking Enforcement Moratorium, the Office of the City Administrative Officer (CAO), along with all relevant partners, worked to create a comprehensive approach to address Vehicle Dwellings and connect people experiencing vehicular homelessness to appropriate resources and to ensure the health and safety of our public streets.

Council offices contact the CAO's Regional Outreach Coordinator (ROC) team with vehicle dwelling priority locations. The ROC will request LADOT, LAPD, WPD, LASAN to assess the vehicles at the location and report back on any violations which may require immediate attention. The ROC schedules a meeting with all partners to discuss the location and determine next steps.

Between May 2022 and September 2023, a total of 167 Vehicle Dwelling Operations have been completed, and 49 persons experiencing homelessness have been housed.

## CLEANING

The Comprehensive Cleaning and Rapid Engagement (CARE/CARE+) teams conduct citywide encampment clean-ups along with trash, litter/debris, and health hazard and/or safety hazard removal on the City's public rights-of-way. The primary mission of the CARE and CARE+ teams is to deliver services to the individuals experiencing homelessness within their service areas. These services are deployed in coordination with other supportive outreach services provided by the City. 15 LAHSA HET teams are focused on supporting CARE+ operations for each Council District, and 13 teams are dedicated to provide outreach services for CARE citywide. In addition, two teams are linked with the CARE+ team in the Skid Row area.

The City publishes a daily schedule of CARE and CARE+ cleanings.  The City's current milestones for cleaning are to conduct 2 encampment cleanings each week in each Council District (*i.e.* 30 encampment cleanings each week).  The City plans to increase that milestone to 5 encampment cleanings each week in each Council District by the end of FY 24-25.

CARE teams seek L.A.M.C. 56.11 compliance and provide spot cleaning services; health hazard and/or safety hazard identification, documentation, and removal; and trash, litter, and debris removal. These teams provide day-to-day maintenance to achieve safe and clean public rights-of-way. CARE+ teams provide full comprehensive cleanings including the identification, documentation, and removal of line-of-sight health

**Exhibit C-2**
**Page 36**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

**Encampment Engagement, Cleaning, and Resolution Plans & Milestones**

and/or safety hazards; the removal of trash, litter, and debris; and the power washing of public rights-of-way to ensure fully sanitized areas for public safety.

 CARE/CARE+ teams are deployed across three main assignments:

- A Bridge Home Special Enforcement Cleaning Zones (ABH SECZs).
  CARE+ services are provided to each ABH SECZ once per week, and CARE services are provided to each ABH SECZ twice per week.
- Focused Service Zones (FSZ):
  FSZs are specific high-need regions that require consistent, recurring, and dedicated services. These include the following:
    - Operation Healthy Streets (OHS) Skid Row. CARE+ services are provided daily, Monday through Friday. This area is divided into zones that receive services once every two weeks on a rotating schedule.
    - Operation Healthy Streets (OHS) Ocean Front Walk in Venice Beach. CARE+ services are provided once per week.
    - Grand Ave/110 Fwy Corridor (Grand Ave). CARE+ services are provided five days per week.
- Citywide CARE+ Services:
  In each Council District, CARE+ services are provided twice per week and CARE services are provided approximately three times per week. Locations are determined by Council District staff. Note that there may be additional CARE+ operations in each Council District if there is one or more A Bridge Home Special Enforcement Cleaning Zones or Focused Service Zones.

**RESOLUTION**

The City's overarching goal is a Citywide approach, addressing encampments through lenses of equity and need across Council Districts.  The parties recognize the best metric is to view resolutions in six-month periods, because some months may involve more resolutions while other months may be more focused on preparation for resolutions.  The City is providing the below milestones for resolutions through the end of 2024.  Importantly, the City aims to accomplish more resolutions and, thus, these are meant to be baseline numbers.  Before the end of 2024, the City will reevaluate how best to increase the number of resolutions based on available City, County, State, and Federal resources.

For each month during the six month period from January through June 2024, the City aims to resolve at least two tent and makeshift shelter encampments and at least three

5

**Exhibit C-2**
**Page 37**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

**Encampment Engagement, Cleaning, and Resolution Plans & Milestones**

RV encampments involving at least 100 individuals.  Starting July 1, 2024, and through December 31, 2024, the City aims each month to resolve at least three tent and makeshift shelter encampments and four RV encampments involving at least 150 individuals.

The City uses the following general process for encampment resolution

*Selection*

Encampments are identified for potential resolution through several avenues:

1. Council Office priorities
2. Encampments identified by the City's Field Intervention Teams
3. Notification by stakeholders in the community – churches, community organizations, schools, businesses, and residents may identify an encampment

Encampment prioritization is evaluated based on the availability of housing resources and the severity of the encampment.

Housing availability: In order to resolve an encampment, the City must ensure there are beds available to match with encampment residents and that service providers have the capacity to provide case management and other services.

Severity of the encampment: The City takes several data points into account to evaluate encampments, including data from 311 calls as well as emergency requests for police, fire, or medical service.

*Approach to Engagement*

The City's Field Intervention Teams conduct outreach across the City. A large part of this engagement work is to mobilize existing outreach, including:

- Service provider outreach teams
- LAHSA Homeless Engagement Teams (HET)
- Street Medicine engagement teams (if applicable)
- Council Office designated homelessness outreach teams (if applicable)

In preparing for an encampment resolution operation, the Field Intervention Teams work with various outreach teams to collectively engage in case conferencing and coordination to ensure a complete picture of the historical knowledge and context of the

6

**Exhibit C-2**
**Page 38**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

**Encampment Engagement, Cleaning, and Resolution Plans & Milestones**

area and the people experiencing homelessness (PEH) living there.  The teams work to create a unified list so that support is inclusive of the entire footprint of the encampment.

The County's involvement is one of a valued collaborator. The County provides services through its departments, including the Department of Mental Health, the Department of Health Services, and the Department of Public Social Services. They assist with the coordination of multidisciplinary teams to support the wide range of acuity amongst PEH in the encampment. Additionally, when the City prepares to resolve an encampment on adjacent City/County property, the County will activate further County departments that can support the operation.

Service Providers are not only instrumental to effective outreach and engagement, but are also the providers of case management as participants are housed. Prior to an encampment resolution, a contracted provider will activate their outreach and multidisciplinary teams if they have one (not all Service Providers have a multidisciplinary team, which is an important point for County support). Once a participant is in interim housing, service providers are tasked with case management, meal provision, document readiness, and sometimes housing navigation (sometimes additional providers are brought in for this).

City departments, including the Department of Transportation (DOT), Los Angeles Department of Sanitation (LASAN), and the Los Angeles Police Department (LAPD), are also important partners in the successful realization of encampment resolution operations.

DOT provides buses to transport participants from the encampment to their interim housing. They also coordinate parking enforcement to assist with road closures to ensure a safe street for encampment residents and the teams in the field.

LASAN documents voluntary surrender of any belongings not going to the interim housing site, inspects for biohazards, clears all surrendered belongings, and power-washes the area (see CARE/CARE+ section above).

While the City's trauma-informed approach means LAPD is not actively engaging in outreach, LAPD personnel are always fully briefed and on standby in the area to assist in any cases of violence or criminal activity. LAPD acts as a protective layer to ensure the safety of the PEH in the encampments as well as the safety of the teams in the field.

General goals for encampment engagement, cleaning, and reduction include:

7

**Exhibit C-2**
**Page 39**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

**Encampment Engagement, Cleaning, and Resolution Plans & Milestones**

- Reduce the loss of life of people experiencing homelessness across the City
- Increase access to mental health and substance abuse treatment (provided by County) for those living in encampments
- Eliminate street encampments, including RV encampments
- Promote long term housing stability for people experiencing homelessness
- Enhance the safety and hygiene of neighborhoods for all residents, businesses and neighbors

*Additional Information*

The City continues to work with the federal and state government and apply for homelessness funding (including encampment resolution grants). In addition, the City has been working with LAHSA who has now developed a dashboard and report on Los Angeles City Housing and Homeless Engagement which provides detailed homeless and housing data across the City and by Council District.

8

**Exhibit C-2**
**Page 40**

# Exhibit 3

**Exhibit C-3**
**Page 41**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

**Revised Encampment Reduction Milestones**

I.        Introduction

The City of Los Angeles submits this revised encampment reduction milestones to supplement its earlier submission.  The City is increasing its commitment to reduce a minimum of 12,000 tents, makeshift shelters, cars, vans, and RVs over the term of the settlement agreement, which is more than twice the 5,328 reductions originally proposed by the LA Alliance.  Every six months, the City aims to reduce no less than 1,200 tents, makeshift shelters, cars, vans, and RVs and will work to provide interim shelter for every unsheltered individual, even though the settlement agreement does not obligate the City to provide interim housing.  The City's ultimate goal is to provide permanent supportive housing for the unsheltered individuals assisted off the streets.  Biannually, the City will provide LA Alliance with the overall number of encampment reductions accomplished from the previous six months citywide and broken down by Council district.

This past year, the City of Los Angeles, under Mayor Karen Bass' leadership, has proven there is a better way to urgently address the homelessness crisis, by applying a citywide focus to offering unsheltered individuals interim shelter, housing, and services, and not relying on district by district approaches or threats of enforcement of criminal laws.  Much of the success this past year is attributable to the new Mayor working with the City Council, which itself had changed in significant ways since the settlement was signed.  The Mayor and City Council locked arms together and with City partners including the County of Los Angeles and the Los Angeles Homeless Services Authority (LAHSA).  The 2023 citywide approach demonstrated that success will come from increased resources applied in close collaboration with the Mayor, City Council, and City partners.

The Mayor signaled the City's pivot away from the district-centric approach to a more equitable and citywide approach on December 12, 2022, when on her first day in office she declared a citywide homelessness emergency.  Immediately upon declaring the emergency and throughout 2023, the Mayor, working with the City Council and individual councilmembers, cleared some of the City's most intractable encampments.  Thirty four large encampments throughout all 15 Council districts were resolved in 2023.[1]  With cooperation among Council districts, interim housing was found even if it was not in the same district where the encampment was located.  This citywide approach with cooperation among districts was not typical prior to 2023.  Balkanization among the districts made it harder to address the City's homelessness crisis effectively.

---

[1] Attached is a map showing the location of the 32 encampment reductions completed as of November 30, 2023, as part of the Mayor's Inside Safe program.  They are in every Council district spread across the City, and reflect the collaboration among City Hall stakeholders and the City's partners in tackling the homelessness crisis.

The 2022 settlement agreement included the district by district approach, which allowed individual districts the opportunity to increase enforcement against encampments upon creating shelter or housing for 60% of the district's unsheltered "City Shelter Appropriate" homeless population.  For those districts with fewer unsheltered individuals, relatively little shelter or housing would need to be built to achieve the 60% threshold.  Moreover, allowing districts that achieve the 60% threshold to increase enforcement against the unsheltered individuals remaining in the district risks pushing those unsheltered individuals into adjacent districts.  Unsheltered individuals will likely migrate to districts that have historically borne the brunt of the City's homeless crisis, including Skid Row[2] and districts in South Los Angeles and parts of the San Fernando Valley.  These districts have suffered from long established patterns of economic and residential segregation and disinvestment that has led to an overconcentration of considerably large numbers of unsheltered individuals in those communities.  Without employing a citywide strategy, the City's current administration is concerned about perpetuating this unequal application of resources and opportunities and exacerbating the CIty's racial and poverty divides.

The settlement's requirement for the City to break down its citywide encampment reduction by individual districts is a vestige of the district by district approach.  The City requests that the LA Alliance give the City's current administration the opportunity to focus on the citywide approach and, therefore, not insist that the City project district by district milestones.

II.    Background

In May of 2022, the Court approved the settlement agreement between the City and the LA Alliance, which included a City obligation to provide milestones and deadlines citywide and for each Council district for: 1. "the creation of shelter and housing"; and 2. "encampment engagement, cleaning, and reduction".  The City satisfied the first milestone when it submitted to the LA Alliance last year the five year plan to create 12,915 units of shelter and housing.  The City submitted the second set of milestones last month, which included a commitment to reduce tent, makeshift shelter, cars and RV encampments that would result in approximately 1,500 unsheltered individuals being helped off the street.  LA Alliance objected to the City's encampment reduction milestone claiming it was insufficient and did not break down the number of encampment reductions by each of the 15 Council districts.

In an effort to resolve the dispute, the Court met with both parties on December 14, 2023.  Shortly before the Court meeting, the City and Alliance discussed the City committing to reduce 9,800 tents, makeshift shelters, cars and RV over the term of the settlement agreement, but the City continued to express concern with breaking down the number district by district.  The Court gave the City until December 29, 2023, to submit its revised milestone for encampment reduction.

---

[2] The City is joining the County in creating a Skid Row action plan, another example of how the County and City are working collaboratively and focusing on areas of the City with significant need.  The City also purchased the Mayfair hotel, which will provide additional interim housing in the downtown area.

**Exhibit C-3**
**Page 43**

III.　　City Increases its Encampment Reduction to 12,000 Unsheltered Individuals

The City's increased milestone to reduce no fewer than 12,000 tents, makeshift shelters, cars, vans, and RVs off public spaces during the term of the settlement agreement more than doubles the 5,300 reductions originally sought by LA Alliance.  This should be welcome news to the LA Alliance.

The City will continue to focus encampment reductions based on citywide needs and the needs of the City's unsheltered population.  Every six months, the City aims to reduce no less than 1,200 tents, makeshift shelters, cars, vans, and RVs and will work to provide interim housing for every unsheltered individual, even though providing interim shelter is not required under the settlement agreement.  Every six months, the City will provide LA Alliance the overall number of encampment reductions accomplished during the previous six months citywide and broken down by Council district.

The City's ultimate goal is to provide permanent supportive and affordable housing for the unsheltered individuals assisted off the streets.  To speed up the creation of affordable housing, the Mayor's Executive Directive 1 (ED1) has already accelerated the review of more than 9,000 affordable housing units.  ED 1 has cut through red tape at City Hall – what used to take six to nine months to get permits now only takes an average of 45 days.  The number of applications to the Department of City Planning with affordable housing units has also increased by 85% compared with 2022, from 6,500 to 12,000 units overall - both ED1 and non-ED1 units.  In total, 119 affordable housing projects have qualified for ED1 with the Department of City Planning and 59 project cases have received entitlements (60 are currently under review).  In 2024, 27 City-financed supportive housing projects with 1,916 units are expected to open.  Although not specific to reducing encampments, the expedited creation of affordable and supportive housing is critical to the City's goal of moving unsheltered individuals from interim to permanent housing.

The City also continues to ensure that HHH funds deliver the results expected and lead to more affordable housing developments.  As of December 2023, nearly all HHH funds have been obligated with $1.12 billion of the $1.2 billion General Obligation (GO) Bond.  There are currently 132 total projects in the HHH pipeline, with 8,714 total units as follows:

- 65 projects with 3,945 units built, open, and offering housing
- 43 projects with 2,908 units under construction
- 24 projects with 1,861 units in predevelopment

IV.　　Projections of Encampment Reductions District by District is Not Consistent with the City's Current Approach to Tackle the Homelessness Crisis

Although the LA Alliance should be pleased with the City's commitment to reduce encampments by no less than 12,000 citywide, the City anticipates LA Alliance might still seek to have the City provide encampment reduction projections in each of the 15 Council districts.

3

**Exhibit C-3**
**Page 44**

The City does not dispute that the settlement agreement requires district by district milestones. But the City's approach to tackling the homelessness crisis has changed dramatically since the settlement agreement was signed.  A district by district focus reflected the City's past balkanized approach to addressing homelessness, including some districts relying on the use of criminal enforcement to clear public spaces of encampments.  At the time of the settlement, the City wanted the ability for individual Council districts to increase enforcement against encampments in a district that created shelter or housing beds for 60% of the district's unsheltered City Shelter Appropriate homeless population using the 2022 Point in Time (PIT) Count.  But such a district by district approach perpetuates the City's old, fractured way of addressing homelessness.  It incentivizes Council districts with fewer unsheltered individuals to create just enough shelter and interim housing to reach a 60% threshold.  Importantly, this risks a migration of the City's unsheltered population from those districts to districts that historically have borne the weight of the homelessness crisis, including Skid Row and districts in South Los Angeles and parts of the San Fernando Valley.  This does nothing to address - and indeed exacerbates - the long history of economic and residential segregation along with disinvestment in certain areas of our city. This has led to an overconcentration of considerably large numbers of unsheltered individuals in those communities.  Without a citywide strategy that is less focused on district by district milestones, the current City administration is concerned about perpetuating this unequal application of resources and opportunities to the detriment of certain neighborhoods, particularly those with larger concentrations of racial and ethnic minorities.

IV.    The City has Followed a Different and More Effective and Equitable Path to Tackle the Homelessness Crisis

Last December - nine months after the settlement agreement was executed - Mayor Bass, on her first day in Office, declared the first of its kind City homelessness emergency and locked arms with the new City Council and other partners, including the County of Los Angeles and LAHSA.  This brought a new urgency and collaboration to the homelessness crisis.  These stakeholders focused on citywide solutions that moved away from the district-centric approach of the past.  This collaboration helped instill goodwill among the stakeholders and brought substantial increases in funding.  The new shared commitment allowed the City to break down barriers that in the past made tackling the homelessness crisis less effective.  An example of this new approach was the launch of the innovative Inside Safe program, which offered unsheltered individuals living in street encampments throughout the City the opportunity to move inside into interim housing and receive needed services.  The first year of the program brought inside over 2,000 unsheltered individuals living in some of the most intractable encampments spread among all of the Council districts.  Inside Safe debunked the myth that most unsheltered individuals do not want to leave the streets.  The vast majority of unsheltered individuals living in 34 large street encampments came inside in 2023.

Inside Safe showed the promise that lies ahead if the City continues to work collaboratively citywide.  As part of Inside Safe, Council districts work with the Mayor and other City partners to identify encampments for resolution.  Inside Safe promotes cooperation among Council districts where, for example, insufficient interim housing is not available in the district where an

4

**Exhibit C-3**
**Page 45**

encampment is located, other districts have helped arrange interim housing in their district.  This is an important feature of Inside Safe and a reflection of the City's new citywide approach.  It allows the City and its partners to consider multiple factors in the placement decision, including what is best for the individual, the availability of housing, and addressing historic inequities in housing practices in the City.

Therefore, the City urges LA Alliance to join the City in its new approach to tackle the homelessness crisis by embracing the City's commitment to reduce no less than 12,000 individual tents, makeshift shelters, cars, vans, and RVs and to allow the City to depart from its past, inefficient, and often inequitable district by district focus.

# Exhibit D

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

**Encampment Engagement, Cleaning, and Resolution**

The City has a multi-pronged approach to addressing homelessness. This includes encampment engagement, cleaning, and connection to services and housing. This approach is centered on moving unsheltered individuals from encampments to interim housing to permanent, stable and supportive housing. The City uses multiple resources in coordination with the County to engage in outreach through Homeless Engagement Teams funded through LAHSA, City Intervention/Outreach teams, multidisciplinary teams, and street medicine teams. This comprehensive approach allows the City to address the needs of people experiencing homelessness in a holistic way.

**Homeless Engagement Teams (HETs): General, CARE, and CARE+**

The primary focus of the HETs is to undertake targeted engagement efforts that focus on moving unsheltered residents experiencing homelessness into crisis, bridge and/or permanent housing utilizing a housing-first orientation with minimum eligibility criteria. The City currently funds 41 two-person outreach teams through LAHSA:

- 15 teams are focused on supporting CARE+ operations for each Council District;
- 13 teams are dedicated to provide outreach services for CARE citywide;
- 10 general outreach teams are deployed to targeted areas identified based on priorities from Council offices, the general public, and service requests from lahop.org; and
- 3 teams are assigned to specific geographic locations that cover Hollywood, the area surrounding City Hall, and the Broadway/110 corridor.

*Homeless Engagement Teams (Operation Healthy Streets)*

Two teams are linked with the CARE+ team in the Skid Row area. The teams consist of three dedicated outreach workers and one additional outreach worker leveraged from a general LAHSA HET outreach team. The team provides outreach services and support as LASAN provides clean ups and regular sanitation services through CARE+ operations. The teams also assist in providing outreach and notification prior to cleaning of a specific area.

*Skid Row Homeless Engagement Teams*

The Skid Row HETs provide two two-person teams assigned to the Skid Row area for street engagement. Skid Row HETs are displayed within the Skid Row area that include at least one bilingual HET staff member. These additional teams are meant to expand

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

### Encampment Engagement, Cleaning, and Resolution

the existing capacity of outreach in the Skid Row area of the C3 and MDT and other outreach efforts happening within the area.

*Homeless Engagement Team (C3 Partnership)*

The C3 (City + County + Community) is a partnership designed to systematically engage people living on the streets of Skid Row and help them regain their health and housing stability. This outreach team provides street engagement, immediate access to needed resources including but not limited to: interim housing, urgent care, primary care, mental health and substance abuse services, and expenditure linkage to permanent supportive housing services.

*Roadmap Outreach Teams*

To support the City's Homelessness Roadmap efforts,15 outreach teams are provided across the City, one per Council District. These teams are focused on encampments and people experiencing homelessness within five hundred (500) feet of all freeway overpasses, underpasses, on-ramps, and off-ramps. These teams work closely with relevant City partners to prioritize their targeted population for new housing interventions being funded through the City's Homelessness Roadmap. Similar to the Homeless Engagement Teams, the Roadmap Outreach Teams prioritize linking targeted engagement efforts into new and existing Crisis, Bridge and / or Permanent Housing units.

The following activities are associated with all City-funded HET and Roadmap teams:

- Proactive outreach including:
  - Completion of Assessments, IH housing placements, document collection & support, resource & referrals, connection to mainstream benefits
- Coordination with Council Offices for selection of prioritized encampments and deployment of outreach teams
- Housing Navigation Activities
  - Completion of housing and subsidy applications
  - Identify suitable permanent housing choices for clients, such as Section 8 subsidized housing, Shelter Plus Care, VASH, permanent supportive housing, inexpensive and market rate homes, Shared Housing, and other housing possibilities.
- Document Readiness (collection of ID's and Social Security cards for unsheltered PEH)
- Winter Shelter response

2

**Exhibit D**
**Page 48**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

**Encampment Engagement, Cleaning, and Resolution**

- ○ Operate helpline and triage for elected offices and outreach to support PEH with motel vouchers during periods of activation ( largely supported by R&R and HET)
- Streamlined coordination with Veterans Administration - verification of eligibility & connection to benefits and housing resources
- Respond to LAHOP (Homeless Outreach Portal) requests
- Respond to urgent requests from elected offices and City departments.
- Direct access to DPSS for client documentation & support
- Oversight of Outreach Coordination & direct access to specialized outreach teams (MDT/HOME)
- LAPD Response
- Client Transportation
- Resource identification
- Weekly Care Coordination
- Support Interim Housing (IH) with challenging clients (especially during site demobilization)
- Support with Connect Days, Housing Fairs
- Encampment resolutions
- Vehicle Dwelling Operations
- Support providers/ R&R with outreach and consistent connection to motel vouchered clients and families (Family Solution Center clients mostly)
- Emergency & Natural Disaster Response: (Approximately 2-3 monthly, increased needs of support during:
  - ○ Weather, Fires, High Heat, Excessive Rain, Flood Warnings along LA River, Basins & Washes (All Flood Channels)
  - ○ Other Emergencies - Building Fires, Support for Undocumented PEH, Participant in the coordination of care and triaging for migrant busses (including short term lodging & transportation)

*City Intervention/Outreach Teams*

In Fiscal Year (FY) 2023-24 the City has funded 13 intervention teams to be trained and deployed in support of encampment resolution. The City's approach is detailed in the "Encampment Resolution" section below.

*Multi-Disciplinary Teams (MDTs)*

The City currently funds multi-disciplinary teams in six Council districts (one team per Council district). These teams provide specialized outreach that combines medical,

**Exhibit D**
**Page 49**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

**<u>Encampment Engagement, Cleaning, and Resolution</u>**

mental health, substance abuse, and lived-experience to have a comprehensive, integrated approach to outreach.

*Street Medicine Program*

The City also funds the USC Street Medicine Program delivers full service primary care on the street, which includes treatment for acute and chronic disease, preventative medicine, treatment for psychiatric conditions, and substance use disorders.

*Crisis and Incident Response through Community-Led Engagement (CIRCLE)*

CIRCLE is an unarmed 9-1-1 diversion program that deploys trained civilian teams to address non-urgent calls related to individuals experiencing homelessness and follow-up support to connect individuals to services. CIRCLE aims to disrupt the reciprocal relationship between homelessness and the criminal justice system by addressing non-violent incidents related to unhoused individuals and creating positive outcomes through connections to services. The program has five operating areas: Hollywood, Downtown, Venice, Northeast Valley, and South LA. Each area has a 24/7 Response Team that consists of a supervisor and outreach worker with lived experience. The work of the Response Teams in each area is supported by a mental health counselor and an outreach team that conducts follow-up engagement and case management five days a week. CIRCLE teams are equipped with vehicles and supplies, including water, snacks, clothing, and Narcan to reverse opioid overdoses.

*Vehicle Dwelling Operations*

In response to the lifting of the City's Parking Enforcement Moratorium, the Office of the City Administrative Officer (CAO), along with all relevant partners, worked to create a comprehensive approach to address Vehicle Dwellings and connect people experiencing vehicular homelessness to appropriate resources and to ensure the health and safety of our public streets.

Council offices contact the CAO's Regional Outreach Coordinator (ROC) team with vehicle dwelling priority locations. The ROC will request LADOT, LAPD, WPD, LASAN to assess the vehicles at the location and report back on any violations which may require immediate attention. The ROC schedules a meeting with all partners to discuss the location and determine next steps.

Between May 2022 and September 2023, a total of 167 Vehicle Dwelling Operations have been completed, and 49 persons experiencing homelessness have been housed.

**Exhibit D
Page 50**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

**Encampment Engagement, Cleaning, and Resolution**

*Encampment Cleaning: CARE and CARE+ Teams*

The Comprehensive Cleaning and Rapid Engagement (CARE/CARE+) teams conduct citywide encampment clean-ups along with trash, litter/debris, and health hazard and/or safety hazard removal on the City's public rights-of-way. The primary mission of the CARE and CARE+ teams is to deliver services to the individuals experiencing homelessness within their service areas. These services are deployed in coordination with other supportive outreach services provided by the City. 15 LAHSA HET teams are focused on supporting CARE+ operations for each Council District, and 13 teams are dedicated to provide outreach services for CARE citywide. In addition, two teams are linked with the CARE+ team in the Skid Row area. .

CARE teams seek L.A.M.C. 56.11 compliance and provide spot cleaning services; health hazard and/or safety hazard identification, documentation, and removal; and trash, litter, and debris removal. These teams provide day-to-day maintenance to achieve safe and clean public rights-of-way. CARE+ teams provide full comprehensive cleanings including the identification, documentation, and removal of line-of-sight health and/or safety hazards; the removal of trash, litter, and debris; and the power washing of public rights-of-way to ensure fully sanitized areas for public safety.

 CARE/CARE+ teams are deployed across three main assignments:

- A Bridge Home Special Enforcement Cleaning Zones (ABH SECZs).
  CARE+ services are provided to each ABH SECZ once per week, and CARE services are provided to each ABH SECZ twice per week.
- Focused Service Zones (FSZ):
  FSZs are specific high-need regions that require consistent, recurring, and dedicated services.These include the following:
    - Operation Healthy Streets (OHS) Skid Row. CARE+ services are provided daily, Monday through Friday. This area is divided into zones that receive services once every two weeks on a rotating schedule.
    - Operation Healthy Streets (OHS) Ocean Front Walk in Venice Beach. CARE+ services are provided once per week.
    - Grand Ave/110 Fwy Corridor (Grand Ave). CARE+ services are provided five days per week.
- Citywide CARE+ Services:
  In each Council District, CARE+ services are provided twice per week and CARE services are provided approximately three times per week. Locations are determined by Council District staff. Note that there may be additional CARE+

**Exhibit D**
**Page 51**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

**Encampment Engagement, Cleaning, and Resolution**

operations in each Council District if there is one or more A Bridge Home Special Enforcement Cleaning Zones or Focused Service Zones.

**Encampment Resolution**

The City uses the following general process for encampment resolution

*Selection*

Encampments are identified for potential resolution through several avenues:

1. Council Office priorities
2. Encampments identified by the City's Field Intervention Teams
3. Notification by stakeholders in the community – churches, community organizations, schools, businesses, and residents may identify an encampment

Encampment prioritization is evaluated based on the availability of housing resources and the severity of the encampment.

Housing availability: In order to resolve an encampment, the City must ensure there are beds available to match with encampment residents and that service providers have the capacity to provide case management and other services.

Severity of the encampment: The City takes several data points into account to evaluate encampments, including data from 311 calls as well as emergency requests for police, fire, or medical service.

*Approach to Engagement*

The City's Field Intervention Teams conduct outreach across the City. A large part of this engagement work is to mobilize existing outreach, including:

- Service provider outreach teams
- LAHSA Homeless Engagement Teams (HET)
- Street Medicine engagement teams (if applicable)
- Council Office designated homelessness outreach teams (if applicable)

In preparing for an encampment resolution operation, the Field Intervention Teams work with various outreach teams to collectively engage in case conferencing and coordination to ensure a complete picture of the historical knowledge and context of the

**Exhibit D**
**Page 52**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

**Encampment Engagement, Cleaning, and Resolution**

area and the people experiencing homelessness (PEH) living there.  The teams work to create a unified list so that support is inclusive of the entire footprint of the encampment.

The County's involvement is one of a valued collaborator. The County provides services through its departments, including the Department of Mental Health, the Department of Health Services, and the Department of Public Social Services. They assist with the coordination of multidisciplinary teams to support the wide range of acuity amongst PEH in the encampment. Additionally, when the City prepares to resolve an encampment on adjacent City/County property, the County will activate further County departments that can support the operation.

Service Providers are not only instrumental to effective outreach and engagement, but are also the providers of case management as participants are housed. Prior to an encampment resolution, a contracted provider will activate their outreach and multidisciplinary teams if they have one (not all Service Providers have a multidisciplinary team, which is an important point for County support). Once a participant is in interim housing, service providers are tasked with case management, meal provision, document readiness, and sometimes housing navigation (sometimes additional providers are brought in for this).

City departments, including the Department of Transportation (DOT), Los Angeles Department of Sanitation (LASAN), and the Los Angeles Police Department (LAPD), are also important partners in the successful realization of encampment resolution operations.

DOT provides buses to transport participants from the encampment to their interim housing. They also coordinate parking enforcement to assist with road closures to ensure a safe street for encampment residents and the teams in the field.

LASAN documents voluntary surrender of any belongings not going to the interim housing site, inspects for biohazards, clears all surrendered belongings, and power-washes the area (see CARE/CARE+ section above).

While the City's trauma-informed approach means LAPD is not actively engaging in outreach, LAPD personnel are always fully briefed and on standby in the area to assist in any cases of violence or criminal activity. LAPD acts as a protective layer to ensure the safety of the PEH in the encampments as well as the safety of the teams in the field.

**Exhibit D
Page 53**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

**Encampment Engagement, Cleaning, and Resolution**

*Goals and Milestones*

From December 20, 2022 through September 26, 2023, encampment resolutions have occurred at 26 locations and over 1,600 people have been brought into interim housing from the streets. The City's overarching goal is a Citywide approach, addressing encampments through lenses of equity and need across Council Districts.

General goals for encampment engagement, cleaning, and reduction include:

- Reduce the loss of life of people experiencing homelessness across the City
- Increase access to mental health and substance abuse treatment (provided by County) for those living in encampments
- Eliminate street encampments, including RV encampments
- Promote long term housing stability for people experiencing homelessness
- Enhance the safety and hygiene of neighborhoods for all residents, businesses and neighbors

*Additional Information*

The City continues to work with the federal and state government and apply for homelessness funding (including encampment resolution grants). In addition, the City has been working with LAHSA who has now developed a dashboard and report on Los Angeles City Housing and Homeless Engagement which provides detailed homeless and housing data across the City and by Council District.

8

**Exhibit D**
**Page 54**

# Exhibit E

| From: | Elizabeth Mitchell |
|---|---|
| To: | Michele |
| Cc: | Scott Marcus; Arlene Hoang; David Michaelson; Jessica Mariani; Matthew Umhofer; daniel@conwaystrategies.com; pwebster@la-alliance.org; mercedes.marquez@lacity.org |
| Subject: | LA Alliance - Dispute |
| Date: | Thursday, October 19, 2023 12:40:00 PM |
| Attachments: | image001.png<br>[426-1] FE Stipulated Order re Dismissal.pdf<br>LA Alliance Encampment Engagement Cleaning and Reduction (10-3-23) (002).pdf |

Dear Michele:

We write to you to notify you of a dispute regarding the City of Los Angeles' violation of the Settlement Agreement (attached at 426-1), Specifically Section 5.2 which requires:

> 5.2. [After providing the calculation of the Required Number after release of the 2022 PIT count called for by Section 5.1]
> the City will create plans and develop milestones and
> deadlines for: (i) the City's creation of shelter and housing solutions to accommodate a minimum of 60% of unsheltered City Shelter Appropriate PEH
> in each Council District as determined by the Required Number; (ii) the City's
> plan for encampment engagement, cleaning, and reduction in each Council District; (iii) the City's creation of shelter and/or housing to accommodate a minimum of 60% of unsheltered City Shelter Appropriate PEH in the City as
> determined by the Required Number; and (iv) the City's plan for encampment
> engagement, cleaning, and reduction in the City. The City will provide the plans,
> milestones and deadlines to Plaintiffs, and the City and Plaintiffs agree to work
> together in good faith to resolve any concerns or disputes about the plans, milestones, and deadlines, and will consult with the Court for resolution, if necessary. The City will provide a report setting forth the milestones and deadlines. The Parties agree the City will promptly employ its best efforts to
> comply with established plans, milestones, and deadlines.

Unfortunately, we have never received any milestones and deadlines.

By way of background, earlier this year the Alliance began the meet-and-confer process with the City about their lack of milestones and deadlines, and we were asked to wait until the end of Q3 (October 1, 2023). The reason was because the City put out an RFQ for a list of qualified service/outreach providers, with the intention of hiring service and outreach providers in each district, which were to be fully staffed in each district by July 1. Thereafter the providers would conduct a full assessment of each district and be able to provide that accurate assessment

along with milestones and deadlines by October 1, 2023.  Because of the delays caused by 1) the late 2022 PIT count release, 2) the change in administration, and 3) the difficulty with LAHSA, we agreed to this delay because it was a sensical approach and ultimately our goal is to see success, not punishment of the City for the sake of punishment.

However what we ultimately received from the City on October 3, 2023 has no milestones or deadlines.  Instead the document contains general descriptions of what the City is currently doing and has done over the last 10 months which is patently insufficient and in violation of the agreement on its face.  Please see attached document (as LA Alliance Encampment Engagement Cleaning and Reduction 10-3-23).

The parties met and conferred last Friday, October 16, 2023.  The City suggested there may be other documents that they may be able to share under a protective order (which we remain open to), but will not have an answer for me about such documents until next Friday, October 27, 2023.  My clients cannot wait until next Friday and have waited long enough.  We have exhausted good faith efforts to resolve this dispute and are now at an impasse.

The Agreement provides that the parties will submit the issue to the Court, but the Agreement also provides that the Court may appoint a special master to assist the Court in overseeing and enforcing this Agreement and you have been appointed.  Please advise how you would like us to proceed—I suggest first a meeting with you and all parties (or separately), or we could submit it directly on the public docket.

Thank you,
Liz



**ELIZABETH A. MITCHELL**
*Partner*

elizabeth@umklaw.com
Office: (213) 394-7979
www.umklaw.com

Nothing in this communication is intended to convey tax-related advice.  This message may contain confidential and privileged information.  If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.  Thank you.

**Exhibit E**
**Page 56**

# Exhibit F

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

## Encampment Engagement, Cleaning, and Resolution Plans & Milestones

Paragraph 5.2. of the Settlement Agreement requires the City to create plans and develop milestones and deadlines for the City's plan for encampment engagement, cleaning, and reduction in each Council District and the City.

The parties agree that these milestones should focus on high-level outcomes and accomplishing the collective goal of reducing homelessness on the City's streets and sidewalks.  The milestones are intended to provide plans and deadlines to determine progress in the City's efforts in reducing the number of encampments and addressing homelessness in general.

### ENGAGEMENT

The City has a multi-pronged approach to addressing homelessness that focuses on connecting people to services and housing.  This approach is centered on moving unsheltered individuals from encampments to interim housing to permanent, stable and supportive housing.  The City uses multiple resources in coordination with the County to engage in outreach through Homeless Engagement Teams funded through LAHSA, City Intervention/Outreach teams, multidisciplinary teams, and street medicine teams.  This comprehensive approach allows the City to address the needs of people experiencing homelessness in a holistic way.

The City's overarching goal is a Citywide approach, addressing encampments[1] through lenses of equity and need across Council Districts.  Encampment engagement occurs constantly throughout the City.  The City will engage with a single encampment for several weeks before it can be resolved.  This long engagement period allows service providers to develop relationships and trust with the residents.  It also allows the City time to line up all of the necessary services (City, County, private, etc.).  As these resources increase, so will the City's ability to conduct encampment engagement and reduction.

### Homeless Engagement Teams (HETs): General, CARE, and CARE+

The primary focus of the HETs is to undertake targeted engagement efforts that focus on moving unsheltered residents experiencing homelessness into crisis, bridge and/or permanent housing utilizing a housing-first orientation with minimum eligibility criteria.

---

[1] LAHSA considers an "encampment" to be 5 or more PEH and 3 or more shelters (tents, makeshifts, or vehicles) within a 300-foot radius or physical boundaries defined by an encampment resolution effort.

1

**Exhibit F**
**Page 57**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

**Encampment Engagement, Cleaning, and Resolution Plans & Milestones**

The City currently funds 41 two-person outreach teams through LAHSA:

- 15 teams are focused on supporting CARE+ operations in each Council District;
- 13 teams are dedicated to provide outreach services for CARE citywide;
- 10 teams are deployed to targeted areas identified based on priorities from Council offices, the general public, and service requests from lahop.org; and
- 3 teams are assigned to Hollywood, the area surrounding City Hall, and the Broadway/110 corridor.

*Homeless Engagement Teams (Operation Healthy Streets)*

Two teams are linked with the CARE+ team in the Skid Row area. The teams consist of three dedicated outreach workers and one additional outreach worker leveraged from a general LAHSA HET outreach team. The team provides outreach services and support as LASAN provides clean ups and regular sanitation services through CARE+ operations. The teams also assist in providing outreach and notification prior to cleaning of a specific area.

*Skid Row Homeless Engagement Teams*

The Skid Row HETs provide two two-person teams assigned to the Skid Row area for street engagement. Skid Row HETs are displayed within the Skid Row area that include at least one bilingual HET staff member. These additional teams are meant to expand the existing capacity of outreach in the Skid Row area of the C3 and MDT and other outreach efforts happening within the area.

*Homeless Engagement Team (C3 Partnership)*

The C3 (City + County + Community) is a partnership designed to systematically engage people living on the streets of Skid Row and help them regain their health and housing stability. This outreach team provides street engagement, immediate access to needed resources including but not limited to: interim housing, urgent care, primary care, mental health and substance abuse services, and expenditure linkage to permanent supportive housing services.

*Roadmap Outreach Teams*

To support the City's Homelessness Roadmap efforts, 15 outreach teams are provided across the City, one per Council District. These teams are focused on encampments and people experiencing homelessness within five hundred (500) feet of all freeway overpasses, underpasses, on-ramps, and off-ramps. These teams work closely with

2

**Exhibit F**
**Page 58**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

## Encampment Engagement, Cleaning, and Resolution Plans & Milestones

relevant City partners to prioritize their targeted population for new housing interventions being funded through the City's Homelessness Roadmap. Similar to the Homeless Engagement Teams, the Roadmap Outreach Teams prioritize linking targeted engagement efforts into new and existing Crisis, Bridge and / or Permanent Housing units.

### *City Intervention/Outreach Teams*

In Fiscal Year (FY) 2023-24 the City has funded 13 intervention teams to be trained and deployed in support of encampment resolution. The City's approach is detailed in the "Encampment Resolution" section below.

### *Multi-Disciplinary Teams (MDTs)*

The City currently funds multi-disciplinary teams in six Council districts (one team per Council district). These teams provide specialized outreach that combines medical, mental health, substance abuse, and lived-experience to have a comprehensive, integrated approach to outreach.

### *Street Medicine Program*

The City also funds the USC Street Medicine Program delivers full service primary care on the street, which includes treatment for acute and chronic disease, preventative medicine, treatment for psychiatric conditions, and substance use disorders.

### *Crisis and Incident Response through Community-Led Engagement (CIRCLE)*

CIRCLE is an unarmed 9-1-1 diversion program that deploys trained civilian teams to address non-urgent calls related to individuals experiencing homelessness and follow-up support to connect individuals to services. CIRCLE aims to disrupt the reciprocal relationship between homelessness and the criminal justice system by addressing non-violent incidents related to unhoused individuals and creating positive outcomes through connections to services. The program has five operating areas: Hollywood, Downtown, Venice, Northeast Valley, and South LA. Each area has a 24/7 Response Team that consists of a supervisor and outreach worker with lived experience. The work of the Response Teams in each area is supported by a mental health counselor and an outreach team that conducts follow-up engagement and case management five days a week. CIRCLE teams are equipped with vehicles and supplies, including water, snacks, clothing, and Narcan to reverse opioid overdoses.

3

**Exhibit F**
**Page 59**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

**Encampment Engagement, Cleaning, and Resolution Plans & Milestones**

*Vehicle Dwelling Operations*

In response to the lifting of the City's Parking Enforcement Moratorium, the Office of the City Administrative Officer (CAO), along with all relevant partners, worked to create a comprehensive approach to address Vehicle Dwellings and connect people experiencing vehicular homelessness to appropriate resources and to ensure the health and safety of our public streets.

Council offices contact the CAO's Regional Outreach Coordinator (ROC) team with vehicle dwelling priority locations. The ROC will request LADOT, LAPD, WPD, LASAN to assess the vehicles at the location and report back on any violations which may require immediate attention. The ROC schedules a meeting with all partners to discuss the location and determine next steps.

Between May 2022 and September 2023, a total of 167 Vehicle Dwelling Operations have been completed, and 49 persons experiencing homelessness have been housed.

## CLEANING

The Comprehensive Cleaning and Rapid Engagement (CARE/CARE+) teams conduct citywide encampment clean-ups along with trash, litter/debris, and health hazard and/or safety hazard removal on the City's public rights-of-way. The primary mission of the CARE and CARE+ teams is to deliver services to the individuals experiencing homelessness within their service areas. These services are deployed in coordination with other supportive outreach services provided by the City. 15 LAHSA HET teams are focused on supporting CARE+ operations for each Council District, and 13 teams are dedicated to provide outreach services for CARE citywide. In addition, two teams are linked with the CARE+ team in the Skid Row area.

The City publishes a daily schedule of CARE and CARE+ cleanings.  The City's current milestones for cleaning are to conduct 2 encampment cleanings each week in each Council District (*i.e.* 30 encampment cleanings each week).  The City plans to increase that milestone to 5 encampment cleanings each week in each Council District by the end of FY 24-25.

CARE teams seek L.A.M.C. 56.11 compliance and provide spot cleaning services; health hazard and/or safety hazard identification, documentation, and removal; and trash, litter, and debris removal. These teams provide day-to-day maintenance to achieve safe and clean public rights-of-way. CARE+ teams provide full comprehensive cleanings including the identification, documentation, and removal of line-of-sight health

4

**Exhibit F**
**Page 60**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

## Encampment Engagement, Cleaning, and Resolution Plans & Milestones

and/or safety hazards; the removal of trash, litter, and debris; and the power washing of public rights-of-way to ensure fully sanitized areas for public safety.

CARE/CARE+ teams are deployed across three main assignments:

- A Bridge Home Special Enforcement Cleaning Zones (ABH SECZs). CARE+ services are provided to each ABH SECZ once per week, and CARE services are provided to each ABH SECZ twice per week.
- Focused Service Zones (FSZ): FSZs are specific high-need regions that require consistent, recurring, and dedicated services. These include the following:
    - Operation Healthy Streets (OHS) Skid Row. CARE+ services are provided daily, Monday through Friday. This area is divided into zones that receive services once every two weeks on a rotating schedule.
    - Operation Healthy Streets (OHS) Ocean Front Walk in Venice Beach. CARE+ services are provided once per week.
    - Grand Ave/110 Fwy Corridor (Grand Ave). CARE+ services are provided five days per week.
- Citywide CARE+ Services: In each Council District, CARE+ services are provided twice per week and CARE services are provided approximately three times per week. Locations are determined by Council District staff. Note that there may be additional CARE+ operations in each Council District if there is one or more A Bridge Home Special Enforcement Cleaning Zones or Focused Service Zones.

## RESOLUTION

The City's overarching goal is a Citywide approach, addressing encampments through lenses of equity and need across Council Districts.  The parties recognize the best metric is to view resolutions in six-month periods, because some months may involve more resolutions while other months may be more focused on preparation for resolutions.  The City is providing the below milestones for resolutions through the end of 2024.  Importantly, the City aims to accomplish more resolutions and, thus, these are meant to be baseline numbers.  Before the end of 2024, the City will reevaluate how best to increase the number of resolutions based on available City, County, State, and Federal resources.

For each month during the six month period from January through June 2024, the City aims to resolve at least two tent and makeshift shelter encampments and at least three

5

**Exhibit F**
**Page 61**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

**Encampment Engagement, Cleaning, and Resolution Plans & Milestones**

RV encampments involving at least 100 individuals.  Starting July 1, 2024, and through December 31, 2024, the City aims each month to resolve at least three tent and makeshift shelter encampments and four RV encampments involving at least 150 individuals.

The City uses the following general process for encampment resolution

*Selection*

Encampments are identified for potential resolution through several avenues:

1. Council Office priorities
2. Encampments identified by the City's Field Intervention Teams
3. Notification by stakeholders in the community – churches, community organizations, schools, businesses, and residents may identify an encampment

Encampment prioritization is evaluated based on the availability of housing resources and the severity of the encampment.

Housing availability: In order to resolve an encampment, the City must ensure there are beds available to match with encampment residents and that service providers have the capacity to provide case management and other services.

Severity of the encampment: The City takes several data points into account to evaluate encampments, including data from 311 calls as well as emergency requests for police, fire, or medical service.

*Approach to Engagement*

The City's Field Intervention Teams conduct outreach across the City. A large part of this engagement work is to mobilize existing outreach, including:

- Service provider outreach teams
- LAHSA Homeless Engagement Teams (HET)
- Street Medicine engagement teams (if applicable)
- Council Office designated homelessness outreach teams (if applicable)

In preparing for an encampment resolution operation, the Field Intervention Teams work with various outreach teams to collectively engage in case conferencing and coordination to ensure a complete picture of the historical knowledge and context of the

**Exhibit F
Page 62**

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

**Encampment Engagement, Cleaning, and Resolution Plans & Milestones**

area and the people experiencing homelessness (PEH) living there.  The teams work to create a unified list so that support is inclusive of the entire footprint of the encampment.

The County's involvement is one of a valued collaborator. The County provides services through its departments, including the Department of Mental Health, the Department of Health Services, and the Department of Public Social Services. They assist with the coordination of multidisciplinary teams to support the wide range of acuity amongst PEH in the encampment. Additionally, when the City prepares to resolve an encampment on adjacent City/County property, the County will activate further County departments that can support the operation.

Service Providers are not only instrumental to effective outreach and engagement, but are also the providers of case management as participants are housed. Prior to an encampment resolution, a contracted provider will activate their outreach and multidisciplinary teams if they have one (not all Service Providers have a multidisciplinary team, which is an important point for County support). Once a participant is in interim housing, service providers are tasked with case management, meal provision, document readiness, and sometimes housing navigation (sometimes additional providers are brought in for this).

City departments, including the Department of Transportation (DOT), Los Angeles Department of Sanitation (LASAN), and the Los Angeles Police Department (LAPD), are also important partners in the successful realization of encampment resolution operations.

DOT provides buses to transport participants from the encampment to their interim housing. They also coordinate parking enforcement to assist with road closures to ensure a safe street for encampment residents and the teams in the field.

LASAN documents voluntary surrender of any belongings not going to the interim housing site, inspects for biohazards, clears all surrendered belongings, and power-washes the area (see CARE/CARE+ section above).

While the City's trauma-informed approach means LAPD is not actively engaging in outreach, LAPD personnel are always fully briefed and on standby in the area to assist in any cases of violence or criminal activity. LAPD acts as a protective layer to ensure the safety of the PEH in the encampments as well as the safety of the teams in the field.

General goals for encampment engagement, cleaning, and reduction include:

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

<u>**Encampment Engagement, Cleaning, and Resolution Plans & Milestones**</u>

- Reduce the loss of life of people experiencing homelessness across the City
- Increase access to mental health and substance abuse treatment (provided by County) for those living in encampments
- Eliminate street encampments, including RV encampments
- Promote long term housing stability for people experiencing homelessness
- Enhance the safety and hygiene of neighborhoods for all residents, businesses and neighbors

*Additional Information*

The City continues to work with the federal and state government and apply for homelessness funding (including encampment resolution grants). In addition, the City has been working with LAHSA who has now developed a dashboard and report on Los Angeles City Housing and Homeless Engagement which provides detailed homeless and housing data across the City and by Council District.

8

**Exhibit F**
**Page 64**

# Exhibit G

*LA Alliance v. City of Los Angeles, 2:20-CV-02291-DOC*

**Revised Encampment Reduction Milestones**

I.        Introduction

The City of Los Angeles submits this revised encampment reduction milestones to supplement its earlier submission.  The City is increasing its commitment to reduce a minimum of 12,000 tents, makeshift shelters, cars, vans, and RVs over the term of the settlement agreement, which is more than twice the 5,328 reductions originally proposed by the LA Alliance.  Every six months, the City aims to reduce no less than 1,200 tents, makeshift shelters, cars, vans, and RVs and will work to provide interim shelter for every unsheltered individual, even though the settlement agreement does not obligate the City to provide interim housing.  The City's ultimate goal is to provide permanent supportive housing for the unsheltered individuals assisted off the streets.  Biannually, the City will provide LA Alliance with the overall number of encampment reductions accomplished from the previous six months citywide and broken down by Council district.

This past year, the City of Los Angeles, under Mayor Karen Bass' leadership, has proven there is a better way to urgently address the homelessness crisis, by applying a citywide focus to offering unsheltered individuals interim shelter, housing, and services, and not relying on district by district approaches or threats of enforcement of criminal laws.  Much of the success this past year is attributable to the new Mayor working with the City Council, which itself had changed in significant ways since the settlement was signed.  The Mayor and City Council locked arms together and with City partners including the County of Los Angeles and the Los Angeles Homeless Services Authority (LAHSA).  The 2023 citywide approach demonstrated that success will come from increased resources applied in close collaboration with the Mayor, City Council, and City partners.

The Mayor signaled the City's pivot away from the district-centric approach to a more equitable and citywide approach on December 12, 2022, when on her first day in office she declared a citywide homelessness emergency.  Immediately upon declaring the emergency and throughout 2023, the Mayor, working with the City Council and individual councilmembers, cleared some of the City's most intractable encampments.  Thirty four large encampments throughout all 15 Council districts were resolved in 2023.[1]  With cooperation among Council districts, interim housing was found even if it was not in the same district where the encampment was located.  This citywide approach with cooperation among districts was not typical prior to 2023.  Balkanization among the districts made it harder to address the City's homelessness crisis effectively.

---

[1] Attached is a map showing the location of the 32 encampment reductions completed as of November 30, 2023, as part of the Mayor's Inside Safe program.  They are in every Council district spread across the City, and reflect the collaboration among City Hall stakeholders and the City's partners in tackling the homelessness crisis.

The 2022 settlement agreement included the district by district approach, which allowed individual districts the opportunity to increase enforcement against encampments upon creating shelter or housing for 60% of the district's unsheltered "City Shelter Appropriate" homeless population.  For those districts with fewer unsheltered individuals, relatively little shelter or housing would need to be built to achieve the 60% threshold.  Moreover, allowing districts that achieve the 60% threshold to increase enforcement against the unsheltered individuals remaining in the district risks pushing those unsheltered individuals into adjacent districts.  Unsheltered individuals will likely migrate to districts that have historically borne the brunt of the City's homeless crisis, including Skid Row[2] and districts in South Los Angeles and parts of the San Fernando Valley.  These districts have suffered from long established patterns of economic and residential segregation and disinvestment that has led to an overconcentration of considerably large numbers of unsheltered individuals in those communities.  Without employing a citywide strategy, the City's current administration is concerned about perpetuating this unequal application of resources and opportunities and exacerbating the CIty's racial and poverty divides.

The settlement's requirement for the City to break down its citywide encampment reduction by individual districts is a vestige of the district by district approach.  The City requests that the LA Alliance give the City's current administration the opportunity to focus on the citywide approach and, therefore, not insist that the City project district by district milestones.

II.      Background

In May of 2022, the Court approved the settlement agreement between the City and the LA Alliance, which included a City obligation to provide milestones and deadlines citywide and for each Council district for: 1. "the creation of shelter and housing"; and 2. "encampment engagement, cleaning, and reduction".  The City satisfied the first milestone when it submitted to the LA Alliance last year the five year plan to create 12,915 units of shelter and housing.  That first milestone was not disputed.  The City submitted the second set of milestones last month, which included a commitment to reduce tent, makeshift shelter, cars and RV encampments that would result in approximately 1,500 unsheltered individuals being helped off the street.  LA Alliance objected to the City's encampment reduction milestone claiming it was insufficient and did not break down the number of encampment reductions by each of the 15 Council districts.

In an effort to resolve the dispute, the Court met with both parties on December 14, 2023.  Shortly before the Court meeting, the City and Alliance discussed the City committing to reduce 9,800 tents, makeshift shelters, cars and RV over the term of the settlement agreement, but the City continued to express concern with breaking down the number district by district.  The Court gave the City until December 29, 2023, to submit its revised milestone for encampment reduction.

---

[2] The City is joining the County in creating a Skid Row action plan, another example of how the County and City are working collaboratively and focusing on areas of the City with significant need.  The City also purchased the Mayfair hotel, which will provide additional interim housing in the downtown area.

2

**Exhibit G**
**Page 66**

III.    City Increases its Encampment Reduction to 12,000 Unsheltered Individuals

The City's increased milestone to reduce no fewer than 12,000 tents, makeshift shelters, cars, vans, and RVs off public spaces during the term of the settlement agreement more than doubles the 5,300 reductions originally sought by LA Alliance.  This should be welcome news to the LA Alliance.

The City will continue to focus encampment reductions based on citywide needs and the needs of the City's unsheltered population.  Every six months, the City aims to reduce no less than 1,200 tents, makeshift shelters, cars, vans, and RVs and will work to provide interim housing for every unsheltered individual, even though providing interim shelter is not required under the settlement agreement.  Every six months, the City will provide LA Alliance the overall number of encampment reductions accomplished during the previous six months citywide and broken down by Council district.

The City's ultimate goal is to provide permanent supportive and affordable housing for the unsheltered individuals assisted off the streets.  To speed up the creation of affordable housing, the Mayor's Executive Directive 1 (ED1) has already accelerated the review of more than 9,000 affordable housing units.  ED 1 has cut through red tape at City Hall – what used to take six to nine months to get permits now only takes an average of 45 days.  The number of applications to the Department of City Planning with affordable housing units has also increased by 85% compared with 2022, from 6,500 to 12,000 units overall - both ED1 and non-ED1 units.  In total, 119 affordable housing projects have qualified for ED1 with the Department of City Planning and 59 project cases have received entitlements (60 are currently under review).  In 2024, 27 City-financed supportive housing projects with 1,916 units are expected to open.  Although not specific to reducing encampments, the expedited creation of affordable and supportive housing is critical to the City's goal of moving unsheltered individuals from interim to permanent housing.

The City also continues to ensure that HHH funds deliver the results expected and lead to more affordable housing developments.  As of December 2023, nearly all HHH funds have been obligated with $1.12 billion of the $1.2 billion General Obligation (GO) Bond.  There are currently 132 total projects in the HHH pipeline, with 8,714 total units as follows:

- 65 projects with 3,945 units built, open, and offering housing
- 43 projects with 2,908 units under construction
- 24 projects with 1,861 units in predevelopment

IV.    Projections of Encampment Reductions District by District is Not Consistent with the City's Current Approach to Tackle the Homelessness Crisis

Although the LA Alliance should be pleased with the City's commitment to reduce encampments by no less than 12,000 citywide, the City anticipates LA Alliance might still seek to have the City provide encampment reduction projections in each of the 15 Council districts.

The City does not dispute that the settlement agreement requires district by district milestones. But the City's approach to tackling the homelessness crisis has changed dramatically since the settlement agreement was signed.  A district by district focus reflected the City's past balkanized approach to addressing homelessness, including some districts relying on the use of criminal enforcement to clear public spaces of encampments.  At the time of the settlement, the City wanted the ability for individual Council districts to increase enforcement against encampments in a district that created shelter or housing beds for 60% of the district's unsheltered City Shelter Appropriate homeless population using the 2022 Point in Time (PIT) Count.  But such a district by district approach perpetuates the City's old, fractured way of addressing homelessness.  It incentivizes Council districts with fewer unsheltered individuals to create just enough shelter and interim housing to reach a 60% threshold.  Importantly, this risks a migration of the City's unsheltered population from those districts to districts that historically have borne the weight of the homelessness crisis, including Skid Row and districts in South Los Angeles and parts of the San Fernando Valley.  This does nothing to address - and indeed exacerbates - the long history of economic and residential segregation along with disinvestment in certain areas of our city.  This has led to an overconcentration of considerably large numbers of unsheltered individuals in those communities.  Without a citywide strategy that is less focused on district by district milestones, the current City administration is concerned about perpetuating this unequal application of resources and opportunities to the detriment of certain neighborhoods, particularly those with larger concentrations of racial and ethnic minorities.

IV.    The City has Followed a Different and More Effective and Equitable Path to Tackle the Homelessness Crisis

Last December - nine months after the settlement agreement was executed - Mayor Bass, on her first day in Office, declared the first of its kind City homelessness emergency and locked arms with the new City Council and other partners, including the County of Los Angeles and LAHSA.  This brought a new urgency and collaboration to the homelessness crisis.  These stakeholders focused on citywide solutions that moved away from the district-centric approach of the past.  This collaboration helped instill goodwill among the stakeholders and brought substantial increases in funding.  The new shared commitment allowed the City to break down barriers that in the past made tackling the homelessness crisis less effective.  An example of this new approach was the launch of the innovative Inside Safe program, which offered unsheltered individuals living in street encampments throughout the City the opportunity to move inside into interim housing and receive needed services.  The first year of the program brought inside over 2,000 unsheltered individuals living in some of the most intractable encampments spread among all of the Council districts.  Inside Safe debunked the myth that most unsheltered individuals do not want to leave the streets.  The vast majority of unsheltered individuals living in 34 large street encampments came inside in 2023.

Inside Safe showed the promise that lies ahead if the City continues to work collaboratively citywide.  As part of Inside Safe, Council districts work with the Mayor and other City partners to identify encampments for resolution.  Inside Safe promotes cooperation among Council districts

where, for example, insufficient interim housing is not available in the district where an encampment is located, other districts have helped arrange interim housing in their district.  This is an important feature of Inside Safe and a reflection of the City's new citywide approach.  It allows the City and its partners to consider multiple factors in the placement decision, including what is best for the individual, the availability of housing, and addressing historic inequities in housing practices in the City.

Therefore, the City urges LA Alliance to join the City in its new approach to tackle the homelessness crisis by embracing the City's commitment to reduce no less than 12,000 individual tents, makeshift shelters, cars, vans, and RVs and to allow the City to depart from its past, inefficient, and often inequitable district by district focus.

5

**Exhibit G**
**Page 69**

# Exhibit H

| Time Period | Citywide Milestone Period | Citywide Aggregate Milestone | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 | CD 8 | CD 9 | CD 10 | CD 11 | CD 12 | CD 13 | CD 14 | CD 15 | Total by CD | Aggregate by CD Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jun - Dec 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Jan - Jun 23 | 800 | 800 | 72 | 32 | 27 | 25 | 22 | 45 | 42 | 38 | 83 | 38 | 48 | 27 | 65 | 182 | 54 | 800 | 800 |
| July - Dec 23 | 1,125 | 1,125 | 102 | 45 | 38 | 35 | 31 | 63 | 59 | 53 | 116 | 53 | 67 | 38 | 91 | 258 | 76 | 1,125 | 1,925 |
| Jan - June 24 | 1,125 | 1,125 | 102 | 45 | 38 | 35 | 31 | 63 | 59 | 53 | 116 | 53 | 67 | 38 | 91 | 258 | 76 | 1,125 | 3,050 |
| July - Dec 24 | 1,125 | 1,125 | 102 | 45 | 38 | 35 | 31 | 63 | 59 | 53 | 116 | 53 | 67 | 38 | 91 | 258 | 76 | 1,125 | 4,175 |
| Jan - June 25 | 1,125 | 1,125 | 102 | 45 | 38 | 35 | 31 | 63 | 59 | 53 | 116 | 53 | 67 | 38 | 91 | 258 | 76 | 1,125 | 5,300 |
| July - Dec 25 | 1,125 | 1,125 | 102 | 45 | 38 | 35 | 31 | 63 | 59 | 53 | 116 | 53 | 67 | 38 | 91 | 258 | 76 | 1,125 | 6,425 |
| Jan - June 26 | 1,125 | 1,125 | 102 | 45 | 38 | 35 | 31 | 63 | 59 | 53 | 116 | 53 | 67 | 38 | 91 | 258 | 76 | 1,125 | 7,550 |
| July - Dec 26 | 1,125 | 1,125 | 102 | 45 | 38 | 35 | 31 | 63 | 59 | 53 | 116 | 53 | 67 | 38 | 91 | 258 | 76 | 1,125 | 8,675 |
| Jan - June 27 | 1,125 | 1,125 | 102 | 45 | 38 | 35 | 31 | 63 | 59 | 53 | 116 | 53 | 67 | 38 | 91 | 258 | 76 | 1,125 | 9,800 |
| **Totals:** | **9,800** | **9,800** | 888 | 392 | 331 | 305 | 270 | 549 | 514 | 462 | 1,011 | 462 | 584 | 331 | 793 | 2,246 | 662 | 9,800 | |

**Exhibit H**
**Page 70**

# Exhibit I



**Office of the Los Angeles City Attorney**
**Hydee Feldstein Soto**

January 10, 2024

Elizabeth A. Mitchell
UMHOFER, MITCHELL & KING LLP
767 S. Alameda Street, Suite 270
Los Angeles, CA 90021

Re:  Alliance Milestones and Encampment Reduction

Dear Liz:

This letter responds to your January 8, 2024 letter to David Michaelson, Counsel to Mayor Karen Bass, and Scott Marcus, Chief Assistant City Attorney, concerning the Encampment Reduction Milestones in the Settlement Agreement between your client, Alliance, and the City of Los Angeles.

We were surprised by the tone and content of your letter as it is inconsistent with the 90+ minute meeting hosted by the Mayor last week.  As Alliance knows, and was discussed in depth at last week's meeting, the actual work done by the City to reduce encampments citywide has been more successful than any period of time prior to the 2022 settlement agreement being executed.  Thousands of our unsheltered neighbors left the streets and came inside.  Therefore, even though the City's obligation to provide encampment reduction milestones is late, the actual work in reducing encampments has been ongoing and successful.  Of course much more needs to be done and will be done.

The City appreciates your clients' frustration with the length of time it has taken to resolve this issue.  However, your recitation of the facts is not entirely accurate, which may account for some of your clients' frustration.

**Exhibit I**
**Page 71**

January 10, 2024
Page 2

For example:

- The confusion over the aggregate number of encampment milestone reductions began when you proposed the number to be 5,327.  You then called it a "typo" and ballooned the number to more than double, and ultimately reduced it to 9,782 to account for only City Shelter Appropriate people experiencing homelessness. The discussion that led to the 9,782 number was in the context of the City's previous proposal of only City-wide milestones, not district-by-district milestones.
- In response to the City's request for a 3-week extension, Alliance demanded the City agree to: (1) no less than 9,782 encampment reductions over the five years; (2) including district-by-district milestones and deadlines; (3) a meeting with Mayor Bass prior to January 19; and (4) a $250,000 per week penalty for every week or partial week of delay beyond January 19.  The City's December 26 email expressly declined to accept the conditions and the City timely provided the revised milestones on December 29.  In addition, the Mayor met with Alliance on January 4.
- The milestones proposed by the City before January 6 were clearly, if not expressly, City-wide milestones, and therefore did not include any district-by-district milestones.  This is consistent with the "citywide approach" that the City had taken on every proposed milestone up until January 6.
- Based on all of the communications listed above, it is clear that the City and Alliance were negotiating towards, but had yet to agree on, a mutually-acceptable set of encampment reduction milestones.

Given the history of the negotiations, Alliance's reaction to the City's January 6 proposal is misplaced, because the proposal is exactly as demanded by Alliance: <u>9,800 reductions over five years with projections in each Council District</u>.  Again, the City acknowledges its responsibility for the delays during this negotiation process, but your assertion that Alliance has "no faith" in the City's ability or willingness to comply with its proposal is illogical given the City agreed to Alliance's number and district projections, and because of the City's past year of success doing the <u>actual work</u> to reduce encampments and bring people inside.  Indeed, last year the City reduced encampments in greater numbers than ever before.

That said, the City remains committed to resolving this issue, and in that spirit, makes this final proposal:

- The City will agree to reduce 9,800 tents, makeshift shelters, cars, and RVs by June 30, 2026, based on revised district-by-district milestones;
- The City will provide quarterly reporting of district-by-district and City-wide metrics and progress in meeting the milestones.

**Exhibit I**
**Page 72**

January 10, 2024
Page 3

The settlement agreement does not require the City to provide an encampment reduction milestone specific to Skid Row or any other individual encampments.  Finally, payment of punitive damages to Alliance is unwarranted.  The City will continue to focus its resources on achieving our mutual goals as set forth in the Settlement Agreement.

Please let us know how Alliance would like to proceed.

Sincerely,

*Scott Marcus*

Scott Marcus
Chief Assistant City Attorney

cc:     David Michaelson, Office of the Mayor

**Exhibit I
Page 73**

# Exhibit J

Case 2:20-cv-02291-DOC-KES   Document 668-1   Filed 02/07/24   Page 85 of 85   Page ID #:20046

**LA Alliance Milestone Goals**

| Time Period | Citywide Milestone Period | Citywide Aggregate Milestone | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 | CD 8 | CD 9 | CD 10 | CD 11 | CD 12 | CD 13 | CD 14 | CD 15 | Total by CD | Aggregate by CD Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| July - Dec 22 | 800 | 800 | 71 | 31 | 24 | 24 | 23 | 45 | 42 | 38 | 83 | 40 | 48 | 27 | 66 | 184 | 54 | 800 | 800 |
| Jan - Jun 23 | 1,000 | 1,800 | 88 | 38 | 30 | 30 | 29 | 56 | 52 | 47 | 103 | 50 | 60 | 33 | 82 | 235 | 67 | 1,000 | 1,800 |
| July - Dec 23 | 1,000 | 2,800 | 88 | 38 | 30 | 30 | 29 | 56 | 52 | 47 | 103 | 50 | 60 | 33 | 82 | 235 | 67 | 1,000 | 2,800 |
| Jan - June 24 | 1,250 | 4,050 | 110 | 48 | 37 | 38 | 37 | 70 | 65 | 59 | 129 | 62 | 75 | 41 | 102 | 293 | 84 | 1,250 | 4,050 |
| July - Dec 24 | 1,250 | 5,300 | 110 | 48 | 37 | 38 | 37 | 70 | 65 | 59 | 129 | 62 | 75 | 41 | 102 | 293 | 84 | 1,250 | 5,300 |
| Jan - June 25 | 1,500 | 6,800 | 132 | 57 | 44 | 45 | 44 | 84 | 78 | 70 | 155 | 75 | 90 | 50 | 123 | 352 | 101 | 1,500 | 6,800 |
| July - Dec 25 | 1,500 | 8,300 | 132 | 57 | 44 | 45 | 44 | 84 | 78 | 70 | 155 | 75 | 90 | 50 | 123 | 352 | 101 | 1,500 | 8,300 |
| Jan - June 26 | 1,500 | 9,800 | 132 | 57 | 44 | 45 | 44 | 84 | 78 | 70 | 155 | 75 | 90 | 50 | 123 | 352 | 101 | 1,500 | 9,800 |
| **Totals:** | **9,800** | **9,800** | 863 | 374 | 290 | 295 | 287 | 549 | 510 | 460 | 1,012 | 489 | 588 | 325 | 803 | 2,296 | 659 | 9,800 | |