UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,

        Plaintiffs,

    v.

CITY OF LOS ANGELES, *et al.*,

        Defendants.

Case No. 2:20-CV-02291-DOC-KES

Assigned to Judge David O. Carter

**[PROPOSED] ORDER GRANTING MOTION FOR ORDER RE SETTLEMENT AGREEMENT NON-COMPLIANCE AND SANCTIONS**

Before:  Hon. David O. Carter
Courtroom: 10A
Hearing Date:  March 4, 2024
Hearing Time:  8:30 p.m.

*[PROPOSED] ORDER GRANTING MOTION FOR ORDER RE SETTLEMENT AGREEMENT NON-COMPLIANCE AND SANCTIONS*

The Court, having considered the Motion for Order re Settlement Agreement Non-Compliance and Sanctions filed by Plaintiffs, Plaintiffs' supporting papers and evidence, the opposition papers and evidence, the record on file in this action, and arguments of counsel, the Court orders:

    i.    The City shall pay sanctions to the LA Alliance for Human Rights $100,000 for each week of noncompliance and obstruction from November 11, 2022 to the date it came into compliance, January 31, 2024. The payment shall be made within 30 days and will fund the Alliance's efforts to ensure accountability for the remaining four years of the Agreement.

    ii.    The special masters of both the City and County agreements shall provide quarterly written reports to the parties and the Court to allow effective monitoring success and failure on this crucial issue.

    iii.    The City Attorney and the Mayor's Office shall report monthly to the City Council or a subcommittee or task force designated by the City Council concerning compliance with the Settlement Agreement.

    iv.    The City Attorney shall assign a Deputy City Attorney with no supervisorial duties to monitor and ensure the City's compliance with the Settlement Agreement.

    v.    The City shall present plans within 30 days to reduce encampments in two high-acuity areas: (i) Avenues 59 and 45 in Highland Park and (ii) Skid Row.  The City's plans will include aggressive milestones and deadlines to resolve encampments in those areas.

**IT IS SO ORDERED.**

Dated: _____ __, 2024

_____
The Honorable David O. Carter
United States District Court Judge

1