# EXHIBIT 1

FORM GEN. 160

**CITY OF LOS ANGELES**
INTER-DEPARTMENTAL CORRESPONDENCE

0220-06083-0012

Date:        February 1, 2024

To:          Paul Krekorian, Council President
             City Council

             Nithya Raman, Chair
             Housing and Homelessness Committee

             Bob Blumenfield, Chair
             Budget, Finance and Innovation Committee

From:        Matthew W. Szabo, City Administrative Officer
             Office of the City Administrative Officer

Subject:     **HOMELESSNESS EMERGENCY ACCOUNT - GENERAL CITY PURPOSES FUND ELEVENTH STATUS REPORT (C.F 22-1545) AS OF FRIDAY, JANUARY 19, 2024**

On January 18, 2023, the City Council and Mayor approved the motion (C.F. 23-0033) to establish the Homelessness Emergency Account (HEA) to address the City's homelessness crisis and approved the transfer of $23,462,698.25 from the COVID-19 Emergency Response account and $26,537,301.75 from the Additional Homeless Services - General City Purposes account for a total of $50,000,000. The City Council and Mayor also authorized the City Administrative Officer to spend the funds as directed by the Mayor, and to provide reports to Council on the expenses incurred and purposes for which the funds were used.

During the annual budget process for FY 2023-24, the Council and Mayor approved a $1.3 billion budget for homeless-related expenditures, of which $250 million in funding was allocated to continue implementation of the Inside Safe Initiative. An initial allocation of $65.7 million was appropriated at the beginning of the fiscal year to the HEA with the remaining balance appropriated to the Inside Safe Reserve Fund account. If the available uncommitted balance in the HEA is below $25 million during the fiscal year, the CAO is instructed to provide a memo to the Mayor, Council, and Controller requesting the Controller to effectuate a transfer within 10 calendar days of receipt. A transfer of $25 million from the Inside Safe Reserve Fund account will be completed until the $184.3 million has been allocated to the HEA. The Council may change this transfer instruction with a majority vote, subject to the Mayor's veto. Regular reporting is required to continue the automatic transfer of funds from the Inside Safe Reserve Fund account

- 2 -

for this fiscal year.

On January 14, 2024, a motion (Blumenfield/Raman, Krekorian/Rodriguez) was introduced to amend the budget instructions to direct that the City Administrative Officer (CAO) will provide written notification to the Mayor, Council and Controller any time the balance of the Homelessness Emergency Account is anticipated to be reduced to below $25 million. The CAO will provide notice 14 days prior to the request to the Controller to effectuate the transfer. The Council may change this transfer instruction with a simple majority vote, subject to the Mayor's veto. The Council approved this motion and it is currently pending Mayor concurrence.

**DISCUSSION**

From July 1, 2024, through January 19, 2024, a total of $77,747,034.07 has been expended for FY 2023-24 costs and $3,512,095.25 for prior fiscal year costs. The paid FY 2023-24 costs primarily fall within two budget categories: Acquisition and Interim Housing. The Acquisition expenses of $58,512,370 are associated with the Mayfair Hotel's capital costs related to acquisition, renovation, and operation. Of this amount, $42,879,270 was in cash flow loans which are in the process of being fully reimbursed to the HEA. The Interim Housing expenses of $18,955,688.07 consist of hotel and motel invoices encompassing 49 hotels inclusive of approximately 1,635 rooms that serve as interim housing for Inside Safe participants. Attachment 1 provides a summary of actual and projected balances through February 29, 2024, for the Homelessness Emergency Account.

The Mayor's Office of Housing and Homelessness (MOHHS), through the adopted budget, received $250,000,000 for FY 2023-24 to continue the implementation of Inside Safe. Additionally, $23,452,294.61 is available for current year commitments from FY 2022-23 rollover funding. A total of $42,879,270 is expected in loan reimbursements for the acquisition of the Mayfair. The total commitments for the HEA funding is $294,421,192. Attachment 2 provides details of these commitments.

In January 2023, the Mayor's Office approved an initial contract amount for the Los Angeles Homeless Services Authority (LAHSA) in an up-to amount of $50 million. This initial up to contract amount allows the flexibility for funding to be quickly added for service providers as operations are planned and budgets are approved by the Mayor's Office. Currently, extensions and additional funding for LAHSA and Service Providers have been approved for service through December 31, 2023. The Mayor's Office and LAHSA are working together to project individual service provider costs through June 30, 2024. Additional programmatic planned expenditures will be included in future reports as they are identified.

**Transfers from the Inside Safe Reserve Account**

On November 28, 2023, the CAO released a memo requesting the Controller's Office to effectuate the first transfer from the Inside Safe Reserve Account, which was subsequently completed on November 30, 2023. Based on known obligations to date, the account is expected to have an unencumbered balance below $25 million by February and will need a second transfer

- 3 -

from the Inside Safe Reserve Fund. The CAO will release the first 14 Day Notice as directed by Council motion (C.F. 23-0600-S114) prior to requesting the Controller's Office to implement a transfer from the Inside Safe Reserve Fund. Additionally, based on projections noted in Attachment 1, our Office anticipates a third transfer may also be needed prior to the end of February. It is important to note that the cash balance and projections are based only on information provided to the CAO's Office as of January 19, 2024, and is subject to change due to actual expenses. The CAO will continue to monitor the HEA to ensure sufficient cash flow for Inside Safe obligations.

Attachment 2 provides a summary of FY 2022-23 expenditures, budgeted categories for the $250 million approved in the FY 2023-24 budget, interim budget increases as well as incurred and projected costs through June 30, 2024, and future year cost options such as those related to hotel occupancy agreements and the invoice management platform.

**Inside Safe Metrics**

Regular reporting on the outcomes achieved through the use of funds related to housing individuals is required and is included in this report. The Los Angeles Homeless Services Authority (LAHSA) has developed a data module within the Homelessness Management Information System (HMIS) to track key metrics for Inside Safe. Attachment 3 includes a one-page summary of Inside Safe outcomes as of January 19, 2024, prepared by LAHSA as well as additional breakdowns of the participant status by Council Districts and other pertinent metrics. Since the beginning of the program, a total of 36 Inside Safe operations were completed and 2,087 individuals voluntarily accepted to move into safe interim housing and connect to services. Further details are provided in Attachment 3. The current housing retention rate of the program is estimated to be 79 percent. These numbers may change as LAHSA continues to work on further reconciling service provider data with HMIS entries to resolve duplicate placements and other discrepancies as well as refining the new Inside Safe data module. It is noted that there were operations carried out to address repopulation of encampments in certain areas. This information was not readily available by the time LAHSA released its dashboard and will be included in a subsequent report. Additional information regarding the new operations that occurred during the reporting period are available in Attachment 4.

The Mayor's Office reports that the reporting period from December 16, 2023, to January 19, 2024, two Inside Safe operations were completed. On January 9, 2024, Inside Safe addressed multi-jurisdictional encampments in Council Districts (CD) 5 and 13, along Romaine Street and near Poinsettia Recreation Center, and on January 19, 2024 in CD 8, along Crenshaw and Victoria. Data from the January 19 operation is still being processed and as such is not yet included in LAHSA's reporting of resolution numbers or total PEH who have come inside. It will be included in the next monthly HEA report.

**Inside Safe Motel/Hotel Invoicing and Contracting**

As of January 19, 2024, the motel invoices received to date include 1,287 invoices from 50 total individual hotels, totaling 210,187 hotel room nights since the beginning of the program. Hotels

- 4 -

that were newly occupied just prior to this report's cut off date are not represented in this data. The current hotel room interim housing stock based on invoices received through January 19, 2024, is 1,010 rooms, which includes rooms for service providers and security. It does not account for two or more occupants sharing a room. A total of seven hotels have been demobilized and are no longer in use since the beginning of the program. The total hotel room interim housing stock is 1,491 rooms, inclusive of the 481 rooms in the LA Grand. Per LAHSA, there are currently 1,186 people residing in hotels (Attachment 3). Including the LA Grand residents, a total of 1,622 are residing in Inside Safe hotels. The total amount billed for nightly room stays since July 1, 2023, through the date of this report, is $17,700,585.98, with an average nightly rate of $116.32, with the exception for the LA Grand, which has a nightly rate of $125 plus $29 per person for meals (total $154 for single occupancy and $183 for double occupancy, inclusive of food costs).

The invoice process for motels (excluding LA Grand, which is managed by the General Services Department) involves sites submitting invoices to the CAO's Office for review by both Service Providers and CAO staff. Once the review is complete, the CAO submits the invoice to the Mayor's Office for payment approval and subsequently to the City Clerk for payment processing. If payments exceed a certain amount, the City Attorney's Office will review as well; however, this step is not necessary if there is a booking agreement or occupancy agreement (i.e. contract) with the hotel location. Once an agreement is executed with a hotel owner, payment processing is completed quicker than when an agreement is not in place. The Mayor's Office and the General Services Department (GSD) are the leads for executing agreements and exercising options to extend with the City Clerk's Office completing the entries into the City's Financial Management System (FMS). Finally, the Controller's Office remits payment to the motel owners. The CAO continues to utilize its internal approval system to help streamline submissions for payment approval and processing.

As of January 19, 2024, there are 34 executed booking agreements with active motels and nine executed occupancy agreements. A booking agreement is executed with a hotel that confirms a fixed nightly rate, but hotel rooms may fluctuate given the number of participants at a location and room availability at a given time. An occupancy agreement includes a fixed nightly rate as well as a guaranteed number of rooms regardless if they are filled or not. The nine occupancy agreements represent a 367 room capacity with nightly costs ranging from $110 to $165 per night, with one service provider 2-bedroom office room cost at $220 per night. These rates are similar to comparable motels in the same geographic locations throughout the City. The term of the occupancy agreements range from one to two years, with up to one year extension options. The total leasing costs for the multi-year occupancy agreements is estimated to be $32,145,200.20. If the extension options are executed, there would be an additional projected cost of $16,922,415.70 for a total cost of $49,067,615.90. This amount is lower than the previous report due to an update in information based on actual executed agreements. The Mayor's Office is in the process of negotiating additional occupancy agreements. Their intention is to transition from nightly booking agreements to multi-year occupancy agreements to provide operational stability. This strategy provides stable units in high-need areas to support Inside Safe Operations, including multi-district regional operations. The Mayor's Office is working with Service Providers and hotels/motels to ensure that rooms are consistently filled and closely monitored to ensure

- 5 -

that vacant rooms are minimal and rapidly filled.

Facility expenses incurred since the beginning of the program total $83,341.13. These costs include property improvements, repairs/damages, and valuation reports.

**FORWARD INSIDE SAFE Centralized Client and Housing Management Platform**

CAO began communication with FORWARD on a proposal on a custom solution to more efficiently handle the administrative workflow associated with the Inside Safe Program. The Mayor's Office and the CAO are working on a contract to launch the FORWARD INSIDE SAFE Centralized Client and Housing Management Platform as an innovative solution to streamline the motel invoicing and verification process. Currently, motel sites and Service Providers have their own individual forms and procedures for submission and verification for room stays related to Inside Safe participants, which can cause delays in the initial review of motel invoices. Although several efficiencies have been implemented, standardized submissions are still a challenge across the nightly motel room portfolio. The new platform will aim to provide a comprehensive solution through centralizing housing management and care delivery, fortifying data accuracy, expediting motel payments, and providing real-time data dashboards and reports. Through this platform, all participating Service Providers will be able to create a uniform program-specific intake process with daily check-ins with motel clients to eliminate data gaps and inaccuracies. The platform can also integrate into LAHSA's new and legacy systems, including HMIS. The estimated annual cost of this platform is $2,580,000. The contract term is expected to be one year with a one year option to extend.

**LA Grand Hotel**

On February 24, 2023, the CAO released the Revised Sixteenth Roadmap Report (C.F. 20-0841-S31), which authorized the extension of the LA Grand Hotel lease from February 1, 2023, through February 1, 2024, for use as interim housing. Subsequently, on December 1, 2023, the CAO released the Twenty-First Roadmap Report (C.F. 20-0841-S40), which authorized the extension of the LA Grand lease from February 1, 2024, through July 31, 2024. This secondary lease extension will allow for a seamless transition for those participants that were going to be relocated from the Grand to the Mayfair while the Mayfair completes its renovation plans. Regular reporting on the demobilization plan that ensures all residents continue on their housing solution path are to be provided to Council in a separate report.

The lease covers a total of 481 rooms with a rate of $154/night, which includes meals. Lease costs billed through February 29, 2024, are $24,936,882.83. The estimated lease cost for the extension of LA Grand from February 1, 2024, through July 31, 2024, is $13,924,611.64. The City is obligated to pay a minimum monthly cost based on an occupancy rate of 85 percent. The current occupancy as noted in Attachment 4 is 436 individuals as of January 19, 2024.

**Mayfair Hotel**

On August 18, 2023, Council approved the acquisition and rehabilitation of the Mayfair Hotel for

- 6 -

use as interim housing for Inside Safe. The site has 294 rooms with a three-level 183 parking space garage which is located in Council District 1. It was previously used as a part of Project RoomKey (PRK). A cash flow loan of $42,879,270 was authorized from the HEA for reimbursement from the Community Development Block Grant (CDBG) Fund ($27,687,000), Proposition HHH Fund ($5,192,270), and the Municipal Housing Finance Fund (MHFF) ($10,000,000). As of November 10, 2023, $15,192,270 of the Proposition HHH and MHFF fund loans have been transferred back into the HEA. The reimbursement of the CDBG loan is expected to be completed mid-March through the Mid-Year Financial Status Report (FSR). Non-reimbursable costs from the HEA total $15,633,100 and include costs transferred to the General Services Department (GSD) for escrow ($1,000,000), CBRE contracted costs for due diligence and project management ($266,100), first year of operations costs, which includes utilities, facility management, and other associated expenses for building upkeep ($5,067,000), and rehab costs and associated project management ($9,300,000). Currently, all of these expenses have been transferred to the appropriate department for spending.

**LAHSA Service Provider Contracts**

The Inside Safe initiative relies upon the work of the Los Angeles Homeless Services Authority (LAHSA) and service providers in conducting assessments, providing services which include case management services, street engagement, food programming, and resident monitors. The Mayor's Office is working with LAHSA to assess and project service provider budgets. The current budget provides authority for up to $14,160,713 for service provider reimbursements tied to the Inside Safe initiative from the beginning of the program through September 30, 2023. To date, three supportive services-specific invoices have been submitted to the City for reimbursement from the Homelessness Emergency Accountant. The Mayor's Office and LAHSA have been meeting regularly to understand the needs associated with Inside Safe specific services and have worked on a newly released Scope of Required Services (SRS). A new up to budget amount of $15,758,380 for the current 10 service providers was approved by the Mayor's Office beginning October 31, 2023, through December 31, 2023, at a daily bed rate of $110/person for an estimated 2,155 clients to be served. Fourteen new qualified service providers were identified as a result of the procurement LAHSA released that closed November 22, 2023, which is expected to increase service levels. The Mayor's Office and LAHSA continue to meet regularly to discuss allocations for the remainder of the fiscal year.

Since June 1, 2023, Weingart has been providing services at the LA Grand and will continue through January 31, 2024. The negotiated amount for the Weingart contract is $9,019,449. An updated Weingart services budget for the LA Grand extension is currently pending; however, based on same level funding, the estimated cost for the six month extension is $6,830,831.40.

The Inside Safe program model began with housing fairs, which provide staffing, necessary materials, and Uber rides to clients to visit different housing options. A total of $20,000 was approved by the Mayor's Office for the 17 housing fairs to date. Currently, the County-City co-host Service Connection Days one or two weeks after Inside Safe operations to get people document-ready and provide participants an opportunity to connect with County services directly to initiate additional care. Participating departments include: Department of Motor Vehicles,

- 7 -

Housing for Health Mobile Clinics, Department of Mental Health, Department of Public Social Services, Office of Immigrant Affairs and Department of Military and Veterans Affairs.

LAHSA continues to work with providers to ensure all exit data is entered into HMIS and is up to date and has committed to providing reconciled and verifiable exit data for Inside Safe regular reporting.

**City Department Costs**

The Los Angeles Police Department (LAPD) has submitted for reimbursement a total of 437.2 overtime hours related to Inside Safe since the beginning of the fiscal year, at the cost of $41,782.57. The updated projected costs based on submissions to date for the remainder of the fiscal year are approximately $83,565. Primarily, LAPD has been providing support for, and ensuring the safety of, City staff and Inside Safe participants. To date, there have been zero arrests during the initial phase of operations.

Additionally, the Mayor's Office has approved LAPD's requested amount of $250,000 to support the initial phase of the new Vehicle Recycling Program (VRP) with the provider, SA Recycling. The funding will be used to authorize the dismantling and recycling of Recreational Vehicles that have been impounded and are unclaimed, in grave disrepair, or are an environmental hazard. Initial funding will allow Official Police Garages (OPGs) to recycle vehicles awaiting salvage so that space can be created for implementation of the Mayor's Inside Safe initiative to address unsafe and unsanitary vehicle dwellings and move displaced Angelenos into housing.

Should you require any additional information, please contact Kendra Leal, Senior Administrative Analyst II, at kendra.leal@lacity.org, or Sandy Li, Administrative Analyst, at sandy.li@lacity.org.

**RECOMMENDATION**

Note and file.

- 8 -

cc:         The City Council
                The Honorable Karen Bass, Mayor
                Lourdes Castro Ramírez, Office of the Mayor
                Sharon Tso, Chief Legislative Analyst
                Kenneth Mejia, City Controller
                Hydee Feldstein Soto, City Attorney
                Dr. Va Lecia Adams Kellum, Chief Executive Officer, LAHSA

Attachments:
1.  FY 2023-24 Homeless Emergency Account Actual and Projected Balances through February 29, 2024
2.  Inside Safe Summaries by Fiscal Year, Budget Categories, and Future Projections
3.  Inside Safe Program Metrics as of January 19, 2024
4.  Appendix from Mayor's Office of Housing & Homelessness Solutions

*MWS:ECG:SBL:KML 16240066*

Attachment 1: FY 2023-24 Homeless Emergency Account Actual and Projected Balances through February 29, 2024

| 2023-24 Funding Authority & Reserve Balance | | |
|---|---|---|
| **2023-24 Adopted Budget** | **$250,000,000.00** | |
| | **Homelessness Emergency Account** | **Inside Safe Reserve Account** |
| Initial Appropriation (as of July 1, 2023) | $65,700,000.00 | $184,300,000.00 |
| Transfer #1 to Homelessness Emergency Account from Inside Safe Reserve Account (November 30, 2023) | $25,000,000.00 | ($25,000,000.00) |
| *Available Balances* | *$90,700,000.00* | *$159,300,000.00* |

| Available Cash - Homelessness Emergency Account | |
|---|---|
| Initial Appropriation of Current Year (2023-24) Funds | $65,700,000.00 |
| Reappropriation of Cash Balance Remaining from Prior-Year (2022-23) Inside Safe Program Funds | $31,856,857.11 |
| Prop HHH [1] Reimbursement (for Mayfair Acquisition Loan) | $5,192,270.00 |
| MHFF [2] Reimbursement (for Mayfair Acquisition Loan) | $10,000,000.00 |
| Transfer #1 from Inside Safe Reserve Account (November 30, 2023) | $25,000,000.00 |
| **Total Transfers- In: (current and prior-year funding)** | **$137,749,127.11** |
| **Less Total Current Year Expenditures (see Table 1 for details)** | **($110,389,472.52)** |
| **Adjusted Cash Balance as of January 19, 2024:** | **$27,359,654.59** |

[1] Proposition HHH Fund
[2] Municipal Housing Finance Fund

Attachment 1: FY 2023-24 Homeless Emergency Account Actual and Projected Balances through February 29, 2024

| Table 1: Detailed Current Year Expenditures | January 19, 2024 |
|---|---|
| Mayfair Acquisition Loan (for CDBG [3]) | $27,687,000.00 |
| Mayfair Acquisition Loan (for Prop HHH [1]) | $5,192,270.00 |
| Mayfair Acquisition Loan (for MHFF [2]) | $10,000,000.00 |
| Mayfair Escrow (for GSD) | $1,000,000.00 |
| Mayfair Operation Costs (for GSD) | $5,067,000.00 |
| Mayfair CBRE (for GSD) | $266,100.00 |
| Mayfair Rehabilitation Costs (for BOE) | $9,300,000.00 |
| 2022-23 Motel Invoices Paid | $3,492,450.88 |
| 2023-24 Motel Invoices Paid | $10,449,856.28 |
| 2023-24 Facility Expenses | $1,547.79 |
| LA Grand Lease Paid | $8,504,284.00 |
| LAPD RV Dismantler | $250,000.00 |
| 2022-2023 LAPD Overtime | $19,644.37 |
| 2023-2024 LAPD Overtime | $28,976.00 |
| Long Term Motel Obligations (Encumbered) | $29,130,343.20 |
| **Total** | **$110,389,472.52** |

[1] Proposition HHH Fund
[2] Municipal Housing Finance Fund
[3] Community Development Block Grant

Attachment 1: FY 2023-24 Homeless Emergency Account Actual and Projected Balances through February 29, 2024

| Projected Cash and Liabilities/Expenses through February 29, 2024 | |
|---|---|
| **Anticipated Deposit(s)[4]** | |
| Transfer #2 from Inside Safe Reserve Account (Anticipated Mid-February 2024) | $25,000,000.00 |
| *Subtotal* | *$25,000,000.00* |
| **Adjusted Cash Available** | **$52,359,654.59** |
| | |
| ***Less* Projected Liabilities/Expenses** | **February 29, 2024 [5]** |
| LADOT Outstanding 2022-23 Costs | $26,863.67 |
| LA Grand Lease (est.) | $7,682,918.00 |
| LAPD Overtime (est.) | $59,465.37 |
| LAHSA Service Providers | $12,823,315.19 |
| Long Term Motel Obligations (Pending Encumbrance) | $1,103,599.80 |
| Short Term Motel Nightly (est.) | $6,301,811.60 |
| *Subtotal* | *$27,997,973.63* |
| **Projected Cash Available [6] [7]** | **$24,361,680.96** |

[4] Fund loans reimbursement from CDBG pending transfer into HEA. The CAO and CIFD is working on instructions needed to effectuate this transfer in the Mid-Year FSR.

[5] HEA has committed $31M of matching funds to Project HomeKey3; however, a transfer timeline has yet to be determined.

[6] Based on known obligations as of January 19, 2024, a third transfer may be needed prior to the end of February 2024.

[7] This is an estimate, which is subject to change due to actual expenses. The CAO will continue to monitor the HEA uncommitted balance to notify Council 14 days before we need to effectuate a transfer if the total falls below $25M.

Attachment 2: Inside Safe Summaries by Fiscal Year, Budget Categories, and Future Projections

| FY 2022 - 23 Expenditure Breakdown | | | FY 2022-23 Budget | $50,000,000.00 |
|---|---|---|---|---|
| **Expense Type** | **FY 2022-23 Expenses Paid by June 30, 2023** | **FY 2022-23 Expenses Paid after July 1, 2023** | **FY 2022-23 Incurred Expenses: Pending Payment** | **Total Expenses** |
| **Interim Housing** | | | | |
| Private Motels | $2,985,459.16 | $3,492,450.88 | $5,500.00 | $6,483,410.04 |
| Contracted Motel (LA Grand) | $8,749,680.83 | $0.00 | $0.00 | $8,749,680.83 |
| Facility Expenses | $25,586.00 | $0.00 | $5,617.00 | $31,203.00 |
| *subtotal* | *$11,760,725.99* | *$3,492,450.88* | *$11,117.00* | *$15,264,293.87* |
| **Service Provider Support Services** | | | | |
| LAHSA Service Providers | $5,195,789.50 | $0.00 | $4,854,486.24 | $10,050,275.74 |
| *subtotal* | *$5,195,789.50* | *$0.00* | *$4,854,486.24* | *$10,050,275.74* |
| **City Departments** | | | | |
| LADOT | *$54,921.57* | $0.00 | $26,863.67 | $81,785.24 |
| Personnel | $976,591.29 | $0.00 | $0.00 | $976,591.29 |
| LAPD | $127,945.28 | $19,644.71 | $0.00 | $147,589.99 |
| City Clerk - DSW Oversight | $27,169.26 | $0.00 | $0.00 | $27,169.26 |
| *subtotal* | *$1,186,627.40* | *$19,644.71* | *$26,863.67* | *$1,233,135.78* |
| ***FY 2022 - 2023 Expenses Paid by June 30, 2023*** | **$18,143,142.89** | | | |
| ***FY 2022 - 2023 Rollover to FY 2023 - 2024*** | **$31,856,857.11** | | | |
| ***FY 2022 - 2023 Expenses after July 1, 2023 (Paid/To be Paid from Rollover Amount)*** | | **$3,512,095.59** | **$4,892,466.91** | |
| | | | ***FY 2022 - 2023 Total Expenses*** | **$26,547,705.39** |
| | | | ***Remaining Cash Available*** | **$23,452,294.61** |

# Attachment 2: Inside Safe Summaries by Fiscal Year, Budget Categories, and Future Projections

## FY 2023 - 24: $250 Million Budget and Expenditure Breakdown

| Budget Category | Comments | FY 2023-24 Budget | Interim Budget Adjustments | FY 2023-24 Expenses Paid | FY 2023-24 Incurred Expenses Pending Payment | FY 2023-24 Projected Expenses | FY 2023-24 Total Expenses (Paid, Pending Payment, Projected) | Future Fiscal Years Obligations | Total Expenses | Difference between Budget and Total Expenses |
|---|---|---|---|---|---|---|---|---|---|---|
| **Grand Totals by Column** | | **$250,000,000** | **$66,331,565** | **$77,747,034** | **$24,751,289** | **$141,082,891** | **$243,581,214** | **$50,839,978** | **$294,421,192** | **$21,910,372** |
| **FY 2023-24 Funding Authority** | | | | | | | | | | |
| Homelessness Emergency Account | | $65,700,000 | $25,000,000 | $0 | $0 | $0 | $0 | $0 | $0 | $90,700,000 |
| Inside Safe Reserve | | $184,300,000 | -$25,000,000 | $0 | $0 | $0 | $0 | $0 | $0 | $159,300,000 |
| *subtotal* | | *$250,000,000* | *$0* | *$0* | *$0* | *$0* | *$0* | *$0* | *$0* | *$250,000,000* |
| **FY 2022-23 Rollover** | | | | | | | | | | |
| Rollover of FY 2022-23 available Cash | | $0 | $23,452,295 | $0 | $0 | $0 | $0 | $0 | $0 | $23,452,295 |
| *subtotal* | | *$0* | *$23,452,295* | *$0* | *$0* | *$0* | *$0* | *$0* | *$0* | *$23,452,295* |
| **Interim Housing** | | | | | | | | | | |
| | Booking Agreements | | $0 | $8,538,599 | $4,785,558 | $17,160,726 | $30,484,882 | $0 | $30,484,882 | |
| | Occupancy Agreements | | $0 | $1,911,257 | $2,465,172 | $8,765,461 | $13,141,890 | $19,003,310 | $32,145,200 | |
| Motel Nightly Rentals | LA Grand monthly lease costs through February 1, 2024, and six month renewal through July 31, 2024. | $92,000,000 | $0 | $8,504,284 | $7,682,918 | $9,425,687 | $25,612,889 | $2,371,775 | $27,984,664 | $1,385,254 |
| Operating Expenses | Includes insurance, damage mitigation, incidental, furnishings | $18,000,000 | $0 | $1,548 | $50,590 | $76,295 | $128,433 | $0 | $128,433 | $17,871,567 |
| FORWARD INSIDE SAFE Centralized Client and Housing Management Platform | Platform to streamline the administrative workflow associated with motel nightly rental through support in data processing, dashboards, and payment support. Contractual costs estimated for two years. | $0 | $0 | $0 | $0 | $1,075,000 | $1,075,000 | $4,085,000 | $5,160,000 | -$5,160,000 |
| *subtotal* | | *$110,000,000* | *$0* | *$18,955,688* | *$14,984,238* | *$36,503,168* | *$70,443,094* | *$25,460,085* | *$95,903,179* | *$14,096,821* |
| **Service Provider Support Services** | | | | | | | | | | |
| Street Engagement | Staff costs: long-term, on-going/pre-operation outreach efforts to build relationships with PEH prior to coming indoors | $6,000,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,000,000 |
| Case Management | Staff costs: includes individual case management in motels as well as housing navigators | $16,000,000 | $0 | $0 | $674,191.65 | $15,251,387.87 | $15,925,579.52 | $1,163,493.26 | $17,089,072.78 | -$1,089,072.78 |
| Indirect (LAHSA and Service Providers) | Overhead to include support staff, facility costs (rent, utilities) | $16,000,000 | $0 | $0 | $1,087,340.85 | $8,967,882.70 | $10,055,223.55 | $0.00 | $10,055,223.55 | $5,944,776.45 |
| Resident Monitors | Each motel has resident monitor to support PEH and liaise with motel staff | $10,000,000 | $0 | $0 | $5,243,391.95 | $20,247,961.41 | $25,491,353.36 | $0.00 | $25,491,353.36 | -$15,491,353.36 |
| Food | $21 per person, per day (meal delivery services, grocery store gift cards) | $13,000,000 | $0 | $0 | $2,720,413.10 | $14,622,714.67 | $17,343,127.77 | $0.00 | $17,343,127.77 | -$4,343,127.77 |
| Storage | Includes storage rental for PEH to surrender belongings | $1,000,000 | $0 | $0 | $8,906.91 | $180,193.65 | $189,100.56 | $0.00 | $189,100.56 | $810,899.44 |
| Housing Fairs | | $0 | $0 | $0 | $20,000.00 | $0.00 | $20,000.00 | $0.00 | $20,000.00 | -$20,000.00 |
| *subtotal* | | *$62,000,000* | *$0* | *$0* | *$9,754,244.46* | *$59,270,140.30* | *$69,024,384.76* | *$1,163,493.26* | *$70,187,878.02* | *-$8,187,878.02* |
| **Permanent Stay** | | | | | | | | | | |
| Move-In Support | Includes landlord incentive, security deposit, furnishing, utility deposit, and other move-in costs | $13,000,000 | $0 | $0 | $0 | $6,500,000 | $6,500,000 | $6,500,000 | $13,000,000 | $0 |
| Rental Assistance | 2-year Time-limited subsidies ($1,833 per month) for 400 people transitioning from motels to PSH pipeline | $18,000,000 | $0 | $0 | $0 | $0 | $0 | $17,716,400 | $17,716,400 | $283,600 |
| *subtotal* | | *$31,000,000* | *$0* | *$0* | *$0* | *$6,500,000* | *$6,500,000* | *$24,216,400* | *$30,716,400* | *$283,600* |
| **Acquisition** | | | | | | | | | | |

## Attachment 2: Inside Safe Summaries by Fiscal Year, Budget Categories, and Future Projections

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Motel Acquisition | The $47M supports a portion of the acquisition and renovation costs for the Mayfair Hotel ($10.3M) for 294 rooms and provides $31M as matching funds to leverage Project HomeKey3 (PHK3) funding for the acquisition of 2 motels[3] totaling 186 IH units. | $47,000,000 | $0 | $15,633,100 | $0 | $31,567,800 | $47,200,900 | $0 | $47,200,900 | -$200,900 |
| Mayfair - Fund Loans | A cash flow loan was authorized from the HEA for reimbursement from the Community Development Block Grant (CDBG) Fund ($27,687,000), Proposition HHH Fund ($5,192,270), and the Municipal Housing Finance Fund (MHFF) ($10,000,000). | $0 | $0 | $42,879,270 | $0 | $0 | $42,879,270 | $0 | $42,879,270 | -$42,879,270 |
| Mayfair - Loan Reimbursement[1] | Repayment of cash flow loan | $0 | $42,879,270 | $0 | $0 | $0 | $0 | $0 | $0 | $42,879,270 |
| *subtotal* | | *$47,000,000* | *$42,879,270* | *$58,512,370* | *$0* | *$31,567,800* | *$90,080,170* | *$0* | *$90,080,170* | *-$200,900* |
| **City Departments** | | | | | | | | | | |
| Los Angeles Police Department Overtime | Support for, and ensuring the safety of, City staff and Inside Safe participants. | $0 | $0 | $28,976 | $12,807 | $41,782.56 | $83,565 | $0 | $83,565 | -$83,565 |
| Homelessness & Housing Solutions Support (Mayor's Office) [2] | Includes the City's response to the emergency declaration on homelessness, executive directives to lead a citywide increase in affordable housing production, and the Inside Safe Initiative. Also allows for the direct hiring of 13 outreach teams to be trained and deployed in support of the Inside Safe Initiative. | $0 | $0 | $0 | $0 | $7,200,000 | $7,200,000 | $0 | $7,200,000 | -$7,200,000 |
| Los Angeles Police Department - Vehicle Recycling Program | Support for the dismantling and recycling of RVs that have been impounded and are unclaimed, in grave disrepair, or are an environmental hazard. | $0 | $0 | $250,000 | $0 | $0 | $250,000 | $0 | $250,000 | -$250,000 |
| *subtotal* | | *$0* | *$0* | *$278,976* | *$12,807* | *$7,241,783* | *$7,533,565* | *$0* | *$7,533,565* | *-$7,533,565* |
| **Grand Totals by Column** | | **$250,000,000** | **$66,331,565** | **$77,747,034** | **$24,751,289** | **$141,082,891** | **$243,581,214** | **$50,839,978** | **$294,421,192** | **$21,910,372** |
| | **Total Cash Available** | **$316,331,564.61** | | | | | | | | |
| | | | | | | *FY 2023 - 24 Year End Projected Balance* | *$72,750,350.37* | | *Projected Balance with Future Fiscal Year Obligations* | **$21,910,372.20** |

[1] CDBG loan reimbursement pending transfer to the Homelessness Emergency Account.

[2] Per the Nondepartmental Footnotes of the adopted FY24 Budget Resolution, $7.2M is to be transferred to the Mayor's Office for homelessness and housing support.

[3] Multiple funding sources support the PHK3 Matching Funds: $31,567,800 from HEA, $15,000,000 from HHAP Round 3, and $12,940 in HOME-ARP funds. The level of support has been revised based on award letters that have been issued for projects. This funding will provide 186 units of interim housing and two manager units.

Attachment 3: Inside Safe Program Metrics as of January 19, 2024

# Inside Safe

## Los Angeles Homeless Services Authority Report

*Updated January 19, 2024. Please disregard all previous reports.*

| **35** [1,2] | **2,087** | **79%** | **20%** |
|---|---|---|---|
| Encampment Operations | Entered Interim Housing | Housing Retention | Permanently Housed |

## Current Status of Clients Who Entered Interim Housing



| **329** Currently Permanently Housed | | |
|---|---|---|
| Permanent Housing | Time Limited Subsidy | 212 (10.2%) |
| | Permanent Supportive Housing | 37 (1.8%) |
| | Reunified | 12 (0.6%) |
| | Exited to Subsidized Housing | 63 (3.0%) |
| | Exited to Unsubsidized Housing | 5 (0.2%) |

| **1,301** Currently in Interim Housing | | |
|---|---|---|
| Interim Housing | Motel | 1,186 (56.8%) |
| | Tiny Home | 26 (1.2%) |
| | ABH | 28 (1.3%) |
| | Other IH | 61 (2.9%) |

| **457** Program Exits | | |
|---|---|---|
| | Returned to Homelessness | 264 (12.6%) |
| | Returned to Homelessness - Working with Providers | 139 (6.7%) |
| | Incarcerated | 22 (1.1%) |
| | Medical or Psychiatric facility | 4 (0.2%) |
| | Substance Abuse Facility | 1 (0.0%) |
| | Deceased | 27 (1.3%) |

## Demographics



### Age

| 0-17 | 18-25 | 26-35 | 36-45 | 46-55 | 56-65 | 66-75 | 76+ |
|---|---|---|---|---|---|---|---|
| 1.9% | 4.2% | 22.1% | 27.2% | 22.5% | 17.6% | 3.8% | 0.6% |

### Gender

- 1.5% Transgender
- 37.0% Woman
- 0.0% Questioning
- 0.1% Non-Binary
- 61.3% Man

### Race & Ethnicity

| | |
|---|---|
| African American | 36.6% |
| American Indian, Alaskan Native | 1.9% |
| Asian | 2.0% |
| Latino/a/e/x | 36.2% |
| Middle Eastern | 0.0% |
| Native Hawaiian | 1.3% |
| White | 53.5% |

**Individuals included in report:** Includes clients who were engaged on the day of the encampment resolution and in repopulation efforts. Inside Safe also includes clients who were living in other ad hoc encampments throughout the city since January 2023 and clients that were living in the LA Grand on Feb 1, 2023, when transition from a PRK site. The nonspecific encampment-based clients comprise 318 individuals.

**Entered Interim Housing:** Includes only clients who entered interim housing. This cohort is the basis for all reporting.

**Housing Retention:** The percentage is calculated by dividing the sum of people who are Currently Permanently Housed and Currently in Interim Housing by the number of people who entered Interim Housing. This figure excludes clients that have passed away as they did not voluntarily exit the programs.

**Returned to Homelessness- Working with Providers:** This includes clients who have left interim or permanent housing, but who are currently still engaging with outreach and housing programs.

**Returned to Homelessness:** Clients who have left the program and are not active in any other homeless services program in HMIS.

**Data Quality:**
The report includes only data that providers have entered into HMIS. Providers have up to 72 hours after an interaction with, or a change in status of, a client to make a record in HMIS. Due to the dynamic nature of the program and its participants, this process may take longer than 72 hours. There may also be additional activities that have yet to be captured in HMIS. LAHSA and service providers strive for complete, accurate, and timely data in HMIS. The Data Management team at LAHSA is actively collaborating with providers to resolve any data discrepancies. The identified data discrepancies we are currently working to resolve included discrepancies in total clients served at winter shelter sites and 7 clients who have rental assistance recorded, but no move in date or address recorded. These individuals will not be counted as permanently housed until a move in date is recorded.

**Percentage Permanently Housed:** Calculated from all clients who entered interim housing who have not exited from program.

**Duplicative Clients:** As a note there have been 29 clients who have been involved in more than one resolution. They are deduplicated in the total count.

[1] Does not include data on several operations carried out to address repopulation of encampments in certain areas or the operation that occurred on January 19, 2024 in Council District 8 as this information was not readily available by the time LAHSA released its dashboard. This will be included in a subsequent report.
[2] Two repopulation encampment operations were recategorized as encampment operations and included in the listed "Encampment Operations"

Attachment 3: Inside Safe Program Metrics as of January 19, 2024

**Table 1. Inside Safe Participant Breakdown by Council District as of January 19, 2024** [1]

| CD | Total Participants | Motels + LA Grand | ABH | THV | Other Interim Housing | Permanent Placements | Other Exits, dispositions, or in Data Reconciliation |
|---|---|---|---|---|---|---|---|
| 1 | 81 | 78 | 0 | 0 | 0 | 1 | 2 |
| 2 | 44 | 5 | 2 | 14 | 1 | 6 | 16 |
| 3 | 121 | 96 | 3 | 0 | 0 | 4 | 18 |
| 4 | 60 | 37 | 1 | 0 | 7 | 6 | 9 |
| 5 | 69 | 30 | 0 | 0 | 1 | 18 | 20 |
| 6 | 52 | 31 | 0 | 2 | 5 | 4 | 10 |
| 7 | 55 | 41 | 0 | 0 | 1 | 5 | 8 |
| 8 | 132 | 84 | 0 | 0 | 1 | 32 | 15 |
| 9 | 135 | 64 | 1 | 0 | 2 | 45 | 23 |
| 10 | 41 | 31 | 0 | 0 | 1 | 7 | 2 |
| 11 | 160 | 59 | 3 | 0 | 1 | 43 | 54 |
| 12 | 91 | 78 | 1 | 0 | 0 | 7 | 5 |
| 13 | 138 | 98 | 0 | 0 | 6 | 17 | 17 |
| 14 | 298 | 157 | 1 | 0 | 12 | 40 | 88 |
| 15 | 119 | 52 | 1 | 3 | 1 | 26 | 36 |
| 1,10,13 | 116 | 103 | 2 | 0 | 0 | 0 | 11 |
| 5,11 | 68 | 42 | 6 | 0 | 0 | 0 | 20 |
| 5,13 | 38 | 33 | 0 | 0 | 4 | 0 | 1 |
| N/A | 298 | 85 | 7 | 7 | 20 | 73 | 106 |
| **Total**[1] | **2,116** | **1,204** | **28** | **26** | **63** | **334** | **461** |

[1] This information may change pending further updates from LAHSA. Table only used for diagnostics.
[2] Table includes 29 duplicative clients as noted by LAHSA.

Attachment 3: Inside Safe Program Metrics as of January 19, 2024

**Table 2. Inside Safe Program Metrics as of January 19, 2024**

| | |
|---|---|
| Number of Encampment Operations | 36 |
| Number of Targeted Inside Safe Efforts [1] | 7 |
| Number of Council Districts | 15 |
| Number of Initial Placements [2] | 2,087 |
| Number of Arrests During Initial Encampment Operations | 0 |
| Number of Housing Fairs To Date | 17 |
| Pounds of Waste Removed | 497,830 |

[1] Includes scattered encampment relief efforts to move PEH into hotel rooms as well as transitioning Augmented Winter Shelter and Project Roomkey transfers into Inside Safe.
[2] This amount may change pending further updates from LAHSA.

Page 3 of 4

Attachment 3: Inside Safe Program Metrics as of January 19, 2024

**Table 3. Inside Safe Encampment Operations by Council District as of January 19, 2024**

| Council District | No. of Operations |
|---|---|
| Joint Operation: Council District 1, 10, 13 | 1 |
| Joint Operation: Council District 5, 11 | 1 |
| Joint Operation: Council District 5, 13 | 1 |
| Council District 1 | 1 |
| Council District 2 | 1 |
| Council District 3 | 3 |
| Council District 4 | 2 |
| Council District 5 | 2 |
| Council District 6 | 1 |
| Council District 7 | 1 |
| Council District 8 | 5 |
| Council District 9 | 3 |
| Council District 10 | 1 |
| Council District 11 | 3 |
| Council District 12 | 2 |
| Council District 13 | 3 |
| Council District 14 | 3 |
| Council District 15 | 2 |
| **Total Operations as of January 19, 2024** | **36** |

Attachment 4: Appendix from Mayor's Office of Housing & Homelessness Solutions

The Mayor's Office of Housing and Homelessness Solutions (MOHHS) submits this appendix to supplement the CAO's HEA report and provide additional Information on the citywide housing and homelessness response. The update reflects efforts carried out in partnership with City Council, CAO, City departments, Los Angeles County partners, and other stakeholders. Updates reflect activity from December 16, 2023 - January 19, 2024.

**<u>MOVING UNHOUSED ANGELENOS INSIDE</u>**

**Inside Safe Operations Update**
Inside Safe was launched in December 2022 to house Angelenos living in encampments, connect them to services and housing, and prevent their return to the street. As of January 19, 2024, the Mayor's Office has completed a total of 36 encampment resolutions citywide and 2,087 people experiencing homelessness (PEH) have voluntarily come inside to engage in enhanced services and begin a housing journey to stability and permanence. Additionally, street corners, freeway underpasses, parks, businesses, and both residential and main thoroughfares have returned to their intended purpose.

At the beginning of 2024, our Inside Safe team shared a portal that allows Council Offices to submit online requests for Inside Safe encampment resolutions in their district. During the December 16, 2023 - January 19, 2024 reporting period, eight (8) Council Districts submitted a total of 33 priority encampment locations. Once requests are received, the Inside Safe Field Intervention Team (FIT) performs an assessment of Council Office priority encampments. The assessment includes a review of factors to determine need and resource availability including service provider capacity, inventory of available interim housing, public health and community safety issues, the proportion of the City's homelessness population, access to partners, equitable distribution of resources, and the makeup of the encampment (eg. cars, tents, makeshifts, RVs).

Since the inception of Inside Safe, an Inside Safe operation has been completed in every council district.

During the reporting period from December 16, 2023, to January 19, 2024, two Inside Safe operations were completed. On January 9, 2024, Inside Safe addressed multi-jurisdictional encampments in Council Districts (CD) 5 and 13, along Romaine Street and near Poinsettia Recreation Center, and on January 19, 2024 in CD 8, along Crenshaw and Victoria. Data from the January 19 operation is still being processed and as such is not yet included in LAHSA's reporting of resolution numbers or total PEH who have come inside. It will be included in the next monthly HEA report.

**Repopulation Response Team**
In January, the Mayor's Office of Housing and Homelessness Solutions launched a five-person post-operation Response Team to address repopulation by assessing and mobilizing resources to

Attachment 4: Appendix from Mayor's Office of Housing & Homelessness Solutions

house (pending interim housing availability) PEH who are living at former Inside Safe operation sites. Approximately 35 people were connected to housing and services during the reporting period.

**RV Solutions**

As described under "Inside Safe Operations" in the HEA Report for the period ending December 15, 2023, the Mayor's Office collaborated with Council District 4 and city departments on December 5, 2023, to complete the first successful Inside Safe operation for RVs at Forest Lawn. The operation housed 31 individuals and removed 20 RVs from the street.

Based on findings from the RV Task Force, the Mayor's Office team is negotiating leases with Metro to create additional RV Storage lots and has proposed State legislation that will allow more towed RVs to be dismantled right away without a storage period. The draft RV Task Force report will circulate for the task force to review in February.

The Mayor's Office continues to pursue the development of alternate housing programs for RV dwellers and is consulting on best practices to guide implementation.

**<u>INTERIM HOUSING AND SERVICES</u>**

As the City continues efforts to expand permanent housing affordable to Angelenos, it has also deployed a myriad of strategies to expand interim housing options. With appropriated HEA funds, the City acquired and facilitated the acquisition of 480 units of interim housing, including the Mayfair Hotel (294 long-term interim units) and two State Homekey 3 award sites, which will provide 186 long-term interim housing units. These units will count toward the housing requirement in the LA Alliance settlement.

As stated in the City Administrative Officer (CAO) report, the Mayor's Office continues to manage contracts with 43 motels, plus the LA Grand extension, for a total of 1,490 additional rooms in the City's interim housing portfolio. This number is projected based on the variability of nightly booking agreements.

Inside Safe participants receive services through an approved LAHSA service provider. Service providers are required to follow reporting and data guidelines including capturing client information in the Homeless Management Information System (HMIS). HMIS data informs LAHSA's reporting and billing, which is submitted for verification and review by LAHD and the CAO's office, then approved by the Mayor's Office.

For participants' interim housing stays, there is a robust invoice verification process that ensures accurate payment of rooms. Each week, motel operators submit invoices to the CAO, which are then shared with service providers to reconcile room numbers and Inside Safe participants by

Attachment 4: Appendix from Mayor's Office of Housing & Homelessness Solutions

name and HMIS ID. The CAO conducts additional integrity reviews such as participant verification by HMIS ID to confirm Inside Safe program participation and works with the motel owner, service provider, and Mayor's Office as necessary to resolve any discrepancies.

In working to build a more stable and consistent interim housing stock, the Mayor's Office has begun to establish 1-to-2-year occupancy agreement contracts with 9 hotels for a total of 309 rooms. During the reporting period December 16, 2023 - January 19, 2024, the Mayor's Office executed 1 new occupancy agreement for a total of 34 booking agreements and 9 occupancy agreements.

**Scope of Required Services for Inside Safe Interim Housing Service Providers**
Inside Safe's service providers support participants with meals, 24-hour resident support, access to County benefits, and case management services at interim housing sites throughout the City. The Mayor's Office has worked closely with LAHSA, LA County Homeless Initiative, and providers to create a revised Inside Safe Scope of Required Services (SRS). This City-funded contract between LAHSA and homeless service providers focuses on increased staffing and oversight, better-defined linkage to services, and an increase in the daily rate to accurately reflect true service costs. LAHSA and the Mayor's Office continue to coordinate with service providers to address feedback and respond to site-specific and provider-specific needs.

**LA Grand Hotel Intakes**
The City Council authorized the extension of the lease on the LA Grand through July 31, 2024, retaining 481 units for interim housing, with augmented services provided by the County through a State Encampment Resolution Fund (ERF-2) award. The Mayor's Office, DHS-Housing for Health Division, and Weingart Center continue to utilize CA Encampment Resolution Fund-2 grant funds to implement the Skid Row Action Plan and provide services and interim and permanent housing for Skid Row residents.

According to the Weingart Center, as of January 19, 2024, there are 436 participants enrolled in the LA Grand program with 301 participants qualifying for expanded services under the CA ERF-2 program. 135 lower-acuity and non-Skid Row residents currently reside at the LA Grand and are supported by HEA funds but do not qualify for inclusion in the CA ERF-2 program. The Weingart Center will continue to work with the Mayor's Office, LAHSA, and Housing Navigation Service Providers to create connections and transition participants into permanent housing, or alternate interim housing destinations before the LA Grand lease expires. The Mayfair Hotel is undergoing renovations and will be open for interim housing transfers from the LA Grand and Skid Row in May 2024.

**PERMANENT HOUSING ECOSYSTEM**

Attachment 4: Appendix from Mayor's Office of Housing & Homelessness Solutions

The Mayor's Office has worked closely with Council as well as City and County agencies to accelerate the construction of permanent affordable housing units in the City.

**Executive Directive 1**

The Mayor's Executive Directive 1 (ED1) accelerated the review of more than 9,300 affordable housing units. Permits that previously took 6-9 months to secure now only take an average of 43 days. In total, 129 affordable housing projects have qualified for ED1 with the Department of City Planning and 66 project cases have received entitlements. In 2024, 27 City-financed Supportive Housing projects are expected to open, totaling 1,916 units.

The Mayor's Office is working with the Planning and Housing Departments to evaluate the impact of ED 1 and draft a permanent ordinance that includes stronger tenant protections and parameters for waivers of development standards.

**Fast Track Loan Program**

In partnership with the Mayor's Office, LAHD created the Fast Track Loan Program, which dedicated $20 million in its first round to bridge funding gaps for 8 affordable housing projects with 670 units. On January 17, 2024, the City Council Housing and Homelessness Committee voted to approve the second round of Fast Track Loan funding allocation to dedicate a total of $24.8 million to 11 additional projects in need of funding to start or complete another 732 units of supportive housing for people experiencing homelessness.

**Proposition HHH**

In November 2016, the voters of Los Angeles overwhelmingly voted in favor of Proposition HHH (Prop HHH, HHH). HHH created a $1.2 billion General Obligation (GO) Bond to serve as a locally-generated, dedicated source of funding for the development of permanent supportive housing (PSH) between 2016-2026. As of December 2023, nearly all HHH funds have been obligated, with $1,128,343,281 committed to projects that are either completed, in construction, or in predevelopment.

There are currently 132 total projects in the HHH pipeline, with 8,764 total units. Of those, 7,262 are supportive housing units. The breakdown of HHH project status is as follows:

- 69 projects with 3,444 units are open and in service
- 40 projects with 2,218 units are under construction
- 23 projects with 1,600 units are in predevelopment

The Mayor's Office is working closely with LAHSA, LAHD, HACLA and County's Homeless Initiatives Office to develop a comprehensive plan for ensuring these units are matched expeditiously with City interim housing residents, and focused on increasing throughput from interim to permanent housing.

Attachment 4: Appendix from Mayor's Office of Housing & Homelessness Solutions

**Executive Directive 7**

In November 2023 Mayor Bass signed Executive Directive 7 to incentivize the expedient construction of housing, with an emphasis on affordable and mixed income housing as well as homeownership, to help people at all income levels get housed. It will also help convert existing non-residential buildings into housing.

## PREVENTION AND TENANT PROTECTIONS

A keystone in the City's work to address the Los Angeles homelessness emergency is the effort to prevent Angelenos from falling into homelessness in the first place. This year, Los Angeles experienced a wave of eviction notices due to expiring COVID-19 renter protections. In response, the City acted swiftly to provide not only resources but actual services for those at risk of losing their homes. In addition to Council-led efforts to expand tenant protections in 2023, the City Council approved the Measure ULA Expenditure Plan, made possible after voters passed Measure ULA in November 2022. In addition to $30,400,000 for the Short-Term Emergency Assistance Program, which also included assistance for small landlords, the plan includes $23,000,000 for the Eviction Defense/Prevention Program; $5,520,000 for a tenant outreach and education program; $11,219,694 for the Protections from Tenant Harassment Program; $11,000,000 to provide rental subsidies and move-in assistance to low income seniors and people with disabilities; and $56,860,306 for development of multi-family affordable housing.

**Eviction Filings**

From February 3, 2023 to January 19, 2024, the Los Angeles Housing Department received 81,514 at-fault eviction notices filed by landlords, 76,997 of which were for non-payment of rent.

**February 1 Rental Arrears**

February 1, 2024 is the deadline for tenants to repay owed rent between October 1, 2021 and January 31, 2023, as well as the date that a rent increase of up to 4% for housing units under the Rent Stabilization Ordinance (RSO) takes effect. The Mayor's Office coordinated with LAHD, CIFD, and various Council offices to develop fact sheets and a coordinated response to calls and requests for assistance. The focus is to ensure that tenants know their rights, that they do not self-evict and that they seek assistance from city-funded and other resources.

MOHHS is working closely with LAHD and the Mayor's Fund, and is currently hiring for a Director of Housing Stability to assist with the development and implementation of programs to strengthen tenant protections, prevent households from evictions and displacement, and expand housing stability citywide.