# EXHIBIT 3

FORM GEN. 160

**CITY OF LOS ANGELES**
INTER-DEPARTMENTAL CORRESPONDENCE

C.F. 23-0652-S2
0220-06162-0001

Date:          October 27, 2023

To:            Paul Krekorian, Council President
               City Council

               Nithya Raman, Chair
               Housing and Homelessness Committee

From:          Matthew W. Szabo, City Administrative Officer
               Office of the City Administrative Officer

Subject:       **HOMELESSNESS EMERGENCY DECLARATION - SUPPLEMENTAL - 2023-24 FIRST QUARTERLY REPORT - (C.F. 23-0652-S2)**

**SUMMARY**

On December 12, 2022, the Mayor declared a local emergency on homelessness with a sunset of six months subject to renewal by the City Council. On July 7, 2023 the Mayor revised the local emergency declaration, which included the amendments to the reporting requirements. Per the Los Angeles Administrative Code 8.33 Local Housing and/or Homelessness Emergency, the City Administrative Officer, the Los Angeles Housing Department, and the Department of City Planning are to report to the City Council on the status and the progress of the emergency declaration. The Housing and Homelessness Committee considered the Homelessness Emergency Declaration - 2023-24 First Quarterly Report (C.F. 23-0652-S2) on October 18, 2023 and requested supplemental information to add and clarify data in the original report. As such, this Office is providing a supplemental report to be considered concurrently with the Homelessness Emergency Declaration - 2023-24 First Quarterly Report.

**RECOMMENDATION**

Note and file.

**BACKGROUND**

The Mayor declared a local emergency on homelessness on December 12, 2022. The City Council continued to renew the declaration at least every 30 days for six months. On July 7, 2023, the Mayor reissued the housing and homelessness declaration as a homelessness crisis still remained, prompting an amendment to the Los Angeles Administrative Code (LAAC) to create a path for any Mayor of Los Angeles to streamline City processes and procedures to address the crisis (C.F. 23-0652), to mobilize local resources, coordinate inter-agency

- 2 -

response, accelerate procurement of housing units with the assistance of the City Administrative Office (CAO), Los Angeles Homeless Services Authority (LAHSA), Los Angeles Housing Department (LAHD), and the Department of City Planning (DCP). The Mayor is authorized to declare a Section 8.33 emergency on housing and homelessness if any one of three criteria are present:

1. Housing supply is projected to be at least 40 percent below the annual housing production goals as established in the City's Regional Housing Needs Assessment;
2. There exists more than twice the number of unhoused people in the City of Los Angeles than the number of interim beds; or
3. A citywide increase in unhoused individuals by more than 20 percent in a single year as reported in the annual point in time count (PIT).

Additionally, the LAAC 8.33 instructs the CAO, DCP, and LAHD to provide a status report on the homelessness emergency declaration on a quarterly basis. The CAO is responsible for coordinating the Mayor's Office with monthly reporting on the status of the Homelessness Emergency Account and the Inside Safe Initiative. The CAO's Office has continued to provide monthly reports to the City Council and Mayor on the status of the funds and program with the most recent report providing data as of October 15, 2023.

The Homelessness Emergency Declaration - 2023-24 First Quarterly Report (C.F. 23-0652-S2) was considered by the Housing and Homelessness Committee on October 18, 2023. The report provided the status of the City's efforts to combat homelessness under the emergency declaration. The Committee requested additional and clarifying information on the City's efforts to address homelessness. As such, this Office has issued a supplemental report, which seeks to address the Committee's request and clarify data previously reported.

**DISCUSSION**

As mentioned above, the purpose of this memorandum is to provide further information and clarification to the metrics reported in the Homelessness Emergency Declaration - 2023-24 First Quarterly Report (C.F. 23-0652-S2).

**Key Performance Indicators**

***1. Decrease in the number and size of encampments***

The Bureau of Sanitation (LASAN) was provided funding in the 2022-23 and 2023-24 Adopted Budgets to continue the Comprehensive Cleaning and Rapid Engagement Program (CARE) Comprehensive Cleaning and Rapid Engagement Plus Program (CARE+) programs. The CARE program ensures the City's sidewalks and other public areas are safe, clean, sanitary, and accessible for public use. Secondly, the CARE+ program is responsible for removing abandoned waste from the public right of way and cleaning encampments. LASAN has reported 4,115 CARE closed operations and 7,647 CARE+ closed operations from July 1, 2022 through September 30, 2023. Closed operations cases included completed services or operations in which services were no longer needed as encampments were no longer there. The estimated quarterly breakdown of the operations are show in Table 1 below:

- 3 -

Table 1: CARE and CARE+ Operations

| Program | July 1, 2022 - September 30, 2023 | # of Service Events |
|---|---|---|
| CARE + | Q1: July 1, 2022 - September 20, 2022 | 1,794 |
| | Q2: October 1, 2022 - December 31, 2022 | 1,564 |
| | Q3: January 1, 2023 - March 31, 2023 | 1,386 |
| | Q4: April 1, 2023 - June 30, 2023 | 1,859 |
| | Q1: July 1, 2023 - September 30, 2023 | 1,044 |
| | **CARE+ Total** | **7,647** |
| CARE | Q1: July 1, 2022 - September 20, 2022 | 1,315 |
| | Q2: October 1, 2022 - December 31, 2022 | 998 |
| | Q3: January 1, 2023 - March 31, 2023 | 829 |
| | Q4: April 1, 2023 - June 30, 2023 | 456 |
| | Q1: July 1, 2023 - September 30, 2023 | 517 |
| | **CARE Total** | **4,115** |
| | **Total** | **11,762** |

## 2. Regulatory relief from other jurisdictions and within Los Angeles City agencies to create flexibility to address the crisis

*Sole Source Contract*

Per the Los Angeles Administrative Code 8.33, the Mayor may suspend competitive bidding restrictions for contracts entered into by City departments and offices in response to the emergency. On April 28, 2023, the Office of the City Administrative Officer entered into a sole source agreement with Safe Parking LA, a previous project of Community Partners, to form the 5455 111th Street Safe Parking site, which provides 50 spaces for participants.

*Housing Production*

Since October 18, 2023, the Department of Building and Safety (DBS) has submitted revised quarterly housing units permitted by the DBS from January 1, 2023, through September 30, 2023. The Department of City Planning reports that 16,932 units have been permitted during the reporting period, with an estimated additional 5,644 units projected for Quarter 4. The Department of City Planning reports that with the total  Regional Housing Need Allocation progress to-date, current annual housing production averages 21,932 units per year. This production amounts to 39.1 percent of the annualized Housing Element goal which is 60.9 percent below the annual goal.

- 4 -

Table 2: Revised DBS Dwelling Units

| DBS Dwelling Units | | |
|---|---|---|
| **Reporting Period** | **Original Units** | **Revised Units** |
| Q1: January 1, 2023 - March 31, 2023 | 1,869 | 4,462 |
| Q2: April 1, 2023 - June 30, 2023 | 1,778 | 7,126 |
| Q3: July 1, 2023 - September 30, 2023 | 1,780 | 5,344 |
| Q4: October 1, 2023 - December 31, 2023 (Projected) | 1,809 | 5,644 |
| **Total** | **7,236** | **22,576** |

## *4. Increased housing placements*

As previously noted, as of September 29, 2023 the Inside Safe Initiative has had 26 operations, in which 1,648 participants were connected to interim or permanent housing. On a City-wide basis, LAHSA has provided a quarterly breakdown starting in January 2022 through September 2023 on the number of participants in outreach programs and placements. This data includes the number of unhoused clients contacted and further data subsets. Under the number of unhoused clients contacted, the data set includes participants who had an initial contact with an outreach team, and may have or may not have been enrolled in a care management plan. Participants that are engaged are participants that have agreed to enroll in a care management plan. Additionally, the data set includes categories on the number of participants that transitioned from an outreach program to permanent housing, emergency shelter, temporary housing, and transitional housing. A summary of the Citywide outreach data is summarized in Table 3 on a quarterly basis.

Table 3: Citywide Outreach and Engagement

| Categories | Jan - March 2022 | April - June 2022 | July - Sep 2022 | Oct - Dec 2022 | 2022 Total | Jan - March 2023 | April - June 2023 | July - Sep 2023 | 2023 YTD Total |
|---|---|---|---|---|---|---|---|---|---|
| Number of Persons Contacted | 9,580 | 11,053 | 9,865 | 8,588 | **39,086** | 11,151 | 12,266 | 11,529 | **34,946** |
| Number of Persons Engaged | 3,075 | 3,878 | 3,361 | 3,113 | **13,427** | 5,030 | 6,332 | 6,488 | **17,850** |
| Number of Exits to Permanent Housing | 68 | 120 | 181 | 253 | **622** | 283 | 326 | 297 | **906** |
| Number of Exits to Emergency Shelters | 1,034 | 1,108 | 829 | 971 | **3,942** | 1,434 | 1,573 | 1,491 | **4,498** |
| Number of Exits Temporary Destinations | 47 | 80 | 102 | 98 | **327** | 188 | 209 | 213 | **610** |

### 6. An increase in temporary and permanent housing units

As previously noted, the Los Angeles Homeless Services Authority reports that the interim housing bed inventory has an approximate increase to 17,600 from the 16,521 that was previously reported in July 2023. Safe Parking was previously not included in the July 2023 inventory and has since been included as a line item within the bed count, therefore the inventory includes interim housing beds, safe parking, and motel stays for Inside Safe participants. Table 4 below chart below further clarifies the bed count increase.

Table 4: Housing Inventory Count Increase Breakdown

| Category | Beds as of July 2023 | Beds as of September 2023 | Bed Increase |
|---|---|---|---|
| 2023 HIC Adult and Youth | 13,333 | 13,333 | 0 |
| 2023 HIC Families (Units) | 853 | 853 | 0 |
| New Programs since HIC | 1,728 | 1,862 | 134 |
| Safe Parking (Spaces) | 449 | 499 | 50 |
| Inside Safe Program Active Motel Voucher clients | 607 | 1,053 | 446 |
| **TOTAL City of LA Capacity** | **16,970** | **17,600** | **630** |

### 8. A decrease in the number of persons being evicted from existing housing units

The Los Angeles Housing Department (LAHD) will be the reporting body for eviction data. Attachment 1 of this report provides an overview and a status update of the LAHD eviction filing and the United to House LA Short Term Emergency Rental Assistance Program.

Attachments:
1. Los Angeles Housing Department Eviction Filing and ULA Short Term Emergency Rental Assistance Program


cc:    The City Council
       The Honorable Karen Bass,Mayor
       Mercedes Márquez, Office of the Mayor

MWS:ECG:KML:MP:MAG:16240034

Attachment 1: Los Angeles Housing Department Eviction Filing and ULA Short Term Emergency Rental Assistance Program

**Notices to Terminate Tenancy with LAHD**

Effective January 27, 2023, any written notice to terminate a tenancy issued by a landlord to a tenant must be filed with LAHD within three business days of service on the tenant per LAMC 150.09.C.9 and 165.05.B.5.

**Background**

On August 25, 2022, LAHD submitted a report to the City Council on recommended amendments to close gaps in existing tenant protections in anticipation of the eventual lifting of the City's COVID-19 emergency tenant protections in early 2023.

Ordinance 187737 became effective January 27, 2023, and LAHD received mailed written notices in late January 2023. The Department rushed to create a basic online system for landlords to upload their notices directly into the system beginning on February 3, 2023.

**Filings**

From February 1, 2023, through September 20, 2023, the Department received **59,420** at-fault eviction notices filed by landlords, primarily for non-payment of rent. (At-fault notices are notices based on any alleged fault or lease violation by the tenant.) Landlord notices are uploaded directly online or mailed to the Department. Initially, mailed notices have been manually scanned by LAHD staff and entered into the online system. The Department recently contracted with Konica Minolta to scan and upload the backlog of mailed notices into the system, known as data capture. We anticipate the backlog of the notices will be updated in the system by next November.

**At-Fault Type of Notices**

| | |
|---|---|
| 3-Day | 54,257 |
| 10-Day | 734 |
| 15-Day | 18 |
| 30-Day | 4,302 |
| 60-Day | 89 |
| 90-Day | 20 |
| | |
| Total | 59,420 |

**Reason for Eviction**

| | |
|---|---|
| Non-Payment of Rent | 56,337 (95%) |
| Criminal Activity | 29 |
| Damage to the Rental Unit | 34 |
| Refusal to renew a lease of like terms and conditions | 84 |

1

Attachment 1: Los Angeles Housing Department Eviction Filing and ULA Short Term Emergency Rental Assistance Program

| | |
|---|---|
| Violation of a rental agreement/lease | 1,020 |
| Refusal to access the unit | 37 |
| Disorderly Behavior/Disturbing the Peace (Nuisance) | 237 |
| Unapproved Subtenant at the end of the lease | 91 |
| Notice with multiple eviction reasons | 1,551* |

*801 (51%) of the multiple eviction reasons included "Non-Payment of Rent." This is an additional amount separate from the 56,337 notices.

**Follow Up & Referral Services**

On July 23, 2023, LAHD began mailing renter protection information and legal referrals to tenants whose landlords submitted an at-fault eviction notice on a weekly basis. LAHD has sent **18,236** notices to tenants using the addresses the landlord provided on their written notices to terminate a tenancy.

LAHD provides referrals to Stay Housed LA (SHLA) and directly connects tenants in SHLA's priority zip codes to the SHLA intake system to facilitate fast access to eviction defense services. Tenants who do not meet the SHLA priority zip codes are asked if they would like their information shared with their local Family Source Center (FSC) for legal assistance. The FSCs assist tenants in responding to an unlawful detainer and provide other housing-related assistance.

**United to House LA Short Term Emergency Rental Assistance Program**

The first program to roll out under the Measure ULA Expenditure Plan is the Emergency Renters Assistance Program which was approved by the Los Angeles City Council and signed by the Mayor earlier this year as part of continued efforts to reduce the amount of evictions in Los Angeles. The Short-Term Emergency Assistance Program will allow eligible low-income tenant households to apply for up to six months owed back rent due to a one time economic hardship. Priority eligibility shall be established for lower-income households. The application for tenants in Los Angeles to apply for much needed rent relief closed earlier this month, and the application for small landlords to apply for the Emergency Renters Assistance Program is open now through October 31, 2023 at 6:00 PM PT.

This program was initially funded with $18,400,000 in ULA funds from the FY23/24 Expenditure Plan.  The Los Angeles Housing Department and ULA Citizens Oversight Committee has recommended an additional $12,000,000 be made available to this program to be shifted from the rental assistance program for low income seniors and those with disabilities.  The emergency rental assistance prioritizes low income seniors and those with disabilities and the need for emergency rental assistance is immediate.  This funding shift was approved by both the City Council's Housing and Homelessness Committee and Budget, Finance and Innovation Committee and will be before the full City Council on October 31, 2023.

2