# EXHIBIT 4

FORM GEN. 160

# CITY OF LOS ANGELES
INTER-DEPARTMENTAL CORRESPONDENCE

0220-06162-0002

Date:  January 12, 2024

To:  Paul Krekorian, Council President
City Council

Nithya Raman, Chair
Housing and Homelessness Committee

From:  Matthew W. Szabo, City Administrative Officer
Office of the City Administrative Officer

Subject:  **HOMELESSNESS EMERGENCY DECLARATION - 2023-24 SECOND QUARTERLY REPORT (Council File No. 23-0652)**

## SUMMARY

On December 12, 2022, the Mayor declared a local emergency on homelessness with a sunset of six months subject to renewal by the City Council. On July 7, 2023, the Mayor reissued the local emergency declaration pursuant to the Los Angeles Administrative Code Section 8.33 Local Housing and/or Homelessness Emergency. The City Administrative Officer, the Los Angeles Housing Department, the Department of City Planning, and other relevant departments are to report to the City Council on the status and the progress of the emergency declaration. The City Council will then review the reports and determine if the emergency continues to exist. This report provides highlights on the metrics as reported by various agencies and attached memos from the Department of City Planning and the Los Angeles Housing Department on the status of shelter interventions relative to the Declaration. Lastly, this report provides an overview of the nine key performance indicators established by the Mayor in addressing the emergency, which the status is further discussed in this report for the performance period from October 1, 2023 through December 31, 2023.

## RECOMMENDATION

Note and file.

## BACKGROUND

The Mayor declared a local emergency on homelessness on December 12, 2022. The City Council continued to renew the declaration at least every 30 days for six months. On July 7, 2023, the Mayor reissued the housing and homelessness declaration under the Los Angeles Administrative Code Section 8.33 Local Housing and/or Homelessness Emergency, which authorizes the expedition of processes and procedures to address the crisis (C.F. 23-0652), to mobilize local resources, coordinate inter-agency response, accelerate procurement of housing units with the assistance of the City Administrative Office (CAO), Los Angeles

- 2 -

Homeless Services Authority (LAHSA), Los Angeles Housing Department (LAHD), and the Department of City Planning (DCP). The Mayor is authorized to declare a Section 8.33 emergency on housing and homelessness if any one of three criteria are present:

1. Housing supply is projected to be at least 40 percent below the annual housing production goals as established in the City's Regional Housing Needs Assessment;
2. There exists more than twice the number of unhoused people in the City of Los Angeles than the number of interim beds; or
3. A citywide increase in unhoused individuals by more than 20 percent in a single year as reported in the annual point in time count (PIT).

Additionally, the LAAC Section 8.33 instructs the CAO, DCP, and LAHD to provide a status report on the homelessness emergency declaration on a quarterly basis. The CAO is responsible for coordinating with the Mayor's Office for monthly reporting on the status of the Homelessness Emergency Account and the Inside Safe Initiative. The CAO's Office has continued to provide monthly reports to the City Council and Mayor on the status of the funds and program with the most recent report providing data as of December 15, 2023.

As part of the homelessness emergency declaration, the Mayor also issued Executive Directive No. 1 (ED 1) Expedition of Permits and Clearances for Temporary Shelters and Affordable Housing Types. The homelessness emergency declaration, along with ED 1, allows housing projects to be reviewed and expedited. Additionally, in the Mayor's Declaration of Local Housing and Homelessness Emergency dated July 7, 2023, the Mayor established nine key performance indicators in addressing the emergency, which is further discussed in this Report for the performance period from October 1, 2023 through December 31, 2023.

**DISCUSSION**

The Mayor is authorized to declare a Section 8.33 emergency on housing and homelessness if any one of three criteria are present in the City. At present, two of the three criteria are met.

Criteria 1: Housing supply versus annual housing production goals
  The required threshold for this criteria is at least 40 percent below the annual production goal. According to the Department of City Planning (DCP), the City is 60.3 percent below the annual production goal for the current eight-year Regional Housing Need Allocation cycle of 2021-2029.

Criteria 2: Number of unhoused people versus number of interim beds
  There exists more than twice the number of unhoused people in the City of Los Angeles than the number of interim beds. The Los Angeles Homeless Services Authority (LAHSA) reports that 17,772 interim beds are open and occupiable and the recently released Point-In-Time count reported that 46,260 unhoused individuals reside within the City.

The Office of the City Administrative Officer (CAO), Bureau of Sanitation (LASAN), Department of City Planning (DCP), Housing Authority of the City of Los Angeles (HACLA), Los Angeles Housing Department (LAHD), and the Los Angeles Homeless Services Authority (LAHSA)

- 3 -

have provided information in this report to measure the progress made by the emergency declaration; nine key performance indicators are further discussed below. Additionally, DCP has submitted a detailed status and progress report relative to its homelessness efforts, which is attached to this report for reference.

In addition, the Mayor's Office of Housing and Homeless Solutions (MOHHS) has provided a comprehensive report (Attachment 1) on the Administration's efforts to address the homelessness emergency, which includes placements in temporary housing, the Inside Safe Initiative, increase housing inventory and homelessness services, increase long term housing stability, and data and accountability. Additionally, the Mayor's Office reports a revision to Executive Directive 3 is being made to ensure that redevelopment efforts on public land will have the opportunity to benefit from similar provisions included under Executive Directive 1, and to allow the temporary storage of operable and inoperable automobiles and recreational vehicles and related equipment in nonresidential zones.

**Key Performance Indicators**

***1. Decrease in the number and size of encampments***

*Inside Safe Initiative*

Between October 1, 2023 to December 31, 2023, a total of seven Inside Safe operations were completed, bringing 370 individuals indoors into Inside Safe motel rooms and other interim housing. The seven operations were conducted in Council Districts 1, 3, 4, 5, 8, 10, 11, 12, and 13. In addition, a total of five operations have been completed to address repopulation in Council Districts 4, 7, 9, and 13. Since the inception of Inside Safe, a total of 2,008 Angelenos have been brought inside with interim housing and supportive services through 33 Inside Safe operations. Operations have been done Citywide, with at least one completed in each of the 15 council districts.

*CARE and CARE+ Operations*

The Bureau of Sanitation (LASAN) was provided funding in the 2023-24 Adopted Budget to continue the Comprehensive Cleaning and Rapid Engagement Program (CARE) Comprehensive Cleaning and Rapid Engagement Plus Program (CARE+). The CARE program ensures the City's sidewalks and other public areas are safe, clean, sanitary, and accessible for public use. Meanwhile, the CARE+ program is responsible for removing abandoned waste from the public right of way and cleaning encampments. LASAN has reported 450 CARE operations and 1,593 CARE+ from October 1, 2023 through December 31, 2023. The reported data are operations relative to homelessness efforts. The estimated quarterly breakdown of the operations are shown in Table 1 below:

Table 1: CARE/CARE+ and Inside Safe Operations (October 1, 2023 - December 31, 2023)

| Program | Number of Operations |
|---|---|
| CARE+ | 1,593 |
| CARE | 450 |
| Inside Safe Encampment Resolution Initiative | 7 |
| **Total Operations** | **2,050** |

*Citywide Vehicle Dwelling Operations*

In response to the lifting of the City's Parking Enforcement Moratorium, the Office of the CAO along with City Departments and other relevant partners, worked to create a comprehensive approach to address Vehicle Dwellings, connect people experiencing vehicular homelessness to appropriate resources, and to ensure the health and safety of our public streets. Table 2 provides a summary of the total vehicle dwelling operations starting from May 2022 through September 2023 and total operations from May 2022 through December 2023.

Table 2: Citywide Vehicle Dwelling Operations (May 1, 2022 - December 31, 2023)

| Vehicle Dwelling Operations | May 2022 - September 2023 | May 2022 - December 2023 | Quarter Change |
|---|---|---|---|
| Number of Operations Completed | 167 | 204 | 37 |
| Number of Vehicle Dwellings Assessed for Intervention | 1,180 | 1,399 | 219 |
| Number of Citations Issued | 330 | 378 | 48 |
| Number of Vehicles Impounded | 199 | 218 | 19 |
| Solid Wastes Collected (lbs) | 276,075 | 320,970 | 44,895 |
| Hazardous Waste Collected (lbs) | 9,681 | 10,970 | 1,289 |
| Number of People Experiencing Homelessness Housed | 112 | 132 | 20 |
| Instances of Storage Service Used | 21 | 27 | 6 |

## 2. Regulatory relief from other jurisdictions and within Los Angeles City agencies to create flexibility to address the crisis

*Expedited Approvals*

Under Executive Directive 1, which aims to streamline the approval of all affordable housing development, the Department of City Planning (DCP) reports (Attachment 2) a total of 153 open cases for 10,414 proposed affordable housing units have been submitted to DCP. Of the 153 cases, 72 cases have been completed for a total of 5,494 units approved from January 2023 through December 2023. The average processing time for cases has approximately decreased from 47 days to 43 days.

- 5 -

Table 3: DCP Affordable Housing Cases (January 1, 2023 - December 31, 2023)

| DCP Affordable Housing | | | |
|---|---|---|---|
| **Affordable Housing Units** | **January 2023 - September 2023** | **January 2023 - December 2023** | **Quarter Update** |
| Open Cases | 97 | 153 | 56 |
| Number of Units (Open Cases) | 7,923 | 10,414 | 2,491 |
| Completed Cases | 43 | 72 | 29 |
| Number of Units (Completed Cases) | 3,320 | 5,494 | 2,174 |
| Average Number of Completion Days | 47 | 43 | -4 |

The Los Angeles Housing Department (LAHD) reports improvements in processing times for Replacement Unit Determinations (RUDs) and affordability covenants for projects related to ED 1 from January 1, 2023 through November 30, 2023. During the reporting period, LAHD notes that 580 RUDs were issued for 597 affordable housing replacement units, with an average processing time of 20 days. Relative to affordability covenant, LAHD reports a total of 259 applications were received, 198 of the received applications were completed between January 1, 2023 through November 30, 2023. The average processing time for affordable covenants is approximately 66 days.

*Housing Production*

As of December 31, 2023, the DCP reports (Attachment 2) that 21,156 units have been permitted during the reporting period. The DCP reports that with the total Regional Housing Need Allocation progress as of April 1, 2023, averaged approximately 22,705 units per year. This production amounts to 39.7 percent of the annualized Housing Element goal of 57,080 units. The average production is approximately 60.3 percent below the annual goal, which is greater than the 40 percent threshold established under the Homelessness Emergency Declaration.

Table 4: DBS Dwelling Units Permitted (January 1, 2023 - December 31, 2023)

| DBS Dwelling Units Permitted | | |
|---|---|---|
| **Fiscal Year** | **Reporting Period** | **Units** |
| 2022-23 | Q3: January 1, 2023 - March 31, 2023 | 4,462 |
| | Q4: April 1, 2023 - June 30, 2023 | 7,126 |
| 2023-24 | Q1: July 1, 2023 - September 30, 2023 | 5,344 |
| | Q2: October 1, 2023 - December 31, 2023 | 4,224 |
| | **Total** | **21,156** |

The LAHD reports that the Fast Track Loan program has approved loans for eight projects for a total of 670 units. Currently, there are 11 pending applications for an additional 732 units. Should funding be secured for the pending applications, the total projected supportive housing units will be 1,402.

*Sole Source Contract*

Per the Los Angeles Administrative Code Section 8.33, the Mayor may suspend competitive bidding restrictions for contracts entered into by City departments and offices in response to the emergency. As such, the City has entered into 33 booking agreements and eight occupancy agreements with various motels to provide interim housing for Inside Safe participants. A booking agreement is executed with a hotel that confirms a fixed nightly rate, but hotel rooms may fluctuate given the number of participants at a location and room availability at a given time. An occupancy agreement includes a fixed nightly rate as well as a guaranteed number of rooms, regardless if they are filled or not.

### 3. Relaxation in the restraints that limit the ability of the City's proprietary departments to create flexibility to address the crisis

In order to support the implementation of ED 1, the Department of Water and Power (LADWP) launched Project Powerhouse to reduce the time and cost to deliver power to affordable housing projects. Project Powerhouse expedites the engineering and construction process, and fully covers the cost of electrical line extension.

Since March 2023, LADWP reports that 45 projects that provide 2,441 affordable housing units have benefitted from expedited approvals for power connection, and 34 projects are benefitting from LADWP covering costs of public right-of-way power improvements.

Table 5: DWP Project Power House (March 1, 2023 - December 31, 2023)

| DWP Project Power House | March 2023 - September 2023 | March 2023- December 2023 | Quarter Change |
|---|---|---|---|
| Projects | 37 | 45 | 8 |
| Affordable Housing Units | 2,199 | 2,441 | 242 |

### 4. Increased housing placements

On a Citywide basis, LAHSA has provided a quarterly breakdown on the number of unduplicated participants in outreach programs and placements. In order to align the data reporting to the City's fiscal year, LAHSA's reporting period was adjusted to report on data from July 2022 through December 2023. This data includes the number of unhoused clients contacted and further data subsets. In the previous quarterly report, the reporting period aligned with the calendar year. The below data has been updated to align to the City's fiscal year.

Under the number of unhoused clients contacted, the data set includes participants who had an initial contact with an outreach team, and may have or may not have been enrolled in a

care management plan. Participants that are engaged are participants that have agreed to enroll in a care management plan. Additionally, the data set includes categories on the number of participants that transitioned from an outreach program to permanent housing, emergency shelter, temporary housing, and transitional housing. A summary of the Citywide outreach data is summarized in Table 6 on a quarterly basis.

Table 6: Citywide Outreach and Engagement (July 1, 2022 - December 31, 2023)

| Categories | July - Sep 2022 | Oct - Dec 2022 | Jan - March 2023 | April - June 2023 | FY 2022-23 Total | July - Sep 2023 | Oct - Dec 2023 | FY 2023-24 YTD |
|---|---|---|---|---|---|---|---|---|
| Number of Persons Contacted | 9,863 | 8,586 | 11,149 | 12,277 | **41,875** | 11,625 | 10,394 | **22,019** |
| Number of Persons Engaged | 5,211 | 4,718 | 6,516 | 7,285 | **23,730** | 6,481 | 5,562 | **12,043** |
| Number of Exits to Permanent Housing | 66 | 102 | 154 | 195 | **517** | 211 | 217 | **428** |
| Number of Exits to Emergency Shelters | 702 | 851 | 1,396 | 1,498 | **4,447** | 1,636 | 1,326 | **2,962** |
| Number of Exits Temporary Destinations | 72 | 88 | 178 | 164 | **502** | 185 | 161 | **346** |

*Emergency Housing Vouchers*

HACLA reports that in 2023, the agency has contracted, or housed, 6,203 households across its programs, more than doubling the number of contracts executed in the previous year. Approximately 85 percent of these new contracts support homeless households.

The majority of the households received rental assistance to enter into permanent housing through either the Emergency Housing Voucher (EHV) program (2,280 households) or the project-based voucher (PBV) program (2,224). The remaining homeless households were disabled households in the Continuum of Care Program, families in the Homeless Program or veterans in the HUD-VASH program. Increased level of contracting staff and self-certification waivers approved by the Housing and Urban Development Department (HUD) in August 2023 lead to increased application referrals, which improved the processing time from several months to two weeks.

**5. Increased starts on new affordable housing options**

The DCP and LAHD collaborated on the City of Los Angeles 2022 Annual Housing Element Progress Report, which was submitted to the California Department of Housing and Community Development in April. The reporting period is from January 1, 2022 through December 31, 2022. As reported to the State, 3,280 affordable units were permitted, including 2,150 units for very low income households, 1,042 for low income households, and 88 for

moderate income households. The next report will be submitted for January 1, 2023 through December 31, 2023, and will be submitted to the State in April 2024.

The LAHD reports that it secured funding to support affordable and supportive housing development projects throughout the City. This includes awards for interim and permanent affordable housing sites through Project Homekey 3.0, as well as securing funding awards for projects under the Affordable Housing and Sustainable Communities (AHSC) Program. Additionally, LAHD reports that abatement repairs continue to be funded to support preservation efforts for affordable housing units.

Since Fiscal Year 2016-17, the City completed the review of more than 3,000 parcels of publicly and privately owned land to identify sites suited for interim and permanent affordable housing. The Mayor's Office is coordinating with State legislators to seek exemptions for city properties from the Surplus Land Act, to expedite the development of city owned sites. In October 2023, LAHD was awarded a $2.9 million grant from the Southern California Association of Governments to support next steps on ED3 implementation, and will develop a program that scales up development of publicly owned land.

### 6. An increase in temporary and permanent housing units

*Interim Housing*

LAHSA reports that the interim housing bed inventory has increased to 17,772 from 17,600 that was previously reported in September 2023. The Winter Shelter program was previously not included in the July 2023 inventory. The inventory now includes interim housing beds, safe parking, and motel stays for Inside Safe participants. Table 7 below further clarifies the bed count. Additionally, LAHSA reports the following efforts to address the homelessness emergency:

- Established a Multi-Departmental Crisis Response Team (MDCRT) to oversee coordination of Encampment Resolution efforts;
- Opened the Welcome Navigation Center on November 28, 2023, to connect people to supportive services and housing navigation services. It is open 24 hours/day and can house up to 82 people;
- Re-imagining the structure of Homeless Engagement Teams to include flexible outreach navigators;
- Activated the Winter Shelter Program more readily and expanded the program to a year-round emergency shelter program to address winter, and other inclement weather, crises;
- Re-imagined the Coordinated Entry System to transition to one universal electronic housing application, prioritize those enrolled in Interim Housing or programs that provide housing navigation in the area for a targeted geographic approach, and match at least 2:1 for amounts of units in a building to ensure there are sufficient applications for timely lease up, decreasing lease up time frame from 120 to 45 days;
- Implementing a master leasing strategy in partnership with the County of Los Angeles, LA Care and Healthnet to increase permanent housing inventory.

Table 7: Housing Inventory Count Increase Breakdown

| Category | Beds as of September 2023 | Beds as of December 2023 | Quarter Change |
|---|---|---|---|
| 2023 HIC Adult and Youth | 13,333 | 13,333 | 0 |
| 2023 HIC Families (Units) | 853 | 853 | 0 |
| New Programs since HIC | 1,862 | 1,865 | 3 |
| Safe Parking (Spaces) | 499 | 434 | -65 |
| Inside Safe Program Active Motel Voucher clients | 1,053 | 949 | -104 |
| Winter Shelter Program | 0 | 338 | 338 |
| **TOTAL City of LA Capacity** | **17,600** | **17,772** | **172** |

Under the Project Homekey Round 3 (PHK 3.0), the LAHD submitted applications for three sites for interim housing, two of which were approved for approximately 186 interim housing units.

*Permanent Supportive Housing*

From September 1, 2023 to December 31, 2023, the LAHD reports that it has monitored 11 Proposition HHH (Prop HHH) projects for a total 650 permanent units as open and ready for occupancy. In the course of a year, there were 31 Prop HHH Projects with a total of 1,905 units ready for occupancy. During 2023, seven Project Homekey projects opened for a total of 345 units. There were no openings of new Homekey sites from September to December 2023. Additionally, the City has agreed to support acquisitions of high-quality buildings for use as permanent supportive housing in the long term through HACLA's Project Homekey applications, which have been approved.

### 7. Increased outside aid through access to mental health and substance use beds

For Inside Safe operations, the County Homeless Initiative, County DMH Homeless Outreach and Mobile Engagement (HOME), and County DPH Substance Abuse Prevention and Control (SAPC) have improved coordination of direct referrals to available beds for acute mental health needs, withdrawal management, and inpatient treatment programs. Additionally, the Mayor's Office, with the support of the Council Offices, visited 90 City-funded interim housing sites operated by 13 community-based housing service providers to inform the design of an inpatient treatment pilot using opioid/tobacco settlement funding. The pilot will be launched in the third quarter of the 2023-24 fiscal year for people experiencing homelessness with opioid/substance use disorder participating in Inside Safe operations and living in all City-funded interim housing sites.

### 8. A decrease in the number of persons being evicted from existing housing units

The Los Angeles Housing Department (LAHD) reports that the department continues to track eviction notices, support tenants through the United to House LA Short Term Emergency

- 10 -

Rental Assistance Program, and provide households with eviction defense services. LAHD reports that they received a total of 31,362 applications for emergency rental assistance from landlords and tenants as part of the Measure ULA Emergency Rental Assistance Efforts. Total back rent claimed by applications equals $472,222,593 and payments totaling $5,462,370 have been issued. The households applying for rental assistance include: 11,720 households with children, 2,898 senior households, and 5,866 disabled households. LAHD also received 17,885 eviction warning notices from October 1, 2023 through December 31, 2023, with the top two causes cited as non-payment of rent (16,514) and violation of the rental agreement or lease (436). The eviction warning notices filed claim a total of $69,211,895 in unpaid rent. Lastly, LAHD reports that the Eviction Defense Program provided legal representation to 714 households facing eviction and negotiated $700,000 in rental arrears settlement with landlords during October and November 2023.

### 9. A decrease in the number of persons falling into homelessness

Performance data relative to the decrease in the number of persons falling into homelessness will be provided based on the results of the Annual Point-In-Time Count.

cc:         The City Council
            The Honorable Karen Bass, Mayor
            Lourdes Castro Ramírez, Chief of Housing and Homelessness, Mayor's Office

Attachments:
1. Mayor's Office of Housing & Homeless Solutions - Executive Summary
2. Department of City Planning - Quarterly Housing Production Report and Addressing the Local Housing and Homelessness Emergency

*MWS:ECG:KML:MP:SBL:16240061*

**Mayor's Office of Housing & Homelessness Solutions**
**Executive Summary - 4th Quarter 2023**

**Introduction**
This executive summary presents an update on the Mayor's Office led efforts over the course of the emergency declaration. The below executive summary addresses MOHHS initiatives not fully covered in the HED report itself.

**Citywide Results**
A total of 21,694 individual Angelenos moved into temporary housing in the City of Los Angeles during the first year of the Bass administration – a nearly 28% increase from 2022. This includes all City of LA interim housing residents and is proof that our partnerships with City Council, LAHSA, service providers and LA County working together to invest capital and operating resources are working to help bring people inside from the street.

**Inside Safe Update**
As of December 15, 2023, the MOHHS Inside Safe team completed 33 encampment resolutions across all fifteen City Council districts with 2,008 Angelenos voluntarily accepting offers of interim housing. Each Inside Safe participant received support services to help transition to permanent housing and decrease the risk of returning to the street. Inside Safe interim housing maintains an 80% participant retention rate in comparison to 64% across other City interim.

**Inside Safe Service Provider Contracts**
The MOHHS worked closely with LAHSA, the County Homeless Initiative, and service providers to create a revised Inside Safe Scope of Required Services (SRS) that covers Inside Safe service provision effective January 1, 2024. These contracts between LAHSA and housing service providers focus on increased staffing and oversight, better defined access to services, and an increase in the daily rate to more accurately reflect true service costs.

**Service Connection Days**
The County partners with the City to launch Service Connection Days at Inside Safe interim housing sites to assist Inside Safe participants in securing documents needed for permanent housing applications (e.g., such as Driver's licenses and birth certificates), and to offer direct connections to County resources for social, health and behavioral health services.

**RV Solutions Task Force**
In collaboration with the CAO, Council Districts and other City departments, MOHHS led weekly meetings of the RV Solutions Task Force to facilitate the creation of a comprehensive citywide strategy to reduce RV encampments. This strategy will build on earlier City pilots and include efforts led both by MOHHS and the CAO. MOHHS funded a dismantling contract for RV's in City OPG's to address capacity for Inside Safe, however, this contract is also available for use by Council Districts who have their own funding for dismantling. MOHHS is also negotiating leases for additional sites that can expand capacity for OPG storage lots specifically for RVs that are towed, identifying legislative fixes needed, and developing a safe parking pilot program..

### New Interim Housing Resources

To accompany existing City-funded interim housing, the MOHHS has executed both short and long-term rental agreements and purchases to enhance interim capacity and lay the groundwork for addressing interim housing needs across the City. This adds 49 hotels (including the LA Grand) inclusive of approximately 1,559 rooms to the City's interim housing portfolio. Additionally, the Mayfair Hotel will open later this year and provide 294 long term interim units with onsite services. Project Homekey 3 awarded MOHHS and service provider partners funding for an additional 187 interim beds that will be online later in 2024.

### Increasing Interim to Permanent Housing Placements

Recognizing the challenges of the current Coordinated Entry System and citywide housing navigation services, the MOHHS has partnered with LAHSA, HACLA, LAHD, and County partners to develop a process for expediting and improving connections to permanent housing resources from all City-funded interim housing.

### HUD Waivers

Mayor Bass secured critical process waivers from the U.S. Department of Housing and Urban Development allowing self-certification of income, Social Security Number, date of birth, and disability and an extension of document verification from 60 to 120 days which HACLA reports they have used for every voucher holder since the waiver was received in August. MOHHS continues to work with our federal and state partners to expand these waivers further.

### Executive Directive 7

In November 2023, Mayor Bass signed Executive Directive 7 to streamline and accelerate housing construction for people of all income levels, with an emphasis on affordable housing and mixed income housing, to begin to address the barriers to home ownership, and to help convert existing buildings into housing.

### Data and Accountability

The MOHHS data team has worked closely with LAHSA to dramatically improve the collection, tracking, and reporting of data. This coordination has facilitated the Inside Safe data dashboard and regular reporting on de-duplicated data of people engaged by outreach, enrolled into interim housing programs, and placed into permanent housing both through Inside Safe and citywide.

Additionally, LAHSA, HACLA, and LAHD are currently negotiating a new MOU to further improve and streamline data communications across these agencies to provide more comprehensive integration of reporting on housing vouchers and placements.

The City is also working with County partners to establish further protocols for data sharing. Various County departments utilize different HIPAA-protected information platforms to deliver services that are not interoperable. A collaborative solution is in the works to improve multi-system data reporting around aggregate housing, service connections, and health outcomes across the City.

Attachment 2 : Department of City Planning - Quarterly Housing Production Report and Addressing the Local Housing and Homelessness Emergency

# CITY OF LOS ANGELES
## INTER-DEPARTMENTAL CORRESPONDENCE

DATE:      January 8, 2024

TO:        Matthew Szabo
           City Administrative Officer
           City Administrative Officer

FROM:      Vincent P. Bertoni, AICP
           Director
           Los Angeles City Planning

RE:        **QUARTERLY HOUSING PRODUCTION REPORT AND ADDRESSING THE LOCAL HOUSING AND HOMELESSNESS EMERGENCY**

The purpose of this memorandum is to provide information on the City's housing production as it relates to the annual production goals as established in the Housing Element. Additionally, it seeks to assess the progress in addressing the Local Housing and Homelessness Emergency pursuant to LA Administrative Code 8.33.

LA Administrative Code (LAAC) 8.33(b)(i) allows the Mayor to declare a Local Housing and Homelessness emergency when the City's housing production is projected to fall short by at least 40 percent of its annual goals as established in the Housing Element. For the eight-year Housing Element planning period, the City's total housing production goal, or Regional Housing Needs Assessment (RHNA) Allocation, as established in the City's 2021-2029 Housing Element, is 456,543 units. On an annualized basis, the housing production goal is 57,080 units per year. To meet the 40 percent criterion, the City must produce a total of 34,248 units per year.

According to the most recent housing progress report, which was submitted to the California Housing and Community Development (HCD) on April 1, 2023, housing production during the current eight-year Housing Element planning period is as follows:

| 2021 (October 15 - December 31) | 2022 (January 1 - December 31) | Annualized Average |
|---|---|---|
| 4,014 units | 23,422 units | 22,705 units |

The City's current annual housing production averages 22,705 units per year. This production amount is 60.3 percent below the City's annual goals established by the Housing Element, which exceeds the minimum 40 percent threshold that would allow the Mayor to declare the existence of a local housing and homelessness emergency.

The Department has received monthly permit data through the end of the fourth quarter (December) of the 2023 calendar year from Los Angeles Building and Safety (LADBS). According to the provided data, there were a total of 4,224 housing units permitted in the third quarter of 2023, bringing the total to 21,146 total units issued through the fourth quarter of calendar year 2023. The breakdown by quarter is as follows:

| DBS Dwelling Units on Issued Permits (2023) | |
|---|---|
| 2023 Q1 | 4,462 |
| 2023 Q2 | 7,126 |
| 2023 Q3 | 5,344 |
| 2023 Q4 | 4,224 |
| **2023 Total** | **21,156** |

In order to exceed the 40 percent housing production threshold stipulated in LAAC 8.33, permits for the year 2023 would need to see an increase of over 44 percent compared to the levels recorded in 2022. However, the reality is that there has been a small decline in permitting for new housing in 2023 compared to the prior year. Consequently, it is evident that the City is not on track to meet the housing production goals set forth by the LAAC and Executive Order.

With regards to the progress in addressing the emergency, City Planning is implementing the Mayor's Executive Directive 1 (ED 1) to streamline approvals of 100% affordable housing developments. The ED 1 has been effective in facilitating the processing of affordable housing. as of December 31, 2023, the planning case activity for ED 1 can be summarized as follows:

- There have been a total of 10,414 proposed affordable housing units, of which 5,494 units have been approved (it is not known whether any of these have received building permits and are therefore counted above).
- There have been 153 cases filed, out of which 72 cases have been successfully completed, leaving 81 cases pending.
- On average, the total processing time for these cases is 43 days.

The Los Angeles Housing Department (LAHD) did not have any additional information to report at this time.

For any questions regarding this matter, please contact Matt Glesne, Senior City Planner, at matthew.glesne@lacity.org.

c:     Paul Krekorian, Los Angeles City Council President
       Lourdes Castro Ramirez, Chief Housing and Homelessness Officer, Office of Mayor Karen Bass
       Jenna Hornstock, Deputy Mayor, Office of the Mayor Karen Bass
       Kevin Keller, Senior Advisor, Office of the Mayor Karen Bass
       Nene Ogbechie, Executive Officer of Housing, Office of the Mayor Karen Bass
       Edwin Gipson, Assistant City Administrative Officer, City Administrative Officer
       Kendra Leal, Senior Administrative Analyst, City Administrative Officer
       Mindy Pothongsunun, Administrative Analyst, City Administrative Officer

2