# EXHIBIT 5

FORM GEN. 160

## CITY OF LOS ANGELES
INTER-DEPARTMENTAL CORRESPONDENCE

0220-05151-0493

Date:        December 1, 2023

To:          The City Council

From:        Matthew W. Szabo
             City Administrative Officer

             Sharon M. Tso
             Chief Legislative Analyst

Council File No.: 23-1022
Council Districts: All

Subject:     **ALLIANCE SETTLEMENT AGREEMENT PROGRESS AS OF SEPTEMBER 30, 2023**

### SUMMARY

On October 20, 2023, the City Council instructed the City Administrative Officer and the Chief Legislative Analyst to report within 90 days on a plan to fulfill the terms of the Settlement Agreement between the LA Alliance and the City by June 13, 2027. This report provides an update on the status of the Settlement Agreement and progress toward meeting the housing and shelter production requirements under the agreement. It also provides options for the City to comply with these requirements.

### RECOMMENDATION

That the City Council, subject to approval by the Mayor:

1. INSTRUCT the City Administrative Officer and Chief Legislative Analyst to work with Council District Offices, the Los Angeles Housing Department, the Bureau of Engineering, the Los Angeles Homeless Services Authority, and any other relevant agencies or City departments as appropriate to identify interim and permanent interventions to meet the housing and shelter production requirements and targets under the LA Alliance Settlement Agreement, review identified interventions for feasibility, and identify funding sources for feasible projects.

### BACKGROUND

On March 10, 2020, the LA Alliance for Human Rights, a coalition of downtown Los Angeles residents and business owners, including persons who are currently experiencing and have formerly experienced homelessness, filed suit against the City and the County of Los Angeles ("County") for violating various State and federal laws in connection with the City's and County's alleged failures in responding to homelessness.

On May 15, 2020, the U.S. District Court of Central District of California (District Court) issued a preliminary injunction requiring the City and the County to relocate and shelter all homeless individuals living near freeway overpasses, underpasses, and ramps. On June 16, 2020, the City reached an agreement with the County to create 6,700 new homeless housing units within 18 months to address the COVID-19 emergency. This agreement is referred to as the Covid-19 Homelessness Roadmap.

The Roadmap set the following targets:
- 700 beds in existing agreements with the County within 10 months
- 5,300 new beds within 10 months
- 700 new beds within 18 months

The City was required to open and maintain 6,000 new beds not covered by existing City-County agreements. As a result of opening these new beds, the County agreed to provide up to $60 million in annual service funding, totaling up to $300 million over the five-year agreement term, based on the number of interventions open and occupied within 60 days of July 1st each year. The City has met all obligations under the agreement and will continue to do so.

On June 14, 2022, the District Court approved a Settlement Agreement (Settlement) between the City and the plaintiffs and dismissed the City from the lawsuit. The District Court retained jurisdiction for a period of five years to enforce the terms of the Settlement and appointed a special master to assist the District Court to monitor and enforce the terms of the Settlement. This report provides a summary of the Settlement terms and options for the City to comply with the housing and shelter production requirements that the City agreed to under the Settlement.

## DISCUSSION

The Settlement is a five-year agreement beginning June 14, 2022 and ending June 13, 2027. Under the Settlement terms, the City will create 12,915 new shelter or housing solutions that are equitably distributed across the City. Once the required number of interventions has been created, the City has the option to implement Citywide or Council District-wide public space regulations and ordinances, subject to certain requirements. These requirements along with a summary of other obligations under the Settlement are described below.

### Obligations under the Alliance Settlement Agreement

*Citywide Required Number*
Under the Settlement, the City agreed to create shelter or housing to accommodate 60 percent of unsheltered persons experiencing homelessness (PEH) in the City that do not require more acute services that can only be provided by the County (City Shelter Appropriate PEH). These shelter or housing interventions must be in place by the end of the five-year agreement term, June 13, 2027. The Settlement specifies that the City's required number will be determined by data from the 2022 Point In Time Count (PIT Count) by the Los Angeles Homeless Services Authority (LAHSA). Based on the 2022 PIT Count, the City is required to create 12,915 new interventions (e.g., interim housing beds, time-limited subsidies, permanent supportive housing units, etc.). Table 1 - City Shelter Appropriate Calculation shows how this Citywide number was

determined. The type of housing or shelter interventions used toward the Settlement are determined at the City's sole discretion. The City may not use any interventions toward the Settlement that opened prior to the Settlement start date of June 14, 2022, or any interventions used to satisfy the City's June 16, 2020 Homelessness Roadmap agreement.

Table 1 - City Shelter Appropriate Calculation

| City Shelter Appropriate Calculation | | | | | |
|---|---|---|---|---|---|
| | 2022 Homeless Point in Time Count Data | | | # of Unsheltered PEH Minus SMI | 60% of Unsheltered PEH Minus SMI |
| Council District | # of Unsheltered PEH | # of Seriously Mentally Ill (SMI) | Percent SMI | | |
| 1 | 2,511 | 720 | 28.67% | 1,791 | 1,075 |
| 2 | 1,087 | 388 | 35.69% | 699 | 419 |
| 3 | 844 | 160 | 18.96% | 684 | 410 |
| 4 | 858 | 181 | 21.10% | 677 | 406 |
| 5 | 834 | 256 | 30.70% | 578 | 347 |
| 6 | 1,590 | 373 | 23.46% | 1,217 | 730 |
| 7 | 1,484 | 183 | 12.33% | 1,301 | 781 |
| 8 | 1,334 | 377 | 28.26% | 957 | 574 |
| 9 | 2,943 | 437 | 14.85% | 2,506 | 1,504 |
| 10 | 1,420 | 373 | 26.27% | 1,047 | 628 |
| 11 | 1,704 | 481 | 28.23% | 1,223 | 734 |
| 12 | 944 | 253 | 26.80% | 691 | 415 |
| 13 | 2,330 | 630 | 27.04% | 1,700 | 1,020 |
| 14 | 6,659 | 1,758 | 26.40% | 4,901 | 2,941 |
| 15 | 1,916 | 364 | 19.00% | 1,552 | 931 |
| **Total** | **28,458** | **6,934** | **24.37%** | **21,524** | **12,915** |

*Council District Target Numbers*
In addition to the Citywide required number, target numbers for each Council District were established based on the 2022 Point in Time Count. These target numbers are shown in the "60% of Unsheltered PEH Minus SMI" column in Table 1. The City is not required to meet each

- 4 -

Council District target in order to comply with the Settlement; rather, the Settlement requires the City to equitably distribute housing and shelter solutions throughout the City, and these Council District targets may be used as a guideline. Council Districts that meet their target number may also choose to implement public space regulations and ordinances as detailed below.

*Public Space Regulations and Ordinances*
Once the Citywide required number of interventions has been achieved, the City may elect to implement and enforce Citywide public space regulations and ordinances as to those individuals who refuse an offer of shelter or housing and/or decline to move to an alternative location where they may legally reside. In addition, before or after the Citywide required number is reached, Council Districts that have reached their target number of interventions may implement such public space regulations and ordinances within the District. In both cases, no enforcement action may be taken against any individual unless that individual has first received an offer of adequate and appropriate shelter or housing or been provided with an option to relocate to an alternative location. The City must implement a dispute resolution process for any individuals who are subject to such ordinances to allow for disputes concerning the adequacy of an offer of shelter or housing provided prior to enforcement. These requirements for public space regulations and ordinances do not apply to time/manner/place regulations such as LAMC 41.18.

*Additional Obligations*
In addition to the obligations above, the City must develop plans and milestones around encampment engagement, cleaning, and reduction, both Citywide and at the Council District level. The City must provide quarterly status updates to the Court regarding its progress with the Settlement requirements, and must engage a third party to provide data collection, analysis, comments, and regular public reports on the City's compliance with the terms of the Settlement.

## Progress as of September 30, 2023

This report provides updates regarding the City's progress as of the September 30, 2023 Quarterly Report to the District Court with regard to the Settlement. Interim Housing and Permanent Housing options are provided for meeting the Citywide required number and Council District targets by the Settlement end date of July 13, 2027. Future reports will provide updates regarding the dispute resolution process; plans and milestones around encampment engagement, cleaning, and reduction; and third party reporting.

As of September 30, 2023, of the 12,915 units required under the Settlement, 2,347 beds or units are open and 6,108 beds or units are in progress, for a total of 8,455 units or beds that satisfy the intent of the Settlement. Therefore, the City will need to add a total of 4,460 beds or units that will be open by June 13, 2027 in order to meet the terms of the Settlement. These totals are shown below in Table 2 - Alliance Settlement Agreement Progress, which shows both Citywide and Council District totals.

**Table 2 - Alliance Settlement Agreement Progress**

| ALLIANCE SETTLEMENT AGREEMENT PROGRESS | | | | | |
|---|---|---|---|---|---|
| As of: 9/30/2023 | | | | | |
| Council District | Goal | Open | In Progress | Overall Total | Current Delta |
| 1 | 1,075 | 441 | 709 | 1,150 | 75 |
| 2 | 419 | 51 | 143 | 194 | -225 |
| 3 | 410 | 54 | 350 | 404 | -6 |
| 4 | 406 | 143 | 175 | 318 | -88 |
| 5 | 347 | 99 | 107 | 206 | -141 |
| 6 | 730 | 111 | 298 | 409 | -321 |
| 7 | 781 | 136 | 0 | 136 | -645 |
| 8 | 574 | 322 | 541 | 863 | 289 |
| 9 | 1,504 | 82 | 355 | 437 | -1,067 |
| 10 | 628 | 189 | 295 | 484 | -144 |
| 11 | 734 | 179 | 439 | 618 | -116 |
| 12 | 415 | 0 | 378 | 378 | -37 |
| 13 | 1,020 | 180 | 695 | 875 | -145 |
| 14 | 2,941 | 258 | 1,022 | 1,280 | -1,661 |
| 15 | 931 | 102 | 601 | 703 | -228 |
| Totals[1] | 12,915 | 2,347 | 6,108 | 8,455 | -4,460 |

*(1) Current Delta for this row represents the difference between the overall total and the Citywide required number*

*Units open as of September 30, 2023*
As of September 30, 2023, 2,347 beds or units are open under the Settlement. This includes 143 interim beds and 2,204 permanent supportive housing units. Of the permanent supportive housing units, 377 are Project Homekey-2 units, 1,594 are Prop HHH units, and 233 are other permanent supportive housing units.

*Projections as of September 30, 2023*
In addition to the 2,347 open beds or units, 6,108 beds or units are in progress under the Settlement as of September 30, 2023, for a total of 8,455 beds or units open and in progress. Of the 6,108 beds or units in the pipeline, 505 are interim beds and 5,603 are permanent housing units. The interim housing beds include 211 proposed Homekey-3 beds and 294 interim beds from the Mayfair Hotel. The permanent supportive housing units include 877 Project Homekey-

2 units, 91 proposed Project Homekey-3 units, 3,390 Prop HHH units, and 1,245 other permanent supportive housing units.

*Remainder of the Obligation*
As of September 30, 2023, there is a gap of 4,460 beds or units between the City's required number of interventions under the Settlement of 12,915 and the total number of beds or units open and in progress of 8,455. Attachment 1 - Alliance Settlement Beds/Units Production Pipeline shows this gap as well as the difference between the total number of projects open and in progress by Council District and the targets for each Council District.

*Council District Targets*
Two Council Districts, Council District 1 and Council District 8, are projected to meet their target number by 2024-25 as shown in Attachment 1 - Alliance Settlement Beds/Units Production Pipeline. The remaining Council Districts would need to add additional beds or units to the pipeline in order to achieve these targets, as shown in the "Current Delta" column. As noted above, the City is not required to meet each Council District target in order to comply with the Settlement.

## Options for Interim or Permanent Housing

This report recommends that the City Administrative Officer (CAO) and the Chief Legislative Analyst (CLA) work with Council District Offices, the Los Angeles Housing Department (LAHD), the Bureau of Engineering (BOE), the Los Angeles Homeless Services Authority (LAHSA), and other agencies and City departments as needed to identify interim and permanent solutions to achieve Council District target intervention numbers under the Settlement by June 13, 2027, review these potential interventions for feasibility, and identify funding sources for feasible projects.

LAHD will be submitting a report regarding a holistic investment strategy to create the permanent and interim housing needed to significantly reduce and ultimately end homelessness in the City (C.F. 23-0429). This report provides information on options that may be considered within that holistic investment strategy to meet the Settlement requirements by the agreement end date.

### *Interim Housing Options*

The following is a list of interim housing typologies that could be considered for use toward the Settlement requirements. While the City is not limited to these typologies, the options below are used most frequently.

*Tiny Home Villages (THVs)*
THV sites provide standalone sleeping units that accommodate a maximum of two participants, along with shared hygiene units, laundry facilities, and common areas. The construction timeline for such projects currently ranges from 8 - 12 months due to the continuing impact of post-COVID-19 supply chain issues. The timeline for such projects begins with a feasibility review by BOE, which typically takes 2 - 3 weeks. Once funding has received Council and Mayor approval, the design timeline for a design/build set of drawings is typically 4 - 6 weeks for design and 8 - 10 weeks for bid and award. Based on this timeline, Council Districts would need to identify THV

projects no later than the end of October 2025 in order to allow sufficient time for design, bid and award, and construction following the feasibility and funding authorization process.

### Modular Residential Units

Modular residential units are a similar interim housing typology to THVs, but differ with regard to their larger size, greater amenities, and longer lifespan. Such units may include features such as kitchenettes and bathrooms. These units must be State-certified and construction of these sites is regulated by the California Department of Housing and Community Development (HCD). The construction timeline for these projects currently ranges from 10 - 14 months, with a similar timeline to THVs for feasibility and pre-construction design and bid/award. These projects also would need to be identified no later than the end of August 2025 in order to meet the Settlement timeframe.

### Adaptive Reuse of Motels or Commercial Properties

Adaptive reuse involves the conversion of motels or commercial properties such as retail or office buildings into interim or permanent housing. These projects require a Physical Needs Assessment of a project's physical condition, maintenance/upkeep, structural integrity, and plumbing and electrical systems. These costs must be assessed in relation to purchasing or leasing values and ability repair for the intended project's need. Other factors to be considered include accessibility and retrofitting requirements.

### Hotel/Motel Leasing Agreements

The City could enter into long-term leasing agreements with hotels and motels to provide interim housing beds. If the term of these agreements is expected to continue past June 13, 2027, the City may use such agreements toward the Settlement requirements. These agreements would allow units to be added on a relatively short time frame.

### Review of Interim Housing Projects

The CAO provided a Proposed Standardized Site Review Process in a recent report to Council (C.F. 22-1578). This process includes a Tier 1 Review to determine the feasibility of the location, a Tier 2 Review to determine the scope of work required for tenant improvements, and a Tier 3 review that includes California Environmental Quality Act (CEQA) Review and identification of the availability of eligible funding sources. As noted in the report, the CAO recommends the following selection criteria to prioritize projects:

1. Overall bed availability within a Council District
2. Number of existing shelters located within a Council District
3. Overall bed need within a Council District
4. Bed availability based on population served (i.e. Men, women, families, TAY)
5. Rehabilitation/Construction Costs
6. Tenant Improvement Costs
7. Operating Cost
8. Leasing Cost (If applicable)

- 8 -

### *Permanent Supportive Housing Options*

Options for the creation of permanent supportive housing (PSH) for use toward the Settlement requirements are listed below. When considering these options, it is important to keep in mind that affordable permanent housing units that are not PSH units cannot be counted toward the Settlement requirements, as the City must demonstrate that any beds or units created under the Settlement are available to persons experiencing homelessness.

*Master Leasing of Apartment Buildings*
Master leasing of existing newly constructed apartment buildings with long-term leases of at least five (5) years is a feasible option for adding permanent supportive housing units to meet the Settlement requirements by June 13, 2027. LAHSA has developed a Master Leasing Strategy that could be used as a model by the City, and  the CLA is preparing a report to Council regarding a proposed structure and potential funding sources for the implementation of a master leasing program in the City (C.F. 22-1577). This typology provides the option to bring units online on a short timeline.

*Acquisition of Apartment Buildings*
The City could choose to acquire newly constructed apartment buildings to expand the supply of permanent supportive housing. Like master leasing, this option allows for units to be added on a short time frame.

*Modular Units*
In addition to being an option for interim housing, prefabricated modular units are an option for creating permanent supportive housing. The timeline for such projects is often faster than new construction of buildings.

*Adaptive Reuse of Motels or Commercial Properties*
As described above under the options for interim housing, the City may convert hotels, motels, or other commercial properties into permanent supportive housing.

*New Construction of Apartment Buildings*
Development of new construction apartment buildings might not meet the timelines of the Settlement due to the minimum 3 - 5 year time frame required for these projects. Such projects are therefore not recommended as an option for meeting the remaining Settlement requirements, as projects initiated within the next year are unlikely to be completed by the Settlement end date of June 13, 2027.

### *Funding Options*

Below is a list of funding sources used in the development of interim and permanent supportive housing. This list is not exhaustive, and each funding source has specific requirements. The sources listed may not all be available or viable options.

- 9 -

*Funding Options for Both Interim and Permanent Housing*

- Homeless Housing, Assistance, and Prevention Program (HHAP): HHAP is a State of California block grant program designed to provide jurisdictions with one-time grant funds to support regional coordination and expand or develop local capacity to address immediate homelessness challenges. Eligible uses for HHAP funding include both interim and permanent housing. Funding for interim sheltering is limited to newly developed clinically enhanced congregate shelters, new or existing non-congregate shelters, and operations of existing navigation centers and shelters based on demonstrated need. This interim sheltering must: a. Be low barrier; b. Comply with Housing First as provided in Chapter 6.5 (commencing with Section 8255) of Division 8 of the Welfare and Institutions Code, and c. Prioritize interventions other than congregate shelters. Funding may also be used for the delivery of permanent housing and innovative housing solutions such as hotel and motel conversions.

- Homekey: Homekey is a State of California program to sustain and rapidly expand housing for persons experiencing homelessness or at risk of homelessness. Funding may be used to develop a broad range of housing types, including but not limited to hotels, motels, hostels, single-family homes and multifamily apartments, adult residential facilities, manufactured housing, and to convert commercial properties and other existing buildings to permanent or interim housing.

*Funding Options for Interim Housing:*

- Community Development Block Grant (CDBG): CDBG is a federal block grant program administered by the United States Department of Housing and Urban Development (HUD) that may be used for the acquisition, construction, reconstruction, rehabilitation or installation of public facilities and improvements, including interim housing shelters.

- General City Purposes - Additional Homeless Services (GCP-AHS): GCP-AHS is the most flexible funding source to support the City's homeless intervention and services. Funds may be used for the acquisition, construction, reconstruction, rehabilitation, and various supportive services. GCP-AHS funding is jointly administered by the Mayor and City Council.

*Funding Options for Permanent Supportive Housing:*

- United to House LA (ULA): ULA funds may be used for supportive and affordable housing programs, including development, construction, acquisition, rehabilitation, and operation of housing.

- Multifamily Housing Program (MHP): MHP is a State of California Department of Housing and Community Development (HCD) program that provides low-interest, long-term deferred-payment loans for new construction, rehabilitation, and preservation of permanent and transitional rental housing for lower-income households.

- California Housing Accelerator: The California Housing Accelerator is an HCD provides funding for shovel-ready affordable housing projects that, despite having received one or more awards from other HCD programs, are unable to move forward due to funding gaps that resulted from their inability to access tax-exempt bond allocations or low-income housing tax credits.

- HOME Investment Partnership Program (HOME): HOME is a federal formula grant program administered by HUD that may be used for building, buying, and/or rehabilitating affordable housing for rent or homeownership.

*County Funding for Services*

Both interim housing and permanent supportive housing projects will require funding for services. While a Memorandum of Understanding related to the Settlement between the City and the County is still in progress, under the term sheet signed by the City and the County on September 12, 2022, the County is expected to fund supportive services for up to 10,200 PSH units and for up to 3,100 interim housing beds that are created under the Alliance agreement. The term sheet notes that the division between interim housing and PSH units for this funding is subject to change by mutual agreement.

*Operating Subsidies*

Permanent supportive housing projects will require rental subsidies. These might take the form of Time-Limited Subsidies (TLS) or Section 8 vouchers. For any of the permanent supportive housing options noted above, the City will need to ensure that sufficient TLS slots are funded and/or that sufficient Section 8 vouchers are available to ensure full utilization of these projects.

**Status of Memorandum of Understanding between the City and County of Los Angeles**

As noted above, the City and County signed a term sheet on September 12, 2022 outlining additional commitments each party will make to add additional resources to the City's efforts to address homelessness. This term sheet will be formalized in a Memorandum of Understanding (MOU) between the City and County. The MOU has not yet been finalized, however, the additional commitments noted in the term sheet include the following:

- The County will increase to 34 (from 22) the number of Multi-Disciplinary Teams dedicated to conducting outreach exclusively in the City and increase to 10 (from 5.5) the number of Homeless Outreach and Mobile Engagement (HOME) teams dedicated to conducting outreach exclusively in the City.

- The City and County will work together to make available to each other appropriate City- and/or County-owned land to create new interim or permanent housing units.

- The County will work to prioritize referrals of PEH in the City to permanent supportive housing placements in project-based units in the City even if the units are funded and/or operated by the County.

- The County shall provide City-funded outreach teams with access to Department of Mental Health, Department of Health Services, Department of Public Social Services, and Department of Public Health services directly and through coordination with the MDT and HOME teams assigned to the City.

- The County will develop additional substance use and mental health beds. While the term sheet stated that the County would develop 300 such beds, the County later committed to developing 3,000 new substance use and mental health beds in their settlement agreement with the Plaintiffs in the LA Alliance lawsuit finalized in September 2023.

- The County shall fund supportive services for PEH in permanent units financed by the City and for PEH in interim housing established as part of the lawsuit. This obligation is limited to a maximum of 3,100 interim housing units and 10,200 permanent housing units. The division between interim housing and PSH units for this funding is subject to change by mutual agreement.

## Related Reports

The options provided in this report should be considered alongside the information and recommendations provided in the following related reports:

*C.F. 23-0429*
This Los Angeles Housing Department (LAHD) report will provide a holistic investment strategy to create the permanent and interim housing needed to significantly reduce and ultimately end homelessness in the City. This strategy will inform the Citywide Request for Information for interim housing projects.

*C.F. 23-0882*
This Chief Legislative Analyst (CLA) report will provide a framework for a citywide policy to guide the process, criteria, and timelines for formalizing property transactions and binding agreements related to site acquisition, rehabilitation, and renovations, as well as operations and maintenance, for City-owned interim housing. This report will inform the criteria for project selection, including preferred intervention typologies, service agreements, and property management agreements.

*C.F. 23-1054*
This joint CAO/CLA report will report back on contracts and agreements between the City and County related to the delivery of healthcare, mental health, and substance use disorder services to PEH in the City, including the status of the Memorandum of Understanding (MOU) between the City and County related to the LA Alliance Agreement.

*C.F. 23-1182*
This CAO report will provide an update on the Alliance Settlement implementation related to outreach, dispute resolution, assessment for "city shelter appropriate" and coordinating with County MDT, HOME teams, and other programs.

- 12 -

*C.F. 22-1577*
The CLA will report on the proposed structure and potential funding sources for a citywide master leasing program.

**FISCAL IMPACT STATEMENT**

There is no impact to the General Fund at this time as a result of the recommendations in this report, however, this report's recommendations might inform future recommendations that could affect the General Fund.

**FINANCIAL POLICIES STATEMENT**

The recommendations in this report comply with the City's Financial Policies.

Attachments:
Attachment 1: Alliance Settlement Bed/Unit Production Pipeline

*MWS:ECG:KML:MAG:MP:MCF:16240035*

Attachment 1: Alliance Settlement Bed/Unit Production Pipeline

### ALLIANCE SETTLEMENT BED/UNIT PRODUCTION PIPELINE[1]

As of: 9/30/2023

| Council District | | FY 2022-23 | FY 2023-24 | FY 2024-25 | FY 2025-26 | FY 2026-27 | Overall Total | Target | Current Delta |
|---|---|---|---|---|---|---|---|---|---|
| 1 | All Interventions | 305 | 323 | 456 | 54 | 12 | 1,150 | 1,075 | 75 |
| | Interim Housing | 0 | 0 | 294 | 0 | 0 | 294 | | |
| | Permanent Housing | 305 | 323 | 162 | 54 | 12 | 856 | | |
| 2 | All Interventions | 0 | 131 | 63 | 0 | 0 | 194 | 419 | -225 |
| | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | Permanent Housing | 0 | 131 | 63 | 0 | 0 | 194 | | |
| 3 | All Interventions | 54 | 287 | 0 | 0 | 63 | 404 | 410 | -6 |
| | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | Permanent Housing | 54 | 287 | 0 | 0 | 63 | 404 | | |
| 4 | All Interventions | 143 | 115 | 60 | 0 | 0 | 318 | 406 | -88 |
| | Interim Housing | 143 | 0 | 26 | 0 | 0 | 169 | | |
| | Permanent Housing | 0 | 115 | 34 | 0 | 0 | 149 | | |
| 5 | All Interventions | 50 | 49 | 107 | 0 | 0 | 206 | 347 | -141 |
| | Interim Housing | 0 | 0 | 75 | 0 | 0 | 75 | | |
| | Permanent Housing | 50 | 49 | 32 | 0 | 0 | 131 | | |
| 6 | All Interventions | 77 | 206 | 36 | 24 | 66 | 409 | 730 | -321 |
| | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | Permanent Housing | 77 | 206 | 36 | 24 | 66 | 409 | | |

Attachment 1: Alliance Settlement Bed/Unit Production Pipeline

| Council District | | FY 2022-23 | FY 2023-24 | FY 2024-25 | FY 2025-26 | FY 2026-27 | Overall Total | Target | Current Delta |
|---|---|---|---|---|---|---|---|---|---|
| 7 | All Interventions | 136 | 0 | 0 | 0 | 0 | 136 | 781 | -645 |
| | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | Permanent Housing | 136 | 0 | 0 | 0 | 0 | 136 | | |
| 8 | All Interventions | 225 | 312 | 170 | 71 | 85 | 863 | 574 | 289 |
| | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | Permanent Housing | 225 | 312 | 170 | 71 | 85 | 863 | | |
| 9 | All Interventions | 82 | 228 | 56 | 71 | 0 | 437 | 1,504 | -1,067 |
| | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | Permanent Housing | 82 | 228 | 56 | 71 | 0 | 437 | | |
| 10 | All Interventions | 169 | 202 | 93 | 20 | 0 | 484 | 628 | -144 |
| | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | Permanent Housing | 169 | 202 | 93 | 20 | 0 | 484 | | |
| 11 | All Interventions | 179 | 243 | 127 | 0 | 69 | 618 | 734 | -116 |
| | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | Permanent Housing | 179 | 243 | 127 | 0 | 69 | 618 | | |
| 12 | All Interventions | 0 | 169 | 110 | 99 | 0 | 378 | 415 | -37 |
| | Interim Housing | 0 | 0 | 110 | 0 | 0 | 110 | | |
| | Permanent Housing | 0 | 169 | 0 | 99 | 0 | 268 | | |
| 13 | All Interventions | 180 | 293 | 143 | 259 | 0 | 875 | 1,020 | -145 |
| | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | Permanent Housing | 180 | 293 | 143 | 259 | 0 | 875 | | |

Attachment 1: Alliance Settlement Bed/Unit Production Pipeline

| Council District | | FY 2022-23 | FY 2023-24 | FY 2024-25 | FY 2025-26 | FY 2026-27 | Overall Total | Target | Current Delta |
|---|---|---|---|---|---|---|---|---|---|
| 14 | All Interventions | 81 | 642 | 169 | 244 | 144 | 1,280 | 2,941 | -1,661 |
| | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | Permanent Housing | 81 | 642 | 169 | 244 | 144 | 1280 | | |
| 15 | All Interventions | 102 | 388 | 100 | 113 | 0 | 703 | 931 | -228 |
| | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | Permanent Housing | 102 | 388 | 100 | 113 | 0 | 703 | | |
| Totals | All Interventions | 1,783 | 3,588 | 1,690 | 955 | 439 | 8,455 | 12,915 | -4,460 |

(1) This chart shows the open and in progress beds/units under the Settlement as of September 30, 2023 and the expected timeline for these beds/units to come online by fiscal year (FY). The difference between the number of open and in progress beds/units in the pipeline and the target number are shown in the "Current Delta" column. Negative numbers in the "Current Delta" column correspond with the number of beds or units that would need to be added; positive numbers represent projected beds or units that exceed the Council District targets. The "Current Delta" in the last row corresponds with the number of beds or units that need to be added to meet the Citywide required number under the Settlement.