**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES – GENERAL</u>**

Case No. 2:20-CV-02291-DOC-KESx                    Date:  February 12, 2024

Title: LA ALLIANCE FOR HUMAN RIGHTS V. CITY OF LOS ANGELES ET AL

PRESENT:

<u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER CONTINUING HEARING DATE FOR PLAINTIFF'S MOTION FOR SANCTIONS [668]**

The Court hereby **CONTINUES** the hearing date for Plaintiff's Motion to Enforce the Settlement Agreement and for Sanctions (Dkt. 668) from March 4, 2024, to March 7, 2024, at 9 a.m. At the hearing, the parties may present witnesses, other evidence, and argument.

The hearing will be held at the First Street Courthouse in Los Angeles. Courtroom to follow.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                        Initials of Deputy Clerk: kdu

CIVIL-GEN