# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 2:20-CV-02291-DOC-KESx            Date: February 29, 2024

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL V. CITY OF LOS ANGELES

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**     **SCHEDULING NOTICE**

The Court previously set the hearing for Plaintiffs' Motions for (Dkt. 663) for March 7, 2024 at 9 a.m. The assigned courtroom is Courtroom 1 at the United States Courthouse located at 350 W 1st St, Los Angeles, CA 90012. At the hearing, the parties may present witness testimony, other evidence, and argument.

Counsel for proposed intervenor, Stephen Yagman, elected officials, and other interested parties are invited to attend the hearing.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11            Initials of Deputy Clerk: kdu

CIVIL-GEN