# Mayor's Office of Housing and Homelessness Solutions
## LA Alliance Milestones and Citywide Homelessness Strategy

### Tuesday, January 2, 2024

1



# The Citywide Vision

A person and community-centered approach that

- Mayor enacts a State of Emergency on day one

- Moves with urgency to bring people inside

- Enhances the integration and delivery of comprehensive services

- Strengthens the interim housing infrastructure and supply

- Accelerates the development of housing that is affordable

- Drives solutions that proactively address and rectify the entrenched inequities within the system

2



# Commitment to LA Alliance Settlement Agreement

✓ 12,915 units of shelter and housing by June 2027 (prior to Mayor Bass)

✓ Encampment Engagements: 30,000 per year (Plaintiff accepted)

✓ Encampment Cleanings: 30 to 75 per week (Plaintiff accepted)

❑ **Encampment Reductions: 12,000 Individual Encampments (Jun 2022 - June 2027)\***

\*retroactive data to be compiled and processed

3

 # Barriers to Building a Citywide Approach

- We found siloed systems and processes that didn't bring people inside immediately and lacked adequate and transparent data collection. Flaws included:

 **Fragmented, uncoordinated, inequitable approach**
*Council Offices felt a lack of support while attempting to solve on their own*

 Lack of real-time data and synchronization across partners created challenges for serving needs and tracking progress

 Gaps in homeless management systems made it difficult to achieve and measure individual progress and outcomes

4



# A Different Way

- Urgently addressing the homelessness crisis to save lives by declaring a state of emergency

- Locking arms with LAHSA, HACLA, LAHD, LA County, State, and Federal partners to fix roadblocks and systemic flaws

- New leadership at LAHSA and stronger oversight

- Creating and implementing citywide Inside Safe Initiative to holistically address encampments

- Issuing executive directives to streamline and accelerate the development of affordable housing citywide

5



...ults of Citywide Approach: Inside Safe

**34** Encampment Resolutions*

**2,008** People Voluntarily Moved Inside*

INSIDE SAFE PARTICIPANT RETENTION*

**80%**

Service Delivery

ALL OTHER INTERIM HOUSING RETENTION**

**64%**

Data is provided by LAHSA. *Reported as of 12/15
**Reported as of 11/30; does not include Inside Safe.

Map as of 11/30

6



# Results of Citywide Approach: Inside Safe









# Skid Row Residents & Community

- Expanding Interim Housing options for Skid Row resident via the LA Grand and Mayfair Hotel

- County/City awarded joint $60M Encampment Resolution Grant from the State of CA to provide enhanced services and housing to high acuity Skid Row residents

- Skid Row Action Plan Developed
  - Combined $227.4M investment from County, City, and State
  - Comprehensive plan with robust community engagement that includes:
    - Interim Housing
    - Permanent Housing
    - Safe Services
    - Harm Reduction Health Hub ??
    - 24/7 Low Barrier Behavioral Healthcare Center

11

02/22/2024



# LA Alliance - Citywide Milestones
## Encampment Reduction and Resolutions

**Goal: 12,000 Tents, Makeshift Shelters, Cars, Vans, and RVs.**

- Time Period: Jun 2022* - June 2027

- Reductions and Resolutions generated through:
  - Inside Safe
  - Care/Care+
  - 41.18 Operations
  - RV operations
  - Other Council Operations

*at the start of the settlement, June 14th 2022

**Goal is set at 0, but retroactive tabulation can provide additional metrics to the overall 12,000

| Time Period | Milestone Period | Aggregate Milestone |
|---|---|---|
| Jun - Dec 22 | 0** | 0** |
| Jan - Jun 23 | 1,000 | 1,000 |
| July - Dec 23 | 1,000 | 2,000 |
| Jan - June 24 | 1,000 | 3,000 |
| July - Dec 24 | 1,250 | 4,250 |
| Jan - June 25 | 1,250 | 5,500 |
| July - Dec 25 | 1,250 | 6,750 |
| Jan - June 26 | 1,500 | 8,250 |
| July - Dec 26 | 1,750 | 10,000 |
| Jan - June 27 | 2,000 | 12,000 |
| **Totals:** | **12,000** | **12,000** |

1