STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
(for filings only)
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys for Proposed Intervenor

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>Defendants. | No. 2:20-CV-02291-DOC(KESx)<br><br>**HIDDEN CITY OF LOS ANGELES REPORT ON ANTI-CAMPING ORDINANCE FINDS LAW IS FAILING**<br><br>March 7, 2024<br>9:00 a.m.<br>Courtroom 1 (the Cube)<br><br>Judge David O. Carter |

Attached is some material for the court to read before the hearing.

**YAGMAN + REICHMANN, LLP**

By: _____
STEPHEN YAGMAN

1

Support for LAist comes from

Become a sponsor

NEWS                                    LISTEN                                    DONATE

HOUSING AND HOMELESSNESS

# Hidden City Report Finds LA Council's Signature Anti-Encampment Law Is Failing

By Nick Gerda

Updated Mar 2, 2024 12:36 PM
Published Mar 1, 2024 5:08 PM



**KEY FINDINGS**                                    ❯

L.A. city officials have for months kept from the public a damning report, ordered by the council, that found a major homelessness enforcement policy championed by several council members has failed in key goals to keep areas clear of encampments and get people housed.

The report looks at one of the city's most controversial enforcement laws, a rule known as 41.18 zones. Under changes approved in 2021, council members can designate areas in their district where unhoused people cannot sit, lie down, sleep, or keep belongings on sidewalks or other public areas. People are supposed to receive advanced warning and get help finding shelter before encampments are cleared.

The camping ban was viewed by some council members and housing activists as a cruel crackdown that criminalized poverty and put public spaces off limits for people unable to access shelter that's in short supply. Supporters cheered the change as a step to make schools and other places safer by removing encampments and argued that shelter beds are available.

Nearly a year ago, council members unanimously ordered a report assessing whether 41.18 was working as intended.

Support for LAist comes from

Become a sponsor

The answer: No.

That's the conclusion of officials at the Los Angeles Homeless Services Authority who analyzed the data in a report sent to the council's legislative analyst in November. That report was not shared with Councilmember Nithya Raman, who chairs the housing and homelessness committee, until this week. And its findings have not been reported publicly until now.

## Homelessness Crisis

VIEW ALL

### A Wave Of Departures Shakes Up LA's Homeless Agency

Feb 28, 2024

### VA Officials Rebuff Calls to House 4,000 at West LA Campus

Jan 31, 2024

### Anaheim To Pilot New Winter Shelter Model

Jan 23, 2024

The report, obtained by LAist from a person with access to the document and verified by others with knowledge of it, found that 41.18 failed to keep the vast majority of its areas clear of encampments and was "generally ineffective" at helping people get into housing.

LAist has reached out to Mayor Karen Bass' office and all 15 City Council members for comment.

A spokesperson for Raman said the council member first received a copy of the November report on Wednesday.

"Our team is still going through the data and is not prepared to comment at this time," Raman's spokesperson, Stella Stahl, said in a statement.

In a statement on Saturday responding to LAist's reporting, Councilmember Hugo Soto-Martinez called 41.18 a "complete and total failure."

"Our office still has not officially received this report, but we know that encampments swept with 41.18 nearly always return, and we spend millions of dollars every year on this ineffective criminalization of homelessness," he said.

"The city is facing a budget deficit, and we can't keep lying to the public while spending millions criminalizing homelessness and pushing people from block to block," he added, saying the city needs to invest in housing.

Support for LAist comes from

Become a sponsor

A spokesperson for Councilmember Curren Price's office said their office also had not received the report, and that they're interested in reviewing the findings.

## What the analysis found

The analysis by the Los Angeles Homeless Services Authority (LAHSA) looked at 41.18 operations from December 2021 to November 2023, totaling 174 encampment clear-outs.

Among the report's key findings, the vast majority of encampments came back:

- Unhoused people came back at high rates — 81% of encampments had people return who had been there before the clear-out.

- And nearly all encampments reemerged post clearing, when including people who hadn't been there before.

- ○ 94% of people at encampments targeted for removal under 41.18 wanted shelter. Of those, only 18% were able to get it.

For example, at Venice Boulevard and Tuller Avenue, the data show an encampment of 54 people before the operation. Among them, 52 people wanted shelter — but only two people got it, according to the data.

And after the 41.18 operation, 122 people came back at various points, the data show.

"In general, the framework of 41.18 falls short of more effective encampment resolution efforts, such as Inside Safe or other Encampment-to-Home initiatives," states the report, dated Nov. 28. Inside Safe expands bed capacity so everyone at a particular encampment being cleared has a place to come indoors.

The encampment clearings also can disrupt people's ability to get shelter, the report adds.

Unhoused people "may move away from the location and providers may lose contact after clients are displaced," the report states. "Clients may also become distrustful of providers and refuse services after being forced to move from their current location. Encampment clearings can lead to a loss of ID and documentation that are crucial for ongoing services and eventual housing."

Current and former homelessness officials told LAist the report's findings underscore that the shortage of shelter and housing is