**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: LA CV 20-02291-DOC-(KESx)                    Date: March 7, 2024

Title:   LA ALLIANCE FOR HUMAN RIGHTS, et al. v. CITY OF LOS ANGELES, et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

|  Karlen Dubon  |  Court Smart & Suzanne McKennon  |
| :---: | :---: |
| Courtroom Clerk | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFF:** | **ATTORNEYS PRESENT FOR DEFENDANT:** |
| :---: | :---: |
| Elizabeth Mitchell | Jennifer Mira Hashmall |
| Matthew Umhofer | Scott Marcus |
| Proposed Intervenor: Stephen Yagman | Shayla Myers, Intervenor |
| | Carol Sobel, Intervenor |

PROCEEDINGS:        **MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND FOR SANCTIONS [668]** *(Evidentiary)*: *Held at Los Angeles First Street*

The case is called. The Court and counsel confer.

The Court receives exhibits (attached herein) and hears testimony from witness.

The motion is continued to March 8, 2024 at 9:00 AM.

The Controller is requested to appear and present his view regarding whether the Controller's Office can audit programs conducted by the Mayor's Office.

The Court orders the transcript of the hearing held March 7, 2024, be immediately produced at the government's expense and billed at the daily rate.

The transcript shall be prepared forthwith and filed on the docket with immediate release to the public.

The transcript will also be available to download on the Court's Cases of Interest webpage, located here: http://www.cacd.uscourts.gov/newsworthy/cases-of-interest

CC:    **CourtRecording_CACD@cacd.uscourts.gov
Transcripts_CACD@cacd.uscourts.gov
Reporter_CACD@cacd.uscourts.gov**

2 : 42

Initials of Deputy Clerk: kdu