UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>          Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**DECLARATION OF ELIZABETH A. MITCHELL IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE AND SANCTIONS**<br><br>Before:  Hon. David O. Carter<br>Courtroom: 10A<br>Hearing Date:  March 4, 2024<br>Hearing Time:  8:30 p.m. |

*DECLARATION OF ELIZABETH A. MITCHELL ISO REPLY ISO MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE AND FOR SANCTIONS*

I, Elizabeth A. Mitchell, hereby declare as follows:

1.      I am an attorney at the law firm of Umhofer, Mitchell & King LLP, and I represent Plaintiffs LA Alliance for Human Rights, Joseph Burk, George Frem, Wenzial Jarrell, Charles Malow, Karyn Pinsky, and Harry Tashdjian ("Plaintiffs") in this action.  Except for those that are stated upon information and belief, I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2.      Attached hereto as **Exhibit K** is a true and accurate copy of an email from E. Mitchell to S. Marcus, dated January 30, 2023.

3.      Attached hereto as **Exhibit L** is a true and accurate copy of an email from S. Marcus to E. Mitchell, dated February 14, 2023.

4.      Attached hereto as **Exhibit M** is a true and accurate copy of an email from E. Mitchell to S. Marcus, et al., dated March 28, 2023.

5.      Attached hereto as **Exhibit N** is a true and accurate copy of an email from S. Marcus to E. Mitchell, dated May 8, 2023.

6.      Attached hereto as **Exhibit O** is a true and accurate copy of a timeline of meet-and-confer efforts after the consummation of the Settlement Agreement on May 19, 2022, to present regarding this issue.

7.      After receiving the January 6, 2024 numbers from the City, the Alliance began vetting those numbers through various council districts, at which point the Alliance learned the districts had not been informed about any of the administration's activities in this regard.   The numbers were not based on any realistic evaluation of the districts or produced in consultation with the legislative member elected to represent the district.  The frustration by the Council about being kept in the dark is, to Plaintiff's knowledge, accurately portrayed in the recent LA Times article covering this issue: Doug Smith, *L.A. should pay $6.4 million for slow action on cleaning homeless camps, judge is told*, Los Angeles Times (Feb. 14, 2024, 6:18 PM), https://www.latimes.com/california/story/2024-02-09/l-a-should-pay-6-3-million-for-

1

*DECLARATION OF ELIZABETH A. MITCHELL ISO REPLY ISO MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE AND FOR SANCTIONS*

foot-dragging-agreement-to-clean-homeless-camps-a-federal-judge-is-told#:~:text=Alleging%20more%20than%20a%20year,to%20clean%20up%20homeless%20camps.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 22, 2024 at Los Angeles, California.

/s/ Elizabeth A. Mitchell
Elizabeth A. Mitchell

2

*DECLARATION OF ELIZABETH A. MITCHELL ISO REPLY ISO MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE AND FOR SANCTIONS*

# Exhibit K

| | |
|---|---|
| **From:** | Elizabeth A. Mitchell |
| **To:** | Scott Marcus |
| **Cc:** | Matthew Umhofer; Jessica Mariani; Arlene Hoang |
| **Subject:** | RE: LA Alliance Milestones |
| **Date:** | Monday, January 30, 2023 10:45:00 AM |

Hi Scott,

I'm circling back to this.

Per the City Agreement on Paragraph 5.2, the City would:

"create plans and develop milestones and deadlines for (i) the City's creation of shelter and housing solutions to accommodate a minimum of 60% of unsheltered City Shelter Appropriate PEH in each Council District as determined by the Required Number; (ii) the City's plan for encampment engagement, cleaning, and reduction in each Council District; (iii) the City's creation of shelter and/or housing to accommodate a minimum of 60% of unsheltered City Shelter Appropriate PEH in the City as determined by the Required Number; and (iv) the City's plan for encampment engagement, cleaning, and reduction in the City. The City will provide the plans, milestones and deadlines to Plaintiffs, and the City and Plaintiffs agree to work together in good faith to resolve any concerns or disputes about the plans, milestones, and deadlines, and will consult with the Court for resolution, if necessary.

On November 11 we received from you what appears to be the plan for (i) and (iii) without reference to (ii) and (iv). Does the City intend to create a plan under (ii) and (iv)? Additionally, Mayor Bass confirmed her prior commitment for 17,000 beds in 12 months. Please send over an updated version which includes the 12-month plan for (i) and (iii) as well as the encampment engagement, cleaning, and reduction under (ii) and (iv) if you have it. If no plan has been developed or will be developed, please let me know so we can start the process of bringing it to the Court's attention.

Finally, please note the new email addresses for Matt (matthew@umklaw.com) and myself (elizabeth@umklaw.com).

Thanks,
Liz

**From:** Elizabeth A. Mitchell
**Sent:** Tuesday, November 22, 2022 1:10 PM
**To:** Scott Marcus <Scott.Marcus@lacity.org>
**Cc:** Matthew Umhofer <matthew@spertuslaw.com>; Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>
**Subject:** RE: LA Alliance Milestones

Hi Scott,

Given the new mayor's objectives and the court's comments at the last hearing, I think we will put off any substantive comments until after that hearing.

**Exhibit K**
**Page 3**

Thanks and Happy Thanksgiving,
Liz

---

**From:** Scott Marcus <Scott.Marcus@lacity.org>
**Sent:** Monday, November 14, 2022 5:01 PM
**To:** Elizabeth A. Mitchell <emitchell@spertuslaw.com>
**Cc:** Matthew Umhofer <matthew@spertuslaw.com>; Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>
**Subject:** Re: LA Alliance Milestones

I don't know the precise status of each project, but I can try to find out which have been approved by Council. I don't expect these to change much in the next month or two, but as we've stated before, we should expect some projects on the list may come off, and other new ones will be put on, over the course of the agreement.

Scott Marcus
Chief Assistant City Attorney
Civil Litigation Branch
Los Angeles City Attorney's Office
200 North Main Street
City Hall East, 7th Floor
Los Angeles, CA 90012
(213) 978-4681

On Mon, Nov 14, 2022 at 3:12 PM Elizabeth A. Mitchell <emitchell@spertuslaw.com> wrote:

> Scott—
>
> Before I provide substantive comments or response, have these been approved by Council? Do you expect these to change in the next 1-2 months?
>
> Thanks.
>
> ---
>
> **From:** Scott Marcus <Scott.Marcus@lacity.org>
> **Sent:** Friday, November 11, 2022 11:39 AM
> **To:** Elizabeth A. Mitchell <emitchell@spertuslaw.com>; Matthew Umhofer <matthew@spertuslaw.com>
> **Cc:** Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>
> **Subject:** LA Alliance Milestones
>
> Liz & Matt:

Pursuant to Paragraph 5.2 of our Settlement Agreement, attached are the City's current plans, milestones and deadlines for creating shelter and housing interventions to accommodate a minimum of 60% of unsheltered City Shelter Appropriate PEH as determined by the Required Number, and a current project list.  Please let me know if you have any questions or need me to walk you through any of the data.  Thanks.

Scott Marcus
Chief Assistant City Attorney
Civil Litigation Branch
Los Angeles City Attorney's Office
200 North Main Street
City Hall East, 7th Floor
Los Angeles, CA  90012
(213) 978-4681

*****************Confidentiality Notice ************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.
********************************************************************

*****************Confidentiality Notice ************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.
********************************************************************

**Exhibit K**
**Page 5**

# Exhibit L

| From: | Scott Marcus |
|-------|-------------|
| To: | Elizabeth Mitchell |
| Cc: | Matthew Umhofer; Jessica Mariani; Arlene Hoang |
| Subject: | Re: LA Alliance Milestones |
| Date: | Tuesday, February 14, 2023 9:15:02 AM |

Liz:

We think the milestones provided to you previously remain an accurate plan for the City's creation of the Required Number of beds under the Settlement Agreement.  Encampment engagement and reduction continue to be governed by the City's Street Engagement Strategy, as well as the Mayor's new Inside Safe Program.  As both programs continue to be rolled out, we will revisit and revise the milestones as appropriate.

Scott Marcus
Chief Assistant City Attorney
Civil Litigation Branch
Los Angeles City Attorney's Office
200 North Main Street
City Hall East, 7th Floor
Los Angeles, CA  90012
(213) 978-4681

On Fri, Feb 10, 2023 at 7:43 AM Elizabeth Mitchell <elizabeth@umklaw.com> wrote:

Hi Scott,

Following up on this.  Please let me know when we'll have an answer.

Thanks,

Liz

**From:** Scott Marcus <Scott.Marcus@lacity.org>
**Sent:** Monday, January 30, 2023 2:43 PM
**To:** Elizabeth A. Mitchell <emitchell@spertuslaw.com>
**Cc:** Matthew Umhofer <matthew@spertuslaw.com>; Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>
**Subject:** Re: LA Alliance Milestones

Liz:

**Exhibit L**
**Page 6**

We'll discuss and get back to you.  Thanks.


Scott Marcus

Chief Assistant City Attorney

Civil Litigation Branch

Los Angeles City Attorney's Office

200 North Main Street

City Hall East, 7th Floor

Los Angeles, CA  90012

(213) 978-4681



On Mon, Jan 30, 2023 at 10:45 AM Elizabeth A. Mitchell <emitchell@spertuslaw.com> wrote:

Hi Scott,


I'm circling back to this.


Per the City Agreement on Paragraph 5.2, the City would:

> "create plans and develop milestones and deadlines for (i) the City's creation of shelter and housing solutions to accommodate a minimum of 60% of unsheltered City Shelter Appropriate PEH in each Council District as determined by the Required Number; (ii) the City's plan for encampment engagement, cleaning, and reduction in each Council District; (iii) the City's creation of shelter and/or housing to accommodate a minimum of 60% of unsheltered City Shelter Appropriate PEH in the City as determined by the Required Number; and (iv) the City's plan for encampment engagement, cleaning, and reduction in the City. The City will provide the plans, milestones and deadlines to Plaintiffs, and the City and Plaintiffs agree to work together in good faith to resolve any concerns or disputes about the

**Exhibit L**
**Page 7**

plans, milestones, and deadlines, and will consult with the Court for resolution, if necessary.

On November 11 we received from you what appears to be the plan for (i) and (iii) without reference to (ii) and (iv).  Does the City intend to create a plan under (ii) and (iv)? Additionally, Mayor Bass confirmed her prior commitment for 17,000 beds in 12 months. Please send over an updated version which includes the 12-month plan for (i) and (iii) as well as the encampment engagement, cleaning, and reduction under (ii) and (iv) if you have it.  If no plan has been developed or will be developed, please let me know so we can start the process of bringing it to the Court's attention.

Finally, please note the new email addresses for Matt (matthew@umklaw.com) and myself (elizabeth@umklaw.com).

Thanks,

Liz

**From:** Elizabeth A. Mitchell
**Sent:** Tuesday, November 22, 2022 1:10 PM
**To:** Scott Marcus <Scott.Marcus@lacity.org>
**Cc:** Matthew Umhofer <matthew@spertuslaw.com>; Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>
**Subject:** RE: LA Alliance Milestones

Hi Scott,

Given the new mayor's objectives and the court's comments at the last hearing, I think we will put off any substantive comments until after that hearing.

Thanks and Happy Thanksgiving,

**Exhibit L**
**Page 8**

Liz

**From:** Scott Marcus <Scott.Marcus@lacity.org>
**Sent:** Monday, November 14, 2022 5:01 PM
**To:** Elizabeth A. Mitchell <emitchell@spertuslaw.com>
**Cc:** Matthew Umhofer <matthew@spertuslaw.com>; Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>
**Subject:** Re: LA Alliance Milestones

I don't know the precise status of each project, but I can try to find out which have been approved by Council.  I don't expect these to change much in the next month or two, but as we've stated before, we should expect some projects on the list may come off, and other new ones will be put on, over the course of the agreement.

Scott Marcus

Chief Assistant City Attorney

Civil Litigation Branch

Los Angeles City Attorney's Office

200 North Main Street

City Hall East, 7th Floor

Los Angeles, CA  90012

(213) 978-4681

On Mon, Nov 14, 2022 at 3:12 PM Elizabeth A. Mitchell <emitchell@spertuslaw.com> wrote:

> Scott—
>
> Before I provide substantive comments or response, have these been approved by Council? Do you expect these to change in the next 1-2

**Exhibit L**
**Page 9**

months?


Thanks.

---

**From:** Scott Marcus <Scott.Marcus@lacity.org>
**Sent:** Friday, November 11, 2022 11:39 AM
**To:** Elizabeth A. Mitchell <emitchell@spertuslaw.com>; Matthew Umhofer <matthew@spertuslaw.com>
**Cc:** Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>
**Subject:** LA Alliance Milestones


Liz & Matt:


Pursuant to Paragraph 5.2 of our Settlement Agreement, attached are the City's current plans, milestones and deadlines for creating shelter and housing interventions to accommodate a minimum of 60% of unsheltered City Shelter Appropriate PEH as determined by the Required Number, and a current project list.  Please let me know if you have any questions or need me to walk you through any of the data.  Thanks.


Scott Marcus

Chief Assistant City Attorney

Civil Litigation Branch

Los Angeles City Attorney's Office

200 North Main Street

City Hall East, 7th Floor

Los Angeles, CA  90012

(213) 978-4681


***************Confidentiality Notice *********************
This electronic message transmission contains information

**Exhibit L**
**Page 10**

from the Office of the Los Angeles City Attorney, which may be confidential or
protected by the attorney-client privilege and/or the work product doctrine. If you are
not the intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received
this communication in error, please notify us immediately by e-mail and delete the
original message and any attachments without reading or saving in any manner.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Confidentiality Notice \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected
by the attorney-client privilege and/or the work product doctrine. If you are not the
intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received
this communication in error, please notify us immediately by e-mail and delete the
original message and any attachments without reading or saving in any manner.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Confidentiality Notice \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected
by the attorney-client privilege and/or the work product doctrine. If you are not the intended
recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this
communication in error, please notify us immediately by e-mail and delete the original
message and any attachments without reading or saving in any manner.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Confidentiality Notice \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by
the attorney-client privilege and/or the work product doctrine. If you are not the intended
recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this
communication in error, please notify us immediately by e-mail and delete the original
message and any attachments without reading or saving in any manner.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Exhibit L
Page 11

Exhibit M

| From: | Elizabeth Mitchell |
|---|---|
| To: | Scott Marcus; David Michaelson; mercedes.marquez@lacity.org |
| Cc: | daniel@conwaystrategies.com; Matthew Umhofer |
| Subject: | LA Alliance - Deadlines and Milestones |
| Date: | Tuesday, March 28, 2023 2:01:00 PM |
| Attachments: | image001.png |

Scott, David, and Mercedes,

In our last meeting we talked about the RFQ that the City has put out for a list of qualified service/outreach providers, and that the City expects to be fully staffed with the District's chosen providers by July 1 (please correct me if I got the verbiage wrong). We also discussed that the City could commit to having each district fully assessed and get us a list of proposed milestones and deadlines within 3 months thereafter (October 1).

According to the agreement, the milestones and deadlines should have been provided months ago, and providing them October 1 will be nearly a year late. However, we recognize that the change in administration and the difficulties with LAHSA have caused some speedbumps, and we also recognize that the City wants to do this the best way it can. We are amenable to this but think it also requires an extension of the agreement an additional six months, to make up for the delay in returning the milestones and deadlines as required. We're concerned that not starting this until a year in only gives four years to get this done as opposed to the five years that we had. Alternatively, if the proposed milestones and deadlines will be rapid (i.e. within a 12-month period from the date we receive it), we probably don't need the additional six months. Please let me know if you'd like to discuss further, or if one of these solutions works for you.

Thanks,
Liz



**ELIZABETH A. MITCHELL**
*Partner*

elizabeth@umklaw.com
Office: (213) 394-7979
www.umklaw.com

Nothing in this communication is intended to convey tax-related advice. This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Thank you.

**Exhibit M**
**Page 12**

Exhibit N

| From: | Scott Marcus |
|---|---|
| To: | Elizabeth Mitchell |
| Cc: | David Michaelson; mercedes.marquez@lacity.org; daniel@conwaystrategies.com; Matthew Umhofer |
| Subject: | Re: LA Alliance - Deadlines and Milestones |
| Date: | Monday, May 8, 2023 1:22:00 PM |
| Attachments: | image001.png |

Liz:

I think these emails suffice to memorialize our understanding and agreement, though we said October 1, not September 30. If you have something different in mind, let me know. I don't think we need to file anything with Judge Carter if we all agree on the plan.

Scott Marcus
Chief Assistant City Attorney
Civil Litigation Branch
Los Angeles City Attorney's Office
200 North Main Street
City Hall East, 7th Floor
Los Angeles, CA 90012
(213) 978-4681

On Sun, May 7, 2023 at 5:15 PM Elizabeth Mitchell <elizabeth@umklaw.com> wrote:

> Circling back on the highlighted portion of below.
>
> Thanks.
>
> ---
>
> **From:** Elizabeth Mitchell
> **Sent:** Monday, May 1, 2023 4:34 PM
> **To:** Scott Marcus <Scott.Marcus@lacity.org>
> **Cc:** David Michaelson <david.michaelson@lacity.org>; mercedes.marquez@lacity.org; daniel@conwaystrategies.com; Matthew Umhofer <matthew@umklaw.com>
> **Subject:** RE: LA Alliance - Deadlines and Milestones
>
> Hi Scott,

**Exhibit N**
**Page 13**

Thank you for your thoughtful response. Our client is frustrated with the delay and wants to submit the issue to the court. However, the explanation makes some sense and the plan moving forward is productive, so they have (reluctantly) agreed to the plan you outline below. ==Please draft something in writing confirming the City's agreement to a full assessment of each district with deadlines and milestones submitted by September 30, 2023. Obviously, we can't control it if Judge Carter calls this out in the meantime, so we might consider filing something with the court to stave off a status conference on this issue.==

Best,

Liz

**From:** Scott Marcus <Scott.Marcus@lacity.org>
**Sent:** Friday, April 28, 2023 3:19 PM
**To:** Elizabeth Mitchell <elizabeth@umklaw.com>
**Cc:** David Michaelson <david.michaelson@lacity.org>; mercedes.marquez@lacity.org; daniel@conwaystrategies.com; Matthew Umhofer <matthew@umklaw.com>
**Subject:** Re: LA Alliance - Deadlines and Milestones

Liz:

Sorry for the delay. Some of it is because things are still in flux, both programmatically and budgetarily (not sure if that's a word, but I'm going with it). Some of it is my fault because I've just been slammed.

I appreciate the Alliance's position and its patience. Your request for a six month extension is not unreasonable under the circumstances. But I think an extension at this point is premature. The City is well aware of its obligations to get things done in 5 years--which is now 4. The change in administration both delayed and altered the City's provision of more specific milestones for encampment engagement, but, as we discussed, we are fully engaged in a process to get those done. And, as you point out, those milestones may be rapid enough that we don't need an extension. I suggest we wait and see what those milestones look like,

**Exhibit N**
**Page 14**

because they may say we're going to get things done quickly enough, in which case we're fine. If they say we need more time, or if you believe an extension is warranted once you see the milestones, we can discuss extending the agreement to ensure we accomplish our goals.

I'm finishing up my filing but will be available to you this afternoon (or next week) if you want to discuss. Thanks.

Scott Marcus

Chief Assistant City Attorney

Civil Litigation Branch

Los Angeles City Attorney's Office

200 North Main Street

City Hall East, 7th Floor

Los Angeles, CA 90012

(213) 978-4681

On Thu, Apr 27, 2023 at 8:33 AM Elizabeth Mitchell <elizabeth@umklaw.com> wrote:

Scott—

I don't want to bring this to the court, but we're nearly a month after I sent the follow up email below and I haven't heard back from the City. Please let me the City's position ASAP. If I don't hear back from you by early next week we're going to have to seek court assistance.

Thanks,

Liz

**From:** Scott Marcus <Scott.Marcus@lacity.org>
**Sent:** Monday, April 17, 2023 11:10 AM
**To:** Elizabeth Mitchell <elizabeth@umklaw.com>
**Cc:** David Michaelson <david.michaelson@lacity.org>; mercedes.marquez@lacity.org; daniel@conwaystrategies.com; Matthew Umhofer <matthew@umklaw.com>
**Subject:** Re: LA Alliance - Deadlines and Milestones

Good morning Liz.  Yes, we discussed again this morning and hope to be getting back to you soon.

███████████████████

Scott Marcus

Chief Assistant City Attorney

Civil Litigation Branch

Los Angeles City Attorney's Office

200 North Main Street

City Hall East, 7th Floor

Los Angeles, CA  90012

(213) 978-4681

On Fri, Apr 14, 2023 at 12:04 PM Elizabeth Mitchell <elizabeth@umklaw.com> wrote:

> Status? We need to move forward
>
> ---
>
> **From:** Scott Marcus <Scott.Marcus@lacity.org>
> **Sent:** Friday, March 31, 2023 11:26 AM
> **To:** Elizabeth Mitchell <elizabeth@umklaw.com>
> **Cc:** David Michaelson <david.michaelson@lacity.org>; mercedes.marquez@lacity.org;

**Exhibit N**
**Page 16**

daniel@conwaystrategies.com; Matthew Umhofer <matthew@umklaw.com>
**Subject:** Re: LA Alliance - Deadlines and Milestones

Liz:

We will discuss your email internally and get back to you.  Thanks.

Scott Marcus

Chief Assistant City Attorney

Civil Litigation Branch

Los Angeles City Attorney's Office

200 North Main Street

City Hall East, 7th Floor

Los Angeles, CA  90012

(213) 978-4681

On Tue, Mar 28, 2023 at 2:01 PM Elizabeth Mitchell <elizabeth@umklaw.com> wrote:

Scott, David, and Mercedes,

In our last meeting we talked about the RFQ that the City has put out for a list of qualified service/outreach providers, and that the City expects to be fully staffed with the District's chosen providers by July 1 (please correct me if I got the verbiage wrong).  We also discussed that the City could commit to having each district fully assessed and get us a list of proposed milestones and deadlines within 3 months thereafter (October 1).

According to the agreement, the milestones and deadlines should have been provided months ago, and providing them October 1 will be nearly a year late.  However, we recognize that the change in administration and

the difficulties with LAHSA have caused some speedbumps, and we also recognize that the City wants to do this the best way it can. We are amenable to this but think it also requires an extension of the agreement an additional six months, to make up for the delay in returning the milestones and deadlines as required. We're concerned that not starting this until a year in only gives four years to get this done as opposed to the five years that we had. Alternatively, if the proposed milestones and deadlines will be rapid (i.e. within a 12-month period from the date we receive it), we probably don't need the additional six months. Please let me know if you'd like to discuss further, or if one of these solutions works for you.

Thanks,

Liz



**ELIZABETH A. MITCHELL**
*Partner*

elizabeth@umklaw.com

Office: (213) 394-7979

www.umklaw.com

Nothing in this communication is intended to convey tax-related advice. This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Thank you.

*****************Confidentiality Notice *************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or
protected by the attorney-client privilege and/or the work product doctrine. If you are
not the intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received
this communication in error, please notify us immediately by e-mail and delete the
original message and any attachments without reading or saving in any manner.
***********************************************************************

**Exhibit N**
**Page 18**

****************Confidentiality Notice ************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected
by the attorney-client privilege and/or the work product doctrine. If you are not the
intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received
this communication in error, please notify us immediately by e-mail and delete the
original message and any attachments without reading or saving in any manner.
*********************************************************************

****************Confidentiality Notice ************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected
by the attorney-client privilege and/or the work product doctrine. If you are not the intended
recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this
communication in error, please notify us immediately by e-mail and delete the original
message and any attachments without reading or saving in any manner.
*********************************************************************

****************Confidentiality Notice ************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by
the attorney-client privilege and/or the work product doctrine. If you are not the intended
recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this
communication in error, please notify us immediately by e-mail and delete the original
message and any attachments without reading or saving in any manner.
*********************************************************************

**Exhibit N**
**Page 19**

# Exhibit O

