**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: LA CV 20-02291-DOC-(KESx)                    Date: March 8, 2024

Title:   LA ALLIANCE FOR HUMAN RIGHTS, et al. v. CITY OF LOS ANGELES, et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFF:** | **ATTORNEYS PRESENT FOR DEFENDANT:** |
|---|---|
| Elizabeth Mitchell | Jennifer Mira Hashmall |
| | Scott Marcus |
| | Shayla Myers, Intervenor |

PROCEEDINGS:          **MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND FOR SANCTIONS [668]** *(Evidentiary held and complete)*: *At Los Angeles First Street*

Also present, Los Angeles City Controller, Kenneth Mejia, Sergio Perez, and Special Master Michele Martinez.

The case is called.

The Court hears testimony from Los Angeles City Controller, Kenneth Mejia.

The motion is continued to March 18, 2024 at 9:00 AM.

Status conference re MOU set for March 18, 2024 at 9:00 AM.

The Court orders the transcript of the hearing held March ,8 2024, be immediately produced at the government's expense and billed at the daily rate.

The transcript shall be prepared forthwith and filed on the docket with immediate release to the public.

The transcript will also be available to download on the Court's Cases of Interest webpage, located here: http://www.cacd.uscourts.gov/newsworthy/cases-of-interest

0 : 20

CC:   **CourtRecording_CACD@cacd.uscourts.gov**
       **Transcripts_CACD@cacd.uscourts.gov**
       **Reporter_CACD@cacd.uscourts.gov**

Initials of Deputy Clerk: kdu