**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES – GENERAL</u>**

Case No. LA CV 20-02291-DOC-KES                          Date:  March 8, 2024

Title: LA ALLIANCE FOR HUMAN RIGHTS, et al., v. CITY OF LOS ANGELES, et al.

---

PRESENT:

<u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

| <u>Karlen Dubon</u> | <u>Not Present</u> |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|:---:|:---:|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):    ORDER SETTING HEARING FOR
MARCH 18, 2024**

The Court continues this matter to March 18, 2024 at 9:00 a.m. The Court was contacted by Mayor Karen Bass and City Council President Paul Krekorian, who are in Paris representing Los Angeles for the upcoming Olympic Games, and who requested this matter be continued so that they could attend on March 18.

The Court has directed the parties to ensure Mercedes Marquez, Daniel Conway, and Paul Webster are in attendance.

The hearing will be held at the First Street Courthouse in Los Angeles in Courtroom 1. The Court will send a copy of this docketed entry to Council President Paul Krekorian for distribution to the Council.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                          Initials of Deputy Clerk: kdu

CIVIL-GEN

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:22-cv-01183-DOC-ADS                                    Date: March 8, 2024

Page 2