**F I L E D**
CLERK, U.S. DISTRICT COURT

03/14/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ kdu _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, ET AL. | Case No.  2:20-cv-02291-DOC-KES |
| Plaintiff, | **NOTICE FROM THE COURT RE LETTER FROM COUNCIL MEMBER MONICA RODRIGUEZ** |
| v. | |
| CITY OF LOS ANGELES, ET AL., | |
| Defendant. | |

1.



## COUNCILWOMAN MONICA RODRIGUEZ
### SEVENTH DISTRICT

March 13, 2024

The Honorable David O. Carter
United States District Court
Central District of California
411 West Fourth Street, Room 9-160
Santa Ana, CA 92701

RE: L.A. Alliance Case

Dear Judge Carter,

Since my election to the Los Angeles City Council in 2017, I have been working with great urgency to address homelessness in my district and from a citywide policy perspective as a member of the Housing and Homelessness Committee, and its predecessor the Homelessness and Poverty Committee. During my tenure in this role, I have witnessed four changes in leadership at the Los Angeles Homeless Services Authority (LAHSA), reshuffling and exiting executive staff and millions of dollars being infused to address this humanitarian crisis, with no greater transparency or measured outcomes. I have pioneered collaborations with service providers and LAHSA that have created blueprints for efforts that have been implemented within my district that have been scaled or replicated in other parts of the city. These interventions have appeared to morph into more expensive operations than when conducted in my district, which continues to raise my questions and concerns about the expenditures, oversight and accountability of this system.

Within my first year in office, I worked to expand other nonprofit partnerships that were more accessible and familiar with the specific needs of those constituencies in my district, which led to the creation of the first Safe Parking Facility that served 20 vehicles and 5 RV's nightly. I created the Good Neighbor Policy to enable 120 Winter Shelter beds to operate that would have otherwise been closed due to operating issues at the site.

In 2020, I spearheaded the first and largest single encampment to home operation, working with service providers to place 100% of the 69 individuals encamped at Paxton and Bradley in interim housing. Over the course of a few months approximately two thirds of the people were placed into a permanent housing solution, requiring no supplemental resources from the city,

solely leveraging existing resources to address this location. This location remains clear of encampments to this day.

In 2022, in response to the increase in Recreation Vehicle (RV) encampments, I commenced a RV pilot - RV to Home. Once again partnering with a service provider, West Valley Homes Yes, we identified residents living in RVs, most unfit for living, and worked to move them inside, on a path to permanent housing. We also collaborated with the Los Angeles Police Department (LAPD) and the service provider to create an accelerated path for legal disposition of RV's because of the health and safety issues they often pose. Funded with a $350,000 Hilton Foundation grant, we housed 70 individuals and disposed of 65 RV's in one year, utilizing the existing housing solutions available in my district. My RV to Home pilot has been advanced by the Council to be adopted as the citywide approach, however there was a duplicated effort launched under Inside Safe that appears to be more expensive with unclear results that was conducted in Council District 4.

These Encampment to Home and RV to Home efforts are in addition to the 382 of both interim and permanent housing solutions that I've established in my time in office. Subsequent to these efforts, the Mayor's Inside Safe Initiative has provided an additional 42 Rooms, bringing the total of 544 solutions to my district, unfortunately not all qualifying towards fulfilling the 60% threshold the Alliance agreement based on some of these efforts opening under roadmaps and other preceding efforts.

I cite these examples to underscore my efforts to address this crisis in my district, taking these lessons derived from first-hand experience to inform my questions and positions on policy, process, and expenditures associated with our approach to addressing homelessness citywide.

In good faith, believing we would accelerate fulfillment of our commitment to the agreement with the L.A. Alliance, the City Council approved emergency authority which enables an exemption from honoring traditional procurement rules and allocated $250,000,000 in fiscal year 2023 / 2024 budget for the Mayor's office to operate the Inside Safe Program. This is in addition to the hundreds of millions of dollars that the city funds to LAHSA and several outreach service providers directed inconsistently by funding sources, with the majority directed by the Mayor's office.  (see *CAO Report - Outreach Matrix, see attachment A*). It should also be noted that the County has withheld outreach services to support any clean up efforts for health and safety associated with CARE/CARE+ operations.

The funding the City Council approved for the Mayor's Inside Safe program was contingent upon the Council receiving reports on the strategy,metrics and expenditures associated with the effort, see attachment B. However, after nine months the Council still has not received comprehensive accounting reports for all the funding nor any greater clarity on the process, metrics, or deployment. Several locations are receiving repeat visits, leaving many parts of the city without attention. Moreover, the involvement of LAHSA with Inside Safe often confuses and conflates results and costs, and what remains most distressing, is the city continues to fund services and expansive outreach which the County is obligated to provide both under Measure

2

H, and the Alliance Agreement. Furthermore, there is no data to suggest engagement by LA County Department of Mental Health (DMH) Services or LA County Public Health to provide care for the highly acute population suffering from severe mental illness or substance use disorder from the streets to our managed housing facilities. *(see CAO Homeless Funding Report)*

**A request for a court monitored, publicly accessible independent third party forensic audit of homeless related expenditures is warranted at this juncture. My request is not limited to the review of expenditures by the City of Los Angeles, but should include LAHSA, LA County DMH and Public Health Department and any contracted service providers receiving resources to take part in this work across the whole Continuum of Care (COC)- spanning outreach interventions to case management and service delivery.**

Among the data we should derive from the audit should be include;

- All city and county contracts for homeless services need to be included in the audit for performance and cost to ensure;
  - An in-depth analysis of funding sources, metrics, outcomes, and collaborations among service providers aimed at optimizing resource utilization, preventing duplication and ensuring data transparency.
  - Fulfillment of the scope of work within each contract.
  - The total cost associated with each contract and money spent on each individual.
  - Retention rates of individuals that have been serviced.
- The process and timeline of encampment selection within the Inside Safe program and its fulfillment to the Alliance Agreement.
  - Metrics and outcomes associated with current Mayoral emergency orders and efforts by Inside Safe benchmarked against existing homeless systems and past encampment resolution initiatives.
  - Cost associated with each operation.
  - How the cost compares to other programs that work to bring people inside.
  - Room rates of secured facilities and the ongoing cost including maintenance.
  - Cost of services need to operate, along with a comparison to other housing solutions
  - An analysis of the additional City staff and resources being used for Inside Safe operations from all City Departments, that was not originally allocated for this program, and the impact it has on day-to-day City services. For example, it is estimated that the City Administrative Officer dedicates multiple staff members towards processing hotel payments to support Inside Safe.
  - Process, timeline, and success rate of encampment selection for Inside Safe, with a particular focus on compliance with the Alliance Settlement.

3

- Evaluation of Inside Safe housing navigation and its impact on the permanent housing process at citywide interim housing sites and timeline of throughput.
- Providing updates on the progress and repopulation status of Inside Safe encampment resolution efforts through a Council district-level analysis, accounting for both interim and permanent housing placements.
- Which agency (SPA lead/Mayor's office/LAHSA) is leading navigation to exit interim locations.
  - Are all housing solutions receiving the correct resources to ensure throughput of the system.
  - Period of time each individual stays in any program.
  - Retention rates every location.
- Funding to service providers and housing solutions by source and what are the measured outcomes
  - How much Federal, State, County, and City money is being infused into the system.
  - How long are the funding sources available for.
  - What risks are there to the system if any level of government no longer has funding available.
- What programs, services, and funding are a duplication between government agencies.
  - Are City programs duplicating its own efforts and/or also being done by County programs.
  - Is County funding programs that the State is also operating.
  - Does the system have enough support from the Federal government

Until we can verify what each level of government is doing to solve the greatest humanitarian crisis of our time, I cannot say with certainty that we have an efficient and effective operation free of redundancies. With a mutual goal of creating a responsive system, we must also be prudent and judicious with resources to assure we can accelerate our impact and aid more individuals, because urgency can and should also be efficient.

Sincerely,

MONICA RODRIGUEZ
Councilwoman, 7th District
City of Los Angeles

4