ATTACHMENT A

**REPORT** FROM

# OFFICE OF THE CITY ADMINISTRATIVE OFFICER

Date:        February 15, 2024

To:          Homeless Strategy Committee

From:        Matthew W. Szabo, City Administrative Officer

Reference:   City's Homelessness Outreach

Subject:     Citywide Outreach Matrix

CAO File No.    0220-05151-0532
Council File No.
Council District:    ALL

## SUMMARY

At the January 25, 2024 Homeless Strategy Committee meeting, it was requested that the Office of the City Administrative Officer provide an updated Citywide Outreach Matrix to identify the various homelessness outreach efforts within the City. This list was previously provided to the Budget, Finance, and Innovation Committee during its consideration of the 2023-24 Proposed Budget in May 2023. This report provides updated information on the City's Homelessness Outreach efforts in 2023-24, including council district-funded teams.

## RECOMMENDATION

That the City Council, subject to approval by the Mayor:

1.  Note and file this Report.

## BACKGROUND

During its consideration of the 2023-24 Proposed Budget, the Budget, Finance and Innovation Committee requested this Office provide a matrix that identifies and outlines the functions of all homelessness-related outreach teams in the City, the purpose for which each team is deployed, and the sources of funding for all the outreach teams.

At the Homeless Strategy Committee meeting on January 25, 2024, the Committee requested an updated Citywide Outreach Matrix including council district-specific contracts. As such, Attachment 1 provides an updated list including council district-funded outreach contracts executed by the City Clerk and Office of the City Administrative Officer in 2023-24.

CAO File No. 0220-05151-0532          PAGE
                                                                          2

## DISCUSSION

The Citywide Outreach Matrix has been updated and includes a breakdown of the various types of outreach that operate across various council districts, funding sources and amounts in 2023-24, and the description and purpose of each type of team. This includes teams across multiple Council Districts for the Crisis and Incident Response through Community-led Engagement (CIRCLE) program, Comprehensive and Rapid Engagement (CARE and CARE+) Outreach Teams, Homeless Engagement Teams (General, C3 Partnership, and Operation Healthy Streets), Mayor Outreach Teams, Multi-Disciplinary Teams, Roadmap Outreach Teams, Skid Row Homeless Engagement Teams, and Street Medicine Teams. A notable change is the addition of System Navigator Teams, which were repurposed from General Homeless Engagement Team positions to provide additional housing navigation services. Additionally, the updated list includes outreach operations that are funded by various Council Offices' discretionary funds or grants. The council district-specific contracts are primarily held by the Office of the City Administrative Officer or the City Clerk with non-profit service providers. These outreach teams are primarily funded using the City General Fund or the State Homeless Housing, Assistance, and Prevention grant funds.

With the inclusion of the council district-specific contracts in the matrix, approximately $47.4 million has been allocated for homelessness outreach in the City in 2023-24. This amount does not include non-contract outreach services payments under the Homelessness Emergency Declaration, which totals to approximately $525,000 from December 2022 through January 2024.

## FISCAL IMPACT STATEMENT

The recommendation to note and file this Report has no fiscal impact.

## FINANCIAL POLICIES STATEMENT

The recommendation in this Report complies with the City Financial Policies.

Attachments:
1. Citywide Outreach Matrix as of 02/15/2024

*MWS:ECG:MCF:MMP:16240080*

# Attachment 1: Citywide Outreach Matrix as of 02/15/2024

Case 2:20-cv-02291-DOC-KES    Document 688-1    Filed 03/14/24    Page 3 of 4    Page ID #:21037

| | | | | | City Funded Homelessness Outreach Matrix (Updated 02/15/2024) |
|---|---|---|---|---|---|
| Outreach Team Type[1] | CD | Service Provider Type | 2023-24 Budget | 2023-24 Funding Source | Description and Purpose |
| Crisis and Incident Response through Community-Led Engagement (CIRCLE) | 1,4,6,7,9,10,11,13,14, and 15 | Non-Profit Provider | $ 9,500,000 | GCP | CIRCLE teams are unarmed response teams composed of one outreach worker, one mental health clinician or licensed behavioral health clinician, and one community ambassador to respond to non-urgent 9-1-1 calls related to unhoused individuals. The pilot launched with two outreach teams in Hollywood and Venice to improve the City's interactions and response to unhoused Angelenos and allow LAPD police officers to focus on traditional law enforcement efforts. In 2022-23, the City expanded its service area coverage for the Hollywood and Venice communities and launched three outreach teams in the following service areas: Downtown/Metro, Northeast Valley, and South Los Angeles. Each service area is equipped with a Crisis Response Team to handle incidents diverted from 911 and/or 877-ASK-LAPD and at least one CIRCLE outreach team is available to deploy and proactively engage in areas where there are high concentrations of unhoused individuals. |
| Comprehensive Cleaning and Rapid Engagement (CARE and CARE+) Outreach Team | All | TBD | $ 9,283,507 | GCP | Sanitation homeless outreach and engagement services alongside CARE+ teams and comprehensive cleaning operations. Outreach teams will conduct outreach and engagement to persons experiencing homelessness who are living at or near scheduled CARE+ locations, and prioritize connecting them to critical services and supporting on-the-ground operations and cleanings. |
| System Navigation | All | LAHSA | $ 419,722 | GCP | Up to 10 FTEs will support the pilot of a hybrid system navigator and outreach worker role. System Navigation include engaging an unsheltered person experiencing homelessness (PEH) to provide document assistance and connection with interim housing and other stabilizing resources. The system navigator will also assist PEH with finding and navigating into permanent housing opportunities as well as coordinating with multiple services to help stabilize them. While not performing System Navigation duties, the staff will continue to provide outreach efforts. |
| Homeless Engagement Teams (Generalists, CARE/CARE+) | All | LAHSA | $ 6,542,909 | GCP | LAHSA provides 36 two-person outreach teams outreach. Relative to sanitation outreach, 15 teams are focused on supporting CARE + operations for each council district. 13 teams are dedicated to provide outreach services for CARE citywide. Eight general outreach teams are deployed to targeted areas that will be identified based on priorities from Council offices, the general public, and service requests from lahop.org. Three teams are assigned to specific geographic locations and covers Hollywood, the area surrounding City Hall, and the Broadway/110 corridor. The primary focus of the HETs is to undertake targeted engagement efforts that focus on moving unsheltered residents experiencing homelessness into crisis, bridge and/or permanent housing utilizing a housing-first orientation with minimum eligibility criteria. |
| Homeless Engagement Teams (C3 Partnership) | 14 | LAHSA | $ 396,247 | GCP | The C3 (City + County + Community) is a partnership designed to systematically engage people living on the streets of Skid Row and help them regain their health and housing stability. This outreach team provides street engagement, immediate access to needed resources including but not limited to: interim housing, urgent care, primary care, mental health services and substance abuse services, and expenditure linkage to permanent supportive housing services. |
| Homeless Engagement Teams (Operation Healthy Streets) | 14 | LAHSA | $ 396,247 | GCP | Three outreach workers that are linked with the sanitation team in the Skid Row area. The team provides outreach services and support as sanitation provides clean ups during regular sanitation services through CARE+ operations. The teams also assist in providing outreach and notification prior to sanitation cleaning of a specific area. |
| Mayor Outreach | All | City Staff | $ 1,960,000 | GCP | 18 field interventionist are deployed in support of the Inside Safe Initiative at the selected encampment locations to provide outreach and engagement efforts, and health and behavioral services for individuals Inside Safe locations. |
| Multi-Disciplinary Teams (MDTs) | 2 | Non-Profit Provider | $ 531,326 | GCP-AHS | Multi-disciplinary teams provide specialized outreach that combines medical, mental health, substance abuse, and lived-experience to have a comprehensive, integrated approach to outreach. |
| | 3 | Non-Profit Provider | $ 416,963 | GCP-AHS | |
| | 4 | Non-Profit Provider | $ 370,118 | GCP | |
| | 5 | Non-Profit Provider | $ 450,000 | HHAP | |
| | 6 | Non-Profit Provider | $ 276,615 | HHAP | |
| | 8 | Non-Profit Provider | $ 600,000 | HHAP, GCP | |
| | 9 | Non-Profit Provider | $ 450,000 | HHAP | |
| Roadmap Outreach Teams | All | LAHSA | $ 3,396,405 | HHAP | To support the City's Homelessness Roadmap efforts,15 outreach teams are provided across the City, one per Council District. These teams are focused on encampments and people experiencing homelessness within five hundred (500) feet of all freeway overpasses, underpasses, on-ramps, and off-ramps. These teams work closely with relevant City partners to prioritize their targeted population for new housing interventions being funded through the City's Covid Recovery Roadmap. Similar to the Homeless Engagement Teams, the Roadmap Outreach Teams prioritize linking targeted engagement efforts into new and existing Crisis, Bridge and / or Permanent Housing units. |
| Skid Row Homeless Engagement Teams | 14 | LAHSA | $ 452,854 | HHAP | The Skid Row HETs provide two two-person teams assigned to the Skid Row area for street engagement. Skid Row HETs are displayed within the Skid Row area that include at least one bilingual HET staff member. These additional teams are meant to expand the existing capacity of outreach in the Skid Row area of the C3 and MDT and other outreach efforts happening within the area. |
| Street Medicine | 1, 4, 8, 9, 13, and 14 | Non-Profit Provider | $ 5,000,000 | GCP, GCP-AHS, HHAP | The USC Street Medicine Program delivers full service primary care on the street, which includes treatment for acute and chronic disease, preventative medicine, treatment for psychiatric conditions, and substance use disorders. |

Attachment 1: Citywide Outreach Matrix as of 02/15/2024

**City Funded Homelessness Outreach Matrix (Updated 02/15/2024)**

| Outreach Team Type¹ | CD | Service Provider Type | 2023-24 Budget | 2023-24 Funding Source | Description and Purpose |
|---|---|---|---|---|---|
| Council District Funded | 3 | LAHSA/Non-Profit Provider | $ 420,000 | GCP | Funding for the Multi-Disciplinary Street Team will be composed of clinicians, case managers and those with lived-experience and will complement the street engagement efforts undertaken by the County, LAHSA, and other community based organizations in CD 3. |
| | 4 | Non-Profit Provider | $ 688,000 | ERF-1 | To provide additional funding to continue to provide a Homeless Outreach team related to the Encampment Resolution Fund - LA River Project. |
| | 4 | Non-Profit Provider | $ 132,000 | ERF-1 | To provide a Homeless Outreach team that will be composed of two (2) Outreach Workers, one (1) Case Manager dedicated to intensive case management and one (1) Housing Location Navigator connecting with property owners to find appropriate housing options related to the ERF-1 LA River Project. |
| | 4 | Non-Profit Provider | $ 471,937 | ERF-1, Congressional Earmark | To provide medical care and social services for patients experiencing homelessness using a "street medicine" model in CD 4 |
| | 6 | Non-Profit Provider | $ 1,500,000 | GCP | To defray the expenses supporting homeless programs and outreach in CD6 |
| | 7 | Non-Profit Provider | $ 500,000 | GCP | To defray costs associated with the RV Outreach program, a trauma-informed and service focused methodology to actively involved individuals living in vehicles, especially those staying in recreational vehicles |
| | 8 | Non-Profit Provider | $ 300,000 | GCP | Expand homeless outreach in CD10 in particular the Mid City areas near Venice Beach and David Ave |
| | 10 | Non-Profit Provider | $ 500,000 | GCP | To defray costs associated with the Homeless Outreach Program Integrated Care System (HOPICS) project for CD10 Encampment to Home efforts. |
| | 10 | Non-Profit Provider | $ 1,155,314 | GCP | To defray expenses associated with with expanding homeless outreach in CD10 in particular the Mid City areas near Venice Beach and David Ave |
| | 10 | Non-Profit Provider | $ 226,000 | GCP | To defray expenses associated with homeless outreach for individuals experiencing homelessness in CD10. |
| | 12 | Non-Profit Provider | $ 200,000 | GCP | Direct client assistance supports/supplies (ie. bus passes, clothing, hygiene supplies, snacks); staff salaries/benefits and associated administrative costs; outreach program operating costs (ie. communication equipment, transportation) |
| | 13 | Non-Profit Provider | $ 895,744 | AB2190 | To defray expenses associated with case management, outreach and temporary housing of individuals experiencing homelessness in CD13. |
| **Total** | | | **$ 47,431,907** | | |