ATTACHMENT B

# Homelessness Funding

Presentation to the Housing and Homelessness Committee on Wednesday, February 21, 2024



Office of the
City Administrative Officer

1

# 2023-24 Homeless Budget - Summary

➢ Breakdown of the 2023-24 Adopted Homeless Budget with an addition of $78.8 million of County Roadmap funding.

➢ Housing Interventions include costs for construction, services, acquisition, and leasing.

➢ Services include hygiene (CARE/CARE+), outreach, prevention, navigation, and other supportive services.

➢ Miscellaneous includes staffing costs to support homelessness programs and administrative costs.

| 2023-24 Homelessness Services Commitments as of Adopted Budget [1] | |
|---|---|
| Categories | Total |
| Housing Interventions Subtotal | $ 729,728,446 |
| Inside Safe | $ 250,000,000 |
| Services | $ 313,075,348 |
| Miscellaneous | $ 63,713,377 |
| Total | $ 1,356,517,171 |

2

# City Interim Housing Availability

| Intervention Type | Number of Sites | Number of Beds/Rooms |
|---|---|---|
| A Bridge Home | 27 | 2,021 |
| Interim Housing | 30 | 1,732 |
| Project Homekey | 11 | 770 |
| Safe Parking | 14 | 339 |
| Safe Sleep | 1 | 88 |
| Tiny Home Villages | 12 | 1,429 |
| Winter Shelter Program | 7 | 258 |
| Inside Safe Motels[1] | 44 | 1,491 |
| **Total Number** | **146** | **8,128** |

➢ The city funds a total of 146 sites, representing a total of 8,128 beds/rooms Citywide.

[1] Number of Rooms as of January 19, 2024. Available rooms may fluctuate given the number of participants at a location at a given time.

*Open Interim Housing sites as of February 20, 2024.*

3

# 2023-24 Homeless Budget - Housing Interventions + Services

| 2023-24 Homelessness Services Commitments as of Adopted Budget [1] | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HHAP-1 & HHAP-2 | HHAP-3 | HHAP-4 | County Roadmap[1] | General Fund | Prop HHH | ULA | CDBG/HOME/ARP[2] | Other Sources[2] | Total |
| Interim Housing Services | $ 3,734,122 | $ 75,855,991 | $ 21,319,767 | $ 78,767,322.00 | $ 19,716,447 | $ - | $ - | $ - | $ - | $ 199,393,649 |
| Interim Housing Acquisition and Construction | $ 572,106 | $ - | $ - | $ - | $ 17,339,359 | $ 15,000,000 | $ - | $ 33,000,000 | $ 10,000,000 | $ 75,911,465 |
| Permanent Support Housing | $ - | $ - | $ - | $ - | $ - | $ 246,516,161 | $ 61,804,680 | $ 8,381,606 | $ 9,880,880 | $ 326,583,327 |
| Project Homekey 3.0 | $ 3,263,400 | $ 29,364,000 | $ - | $ - | $ - | $ - | $ - | $ 49,177,519 | $ 20,000,000 | $ 101,804,919 |
| Time Limited Subsidies (772 slots) | $ - | $ - | $ 26,035,086 | $ - | $ - | $ - | $ - | $ - | $ - | $ 26,035,086 |
| **Housing Subtotal** | **$ 7,569,628** | **$ 105,219,991** | **$ 47,354,853** | **$ 78,767,322** | **$ 37,055,806** | **$ 261,516,161** | **$ 61,804,680** | **$ 90,559,125** | **$ 39,880,880** | **$ 729,728,446** |

4

# 2023-24 Homeless Budget - Inside Safe

| | HHAP-1 & HHAP-2 | HHAP-3 | HHAP-4 | County Roadmap[1] | General Fund | Prop HHH | ULA | CDBG/HOME /ARP[2] | Other Sources[2] | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Inside Safe Interim Housing | $ - | $ - | $ - | $ - | $ 110,000,000 | $ - | $ - | $ - | $ - | $ 110,000,000 |
| Inside Safe Services | $ - | $ - | $ - | $ - | $ 62,000,000 | $ - | $ - | $ - | $ - | $ 62,000,000 |
| Inside Safe Permanent Stay | $ - | $ - | $ - | $ - | $ 31,000,000 | $ - | $ - | $ - | $ - | $ 31,000,000 |
| Inside Safe Acquisition | $ - | $ - | $ - | $ - | $ 47,000,000 | $ - | $ - | $ - | $ - | $ 47,000,000 |
| **Inside Safe Subtotal** | **$ -** | **$ -** | **$ -** | **$ -** | **$ 250,000,000** | **$ -** | **$ -** | **$ -** | **$ -** | **$ 250,000,000** |

➢ Interim Housing includes funding for leased hotels (i.e. Booking Agreements, Occupancy Agreements and LA Grand leasing)

➢ Inside Safe Services includes Service Provider costs contracted through the Los Angeles Homeless Services Agency for case management services, resident monitors, food, storage, and related administrative costs.

➢ Permanent Stay includes costs associated with move-in support and rental assistance (i.e. Time-limited Subsidy).

➢ Acquisition includes costs associated with Project HomeKey 3 and Mayfair Hotel acquisition and rehabilitation.

# 2023-24 Homeless Budget - Other Services

| Program Type | HHAP-1 & HHAP-2 | HHAP-3 | HHAP-4 | County Roadmap [1] | General Fund | Prop HHH | ULA | CDBG/HOME/ARP [2] | Other Sources [2] | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hygiene Services | $ 1,205,883 | $ 15,068,689 | $ 5,216,185 | $ - | $ 72,548,824 | $ - | $ - | $ - | $ 6,324,027 | **$ 100,363,608** |
| Outreach | $ - | $ 8,993,636 | $ 3,328,055 | $ - | $ 35,350,063 | $ - | $ - | $ - | $ 2,416,891 | **$ 50,088,646** |
| Prevention | $ 5,693,356 | $ 168,510 | $ 64,105 | $ - | $ 5,486,172 | $ - | $ 88,195,320 | $ 20,843 | $ - | **$ 99,628,306** |
| Navigation | $ - | $ 266,068 | $ 100,212 | $ - | $ 1,100,000 | $ - | $ - | $ - | $ - | **$ 1,466,281** |
| Other Supportive Services | $ - | $ 3,868,306 | $ 1,471,591 | $ - | $ 29,319,864 | $ - | $ - | $ 18,445 | $ 26,850,302 | **$ 61,528,508** |
| **Other Services Subtotal** | **$ 6,899,239** | **$ 28,365,209** | **$ 10,180,149** | **$ -** | **$ 143,804,923** | **$ -** | **$ 88,195,320** | **$ 39,288** | **$ 35,591,220** | **$ 313,075,348** |

➢ Hygiene programs include CARE/CARE+, mobile hygiene operations, Operation Healthy Streets, maintenance and custodial, and sharp objects disposal programs
➢ Outreach includes funding for CIRCLE, Street Medicine, Homeless Engagement Teams, Council District specific outreach, and Roadmap Outreach Teams
➢ Prevention includes Solid Ground Program, food security, ULA Homelessness Prevention Programs,  Kid's First
➢ Navigation includes Housing Navigation services through LAHSA and youth Housing Navigation

# 2023-24 Homeless Budget - Miscellaneous

| 2023-24 Homelessness Services Commitments as of Adopted Budget [1] | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HHAP-1 & HHAP-2 | HHAP-3 | HHAP-4 | County Roadmap[1] | General Fund | Prop HHH | ULA | CDBG/HOME/ARP[2] | Other Sources[2] | Total |
| Staffing | $ 355,068 | $ 10,054,800 | $ 7,102,998 | $ - | $ 28,452,792 | $ - | $ - | $ - | $ 2,803,651 | $ 48,769,309 |
| Unobligated[3] | $ - | $ - | $ 7,182,000 | $ - | $ 7,762,068 | $ - | $ - | $ - | $ - | $ 14,944,068 |
| Misc. Subtotal | $ 355,068 | $ 10,054,800 | $ 14,284,998 | $ - | $ 36,214,860 | $ - | $ - | $ - | $ 2,803,651 | $ 63,713,377 |
| Total | $ 14,823,935 | $ 143,640,000 | $ 71,820,000 | $ 78,767,322 | $ 467,075,589 | $ 261,516,161 | $ 150,000,000 | $ 90,598,413 | $ 78,275,751 | $ 1,356,517,171 |

[1]Includes Homeless Budget estimated allocations as of July 1, 2023 for the 2023-24 Adopted Budget. Mid-year funding changes may have occurred. Additionally, funding allocated with the $60 million County Roadmap funding has been added to this chart to illustrate the City's investments for Interim Housing Services.
[2]Other sources include funding for: One-time ARP ($27,079,242); Opioid Settlement Funds ($11,668,975); MHFF ($10,000,000); MICLA, RAP funds, Community Development Trust Fund, and Encampment Resolution Fund
[3]Unobligated funding refers to the General City Purposes - Additional Homeless Services $17 million allocation that is uncommitted. A portion of this is reserved for the the interim housing bed rate increase. This balance does not include the reappropriation of $4.2 million from 2022-23. Additionally, the unobligated HHAP-4 funding reflects the Youth Set-Aside Commitments

➢　Staffing includes City staff support for program monitoring and administration

# HHAP Current and Projected Commitments - Summary

| Current and Projected HHAP Funded Program Investments as of 02/20/2024 | | | | | | |
|---|---|---|---|---|---|---|
| Fiscal Year | FY 2022-23 | FY 2023-24 | FY 2024-25 | FY 2025-26 [1,4] | FY 2026-27 | |
| HHAP Round | HHAP-2 | HHAP-3 | HHAP-4 | HHAP-5 | N/A | |
| HHAP Allocation | $55,575,000 | $143,640,000 | $153,362,675 | $164,335,500 | $0 | Total |
| Housing Interventions | $ 22,528,473 | $ 95,661,451 | $ 114,001,931 | $ 177,774,853 | $ 162,819,190 | $ 572,785,899 |
| Supportive Services [2] | $ 27,190,146 | $ 31,982,612 | $ 32,438,967 | $ 30,946,919 | $ 33,267,938 | $ 155,826,582 |
| Salaries | $ 5,856,381 | $ 6,273,261 | $ 6,978,517 | $ 7,501,905 | $ 8,064,548 | $ 34,674,612 |
| Total City Liabilities | $ 55,575,000 | $ 133,917,325 | $ 153,419,414 | $ 216,223,677 | $ 204,151,676 | $ 763,287,093 |
| Projected Balance | $ - | $ 9,722,675 | $ (56,739) | $ (51,888,177) | $ (204,151,676) | |

➢ Current and Projected HHAP commitments for Housing Interventions, Services, and Salaries divided into fiscal years
➢ HHAP is that it cannot supplant local funding such as General Fund
➢ The projected balance of HHAP programs is illustrated in the final row

8

# HHAP Current and Projected Commitments - Housing Interventions + Services

| Current and Projected HHAP Funded Program Investments as of 02/20/2024 | | | | | | |
|---|---|---|---|---|---|---|
| Fiscal Year | FY 2022-23 | FY 2023-24 | FY 2024-25 | FY 2025-26 [1, 4] | FY 2026-27 | |
| HHAP Round | HHAP-2 | HHAP-3 | HHAP-4 | HHAP-5 | N/A | |
| HHAP Allocation | $55,575,000 | $143,640,000 | $153,362,675 | $164,335,500 | $0 | Total |
| Interim Housing Services [5] | $ 6,417,260 | $ 44,947,756 | $ 81,636,133 | $ 141,636,133 | $ 141,636,133 | $ 416,273,415 |
| Interim Housing Construction | $ 8,490,554 | $ - | $ - | $ - | $ - | $ 8,490,554 |
| Emergency Shelter [2] | $ - | $ 757,477 | $ 814,288 | $ 875,359 | $ 941,011 | $ 3,388,135 |
| PHK 1 Rehab | $ 1,751,549 | $ 4,298,169 | $ - | $ - | $ - | $ 6,049,718 |
| PHK 3.0 | $ 3,263,400 | $ 15,000,000 | $ - | $ - | $ - | $ 18,263,400 |
| Time Limited Subsidies (772 slots) [2] | $ 1,423,110 | $ 16,294,049 | $ 17,516,103 | $ 18,829,810 | $ 20,242,046 | $ 74,305,118 |
| TAY Requirement [3] | $ 1,182,600 | $ 14,364,000 | $ 14,035,408 | $ 16,433,550 | $ - | $ 46,015,558 |
| *Subtotal Intervention Services* | *$ 22,528,473* | *$ 95,661,451* | *$ 114,001,931* | *$ 177,774,853* | *$ 162,819,190* | *$ 572,785,899* |

➢ Current and projected commitments for various housing interventions.
➢ FY 2025-26 included the projection of not having the $60 million from the County for the Roadmap projects.

# HHAP Current and Projected Commitments - Other Supportive Services

| Current and Projected HHAP Funded Program Investments as of 02/20/2024 | | | | | | |
|---|---|---|---|---|---|---|
| Fiscal Year | FY 2022-23 | FY 2023-24 | FY 2024-25 | FY 2025-26[1][4] | FY 2026-27 | |
| HHAP Round | HHAP-2 | HHAP-3 | HHAP-4 | HHAP-5 | N/A | |
| HHAP Allocation | $55,575,000 | $143,640,000 | $153,362,675 | $164,335,500 | $0 | Total |
| Hygiene Services | $ 15,884,783 | $ 16,990,392 | $ 16,619,692 | $ 17,866,168 | $ 19,206,131 | $ 86,567,166 |
| Outreach | $ 6,592,324 | $ 10,140,591 | $ 10,603,774 | $ 7,474,087 | $ 8,034,643 | $ 42,845,419 |
| Prevention | $ 489,940 | $ 190,000 | $ 204,250 | $ 219,569 | $ 236,036 | $ 1,339,795 |
| Navigation | $ 2,356,000 | $ 300,000 | $ 322,500 | $ 346,688 | $ 372,689 | $ 3,697,877 |
| Other Supportive Services | $ 1,867,099 | $ 4,361,629 | $ 4,688,751 | $ 5,040,408 | $ 5,418,438 | $ 21,376,325 |
| Subtotal Other Services [2] | $ 27,190,146 | $ 31,982,612 | $ 32,438,967 | $ 30,946,919 | $ 33,267,938 | $ 155,826,582 |

➢ Services allocations for projects that are currently funded with HHAP and assumes a 7.5 increase across each fiscal year
➢ Hygiene Programs include mobile showers, mobile hygiene units, laundry, and litter abatement programs
➢ Outreach Programs include Homeless Engagement Teams, Roadmap Outreach, and Multi-Disciplinary Teams
➢ Prevention Program includes the food security program
➢ Navigation includes support for Rapid Resolution Specialists through LAHSA
➢ Other Supportive Services includes health and wellness programs, and move-in assistance programs

10

# HHAP Current and Projected Commitments - Miscellaneous

| Current and Projected HHAP Funded Program Investments as of 02/20/2024 | | | | | | |
|---|---|---|---|---|---|---|
| **Fiscal Year** | **FY 2022-23** | **FY 2023-24** | **FY 2024-25** | **FY 2025-26[1][4]** | **FY 2026-27** | |
| **HHAP Round** | **HHAP-2** | **HHAP-3** | **HHAP-4** | **HHAP-5** | **N/A** | |
| **HHAP Allocation** | **$55,575,000** | **$143,640,000** | **$153,362,675** | **$164,335,500** | **$0** | **Total** |
| Admin | $ 1,870,542 | $ 1,486,094 | $ 1,597,551 | $ 1,717,367 | $ 1,846,170 | $ 8,517,724 |
| Systems Support | $ 3,985,839 | $ 4,787,167 | $ 5,380,965 | $ 5,784,538 | $ 6,218,378 | $ 26,156,888 |
| *Subtotal Salaries* | *$ 5,856,381* | *$ 6,273,261* | *$ 6,978,517* | *$ 7,501,905* | *$ 8,064,548* | *$ 34,674,612* |

[1] 2024-25 Roadmap liabilities is less $60M of County contribution. 2025-26 factors $60M that the City will have to cover due to the completion of the Roadmap MOU with the County.

[2] Services assumes a 7.5 percent increase rounded up from the State's average CPI in 2022 (7.4 percent)

[3] 10 percent of HHAP funds will have to be allocated for youth set aside.

[4] HHAP-5 funding application is pending.

[5] Interim housing rates include the mid-year interim housing increases for Roadmap and HHAP funded beds.

➢ Administrative and Systems Support reflects funding for staffing to oversee HHAP funded homelessness programs and administer the grant

11