DAWYN R. HARRISON (State Bar No. 173855)
*County Counsel*
KATHERINE M. BOWSER (State Bar No. 230626)
*Assistant County Counsel*
ANA WAI-KWAN LAI (State Bar No. 257931)
*Senior Deputy County Counsel*
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 648
Los Angeles, California 90012
Telephone: (213) 974-1830
Facsimile: (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)** <br><br> **COUNTY OF LOS ANGELES' NOTICE RE SUPPLEMENTAL STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT** <br><br> Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

666495.4

COUNTY OF LOS ANGELES' NOTICE RE SUPPLEMENTAL STATUS REPORT PURSUANT TO
SETTLEMENT AGREEMENT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

On January 30, 2024, the County filed its first Quarterly Report pursuant to section D.9 of the Settlement Agreement between the County and LA Alliance for Human Rights and other plaintiffs (collectively, "Plaintiffs"), and its addendums [Dkt. 646].  As that status report showed, the County has met or exceeded the milestones established for the first three months under the Settlement Agreement.  The County has beefed up street-outreach teams in every City Council district, and stands ready to deliver supportive services for all qualified residents of every new housing unit the City builds under its separate settlement with Plaintiffs.  The County opened more mental health and substance use disorder beds and subsidized more than double the beds in "board and care" facilities than were required for the quarter.  And that is only the start.

On February 28, 2024, the County and Plaintiffs met with the monitors overseeing the Settlement Agreement (the Honorable Jay C. Gandhi and City Monitor Michele Martinez) to discuss the County's first Quarterly Report.  Plaintiffs requested additional information regarding the geographic assignment of the County's Multi-Disciplinary Teams ("MDTs") and Homeless Outreach and Mobile Engagement ("HOME") Teams, and how the Departments evaluated the greatest need when assigning the teams.  The County agreed to provide a supplemental Quarterly Report regarding these issues.  At the Monitors' suggestion, and for the convenience of the Court, Plaintiffs, and the reviewing public, the County has added the additional detail to the County's original report and includes herewith both clean and redlined copies of the Supplemental Quarterly Report, as follows:

1.    Attached hereto as Exhibit 1 is a copy of the County's Supplemental Quarterly Status Report pursuant to settlement.

2.    Attached hereto as Exhibit 2 is a redlined copy of the Supplemental Report.

666495.4

2

DATED:  March 14, 2024          MILLER BARONDESS, LLP


                                By:    /s/ Mira Hashmall
                                       MIRA HASHMALL
                                       Attorneys for Defendant
                                       COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

666495.4

3

COUNTY OF LOS ANGELES' NOTICE RE SUPPLEMENTAL STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT