# EXHIBIT 1

DAWYN R. HARRISON (State Bar No. 173855)
*County Counsel*
KATHERINE M. BOWSER (State Bar No. 230626)
*Assistant County Counsel*
ANA WAI-KWAN LAI (State Bar No. 257931)
*Senior Deputy County Counsel*
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 648
Los Angeles, California 90012
Telephone: (213) 974-1830
Facsimile: (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)** <br><br> **COUNTY OF LOS ANGELES' SUPPLEMENTAL FIRST STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT** <br><br> Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

666496.3

Pursuant to the Settlement Agreement between LA Alliance for Human Rights and other plaintiffs (collectively, "Plaintiffs"), and the County of Los Angeles ("County") and its addendums [Dkt. 646], the County hereby submits its first Quarterly Report pursuant to section D.9 of the Plaintiffs/County settlement.

## I.    INTRODUCTION

The County has met or exceeded the milestones in the settlement agreement and addenda.  These are more than just benchmarks towards compliance with the terms of the Plaintiffs/County settlement.  The County's achievements reflect the infusion of much-needed additional resources to address homelessness with targeted support and services for the most vulnerable and chronically unhoused people experiencing homelessness ("PEH") within the City of Los Angeles ("City") and County of Los Angeles.

## II.    KEY ACHIEVEMENTS

### A.    The County's Support For Plaintiffs' Settlement With The City

This litigation prompted the County and City to collaborate on an unprecedented level to lift people out of homelessness permanently.

The County is supporting the settlement between Plaintiffs and the City pursuant to section D.1 of the Plaintiffs/County settlement.  In particular, the County committed to funding a suite of wraparound services at the interim and permanent housing units created by the City pursuant to the Plaintiffs/City settlement.  On January 16, 2024, the City submitted its Quarterly Status Report in which it reported the existence of over 2,800 new shelter units that, as of the end of last year, have served over 2,600 PEH.  [Dkt. 660-1.]

In support of the Plaintiffs/City settlement, the County is devoting significant resources to the City's new interim and permanent housing projects.  The County's social service workers visit the designated projects to connect eligible residents with available benefits to which they are entitled, including public assistance (i.e., General Relief, CalFresh, Medi-Cal, Social Security Income, Social Security

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX (310) 552-8400

Disability Insurance, and veterans' benefits) and mental health and Substance Use Disorder ("SUD") treatment (i.e., education, screening, linkage/referrals, transportation, early intervention workshops, and more).

This is an extension of the County's robust commitment to supporting our most vulnerable residents in the City and County of Los Angeles. In total, the County funds programs for housing and social services to individuals and families who are experiencing homelessness, formerly homeless or at-risk of homelessness in Los Angeles County through multiple County departments—Children and Family Services, Health Services ("DHS"), Mental Health ("DMH"), Public Health ("DPH"), Public Social Services ("DPSS"), Economic Opportunity, Sheriff's Department, Probation, and Public Defender—and the Los Angeles County Development Authority and the Los Angeles Homeless Services Authority ("LAHSA"), a joint powers authority of the County and the City. These programs target myriad factors that contribute to homelessness and provide a variety of services to which PEH may be eligible. Subject matter experts agree that only the combination of shelter *and* supportive services will bring meaningful relief to PEH and help them transition out of homelessness.

The City was not able to provide the County with information on City-funded outreach teams' access, including contacts or service requests made to the DMH, DHS, DPSS, and DPH. The City does not currently capture this information. The City funds LAHSA to administer and staff outreach teams. As such, the City referred the County to LAHSA. While LAHSA's homeless data system, Homeless Management Information System ("HMIS"), captures general information on types of referrals made by outreach workers (interim housing, showers/hygiene services, transportation, access center, mental health services, etc.), it does not capture information on what agency the referral was made to or how the referral was transmitted to the agency. To be responsive to this reporting requirement in future quarterly reports, the City, the County, and LAHSA are establishing a working

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

group to identify modifications that can be made to HMIS to capture specific referral-related information and to develop a training plan to train outreach workers on the use of the new HMIS data fields.

Attached is a chart reflecting the County's provision of supportive services to the City's interim housing projects. *See* Exhibit A1 (County Provision of Supportive Services for City Interim Housing and Permanent Supportive Housing for City's Reporting Period Ending September 30, 2023).  Also attached is a chart reflecting the County's provision of supportive services to the City's permanent housing project. *See* Exhibit A2 (County Provision of Supportive Services for City Interim Housing and Permanent Supportive Housing for City's Reporting Period Ending September 30, 2023).

These efforts are on top of the County's commitment of up to $293 million under the June 2020 Memorandum of Understanding [Dkt. 136, 185] to provide 6,700 beds and supportive services and other resources for PEH residing near freeways, those 65 years and older in the City, and other vulnerable PEH within the City.  The County has reported on its work under the freeway deal in periodic reports to the Court.  [Dkt. 342, 356, 357, 364, 373.]  The County has fully met its obligations.

**B.    Beds Available To County Outreach Teams**

The County is using its reasonable best efforts to ensure County outreach teams (including the increased MDT and HOME teams referenced below) have access to County high service need interim housing beds for PEH in the City, pursuant to section D.2 of the Plaintiffs/County settlement.  *See* Exhibit B (High Service Need Interim Housing Beds Available to County Outreach Teams Quarterly Report for the Period Ending December 31, 2023).

**C.    Mental Health/Substance Use Disorder Beds**

The County has brought online over 900 mental health/substance use disorder beds by December 31, 2023, pursuant to section D.3a of the Plaintiffs/County

666496.3

4

COUNTY'S SUPPLEMENTAL FIRST STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT

settlement.  The County has surpassed the 600-bed minimum provided for in the settlement agreement by 50 percent.  The mental health/substance use disorder beds include a mix of acute, sub-acute, and interim housing beds to accommodate the diversity of unhoused clients' clinical needs.  The attached chart reflects beds that continue to be open and operational.  *See* Exhibit C (Mental Health/Substance Use Disorder Beds Quarterly Report for the Period Ending December 31, 2023).

**D.     Enriched Residential Care for Adult Residential Facilities ("ARF") and Residential Care Facilities for the Elderly ("RCFEs") Beds**

The County has been able to make available over 100 new subsidies for enriched residential care at ARF and RCFEs ("board and care") beds by December 31, 2023, pursuant to section D.3b of the Plaintiffs/County settlement.  The County has provided more than double the 40 subsidies provided for in the settlement agreement.

Board and care facilities provide housing, meals, and 24/7 assistance with activities of daily living.  In addition, DMH provides mental health services to their clients living in licensed residential care facilities as an enhancement to the board and care supportive services.  For these reasons, this program is a vital housing resource for the County's vulnerable population with serious mental illness.  This valuable housing resource is often utilized by individuals who are also homeless or at risk of homelessness and need care and supervision to maintain housing.

The state sets the rate that owners of board and care facilities can charge for individuals that receive Supplemental Security Income, and given the low rate set by the State, many board and care facilities have closed over the past five years.  The County's subsidies supplement those rates with local funds, helping to keep facilities in operation and thereby preserving this housing opportunity for many of the County's most vulnerable residents.  Moreover, the subsidies help create flow from higher levels of care and help to eliminate the strain on vital resources elsewhere posed by closures, such as worsening backlogs for people in jails,

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX (310) 552-8400

666496.3

5

hospitals or locked psychiatric facilities waiting for housing in the community. *See* Exhibit D (Enriched Residential Care for ARF and RCFE Beds).

### E. Multi-Disciplinary Teams And Homeless Outreach Mobile Engagement Teams

The County has 34 Multi-Disciplinary Teams ("MDTs") and 8 Homeless Outreach and Mobile Engagement ("HOME") teams, pursuant to sections D.4 and D.5 of the Plaintiffs/County settlement.

### A. MDTs

MDTs are deployed by DHS. MDTs are comprised of individuals with specialized training and expertise as health professionals, mental health specialists, substance abuse counselors, and case managers, as well as someone with lived experience with homelessness, who provide outreach and engagement 7 days a week to connect PEH with complex health and/or behavioral conditions to housing, supportive services, and sources of income.

Pursuant to section D.4 of the Settlement Agreement, the County agreed to allocate at least 1 MDT per Council District in the City of Los Angeles, and assign the remaining teams "where there is the greatest need as informed by the Point-In-Time Count." The County's 34 MDTs are currently deployed as follows:

| Council District | # of MDTs |
|---|---|
| 1 | 3 |
| 2 | 1 |
| 3 | 1 |
| 4 | 1.5 |
| 5 | 1.5 |
| 6 | 1 |
| 7 | 1 |
| 8 | 2 |
| 9 | 4 |
| 10 | 2.5 |
| 11 | 2 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

666496.3

6

| Council District | # of MDTs |
|---|---|
| 12 | 1 |
| 13 | 2.5 |
| 14 | 8 |
| 15 | 2 |

At this time, the County has determined that greatest need correlates with the relative dispersion of the PEH population.  Thus, the MDTs are assigned to each Council District ("CD") on a proportional basis that tracks the geographic distribution of PEH in the City of Los Angeles, as reflected in the LAHSA Point-In-Time Count.  Note, Skid Row is within CD14 and three of the MDTs that operate in that CD are dedicated to the Skid Row area.

**B.    HOME Teams**

HOME teams are deployed by DMH, and are field-based teams that provide field-based outreach, engagement, and treatment to people with severe and persistent mental illness who are experiencing unsheltered homelessness.  The HOME program serves people 18 and over who are experiencing chronic unsheltered homelessness, have profound mental health needs and associated impairments, and require specialized mental health services in order to secure and sustain housing.  Services provided by the HOME teams are tailored to each individual and can include assisting clients with meeting basic food, clothing, shelter, and hygiene needs; securing clinical assessments; case management; providing street psychiatry, and medication delivery, administration, and management; initiating inpatient hospitalization or outpatient conservatorship; and linking clients to appropriate additional services.  Over the two years prior to the settlement, HOME teams served upwards of 1,000–1,500 unique individuals, rendering 3,500–4,000 services per month.

Although the MDTs also have a mental health component, the HOME teams are frequently called upon to engage and assess PEH in the throes of mental health

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX (310) 552-8400

crisis. Most referrals are submitted by generalist homeless outreach providers who identify individuals with severe impairment that require specialized and intensive support and engagement. Other County departments or even the general public may initiate a referral to a HOME team. The HOME teams (like the MDTs) have also offered invaluable support for the County's and City's ongoing encampment resolution programs.

Most County programs, including the HOME teams, do not operate according to district boundaries, which are set by the City Council every ten years following the release of U.S. census data. Instead, the County is divided into eight Service Planning Areas ("SPAs"). These distinct regions allow County departments like DMH to develop and provide more relevant mental health and clinical services targeted to the specific needs of the residents in these different areas. Although the City's boundaries do not align perfectly with any SPAs, the entirety of the City of Los Angeles is encompassed within SPAs 2, 4, 5, 6, and 8, with the City comprising the vast majority of SPAs 2, 4, 5, and 6, but only a small portion of SPA 8. Skid Row is within SPA 4.

Pursuant to section D.5 of the Settlement Agreement, the County agreed to increase the number of HOME teams dedicated to conducting outreach in the City of Los Angeles to 8 teams by the end of fiscal year 2022/2023 and 10 teams by the end of fiscal year 2023/2024. There were 8 HOME teams that conducted outreach in the City by the end of the reporting period that are deployed as follows:

| SPA | # of HOME teams |
|-----|-----------------|
| 2 | 2 |
| 4 | 3 |
| 5 | 2 |
| 6 | 1 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

666496.3

8

Although these HOME teams are dedicated to outreach in the City, the nature of the HOME program requires staff to provide services to wherever their established clients may currently reside.  The HOME teams are based on an innovative individualized treatment model that depends on nurturing a deep bond and trust with their mobile clients, with the ultimate goal of stabilizing individuals enough that they feel comfortable accepting the County's housing opportunities.  HOME teams engage in long term sustained and repeated intervention to effect positive outcomes for clients, who are generally highly avoidant of services.  HOME teams do more than just connect PEH with care providers; they bring the care—including medication—to PEH on the streets to eliminate barriers to access.

In order to do this, each individual staff person forges strong and meaningful relationships with individual people experiencing homelessness, meeting them where they are both emotionally and geographically.  The people served by the program are quite transient, crossing political boundaries between cities often.  HOME staff follow people served across political borders to maintain continuity of care as they work to develop relationships, intervene, and effect change.  It can take weeks or longer to reach that point.  Furthermore, as treatment of a client progresses, they are often placed in housing or treatment facilities outside of the area in which they were initially engaged. In such cases, staff continue to visit clients in their new locations, maintaining continuity of care to effectively support clients through the treatment and recovery process. Additionally, staff may respond to any part of the county during crisis situations such as an urgent need for hospitalization of a client or emergency situations like storms or public safety advisories.

The County has determined that greatest need correlates with the relative dispersion of the PEH population.  Thus, the HOME teams are assigned to each SPA on a proportional basis that tracks the geographic distribution of PEH in the City of Los Angeles, as reflected in the LAHSA Point-In-Time Count.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

666496.3

9

### F.      Partnership On City- and County-Owned Land

As part of the ongoing collaborative approach between the County and the City on homelessness issues, there are ongoing discussions about how City- and County-owned land could play a role in addressing the needs of PEH in the City and County of Los Angeles, pursuant to section D.6 of the Plaintiffs/County settlement.

### G.      Advocacy Efforts For PEH With Serious Mental Illness or SUD

The County has diligently worked on identifying additional state and federal funding for programs for PEH suffering from serious mental illness and/or SUD, pursuant to sections D.7 and D.8 of the Plaintiffs/County settlement.

The Department of Public Health, Substance Abuse Prevention and Control Bureau (DPH-SAPC) is working with the State of California to make residential treatment stays subject to reimbursement through the Medi-Cal program.  The goal is for DPH-SAPC's network of SUD residential treatment providers to have increased funding for continued stays when the patient elects to continue receipt of treatment services.  This increased funding for longer stays in residential treatment programs should result in fewer clients being discharged and returning to unsheltered homelessness.  DPH-SAPC is also advocating to expand access to medications for addiction treatment by adding prescribers to the staffing structure of outpatient and residential treatment programs.  DPH-SAPC is diligently working to increase Behavioral Health Bridge Housing beds in the City and County of Los Angeles, as well as enhanced housing navigation services.  DPH-SAPC is also pursuing additional funding for overdose prevention and response activities, including medications for addiction treatment for opioid, alcohol, stimulant, cannabis, and tobacco use disorders, linkage and retention to treatment services, street-based testing of drugs and paraphernalia, healthcare workforce-based education in harm reduction, safer prescribing of controlled substances, and substance use treatment.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX (310) 552-8400

DMH continued its ongoing advocacy of the federal government to access Medicaid funding in order for the County to expand its network of specialty mental health services. DMH is supporting the State of California's efforts to receive matching federal Medicaid dollars for short-term stays in mental health treatment facilities. Current federal regulations prohibit the County from receiving Medicaid reimbursement for residential treatment in facilities that provide mainly mental health treatment and have more than 16 beds. This federal policy severely limits the financial viability of local residential treatment centers, thereby restricting the availability of residential treatment beds for DMH's most severely ill clients, including those who are experiencing homelessness.

People in our community experience severe mental illness and may not receive regular help, often resulting in homelessness and substance use. DMH is leading the County's implementation of programs under the Community Assistance, Recovery and Empowerment (CARE) Act. The CARE Act creates a civil court process where qualifying individuals or entities can petition the court to help connect eligible individuals suffering from severe mental illness to a broad array of services, including mental health and housing services. DMH is seeking additional state funding to facilitate the County's effective implementation of the CARE Act.

**H.    Increased Transparency**

The County is in the process of identifying all contracts whose billings and invoices will be made accessible to the public from October 2023 onward relating to provider services connected to the County's settlement agreement, pursuant to section D.9 of the Plaintiffs/County settlement. Some billings and invoices are in arrears and not yet available to the County. To ensure that the public release of information does not jeopardize the privacy of any individuals, including data that are restricted by contract or information protected by law, the County will work with legal counsel to redact sensitive and protected information from the billings and invoices before being published.

## III.   CONCLUSION

As set forth herein, the County has complied fully with its obligations under the Plaintiffs/County settlement, and will continue to meet or exceed the milestones in connection with the next reporting period.

DATED:  March 14, 2024                MILLER BARONDESS, LLP


By:  _____/s/ Mira Hashmall_____
       MIRA HASHMALL
       Attorneys for Defendant
       COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

# EXHIBIT A1
# Supportive Services for City Interim Housing

**County Provision of Supportive Services for City Interim Housing and Permanent Supportive Housing for City's Reporting Period Ending September 30, 2023**
**Quarterly Report (For the Period Ending December 31, 2023)**

| Interim Housing | | | | | |
|---|---|---|---|---|---|
| **Address / Location** | **Beds / Available to PEH** | **Services Provided** | | | |
| | | **Department of Public Social Services*** | **Department of Health Services - Countywide Benefits Enrollment Services Team**** | **Department of Mental Health***** | **Department of Public Health - Substance Abuse Prevention and Control****** |
| Highland Gardens 7047 Franklin Ave., Los Angeles, CA 90028 | 143 | Site visit and client services to commenced. | Site visit and client services to commenced. | Site visit and client services to commenced. | Site visit and client services to commenced. |

| | |
|---|---|
| **\*Department of Public Social Services** | Assistance with General Relief, CalFresh, and Medi-Cal; Verification of benefits and case review; Electronic Benefit Transfer card issuance. |
| **\*\*Department of Health Services - Countywide Benefits Enrollment Services Team** | Assistance with securing Supplemental Security Income, Social Security Disability Insurance, Cash Assistance Program for Immigrants, retirement, and veteran's benefits. |
| **\*\*\*Department of Mental Health** | Outreach and engagement, referrals and linkages to mental health services. |
| **\*\*\*\*Department of Public Health - Substance Abuse Prevention and Control** | Outreach and engagement, Substance Use Disorder (SUD) education, SUD screening, appointment scheduling, service navigation and linkages to needed ancillary services, transportation support to SUD appointments, early intervention workshops for clients engaged in high risk behavior at risk of SUD. |

# EXHIBIT A2

# County Supportive Services for City Permanent Housing

**County Provision of Supportive Services for City Interim Housing and Permanent Supportive Housing for City's Reporting Period Ending September 30, 2023**
**Quarterly Report (For the Period Ending December 31, 2023)**

| | Permanent Supportive Housing * | | | |
|---|---|---|---|---|
| Address / Location | Total Units | Permanent Supportive Housing Units | Units with Intensive Case Management Services (ICMS)** | Total Clients Receiving ICMS During Reporting Period |
| Washington View Apartments<br>720 W WASHINGTON BLVD Los Angeles, CA 90015 | 122 | 91 | 91 | 93 |
| PATH Villas Montclair/Gramercy<br>(Recap-Site 2 of 2)<br>3317 W WASHINGTON BLVD  Los Angeles, CA 90018 | 17 | 16 | 16 | 15 |
| Chesterfield<br>4719 S NORMANDIE AVE  Los Angeles, CA 90037 | 43 | 42 | 42 | 45 |
| HiFi Collective<br>3200 W TEMPLE ST  Los Angeles, CA 90026 | 64 | 58 | 63 | 62 |
| Adams Terrace<br>4314 W ADAMS BLVD  Los Angeles, CA 90018<br>4347 W ADAMS BLVD Los Angeles, CA 90018 | 86 | 43 | 44 | 43 |
| Bell Creek Apartments<br>6940 N OWENSMOUTH AVE Canoga Park, CA 91303 | 80 | 41 | 41 | 42 |
| LAMP Lodge<br>660 S STANFORD AVE  Los Angeles, CA 90021 | 82 | 81 | 81 | 82 |
| Silva Crossing (fka Link at Sylmar)<br>12667 SAN FERNANDO ROAD  Sylmar, CA 91342 | 56 | 55 | 55 | 55 |
| Berendo Sage<br>1035 S BERENDO ST  LOS ANGELES, CA 90006 | 42 | 21 | 21 | 21 |
| Amani Apartments (fka Pico)<br>4200 W PICO BLVD  Los Angeles, CA 90019 | 54 | 53 | 53 | 53 |
| Hope on Broadway<br>5138 S BROADWAY  Los Angeles, CA 90037 | 49 | 48 | 48 | 49 |
| 6521 Brynhurst | 41 | 40 | 20 | 20 |
| 740 Alvarado | 80 | 79 | 40 | 40 |
| 5050 Pico | 79 | 78 | 36 | 37 |
| Firmin Court<br>418 N FIRMIN ST  Los Angeles, CA 90026 | 64 | 45 | 45 | 51 |
| 10150 Hillhaven | 34 | 33 | 17 | 16 |
| Reseda Theater Senior Housing (Canby Woods West)<br>7221 N CANBY AVE  Reseda, CA 91335 | 26 | 13 | 13 | 13 |
| 14949 Roscoe | 31 | 29 | 15 | 10 |
| Watts Works<br>9500 S COMPTON AVE  Los Angeles, CA 90002 | 25 | 24 | 24 | 24 |
| 11010 Santa Monica<br>11010 W SANTA MONICA BLVD  Los Angeles, CA 90025 | 51 | 50 | 25 | 26 |
| Ambrose (fka 1615 Montana St.)<br>1611 W MONTANA ST  Los Angeles, CA 90026 | 64 | 63 | 63 | 62 |
| Vermont Corridor Apartments (fka 433 Vermont Apts)<br>433 S VERMONT AVE  Los Angeles, CA 90020 | 72 | 36 | 36 | 38 |
| Depot at Hyde Park<br>6527 S CRENSHAW BLVD  Los Angeles, CA 90043 | 43 | 33 | 33 | 34 |
| Ingraham Villa Apartments<br>1218 INGRAHAM ST  LOS ANGELES, CA 90017 | 121 | 90 | 90 | 91 |
| Talisa (fka 9502 Van Nuys Blvd)<br>9502 N VAN NUYS BLVD  Panorama City, CA 91402 | 49 | 48 | 48 | 48 |
| Asante Apartments<br>11001 S BROADWAY  Los Angeles, CA 90061 | 55 | 54 | 54 | 54 |
| West Terrace (fka Silver Star II)<br>6576 S WEST BLVD  LOS ANGELES, CA 90043 | 64 | 56 | 56 | 58 |
| PATH Villas Hollywood<br>5627 W FERNWOOD AVE  HOLLYWOOD, CA 90028 | 60 | 59 | 59 | 59 |

**EXHIBIT A2**
**Page 16**

| Address / Location | Total Units | Permanent Supportive Housing Units | Units with Intensive Case Management Services (ICMS)** | Total Clients Receiving ICMS During Reporting Period |
|---|---|---|---|---|
| Broadway Apartments<br>301 W 49TH ST 1-30  LOS ANGELES, CA 90037 | 35 | 34 | 34 | 38 |
| Hope on Hyde Park - MP/TOC/PSH<br>6501 S CRENSHAW BLVD  Los Angeles, CA 90043 | 98 | 97 | 40 | 40 |
| 7639 Van Nuys | 35 | 34 | 31 | 29 |
| Mariposa Lily<br>1055 S MARIPOSA AVE  Los Angeles, CA 90006 | 41 | 20 | 20 | 21 |
| Sun Commons<br>6329 N CLYBOURN AVE  North Hollywood, CA 91606 | 103 | 51 | 51 | 52 |
| West Third Apartments<br>1900 W 3RD ST  Los Angeles, CA 90057 | 137 | 136 | 136 | 148 |
| 1044 Soto | 85 | 84 | 84 | 86 |
| Pointe on La Brea<br>849 N LA BREA AVE CA 90038 | 50 | 49 | 49 | 52 |
| 6th and San Julian<br>401 E 6TH ST  Los Angeles, CA 90014 | 94 | 93 | 93 | 99 |

*This report does not include PSH Veteran units reported by the City as these units are supported by HUD/Veterans Affairs supportive housing program.

** Intensive Case Management Services (ICMS) includes outreach and engagement; intake and assessment; housing navigation; housing case management; housing stabilization; connections to emergency financial assistance to avoid evictions; linkages to health, mental health, and substance use disorder services; benefits establishment; vocational assistance; etc.

EXHIBIT A2
Page 17

# EXHIBIT B

# High Service Need Beds Available to County Outreach Teams

**High Service Need Interim Housing Beds Available to County Outreach Teams**
**Quarterly Report (For the Period Ending December 31, 2023)**

| Type of Team Making Referral | Total Referrals Received | Referrals Accepted (Client Placed) | Referrals Accepted (Pending Placement) | Referrals Recinded* | Referrals Triaged to LAHSA Interim Housing | Referrals to Higher Level of Care | Incomplete Application - Pending Information from Referrer |
|---|---|---|---|---|---|---|---|
| DHS Outreach Team | 139 | 99 | 1 | 24 | 3 | 4 | 8 |
| DMH Outreach Team | 10 | 10 | | | | | |
| Total | 149 | 109 | 1 | 24 | 3 | 4 | 8 |

*"Referrals Rescinded" means referrals that were canceled by the referring outreach team.  Reasons for rescinding the referral include client placed in alternate interim housing, became permanently housed, left the area, outreach team is unable to locate the participant, etc.

# EXHIBIT C

# Mental Health/ Substance Use Disorder Beds

EXHIBIT C
Page 20

## Mental Health/Substance Use Disorder Beds
## Quarterly Report (For the Period Ending December 31, 2023)

| PROVIDER NAME | NO. OF BEDS DEVELEOPED/ CONTRACTED | DATE AVAILABLE |
|---|---|---|
| SIERRA VISTA | 4 | 7/1/2022 |
| CALIFORNIA PSYCHIATRIC TRANSITIONS | 10 | 7/1/2022 |
| STONEY POINT MEDICAL SNF | 35 | 7/1/2022 |
| TELECARE RANCHO CITRUS HOUSE | 16 | 10/3/2022 |
| LAS ENCINAS | 10 | 12/1/2022 |
| LACADA SAFE HAVEN | 16 | 12/1/2022 |
| SPECIAL SERVICE FOR GROUPS, INC. | 16 | 12/1/2022 |
| TELECARE CORPORATION | 16 | 12/12/2022 |
| TELECARE CORPORATION | 16 | 12/12/2022 |
| STARS BEHAVIORAL HEALTH GROUP | 16 | 2/6/2023 |
| STARS BEHAVIORAL HEALTH GROUP | 16 | 3/22/2023 |
| STARS BEHAVIORAL HEALTH GROUP | 16 | 5/17/2023 |
| STARS BEHAVIORAL HEALTH GROUP | 16 | 6/14/2023 |
| LAS ENCINAS | 15 | 7/1/2023 |
| MISSION COMMUNITY HOSPITAL | 20 | 7/1/2023 |
| PACIFICA HOSPITAL OF THE VALLEY | 10 | 7/1/2023 |
| GENERATIONS - ANBERRY SNF<br>GENERATIONS - HORIZON SNF | 10 | 7/1/2023 |
| SPECIAL SERVICE FOR GROUPS, INC. (SSG) | 40 | 7/8/2023 |
| PACIFICA HOSPITAL OF THE VALLEY URGENT CARE CLINIC | 8 | 8/1/2023 |
| COAST PLAZA HOSPITAL | 37 | 8/7/2023 |
| SPECIAL SERVICE FOR GROUPS, INC. (SSG) | 56 | 9/1/2023 |
| SPECIAL SERVICE FOR GROUPS, INC. (SSG) | 15 | 9/18/2023 |
| DEL AMO HOSPITAL | 18 | 10/11/2023 |
| STARS BEHAVIORAL HEALTH GROUP: CENTRAL STAR LAGMC CRTP | 16 | 10/30/2023 |
| HOLLYWOOD WALK OF FAME HOTEL | 20 | 11/20/2023 |
| CASA DE LAS AMIGAS | 5 | 7/1/2022 |
| BEACON HOUSE ASSOCIATION OF SAN PEDRO (THE) | 15 | 7/13/2022 |
| BEACON HOUSE ASSOCIATION OF SAN PEDRO (THE) | 12 | 7/13/2022 |
| BEACON HOUSE ASSOCIATION OF SAN PEDRO (THE) | 14 | 7/13/2022 |
| BEIT T'SHUVAH | 10 | 7/13/2022 |
| CRI-HELP, INC. | 14 | 7/13/2022 |
| DIVINE HEALTHCARE SERVICES, INC. | 5 | 7/13/2022 |
| DIVINE HEALTHCARE SERVICES, INC. | 4 | 7/13/2022 |
| EXODUS RECOVERY INC. | 8 | 7/13/2022 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 6 | 7/13/2022 |
| GRANDVIEW FOUNDATION, INC. | 4 | 7/13/2022 |
| GRANDVIEW FOUNDATION, INC. | 6 | 7/13/2022 |
| HEALTHRIGHT 360 | 24 | 7/13/2022 |
| HOUSE OF HOPE FOUNDATION, INC. | 2 | 7/13/2022 |
| HOUSE OF HOPE FOUNDATION, INC. | 6 | 7/13/2022 |
| HOUSE OF HOPE FOUNDATION, INC. | 4 | 7/13/2022 |
| LOS ANGELES CENTERS FOR ALCOHOL AND DRUG ABUSE | 20 | 7/13/2022 |
| LOS ANGELES CENTERS FOR ALCOHOL AND DRUG ABUSE | 20 | 7/13/2022 |
| SAFE REFUGE (ORIGINAL NAME: SUBSTANCE ABUSE FOUNDATION OF LONG BEACH, INC.) | 10 | 7/13/2022 |
| SAFE REFUGE (ORIGINAL NAME: SUBSTANCE ABUSE FOUNDATION OF LONG BEACH, INC.) | 6 | 7/13/2022 |
| SAFE REFUGE (ORIGINAL NAME: SUBSTANCE ABUSE FOUNDATION OF LONG BEACH, INC.) | 2 | 7/13/2022 |

**EXHIBIT C**
**Page 21**

| PROVIDER NAME | NO. OF BEDS DEVELEOPED/ CONTRACTED | DATE AVAILABLE |
|---|---|---|
| SAFE REFUGE (ORIGINAL NAME: SUBSTANCE ABUSE FOUNDATION OF LONG BEACH, INC.) | 2 | 7/13/2022 |
| SOCIAL MODEL RECOVERY SYSTEMS, INC. | 1 | 7/13/2022 |
| SOCIAL MODEL RECOVERY SYSTEMS, INC. | 1 | 7/13/2022 |
| SOCIAL MODEL RECOVERY SYSTEMS, INC. | 1 | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 6 | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 6 | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 2 | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 1 | 7/14/2022 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 9 | 7/15/2022 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 1 | 7/16/2022 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 5 | 7/17/2022 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 1 | 7/18/2022 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 1 | 7/19/2022 |
| LAKE HUGHES RECOVERY | 100 | 8/17/2022 |
| SOUTHERN CALIFORNIA ALCOHOL AND DRUG PROGRAMS, INC. | 6 | 11/15/2022 |
| SADLER HEALTHCARE, INC. | 5 | 12/1/2022 |
| SADLER HEALTHCARE, INC. | 15 | 12/1/2022 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 1 | 4/11/2023 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 1 | 4/11/2023 |
| JWCH INSTITUTE, INC. | 10 | 7/1/2023 |
| JWCH INSTITUTE, INC. | 12 | 7/1/2023 |
| LOS ANGELES CENTERS FOR ALCOHOL AND DRUG ABUSE | 2 | 7/1/2023 |
| LOS ANGELES CENTERS FOR ALCOHOL AND DRUG ABUSE | 6 | 7/1/2023 |
| CLARE FOUNDATION, INC. | 5 | 7/25/2023 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 6 | 11/29/2023 |
| VOLUNTEERS OF AMERICA OF LOS ANGELES | 12 | 11/29/2023 |
| DIVINE HEALTHCARE SERVICES, INC. | 12 | 11/29/2023 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 10 | 11/29/2023 |
| TARZANA TREATMENT CENTERS, INC. | 7 | 11/29/2023 |
| | 921 | |

EXHIBIT C
Page 22

# EXHIBIT D

# Enriched Residential Care for ARF and RCFE Beds

## Enriched Residential Care for ARF and RCFE Beds
## Quarterly Report (For the Period Ending December 31, 2023)

| ARF/RCFE | |
|---|---|
| Total Referrals Received | 259 |
| Referrals Approved/Accepted | 133 |

| REFERRALS ACCEPTED | | | |
|---|---|---|---|
| NAME OF REFERRAL SOURCE | NAME OF FACILITY OF ARF/RCFE PLACEMENT | TYPE | MOVE IN DATE |
| San Fernando MHC | Amigo Home II | ARF | 07/22/2023 |
| SSG Alliance | Anand Care Center III | ARF | 10/19/2023 |
| DMH HOME Team | Anand Care Center III | ARF | 12/21/2023 |
| DMH HOME Team | Anew Dawn Adult Living | ARF | 08/25/2023 |
| DMH HOME Team | Anew Dawn Adult Living | ARF | 10/17/2023 |
| Hollywood MHC | Anew Dawn Adult Living | ARF | 10/12/2023 |
| DMH HOME Team | Anew Dawn Adult Living | ARF | 12/13/2023 |
| SSG Alliance | Anew Direction Adult Living | ARF | 07/31/2023 |
| Long Beach API | Anew Direction Adult Living | ARF | 08/30/2023 |
| Heritage Clinic | Bel Air Guest Home | ARF | 08/25/2023 |
| E.D. Edelman Westside MHC | Bel Air Guest Home | ARF | 10/02/2023 |
| Exodus Recovery | Bel Air Guest Home | ARF | 11/27/2023 |
| DMH HOME Team | Beverly Hills Senior Care | RCFE | 10/04/2023 |
| DMH HOME Team | Beverly Hills Senior Care | RCFE | 12/01/2023 |
| Social Recovery Model | Bonnie's Guest House | ARF | 10/25/2023 |
| Social Recovery Model | Bonnie's Guest House | ARF | 11/17/2023 |
| Pacific Clinics | Bonnie's Guest House | ARF | 11/21/2023 |
| DMH Costal API Gardena | Caremore Aid & Board Facility | ARF | 10/05/2023 |
| Genesis - Older Adult Programs | Carson Senior Assisted Living | RCFE | 10/06/2023 |
| SSG Alliance | Carson Senior Assisted Living | RCFE | 11/01/2023 |
| South Bay MHC | Chez Bon Guest Home | ARF | 08/23/2023 |
| Didi Hirsch MHC | Chez Bon Guest Home | ARF | 10/24/2023 |
| Pacific Clinics | Commonwealth Royal Guest Home | RCFE | 09/18/2023 |
| Asian Pacific Counseling and Treatment Center | El Molino Manor | ARF | 12/26/2023 |
| SSG Alliance | Fair Oaks Manor | ARF | 07/23/2023 |
| DMH - Public Guardian | Franks Adult Residential | ARF | 10/02/2023 |
| Telecare | Freda Home of Love 1 | ARF | 07/01/2023 |
| Heritage Clinic | Grandview LLC | RCFE | 08/21/2023 |
| DMH - Public Guardian | Heritage Board & Care #1 | ARF | 12/07/2023 |
| DMH HOME Team | Heritage Board & Care #1 | ARF | 11/07/2023 |
| Coastal API | Heritage Board & Care #2 | ARF | 08/11/2023 |
| Long Beach MHC | Heritage Board & Care #2 | ARF | 11/17/2023 |
| Coastal API | Heritage Board & Care #3 | ARF | 08/09/2023 |
| Coastal API | Heritage Board & Care #3 | ARF | 09/29/2023 |
| DMH Costal API Gardena | Heritage Board & Care #4 | ARF | 09/20/2023 |
| Asian Pacific Counseling and Treatment Center | Heritage Board & Care #4 | ARF | 09/20/2023 |
| Long Beach MHC | Heritage Board & Care #4 | ARF | 11/02/2023 |
| Downtown MHC | Highland Park Guest Home | ARF | 08/14/2023 |

**EXHIBIT D**
**Page 24**

| NAME OF REFERRAL SOURCE | NAME OF FACILITY OF ARF/RCFE PLACEMENT | TYPE | MOVE IN DATE |
|---|---|---|---|
| Northeast MHC | Highland Park Guest Home | ARF | 09/01/2023 |
| Heritage Clinic | Ivan Banner B&C | RCFE | 12/01/2023 |
| Heritage Clinic | Ivan Banner B&C | RCFE | 11/03/2023 |
| Pacific Asian Counseling Services | Leisure Garden | RCFE | 07/04/2023 |
| Tessie Cleveland | Lifestyle Board and Care | ARF | 09/22/2023 |
| South Bay MHC | Lifestyle Board and Care | ARF | 09/21/2023 |
| DMH HOME Team | Lifestyle Board and Care | ARF | 10/12/2023 |
| Compton FSP/DMH | Lone Star Board and Care - Crenshaw | ARF | 07/26/2023 |
| DMH Compton Family MHC | Lone Star Board and Care - Crenshaw | ARF | 08/15/2023 |
| JWCH Institute | Lone Star Board and Care - Crenshaw | ARF | 11/27/2023 |
| Pacific Asian Counseling Services | Lone Star Long Beach Residential | ARF | 10/16/2023 |
| Mental Health America of Los Angeles | Long Beach Residential | ARF | 07/20/2023 |
| SSG Alliance | Long Beach Residential | ARF | 10/02/2023 |
| Long Beach MHC | Long Beach Residential | ARF | 09/29/2023 |
| SSG Alliance | Long Beach Residential | ARF | 10/17/2023 |
| SSG Alliance | Mountain View Board and Care | ARF | 10/11/2023 |
| DMH HOME Team | Olive Tree Home | RCFE | 08/09/2023 |
| Pacific Asian Counseling Services | Olivia Isabel Manor | ARF | 10/19/2023 |
| DMH HOME Team | Orange Community Care | ARF | 10/12/2023 |
| Gateways | Parkview Manor | ARF | 09/05/2023 |
| SOCIAL MODEL RECOVERY SYSTEMS | Pasa Alta Manor | ARF | 08/15/2023 |
| East San Gabriel Valley MHC | Pasa Alta Manor | ARF | 10/11/2023 |
| Asian Pacific Counseling and Treatment Center | Pasa Alta Manor | ARF | 11/21/2023 |
| East San Gabriel Valley MHC | Pasadena Guest Home | ARF | 08/01/2023 |
| East San Gabriel Valley MHC | Pasadena Guest Home | ARF | 09/05/2023 |
| East San Gabriel Valley MHC | Pasadena Guest Home | ARF | 09/05/2023 |
| Heritage Clinic | Pasadena Villa Senior Living | RCFE | 11/15/2023 |
| DMH HOME Team | Pasadena Villa Senior Living | RCFE | 12/11/2023 |
| DMH HOME Team | Pico Rivera Gardens Adult Residential Facility | ARF | 11/16/2023 |
| Compton Family Mental Health | Quincy Manor | ARF | 08/07/2023 |
| Compton Family Mental Health | Quincy Manor | ARF | 09/11/2023 |
| Compton Family Mental Health | Quincy Manor | ARF | 08/25/2023 |
| Barbour Floyd | Raechelle Care Home | ARF | 10/13/2023 |
| Downtown MHC | Raechelle Care Home | ARF | 07/17/2023 |
| DMH - Public Guardian | Raechelle Care Home | ARF | 10/11/2023 |
| E.D. Edelman Westside MHC | Raechelle Care Home | ARF | 10/02/2023 |
| Long Beach API | Ramona Guest Home | ARF | 09/21/2023 |
| Augustus Hawkins MHC | Safeguard Residential Home | ARF | 09/05/2023 |
| Scharp | Safeguard Residential Home | ARF | 11/15/2023 |
| Pacific Clinics | Springfield Manor | ARF | 11/15/2023 |
| San Fernando Valley Community | Sunland Manor Inc. | ARF | 09/06/2023 |
| E.D. Edelman Westside MHC | The Manor | ARF | 07/19/2023 |
| E.D. Edelman Westside MHC | The Manor | ARF | 07/20/2023 |
| Didi Hirsch MHC | The Manor | ARF | 11/01/2023 |
| Didi Hirsch MHC | The Manor | ARF | 10/31/2023 |
| Pacific Asian Counseling Services | The Manor | ARF | 12/04/2023 |
| DMH - Enhanced Care Management (ECM) | Topanga West Guest Home | ARF | 11/07/2023 |
| San Fernando MHC | Topanga West Guest Home | ARF | 11/02/2023 |
| San Fernando MHC | Topanga West Guest Home | ARF | 11/27/2023 |
| DMH HOME Team | Triumphant Elderly Care LLC | RCFE | 08/22/2023 |

| NAME OF REFERRAL SOURCE | NAME OF FACILITY OF ARF/RCFE PLACEMENT | TYPE | MOVE IN DATE |
|---|---|---|---|
| San Fernando MHC | Triumphant Elderly Care LLC | RCFE | 10/01/2023 |
| ASC Treatment Group Anne Sippi Clinic | Valley Manor Guest Home | ARF | 10/19/2023 |
| Heritage Clinic | Valley View Retirement Center | RCFE | 10/13/2023 |
| SSG Alliance | Villa Flora | ARF | 10/09/2023 |
| SSG Alliance | Villa Luren | ARF | 07/24/2023 |
| Compton Family Mental Health | Walker's Care | ARF | 08/18/2023 |
| SSG Alliance | Westside Manor | ARF | 10/24/2023 |
| Coastal API | Wilmington Gardens | ARF | 08/02/2023 |
| SSG Alliance | Windsor Hall | ARF | 07/25/2023 |
| Didi Hirsch MHC | Wyngate Villa Gardens | RCFE | 10/23/2023 |
| Prevent Homlessness Promote Health (PH2) | Anew Dawn Adult Living | ARF | 04/25/2023 |
| DMH HOME Team | Anew Dawn Adult Living | ARF | 04/19/2023 |
| DMH HOME Team | Anew Dawn Adult Living | ARF | 05/01/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 04/20/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 05/10/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 05/26/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 05/09/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 06/06/2023 |
| DMH HOME Team | Anew Dawn Adult Living | ARF | 06/07/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 06/23/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 06/30/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 09/21/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 07/28/2023 |
| Hollywood 2.0/Cooperative | Beverly Hills Senior Care | RCFE | 09/22/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 07/13/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 09/27/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 08/01/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 08/02/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 08/08/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 08/07/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 08/14/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 08/11/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 10/13/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 08/02/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 09/27/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 10/03/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 12/12/2023 |
| Hollywood MHC | Raechelle Care Home | ARF | 10/06/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 11/21/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 12/09/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 11/09/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 11/09/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 11/08/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 11/27/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 12/04/2023 |
| | | TOTAL BEDS | 133 |