# EXHIBIT 2

DAWYN R. HARRISON (State Bar No. 173855)
*County Counsel*
KATHERINE M. BOWSER (State Bar No. 230626)
*Assistant County Counsel*
ANA WAI-KWAN LAI (State Bar No. 257931)
*Senior Deputy County Counsel*
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 648
Los Angeles, California 90012
Telephone: (213) 974-1830
Facsimile: (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**COUNTY OF LOS ANGELES' SUPPLEMENTAL FIRST STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

661179.1666496.3

COUNTY'S SUPPLEMENTAL FIRST STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

Pursuant to the Settlement Agreement between LA Alliance for Human Rights and other plaintiffs (collectively, "Plaintiffs"), and the County of Los Angeles ("County") and its addendums [Dkt. 646], the County hereby submits its first Quarterly Report pursuant to section D.9 of the Plaintiffs/County settlement.

## I. INTRODUCTION

The County has met or exceeded the milestones in the settlement agreement and addenda.  These are more than just benchmarks towards compliance with the terms of the Plaintiffs/County settlement.  The County's achievements reflect the infusion of much-needed additional resources to address homelessness with targeted support and services for the most vulnerable and chronically unhoused people experiencing homelessness ("PEH") within the City of Los Angeles ("City") and County of Los Angeles.

## II. KEY ACHIEVEMENTS

### A. The County's Support For Plaintiffs' Settlement With The City

This litigation prompted the County and City to collaborate on an unprecedented level to lift people out of homelessness permanently.

The County is supporting the settlement between Plaintiffs and the City of Los Angeles ("City") pursuant to section D.1 of the Plaintiffs/County settlement.  In particular, the County committed to funding a suite of wraparound services at the interim and permanent housing units created by the City pursuant to the Plaintiffs/City settlement.  On January 16, 2024, the City submitted its Quarterly Status Report in which it reported the existence of over 2,800 new shelter units that, as of the end of last year, have served over 2,600 PEH.  [Dkt. 660-1.]

In support of the Plaintiffs/City settlement, the County is devoting significant resources to the City's new interim and permanent housing projects.  The County's social service workers visit the designated projects to connect eligible residents with available benefits to which they are entitled, including public assistance (i.e., General Relief, CalFresh, Medi-Cal, Social Security Income, Social Security

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

Disability Insurance, and veterans' benefits) and mental health and Substance Use Disorder ("SUD") treatment (i.e., education, screening, linkage/referrals, transportation, early intervention workshops, and more).

This is an extension of the County's robust commitment to supporting our most vulnerable residents in the City and County of Los Angeles.  In total, the County funds programs for housing and social services to individuals and families who are experiencing homelessness, formerly homeless or at-risk of homelessness in Los Angeles County through multiple County departments—Children and Family Services, Health Services ("DHS"), Mental Health ("DMH"), Public Health ("DPH"), Public Social Services ("DPSS"), Economic Opportunity, Sheriff's Department, Probation, and Public Defender—and the Los Angeles County Development Authority and the Los Angeles Homeless Services Authority ("LAHSA"), a joint powers authority of the County and the City.  These programs target myriad factors that contribute to homelessness and provide a variety of services to which PEH may be eligible.  Subject matter experts agree that only the combination of shelter *and* supportive services will bring meaningful relief to PEH and help them transition out of homelessness.

The City was not able to provide the County with information on City-funded outreach teams' access, including contacts or service requests made to the DMH, DHS, DPSS, and DPH.  The City does not currently capture this information.  The City funds LAHSA to administer and staff outreach teams.  As such, the City referred the County to LAHSA.  While LAHSA's homeless data system, Homeless Management Information System ("HMIS"), captures general information on types of referrals made by outreach workers (interim housing, showers/hygiene services, transportation, access center, mental health services, etc.), it does not capture information on what agency the referral was made to or how the referral was transmitted to the agency.  To be responsive to this reporting requirement in future quarterly reports, the City, the County, and LAHSA are establishing a working

COUNTY'S SUPPLEMENTAL FIRST STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX (310) 552-8400

group to identify modifications that can be made to HMIS to capture specific referral-related information and to develop a training plan to train outreach workers on the use of the new HMIS data fields.

Attached is a chart reflecting the County's provision of supportive services to the City's interim housing projects. *See* Exhibit A1 (County Provision of Supportive Services for City Interim Housing and Permanent Supportive Housing for City's Reporting Period Ending September 30, 2023). Also attached is a chart reflecting the County's provision of supportive services to the City's permanent housing project. *See* Exhibit A2 (County Provision of Supportive Services for City Interim Housing and Permanent Supportive Housing for City's Reporting Period Ending September 30, 2023).

These efforts are on top of the County's commitment of up to $293 million under the June 2020 Memorandum of Understanding [Dkt. 136, 185] to provide 6,700 beds and supportive services and other resources for PEH residing near freeways, those 65 years and older in the City, and other vulnerable PEH within the City. The County has reported on its work under the freeway deal in periodic reports to the Court. [Dkt. 342, 356, 357, 364, 373.] The County has fully met its obligations.

**B.  Beds Available To County Outreach Teams**

The County is using its reasonable best efforts to ensure County outreach teams (including the increased MDT and HOME teams referenced below) have access to County high service need interim housing beds for PEH in the City, pursuant to section D.2 of the Plaintiffs/County settlement. *See* Exhibit B (High Service Need Interim Housing Beds Available to County Outreach Teams Quarterly Report for the Period Ending December 31, 2023).

**C.  Mental Health/Substance Use Disorder Beds**

The County has brought online over 900 mental health/substance use disorder beds by December 31, 2023, pursuant to section D.3a of the Plaintiffs/County

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

settlement.  The County has surpassed the 600-bed minimum provided for in the settlement agreement by 50 percent.  The mental health/substance use disorder beds include a mix of acute, sub-acute, and interim housing beds to accommodate the diversity of unhoused clients' clinical needs.  The attached chart reflects beds that continue to be open and operational.  *See* Exhibit C (Mental Health/Substance Use Disorder Beds Quarterly Report for the Period Ending December 31, 2023).

**D.    Enriched Residential Care for Adult Residential Facilities ("ARF") and Residential Care Facilities for the Elderly ("RCFEs") Beds**

The County has been able to make available over 100 new subsidies for enriched residential care at ARF and RCFEs ("board and care") beds by December 31, 2023, pursuant to section D.3b of the Plaintiffs/County settlement.  The County has provided more than double the 40 subsidies provided for in the settlement agreement.

Board and care facilities provide housing, meals, and 24/7 assistance with activities of daily living.  In addition, DMH provides mental health services to their clients living in licensed residential care facilities as an enhancement to the board and care supportive services.  For these reasons, this program is a vital housing resource for the County's vulnerable population with serious mental illness.  This valuable housing resource is often utilized by individuals who are also homeless or at risk of homelessness and need care and supervision to maintain housing.

The state sets the rate that owners of board and care facilities can charge for individuals that receive Supplemental Security Income, and given the low rate set by the State, many board and care facilities have closed over the past five years.  The County's subsidies supplement those rates with local funds, helping to keep facilities in operation and thereby preserving this housing opportunity for many of the County's most vulnerable residents.  Moreover, the subsidies help create flow from higher levels of care and help to eliminate the strain on vital resources elsewhere posed by closures, such as worsening backlogs for people in jails,

661179.1666496.3

5

hospitals or locked psychiatric facilities waiting for housing in the community.  *See* Exhibit D (Enriched Residential Care for ARF and RCFE Beds).

**E.    Multi-Disciplinary Teams And Homeless Outreach Mobile Engagement Teams**

The County has 34 Multi-Disciplinary Teams ("MDTs") and 8 Homeless Outreach and Mobile Engagement ("HOME") teams, pursuant to sections D.4 and D.5 of the Plaintiffs/County settlement.  ~~These teams serve PEH within the City of Los Angeles, and have been assigned to areas on a proportional basis that tracks the geographic distribution of PEH reflected in the LAHSA Point-In-Time Count in order to address the greatest need.~~

**A.    MDTs**

MDTs are deployed by ~~the~~ DHS ~~and~~.  MDTs are comprised of individuals with specialized training and expertise as health professionals, mental health specialists, substance abuse counselors, and case managers, as well as someone with lived experience with homelessness, who provide outreach and engagement 7 days a week to connect PEH with complex health and/or behavioral conditions to housing, supportive services, and sources of income.  ~~HOME~~

Pursuant to section D.4 of the Settlement Agreement, the County agreed to allocate at least 1 MDT per Council District in the City of Los Angeles, and assign the remaining teams "where there is the greatest need as informed by the Point-In-Time Count."  The County's 34 MDTs are currently deployed ~~by the~~ as follows:

| Council District | # of MDTs |
|---|---|
| 1 | 3 |
| 2 | 1 |
| 3 | 1 |
| 4 | 1.5 |
| 5 | 1.5 |
| 6 | 1 |
| 7 | 1 |

661179.1666496.3

6

COUNTY'S SUPPLEMENTAL FIRST STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

| Council District | # of MDTs |
|---|---|
| 8 | 2 |
| 9 | 4 |
| 10 | 2.5 |
| 11 | 2 |
| 12 | 1 |
| 13 | 2.5 |
| 14 | 8 |
| 15 | 2 |

At this time, the County has determined that greatest need correlates with the relative dispersion of the PEH population.  Thus, the MDTs are assigned to each Council District ("CD") on a proportional basis that tracks the geographic distribution of PEH in the City of Los Angeles, as reflected in the LAHSA Point-In-Time Count.  Note, Skid Row is within CD14 and three of the MDTs that operate in that CD are dedicated to the Skid Row area.

**B.    HOME Teams**

HOME teams are deployed by DMH, and are field-based teams that provide field-based outreach and, engagement services in addition to specialty, and treatment to people with severe and persistent mental illness who are experiencing unsheltered homelessness.  The HOME program serves people 18 and over who are experiencing chronic unsheltered homelessness, have profound mental health treatment (e.g., intensiveneeds and associated impairments, and require specialized mental health services in order to secure and sustain housing.  Services provided by the HOME teams are tailored to each individual and can include assisting clients with meeting basic food, clothing, shelter, and hygiene needs; securing clinical assessments; case management, psychotropic; providing street psychiatry, and medication and crisis intervention) to PEH who have a serious mental illness, with the goal of linking them to ongoing mental health services, intensive casedelivery, administration, and management, and permanent housing.  The increased numbers

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

were in direct response to the current unsheltered population, as determined by the latest point-in-time count; initiating inpatient hospitalization or outpatient conservatorship; and linking clients to appropriate additional services.  Over the two years prior to the settlement, HOME teams served upwards of 1,000–1,500 unique individuals, rendering 3,500–4,000 services per month.

Although the MDTs also have a mental health component, the HOME teams are frequently called upon to engage and assess PEH in the throes of mental health crisis.  Most referrals are submitted by generalist homeless outreach providers who identify individuals with severe impairment that require specialized and intensive support and engagement.  Other County departments or even the general public may initiate a referral to a HOME team.  The HOME teams (like the MDTs) have also offered invaluable support for the County's and City's ongoing encampment resolution programs.

Most County programs, including the HOME teams, do not operate according to district boundaries, which are set by the City Council every ten years following the release of U.S. census data.  Instead, the County is divided into eight Service Planning Areas ("SPAs").  These distinct regions allow County departments like DMH to develop and provide more relevant mental health and clinical services targeted to the specific needs of the residents in these different areas.  Although the City's boundaries do not align perfectly with any SPAs, the entirety of the City of Los Angeles is encompassed within SPAs 2, 4, 5, 6, and 8, with the City comprising the vast majority of SPAs 2, 4, 5, and 6, but only a small portion of SPA 8.  Skid Row is within SPA 4.

Pursuant to section D.5 of the Settlement Agreement, the County agreed to increase the number of HOME teams dedicated to conducting outreach in the City of Los Angeles to 8 teams by the end of fiscal year 2022/2023 and 10 teams by the end of fiscal year 2023/2024.  There were 8 HOME teams that conducted outreach in the City by the end of the reporting period that are deployed as follows:

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

661179.1666496.3

8

| SPA | # of HOME teams |
|-----|------|
| 2 | 2 |
| 4 | 3 |
| 5 | 2 |
| 6 | 1 |

Although these HOME teams are dedicated to outreach in the City, the nature of the HOME program requires staff to provide services to wherever their established clients may currently reside. ~~HOME teams do more than just connect PEH with care providers; they bring the care—including medication—to PEH on the streets to eliminate barriers to access.~~ The HOME teams are based on an innovative individualized treatment model that depends on nurturing a deep bond and trust with their mobile clients, with the ultimate goal of stabilizing individuals enough that they feel comfortable accepting the County's housing opportunities. HOME teams engage in long term sustained and repeated intervention to effect positive outcomes for clients, who are generally highly avoidant of services. HOME teams do more than just connect PEH with care providers; they bring the care—including medication—to PEH on the streets to eliminate barriers to access. ~~It can take weeks or longer to reach that point, but HOME teams remain connected with patients regardless of their geography to foster the connection that ultimately drives successful treatment and positive housing outcomes for patients. For example, over the two years prior to the settlement, HOME teams served upwards of 1,000–1,500 unique individuals, rendering 3,500–4,000 services per month.~~

~~The MDTs and HOME teams have offered invaluable support for the County's and City's ongoing encampment resolution programs.~~ In order to do this, each individual staff person forges strong and meaningful relationships with individual people experiencing homelessness, meeting them where they are both emotionally and geographically. The people served by the program are quite

661179.1666496.3

9

COUNTY'S SUPPLEMENTAL FIRST STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT

transient, crossing political boundaries between cities often.  HOME staff follow people served across political borders to maintain continuity of care as they work to develop relationships, intervene, and effect change.  It can take weeks or longer to reach that point.  Furthermore, as treatment of a client progresses, they are often placed in housing or treatment facilities outside of the area in which they were initially engaged. In such cases, staff continue to visit clients in their new locations, maintaining continuity of care to effectively support clients through the treatment and recovery process. Additionally, staff may respond to any part of the county during crisis situations such as an urgent need for hospitalization of a client or emergency situations like storms or public safety advisories.

The County has determined that greatest need correlates with the relative dispersion of the PEH population.  Thus, the HOME teams are assigned to each SPA on a proportional basis that tracks the geographic distribution of PEH in the City of Los Angeles, as reflected in the LAHSA Point-In-Time Count.

### F.    Partnership On City- and County-Owned Land

As part of the ongoing collaborative approach between the County and the City on homelessness issues, there are ongoing discussions about how City- and County-owned land could play a role in addressing the needs of PEH in the City and County of Los Angeles, pursuant to section D.6 of the Plaintiffs/County settlement.

### G.    Advocacy Efforts For PEH With Serious Mental Illness or SUD

The County has diligently worked on identifying additional state and federal funding for programs for PEH suffering from serious mental illness and/or SUD, pursuant to sections D.7 and D.8 of the Plaintiffs/County settlement.

The Department of Public Health, Substance Abuse Prevention and Control Bureau (DPH-SAPC) is working with the State of California to make residential treatment stays subject to reimbursement through the Medi-Cal program.  The goal is for DPH-SAPC's network of SUD residential treatment providers to have

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

increased funding for continued stays when the patient elects to continue receipt of treatment services.  This increased funding for longer stays in residential treatment programs should result in fewer clients being discharged and returning to unsheltered homelessness.  DPH-SAPC is also advocating to expand access to medications for addiction treatment by adding prescribers to the staffing structure of outpatient and residential treatment programs.  DPH-SAPC is diligently working to increase Behavioral Health Bridge Housing beds in the City and County of Los Angeles, as well as enhanced housing navigation services.  DPH-SAPC is also pursuing additional funding for overdose prevention and response activities, including medications for addiction treatment for opioid, alcohol, stimulant, cannabis, and tobacco use disorders, linkage and retention to treatment services, street-based testing of drugs and paraphernalia, healthcare workforce-based education in harm reduction, safer prescribing of controlled substances, and substance use treatment.

DMH continued its ongoing advocacy of the federal government to access Medicaid funding in order for the County to expand its network of specialty mental health services.  DMH is supporting the State of California's efforts to receive matching federal Medicaid dollars for short-term stays in mental health treatment facilities.  Current federal regulations prohibit the County from receiving Medicaid reimbursement for residential treatment in facilities that provide mainly mental health treatment and have more than 16 beds.  This federal policy severely limits the financial viability of local residential treatment centers, thereby restricting the availability of residential treatment beds for DMH's most severely ill clients, including those who are experiencing homelessness.

People in our community experience severe mental illness and may not receive regular help, often resulting in homelessness and substance use.  DMH is leading the County's implementation of programs under the Community Assistance, Recovery and Empowerment (CARE) Act.  The CARE Act creates a civil court

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

process where qualifying individuals or entities can petition the court to help connect eligible individuals suffering from severe mental illness to a broad array of services, including mental health and housing services. DMH is seeking additional state funding to facilitate the County's effective implementation of the CARE Act.

### H.    Increased Transparency

The County is in the process of identifying all contracts whose billings and invoices will be made accessible to the public from October 2023 onward relating to provider services connected to the County's settlement agreement, pursuant to section D.9 of the Plaintiffs/County settlement. Some billings and invoices are in arrears and not yet available to the County. To ensure that the public release of information does not jeopardize the privacy of any individuals, including data that are restricted by contract or information protected by law, the County will work with legal counsel to redact sensitive and protected information from the billings and invoices before being published.

## III.    CONCLUSION

As set forth herein, the County has complied fully with its obligations under the Plaintiffs/County settlement, and will continue to meet or exceed the milestones in connection with the next reporting period.

DATED: ~~January 30~~March 14,        MILLER BARONDESS, LLP
2024


By:        /s/ Mira Hashmall
        MIRA HASHMALL
        Attorneys for Defendant
        COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP

ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400