**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                    Date:  March 21, 2024

Title: LA ALLIANCE FOR HUMAN RIGHTS, et al., v. CITY OF LOS ANGELES, et al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER SETTING HEARING FOR APRIL 4, 2024**

The Court will hold a hearing on Plaintiff's motion for sanctions against Defendant City of Los Angeles on April 4, 2024 at 9:00 a.m. The Court directs the parties to ensure Mercedes Marquez, Daniel Conway, and Paul Webster are available to testify, unless the parties resolve the matter in advance by stipulation submitted to the Court.

The hearing will be held at the First Street Courthouse in Los Angeles in Courtroom 1. The Court will send a copy of this docketed entry to Council President Paul Krekorian for distribution to the Council.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                   Initials of Deputy Clerk:
                                                                          kdu
CIVIL-GEN