UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 2:20-CV-02291-DOC-KESx                                          Date: March 21, 2024

Title: LA Alliance for Human Rights v. City of Los Angeles

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   COURTROOM ANNOUNCEMENT FOR HEARING ON MARCH 22, 2024**

At the March 18 hearing, the Court continued the hearing at the request of all parties regarding the audit to Friday, March 22, 2024, based on the parties' representation that they had reached an agreement regarding the audit's scope but needed additional time to finalize certain definitions. The parties also represented that they would be prepared to propose auditors for the Court's consideration at the March 22 hearing.

The Court has been assigned Courtroom 1 at the First Street Courthouse in Los Angeles for the March 22 hearing regarding the scope of the audit and the proposed auditors. The hearing will begin at 1 p.m.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                         Initials of Deputy Clerk: kdu

CIVIL-GEN