**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: LA CV 20-02291-DOC-(KESx)                              Date: March 22, 2024

Title: LA ALLIANCE FOR HUMAN RIGHTS, et al. v. CITY OF LOS ANGELES, et al.

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFF:**
Elizabeth Mitchell

**ATTORNEYS PRESENT FOR DEFENDANT:**
Jennifer Mira Hashmall
Scott Marcus
Shayla Myers, Intervenor

**PROCEEDINGS:** MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND FOR SANCTIONS [668]
*(Los Angeles First Street)*

The case is called. The Court and counsel confer.

The Court adopts the proposed Audit Scope (Dkt. 697) with revisions made on the record.

The Court ORDERS the parties to return April 4, 2024 at 3:00 PM to present audit details.

The Court orders the transcript of the hearing held March 22, 2024, be immediately produced at the government's expense and billed at the daily rate. The transcript shall be prepared forthwith and filed on the docket with immediate release to the public.

The transcript will also be available to download on the Court's Cases of Interest webpage, located here: http://www.cacd.uscourts.gov/newsworthy/cases-of-interest

0:35

CC: CourtRecording_CACD@cacd.uscourts.gov
Transcripts_CACD@cacd.uscourts.gov
Reporter_CACD@cacd.uscourts.gov

Initials of Deputy Clerk: kdu