UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>            Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**NOTICE OF FILING RESPONSE TO THE COURT'S REQUEST BY PLAINTIFF LA ALLIANCE FOR HUMAN RIGHTS**<br><br>Before:  Hon. David O. Carter<br>Courtroom: 10A<br>Hearing Date:  March 4, 2024<br>Hearing Time:  8:30 p.m. |

*NOTICE OF FILING RESPONSE TO THE COURT'S REQUEST BY PLAINTIFF LA ALLIANCE FOR HUMAN RIGHTS*

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to the Court's request, Plaintiff LA Alliance for Human Rights hereby responds to the court's request for accurate HUD data presented at the March 18, 2024, proceedings.

Dated: March 25, 2024              Respectfully submitted,

*/s/ Elizabeth A. Mitchell*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer
Elizabeth A. Mitchell

*Attorneys for Plaintiffs*

4891-3263-7361, v. 2

*NOTICE OF FILING RESPONSE TO THE COURT'S REQUEST BY PLAINTIFF LA ALLIANCE FOR HUMAN RIGHTS*

March 22, 2024

The Honorable David O. Carter
United States District Court
Central District of California
411 West Forth Street, Room 9-160
Santa Ana, CA 92701



RE: Case No: LA CV 20-02291-DOC-(KESx) California and Municipal Homelessness Data

Dear Judge Carter,

I am responding to your request to review data included in the Civil Minutes of court proceedings on March 18, 2024.  I reviewed the Increase in Unhoused Population data and compared it to my analysis of HUD Point In Time count data.  My source for the HUD PIT data can be found at https://www.hudexchange.info/programs/coc/coc-homeless-populations-and-subpopulations-reports/

Very few if any municipalities collect their own data and most rely on their regional Continuums of Care to provide such data.  In California, almost all Continuums of Care are housed within the counties.  The notable exceptions are LAHSA and the Long Beach and Pasadena / Glendale CoCs.

Unfortunately due to the COVID pandemic, 2021 data is consistently flawed as HUD gave CoCs an option to forgo the in-person street-level count.  Few if any CoC chose to do so resulting in consistently low or missing data in all subpopulations for 2021.

Below I've displayed the HUD data on the left and the data included in the Civil Minutes on the right.  In addition, I've included ten-year data tables for the select counties that include federal CoC awards, counts of chronic and unsheltered PEH, and counts of PEH with mental illness and substance use disorder, and the percentage of increase yearly and for the ten-year period.

Thank you for the opportunity to share my analysis with the court.

Sincerely,

Paul Webster
Executive Director
LA Alliance for Human Rights

1

| HUD Point In Time Data | Civil Minutes Data |
|---|---|

**Los Angeles City and County**

| Year | PIT Count | +/- | % Chng PIT |
|---|---|---|---|
| 2017 | 52,442 | | |
| 2018 | 49,995 | -2,447 | -5% |
| 2019 | 56,257 | 6,262 | 13% |
| 2020 | 63,706 | 7,449 | 13% |
| 2021 | | | |
| 2022 | 65,111 | 65,111 | 2% |
| 2023 | 71,320 | 6,209 | 10% |
| Total | | 18,878 | **24%** |

**Los Angeles County**

| Year | PIT Count | +/- | % Chng PIT |
|---|---|---|---|
| 2017 | | | |
| 2018 | 52,765 | | |
| 2019 | 58,936 | 6,171 | 12% |
| 2020 | 66,433 | 7,497 | 13% |
| 2021 | | | |
| 2022 | 69,144 | 69,144 | 4% |
| 2023 | 75,518 | 6,374 | 9% |
| Total | | 75,518 | **31%** |

**Santa Ana Anaheim Orange County, CA**

| Year | PIT Count | +/- | % Chng PIT |
|---|---|---|---|
| 2017 | 4,792 | | |
| 2018 | 4,955 | 163 | 3% |
| 2019 | 6,860 | 1,905 | 38% |
| 2020 | 6,978 | 118 | 2% |
| 2021 | | | |
| 2022 | 5,718 | 5,718 | -18% |
| 2023 | 6,050 | 332 | 6% |
| Total | | 1,258 | **19%** |

**Orange County, CA**

| Year | PIT Count | +/- | % Chng PIT |
|---|---|---|---|
| 2017 | | | |
| 2018 | | | |
| 2019 | 6,860 | | |
| 2020 | 6,978 | 118 | 2% |
| 2021 | | | |
| 2022 | 5,718 | -1,260 | -18% |
| 2023 | | | |
| Total | | -1,142 | **-17%** |

**San Francisco, CA**

| Year | PIT Count | +/- | % Increase |
|---|---|---|---|
| 2017 | 6,858 | | |
| 2018 | 6,857 | -1 | 0% |
| 2019 | 8,035 | 1,178 | 17% |
| 2020 | 8,124 | 89 | 18% |
| 2021 | | | |
| 2022 | 7,754 | 7,754 | -5% |
| 2023 | 7,582 | -172 | -6% |
| Total | | 724 | **11%** |

**San Francisco, CA**

| Year | PIT Count | +/- | % Increase |
|---|---|---|---|
| 2017 | 6,858 | | |
| 2018 | | | |
| 2019 | 8,035 | 1,177 | 17% |
| 2020 | | | |
| 2021 | | | |
| 2022 | 7,754 | -281 | -3% |
| 2023 | | | |
| Total | | 896 | **13%** |

2

## HUD Point In Time Data

**San Diego City and County**

| Year | PIT Count | +/- | % Increase |
|---|---|---|---|
| 2017 | 9,160 | | |
| 2018 | 8,576 | -584 | -6% |
| 2019 | 8,102 | -474 | -6% |
| 2020 | 7,638 | -464 | -6% |
| 2021 | | | |
| 2022 | 8,427 | 8,427 | 10% |
| 2023 | 10,264 | 1,837 | 22% |
| **Total** | | **1,104** | **12%** |

**Riverside County**

| Year | PIT Count | +/- | % Increase |
|---|---|---|---|
| 2017 | 2,406 | | |
| 2018 | 2,316 | -90 | -4% |
| 2019 | 2,811 | 495 | 21% |
| 2020 | 2,884 | 73 | 3% |
| 2021 | | | |
| 2022 | 3,316 | 3,316 | 15% |
| 2023 | 3,725 | 409 | 12% |
| **Total** | | **1,319** | **38%** |

**San Bernadino County**

| Year | PIT Count | +/- | % Increase |
|---|---|---|---|
| 2017 | 1,866 | | |
| 2018 | 2,118 | 252 | 14% |
| 2019 | 2,608 | 490 | 23% |
| 2020 | 3,125 | 517 | 20% |
| 2021 | | | |
| 2022 | 3,333 | 3,333 | 7% |
| 2023 | 4,195 | 862 | 26% |
| **Total** | | **2,329** | **79%** |

## Civil Minutes Data

**San Diego City and County**

| Year | PIT Count | +/- | % Increase |
|---|---|---|---|
| 2017 | | | |
| 2018 | | | |
| 2019 | 8,102 | | |
| 2020 | | | |
| 2021 | | | |
| 2022 | 8,427 | 8,427 | 4% |
| 2023 | 10,264 | 1,837 | 22% |
| **Total** | | **2,162** | **27%** |

**Riverside County**

| Year | PIT Count | +/- | % Increase |
|---|---|---|---|
| 2017 | | | |
| 2018 | | | |
| 2019 | 2,811 | | |
| 2020 | 2,884 | 73 | 3% |
| 2021 | | | |
| 2022 | 3,316 | 432 | 15% |
| 2023 | 3,725 | 409 | 12% |
| **Total** | | **914** | **33%** |

**San Bernadino**

| Year | PIT Count | +/- | % Increase |
|---|---|---|---|
| 2017 | | | |
| 2018 | 2,118 | | |
| 2019 | 2,608 | 490 | 23% |
| 2020 | 3,125 | 517 | 20% |
| 2021 | | | |
| 2022 | 3,333 | 208 | 7% |
| 2023 | 4,195 | 862 | 26% |
| **Total** | | **2,077** | **57%** |

## HUD Point In Time Data

### Civil Minutes Data

**Oxnard Buenaventura Ventura County**

| Year | PIT Count | +/- | % Increase |
|---|---|---|---|
| 2017 | 1,152 | | |
| 2018 | 1,308 | 156 | 14% |
| 2019 | 1,669 | 361 | 28% |
| 2020 | 1,787 | 118 | 7% |
| 2021 | | | |
| 2022 | 2,248 | 2,248 | 26% |
| 2023 | 2,441 | 193 | 9% |
| Total | | 1,289 | 95% |

**Ventura**

| Year | PIT Count | +/- | % Increase |
|---|---|---|---|
| 2017 | | | |
| 2018 | | | |
| 2019 | 1,669 | | |
| 2020 | 1,787 | 118 | 7% |
| 2021 | | | |
| 2022 | 2,238 | 569 | 25% |
| 2023 | 2,441 | 203 | 9% |
| Total | | 772 | 46% |

**Sacramento City and County**

| Year | PIT Count | +/- | % Increase |
|---|---|---|---|
| 2017 | 3,665 | | |
| 2018 | 3,621 | -44 | -1% |
| 2019 | 5,561 | 1,940 | 54% |
| 2020 | 5,511 | -50 | -1% |
| 2021 | | | |
| 2022 | 9,278 | 9,278 | 68% |
| 2023 | 9,281 | 3 | 0% |
| Total | | 5,616 | 153% |

**Sacramento**

| Year | PIT Count | +/- | % Increase |
|---|---|---|---|
| 2017 | 3,665 | | |
| 2018 | | | |
| 2019 | 5,570 | 1,905 | 52% |
| 2020 | | | |
| 2021 | | | |
| 2022 | 9,278 | 3,708 | 67% |
| 2023 | | | |
| Total | | 5,613 | 153% |

**Oakland Berkely Alameda County**

| Year | PIT Count | +/- | % Increase |
|---|---|---|---|
| 2017 | 5,629 | | |
| 2018 | 5,496 | -133 | -2% |
| 2019 | 8,022 | 2,526 | 46% |
| 2020 | 8,137 | 115 | 1% |
| 2021 | | | |
| 2022 | 9,747 | 9,747 | 20% |
| 2023 | 9,789 | 42 | 0% |
| Total | | 4,160 | 73% |

**Oakland**

| Year | PIT Count | +/- | % Increase |
|---|---|---|---|
| 2017 | 2,761 | | |
| 2018 | | | |
| 2019 | 4,071 | 1,310 | 47% |
| 2020 | | | |
| 2021 | | | |
| 2022 | 5,055 | 984 | 24% |
| 2023 | | | |
| Total | | 2,294 | 83% |

4

**10 Year HUD Point In Time  Data Trends 2014 -2023**

**California**

| Year | CoC Award | % Chng $ | PIT Count | % Chng PIT | Chronic | % Chng Chr | Unsheltere | % Increase | MI | % Chng MI | SUD | % Chng SUI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | $307,573,759 | | 113,952 | | 31,078 | | 71,437 | | 32,215 | | 29,090 | |
| 2015 | $337,651,863 | 10% | 115,738 | 2% | 32,227 | 4% | 76,699 | 7% | 29,496 | 0% | 27,247 | -6% |
| 2016 | $353,937,202 | 5% | 118,142 | 2% | 31,548 | -2% | 78,390 | 2% | 31,248 | 7% | 27,078 | -1% |
| 2017 | $382,567,077 | 8% | 134,278 | 14% | 37,360 | 18% | 91,642 | 17% | 34,673 | 10% | 24,500 | -10% |
| 2018 | $415,290,908 | 9% | 129,972 | -3% | 34,332 | -8% | 86,543 | -6% | 32,168 | -7% | 22,475 | -8% |
| 2019 | $441,164,621 | 6% | 151,278 | 16% | 41,557 | 21% | 108,432 | 25% | 34,942 | 9% | 26,410 | 18% |
| 2020 | $491,195,402 | 11% | 161,548 | 7% | 51,785 | 25% | 113,660 | 5% | 37,599 | 8% | 35,821 | 36% |
| 2021 | $509,247,505 | 4% | - | | - | | - | | - | | - | |
| 2022 | $525,839,973 | 3% | 171,521 | 6% | 60,905 | | 115,491 | 2% | 39,721 | | 36,096 | |
| 2023 | | | 181,399 | 6% | 71,150 | | 123,423 | 7% | 45,222 | | 43,047 | |
| **Total** | **$2,421,807,073** | **56%** | | **59%** | | **96%** | | **73%** | | **23%** | | **24%** |

**Los Angeles, CA**

| Year | CoC Award | % Chng $ | PIT Count | % Chng PIT | Chronic | % Chng Chr | Unsheltere | % Increase | MI | % Chng MI | SUD | % Chng SUI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | $91,956,831 | | 34,393 | | 8,882 | | 22,590 | | 8,978 | | 7,947 | |
| 2015 | $100,267,671 | 9% | 41,174 | 20% | 14,173 | 60% | 28,948 | 28% | 10,872 | 58% | 8,721 | 10% |
| 2016 | $104,971,653 | 5% | 43,854 | 7% | 13,468 | -5% | 32,781 | 13% | 13,006 | 24% | 9,941 | 14% |
| 2017 | $109,398,295 | 4% | 52,442 | 20% | 16,576 | 23% | 41,216 | 26% | 14,914 | 11% | 8,797 | -12% |
| 2018 | $123,707,061 | 13% | 49,995 | -5% | 13,275 | -20% | 35,570 | -14% | 12,103 | -19% | 6,677 | -24% |
| 2019 | $133,955,902 | 8% | 56,257 | 13% | 15,538 | 17% | 42,471 | 19% | 12,869 | 6% | 7,264 | 9% |
| 2020 | $150,913,363 | 13% | 63,706 | 13% | 24,482 | 58% | 46,090 | 9% | 14,125 | 10% | 15,203 | 109% |
| 2021 | $155,356,351 | 3% | - | - | - | | - | | - | | - | |
| 2022 | $157,847,769 | 2% | 65,111 | 2% | 26,985 | 10% | 45,878 | 0% | 14,067 | 0% | 15,353 | 1% |
| 2023 | | | 71,320 | 10% | 31,991 | 19% | 52,307 | 14% | 15,868 | 13% | 19,077 | 24% |
| **Total** | **$723,213,945** | **51%** | | **107%** | | **260%** | | **132%** | | **57%** | | **83%** |

**Orange County, CA**

| Year | CoC Award | % Chng $ | PIT Count | % Chng PIT | Chronic | % Chng Chr | Unsheltere | % Increase | MI | % Chng MI | SUD | % Chng SUD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | $22,025,895 | | 4,452 | | 580 | | 2,201 | | 475 | | 458 | |
| 2016 | $22,354,847 | 1% | 4,319 | -3% | 716 | 23% | 2,201 | 0% | 493 | 51% | 407 | -11% |
| 2017 | $23,458,682 | 5% | 4,792 | 11% | 893 | 25% | 2,584 | 17% | 474 | -34% | 361 | -11% |
| 2018 | $24,073,151 | 3% | 4,955 | 3% | 1,066 | 19% | 2,584 | 0% | 600 | 27% | 483 | 34% |
| 2019 | $26,143,204 | 9% | 6,860 | 38% | 2,562 | 140% | 3,961 | 53% | 1,660 | 177% | 1,800 | 273% |
| 2020 | $28,994,963 | 11% | 6,978 | 2% | 2,810 | 10% | 3,961 | 0% | 1,532 | -8% | 1,745 | -3% |
| 2021 | $30,789,905 | 6% | - | - | - | | - | | - | | - | |
| 2022 | $31,453,663 | 2% | 5,718 | -18% | 2,463 | -12% | 3,057 | -23% | 1,445 | -6% | 1,633 | -6% |
| 2023 | | | 6,050 | 6% | 2,527 | 3% | 3,057 | 0% | 1,623 | 12% | 1,796 | 10% |
| **Total** | **$209,294,310** | **43%** | | **28%** | | **325%** | | **39%** | | **204%** | | **257%** |

**San Francisco, CA**

| Year | CoC Award | % Increase | PIT Count | % Increase | Chronic | % Chng Chr | Unshelterd | % Increase | MI | % Chng MI | SUD | % Chng SUD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | $25,648,425 | | 6,408 | | 2,321 | | 4,315 | | 2,543 | | 1943 | |
| 2015 | $30,968,697 | 21% | 6,775 | 6% | 1,629 | -30% | 4,358 | 1% | 1,001 | -36% | 2319 | 19% |
| 2016 | $32,166,774 | 4% | 6,996 | 3% | 1,932 | 19% | 4,358 | 0% | 1,408 | 93% | 2642 | 14% |
| 2017 | $41,476,960 | 29% | 6,858 | 1% | 2,138 | 11% | 4,353 | 0% | 4,749 | 146% | 2610 | -1% |
| 2018 | $44,537,520 | 7% | 6,857 | -2% | 1,757 | -18% | 4,353 | 0% | 4,836 | 2% | 2910 | 11% |
| 2019 | $47,849,533 | 7% | 8,035 | 17% | 3,030 | 72% | 5,180 | 19% | 2,368 | -51% | 2227 | -23% |
| 2020 | $52,839,360 | 10% | 8,124 | 18% | 2,837 | -6% | 5,180 | 0% | 1,867 | -21% | 1968 | -12% |
| 2021 | $51,403,408 | -3% | - | - | - | | - | | - | | - | |
| 2022 | $53,021,237 | 3% | 7,754 | -5% | 2,691 | -5% | 4,397 | -15% | 2,162 | 16% | 2051 | 4% |
| 2023 | | | 7,582 | -6% | 2,520 | -6% | 4,397 | 0% | 2,099 | -3% | 2017 | -2% |
| **Total** | **$249,838,844** | **107%** | | **21%** | | **16%** | | **2%** | | **87%** | | **-15%** |

**CA-601 San Diego City and County**

| Year | CoC Award | % Increase | PIT Count | % Increase | Chronic | % Increase | Unsheltere | % Increase | MI | % Increase | SUD | % Increase |
|------|-----------|-----------|-----------|-----------|---------|-----------|-----------|-----------|------|-----------|------|-----------|
| 2014 | $16,170,164 | | 8,506 | | 1,245 | | 3,985 | | 3,408 | | 1,980 | |
| 2015 | $17,859,969 | 10% | 8,742 | 3% | 1,689 | 36% | 4,156 | 4% | 1,550 | -55% | 1226 | -38% |
| 2016 | $18,229,194 | 2% | 8,669 | -1% | 1,417 | -16% | 4,940 | 19% | 1,504 | -3% | 1376 | 12% |
| 2017 | $20,035,551 | 10% | 9,160 | 6% | 2,176 | 54% | 5,621 | 14% | 662 | -56% | 726 | -47% |
| 2018 | $21,394,691 | 7% | 8,576 | -6% | 2,171 | 0% | 4,990 | -11% | 1,181 | 78% | 1044 | 44% |
| 2019 | $23,876,026 | 12% | 8,102 | -6% | 1,712 | -21% | 4,476 | -10% | 1,335 | 13% | 789 | -24% |
| 2020 | $28,814,796 | 21% | 7,638 | -6% | 1,519 | -11% | 3,971 | -11% | 1,063 | -20% | 870 | 10% |
| 2021 | $29,250,827 | 2% | - | | - | | - | | - | | - | |
| 2022 | $33,008,616 | 13% | 8,427 | 10% | 1,414 | -7% | 4,106 | 3% | 1,093 | 3% | 778 | -11% |
| 2023 | | | 10,264 | 22% | 3,516 | 149% | 5,171 | 26% | 2,344 | 114% | 1,758 | 126% |
| **Total** | **$130,210,227** | **104%** | | **21%** | | **182%** | | **30%** | | **-31%** | | **-11%** |

Riverside County

| Year | CoC Award | % Increase | PIT Count | % Increase | Chronic | % Chng Chi | Unsheltere | % Increase | MI | % Chng MI | SUD | % Chng SU |
|------|-----------|-----------|-----------|-----------|---------|-----------|-----------|-----------|------|-----------|------|-----------|
| 2014 | $9,857,934 | | 2,945 | | 1,093 | | 1,888 | | 587 | | 637 | |
| 2015 | $9,289,429 | -6% | 2,372 | -19% | 532 | -51% | 1,488 | -21% | 502 | -14% | 916 | 44% |
| 2016 | $9,912,027 | 7% | 2,165 | -9% | 378 | -29% | 1,351 | -9% | 484 | -4% | 780 | -15% |
| 2017 | $9,978,890 | 1% | 2,406 | 11% | 418 | 11% | 1,638 | 21% | 483 | 0% | 754 | -3% |
| 2018 | $10,106,803 | 1% | 2,316 | -4% | 387 | -7% | 1,685 | 3% | 467 | -3% | 700 | -7% |
| 2019 | $10,281,317 | 2% | 2,811 | 21% | 804 | 108% | 2,045 | 21% | 515 | 10% | 557 | -20% |
| 2020 | $11,110,969 | 8% | 2,884 | 3% | 1,007 | 25% | 2,155 | 5% | 811 | 57% | 833 | 50% |
| 2021 | $13,763,437 | 24% | - | | - | | - | | - | | - | |
| 2022 | $14,224,792 | 3% | 3,316 | -58% | 816 | -19% | 1,980 | -8% | 477 | -41% | 473 | -43% |
| 2023 | | | 3,725 | 12% | 921 | 13% | 2,441 | 23% | 503 | 5% | 580 | 23% |
| **Total** | **$49,568,466** | **44%** | | **26%** | | **-16%** | | **29%** | | **-14%** | | **-9%** |

San Bernadino

| Year | CoC Award | % Increase | PIT Count | % Increase | Chronic | % Chng Chr | Unsheltere | % Increase | MI | % Chng MI | SUD | % Chng SU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | $6,962,571 | | 2,315 | | 551 | | 1,247 | | 305 | | 292 | |
| 2015 | $9,366,053 | 35% | 2,149 | -7% | 564 | 2% | 1,311 | 5% | 361 | 18% | 362 | 24% |
| 2016 | $10,339,584 | 10% | 1,887 | -12% | 405 | -28% | 1,191 | -9% | 294 | -19% | 348 | -4% |
| 2017 | $10,415,784 | 1% | 1,866 | -1% | 441 | 9% | 1,179 | -1% | 307 | 4% | 364 | 5% |
| 2018 | $10,141,456 | -3% | 2,118 | 14% | 423 | -4% | 1,443 | 22% | 288 | -6% | 379 | 4% |
| 2019 | $10,622,832 | 5% | 2,608 | 23% | 767 | 81% | 1,920 | 33% | 437 | 52% | 447 | 18% |
| 2020 | $11,662,078 | 10% | 3,125 | 20% | 760 | -1% | 2,390 | 24% | 528 | 21% | 535 | 20% |
| 2021 | $14,825,115 | 27% | 905 | -71% | - | | - | | - | | - | |
| 2022 | $14,808,627 | 0% | 3,333 | 268% | 1,115 | 47% | 2,389 | 0% | 839 | 59% | 473 | -12% |
| 2023 | | | 4,195 | 26% | 1,437 | 29% | 2,976 | 25% | 820 | -2% | 948 | 100% |
| **Total** | **$50,885,709** | **113%** | | **81%** | | **161%** | | **139%** | | **169%** | | **225%** |

Ventura

| Year | CoC Award | % Increase | PIT Count | % Increase | Chronic | % Chng Chr | Unsheltere | % Increase | MI | % Chng MI | SUD | % Chng SU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | $1,896,944 | | 1,428 | | 440 | | 910 | | 314 | | 300 | |
| 2015 | $1,970,367 | 4% | 1,417 | -1% | 523 | 19% | 957 | 5% | 261 | -17% | 313 | 4% |
| 2016 | $2,174,740 | 10% | 1,271 | -10% | 303 | -42% | 777 | -19% | 201 | -23% | 205 | -35% |
| 2017 | $2,291,894 | 5% | 1,152 | -9% | 385 | 27% | 664 | -15% | 183 | -9% | 186 | -9% |
| 2018 | $2,290,478 | 0% | 1,308 | 14% | 387 | 1% | 830 | 25% | 314 | 72% | 277 | 49% |
| 2019 | $2,258,458 | -1% | 1,669 | 28% | 324 | -16% | 1,258 | 52% | 407 | 30% | 308 | 11% |
| 2020 | $2,504,049 | 11% | 1,787 | 7% | 429 | 32% | 1,265 | 1% | 371 | -9% | 557 | 81% |
| 2021 | $3,435,065 | 37% | - | | - | | - | | - | | - | |
| 2022 | $3,434,832 | 0% | 2,248 | 26% | 628 | 46% | 1,356 | 7% | 555 | 50% | 613 | 10% |
| 2023 | | | 2,441 | 9% | 1,112 | 77% | 1,633 | 20% | 490 | -12% | 692 | 13% |
| **Total** | **$10,985,937** | **81%** | | **71%** | | **153%** | | **79%** | | **56%** | | **131%** |

**Sacramento**

| Year | CoC Award | % Increase | PIT Count | % Increase | Chronic | % Chng Chr | Unsheltere | % Increase | MI | % Chng MI | SUD | % Chng SU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | $18,719,062 | | 2,449 | | 422 | | 786 | | 713 | | 927 | |
| 2015 | $19,138,664 | 2% | 2,659 | 9% | 502 | 19% | 948 | 21% | 581 | -19% | 553 | -40% |
| 2016 | $19,511,838 | 2% | 2,500 | -6% | 540 | 8% | 948 | 0% | 410 | -29% | 253 | -54% |
| 2017 | $20,180,083 | 3% | 3,665 | 47% | 1,126 | 109% | 2,052 | 116% | 1,092 | 166% | 629 | 149% |
| 2018 | $20,915,190 | 4% | 3,621 | -1% | 1,192 | 6% | 2,052 | 0% | 1,062 | -3% | 550 | -13% |
| 2019 | $23,349,292 | 12% | 5,561 | 54% | 1,641 | 38% | 3,900 | 90% | 1,051 | -1% | 518 | -6% |
| 2020 | $27,063,723 | 16% | 5,511 | -1% | 1,727 | 5% | 3,900 | 0% | 1,008 | -4% | 499 | -4% |
| 2021 | $29,713,497 | 10% | - | | - | | - | | - | | - | |
| 2022 | $30,512,102 | 3% | 9,278 | 68% | 4,314 | 150% | 6,664 | 71% | 2,716 | 169% | 1,281 | 157% |
| 2023 | | | 9,281 | 0% | 4,341 | 1% | 6,664 | 0% | 2,784 | 3% | 1,317 | 3% |
| **Total** | **$103,095,067** | **63%** | | **279%** | | **929%** | | **748%** | | **290%** | | **42%** |

**Oakland**

| Year | CoC Award | % Increase | PIT Count | % Increase | Chronic | % Chng Chr | Unsheltere | % Increase | MI | % Chng MI | SUD | % Chng SU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | $27,195,702 | | 4,272 | | 1,094 | | 2,337 | | 1,193 | | 1,313 | |
| 2015 | $28,980,863 | 7% | 4,040 | -5% | 750 | -31% | 2,397 | 3% | 714 | -40% | 415 | -68% |
| 2016 | $33,998,867 | 17% | 4,145 | 3% | 753 | 0% | 2,397 | 0% | 817 | 14% | 455 | 10% |
| 2017 | $35,327,971 | 4% | 5,629 | 36% | 1,707 | 127% | 3,863 | 61% | 1,622 | 99% | 945 | 108% |
| 2018 | $37,648,221 | 7% | 5,496 | -2% | 1,742 | 2% | 3,863 | 0% | 1,499 | -8% | 862 | -9% |
| 2019 | $36,369,614 | -3% | 8,022 | 46% | 2,236 | 28% | 6,312 | 63% | 2,590 | 73% | 1,897 | 120% |
| 2020 | $39,150,229 | 8% | 8,137 | 1% | 2,437 | 9% | 6,312 | 0% | 2,648 | 2% | 1,943 | 2% |
| 2021 | $40,087,543 | 2% | - | | - | | - | | - | | - | |
| 2022 | $42,269,362 | 5% | 9,747 | 20% | 2,728 | 12% | 7,135 | 13% | 2,348 | -11% | 1,251 | -36% |
| 2023 | | | 9,789 | 0% | 2,805 | 3% | 7,135 | 0% | 2,393 | 2% | 1,417 | 13% |
| **Total** | **$172,325,536** | **55%** | | **129%** | | **156%** | | **205%** | | **101%** | | **8%** |