# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES                              Date: April 1, 2024

Title: LA ALLIANCE FOR HUMAN RIGHTS, et al., v. CITY OF LOS ANGELES, et al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   REQUEST FOR COUNCIL DISTRICT AND CITY BREAKDOWN OF MENTAL HEALTH BEDS**

The Court is in receipt of the County's Supplemental Status Report (Dkt. 689), which includes a chart entitled "Mental Health/Substance Use Disorder Beds Quarterly Report (For the Period Ending December 31, 2023)." Ex. C to Supplemental Status Report (Dkt. 689-1). The Court requests that the County provide a breakdown of these beds that identifies their location by Los Angeles City Council district and councilmember, or city within the county, by Wednesday, April 3 at 12 p.m.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                      Initials of Deputy Clerk: kdu

CIVIL-GEN