DAWYN R. HARRISON (State Bar No. 173855)
*County Counsel*
KATHERINE M. BOWSER (State Bar No. 230626)
*Assistant County Counsel*
ANA WAI-KWAN LAI (State Bar No. 257931)
*Senior Deputy County Counsel*
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 648
Los Angeles, California 90012
Telephone: (213) 974-1830
Facsimile: (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>       Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**DEFENDANT COUNTY OF LOS ANGELES' RESPONSE TO COURT'S REQUEST FOR BREAKDOWN OF MENTAL HEALTH BEDS [DKT. 705]**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

669386.2

On April 1, 2024, the Court requested that the County of Los Angeles (the "County") "provide a breakdown" of the new mental health/substance use disorder ("SUD") beds reported in Exhibit C of the County's Supplemental Status Report[1] (Dkt. 689) ("Report") "that identifies their location by Los Angeles City Council district and councilmember, or city within the county." (Dkt. 705.)

In response to the Court's Request, appended hereto as Exhibit 1 is the chart from Exhibit C of the Report with an additional column identifying the city in which each reported facility is located. For those facilities under the jurisdiction of the City of Los Angeles ("City"), Exhibit 1 identifies the Council District and elected Councilmember. Nearly half (458) of the 921 new mental health/SUD beds are in the City.

Eligibility criteria and clinical decisions dictate placement in these beds, not geography, city, or City District residency. This means that residents are not limited to accessing beds in their city or District, which may not match their need. Such geographic restriction would significantly undermine efficiency in the homeless services system, and would do a disservice to clients and the broader community. For example, the County's supply of mental health beds include acute psychiatric beds that are, by design, intended for short-term stays. Once a client is stabilized, they are moved to a different bed class so that another eligible individual can be placed. As indicated in the Report, the County is diligently expanding the pool of available mental health/SUD beds across the continuum of care in order to create flow across all levels of need. In addition, these beds and the County services attached thereto are reported to and audited by the State of California, and it would violate the governing regulations to restrict these licensed beds to particular populations.

---

[1] The County's First Status Report pursuant to the settlement agreement (Dkt. 662) contained an identical chart of new mental health and SUD beds.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

669386.2

2

Pursuant to Section D(9) of the County's Settlement Agreement, the County files quarterly reports on, *inter alia*, "[t]he number of [Mental Health/SUD] beds that have been developed (or status thereon) under this agreement, what said beds are being used for, and the basis for determining greatest need."  The Report therefore identified in Exhibit C only shows mental health and SUD beds that the County had brought online between July 1, 2022 and December 31, 2023, and does not include all the mental health/SUD beds in the County as of December 31, 2023. Nor does the Report or the Exhibits hereto encompass the entire spectrum of beds within a particular City or Council District.

DATED:  April 3, 2024                      MILLER BARONDESS, LLP

By: _____

MIRA HASHMALL
Attorneys for Defendant
COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

669386.2

3

COUNTY OF LOS ANGELES' RESPONSE TO COURT'S REQUEST
FOR BREAKDOWN OF MENTAL HEALTH BEDS [DKT. 705]

# EXHIBIT 1

**Mental Health/Substance Use Disorder Beds**

| PROGRAM/FACILITY/PROJECT NAME | AVAILABLE BEDS | DATE AVAILABLE | CITY OR COUNCIL DISTRICT ("CD") |
|---|---|---|---|
| SIERRA VISTA | 4 | 7/1/2022 | HIGHLAND |
| CALIFORNIA PSYCHIATRIC TRANSITIONS | 10 | 7/1/2022 | MERCED |
| STONEY POINT MEDICAL SNF | 35 | 7/1/2022 | CD 12 - Lee |
| TELECARE RANCHO CITRUS HOUSE | 16 | 10/3/2022 | DOWNEY |
| LAS ENCINAS | 10 | 12/1/2022 | PASADENA |
| LACADA SAFE HAVEN | 16 | 12/1/2022 | SANTA FE SPRINGS |
| FLORENCE HOUSE | 16 | 12/1/2022 | LOS ANGELES |
| TELECARE LA GENERAL MAGNOLIA HOUSE | 16 | 12/12/2022 | CD 14 - de León |
| TELECARE OLIVE HOUSE | 16 | 12/12/2022 | CD 7 - Rodriguez |
| CENTRAL STAR RANCHO LOS AMIGOS | 16 | 2/6/2023 | DOWNEY |
| VALLEY STAR MLK BHC CRT | 16 | 3/22/2023 | LOS ANGELES |
| CENTRAL STAR OLIVE VIEW UCLA | 16 | 5/17/2023 | CD 7 - Rodriguez |
| VALLEY STAR RANCHO LOS AMIGOS | 16 | 6/14/2023 | DOWNEY |
| LAS ENCINAS | 15 | 7/1/2023 | PASADENA |
| MISSION COMMUNITY HOSPITAL | 20 | 7/1/2023 | CD 6 - Padilla |
| PACIFICA HOSPITAL OF THE VALLEY | 10 | 7/1/2023 | CD 6 - Padilla |
| GENERATIONS | 10 | 7/1/2023 | ATWATER / FRESNO |
| JOURNEY TO NEW HORIZONS | 40 | 7/8/2023 | CD 8 - Harris-Dawson |
| PACIFICA HOSPITAL OF THE VALLEY URGENT CARE CLINIC | 8 | 8/1/2023 | CD 7 - Rodriguez |
| COAST PLAZA HOSPITAL | 37 | 8/7/2023 | NORWALK |
| THE MARK TWAIN | 56 | 9/1/2023 | CD 13 - Soto-Martínez |
| PINE LODGE | 15 | 9/18/2023 | CD 10 - Hutt |
| DEL AMO HOSPITAL | 18 | 10/11/2023 | TORRANCE |
| CENTRAL STAR LA GENERAL | 16 | 10/30/2023 | CD 14 - de León |
| NEW: HOLLYWOOD WALK OF FAME HOTEL | 20 | 11/20/2023 | CD 13 - Soto-Martínez |
| CASA DE LAS AMIGAS | 5 | 7/1/2022 | PASADENA |
| BEACON HOUSE ASSOCIATION OF SAN PEDRO (THE) | 15 | 7/13/2022 | CD 15 - McOsker |
| BEACON HOUSE ASSOCIATION OF SAN PEDRO (THE) | 12 | 7/13/2022 | CD 15 - McOsker |
| BEACON HOUSE ASSOCIATION OF SAN PEDRO (THE) | 14 | 7/13/2022 | CD 15 - McOsker |
| BEIT T'SHUVAH | 10 | 7/13/2022 | CD 10 - Hutt |
| CRI-HELP, INC. | 14 | 7/13/2022 | CD 2 - Krekorian |
| DIVINE HEALTHCARE SERVICES, INC. | 5 | 7/13/2022 | SIGNAL HILLS |
| DIVINE HEALTHCARE SERVICES, INC. | 4 | 7/13/2022 | SIGNAL HILLS |
| EXODUS RECOVERY INC. | 8 | 7/13/2022 | CD 7 - Rodriguez |
| FRED BROWN'S RECOVERY SERVICES, INC. | 6 | 7/13/2022 | CD 15 - McOsker |
| GRANDVIEW FOUNDATION, INC. | 4 | 7/13/2022 | PASADENA |
| GRANDVIEW FOUNDATION, INC. | 6 | 7/13/2022 | PASADENA |
| HEALTHRIGHT 360 | 24 | 7/13/2022 | POMONA |
| HOUSE OF HOPE FOUNDATION, INC. | 2 | 7/13/2022 | CD 15 - McOsker |
| HOUSE OF HOPE FOUNDATION, INC. | 6 | 7/13/2022 | CD 15 - McOsker |
| HOUSE OF HOPE FOUNDATION, INC. | 4 | 7/13/2022 | CD 15 - McOsker |
| LOS ANGELES CENTERS FOR ALCOHOL AND DRUG ABUSE | 20 | 7/13/2022 | WHITTIER |
| LOS ANGELES CENTERS FOR ALCOHOL AND DRUG ABUSE | 20 | 7/13/2022 | WHITTIER |
| SAFE REFUGE (ORIGINAL NAME: SUBSTANCE ABUSE FOUNDATION OF LONG BEACH, INC.) | 10 | 7/13/2022 | LONG BEACH |
| SAFE REFUGE (ORIGINAL NAME: SUBSTANCE ABUSE FOUNDATION OF LONG BEACH, INC.) | 6 | 7/13/2022 | LONG BEACH |
| SAFE REFUGE (ORIGINAL NAME: SUBSTANCE ABUSE FOUNDATION OF LONG BEACH, INC.) | 2 | 7/13/2022 | LONG BEACH |
| SAFE REFUGE (ORIGINAL NAME: SUBSTANCE ABUSE FOUNDATION OF LONG BEACH, INC.) | 2 | 7/13/2022 | LONG BEACH |
| SOCIAL MODEL RECOVERY SYSTEMS, INC. | 1 | 7/13/2022 | COVINA |
| SOCIAL MODEL RECOVERY SYSTEMS, INC. | 1 | 7/13/2022 | CD 14 - de León |
| SOCIAL MODEL RECOVERY SYSTEMS, INC. | 1 | 7/13/2022 | EL MONTE |
| TARZANA TREATMENT CENTERS, INC. | 6 | 7/13/2022 | CD 12 - Lee |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 | LANCASTER |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 | CD 4 - Raman |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 | CD 3 - Blumenfield |
| TARZANA TREATMENT CENTERS, INC. | 6 | 7/13/2022 | CD 3 - Blumenfield |

| PROGRAM/FACILITY/PROJECT NAME | AVAILABLE BEDS | DATE AVAILABLE | CITY OR COUNCIL DISTRICT ("CD") |
|---|---|---|---|
| TARZANA TREATMENT CENTERS, INC. | 2 | 7/13/2022 | CD 12 - LEE |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 | PALMDALE |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 | LANCASTER |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 | LANCASTER |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 | LANCASTER |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 | CD 4 - Raman |
| TARZANA TREATMENT CENTERS, INC. | 1 | 7/13/2022 | CD 3 - Blumenfield |
| FRED BROWN'S RECOVERY SERVICES, INC. | 1 | 7/14/2022 | CD 15 - McOsker |
| FRED BROWN'S RECOVERY SERVICES, INC. | 9 | 7/15/2022 | LOS ANGELES |
| FRED BROWN'S RECOVERY SERVICES, INC. | 1 | 7/16/2022 | TORRANCE |
| FRED BROWN'S RECOVERY SERVICES, INC. | 5 | 7/17/2022 | CD 15 - McOsker |
| FRED BROWN'S RECOVERY SERVICES, INC. | 1 | 7/18/2022 | CD 15 - McOsker |
| FRED BROWN'S RECOVERY SERVICES, INC. | 1 | 7/19/2022 | CD 15 - McOsker |
| LAKE HUGHES RECOVERY | 100 | 8/17/2022 | LEBEC |
| SOUTHERN CALIFORNIA ALCOHOL AND DRUG PROGRAMS, INC. | 6 | 11/15/2022 | DOWNEY |
| SADLER HEALTHCARE, INC. | 5 | 12/1/2022 | CD 10 - Hutt |
| SADLER HEALTHCARE, INC. | 15 | 12/1/2022 | CD 1 - Hernandez |
| FRED BROWN'S RECOVERY SERVICES, INC. | 1 | 4/11/2023 | CD 15 - McOsker |
| FRED BROWN'S RECOVERY SERVICES, INC. | 1 | 4/11/2023 | CD 15 - McOsker |
| JWCH INSTITUTE, INC. | 10 | 7/1/2023 | CD 7 - Rodriguez |
| JWCH INSTITUTE, INC. | 12 | 7/1/2023 | CD 9 - Price |
| LOS ANGELES CENTERS FOR ALCOHOL AND DRUG ABUSE | 2 | 7/1/2023 | PASADENA |
| LOS ANGELES CENTERS FOR ALCOHOL AND DRUG ABUSE | 6 | 7/1/2023 | LOS ANGELES |
| CLARE FOUNDATION, INC. | 5 | 7/25/2023 | SANTA MONICA |
| FRED BROWN'S RECOVERY SERVICES, INC. | 6 | 11/29/2023 | CD 15 - McOsker |
| VOLUNTEERS OF AMERICA OF LOS ANGELES | 12 | 11/29/2023 | CD 9 - Price |
| DIVINE HEALTHCARE SERVICES, INC. | 12 | 11/29/2023 | LONG BEACH |
| FRED BROWN'S RECOVERY SERVICES, INC. | 10 | 11/29/2023 | CD 15 - McOsker |
| TARZANA TREATMENT CENTERS, INC. | 7 | 11/29/2023 | LANCASTER |
|  | **921** |  |  |