STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
(for filings only)
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys for Proposed Intervenor

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| LA ALLIANCE FOR HUMAN RIGHTS, Plaintiff, v. CITY OF LOS ANGELES, *et al.*, Defendants. | No. 2:20-CV-02291-DOC(KESx) **STATEMENT OF STEPHEN YAGMAN** Judge David O. Carter |
| --- | --- |

Because of my confusion over this court's calendars for hearings today and tomorrow, I am unable to get to court on time today and am unable to come to court tomorrow, because I have a doctor's appointment in West Los Angeles at 2:00 p.m., that will take at least two hours (because of neurological testing). Had I come to court, I would have stated only the following:

1. Happy belated birthday wishes;

2. There is no need for any sanction/attorneys' fees to come from monies dedicated to homeless services, as appeared to be assumed by all, and the monies should come from the City's general fund. Every year, in the last City Council session of the fiscal year, the Council votes to transfer about $250-$300 million in

1

surplus funds from the Los Angeles Dep't of Water and Power to the City's general fund (because the California Constitution prohibits municipal utilities from making any profit), so that attorneys' fees/sanctions can be funded from that; and,

3. At the last hearing, when I suggested that the $6.4 requested be doubled, the court asked me what authority there was for that, and I responded that the authorities were cited in the moving papers. I now have a better response: *Perdue v. Kenny A.*, 559 U.S. 542 (2010), that provides for a multiplier of attorneys' fees based on "superior performance" of a plaintiff's counsel, and here, obviously, there was "superior performance," so that a multiplier of at least 1.5 to 2.0 would be appropriate, and the 1.5 multiplier would get the award up to $10 million, which would get the attention of the public and the City officials involved, and be a good headline to accomplish that.

**YAGMAN + REICHMANN, LLP**

By: _____
**STEPHEN YAGMAN**

2