## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No: LA CV 20-02291-DOC-(KESx)                    Date: April 4, 2024

Title:   LA ALLIANCE FOR HUMAN RIGHTS, et al. v. CITY OF LOS ANGELES, et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFF:**
Elizabeth Mitchell
Matthew Umhofer

**ATTORNEYS PRESENT FOR DEFENDANT:**
Mira Hashmall
Scott Marcus
Shayla Myers, Intervenor

PROCEEDINGS:   **MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND FOR SANCTIONS [668]**

**STATUS CONFERENCE RE DEFENDANT COUNTY OF LOS ANGELES' PROGRESS IN COMPLYING WITH THEIR OBLIGATIONS UNDER THE SETTLEMENT AGREEMENT**   *(Los Angeles First Street)*

The case is called. The Court and counsel confer.

 The motion hearing is continued to April 5, 2024 at 2:00 PM.

The Court hears presentations from proposed auditors.

The status conference is continued to April 8, 2024 at 4:00 PM.

The Court orders the transcript of the hearing held April 4, 2024, be immediately produced at the government's expense and billed at the daily rate. The  transcript  shall  be  prepared forthwith and filed on the docket with immediate release to the public.
The transcript will also be available to download on the Court's Cases of Interest webp age, located here: http://www.cacd.uscourts.gov/newsworthy/cases-of-interest.

CC:      CourtRecording_CACD@cacd.uscourts.gov
         Transcripts_CACD@cacd.uscourts.gov
         Reporter_CACD@cacd.uscourts.gov

3:11          2:01

Initials of Deputy Clerk: kdu