UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No: LA CV 20-02291-DOC-(KESx)                               Date: April 5, 2024

Title: LA ALLIANCE FOR HUMAN RIGHTS, et al. v. CITY OF LOS ANGELES, et al.

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFF:** | **ATTORNEYS PRESENT FOR DEFENDANT:** |
|---|---|
| Matthew Umhofer | Scott Marcus |
| | Shayla Myers, Intervenor |

**PROCEEDINGS:** **MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND FOR SANCTIONS [668]**
*(Los Angeles First Street)*

The case is called. The Court and counsel confer.

The motion hearing is continued to April 8, 2024 at 4:00 PM.

The Court orders the transcript of the hearing held April 5, 2024, be immediately produced at the government's expense and billed at the daily rate. The transcript shall be prepared forthwith and filed on the docket with immediate release to the public.

The transcript will also be available to download on the Court's Cases of Interest webpage, located here: http://www.cacd.uscourts.gov/newsworthy/cases-of-interest.

CC: CourtRecording_CACD@cacd.uscourts.gov
Transcripts_CACD@cacd.uscourts.gov
Reporter_CACD@cacd.uscourts.gov

0:13

Initials of Deputy Clerk: kdu