**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: LA CV 20-02291-DOC-(KESx)                    Date: April 8, 2024

Title:   LA ALLIANCE FOR HUMAN RIGHTS, et al. v. CITY OF LOS ANGELES, et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFF:** | **ATTORNEYS PRESENT FOR DEFENDANT:** |
|---|---|
| Elizabeth Mitchelle | Scott Marcus |
| | Mira Hashmall |
| | Shayla Myers, Intervenor |

PROCEEDINGS:          **MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND FOR SANCTIONS [668]**

**STATUS CONFERENCE RE MOU**
*(Los Angeles First Street)*

The case is called. The Court and counsel confer.

The firm of Alvarez and Marsal are selected by the Court to conduct the audit.

The Court approves the parties' stipulation re motion for Order for Settlement Agreement Compliance and for Sanctions [668].

The Court orders the transcript of the hearing held April 8, 2024, be immediately produced at the government's expense and billed at the daily rate. The transcript shall be prepared forthwith and filed on the docket with immediate release to the public.

The transcript will also be available to download on the Court's Cases of Interest webp age, located here: http://www.cacd.uscourts.gov/newsworthy/cases-of-interest.

CC:      CourtRecording_CACD@cacd.uscourts.gov
Transcripts_CACD@cacd.uscourts.gov
Reporter_CACD@cacd.uscourts.gov

0:13          0:10

Initials of Deputy Clerk: kdu