UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
(WESTERN DIVISION - LOS ANGELES)

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, ET AL., ) | CASE NO: 2:20-CV-02291-DOC-KESx |
| ) | CIVIL |
| Plaintiffs, ) | |
| ) | Los Angeles, California |
| vs. ) | |
| ) | Thursday, April 11, 2024 |
| CITY OF LOS ANGELES, ET AL., ) | |
| ) | (2:33 p.m. to 2:38 p.m.) |
| Defendants. ) | |

STATUS CONFERENCE RE MOU BETWEEN THE PARTIES

BEFORE THE HONORABLE DAVID O. CARTER,
UNITED STATES DISTRICT JUDGE

APPEARANCES:                    SEE PAGE 2


Court Reporter:             Recorded; CourtSmart


Courtroom Deputy:           Karlen Dubon


Transcribed by:             Exceptional Reporting Services, Inc.
                            P.O. Box 8365
                            Corpus Christi, TX 78468
                            361 949-2988


Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

2

**APPEARANCES**:

For Defendants:              SCOTT D. MARCUS, ESQ.
                             Los Angeles City Attorney's Office
                             200 N. Main St.
                             7th Floor, Room 675
                             Los Angeles, CA 90012
                             213-978-7558

                             JENNIFER M. HASHMALL, ESQ.
                             Miller Barondess
                             2121 Avenue of the Stars
                             Suite 2600
                             Los Angeles, CA 90067

For Intervenor:              SHAYLA R. MYERS, ESQ.
                             Legal Aid Foundation of LA
                             7000 S. Broadway
                             Los Angeles, CA 90003
                             213-640-3983

Also present:                SPECIAL MASTER MICHELE MARTINEZ

**Los Angeles, California; Thursday, April 11, 2024; 2:33 p.m.**

**(Call to Order)**

THE COURT:  All right.  If you'd be seated.  Thank you for your courtesy.

We're on the record in the LA Alliance matter.  And, Counsel, if you'd make your appearances today.

MS. HASHMALL:  Good afternoon, Mira Hashmall for the County of Los Angeles.

THE COURT:  Good afternoon.

MR. MARCUS:  Scott Marcus for the City of Los Angeles.

MS. MYERS:  Good afternoon, Shayla Myers for the Intervenors.

THE COURT:  And we call -- we received a call -- the Special Master did -- from Ms. Mitchell.  She's got a family issue that's kind of an emergency.  We didn't think it was necessary that she was here today and so she's available by phone if needed but I think we can resolve this without her presence.

So, Counsel, let me turn this over to each of you for your input.

MS. HASHMALL:  Thank you, Your Honor.  Mira Hashmall for the County of Los Angeles.  The principals have been working tirelessly to try and reach agreement on a City/County MOU.

**4**

THE COURT:  Okay.

MS. HASHMALL:  And my understanding is that they are preparing to go to both Board and City Council on Tuesday, April 16th with their presentations regarding those discussions.  I'm requesting respectfully that the Court give the lawyers some time to do work assuming those meetings go well with those governing bodies and give us an opportunity to come back after we've done the documentation and dotted all the I's and crossed the T's.

THE COURT:  Okay.  What date are you suggesting? What date would you like to be back?

MS. HASHMALL:  Your Honor, May 2nd.

THE COURT:  May 2nd.

MS. HASHMALL:  I understand the Court will be here for other proceedings and --

THE COURT:  Right.

MS. HASHMALL:  -- I think by then we will be prepared.

THE COURT:  What time is convenient for you folks?

MS. HASHMALL:  Early afternoon, I think, is what we thought on the 2nd if that's amenable.

THE COURT:  1:00 o'clock?  2:00 o'clock?

MS. HASHMALL:  Yes, Your Honor, either one.  2:00 o'clock.

THE COURT:  2:00 o'clock.  May 2nd, 2:00 o'clock.

**5**

All right.  And is the attestation acceptable in terms of me filing that with the court now, that she already signed off on?

        **MS. HASHMALL:**  Yes.  This is the plan of action?

        **THE COURT:**  Yeah.  No, it's the -- to make sure that there's no double counting.

        **MS. HASHMALL:**  Oh, I'm sorry.  You're talking about the declaration.

        **THE COURT:**  Yeah.

        **MS. HASHMALL:**  Yes.

        **THE COURT:**  Shayla, are you comfortable with that on behalf of the Board?

        **MS. MYERS:**  Yes.

        **THE COURT:**  I'm going to order it filed then and it will be received by the court.

        The third thing is, I'd like also to make certain that eventually the websites are user-friendly.  I've got some input but it's too early right now.  We need to shape that and get the public's input and your input to work on that.  And I think further, if I may say that we can resolve that within 30 days with whatever input we need and just shaping out that website.

        **MS. HASHMALL:**  Your Honor, I'm happy to report that we've actually made significant progress on the website since the last time --

        **THE COURT:**  Yes, you put some stuff up today, in

**6**

fact.

MS. HASHMALL:  Yes.  And I think that the redesign of the -- from the original prototype is very user-friendly.

THE COURT:  Yeah.

MS. HASHMALL:  I'm prepared to walk the Court through that --

THE COURT:  No --

MS. HASHMALL:  -- or we can adjourn and do that on the 2nd.

THE COURT:  Yeah, do it on -- we can walk through it. We've already been up on the website.  As soon as you posted it, we knew it within minutes.  Okay.

MS. HASHMALL:  That's wonderful.

THE COURT:  So let's leave that to -- eventually I'd like to get whatever public feedback from the Row, the public, interested parties and it's just -- we're shaping that website now.

Second, I'd actually like to get the Pressable because of the disseminator.  So if they have input about how that's user friendly to them, then some of those folks, if they're in court, ought to be able to give that but not now. It's too early.

I don't have anything further.

Scott, let me turn it over to you.

MR. MARCUS:  Nothing further, Your Honor.

**THE COURT:** Mira, anything further?

**MS. HASHMALL:** No, Your Honor.

**THE COURT:** Shayla?

**MS. MYERS:** No, Your Honor.

**THE COURT:** Michelle?

**MS. MARTINEZ:** No, Your Honor.

**THE COURT:** Any of you folks in the audience?

Okay. Now, then I'll see you apparently on May 2nd at 2:00 o'clock. If there's an issue, just bring it to my attention through Michele immediately so there are no surprises. We'll be out with the auditors. I don't want to tell you the time and location but you can probably figure it out very quickly anyway.

And beyond that, I wish you all of you the very best and thank you for working so hard. I want to pay you that compliment. I know you're working hard on this. So have a good day.

**MS. HASHMALL:** Thank you, Your Honor.

**(This proceeding adjourned at 2:38 p.m.)**

8

## CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____

Signed

<u>April 11, 2024</u>

Dated

*TONI HUDSON, TRANSCRIBER*