**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: LA CV 20-02291-DOC-(KESx)                    Date: April 11, 2024

Title:   LA ALLIANCE FOR HUMAN RIGHTS, et al. v. CITY OF LOS ANGELES, et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Daniel Tamayo for Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFF:**
None Present

**ATTORNEYS PRESENT FOR DEFENDANT:**
Scott Marcus
Mira Hashmall
Shayla Myers, Intervenor

**PROCEEDINGS:**          **STATUS CONFERENCE RE MOU**
*(held at Los Angeles First Street)*

The case is called. The Court and counsel confer.

The hearing is continued to May 2, 2024 at 2:00 PM.

The Court ORDERS the parties to file Declaration of Cheri Todoroff.

The Court orders the transcript of the hearing held April 11, 2024, be immediately produced at the government's expense and billed at the daily rate. The transcript shall be prepared forthwith and filed on the docket with immediate release to the public.

The transcript will also be available to download on the Court's Cases of Interest webp age, located here: http://www.cacd.uscourts.gov/newsworthy/cases-of-interest.

CC:    CourtRecording_CACD@cacd.uscourts.gov
       Transcripts_CACD@cacd.uscourts.gov
       Reporter_CACD@cacd.uscourts.gov

0:05
_____    _____
Initials of Deputy Clerk: kdu