# EXHIBIT B

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Alliance Settlement Agreement**<br>**Quarterly Report**<br>**Quarter Ending March 31, 2024**<br>**Encampment Resolution Data (1)** | | | | | | | | | | | | | | | |
| **Time Period** | **CD 1** | **CD 2** | **CD 3** | **CD 4** | **CD 5** | **CD 6** | **CD 7** | **CD 8** | **CD 9** | **CD 10** | **CD 11** | **CD 12** | **CD 13** | **CD 14** | **CD 15** | **Total** |
| Fiscal Year (FY) 2023-24 Quarter 3 (Q3) (January 1 - March 31, 2024) | 125 | 250 | 85 | 34 | 70 | 159 | 160 | 61 | 185 | 66 | 178 | 144 | 115 | 447 | 58 | 2,137 |

**(1)** Data represents tents, makeshift shelters, and vehicles removed from the public right-of-way.