# EXHIBIT C

**REPORT** FROM

# OFFICE OF THE CITY ADMINISTRATIVE OFFICER

Date:        February 2, 2024

CAO File No. 0220-05151-0512
Council File No. 20-0841, 20-1524,
            20-1524-S1
Council District:   4,6,9,12,13

To:          The City Council

From:        Matthew W. Szabo, City Administrative Officer

Reference:   COVID-19 Homelessness Roadmap

Subject:     **TWENTY SECOND REPORT: COVID-19 HOMELESSNESS ROADMAP FUNDING RECOMMENDATIONS**

## SUMMARY

On September 9, 2020, the City Council approved funding for the initial projects under the COVID-19 Homelessness Roadmap (Roadmap) and directed this office to submit future funding recommendations through reports. This is the twenty-second such report.

First, this report provides exemption determinations for the California Environmental Quality Act (CEQA) for an existing Roadmap project. Additionally, this report recommends authorizing the General Services Department to execute new or amend existing agreements with relevant entities for interdepartmental, lease, or construction agreements for various projects.

Second, this report identifies and reprograms unspent funds from existing Roadmap projects. This report also programs funds to support the demobilization of the Aetna A Bridge Home and the continued operations of other interim housing projects that are not included in the Roadmap.

Lastly, this report recommends the approval of expenditure and contractual authorities for various Project Homekey 1.0 projects.

## RECOMMENDATION

That the City Council, subject to approval by the Mayor:

1. DETERMINE that the lease, funding allocation, and continued use of the Tiny Home Village at 1455 N. Alvarado St. is statutorily exempt from CEQA under under Public Resources Code (PRC) Section 21080.27 and Government Code § 65660(b), applicable to City of Los Angeles (City) low barrier navigation centers, Government Code § 8698.4, governing homeless shelter projects under a shelter crisis declaration, and PRC § 21080(b)(4) and State CEQA Guidelines, 14 California Code of Regulations

CAO File No.                          PAGE
0220-05151-0512                         2

(CCR) § 15269(c) as a specific action necessary to prevent or mitigate an emergency. This determination is consistent with, and supported by, the City Council's prior actions for the development and use of the property as a time home village shelter and navigation center; and CEQA determination made on December 9, 2020 (C.F. No. 20-0841);

2. AUTHORIZE the General Services Department (GSD) to negotiate and enter into a new or amend an existing lease agreement with the Kirby Properties c/o Reliable Properties, Inc. for the Tiny Home Village site located at 1455 Alvarado Street in Council District 13 for up to 3 years;

3. AUTHORIZE GSD to enter into a sublease agreement with Hope the Mission (Formerly known as Hope of the Valley) to operate the Tiny Home Village site located at 1455 Alvarado Street in Council District 13 for up to 3 years;

4. REPROGRAM $1,066,224.14 from Homeless Housing, Assistance, Prevention Program Round 2 (HHAP-2) Fund No. 64J/43, Account No. 43WC76, LAHSA Interim Housing Staff Operations to HHAP-2 Fund No. 64J/10, Account No. Account No. 10V771, FC-1 COVID-19 Homelessness Roadmap Operating Costs;

5. APPROVE up to $10,000 of HHAP-2 funds for GSD leasing costs at the Tiny Home Village Site located at 1455 Alvarado Street in Council District 13 through June 30, 2024;
   a. APPROPRIATE up to $10,000 from HHAP-2 Fund No. 64J/10, Account No. Account No. 10V771, FC-1 COVID-19 Homelessness Roadmap Operating Costs to GSD Fund No. 100/63, Account No. 000027, A Bridge Home Leasing;

6. APPROVE up to $405,942 of HHAP-2 funds for two-years of leasing costs at the A Bridge Home Site located at 4601 South Figueroa in Council District 9 through June 30, 2024;
   a. APPROPRIATE up to $405,942 from HHAP-2 Fund No. 64J/10, Account No. Account No. 10V771, FC-1 COVID-19 Homelessness Roadmap Operating Costs to HHAP-2 Fund No. 64J/43, Account No. 43YC38, LAHSA Leasing;

7. APPROPRIATE $174,406 from Homeless Efforts - County Funding Agreement Fund No. 63Q/43, Account No. 43TB35, Interim Housing Operations (Trailers) to Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement in unspent funding from the A Bridge Home Site located at 14333 Aetna Street in Council District 6;

8. APPROVE and APPROPRIATE $174,406 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to Homeless Efforts - County Funding Agreement Fund No. 63Q/43, Account No. 43YC88, 2023-24 Bridge Home Operations, for the operations of 30 beds

CAO File No.  
0220-05151-0512

PAGE  
3

at the A Bridge Home site located at 1214 Lodi Place in Council District 13 through June 30, 2024;

9. APPROVE and APPROPRIATE $237,062 from the Additional Homeless Services - General City Purposes (AHS-GCP) Fund No. 100/56, Account No. 000931 to the following accounts for demobilization of the A Bridge Home located at 14333 Aetna Avenue in Council District 6 through June 30, 2024:
    a. $46,919 to GSD Fund No. 100/40, Account No. 001101, Hiring Hall Construction;
    b. $20,672 to GSD Fund No. 100/40, Account No. 001121, Benefits Hiring Hall Construction;
    c. $169,471 to GSD Fund No. 100/40, Account No. 003180, Construction Materials;

10. APPROVE and APPROPRIATE $273,291 from the AHS-GCP Fund No. 100/56, Account No. 000931 to BOE Fund No. 682/50, in a new account entitled "CD 6 Aetna Demobilization" to support the deconstruction of the A Bridge Home located at 14333 Aetna Avenue in Council District 6 through June 30, 2024;

11. APPROVE and APPROPRIATE $89,365 from the AHS-GCP Fund No. 100/56, Account No. 000931 to CAO Fund No. 100/10, Account No. 003040, Contractual Services to support security costs during the demobilization of the A Bridge Home located at 14333 Aetna Avenue in Council District 6 through June 30, 2024;

12. APPROVE and APPROPRIATE $932,459 from the AHS-GCP Fund No. 100/56, Account No. 000931 to the Los Angeles Housing Department Fund No. 10A/43, Account No. 43YC70, CD4-Highland Gardens IH Operations for services of an interim housing site at the Highland Gardens Hotel, located at 7047 Franklin Avenue in Council District 4, for up to 143 beds (with double occupancy) through June 30, 2024;
    a. REQUEST Los Angeles Homeless Services Authority (LAHSA) to amend its current contract with People Assisting the Homeless (PATH) in the additional amount of $932,459 for operating costs of an interim housing site at the Highland Gardens Hotel, located at 7047 Franklin Avenue in Council District 4, for up to 143 beds (with double occupancy) through June 30, 2024;

13. Authorize the extension of expenditure authority for Project Homekey 1.0 through June 30, 2024 for the following sites:
    a. Huntington Villas Homekey1 Site Improvements
    b. Sieroty/Howard Johnson Homekey1 Site Improvements
    c. Chatsworth Travelodge Homekey1 Site Improvements
    d. Panorama Homekey 1.0 Site Improvements (Homeless, Housing, Assistance, and Prevention Round 1 Only)

14. APPROVE the funding category entitled "Project Homekey Rehab" within City's new Roadmap Contract (C-144656) with LAHSA for LAHSA to continue previously approved Project Homkey 1.0 inventions;

15. AMEND Recommendation 12 from the previously approved 19th Covid-19 Homelessness Roadmap Funding Report (C.F. 20-0841-S36) and replace with the following:

    a. AUTHORIZE the General Manager or designee of the Los Angeles Housing Department, to amend its contracts with the Los Angeles Homeless Services Authority (C-144656) related to Homekey1 rehabilitation under with:

        i. The National Community Renaissance of California (NCRC) and Union Station Homeless Service for the Huntington Villas Homekey1 site, at 5350 Huntington Drive, in Council District 14, for improvements for $500,000;

        ii. LA Family Housing for the Sieroty/Howard Johnson Homekey1 site, at 7432 Reseda Blvd., in Council District 4, for improvements for $800,000; and

        iii. Volunteers of America-Los Angeles (VOALA) for the Chatsworth Travelodge Homekey1 site, 21603 Devonshire St., in Council District 12, for improvements for $410,000;

16. APPROVE the funding category entitled "Project Homekey Rehab" within City's new Emergency Solutions Grant contract (C-138675) with LAHSA for LAHSA to continue previously approved Project Homkey 1.0 inventions;

17. APPROVE and APPROPRIATE up to $316,316 from the Emergency Solutions Grant CARES Act (ESG-CV) Fund No. 517/43, Account No. 43VC9V, COVID-19 Homeless Roadmap to Fund No. 517/43, Account No. 43TA42, Homekey Operations for an operations shortfall at the Project Homekey site at Mollie Maison (Best Inn) in Council District 10 through September 30, 2023;

18. APPROVE and APPROPRIATE up to $29,850 of Homeless Housing, Assistance, and Prevention Round 3 (HHAP-3) Fund No. 65S/10, Account No. 10W741, FC-1 Interim Housing Operations and Capital Costs to HHAP-3 Fund No. 65S/43, Account No. 43YC30, 2023-24 Project Homekey Operations for an operations shortfall at the Project Homekey Site located at Mollie Maison (Best Inn) in Council District 10 through June 30, 2024;

19. APPROVE and APPROPRIATE up $323,076 of HHAP-3 Fund No. 65S/10, Account No. 10W741, FC-1 Interim Housing Operations and Capital Costs to HHAP-3 Fund No. 65S/43, Account No. 43YC30, 2023-24 Project Homekey Operations for an operations shortfall at the Project Homekey Site located at The Layover (Super 8 LAX) in Council District 11 through June 30, 2024;

20. AMEND Recommendation 28 from the previously approved 21st Covid-19 Homelessness Roadmap Funding Report (C.F. 20-0841-S40) and replace with the following:

a. REPROGRAM $186,069 from Homeless Housing, Assistance, and Prevention Round 3 (HHAP-3) Fund No. 65S/10, Account No. 10W742, FC-2 Skid Row Housing to HHAP-3 Fund No. 65S/10, Account No. 10W744, FC-4 Outreach, Hygiene, Prevention, and Supportive Services;

21. AUTHORIZE the General Manager or designee of the Los Angeles Housing Department, to add to the $1,000,000 earmark, as approved in the 19th Covid-19 Homelessness Roadmap Funding report (C.F. 20-0841-S36), as a grant, to the LAHD agreement with the People Assisting the Homeless (PATH), for the Ramada Inn/PV Marina del Rey Homekey1 site, at 3130 Washington Blvd, in Council District 11, when the site initiates its conversion to permanent housing;

22. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's new Roadmap Contract (C-144656) with LAHSA to:
   a. Add a funding category entitled "Project Homekey Rehab"
   b. Add Expenditure Authority for the following Project Homekey 1.0 Sites within the newly created funding category:
      i. Huntington Villas Homekey1 Site Improvements
      ii. Sieroty/Howard Johnson Homekey1 Site Improvements
      iii. Chatsworth Travelodge Homekey1 Site Improvements
   c. Interim Housing Operations for:
      i. Increase funding for the A Bridge Home site located at 1214 Lodi Place in Council District 13

23. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's HHAP (C-135650) contract with LAHSA to:
   a. Expenditure Authority for Panorama Homekey 1.0 Site Improvements
   b. Reduce funding for the LAHSA Interim Housing Staff Operations
   c. Add and increase funding for leasing costs for A Bridge Home Site 4601 South Figueroa in Council District 9
   d. Add services funding for the Project Homekey site at The Layover (Super 8 LAX) in Council District 11;
   e. Add services funding for HHAP-3 funding the Project Homekey site at Mollie Maison (Best Inn) in Council District 10;

24. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's Emergency Solutions Grant (C-138675) contract to:
   a. Add a funding category entitled "Project Homekey Operations"
   b. Add the services funding within the newly created funding category for ESG-CV for the Project Homekey site at Mollie Maison (Best Inn) in Council District 10 through September 30, 2023;

25. INSTRUCT the General Manager of LAHD, or their designee, to amend the Alliance Settlement Agreement Program contract (C-141840), with LAHSA to:

    a.  Reflect the increase in the amount of $932,459 from July 1, 2023, to June 30, 2024 for services; and

26. AUTHORIZE the CAO to:
    a.  Prepare Controller instructions or make necessary technical adjustments, including to the names of the Special Fund accounts recommended for this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions; and
    b.  Prepare any additional Controller instructions to reimburse City Departments for their accrued labor, material or permit costs related to projects in this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions.

## BACKGROUND

As part of the LA Alliance case, on June 16, 2020, the City reached an agreement with the County to create 6,700 new homeless housing units within 18 months to address the COVID-19 emergency. This agreement is referred to as the Homelessness Roadmap.

The Roadmap set the following targets:
- 700 beds in existing agreements with the County within 10 months
- 5,300 new beds within 10 months
- 700 new beds within 18 months

The City is required to open and maintain 6,000 new beds, not covered by existing City-County agreements. The County will provide up to $60 million in annual service funding, totaling up to $300 million over the five-year agreement term, based on the number of interventions open and occupied within 60 days of July 1st each year.

The City has met all obligations under the agreement and will continue to do so. As of December 31, 2023, 6,608 new beds are open and occupiable, which includes 823 rapid rehousing/shared housing point-in-time placements overseen by the Los Angeles Homeless Services Authority (LAHSA).

## DISCUSSION

### Tiny Home Village Renewal

The Tiny Home Village (THV) located at 1455 Alvarado Street in Council District 13 became open and occupiable on May 17, 2021. The current service provider on site is Urban Alchemy, and the site provides a maximum of 74 beds to people experiencing homelessness. This report recommends the authority for the General Services Department (GSD) to enter into a new or amend existing agreement with the site owner, Kirby Properties c/o Reliable Properties, Inc. In this term renewal, the service provider will be switched to Hope the Mission (formerly Hope of

the Valley). Additionally, this report recommends $10,000 of Homeless Housing, Assistance, and Prevention Round 2 funds (HHAP-2) to support lease payments to the private property owner.

To provide authority for this renewal, the Bureau of Engineering (BOE) has conducted CEQA analysis for this site, which is transmitted under a separate cover. The Mayor and City Council must approve BOE's determinations that these uses are categorically exempt from CEQA in order to proceed.

**A Bridge Home Demobilization - 14333 Aetna Street**

On May 30, 2018, former Mayor Eric Garcetti, issued Executive Directive No. 24, which established the A Bridge Home (ABH) program to develop temporary shelters across all 15 districts of the City. These shelters were designed to be "no-barrier" interventions that provide a wide range of services that address the immediate needs of unsheltered individuals and families. The typologies for these shelters included those temporary in nature such as trailers and membrane structures, in addition to existing buildings that were converted to shelter people experiencing homelessness (PEH). On August 10, 2020, the ABH located at 14333 Aetna Street in Council District 6 became open and occupiable.

The Aetna ABH provided 74 beds to PEH and was operated by The Salvation Army. The land where the ABH was built is owned by the Los Angeles County Metropolitan Transportation Authority, also known as Metro. Due to Metro's planned timeline of the Orange Line improvements, the Aetna ABH demobilized on December 1, 2023. This report recommends a total of $599,718 Additional Homeless Services - General City Purpose (AHS-GCP) funds to support the site's demobilization plan. This includes $89,365 to ensure security is on site while the property is vacant, and $510,353 which is the total cost of site deconstruction. The Bureau of Engineering will act as the project manager, while the General Services Department, Construction Forces Division will complete the work.

**Roadmap Site Funding**

This report recommends a total of $580,348 to support the continued operations of sites that count towards the COVID-19 Homelessness Roadmap. This includes $174,406 of County Agreement funds, which will support a portion of 30 beds within the ABH located at 1214 Lodi Pl. in Council District 13. This total also includes $405,942 of HHAP-2 funds, which is recommended to support the leasing costs of the Council District 9 ABH located 4601 S. Figueroa, which provides 30 beds. Since these beds count to fulfill the City's obligation of maintaining 6,000 new open and occupiable beds to PEH, this funding is intended to ensure that operations will continue smoothly.

Lastly, this report recommends funds to support the operation shortfalls of two Project Homekey 1.0 sites. The first site called Super 8 LAX in Council District 11 currently has an operation shortfall of $323,076, which provides 44 beds. The second site with 22 beds is called

the Mollie Maison/ Best Inn located in Council District 10. The People Concern (TPC) has reported the funding gap of $346,166 for operations to be filled. The total shortfall is $669,242 for both sites, and therefore, $352,926 of HHAP-3 is recommended in this report, as well as $316,316 of Emergency Solutions Grant - COVID (ESG-CV) funds to close the funding gap.

**Technical Corrections**

On September 27, 2023, the City Council and Mayor approved the 19th Covid-19 Homelessness Roadmap Funding Report, which included the authority to accept and disburse State funding for Project Homekey 1.0 site improvements. Expenditure and contract authority is needed to process the funds to the owner/operators of the Project Homekey 1.0 site. As such, this report recommends providing authority for the Los Angeles Housing Department to extend the necessary authorities to effectuate the previously approved funding. Secondly, the Panorama (Council District 6) Project Homekey 1.0 site improvements required additional time to complete the work, therefore, this report recommends the extension expenditure authority to complete the site improvements for the Housing, Homelessness, Assistance, and Prevention Round 1 funding through June 30, 2024.

On December 21, 2023, the City Council and Mayor approved the 21st Covid-19 Homelessness Roadmap Funding Report, which allocated funding for the Board of Public Works Pit Stop programs to address a shortfall. Recommendation 28 of the approved report requires an amendment to specify the funding amount needed to be reprogrammed between the Housing,  Housing, Homelessness, Assistance, and Prevention Round 3 funding categories to effectuate the transfer to address the shortfall. As such, this report further specifies the amount needed to be transferred.

**FISCAL IMPACT STATEMENT**

There is no additional General Fund impact as a result of the recommendations in this report. The recommendations in this report utilize the City's General Fund that was previously budgeted and approved for homelessness interventions. Additionally, the recommendations in this report also utilizes the Homeless Housing, Assistance, and Prevention and County Roadmap funds for homelessness interventions.

**FINANCIAL POLICIES STATEMENT**

The recommendations in this report comply with the City Financial Policies in that budgeted funds are being used to fund recommended actions.

Attachments:
1. COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 22nd Homeless Roadmap Funding Recommendations are Approved.

*MWS:ECG:KML:MP:MAG:SBL:16240060*

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2022-2023 Comittment | | | | | Fiscal Year 2023-2024 Comittment | | | | State Homkey Grant | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | ESG-CV (5) | County (4) | GCP-AHS | | |
| 1 | | | 13160 Raymer St. | 2 | | | | | | | | | | | $1,348,32 |
| 2 | | | 7700 Van Nuys Blvd. | 2 | | | | | | | | | | | $6,209,04 |
| 3 | | | 7621 Canoga Ave. | 3 | | | | | | | | | | | $4,300,000 |
| 4 | | | 3061 Riverside Dr. | 4 | | | | | -$650,704.87 | | | | | | $4,537,27 |
| 5 | | | 3428 Riverside Dr. | 4 | | | | | | | | | | | $5,812,91 |
| 6 | | | 1479 La Cienega Blvd. | 5 | | | | | | | | | | | $0 |
| 7 | | | 14333 Aetna St. | 6 | | | | | | | | | $599,718 | | $5,727,44 |
| 8 | | | Sylmar Armory | 7 | | | | | | | | | | | $0 |
| 9 | ABH Beds (1) | Capital | 4601 Figueroa St. | 9 | | | | | | | | | | | $0 |
| 10 | | | 1819 S. Western Ave. | 10 | | | | | | | | | | | $1,579,49 |
| 11 | | | 625 Lafayette Pl. | 10 | | | | | | | | | | | $5,518,28 |
| 12 | | | West LA VA | 11 | | | | | | | | | | | $136,04 |
| 13 | | | 1533 Schrader Blvd. | 13 | | | | | $20,529 | | | | | | $42,02 |
| 14 | | | 310 N. Main St. | 14 | | | | | | | | | | | $3,643,17 |
| 15 | | | 407 N Beacon St. (515 N Beacon St.) | 15 | | | | | $158,410 | | | | | | $971,200 |
| 16 | | | 828 Eubank Ave. | 15 | | | | | | | | $15,712 | | | $30,712 |
| | ABH Capital Total | | | | $0 | $0 | $0 | $0 | -$471,766 | $0 | $0 | $0 | $615,430 | $0 | $39,855,93 |
| 17 | | | 1920 W 3rd St. | 1 | $176,158 | | | -$613,200 | $767,448 | | | | | | $1,328,05 |
| 18 | | | 13160 Raymer St. | 2 | | | | $2,813,599 | | | | | | | $7,179,55 |
| 19 | | | 7700 Van Nuys Blvd. | 2 | | | | $2,196,000 | | | | | | | $6,916,44 |
| 20 | | | 7621 Canoga Ave. | 3 | | | | | | | | | | | $0 |
| 21 | | | 3061 Riverside Dr. | 4 | | | | $856,440 | | | | | | | $6,528,22 |
| 22 | | | 3428 Riverside Dr. | 4 | | | | $2,196,000 | | | | | | | $8,297,06 |
| 23 | | | 1479 La Cienega Blvd. | 5 | $647,991 | | | $647,991 | | | | | | | $2,655,97 |
| 24 | | | 14333 Aetna St. | 6 | | | | $1,221,000 | | | | -$711,646 | | | $5,128,58 |
| 25 | | | Sylmar Armory | 7 | | | | $1,866,600 | | | | | | | $7,242,000 |
| 26 | ABH Beds (1) | Operating (2) | 4601 Figueroa St. | 9 | | | | | | $405,942 | | | | | $1,355,275 |
| 27 | | | 1819 S. Western Ave. | 10 | | | | $329,400 | | | | | | | $1,399,08 |
| 28 | | | 625 Lafayette Pl. | 10 | | | | $1,581,120 | | | | | | | $5,099,66 |
| 29 | | | 1214 Lodi Pl. (Phase 1) | 13 | | | | $4,500,642 | | | | $362,430 | | | $10,861,06 |
| 30 | | | 1533 Schrader Blvd. | 13 | | | | -$1,576,800 | 1,576,800 | | | | | | $2,791,43 |
| 31 | | | 711 N Alameda St (El Puente) | 14 | | | | -$985,500 | $985,500 | | | | | | $2,173,46 |
| 32 | | | 310 N. Main St. (Civic Center) | 14 | | | | $714,160 | | | | | | | $5,878,61 |
| 33 | | | 407 N Beacon St. (515 N Beacon St.) | 15 | $512 | | | $1,670,169 | | | | $1,055,954 | | | $5,621,75 |
| 34 | | | 828 Eubank Ave. | 15 | $126 | | | $252 | $39,752 | | | $2,372,000 | | | $6,792,25 |
| | ABH Operation Total | | | | $824,787 | $0 | $0 | $17,417,872 | $3,369,500 | $405,942 | $0 | $3,078,738 | $0 | $0 | $87,243,514 |
| 35 | | | 11471 Chandler Blvd. | 2 | | | | | | | | | | | $4,562,21 |
| 36 | | | 6099 Laurel Canyon Blvd. | 2 | | | | | | $45,794 | | $223,929 | | | $8,942,75 |
| 37 | | | 12600 Saticoy St. | 2 | | | | | | | | | | | $6,008,09 |
| 38 | | | 19040 Vanowen St. | 3 | | | | | | | | | | | $3,229,99 |
| 39 | | | 6073 Reseda Blvd. | 3 | $32,000 | | | | $135,080 | | | | | | $4,411,73 |
| 40 | | | 9710 San Fernando Blvd. | 6 | | | | | -$1,300,000 | | | | | | $5,673,07 |
| 41 | | | Compton Ave. and Nevin Ave. | 9 | -$10,000 | | | | -$7,135,913 | | | | | | $58,42 |
| 42 | | | 2301 W. 3rd St. | 13 | | | | | -$1,382,042 | | | | | | $3,592,85 |
| 43 | Tiny Home Villages | Capital | 1455 Alvarado St. | 13 | | | | | | | | | | | $2,487,727 |
| 44 | | | Arroyo & Ave. 60 | 14 | | | | | | | | | | | $6,173,09 |
| 45 | | | 7570 Figueroa St. | 14 | | | | | -$631,916 | | | | | | $3,159,29 |
| 46 | | | 850 N. Mission Rd. | 14 | $4,869,572 | | | | | | | | | | $4,869,57 |

Case 2:20-cv-02291-DOC-KES Document 729-3 Filed 04/17/24 Page 10 of 14 Page ID #:10963

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2022-2023 Comittment | | | | | Fiscal Year 2023-2024 Comittment | | | | State Homkey Grant | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | ESG-CV (5) | County (4) | GCP-AHS | | |
| 47 | | | Mission and Jesse | 14 | | | | | $193,924 | | | | | | $193,924 |
| 48 | | | 1221 Figueroa Pl. | 15 | | | | | | | | | | | $4,391,241 |
| 49 | | | 600 E. 116th Pl. | 15 | $3,548,982 | | | | | -$45,794 | | | | | $3,634,899 |
| 50 | | | 406 N. Bonnie Brae St & 413 Burlington Ave | 13 | | | | | | $10,000 | | | | | $10,000 |
| | **Tiny Home Villages Capital Total** | | | | **$8,440,554** | **$0** | **$0** | **$0** | **-$10,120,867** | **$10,000** | **$0** | **$0** | **$223,929** | **$0** | **$61,398,900** |
| 51 | Other Interim Beds / Homekey Units (1) | Acquisition | 2521-2525 Long Beach Ave. | 9 | | | | | | | | | | | $4,911,344 |
| 52 | | | 2300, 2312, 2324 & 2332 S. Central Ave. | 9 | | | | | | $11,688,000 | | | | | $11,688,000 |
| 53 | | | 1300-1332 W. Slauson Ave. | 9 | | | | | | | | | | | $6,520,355 |
| | | | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$23,119,699** |
| 54 | Other Interim Beds | Capital | 499 San Fernando Road | 1 | | | | | $3,126,715 | | | | | | $14,598,676 |
| 55 | | | Coalition to Abolish Slavery and Trafficking (CAST) | 5 | | | | | | | | | | | $445,227 |
| 56 | | | 2521-2525 Long Beach Ave. | 9 | | | | | | | | | | | $3,406,547 |
| 57 | | | 1300-1332 W. Slauson Ave. | 9 | | | | | | | | | | | $2,124,741 |
| 58 | | | 18140 Parthenia Blvd. | 12 | | | | | | | | | | | $8,289,123 |
| | **Other Interim Beds Capital Total** | | | | **$0** | **$0** | **$0** | **$0** | **$3,126,715** | **$0** | **$0** | **$0** | **$0** | **$0** | **$28,864,31?** |
| 59 | Tiny Home Villages | Operating (2) | 11471 Chandler Blvd. | 2 | | | | | | | | $1,509,750 | | | $5,070,600 |
| 60 | | | 6099 Laurel Canyon Blvd. | 2 | | | -$1,794,933 | | | | | $4,026,000 | $183,929 | | $11,206,498 |
| 61 | | | 12600 Saticoy St. | 2 | $512 | | -$958,029 | -$455,488 | | | $313,154 | $3,019,500 | | | $8,037,911 |
| 62 | | | 19040 Vanowen St. | 3 | | | -$528,275 | | | | $294,643 | $2,033,130 | | | $6,221,052 |
| 63 | | | 6073 Reseda Blvd. | 3 | | | -$1,049,709 | $18,146 | | | $419,511 | $2,979,240 | | | $8,509,768 |
| 64 | | | 9710 San Fernando Blvd. | 6 | | | -$1,009,975 | $1,659,978 | | | | $3,240,930 | | | $5,919,233 |
| 65 | | | Compton Ave. & Nevin Ave. | 9 | | | | -$475,200 | | | | | | | $0 |
| 66 | | | 1455 Alvarado St. | 13 | | | $217,589 | | | $10,000 | $463,344 | $1,442,650 | | | $5,566,963 |
| 67 | | | 2301 W. 3rd St. | 13 | | | | $677,440 | | | $546,837 | $1,716,385 | | | $5,959,569 |
| 68 | | | Arroyo & Ave. 60 | 14 | | | | $763,880 | | | | $4,509,120 | | | $11,671,114 |
| 69 | | | 7570 Figueroa St. | 14 | | | | $578,041 | | | | $1,872,090 | | | $4,477,423 |
| 70 | | | 1221 Figueroa Pl. | 15 | | | | | | | $156,882 | $1,610,400 | | | $4,528,117 |
| 71 | | | 499 San Fernando | 1 | | | | $990,000 | | | | $330,000 | | | $1,320,000 |
| 72 | | | 850 N. Mission Rd. | 14 | | | | $194,400 | | | | $2,568,368 | | | $2,762,768 |
| 73 | | | Mission and Jesse | 14 | | | | | $188,363 | | | | | | $188,363 |
| | **Tiny Home Villages Operating Total** | | | | **$512** | **$0** | **-$5,123,331** | **$3,951,197** | **$188,363** | **$10,000** | **$2,194,370** | **$30,527,563** | **$183,929** | **$0** | **$81,727,07?** |
| 74 | Other Interim Beds | Operating (2) | 313 Patton St. | 1 | | | | | | | | | | | $857,625 |
| 75 | | | 1701 Camino Palmero St. | 4 | | | | $76,650 | | | | $691,740 | | | $2,116,08? |
| 76 | | | 7600 Beverly Blvd. | 4 | | | | | | | | | | | $304,937 |
| 77 | | | 7253 Melrose Ave. | 5 | -$10,000 | | | -$2,970,444 | | | | | | | $0 |
| 78 | | | 7816 Simpson Ave. | 6 | | | | $983,675 | | | | $986,370 | | | $3,436,125 |
| 79 | | | 6909 N. Sepulveda Blvd. | 6 | | | | | | | | $2,938,980 | | | $9,492,74? |
| 80 | | | 11067 Norris Ave. | 7 | | | | | | | | | | | $609,96? |
| 81 | | | 8501 1/2 S. Vermont Ave. | 8 | | | | | | | | $503,250 | | | $1,632,125 |
| 82 | | | 5615 - 5749 S. Western Ave. | 8 | $201,300 | | | | | | | $140,910 | | | $658,29? |
| 83 | | | 8311 S. Western Ave. | 8 | | | | | | | | | | | $321,000 |
| 84 | | | 2514 W. Vernon Ave. | 8 | | | | | | | | | | | $214,000 |
| 85 | | | 8501 S. Broadway | 9 | | | | | | | | $3,019,500 | | | $9,791,83? |
| 86 | | | 5100 S. Central Ave. | 9 | | | | | | | | $503,250 | | | $1,632,106 |
| 87 | | | 224 E. 25th St. & 224 1/2 E. 25th St. | 9 | | | | | | | | $1,368,840 | | | $3,610,64? |
| 88 | Other Interim Beds | Operating (2) | 9165 & 9165 ½ South Normandie St | 9 | $140,910 | | | $160,600 | | | | $563,640 | | | $1,668,150 |

Case 2:20-cv-02291-DOC-KES Document 729-3 Filed 04/17/24 Page 11 of 14 Page ID #:21993

## Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 22nd Roadmap Funding Recommendations are Approved

Case 2:20-cv-02291-DOC-KES Document 729-3 Filed 04/17/24 Page 12 of 14 Page ID #:26694

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2022-2023 Comittment | | | | | Fiscal Year 2023-2024 Comittment | | | | State Homkey Grant | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | ESG-CV (5) | County (4) | GCP-AHS | | |
| 89 | Other Interim Beds | Operating (2) | 5171 S. Vermont Ave. | 9 | | | | | | | | | | | $214,000 |
| 90 | | | 2521-2525 Long Beach Ave. | 9 | | | $462,000 | $1,826,072 | | | | $2,938,980 | | | $5,288,052 |
| 91 | | | 1300-1332 W. Slauson Ave. | 9 | | | -$1,674,765 | $348,021 | | | | $2,013,000 | | | $3,851,360 |
| 92 | | | 18140 Parthenia Blvd. | 12 | | | | $637,290 | | | | $2,153,910 | | | $4,459,390 |
| 93 | | | 5941 Hollywood Blvd. | 13 | | | -$80,302 | $412,101 | | | | $603,900 | | | $1,978,324 |
| 94 | | | 3191 W. 4th St. | 13 | | | | | | | | | | | $178,072 |
| 95 | | | 566 S. San Pedro St. | 14 | | | | $1,423,500 | | | | $1,427,400 | | | $4,744,700 |
| 96 | | | 1060 Vignes St. | 14 | | | | $4,858,150 | | | | $4,670,160 | | | $13,854,010 |
| 97 | | | 543 Crocker St. | 14 | $1,610,400 | | | $401,500 | | | | $402,600 | | | $2,890,010 |
| 98 | | | 3123 S. Grand Ave. | 14 | | | | $401,500 | | | | | | | $803,000 |
| 99 | | | Scattered Sites - SRO Housing Corporation | 14 | | | | $1,204,500 | | | | | | | $2,409,000 |
| 100 | | | 1904 Bailey St. | 14 | | | | $3,229,477 | $79,491 | | | | | | $3,308,968 |
| 101 | | | 345 E. 118 Pl. | 15 | $241,560 | | | $80,300 | | | | $80,520 | | | $482,680 |
| 102 | | | Various | Various | | | | | | | | | | | $112,354 |
| 103 | | | Project Roomkey (3) | Various | | | | | | | | | | | $72,427,887 |
| 104 | | | Shelter Program | Various | | | | | | $757,477 | $934,787 | | | | $1,692,264 |
| | **Other Interim Beds Operating Total** | | | | **$2,184,170** | **$0** | **-$1,293,067** | **$13,072,892** | **$79,491** | **$757,477** | **$934,787** | **$25,006,950** | **$0** | **$0** | **$155,039,645** |
| 105 | | | Beacon (Solaire Hotel) | 1 | | | | | | | | | | | $4,873,962 |
| 106 | | | Sieroty (Howard Johnson) | 4 | | | | | | | | | | | $5,103,560 |
| 107 | | | Sepulveda Villa (Econo Motor Inn) | 6 | $1,859,280 | | | | | | | | | | $4,565,997 |
| 108 | | | Pano (Panorama Inn) | 6 | | | | | | | | | | | $2,713,575 |
| 109 | | | Arleta (Woodman) | 6 | | | | | | | | | | | $20,056,747 |
| 110 | | | Woodman Ownership Transfer | 6 | | | | | | | | | | | $15,500 |
| 111 | | | Encinitas (Good Nite Inn) | 7 | | | | | | | | | | | $16,357,636 |
| 112 | Homekey Units (1) | Match / Acquisition | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | | | | | | | | | $1,281,013 |
| 113 | | | Mollie Maison (Best Inn) | 10 | | | | | | | | | | | $990,290 |
| 114 | | | The Layover (Super 8 LAX) | 11 | | | | | | | | | | | $10,830,215 |
| 115 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | | | | | | | | $10,152,255 |
| 116 | | | Devonshire Lodge (Travelodge) | 12 | | | | | | | | | | | $3,162,222 |
| 117 | | | The Nest | 13 | | | | | | | | | | | $1,736,813 |
| 118 | | | Casa Luna (Titta's Inn) | 14 | | | | | | | | | | | $1,977,625 |
| 119 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | | | | | | | | $9,021,062 |
| 120 | | | Travelodge (Normandie) | 15 | | | | | | | | | | | $3,990,522 |
| 121 | | | Property management and real estate service | Various | | | | | | | | | | | $779,939 |
| | **Project Homekey Match / Aquisition Total** | | | | **$1,859,280** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$97,609,833** |
| 122 | | | Beacon (Solaire Hotel) | 1 | $2,347,158 | | -$219,336 | $2,340,745 | | | | | | | $6,321,956 |
| 123 | | | Sieroty (Howard Johnson) | 4 | $2,206,980 | | $0 | $2,172,480 | | | | | | | $6,311,552 |
| 124 | | | Super 8 Canoga Park | 3 | | | -$1,178,015 | | | | | | | | $1,028,999 |
| 125 | | | Sepulveda Villa (Econo Motor Inn) | 6 | $1,859,280 | | | $1,854,200 | | | | | | | $5,471,703 |
| 126 | | | Pano (Panorama Inn) | 6 | $250,000 | | $347,087 | $250,000 | | | | | | | $1,097,087 |
| 127 | | | Arleta (Woodman) | 6 | $4,699,120 | | -$315,000 | $765,283 | | | | | | | $5,464,403 |
| 128 | | | Encinitas (Good Nite Inn) | 7 | $2,757,810 | | | $2,750,275 | | | | | | | $9,578,320 |
| 129 | Homekey Units (1) | Operating | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | -$344 | $761,025 | | | | | | | $1,374,058 |

# Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 22nd Roadmap Funding Recommendations are Approved

Case 2:20-cv-02291-DOCKES Document 729-3 Filed 04/17/24 Page 13 of 14 Page ID #21925

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2022-2023 Comittment | | | | | Fiscal Year 2023-2024 Comittment | | | | State Homkey Grant | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | ESG-CV (5) | County (4) | GCP-AHS | | |
| 130 | Homekey Units (1) | Operating | Mollie Maison (Best Inn) | 10 | $187,210 | | $803,811 | $704,450 | | $29,850 | $316,316 | | | | $2,381,15 |
| 131 | | | The Layover (Super 8 LAX) | 11 | $1,418,250 | | $570,432 | $1,383,350 | | $323,076 | | | | | $5,434,63 |
| 132 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | -$169,289 | $356,085 | | | | | | | $1,731,181 |
| 133 | | | Devonshire Lodge (Travelodge) | 12 | $2,388,150 | | -$417,509 | $2,381,625 | | | | | | | $7,883,075 |
| 134 | | | The Nest | 13 | $1,226,100 | | $498,132 | $1,222,750 | | | | | | | $4,171,636 |
| 135 | | | Casa Luna (Titta's Inn) | 14 | $1,259,772 | | | $1,256,330 | | | | | | | $3,597,21 |
| 136 | | | Huntington Villas (Super 8 Alhambra) | 14 | $1,661,640 | | -$479,165 | $1,657,100 | | | | | | | $5,270,075 |
| 137 | | | Travelodge (Normandie) | 15 | $500,000 | | $564,055 | $500,000 | | | | | | | $2,064,05 |
| | Project Homekey Operating Total | | | | $22,761,470 | $0 | $4,859 | $20,355,698 | $0 | $352,926 | $316,316 | $0 | $0 | $0 | $69,181,099 |
| 138 | | | Beacon (Solaire Hotel) | 1 | | | | | | | | | | | $3,231,738 |
| 139 | | | Sieroty (Howard Johnson) | 4 | | | $1,515,944 | | | | | | | $800,000 | $5,501,798 |
| 140 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | | $93,662 | | | | | | | | $886,85 |
| 141 | | | Pano (Panorama Inn) | 6 | $1,311,268 | | $1,286,703 | | $1,688,732 | | $96,154 | | | | $6,354,916 |
| 142 | | | Arleta (Woodman) | 6 | $2,046,519 | | $6,926,192 | | | $1,572,546 | | | | | $17,661,082 |
| 143 | | | Encinitas (Good Nite Inn) | 7 | | | | | | | | | | | $2,766,02 |
| 144 | | | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | $356,272 | | | | | | | | $758,26 |
| 145 | | | Mollie Maison (Best Inn) | 10 | | | | | | | | | | | $186,57 |
| 146 | Homekey Units (1) | Improvement | The Layover (Super 8 LAX) | 11 | | | | | | | | | | | $1,020,40 |
| 147 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | | | | | | | $1,000,000 | $1,805,12 |
| 148 | | | Devonshire Lodge (Travelodge) | 12 | | | $300,000 | | | | | | | $410,000 | $1,625,32 |
| 149 | | | The Nest | 13 | | | | | | | | | | | $30,96 |
| 150 | | | Casa Luna (Titta's Inn) | 14 | | | | | | | | | | | $312,27 |
| 151 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | | | | | | | $500,000 | $877,640 |
| 152 | | | Travelodge (Normandie) | 15 | | | | | | $2,950,434 | $190,635 | | | | $5,329,30 |
| 153 | | | Real estate services to monitor alterations | n/a | | | | | | | | | | | $335,29 |
| | Project Homekey Capital Improvement Total | | | | $3,357,787 | $0 | $10,478,773 | $0 | $1,688,732 | $4,522,980 | $286,789 | $0 | $0 | $2,710,000 | $48,959,370 |
| 154 | Recovery Housing | | Rapid Rehousing/ Shared Housing** | Various | | | -$5,020,377 | | | | $959,681 | $350,000 | | | $78,575,224 |
| | Recovery Housing Total | | | | $0 | $0 | -$5,020,377 | $0 | $0 | $0 | $959,681 | $0 | $350,000 | $0 | $78,575,224 |
| 155 | Measure H Strategy (7) | | Measure H Strategy - B4 (Landlord Incentive) | Various | | | | | | | | | | | $426,00 |
| | Measure H Strategy Total | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $426,000 |
| 156 | Safe Sleeping | Capital | 2300 S. Central Ave. (6) | 9 | | | | | -$181,668 | | | | | | $1,516,883 |
| 157 | | | 317 N. Madison Ave. | 13 | | | | | | | | | | | $10,55 |
| | Safe Sleep Capital Total | | | | $0 | $0 | $0 | $0 | -$181,668 | $0 | $0 | $0 | $0 | $0 | $1,527,43 |
| 158 | Safe Sleeping | Operating (2) | 2300 S. Central Ave. (6) | 9 | | | -$1,997,048 | $3,056,875 | | | | $3,065,250 | | | $7,173,577 |
| 159 | | | 317 N. Madison Ave. | 13 | | | | -$271,001 | | | | | | | $1,029,27 |
| | Safe Sleep Operating Total | | | | $0 | $0 | -$1,997,048 | $2,785,874 | $0 | $0 | $0 | $3,065,250 | $0 | $0 | $8,202,856 |
| 160 | | | 7128 Jordan Ave. | 3 | | | | $273,750 | | | | $274,500 | | | $899,478 |
| 162 | | | 4301 S. Central Ave. | 9 | | | | $109,500 | | | | $109,800 | | | $373,36 |
| 163 | | | 1201 S. Figueroa St. | 9 | | | | $328,500 | | | | $329,400 | | | $892,172 |
| 165 | | | 11339 Iowa Ave. | 11 | | | | $273,750 | | | | $274,500 | | | $657,750 |
| 166 | | | 9100 Lincoln Blvd. | 11 | | | | $273,750 | | | | $0 | | | $480,56 |
| 167 | Safe Parking (1) | Operating (2) | 5455 111th Street | 11 | $7,360 | | | $778,119 | | | | | | | $894,98 |
| 168 | | | 8775 Wilbur Ave. | 12 | | | | $219,000 | | | | $219,600 | | | $712,882 |

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2022-2023 Comittment | | | | | Fiscal Year 2023-2024 Comittment | | | | State Homkey Grant | Total Commitment |
|-----|---------------------------|------|------|-----|------|---------|-----------|-------------|---------|------|-----------|-------------|---------|------|------------------|
| | | | | | HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | ESG-CV (5) | County (4) | GCP-AHS | | |
| 169 | | | 1033 Cole Ave. | 13 | | | | $328,500 | | | | $219,600 | | | $682,55 |
| 170 | | | 4591 Santa Monica Blvd. | 13 | | | | $0 | | | | | | | $155,53 |
| 171 | | | 711 S. Beacon St. | 15 | | | | $328,500 | | | | $329,400 | | | $1,144,44 |
| 172 | | | 19610 Hamilton Ave. | 15 | | | | $273,750 | | | | $274,500 | | | $930,97 |
| | Safe Parking Operating Total | | | | $7,360 | $0 | $0 | $3,187,119 | $0 | $0 | $0 | $2,031,300 | $0 | $0 | $7,824,71 |
| 173 | Outreach | | Roadmap Outreach | Various | $2,472,188 | | | | | | | | | | $9,077,36 |
| 174 | | | Encampment to Home Program on Ocean Front Walk/Venice | 11 | | | | | | | | | | | $5,000,000 |
| | Outreach Total | | | | $2,472,188 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $14,977,36 |
| 175 | Admin | Admin | BOE | n/a | | | | | $2,366,711 | | | | | | $8,155,05 |
| 176 | | | BCA | n/a | | | | | | | | | | | $299,41 |
| 177 | | | CAO | n/a | | | | | | | | | | | $254,03 |
| 178 | | | GSD | n/a | | | | | | | | | | | $77,500 |
| 179 | | | LAHD | n/a | | | | | | | | | | | $1,158,25 |
| 180 | | | LAHSA | n/a | | | | | | | $93,479 | | | | $5,594,16 |
| | Admin Total | | | | $0 | $0 | $0 | $0 | $2,366,711 | $0 | $93,479 | $0 | $0 | $0 | $15,538,422 |
| | Total Commitment | | | | $41,908,108 | $0 | -$2,950,191 | $60,770,653 | $45,210 | $6,059,325 | $4,785,422 | $63,709,801 | $1,373,288 | | $796,951,699 |
| | Total Uncommitted | | | | | $12,279 | $3,043,804 | N/A | | | $3,043,804 | $0 | | | |

(1) Does not include Roadmap interventions that are in existing agreements with the County.

(2) Operating costs vary by intervention type: ABH Beds: $60/bed/night; Tiny Home Villages, Leased Facilities, Year Round Shelter: $55/bed/night; Project Homekey: $85/unit/night; Safe Sleeping: $67/person/night; and Safe Parking: $30/car/night. Project Roomkey costs

(3) Committed funds used to front-fund the Project Roomkey extension are expected to be reimbursed by the FEMA, at which time the funds will be available for programming.

(4) County Services allocations are restricted to services, leasing, FFE, and start up costs.

(5) Reflects the entire cost of the program for two (2) years using ESG-COVID.

(6) 2300 S Central is part of the City Project Homekey Program. The site will oeprate a Safe Sleeping Program until the owner/operator is ready to begin construction on permanent supportive housing.

(7) Placements funded with City funding for Measure H Strategies will be counted toward the Roadmap target of 6,700 interventions.