# EXHIBIT D

REPORT FROM

# OFFICE OF THE CITY ADMINISTRATIVE OFFICER

Date:          March 29, 2024

CAO File No.      0220-05151-0546
Council File No.   20-0841, 20-1524
Council District:   2, 3, 5, 6, 9, 13, and 15

To:            The City Council

From:          Matthew W. Szabo, City Administrative Officer

Reference:     COVID-19 Homelessness Roadmap

Subject:       **TWENTY THIRD REPORT: COVID-19 HOMELESSNESS ROADMAP FUNDING RECOMMENDATIONS**

## SUMMARY

On September 9, 2020, the City Council approved funding for the initial projects under the COVID-19 Homelessness Roadmap (Roadmap) and directed this office to submit future funding recommendations through reports. This is the twenty-third such report.

First, this report provides exempt determinations for the California Environmental Quality Act (CEQA) for the continued use of existing Roadmap projects. Additionally, this report recommends authorizing the General Services Department to execute new or amend existing agreements with various entities for interdepartmental and lease agreements for various projects.

Second, this report programs funds for the continued cost of operations and leasing for various existing and demobilizing interim housing projects. This report also programs and reserves funds for the operations and leasing costs of the anticipated interim housing project at the La Cienega Hotel in Council District 5.

Third, this report amends a previously approved recommendation to effectuate a technical correction relative to the term of funds provided for leasing costs at the interim housing site located at 850 N. Mission Road in Council District 14.

Lastly, this report recommends the approval of authority to amend the City's Emergency Solutions Grant Contract (ESG-CV) to address interim housing operation shortfalls. This report also recommends the approval of a new funding category within the City's ESG-CV contract for interim housing operations.

CAO File No.                     PAGE
0220-05151-0546                    2

**RECOMMENDATION**

That the City Council, subject to approval by the Mayor:

1. DETERMINE that the leases, funding allocation, and continued use of the Tiny Home Villages/navigation centers at 6099 Laurel Canyon Blvd., 1221 N. Figueroa Pl. and 18616 W. Topham St. (aka 6073 N. Reseda Blvd.), for those experiencing homelessness, are statutorily exempt from California Environmental Quality Act (CEQA) under Public Resources Code (PRC) Section 21080.27 and Government Code Section 65660(b), applicable to City of Los Angeles (City) low barrier navigation centers, Government Code Section 8698.4, governing homeless shelter projects under a shelter crisis declaration, and PRC Section 21080(b)(4) and State CEQA Guidelines, 14 California Code of Regulations (CCR) Section 15269(c) as specific actions necessary to prevent or mitigate an emergency. This determination is consistent with, and supported by, the City Council's prior actions for the development and use of the properties as tiny home village shelters and navigation centers; and CEQA determinations made on August 10, 2020, September 9, 2020 and September 30, 2020, respectively (C.F. Nos. 20-0841 and 20-0841-S2, respectively).

2. DETERMINE that the lease, construction, and operation of residential interim housing/navigation center at  600 East 116th Pl, for those experiencing homelessness, is statutorily exempt from CEQA under PRC Section 21080.27 and Government Code Section 65660(b), applicable to City of Los Angeles (City) low barrier navigation centers, Government Code Section 8698.4, governing homeless shelter projects under a shelter crisis declaration, and PRC Section 21080(b)(4) and State CEQA Guidelines, 14 California Code of Regulations (CCR) Section 15269(c) as specific actions necessary to prevent or mitigate an emergency. This determination is consistent with, and supported by, the City Council's prior actions for the development and use of the property as tiny home village shelters and navigation centers; and CEQA determination made on May 31, 2022 (C.F. No. 20-0841-S23).

3. AUTHORIZE the General Services Department (GSD) to execute a new or amend an existing interdepartmental agreement with the Department of Recreation and Parks and a lease agreement with the Hope the Mission (Formerly known as Hope of the Valley) for the Tiny Home Village (THV) site located at 6099 Laurel Canyon Boulevard with 200 beds in Council District 2 for one year;

4. AUTHORIZE GSD to execute a new or amend an existing interdepartmental agreement with the Department of Recreation and Parks and a lease agreement with The Salvation Army for the THV site located at 1221 South Figueroa Place with 75 beds in Council District 15 for one year;

CAO File No.  
0220-05151-0546

PAGE  
3

5. AUTHORIZE GSD to execute a new or amend an existing lease agreement with the Los Angeles County Metropolitan Transit Authority and sublease agreement with Hope the Mission (Previously Hope of the Valley) for a THV site located at 6073 North Reseda Boulevard with 148 beds in Council District 3;

6. AUTHORIZE GSD to execute a new or amend an existing lease agreement with the California Department of Transportation (Caltrans) for a THV site located at 600 East 116th Place with 64 beds in Council District 15;

7. AUTHORIZE GSD to enter into a lease agreement with IKAR for use of the La Cienega Motel located at 1725 South La Cienega Boulevard for an interim housing site with 20 beds in Council District 5 for up to one year;

8. AUTHORIZE GSD to enter into a sublease agreement with Abundant Blessings to operate the La Cienega Motel located at 1725 South La Cienega Boulevard for an interim housing site with 20 beds in Council District 5 for up to one year;

9. APPROVE the funding category entitled "Tiny Home Village Operations" within City's Homeless Housing, Assistance, and Prevention contract (C-135650) with LAHSA for operations associated with previously approved Tiny Home Village sites;

10. APPROVE $30,000 of Homeless Housing, Assistance, and Prevention Program Round 2 (HHAP-2) funding for operating costs at the below interim housing interventions through June 30, 2025:
    a. APPROPRIATE $30,000 from No. 64J/10, Account No. Account No. 10V771, FC-1 COVID-19 Homelessness Roadmap Operating Costs to the Los Angeles Housing Department (LAHD) Fund No. 64J/43, account number to be determined for the following sites:
        i. $10,000 Tiny Home Village located at 6099 Laurel Canyon Boulevard in Council District 2;
        ii. $10,000 Tiny Home Village located at 1221 South Figueroa Place in Council District 15;
        iii. $10,000 of Tiny Home Village located at  6073 North Reseda Boulevard in Council District 3;

11. REPROGRAM $794,022 to Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No.10T618, Homeless Effort - County Funding Agreement from the following accounts:
    a. $401,500 LAHD Fund No. 63Q/43, Account No. 43WC29, 2022-23 Other Interim Housing Operations for the former interim housing site located at 3123 S. Grand Avenue in Council District 9;

CAO File No.                     PAGE
0220-05151-0546                   4

    b. $51,305 LAHD Fund No. 63Q/43, Account No. 43WC32, 2022-23 Safe Sleep Operations of unspent 2022-23 funds for the Safe Sleep site at 2300 S. Central Ave. in Council District 9;

    c. $341,217 LAHD Fund No. 63Q/43, Account No. 43WC38, 2022-23 LAHSA Leasing of unspent leasing 2022-23 funds at 1904 Bailey in Council District 14;

12. APPROVE up to $206,667 for GSD leasing costs at the THV located at 1455 Alvarado Street in Council District 13 through June 30, 2025;

    a. APPROPRIATE $206,667 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No.10T618, Homeless Effort - County Funding Agreement to Fund No. 63Q/10, Account No. 10W756, Leasing - 1455 Alvarado St for the leasing costs of the THV located at 1455 Alvarado Street in Council District 13 through June 30, 2025;

13. APPROVE $263,872 of HHAP-2 funds for operations at the THV located at 1455 Alvarado Street in Council District 13 through June 30, 2024;

    a. APPROPRIATE $263,872 from No. 64J/10, Account No. 10V771, FC-1 COVID-19 Homelessness Roadmap Operating Costs to the Los Angeles Housing Department (LAHD) Fund No. 64J/43, account number to be determined;

14. AMEND and REPLACE the approved recommendations relative to the CAO's 22nd Roadmap funding report dated February 2, 2024 (C.F. 20-0841-S41) to read as follows:

    a. AUTHORIZE the General Services Department (GSD) to negotiate and enter into a new or amend an existing lease agreement with the Kirby Properties c/o Reliable Properties, Inc. for the Tiny Home Village site located at 1455 Alvarado Street in Council District 13 for up to 42 months;

    b. AUTHORIZE GSD to enter into a sublease agreement with Hope the Mission (formerly known as Hope of the Valley) to operate the Tiny Home Village site located at 1455 Alvarado Street in Council District 13 for up to 42 months;

15. REQUEST LAHSA to enter into a new or amend an existing contract with Hope the Mission for the operations of the THV site located at 1455 Alvarado Street in Council District 13;

16. APPROVE up to $402,600 of Homeless Efforts - County Funding Agreement Fund for GSD leasing costs at the La Cienega Motel located at 1725 South La Cienega Boulevard in Council District 5 with 20 beds not to exceed six months through December 31, 2024;

    a. APPROPRIATE $402,600 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No.10T618, Homeless Effort - County Funding Agreement to Fund No. 63Q/10, in a new account entitled, "Leasing - 1725 S La Cienega" for leasing costs of the La Cienega Motel located at 1725 South La Cienega Boulevard in Council District 5 not to exceed six months through December 31, 2024;

17. APPROVE up to $122,000 for the operations of the La Cienega Hotel located at 1725 South La Cienega Boulevard with 20 beds in Council District 5 not to exceed six months through June 30, 2024;

    a. APPROPRIATE $122,000 from Fund No. Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No.10T618, Homeless Effort - County Funding Agreement to for the operations cost of the La Cienega Motel located at 1725 South La Cienega Boulevard in Council District 5 through June 30, 2024;

    b. RESERVE $244,000 Homeless Efforts - County Funding Agreement Funds for operating costs from July 1, 2024 through December 31, 2024;

18. REQUEST LAHSA to enter into a new or amend an existing contract with Abundant Blessings for the operations of the proposed interim housing site located at 1725 South La Cienega Boulevard in Council District 5, also known as the La Cienega Motel;

19. APPROVE and APPROPRIATE $226,800 from the Additional Homeless Services - General City Purposes (AHS-GCP) Fund No. 100/56, Account No. 000931 to Fund No. 208/50, Account No. 493100, Lease & Rental of City Properties, for lease costs during the time of construction of the THV located at 850 Mission in Council District 14;

20. APPROVE and APPROPRIATE $40,153 from the AHS-GCP Fund No. 100/56, Account No. 000931 to Citywide Leasing Fund No.100/63, Account No. 000027, A Bridge Home Leasing, to support the leasing cost of parking at the Tiny Home Village located at 850 N. Mission Road in Council District 14;

21. APPROVE and APPROPRIATE $83,245 from Homeless Efforts - County Funding Agreement Fund No. 63Q/43, Account No. 43WC29, 2022-23 Other Interim Housing Operations to Homeless Efforts - County Funding Agreement Fund No. 63Q/43, Account No. 43YC29, 2023-24 Other Interim Housing Ops for the operations of an interim housing site called King Solomon Village located at 1300-1332 W. Slauson Avenue in Council District 9;

22. AMEND and REPLACE the approved Recommendation 5 relative to the CAO's Municipal Facilities Committee report dated August 23, 2022, and transmitted on September 19, 2022 (C.F. 20-0841-S23) to read as follows:

    a. Approve up to $194,400 from Homelessness Efforts- County Funding Agreement Fund No. 63Q/10, Account No.10T618 to Fund No. 63Q/10, in a new account entitled "CD 14- 850 Mission THV Leasing" for the leasing costs of the interim housing site located at 850 N. Mission Road, with 144 beds in Council District 14, through June 30, 2024;

CAO File No.                          PAGE
0220-05151-0546                          6

23. APPROVE and APPROPRIATE $21,708 from the AHS-GCP Fund No. 100/56, Account No. 000931 to CAO Fund No. 100/10, Account No. 003040, Contractual Services to support security costs during the demobilization of the A Bridge Home located at 14333 Aetna Avenue in Council District 6 through June 30, 2024;

24. APPROVE and APPROPRIATE $68,245 from the Additional Homeless Services - General City Purposes (AHS-GCP) Fund No. 100/56, Account No. 000931 to Fund No. 682/50, Account No. 50VVHF, Feasibility Studies For Homeless Roadmap, for storage fees related to the Tiny Home Village located at 600 E. 116th Place in Council District 15;

25. APPROVE and APPROPRIATE HHAP-3 Funding from Citywide Leasing Fund 100/63, Account No. 000027, A Bridge Home Leasing to GSD Fund No. 100/40, Account No. 003180 Construction Materials for the leasing costs of 711 N. Alameda St. (El Puente) (Trailers);

26. APPROVE the new funding category, FC-6 Rapid Re-Housing/Time Limited Subsidies, within City's Emergency Solutions Grant contract (C-138675) with LAHSA for interim housing operations through September 30, 2023;

27. INSTRUCT the General Manager, or designee, of the Los Angeles Housing Department, to amend the City's Emergency Solutions Grant Contract (C-138675) with LAHSA to add $132,244 in ESG-CV funding as previously approved by in the Interim Housing Bed Rates Adjustment Funding Report (C.F. 23-1348), to address interim housing operation shortfalls from 2022-23 (REC# 3):
    a. Reflect the new Funding Category and allocations as follows with an expenditure deadline of September 30, 2023:
        i. Up to $40,333 in FC-1 Tiny Home Village Operations
        ii. Up to $91,911 in FC-6 Rapid Re-Housing/Time Limited Subsidies

28. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's new Roadmap Contract (C-144656) with LAHSA to:
    a. Reflect the service funding allocations for 1725 South La Cienega Boulevard in Council District 5;
    b. Add funding for the operations of the King Solomon Village site located at 1300-1332 W. Slauson Avenue in Council District 9;

29. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's HHAP (C-135650) contract with LAHSA to:
    a. Add and increase funding for the operations of the following interim housing sites:
        i. THV located at 6099 Laurel Canyon Boulevard in Council District 2;
        ii. THV located at 1221 South Figueroa Place in Council District 15;
        iii. THV located at 6073 North Reseda Boulevard in Council District 3;
        iv. THV located at 1455 Alvarado Street in Council District 13;

30. AUTHORIZE the CAO to:
   a. Prepare Controller instructions or make necessary technical adjustments, including to the names of the Special Fund accounts recommended for this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions; and
   b. Prepare any additional Controller instructions to reimburse City Departments for their accrued labor, material or permit costs related to projects in this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions.

## BACKGROUND

As part of the LA Alliance case, on June 16, 2020, the City reached an agreement with the County to create 6,700 new homeless housing units within 18 months to address the COVID-19 emergency. This agreement is referred to as the Homelessness Roadmap.

The Roadmap set the following targets:
- 700 beds in existing agreements with the County within 10 months
- 5,300 new beds within 10 months
- 700 new beds within 18 months

The City is required to open and maintain 6,000 new beds, not covered by existing City-County agreements. The County will provide up to $60 million in annual service funding, totaling up to $300 million over the five-year agreement term, based on the number of interventions open and occupied within 60 days of July 1st each year.

The City has met all obligations under the agreement and will continue to do so. As of December 31, 2023, 6,608 new beds are open and occupiable, which includes 823 rapid rehousing/shared housing point-in-time placements overseen by the Los Angeles Homeless Services Authority (LAHSA).

## DISCUSSION

**Interim Housing Site Lease Renewals**

The Tiny Home Village (THV) located at 6099 Laurel Canyon Boulevard in Council District 2 became open and occupiable on April 27, 2021. The current service provider on site is Hope the Mission (formerly Hope of the Valley), and the site provides 200 beds to people experiencing homelessness (PEH). This report recommends the authority for the General Services Department (GSD) to enter into a new or amend an existing interdepartmental agreement with the Department of Recreation and Parks (RAP) and a lease agreement with the Hope the Mission. This renewal will extend the site for one year with a new term from April 12, 2024 to

CAO File No.                    PAGE
0220-05151-0546                    8

April 11, 2025. Additionally, this report allocates $10,000 in Homeless Housing, Assistance, and Prevention Round 2 (HHAP-2) funds to support the operations of the THV.

The THV located at 1221 South Figueroa Place in Council District 15 became open and occupiable on June 14, 2021, and provides 75 beds to PEH. The current service provider on site is The Salvation Army (TSA). This report recommends the authority for the GSD to enter into a new or amend an existing interdepartmental agreement with the RAP and a lease agreement with TSA. This renewal will extend the site for one year with a new term from June 23, 2024 to June 22, 2025. Additionally, this report allocates $10,000 in HHAP-2 funds to support the operations of the THV.

The THV located at 6073 North Reseda Boulevard in Council District 15 became open and occupiable on July 7, 2021, and provides 148 beds to PEH. The current service provider onsite is TSA. This report recommends the authority for the GSD to execute a new or amend an existing lease agreement with the Los Angeles County Metropolitan Transit Authority for the THV. Additionally, this report allocates $10,000 in HHAP-2 funds to support the operations of the THV.

To provide authority for these site renewals, the Bureau of Engineering (BOE) has conducted CEQA analysis for these sites, which is transmitted under a separate cover. The Mayor and City Council must approve the recommendations included in this report, which are based on BOE's determination that these uses are categorically exempt from CEQA in order to proceed.

**600 East 116th Place in Council District 15**

In the 11th Roadmap funding report (C.F. 20-0841-S23), approved by the Council and Mayor on June 7, 2022, the proposed THV located at 600 East 116th Place with 41 beds in Council District 15 was determined to be statutorily exempt under Public Resources Code Section 21080(b)(4) as specific actions necessary to prevent or mitigate an emergency as also reflected in California Environmental Quality Act (CEQA) Guideline Section 15269(c); and under Public Resources Code Section 21080.27 (AB 1197) applicable to City of Los Angeles emergency homeless shelters. Additionally, GSD was granted authority to negotiate and execute a lease agreement with the California Department of Transportation (Caltrans).

Due to a change in the interim housing structure type and an increase in the capacity at this site to 64 beds, The Bureau of Engineering (BOE) conducted a new CEQA analysis, and has determined that this use is categorically exempt from CEQA. Additionally, this report recommends the authority for GSD to execute a new or amend an existing lease agreement with Caltrans for the THV.

**La Cienega Motel in Council District 5**

This report recommends the authority for GSD to enter into a lease agreement with IKAR, the property owner of the La Cienega Motel located at 1725 South La Cienega Boulevard in Council District 5 for interim housing. The site will provide up to 20 beds to PEH. Additionally, this report recommends the authority for GSD to enter into a sublease agreement with the selected service provider, Abundant Blessings.

The site is expected to operate for a term of six months with an option to extend for an additional six months for a total of one year. This report recommends allocating up to $402,600 of County Funding Agreement funds for leasing 20 beds at the La Cienega Motel at $110 per bed, per night. Additionally, this report recommends allocating up to $366,000 of County Funding Agreement funds to support operations at the site. Of the $366,000, $122,000 is recommended for 2023-24 and the remaining $244,000 is reserved for 2024-25.

**1455 Alvarado Street Tiny Home Village (CD 13)**

In the 22nd Roadmap funding report (C.F. 20-0841-S-41) approved by the Council and Mayor on February 22, 2024, the Tiny Home Village (THV) located at 1455 Alvarado Street in Council District 13 was approved for an exemption for the California Environmental Quality Act (CEQA). Additionally, the General Services Department was also approved authorization to re-negotiate an existing or enter into a new lease agreement with Kirby Properties c/o Reliable Properties who owns the property in which the THV is built. The service provider on site has been Urban Alchemy since the site's opening in May 2021; however, Hope the Mission will be taking over operations. Therefore, the 22nd Roadmap funding report also included the authority for GSD to enter into a sublease agreement with Hope the Mission, who was previously called Hope of the Valley.

From the beginning of Fiscal Year 2023-24, Urban Alchemy was funded at a bed rate of about $149 per bed, per night, which is above the recently approved increased bed rate of $60.50. The service provider was instructed to operate at a lower capacity in an effort to decrease funding requirements, which cost about $91 per bed, per night for operations. Through the lease and sublease renewals, the transition to a new service provider is being initiated. Hope the Mission, formerly known as Hope of the Valley, will take over site operations at full capacity with the full range of services to be provided to program participants, which still requires a higher bed rate of $112 per bed, per night, due to the small capacity of this THV.

**850 N. Mission Road Tiny Home Village (CD 14)**

In the CAO's Eleventh Roadmap funding report dated May 20, 2022, which was approved by the Council and Mayor on June 7, 2022 (C.F. 20-0841-S23), the Tiny Home Village (THV) located at 850 N. Mission Rd. in Council District 14 was approved. This THV provides 144 beds to PEH, and the service provider on site is Volunteers of America, Los Angeles (VOALA). The

property where this THV is built is owned by the Los Angeles Sanitation Department and was purchased using the special Sewer Construction Maintenance (SCM) fund. SCM is currently being subsidized by the City's General Fund and has special requirements when the use of the property is not related to SCM. To ensure that the SCM fund is made whole, this report recommends $226,800 of AHS-GCP funds which will pay a market rate lease for the time of construction, which began in November 2022 and completed in February 2024. Additionally, this report recommends $40,153 AHS-GCP funds to make SCM whole for an additional 6,971 square feet that would provide parking to the THV.

**A Bridge Home Demobilization - 14333 Aetna Street (CD 6)**

The A Bridge Home (ABH) located at 14333 Aetna Street in CD 6 provided 74 beds to PEH and was operated by The Salvation Army. The land where the ABH was built is owned by the Los Angeles County Metropolitan Transportation Authority, also known as Metro. Due to Metro's planned timeline of the Orange Line improvements, the Aetna ABH demobilized on December 1, 2023. This report recommends a total of $21,708 Additional Homeless Services - General City Purpose (AHS-GCP) funds to ensure security is on site while the property is vacant. The Bureau of Engineering will act as the project manager, while the General Services Department, Construction Forces Division will complete the work.

**FISCAL IMPACT STATEMENT**

There is no additional General Fund impact as a result of the recommendations in this report. The recommendations in this report utilize the City's General Fund that was previously budgeted and approved for homelessness interventions. Additionally, the recommendations in this report also utilizes the Homeless Housing, Assistance, and Prevention and County Roadmap funds for homelessness interventions.

**FINANCIAL POLICIES STATEMENT**

The recommendations in this report comply with the City Financial Policies in that budgeted funds are being used to fund recommended actions.

Attachments:
1. COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 23rd Homeless Roadmap Funding Recommendations are Approved.

*MWS:PJH:ECG:KML:MP:MAG:MZ:16240101*

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 22nd Roadmap Funding Recommendations are Approved

| No. | Type of Unit/Intervention | Type | Site | CD | FY 2022-2023 Committment HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | FY 2023-2024 Committment HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 13160 Raymer St. | 2 | | | | | | | | | | | $1,348,321 |
| 2 | | | 7700 Van Nuys Blvd. | 2 | | | | | | | | | | | $6,209,046 |
| 3 | | | 7621 Canoga Ave. | 3 | | | | | | | | | | | $4,300,000 |
| 4 | | | 3061 Riverside Dr. | 4 | | | | | -$650,704.87 | | | | | | $4,537,274 |
| 5 | | | 3428 Riverside Dr. | 4 | | | | | | | | | | | $5,812,912 |
| 6 | | | 1479 La Cienega Blvd. | 5 | | | | | | | | | | | $0 |
| 7 | | | 14333 Aetna St. | 6 | | | | | | | | | $621,426 | | $5,749,155 |
| 8 | | | Sylmar Armory | 7 | | | | | | | | | | | $0 |
| 9 | ABH Beds (1) | Capital | 4601 Figueroa St. | 9 | | | | | | | | | | | $0 |
| 10 | | | 1819 S. Western Ave. | 10 | | | | | | | | | | | $1,579,490 |
| 11 | | | 625 Lafayette Pl. | 10 | | | | | | | | | | | $5,518,289 |
| 12 | | | West LA VA | 11 | | | | | | | | | | | $136,046 |
| 13 | | | 1533 Schrader Blvd. | 13 | | | | | $20,529 | | | | | | $42,029 |
| 14 | | | 310 N. Main St. | 14 | | | | | | | | | | | $3,643,174 |
| 15 | | | 407 N Beacon St. (515 N Beacon St.) | 15 | | | | | $158,410 | | | | | | $971,200 |
| 16 | | | 828 Eubank Ave. | 15 | | | | | | | | $15,712 | | | $30,712 |
| | **ABH Capital Total** | | | | **$0** | **$0** | **$0** | **$0** | **-$471,766** | **$0** | **$0** | **$0** | **$637,138** | **$0** | **$39,877,647** |
| 17 | | | 1920 W 3rd St. | 1 | $176,158 | | | -$613,200 | $767,448 | | | | | | $1,328,051 |
| 18 | | | 13160 Raymer St. | 2 | | | | $2,813,599 | | | | | | | $7,179,555 |
| 19 | | | 7700 Van Nuys Blvd. | 2 | | | | $2,196,000 | | | | | | | $6,916,448 |
| 20 | | | 7621 Canoga Ave. | 3 | | | | | | | | | | | $0 |
| 21 | | | 3061 Riverside Dr. | 4 | | | | $856,440 | | | | | | | $6,528,229 |
| 22 | | | 3428 Riverside Dr. | 4 | | | | $2,196,000 | | | | | | | $8,297,062 |
| 23 | | | 1479 La Cienega Blvd. | 5 | $647,991 | | | $647,991 | | | | | | | $2,655,978 |
| 24 | | | 14333 Aetna St. | 6 | | | | $1,221,000 | | | | -$711,646 | | | $5,123,584 |
| 25 | | | Sylmar Armory | 7 | | | | $1,866,600 | | | | | | | $7,242,000 |
| 26 | ABH Beds (1) | Operating (2) | 4601 Figueroa St. | 9 | | | | | | $405,942 | | | | | $1,355,275 |
| 27 | | | 1819 S. Western Ave. | 10 | | | | $329,400 | | | | | | | $1,399,084 |
| 28 | | | 625 Lafayette Pl. | 10 | | | | $1,581,120 | | | | | | | $5,099,666 |
| 29 | | | 1214 Lodi Pl. (Phase 1) | 13 | | | | $4,500,642 | | | | $362,430 | | | $10,861,060 |
| 30 | | | 1533 Schrader Blvd. | 13 | | | | -$1,576,800 | 1,576,800 | | | | | | $2,791,437 |
| 31 | | | 711 N Alameda St (El Puente) | 14 | | | | -$985,500 | $985,500 | | | | | | $2,173,463 |
| 32 | | | 310 N. Main St. (Civic Center) | 14 | | | | $714,160 | | | | | | | $5,878,612 |
| 33 | | | 407 N Beacon St. (515 N Beacon St.) | 15 | $512 | | | $1,670,169 | | | | $1,055,954 | | | $5,621,754 |
| 34 | | | 828 Eubank Ave. | 15 | $126 | | | $252 | $39,752 | | | $2,372,000 | | | $6,792,256 |
| | **ABH Operation Total** | | | | **$824,787** | **$0** | **$0** | **$17,417,872** | **$3,369,500** | **$405,942** | **$0** | **$3,078,738** | **$0** | **$0** | **$87,243,514** |
| 35 | | | 11471 Chandler Blvd. | 2 | | | | | | | | | | | $4,562,211 |
| 36 | | | 6099 Laurel Canyon Blvd. | 2 | | | | | | $10,000 | | | $223,929 | | $8,906,965 |
| 37 | | | 12600 Saticoy St. | 2 | | | | | | | | | | | $6,008,098 |
| 38 | | | 19040 Vanowen St. | 3 | | | | | | | | | | | $3,229,997 |
| 39 | | | 6073 Reseda Blvd. | 3 | $32,000 | | | | $135,080 | | | | | | $4,411,736 |
| 40 | | | 9710 San Fernando Blvd. | 6 | | | | | -$1,300,000 | | | | | | $5,673,070 |
| 41 | | | Compton Ave. and Nevin Ave. | 9 | -$10,000 | | | | -$7,135,913 | | | | | | $58,422 |
| 42 | | | 2301 W. 3rd St. | 13 | | | | | -$1,382,042 | | | | | | $3,592,858 |
| 43 | Tiny Home Villages | Capital | 1455 Alvarado St. | 13 | | | | | | | | | | | $2,487,727 |
| 44 | | | Arroyo & Ave. 60 | 14 | | | | | | | | | | | $6,173,096 |
| 45 | | | 7570 Figueroa St. | 14 | | | | | -$631,916 | | | | | | $3,159,298 |
| 46 | | | 850 N. Mission Rd. | 14 | $4,869,572 | | | | | | | | | | $4,869,572 |

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 22nd Roadmap Funding Recommendations are Approved

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2022-2023 Comittment | | | | | Fiscal Year 2023-2024 Comittment | | | | State Homkey Grant | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | ESG-CV (5) | County (4) | GCP-AHS | | |
| 47 | | | Mission and Jesse | 14 | | | | | $193,924 | | | | | | $193,924 |
| 48 | | | 1221 Figueroa Pl. | 15 | | | | | | $10,000 | | | | | $4,401,241 |
| 49 | | | 600 E. 116th Pl. | 15 | $3,548,982 | | | | | -$45,794 | | | $68,245 | | $3,703,138 |
| 50 | | | 406 N. Bonnie Brae St & 413 Burlington Ave | 13 | | | | | | $10,000 | | | | | $10,000 |
| | **Tiny Home Villages Capital Total** | | | | **$8,440,554** | **$0** | **$0** | **$0** | **-$10,120,867** | **-$15,794** | **$0** | **$0** | **$292,174** | **$0** | **$61,441,352** |
| 51 | Other Interim Beds / Homekey Units (1) | Acquisition | 2521-2525 Long Beach Ave. | 9 | | | | | | | | | | | $4,911,342 |
| 52 | | | 2300, 2312, 2324 & 2332 S. Central Ave. | 9 | | | | | | | | | | | $11,688,000 |
| 53 | | | 1300-1332 W. Slauson Ave. | 9 | | | | | | | | | | | $6,520,353 |
| | | | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$23,119,695** |
| 54 | Other Interim Beds | Capital | 499 San Fernando Road | 1 | | | | | $3,126,715 | | | | | | $14,598,676 |
| 55 | | | Coalition to Abolish Slavery and Trafficking (CAST) | 5 | | | | | | | | | | | $445,227 |
| 56 | | | 2521-2525 Long Beach Ave. | 9 | | | | | | | | | | | $3,406,547 |
| 57 | | | 1300-1332 W. Slauson Ave. | 9 | | | | | | | | | | | $2,124,741 |
| 58 | | | 18140 Parthenia Blvd. | 12 | | | | | | | | | | | $8,289,123 |
| | **Other Interim Beds Capital Total** | | | | **$0** | **$0** | **$0** | **$0** | **$3,126,715** | **$0** | **$0** | **$0** | **$0** | **$0** | **$28,864,314** |
| 59 | Tiny Home Villages | Operating (2) | 11471 Chandler Blvd. | 2 | | | | | | | | $1,509,750 | | | $5,070,600 |
| 60 | | | 6099 Laurel Canyon Blvd. | 2 | | | -$1,794,933 | | | $10,000 | | $4,026,000 | $183,929 | | $11,216,496 |
| 61 | | | 12600 Saticoy St. | 2 | $512 | | -$958,029 | -$455,488 | | | | $313,154 | $3,019,500 | | $8,037,911 |
| 62 | | | 19040 Vanowen St. | 3 | | | -$528,275 | | | | | $294,643 | $2,033,130 | | $6,221,052 |
| 63 | | | 6073 Reseda Blvd. | 3 | | | -$1,049,709 | $18,146 | | $10,000 | $419,511 | $2,979,240 | | | $8,519,768 |
| 64 | | | 9710 San Fernando Blvd. | 6 | | | -$1,009,975 | $1,659,978 | | | | $3,240,930 | | | $5,919,233 |
| 65 | | | Compton Ave. & Nevin Ave. | 9 | | | | -$475,200 | | | | | | | $0 |
| 66 | | | 1455 Alvarado St. | 13 | | | $217,589 | | | $273,872 | $463,344 | $1,649,317 | | | $6,035,402 |
| 67 | | | 2301 W. 3rd St. | 13 | | | | $677,440 | | | $546,837 | $1,716,385 | | | $5,959,563 |
| 68 | | | Arroyo & Ave. 60 | 14 | | | | $763,880 | | | | $4,509,120 | | | $11,671,114 |
| 69 | | | 7570 Figueroa St. | 14 | | | | $578,041 | | | | $1,872,090 | | | $4,477,423 |
| 70 | | | 1221 Figueroa Pl. | 15 | | | | | | $10,000 | $156,882 | $1,610,400 | | | $4,538,117 |
| 71 | | | 499 San Fernando | 1 | | | | $990,000 | | | | $330,000 | | | $1,320,000 |
| 72 | | | 850 N. Mission Rd. | 14 | | | | $194,400 | | | | $2,568,368 | $266,953 | | $3,029,721 |
| 73 | | | Mission and Jesse | 14 | | | | | $188,363 | | | | | | $188,363 |
| | **Tiny Home Villages Operating Total** | | | | **$512** | **$0** | **-$5,123,331** | **$3,951,197** | **$188,363** | **$303,872** | **$2,194,370** | **$30,734,230** | **$450,882** | **$0** | **$82,227,609** |
| 74 | | | 313 Patton St. | 1 | | | | | | | | | | | $857,628 |
| 75 | | | 1701 Camino Palmero St. | 4 | | | | $76,650 | | | | $691,740 | | | $2,116,080 |
| 76 | | | 7600 Beverly Blvd. | 4 | | | | | | | | | | | $304,937 |
| 77 | | | 1725 S La Cienega Blvd | 5 | | | | | | | | $768,600 | | | $768,600 |
| 78 | | | 7253 Melrose Ave. | 5 | -$10,000 | | | -$2,970,444 | | | | | | | $0 |
| 79 | | | 7816 Simpson Ave. | 6 | | | | $983,675 | | | | $986,370 | | | $3,436,125 |
| 80 | | | 6909 N. Sepulveda Blvd. | 6 | | | | | | | | $2,938,980 | | | $9,492,741 |
| 81 | | | 11067 Norris Ave. | 7 | | | | | | | | | | | $609,900 |
| 82 | | | 8501 1/2 S. Vermont Ave. | 8 | | | | | | | | $503,250 | | | $1,632,125 |
| 83 | | | 5615 - 5749 S. Western Ave. | 8 | $201,300 | | | | | | | $140,910 | | | $658,295 |
| 84 | | | 8311 S. Western Ave. | 8 | | | | | | | | | | | $321,000 |
| 85 | | | 2514 W. Vernon Ave. | 8 | | | | | | | | | | | $214,000 |
| 86 | | | 8501 S. Broadway | 9 | | | | | | | | $3,019,500 | | | $9,791,832 |
| 87 | | | 5100 S. Central Ave. | 9 | | | | | | | | $503,250 | | | $1,632,106 |
| 88 | | | 224 E. 25th St. & 224 1/2 E. 25th St. | 9 | | | | | | | | $1,368,840 | | | $3,610,640 |

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 22nd Roadmap Funding Recommendations are Approved

| No. | Type of Unit/Intervention | Type | Site | CD | FY 2022-2023 HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | FY 2023-2024 HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 89 | Other Interim Beds | Operating (2) | 9165 & 9165 ½ South Normandie St | 9 | $140,910 | | | $160,600 | | | | $563,640 | | | $1,668,150 |
| 90 | | | 5171 S. Vermont Ave. | 9 | | | | | | | | | | | $214,000 |
| 91 | | | 2521-2525 Long Beach Ave. | 9 | | | $462,000 | $1,826,072 | | | | $2,938,980 | | | $5,288,052 |
| 92 | | | 1300-1332 W. Slauson Ave. | 9 | | | -$1,674,765 | $348,021 | | | | $2,096,245 | | | $3,934,605 |
| 93 | | | 18140 Parthenia Blvd. | 12 | | | | $637,290 | | | | $2,153,910 | | | $4,459,399 |
| 94 | | | 5941 Hollywood Blvd. | 13 | | | -$80,302 | $412,101 | | | | $603,900 | | | $1,978,324 |
| 95 | | | 3191 W. 4th St. | 13 | | | | | | | | | | | $178,072 |
| 96 | | | 566 S. San Pedro St. | 14 | | | | $1,423,500 | | | | $1,427,400 | | | $4,744,700 |
| 97 | | | 1060 Vignes St. | 14 | | | | $4,858,150 | | | | $4,670,160 | | | $13,854,014 |
| 98 | | | 543 Crocker St. | 14 | $1,610,400 | | | $401,500 | | | | $402,600 | | | $2,890,010 |
| 99 | | | 3123 S. Grand Ave. | 14 | | | | $0 | | | | $401,500 | | | $803,000 |
| 100 | | | Scattered Sites - SRO Housing Corporation | 14 | | | | $1,204,500 | | | | | | | $2,409,000 |
| 101 | | | 1904 Bailey St. | 14 | | | | $2,888,260 | $79,491 | | | | | | $2,967,751 |
| 102 | | | 345 E. 118 Pl. | 15 | $241,560 | | | $80,300 | | | | $80,520 | | | $482,680 |
| 103 | | | Various | Various | | | | | | | | | | | $112,354 |
| 104 | | | Project Roomkey (3) | Various | | | | | | | | | | | $72,427,887 |
| 105 | | | Shelter Program | Various | | | | | | $757,477 | $934,787 | | | | $1,692,264 |
| | **Other Interim Beds Operating Total** | | | | **$2,184,170** | **$0** | **-$1,293,067** | **$12,330,175** | **$79,491** | **$757,477** | **$934,787** | **$26,260,295** | **$0** | **$0** | **$155,550,271** |
| 106 | | | Beacon (Solaire Hotel) | 1 | | | | | | | | | | | $4,873,960 |
| 107 | | | Sieroty (Howard Johnson) | 4 | | | | | | | | | | | $5,103,560 |
| 108 | | | Sepulveda Villa (Econo Motor Inn) | 6 | $1,859,280 | | | | | | | | | | $4,568,997 |
| 109 | | | Pano (Panorama Inn) | 6 | | | | | | | | | | | $2,713,579 |
| 110 | | | Arleta (Woodman) | 6 | | | | | | | | | | | $20,056,747 |
| 111 | | | Woodman Ownership Transfer | 6 | | | | | | | | | | | $19,500 |
| 112 | | | Encinitas (Good Nite Inn) | 7 | | | | | | | | | | | $16,351,536 |
| 113 | Homekey Units (1) | Match / Acquisition | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | | | | | | | | | $1,281,013 |
| 114 | | | Mollie Maison (Best Inn) | 10 | | | | | | | | | | | $990,290 |
| 115 | | | The Layover (Super 8 LAX) | 11 | | | | | | | | | | | $10,830,215 |
| 116 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | | | | | | | | $10,152,255 |
| 117 | | | Devonshire Lodge (Travelodge) | 12 | | | | | | | | | | | $3,162,222 |
| 118 | | | The Nest | 13 | | | | | | | | | | | $1,736,813 |
| 119 | | | Casa Luna (Titta's Inn) | 14 | | | | | | | | | | | $1,977,625 |
| 120 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | | | | | | | | $9,021,062 |
| 121 | | | Travelodge (Normandie) | 15 | | | | | | | | | | | $3,990,522 |
| 122 | | | Property management and real estate service | Various | | | | | | | | | | | $779,939 |
| | **Project Homekey Match / Aquisition Total** | | | | **$1,859,280** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$97,609,837** |
| 123 | | | Beacon (Solaire Hotel) | 1 | $2,347,158 | | -$219,336 | $2,340,745 | | | | | | | $6,321,958 |
| 124 | | | Sieroty (Howard Johnson) | 4 | $2,206,980 | | $0 | $2,172,480 | | | | | | | $6,311,552 |
| 125 | | | Super 8 Canoga Park | 3 | | | -$1,178,015 | | | | | | | | $1,028,993 |
| 126 | | | Sepulveda Villa (Econo Motor Inn) | 6 | $1,859,280 | | | $1,854,200 | | | | | | | $5,471,703 |
| 127 | | | Pano (Panorama Inn) | 6 | $250,000 | | $347,087 | $250,000 | | | | | | | $1,097,087 |
| 128 | | | Arleta (Woodman) | 6 | $4,699,120 | | -$315,000 | $765,283 | | | | | | | $5,464,403 |
| 129 | | | Encinitas (Good Nite Inn) | 7 | $2,757,810 | | | $2,750,275 | | | | | | | $9,578,320 |

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 22nd Roadmap Funding Recommendations are Approved

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2022-2023 Comittment | | | | | Fiscal Year 2023-2024 Comittment | | | | State Homkey Grant | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | ESG-CV (5) | County (4) | GCP-AHS | | |
| 130 | Homekey Units (1) | Operating | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | -$344 | $761,025 | | | | | | | $1,374,059 |
| 131 | | | Mollie Maison (Best Inn) | 10 | $187,210 | | $803,811 | $704,450 | | $29,850 | $316,316 | | | | $2,381,154 |
| 132 | | | The Layover (Super 8 LAX) | 11 | $1,418,250 | | $570,432 | $1,383,350 | | $323,076 | | | | | $5,434,632 |
| 133 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | -$169,289 | $356,085 | | | | | | | $1,731,181 |
| 134 | | | Devonshire Lodge (Travelodge) | 12 | $2,388,150 | | -$417,509 | $2,381,625 | | | | | | | $7,883,079 |
| 135 | | | The Nest | 13 | $1,226,100 | | $498,132 | $1,222,750 | | | | | | | $4,171,636 |
| 136 | | | Casa Luna (Titta's Inn) | 14 | $1,259,772 | | | $1,256,330 | | | | | | | $3,597,212 |
| 137 | | | Huntington Villas (Super 8 Alhambra) | 14 | $1,661,640 | | -$479,165 | $1,657,100 | | | | | | | $5,270,075 |
| 138 | | | Travelodge (Normandie) | 15 | $500,000 | | $564,055 | $500,000 | | | | | | | $2,064,055 |
| | **Project Homekey Operating Total** | | | | **$22,761,470** | **$0** | **$4,859** | **$20,355,698** | **$0** | **$352,926** | **$316,316** | **$0** | **$0** | **$0** | **$69,181,099** |
| 139 | | | Beacon (Solaire Hotel) | 1 | | | | | | | | | | | $3,231,738 |
| 140 | | | Sieroty (Howard Johnson) | 4 | | | $1,515,944 | | | | | | | $800,000 | $5,501,798 |
| 141 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | | $93,662 | | | | | | | | $886,851 |
| 142 | | | Pano (Panorama Inn) | 6 | $1,311,268 | | $1,286,703 | | $1,688,732 | | $96,154 | | | | $6,354,916 |
| 143 | | | Arleta (Woodman) | 6 | $2,046,519 | | $6,926,192 | | | $1,572,546 | $198,269 | | | | $17,859,351 |
| 144 | | | Encinitas (Good Nite Inn) | 7 | | | | | | | | | | | $2,766,023 |
| 145 | Homekey Units (1) | Improvement | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | $356,272 | | | | | | | | $758,260 |
| 146 | | | Mollie Maison (Best Inn) | 10 | | | | | | | | | | | $186,577 |
| 147 | | | The Layover (Super 8 LAX) | 11 | | | | | | | | | | | $1,020,206 |
| 148 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | | | | | | | $1,000,000 | $1,805,120 |
| 149 | | | Devonshire Lodge (Travelodge) | 12 | | | $300,000 | | | | | | | $410,000 | $1,625,324 |
| 150 | | | The Nest | 13 | | | | | | | | | | | $306,967 |
| 151 | | | Casa Luna (Titta's Inn) | 14 | | | | | | | | | | | $312,272 |
| 152 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | | | | | | | $500,000 | $877,640 |
| 153 | | | Travelodge (Normandie) | 15 | | | | | | $2,950,434 | $190,635 | | | | $5,329,301 |
| 154 | | | Real estate services to monitor alterations | n/a | | | | | | | | | | | $335,295 |
| | **Project Homekey Capital Improvement Total** | | | | **$3,357,787** | **$0** | **$10,478,773** | **$0** | **$1,688,732** | **$4,522,980** | **$485,058** | **$0** | **$0** | **$2,710,000** | **$49,157,639** |
| 155 | Recovery Housing | | Rapid Rehousing/ Shared Housing** | Various | | | -$5,020,377 | | | | $959,681 | $350,000 | | | **$78,575,224** |
| | **Recovery Housing Total** | | | | **$0** | **$0** | **-$5,020,377** | **$0** | **$0** | **$0** | **$959,681** | **$0** | **$350,000** | **$0** | **$78,575,224** |
| 156 | Measure H Strategy (7) | | Measure H Strategy - B4 (Landlord Incentive) | Various | | | | | | | | | | | $426,000 |
| | **Measure H Strategy Total** | | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$426,000** |
| 157 | Safe Sleeping | Capital | 2300 S. Central Ave. (6) | 9 | | | | | -$181,668 | | | | | | $1,516,883 |
| 158 | | | 317 N. Madison Ave. | 13 | | | | | | | | | | | $10,553 |
| | **Safe Sleep Capital Total** | | | | **$0** | **$0** | **$0** | **$0** | **-$181,668** | **$0** | **$0** | **$0** | **$0** | **$0** | **$1,527,436** |
| 159 | Safe Sleeping | Operating (2) | 2300 S. Central Ave. (6) | 9 | | | -$1,997,048 | $3,005,570 | | | | $3,065,250 | | | $7,122,272 |
| 160 | | | 317 N. Madison Ave. | 13 | | | | -$271,001 | | | | | | | $1,029,279 |
| | **Safe Sleep Operating Total** | | | | **$0** | **$0** | **-$1,997,048** | **$2,734,569** | **$0** | **$0** | **$0** | **$3,065,250** | **$0** | **$0** | **$8,151,551** |
| 161 | | | 7128 Jordan Ave. | 3 | | | | $273,750 | | | | $274,500 | | | $899,478 |
| 163 | | | 4301 S. Central Ave. | 9 | | | | $109,500 | | | | $109,800 | | | $373,367 |
| 164 | | | 1201 S. Figueroa St. | 9 | | | | $328,500 | | | | $329,400 | | | $892,172 |
| 166 | | | 11339 Iowa Ave. | 11 | | | | $273,750 | | | | $274,500 | | | $657,750 |

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 22nd Roadmap Funding Recommendations are Approved

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2022-2023 Committment | | | | | Fiscal Year 2023-2024 Committment | | | | State Homkey Grant | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | ESG-CV (5) | County (4) | GCP-AHS | | |
| 167 | | | 9100 Lincoln Blvd. | 11 | | | | $273,750 | | | | $0 | | | $480,568 |
| 168 | Safe Parking (1) | Operating (2) | 5455 111th Street | 11 | $7,360 | | | $778,119 | | | | | | | $894,985 |
| 169 | | | 8775 Wilbur Ave. | 12 | | | | $219,000 | | | | $219,600 | | | $712,882 |
| 170 | | | 1033 Cole Ave. | 13 | | | | $328,500 | | | | $219,600 | | | $682,551 |
| 171 | | | 4591 Santa Monica Blvd. | 13 | | | | $0 | | | | | | | $155,537 |
| 172 | | | 711 S. Beacon St. | 15 | | | | $328,500 | | | | $329,400 | | | $1,144,449 |
| 173 | | | 19610 Hamilton Ave. | 15 | | | | $273,750 | | | | $274,500 | | | $930,971 |
| | Safe Parking Operating Total | | | | $7,360 | $0 | $0 | $3,187,119 | $0 | $0 | $0 | $2,031,300 | $0 | $0 | $7,824,710 |
| 174 | Outreach | | Roadmap Outreach | Various | $2,472,188 | | | | | | | | | | $9,077,365 |
| 175 | | | Encampment to Home Program on Ocean Front Walk/Venice | 11 | | | | | | | | | | | $5,000,000 |
| | Outreach Total | | | | $2,472,188 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $14,977,365 |
| 176 | | | BOE | n/a | | | | | $2,366,711 | | | | | | $8,155,055 |
| 177 | | | BCA | n/a | | | | | | | | | | | $299,416 |
| 178 | Admin | Admin | CAO | n/a | | | | | | | | | | | $254,035 |
| 179 | | | GSD | n/a | | | | | | | | | | | $77,500 |
| 180 | | | LAHD | n/a | | | | | | | | | | | $1,158,255 |
| 181 | | | LAHSA | n/a | | | | | | | $93,479 | | | | $5,594,161 |
| | Admin Total | | | | $0 | $0 | $0 | $0 | $2,366,711 | $0 | $93,479 | $0 | $0 | $0 | $15,538,422 |
| | Total Commitment | | | | $41,908,108 | $0 | -$2,950,191 | $59,976,631 | $45,210 | $6,327,403 | $4,983,691 | $65,169,813 | $1,730,194 | | $798,173,989 |
| | Total Uncommitted | | | | | $12,279 | $2,845,535 | | N/A | | $2,845,535 | -$665,990 | | | |

(1) Does not include Roadmap interventions that are in existing agreements with the County.

(2) Operating costs vary by intervention type: ABH Beds: $60/bed/night; Tiny Home Villages, Leased Facilities, Year Round Shelter: $55/bed/night; Project Homekey: $85/unit/night; Safe Sleeping: $67/person/night; and Safe Parking: $30/car/night. Project Roomkey cos

(3) Committed funds used to front-fund the Project Roomkey extension are expected to be reimbursed by the FEMA, at which time the funds will be available for programming.

(4) County Services allocations are restricted to services, leasing, FFE, and start up costs.

(5) Reflects the entire cost of the program for two (2) years using ESG-COVID.

(6) 2300 S Central is part of the City Project Homekey Program. The site will oeprate a Safe Sleeping Program until the owner/operator is ready to begin construction on permanent supportive housing.

(7) Placements funded with City funding for Measure H Strategies will be counted toward the Roadmap target of 6,700 interventions.