# EXHIBIT E

File No. 20-0841-S46

STATUTORY EXEMPTIONS and HOUSING AND HOMELESSNESS COMMITTEE REPORT relative to funding allocation and lease extension for continued use of the Tiny Home Villages/navigation centers at 6099 Laurel Canyon Boulevard, 1221 North Figueroa Place and 18616 West Topham Street (aka 6073 North Reseda Boulevard); and lease, construction and operation of the residential interim housing/navigation center at  600 East 116th Place; and the 23rd report regarding COVID-19 Homelessness Roadmap funding recommendations; and related matters.

Recommendations for Council action, SUBJECT TO THE APPROVAL OF THE MAYOR:

1.  FIND that the leases, funding allocation and continued use of the Tiny Home Villages/navigation centers at 6099 Laurel Canyon Boulevard, 1221 North Figueroa Place and 18616 West Topham Street (aka 6073 North Reseda Boulevard), for those experiencing homelessness, are statutorily exempt from California Environmental Quality Act (CEQA) under Public Resources Code (PRC) Section 21080.27 and Government Code Section 65660(b), applicable to City of Los Angeles (City) low barrier navigation centers, Government Code Section 8698.4, governing homeless shelter projects under a shelter crisis declaration, and PRC Section 21080(b)(4) and State CEQA Guidelines, 14 California Code of Regulations (CCR) Section 15269(c) as specific actions necessary to prevent or mitigate an emergency. This determination is consistent with, and supported by, the City Council's prior actions for the development and use of the properties as tiny home village shelters and navigation centers; and CEQA determinations made on August 10, 2020, September 9, 2020 and September 30, 2020, respectively (Council file Nos. 20-0841 and 20-0841-S2, respectively).

2.  DETERMINE that the lease, construction and operation of the residential interim housing/navigation center at 600 East 116th Place, for those experiencing homelessness, is statutorily exempt from CEQA under PRC Section 21080.27 and Government Code Section 65660(b), applicable to City low barrier navigation centers, Government Code Section 8698.4, governing homeless shelter projects under a shelter crisis declaration, and PRC Section 21080(b)(4) and State CEQA Guidelines, 14 CCR Section 15269(c) as specific actions necessary to prevent or mitigate an emergency. This determination is consistent with, and supported by, the City Council's prior actions for the development and use of the property as tiny home village shelters and navigation centers; and CEQA determination made on May 31, 2022 (Council file No. 20-0841-S23).

3.  APPROVE Recommendation Nos. 3 through 16, Nos. 18 through 24 and Nos. 26 through 30 contained in the City Administrative Officer (CAO) report dated March 29, 2024, attached to Council file No. 20-0841-S46.

4.  AMEND and APPROVE Recommendation Nos. 17 and 25, respectively, as follows:

    17. APPROVE up to $122,000 for the operations of the La Cienega Motel located at 1725 South La Cienega Boulevard with 20 beds in Council District 5 not to exceed six months through June 30, 2024:

        a.  APPROPRIATE $122,000 from Fund No. Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No.10T618, Homeless Effort - County Funding Agreement to Homeless Efforts - County Funding Agreement Fund No. 63Q/43, Account No. 43YC29, 2023-24 Other Interim Housing Operations, for the operations cost of the La Cienega Motel located at 1725 South La Cienega Boulevard in Council District 5 through June 30, 2024.

    25. APPROVE and APPROPRIATE $107,639 of Homeless Housing, Assistance and Prevention Round 3 funding from Citywide Leasing Fund No. 100/63, Account No. 000027, A Bridge Home Leasing to General Services Department Fund No. 100/40,

Account No. 003180 Construction Materials for the leasing costs of 711 North Alameda St. (El Puente) (Trailers).

<u>Fiscal Impact Statement</u>: The CAO reports that there is no additional General Fund impact as a result of the recommendations in this report. The recommendations in this report utilize the City's General Fund that was previously budgeted and approved for homelessness interventions. Additionally, the recommendations in this report also utilizes the Homeless Housing, Assistance, and Prevention and County Roadmap funds for homelessness interventions.

<u>Financial Policies Statement</u>: The CAO reports that the recommendations in this report comply with the City's Financial Policies in that budgeted funds are being used to fund recommended actions.

<u>Community Impact Statement</u>:  None submitted

<u>SUMMARY</u>

At the meeting held on April 3, 2024, your Housing and Homelessness Committee considered CAO and Bureau of Engineering reports relative to funding allocation and lease extension for continued use of the Tiny Home Villages/navigation centers at 6099 Laurel Canyon Boulevard, 1221 North Figueroa Place and 18616 West Topham Street (aka 6073 North Reseda Boulevard); and lease, construction and operation of the residential interim housing/navigation center at  600 East 116th Place; and the 23rd report regarding COVID-19 Homelessness Roadmap funding recommendations; and related matters.

After an opportunity for public comment was held, the Committee recommended to move forward the recommendations contained in the CAO report, as detailed above, as amended. This matter is now submitted to the Council for consideration.

Respectfully Submitted,


HOUSING AND HOMELESSNESS COMMITTEE


| MEMBER | VOTE |
|---|---|
| RAMAN: | YES |
| BLUMENFIELD: | YES |
| HARRIS-DAWSON: | YES |
| RODRIGUEZ: | YES |
| LEE: | YES |

LV 4.3.24

**-NOT OFFICIAL UNTIL COUNCIL ACTS-**