**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                              Date:  April 24, 2024

Title: LA ALLIANCE FOR HUMAN RIGHTS, et al., v. CITY OF LOS ANGELES, et al.

---

PRESENT:        THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

|  Karlen Dubon  | |  Not Present  |
| --- | --- | --- |
| Courtroom Clerk | | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| --- | --- |
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):     REQUEST FOR LAHSA AND CITY RE: MAY 2 HEARING**

       LAHSA and the City quickly and completely responding to the auditors' requests for information is essential for a timely, thorough, and accurate audit. For this reason, the Court requests that a representative from both LAHSA and the City of Los Angeles who will be involved in gathering data or documents requested by the auditors attend the hearing scheduled for May 2, 2024, at 2:00 p.m.

       The City of Los Angeles and LAHSA are also requested to provide the Court and auditing firm with a comprehensive list of potential departments that oversee housing and homeless programs in advance of the May 2 hearing to facilitate transparent communication between the auditors and relevant city employees.

       Finally, the parties are directed to meet and confer regarding whether a preservation order directed at LAHSA is necessary to ensure that the auditors have full information regarding LAHSA's operations. If the parties agree that a preservation order is appropriate, they are requested to file a proposed preservation order, either jointly or separately, with the Court in advance of the May 2 hearing.

       The Clerk shall serve this minute order on the parties.

                                                                                    Initials of Deputy Clerk: kdu