UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>              Plaintiffs,<br><br>        v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>              Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**NOTICE OF FEEDBACK REGARDING THE CITY'S WEBSITE BY ORDER OF THE COURT**<br><br>Before:  Hon. David O. Carter<br>Courtroom: 10A<br>Hearing Date:  March 4, 2024<br>Hearing Time:  8:30 p.m. |

*NOTICE OF FEEDBACK REGARDING THE CITY'S WEBSITE BY ORDER OF THE COURT*

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to the Court's request at the April 11, 2024 Status Conference re MOU between the Parties, LA Alliance for Human Rights' submits their feedback regarding the City's website.

Attached hereto as **Exhibit A is** a true and correct copy of LA Alliance for Human Rights Initial Comments on City's Homelessness Metrics Website.

Attached hereto as **Exhibit B** is a true and correct copy of the Overview of Safe Parking reports on City Homelessness Programs Website.

Attached hereto as **Exhibit C** is a true and correct copy of a mock-up of what a user-friendly website would look like with comments.

Dated: April 25, 2024          Respectfully submitted,

*/s/ Elizabeth A. Mitchell*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer
Elizabeth A. Mitchell

*Attorneys for Plaintiffs*

4877-0463-4288, v. 1

ii

*NOTICE OF FEEDBACK REGARDING THE CITY'S WEBSITE BY ORDER OF THE COURT*