# Exhibit A



**LA Alliance for Human Rights Initial Comments on City's Homelessness Metrics Website**
**https://cao.lacity.gov/homeless/**

- The descriptions of subjects and categories are overly technical and barebones; they do not clearly describe the information they contain.

- The page is not user-friendly or intuitive.  Using graphics will help users have an idea of what the information and links are.

- The page is very process/procedural oriented. The site is adequate if you know what you're looking for or looking at and know how to read financial and statistical reports, but not helpful for the general public. Adding additional narrative will help people understand what they're looking at, e.g. "Click here to see how many people have been permanently and temporarily housed through Inside Safe and how much the program has costs".

- Consider "layering" the information so a casual user can get high-level information at first glance while others can dig into the details.

- The page contains information not directly related to program performance, e.g. committee meeting agendas. This information should be moved off the page unless agenda items are specifically relevant to transparency and performance.  For example, there is no need to post the cancellation notice for the April 2024 Homelessness Strategy Committee meeting. Some of the meeting information is valuable, such as program status reports, but those reports should be linked to the program pages they pertain to.

- The reports, contracts, and resources linked on the webpage are not easy to read or understand.  The City should create summary pages for reports and other information to quickly and easily communicate dollars spent, people served, or actions taken to assist those experiencing homelessness.

- The website is intended to show how the City is using public money and what that public money is accomplishing.  For each program, Alliance Settlement Agreement, Freeway Agreement, and Inside Safe, the City should summarize the reports to indicate if they are financial reports or performance reports.  Sources of funding and targets of spending in financial reports should be easily determined through tables or pie charts. Activities and their connection to goals and outcomes should be displayed through

**Exhibit A**
**Page 3**

tables, graphs, and charts.  Numbers should accurately correspond to percentages and totals should be easy to understand.

- Information about specific projects should be summarized into one page.  Each page should have a financial section and a performance section.  The financial section should show from where project resources are sourced (local resources, state resources, and federal resources), who performs the work (contractor and subcontractor names and activities), and what the totals are for each quarter.  The performance section should show the capacity of the project, the number of people served by the project, the outcomes and goals of the project, and the outcomes of the people served by the project.

- Invoices and contracts should be linked to contractors and subcontractors mentioned in the summary sheets.  On their own, these contracts and invoices are not meant for public review and make little sense.

- Informational resources such as the Homeless Services Invoicing Workflow should be tailored to the general public and use charts or graphic illustrations to convey how invoicing is processed.

- There exists within the reports, expense breakdowns, contracts, and invoices a lot of information that does not make sense, nor does it easily explain how much money or how much activity is directed toward a particular goal or outcome and how that goal or outcome is being met.

- It is understandable that within the quick turnaround to create a working website in a matter of weeks information and resources would not be tailored to the public.  The City appears to have linked to existing reports and information written for inter-departmental purposes instead of communicating to the general public.  It is expected that over time reports and information linked on the website would become more user-friendly and clearer in reporting how much money has been spent on what programs to accomplish specific goals and outcomes.

**Exhibit A**
**Page 4**