# Exhibit C

# Inside Safe Performance Jan-April 2024

## Program Overview

- Inside Safe is a Rapid Rehousing program that gets unsheltered PEH off the streets and into temporary housing as quickly as possible.
- The City rents hotel and motel rooms at several locations so people can be close to work or support services.
- While housed, residents are provided wrap-around services tailored to their needs.

## Program Budget and Goals

- Annual Budget: $255,000,000 from the City's General Fund/ Additional Homeless Services - General City Purposes account
- YTD Expenditures: $135,000,000
- Goal One: Provide temporary housing to 21,000 individuals this year.
- Goal Two: Place 60% of participants in permanent housing within six months

## Program Performance at a Glance



**For more program performance details, click here.**

Commented [LAAHR1]: Readers would click links like this to access more details, like where people were housed, how long, etc.

## Latest Program Highlights

- **Completed agreement for XYZ hotel in CD-11, adding 40 new rooms**
- **Moved 34 residents from temporary to permanent housing:**
  - **20 went to Permanent Supportive Housing**
  - **14 went to subsidized housing**

Commented [LAAHR2]: Link to agreement with services and costs

Commented [LAAHR3]: Link to detail about what PSH facilities were used, current outcomes, etc.

**Exhibit C**
**Page 8**