

DAWYN R. HARRISON (State Bar No. 173855)
*County Counsel*
KATHERINE M. BOWSER (State Bar No. 230626)
*Assistant County Counsel*
ANA WAI-KWAN LAI (State Bar No. 257931)
*Senior Deputy County Counsel*
alai@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 648
Los Angeles, California 90012
Telephone: (213) 974-1830
Facsimile: (213) 626-7446

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)** <br><br> **COURT REQUESTED AMENDED DECLARATION OF CHERI TODOROFF** <br><br> Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

HOA.104748518.1

AMENDED DECLARATION OF CHERI TODOROFF

## **AMENDED DECLARATION OF CHERI TODOROFF**

I, Cheri Todoroff, declare as follows:

1.      I am the Executive Director of the County Homeless Initiative, a party in the above-entitled action.  I have personal knowledge of the facts set forth herein.  If called as a witness, I could and would competently testify to the matters stated herein.  I make this amended declaration at the request of the Court during the April 8, 2024 status conference where the Court interlineated edits to this declaration, and the Court's April 12, 2024 Minute Order regarding that conference [Dkt. 727].  For ease of the Court and the public, I have indicated the changes in red.

2.      The 921 new mental health and substance-use disorder ("SUD") beds are in addition to and do not overlap with the beds related to *Rutherford v. Luna*, Case No. 2:75-CV-0411-DDP.  Similarly, all future beds created pursuant to the LA Alliance Settlement Agreement will not overlap with the beds related to *Rutherford*.

3.      There is no presumption that any County vendor or contractor can obtain payment without complying with the terms of their County contract, including services and compensation/funding, invoicing, accounting, certification, and record-maintenance obligations.

4.      The County takes significant efforts to ensure accurate payments for beds and services and to avoid double payments.

5.      Because mental health/SUD beds require a referral and/or authorization of admission, patients are tracked and invoices are compared to authorizations.

6.      The County and the departments that provide mental health and SUD services have existing systems of oversight, quality improvement and compliance processes, and other checks and balances.

7.      For example, departments are responsible for monitoring their contractors and tracking and reporting poorly performing contractors in the Contractor Alert Reporting Database (CARD) and to other County departments.

8.      The County is committed to maintaining these internal controls and

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

ensuring that County contractors are held accountable for providing the services promised under their contracts with all County Departments, including those Departments that provide the mental health and SUD beds and other supportive services in connection with this action.

9.    The County has updated its website for provider invoices, which is now available at the following url: https://lacounty.gov/alliance/.

10.    Users may also navigate to this page from the "Featured Stories" section the County's Open Data portal, https://data.lacounty.gov.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 29th day of April, 2024, at Los Angeles, California.

_Cheri Todoroff_

Cheri Todoroff, on behalf of L.A. County

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL (310) 552-4400    FAX (310) 552-8400

HOA.104748518.1

3

AMENDED DECLARATION OF CHERI TODOROFF