LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>        Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**COUNTY OF LOS ANGELES' QUARTERLY STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

672145.4

COUNTY'S QUARTERLY STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

# **TABLE OF CONTENTS**

**Page**

I.      KEY ACHIEVEMENTS ................................................................................... 3

    A.      The County's Support For Plaintiffs' Settlement With The City ........... 3

    B.      Beds Available To County Outreach Teams ......................................... 4

    C.      Mental Health/Substance Use Disorder Beds ....................................... 4

    D.      Enriched Residential Care For Adult Residential Facilities ("ARF") And Residential Care Facilities For The Elderly ("RCFEs") Beds ........................................................................... 5

    E.      Multi-Disciplinary Teams And Homeless Outreach Mobile Engagement Teams ............................................................................ 6

    F.      Partnership On City- And County-Owned Land .................................. 8

    G.      Advocacy Efforts For PEH With Serious Mental Illness or SUD .......... 8

    H.      Increased Transparency ...................................................................... 9

II.     CONCLUSION ............................................................................................ 12

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

Pursuant to the Settlement Agreement between LA Alliance for Human Rights and other plaintiffs (collectively, "Plaintiffs") and the County of Los Angeles ("County") and its addenda [Dkt. 646] ("Agreement"), the County hereby submits its Quarterly Status Report pursuant to section D.9 of the Agreement.  As explained herein, the County has met or exceeded the milestones set forth in the Agreement.

## I.     KEY ACHIEVEMENTS

### A.     The County's Support For Plaintiffs' Settlement With The City

The County continues to support the settlement between Plaintiffs and the City by funding a suite of "mainstream" services at the 143 interim housing units and intensive case management services at the 2,206 permanent housing units ("PSH") (45 different sites) created by the City pursuant to the Plaintiffs/City settlement and reported in its December 2023 status report to the Court.  *See* Exhibits A1–A2 (County Provision of Supportive Services).

The County's "mainstream" services include public assistance programs, mental health services, substance use disorder services, and benefits advocacy.  The City reported a 463 unit/bed increase in PSH from their September 2023 status report.

The County has collaborated with the City to ensure that City-funded outreach workers are collecting data going forward on contacts and service requests made to the County Departments of Mental Health ("DMH"), Health Services ("DHS"), Public Social Services ("DPSS"), and Public Health ("DPH").  On April 18, 2024, the County provided the Los Angeles Homeless Services Authority ("LAHSA"), a joint powers authority of the County and the City, with the naming convention and structure for the data fields for the Homeless Management Information System ("HMIS").  LAHSA has completed the HMIS programming to incorporate these data fields, and training for outreach workers—including the LAHSA Homeless Engagement Teams and the MDT teams that operate in the City—has been scheduled for May 7, 9, and 22.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

672145.4

3

The County contacted the City Administrative Officer ("CAO") on April 25, 2024, to notify the City of the official launch of the updated HMIS fields and the establishment of training sessions.  The City acknowledged receipt on April 26.

**B.      Beds Available To County Outreach Teams**

The County continues to use reasonable best efforts to ensure County outreach teams (including the increased MDT and HOME teams referenced below) have access to County high service need interim housing beds for PEH in the City, pursuant to section D.2 of the Plaintiffs/County settlement.  In the last quarter, the County increased the number of accepted referrals.  In total, the County has successfully placed 244 referrals for City PEH to County-funded high service need interim housing beds.  *See* Exhibit B (High Service Need Interim Housing Beds Available to County Outreach Teams Quarterly Report for the Period Ending March 31, 2024).

**C.      Mental Health/Substance Use Disorder Beds**

The County is pleased to report that it has brought online more than 1,000 new mental health/SUD beds pursuant to section D.3.a of the Agreement and is on track to meet the milestone of having 1,200 beds by December 2024.  The beds include increased DMH and DPH-SAPC beds, and include a mix of acute and subacute beds, interim housing, recovery bridge housing, urgent care centers, crisis residential treatment program, and Medi-Cal funded treatment beds.  The attached chart reflects beds that continue to be open and operational.  See Exhibit C (Mental Health/Substance Use Disorder Beds Quarterly Report for the Period Ending December 31, 2023).

The County continuously evaluates the greatest needs and this informs the ratio of different types of beds needed to provide care for patients.  Furthermore, the County expands beds across the continuum of care in order to create flow for patients, ensuring they receive the appropriate level of care throughout their treatment journey.

672145.4

4

COUNTY'S QUARTERLY STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

**D.     Enriched Residential Care For Adult Residential Facilities ("ARF") And Residential Care Facilities For The Elderly ("RCFEs") Beds**

The County continues to increase the number available new subsidies for enriched residential care at ARF and RCFEs ("board and care") beds by March 31, 2024.  *See* Exhibit D (Enriched Residential Care for ARF and RCFE Beds).

"Board and care" subsidies are a form of housing subsidy for older adults who require assistance with daily living activities, which are used for programs that offer in-home support and a range of housing-related needs for individuals at high risk of experiencing homelessness.  Participating ARFs/RCFEs are subject to licensing and certification requirements, and provide services to residents such as assistance with self-administration of medication, meal support, housekeeping and laundry, transportation, activities, and skilled nursing services as needed.  These facilities offer a more intimate and home-like atmosphere compared to larger facilities, often with higher staff-to-resident ratios, ensuring a more individualized approach to care.

Pursuant to the Agreement, the County has reported all new referrals to an enriched residential care subsidy, as well as the number of individuals who received one of the new subsidies funded under the Agreement.  Accordingly, many referrals may ultimately be accepted for and receive a resource other than a subsidy funded under the Agreement.  Like all housing-related benefits, utilization and tenancy also vary over time.  If an individual initially referred or accepted for placement in an ARF/RFCE bed is later transitioned into a different form of housing or otherwise leaves the subsidy, a new client may then utilize that enriched residential care subsidy.  As of March 31, 2024, the County's new subsidies have assisted over 200 clients in obtaining housing through an enriched residential care subsidy.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

**E.    Multi-Disciplinary Teams And Homeless Outreach Mobile Engagement Teams**

The County has 34 Multi-Disciplinary Teams ("MDTs") and 10 Homeless Outreach and Mobile Engagement ("HOME") teams, pursuant to sections D.4 and D.5 of the Agreement.

As a reminder, MDTs are deployed by DHS and are comprised of individuals with specialized training and expertise as health professionals, mental health specialists, substance abuse counselors, and case managers, as well as someone with lived experience with homelessness, who provide outreach and engagement 7 days a week to connect PEH with complex health and/or behavioral conditions to housing, supportive services, and sources of income.  HOME teams are deployed by DMH and are field-based teams that provide field-based outreach, engagement, and treatment to people with severe and persistent mental illness who are experiencing unsheltered homelessness.

Pursuant to section D.4 of the Settlement Agreement, the County agreed to allocate at least 1 MDT per Council District ("CD") in the City of Los Angeles and assign the remaining teams "where there is the greatest need as informed by the Point-In-Time Count."  The County's 34 MDTs are currently deployed as follows:

| Council District | # of MDTs |
|---|---|
| 1 | 3 |
| 2 | 1 |
| 3 | 1 |
| 4 | 1.5 |
| 5 | 1.5 |
| 6 | 1 |
| 7 | 1 |
| 8 | 2 |
| 9 | 4 |
| 10 | 2.5 |
| 11 | 2 |
| 12 | 1 |

672145.4

6

COUNTY'S QUARTERLY STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

| Council District | # of MDTs |
|---|---|
| 13 | 2.5 |
| 14 | 8 |
| 15 | 2 |

At this time, the County has determined that greatest need correlates with the relative dispersion of the PEH population. Thus, the MDTs are assigned to each CD on a proportional basis that tracks the geographic distribution of PEH in the City of Los Angeles, as reflected in the LAHSA Point-In-Time Count. Note, Skid Row is within CD14, and three of the MDTs that operate in that CD are dedicated to the Skid Row area due to the density of the population of PEH there.

As explained in the County's Supplemental First Quarterly Report, HOME teams are assigned by Service Planning Area ("SPA"), not City Council District or zip code. Although the City's boundaries do not align perfectly with any SPAs, the entirety of the City of Los Angeles is encompassed within SPAs 2, 4, 5, 6, and 8, with the City comprising the vast majority of SPAs 2, 4, 5, and 6, but only a small portion of SPA 8.

Pursuant to section D.5 of the Settlement Agreement, the County agreed to increase the number of HOME teams dedicated to conducting outreach in the City of Los Angeles to 8 teams by the end of fiscal year 2022/2023 and 10 teams by the end of fiscal year 2023/2024. The County has already met this milestone and has 10 HOME teams that conducted outreach in the City by the end of the reporting period. Those teams are deployed as follows:

| SPA | # of HOME teams |
|---|---|
| 2 | 2 |
| 4 | 3 |
| 5 | 2 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

672145.4

7

| SPA | # of HOME teams |
|-----|-----------------|
| 6   | 2               |
| 8   | 1               |

The County has determined that greatest need correlates with the relative dispersion of the PEH population.  Thus, the HOME teams are assigned to each SPA on a proportional basis that tracks the geographic distribution of PEH in the City of Los Angeles, as reflected in the LAHSA Point-In-Time Count.  SPA 4 has the largest concentration of PEH in the County, and includes Skid Row, and thus, has the largest number of HOME teams.

Note, MDTs may work outside of their assigned Council District, and HOME teams can work outside of their regularly assigned areas, including in response to emergencies, weather events, City priorities requiring additional resources such as scheduled encampment resolutions, and to maintain continuity with clients.

**F.      Partnership On City- And County-Owned Land**

The City and County have agreed to provide each other with an inventory of prioritized parcels.

**G.      Advocacy Efforts For PEH With Serious Mental Illness or SUD**

The County has continued to work on identifying additional state and federal funding for programs for PEH suffering from serious mental illness and/or SUD, pursuant to sections D.7 and D.8 of the Agreement.

DPH-SAPC continues to work with the State of California to make longer-term residential treatment stays subject to reimbursement through the Medi-Cal program.  It is also in the process of expanding access to medications for addiction treatment and working to increase Behavioral Health Bridge Housing ("BHBH") beds in the City and County and enhance housing navigation services, and pursuing additional funding for overdose prevention and response activities.  DPH-SAPC had a follow up call with California Department of Health Care Services ("DHCS")

672145.4

8

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

officials, and they planned to release future guidance to facilitate Medi-Cal billing for longer residential stays.  DPH-SAPC is also in the process of releasing funding to support agencies with hiring prescribers of addiction medications, in addition to operationalizing the BHBH to expand the availability of recovery-oriented housing options and housing navigation services for PEH with substance use disorder.

DMH also continues its ongoing advocacy of the federal government to access Medicaid funding, including obtaining flexibility related to the IMD exclusion which prohibits the reimbursement of Medi-Cal funding for locked mental health facilities with 16 beds or more.  In addition, DMH leadership participated in a congressional briefing hosted by NACo; and along with the County Board of Supervisors, met with key Congress members to request legislation that would expand the allowable beds to 32 beds and permit a provider to operate more than one facility on a campus.

### H.    Increased Transparency

At the September 28, 2023, status conference regarding the Agreement, the Court interlineated language requesting that "invoices . . . be public documents." (*See* Dkt. 646 at 38.)

The County departments that contract for or render services pursuant to the County's Settlement Agreement in this Action are DHS, DMH, and DPH-SAPC. As relevant to this Settlement and the Court's request for invoice transparency, DPH-SAPC and DMH services include services that are governed by Medi-Cal, which requires providers to submit "claims," not "invoices" regarding covered services.

DMH is the local Mental Health Plan (MHP) and is responsible for administering (including by contracting out) the provision of "specialty mental health services" as defined in state law to Medi-Cal beneficiaries in the County who: (1) meet the requisite diagnostic and impairment criteria outlined in state and federal regulations governing Medi-Cal eligibility, service, and benefit standards; and

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

672145.4                                    9

COUNTY'S QUARTERLY STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT

(2) obtain any specialty mental health services for which they are diagnosed as eligible through the MHP, as required.  This extends to PEH enrolled in Medi-Cal who are diagnosed as eligible for specialty mental health services and who obtain those specialty mental health services through the MHP.

DPH similarly administers SUD services under contract with the DHCS to provide covered Drug Medi-Cal Organized Delivery System (DMC-ODS) services to Medi-Cal beneficiaries in the County who obtain services at a treatment site certified by DHCS, including eligible PEH, for which it must satisfy applicable state and federal requirements regarding program administration and provider licensing.

Note, because these are Medi-Cal services, claims are already subject to rigid oversight.  Submitting a false or fraudulent claim for payment, or a claim for a Medi-Cal benefit that was not actually used by the patient—are criminal acts that can give rise to significant penalties, including jail time.  There are also civil statutes, such as the California False Claims Act, that give rise to separate liability. The California Attorney General has an entire division that specializes in ferreting out and prosecuting fraud on the state's Medi-Cal program.

In response to the Court's request, the County has created a website where the public may view and access the claims or invoices submitted to the County by the providers rendering services pursuant to the County's Settlement Agreement in this Action.  The website URL is https://lacounty.gov/alliance/.

Users may also navigate to this website from the County's Open Data portal, as follows:

Step 1: Go to the URL https://data.lacounty.gov.

Step 2: Scroll to the bottom of the homepage to the "Featured Stories" section.

10

COUNTY'S QUARTERLY STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT



Step 3: Click on the "details" textbox in the "LA Alliance" section.



The Departments have already begun to upload their claims or invoices to the site.

The County's invoice website has been tested by information technology specialists, who have confirmed that the live site is compliant with the Americans with Disabilities Act ("ADA") and contains a number of user-friendly features, such as being mobile-phone friendly. Additional accessibility tools may be enabled by clicking on the blue man icon. In addition, invoices have been made available as text-searchable documents, and the website has dynamic search and filtering capabilities that can be deployed using the search bar and drop-down menu. The

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

current filters are Department, Service Type, and Date Ranges, and users may combine different filters to further refine their search.

The County is working on further improving usability on a going forward basis by encouraging departments to adopt a standardized document naming convention (to the extent possible) for claims/invoices.  Claims will be submitted individually and reflect the month, vendor, and service types.

## II.  CONCLUSION

As set forth herein, the County has complied fully with its obligations under the Plaintiffs/County settlement and expects to continue to meet or exceed the milestones in connection with the next reporting period.

DATED:  April 30, 2024                    MILLER BARONDESS, LLP


By:   ___/s/ Mira Hashmall___
        MIRA HASHMALL
        Attorneys for Defendant
        COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

672145.4                    12
COUNTY'S QUARTERLY STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT