# EXHIBIT A1 Supportive Services for City Interim Housing

**County Provision of Supportive Services for City Interim Housing for**

**City's Reporting Period Ending December 31, 2023**

**Quarterly Report (For the Period Ending March 31, 2024)**

| Interim Housing | | | | | |
|---|---|---|---|---|---|
| **Address / Location** | **Beds / Available to PEH** | **Services Provided** | | | |
| | | **Department of Public Social Services*** | **Department of Health Services - Countywide Benefits Entitlement Enrollment Services Team**** | **Department of Mental Health*****  | **Department of Public Health - Substance Abuse Prevention and Control******* |
| Highland Gardens<br>7047 Franklin Ave., Los Angeles, CA 90028 | 143 | 1/30/2024 - site visit. 1/31/2024 - client services commenced. | 12/26/2023 - site visit and client services commenced. | 12/19/2023 & 12/29/2023 - site visit and client services commenced. | 12/19/2023 - virtual meeting. 1/2/2024 - site visit. 1/25/2024 - client services commenced. |

**\*Department of Public Social Services** — Assistance with General Relief, CalFresh, and Medi-Cal; Verification of benefits and case review; Electronic Benefit Transfer card issuance.

**\*\*Department of Health Services - Countywide Benefits Enrollment Services Team** — Assistance with securing Supplemental Security Income, Social Security Disability Insurance, Cash Assistance Program for Immigrants, retirement, and veteran's benefits.

**\*\*\*Department of Mental Health** — Outreach and engagement, referrals and linkages to mental health services.

**\*\*\*\*Department of Public Health - Substance Abuse Prevention and Control** — Outreach and engagement, Substance Use Disorder (SUD) education, SUD screening, appointment scheduling, service navigation and linkages to needed ancillary services, transportation support to SUD appointments, early intervention workshops for clients engaged in high risk behavior at risk of SUD.

**EXHIBIT A1**
**Page 14**