# EXHIBIT B
# High Service Need Beds Available to County Outreach Teams

**High Service Need Interim Housing Beds Available to County Outreach Teams**
**Quarterly Report (For the Period Ending March 31, 2024)**

| Type of Team Making Referral | Total Referrals Received | Referrals Accepted (Client Placed) | Referrals Accepted (Pending Placement) | Referrals Rescinded* | Referrals Triaged to LAHSA Interim Housing | Referrals to Higher Level of Care | Incomplete Application - Pending Information from Referrer |
|---|---|---|---|---|---|---|---|
| DHS Outreach Team | 420 | 232 | 69 | 32 | 13 | 60 | 14 |
| DMH Outreach Team | 12 | 12 | 0 | 0 | 0 | 0 | 0 |
| Total | 432 | 244 | 69 | 32 | 13 | 60 | 14 |

* "Referrals Rescinded" means referrals that were canceled by the referring outreach team. Reasons for rescinding the referral include client placed in alternate interim housing, became permanently housed, left the area, outreach team is unable to locate the participant, etc.