# EXHIBIT D

# Enriched Residential Care for ARF and RCFE Beds

**Enriched Residential Care for ARF and RCFE Beds**
**Quarterly Report (For the Period Ending March 31, 2024)**

| ARF/RCFE | |
|---|---|
| Total Referrals Received | 413 |
| Referrals Approved/Accepted | 212 |

| REFERRALS ACCEPTED | | | |
|---|---|---|---|
| NAME OF REFERRAL SOURCE | NAME OF FACILITY OF ARF/RCFE PLACEMENT | TYPE | MOVE IN DATE |
| DMH HOME Team | Anew Dawn Adult Living | ARF | 04/19/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 04/20/2023 |
| Prevent Homlessness Promote Health (PH2) | Anew Dawn Adult Living | ARF | 04/25/2023 |
| DMH HOME Team | Anew Dawn Adult Living | ARF | 05/01/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 05/09/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 05/10/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 05/26/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 06/06/2023 |
| DMH HOME Team | Anew Dawn Adult Living | ARF | 06/07/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 06/23/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 06/30/2023 |
| Telecare | Freda Home of Love 1 | ARF | 07/01/2023 |
| Pacific Asian Counseling Services | Leisure Garden | RCFE | 07/04/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 07/13/2023 |
| Downtown MHC | Raechelle Care Home | ARF | 07/17/2023 |
| E.D. Edelman Westside MHC | The Manor | ARF | 07/19/2023 |
| Mental Health America of Los Angeles | Long Beach Residential | ARF | 07/20/2023 |
| E.D. Edelman Westside MHC | The Manor | ARF | 07/20/2023 |
| San Fernando MHC | Amigo Home II | ARF | 07/22/2023 |
| SSG Alliance | Fair Oaks Manor | ARF | 07/23/2023 |
| SSG Alliance | Villa Luren | ARF | 07/24/2023 |
| SSG Alliance | Windsor Hall | ARF | 07/25/2023 |
| Compton FSP/DMH | Lone Star Board and Care - Crenshaw | ARF | 07/26/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 07/28/2023 |
| SSG Alliance | Anew Direction Adult Living | ARF | 07/31/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 08/01/2023 |
| East San Gabriel Valley MHC | Pasadena Guest Home | ARF | 08/01/2023 |
| Coastal API | Wilmington Gardens | ARF | 08/02/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 08/02/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 08/02/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 08/07/2023 |
| Compton Family Mental Health | Quincy Manor | ARF | 08/07/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 08/08/2023 |
| DMH HOME Team | Olive Tree Home | RCFE | 08/09/2023 |

| NAME OF REFERRAL SOURCE | NAME OF FACILITY OF ARF/RCFE PLACEMENT | TYPE | MOVE IN DATE |
|---|---|---|---|
| Coastal API | Heritage Board & Care #3 | ARF | 08/09/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 08/11/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 08/14/2023 |
| Downtown MHC | Highland Park Guest Home | ARF | 08/14/2023 |
| DMH Compton Family MHC | Lone Star Board and Care - Crenshaw | ARF | 08/15/2023 |
| SOCIAL MODEL RECOVERY SYSTEMS | Pasa Alta Manor | ARF | 08/15/2023 |
| Compton Family Mental Health | Walker's Care | ARF | 08/18/2023 |
| Heritage Clinic | Grandview LLC | RCFE | 08/21/2023 |
| Coastal API | Heritage Board & Care #4* | ARF | 08/11/2023 |
| DMH HOME Team | Triumphant Elderly Care LLC | RCFE | 08/22/2023 |
| South Bay MHC | Chez Bon Guest Home | ARF | 08/23/2023 |
| DMH HOME Team | Anew Dawn Adult Living | ARF | 08/25/2023 |
| Heritage Clinic | Bel Air Guest Home | ARF | 08/25/2023 |
| Compton Family Mental Health | Quincy Manor | ARF | 08/25/2023 |
| Long Beach API | Anew Direction Adult Living | ARF | 08/30/2023 |
| Northeast MHC | Highland Park Guest Home | ARF | 09/01/2023 |
| Augustus Hawkins MHC | Safeguard Residential Home | ARF | 09/05/2023 |
| East San Gabriel Valley MHC | Pasadena Guest Home | ARF | 09/05/2023 |
| Gateways | Parkview Manor | ARF | 09/05/2023 |
| East San Gabriel Valley MHC | Pasadena Guest Home | ARF | 09/05/2023 |
| San Fernando Valley Community | Sunland Manor Inc. | ARF | 09/06/2023 |
| Compton Family Mental Health | Quincy Manor | ARF | 09/11/2023 |
| Pacific Clinics | Commonwealth Royal Guest Home | RCFE | 09/18/2023 |
| DMH Costal API Gardena | Heritage Board & Care #4 | ARF | 09/20/2023 |
| Asian Pacific Counseling and Treatment Center | Heritage Board & Care #4 | ARF | 09/20/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 09/21/2023 |
| Long Beach API | Ramona Guest Home | ARF | 09/21/2023 |
| South Bay MHC | Lifestyle Board and Care | ARF | 09/21/2023 |
| Tessie Cleveland | Lifestyle Board and Care | ARF | 09/22/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living* | ARF | 07/18/2023* |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 07/31/2023* |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 09/27/2023 |
| Long Beach MHC | Long Beach Residential | ARF | 09/29/2023 |
| Coastal API | Heritage Board & Care #3 | ARF | 09/29/2023 |
| San Fernando MHC | Triumphant Elderly Care LLC | RCFE | 10/01/2023 |
| E.D. Edelman Westside MHC | Raechelle Care Home | ARF | 10/02/2023 |
| DMH - Public Guardian | Franks Adult Residential | ARF | 10/02/2023 |
| SSG Alliance | Long Beach Residential | ARF | 10/02/2023 |
| E.D. Edelman Westside MHC | Bel Air Guest Home | ARF | 10/02/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 10/03/2023 |
| DMH HOME Team | Beverly Hills Senior Care | RCFE | 10/04/2023 |
| DMH Costal API Gardena | Caremore Aid & Board Facility | ARF | 10/05/2023 |
| Hollywood MHC | Raechelle Care Home | ARF | 10/06/2023 |
| Genesis - Older Adult Programs | Carson Senior Assisted Living | RCFE | 10/06/2023 |
| SSG Alliance | Villa Flora | ARF | 10/09/2023 |
| SSG Alliance | Mountain View Board and Care | ARF | 10/11/2023 |
| East San Gabriel Valley MHC | Pasa Alta Manor | ARF | 10/11/2023 |

| NAME OF REFERRAL SOURCE | NAME OF FACILITY OF ARF/RCFE PLACEMENT | TYPE | MOVE IN DATE |
|---|---|---|---|
| DMH - Public Guardian | Raechelle Care Home | ARF | 10/11/2023 |
| DMH HOME Team | Anew Dawn Adult Living | ARF | 10/12/2023* |
| DMH HOME Team | Orange Community Care | ARF | 10/12/2023 |
| DMH HOME Team | Lifestyle Board and Care | ARF | 10/12/2023 |
| Hollywood MHC | Anew Dawn Adult Living | ARF | 10/12/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 10/13/2023 |
| Barbour Floyd | Raechelle Care Home | ARF | 10/13/2023 |
| Heritage Clinic | Valley View Retirement Center | RCFE | 10/13/2023 |
| Pacific Asian Counseling Services | Lone Star Long Beach Residential | ARF | 10/16/2023 |
| SSG Alliance | Long Beach Residential | ARF | 10/17/2023 |
| Pacific Asian Counseling Services | Olivia Isabel Manor | ARF | 10/19/2023 |
| SSG Alliance | Anand Care Center III | ARF | 10/19/2023 |
| ASC Treatment Group Anne Sippi Clinic | Valley Manor Guest Home | ARF | 10/19/2023 |
| Didi Hirsch MHC | Wyngate Villa Gardens | RCFE | 10/23/2023 |
| Didi Hirsch MHC | Chez Bon Guest Home | ARF | 10/24/2023 |
| SSG Alliance | Westside Manor | ARF | 10/24/2023 |
| Social Recovery Model | Bonnie's Guest House | ARF | 10/25/2023 |
| Didi Hirsch MHC | The Manor | ARF | 10/31/2023 |
| Didi Hirsch MHC | The Manor | ARF | 11/01/2023 |
| SSG Alliance | Carson Senior Assisted Living | RCFE | 11/01/2023 |
| San Fernando MHC | Topanga West Guest Home | ARF | 11/02/2023 |
| Long Beach MHC | Heritage Board & Care #4 | ARF | 11/02/2023 |
| Heritage Clinic | Ivan Banner B&C | RCFE | 11/03/2023 |
| DMH HOME Team | Heritage Board & Care #1 | ARF | 11/07/2023 |
| DMH - Enhanced Care Management (ECM) | Topanga West Guest Home | ARF | 11/07/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 11/08/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 11/09/2023 |
| ~~Hollywood 2.0/Cooperative*~~ | ~~Anew Dawn Adult Living*~~ | ~~ARF*~~ | ~~11/9/2023*~~ |
| Heritage Clinic | Pasadena Villa Senior Living | RCFE | 11/15/2023 |
| Scharp | Raechelle Care Home* | ARF | 10/25/2023* |
| Pacific Clinics | Springfield Manor | ARF | 11/15/2023 |
| DMH HOME Team | Pico Rivera Gardens Adult Residential Facility | ARF | 11/16/2023 |
| Long Beach MHC | Heritage Board & Care #2 | ARF | 11/17/2023 |
| Social Recovery Model | Bonnie's Guest House | ARF | 11/17/2023 |
| Asian Pacific Counseling and Treatment Center | Pasa Alta Manor | ARF | 11/21/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 11/21/2023 |
| Pacific Clinics | Bonnie's Guest House | ARF | 11/21/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 11/27/2023 |
| JWCH Institute | Lone Star Board and Care - Crenshaw | ARF | 11/27/2023 |
| San Fernando MHC | Topanga West Guest Home | ARF | 11/27/2023 |
| Exodus Recovery | Bel Air Guest Home | ARF | 11/27/2023 |
| Heritage Clinic | Ivan Banner B&C | RCFE | 12/01/2023 |
| DMH HOME Team | Beverly Hills Senior Care | RCFE | 12/01/2023 |
| Pacific Asian Counseling Services | The Manor | ARF | 12/04/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 12/04/2023 |
| DMH - Public Guardian | Heritage Board & Care #1 | ARF | 12/07/2023 |

| NAME OF REFERRAL SOURCE | NAME OF FACILITY OF ARF/RCFE PLACEMENT | TYPE | MOVE IN DATE |
|---|---|---|---|
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 12/09/2023 |
| DMH HOME Team | Pasadena Villa Senior Living | RCFE | 12/11/2023 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 12/12/2023 |
| DMH HOME Team | Anew Dawn Adult Living | ARF | 12/13/2023 |
| DMH HOME Team | Anand Care Center III | ARF | 12/21/2023 |
| Asian Pacific Counseling and Treatment Center | El Molino Manor | ARF | 12/26/2023 |
| DMH SA 2 Navigation Team | Blake Home | ARF | 01/01/2024 |
| Didi Hirsch MHC | Bel Air Guest Home | ARF | 01/02/2024 |
| SSG Alliance | Rosecrans Villa | ARF | 01/09/2024 |
| DMH HOME Team | Heritage Board & Care #1 | ARF | 01/11/2024 |
| DMH HOME Team | Pasadena Villa Senior Living | RCFE | 01/11/2024 |
| Wesley Health Centers+JWCH Institute | Bel Air Guest Home | ARF | 01/14/2024 |
| DMH - Public Guardian | Heritage Board & Care #1 | ARF | 01/15/2024 |
| DMH HOME Team | Beverly Hills Senior Care | RCFE | 01/16/2024 |
| Mental Health America of Los Angeles | Long Beach Residential | ARF | 01/17/2024 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 01/18/2024 |
| SSG Alliance | Raechelle Care Home | ARF | 01/18/2024 |
| DMH HOME Team | Anew Dawn Adult Living | ARF | 01/19/2024 |
| The People Concern | Westside Manor | ARF | 01/24/2024 |
| DMH HOME Team | Anew Dawn Adult Living | ARF | 01/24/2024 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 01/25/2024 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 01/25/2024 |
| DMH HOME Team | Anew Dawn Adult Living | ARF | 01/26/2024 |
| DMH HOME Team | Anew Dawn Adult Living | ARF | 01/26/2024 |
| Coastal API | Caremore Aid & Board Facility | ARF | 01/26/2024 |
| East San Gabriel Valley MHC | Mountain View Board and Care | ARF | 01/29/2024 |
| Hathaway Sycamore | Knoah's Home LLC | ARF | 01/30/2024 |
| DMH HOME Team | Anew Dawn Adult Living | ARF | 01/30/2024 |
| SSG Alliance | Carson Senior Assisted Living | RCFE | 01/31/2024 |
| Hathaway Sycamore | Highland Park Guest Home | ARF | 02/01/2024 |
| E.D. Edelman Westside MHC | Bel Air Guest Home | ARF | 02/02/2024 |
| Augustus Hawkins MHC | Guiding Hope Boarding Care | ARF | 02/02/2024 |
| East San Gabriel Valley MHC | Springfield Manor | ARF | 02/05/2024 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 02/05/2024 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 02/05/2024 |
| DMH HOME Team | Woodruff Care Home | RCFE | 02/06/2024 |
| SSG Alliance | Carson Senior Assisted Living | RCFE | 02/06/2024 |
| SSG Alliance | Carson Senior Assisted Living | RCFE | 02/06/2024 |
| DMH HOME Team | Gardena Retirement Center | RCFE | 02/12/2024 |
| DMH HOME Team | Heritage Board & Care #1 | ARF | 02/12/2024 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 02/13/2024 |
| Heritage Clinic | Lone Star Board and Care - Crenshaw | ARF | 02/14/2024 |
| Heritage Clinic | Leisure Garden | RCFE | 02/14/2024 |
| Augustus Hawkins MHC | Richards Board & Care | ARF | 02/16/2024 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 02/21/2024 |
| Compton Family Mental Health | Lone Star Board and Care - Crenshaw | ARF | 02/21/2024 |
| Step Up on Second | Walker's Care | ARF | 02/21/2024 |

| NAME OF REFERRAL SOURCE | NAME OF FACILITY OF ARF/RCFE PLACEMENT | TYPE | MOVE IN DATE |
|---|---|---|---|
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 02/22/2024 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 02/22/2024 |
| Downtown MHC | Anew Dawn Adult Living | ARF | 02/22/2024 |
| DMH HOME Team | Pasadena Villa Senior Living | RCFE | 02/23/2024 |
| Heritage Clinic | Lone Star Board and Care - Crenshaw | ARF | 02/26/2024 |
| DMH HOME Team | Wilton Haven Adult Residential Facility | ARF | 02/26/2024 |
| ASC Treatment Group Anne Sippi Clinic | Sunland Manor Inc. | ARF | 02/27/2024 |
| DMH HOME Team | Anew Dawn Adult Living | ARF | 02/28/2024 |
| Coastal API | Heritage Board & Care #3 | ARF | 03/01/2024 |
| SSG Silver | Commonwealth Royal Guest Home | RCFE | 03/01/2024 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 03/01/2024 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 03/06/2024 |
| East San Gabriel Valley MHC | Pasa Alta Manor | ARF | 03/07/2024 |
| DMH HOME Team | Carson Senior Assisted Living | RCFE | 03/07/2024 |
| DMH HOME Team | Anew Dawn Adult Living | ARF | 03/11/2024 |
| Didi Hirsch MHC | Villa Stanley | ARF | 03/12/2024 |
| Wesley Health Centers+JWCH Institute | Grandview LLC | RCFE | 03/13/2024 |
| SSG Alliance | Heritage Board & Care #1 | ARF | 03/13/2024 |
| Augustus Hawkins MHC | Knoah's Home LLC | ARF | 03/14/2024 |
| DMH-Hollywood FSP | The Manor | ARF | 03/14/2024 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 03/14/2024 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 03/15/2024 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 03/15/2024 |
| Hollywood 2.0/Cooperative | Anew Dawn Adult Living | ARF | 03/15/2024 |
| SSG Alliance | Villa Flora | ARF | 03/18/2024 |
| DMH HOME Team | Anew Dawn Adult Living | ARF | 03/18/2024 |
| Compton Family Mental Health | Franks Adult Residential | ARF | 03/19/2024 |
| The People Cncern | Walker's Care | ARF | 03/20/2024 |
| JWCH Wesley Health Center | Raechelle Care Home | ARF | 03/20/2024 |
| Augustus Hawkins MHC | Knoah's Home LLC | ARF | 03/26/2024 |
| DMH HOME Team | Pasadena Villa Senior Living | RCFE | 03/27/2024 |
| SSG Alliance | Parkview Manor | ARF | 03/27/2024 |
| Exodus Recovery | Bel Air Guest Home | ARF | 03/27/2024 |
| Mental Health America of Los Angeles | Heritage Board & Care #1 | ARF | 03/29/2024 |
| Hollywood MHC | Anew Dawn Adult Living | ARF | 03/29/2024 |
| E.D. Edelman Westside MHC | The Manor | ARF | 04/02/2024 |
| SSG Alliance | Wilton Haven Adult Residential Facility | ARF | 04/04/2024 |
| Step Up on Second | Bel Air Guest Home | ARF | 04/08/2024 |
| DMH HOME Team | Anew Dawn Adult Living | ARF | 04/08/2024 |
| | | TOTAL BEDS | 212 |

*Updated to reflect current information and/or correct a typographical error in the prior report.