**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: LA CV 20-02291-DOC-(KESx)                    Date: May 2, 2024

Title:   LA ALLIANCE FOR HUMAN RIGHTS, et al. v. CITY OF LOS ANGELES, et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFF:** | **ATTORNEYS PRESENT FOR DEFENDANT:** |
|---|---|
| Elizabeth Mitchell | Scott Marcus |
| | Mira Hashmall, Lauren Brody |
| | Shayla Myers, Intervenor |

PROCEEDINGS:          **STATUS CONFERENCE RE MOU**
                                    *(Held at Los Angeles First Street)*

Also Present, Special Master Michele Martinez.

The case is called. The Court and counsel confer re updates on the MOU and the website.

The Court to set date for hearing re scope of audit.

The Court orders the transcript of the hearing held May 2, 2024, be immediately produced at the government's expense and billed at the daily rate. The transcript shall be prepared forthwith and filed on the docket with immediate release to the public.

The transcript will also be available to download on the Court's Cases of Interest webp age, located here: http://www.cacd.uscourts.gov/newsworthy/cases-of-interest.

CC:    CourtRecording_CACD@cacd.uscourts.gov
          Transcripts_CACD@cacd.uscourts.gov
          Reporter_CACD@cacd.uscourts.gov

0:29

Initials of Deputy Clerk: kdu