# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES                  Date: May 6, 2024

Title: LA ALLIANCE FOR HUMAN RIGHTS, et al., v. CITY OF LOS ANGELES, et al.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    PRESERVATION ORDER**

In light of the ongoing assessment and audits, it is hereby directed that the City of Los Angeles, County of Los Angeles, and LAHSA diligently maintain records of all expenditures related to homelessness. Furthermore, these entities are instructed to ensure that their providers also maintain detailed records, including invoices and supporting documents.

The City, County, LAHSA, and their providers shall not alter or destroy any documents related to homelessness expenditures.

The City, County, and LAHSA are hereby directed to promptly distribute this notice to all homeless service providers.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                  Initials of Deputy Clerk: kdu

CIVIL-GEN