UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>        Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**LA ALLIANCE FOR HUMAN RIGHTS' NOTICE OF COMMENTS ON THE COUNTY OF LOS ANGELES' APRIL 30 REPORT**<br><br>Before:  Hon. David O. Carter<br>Courtroom: 10A<br>Hearing Date:  March 4, 2024<br>Hearing Time:  8:30 p.m. |

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the Alliance hereby submits the following concerns with the County's Quarterly Status Report Pursuant to Settlement Agreement, dated April 30, 2024:

Overall, there is a lack of detail included in the County's report, preventing an open and honest evaluation of the County's performance.  The Alliance identifies some specific concerns herein, with a request for additional information.

**I.      COUNTY'S SUPPORT FOR PLAINTIFFS' SETTLEMENT WITH THE CITY**

1.      Of the "mainstream" services provided at the 143 interim housing units and the intensive case management services at the 2,206 permanent housing units:

   a)   How many participants were served each for interim housing units and for permanent housing units?

   b)   Of the "mainstream services," how many participants were served in each type of service, public assistance programs, mental health services, substance use disorder services, and benefits advocacy?

   c)   Of those served through mental health services and substance use disorder services, how many were linked to mental health and SUD treatment services?  How many of those linked completed such treatment?  What outcomes can be reported for participants in the County's efforts to provide "mainstream" services for this quarter?

   d)   Is the City satisfied with the level and frequency of services provided for each participant?

2.      Concerning the County's collaboration with the City to ensure that City-Funded outreach works are collecting data going forward on contacts and service requests made to DMH, DHS, DPSS, and DPH:

*LA ALLIANCE FOR HUMAN RIGHTS' NOTICE OF COMMENTS ON THE COUNTY OF LOS ANGELES' APRIL 30 REPORT*

a)      "Collecting data" describes a one-way direction of information from outreach workers to the County. How will this collaboration loop back to City-funded outreach workers or managers to enable them to understand how best to support individual PEH?

b)      How will the County and LAHSA ensure that City-funded outreach teams have access to this and other data to demonstrate a reliable and replicable pathway for placement into County services?

c)      How will the new HMIS programming provide greater access to data and referrals to City-Funded outreach teams as needed?

## II.    BEDS AVAILABLE TO COUNTY OUTREACH TEAMS

1.      What specific "reasonable best efforts" are being employed to ensure County outreach teams (including the increased MDT and HOME teams) have access to County high service need interim housing beds for PEH in the City? How are City-funded outreach teams made aware of the availability of these beds and potential propriety for referral?

2.      How do these "reasonable best efforts" provide increased access to data and referral outcomes for City-funded outreach teams?

3.      The report identifies 244 new referrals for City PEH to County-funded high service need interim housing beds.  Of the 73 referrals triaged to Interim Hosing or to higher level of care, how many were placed in those settings?

## III.    MENTAL HEALTH/SUBSTANCE USE DISORDER BEDS

1.      Of the 1010 beds identified in Exhibit C, how many of each are acute and subacute, interim housing, recovery bridge housing, urgent care centers, crisis residential treatment program, ad Medi-Cal funded treatment beds?

2.      Of the 1010 beds identified in Exhibit C, interim housing and urgent care centers are included.  How are these types of beds considered mental health/substance use disorder beds?  How do interim housing and urgent care centers contribute to the

*LA ALLIANCE FOR HUMAN RIGHTS' NOTICE OF COMMENTS ON THE COUNTY OF LOS ANGELES' APRIL 30 REPORT*

goal of maximizing the likelihood of long-term recovery for high needs individuals experiencing homelessness?

## IV. ENRICHED RESIDENTIAL CARE FOR ADULT RESIDENTIAL FACILITIES ("ARF") AND RESIDENTIAL CARE FACILITIES FOR THE ELDERLY ("RCFES") BEDS

1. The County has provided 200 enriched residential care subsidies as of March 31, 2024. Over what date range does this cover? Are each of these subsidies being utilized?

2. How many ARF and RCFEs listed in Exhibit D were subsidized pursuant to Settlement Agreement Second Addendum?

3. The 450 New "Board and Care" Subsidies are intended to decompress institutions such as hospitals or Institutes for Mental Disease ("IMD") and will help add an additional 450 clients daily. How close to the goal of helping an additional 450 clients daily is the County?

## V. MULTI-DISCIPLINARY TEAMS AND HOMELESS OUTREACH MOBILE ENGAGEMENT TEAMS

1. How many PEH living with complex health or behavioral conditions, including SMI have been connected to necessary services and housing through these increased teams?

## VI. PARTNERSHIP ON CITY- AND COUNTY- OWNED LAND

1. How many new interim and PSH units have been created through City- and/or County-owned land?

## VII. INCREASED TRANSPARENCY

1. In what efforts are the County engaged to help make their website focused on increased transparency for homelessness assistance and the provision of behavioral health services to PEH more user-friendly? The County's site should be organized so users can intuitively follow the funding, descriptions, and outcomes of various programs. It should also show statistics on how long people stay housed and/or

received treatment and services. One goal of the website should be that the public, on any given day, can determine how many people are in shelters or in permanent housing facilities and how many beds are available.

Dated: May 13, 2024

Respectfully submitted,

*/s/ Elizabeth A. Mitchell*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer
Elizabeth A. Mitchell

*Attorneys for Plaintiffs*

4877-0463-4288, v. 1

*LA ALLIANCE FOR HUMAN RIGHTS' NOTICE OF COMMENTS ON THE COUNTY
OF LOS ANGELES' APRIL 30 REPORT*