LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**DEFENDANT COUNTY OF LOS ANGELES' RESPONSE TO LA ALLIANCE FOR HUMAN RIGHTS' NOTICE OF COMMENTS ON THE COUNTY OF LOS ANGELES' APRIL 30 REPORT**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

676396.2

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

The County of Los Angeles ("County") has received the LA Alliance for Human Rights' ("Alliance") May 13, 2024 filing entitled "Notice of Comments on the County of Los Angeles' April 30 Report," (Dkt. 734), which was the first time the County had heard of Alliance's "concerns."  The County has invited the Alliance to participate in further discussions pursuant to the dispute resolution process set forth in Section P(1) of the parties' Settlement Agreement.  As indicated in the County's April 30, 2024 status report, the County remains in full compliance with its obligations under that Settlement Agreement.

DATED:  May 17, 2024                    MILLER BARONDESS, LLP

By: _____
                    JASON H. TOKORO
                    Attorneys for Defendant
                    COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

676396.2

2

DEFENDANT COUNTY OF LOS ANGELES' RESPONSE TO LA ALLIANCE FOR HUMAN RIGHTS' NOTICE OF COMMENTS ON THE COUNTY OF LOS ANGELES' APRIL 30 REPORT