**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KESx                          Date: May 31, 2024

Title: LA Alliance for Human Rights et al v. City of Los Angeles et al

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

Deborah Lewman                                Not Present
Courtroom Clerk                              Court Reporter

ATTORNEYS PRESENT FOR                  ATTORNEYS PRESENT FOR
PLAINTIFF:                                   DEFENDANT:
None Present                                 None Present

PROCEEDINGS (IN CHAMBERS):   NOTICE REGARDING REQUEST
                             FOR DATA FROM ALVAREZ &
                             MARSAL

On May 30, 2024, the firm conducting the audit of the City's homelessness programs sent a request through Special Master Martinez for data and documents to the City and to the Los Angeles Homeless Services Agency ("LAHSA"). This information is necessary to conduct the third-party audit. The requests sent to the City and LAHSA are attached as Exhibit 1 and 2, respectively. Alvarez & Marsal requested that the data and documents be provided by June 14, 2024, so the audit can proceed within the agreed upon timeframe.

The Court notes the importance of the City and LAHSA's full compliance with all requests for information from Alvarez & Marsal.

To ensure that all interested parties are aware of these requests, legal counsel for the City is requested to distribute the attached data requests to the following parties:

- All City and LAHSA Departments that have the requested information
- President of the Los Angeles City Council Paul Krekorian for distribution to the City Council
- Mayor Karen Bass

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KESx                              Date: May 31, 2024
                                                                          Page 2

      Counsel for the County is requested to distribute the attached requests to the
LAHSA Departments who may have the requested information.

      The Clerk shall serve this minute order on the parties.

cc: cswiss@ccmslaw.com
    dkim@counsel.lacounty.gov

MINUTES FORM 11                                     Initials of Deputy Clerk: djl
CIVIL-GEN