<span style="color:red">**Draft - For Discussion Purposes Only - Further Refinement/Clarification Required**</span>

**Independent Assessment of the City of Los Angeles's Homelessness Programs**

**The City of Los Angeles**
Data Request from Alvarez & Marsal
as of May 30, 2024

| High | Medium | Low |
|---|---|---|
| Required within 1 week | Required within 2 weeks | Required within 4 weeks |

**Notes:**
For the purpose of this data request, relevant Programs include: (1) Freeway Agreement - Roadmap Program, (2) Alliance Settlement Program, and (3) Inside Safe.
Please do not create new analyses for these requests; simply provide exports from systems of record or reporting used in the normal course of business.
     Please note if the information requested is not available.
Additional data requests may be made throughout this assessment.

| Item # | Requested Item | Time Period | Description | Preferred Format | Priority |
|---|---|---|---|---|---|
| 1 | **Partner Payment History by Program** | June 2020 - present | Internal reporting used by management to track payments to LAHSA and other governmental partners (Budgeted and Actual) by Program, funding source, etc. | Excel | High |
| 2 | **Vendor Payment History by Program** | June 2020 - present | Internal reporting used by management to track all direct payments to City vendors by Program, funding source, etc. | Excel | High |
| 3 | **Contract Management System (CMS) exports or other comprehensive list/tracking document of all contracts with LAHSA/Partners/Vendors** | June 2020 - present | Master list of all the contracts executed between the City and LAHSA (or other partners or vendors) for the provision of homelessness services. Include, if possible, contract value, timeline/contract duration, LOS standards, services provided/covered, etc. | Excel | High |
| 4 | **Financial Management Information System (FMIS) or Enterprise Resource Planning (ERP) exports recording all Cash Requests/Invoices received and corresponding payments related to LAHSA contracts** | June 2020 - present | Exports demonstrating tracking of cash requests from LAHSA/funds disbursed to LAHSA related to contractual agreements governing the Programs. | Excel | High |
| 5 | **General Ledger Exports** | FY2019-2020 to present | Transaction-level detail for revenues and expenditures by fund, department, and account/category/class.<br>To the extent possible, this data may be limited to departments and/or funding sources encompassing the relevant Programs. | Excel | High |
| 6 | **Trial Balance Exports** | FY2019-2020 to present | Trial balance data corresponding to the general ledger detail and other financial reporting.<br>To the extent possible, this data may be limited to departments and/or funding sources encompassing the relevant Programs. | Excel | High |
| 7 | **Chart of Accounts / Crosswalk** | FY2019-2020 to present | Chart of accounts with account numbers and descriptions to align with general ledger, trial balance, and other financial reporting.  If possible, please provide "crosswalk" files used by the finance team to analyze data exports from various systems. | Excel | High |
| 8 | **Budget to Actual Spending Reports** | FY2019-2020 to present | Budget to Actual Reporting - Include the funding source, budget owner (organizational), object code, and function code.  YTD actuals for FY24 are acceptable.<br>Please provide monthly reporting, if possible. | Excel | High |
| 9 | **Internal Program Milestone Tracking** | June 2020 - present | Original and modified implementation milestones and progress tracking against these milestones for City-funded Programs (e.g., Complete program standup by September 1st and measures used to verify completion.) | N/A | High |
| 10 | **All Contracts (or Service Agreements) between the City and LAHSA related to the Programs** | June 2020 - present | All governing contracts between the City and LAHSA related to the Programs. Include all contracts in effect beginning June of 2020. | PDFs | Medium |
| 11 | **All contracts between the City and other (non-LAHSA) service providers related to Programs** | June 2020 - present | All governing contracts between the City and service providers related to the Programs. Include all contracts in effect beginning June of 2020. | PDFs | Medium |

**Draft - For Discussion Purposes Only - Further Refinement/Clarification Required**

**Independent Assessment of the City of Los Angeles's Homelessness Programs**

**The City of Los Angeles**
Data Request from Alvarez & Marsal
as of May 30, 2024

| **High** | **Medium** | **Low** |
|---|---|---|
| Required within 1 week | Required within 2 weeks | Required within 4 weeks |

**Notes:**
**For the purpose of this data request, relevant Programs include: (1) Freeway Agreement - Roadmap Program, (2) Alliance Settlement Program, and (3) Inside Safe.**
**Please do not create new analyses for these requests; simply provide exports from systems of record or reporting used in the normal course of business.**
     **Please note if the information requested is not available.**
**Additional data requests may be made throughout this assessment.**

| Item # | Requested Item | Time Period | Description | Preferred Format | Priority |
|---|---|---|---|---|---|
| 12 | **All Cash Requests Submitted by LAHSA to the City** | June 2020 - present | Documentation of all cash requests submitted to the City per contractual arrangements with LAHSA. Please include LAHSA expenditures and Sub-recipient expenditures in line item detail. **Note: Further coordination with system owners is required in order to finalize the details of this request.** | Excel / PDFs | Medium |
| 13 | **All Payment Packages to LAHSA in response to Cash Requests** | June 2020 - present | Documentation of all responses to cash requests submitted to the City (i.e., Payment Packages) per contractual arrangements with LAHSA. **Note: Further coordination with system owners is required to finalize the details of this request.** | Excel / PDFs | Medium |
| 14 | **Executive reporting on key performance indicators used to measure the success of homelessness assistance services with monthly / quarterly / annual data (as available)** | June 2020 - present | Internal performance dashboarding/ metrics tracking for all Programs. Include measures of "outputs" such as services procured, "bed nights", occupancy rates, etc., as well as any other available outcome measures. | Excel / PPT / PDFs | Medium |
| 15 | **Underlying data supporting the performance reporting requested under Item #14** | June 2020 - present | Performance reports, if available, that provide insight into the data on usage of services and outcome measures. | N/A | Medium |
| 16 | **Organizational Charts** | Current (unless recent org changes) | Organizational Charts for City Departments, Committees, etc. responsible for overseeing, managing, and accounting for the provision of homelessness services (both through LAHSA and directly with service providers).  This includes departments that manage relevant funding sources, including grants management office (Federal and State). | Excel | Medium |
| 17 | **Description of roles and responsibilities of leadership positions identified within Organizational Charts** | Current (unless recent org changes) | Key City employees/positions responsible for overseeing, managing, and accounting for the provision of homelessness services (both through LAHSA and directly with service providers). Please include details on budgetary and programmatic ownership. | PDFs | Medium |
| 18 | **Performance management policies and procedures** | Current | All formal policies and procedures detailing the City's oversight of LAHSA and other service providers. | PDFs | Medium |
| 19 | **Department level budget requests for any City department tasked with providing services under the Programs** | FY 2019-2020 to present | Budget narrative, supporting data, resource justification, etc. associated with the submitted budget requests. | PDFs | Medium |
| 20 | **Financial management policies and procedures** | Current | Policies and procedures for the financial management related (directly or indirectly) to the provision of services within/across the Programs.  Please include any policies and procedures related to invoice approvals/accounts payable and procurement. Include process documentation (process maps, narratives, flow charts, etc.) where appropriate. | PDFs | Medium |
| 21 | **State, Federal and Local Compliance Requirements and tracking** | Current | Internal documents outlining the requirements of Federal or State regulatory authorities and funding agreements, and the City's process for verifying compliance with these requirements. If applicable, provide details on known compliance issues. | PDFs | Medium |

**Draft - For Discussion Purposes Only - Further Refinement/Clarification Required**

**Independent Assessment of the City of Los Angeles's Homelessness Programs**

**The City of Los Angeles**
Data Request from Alvarez & Marsal
as of May 30, 2024

| High | Medium | Low |
|---|---|---|
| Required within 1 week | Required within 2 weeks | Required within 4 weeks |

**Notes:**
For the purpose of this data request, relevant Programs include: (1) Freeway Agreement - Roadmap Program, (2) Alliance Settlement Program, and (3) Inside Safe.
Please do not create new analyses for these requests; simply provide exports from systems of record or reporting used in the normal course of business.
        Please note if the information requested is not available.
Additional data requests may be made throughout this assessment.

| Item # | Requested Item | Time Period | Description | Preferred Format | Priority |
|---|---|---|---|---|---|
| 22 | **Audit Reports (Internal and External)** | June 2020 - present | Copies of prior internal and external audit reports.  Specifically those addressing funding, expenditures, or policies and procedures related to the Programs. | PDFs | Low |
| 23 | **Payroll System Export** | June 2020 - present | City of LA Housing Department Homeless Services payroll export  (no PII requested - please provide roles, salaries, etc. - organized by funding stream). | Excel | Low |
| 24 | **Vendor applications and subaward agreements** | June 2020 - present | All vendor applications and subaward agreements documenting program expectations. | PDFs | Low |
| 25 | **Detailed budget file underlying the Mayor's FY25 Budget** | FY 2024-2025 | Export from the relevant financial system of details supporting the FY 2024-2025 Homeless Budget. | Excel | Low |
| 26 | **Program and project documentation** | Present | Program charters, mission statements, or other planning documents for the Programs. | N/A | Low |