<strong style="color:red">Draft - For Discussion Purposes Only - Further Refinement/Clarification Required</strong>

## Independent Assessment of the City of Los Angeles's Homelessness Programs

**Los Angeles Homeless Services Authority**
Data Request from Alvarez & Marsal
as of May 30, 2024

| High | Medium | Low |
|---|---|---|
| Required within 1 week | Required within 2 weeks | Required within 4 weeks |

**Notes:**
**For the purpose of this data request, relevant Programs include: (1) Freeway Agreement - Roadmap Program, (2) Alliance Settlement Program, and (3) Inside Safe.**
**Please do not create new analyses for these requests; simply provide exports from systems of record or reporting used in the normal course of business.**
     **Please note if the information requested is not available.**
**Additional data requests may be made throughout this assessment.**

| Item # | Requested Item | Time Period | Description | Preferred Format | Priority |
|---|---|---|---|---|---|
| 1 | **Vendor Payment History by Program** | June 2020 - present | Internal reporting used by LAHSA to track all direct payments to vendors by Program, funding source, etc. | Excel | High |
| 2 | **Contract Management System (CMS) exports or other comprehensive list/tracking document of all contracts with the City** | June 2020 - present | Master list of all the contracts executed between LAHSA and the City for the provision of homelessness services. Include, if possible, contract value, timeline/contract duration, LOS standards, services provided/covered, etc. | Excel | High |
| 3 | **Contract Management System (CMS) exports or other comprehensive list/tracking document of all contracts with service providers** | June 2020 - present | Master list of all the contracts executed between LAHSA service providers for the provision of homelessness services under the Programs. Include, if possible, contract value, timeline/contract duration, LOS standards, services provided/covered, etc. | Excel | High |
| 4 | **Financial systems (FMIS) exports recording all Cash Requests/Invoices submitted to the City and corresponding payments received related to contracts for the Programs** | June 2020 - present | Exports demonstrating tracking of cash requests submitted to the City/funds received from the City related to contractual agreements governing the Programs. | Excel | High |
| 5 | **General Ledger Exports** | FY2019-2020 to present | Transaction-level detail for revenues and expenditures. To the extent possible, this data may be limited to funding sources, expenditures, and/or vendors encompassing the relevant Programs. | Excel | High |
| 6 | **Trial Balance Exports** | FY2019-2020 to present | Trial balance data corresponding to the general ledger detail and other financial reporting. To the extent possible, this data may be limited to funding sources and vendors encompassing the relevant Programs. | Excel | High |
| 7 | **Chart of Accounts / Crosswalk** | FY2019-2020 to present | Chart of accounts with account numbers and descriptions to align with general ledger, trial balance, and other financial reporting.  If possible, please provide "crosswalk" files used by the finance team to analyze data exports from various systems. | Excel | High |
| 8 | **Budget to Actual Spending Reports** | June 2020 - present | Budget to Actual Reporting for Programs - Include the funding source, vendor, budget owner (organizational), etc.  YTD actuals for FY24 are acceptable. Please provide monthly reporting, if possible. | Excel | High |
| 9 | **Internal Program Milestone Tracking** | June 2020 - present | Original and modified implementation milestones and progress tracking against these milestones for City-funded Programs (e.g., Complete program standup by September 1st and measures used to verify completion.) | N/A | High |
| 10 | **LAHSA Annual Budgets** | FY2019-2020 to present | LAHSA approved budgets. | PDFs | Medium |
| 11 | **LAHSA Audited Financial Statements** | FY2019-2020 to present | LAHSA financial statements. | PDFs | Medium |
| 12 | **All Contracts (or Service Agreements) between LAHSA and the City related to the Programs** | June 2020 - present | All governing contracts between LAHSA and the City related to the Programs. Include all contracts in effect beginning June of 2020. | PDFs | Medium |

<span style="color:red">**Draft - For Discussion Purposes Only - Further Refinement/Clarification Required**</span>

**Independent Assessment of the City of Los Angeles's Homelessness Programs**

**Los Angeles Homeless Services Authority**
Data Request from Alvarez & Marsal
as of May 30, 2024

| **High** | **Medium** | **Low** |
|---|---|---|
| Required within 1 week | Required within 2 weeks | Required within 4 weeks |

**Notes:**
**For the purpose of this data request, relevant Programs include: (1) Freeway Agreement - Roadmap Program, (2) Alliance Settlement Program, and (3) Inside Safe.**
**Please do not create new analyses for these requests; simply provide exports from systems of record or reporting used in the normal course of business.**
        **Please note if the information requested is not available.**
**Additional data requests may be made throughout this assessment.**

| Item # | Requested Item | Time Period | Description | Preferred Format | Priority |
|---|---|---|---|---|---|
| 13 | **All contracts between LAHSA and service providers under the Programs** | June 2020 - present | All governing contracts between LAHSA and service providers related to the Programs. Include all contracts in effect beginning June of 2020. | PDFs | Medium |
| 14 | **All Cash Requests Submitted by LAHSA to the City** | June 2020 - present | Documentation of all cash requests submitted to the City per contractual arrangements with LAHSA. Please include LAHSA expenditures and Sub-recipient expenditures in line item detail. **Note: Further coordination with system owners is required in order to finalize the details of this request.** | Excel / PDFs | Medium |
| 15 | **All Payment Packages received by LAHSA from the City in response to Cash Requests** | June 2020 - present | Documentation of all responses received by LAHSA in response to Cash Requests (i.e., Payment Packages) per contractual arrangements with the City. **Note: Further coordination with system owners is required to finalize the details of this request.** | Excel / PDFs | Medium |
| 16 | **Executive reporting on key performance indicators used to measure the success of homelessness assistance services with monthly / quarterly / annual data (as available)** | June 2020 - present | Internal performance dashboarding/ metrics tracking for all Programs. Include measures of "outputs" such as services procured, "bed nights", occupancy rates, demographics, etc., as well as any other available outcome measures/statistics. | Excel / PPT / PDFs | Medium |
| 17 | **Underlying data supporting the performance reporting requested under Item #15** | June 2020 - present | Performance reports, if available, that provide insight into the data on usage of services and outcome measures. | PDFs | Medium |
| 18 | **Vendor applications and subaward agreements** | June 2020 - present | All vendor/service provider applications and subaward agreements documenting service expectations for providing services under the Programs. | PDFs | Medium |
| 19 | **Organizational Charts** | Current (unless recent org changes) | Organizational Charts for LAHSA.  Please include identification of departments or personnel responsible for overseeing the provision of services under the Programs. | Excel | Medium |
| 20 | **Description of roles and responsibilities of leadership positions identified within Organizational Charts** | Current (unless recent org changes) | Key LAHSA employees/positions responsible for overseeing, managing, and accounting for the provision of homelessness services under the Programs. Please include details on budgetary and programmatic ownership. | PDFs | Medium |
| 21 | **Performance management policies and procedures** | Current | All formal policies and procedures detailing LAHSA's oversight of service providers. | PDFs | Medium |
| 22 | **Financial management policies and procedures** | Current | Policies and procedures for the financial management related (directly or indirectly) to the provision of services within/across the Programs.  Please include any policies and procedures related to invoice approvals/accounts payable and procurement. Include process documentation (process maps, narratives, flow charts, etc.) where appropriate. | PDFs | Medium |
| 23 | **State, Federal and Local Compliance Requirements and tracking** | Current | Internal documents outlining the requirements of Federal or State regulatory authorities and funding agreements, and the City's process for verifying compliance with these requirements. If applicable, provide details on known compliance issues. | PDFs | Medium |

<span style="color:red">**Draft - For Discussion Purposes Only - Further Refinement/Clarification Required**</span>

**Independent Assessment of the City of Los Angeles's Homelessness Programs**

**Los Angeles Homeless Services Authority**
Data Request from Alvarez & Marsal
as of May 30, 2024

| **High** | **Medium** | **Low** |
|---|---|---|
| Required within 1 week | Required within 2 weeks | Required within 4 weeks |

**Notes:**
**For the purpose of this data request, relevant Programs include: (1) Freeway Agreement - Roadmap Program, (2) Alliance Settlement Program, and (3) Inside Safe.**
**Please do not create new analyses for these requests; simply provide exports from systems of record or reporting used in the normal course of business.**
**     Please note if the information requested is not available.**
**Additional data requests may be made throughout this assessment.**

| Item # | Requested Item | Time Period | Description | Preferred Format | Priority |
|---|---|---|---|---|---|
| 24 | **Audit Reports (Internal and External)** | June 2020 - present | Copies of prior internal and external audit reports.  Specifically those addressing funding, expenditures, or policies and procedures related to the Programs. | PDFs | Low |
| 25 | **Payroll System Export** | June 2020 - present | LAHSA payroll export  (no PII requested - please provide roles, salaries, etc. - organized by funding stream). | Excel | Low |
| 26 | **Program and project documentation** | Present | Program charters, mission statements, or other planning documents for the Programs. | N/A | Low |
| 27 | **Export - Enterprise Grant Management System** | June 2020 - present | Exports of vendor reporting for Programs in the Enterprise Grant Management System. Includes:<br>- Invoices submitted by Vendors related to the Programs<br>- General ledger reports with history of transactions by account for vendors submitting information to LAHSA related to the Programs<br>**Note: Further coordination with system owners is required to finalize the details of this request.** | TBD | Low |