**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-02291-DOC-KESx                    Date:  June 4, 2024

Title: LA ALLIANCE FOR HUMAN RIGHTS, et al., v. CITY OF LOS ANGELES, et al.

PRESENT:  THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   NOTICE THAT THE JUNE 6TH HEARING WILL BE HELD IN COURTROOM 9C**

The Court's hearing in this matter scheduled for June 6, 2024 at 10:00 a.m. will be held in **Courtroom 9C** in the First Street Courthouse, 350 W 1st Street in Los Angeles.

At the hearing, the parties are expected to report on the following:

- Completion of necessary fields in the HMIS system so that meaningful services are provided to the City. After numerous delays in the County and City resolving the HMIS fields, the parties and LAHSA should be able to attest and verify in court that these fields are sufficient. Public input is welcome.

- Both the City and the County have created public websites to upload paid invoices submitted by third-party service providers. However, neither the City nor the County has recently updated their website:

  o The most recent invoice on the City's website is from March 28, 2024.
  o The most recent invoice on the County's website is from April 9, 2024.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                          Date: June 4, 2024

                                                                                  Page 2

- At the June 6 hearing, the Court requests that the City and County provide an update on the timeline on which they receive invoices from LAHSA and post them to the public website. The Court also expects to hear what verification and documentation procedures the City, County, LAHSA, and the Controller use to ensure services that are paid for are being provided by the providers.

- At the end of April, both the City and County filed status reports regarding their compliance with the Settlement Agreements. *See* City Status Report (dkt. 729); County Status Report (dkt. 734). At the June 6 hearing, the Court invites objections or feedback from Plaintiffs, Intervenors, and the public regarding the adequacy of those reports.

    The Controller for the City of Los Angeles and LAHSA are invited to attend.

    The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                      Initials of Deputy Clerk: kdu

CIVIL-GEN