**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: LA CV 20-02291-DOC-(KESx)                    Date: June 6, 2024

Title:   LA ALLIANCE FOR HUMAN RIGHTS, et al. v. CITY OF LOS ANGELES, et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart  / Miriam Baird |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Elizabeth Mitchell | Arlene Hoang, Jessica Mariani |
| Shayla Myers, Intervenor | Mira Hashmall, Lauren Brody |
| | Valerie Flores |

PROCEEDINGS:          **STATUS CONFERENCE RE MOU**
                                *(Held at Los Angeles First Street)*

Also Present, Special Master Michele Martinez, Paul Webster, California Controller Kenneth Mejia, Anthony Perez, Matt Szabo, Christie Swiss, and Dr. Va Lecia Adams Kellum.

The case is called. The Court and counsel confer.

The Status Conference is continued to August 29, 2024 at 9:00 AM.

The Court orders the transcript of the hearing held June 6, 2024, be immediately produced at the government's expense and billed at the daily rate. The  transcript  shall  be  prepared forthwith and filed on the docket with immediate release to the public.

The transcript will also be available to download on the Court's Cases of Interest webp age, located here: http://www.cacd.uscourts.gov/newsworthy/cases-of-interest.

CC:     CourtRecording_CACD@cacd.uscourts.gov
        Transcripts_CACD@cacd.uscourts.gov
        Reporter_CACD@cacd.uscourts.gov

3:15

Initials of Deputy Clerk: kdu