**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date: June 26, 2024

Title: LA ALLIANCE FOR HUMAN RIGHTS, et al., v. CITY OF LOS ANGELES, et al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER TO MEET WITH JUDGE BIROTTE AND SPECIAL MASTERS**

The Court hereby notifies all parties that a meeting with Judge Birotte and the Special Masters concerning the HIMIS and quarterly reports shall take place July 30, 2024 or before. The parties must select a meeting date in consultation with Judge Birotte and the Special Masters by July 5, 2024.

It is imperative that all involved parties make arrangements to attend this meeting. Failure to participate may prompt the court to expedite proceedings and forego the August 29th hearing to address the aforementioned issues.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                    Initials of Deputy Clerk:
                                                                                    kdu
CIVIL-GEN