**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date:  June 26, 2024

Title: LA ALLIANCE FOR HUMAN RIGHTS, et al., v. CITY OF LOS ANGELES, et al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER TO MEET AND CONFER RE: PUBLIC WEBSITES**

At the hearing on June 6, 2024, the Los Angeles City Controller and the Los Angeles City Administrative Officer (CAO) both represented they would be willing to work together to improve the City's transparency website.[1] This website, available at https://cao.lacity.gov/Homeless/, includes invoices paid by the City under the Freeway Agreement Roadmap Program, LA Alliance Settlement Agreement, and Inside Safe. The parties and members of the public have raised issues with the website's interface, suggesting the website's design could be improved to increase transparency. The same issues have been raised with the County's website, available at https://lacounty.gov/alliance/.[2]

In light of the commitment of the Controller and CAO to work together on improving this website, the Controller, City of Los Angeles, County of Los Angeles, and LAHSA are directed to meet and confer with Special Monitors Martinez and Gandhi and

---

[1] *See* Transcript of Hearing on June 6, 2024 (25:14-26:4) ("MR. SZABO: I would be very happy to work with the Controller's Office on the transparency website…").

[2] As of the date of this order, the City's website reflects payments through June 2024 and the County's website reflects payments through February 2024.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date: June 26, 2024

Page 2

Judge Birotte. The parties should discuss next steps to make both the City and County websites more transparent and accessible, including presenting the data contained in the invoices in a format that is easier for the public to understand. An improved interface will support the websites' ultimate goal: to ensure that services paid for by the City and County are actually provided to unhoused individuals and are effective at reducing homelessness.

The City and County should be prepared to provide an update on their progress in creating user-friendly websites at the hearing on August 29, 2024.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                    Initials of Deputy Clerk: kdu

CIVIL-GEN