**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES – GENERAL</u>**

Case No. 2:20-cv-02291-DOC-KESx                                       Date:  June 27, 2024

Title: LA Alliance for Human Rights et al v. City of Los Angeles et al

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER SETTING HEARING FOR JUNE 28, 2024 AT 3:30 PM**

The Court, through Special Master Martinez, has been made aware of an issue among LAHSA, the City, and the third-party assessment firm, Alvarez & Marsal (A&M), regarding a data sharing agreement. Accordingly, the Court hereby sets a status conference for June 28, 2024, at 3:30 p.m. in Courtroom 10A at the Ronald Reagan Federal Building in Santa Ana.

Representatives with authority to resolve this issue from A&M, the City, and LAHSA are ordered to attend. Principals must be available by phone.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                               Initials of Deputy Clerk: kdu

CIVIL-GEN

cc: CSwiss@ccllp.law