**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KESx                                   Date:  June 28, 2024

Title: LA Alliance for Human Rights et al v. City of Los Angeles et al

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER VACATING THE JUNE 28 HEARING**

The City, LAHSA, and Alvarez & Marsal have resolved the issue regarding data sharing that the Court referenced in its June 27 Minute Order (dkt. 754). Accordingly, the hearing scheduled for June 28, 2024, is **VACATED**.

The Data Usage Agreement that the parties executed this afternoon is attached to this order as Exhibit 1.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                              Initials of Deputy Clerk: kdu

CIVIL-GEN

cc: CSwiss@ccllp.law

**DATA USAGE AGREEMENT**
**BY AND BETWEEN**
**LOS ANGELES HOMELESS SERVICES AUTHORITY**
**AND**
**CITY OF LOS ANGELES**

## A. Purpose

This Data Usage Agreement ("Agreement") is entered into by and between Los Angeles Homeless Services Authority ("LAHSA") and City of Los Angeles (hereinafter referred to as "Data Recipient"). LAHSA and Data Recipient are collectively referred to herein as "the Parties." LAHSA agrees to share identified data with Data Recipient to assist Data Recipient in the audit that is being conducted under the oversight of the federal district court in the matter of LA Alliance for Human Rights, et. al v. City of Los Angeles, et. al.

## B. Term of Agreement

This Agreement will commence on the date of the last signatory and will expire once the City of Los Angeles' audit of its homelessness programs is completed. Any use of this data beyond the expiration date above shall require both Parties to execute a written amendment to this Agreement.

## C. Data Sharing

### 1. Authority

LAHSA is authorized to share data under this agreement pursuant to the 2004 Homeless Management Information Systems (HMIS) Data and Technical Standards Final Notice, Section 4, HMIS Privacy and Security Standards issued by the U.S. Department of Housing and Urban Development (HUD).

### 2. Identified Data

LAHSA will allow provided identified data as needed to fulfill the requirements of this agreement. Requested data elements are included in **Attachment A** of this Agreement and incorporated herein by this reference. Any modifications to these data elements must be made by a written amendment signed and dated by both Parties.

## D. Authorized Use of Data

Data Recipient agrees to utilize the identified data solely for the purposes outlined in this Agreement. Any other use of this data is unauthorized.

If Data Recipient wishes to utilize the data or resulting information from this project for another purpose, such use must be approved by LAHSA by a written amendment to this Agreement.

1

## E. Transfer of Data

- Data transfer will take place through either an API or transfer of Comma Separated Values (CSV) formatted files through a Secure File Transfer Protocol.  LAHSA will provide the data directly to Alvarez and Marsal Public Sector Services, LLC, the firm the court has designated and charged with handling HMIS data.
- Data Recipient does not obtain any right, title, or interest in any of the data provided by LAHSA other than that allowed by this Agreement.

## F. Confidentiality and Data Destruction

- Data Recipient agrees that access to the data provided under this Agreement will be limited to the minimum number of individuals necessary to perform the work. The data shall not be shared or made available to any third parties.
- All electronic, written, or verbal data provided by LAHSA will be held confidential to prevent attempts to impermissibly identify specific individuals and/or to prevent linking with other information. Data Recipient shall comply with all applicable state and federal laws governing the gathering, use, and protection of personal data and information, including the 2004 HMIS Data and Technical Standards Final Notice issued by HUD.
- If Data Recipient becomes aware of information that could be impermissibly used to identify or contact individuals in the identified data, Data Recipient agrees to notify LAHSA within five (5) business days. In the event that potentially identifying information has been released, Data Recipient's Custodian and Representative will certify the destruction of all data files and the data destruction method in writing.
- Data Recipient understands and agrees that the data pursuant to this Agreement and/or any derivative file(s) may be retained only for the duration of this Agreement. At the end of this Agreement, Data Recipient and its agents and subcontractors, if any, must destroy all original data files and any derivative files containing identified data obtained pursuant to this Agreement. Data destruction must be completed using best industry practices and the destruction of all data files and the data destruction method must be certified by the Data Recipient's Custodian and Representative in writing, using the "Certificate Confirming Data Destruction" (**Attachment C**, incorporated herein by this reference). Data Recipient Representative shall provide a completed copy of this Certificate Confirming Data Destruction to LAHSA's Representative within 48 hours of the expiration or termination of this Agreement.
- The Data Recipient designates Alvarez and Marsal Public Sector Services, LLC as the firm charged with handling HMIS data. In the case of unauthorized release of data, the Data Recipient upon discovery is responsible for notifying LAHSA with 24 hours of discovery consistent with federal law and regulations and state law. Upon receipt of notification, data sharing transfer from LAHSA will cease until parties agree on corrective action to be taken by the Data Recipient and such is completed and verified.

## H. Contact Persons

To facilitate successful administration of this Agreement and for purposes of the initiation of this Agreement, the representatives designated as "LAHSA Representative" and "Data Recipient Representative," will act as the contact persons for each party.

| LAHSA Representative | Data Recipient Representative |
|---|---|
| Rita Noorzay<br>(213) 334-0420<br>rnoorzay@lahsa.org | Alvarez and Marsal Public Sector Services, LLC<br>Laura Collier<br>(248) 665-2192<br>lcollier@alvarezandmarsal.com |

The following individual, designated as "Custodian for Data Recipient," will be responsible for observing the security and privacy arrangements specified in this Agreement.

The following individual, designated as "Data Provider," will be the point-of-contact for LAHSA, for purposes of providing data to the Data Recipient.

| LAHSA Data Provider | Custodian(s) for Data Recipient |
|---|---|
| Steven Rocha<br>(213) 225-8485<br>srcocha@lahsa.org | Alvarez and Marsal Public Sector Services, LLC<br>Laura Collier<br>(248) 665-2192<br>lcollier@alvarezandmarsal.com |

Either party may change its representative by notifying the other party in writing of such change within five (5) business days. Any such change will become effective upon the receipt of such notice by the other party to this Agreement.

## I. Publicity

Data Recipient agrees to use the LAHSA-provided data only for the purposes stated in this Agreement. Under no circumstances shall Data Recipient publish raw, quantitative or identified data in connection with any publications or presentations.

## J. Termination

Either party may terminate this Agreement by providing a five (5) day written notice to the other party.

## K. Modification

This Agreement may be modified only by a written amendment signed by both Parties.

_____    June 28, 2024
Name:  Matthew W. Szabo                      _____
Title:   City Administrative Officer          Date
Organization: On behalf of City of Los Angeles

_____    _____
Name: Dr. Adams Kellum                       Date
Title: Chief Executive Officer
Organization: Los Angeles Homeless Services Authority (LAHSA)

## ATTACHMENT A

- Original and modified implementation milestones and progress tracking against these milestones for City-funded Programs (e.g., Complete program standup by September 1st and measures used to verify completion.)
- Internal performance dashboarding/ metrics tracking for all Programs. Include measures of "outputs" such as services procured, "bed nights", occupancy rates, demographics, etc., as well as any other available outcome measures/statistics.
- Performance reports, if available, that provide insight into the data on usage of services and outcome measures.

## ATTACHMENT B

### CERTIFICATE CONFIRMING DATA DESTRUCTION

We, authorized representatives of the Data Recipient, hereby certify that the below identified data files have been destroyed in their entirety by Data Recipient and/or agents and subcontractors, if any, in compliance with the Agreement.

We hereby certify that the following data files and derivatives files were the only files created for this Agreement:

Please list the name, description, and data destruction method for each file.

Name of File(s)                         Description of File

Description of Data Destruction Method
(Please attach additional documentation, if necessary.)

Data was destroyed using best industry practices and in such a way that no recovery or reconstruction is possible. No data files, or parts of files, were retained when the files were destroyed.

Data Recipient Representative shall provide a completed copy of this Certificate Confirming Data Destruction to LAHSA's Representative within 48 hours of the expiration or termination of this Agreement.

_____            _____
(Signature of Data Custodian)                        (Date)


_____            _____
(Signature of Data Recipient Representative)          (Date)