HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213-978-7508
Facsimile: 213-978-7011
Email:  Arlene.Hoang@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, a Municipal entity, et al., <br><br> Defendants. | Case No. CV 20-02291 DOC (KES) <br><br> **DEFENDANT CITY OF LOS ANGELES' QUARTERLY STATUS REPORT PURSUANT TO THE MEMORANDUM OF UNDERSTANDING BETWEEN THE COUNTY OF LOS ANGELES AND THE CITY OF LOS ANGELES [DKT. 185-1]** <br><br> **Hon. David O. Carter** <br> **United States District Judge** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to, and in compliance with, Section IV (B)(1) of the Memorandum of Understanding between the County of Los Angeles and the City of Los Angeles ("MOU") dated October 9, 2020 (Dkt. 185-1), Defendant City of Los Angeles ("the City") submits the following documents attached hereto:

A.    **Exhibit A** is the Homeless Roadmap Quarterly Report, which summarizes the type of interventions being developed in each Council District, the number of beds provided in each intervention, the status of each project, and the number of unsheltered Angelenos from each of the three target populations placed in each intervention.

B.    **Exhibit B** contains updated Council District Plans reflecting the current status of each Council District's Interventions in Development to shelter people experiencing homelessness, and Possible Additional Interventions being contemplated for development.

C.    **Exhibit C** is a report to City Council, dated May 31, 2024, which contains the Office of the City Administrative Officer's funding recommendations for the City's interventions.

D.    **Exhibit D** is a report from the Housing and Homelessness Committee concerning the May 31, 2024 report to City Council from the Office of the City Administrative Officer.

DATED:  July 15, 2024          HYDEE FELDSTEIN SOTO, City Attorney
                               DENISE C. MILLS, Chief Deputy City Attorney
                               KATHLEEN  KENEALY, Chief Asst City Attorney
                               ARLENE N. HOANG, Deputy City Attorney
                               JESSICA MARIANI, Deputy City Attorney

                               By: */s/Arlene N. Hoang*
                               Arlene N. Hoang, Deputy City Attorney
                               Counsel for Defendant City of Los Angeles

1

DEFENDANT CITY OF LOS ANGELES' QUARTERLY STATUS REPORT PURSUANT TO THE MEMORANDUM OF UNDERSTANDING BETWEEN THE COUNTY OF LOS ANGELES AND THE CITY OF LOS ANGELES [DKT. 185-1]