# EXHIBIT C

**REPORT FROM**

# OFFICE OF THE CITY ADMINISTRATIVE OFFICER

Date:        May 31, 2024

CAO File No.     0220-05151-0558
Council File No.  20-0841
Council District:  1, 4, 5, 6, 9, 10, 12, 13, and 14

To:          The City Council

From:        Matthew W. Szabo, City Administrative Officer

Reference:   COVID-19 Homelessness Roadmap

Subject:     **TWENTY FOURTH REPORT: COVID-19 HOMELESSNESS ROADMAP FUNDING RECOMMENDATIONS**

## SUMMARY

On September 9, 2020, the City Council approved funding for the initial projects under the COVID-19 Homelessness Roadmap (Roadmap) and directed this office to submit future funding recommendations through reports. This is the twenty-fourth such report.

First, this report provides an exempt determination from the California Environmental Quality Act for the continued use of an A Bridge Home site located in Council District 4. Additionally, this report recommends authorizing the General Services Department to execute a new or amend an existing interdepartmental agreement with the Department of Recreation and Parks and a lease agreement with People Assisting the Homeless for the continued use of an A Bridge Home site located in Council District 4.

Second, this report programs funds for the continued cost of leasing for various existing interim housing sites. Also included in this report are recommendations to program funds for operation shortfalls at interim housing sites.

Lastly, this report recommends funding to continue operations at existing interim housing interventions through June 30, 2025.

## RECOMMENDATION

That the City Council, subject to approval by the Mayor:

1. DETERMINE that the leases, funding allocation, and continued use of the bridge housing/navigation center at 3248 Riverside Drive and the interim housing/navigation center at 1479 South La Cienega Boulevard, for those experiencing homelessness, are statutorily exempt from the California Environmental Quality Act (CEQA) under Public Resources Code (PRC) Section 21080.27 and Government Code Section 65660(b), applicable to City of Los

CAO File No.          PAGE

0220-05151-0558       2

Angeles (City) low barrier navigation centers, Government Code Section 8698.4(a)(4), governing homeless shelter projects under a shelter crisis declaration, and PRC Section 21080(b)(4) and State CEQA Guidelines, 14 California Code of Regulations (CCR) Section 15269(c) as specific actions necessary to prevent or mitigate an emergency. This determination is consistent with, and supported by, the City Council's prior actions for the development and use of the properties as temporary shelters/navigation centers; and CEQA determinations made on December 10, 2019, August 1, 2023 and March 17, 2020, respectively (C.F. Nos. 19-0126, 20-0841-S35 and 19-1350, respectively).

2. AUTHORIZE the General Services Department (GSD) to execute a new or amend an existing interdepartmental agreement with the Department of Recreation and Parks and a lease agreement with the People Assisting the Homeless (PATH) for the A Bridge Home site located at 3248 Riverside Drive with 100 beds in Council District 4 for one year;

3. APPROPRIATE up to $9,793,723 of unspent 2022-23 County Roadmap funds to the Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement from the following accounts:
   a. $2,243,149 from Fund No. 63Q/43, Account No. 43WC27, 2022-23 Tiny Home Village Operations;
   b. $1,914,311 from Fund No. 63Q/43, Account No. 43WC28, 2022-23 Bridge Home Operations;
   c. $4,285,356 from Fund No. 63Q/43, Account No. 43WC29, 2022-23 Other Interim Housing Operations;
   d. $1,036,693 from Fund No. 63Q/43, Account No. 43WC30, 2022-23 Project Homekey Operations;
   e. $304,214 from Fund No. 63Q/43, Account No, 43WC31, 2022-23 Safe Parking Operations;

4. APPROVE up to $68,878,513 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to the following accounts for continued operations of Roadmap interim housing interventions from July 1, 2024 through June 30, 2025:
   a. $33,984,715 to LAHSA Fund No. 63Q/43, Account No. 43AC27, 2024-25 Tiny Home Villages Op;
   b. $21,563,835 to LAHSA Fund No. 63Q/43, Account No. 43AC88, 2024-25 A Bridge Home Ops;
   c. $8,220,713 to LAHSA Fund No. 63Q/43, Account No. 43AC29, 2024-25 Other Interim Housing Ops;
   d. $2,044,000 to LAHSA Fund No. 63Q/43, Account No. 43AC31, 2024-25 Safe Parking Ops;
   e. $3,065,250 to LAHSA Fund No. 63Q/43, Account No. 43AC32, 2024-25 Safe Sleep Ops;

CAO File No.                                    PAGE
0220-05151-0558                                   3

5. APPROVE $3,493,050 from General City Purposes - Additional Homeless Services (GCP-AHS) Fund No. 100/56, Account No. 000931 to the Los Angeles Housing Department Fund No. 10A/43, Account No. 43AC88, 2024-25 A Bridge Housing Operations, for operating costs of the following ABH sites from July 1, 2024 through June 30, 2025;
   a. $1,734,480 for the ABH site located at 1533 Schrader Boulevard in Council District 13;
   b. $1,084,050 for the ABH site located at 711 North Alameda Street in Council District 14;
   c. $674,520 for the ABH site located at 1920 West 3rd Street in Council District 1;

6. APPROVE and APPROPRIATE up to $349,000 from Homeless Housing, Assistance, and Prevention (HHAP) Fund No.62Y/10, Account No. 10S650, FC-1: A Bridge Home Capital and Operating Gap to the Los Angeles Housing Department (LAHD) Fund No. 62Y/43, in the account 43YC29, 2023-24 Other Interim Housing Ops for an operations and leasing shortfall at the interim housing site located at 5100 S. Central Avenue with 25 beds for single adults in Council District 9 through June 30, 2024;

7. APPROVE and APPROPRIATE up to $180,000 from HHAP Fund No. 62Y/10, Account No. 10S650, FC-1: A Bridge Home Capital and Operating Gap to LAHD HHAP Fund No. 62Y/43, in the account 43YC28, 2023-24 Bridge Home Operations for an operations shortfall at the A Bridge Home interim housing site located at 1818 S Manhattan Place (formerly 1819 S. Western Avenue) with 15 beds for single adult women in Council District 10 through June 30, 2024;

8. APPROVE and APPROPRIATE up to $273,352 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to Fund No. 63Q/43, Account No. 43YC27, 2023-24 Tiny Home Village Operations for operations of the Tiny Home Village site located at 2301 W. 3rd Street in Council District 13 through June 30, 2024;

9. APPROVE and APPROPRIATE up to $215,090 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to Fund No. 63Q/43, Account No. 43YC27, 2023-24 Tiny Home Village Operations for operations of the Tiny Home Village site located at 1455 Alvarado Street in Council District 13 through June 30, 2024;

10. APPROVE up to $9,728 from HHAP Fund No. 62Y/10, Account No. 10S650, FC-1: A Bridge Home Capital and Operating Gap to GSD Fund No. 100/40, Account No. 003160, Maintenance Materials, Supplies & Services, for repairs at the Tiny Home Village site located at 1455 Alvarado Street in Council District 13;

CAO File No.      PAGE

0220-05151-0558    4

11. APPROVE up to $105,000 from HHAP Fund No. 62Y/10, Account No. 10S650, FC-1: A Bridge Home Capital and Operating Gap to Fund No. 100/40, Account No. 003180, Construction Materials, for leasing costs associated with the trailers located at the A Bridge Home site on 711 N. Alameda Street, also known as El Puente, in Council District 14 from July 1, 2024 through June 30, 2025;

12. APPROVE $158,982 for leasing of the interim housing site located at 1904 Bailey Avenue in Council District 14 through June 30, 2025;
    a. AUTHORIZE $158,982 GCP-AHS Fund No. 100/56, Account No. 000931 to the Los Angeles Housing Department Fund No. 10A/43, Account No. for leasing of the interim housing site located at 1904 Bailey Avenue in Council District 14 through June 30, 2025;

13. APPROVE up to $40,000 from HHAP Fund No. 62Y/10, Account No. 10S650, FC-1: A Bridge Home Capital and Operating Gap to BOE Contractual Services Fund No. 682/50, Account No. 50VVHF, Feasibility Studies for Homeless Roadmap to reimburse contractual service costs associated with phase one environmental studies of the Tiny Home Village located at 499 San Fernando Road in Council District 1 through June 30, 2025;

14. APPROVE up $10,000 from HHAP Fund No. 62Y/10, Account No. 10S650, FC-1: A Bridge Home Capital and Operating Gap to to the Citywide Leasing Fund No. 100/63, 000027, A Bridge Home Leasing for GSD leasing costs at the La Cienega Motel located at 1725 South La Cienega Boulevard in Council District 5 with 20 beds not to exceed six months through June 30, 2025;

15. AMEND and REPLACE the approved Recommendation 16 relative to the 23rd Homelessness Roadmap Report dated March 29, 2024 (C.F. 20-0841-S46) to read as follows:
    a. APPROVE up to $398,200 of Homeless Efforts - County Funding Agreement Fund for GSD leasing costs at the La Cienega Motel located at 1725 South La Cienega Boulevard in Council District 5 with 20 beds not to exceed six months through June 30, 2025;
        i. APPROPRIATE $398,200 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No.10T618, Homeless Effort - County Funding Agreement to Fund No. 63Q/10, in a new account entitled, "Leasing - 1725 S La Cienega" for leasing costs of the La Cienega Motel located at 1725 South La Cienega Boulevard in Council District 5 not to exceed six months through June 30, 2025;

16. AMEND and REPLACE the approved Recommendation 17 relative to the 23rd Homelessness Roadmap Report dated March 29, 2024 (C.F. 20-0841-S46) to read as follows:

CAO File No.                                                      PAGE
0220-05151-0558                                              5

a. APPROVE up to $362,000 for the operations of the La Cienega Hotel located at 1725 South La Cienega Boulevard with 20 beds in Council District 5 through June 30, 2025;
   i. APPROPRIATE $362,000 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No.10T618, Homeless Effort - County Funding Agreement to Fund No. 63Q/43, Account No. 43AC29, 2024-25 Other Interim Housing Ops , for the operations cost of the La Cienega Motel located at 1725 South La Cienega Boulevard in Council District 5 through June 30, 2025;

17. REQUEST LAHSA to extend the Project HomeKey (PHK) 1.0 construction rehabilitation contracts with the following owner/operators through October 31, 2024:
   a. The National Health Foundation (NHF) for the Woodman/Arleta site at 9120 Woodman Avenue, Los Angeles, CA 91334, in Council District 6; and,
   b. The Volunteers of America Los Angeles (VOALA) for the Travelodge Devonshire, 21603 Devonshire Street, Los Angeles, 91311, in Council District 12;

18. AMEND Recommendation 15 from the previously approved 17th Covid-19 Homelessness Roadmap (C.F. 20-0841-S34) and replace with the following:
   a. APPROVE up to $657,530.46 from GCP-AHS Fund No. 100/56, Account No. 000931 to the Bureau of Engineering (BOE) Special Services Fund No. 682/50, Account No. 50VVIA, Salaries and Mileages for Homeless Roadmap to reimburse general salaries, transportation costs, and contractual services associated with the construction costs of previously approved interim housing sites and feasibility studies.
      i. TRANSFER $657,530.46 from the BOE Special Services Fund No. 682/50, Account No. 50VVIA, Salaries and Mileage for Homeless Roadmap to the following departments as needed to reimburse general salaries, transportation costs, and contractual services associated with the construction costs of previously approved interim housing sites and feasibility studies:
         1. $373,218.25 to BOE Fund No. 100/78, Account No. 001010, Salaries General;
         2. $1,705.54 to BOE Fund No. 100/78, Account No. 003310, Transportation;
         3. $175,228.53 to BOE Fund No. 100/78, Account No. 536101, Fringe Benefits;
         4. $52,566.22 to BCA Fund No. 100/76, Account No. 001010, Salaries General;
         5. $52,209.98 to BCA Fund No. 100/76, Account No. 536101, Fringe Benefits;
         6. $672.08 to BCA Fund No. 100/76, Account No. 001090, Overtime General;
         7. $1,929.86 to BCA Fund No. 100/76, Account No. 003310 Transportation;

19. INSTRUCT the City Clerk to place on the agenda of the first regular Council meeting on July 1, 2024, or shortly thereafter, the following instructions:
   a. APPROVE the reappropriation of up to $2,196,867, from the June 30, 2024 - unencumbered balances from various funding sources within in Capital Technology Improvement Expenditure Program, 100/54 for the following accounts:
      i. Up to $131,705 of GCP-AHS funds from Fund No. 100/54, Account No. 00V894, CD 15 600 East 116th Place THV for construction costs associated with the 600 East 116th Place Tiny Home Village in Council District 15; and
      ii. Up to $ 2,065,162 of GCP ($1,200,000) and HHAP ($865,162) funds from Fund 100/54, Account No. 00Y990, CD 5 Midvale IH for the Interim Housing Project at 2377 Midvale Avenue;

20. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's new Roadmap Contract (C-144656) with LAHSA to:
   a. Continue services with expenditure authority through June 30, 2025. Funding Categories and allocations as follows:
      i. Up to $33,984,715 in FC-1 Tiny Home Village Operations;
      ii. Up to $21,563,835 in FC-2 A Bridge Home Operations;
      iii. Up to $8,220,713 in FC-3 Other Interim Housing Operations;
      iv. Up to $2,044,000 in FC-4 Safe Parking Operations;
      v. Up to $3,065,250 in FC-5 Safe Sleep Operations;
   b. Add and increase funding for the operations of the following interim housing sites:
      i. 2301 W. 3rd Street in Council District 13;
      ii. 1455 Alvarado Street in Council District 13;
   c. Add and increase funding for leasing of the interim housing site located at 1904 Bailey Avenue in Council District 14;
   d. Amend the service funding allocations and expenditure authority for 1725 South La Cienega Boulevard in Council District 5;

21. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's General Fund contract (C-140706) with LAHSA to:
   a. Reflect operating costs for ABH sites located at through June 30, 2025:
      i. 1533 Schrader Boulevard;
      ii. 711 N. Alameda Street;
      iii. 1920 W. 3rd Street;

22. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's HHAP (C-135650) contract with LAHSA to:
   a. Add and increase funding for the operations of the following interim housing sites:
      i. 5100 S. Central Avenue in Council District 9;
      ii. 1818 S. Manhattan Place in Council District 10;
   b. Add and increase funding for leasing of the interim housing site located at 1725 S. La Cienega Boulevard in Council District 5;

23. AUTHORIZE the CAO to:
   a. Prepare Controller instructions or make necessary technical adjustments, including to the names of the Special Fund accounts recommended for this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions; and
   b. Prepare any additional Controller instructions to reimburse City Departments for their accrued labor, material or permit costs related to projects in this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions.

## BACKGROUND

As part of the LA Alliance case, on June 16, 2020, the City reached an agreement with the County to create 6,700 new homeless housing units within 18 months to address the COVID-19 emergency. This agreement is referred to as the Homelessness Roadmap.

The Roadmap set the following targets:
- 700 beds in existing agreements with the County within 10 months
- 5,300 new beds within 10 months
- 700 new beds within 18 months

The City is required to open and maintain 6,000 new beds, not covered by existing City-County agreements. The County will provide up to $60 million in annual service funding, totaling up to $300 million over the five-year agreement term, based on the number of interventions open and occupied within 60 days of July 1st each year. The agreement will terminate on June 30, 2025; therefore, Fiscal Year 2024-25 marks the fifth and final year of the Homelessness Roadmap.

The City has met all obligations under the agreement and will continue to do so. As of March 31, 7,172 new beds are open and occupiable, which includes 1,656 rapid rehousing/shared housing point-in-time placements overseen by the Los Angeles Homeless Services Authority (LAHSA).

## DISCUSSION

### 3248 Riverside Drive in Council District 4

This report recommends the authority for the General Services Department to enter into a new or amend an existing interdepartmental agreement with the Department of Recreation and Parks and a lease agreement with the People Assisting the Homeless for the continued use of the A Bridge Home (ABH) facility located at 3248 Riverside Drive in Council District 4 for an additional year. To provide authority for the site renewal, the Bureau of Engineering (BOE) has conducted a California

CAO File No.                          PAGE
0220-05151-0558                        8

Environmental Quality Act analysis, which is transmitted under a separate cover. The Mayor and City Council must approve the recommendations included in this report, which are based on BOE's determination that these uses are categorically exempt from CEQA in order to proceed.

## Ongoing/Service Costs of Interim Housing Interventions through June 30, 2025

*Roadmap Interventions*

The operating/service funding for 37 Roadmap interventions are needed for 2024-25. For 2024-25, the estimated total needed to continue the operations of existing interventions is $68.8 million. The recommendations in this report continue funding for 37 interventions consisting of 2,997 beds. This report recommends the continuation of previously approved Roadmap interventions. Attachment 2 provides a detailed list of the sites in continuing operations using the County MOU commitment funds.

As part of the Homelessness Roadmap, the County will provide $60 million in services funding, annually through the term of the agreement. Additionally, this report recommends reprogramming $9.8 million in unspent County Funding Agreement funds from 2022-23. As such, the reprogramming of funds and the annual $60 million shall be used to continue operations at previously approved Roadmap interventions for 2024-25.

*Other Interim Housing Interventions*

This report recommends programming Additional Homeless Services - General City Purposes (AHS-GCP) funding to continue operations for interventions that operate outside of the Roadmap agreement. These include the ABH sites located at 1533 Schrader Boulevard with 72 beds in Council District 13, 711 North Alameda Street (El Puente) with 45 beds in Council District 14, and 1920 West 3rd Street with 41 beds in Council District 1. These sites were operational prior to the start of the Roadmap and LA Alliance Agreements, and thus do not count towards the bed count obligations for the settlement agreements.

## Operation Shortfalls

This report recommends funds to support operation shortfalls at four Roadmap interim housing interventions for 2023-24.

First, funding in the amount $349,000 of HHAP funding is recommended for the site located at 5100 S. Central Avenue in Council District 9, operated by Home at Last (HAL). HAL has requested additional operations funding due to leasing costs and the increased cost per bed of operating a site with 25 beds. A separate report transmitted under a separate cover will recommend increased funding at a rate of $118 per bed for 2024-25 for a total of $1,076,750.

CAO File No.
0220-05151-0558

PAGE
9

Second, funding in the amount of $180,000 of HHAP funding is recommended for the ABH site located at 1818 S. Manhattan Place (formerly 1819 S. Western Avenue) in Council District 10, operated by 1736 Family Crisis Center. The service provider reports that the request for an increase in funding is due to the rising costs of operating a 15-bed shelter. A bed rate that factors in the increased operations funding is $93 per bed; therefore, a total of $509,175 is recommended for operations costs in 2024-25.

Lastly, a total of $488,442 in County Funding Agreement Funds is recommended for two THVs in Council District 13. $273,352 of County Funding Agreement Funds is recommended for the THV site located at 2301 W. 3rd Street with 64 beds. Funding in the amount of $215,090 of County Funding Agreement Funds is recommended for the THV site located at 1455 Alvarado Street with 38 beds. Both THVs are operated by Urban Alchemy (UA) and the sites have reported a higher burn rate relative to the cost of operations. As of May 20, 2024, the 1455 Alvarado Street THV has transitioned operators from UA to Hope the Mission (HTM).

**1455 Alvarado Street in Council District 13**

*Repairs and Maintenance*

On May 1, 2024, Council approved the Municipal Facilities Committee report (20-0841-S7) relative to negotiating and executing a lease with Kirby Properties and a sublease agreement with Hope the Mission (HTM) for continuing operations at this Tiny Home Village (THV). The site has transitioned operators from UA to HTM. This report recommends funding in the amount $9,728 of HHAP-1 funding for maintenance and repairs performed by the General Services Department at the THV in preparation for the hand-off between service providers.

**Additional Funding Items**

*711 N. Alameda Street (El Puente ABH) Trailer Leasing in Council District 14*

The El Puente ABH, located at 711 N. Alameda Street in Council District 14, has provided 45 beds to the Homelessness Roadmap. The site became open and operational on September 1, 2021, and is operated by The People Concern. This report recommends $105,000 of HHAP-1 funds to continue supporting leasing costs for the non-City owned onsite trailers.

*1904 Bailey Avenue in Council District 14*

This report recommends $158,982 in GCP-AHS funding for leasing costs of the interim housing site located at 1904 Bailey Avenue with 72 beds in Council District 14. This amount is a portion of the total leasing cost at this site for additional rent relative to construction improvements completed by the site owner and has been amortized over the duration of the lease. Funding for the remaining total base rent shall be included as a recommendation in a separate report, which will be transmitted under a separate council file that is to be determined.

CAO File No.                           PAGE
0220-05151-0558                         10

*Northeast New Beginnings in Council District 1*

The interim housing site located at 499 San Fernando Road, also known as Northeast New Beginnings, has provided 95 beds to the Homelessness Roadmap. The site became open and operational on January 23, 2024, and is operated by John Wesley Health Centers. This report recommends $40,000 of HHAP-1 funds to support the Bureau of Engineering's phase I environmental studies for additional parking and mobile medical services at an adjacent lot.

*La Cienega Motel in Council District 5 Amendment*

On April 17, 2024, the City Council and Mayor approved the 23rd COVID-19 Homelessness Roadmap Funding Report (C.F. 20-0841-S46), which allocated funding for leasing and operations costs for an interim housing intervention, not to exceed six months, at the La Cienega Motel located at 1725 S. La Cienega Boulevard in Council District 5, through December 31, 2024. After initiating discussions with the owner, the projected open date has been delayed with an expected operational date now in September 2024. As such, recommendations 16 and 17 require an amendment to reduce the cost and extend the expenditure authority for operations and leasing through June 30, 2025.

**Project HomeKey (PHK) 1.0 Contract Extensions**

This report requests contract extensions for two PHK 1.0 LAHSA rehabilitation contracts with the owner/operators of the Woodman/Arleta site, NHF, and the Travelodge Devonshire, VOALA, through October 31, 2024. The extension is needed to allow for the completion of all the rehabilitation work on both sites and the invoice closeout. The Woodman/Arleta will provide 148 beds for homeless seniors and is expected to open for occupancy on June 26, 2024. The Travelodge Devonshire has been open for occupancy since April 2021, but has been completing its final life/safety rehabilitation, which impacted the occupancy of the last 23 rooms. The site is set to complete its rehabilitation by September 30, 2024.

**Public Works Bureau of Engineering**

On June 12, 2023, the Council and Mayor approved the 17th Covid-19 Homelessness Roadmap Funding Report (C.F. 20-0841-S34). The report included funding for the Bureau of Engineering (BOE) to reimburse staffing costs on the City's homelessness interventions construction. This Report amends the original funding recommendation breakdown to better reflect the actual expenditures for salaries and related costs. The recommended amendment does not impact the total cost previously allocated for reimbursement.

**FISCAL IMPACT STATEMENT**

There is no additional General Fund impact as a result of the recommendations in this report. The recommendations in this report utilize the City's General Fund that was previously budgeted and

CAO File No.                                    PAGE
0220-05151-0558                                  11

approved for homelessness interventions. Additionally, the recommendations in this report also utilizes the Homeless Housing, Assistance, and Prevention and County Roadmap funds for homelessness interventions.


**FINANCIAL POLICIES STATEMENT**

The recommendations in this report comply with the City Financial Policies in that budgeted funds are being used to fund recommended actions.

Attachments:
1. COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 24th Homeless Roadmap Funding Recommendations are Approved
2. Proposed LAHSA Roadmap Housing Interventions 2024-25 Continued Operations Funding


*MWS:ECG:KML:MP:MAG:MZ:16240145*

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 24th Homeless Roadmap Funding Recommendations are Approved

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2022-2023 Comittment | | | | | Fiscal Year 2023-2024 Comittment | | | | | Fiscal Year 2024-2025 Comittment | | | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | |
| 1 | | | 13160 Raymer St. | 2 | | | | | | | | | | | | | | | | $1,348,321 |
| 2 | | | 7700 Van Nuys Blvd. | 2 | | | | | | | | | | | | | | | | $6,209,046 |
| 3 | | | 7621 Canoga Ave. | 3 | | | | | | | | | | | | | | | | $4,300,000 |
| 4 | | | 3061 Riverside Dr. | 4 | | | | | -$650,704.87 | | | | | | | | | | | $4,537,274 |
| 5 | | | 3428 Riverside Dr. | 4 | | | | | | | | | | | | | | | | $5,812,912 |
| 6 | | | 1479 La Cienega Blvd. | 5 | | | | | | | | | | | | | | | | $0 |
| 7 | | | 14333 Aetna St. | 6 | | | | | | | | | $621,426 | | | | | | | $5,749,155 |
| 8 | | | Sylmar Armory | 7 | | | | | | | | | | | | | | | | $0 |
| 9 | ABH Beds (1) | Capital | 4601 Figueroa St. | 9 | | | | | | | | | | | | | | | | $0 |
| 10 | | | 1819 S. Western Ave. | 10 | | | | | | | | | | | | | | | | $1,579,490 |
| 11 | | | 625 Lafayette Pl. | 10 | | | | | | | | | | | | | | | | $5,518,289 |
| 12 | | | West LA VA | 11 | | | | | | | | | | | | | | | | $136,046 |
| 13 | | | 1533 Schrader Blvd. | 13 | | | | | $20,529 | | | | | | | | | | | $42,029 |
| 14 | | | 310 N. Main St. | 14 | | | | | | | | | | | | | | | | $3,643,174 |
| 15 | | | 407 N Beacon St. (515 N Beacon St.) | 15 | | | | | $158,410 | | | | | | | | | | | $971,200 |
| 16 | | | 828 Eubank Ave. | 15 | | | | | | | | | $15,712 | | | | | | | $30,712 |
| | **ABH Capital Total** | | | | **$0** | **$0** | **$0** | **$0** | **-$471,766** | **$0** | **$0** | **$0** | **$637,138** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$39,877,647** |
| 17 | | | 1920 W 3rd St. | 1 | $176,158 | | | -$613,200 | $767,448 | | $44,772 | | | | | | | $674,520 | | $2,047,343 |
| 18 | | | 13160 Raymer St. | 2 | | | | $2,813,599 | | | $92,820 | | | | | | $2,047,650 | | | $9,320,025 |
| 19 | | | 7700 Van Nuys Blvd. | 2 | | | | $2,196,000 | | | $109,200 | | | | | | $2,409,000 | | | $9,434,648 |
| 20 | | | 7621 Canoga Ave. | 3 | | | | | | | | | | | | | | | | $0 |
| 21 | | | 3061 Riverside Dr. | 4 | | | | $122,249 | | $468 | $42,120 | | | | | | $939,510 | | | $6,776,136 |
| 22 | | | 3248 Riverside Dr. | 4 | | | | $2,196,000 | | $1,200 | $108,000 | | | | | | $2,409,000 | | | $10,815,262 |
| 23 | | | 1479 La Cienega Blvd. | 5 | $647,991 | | | $647,991 | | | | | | | | | | | | $2,655,978 |
| 24 | | | 14333 Aetna St. | 6 | | | | $1,119,342 | | | -$711,646 | | | | | | | | | $5,021,926 |
| 25 | | | Sylmar Armory | 7 | | | | $1,866,600 | | | $92,820 | | | | | | $2,047,650 | | | $9,382,470 |
| 26 | ABH Beds (1) | Operating (2) | 4601 Figueroa St. | 9 | | | | | | $405,942 | | | | | | | | | | $1,355,275 |
| 27 | | | 1819 S. Western Ave. | 10 | | | | $329,112 | | $180,180 | $16,200 | | | | | | $509,175 | | | $2,104,351 |
| 28 | | | 625 Lafayette Pl. | 10 | | | | $1,423,468 | | | $78,624 | | | | | | $1,734,480 | | | $6,755,118 |
| 29 | | | 1214 Lodi Pl. (Phase 1) | 13 | | | | $4,500,642 | | $297,498 | $101,520 | $362,430 | | | | | $2,264,460 | | | $13,524,538 |
| 30 | | | 1533 Schrader Blvd. | 13 | | | | -$1,576,800 | $1,576,800 | $864 | $77,760 | | | | | | | $1,734,480 | | $4,604,541 |
| 31 | | | 711 N Alameda St (El Puente) | 14 | | | | -$985,500 | $985,500 | | $48,600 | | | | $105,000 | | | $1,084,050 | | $3,411,113 |
| 32 | | | 310 N. Main St. (Civic Center) | 14 | | | | $429,730 | | $1,188 | $106,920 | | | | | | $2,384,910 | | | $8,087,200 |
| 33 | | | 407 N Beacon St. (515 N Beacon St.) | 15 | $512 | | | $1,343,894 | | $19,800 | $108,000 | $1,055,954 | | | | | $2,409,000 | | | $7,832,279 |
| 34 | | | 828 Eubank Ave. | 15 | $126 | | | -$309,565 | $39,752 | | $93,488 | $2,372,000 | | | | | $2,409,000 | | | $8,984,927 |
| | **ABH Operation Total** | | | | **$824,787** | **$0** | **$0** | **$15,503,561** | **$3,369,500** | **$907,140** | **$1,120,844** | **$3,078,738** | **$0** | **$0** | **$105,000** | **$0** | **$21,563,835** | **$3,493,050** | **$0** | **$112,113,130** |
| 35 | | | 11471 Chandler Blvd. | 2 | | | | | | | | | | | | | | | | $4,562,211 |
| 36 | | | 6099 Laurel Canyon Blvd. | 2 | | | | | | $10,000 | | | $223,929 | | | | | | | $8,906,965 |
| 37 | | | 12600 Saticoy St. | 2 | | | | | | | | | | | | | | | | $6,008,098 |
| 38 | | | 19040 Vanowen St. | 3 | | | | | | | | | | | | | | | | $3,229,997 |
| 39 | | | 6073 Reseda Blvd. | 3 | $32,000 | | | | $135,080 | | | | | | | | | | | $4,411,736 |
| 40 | | | 9710 San Fernando Blvd. | 6 | | | | | -$1,300,000 | | | | | | | | | | | $5,673,070 |
| 41 | | | Compton Ave. and Nevin Ave. | 9 | -$10,000 | | | | -$7,135,913 | | | | | | | | | | | $58,422 |
| 42 | | | 2301 W. 3rd St. | 13 | | | | | -$1,382,042 | | | | | | | | | | | $3,592,858 |
| 43 | Tiny Home Villages | Capital | 1455 Alvarado St. | 13 | | | | | | $9,728 | | | | | | | | | | $2,497,455 |
| 44 | | | Arroyo & Ave. 60 | 14 | | | | | | | | | | | | | | | | $6,173,096 |
| 45 | | | 7570 Figueroa St. | 14 | | | | | -$631,916 | | | | | | | | | | | $3,159,298 |
| 46 | | | 850 N. Mission Rd. | 14 | $4,869,572 | | | | | | | | | | | | | | | $4,869,572 |
| 47 | | | Mission and Jesse | 14 | | | | | $193,924 | | | | | | | | | | | $193,924 |
| 48 | | | 1221 Figueroa Pl. | 15 | | | | | | $10,000 | | | | | | | | | | $4,401,241 |
| 49 | | | 600 E. 116th Pl. | 15 | $3,548,982 | | | | | -$45,794 | | | $68,245 | | | | | | | $3,703,138 |
| 50 | | | 406 N. Bonnie Brae St & 413 Burlington Ave | 13 | | | | | | $10,000 | | | | | | | | | | $10,000 |
| | **Tiny Home Villages Capital Total** | | | | **$8,440,554** | **$0** | **$0** | **$0** | **-$10,120,867** | **-$6,066** | **$0** | **$0** | **$292,174** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$61,451,080** |
| 51 | | | 2521-2525 Long Beach Ave. | 9 | | | | | | | | | | | | | | | | $4,911,342 |
| 52 | Other Interim Beds / Homekey Units (1) | Acquisition | 2300, 2312, 2324 & 2332 S. Central Ave. | 9 | | | | | | | | | | | | | | | | $11,688,000 |
| 53 | | | 1300-1332 W. Slauson Ave. | 9 | | | | | | | | | | | | | | | | $6,520,353 |
| | | | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$23,119,695** |
| 54 | | | 499 San Fernando Road | 1 | | | | | $3,126,715 | | | | | | | | | | | $14,598,676 |
| 55 | Other Interim Beds | Capital | Coalition to Abolish Slavery and Trafficking (CAST) | 5 | | | | | | | | | | | | | | | | $445,227 |
| 56 | | | 2521-2525 Long Beach Ave. | 9 | | | | | | | | | | | | | | | | $3,406,547 |
| 57 | | | 1300-1332 W. Slauson Ave. | 9 | | | | | | | | | | | | | | | | $2,124,741 |
| 58 | | | 18140 Parthenia Blvd. | 12 | | | | | | | | | | | | | | | | $8,289,123 |

5/29/2024

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 24th Homeless Roadmap Funding Recommendations are Approved

| No. | Type of Unit/Intervention | Type | Site | CD | FY 2022-2023 Committment | | | | | FY 2023-2024 Comittment | | | | | FY 2024-2025 Comittment | | | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | |
| | **Other Interim Beds Capital Total** | | | | **$0** | **$0** | **$0** | **$0** | **$3,126,715** | **$0** | **$0** | **$0** | **$0** | | **$0** | **$0** | **$0** | **$0** | **$0** | **$28,864,314** |
| 59 | | | 11471 Chandler Blvd. | 2 | | | | | | | $75,075 | $1,509,750 | | | | | $1,656,188 | | | $6,801,863 |
| 60 | | | 6099 Laurel Canyon Blvd. | 2 | | | -$1,794,933 | | | $10,000 | $200,200 | $4,026,000 | $183,929 | | | | $4,406,500 | | | $15,823,196 |
| 61 | | | 12600 Saticoy St. | 2 | $512 | | -$958,029 | -$455,488 | | | $463,304 | $3,019,500 | | | | | $3,312,375 | | | $11,500,436 |
| 62 | | | 19040 Vanowen St. | 3 | | | -$528,275 | | | | $395,744 | $2,033,130 | | | | | $2,230,333 | | | $8,552,486 |
| 63 | | | 6073 Reseda Blvd. | 3 | | | -$1,049,709 | $18,146 | | $10,000 | $520,612 | $2,979,240 | | | | | $3,258,210 | | | $11,879,079 |
| 64 | | | 9710 San Fernando Blvd. | 6 | | | -$1,009,975 | -$286,193 | | | $161,161 | $3,240,930 | | | | | $3,555,283 | | | $7,689,506 |
| 65 | | | Compton Ave. & Nevin Ave. | 9 | | | | -$475,200 | | | | | | | | | | | | $0 |
| 66 | Tiny Home Villages | Operating (2) | 1455 Alvarado St. | 13 | | | $217,589 | | | $488,962 | $463,344 | $1,864,407 | | | | | $1,553,440 | | | $8,019,022 |
| 67 | | | 2301 W. 3rd St. | 13 | | | | $663,512 | | | $546,837 | $1,989,737 | | | | | $2,186,168 | | | $8,405,155 |
| 68 | | | Arroyo & Ave. 60 | 14 | | | | $763,880 | | | $224,224 | $4,509,120 | | | | | $4,946,480 | | | $16,841,818 |
| 69 | | | 7570 Figueroa St. | 14 | | | | $529,102 | | | $93,093 | $1,872,090 | | | | | $2,053,673 | | | $6,575,250 |
| 70 | | | 1221 Figueroa Pl. | 15 | | | | -$244,111 | | $10,000 | $156,882 | $1,610,400 | | | | | $1,646,188 | | | $5,940,194 |
| 71 | | | 499 San Fernando | 1 | | | | $990,000 | | | | $330,000 | | | | | $2,097,838 | | | $3,417,838 |
| 72 | | | 850 N. Mission Rd. | 14 | | | | $194,400 | | | | $2,568,368 | $266,953 | | | | $3,179,880 | | | $6,209,601 |
| 73 | | | Mission and Jesse | 14 | | | | | $188,363 | | | | | | | | | | | $188,363 |
| | **Tiny Home Villages Operating Total** | | | | **$512** | **$0** | **-$5,123,331** | **$1,698,048** | **$188,363** | **$518,962** | **$3,300,475** | **$31,222,672** | **$450,882** | **$0** | **$0** | **$0** | **$36,082,556** | **$0** | **$0** | **$114,686,773** |
| 74 | | | 313 Patton St. | 1 | | | | | | | | | | | | | | | | $857,628 |
| 75 | | | 1701 Camino Palmero St. | 4 | | | | $0 | | | $34,398 | $691,740 | | | | | $758,835 | | | $2,832,663 |
| 76 | | | 7600 Beverly Blvd. | 4 | | | | | | | | | | | | | | | | $304,937 |
| 77 | | | 1725 S La Cienega Blvd | 5 | | | | | | | $0 | | | | $10,000 | | $760,200 | | | $770,200 |
| 78 | | | 7253 Melrose Ave. | 5 | -$10,000 | | | -$2,970,444 | | | | | | | | | | | | $0 |
| 79 | | | 7816 Simpson Ave. | 6 | | | | $0 | | | $49,049 | $986,370 | | | | | $1,082,043 | | | $3,583,542 |
| 80 | | | 6909 N. Sepulveda Blvd. | 6 | | | | -$233 | | | $146,146 | $2,938,980 | | | | | | | | $9,638,654 |
| 81 | | | 11067 Norris Ave. | 7 | | | | | | | | | | | | | | | | $609,900 |
| 82 | | | 8501 1/2 S. Vermont Ave. | 8 | | | | -$202,559 | | | $25,025 | $503,250 | | | | | $552,062 | | | $2,006,653 |
| 83 | | | 5615 - 5749 S. Western Ave. | 8 | $201,300 | | | -$5,120 | | $7,144 | | $140,910 | | | | | | | | $660,319 |
| 84 | | | 8311 S. Western Ave. | 8 | | | | | | | $9,873 | | | | | | | | | $330,873 |
| 85 | | | 2514 W. Vernon Ave. | 8 | | | | | | | | | | | | | | | | $214,000 |
| 86 | | | 8501 S. Broadway | 9 | | | | | | | $150,150 | $3,019,500 | | | | | | | | $9,941,982 |
| 87 | | | 5100 S. Central Ave. | 9 | | | | | | $349,000 | $25,025 | $503,250 | | | | | | | | $2,006,131 |
| 88 | | | 224 E. 25th St. & 224 1/2 E. 25th St. | 9 | | | | -$97,367 | | | $68,068 | $1,368,840 | | | | | $1,501,610 | | | $3,581,341 |
| 89 | Other Interim Beds | Operating (2) | 9165 & 9165 ½ South Normandie St | 9 | $140,910 | | | $21,443 | | $33,262 | $1,773 | $563,640 | | | | | | | | $1,564,028 |
| 90 | | | 5171 S. Vermont Ave. | 9 | | | | | | | | | | | | | | | | $214,000 |
| 91 | | | 2521-2525 Long Beach Ave. | 9 | | | $462,000 | $0 | | $39,160 | | $2,938,980 | | | | | | | | $3,501,140 |
| 92 | | | 1300-1332 W. Slauson Ave. | 9 | | | -$1,674,765 | -$83,245 | | | $100,100 | $2,096,245 | | | | | | | | $3,603,439 |
| 93 | | | 18140 Parthenia Blvd. | 12 | | | | $637,290 | | | $107,107 | $2,153,910 | | | | | | | | $4,566,506 |
| 94 | | | 5941 Hollywood Blvd. | 13 | | | -$80,302 | $398,988 | | | $30,030 | $603,900 | | | | | $662,475 | | | $1,995,241 |
| 95 | | | 3191 W. 4th St. | 13 | | | | | | | | | | | | | | | | $178,072 |
| 96 | | | 566 S. San Pedro St. | 14 | | | | $1,343,500 | | | $70,980 | $1,427,400 | | | | | $1,565,850 | | | $4,735,680 |
| 97 | | | 1060 Vignes St. | 14 | | | | $4,197,674 | | $232,232 | | $4,670,160 | | | | | | | | $13,425,770 |
| 98 | | | 543 Crocker St. | 14 | $1,610,400 | | | $401,500 | | $2,511 | $57,549 | $402,600 | | | | | | | | $2,950,070 |
| 99 | | | 3123 S. Grand Ave. | 14 | | | | $0 | | | $15,965 | $401,500 | | | | | | | | $818,965 |
| 100 | | | Scattered Sites - SRO Housing Corporation | 14 | | | | $1,204,500 | | | | | | | | | | | | $2,409,000 |
| 101 | | | 1904 Bailey St. | 14 | | | | $2,491,442 | $79,491 | $29,659 | | | | | | | $158,982 | | | $2,600,592 |
| 102 | | | 345 E. 118 Pl. | 15 | $241,560 | | | $0 | | | | $80,520 | | | | | | | | $402,380 |
| 103 | | | Various | Various | | | | | | | | | | | | | | | | $112,354 |
| 104 | | | Project Roomkey (3) | Various | | | | | | | | | | | | | | | | $72,427,887 |
| 105 | | | Shelter Program | Various | | | | | | $757,477 | $934,787 | | | | | | | | | $1,692,264 |
| | **Other Interim Beds Operating Total** | | | | **$2,184,170** | **$0** | **-$1,293,067** | **$7,337,369** | **$79,491** | **$1,450,445** | **$1,826,025** | **$25,491,695** | **$0** | **$0** | **$10,000** | **$0** | **$6,883,075** | **$158,982** | **$0** | **$154,536,211** |
| 106 | | | Beacon (Solaire Hotel) | 1 | | | | | | | | | | | | | | | | $4,873,960 |
| 107 | | | Sieroty (Howard Johnson) | 4 | | | | | | | | | | | | | | | | $5,103,560 |
| 108 | | | Sepulveda Villa (Econo Motor Inn) | 6 | $1,859,280 | | | | | | | | | | | | | | | $4,568,997 |
| 109 | | | Pano (Panorama Inn) | 6 | | | | | | | | | | | | | | | | $2,713,579 |
| 110 | | | Arleta (Woodman) | 6 | | | | | | | | | | | | | | | | $20,056,747 |
| 111 | | | Woodman Ownership Transfer | 6 | | | | | | | | | | | | | | | | $19,500 |
| 112 | | | Encinitas (Good Nite Inn) | 7 | | | | | | | | | | | | | | | | $16,351,536 |
| 113 | | | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | | | | | | | | | | | | | | $1,281,013 |
| 114 | Homekey Units (1) | Match / Acquisition | Mollie Maison (Best Inn) | 10 | | | | | | | | | | | | | | | | $990,290 |
| 115 | | | The Layover (Super 8 LAX) | 11 | | | | | | | | | | | | | | | | $10,830,215 |
| 116 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | | | | | | | | | | | | | $10,152,255 |

5/29/2024

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 24th Homeless Roadmap Funding Recommendations are Approved

| No. | Type of Unit/Intervention | Type | Site | CD | FY22-23 HHAP | FY22-23 CDBG-CV | FY22-23 ESG-CV (5) | FY22-23 County (4) | FY22-23 GCP-AHS | FY23-24 HHAP | FY23-24 ESG-CV (5) | FY23-24 County (4) | FY23-24 GCP-AHS | FY23-24 State Homkey Grant | FY24-25 HHAP | FY24-25 ESG-CV (5) | FY24-25 County (4) | FY24-25 GCP-AHS | FY24-25 State Homkey Grant | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 117 | | | Devonshire Lodge (Travelodge) | 12 | | | | | | | | | | | | | | | | $3,162,222 |
| 118 | | | The Nest | 13 | | | | | | | | | | | | | | | | $1,736,813 |
| 119 | | | Casa Luna (Titta's Inn) | 14 | | | | | | | | | | | | | | | | $1,977,625 |
| 120 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | | | | | | | | | | | | | $9,021,062 |
| 121 | | | Travelodge (Normandie) | 15 | | | | | | | | | | | | | | | | $3,990,522 |
| 122 | | | Property management and real estate service | Various | | | | | | | | | | | | | | | | $779,939 |
| | **Project Homekey Match / Aquisition Total** | | | | **$1,859,280** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$97,609,837** |
| 123 | | | Beacon (Solaire Hotel) | 1 | $2,347,158 | | -$219,336 | $2,340,745 | | | $116,717 | | | | | | | | | $6,438,675 |
| 124 | | | Sieroty (Howard Johnson) | 4 | $2,206,980 | | $0 | $2,170,424 | | | $109,746 | | | | | | | | | $6,309,496 |
| 125 | | | Super 8 Canoga Park | 3 | | | -$1,178,015 | | | | | | | | | | | | | $1,028,993 |
| 126 | | | Sepulveda Villa (Econo Motor Inn) | 6 | $1,859,280 | | | $1,826,531 | | $92,456 | | | | | | | | | | $5,444,034 |
| 127 | | | Pano (Panorama Inn) | 6 | $250,000 | | $347,087 | $250,000 | | | | | | | | | | | | $1,097,087 |
| 128 | | | Arleta (Woodman) | 6 | $4,699,120 | | -$315,000 | $0 | | | | | | | | | | | | $4,699,120 |
| 129 | | | Encinitas (Good Nite Inn) | 7 | $2,757,810 | | | $2,750,275 | | | $137,137 | | | | | | | | | $9,578,320 |
| 130 | Homekey Units (1) | Operating | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | -$344 | $704,079 | | | | | | | | | | | | $1,317,113 |
| 131 | | | Mollie Maison (Best Inn) | 10 | $187,210 | | $803,811 | $704,450 | | $29,850 | $316,316 | | | | | | | | | $2,381,154 |
| 132 | | | The Layover (Super 8 LAX) | 11 | $1,418,250 | | $570,432 | $1,383,350 | | $323,076 | | | | | | | | | | $5,434,632 |
| 133 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | -$169,289 | $356,085 | | | | | | | | | | | | $1,731,181 |
| 134 | | | Devonshire Lodge (Travelodge) | 12 | $2,388,150 | | -$417,509 | $2,381,625 | | $118,755 | | | | | | | | | | $7,883,079 |
| 135 | | | The Nest | 13 | $1,226,100 | | $498,132 | $1,102,517 | | | $60,970 | | | | | | | | | $4,051,403 |
| 136 | | | Casa Luna (Titta's Inn) | 14 | $1,259,772 | | | $1,256,330 | | | $62,644 | | | | | | | | | $3,597,212 |
| 137 | | | Huntington Villas (Super 8 Alhambra) | 14 | $1,661,640 | | -$479,165 | $1,650,594 | | | $82,628 | | | | | | | | | $5,263,569 |
| 138 | | | Travelodge (Normandie) | 15 | $500,000 | | $564,055 | $500,000 | | | | | | | | | | | | $2,064,055 |
| | **Project Homekey Operating Total** | | | | **$22,761,470** | **$0** | **$4,859** | **$19,377,005** | **$0** | **$564,137** | **$886,158** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$68,319,123** |
| 139 | | | Beacon (Solaire Hotel) | 1 | | | | | | | | | | | | | | | | $3,231,738 |
| 140 | | | Sieroty (Howard Johnson) | 4 | | | $1,515,944 | | | | | | | $800,000 | | | | | | $5,501,798 |
| 141 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | | $93,662 | | | | | | | | | | | | | $886,851 |
| 142 | | | Pano (Panorama Inn) | 6 | $1,311,268 | | $1,286,703 | | $1,688,732 | | $96,154 | | | | | | | | | $6,354,916 |
| 143 | | | Arleta (Woodman) | 6 | $2,046,519 | | $6,926,192 | | | $1,572,546 | $198,269 | | | | | | | | | $17,859,351 |
| 144 | | | Encinitas (Good Nite Inn) | 7 | | | | | | | | | | | | | | | | $2,766,023 |
| 145 | | | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | $356,272 | | | | | | | | | | | | | $758,260 |
| 146 | | | Mollie Maison (Best Inn) | 10 | | | | | | | | | | | | | | | | $186,577 |
| 147 | Homekey Units (1) | Improvement | The Layover (Super 8 LAX) | 11 | | | | | | | | | | | | | | | | $1,020,206 |
| 148 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | | | | | | | $1,000,000 | | | | | | $1,805,120 |
| 149 | | | Devonshire Lodge (Travelodge) | 12 | | | $300,000 | | | | | | | $410,000 | | | | | | $1,625,324 |
| 150 | | | The Nest | 13 | | | | | | | | | | | | | | | | $306,967 |
| 151 | | | Casa Luna (Titta's Inn) | 14 | | | | | | | | | | | | | | | | $312,272 |
| 152 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | | | | | | | $500,000 | | | | | | $877,640 |
| 153 | | | Travelodge (Normandie) | 15 | | | | | | $2,950,434 | $190,635 | | | | | | | | | $5,329,301 |
| 154 | | | Real estate services to monitor alterations | n/a | | | | | | | | | | | | | | | | $335,295 |
| | **Project Homekey Capital Improvement Total** | | | | **$3,357,787** | **$0** | **$10,478,773** | **$0** | **$1,688,732** | **$4,522,980** | **$485,058** | **$0** | **$0** | **$2,710,000** | **$0** | **$0** | **$0** | **$0** | **$0** | **$49,157,639** |
| 155 | Recovery Housing | | Rapid Rehousing/ Shared Housing** | Various | | | -$5,020,377 | | | | $959,681 | | $350,000 | | | | | | | **$78,575,224** |
| | **Recovery Housing Total** | | | | **$0** | **$0** | **-$5,020,377** | **$0** | **$0** | **$0** | **$959,681** | **$0** | **$350,000** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$78,575,224** |
| 156 | Measure H Strategy (7) | | Measure H Strategy - B4 (Landlord Incentive) | Various | | | | | | | | | | | | | | | | $426,000 |
| | **Measure H Strategy Total** | | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$426,000** |
| 157 | Safe Sleeping | Capital | 2300 S. Central Ave. (6) | 9 | | | | | -$181,668 | $152,425 | | | | | | | | | | $1,669,308 |
| 158 | | | 317 N. Madison Ave. | 13 | | | | | | | | | | | | | | | | $10,553 |
| | **Safe Sleep Capital Total** | | | | **$0** | **$0** | **$0** | **$0** | **-$181,668** | **$152,425** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$1,679,861** |
| 159 | Safe Sleeping | Operating (2) | 2300 S. Central Ave. (6) | 9 | | | -$1,997,048 | $3,005,570 | | | | $3,065,250 | | | | | $3,065,250 | | | $7,122,272 |
| 160 | | | 317 N. Madison Ave. | 13 | | | | -$271,001 | | | | | | | | | | | | $1,029,279 |
| | **Safe Sleep Operating Total** | | | | **$0** | **$0** | **-$1,997,048** | **$2,734,569** | **$0** | **$0** | **$0** | **$3,065,250** | **$0** | **$0** | **$0** | **$0** | **$3,065,250** | **$0** | **$0** | **$8,151,551** |
| 161 | | | 7128 Jordan Ave. | 3 | | | | $246,469 | | $5,437 | $40,063 | $274,500 | | | | | | | | $877,634 |
| 163 | | | 4301 S. Central Ave. | 9 | | | | $108,901 | | | $18,200 | $109,800 | | | | | $146,000 | | | $372,768 |
| 164 | | | 1201 S. Figueroa St. | 9 | | | | $323,997 | | $54,600 | | $329,400 | | | | | $438,000 | | | $942,269 |
| 166 | | | 11339 Iowa Ave. | 11 | | | | $235,918 | | $45,500 | | $274,500 | | | | | $365,000 | | | $665,418 |

5/29/2024

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 24th Homeless Roadmap Funding Recommendations are Approved

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2022-2023 Comittment | | | | | Fiscal Year 2023-2024 Comittment | | | | | Fiscal Year 2024-2025 Comittment | | | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | CDBG-CV | ESG-CV (5) | County (4) | GCP-AHS | HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | |
| 167 | | | 9100 Lincoln Blvd. | 11 | | | | $39,751 | | | | $0 | | | | | | | | $246,569 |
| 168 | Safe Parking (1) | Operating (2) | 5455 111th Street | 11 | $7,360 | | | $778,119 | | | | | | | | | | | | $894,985 |
| 169 | | | 8775 Wilbur Ave. | 12 | | | | $219,000 | | $2,988 | $33,412 | $219,600 | | | | | $292,000 | | | $715,870 |
| 170 | | | 1033 Cole Ave. | 13 | | | | $328,500 | | $36,400 | | $219,600 | | | | | | | | $718,951 |
| 171 | | | 4591 Santa Monica Blvd. | 13 | | | | $0 | | | | | | | | | | | | $155,537 |
| 172 | | | 711 S. Beacon St. | 15 | | | | $328,500 | | | $54,600 | $329,400 | | | | | $438,000 | | | $1,144,449 |
| 173 | | | 19610 Hamilton Ave. | 15 | | | | $273,750 | | $45,500 | | $274,500 | | | | | $365,000 | | | $976,471 |
| | Safe Parking Operating Total | | | | $7,360 | $0 | $0 | $2,882,905 | $0 | $190,425 | $146,275 | $2,031,300 | $0 | $0 | $0 | $0 | $2,044,000 | $0 | $0 | $7,710,921 |
| 174 | Outreach | Various | Roadmap Outreach | | $2,472,188 | | | | | | | | | | | | | | | $9,077,365 |
| 175 | | | Encampment to Home Program on Ocean Front Walk/Venice | 11 | | | | | | | | | | | | | | | | $5,000,000 |
| | Outreach Total | | | | $2,472,188 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $14,977,365 |
| 176 | Admin | Admin | BOE | n/a | | | | | $2,366,711 | | | | | | | | | | | $8,155,055 |
| 177 | | | BCA | n/a | | | | | | | | | | | | | | | | $299,416 |
| 178 | | | CAO | n/a | | | | | | | | | | | | | | | | $254,035 |
| 179 | | | GSD | n/a | | | | | | | | | | | | | | | | $77,500 |
| 180 | | | LAHD | n/a | | | | | | | | | | | | | | | | $1,158,255 |
| 181 | | | LAHSA | n/a | | | | | | | $93,479 | | | | | | | | | $5,594,161 |
| | Admin Total | | | | $0 | $0 | $0 | $0 | $2,366,711 | $0 | $93,479 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $15,538,422 |
| | Total Commitment | | | | $41,908,108 | $0 | -$2,950,191 | $49,533,458 | $45,210 | $8,300,448 | $8,817,995 | $64,889,655 | $1,730,194 | | $115,000 | $0 | $69,638,716 | $3,652,032 | $0 | $853,675,097 |
| | Total Uncommitted | | | | | $12,279 | -$988,769 | | N/A | | -$988,769 | | | | | | $418,625 | | | |

(1) Does not include Roadmap interventions that are in existing agreements with the County.

(2) Operating costs vary by intervention type: ABH Beds: $60/bed/night; Tiny Home Villages, Leased Facilities, Year Round Shelter: $55/bed/night; Project Homekey: $85/unit/night; Safe Sleeping: $67/person/night; and Safe Parking: $30/car/night. Project Roomkey costs vary by site. 324 Winter Shelter beds ended on October 31, 2021.

(3) Committed funds used to front-fund the Project Roomkey extension are expected to be reimbursed by the FEMA, at which time the funds will be available for programming.

(4) County Services allocations are restricted to services, leasing, FFE, and start up costs.

(5) Reflects the entire cost of the program for two (2) years using ESG-COVID.

(6) 2300 S Central is part of the City Project Homekey Program. The site will oeprate a Safe Sleeping Program until the owner/operator is ready to begin construction on permanent supportive housing.

(7) Placements funded with City funding for Measure H Strategies will be counted toward the Roadmap target of 6,700 interventions.

5/29/2024

Attachment 2: Proposed LAHSA Roadmap Interventions 2024-25 Continued Operations Funding

### LAHSA Roadmap Housing Interventions
### 2024-25 Operations County Roadmap Funding

| Funding Category | No. | Project Name/Address | CD | 24-25 Total Operations Funding |
|---|---|---|---|---|
| **Tiny Home Village Operations** | 1 | 11471 Chandler Blvd. | 2 | $1,656,188 |
| | 2 | 12600 Saticoy | 2 | $3,312,375 |
| | 3 | 6099 Laurel Canyon Blvd. | 2 | $4,406,500 |
| | 4 | 19040 Vanowen aka 6700 Vanalden | 3 | $2,230,333 |
| | 5 | 6073 N Reseda Blvd aka Topham | 3 | $3,258,210 |
| | 6 | 9710 San Fernando Rd. | 6 | $3,555,283 |
| | 7 | 1455 Alvarado St. | 13 | $1,553,440 |
| | 8 | 2301 W 3rd St. | 13 | $2,186,168 |
| | 9 | 7570 N. Figueroa St. | 14 | $2,053,673 |
| | 10 | Arroyo Drive at Ave 60 | 14 | $4,946,480 |
| | 11 | 850 N. Mission Rd. | 14 | $3,179,880 |
| | 12 | 1221 S. Figueroa Place aka Harbor Park | 15 | $1,646,188 |
| | | **Sub-Total** | | **$33,984,715** |
| **A Bridge Home Operations** | 13 | 13160 Raymer St. | 2 | $2,047,650 |
| | 14 | 7700-7798 Van Nuys Blvd. (formerly 7700 Van Nuys Blvd.) | 2 | $2,409,000 |
| | 15 | 3248 Riverside Dr. | 4 | $2,409,000 |
| | 16 | 3061 Riverside Dr. | 4 | $939,510 |
| | 17 | Sylmar Armory (12860 Arroyo St.) | 7 | $2,047,650 |
| | 18 | 1818 S Manhattan Pl. (formerly 1819 S. Western Ave.) | 10 | $509,175 |
| | 19 | 668 S. Hoover St. (aka 625 La Fayette Pl.) | 10 | $1,734,480 |
| | 20 | 1214 Lodi Pl. | 13 | $2,264,460 |
| | 21 | 310 N. Main St. | 14 | $2,384,910 |
| | 22 | 515 N Beacon St. | 15 | $2,409,000 |
| | 23 | 828 Eubank Ave. | 15 | $2,409,000 |
| | | **Sub-Total** | | **$21,563,835** |
| **Other Interim Housing Operations** | 24 | Cypress Park 499 San Fernando Dr. | 1 | $2,097,838 |
| | 25 | 1701 Camino Palmero St. | 4 | $758,835 |
| | 26 | 7816 Simpson Avenue | 6 | $1,082,043 |
| | 27 | 8501 1/2 S. Vermont Ave. | 8 | $552,062 |
| | 28 | 224 E. 25th St & 224 1/2 E. 25th St | 9 | $1,501,610 |
| | 29 | 5941 Hollywood Blvd. | 13 | $662,475 |
| | 30 | Weingart Center 566 S. San Pedro Street | 14 | $1,565,850 |
| | | **Sub-Total** | | **$8,220,713** |
| **Safe Sleep Operations** | 31 | 2300 S. Central Ave. | 9 | $3,065,250 |
| | | **Sub-Total** | | **$3,065,250** |

Attachment 2: Proposed LAHSA Roadmap Interventions 2024-25 Continued Operations Funding

| LAHSA Roadmap Housing Interventions<br>2024-25 Operations County Roadmap Funding | | | | |
|---|---|---|---|---|
| **Funding Category** | **No.** | **Project Name/Address** | **CD** | **24-25 Total Operations Funding** |
| **Safe Parking Operations** | 32 | 1501 S Figueroa Street | 9 | $438,000 |
| | 33 | 4301 S Central Ave | 9 | $146,000 |
| | 34 | 11339 Iowa Ave | 11 | $365,000 |
| | 35 | 8775 Wilbur Ave. | 12 | $292,000 |
| | 36 | 19610 S. Hamilton Ave | 15 | $365,000 |
| | 37 | 711 S. Beacon St. | 15 | $438,000 |
| **Sub-Total** | | | | **$2,044,000** |
| **Total** | | | | **$68,878,513** |

2