# EXHIBIT D

**File No. 20-0841-S49**

STATUTORY EXEMPTION and HOUSING AND HOMELESSNESS COMMITTEE REPORT relative to lease extension and funding allocation for continued use of the "A Bridge Home" (ABH) bridge housing/navigation site located at 3248 Riverside Drive in Council District 4; and the 24th report regarding COVID-19 Homelessness Roadmap funding recommendations; and related matters.

Recommendations for Council action, SUBJECT TO THE APPROVAL OF THE MAYOR:

1.  AMEND AND APPROVE Recommendation No. 1 contained in the City Administrative Officer (CAO) report dated May 31, 2024, attached to Council file No. 20-0841-S49, respectively, as follows:

    DETERMINE that the lease, funding allocation and continued use of the ABH bridge housing/navigation center located at 3248 Riverside Drive in Council District 4 for those experiencing homelessness, are statutorily exempt from the California Environmental Quality Act (CEQA) under Public Resources Code (PRC) Section 21080.27 and Government Code Section 65660(b), applicable to City of Los Angeles (City) low barrier navigation centers, Government Code Section 8698.4(a)(4), governing homeless shelter projects under a shelter crisis declaration, and PRC Section 21080(b)(4) and State CEQA Guidelines, 14 California Code of Regulations (CCR) Section 15269(c) as specific actions necessary to prevent or mitigate an emergency. This determination is consistent with, and supported by, the City Council's prior actions for the development and use of the properties as temporary shelters/navigation centers; and CEQA determinations made on December 10, 2019, August 1, 2023, respectively (Council file Nos. 19-0126 and 20-0841-S35).

2.  RESCIND Recommendation Nos. 14 through 16 and No. 22.b contained in the CAO report dated May 31, 2024, attached to the Council file.

3.  APPROVE Recommendation Nos. 2 through 13, Nos. 17 and 18, No. 20 and Nos. 22.a and 23 contained in the CAO report dated May 31, 2024, attached to the Council file.

4.  AMEND and APPROVE Recommendation Nos. 19 and 21 contained in the CAO report dated May 31, 2024, attached to the Council file, respectively, as follows:

    **19. INSTRUCT the City Clerk to place on the agenda of the first regular Council meeting on July 1, 2024, or shortly thereafter, the following instructions:**

    **a. APPROVE the reappropriation of up to $2,196,867, from the June 30, 2024 - unencumbered balances from various funding sources within the Capital Technology Improvement Expenditure Program, Fund No. 100/54 for the following accounts:**

        **i.  Up to $131,705 of General City Purposes - Additional Homeless Services (GCP-AHS) funds from Fund No. 100/54, Account No. 00V894, CD 15 600 East 116th Place Tiny Home Village (THV) for construction costs associated with the 600 East 116th Place THV in Council District 15**

        **ii. Up to $ 2,065,162 of GCP ($1,200,000) and Homeless Housing, Assistance, and Prevention ($865,162) funds from Fund No. 100/54, Account No. 00Y990, CD 5 Midvale IH for the Interim Housing Project located at 2377 Midvale Avenue in Council District 5.**

    **b. APPROVE the reappropriation of $2,250,000 of General Fund from the June 30, 2024 - unencumbered balances within the Unappropriated Balance Fund**

**No. 100/58, Account No. 580422, Citywide Recreational Vehicle Program.**

21. INSTRUCT the General Manager, LAHD, or designee, to amend the City's General Fund Contract (C-140706) or execute a new General Fund contract with the Los Angeles Homeless Services Authority (LAHSA) to:

   a. Reflect operating costs for ABH sites located at through June 30, 2025:

      i. 1533 Schrader Boulevard

      ii. 711 North Alameda Street

      iii. 1920 West 3rd Street

5. ADD and APPROVE the following recommendations to the CAO report dated May 31, 2024, attached to the Council file, respectively, to read as follows:

   a. APPROVE and APPROPRIATE $158,876 of GCP-AHS Fund No. 100/56, Account No. 000931 to Citywide Leasing Fund No. 100/63, Account No. 000027, ABH Leasing for leasing costs for 1920 West 3rd Street through June 30, 2024.

   b. APPROVE and APPROPRIATE $165,231 of GCP-AHS Fund No. 100/56, Account No. 000931 to Citywide Leasing Fund No. 100/63, Account No. 000027, AHB Leasing for leasing costs for 1920 West 3rd Street through June 30, 2025.

   c. APPROVE and APPROPRIATE $329,067 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement to the Los Angeles Housing Department Fund No. 63Q/43, Account No. 43WC38, 2022-23 LAHSA Leasing for 1904 Bailey leasing costs through June 30, 2024.

Fiscal Impact Statement: The CAO reports that there is no additional General Fund impact as a result of the recommendations in this report. The recommendations in this report utilize the City's General Fund that was previously budgeted and approved for homelessness interventions. Additionally, the recommendations in this report also utilizes the Homeless Housing, Assistance, and Prevention and County Roadmap funds for homelessness interventions.

Financial Policies Statement: The CAO reports that the recommendations in this report comply with the City's Financial Policies in that budgeted funds are being used to fund recommended actions.

Community Impact Statement:  None submitted

SUMMARY

At the meeting held on June 5, 2024, your Housing and Homelessness Committee considered CAO and Bureau of Engineering reports relative to lease extension and funding allocation for continued use of the (ABH) bridge housing/navigation site located at 3248 Riverside Drive in Council District 4; and the 24th report regarding COVID-19 Homelessness Roadmap funding recommendations; and related matters.

After an opportunity for public comment was held, the Committee recommended to move forward the recommendations contained in the CAO report, as detailed above, as amended. This matter is now submitted to the Council for consideration.

Respectfully Submitted,

HOUSING AND HOMELESSNESS COMMITTEE

MEMBER          VOTE
RAMAN:          YES
BLUMENFIELD:    YES
HARRIS-DAWSON:  YES
DE LEÓN:        YES
RODRIGUEZ:      YES

LV 6.5.24

**-NOT OFFICIAL UNTIL COUNCIL ACTS-**