# EXHIBIT A

| No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date | Total PEH Served (2) |
|---|---|---|---|---|---|---|---|---|
| | | | | **Alliance Settlement Agreement**<br>**Quarterly Report**<br>**Quarter Ending June 30, 2024**<br>**Intervention Data** | | | | |
| 1 | 1 | Permanent Supportive Housing | Prop HHH | Washington View Apartments<br>720 W WASHINGTON BLVD Los Angeles, CA 90015 | 91 | Open | 6/30/2022 | 91 |
| 2 | 10 | Permanent Supportive Housing | Non-Prop HHH | PATH Villas Montclair/Gramercy(Recap-Site 2 of 2)<br>3317 W WASHINGTON BLVD  Los Angeles, CA 90018 | 16 | Open | 7/26/2022 | 16 |
| 3 | 8 | Permanent Supportive Housing | Prop HHH | Chesterfield<br>4719 S NORMANDIE AVE  Los Angeles, CA 90037 | 42 | Open | 8/3/2022 | 42 |
| 4 | 13 | Permanent Supportive Housing | Prop HHH | HiFi Collective<br>3200 W TEMPLE ST  Los Angeles, CA 90026 | 58 | Open | 8/17/2022 | 58 |
| 5 | 10 | Permanent Supportive Housing | Prop HHH | Adams Terrace<br>4314 W ADAMS BLVD  Los Angeles, CA 90018<br>4347 W ADAMS BLVD Los Angeles, CA 90018 | 43 | Open | 9/21/2022 | 43 |
| 6 | 3 | Permanent Supportive Housing | Prop HHH | Bell Creek Apartments<br>6940 N OWENSMOUTH AVE Canoga Park, CA 91303 | 41 | Open | 9/23/2022 | 41 |
| 7 | 14 | Permanent Supportive Housing | Non-Prop HHH | LAMP Lodge<br>660 S STANFORD AVE  Los Angeles, CA 90021 | 81 | Open | 10/4/2022 | 81 |
| 8 | 7 | Permanent Supportive Housing | Prop HHH | Silva Crossing (fka Link at Sylmar)<br>12667 SAN FERNANDO ROAD  Sylmar, CA 91342 | 55 | Open | 10/11/2022 | 55 |
| 9 | 10 | Permanent Supportive Housing | Prop HHH | Berendo Sage<br>1035 S BERENDO ST  LOS ANGELES, CA 90006 | 21 | Open | 10/14/2022 | 21 |
| 10 | 10 | Permanent Supportive Housing | Prop HHH | Amani Apartments (fka Pico)<br>4200 W PICO BLVD  Los Angeles, CA 90019 | 53 | Open | 10/17/2022 | 53 |
| 11 | 9 | Permanent Supportive Housing | Prop HHH | Hope on Broadway<br>5138 S BROADWAY  Los Angeles, CA 90037 | 48 | Open | 11/1/2022 | 48 |
| 12 | 8 | Permanent Supportive Housing | Homekey 2 | 6521 Brynhurst | 40 | Open | 11/14/2022 | 40 |
| 13 | 1 | Permanent Supportive Housing | Homekey 2 | 740 Alvarado | 79 | Open | 11/15/2022 | 74 |
| 14 | 10 | Permanent Supportive Housing | Homekey 2 | 5050 Pico | 78 | Open | 11/30/2022 | 75 |
| 15 | 1 | Permanent Supportive Housing | Prop HHH | Firmin Court<br>418 N FIRMIN ST  Los Angeles, CA 90026 | 45 | Open | 12/16/2022 | 45 |
| 16 | 7 | Permanent Supportive Housing | Homekey 2 | 10150 Hillhaven | 33 | Open | 12/20/2022 | 33 |
| 17 | 11 | Permanent Supportive Housing | Prop HHH | VA Building 207<br>11301 WILSHIRE BLVD  #207  Los Angeles, CA 90025 | 59 | Open | 12/22/2022 | 59 |
| 18 | 4 | Interim Housing | Interim Housing | Highland Gardens | 143 | Open | 12/27/2022 | 378 |
| 19 | 3 | Permanent Supportive Housing | Prop HHH | Reseda Theater Senior Housing (Canby Woods West)<br>7221 N CANBY AVE  Reseda, CA 91335 | 13 | Open | 12/30/2022 | 13 |
| 20 | 7 | Permanent Supportive Housing | Prop HHH | Summit View Apartments<br>11800 W KAGEL CANYON ST  Sylmar, CA 91342 | 48 | Open | 1/6/2023 | 48 |
| 21 | 6 | Permanent Supportive Housing | Homekey 2 | 14949 Roscoe | 29 | Open | 1/15/2023 | 28 |
| 22 | 15 | Permanent Supportive Housing | Prop HHH | Watts Works<br>9500 S COMPTON AVE  Los Angeles, CA 90002 | 24 | Open | 1/27/2023 | 24 |
| 23 | 5 | Permanent Supportive Housing | Prop HHH | 11010 Santa Monica<br>11010 W SANTA MONICA BLVD  Los Angeles, CA 90025 | 50 | Open | 3/20/2023 | 50 |
| 24 | 13 | Permanent Supportive Housing | Prop HHH | Ambrose (fka 1615 Montana St.)<br>1611 W MONTANA ST  Los Angeles, CA 90026 | 63 | Open | 3/22/2023 | 63 |
| 25 | 10 | Permanent Supportive Housing | Prop HHH | Vermont Corridor Apartments (fka 433 Vermont Apts)<br>433 S VERMONT AVE  Los Angeles, CA 90020 | 36 | Open | 3/31/2023 | 36 |

| | | | Alliance Settlement Agreement<br>Quarterly Report<br>Quarter Ending June 30, 2024<br>Intervention Data | | | | |
|---|---|---|---|---|---|---|---|
| No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date | Total PEH Served (2) |
| 26 | 8 | Permanent Supportive Housing | Prop HHH | Depot at Hyde Park<br>6527 S CRENSHAW BLVD  Los Angeles, CA 90043 | 33 | Open | 4/10/2023 | 33 |
| 27 | 11 | Permanent Supportive Housing | Prop HHH | Building 205<br>11301 WILSHIRE BLVD  Los Angeles, CA 90073 | 67 | Open | 4/10/2023 | 67 |
| 28 | 1 | Permanent Supportive Housing | Prop HHH | Ingraham Villa Apartments<br>1218 INGRAHAM ST  LOS ANGELES, CA 90017 | 90 | Open | 4/19/2023 | 90 |
| 29 | 6 | Permanent Supportive Housing | Prop HHH | Talisa (fka 9502 Van Nuys Blvd)<br>9502 N VAN NUYS BLVD  Panorama City, CA 91402 | 48 | Open | 4/19/2023 | 48 |
| 30 | 11 | Permanent Supportive Housing | Prop HHH | Building 208<br>11301 WILSHIRE BLVD  #208  LOS ANGELES, CA 90073 | 53 | Open | 4/21/2023 | 53 |
| 31 | 8 | Permanent Supportive Housing | Prop HHH | Asante Apartments<br>11001 S BROADWAY  Los Angeles, CA 90061 | 54 | Open | 5/18/2023 | 54 |
| 32 | 8 | Permanent Supportive Housing | Prop HHH | West Terrace (fka Silver Star II)<br>6576 S WEST BLVD  LOS ANGELES, CA 90043 | 56 | Open | 5/30/2023 | 56 |
| 33 | 13 | Permanent Supportive Housing | Prop HHH | PATH Villas Hollywood<br>5627 W FERNWOOD AVE  HOLLYWOOD, CA 90028 | 59 | Open | 6/2/2023 | 59 |
| 34 | 9 | Permanent Supportive Housing | Prop HHH | Broadway Apartments<br>301 W 49TH ST 1-30  LOS ANGELES, CA 90037 | 34 | Open | 6/22/2023 | 34 |
| 35 | 8 | Permanent Supportive Housing | Prop HHH | Hope on Hyde Park - MP/TOC/PSH<br>6501 S CRENSHAW BLVD  Los Angeles, CA 90043 | 97 | Open | 7/7/2023 | 97 |
| 36 | 6 | Permanent Supportive Housing | Homekey 2 | 7639 Van Nuys | 34 | Open | 7/13/2023 | 32 |
| 37 | 10 | Permanent Supportive Housing | Prop HHH | Mariposa Lily<br>1055 S MARIPOSA AVE  Los Angeles, CA 90006 | 20 | Open | 7/31/2023 | 20 |
| 38 | 1 | Permanent Supportive Housing | Non-Prop HHH | West Third Apartments<br>1900 W 3RD ST  Los Angeles, CA 90057 | 136 | Open | 8/7/2023 | 126 |
| 39 | 2 | Permanent Supportive Housing | Prop HHH | Sun Commons<br>6329 N CLYBOURN AVE  North Hollywood, CA 91606 | 51 | Open | 8/7/2023 | 51 |
| 40 | 14 | Permanent Supportive Housing | Homekey 2 | 1044 Soto | 84 | Open | 9/5/2023 | 83 |
| 41 | 5 | Permanent Supportive Housing | Prop HHH | Pointe on La Brea<br>849 N LA BREA AVE CA 90038 | 49 | Open | 9/15/2023 | 49 |
| 42 | 14 | Permanent Supportive Housing | Prop HHH | 6th and San Julian<br>401 E 6TH ST  Los Angeles, CA 90014 | 93 | Open | 9/29/2023 | 93 |
| 43 | 13 | Permanent Supportive Housing | Prop HHH | The Wilcox (fka 4906-4926 Santa Monica)<br>4912 W SANTA MONICA BLVD  Los Angeles, CA 90029 | 61 | Open | 9/29/2023 | 61 |
| 44 | 3 | Permanent Supportive Housing | Non-Prop HHH | Palm Vista Apartments<br>20116 W SHERMAN WAY  Winnetka, CA 91306 | 44 | Open | 9/29/2023 | 44 |
| 45 | 15 | Permanent Supportive Housing | Prop HHH | SagePointe (fka Deepwater)<br>1435 N EUBANK AVE  LOS ANGELES, CA 90744 | 55 | Open | 10/4/2023 | 55 |
| 46 | 4 | Permanent Supportive Housing | Prop HHH | Sherman Oaks Senior Housing<br>14536 W BURBANK BLVD  VAN NUYS, CA 91411 | 54 | Open | 10/19/2023 | 54 |
| 47 | 14 | Permanent Supportive Housing | Prop HHH | Colorado East<br>2451 W COLORADO BLVD  Los Angeles, CA 90041 **(3)** | 40 | Open | 11/1/2023 | 26 |
| 48 | 1 | Permanent Supportive Housing | Prop HHH | The Quincy (fka 2652 Pico)<br>2652 W PICO BLVD  Los Angeles, CA 90006 | 53 | Open | 11/17/2023 | 53 |
| 49 | 10 | Permanent Supportive Housing | Prop HHH | Serenity (fka 923-937 Kenmore Ave)<br>923 S KENMORE AVE  Los Angeles, CA 90006 | 74 | Open | 11/27/2023 | 74 |

| No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date | Total PEH Served (2) |
|---|---|---|---|---|---|---|---|---|
| | | | | **Alliance Settlement Agreement**<br>**Quarterly Report**<br>**Quarter Ending June 30, 2024**<br>**Intervention Data** | | | | |
| 50 | 15 | Permanent Supportive Housing | Prop HHH | Beacon Landing (fka Beacon PSH)<br>319 N BEACON ST  SAN PEDRO, CA 90731 | 88 | Open | 12/12/2023 | 88 |
| 51 | 6 | Permanent Supportive Housing | Prop HHH | My Angel (fka The Angel)<br>8547 N SEPULVEDA BLVD  North Hills, CA 91343 | 53 | Open | 12/19/2023 | 48 |
| 52 | 6 | Permanent Supportive Housing | Prop HHH | Sun King Apartments<br>9190 N TELFAIR AVE  LOS ANGELES, CA 91352 | 25 | Open | 12/27/2023 | 25 |
| 53 | 11 | Permanent Supportive Housing | Prop HHH | The Iris (fka Barry Apartments)<br>2444 S BARRY AVE CA 90064 **(4)** | 34 | Open | 1/22/2024 | 34 |
| 54 | 1 | Permanent Supportive Housing | Prop HHH | The Lake House (fka Westlake Housing)<br>437 S WESTLAKE AVE  Los Angeles, CA 90057 | 62 | Open | 2/13/2024 | 38 |
| 55 | 14 | Permanent Supportive Housing | Prop HHH | La Veranda<br>2420 E CESAR E CHAVEZ AVE  Los Angeles, CA 90033 | 38 | Open | 2/15/2024 | 38 |
| 56 | 1 | Permanent Supportive Housing | Non-Prop HHH | 619 Westlake (fka Westlake 619)<br>619 S WESTLAKE AVE  Los Angeles, CA 90057 | 39 | Open | 3/1/2024 | 30 |
| 57 | 12 | Permanent Supportive Housing | Prop HHH | Lumina (fka Topanga Apartments)<br>10243 N TOPANGA CANYON BLVD  Chatsworth, CA 91311 | 54 | Open | 4/5/2024 | 36 |
| 58 | 9 | Permanent Supportive Housing | Non-Prop HHH | La Prensa Libre - 4%<br>210 E WASHINGTON BLVD  Los Angeles, CA 90015 | 25 | Open | 4/29/2024 | 13 |
| 59 | 2 | Permanent Supportive Housing | Prop HHH | NoHo 5050<br>5050 N BAKMAN AVE  North Hollywood, CA 91601 | 32 | Open | 4/29/2024 | 25 |
| 60 | 9 | Permanent Supportive Housing | Prop HHH | Marcella Gardens (68th & Main St.)<br>6722 S MAIN ST  Los Angeles, CA 90003 | 59 | Open | 4/30/2024 | 50 |
| 61 | 1 | Interim Housing | Interim Housing | Mayfair<br>1256 W 7th ST Los Angeles, CA 90017 | 294 | Open | 05/01/2024 | 281 |
| 62 | 8 | Permanent Supportive Housing | Prop HHH | Isla de Los Angeles<br>283 W IMPERIAL HWY  Los Angeles, CA 90061 | 53 | Open | 5/2/2024 | 22 |
| 63 | 10 | Permanent Supportive Housing | Prop HHH | Washington Arts Collective<br>4615 W WASHINGTON BLVD  Los Angeles, CA 90016 | 20 | Open | 5/20/2024 | 15 |
| 64 | 14 | Permanent Supportive Housing | Prop HHH | Weingart Tower A-134 (fkaWeingart Tower HHH PSH1A)<br>555 S CROCKER ST CA 90013 | 133 | Open | 6/17/2024 | 12 |
| 65 | 14 | Permanent Supportive Housing | Prop HHH | Weingart Tower A-144 Lower (fkaWeingart TowerII1A)<br>555 S CROCKER ST CA 90013 | 142 | Open | 6/17/2024 | 42 |
| 66 | 10 | Permanent Supportive Housing | Prop HHH | Solaris Apartments (fka 1141-1145 Crenshaw Blvd)<br>1141 S CRENSHAW BLVD  Los Angeles, CA 90019 | 42 | Open | 6/18/2024 | 0 |
| 67 | 1 | Permanent Supportive Housing | Prop HHH | Bryson II<br>2721 WILSHIRE BLVD  LOS ANGELES, CA 90057 | 33 | Open | 6/20/2024 | 0 |
| 68 | 14 | Permanent Supportive Housing | Prop HHH | Whittier HHH (fka Whittier PSH)<br>3554 E WHITTIER BLVD  Los Angeles, CA 90023 | 63 | Open | 6/27/2024 | 0 |
| 69 | 6 | Permanent Supportive Housing | Non-Prop HHH | Corazon del Valle<br>14545 W LANARK ST CA 91402 | 49 | In Process | | |
| 70 | 3 | Permanent Supportive Housing | Homekey 2 | 21121 Vanowen | 99 | In Process | | |
| 71 | 8 | Permanent Supportive Housing | Homekey 2 | 1654 W Florence | 126 | In Process | | |
| 72 | 3 | Permanent Supportive Housing | Homekey 2 | 20205 Ventura | 144 | In Process | | |
| 73 | 11 | Permanent Supportive Housing | Homekey 2 | 6531 S Sepulveda | 131 | In Process | | |
| 74 | 12 | Permanent Supportive Housing | Homekey 2 | 19325 Londelius | 115 | In Process | | |

| No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date | Total PEH Served (2) |
|---|---|---|---|---|---|---|---|---|
|  | **Alliance Settlement Agreement**<br>**Quarterly Report**<br>**Quarter Ending June 30, 2024**<br>**Intervention Data** |||||||||
| 75 | 13 | Permanent Supportive Housing | Homekey 2 | 2812 Temple/ 916 Alvarado | 67 | In Process | | |
| 76 | 15 | Permanent Supportive Housing | Homekey 2 | 18602 Vermont | 134 | In Process | | |
| 77 | 4 | Permanent Supportive Housing | Homekey 2 | BLVD Hotel 2010 N. Highland | 61 | In Process | | |
| 78 | 9 | Permanent Supportive Housing | Prop HHH | Main Street Apartments<br>5501 S MAIN ST  Los Angeles, CA 90037 | 56 | In Process | | |
| 79 | 2 | Permanent Supportive Housing | Prop HHH | 11604 Vanowen (fka The Mahalia)<br>11604 VANOWEN ST  LOS ANGELES, CA 91605 | 48 | In Process | | |
| 80 | 11 | Permanent Supportive Housing | Prop HHH | The Journey (FKA Lincoln Apartments)<br>2467 S LINCOLN BLVD  Venice, CA 90291 | 39 | In Process | | |
| 81 | 14 | Permanent Supportive Housing | Prop HHH | Los Lirios Apartments<br>119 S SOTO ST  Los Angeles, CA 90033 | 20 | In Process | | |
| 82 | 15 | Permanent Supportive Housing | Prop HHH | The Banning (aka 841 N Banning)<br>841 N BANNING BLVD  Wilmington, CA 90744 | 58 | In Process | | |
| 83 | 10 | Permanent Supportive Housing | Prop HHH | McDaniel House (fka South Harvard)<br>1049 1/2 S HARVARD BLVD  Los Angeles, CA 90006 | 46 | In Process | | |
| 84 | 6 | Permanent Supportive Housing | Prop HHH | Oatsie's Place (fka Sherman Way)<br>16015 W SHERMAN WAY  VAN NUYS, CA 91406 | 45 | In Process | | |
| 85 | 14 | Permanent Supportive Housing | Prop HHH | The Brine Residential<br>3016 N NORTH MAIN ST  Los Angeles, CA 90031 | 49 | In Process | | |
| 86 | 9 | Permanent Supportive Housing | Prop HHH | The Azalea (fka 4507 Main St)<br>4505 S MAIN ST  Los Angeles, CA 90037 | 31 | In Process | | |
| 87 | 15 | Permanent Supportive Housing | Prop HHH | Safe Harbor I (fka West Anaheim/PSH 3)<br>828 W ANAHEIM ST  Wilmington, CA 90744 | 49 | In Process | | |
| 88 | 13 | Permanent Supportive Housing | Prop HHH | Santa Monica & Vermont Apartments (Phases 1 & 2)<br>4718 W SANTA MONICA BLVD  Los Angeles, CA 90029 | 94 | In Process | | |
| 89 | 15 | Permanent Supportive Housing | Prop HHH | Avalon 1355<br>1355 N AVALON BLVD CA 90744 | 53 | In Process | | |
| 90 | 14 | Permanent Supportive Housing | Prop HHH | Lorena Plaza<br>3401 E 1ST ST  Los Angeles, CA 90063 | 32 | In Process | | |
| 91 | 14 | Permanent Supportive Housing | Prop HHH | La Guadalupe (fka First and Boyle)<br>100 S BOYLE AVE  Los Angeles, CA 90033 | 43 | In Process | | |
| 92 | 13 | Permanent Supportive Housing | Prop HHH | Montesquieu Manor<br>316 N JUANITA AVE CA 90004 | 20 | In Process | | |
| 93 | 11 | Permanent Supportive Housing | Prop HHH | Thatcher Yard Housing<br>3233 S THATCHER AVE  Marina Del Rey, CA 90292 | 39 | In Process | | |
| 94 | 8 | Permanent Supportive Housing | Prop HHH | Southside Seniors<br>1655 W MANCHESTER AVE  Los Angeles, CA 90047 | 36 | In Process | | |
| 95 | 8 | Permanent Supportive Housing | Prop HHH | Vermont Manchester Senior<br>8400 S VERMONT AVE  Los Angeles, CA 90044 | 45 | In Process | | |
| 96 | 4 | Interim Housing | Homekey 3 | Oak Tree Inn | 26 | In Process | | |
| 97 | 12 | Interim Housing | Homekey 3 | Motel 6 – North Hills | 111 | In Process | | |
| 98 | 5 | Interim Housing | Homekey 3 | The Weingart Shelby | 78 | In Process | | |
| 99 | 4 | Permanent Supportive Housing | Homekey 3 | 4818 N Sepulveda Blvd | 34 | In Process | | |
| 100 | 11 | Permanent Supportive Housing | Homekey 3 | 3705 McLaughlin | 24 | In Process | | |

| No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date | Total PEH Served (2) |
|---|---|---|---|---|---|---|---|---|
| | | | | **Alliance Settlement Agreement**<br>**Quarterly Report**<br>**Quarter Ending June 30, 2024**<br>**Intervention Data** | | | | |
| 101 | 13 | Permanent Supportive Housing | Homekey 3 | 4065 Oakwood | 67 | In Process | | |
| 102 | 3 | Permanent Supportive Housing | Homekey 3 | 7625 Topanga Canyon Blvd Phase 2 | 24 | In Process | | |
| 103 | 9 | Permanent Supportive Housing | Non-Prop HHH | Parkview Affordable Housing<br>4020 S COMPTON AVE CA 90011 | 31 | In Process | | |
| 104 | 13 | Permanent Supportive Housing | Prop HHH | Montecito II Senior Housing<br>6668 W FRANKLIN AVE  HOLLYWOOD, CA 90028 | 32 | In Process | | |
| 105 | 10 | Permanent Supportive Housing | Prop HHH | New Hampshire PSH<br>701 S NEW HAMPSHIRE AVE  Los Angeles, CA 90005 | 93 | In Process | | |
| 106 | 1 | Permanent Supportive Housing | Prop HHH | Oak Apartments (fka 2745-2759 Francis Ave)<br>2745 W FRANCIS AVE  Los Angeles, CA 90005 | 63 | In Process | | |
| 107 | 13 | Permanent Supportive Housing | Prop HHH | Voltaire Villas (Enlightenment Plaza Ph III)<br>316 N JUANITA AVE  Los Angeles, CA 90004 | 71 | In Process | | |
| 108 | 9 | Permanent Supportive Housing | Prop HHH | Central Apartments<br>2106 S CENTRAL AVE  Los Angeles, CA 90011 | 56 | In Process | | |
| 109 | 8 | Permanent Supportive Housing | Non-Prop HHH | Vermont Manchester Family Transit Priority Project<br>8500 S VERMONT AVE CA 90044 | 45 | In Process | | |
| 110 | 13 | Permanent Supportive Housing | Non-Prop HHH | Alvarado Kent Apartments<br>707 N ALVARADO ST CA 90026 | 40 | In Process | | |
| 111 | 11 | Permanent Supportive Housing | Non-Prop HHH | Red Tail Crossing (FKA Kite Crossing)<br>8333 S AIRPORT BLVD CA 90045 | 102 | In Process | | |
| 112 | 14 | Permanent Supportive Housing | Prop HHH | 803 E. 5th St<br>803 E 5TH ST  Los Angeles, CA 90013 | 94 | In Process | | |
| 113 | 1 | Permanent Supportive Housing | Non-Prop HHH | Miramar Gold<br>1434 W MIRAMAR ST CA 90026 | 47 | In Process | | |
| 114 | 6 | Permanent Supportive Housing | Non-Prop HHH | Luna Vista Apartments<br>8767 N PARTHENIA PL 1-73 CA 91343 | 36 | In Process | | |
| 115 | 8 | Permanent Supportive Housing | Prop HHH | Ambrosia Apartments<br>800 W 85TH ST  Los Angeles, CA 90044 | 80 | In Process | | |
| 116 | 15 | Permanent Supportive Housing | Prop HHH | Western Landing<br>25820 S WESTERN AVE CA 90710 | 80 | In Process | | |
| 117 | 2 | Permanent Supportive Housing | Prop HHH | Villa Vanowen fka Confianza - 14154 Vanowen St.<br>14142 W VANOWEN ST  VAN NUYS, CA 91405 | 63 | In Process | | |
| 118 | 1 | Permanent Supportive Housing | Non-Prop HHH | Third Thyme<br>1435 W 3RD ST CA 90017 | 52 | In Process | | |
| 119 | 13 | Permanent Supportive Housing | Prop HHH | Rousseau Residences<br>316 N JUANITA AVE  Los Angeles, CA 90004 | 51 | In Process | | |
| 120 | 9 | Permanent Supportive Housing | Prop HHH | Ruth Teague Homes (fka 67th & Main)<br>6706 S MAIN ST  Los Angeles, CA 90003 | 26 | In Process | | |
| 121 | 8 | Permanent Supportive Housing | Prop HHH | Sunnyside (fka RETHINK Housing 62nd/1408 W. 62nd St)<br>1408 W 62ND ST  Los Angeles, CA 90047 | 26 | In Process | | |
| 122 | 10 | Permanent Supportive Housing | Non-Prop HHH | The Arlington<br>3322 W WASHINGTON BLVD CA 90018 | 20 | In Process | | |
| 123 | 12 | Permanent Supportive Housing | Prop HHH | 21300 Devonshire<br>21300 W DEVONSHIRE ST CA 91311 | 99 | In Process | | |
| 124 | 14 | Permanent Supportive Housing | Non-Prop HHH | First Street North- B (Go For Broke- S 9p)<br>128 N JUDGE JOHN AISO ST CA 90012 | 16 | In Process | | |

| | | | Alliance Settlement Agreement<br>Quarterly Report<br>Quarter Ending June 30, 2024<br>Intervention Data | | | | |
|---|---|---|---|---|---|---|---|
| No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date | Total PEH Served (2) |
| 125 | 14 | Permanent Supportive Housing | Non-Prop HHH | First Street North-A (Go For Broke Apt N-4p)<br>200 N JUDGE JOHN AISO ST CA 90012 | 44 | In Process | | |
| 126 | 1 | Permanent Supportive Housing | Prop HHH | Grandview Apartments<br>714 S GRAND VIEW ST  Los Angeles, CA 90057 | 54 | In Process | | |
| 127 | 15 | Permanent Supportive Housing | Non-Prop HHH | Jordan Downs Area H2B (Bridge)<br>2254 E 97TH ST CA 90002 | 30 | In Process | | |
| 128 | 13 | Permanent Supportive Housing | Non-Prop HHH | Locke Lofts<br>316 N JUANITA AVE CA 90004 | 145 | In Process | | |
| 129 | 6 | Permanent Supportive Housing | Non-Prop HHH | Vista Terrace<br>8134 N VAN NUYS BLVD CA 91402 | 24 | In Process | | |
| 130 | 15 | Permanent Supportive Housing | Prop HHH | Safe Harbor 2 (fka Lagoon/PSH 5)<br>728 N LAGOON AVE  Wilmington, CA 90744 | 34 | In Process | | |
| 131 | 13 | Permanent Supportive Housing | Prop HHH | Loma Verde (fka RETHINK Housing Westlake)<br>405 N WESTLAKE AVE  Los Angeles, CA 90026 | 18 | In Process | | |
| 132 | 13 | Permanent Supportive Housing | Non-Prop HHH | Prisma (fka Orange and DeLongpre Apartments)<br>6914 W DE LONGPRE AVE  HOLLYWOOD, CA 90028 | 96 | In Process | | |
| 133 | 14 | Permanent Supportive Housing | Non-Prop HHH | Crocker (Umeya) Apartments<br>411 S TOWNE AVE CA 90013 | 87 | In Process | | |
| 134 | 6 | Permanent Supportive Housing | Prop HHH | The Main<br>15302 W RAYEN ST  North Hills, CA 91343 **(6)** | 33 | In Process | | |
| 135 | 6 | Permanent Supportive Housing | Prop HHH | The Rigby<br>15314 W RAYEN ST  North Hills, CA 91343 | 33 | In Process | | |
| 136 | 14 | Permanent Supportive Housing | Prop HHH | Weingart Tower 1B - HHH PSH<br>554 S SAN PEDRO ST  Los Angeles, CA 90013 **(6)** | 83 | In Process | | |
| 137 | 3 | Permanent Supportive Housing | Prop HHH | 18722 Sherman Way, L.P.<br>18722 W SHERMAN WAY CA 91335 | 63 | In Process | | |
| 138 | 11 | Permanent Supportive Housing | Non-Prop HHH | Venice Dell (f.k.a Reese Davidson Community)<br>2102 S PACIFIC AVE CA 90291 | 69 | In Process | | |
| 139 | 14 | Permanent Supportive Housing | Prop HHH | Chavez Gardens (fka Chavez and Fickett)<br>338 N MATHEWS ST  Los Angeles, CA 90033 | 30 | In Process | | |
| 140 | 14 | Permanent Supportive Housing | Prop HHH | Hope on 6th<br>576 W 6TH ST  SAN PEDRO, CA 90731 | 31 | In Process | | |
| 141 | 8 | Permanent Supportive Housing | Prop HHH | 87th & Western (fka SOLA at 87th)<br>8707 S WESTERN AVE  Los Angeles, CA 90047 **(6)** | 51 | In Process | | |
| 142 | 8 | Permanent Supportive Housing | Non-Prop HHH | Crenshaw and 50th<br>5002 S CRENSHAW BLVD  Los Angeles, CA 90043 | 15 | In Process | | |
| 143 | 1 | Permanent Supportive Housing | Non-Prop HHH | Grace Villas<br>216 S AVENUE 24  Los Angeles, CA 90031 | 12 | In Process | | |
| 144 | 8 | Permanent Supportive Housing | Non-Prop HHH | The Carlton<br>5401 S WESTERN AVE  Los Angeles, CA 90062 | 30 | In Process | | |
| 145 | 14 | Permanent Supportive Housing | Non-Prop HHH | Rosa's Place (fka Downtown Womens Center Campus Expansion)<br>501 E 5TH ST  Los Angeles, CA 90013 | 97 | In Process | | |
| 146 | 9 | Permanent Supportive Housing | Non-Prop HHH | Central Avenue Apartments<br>8909 S CENTRAL AVE  Los Angeles, CA 90002 | 30 | In Process | | |
| 147 | 15 | Permanent Supportive Housing | Non-Prop HHH | Jordan Downs Phase S5<br>S Lou Dillon AVE  Los Angeles, CA 90002 | 20 | In Process | | |
| 148 | 5 | Interim Housing | Interim Housing | 2377 Midvale Ave | 33 | In Process | | |
| 149 | 13 | Interim Housing | Interim Housing | 406 N. Bonnie Brae St. & 413 Burlington Ave | 91 | In Process | | |
| 150 | 3 | Interim Housing | Safe Parking | 7136 Darby Ave, Reseda, CA 91335 | 25 | In Process | | |
| 151 | 13 | Interim Housing | Interim Housing | 4969 Sunset Blvd, Los Angeles, CA 90027 | 52 | In Process | | |

| No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date | Total PEH Served (2) |
|---|---|---|---|---|---|---|---|---|
| **Alliance Settlement Agreement**<br>**Quarterly Report**<br>**Quarter Ending June 30, 2024**<br>**Intervention Data** | | | | | | | | |

| | |
|---|---|
| **Total PEH Served as of June 30, 2024** | **3,724** |
| **Units/Beds Open to Date** | **4,017** |
| **Units/Beds In Process** | **4,646** |
| **Total Units/Beds Open to Date and In Process** | **8,663** |

**(1)** For Permanent Supportive Housing (PSH) interventions, the number reported in the "Units/Beds" column refers to the the number of Permanent Supportive Housing (PSH) units and does not include non-supportive affordable units or manager's units in the building.

**(2)** The number reported under the "Number of PEH Served" column is as follows, depending on the intervention/project type: 1) Number of PSH units leased as of the quarter end date (for PSH interventions); 2) Total number of intakes (for Interim Housing interventions).

**(3)** As of the Fiscal Year (FY) 2023-24 Quarter 3 (Q3) report for the quarter ending March 31, 2024, 15 units were not yet available for move in pending execution of the Housing Assistance Payments Contract (HAP contract) with the Housing Authority of the City of Los Angeles (HACLA). All units are now available for move in following HAP contract execution on 5/21/2024.

**(4)** The "Open & Occupiable Date" for this intervention has been updated from the FY 2023-24 Q3 report. The site was reported as "In Process" in the FY 2023-24 Q3 report.

**(5)** The name of this intervention has been updated.

**(6)** Based on the current projected timelines, these interventions may not be open by June 13, 2027. The City is monitoring the timelines for these projects.