# EXHIBIT B

| Alliance Settlement Agreement Quarterly Report Quarter Ending June 30, 2024 Encampment Resolution Data (1) | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Period | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 | CD 8 | CD 9 | CD 10 | CD 11 | CD 12 | CD 13 | CD 14 | CD 15 | Total |
| January 1 - June 30, 2024 | 70 | 100 | 74 | 28 | 61 | 123 | 54 | 35 | 89 | 67 | 172 | 121 | 126 | 525 | 43 | 1,688 |

**(1)** Data represents tents and vehicles removed from the public right-of-way.