# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:20-cv-02291-DOC-KES                                            Date: August 22, 2024

Title: LA ALLIANCE FOR HUMAN RIGHTS, et al., v. CITY OF LOS ANGELES, et al.

---

PRESENT:       THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):     ORDER RE: DATA REQUESTS FOR AUDIT**

This is to inform all relevant parties that, effective immediately, the Court will be issuing notices on the official docket concerning any future data requests related to the Alvarez and Marsal matter. It is imperative that all data specified in these requests be submitted to the court by the deadline indicated on the docket. In the event that the City or the Los Angeles Homeless Services Authority (LAHSA) anticipate any difficulty in meeting these deadlines, they are required to promptly notify the Court, providing detailed reasons or concerns that may impede timely submission.

The Court's primary objective is to ensure that Alvarez and Marsal achieve their goals and timeline targets while remaining within the allocated budget. Delays in data provision have recently been causing potential setbacks. These issues will be addressed in the upcoming court hearing scheduled for August 29, 2024.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu