**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

### CIVIL MINUTES – GENERAL

Case No: LA CV 20-02291-DOC-(KESx)                    Date: August 29, 2024

Title:   LA ALLIANCE FOR HUMAN RIGHTS, et al. v. CITY OF LOS ANGELES, et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Miriam Baird |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Elizabeth Mitchell | Arlene Hoang, Jessica Mariani |
| Matthew Umhofer | Mira Hashmall, Lauren Brody |
| Shayla Myers, Intervenor | |

PROCEEDINGS:        **STATUS CONFERENCE RE MOU**
*(Held at Los Angeles First Street)*

Also Present, Special Master Michele Martinez, Los Angeles Controller Kenneth Mejia, Anthony Perez, Matt Szabo.

The case is called. The Court and counsel confer.

The Status Conference will be continued to a date to be set by the Court.

The Court orders the transcript of the hearing held August 29, 2024 be immediately produced at the government's expense and billed at the daily rate. The transcript shall be prepared forthwith and filed on the docket with immediate release to the public.

The transcript will also be available to download on the Court's Cases of Interest web page, located here: http://www.cacd.uscourts.gov/newsworthy/cases-of-interest.

CC:    CourtRecording_CACD@cacd.uscourts.gov
Transcripts_CACD@cacd.uscourts.gov
Reporter_CACD@cacd.uscourts.gov

2 : 39

Initials of Deputy Clerk: kdu

# Status Update and Preliminary Observations

August 29, 2024

ALVAREZ & MARSAL
LEADERSHIP. ACTION. RESULTS.

Financial and Performance Assessment of City-Funded Homelessness Assistance Programs



PRIVILEGED & CONFIDENTIAL // DRAFT
WORK PRODUCT PREPARED AT THE DIRECTION OF HON. DAVID O. CARTER
INTERNAL USE ONLY – NOT FOR DISTRIBUTION



PRIVILEGED & CONFIDENTIAL // **DRAFT** WORK PRODUCT PREPARED AT THE DIRECTION OF HON. DAVID O. CARTER INTERNAL USE ONLY – NOT FOR DISTRIBUTION

# Contents

| 1 | A&M Assessment Progress To-Date | 2 |
|---|---|---|
| 2 | Next Steps | 6 |

The content used in this draft presentation is intended for preliminary discussion purposes only.
All rights to this material belong to Alvarez and Marsal, LLC and will not be reproduced in any way or for any reason

ALVAREZ & MARSAL
LEADERSHIP. **ACTION. RESULTS.**

# A&M Assessment Progress To-Date

PRIVILEGED & CONFIDENTIAL // **DRAFT** WORK PRODUCT PREPARED AT THE DIRECTION OF HON. DAVID O. CARTER INTERNAL USE ONLY – NOT FOR DISTRIBUTION

# Status Update and Preliminary Observations on Financial and Performance Assessment

 **Continued to Request/Obtain Documentation**

- Requested supplemental financial and performance reports/documentation to capture a complete and accurate review of all service-related transactions, including the creation of "available beds" and related metrics/outcomes.

| Party | Documents Produced |
|---|---|
| The City of Los Angeles | ~2,392 |
| Los Angeles Homeless Services Authority (LAHSA) | ~1,662 |

**Conducted 80+ interviews**

*Key update*: *A&M requested data from LAHSA on July 30, 2024; as of August 26, 2024, some of the requested data has not yet been provided, and certain items are still outstanding. Moving forward, all data requests to LAHSA will go through the Court.*

 **Reviewed and Assessed Key Contracts**

- Reviewed contracts between the City and LAHSA, LAHSA and Service Providers, and City and Service Providers to assess compliance with criteria established by the agreements.

**Key Activities**

| |
|---|
| Discussed contractual elements during interviews to understand current-state processes for compliance |
| Obtained background information to understand the data management system (HMIS) used to track information |
| Reviewed metrics and outcomes stipulated in the contracts with performance reports from LAHSA |
| Mapped site locations in contracts to the beds created under Roadmap and Alliance |

 **Reconciled Financial Data**

- Initiated steps to trace and reconcile financial transactions through the City, to LAHSA, and to the Service Providers across various data sources
- Identified materiality methodology and financial threshold to determine the sample for fieldwork

**Key Activities**

| |
|---|
| Examined the flow of funds for payment to third-party service providers contracted through LAHSA and reimbursed by the City (invoice submission, cash requests, cash disbursements/payments) |
| Analyzed LAHSA general ledgers to quantify the largest third-party service providers by fiscal year and related subprograms |
| In Process: Identify appropriations for the three (3) Programs and reconcile appropriated funds to actual expenditures |

**BASED ON PRELIMINARY OBSERVATIONS AND SUBJECT TO CHANGE**

**ALVAREZ & MARSAL**
LEADERSHIP. ACTION. RESULTS.

PRIVILEGED & CONFIDENTIAL // **DRAFT** WORK PRODUCT PREPARED AT THE DIRECTION OF HON. DAVID O. CARTER INTERNAL USE ONLY – NOT FOR DISTRIBUTION

# Four Key Areas of Intervention

*The services identified below are examples and not inclusive. The list is based on preliminarily identified data as related to the three (3) Programs*

| Responsible Party | Outreach | Supportive Services | Interim Housing | Permanent Housing |
|---|---|---|---|---|
| | **Types of Outreach Examples** | **Types of Supportive Service Examples** | **Types of Interim Housing Examples** | **Types of Permanent Housing Examples** |
| **City** | • Field Intervention Team (FIT) | • CARE+<br>• Inside Safe Response Charter Bus Services | • A Bridge Home<br>• Tiny Home Village<br>• Acquisition / Construction / Rehabilitation<br>• Leasing | • Acquisition / Construction / Rehabilitation |
| **LAHSA** | • Homeless Engagement Team (HET) | • Intake and Enrollment<br>• Problem Solving<br>• Case Management<br>• Document Collection / Document Ready<br>• Meals<br>• Housing Search Assistance<br>• Transportation | • Motel Vouchers | • Time-Limited Subsidies |
| **County** | • Multi-Disciplinary Team (MDT) | • Medical, Mental Health, and Substance Use Services | • High Service Need Beds | • Permanent Supportive Housing (Services) |

**Key**
- 🟢 Reviewing
- 🟠 Reviewing, But Need More Information
- ⚫ Not Currently In Scope

**BASED ON PRELIMINARY OBSERVATIONS AND SUBJECT TO CHANGE** 4

ALVAREZ & MARSAL
LEADERSHIP. **ACTION. RESULTS.**

PRIVILEGED & CONFIDENTIAL // **DRAFT** WORK PRODUCT PREPARED AT THE DIRECTION OF HON. DAVID O. CARTER INTERNAL USE ONLY – NOT FOR DISTRIBUTION

# Key Challenges

 **Incomplete and disaggregate financial data produced by the City and LAHSA**

 **Incomplete financial documentation for services rendered**

 **Lack of information on which service contracts relate to the beds created under Roadmap and Alliance**

 **Incomplete and inaccurate HMIS data produced by the City and LAHSA**

 **Lack of insight into the County for services provided via the County**

**BASED ON PRELIMINARY OBSERVATIONS AND SUBJECT TO CHANGE**

ALVAREZ & MARSAL
LEADERSHIP. **ACTION. RESULTS.**

# Next Steps

PRIVILEGED & CONFIDENTIAL // **DRAFT** WORK PRODUCT PREPARED AT THE DIRECTION OF HON. DAVID O. CARTER INTERNAL USE ONLY – NOT FOR DISTRIBUTION

# Framework of City-Funded Services for Sample

*Types of direct services to people experiencing homelessness preliminarily identified based on document review.*

| Types of Direct Services | Largest City-Funded LAHSA Subprograms (FY24) | Other LAHSA Subprograms |
|---|---|---|
| • Outreach<br>• Intake and Enrollment<br>• Problem-Solving (Diversion)<br>• 24-Hour Bed Availability / 12-Hour Parking Space Availability<br>• Restrooms and Showers<br>• Motel / Hotel Vouchers<br>• Rental / Financial Assistance<br>• Meals<br>• Case Management<br>• Home Visits<br>• Housing Search Assistance<br>• Document Collection / Document Ready<br>• Connection to LA County's Mainstream Benefits<br>• Harm-Reduction Services<br>• Security | Roadmap Interim Housing; A Bridge Home; Tiny Home Village; Project Homekey; Inside Safe Interim Housing | • Project Roomkey<br>• Safe Sleep<br>• Safe Parking<br>• Time-Limited Subsidies / Rapid Re-Housing<br>• Recovery Re-Housing<br>• Shallow Subsidy<br>• Housing Navigation<br>• Emergency Response Program |

**Examples of Other Services**

• LAHSA Homeless Engagement Team
• USC Street Medicine

*In exclusion of beds/vouchers, operations and supportive services generally appear consistently defined across the types of LAHSA subprograms*

*As of August 26th, over 90% of City funds under the four (4) Program-named contracts with LAHSA were spent on five (5) subprograms in FY24*

**BASED ON PRELIMINARY OBSERVATIONS AND SUBJECT TO CHANGE**

ALVAREZ & MARSAL
LEADERSHIP. ACTION. RESULTS.