**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date:  August 29, 2024

Title: LA ALLIANCE FOR HUMAN RIGHTS, et al., v. CITY OF LOS ANGELES, et al.

PRESENT:        THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER RE: HOMELESSNESS PROGRAMS ASSESSMENT**

As the Court stated at the hearing, effective immediately the Court is adding the LAPD and all enforcement-related expenditures to the scope of the audit. The Court requests A&M to submit a cost estimate to the Mayor and City Council for approval.

As also stated at the hearing on August 29, 2024, the Court counsels the County support the City's audit being conducted by Alvarez & Marsal. For the A&M team to conduct a comprehensive assessment, it needs data from either LAHSA or County departments regarding the services and health and mental health programs being provided in the three initiatives: Inside Safe, LA Alliance, and the Freeway Agreement. The Court expects a response from the County by next Friday, September 6 at 12 p.m. regarding their ability to accommodate this request.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                    Initials of Deputy Clerk: kdu

CIVIL-GEN