**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES – GENERAL</u>**

Case No. 2:20-cv-02291-DOC-KES                    Date:  August 30, 2024

Title: LA ALLIANCE FOR HUMAN RIGHTS, et al., v. CITY OF LOS ANGELES, et al.

PRESENT:        THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

Karlen Dubon                                      Not Present
Courtroom Clerk                                   Court Reporter

ATTORNEYS PRESENT FOR              ATTORNEYS PRESENT FOR
PLAINTIFF:                         DEFENDANT:
None Present                       None Present

**PROCEEDINGS (IN CHAMBERS):   ORDER RE: BED PLAN**

On Thursday, August 29, 2024, City Administrative Officer Matt Szabo appeared in court to present a proposed modification to the bed plan as part of the settlement agreements under the *LA Alliance* case. This modified bed plan aims to address specific requirements outlined in the settlement. However, during the court session, several concerns were raised by the involved parties regarding the adequacy and implementation of the proposed changes.

The Court has directed the City to provide a detailed written version of the proposed bed plan. This document should address the concerns raised and ensure clarity on how the modifications will meet the requirements of the settlement. The City has been given a deadline to submit this written bed plan by 12 p.m. on Thursday, September 12, 2024. This submission will allow the Court and the involved parties to consider the proposal fully and ensure that it aligns with the objectives of the *LA Alliance* agreements. If there are any updates regarding the concerns raised or the subsequent actions taken by the City, these should be documented and shared with the Court and parties involved by the specified deadline.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu