**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date:  August 30, 2024

Title: LA ALLIANCE FOR HUMAN RIGHTS, et al., v. CITY OF LOS ANGELES, et al.

---

PRESENT:       THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):   ORDER SETTING HEARING FOR OCTOBER 2, 2024**

The Court sets a hearing for Wednesday, October 2, 2024 at 9 a.m. The Court expects to hear a status update on A&M's data requests, the Controller's public website, and the *LA Alliance* settlement agreement discussions.

The hearing will be held at the First Street Courthouse in Los Angeles. Courtroom to follow. Chairman of the Board of Supervisors Lindsey Horvath, LAHSA Chairperson Dr. Va Lecia Adams Kellum, Mayor Karen Bass, and City Council President Marqueece Harris-Dawson, are requested to attend.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                        Initials of Deputy Clerk: kdu

CIVIL-GEN