UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**DECLARATION OF ELIZABETH A. MITCHELL IN SUPPORT OF MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE**<br><br>Before:  Hon. David O. Carter<br>Courtroom: 1<br>Hearing Date:  October 2, 2024<br>Hearing Time:  9:00 p.m. |

*DECLARATION OF ELIZABETH A MITCHELL ISO MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE*

I, Elizabeth A. Mitchell, hereby declare as follows:

1.      I am an attorney at the law firm of Umhofer, Mitchell & King LLP, and I represent Plaintiffs LA Alliance for Human Rights, Joseph Burk, George Frem, Wenzial Jarrell, Charles Malow, Karyn Pinsky, and Harry Tashdjian ("Plaintiffs") in this action. Except for those that are stated upon information and belief, I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2.      The City and Plaintiffs entered into a Settlement Agreement on May 24, 2022 which was subsequently approved by the Court.  That Settlement Agreement in part required the City to provide milestones and deadlines for "encampment engagement, cleaning, and reduction" in each Council District and Citywide, and required the City to "employ its best efforts to comply with established plans, milestones, and deadlines." (Fully Executed [Proposed] Stipulated Order of Dismissal as to Defendant City of Los Angeles Only, Ex. 1, Settlement Agreement ("Settlement Agreement") § 5.2, May 24, 2022, ECF No. 426-1.) The City was in willful violation of that provision from November, 2022 until January 31, 2024 at which it finally provided the requisite Milestones and Deadlines.  Attached hereto as **Exhibit A**, is a true and correct copy of a City of Los Angeles LA Alliance Milestone Goals.

3.      The City, as of January 31, 2024, committed to 9,800 Encampment Resolutions by the end of Fiscal Year 2025-2026. (*Id.*) On April 15, 2024 the City provided its first status report of Encampment Resolutions, identifying 2,137 resolutions in the first quarter of 2024, which was nearly a quarter of the resolutions in a three-month period (a shockingly high number after representing capabilities of much lower during multiple meetings from November, 2022 to January, 2024).

4.      Thereafter, at a scheduled meeting between LA Alliance and the City of Los Angeles designed to address early concerns, the Alliance requested locations of these encampment reductions to confirm resolutions, given the disparity in representations and apparent performance.

*DECLARATION OF ELIZABETH A MITCHELL ISO MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE*

5.      The City deferred response, having to internally confer. On July 11, 2024, at another scheduled meeting, the Alliance again raised this issue and the City again deferred response.

6.      On July 15, 2024, the City filed its second Encampment Resolutions report, identifying errors in the prior reporting, and reporting only 1,688 Resolutions from January 2024-June 2024 (inadvertently omitting tents and vehicles due to internal error).

7.      To date the City does not appear to have an accurate number of Encampment Resolutions, or is possibly behind in Resolutions according to its Milestones and Deadlines.  This report was also devoid of any location information.

8.      On August 16, 2024 LA Alliance served on the City a demand letter requesting, *inter alia*, commitment to providing the details of encampment resolutions.

9.      The City and LA Alliance met and conferred on August 21, 2024 wherein the City confirmed it was unwilling to provide location data.  The parties met with Special Master Michele Martinez the following week, on August 27, 2024, and no resolution was reached.  This issue is now ripe for Court adjudication.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on September 4, 2024 at Los Angeles, California.

*/s/ Elizabeth A. Mitchell*
Elizabeth A. Mitchell

2
*DECLARATION OF ELIZABETH A MITCHELL ISO MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE*