| LA Alliance Milestone Goals | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Period | Citywide Milestone Period | Citywide Aggregate Milestone | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 | CD 8 | CD 9 | CD 10 | CD 11 | CD 12 | CD 13 | CD 14 | CD 15 | Total by CD | Aggregate by CD Totals |
| July - Dec 22 | 800 | 800 | 71 | 31 | 24 | 24 | 23 | 45 | 42 | 38 | 83 | 40 | 48 | 27 | 66 | 184 | 54 | 800 | 800 |
| Jan - Jun 23 | 1,000 | 1,800 | 88 | 38 | 30 | 30 | 29 | 56 | 52 | 47 | 103 | 50 | 60 | 33 | 82 | 235 | 67 | 1,000 | 1,800 |
| July - Dec 23 | 1,000 | 2,800 | 88 | 38 | 30 | 30 | 29 | 56 | 52 | 47 | 103 | 50 | 60 | 33 | 82 | 235 | 67 | 1,000 | 2,800 |
| Jan - June 24 | 1,250 | 4,050 | 110 | 48 | 37 | 38 | 37 | 70 | 65 | 59 | 129 | 62 | 75 | 41 | 102 | 293 | 84 | 1,250 | 4,050 |
| July - Dec 24 | 1,250 | 5,300 | 110 | 48 | 37 | 38 | 37 | 70 | 65 | 59 | 129 | 62 | 75 | 41 | 102 | 293 | 84 | 1,250 | 5,300 |
| Jan - June 25 | 1,500 | 6,800 | 132 | 57 | 44 | 45 | 44 | 84 | 78 | 70 | 155 | 75 | 90 | 50 | 123 | 352 | 101 | 1,500 | 6,800 |
| July - Dec 25 | 1,500 | 8,300 | 132 | 57 | 44 | 45 | 44 | 84 | 78 | 70 | 155 | 75 | 90 | 50 | 123 | 352 | 101 | 1,500 | 8,300 |
| Jan - June 26 | 1,500 | 9,800 | 132 | 57 | 44 | 45 | 44 | 84 | 78 | 70 | 155 | 75 | 90 | 50 | 123 | 352 | 101 | 1,500 | 9,800 |
| **Totals:** | **9,800** | **9,800** | 863 | 374 | 290 | 295 | 287 | 549 | 510 | 460 | 1,012 | 489 | 588 | 325 | 803 | 2,296 | 659 | 9,800 | |