UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE**<br><br>Before: Hon. David O. Carter<br>Courtroom: 1<br>Hearing Date: October 2, 2024<br>Hearing Time: 9:00 p.m. |

*[PROPOSED] ORDER GRANTING MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE*

The Court, having considered the Motion for Order re Settlement Agreement Compliance filed by LA Alliance, LA Alliance's supporting papers and evidence, the opposition papers and evidence, the record on file in this action, and arguments of counsel, the Court orders:

      i.    The City shall increase reporting on Encampment Reductions—specifically the locations and dates of Encampment Resolutions—to verify that people are actually being offered shelter or housing, and encampments are being permanently reduced, and not simply moved from one place to another.

**IT IS SO ORDERED.**

Dated: _____ __, 2024

_____
The Honorable David O. Carter
United States District Court Judge

1

*[PROPOSED] ORDER GRANTING MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE*