LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>    Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**COUNTY OF LOS ANGELES' RESPONSE TO COURT'S AUGUST 29, 2024 ORDER RE ASSESSMENT OF CITY'S HOMELESSNESS PROGRAMS**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

693339.3

The County of Los Angeles ("County") submits this response to the Court's August 29, 2024 Order regarding "LAHSA or County department[]" data to support the assessment being performed by Alvarez & Marsal ("A&M") into the City of Los Angeles ("City")'s homelessness programs under Inside Safe, the City-Plaintiffs' settlement in this action ("LA Alliance"), and the 2020 City-County Memorandum of Understanding, referred to as the "Freeway Agreement" (together, "City Programs").  (Dkt. 764.)

The Board of Supervisors has not convened since the Order was issued on August 29, 2024, the date by which the Court requested a response from the County. Nevertheless, as the City's partner in addressing homelessness in the greater Los Angeles area, the County shares the interests of the Plaintiffs, the Court, and A&M in gaining a comprehensive picture of the City Programs at the forefront of the City's response to the crisis on its streets.

The August 29, 2024 conference was the first time the County learned from A&M that it believed the County was in possession of data regarding Inside Safe, LA Alliance, and the Freeway Agreement that could assist A&M in performing its assessment of these City Programs.  Upon further inquiry, it appears that the County has not received any requests for information from A&M regarding the City Programs to date.  The County would like to understand how the County or its departments could assist A&M in its audit of the City Programs.  The County reached out to A&M to obtain a list of information requests, and the County and A&M are in dialogue regarding how County data could be used in connection with A&M's assessment of the City Programs.

The County would like to confer with A&M, the appropriate departments, and the Board of Supervisors as needed and can provide the Court with a further status update on or before September 18, 2024.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

693339.3

2

DATED:  September 6, 2024          MILLER BARONDESS, LLP


                                  By:  /s/ Mira Hashmall
                                       MIRA HASHMALL
                                       Attorneys for Defendant
                                       COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

693339.3

COUNTY OF LOS ANGELES' RESPONSE TO COURT'S AUGUST 29, 2024
ORDER RE ASSESSMENT OF CITY'S HOMELESSNESS PROGRAMS