**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date:  September 10, 2024

Title: LA ALLIANCE FOR HUMAN RIGHTS, et al., v. CITY OF LOS ANGELES, et al.

PRESENT:        THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS):   **ORDER FOR COUNTY TO MEET AND CONFER WITH A&M RE: DATA REQUESTS AND PROVIDE COURT WITH UPDATE BY SEPTEMBER 18, 2024**

On August 29, 2024, the Court asked the County to submit a response to the Court regarding its ability to provide data from either LAHSA or County departments regarding the services and health and mental health programs being provided in the three initiatives—Inside Safe, LA Alliance, and the Freeway Agreement—that are covered in the ongoing audit being conducted by A&M. *See* Dkt. 764.

On September 6, 2024, the County responded that it has not received any requests for information from A&M regarding the City Programs to date, and that the County and A&M are in dialogue regarding how County data could be used in connection with A&M's assessment of the City Programs.

At the County's request, the County is directed to meet and confer with A&M, the appropriate departments, and the Board of Supervisors as needed and provide the Court with a further status update on or before September 18, 2024.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu