**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date:  September 10, 2024

Title: LA ALLIANCE FOR HUMAN RIGHTS, et al., v. CITY OF LOS ANGELES, et al.

PRESENT:       THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Karlen Dubon | Not Present |
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   DATA REQUEST FROM A&M**

On August 22, 2024, the Court informed that it would be "issuing notices on the official docket concerning any future data requests related to the Alvarez and Marsal matter." *See* Dkt. 761. Accordingly, the Court issues notice here of the attached data request from A&M. *See* Exhibit 1.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                    Initials of Deputy Clerk: kdu

CIVIL-GEN

# EXHIBIT 1

<span style="color:red">**Work Product Prepared at the Direction of Hon. David O. Carter**</span>

**Independent Assessment of the City of Los Angeles's Homelessness Programs**

Data Request from Alvarez & Marsal
September 6, 2024

<u>Notes:</u>
**For the purpose of this data request, relevant Programs include: (1) Freeway Agreement - Roadmap Program, (2) Alliance Settlement Program, and (3) Inside Safe.**
**Please note if the information requested is not available.**

**A&M kindly requests that the parties provide the requested data no later than <u>Friday, September 13th</u>. Receiving this information promptly is essential to ensure the timely completion of this assessment.**

| Item # | Party | Requested Item | Time Period | Description / Notes | Preferred Format |
|---|---|---|---|---|---|
| 35 | LAHSA | Crosswalk of subrecipient contracts/agreement numbers to site locations included on the Roadmap and Alliance Quarterly Reports submitted to the Court | Locations with Open or In Process Beds | *Received and under review by A&M. LAHSA is addressing follow-up inquiries regarding the data* | Excel |
| 36 | LAHSA | *Data requested pertaining to this item has been produced* | | | PDF (Readable) |
| 37 | LAHSA | EMGS extracts (subrecipient invoices) for the following contracts (agreement numbers): GT-BH-ABH-016, GT-BH-ABH-020, GT-BH-PHKCO-016, GT-BH-PHKCO-011, GT-BH-PHKCO-010, GT-BH-RIH-015, GT-BH-RIH-004, GT-BH-RIH-024, GT-SS-SP-004, GT-SS-SP-016, GT-SS-SS-001, GT-BH-RTV-002, GT-BH-RTV-007, GT-BH-RIH-022 | June 2020 - June 2024 | Supporting subrecipient invoices as uploaded/stored in the EGMS system.  Similar documents were produced for Inside Safe subrecipients in response to A&M Request #27.<br>*Please upload documents in subfolders for each contract/agreement number.* | PDF (Readable) |
| 38 | LAHSA | Original/base and all amendments of the following contracts (agreement numbers): GT-SS-SP-016 Safe Parking Contract | | | PDF (Readable) |
| 39 | LAHSA | Crosswalk of Roadmap Contract IDs for subrecipients with contracts spanning the pre- and post-July 2021 period | FY2020-2021 and FY2021-2022 | Contract ID formats changed between FY 20-21 and FY21-22. | Excel |
| 45 | City | Updated LAHD general ledger extract to include: FY 2021, vendor information, and all funding sources utilized for payments to LAHSA | June 2020 - June 2024 | *Received and under review by A&M.* | Excel |
| 46 | City | Cash Requests submitted by LAHSA since A&M's initial data request (in Excel format):<br>   City Recovery Roadmap Cash Request No. 2<br>   HHAP-1 Fund Cash Request No. 29<br>   Alliance Settlement Program Cash Request Nos. 10 and 11 | | PDF versions of these cash requests have been posted to the CAO's website subsequent to A&M's initial data request.  Please provide Excel versions of the files. | Excel |
| 47 | City | Cash Requests submitted by LAHSA (in Excel format):<br>   C-135650 Nos. 1,12,13, and 14<br>   C-137223 No. 13<br>   C-140706 No. 2 | | These specific cash requests were not included within the City's previous production for the stated contracts. | Excel |
| 48 | City | Quarterly Shelter and Interim Housing Occupancy Reports provided by LAHSA to LAHD | | §601.C. in Contract C-141840 (similar provisions in other contracts between City and LAHSA). Please confirm whether the Shelter and Interim Housing Occupancy Reports are included within the previously submitted Quarterly Performance Reports or if they are provided as separate standalone reports. | Excel |