HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213-978-7508
Facsimile: 213-978-7011
Email:  Arlene.Hoang@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>          Defendants. | Case No. 2:20-cv-02291 DOC (KES)<br><br>**DEFENDANT CITY OF LOS ANGELES' PROPOSED BED PLAN PURSUANT TO THE SETTLEMENT AGREEMENT BETWEEN LA ALLIANCE FOR HUMAN RIGHTS AND THE CITY OF LOS ANGELES [DKT. 421, 765]**<br><br>**Hon. David O. Carter**<br>**United States District Judge** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Court's August 30, 2024 Order (Dkt. 765), the City of Los Angeles ("the City") hereby submits its proposed bed plan pursuant to the Settlement Agreement between the City and LA Alliance for Human Rights and other plaintiffs (collectively, "LA Alliance") (Dkt. 421).

The City's proposed bed plan is designed to (1) comply with the terms of its Settlement Agreement with LA Alliance (Dkt. 421) and (2) maintain existing housing for the City's unsheltered population despite the major developments and financial constraints the City is facing, including (a) the expiration of the County's annual funding commitment of $60 million under the Roadmap Agreement between the City and the County (Dkt. 185-1) and (b) the anticipated significant increase in per bed service rates. As the City reported in Dkt. 757-1, as of June 30, 2024, the City has 8,663 total units/beds open and in process, and proposes adding the following to meet its remaining bed obligation under the Settlement Agreement:

a. at least 700 beds from master leasing;

b. 500 beds in tiny homes funded by the State;

c. up to 300 beds via extension of Inside Safe Hotel and Motel Contracts;

d. up to 500 interim housing beds; and

e. 2,500 beds created under the Roadmap Agreement (Dkt. 185-1).

Additional details concerning the City's proposed bed plan are set forth in the Office of the City Administrative Officer's September 6, 2024 report, the Homelessness and Housing Committee Corrected Report, and the motion seeking an amendment thereto, which are collectively attached hereto as **Exhibit 1**, and which were approved by the City Council and adopted by Mayor Bass on September 11, 2024 (Council File 23-1022-S7; see **Exhibit 2**).

DEFENDANT CITY OF LOS ANGELES' PROPOSED BED PLAN PURSUANT TO THE SETTLEMENT AGREEMENT BETWEEN LA ALLIANCE FOR HUMAN RIGHTS AND THE CITY OF LOS ANGELES [DKT. 421, 765]

DATED:  September 12, 2024    HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN  KENEALY, Chief Asst City Attorney
ARLENE N. HOANG, Deputy City Attorney
JESSICA MARIANI, Deputy City Attorney

By: */s/Arlene N. Hoang*
Arlene N. Hoang, Deputy City Attorney
Counsel for Defendant City of Los Angeles

2

DEFENDANT CITY OF LOS ANGELES' PROPOSED BED PLAN PURSUANT TO THE SETTLEMENT AGREEMENT BETWEEN LA ALLIANCE FOR HUMAN RIGHTS AND THE CITY OF LOS ANGELES [DKT. 421, 765]