# EXHIBIT 2



HOLLY L. WOLCOTT
CITY CLERK

PETTY F. SANTOS
EXECUTIVE OFFICER

City of Los Angeles
CALIFORNIA

KAREN BASS
MAYOR

OFFICE OF THE
CITY CLERK

**Council and Public Services Division**
200 N. SPRING STREET, ROOM 395
LOS ANGELES, CA 90012
GENERAL INFORMATION - (213) 978-1133
FAX: (213) 978-1040
_____

PATRICE Y. LATTIMORE
DIVISION MANAGER
CLERK.LACITY.GOV

# OFFICIAL ACTION OF THE LOS ANGELES CITY COUNCIL

**Council File No.:**     23-1022-S7

**Council Meeting Date:**     September 11, 2024

**Agenda Item No.:**     13

**Agenda Description:**     COMMUNICATION FROM THE CITY ADMINISTRATIVE OFFICER relative to the Alliance Settlement Agreement program strategy and progress as of June 30, 2024.(Housing and Homelessness Committee report to be submitted in Council. If public hearing is not held in Committee, an opportunity for public comment will be provided.)(Please visit www.lacouncilfile.com for background documents.)The Council may recess to Closed Session, pursuant to Government Code Section 54956.9(d)(1), to confer with its legal counsel relative to the case entitled LA Alliance for Human Rights, et al. v. City of Los Angeles, et al., United States Central District Court Case No. 2:20-cv-02291, Ninth Circuit Court of Appeals Case No. 22-55687.

**Council Action:**     HOUSING AND HOMELESSNESS COMMITTEE REPORT - ADOPTED AS AMENDED FORTHWITH BY MOTION 13A AND MOTION (BLUMENFIELD - RAMAN)

**Council Vote:**

| | | | | | |
|---|---|---|---|---|---|
| YES | Blumenfield | YES | de León | YES | Harris-Dawson |
| ABSENT | Hernandez | YES | Hutt | YES | Krekorian |
| YES | Lee | YES | McOsker | ABSENT | Padilla |
| YES | Park | YES | Price Jr. | YES | Raman |
| ABSENT | Rodriguez | YES | Soto-Martínez | YES | Yaroslavsky |

HOLLY L. WOLCOTT
CITY CLERK

**Pursuant to Charter/Los Angeles Administrative Code Section(s): 341**

| | |
|---|---|
| **FILE SENT TO MAYOR** | 09-11-2024 |
| **LAST DAY FOR MAYOR TO ACT** | 09-23-2024 |

AN EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER

APPROVED

*Karen Bass*
_____

9/11/2024
_____

DATE SIGNED

Adopted Report(s)Title
Amending Motion 13A (Blumenfield - Raman) dated 9-11-24
Amending Motion (Blumenfield - Raman) dated 9-11-24
Corrected Report from Housing and Homelessness Committee_09-10-24

AN EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER