LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**COUNTY OF LOS ANGELES' FURTHER RESPONSE TO COURT ORDERS RE ASSESSMENT OF CITY'S HOMELESSNESS PROGRAMS**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

695380.1

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

The County of Los Angeles ("County") submits this follow-up to the Court in response to its August 29, 2024 and September 10, 2024 Orders regarding "LAHSA or County department[]" data to support the assessment being performed by Alvarez & Marsal ("A&M") into the City of Los Angeles ("City")'s homelessness programs under Inside Safe, the City-Plaintiffs' settlement in this action ("LA Alliance"), and the 2020 City-County Memorandum of Understanding, referred to as the "Freeway Agreement" (together, "City Programs").  (Dkt. 764, 772.)

The County has met and conferred with A&M regarding how County data might be useful in connection with A&M's assessment of the City Programs. Following the parties' initial conference, the parties agreed additional information regarding the County's roles and responsibilities vis-à-vis the City Programs, and the nature and source of the data in the County's possession, is necessary for A&M to have before it can define requests for information for the County to take to its Board of Supervisors ("Board") for consideration.

The Parties have agreed to schedule another meeting for A&M to gain a deeper understanding of the County's services to allow them to define their scope of their information requests.  The County has indicated that they need to better understand A&M's information requests in relation to their assessment of the City Programs to enable them to explain their requests to the Board.  The parties will work on scheduling a date for this next meeting.

DATED:  September 18, 2024          MILLER BARONDESS, LLP

By: _____/s/ Mira Hashmall_____
MIRA HASHMALL
Attorneys for Defendant
COUNTY OF LOS ANGELES

695380.1

2

COUNTY OF LOS ANGELES' RESPONSE TO COURT'S AUGUST 29, 2024
ORDER RE ASSESSMENT OF CITY'S HOMELESSNESS PROGRAMS