**FILED**
CLERK, U.S. DISTRICT COURT

10/01/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ kdu _____ DEPUTY



**Kevin de León**

Councilmember, Fourteenth District

September 30, 2024


Honorable David O. Carter
United States Federal District Judge
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street
Courtroom 10 A
Santa Ana, CA, 92701-4516

Dear Judge Carter,

I write to you amidst a profound humanitarian crisis – the pervasive issue of homelessness which has been compounded by the County of Los Angeles' failure to meet its minimum obligations. The City of Los Angeles' taxpayers are unduly burdened, supporting services the County should rightfully provide, as evidenced at the Hilda Solis Care First Village (see Exhibit A and Exhibit B). Despite the city's significant financial contributions, Los Angeles County Supervisor Hilda Solis has publicly denied (Link) these efforts, which not only undermines our work but insults Los Angeles city residents whose hard-earned taxes support these initiatives.

What elicits my deep concern is that if the County fails to acknowledge the significant resources the City is providing through a memorialized Memorandum of Understanding (MOU), how can we trust them to deliver the basic health services for which they are obligated to provide through their county departments in the absence of an MOU or more importantly a court order?

The continued negligence by Los Angeles County in effectively addressing and improving conditions in Skid Row is unacceptable. Their lackluster response raises critical questions about the efficacy and allocation of resources, particularly in relation to the provision of county beds and the operational priorities of the Coordinated Entry System (CES).

It is disheartening to witness the CES system failing to prioritize the very residents of the City of Los Angeles who are in desperate need of the housing solutions the City is diligently building. This lack of fairness in the system is a clear misallocation of resources and priorities.

Moreover, the integration of interim beds into the CES, while failing to reserve these crucial resources for city residents, demonstrates a systemic flaw that deprives our most vulnerable citizens of necessary aid. This is not merely a failure of system design but of moral judgment, compelling us to question the County's commitment to equitable service delivery.

Despite these challenges, I am proud to report significant progress in City Council District 14, where we have not only built the most interim homeless housing units citywide but have also led the city in reducing unsheltered homelessness. Our district's efforts underscore what is possible when commitment is coupled with action. We have demonstrated that with the right priorities and actions, we can provide dignity to our unhoused population, assisting them in transitioning off the streets and back into society.

Given the urgency of the situation and the ongoing failures by the County of Los Angeles, I urge the court to consider this matter with the gravity it warrants. We seek not only recognition of these issues but also your support in compelling the County to fulfill its obligations with the urgency this crisis demands.

Thank you for your attention to this critical matter. I am confident that through your understanding and intervention, we can catalyze the necessary changes to significantly improve the quality of life of our unhoused neighbors.

Sincerely,

**KEVIN DE LEÓN**
Fourteenth Council District, City of Los Angeles

# MOTION    HOMELESSNESS AND POVERT

According to the 2020 Greater Los Angeles Point in Time Count, there are 63,706 homeless individuals in the County, of which 41,290 are experiencing homelessness in the City. Over 7,600 of the City's homeless population reside in Council District 14, of which more than 4,700 are unsheltered. In addition to the common challenges faced by homeless individuals, the COVID-19 pandemic further threatens the health and safety of the unsheltered population.

In response to this crisis, the City and the County of Los Angeles entered into an agreement to jointly fund the operation of 6,000 new housing interventions over five (5) years to house the unsheltered homeless population. The City will support the capital costs associated with establishing these interventions and 50 percent of the service costs. The County will fund the remaining 50 percent of the service costs. The target population for these beds is persons experiencing homelessness residing within 500 feet of a freeway overpass, underpass or ramp; those who are 65 years of age or older; and those who are otherwise vulnerable to COVID-19. Council District 14 has 622 homeless individuals living within 500 feet of a freeway, the highest number in the City.

To address the housing needs of these unsheltered residents, the County of Los Angeles has proposed establishing a partnership with the City to provide up to 232 beds in Council District 14 on a County-owned property at 1060 North Vignes Street. The County has offered to fund the full capital costs associated with the construction of the site, and is asking the City to fund the service operations of these beds for up to five (5) years.

I THEREFORE MOVE that Council partner with the County, and authorize the City Administrative Officer to negotiate a Memorandum of Understanding with the County that ensures the development of 6,000 new homeless interventions, including 232 beds in Council District 14 located at the 1060 North Vignes Street property, and to report on the status of the negotiations in 30 days.

I FURTHER MOVE the City Administrative Officer identity funding for the operations of the 232 beds located at the 1060 North Vignes Street property at $55/bed/night from March 1, 2021 – June 30, 2025 and report with recommendations as necessary.

PRESENTED BY: _____
KEVIN DE LEÓN
Councilmember, 14th District

SECONDED BY: _____

OCT 2 0 2020

PUBLIC WORKS

# M O T I O N

The City is partnering with Los Angeles County on the Care First Village at 1060 N. Vignes Street to provide homeless housing to up to 232 individuals as part of the Homeless Roadmap Plan. On-site services and care are provided by the Weingart Center. In order to maximize usage of the County parcel and ensure that the most amount of homeless individuals can be housed on the site, a temporary closure of the southerly portion of Alhambra Avenue is needed in order to provide full site control to the provider and ample space for ingress and egress.

I THEREFORE MOVE that the Bureau of Engineering be instructed to prepare the necessary documents and notifications required to temporarily close the east roadway of Alhambra Avenue adjacent to Assessor Parcel Number 5409014907 from Main Street to College Street until June 30, 2025.

I FURTHER MOVE that the Bureau of Engineering be authorized to issue revocable permits to Los Angeles County, subject to satisfaction of the conditions for issuing such permits, for the construction of a security fence along the perimeter of the aforementioned closure.

PRESENTED BY: _____

KEVIN DE LEÓN
Councilmember, 14th District

SECONDED BY: _____

JUN 0 8 2021



**★ SUPERVISOR ★**
**HILDA SOLIS**

*Statement in Response to Councilmember Kevin de Leon's False Accusations at Last Night's CD14 Debate in Lincoln Heights*





hilda4lacounty • Follow  ...

hilda4lacounty My statement in response to Councilmember Kevin de Leon's false accusations at last night's CD14 debate in Lincoln Heights.
2w

helenher48 Actions speak louder than words. You always walk the walk Supervisor.Thank you for always putting your constituents first.
2w  Reply

ecsfam1 We Never in our 38 years living in unincorporated 1st District had a most caring, professional and committed Supervisor as good as our current supervisor Hilda Solis. We have seen

228 likes
September 12

Log in to like or comment.

---



**★ SUPERVISOR ★**
**HILDA SOLIS**

Councilmember Kevin de Leon has once again demonstrated his inability to take responsibility for his own incompetence and failed policies. During my time as Supervisor for the First District of Los Angeles County, I have spearheaded initiatives in CD14 to help bring an end to our housing and behavioral health crises. At the Los Angeles General Medical Center, I am building a Restorative Care Village which will include nearly 800 units of housing for people with mental health and substance use needs. I also built the Hilda L. Solis Care First Village in a record six months which includes 232 units of interim housing.



hilda4lacounty My statement in response to Councilmember Kevin de Leon's false accusations at last night's CD14 debate in Lincoln Heights.
2w

helenher48 Actions speak louder than words. You always walk the walk Supervisor.Thank you for always putting your constituents first.
2w  Reply

ecsfam1 We Never in our 38 years living in unincorporated 1st District had a most caring, professional and committed Supervisor as good as our current supervisor Hilda Solis. We have seen

228 likes
September 12

Log in to like or comment.

---



**★ SUPERVISOR ★**
**HILDA SOLIS**

The site has been used exclusively to serve CD14 residents. In fact, we have supported over 800 CD14 residents since the site opened in 2021. Lastly, I have been working to implement the Skid Row Action Plan which will bring additional housing and behavioral health services to the community. All of this work is being done without support from the Councilmember. In order to resolve our housing and behavioral health crises, we need leaders who will link arms and work together instead of pointing fingers and ceding responsibility. That is why I have endorsed Ysabel Jurado in her bid for CD14. She is someone who has proven her willingness to partner on solutions to serve our shared constituencies.

hilda4lacounty • Follow  ...

hilda4lacounty My statement in response to Councilmember Kevin de Leon's false accusations at last night's CD14 debate in Lincoln Heights.
2w

helenher48 Actions speak louder than words. You always walk the walk Supervisor.Thank you for always putting your constituents first.
2w  Reply

ecsfam1 We Never in our 38 years living in unincorporated 1st District had a most caring, professional and committed Supervisor as good as our current supervisor Hilda Solis. We have seen

228 likes
September 12

Log in to like or comment.