

# BOARD OF SUPERVISORS
# COUNTY OF LOS ANGELES

856 KENNETH HAHN HALL OF ADMINISTRATION  /  LOS ANGELES, CALIFORNIA 90012

Telephone (213) 974-4111  /  FAX (213) 613-1739

## HILDA L. SOLIS

SUPERVISOR, FIRST DISTRICT

**FILED**
CLERK, U.S. DISTRICT COURT

**10/01/2024**

CENTRAL DISTRICT OF CALIFORNIA

BY: _____ kdu _____ DEPUTY

October 1, 2024

Honorable David O. Carter
United States Federal District Judge
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street
Courtroom 10 A
Santa Ana, CA 92701-4516

Dear Judge Carter,

I am writing to respond to Councilmember de Leon's concerns raised in his letter addressed to you regarding the County's commitment to and investment in Skid Row. As you know, in 2022, through redistricting, the entirety of Skid Row became a part of my district. Since then, I have been augmenting resources for the community to better meet the needs of its residents. We have already seen staggering results. In fact, since 2022, the number of people experiencing homelessness on Skid Row has decreased by 14%. Moreover, the number of unsheltered people on Skid Row decreased by 22% since 2022, meaning that more people are moving indoors and getting on the path to permanent housing.

I have launched two initiatives to support the housing needs of Skid Row residents. With $280 million leveraged funds from the County and an additional investment of $74 million from the State's Encampment Resolution Fund, the Every Woman Housed Plan, and the Skid Row Action Plan (SRAP) are helping to bring people indoors in record numbers. The Every Woman Housed Plan has helped move 441 women on Skid Row into permanent housing. The SRAP has helped almost 1000 Skid Row residents find permanent homes. Furthermore, pursuant to the SRAP, Skid Row will have a first-of-its-kind "no wrong door" policy, with managed care plans coordinating with County health departments and federally qualified health centers so that Skid Row residents can present at any clinic, regardless of health coverage or which provider they are assigned to, and receive comprehensive care. This will also include free and regularly scheduled transportation for residents to easily access these health clinics. Soon, the County will open the first Board and Care facility on Skid Row with 48 beds for those most in needs. And next year, the County will open a Harm Reduction Health Hub and Safe Services space to support those suffering from substance use disorder and connect Skid Row residents to services.

Honorable David O. Carter
United States Federal District Judge
October 1, 2024
Page 2

This work augments the existing services that our County Departments provide on Skid Row daily. The Department of Mental Health (DMH) staffs seven teams that provide outreach, navigation, or mobile response on Skid Row and manages 134 interim housing beds dedicated to this community. Also, DMH has invested over $100 million across 12 permanent supportive housing sites in Skid Row and has provided outpatient services to 3,274 clients. The Department of Health Services funds 832 interim housing beds and six multidisciplinary outreach teams on Skid Row. They also manage overdose response for the region. Lastly, the Department of Public Health's Substance Abuse Prevention and Control Bureau has two recovery bridge housing sites on Skid Row for those needing abstinence-based, peer-supported housing in addition to supporting client engagement and navigation services at 23 permanent supportive housing sites on Skid Row.

While the Councilmember highlights his achievements in his district, it is important to note that that the County provided a significant portion of the funding for new interim housing projects through the Freeway settlement agreement. As you are aware, the County has provided $293 million to the City of Los Angeles through this agreement.

I understand that the Councilmember is facing a difficult reelection this year. However, while Councilmember de Leon insists on politicizing the issue, the County is continuing to work closely with the City of Los Angeles and Mayor Bass to support our unhoused residents with wraparound services and housing. The County has locked arms with the Mayor to solve homelessness. Initiatives like Mayor Bass's Inside Safe are executed in partnership with the County of Los Angeles, with or without the support of Councilmember de Leon. In partnership with the Mayor, we applied to the Federal Emergency Management Agency's Shelter and Services Partnership program and were awarded $21.8 million to help migrant families living on Skid Row.  I recognize your dedication and tireless efforts to addressing the homelessness crisis, and they should not be sidetracked by unnecessary politicking. Please be assured that the County is committed to continuing its close partnership with the City of Los Angeles so that we can bring all residents experiencing homelessness indoors and connect those in need to the care and services they deserve.

Sincerely,

*Hilda L. Solis*

**HILDA L. SOLIS**
Supervisor, First District