UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, *et al.*, <br><br> Defendants. | Case No. 2:20-CV-02291-DOC-KES <br><br> Assigned to Judge David O. Carter <br><br> **PLAINTIFF'S POSITION CONCERNING PROPOSED CITY BED PLAN** <br><br><br> Before:  Hon. David O. Carter <br> Courtroom: 10A <br> Hearing Date:  October 2, 2024 <br> Hearing Time:  8:30 p.m. |

Plaintiffs are in receipt of the City of Los Angeles' proposed bed plan (ECF 775), requesting migration of 2,500 beds from the 2020 City/County MOU ("Roadmap Agreement") (which expires at the end of this fiscal year) into the Alliance Agreement (which expires in 2027).  To Plaintiffs' understanding, the City is requesting the migration because the County will stop funding these beds pursuant to the expiration of the agreement and the City cannot otherwise afford to maintain the 4,100 interim beds without County's assistance in sharing funding.  The result will be an effective "reduction" of the number of *new* beds the City will be building under the Alliance Agreement by 2,500.  While Plaintiffs are sensitive to the City's significant financial

concerns in maintaining the interim beds upon expiration of the Roadmap Agreement, the resulting reduction of 2,500 beds from the City's overall inventory is unacceptable in today's housing and shelter crisis climate.[1]

The Alliance lacks sufficient information to take a position on the City's proposed bed plan.  Specifically, the Alliance seeks an answer from the County of Los Angeles about whether it will amend the Roadmap Agreement to continue paying for 50% of the operational costs of the 4,100 shelter beds upon expiration of the Roadmap Agreement, to prevent those beds from being closed.  When this question was previously posed to the County of Los Angeles, the County did not answer it directly:

THE COURT: Mira, why is the County ending the funding?

MS. HASHMALL: Your Honor, so I am hearing the details of Mr. Szabo's plan that it sounds like he is working up to present to his council and his mayor. I obviously need to learn more about that, and I look forward to seeing that plan in more detail.

The agreement between the City and the County was a term of years, so it was always contemplated that it would expire. But I think, as Matt has identified in his proposal, if he is allowed to move those beds to his agreement with the City and the plaintiffs to which the County is not a party, the County would continue to provide resources for those beds.

So I don't think it's an issue of why is the County stopping. The County has always been committed to providing resources and, it sounds like under this proposal, would still be providing resources. It would just be in a different framework.

---

[1] Kenneth Mejia, LA City Controller, Homlessness Audit: Interim Housing and Shelter Bed Data (Dec. 5, 2023), https://controller.lacity.gov/landings/interim-housing-audit (citing 46,260 people experiencing homelessness in Los angeles, with only 16,100 shelter beds available).

1

*PLAINTIFFS' POSITION CONCERNING PROPOSED CITY BED PLAN*

(Hr'g Tr. 82:5–23, Aug. 29, 2024, ECF No. 768.)

While the agreement "was always set to expire," there is no reason why it cannot and should not continue in light of the severe housing and shelter crisis identified by the City's controller and acknowledged by the County of Los Angeles repeatedly. *See, e.g.* Anusha Shankar, *LA County approves development of 24/7 homeless shelters*, Fox 11 Los Angeles (Sept. 25, 2024, 8:52 AM), https://www.foxla.com/news/la-county-approves-development-24-7-homeless-shelters ("Los Angeles County is expanding its emergency resources to ensure our most vulnerable community members can access safe shelter and services during inclement whether events. . . . With lives on the line, the new normal of extreme weather calls on us to more readily open shelters and share resources widely." (citation omitted).) Should the County continue to fund 50% of operational costs incurred in the 4,100 Roadmap Agreement beds, the City would not be forced to "migrate" 2,500 beds and thus reduce the overall bed target for the two combined agreements by 2,500.

The Alliance requests a response from the County of Los Angeles about whether it will agree to extend the Roadmap Agreement and continue to fund 50% of operational costs of the 4,100 interim beds established under that Agreement, to prevent the closure of crucial beds at this time. Given the time constraints involved so the City can budget for next fiscal year, the Alliance requests a response by the County prior to the October 8, 2024 hearing.

Alternatively, the Alliance respectfully requests that the Court hold an evidentiary hearing on October 16, 2024, about the implications of closing these 4,100 beds and/or the financial conditions of the City upon losing County funding and why the County cannot continue to separately fund these beds.

Dated: October 4, 2024          Respectfully submitted,

                                /s/ Elizabeth A. Mitchell
                                UMHOFER, MITCHELL & KING, LLP
                                Matthew Donald Umhofer
                                Elizabeth A. Mitchell

                                *Attorneys for Plaintiffs*

2

*PLAINTIFFS' POSITION CONCERNING PROPOSED CITY BED PLAN*