**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: LA CV 20-02291-DOC-(KESx)                Date: October 8, 2024

Title:  LA ALLIANCE FOR HUMAN RIGHTS, et al. v. CITY OF LOS ANGELES, et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFF:** | **ATTORNEYS PRESENT FOR DEFENDANT:** |
|---|---|
| Elizabeth Mitchell | Arlene Hoang |
| Matthew Umhofer | Jessica Mariani |
| Shayla Myers, Intervenor | Mira Hashmall |

**PROCEEDINGS:**   **MOTION FOR ORDER FOR SETTLMENT AGREEMENT COMPLIANCE [767]**

**STATUS CONFERENCE**  *(Held at Los Angeles First Street)*

Also Present, Special Masters Michele Martinez.

Hearing CONTINUED to October 16, 2024 at 9:00 AM for Bed Plan Review.
Motion is continued to October 16, 2024 at 9:00 AM.

The Court orders the transcript of the hearing held October 8, 2024 be immediately produced at the government's expense and billed at the daily rate.

The transcript shall be prepared forthwith and filed on the docket with immediate release to the public.

The transcript will also be available to download on the Court's Cases of Interest webpage, located here: http://www.cacd.uscourts.gov/newsworthy/cases-of-interest.

CC:    CourtRecording_CACD@cacd.uscourts.gov
       Transcripts_CACD@cacd.uscourts.gov
       Reporter_CACD@cacd.uscourts.gov

1 : 00

Initials of Deputy Clerk: kdu