**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES – GENERAL</u>**

Case No. 2:20-cv-02291-DOC-KES                    Date:  October 10, 2024

Title: LA Alliance for Human Rights et al. v. City of Los Angeles et al.

---

PRESENT:      THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

|  Karlen Dubon  |  Not Present  |
| :---: | :---: |
| Courtroom Clerk | Court Reporter |

|  ATTORNEYS PRESENT FOR PLAINTIFF:  |  ATTORNEYS PRESENT FOR DEFENDANT:  |
| :---: | :---: |
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):   ORDER REGARDING STATUS CONFERENCE ON OCTOBER 16, 2024**

A status conference is scheduled for Wednesday, October 16, at 9:00 AM in Courtroom 1 in Los Angeles, CA. This session will cover several key issues, including the requested scheduling of an evidentiary hearing on the City's proposed bed plan. The court will also address updates related to concerns raised by the Los Angeles Alliance for Human Rights, with a focus on obligations and data collection in the quarterly reports from both the City and County. Additional updates will be provided by Alvarez & Marsal (A&M), the Controller's Office, and the Chief Administrative Officer (CAO) regarding the continued development of the public website for the City and County in light of LAHSA's recently produced documents.

The Court requests the presence of the following key individuals and groups:

- Lindsey Horvath, Chairperson of the Board of Supervisors
- Mayor Karen Bass
- Marqueece Harris-Dawson, Council President
- Councilwoman Nithya Raman, Chair of the Housing and Homelessness Committee
- Kenneth Mejia, the Controller

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu