**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                           Date:  October 18, 2024

Title: LA Alliance for Human Rights et al. v. City of Los Angeles et al.

PRESENT:      THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

|  Karlen Dubon  |  Not Present  |
| :---: | :---: |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| :---: | :---: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER RE: EVIDENTIARY HEARING OCTOBER 25, 2024**

The Court orders an evidentiary hearing concerning the proposed bed plan. The hearing will take place on Friday, October 25th at 1:00 pm at the First Street Courthouse in Los Angeles, California in Courtroom 1.

The hearing will provide all involved parties with an opportunity to present relevant evidence regarding the proposed bed plan. It is a crucial step in ensuring that the Court comprehensively assesses all aspects of the proposal in question.

The Court requests the participation of the L.A. Alliance and that they ensure the availability of any witnesses they intend to call during the proceedings. Furthermore, it is expected that the city and county will duly notify all individuals listed as witnesses, ensuring their presence at the hearing. All parties are encouraged to prepare their evidence and witness testimony thoroughly to facilitate a productive and informative hearing.

Please ensure all preparations are made in accordance with this Order and the applicable rules.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu