HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213-978-7508
Facsimile: 213-978-7011
Email:  Arlene.Hoang@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, a Municipal entity, et al., <br><br> Defendants. | Case No. 2:20-cv-02291 DOC (KES) <br><br> **DEFENDANT CITY OF LOS ANGELES' QUARTERLY STATUS REPORT PURSUANT TO THE MEMORANDUM OF UNDERSTANDING BETWEEN THE COUNTY OF LOS ANGELES AND THE CITY OF LOS ANGELES [DKT. 185-1]** <br><br> **Hon. David O. Carter** <br> **United States District Judge** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to, and in compliance with, Section IV (B)(1) of the Memorandum of Understanding between the County of Los Angeles and the City of Los Angeles ("MOU") dated October 9, 2020 (Dkt. 185-1), Defendant City of Los Angeles ("the City") submits the following documents attached hereto:

A.    **Exhibit A** is the Homeless Roadmap Quarterly Report, which summarizes the type of interventions being developed in each Council District, the number of beds provided in each intervention, the status of each project, and the number of unsheltered Angelenos from each of the three target populations placed in each intervention.

B.    **Exhibit B** contains updated Council District Plans reflecting the current status of each Council District's Interventions in Development to shelter people experiencing homelessness, and Possible Additional Interventions being contemplated for development.

C.    **Exhibit C** is a report to City Council, dated August 1, 2024, which contains the Office of the City Administrative Officer's funding recommendations for the City's interventions.

DATED: October 18, 2024    HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN  KENEALY, Chief Asst City Attorney
ARLENE N. HOANG, Deputy City Attorney
JESSICA MARIANI, Deputy City Attorney

By: */s/Arlene N. Hoang*
Arlene N. Hoang, Deputy City Attorney
Counsel for Defendant City of Los Angeles

1