# EXHIBIT C

**REPORT FROM**

# OFFICE OF THE CITY ADMINISTRATIVE OFFICER

| | | |
|---|---|---|
| Date: | August 1, 2024 | CAO File No.    0220-05151-0592<br>Council File No.   20-0841; 19-0914<br>Council District:   5, 9, 11, 14 |
| To: | The City Council | |
| From: | Matthew W. Szabo, City Administrative Officer | |
| Reference: | COVID-19 Homelessness Roadmap | |
| Subject: | **TWENTY-FIFTH REPORT: COVID-19 HOMELESSNESS ROADMAP FUNDING RECOMMENDATIONS** | |

## SUMMARY

On September 9, 2020, the City Council approved funding for the initial projects under the COVID-19 Homelessness Roadmap (Roadmap) and directed this office to submit future funding recommendations through reports. This is the twenty-fifth such report.

First, this report provides an exempt determination from the California Environmental Quality Act for the continued use of an A Bridge Home (ABH) site located in Council District 4 and a new interim housing site located in Council District 5. Additionally, this report recommends authorizing the General Services Department to negotiate and enter into a new or amend an existing agreement with Sola Partners LLC and People Assisting the Homeless, for the continued use of the aforementioned ABH site located in Council District 4.

Second, this report reprograms Homeless Housing, Assistance, and Prevention funds to continue supporting leasing costs at an ABH site located in Council District 9.

Lastly, this report extends the expenditure authority of funds originally allocated for Fiscal Year 2023-24, through Fiscal Year 2024-25, to allow for leasing payments at an interim housing site located in Council District 14. Additionally, this report recommends reappropriating funds for costs incurred in Fiscal Year 2023-24 relative to a safe parking site located in Council District 11.

## RECOMMENDATION

That the City Council, subject to approval by the Mayor:

1. DETERMINE that the funding, lease, and operation of the residential interim housing/navigation center at 1725 S. La Cienega Boulevard for those experiencing homelessness, is statutorily exempt from the California Environmental Quality Act (CEQA) under Public Resources Code (PRC) Section 21080.27, Government Code Section

CAO File No.                PAGE

0220-05151-0592              2

65660(b), applicable to City of Los Angeles (City) low barrier navigation centers; and PRC Section 21080(b)(4) and State CEQA Guidelines, 14 California Code of Regulations (CCR) Section 15269(c), as specific actions necessary to prevent or mitigate an emergency;

2. DETERMINE that the lease or lease modification or transfer for the interim housing/navigation center at 1479 S. La Cienega Boulevard for those experiencing homelessness, is statutorily exempt from CEQA under PRC Section 21080.27 and Government Code Section 65660(b), applicable to City low barrier navigation centers. This determination is consistent with, and supported by, the City Council's prior actions for the development and use of the property as temporary shelter/navigation center; and CEQA determination made March 17, 2020 (C.F. No. 19-1350);

3. AUTHORIZE General Services Department (GSD) to negotiate and enter into a new or amend an existing agreement with Sola Partners LLC, for the continued use of the A Bridge Home (ABH) facility located at 1479 South La Cienega Boulevard with up to 54 beds in Council District 5 through May 13, 2025;

4. AUTHORIZE GSD to enter into an agreement with People Assisting the Homeless, for the continued use of the ABH facility located at 1479 South La Cienega Boulevard with up to 54 beds in Council District 5 through May 13, 2025;

5. APPROVE up $10,000 from Homeless Housing, Assistance, and Prevention (HHAP) Fund No. 62Y/10, Account No. 10S650, FC-1: A Bridge Home Capital and Operating Gap to the Citywide Leasing Fund No. 100/63, 000027, A Bridge Home Leasing for GSD leasing costs at the La Cienega Motel located at 1725 South La Cienega Boulevard in Council District 5 with 20 beds not to exceed six months through June 30, 2025;

6. AMEND and REPLACE the approved Recommendation 16 relative to the 23rd Homelessness Roadmap Report dated March 29, 2024 (C.F. 20-0841-S46) to read as follows:
    a. APPROVE up to $398,200 of Homeless Efforts - County Funding Agreement Fund for GSD leasing costs at the La Cienega Motel located at 1725 South La Cienega Boulevard in Council District 5 with 20 beds not to exceed six months through June 30, 2025;
        i. APPROPRIATE $398,200 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No.10T618, Homeless Effort - County Funding Agreement to Fund No. 63Q/10, in a new account entitled, "Leasing - 1725 S La Cienega" for leasing costs of the La Cienega Motel located at 1725 South La Cienega Boulevard in Council District 5 not to exceed six months through June 30, 2025;

CAO File No.                                    PAGE
0220-05151-0592                                  3

7. AMEND and REPLACE the approved Recommendation 17 relative to the 23rd Homelessness Roadmap Report dated March 29, 2024 (C.F. 20-0841-S46) to read as follows:
   a. APPROVE up to $362,000 for the operations of the La Cienega Hotel located at 1725 South La Cienega Boulevard with 20 beds in Council District 5 through June 30, 2025;
      i. APPROPRIATE $362,000 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No.10T618, Homeless Effort - County Funding Agreement to Fund No. 63Q/43, Account No. 43AC29, 2024-25 Other Interim Housing Ops, for the operations cost of the La Cienega Motel located at 1725 South La Cienega Boulevard in Council District 5 through June 30, 2025;

8. APPROVE the expenditure authority extension relative in Homelessness Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10W757, CD 14 - 850 Mission THV Leasing for the leasing costs of the interim housing site located at 850 N. Mission Road, with 144 beds in Council District 14, through June 30, 2025;

9. APPROPRIATE up to $320,514.54 of unspent HHAP funds to the HHAP Fund No. 62Y/10, Account No. 10S650, FC-1: A Bridge Home Capital and Operating Gap from the following accounts:
   a. $104,326.48 from HHAP Fund No. 62Y/10, Account No. 10T174, Board of Public Works;
   b. $61,296.12 from HHAP Fund No. 62Y/10, Account No. 10W163, Non Dept - Leasing;
   c. $154,891.94 from  HHAP Fund No. 62Y/10, Account No. 10T140, General Services;

10. APPROPRIATE up to $254,675.48 from the Los Angeles Housing Department (LAHD) Fund No. 62Y/43, Account No. 43V829, Skid Row HET to HHAP Fund No. 62Y/10, Account No. 10S650, FC-1: A Bridge Home Capital and Operating Gap;

11. APPROVE and APPROPRIATE up to $324,000 from HHAP Fund No. 62Y/10, Account No.10S650, FC-1: A Bridge Home Capital and Operating Gap to LAHD Fund No. 62Y/43, Account No. 43S886, A Bridge Home - 4601 S. Figueroa Street for leasing costs of the A Bridge Home (ABH) site located at 4601 Figueroa Street in Council District 9 through June 30, 2025;

12. REAPPROPRIATE $90,427.93 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No. 10Y110, City Administrative Officer to the City Administrative Officer Fund No. 100/10, Account No. 003040, Contractual Services for costs incurred in 2023-24 relative to the Safe Parking site located at 5455 111th Safe Parking in Council District 11;

13. RESCIND Recommendation 1.a. from the previously approved Interim Housing Bed Rates Adjustment Funding Report (C.F. 23-1348) due to budget modifications;

14. AUTHORIZE the extension of the expenditure authority deadline for the Homeless Housing, Assistance, and Prevention Program Round 1 and Homeless Housing, Assistance, and Prevention Program Round 2 funds allocated to LAHSA to support rehabilitation costs for the Woodman, PHK 1.0 site in Council District 6, through June 30, 2024;

15. REQUEST the Los Angeles Homeless Services Authority to contract with 211 Los Angeles County to provide services for people experiencing homelessness during inclement weather;

16. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's new Roadmap Contract (C-144656) with LAHSA to:
    a. Amend the service funding allocations and expenditure authority for 1725 South La Cienega Boulevard in Council District 5;

17. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's HHAP (C-135650) contract with LAHSA to:
    a. Add and increase funding for leasing of the following interim housing sites:
        i.   1725 S. La Cienega Boulevard in Council District 5;
        ii.  4601 S. Figueroa Street in Council District 9
    b. Decrease funding for the HHAP-1 Skid Row Homeless Engagement Teams program;
    c. Extend the expenditure deadline for the Project Homekey 1.0 Woodman site through June 30, 2024;

18. AUTHORIZE the CAO to:
    a. Prepare Controller instructions or make necessary technical adjustments, including to the names of the Special Fund accounts recommended for this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions; and
    b. Prepare any additional Controller instructions to reimburse City Departments for their accrued labor, material or permit costs related to projects in this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions.

**BACKGROUND**

As part of the LA Alliance case, on June 16, 2020, the City reached an agreement with the County to create 6,700 new homeless housing units within 18 months to address the COVID-19 emergency. This agreement is referred to as the Homelessness Roadmap.

The Roadmap set the following targets:
● 700 beds in existing agreements with the County within 10 months
● 5,300 new beds within 10 months
● 700 new beds within 18 months

CAO File No.                                    PAGE
0220-05151-0592                                 5

The City is required to open and maintain 6,000 new beds, not covered by existing City-County agreements. The County will provide up to $60 million in annual service funding, totaling up to $300 million over the five-year agreement term, based on the number of interventions open and occupied within 60 days of July 1st each year. The agreement will terminate on June 30, 2025; therefore, Fiscal Year 2024-25 marks the fifth and final year of the Homelessness Roadmap.

The City has met all obligations under the agreement and will continue to do so. As of June 30, 2024, 7,429 new beds are open and occupiable, which includes 2,163 rapid rehousing/shared housing point-in-time placements overseen by the Los Angeles Homeless Services Authority (LAHSA).

## DISCUSSION

### 1479 S. La Cienega Boulevard in Council District 5

On March 20, 2020, the Council and Mayor approved the site located at 1479 S. La Cienega Boulevard in Council District 5 to serve as an A Bridge Home (ABH) facility with up to 54 beds (C.F. 19-1350). The site is operated by People Assisting the Homeless (PATH). PATH also currently holds the lease agreement with the owner of the hotel, Sola Partners LLC. PATH has requested to transition the lease to the City due to inability to pay the lease on time based on the current reimbursement payment structure and limited advances from LAHSA. In addition, PATH reports that holding the lease creates a tax liability.

In order to ensure timely lease payments and reduce the tax liability for PATH, this report recommends granting authority for the General Services Department (GSD) to negotiate and enter into a new or amend an existing agreement with the hotel's owner to relieve PATH from the financial obligation of the agreement.

The Bureau of Engineering (BOE) has conducted a California Environmental Quality Act (CEQA) analysis for this site, which is transmitted under a separate cover. The Mayor and City Council must approve BOE's determinations that these uses are categorically exempt from CEQA in order to proceed.

### La Cienega Motel in Council District 5

On April 17, 2024, the City Council and Mayor approved the 23rd COVID-19 Homelessness Roadmap Funding Report (C.F. 20-0841-S46), which allocated funding for leasing and operations costs for an interim housing intervention, not to exceed six months, at the La Cienega Motel located at 1725 S. La Cienega Boulevard in Council District 5, through December 31, 2024. After initiating discussions with the owner, the projected open date has been delayed with an expected operational date now in September 2024. As such, recommendations 16 and 17 require an amendment to reduce the cost and extend the expenditure authority for operations and leasing through June 30, 2025.

Additionally, this report allocates $10,000 in Homeless Housing, Assistance, and Prevention (HHAP) funds to support the leasing costs.

## 850 N. Mission Road in Council District 14

On November 7, 2022, the City Council and Mayor approved the Municipal Facilities Committee Report dated September 19, 2022 (C.F. 20-0841-S23), which allocated up to $194,400 of County Agreement funds for leasing costs of the interim housing site located at 850 N. Mission Road, through June 30, 2023. This report recommends extending the expenditure authority, through June 30, 2025, to allow lease payments made to the Department of Public Works, Bureau of Sanitation, using the original funding allocation.

## 4601 S. Figueroa Street in Council District 9

On February 22, 2024, the City Council and Mayor approved the 22nd COVID-19 Homelessness Roadmap Funding Report (C.F. 20-0841-S41), which allocated HHAP funding for leasing costs at the ABH site located at 4601 South Figueroa Street in Council District 9, through June 30, 2024. The ABH became open and occupiable on April 16, 2021, and provides 30 beds to people experiencing homelessness, which count towards the City's Roadmap objectives. This report recommends allocating $342,000 of reprogrammed HHAP funding to continue supporting leasing costs at this ABH, through June 30, 2025.

## Safe Parking LA

This report recommends reappropriating $90,427.93 of County Agreement funds to Fiscal Year 2024-25 for costs incurred in Fiscal Year 2023-24 relative to the Safe Parking site located at 5455 111th in Council District 11. The funds, originally programmed for FY 23-24, must be reappropriated to allow for the City Administrative Officer to encumber for the Safe Parking services.

## Inclement Weather and Winter Shelter Program

In the 2024-25 Adopted Budget (C.F. 24-0600) and the previously approved HHAP report (C.F. 22-1157), the Mayor and Council approved funding in the amount of $1.6 million for the Winter Shelter Program and $2.4 million for the Inclement Weather Program through the Los Angeles Homeless Services Authority (LAHSA). To facilitate access and transportation for program participants to housing interventions and services, LAHSA partners with 211 LA County for program implementation. This report recommends requesting LAHSA to execute a contract with 211 LA County, to ensure that referrals and connection to services continue during adverse weather conditions.

CAO File No.                                    PAGE
0220-05151-0592                        7

**Project Homekey 1.0 Woodman**

The National Health Foundation (NHF) is the owner/operator for the Woodman/Arleta site at 9120 Woodman Avenue in CD 6.  This report recommends that LAHSA extend its $198,000 HHAP2 contract with the NHF through June 30, 2024, to allow for the completion of the site's rehabilitation. The site is scheduled to start operations in September 2024.

**FISCAL IMPACT STATEMENT**

There is no General Fund impact as a result of the recommendations in this report. The recommendations in this report utilizes the Homeless Housing, Assistance, and Prevention and County Roadmap funds for homelessness interventions.

**FINANCIAL POLICIES STATEMENT**

The recommendations in this report comply with the City Financial Policies in that budgeted funds are being used to fund recommended actions.

Attachments:
1. COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 25th Homeless Roadmap Funding Recommendations are Approved

*MWS:ECG:KML:MMP:MAG:MZ:16240184*

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 25th Homeless Roadmap Funding Recommendations are Approved

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2023-2024 Comittment | | | | | Fiscal Year 2024-2025 Comittment | | | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | |
| 1 | | | 13160 Raymer St. | 2 | | | | | | | | | | | $1,348,321 |
| 2 | | | 7700 Van Nuys Blvd. | 2 | | | | | | | | | | | $6,209,046 |
| 3 | | | 7621 Canoga Ave. | 3 | | | | | | | | | | | $4,300,000 |
| 4 | | | 3061 Riverside Dr. | 4 | | | | | | | | | | | $4,537,274 |
| 5 | | | 3428 Riverside Dr. | 4 | | | | | | | | | | | $5,812,912 |
| 6 | | | 1479 La Cienega Blvd. | 5 | | | | | | | | | | | $0 |
| 7 | | | 14333 Aetna St. | 6 | | | | $621,426 | | | | | | | $5,749,155 |
| 8 | | | Sylmar Armory | 7 | | | | | | | | | | | $0 |
| 9 | ABH Beds (1) | Capital | 4601 Figueroa St. | 9 | | | | | | | | | | | $0 |
| 10 | | | 1819 S. Western Ave. | 10 | | | | | | | | | | | $1,579,490 |
| 11 | | | 625 Lafayette Pl. | 10 | | | | | | | | | | | $5,518,289 |
| 12 | | | West LA VA | 11 | | | | | | | | | | | $136,046 |
| 13 | | | 1533 Schrader Blvd. | 13 | | | | | | | | | | | $42,029 |
| 14 | | | 310 N. Main St. | 14 | | | | | | | | | | | $3,643,174 |
| 15 | | | 407 N Beacon St. (515 N Beacon St.) | 15 | | | | | | | | | | | $971,200 |
| 16 | | | 828 Eubank Ave. | 15 | | | | $15,712 | | | | | | | $30,712 |
| | ABH Capital Total | | | | $0 | $0 | $0 | $637,138 | $0 | $0 | $0 | $0 | $0 | $0 | $39,877,647 |
| 17 | | | 1920 W 3rd St. | 1 | | $44,772 | | | | | | | $674,520 | | $2,047,343 |
| 18 | | | 13160 Raymer St. | 2 | | $92,820 | | | | | | $2,047,650 | | | $9,320,025 |
| 19 | | | 7700 Van Nuys Blvd. | 2 | | $109,200 | | | | | | $2,409,000 | | | $9,434,648 |
| 20 | | | 7621 Canoga Ave. | 3 | | | | | | | | | | | $0 |
| 21 | | | 3061 Riverside Dr. | 4 | $468 | $42,120 | | | | | | $939,510 | | | $6,776,136 |
| 22 | | | 3248 Riverside Dr. | 4 | $1,200 | $108,000 | | | | | | $2,409,000 | | | $10,815,262 |
| 23 | | | 1479 La Cienega Blvd. | 5 | | | | | | | | | | | $2,655,978 |
| 24 | | | 14333 Aetna St. | 6 | | -$711,646 | | | | | | | | | $5,021,926 |
| 25 | | | Sylmar Armory | 7 | | $92,820 | | | | | | $2,047,650 | | | $9,382,470 |
| 26 | ABH Beds (1) | Operating (2) | 4601 Figueroa St. | 9 | $405,942 | | | | | $324,000 | | | | | $1,761,217 |
| 27 | | | 1819 S. Western Ave. | 10 | $180,180 | $16,200 | | | | | | $509,175 | | | $2,104,351 |
| 28 | | | 625 Lafayette Pl. | 10 | | $78,624 | | | | | | $1,734,480 | | | $6,755,118 |
| 29 | | | 1214 Lodi Pl. (Phase 1) | 13 | $297,498 | $101,520 | $362,430 | | | | | $2,264,460 | | | $13,524,538 |
| 30 | | | 1533 Schrader Blvd. | 13 | 864 | 77,760 | | | | | | | $1,734,480 | | $4,604,541 |
| 31 | | | 711 N Alameda St (El Puente) | 14 | | $48,600 | | | | $105,000 | | | $1,084,050 | | $3,411,113 |
| 32 | | | 310 N. Main St. (Civic Center) | 14 | $1,188 | $106,920 | | | | | | $2,384,910 | | | $8,087,200 |
| 33 | | | 407 N Beacon St. (515 N Beacon St.) | 15 | $19,800 | $108,000 | $1,055,954 | | | | | $2,409,000 | | | $7,832,279 |
| 34 | | | 828 Eubank Ave. | 15 | | $93,488 | $2,372,000 | | | | | $2,409,000 | | | $8,984,927 |
| | ABH Operation Total | | | | $907,140 | $1,120,844 | $3,078,738 | $0 | $0 | $510,942 | $0 | $21,563,835 | $3,493,050 | $0 | $112,519,072 |
| 35 | | | 11471 Chandler Blvd. | 2 | | | | | | | | | | | $4,562,211 |
| 36 | | | 6099 Laurel Canyon Blvd. | 2 | $10,000 | | | $223,929 | | | | | | | $8,906,965 |
| 37 | | | 12600 Saticoy St. | 2 | | | | | | | | | | | $6,008,098 |
| 38 | | | 19040 Vanowen St. | 3 | | | | | | | | | | | $3,229,997 |
| 39 | | | 6073 Reseda Blvd. | 3 | | | | | | | | | | | $4,411,736 |
| 40 | | | 9710 San Fernando Blvd. | 6 | | | | | | | | | | | $5,673,070 |
| 41 | | | Compton Ave. and Nevin Ave. | 9 | | | | | | | | | | | $58,422 |
| 42 | | | 2301 W. 3rd St. | 13 | | | | | | | | | | | $3,592,858 |
| 43 | Tiny Home Villages | Capital | 1455 Alvarado St. | 13 | $9,728 | | | | | | | | | | $2,497,455 |
| 44 | | | Arroyo & Ave. 60 | 14 | | | | | | | | | | | $6,173,096 |
| 45 | | | 7570 Figueroa St. | 14 | | | | | | | | | | | $3,159,298 |
| 46 | | | 850 N. Mission Rd. | 14 | | | | | | | | | | | $4,869,572 |

7/31/2024

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 25th Homeless Roadmap Funding Recommendations are Approved

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2023-2024 Comittment HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | Fiscal Year 2024-2025 Comittment HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | | | Mission and Jesse | 14 | | | | | | | | | | | $193,924 |
| 48 | | | 1221 Figueroa Pl. | 15 | $10,000 | | | | | | | | | | $4,401,241 |
| 49 | | | 600 E. 116th Pl. | 15 | -$45,794 | | | $68,245 | | | | | | | $3,703,138 |
| 50 | | | 406 N. Bonnie Brae St & 413 Burlington Ave | 13 | $10,000 | | | | | | | | | | $10,000 |
| | **Tiny Home Villages Capital Total** | | | | **-$6,066** | **$0** | **$0** | **$292,174** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$61,451,080** |
| 51 | Other Interim Beds / Homekey Units (1) | Acquisition | 2521-2525 Long Beach Ave. | 9 | | | | | | | | | | | $4,911,342 |
| 52 | | | 2300, 2312, 2324 & 2332 S. Central Ave. | 9 | | | | | | | | | | | $11,688,000 |
| 53 | | | 1300-1332 W. Slauson Ave. | 9 | | | | | | | | | | | $6,520,353 |
| | | | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$23,119,695** |
| 54 | Other Interim Beds | Capital | 499 San Fernando Road | 1 | | | | | | | | | | | $14,598,676 |
| 55 | | | Coalition to Abolish Slavery and Trafficking (CAST) | 5 | | | | | | | | | | | $445,227 |
| 56 | | | 2521-2525 Long Beach Ave. | 9 | | | | | | | | | | | $3,406,547 |
| 57 | | | 1300-1332 W. Slauson Ave. | 9 | | | | | | | | | | | $2,124,741 |
| 58 | | | 18140 Parthenia Blvd. | 12 | | | | | | | | | | | $8,289,123 |
| | **Other Interim Beds Capital Total** | | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$28,864,314** |
| 59 | Tiny Home Villages | Operating (2) | 11471 Chandler Blvd. | 2 | | $75,075 | $1,509,750 | | | | | $1,656,188 | | | $6,801,863 |
| 60 | | | 6099 Laurel Canyon Blvd. | 2 | $10,000 | $200,200 | $4,026,000 | $183,929 | | | | $4,406,500 | | | $15,823,196 |
| 61 | | | 12600 Saticoy St. | 2 | | $463,304 | $3,019,500 | | | | | $3,312,375 | | | $11,500,436 |
| 62 | | | 19040 Vanowen St. | 3 | | $395,744 | $2,033,130 | | | | | $2,230,333 | | | $8,552,486 |
| 63 | | | 6073 Reseda Blvd. | 3 | $10,000 | $520,612 | $2,979,240 | | | | | $3,258,210 | | | $11,879,079 |
| 64 | | | 9710 San Fernando Blvd. | 6 | | $161,161 | $3,240,930 | | | | | $3,555,283 | | | $7,689,506 |
| 65 | | | Compton Ave. & Nevin Ave. | 9 | | | | | | | | | | | $0 |
| 66 | | | 1455 Alvarado St. | 13 | $488,962 | $463,344 | $1,864,407 | | | | | $1,553,440 | | | $8,019,022 |
| 67 | | | 2301 W. 3rd St. | 13 | | $546,837 | $1,989,737 | | | | | $2,186,168 | | | $8,405,155 |
| 68 | | | Arroyo & Ave. 60 | 14 | | $224,224 | $4,509,120 | | | | | $4,946,480 | | | $16,841,818 |
| 69 | | | 7570 Figueroa St. | 14 | | $93,093 | $1,872,090 | | | | | $2,053,673 | | | $6,575,250 |
| 70 | | | 1221 Figueroa Pl. | 15 | $10,000 | $156,882 | $1,610,400 | | | | | $1,646,188 | | | $5,940,194 |
| 71 | | | 499 San Fernando | 1 | | | $330,000 | | | | | $2,097,838 | | | $3,417,838 |
| 72 | | | 850 N. Mission Rd. | 14 | | | $2,568,368 | $266,953 | | | | $3,179,880 | | | $6,209,601 |
| 73 | | | Mission and Jesse | 14 | | | | | | | | | | | $188,363 |
| | **Tiny Home Villages Operating Total** | | | | **$518,962** | **$3,300,475** | **$31,222,672** | **$450,882** | **$0** | **$0** | **$0** | **$36,082,556** | **$0** | **$0** | **$114,686,773** |
| 74 | | | 313 Patton St. | 1 | | | | | | | | | | | $857,628 |
| 75 | | | 1701 Camino Palmero St. | 4 | | $34,398 | $691,740 | | | | | $758,835 | | | $2,832,663 |
| 76 | | | 7600 Beverly Blvd. | 4 | | | | | | | | | | | $304,937 |
| 77 | | | 1725 S La Cienega Blvd | 5 | | | $0 | | | $10,000 | | $760,200 | | | $770,200 |
| 78 | | | 7253 Melrose Ave. | 5 | | | | | | | | | | | $0 |
| 79 | | | 7816 Simpson Ave. | 6 | | $49,049 | $986,370 | | | | | $1,082,043 | | | $3,583,542 |
| 80 | | | 6909 N. Sepulveda Blvd. | 6 | | $146,146 | $2,938,980 | | | | | | | | $9,638,654 |
| 81 | | | 11067 Norris Ave. | 7 | | | | | | | | | | | $609,900 |
| 82 | | | 8501 1/2 S. Vermont Ave. | 8 | | $25,025 | $503,250 | | | | | $552,062 | | | $2,006,653 |
| 83 | | | 5615 - 5749 S. Western Ave. | 8 | $7,144 | | $140,910 | | | | | | | | $660,319 |
| 84 | | | 8311 S. Western Ave. | 8 | | $9,873 | | | | | | | | | $330,873 |
| 85 | | | 2514 W. Vernon Ave. | 8 | | | | | | | | | | | $214,000 |
| 86 | | | 8501 S. Broadway | 9 | | $150,150 | $3,019,500 | | | | | | | | $9,941,982 |
| 87 | | | 5100 S. Central Ave. | 9 | $349,000 | $25,025 | $503,250 | | | | | | | | $2,006,131 |
| 88 | | | 224 E. 25th St. & 224 1/2 E. 25th St. | 9 | | $68,068 | $1,368,840 | | | | | $1,501,610 | | | $3,581,341 |

7/31/2024

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 25th Homeless Roadmap Funding Recommendations are Approved

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2023-2024 Comittment | | | | | Fiscal Year 2024-2025 Comittment | | | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | |
| 89 | Other Interim Beds | Operating (2) | 9165 & 9165 ½ South Normandie St | 9 | $33,262 | $1,773 | $563,640 | | | | | | | | $1,564,028 |
| 90 | | | 5171 S. Vermont Ave. | 9 | | | | | | | | | | | $214,000 |
| 91 | | | 2521-2525 Long Beach Ave. | 9 | $39,160 | | $2,938,980 | | | | | | | | $3,501,140 |
| 92 | | | 1300-1332 W. Slauson Ave. | 9 | | $100,100 | $2,096,245 | | | | | | | | $3,603,439 |
| 93 | | | 18140 Parthenia Blvd. | 12 | | $107,107 | $2,153,910 | | | | | | | | $4,566,506 |
| 94 | | | 5941 Hollywood Blvd. | 13 | | $30,030 | $603,900 | | | | | $662,475 | | | $1,995,241 |
| 95 | | | 3191 W. 4th St. | 13 | | | | | | | | | | | $178,072 |
| 96 | | | 566 S. San Pedro St. | 14 | | $70,980 | $1,427,400 | | | | | $1,565,850 | | | $4,735,680 |
| 97 | | | 1060 Vignes St. | 14 | $232,232 | | $4,670,160 | | | | | | | | $13,425,770 |
| 98 | | | 543 Crocker St. | 14 | $2,511 | $57,549 | $402,600 | | | | | | | | $2,950,070 |
| 99 | | | 3123 S. Grand Ave. | 14 | | $15,965 | $401,500 | | | | | | | | $818,965 |
| 100 | | | Scattered Sites - SRO Housing Corporation | 14 | | | | | | | | | | | $2,409,000 |
| 101 | | | 1904 Bailey St. | 14 | $29,659 | | | | | | | | $158,982 | | $2,600,592 |
| 102 | | | 345 E. 118 Pl. | 15 | | | $80,520 | | | | | | | | $402,380 |
| 103 | | | Various | Various | | | | | | | | | | | $112,354 |
| 104 | | | Project Roomkey (3) | Various | | | | | | | | | | | $72,427,887 |
| 105 | | | Shelter Program | Various | $757,477 | $934,787 | | | | | | | | | $1,692,264 |
| | **Other Interim Beds Operating Total** | | | | **$1,450,445** | **$1,826,025** | **$25,491,695** | **$0** | **$0** | **$10,000** | **$0** | **$6,883,075** | **$158,982** | **$0** | **$154,536,211** |
| 106 | | | Beacon (Solaire Hotel) | 1 | | | | | | | | | | | $4,873,960 |
| 107 | | | Sieroty (Howard Johnson) | 4 | | | | | | | | | | | $5,103,560 |
| 108 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | | | | | | | | | | $4,568,997 |
| 109 | | | Pano (Panorama Inn) | 6 | | | | | | | | | | | $2,713,579 |
| 110 | | | Arleta (Woodman) | 6 | | | | | | | | | | | $20,056,747 |
| 111 | | | Woodman Ownership Transfer | 6 | | | | | | | | | | | $19,500 |
| 112 | | | Encinitas (Good Nite Inn) | 7 | | | | | | | | | | | $16,351,536 |
| 113 | Homekey Units (1) | Match / Acquisition | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | | | | | | | | | $1,281,013 |
| 114 | | | Mollie Maison (Best Inn) | 10 | | | | | | | | | | | $990,290 |
| 115 | | | The Layover (Super 8 LAX) | 11 | | | | | | | | | | | $10,830,215 |
| 116 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | | | | | | | | $10,152,255 |
| 117 | | | Devonshire Lodge (Travelodge) | 12 | | | | | | | | | | | $3,162,222 |
| 118 | | | The Nest | 13 | | | | | | | | | | | $1,736,813 |
| 119 | | | Casa Luna (Titta's Inn) | 14 | | | | | | | | | | | $1,977,625 |
| 120 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | | | | | | | | $9,021,062 |
| 121 | | | Travelodge (Normandie) | 15 | | | | | | | | | | | $3,990,522 |
| 122 | | | Property management and real estate service | Various | | | | | | | | | | | $779,939 |
| | **Project Homekey Match / Aquisition Total** | | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$97,609,837** |
| 123 | | | Beacon (Solaire Hotel) | 1 | | $116,717 | | | | | | | | | $6,438,675 |
| 124 | | | Sieroty (Howard Johnson) | 4 | | $109,746 | | | | | | | | | $6,309,496 |
| 125 | | | Super 8 Canoga Park | 3 | | | | | | | | | | | $1,028,993 |
| 126 | | | Sepulveda Villa (Econo Motor Inn) | 6 | $92,456 | | | | | | | | | | $5,444,034 |
| 127 | | | Pano (Panorama Inn) | 6 | | | | | | | | | | | $1,097,087 |
| 128 | | | Arleta (Woodman) | 6 | | | | | | | | | | | $4,699,120 |
| 129 | | | Encinitas (Good Nite Inn) | 7 | | $137,137 | | | | | | | | | $9,578,320 |

7/31/2024

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 25th Homeless Roadmap Funding Recommendations are Approved

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2023-2024 Comittment | | | | | Fiscal Year 2024-2025 Comittment | | | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | |
| 130 | Homekey Units (1) | Operating | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | | | | | | | | | $1,317,113 |
| 131 | | | Mollie Maison (Best Inn) | 10 | $29,850 | $316,316 | | | | | | | | | $2,381,154 |
| 132 | | | The Layover (Super 8 LAX) | 11 | $323,076 | | | | | | | | | | $5,434,632 |
| 133 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | | | | | | | | $1,731,181 |
| 134 | | | Devonshire Lodge (Travelodge) | 12 | $118,755 | | | | | | | | | | $7,883,079 |
| 135 | | | The Nest | 13 | | $60,970 | | | | | | | | | $4,051,403 |
| 136 | | | Casa Luna (Titta's Inn) | 14 | | $62,644 | | | | | | | | | $3,597,212 |
| 137 | | | Huntington Villas (Super 8 Alhambra) | 14 | | $82,628 | | | | | | | | | $5,263,569 |
| 138 | | | Travelodge (Normandie) | 15 | | | | | | | | | | | $2,064,055 |
| | **Project Homekey Operating Total** | | | | **$564,137** | **$886,158** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$68,319,123** |
| 139 | | | Beacon (Solaire Hotel) | 1 | | | | | | | | | | | $3,231,738 |
| 140 | | | Sieroty (Howard Johnson) | 4 | | | | | $800,000 | | | | | | $5,501,798 |
| 141 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | | | | | | | | | | $886,851 |
| 142 | | | Pano (Panorama Inn) | 6 | | $96,154 | | | | | | | | | $6,354,916 |
| 143 | | | Arleta (Woodman) | 6 | $1,572,546 | $198,269 | | | | | | | | | $17,859,351 |
| 144 | | | Encinitas (Good Nite Inn) | 7 | | | | | | | | | | | $2,766,023 |
| 145 | | | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | | | | | | | | | $758,260 |
| 146 | | | Mollie Maison (Best Inn) | 10 | | | | | | | | | | | $186,577 |
| 147 | Homekey Units (1) | Improvement | The Layover (Super 8 LAX) | 11 | | | | | | | | | | | $1,020,206 |
| 148 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | | $1,000,000 | | | | | | $1,805,120 |
| 149 | | | Devonshire Lodge (Travelodge) | 12 | | | | | $410,000 | | | | | | $1,625,324 |
| 150 | | | The Nest | 13 | | | | | | | | | | | $306,967 |
| 151 | | | Casa Luna (Titta's Inn) | 14 | | | | | | | | | | | $312,272 |
| 152 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | | $500,000 | | | | | | $877,640 |
| 153 | | | Travelodge (Normandie) | 15 | $2,950,434 | $190,635 | | | | | | | | | $5,329,301 |
| 154 | | | Real estate services to monitor alterations | n/a | | | | | | | | | | | $335,295 |
| | **Project Homekey Capital Improvement Total** | | | | **$4,522,980** | **$485,058** | **$0** | **$0** | **$2,710,000** | **$0** | **$0** | **$0** | **$0** | **$0** | **$49,157,639** |
| 155 | Recovery Housing | | Rapid Rehousing/ Shared Housing** | Various | | $959,681 | | $350,000 | | | | | | | **$78,575,224** |
| | **Recovery Housing Total** | | | | **$0** | **$959,681** | **$0** | **$350,000** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$78,575,224** |
| 156 | Measure H Strategy (7) | | Measure H Strategy - B4 (Landlord Incentive) | Various | | | | | | | | | | | $426,000 |
| | **Measure H Strategy Total** | | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$426,000** |
| 157 | Safe Sleeping | Capital | 2300 S. Central Ave. (6) | 9 | $152,425 | | | | | | | | | | $1,669,308 |
| 158 | | | 317 N. Madison Ave. | 13 | | | | | | | | | | | $10,553 |
| | **Safe Sleep Capital Total** | | | | **$152,425** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$1,679,861** |
| 159 | Safe Sleeping | Operating (2) | 2300 S. Central Ave. (6) | 9 | | | $3,065,250 | | | | | $3,065,250 | | | $7,122,272 |
| 160 | | | 317 N. Madison Ave. | 13 | | | | | | | | | | | $1,029,279 |
| | **Safe Sleep Operating Total** | | | | **$0** | **$0** | **$3,065,250** | **$0** | **$0** | **$0** | **$0** | **$3,065,250** | **$0** | **$0** | **$8,151,551** |
| 161 | | | 7128 Jordan Ave. | 3 | $5,437 | $40,063 | $274,500 | | | | | | | | $877,634 |
| 163 | | | 4301 S. Central Ave. | 9 | | $18,200 | $109,800 | | | | | $146,000 | | | $372,768 |
| 164 | | | 1201 S. Figueroa St. | 9 | $54,600 | | $329,400 | | | | | $438,000 | | | $942,269 |
| 166 | | | 11339 Iowa Ave. | 11 | $45,500 | | $274,500 | | | | | $365,000 | | | $665,418 |
| 167 | | | 9100 Lincoln Blvd. | 11 | | $0 | | | | | | | | | $246,569 |

7/31/2024

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 25th Homeless Roadmap Funding Recommendations are Approved

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2023-2024 Comittment | | | | | Fiscal Year 2024-2025 Comittment | | | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | |
| 168 | Safe Parking (1) | Operating (2) | 5455 111th Street | 11 | | | | | | | | | | | $894,985 |
| 169 | | | 8775 Wilbur Ave. | 12 | $2,988 | $33,412 | $219,600 | | | | | $292,000 | | | $715,870 |
| 170 | | | 1033 Cole Ave. | 13 | $36,400 | | $219,600 | | | | | | | | $718,951 |
| 171 | | | 4591 Santa Monica Blvd. | 13 | | | | | | | | | | | $155,537 |
| 172 | | | 711 S. Beacon St. | 15 | | $54,600 | $329,400 | | | | | $438,000 | | | $1,144,449 |
| 173 | | | 19610 Hamilton Ave. | 15 | $45,500 | | $274,500 | | | | | $365,000 | | | $976,471 |
| | Safe Parking Operating Total | | | | $190,425 | $146,275 | $2,031,300 | $0 | $0 | $0 | $0 | $2,044,000 | $0 | $0 | $7,710,921 |
| 174 | Outreach | | Roadmap Outreach | Various | | | | | | | | | | | $9,077,365 |
| 175 | | | Encampment to Home Program on Ocean Front Walk/Venice | 11 | | | | | | | | | | | $5,000,000 |
| | Outreach Total | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $14,977,365 |
| 176 | Admin | Admin | BOE | n/a | | | | | | | | | | | $8,155,055 |
| 177 | | | BCA | n/a | | | | | | | | | | | $299,416 |
| 178 | | | CAO | n/a | | | | | | | | | | | $254,035 |
| 179 | | | GSD | n/a | | | | | | | | | | | $77,500 |
| 180 | | | LAHD | n/a | | | | | | | | | | | $1,158,255 |
| 181 | | | LAHSA | n/a | | $93,479 | | | | | | | | | $5,594,161 |
| | Admin Total | | | | $0 | $93,479 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $15,538,422 |
| Total Commitment | | | | | $8,300,448 | $8,817,995 | $64,889,655 | $1,730,194 | | $520,942 | $0 | $69,638,716 | $3,652,032 | $0 | $854,081,039 |
| Total Uncommitted | | | | | | -$988,769 | | | | | | $418,625 | | | |

(1) Does not include Roadmap interventions that are in existing agreements with the County.

(2) Operating costs vary by intervention type: ABH Beds: $60/bed/night; Tiny Home Villages, Leased Facilities, Year Round Shelter: $55/bed/night; Project Homekey: $85/unit/night; Safe Sleeping: $67/person/night; and Safe Parking: $30/car/night. Project Roomkey cost

(3) Committed funds used to front-fund the Project Roomkey extension are expected to be reimbursed by the FEMA, at which time the funds will be available for programming.

(4) County Services allocations are restricted to services, leasing, FFE, and start up costs.

(5) Reflects the entire cost of the program for two (2) years using ESG-COVID.

(6) 2300 S Central is part of the City Project Homekey Program. The site will oeprate a Safe Sleeping Program until the owner/operator is ready to begin construction on permanent supportive housing.

(7) Placements funded with City funding for Measure H Strategies will be counted toward the Roadmap target of 6,700 interventions.

7/31/2024