# EXHIBIT A

| No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date | Total PEH Served (2) |
|---|---|---|---|---|---|---|---|---|
| | | | | **Alliance Settlement Agreement** **Quarterly Report** **Quarter Ending September 30, 2024** **Intervention Data** | | | | |
| 1 | 1 | PSH | Prop HHH | Washington View Apartments 720 W WASHINGTON BLVD Los Angeles, CA 90015 | 91 | Open | 06/30/2022 | 91 |
| 2 | 10 | PSH | Non-Prop HHH | PATH Villas Montclair/Gramercy(Recap-Site 2 of 2) 3317 W WASHINGTON BLVD Los Angeles, CA 90018 | 16 | Open | 07/26/2022 | 16 |
| 3 | 8 | PSH | Prop HHH | Chesterfield 4719 S NORMANDIE AVE Los Angeles, CA 90037 | 42 | Open | 08/03/2022 | 42 |
| 4 | 13 | PSH | Prop HHH | HiFi Collective 3200 W TEMPLE ST Los Angeles, CA 90026 | 58 | Open | 08/17/2022 | 58 |
| 5 | 10 | PSH | Prop HHH | Adams Terrace 4314 W ADAMS BLVD Los Angeles, CA 90018 4347 W ADAMS BLVD Los Angeles, CA 90018 | 43 | Open | 09/21/2022 | 43 |
| 6 | 3 | PSH | Prop HHH | Bell Creek Apartments 6940 N OWENSMOUTH AVE Canoga Park, CA 91303 | 41 | Open | 09/23/2022 | 41 |
| 7 | 14 | PSH | Non-Prop HHH | LAMP Lodge 660 S STANFORD AVE Los Angeles, CA 90021 | 81 | Open | 10/04/2022 | 40 |
| 8 | 7 | PSH | Prop HHH | Silva Crossing (fka Link at Sylmar) 12667 SAN FERNANDO ROAD Sylmar, CA 91342 | 55 | Open | 10/11/2022 | 55 |
| 9 | 10 | PSH | Prop HHH | Berendo Sage 1035 S BERENDO ST LOS ANGELES, CA 90006 | 21 | Open | 10/14/2022 | 21 |
| 10 | 10 | PSH | Prop HHH | Amani Apartments (fka Pico) 4200 W PICO BLVD Los Angeles, CA 90019 | 53 | Open | 10/17/2022 | 53 |
| 11 | 9 | PSH | Prop HHH | Hope on Broadway 5138 S BROADWAY Los Angeles, CA 90037 | 48 | Open | 11/01/2022 | 48 |
| 12 | 8 | PSH | Homekey 2 | 6521 Brynhurst | 40 | Open | 11/14/2022 | 40 |
| 13 | 1 | PSH | Homekey 2 | 740 Alvarado | 79 | Open | 11/15/2022 | 74 |
| 14 | 10 | PSH | Homekey 2 | 5050 Pico | 78 | Open | 11/30/2022 | 76 |
| 15 | 1 | PSH | Prop HHH | Firmin Court 418 N FIRMIN ST Los Angeles, CA 90026 | 45 | Open | 12/16/2022 | 45 |
| 16 | 7 | PSH | Homekey 2 | 10150 Hillhaven | 33 | Open | 12/20/2022 | 31 |
| 17 | 11 | PSH | Prop HHH | VA Building 207 11301 WILSHIRE BLVD #207 Los Angeles, CA 90025 | 59 | Open | 12/22/2022 | 59 |
| 18 | 4 | IH | Interim Housing | Highland Gardens | 143 | Open | 12/27/2022 | 374 (3) |
| 19 | 3 | PSH | Prop HHH | Reseda Theater Senior Housing (Canby Woods West) 7221 N CANBY AVE Reseda, CA 91335 | 13 | Open | 12/30/2022 | 13 |
| 20 | 7 | PSH | Prop HHH | Summit View Apartments 11800 W KAGEL CANYON ST Sylmar, CA 91342 | 48 | Open | 01/06/2023 | 48 |
| 21 | 6 | PSH | Homekey 2 | 14949 Roscoe | 29 | Open | 01/15/2023 | 29 |
| 22 | 15 | PSH | Prop HHH | Watts Works 9500 S COMPTON AVE Los Angeles, CA 90002 | 24 | Open | 01/27/2023 | 24 |
| 23 | 5 | PSH | Prop HHH | 11010 Santa Monica 11010 W SANTA MONICA BLVD Los Angeles, CA 90025 | 50 | Open | 03/20/2023 | 50 |
| 24 | 13 | PSH | Prop HHH | Ambrose (fka 1615 Montana St.) 1611 W MONTANA ST Los Angeles, CA 90026 | 63 | Open | 03/22/2023 | 63 |
| 25 | 10 | PSH | Prop HHH | Vermont Corridor Apartments (fka 433 Vermont Apts) 433 S VERMONT AVE Los Angeles, CA 90020 | 36 | Open | 03/31/2023 | 36 |
| 26 | 8 | PSH | Prop HHH | Depot at Hyde Park 6527 S CRENSHAW BLVD Los Angeles, CA 90043 | 33 | Open | 04/10/2023 | 33 |
| 27 | 11 | PSH | Prop HHH | Building 205 11301 WILSHIRE BLVD Los Angeles, CA 90073 | 67 | Open | 04/10/2023 | 67 |
| 28 | 1 | PSH | Prop HHH | Ingraham Villa Apartments 1218 INGRAHAM ST LOS ANGELES, CA 90017 | 90 | Open | 04/19/2023 | 90 |
| 29 | 6 | PSH | Prop HHH | Talisa (fka 9502 Van Nuys Blvd) 9502 N VAN NUYS BLVD Panorama City, CA 91402 | 48 | Open | 04/19/2023 | 48 |
| 30 | 11 | PSH | Prop HHH | Building 208 11301 WILSHIRE BLVD #208 LOS ANGELES, CA 90073 | 53 | Open | 04/21/2023 | 53 |
| 31 | 8 | PSH | Prop HHH | Asante Apartments 11001 S BROADWAY Los Angeles, CA 90061 | 54 | Open | 05/18/2023 | 54 |
| 32 | 8 | PSH | Prop HHH | West Terrace (fka Silver Star II) 6576 S WEST BLVD LOS ANGELES, CA 90043 | 56 | Open | 05/30/2023 | 56 |
| 33 | 13 | PSH | Prop HHH | PATH Villas Hollywood 5627 W FERNWOOD AVE HOLLYWOOD, CA 90028 | 59 | Open | 06/02/2023 | 59 |
| 34 | 9 | PSH | Prop HHH | Broadway Apartments 301 W 49TH ST 1-30 LOS ANGELES, CA 90037 | 34 | Open | 6/22/2023 | 34 |
| 35 | 8 | PSH | Prop HHH | Hope on Hyde Park - MP/TOC/PSH 6501 S CRENSHAW BLVD Los Angeles, CA 90043 | 97 | Open | 07/07/2023 | 97 |
| 36 | 6 | PSH | Homekey 2 | 7639 Van Nuys | 34 | Open | 07/13/2023 | 30 |
| 37 | 10 | PSH | Prop HHH | Mariposa Lily 1055 S MARIPOSA AVE Los Angeles, CA 90006 | 20 | Open | 07/31/2023 | 20 |
| 38 | 1 | PSH | Non-Prop HHH | West Third Apartments 1900 W 3RD ST Los Angeles, CA 90057 | 136 | Open | 08/07/2023 | 136 |
| 39 | 2 | PSH | Prop HHH | Sun Commons 6329 N CLYBOURN AVE North Hollywood, CA 91606 | 51 | Open | 08/07/2023 | 51 |
| 40 | 14 | PSH | Homekey 2 | 1044 Soto | 84 | Open | 09/05/2023 | 84 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 41 | 5 | PSH | Prop HHH | Pointe on La Brea<br>849 N LA BREA AVE CA 90038 | 49 | Open | 09/15/2023 | 49 |
| 42 | 3 | PSH | Non-Prop HHH | Palm Vista Apartments<br>20116 W SHERMAN WAY  Winnetka, CA 91306 | 44 | Open | 09/29/2023 | 44 |
| 43 | 13 | PSH | Prop HHH | The Wilcox (fka 4906-4926 Santa Monica)<br>4912 W SANTA MONICA BLVD  Los Angeles, CA 90029 | 61 | Open | 09/29/2023 | 61 |
| 44 | 14 | PSH | Prop HHH | 6th and San Julian<br>401 E 6TH ST  Los Angeles, CA 90014 | 93 | Open | 09/29/2023 | 93 |
| 45 | 15 | PSH | Prop HHH | SagePointe (fka Deepwater)<br>1435 N EUBANK AVE  LOS ANGELES, CA 90744 | 55 | Open | 10/04/2023 | 55 |
| 46 | 4 | PSH | Prop HHH | Sherman Oaks Senior Housing<br>14536 W BURBANK BLVD  VAN NUYS, CA 91411 | 54 | Open | 10/19/2023 | 54 |
| 47 | 14 | PSH | Prop HHH | Colorado East<br>2451 W COLORADO BLVD  Los Angeles, CA 90041 | 40 | Open | 11/01/2023 | 36 |
| 48 | 1 | PSH | Prop HHH | The Quincy (fka 2652 Pico)<br>2652 W PICO BLVD  Los Angeles, CA 90006 | 53 | Open | 11/17/2023 | 53 |
| 49 | 10 | PSH | Prop HHH | Serenity (fka 923-937 Kenmore Ave)<br>923 S KENMORE AVE  Los Angeles, CA 90006 | 74 | Open | 11/27/2023 | 74 |
| 50 | 15 | PSH | Prop HHH | Beacon Landing (fka Beacon PSH)<br>319 N BEACON ST  SAN PEDRO, CA 90731 | 88 | Open | 12/12/2023 | 88 |
| 51 | 6 | PSH | Prop HHH | My Angel (fka The Angel)<br>8547 N SEPULVEDA BLVD  North Hills, CA 91343 | 53 | Open | 12/19/2023 | 53 |
| 52 | 6 | PSH | Prop HHH | Sun King Apartments<br>9190 N TELFAIR AVE  LOS ANGELES, CA 91352 | 25 | Open | 12/27/2023 | 25 |
| 53 | 11 | PSH | Prop HHH | The Iris (fka Barry Apartments)<br>2444 S BARRY AVE CA 90064 | 34 | Open | 1/22/2024 | 34 |
| 54 | 1 | PSH | Prop HHH | The Lake House (fka Westlake Housing)<br>437 S WESTLAKE AVE  Los Angeles, CA 90057 | 62 | Open | 02/13/2024 | 62 |
| 55 | 14 | PSH | Prop HHH | La Veranda<br>2420 E CESAR E CHAVEZ AVE  Los Angeles, CA 90033 | 38 | Open | 02/15/2024 | 38 |
| 56 | 1 | PSH | Non-Prop HHH | 619 Westlake (fka Westlake 619)<br>619 S WESTLAKE AVE  Los Angeles, CA 90057 | 39 | Open | 03/01/2024 | 39 |
| 57 | 12 | PSH | Prop HHH | Lumina (fka Topanga Apartments)<br>10243 N TOPANGA CANYON BLVD  Chatsworth, CA 91311 | 54 | Open | 04/05/2024 | 53 |
| 58 | 2 | PSH | Prop HHH | NoHo 5050<br>5050 N BAKMAN AVE  North Hollywood, CA 91601 | 32 | Open | 04/29/2024 | 30 |
| 59 | 9 | PSH | Prop HHH | Marcella Gardens (68th & Main St.)<br>6722 S MAIN ST  Los Angeles, CA 90003 | 59 | Open | 04/30/2024 | 54 |
| 60 | 1 | IH | Interim Housing | Mayfair<br>1256 W 7th ST Los Angeles, CA 90017 | 294 | Open | 05/01/2024 | 376 |
| 61 | 8 | PSH | Prop HHH | Isla de Los Angeles<br>283 W IMPERIAL HWY  Los Angeles, CA 90061 | 53 | Open | 05/02/2024 | 53 |
| 62 | 9 | PSH | Non-Prop HHH | La Prensa Libre - 4%<br>210 E WASHINGTON BLVD  Los Angeles, CA 90015 | 25 | Open | 05/17/2024 | 25 |
| 63 | 10 | PSH | Prop HHH | Washington Arts Collective<br>4615 W WASHINGTON BLVD  Los Angeles, CA 90016 | 20 | Open | 05/20/2024 | 20 |
| 64 | 14 | PSH | Prop HHH | Weingart Tower A-134 (fkaWeingart Tower HHH PSH1A)<br>555 S CROCKER ST CA 90013 | 133 | Open | 06/17/2024 | 68 |
| 65 | 14 | PSH | Prop HHH | Weingart Tower A-144 Lower (fkaWeingart TowerII1A)<br>555 S CROCKER ST CA 90013 | 142 | Open | 06/17/2024 | 90 |
| 66 | 10 | PSH | Prop HHH | Solaris Apartments (fka 1141-1145 Crenshaw Blvd)<br>1141 S CRENSHAW BLVD  Los Angeles, CA 90019 | 42 | Open | 06/18/2024 | 42 |
| 67 | 1 | PSH | Prop HHH | Bryson II<br>2721 WILSHIRE BLVD  LOS ANGELES, CA 90057 (4) | 47 | Open | 06/20/2024 | 16 |
| 68 | 14 | PSH | Prop HHH | Whittier HHH (fka Whittier PSH)<br>3554 E WHITTIER BLVD  Los Angeles, CA 90023 | 63 | Open | 06/27/2024 | 35 |
| 69 | 9 | PSH | Prop HHH | Main Street Apartments<br>5501 S MAIN ST  Los Angeles, CA 90037 (5) | 56 | Open | 06/28/2024 | 8 |
| 70 | 13 | IH | Interim Housing | 4969 Sunset Blvd, Los Angeles, CA 90027 | 52 | Open | 07/01/2024 | 82 |
| 71 | 15 | PSH | Prop HHH | The Banning (aka 841 N Banning)<br>841 N BANNING BLVD  Wilmington, CA 90744 (6) | 63 | Open | 07/10/2024 | 50 |
| 72 | 14 | PSH | Prop HHH | Los Lirios Apartments<br>119 S SOTO ST  Los Angeles, CA 90033 | 20 | Open | 07/29/2024 | 12 |
| 73 | 11 | PSH | Prop HHH | The Journey (FKA Lincoln Apartments)<br>2467 S LINCOLN BLVD  Venice, CA 90291 | 39 | Open | 08/01/2024 | 38 |
| 74 | 2 | PSH | Prop HHH | 11604 Vanowen (fka The Mahalia)<br>11604 VANOWEN ST  LOS ANGELES, CA 91605 | 48 | Open | 08/13/2024 | 36 |
| 75 | 13 | PSH | Homekey 3 | 4065 Oakwood | 67 | Open | 08/26/2024 | 15 |
| 76 | 9 | PSH | Prop HHH | Ruth Teague Homes (fka 67th & Main)<br>6706 S MAIN ST  Los Angeles, CA 90003 | 26 | Open | 09/03/2024 | 12 |
| 77 | 15 | PSH | Prop HHH | Avalon 1355<br>1355 N AVALON BLVD CA 90744 | 53 | Open | 09/03/2024 | 28 |
| 78 | 15 | PSH | Prop HHH | Western Landing<br>25820 S WESTERN AVE CA 90710 | 80 | In Process | | |
| 79 | 14 | PSH | Prop HHH | The Brine Residential<br>3016 N NORTH MAIN ST  Los Angeles, CA 90031 | 49 | In Process | | |
| 80 | 4 | PSH | Homekey 3 | 4818 N Sepulveda Blvd | 34 | In Process | | |
| 81 | 11 | PSH | Homekey 3 | 3705 McLaughlin | 24 | In Process | | |
| 82 | 9 | PSH | Non-Prop HHH | Parkview Affordable Housing<br>4020 S COMPTON AVE CA 90011 | 31 | In Process | | |

| 83 | 9 | PSH | Prop HHH | Central Apartments<br>2106 S CENTRAL AVE  Los Angeles, CA 90011 | 56 | In Process | | |
| 84 | 11 | PSH | Prop HHH | Thatcher Yard Housing<br>3233 S THATCHER AVE  Marina Del Rey, CA 90292 (7) | 49 | In Process | | |
| 85 | 13 | PSH | Prop HHH | Santa Monica & Vermont Apartments (Phases 1 & 2)<br>4718 W SANTA MONICA BLVD  Los Angeles, CA 90029 | 94 | In Process | | |
| 86 | 6 | PSH | Non-Prop HHH | Luna Vista Apartments<br>8767 N PARTHENIA PL 1-73 CA 91343 | 36 | In Process | | |
| 87 | 8 | PSH | Non-Prop HHH | Vermont Manchester Family Transit Priority Project<br>8500 S VERMONT AVE CA 90044 (8) | 58 | In Process | | |
| 88 | 9 | PSH | Prop HHH | The Azalea (fka 4507 Main St)<br>4505 S MAIN ST  Los Angeles, CA 90037 | 31 | In Process | | |
| 89 | 11 | PSH | Non-Prop HHH | Red Tail Crossing (FKA Kite Crossing)<br>8333 S AIRPORT BLVD CA 90045 (9) | 40 | In Process | | |
| 90 | 8 | PSH | Prop HHH | Vermont Manchester Senior<br>8400 S VERMONT AVE  Los Angeles, CA 90044 (10) | 60 | In Process | | |
| 91 | 13 | PSH | Homekey 2 | 2812 Temple/ 916 Alvarado | 67 | In Process | | |
| 92 | 13 | PSH | Prop HHH | Voltaire Villas (Enlightenment Plaza Ph III)<br>316 N JUANITA AVE  Los Angeles, CA 90004 | 71 | In Process | | |
| 93 | 13 | PSH | Prop HHH | Rousseau Residences<br>316 N JUANITA AVE  Los Angeles, CA 90004 | 51 | In Process | | |
| 94 | 1 | PSH | Prop HHH | Oak Apartments (fka 2745-2759 Francis Ave)<br>2745 W FRANCIS AVE  Los Angeles, CA 90005 | 63 | In Process | | |
| 95 | 4 | PSH | Homekey 2 | BLVD Hotel 2010 N. Highland | 61 | In Process | | |
| 96 | 8 | PSH | Prop HHH | Southside Seniors<br>1655 W MANCHESTER AVE  Los Angeles, CA 90047 | 36 | In Process | | |
| 97 | 10 | PSH | Prop HHH | McDaniel House (fka South Harvard)<br>1049 1/2 S HARVARD BLVD  Los Angeles, CA 90006 | 46 | In Process | | |
| 98 | 13 | PSH | Prop HHH | Montecito II Senior Housing<br>6668 W FRANKLIN AVE  HOLLYWOOD, CA 90028 | 32 | In Process | | |
| 99 | 13 | PSH | Non-Prop HHH | Alvarado Kent Apartments<br>707 N ALVARADO ST CA 90026 (11) | 60 | In Process | | |
| 100 | 13 | PSH | Prop HHH | Montesquieu Manor<br>316 N JUANITA AVE CA 90004 (12) | 52 | In Process | | |
| 101 | 14 | PSH | Prop HHH | Lorena Plaza<br>3401 E 1ST ST  Los Angeles, CA 90063 | 32 | In Process | | |
| 102 | 3 | PSH | Homekey 2 | 20205 Ventura | 144 | In Process | | |
| 103 | 3 | PSH | Homekey 2 | 21121 Vanowen | 99 | In Process | | |
| 104 | 14 | PSH | Prop HHH | La Guadalupe (fka First and Boyle)<br>100 S BOYLE AVE  Los Angeles, CA 90033 | 43 | In Process | | |
| 105 | 12 | PSH | Homekey 2 | 19325 Londelius | 115 | In Process | | |
| 106 | 5 | IH | Homekey 3 | The Weingart Shelby<br>3340 Shelby Dr, Los Angeles, CA 90034 | 78 | In Process | | |
| 107 | 2 | PSH | Prop HHH | Confianza<br>14142 W VANOWEN ST  VAN NUYS, CA 91405 | 63 | In Process | | |
| 108 | 8 | PSH | Homekey 2 | 1654 W Florence | 126 | In Process | | |
| 109 | 12 | PSH | Prop HHH | 21300 Devonshire<br>21300 W DEVONSHIRE ST CA 91311 | 99 | In Process | | |
| 110 | 6 | PSH | Non-Prop HHH | Vista Terrace<br>8134 N VAN NUYS BLVD CA 91402 | 24 | In Process | | |
| 111 | 1 | PSH | Non-Prop HHH | Miramar Gold<br>1434 W MIRAMAR ST CA 90026 | 47 | In Process | | |
| 112 | 8 | PSH | Prop HHH | Ambrosia Apartments<br>800 W 85TH ST  Los Angeles, CA 90044 | 80 | In Process | | |
| 113 | 14 | PSH | Prop HHH | 803 E. 5th St<br>803 E 5TH ST  Los Angeles, CA 90013 | 94 | In Process | | |
| 114 | 6 | PSH | Non-Prop HHH | Corazon del Valle<br>14545 W LANARK ST CA 91402 | 49 | In Process | | |
| 115 | 5 | IH | Interim Housing | 2377 Midvale Ave | 33 | In Process | | |
| 116 | 15 | PSH | Non-Prop HHH | Jordan Downs Phase S5<br>S Lou Dillon AVE  Los Angeles, CA 90002 | 20 | In Process | | |
| 117 | 6 | PSH | Prop HHH | Oatsie's Place (fka Sherman Way)<br>16015 W SHERMAN WAY  VAN NUYS, CA 91406 | 45 | In Process | | |
| 118 | 15 | PSH | Homekey 2 | 18602 Vermont | 134 | In Process | | |
| 119 | 1 | PSH | Non-Prop HHH | Third Thyme<br>1435 W 3RD ST CA 90017 | 52 | In Process | | |
| 120 | 12 | IH | Homekey 3 | Motel 6 – North Hills<br>15711 W. Roscoe Blvd, North Hills, CA 91343 | 111 | In Process | | |
| 121 | 11 | PSH | Homekey 2 | 6531 S Sepulveda (13) | 118 | In Process | | |
| 122 | 10 | PSH | Non-Prop HHH | The Arlington<br>3322 W WASHINGTON BLVD CA 90018 | 20 | In Process | | |
| 123 | 8 | PSH | Prop HHH | Sunnyside (fka RETHINK Housing 62nd/1408 W. 62nd St)<br>1408 W 62ND ST  Los Angeles, CA 90047 | 26 | In Process | | |
| 124 | 4 | IH | Homekey 3 | Oak Tree Inn<br>17448 Ventura Blvd, Encino CA 91316 (14) | 22 | In Process | | |
| 125 | 3 | PSH | Homekey 3 | 7625 Topanga Canyon<br>Blvd Phase 2 | 24 | In Process | | |
| 126 | 13 | PSH | Prop HHH | Loma Verde (fka RETHINK Housing Westlake)<br>405 N WESTLAKE AVE  Los Angeles, CA 90026 | 18 | In Process | | |

| | | | | Address | Number of PEH Served | Status | | |
|---|---|---|---|---|---|---|---|---|
| 127 | 13 | PSH | Non-Prop HHH | Locke Lofts<br>316 N JUANITA AVE CA 90004 | 145 | In Process | | |
| 128 | 14 | PSH | Non-Prop HHH | First Street North-A (Go For Broke Apt N-4p)<br>200 N JUDGE JOHN AISO ST CA 90012 (15) | 52 | In Process | | |
| 129 | 14 | PSH | Non-Prop HHH | First Street North- B (Go For Broke- S 9p)<br>128 N JUDGE JOHN AISO ST CA 90012 (16) | 17 | In Process | | |
| 130 | 1 | PSH | Non-Prop HHH | Grace Villas<br>216 S AVENUE 24  Los Angeles, CA 90031 | 12 | In Process | | |
| 131 | 14 | PSH | Non-Prop HHH | Crocker (Umeya) Apartments<br>411 S TOWNE AVE CA 90013 | 87 | In Process | | |
| 132 | 10 | PSH | Prop HHH | New Hampshire PSH<br>701 S NEW HAMPSHIRE AVE  Los Angeles, CA 90005 | 93 | In Process | | |
| 133 | 1 | PSH | Prop HHH | Grandview Apartments<br>714 S GRAND VIEW ST  Los Angeles, CA 90057 | 54 | In Process | | |
| 134 | 8 | PSH | Non-Prop HHH | The Carlton<br>5401 S WESTERN AVE  Los Angeles, CA 90062 | 30 | In Process | | |
| 135 | 9 | PSH | Non-Prop HHH | Central Avenue Apartments<br>8909 S CENTRAL AVE  Los Angeles, CA 90002 | 30 | In Process | | |
| 136 | 14 | PSH | Prop HHH | Chavez Gardens (fka Chavez and Fickett)<br>338 N MATHEWS ST  Los Angeles, CA 90033 | 30 | In Process | | |
| 137 | 11 | PSH | Non-Prop HHH | Venice Dell Community (f.k.a Reese Davidson Community)<br>2102 S PACIFIC AVE CA 90291 | 69 | In Process | | |
| 138 | 3 | PSH | Prop HHH | 18722 Sherman Way, L.P.<br>18722 W SHERMAN WAY CA 91335 | 63 | In Process | | |
| 139 | 15 | PSH | Prop HHH | Lagoon (fka PSH 3)<br>728 N LAGOON AVE  Wilmington, CA 90744 (17) | 49 | In Process | | |
| 140 | 15 | PSH | Prop HHH | West Anaheim PSH (fka PSH 5)<br>828 W ANAHEIM ST  Wilmington, CA 90744 | 49 | In Process | | |
| 141 | 6 | PSH | Prop HHH | The Main<br>15302 W RAYEN ST  North Hills, CA 91343 | 33 | In Process | | |
| 142 | 14 | PSH | Prop HHH | Hope on 6th<br>576 W 6TH ST  SAN PEDRO, CA 90731 | 31 | In Process | | |
| 143 | 6 | PSH | Prop HHH | The Rigby<br>15314 W RAYEN ST  North Hills, CA 91343 | 33 | In Process | | |
| 144 | 15 | PSH | Non-Prop HHH | Jordan Downs Area H2B (Bridge)<br>2254 E 97TH ST CA 90002 | 30 | In Process | | |
| 145 | 13 | PSH | Non-Prop HHH | Prisma (fka Orange and DeLongpre Apartments)<br>6914 W DE LONGPRE AVE  HOLLYWOOD, CA 90028 | 96 | In Process | | |
| 146 | 14 | PSH | Non-Prop HHH | Rosa's Place (fka Downtown Womens Center Campus Expansion)<br>501 E 5TH ST  Los Angeles, CA 90013 | 97 | In Process | | |
| 147 | 8 | PSH | Non-Prop HHH | Crenshaw and 50th<br>5002 S CRENSHAW BLVD  Los Angeles, CA 90043 | 15 | In Process | | |
| 148 | 8 | PSH | Prop HHH | 87th & Western (fka SOLA at 87th)<br>8707 S WESTERN AVE  Los Angeles, CA 90047 (18) | 51 | In Process | | |
| 149 | 14 | PSH | Prop HHH | Weingart Tower 1B - HHH PSH<br>554 S SAN PEDRO ST  Los Angeles, CA 90013 (18) | 83 | In Process | | |
| 150 | 15 | IH | Interim Housing (Modular Units) | 600 E. 116th Place | 64 | In Process | | |
| 151 | 1 | IH | Interim Housing (Modular Units) | 503 San Fernando Rd. | 64 | In Process | | |
| 152 | 2 | IH | Interim Housing (THV) | Van Nuys Metrolink<br>7724 Van Nuys Blvd. | 84 | In Process | | |
| 153 | 6 | IH | Interim Housing (THV) | Sun Valley Metrolink Station<br>8358 San Fernando Rd. | 208 | In Process | | |
| 154 | 3 | IH | Safe Parking | 7136 Darby Ave, Reseda, CA 91335 (19) | 25 | Removed | | |
| 155 | 13 | IH | Interim Housing | 406 N. Bonnie Brae St. & 413 Burlington Ave (19) | 91 | Removed | | |

| | |
|---|---|
| **Total PEH Served as of September 30, 2024** | **4,009** |
| **Units/Beds Open to Date** | **4,455** |
| **Units/Beds In Process** | **4,566** |
| **Total Units/Beds Open to Date and In Process** | **9,021** |

**(1)** For Permanent Supportive Housing (PSH) interventions, the number reported in the "Units/Beds" column refers to the the number of Permanent Supportive Housing (PSH) units and does not include non-supportive affordable units or manager's units in the building.

**(2)** The number reported under the "Number of PEH Served" column is as follows, depending on the intervention/project type: 1) Number of PSH units leased as of the quarter end date (for PSH interventions); 2) Total number of intakes (for Interim Housing interventions).

**(3)** Data reflects the number of unique clients enrolled since the site opened. The FY 2023-24 Q4 reporting of 378 reflected total enrollments. The number of unique clients enrolled for the FY 2023-24 Q4 reporting period was 353.

**(4)** The number of PSH units for this intervention has been updated from the prior quarterly reporting from 33 to 47 units.

**(5)** The "Open & Occupiable Date" for this intervention has been updated from the FY 2023-24 Q4 report. The site was reported as "In Process" in the FY 2023-24 Q4 report.

**(6)** The number of PSH units for this intervention has been updated from the prior quarterly reporting from 58 to 63 units.

**(7)** The number of PSH units for this intervention has been updated from the prior quarterly reporting from 39 to 49 units.

**(8)** The number of PSH units for this intervention has been updated from the prior quarterly reporting from 45 to 58 units.

**(9)** The number of PSH units for this intervention has been updated from the prior quarterly reporting from 102 to 40 units.

**(10)** The number of PSH units for this intervention has been updated from the prior quarterly reporting from 45 to 60 units.

**(11)** The number of PSH units for this intervention has been updated from the prior quarterly reporting from 40 to 60 units.

**(12)** The number of PSH units for this intervention has been updated from the prior quarterly reporting from 20 to 52 units.

**(13)** The number of PSH units for this intervention has been updated from the prior quarterly reporting from 131 to 118 units.

**(14)** The number of interim housing units for this intervention has been updated from the prior quarterly reporting from 26 to 22 units.

(15) The number of PSH units for this intervention has been updated from the prior quarterly reporting from 44 to 52 units.

(16) The number of PSH units for this intervention has been updated from the prior quarterly reporting from 16 to 17 units.

(17) The number of PSH units for this intervention has been updated from the prior quarterly reporting from 34 to 49 units.

(18) Based on the current projected timelines, these interventions may not be open by June 13, 2027. The City is monitoring the timelines for these projects.

(19) These interventions were previously reported as "In Process" but have since been canceled.