# EXHIBIT B

| Time Period | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 | CD 8 | CD 9 | CD 10 | CD 11 | CD 12 | CD 13 | CD 14 | CD 15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Alliance Settlement Agreement** <br> **Quarterly Report** <br> **Quarter Ending September 30, 2024** <br> **Encampment Resolution Data** | | | | | | | | | | | | | | | | |
| January 1 - June 30, 2024 (1)(2) | 70 | 98 | 74 | 28 | 60 | 123 | 54 | 35 | 89 | 67 | 172 | 121 | 126 | 525 | 43 | 1,688 |
| July 1 - September 30, 2024 (3) | 146 | 57 | 79 | 19 | 73 | 80 | 46 | 59 | 205 | 60 | 67 | 51 | 160 | 634 | 32 | 1,768 |
| **Total** | **216** | **155** | **153** | **47** | **133** | **203** | **100** | **94** | **294** | **127** | **239** | **172** | **286** | **1,159** | **75** | **3,456** |

**(1)** Data represents tents and vehicles removed from the public right-of-way.

**(2)** Data for Council Districts 2 and 5 have been corrected from the Fiscal Year (FY) 2023-24 Quarter 4 Report.

**(3)** Data represents tents, makeshift shelters, and vehicles removed from the public right-of-way.