**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: LA CV 20-02291-DOC-(KESx)                    Date: October 16, 2024

Title:   LA ALLIANCE FOR HUMAN RIGHTS, et al. v. CITY OF LOS ANGELES, et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFF:** | **ATTORNEYS PRESENT FOR DEFENDANT:** |
|---|---|
| Elizabeth Mitchell, Matthew Umhofer | Arlene Hoang, Jessica Mariani |
| Diane Bang | Mira Hashmall, Lauren Brody |
| Shayla Myers, Intervenor | |

PROCEEDINGS:   **MOTION FOR ORDER FOR SETTLMENT
AGREEMENT COMPLIANCE [767]**
*(Held at Los Angeles First Street)*

Also Present, Special Masters Michele Martinez and Jay Gandhi.

A&M Representatives, LASHA Representatives, and Los Angeles Controller
Kenneth Mejia.

Motion hearing is continued to October 25, 2024.

The Court orders the transcript of the hearing held October 16, 2024 be
immediately produced at the government's expense and billed at the daily rate.

The transcript shall be prepared forthwith and filed on the docket with
immediate release to the public.

The transcript will also be available to download on the Court's Cases of
Interest webpage, located here:
http://www.cacd.uscourts.gov/newsworthy/cases-of-interest.

CC:     CourtRecording_CACD@cacd.uscourts.gov                    2  :  04
        Transcripts_CACD@cacd.uscourts.gov
        Reporter_CACD@cacd.uscourts.gov                    Initials of Deputy Clerk: kdu