**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES – GENERAL</u>**

Case No. 2:20-cv-02291-DOC-KES                     Date: October 21, 2024

Title: LA Alliance for Human Rights et al. v. City of Los Angeles et al.

PRESENT:

<u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

|  |  |
|---|---|
| <u>Karlen Dubon</u> | <u>Not Present</u> |
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER EXTENDING DATE FOR AUDIT**

The Court grants Alvarez and Marsal's request to extend the time for completion of the audit to Wednesday, January 15, 2024, to allow supplemental fieldwork as to the Los Angeles Police Department and Los Angeles County. This need for extension is due to LAHSA's inability to respond to Alvarez and Marsal's outstanding data requests in a timely fashion. Alvarez and Marsal's data requests are attached hereto.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                     Initials of Deputy Clerk: kdu

CIVIL-GEN

**Independent Assessment of the City of Los Angeles's Homelessness Programs**

Outstanding Data Requests from Alvarez & Marsal
October 17, 2024

<u>Notes:</u>
**For the purpose of this data request, relevant Programs include: (1) Freeway Agreement - Roadmap Program, (2) Alliance Settlement Program, and (3) Inside Safe.**
**Please note if the information requested is not available.**

**A&M kindly requests that the parties provide the requested data as soon as possible. Receiving this information promptly is essential to ensure the timely completion of this assessment.**

| Item # | Party | Requested Item | Time Period | Description / Notes | Preferred Format | Date Requested |
|---|---|---|---|---|---|---|
| 42a. | LAHSA | "Compliance Team File Structure" for Family Crisis Center, LA/US Veterans Initiative, National Health Foundation, Safe Parking LA, and Urban Alchemy, Inc. (service providers related to contracts AD-BH-ABH-014, GT-BH-ABH-020, GT-BH-PHKCO-016, GT-SS-SP-016, GT-SS-SS-001) | Various | | Various | 10/01/2024 |
| 42b. | LAHSA | Monitoring and reporting information for these specific contracts were not included in the "Compliance Team File Structure" (although LAHSA provided compliance file structures for the respective vendors): GT-BH-RIH-004/2020IHRM08, GT-BH-RTV-002, GT-BH-RTV-007, GT-BH-PHKCO-011, GT-BH-ABH-016, GT-BH-RIH-024 | Various | *Please confirm that the omission is due to the fact that monitoring report activities have not been conducted for these specific contracts and/or their exclusion was unintentional.* | Various | 10/01/2024 |
| 42c. | LAHSA | Record of all internal monitoring reviews completed by LAHSA's subrecipients [service providers] of the program they operate, including monitoring of their subcontractors for Family Crisis Center, LA/US Veterans Initiative, National Health Foundation, Safe Parking LA, Urban Alchemy, Inc., Volunteers for America, Home At Last, LA Family Housing, and Hope of the Valley. | Various | *Please confirm that this omission is due to the fact that LAHSA has not received records of any internal monitoring reviews from these providers and/or their exclusion was unintentional.* | Various | 10/01/2024 |
| 42d. | LAHSA | Record of all grievances filed by site (including grievance and complaint log(s)), action taken by subrecipient and LAHSA to address grievance, and disposition status | Various | | Various | 10/01/2024 |
| 42e. | LAHSA | Record of all completed Risk Investigations for each site, action taken by subrecipient and LAHSA to address risk, and disposition status. | Various | *For any ongoing, pending investigations that LAHSA is unable to provide details for, please share the number of pending investigations and the estimated time for their completion.* | Various | 10/01/2024 |
| 43 | LAHSA | Written consents from LAHSA for subcontracted services by the respective service provider, as applicable. *Please provide this documentation for contracts identified in the Description / Notes column.* | June 2020 - June 2024 | *Pending confirmation that no written consents were ever provided by LAHSA for subcontracted services: GT-BH-ABH-016, GT-BH-ABH-020, GT-BH-PHKCO-016, GT-BH-PHKCO-011, GT-BH-RIH-015, GT-BH-RIH-004, GT-BH-RIH-024, GT-SS-SP-016, GT-SS-SS-001, GT-BH-RTV-002, GT-BH-RTV-007, GT-BH-RIH-022; GT-ISP-AEPH-009; GT-ISP-AEPH-003; GT-ISP-AEPH-007; GT-BH-ABH-014* | PDF | 10/01/2024 |
| 45 | LAHSA | Roster of all current and past participants enrolled in a City bed under the Programs (Roadmap, Alliance and Inside Safe) from June 1, 2020 through June 30, 2024 *(if it's not possible to easily cutoff the end/exit date because participant is still enrolled, please produce through current date )* with supplemental HMIS data outlined below. <u>Data Fields</u>: HMIS Client Identifier, City Bed Site (Address/Location), Program, Project Type, Enrollment Project Start Date, Enrollment Project End Date, Exit Screen Destination, Client Document Ready (Y/N), [PH] Enrollment Move-In Date, Last Date of Outreach, Last Date of Case Note, [PH] Enrollment Exit Date | June 2020 - June 2024 | *Pending confirmation that [PH] Enrollment Exit Date was not provided and tracked within HMIS.* | XLSX | 10/01/2024 |
| 46 | LAHSA | Crosswalk of subrecipient contracts/agreement numbers to Inside Safe site locations | June 2020 - June 2024 | *Pending information on five (5) Inside Safe site locations* | XLSX | 10/01/2024 |
| 48 | LAHSA | General ledger reports under all funding agreements with the City of Los Angeles | July 2024 - Present Day | *C-137223, C-144656, C-141840, C-140706, C-138630, C-137516, C-139180, C-135258, C-138006, C-138675, C-133135, C-135650, C-145331, C-135536* | XLSX | 10/11/2024 |
| 49 | LAHSA | Cash request/cash receipt reconciliation document | June 2020 - June 2024 | | XLSX | 10/11/2024 |

**Independent Assessment of the City of Los Angeles's Homelessness Programs**

Outstanding Data Requests from Alvarez & Marsal
October 17, 2024

<u>Notes:</u>
**For the purpose of this data request, relevant Programs include: (1) Freeway Agreement - Roadmap Program, (2) Alliance Settlement Program, and (3) Inside Safe.**
**Please note if the information requested is not available.**

**A&M kindly requests that the parties provide the requested data as soon as possible. Receiving this information promptly is essential to ensure the timely completion of this assessment.**

| Item # | Party | Requested Item | Time Period | Description / Notes | Preferred Format | Date Requested |
|--------|-------|----------------|-------------|---------------------|------------------|----------------|
| 50 | LAHSA | LAHSA to follow up on the identification of cash requests containing FY 23-24 expenses for:<br>a. GT-BH-PHKCO-011<br>b. GT-BH-PHKCO-016 | N/A | | No Preference | 10/11/2024 |
| 51 | LAHSA | Updated crosswalk of all LAHSA Grant IDs (Contract Codes) pertaining to services at the City-funded site / location listed on the Roadmap quarterly reports, including "Ended" beds | June 2020 - June 2024 | *Please reference the spreadsheet that A&M provided. Follow-up questions provided in a separate email pertaining to time-limited subsidies on 10/11/24. Still pending response.* | XLSX | 10/17/2024 |