UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**LA ALLIANCE FOR HUMAN RIGHTS' WITNESS LIST FOR OCTOBER 25, 2024 HEARING**<br><br>Before: Hon. David O. Carter<br>Courtroom: TBD<br>Hearing Date: October 25, 2024<br>Hearing Time: 1:00 p.m. |

LA Alliance for Human Rights respectfully submits the following list of witnesses to be called at the October 25, 2024, evidentiary hearing set by the Court. *See* ECF No. 795. Plaintiff provided notice of the below witnesses, except as noted in footnote 3, on October 17, 2024, the day after the court set the hearing and again on today's date via email. Defendant City confirmed Mr. Szabo's attendance, but is objecting to Mayor Karen Bass and Councilmember Blumenfield. Defendant County did not respond to either email.

| Witness | Topic |
|---|---|
| Matt Szabo, City Administrative Officer, LA City | City budget and spending allocations; City homelessness programs |
| LA City Councilmember Bob Blumenfield[1] | Experience on LA City Housing and Homelessness Committee; City budget and spending decisions; recent resolutions on homelessness; City spending on beds and services |
| LA City Mayor Karen Bass[2] | City spending on beds and services; County collaboration; Inside Safe |
| Fesia Davenport | County budget and spending allocations |
| LA County Supervisor Lindsey Horvath[3] | County Board deliberations and decisions, declarations of emergency, County provision of services |
| Paul Webster, executive director of LA Alliance for Human Rights[4] | City, County, State, and Federal funding; spending on beds and services |

[1] The City is objecting to request for testimony from Councilmember Blumenfield and Mayor Bass under the Apex doctrine. LA Alliance contends these individuals are crucial to testify to deliberations and decisions being made at executive levels, and they have unique understanding and knowledge of the issues involved.

[2] The City objects to testimony from Mayor Bass as described *supra*.

[3] On Thursday, October 17, counsel for LA Alliance emailed attorneys for the County asking whom from the Board of Supervisors would attend the evidentiary hearing on October 25, as required by the Court. The County did not responded to that email. Counsel for LA Alliance followed up today at 8:47am, requesting confirmation that Supervisor Horvath or some other board member would be present pursuant to the Court's order. Counsel for the County has not responded.

[4] As needed.

1

*LA ALLIANCE FOR HUMAN RIGHTS' WITNESS LIST FOR OCTOBER 25, 2024 HEARING*

Dated: October 22, 2024          Respectfully submitted,

*/s/ Elizabeth A. Mitchell*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer
Elizabeth A. Mitchell

*Attorneys for Plaintiffs*

4874-6053-3490, v. 1

*LA ALLIANCE FOR HUMAN RIGHTS' WITNESS LIST FOR OCTOBER 25, 2024 HEARING*