**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date:  October 23, 2024

Title: LA Alliance for Human Rights et al. v. City of Los Angeles et al.

---

PRESENT:        THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

|  Karlen Dubon  |  Not Present  |
| :---: | :---: |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| :---: | :---: |
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):   ORDER RE: UPDATED DATA REQUEST TO COUNTY FROM A&M**

The Court has received the following Updated Data Request to the County of Los Angeles from A&M as of October 23, 2024. Given that A&M's formal engagement is with the Court and the City of Los Angeles, the Court will seal the data that the County produces to A&M to maintain the confidentiality of any personal health information contained in the data.

A&M's Data Request to the County:

1. Data Request #1: For the interim and permanent supportive housing beds established by the City and City and County-funded outreach teams under the Programs, please provide the data supporting the referrals received for services funded by the County for each respective department as well as by County-funded providers.

   A. Data fields to include a unique client identifier, date of the referral [date the County received the referral], type of referral, referral destination (specific County department, name of provider), outcome of referral (including client refusals), and the location/site of the bed established by the City. Please provide the data sources and data definitions.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date: October 23, 2024

Page 2

2. Data Request #2: For the interim housing beds established by the City under the Programs, please provide data supporting the mainstream and other supportive services provided to the eligible clients served by the County as well as by County-funded service providers.

   A. Data fields to include a unique client identifier, the date of the initial referral (as applicable), type of referral, referral destination (specific County department), date of the initial visit (as applicable), date the service was provided, type of service rendered, outcome (as applicable), service provider (specific County department, name of provider), and the location/site of the interim housing bed established by the City. Please provide the data sources and data definitions.

3. Data Request #3: Please provide a listing of the clients placed in County Homeless Initiative-funded unlicensed high service need interim housing, including the site locations of the high service need interim housing beds and the origin of the clients (such as location of unsheltered City people experiencing homelessness, the interim housing site).

   A. Data fields include a unique client identifier, date of referral (as applicable), date of placement into the high service need interim housing bed, location of the high service need interim housing bed placement, and origin of the clients. Please provide the criteria and eligibility requirements for placement in high service need interim housing as well as the data sources.

4. Data Request #4: Please provide a listing of the people experiencing homelessness in the City as defined in the City County MOUs signed on May 2, 2024, who received access and placement into mental health/SUD beds, including the site locations of the beds and the origin/location of the client.

   A. Data fields include a unique client identifier, date of referral (as applicable), date of placement into the mental health/SUD bed, location of the mental health/SUD bed, and origin of the City-funded bed. Please provide the criteria and eligibility requirements for placement in a mental health/SUD bed as well as the data sources.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                              Date: October 23, 2024

                                                                                 Page 3

5. Data Request #5: For the permanent housing beds established by the City under the Programs, please provide data supporting the Permanent Supportive Housing (PSH) services provided to the eligible clients served by the County as well as by County-funded service providers. These PSH services include social welfare or benefits administered by or through the County, including (1) Intensive Case Management Services ("ICMS") and integrated health services; (2) Mainstream Services; and (3) services to facilitate a tenant's connection to primary care, specialty mental health services, and substance abuse disorder services.

   A. Data fields to include a unique client identifier, the date of the initial referral (as applicable), date of the initial visit (as applicable), date the service was provided, type of service rendered, outcome (as applicable), service provider (specific County department, name of provider), and the location/site of the permanent housing bed established by the City. Please provide the data sources and data definitions.

6. Data Request #6:  Please provide the definition of "services commenced" in reference to the reports to the Court on the supportive services for City interim housing.

7. Data Request #7: Please provide the definition or parameters that define the threshold that the County uses to provide services onsite at a City-funded interim housing site (e.g., a certain occupancy rate, number of participants).

8. Data Request #8: Please provide a listing of all locations of the County Homeless Initiative-funded unlicensed high service need interim housing and the types of services provided at each respective location.

9. Data Request #9: Please provide a listing of all locations of mental health / SUD beds and the types of services provided at each respective location.

   Please provide each data request in a separate file.

   The Clerk shall serve this minute order on the parties.       Initials of Deputy Clerk: kdu