UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
(WESTERN DIVISION - LOS ANGELES)

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, ET AL., | ) CASE NO: 2:20-CV-02291-DOC-KESx |
| | ) |
| | )                    CIVIL |
| Plaintiffs, | ) |
| | )      Los Angeles, California |
| vs. | ) |
| | )      Friday, October 25, 2024 |
| CITY OF LOS ANGELES, ET AL., | ) |
| | )       (1:11 p.m. to 1:14 p.m.) |
| Defendants. | ) |

HEARING RE MOTION FOR ORDER FOR SETTLEMENT AGREEMENT COMPLIANCE
[DKT.NO.767];

HEARING RE BED PLAN REVIEW


BEFORE THE HONORABLE DAVID O. CARTER,
UNITED STATES DISTRICT JUDGE




APPEARANCES:               SEE PAGE 2


Court Reporter:            Recorded; CourtSmart


Courtroom Deputy:          Karlen Dubon


Transcribed by:            Exceptional Reporting Services, Inc.
                           P.O. Box 8365
                           Corpus Christi, TX 78468
                           361 949-2988



Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

EXCEPTIONAL REPORTING SERVICES, INC

2

APPEARANCES:


For Plaintiffs:              ELIZABETH A. MITCHELL, ESQ. (Webex)
                             MATTHEW UMHOFER, ESQ.
                             Umhofer Mitchell & King
                             767 S. Alameda Street, Suite 270
                             Los Angeles, CA 90021
                             213-394-7979


For Defendants:              JENNIFER M. HASHMALL, ESQ.
                             Miller Barondess, LLP
                             1999 Avenue of the Stars, Suite 1000
                             Los Angeles, CA 90067
                             310-552-4400

                             LAUREN M. BRODY, ESQ.
                             Miller Barondess, LLP
                             1999 Avenue of the Stars, Suite 1000
                             Los Angeles, CA 90067
                             310-552-4400

                             VALERIE FLORES, ESQ.
                             ARLENE N. HOANG, ESQ.
                             JESSICA MARIANI, ESQ.
                             Los Angeles City Attorney's Office
                             200 N. Main Street, Room 675
                             Los Angeles, CA 90012
                             213-978-6952

Intervenor:                  SHAYLA R. MYERS, ESQ.
                             Legal Aid Foundation of LA
                             7000 S. Broadway
                             Los Angeles, CA 90003
                             213-640-3983

Special Masters:             MICHELLE MARTINEZ
                             JUDGE ANDRÉ BIROTTE, JR.

**Los Angeles, California; Friday, October 25, 2024; 1:11 p.m.**

--oOo--

THE COURT:  Okay, great.  We'll go into then.  And the court reporter is present.

And I know Ms. Mitchell and Mr. Umhofer that it may have been conveyed through the process this morning that you weren't needed in court.  Don't be concerned but with everyone's permission I think we have all parties' permission that we can simply get you on the phone for this proceeding.

So would you go ahead and make your appearance please?

MS. MITCHELL:  Sure.  Elizabeth Mitchell and Matthew Umhofer on behalf of Plaintiffs.

THE COURT:  And the City?

MS. FLORES:  Good afternoon, Your Honors.  Valerie Flores, Chief Deputy City Attorney, for the City of Los Angeles.

MS. MARIANI:  Good afternoon.  Deputy City Attorney Jessica Mariani on behalf of the City of Los Angeles.

MS. HOANG:  And good afternoon.  Deputy City Attorney Arlene Hoang on behalf of the City of Los Angeles.

THE COURT:  Pleasure.

And then on behalf of the County?

MS. HASHMALL:  Thank you, Your Honor.  Mira Hashmall for the County of Los Angeles.

**4**

THE COURT: Intervenors -- or I'm sorry, Counsel? My apologies.

MS. BRODY: Lauren Brody also for the County.

THE COURT: And counsel on behalf of the Intervenors?

MS. MYERS: Good afternoon. Shayla Myers on behalf of the Intervenors.

THE COURT: And Judge Birotte and my colleagues join me on the bench because I know he's been involved this morning with all of you so I'll turn this over to the parties for any input.

MS. MITCHELL: Sure. We can go ahead and start. This is Elizabeth Mitchell on behalf of Plaintiffs.

We were informed during the Defeat Resolution Conference that we had earlier today that the City had withdrawn its proposed bed plan and was not seeking to move forward with it and therefore the evidentiary hearing was going to be taken off calendar. That was our understanding.

THE COURT: Let me turn this over to the City for any representation also with Judge Birotte present.

MS. FLORES: Yes, thank you. I'm going to go ahead and read the statement that was agreed to by the City and the County so I get it exactly right. We spent some time --

THE COURT: And you want to submit that to the clerk so we can docket it as well.

MS. FLORES: Oh, sure.

EXCEPTIONAL REPORTING SERVICES, INC

**5**

THE COURT:  Okay.

MS. FLORES:  It's handwritten but we're happy to do that.

THE COURT:  All right.  Thank you.

MS. FLORES:  But first I would like to thank the Court and the County for participating this morning.  We do think we had a very productive session.  And based upon those productive discussions between the City and the County, the City and the County have committed to working together to pursue solutions at the highest levels.  And based upon those discussions:

"The City hereby withdraws the bed plan and will present other possible solutions to ensure the timely compliance with the City's agreement with the LA Alliance."

THE COURT:  Okay.  Let me turn to the County.  Do you have any comments?

MS. HASHMALL:  No, thank you, Your Honor.  As always, the County is committed to addressing this process and engaging with the Court and the City.  And we thought the conversations were helpful and discussions are always productive.  So thank you.

THE COURT:  Oh behalf of the Intervenor?

MS. MYERS:  No, Your Honor, other than to thank Judge Birotte and Special Master Martinez for being there this

morning.

THE COURT:  And they have both my praise and deep appreciation for involvement, Judge Birotte and Special Master Martinez.

Then I don't see a pending issue before the Court at the present time unless the parties disagree.  So the hearing today is moot.  Thank you very much, have a good weekend.

**(Attendees thank the Court)**

**(Proceeding adjourned at 1:14 p.m.)**

7

## CERTIFICATION


I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.


October 26, 2024

Signed                                      Dated


*TONI HUDSON, TRANSCRIBER*

**EXCEPTIONAL REPORTING SERVICES, INC**