**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

### CIVIL MINUTES – GENERAL

Case No: LA CV 20-02291-DOC-(KESx)                     Date: October 25, 2024

Title:  LA ALLIANCE FOR HUMAN RIGHTS, et al. v. CITY OF LOS ANGELES, et al.

PRESENT:  THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Deborah Lewman for Karlen Dubon | Courtsmart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Elizabeth Mitchell | Jennifer M. Hashmall |
|  | Lauren M. Brody |
| Shayla R. Myers, Intervenor | Valerie Flores |

PROCEEDINGS:     **LA ALLIANCE FOR HUMAN RIGHTS' REQUEST FOR CLARIFICATION [803]** *(Held at Los Angeles First Street Courthouse)*

Also Present, Special Masters Michele Martinez and the Honorable Andre' Birotte, Jr.

The Court orders the transcript of the hearing held October 25, 2024 be immediately produced at the government's expense and billed at the daily rate.

The transcript shall be prepared forthwith and filed on the docket with immediate release to the public.

The transcript will also be available to download on the Court's Cases of Interest webpage, located here:
http://www.cacd.uscourts.gov/newsworthy/cases-of-interest.

CC:     CourtRecording_CACD@cacd.uscourts.gov
        Transcripts_CACD@cacd.uscourts.gov
        Reporter_CACD@cacd.uscourts.gov

                                                        :     03

                                                        Initials of Deputy Clerk: djl