**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date: November 4, 2024

Title: LA Alliance for Human Rights et al. v. City of Los Angeles et al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

Rolls Royce Paschal for Karlen Dubon                 Not Present
Courtroom Clerk                                    Court Reporter

ATTORNEYS PRESENT FOR              ATTORNEYS PRESENT FOR
PLAINTIFF:                          DEFENDANT:
None Present                        None Present

PROCEEDINGS (IN CHAMBERS):    **ORDER ORDERING THE CITY OF LOS ANGELES TO SIGN AMENDED LETTER**

The Court Orders that the City of Los Angeles sign the attached Amended Engagement Letter from Alvarez & Marsal by **Wednesday, November 6, 2024,** or submit any objections they may have to doing so.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                              Initials of Deputy Clerk: kdu

CIVIL-GEN



**ALVAREZ & MARSAL**
**PUBLIC SECTOR SERVICES**

Alvarez & Marsal
Public Sector Services, LLC
655 15th Street, NW
Suite 600
Washington, D.C. 20005
Phone: +1 202 729 2100
Fax: +1 202 729 2101

October 25, 2024

Honorable David O. Carter
United States District Court
Central District of California
411 West Fourth Street, Courtroom 10A
Santa Ana, CA 92701

Re:  Amendment Two to Engagement Letter dated May 17, 2024

Dear Judge Carter:

This letter serves as an amendment to the engagement letter between Alvarez & Marsal Public Sector Services, LLC ("A&M") and District Judge David O. Carter (the "Court") dated May 17, 2024 (the "Engagement Letter").

1.     Updated Scope of Services

    (a) Alvarez & Marsal Public Sector Services LLC ("A&M") was retained to conduct an independent assessment of the City of Los Angeles's homelessness programs per the Engagement Letter.  Specifically, the financial and performance assessment set forth in the Engagement Letter was limited to a review of funding from the City of Los Angeles and the three identified programs: 1) Freeway Agreement – Roadmap Program, 2) Inside Safe Program, and 3) Alliance Settlement Program (the "Programs"). This assessment has a lookback period from June 30, 2024 to the initiation of the respective Program. The ongoing assessment is hereby amended to include a review of services funded by the County of Los Angeles, limited to their involvement with the Programs. This amendment does not extend to a financial assessment of the County of Los Angeles in delivering these services.  A&M will not review, use, collect, or retain any personal information obtained through interviews or personal interactions.

    (b) A&M's scope of work will be revised in accordance with the court order dated October 21, 2024 granting a time extension for the assessment per the Engagement Letter to Wednesday, January 15, 2025 due to data delays from the Los Angeles Homeless Services Authority ("LAHSA"); this extension will also include supplemental fieldwork related to the Los Angeles Police Department and the County of Los Angeles which was previously agreed upon with the Court.

    (c) This original time extension was dependent on receiving the data from the County of Los Angeles by Friday, October 18, 2024. However, due to unforeseen delays in receiving the necessary data from the County of Los Angeles, A&M anticipates the time extension for the assessment per the Engagement Letter to Wednesday, January 29, 2025 in hopes the County of Los Angeles can produce the data for the lookback period (June 1, 2020 through June 30, 2024) to A&M by Thursday, October 31, 2024.

Honorable David O. Carter
October 25, 2024
Page 2 of 3

**ALVAREZ & MARSAL**
**PUBLIC SECTOR SERVICES**

2.      Proposed Pricing

(a) To provide for the time extension and the expansion of scope outlined above, A&M estimates an increase in its fixed fee price of $1,060,000 for a total fixed fee of $3,530,000.  A&M will continue to submit monthly invoices to the City of Los Angeles which will be adjusted going forward for the aforementioned fixed fee increase to an amount of $442,500 per month, covering the period from October 2024 through January 2025. Invoices are payable upon receipt. A&M estimates $620,000 of the total fixed fees are attributed to services provided in relation to the County of Los Angeles. A&M understands that the County of Los Angeles is expected to reimburse the City of Los Angeles in a timely manner under a separate payment agreement for the portion of the services related to the County of Los Angeles. A&M's completion of the work within the timeframe provided above and at the pricing proposed herein is subject to and dependent upon several conditions including the timely availability of City and County leaders as well as other experts for interviews, timely responses to data requests, and the accuracy and completeness of the data provided by the City of Los Angeles, LAHSA, and the County of Los Angeles.  Should any of these conditions not be met, the timing of A&M's completion of the work could be adversely impacted which may potentially require a future adjustment to the timetable and associated fees for A&M's work.

Except as expressly amended by this letter, all terms of the Engagement Letter shall remain unchanged and in full force and effect.

Very truly yours,

**Alvarez & Marsal Public Sector Services, LLC**

By:    _____
        Name:  Diane Rafferty
        Title:   Managing Director

Accepted and agreed:

**District Judge David O. Carter**

By:    _____
        Name: Honorable David O. Carter
        Title: District Judge

Accepted and agreed:
(*Court requests either the Mayor of Los Angeles or City Council President sign on the next page*)

Honorable David O. Carter
October 25, 2024
Page 3 of 3



**Mayor Karen Bass**

By:  _____
  Name:  Karen Bass
  Title: Mayor of Los Angeles

**Marqueece Harris-Dawson**

By:  _____
  Name:  Marqueece Harris-Dawson
  Title: City Council President