**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

—

**OFFICIAL BUSINESS**



NEOPOST
10/24/2024
US POSTAGE $001

NIXIE   910   5E   1         7211/01/24

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Return to Sender
Wrong Address

RECEIVED
CLERK, U.S. DISTRICT COURT

NOV _ 4 2024

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY



FILED
CLERK, U.S. DISTRICT COURT

NOV - 4 2024

CENTRAL DISTRICT OF CALIFORNIA
BY
   JJi                          DEPUTY

2:20 - CU - 2291 - DOC

Case: 2:20cv2291   Doc: 802

William R Wise                                    Jr.
Elder Law and Disability Rights Center
1535 East 17th Strreet    Suite 110
Santa Ana, CA 92705

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 10/23/2024 at 7:27 PM PDT and filed on 10/23/2024

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:**    802(No document attached)

**Docket Text:**
**Notice of Electronic Filing re Minutes of In Chambers Order/Directive - no proceeding held[801] e-mailed to bwise@eldrcenter.org bounced due to 5.1.0- Unknown address error. The primary e-mail address associated with the attorney record has been deleted. Pursuant to Local Rules it is the attorneys obligation to maintain all personal contact information including e-mail address in the CM/ECF system. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (rolm) TEXT ONLY ENTRY**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**
Ana Wai-Kwan Lai    alai@counsel.lacounty.gov
Arlene Nancy Hoang    arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org
Bradley Joseph Hamburger    bhamburger@gibsondunn.com, PACER-CA@gibsondunn.com
Brandon D Young    bdyoung@manatt.com, lgarcete@manatt.com
Brooke Alyson Weitzman    bweitzman@eldrcenter.org, gmacias_jacinto@eldrcenter.org, pamador-lopez@eldrcenter.org
Byron J McLain    bmclain@foley.com, byron-mclain-5906@ecf.pacerpro.com
Carol A. Sobel    carolsobellaw@gmail.com, carolsobel@aol.com
Catherine Elizabeth Sweetser    csweetser@sshhzlaw.com, cgallegos@sshhzlaw.com
Christian M. Contreras    al@Contreras-Law.com, cc@contreras-law.com, es@Contreras-Law.com, kt@Contreras-Law.com, lawclerk@Contreras-Law.com, paralegal@Contreras-Law.com
Diane H Bang    dbang@umklaw.com, calendaring@umklaw.com
Elizabeth Anne Mitchell    elizabeth@umklaw.com, calendaring@umklaw.com
Isabelle Maxine Geczy    igeczy@lafla.org, lschmidt@lafla.org
Jason H. Tokoro    jtokoro@millerbarondess.com, aalamango@millerbarondess.com, briding@millerbarondess.com