# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## OFFICE OF THE CLERK
## 255 EAST TEMPLE STREET, ROOM 180
## LOS ANGELES, CALIFORNIA 90012

## OFFICIAL BUSINESS

RTS   ANK S/6

Return to Sender

Wrong Address ∾

RECEIVED
CLERK, U.S. DISTRICT COURT

NOV - 5 2024

CENTRAL DISTRICT OF CALIFORNIA
BY

2:20CV02291 DOC

DEN

FILED
CLERK, U.S. DISTRICT COURT

NOV - 5 2024

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

NIXIE       910      721
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
RETURN TO SENDER

BC: 9001233299        7211/03/24
2347N308164-00555



Case: 2:20cv2291  Doc: 810

William R Wise                                        Jr.
Elder Law and Disability Rights Center
1535 East 17th Strreet    Suite 110
Santa Ana, CA 92705

Marianne Van Riper (simon.perng@coco.ocgov.com), ad hoc (courtrecording_c
acd@cacd.uscomis.gov, reporter_ cacd@cacd.uscourts.gov, transcripts_ cacd@cacd.uscomis.gov)
--No Notice Sent:

Message-Id:<38906831@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA
Alliance for Human Rights et al v. City of Los Angeles et al Evidentiary Hearing Content-Type:
text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 10/28/2024 at 5:14 PM PDT and filed on 10/25/2024

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:**    810

**Docket Text:**
**MINUTES OF LA ALLIANCE FOR HUMAN RIGHTS' REQUEST FOR CLARIFICATION
[803] (Held at Los Angeles First Street Courthouse) Hearing held before Judge David O. Carter:
Also Present, Special Masters Michele Martinez and the Honorable Andre Birotte, Jr. The
Court orders the transcript of the hearing held October 25, 2024 be immediately produced at the
government's expense and billed at the daily rate. The transcript shall be prepared forthwith
and filed on the docket with immediate release to the public. (see document for further details)
Court Reporter: Courtsmart. (bm)**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**
Mark S Ravis    mravis99@gmail.com
Nadia Ann Sarkis    docket@millerbarondess.com, dgreen@millerbarondess.com,
lemge@millerbarondess.com, nsarkis@millerbarondess.com
Arlene Nancy Hoang    arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org
Sean Christopher Rotstan    srotstan@sacfirm.com, lbencomo@sacfirm.com
Matthew Donald Umhofer    calendaring@umklaw.com, matthew@umklaw.com
Jennifer Mira Hashmall    aransom@millerbarondess.com, mhashmall@millerbarondess.com,
docket@millerbarondess.com, eruth@millerbarondess.com
Carol A. Sobel    carolsobel@aol.com, carolsobellaw@gmail.com