HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213-978-7508
Facsimile: 213-978-7011
Email:  Arlene.Hoang@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>Defendants. | Case No. 2:20-cv-02291 DOC (KES)<br><br>Hon. David O. Carter<br>United States District Judge<br><br>**DEFENDANT CITY OF LOS ANGELES' RESPONSE RE: COURT ORDER RE ALVAREZ & MARSAL ENGAGEMENT LETTER [DKT. 815]** |

The City of Los Angeles ("City") hereby submits the following response to the Court's November 4, 2024 *Order Ordering the City Of Los Angeles To Sign Amended Letter* ("Order") [Dkt. 815].  The City requires clarification from Alvarez & Marsal ("A&M") concerning the contents of Amendment Two to Engagement Letter dated May 17, 2024 ("Amendment Two").

As of September 25, 2024, upon approval by the City Council and the Mayor, the City authorized paying A&M up to $2,470,000 to complete the independent assessment of three of the City's homelessness Programs. [1]  In Amendment Two to its initial engagement letter, A&M proposed its assessment be "amended to include a review of services funded by the County of Los Angeles, limited to their involvement with the Programs" which were already subject to the audit.  *See* Dkt. 815 at 2, ¶ 1(a).  A&M notes its "scope of work will be revised in accordance with the court order dated October 21, 2024 granting a time extension for the assessment per the Engagement Letter to Wednesday, January 15, 2025 due to data delays from the Los Angeles Homeless Services Authority ('LAHSA')" and further referenced "unforeseen delays in receiving the necessary date from the County of Los Angeles."  *See* Dkt. 815 at 2, ¶ 1(b).  Amendment Two does not attribute any delays to the City.  *See* Dkt. 815; *see also* Dkt. 799 ("This need for extension is due to LAHSA's inability to respond to Alvarez and Marsal's outstanding data requests in a timely fashion.").  In Amendment Two, A&M "estimates an increase in its fixed fee price of $1,060,000 for a total fixed fee of $3,530,000" and estimates "$620,000 of the total fixed fees are attributed to services provided in relation to the County of Los Angeles."  *See* Dkt. 815 at 3, ¶ 2(a).  It is unclear from Amendment Two what the estimated remaining $440,000 increase is based upon.

---

[1] The Programs are: (1) Freeway Agreement – Roadmap Program; (2) Inside Safe Program; and (3) Alliance Settlement Program (the "Programs").

1

CITY OF LOS ANGELES' RESPONSE TO COURT ORDER RE: A&M ENGAGEMENT LETTER, AMENDMENT TWO

Furthermore, on November 4, 2024, the County filed a *Response to Court Minute Order Re: Production of Confidential Data And Information; Objections to Order Requesting Data* [Dkt. 814], objecting both to permitting A&M's proposed fieldwork relating to County services, and to the cost estimate of $620,000 attributed to services provided in relation to the County.  *See* Dkt. 814 at pp. 3-4.

Although the City welcomes A&M's proposed inclusion of a review of services funded by the County for the three City Programs subject to the audit and hopes it will lead to more comprehensive audit results, the City agrees with the County that the County should enter into a separate engagement letter with A&M, which would allow the County to pay A&M directly for the auditors' services.  *See* Dkt. 814 at p. 5.  In light of the County's objections filed on November 4, 2024, the City requires clarification from A&M as to the scope of work A&M intends to proceed with, and a corresponding fee estimate that details the bases for any proposed increase in budget[2], including to which entity the increase is attributable.

DATED:  November 6, 2024    HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN  KENEALY, Chief Asst City Attorney
ARLENE N. HOANG, Deputy City Attorney
JESSICA MARIANI, Deputy City Attorney

By: */s/Arlene N. Hoang*
Arlene N. Hoang, Deputy City Attorney
Counsel for Defendant City of Los Angeles

---

[2] The City questions whether any increase in fee beyond the $2,470,000 already authorized by the City Council to be spent on this audit is necessary and whether A&M could instead accept the Court's suggestion to enlist *pro bono* support from UCLA's Luskin Institute or USC, which was raised as recently as two weeks before Amendment Two was proposed. *See* 10-03-24 Tr. at 57:8-17 [Dkt. 783] ("I guarantee if we called USC or UCLA or some of these other folks, that there are volunteers out there through different programs and different students who could do some spot checking that wouldn't cost the City or County money at all."); and 10-16-24 Tr. at 62:5-63:24 [Dkt. 791].

2

CITY OF LOS ANGELES' RESPONSE TO COURT ORDER RE: A&M ENGAGEMENT LETTER, AMENDMENT TWO