LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>              Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>              Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**DEFENDANT COUNTY OF LOS ANGELES' AMENDED EXHIBIT A2 TO OCTOBER 30, 2024 QUARTERLY STATUS REPORT**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

703428.1

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the County of Los Angeles ("County") hereby submits an Amended Exhibit A2 to the County's Quarterly Status Report pursuant to the settlement agreement with the Plaintiffs, filed October 30, 2024. (Dkt. 813.)

DATED:  November 6, 2024        MILLER BARONDESS, LLP

By: _____

MIRA HASHMALL
Attorneys for Defendant
COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

703428.1

2

# EXHIBIT A2

# County Supportive Services for City Permanent Housing

**County Provision of Supportive Services for City Permanent Supportive Housing for City's Reporting Period Ending June 30, 2024**
**Quarterly Report (For the Period Ending September 30, 2024)**

| | Permanent Supportive Housing * | | |
|---|---|---|---|
| **Address / Location** | **Permanent Supportive Housing Units** | **Units with Intensive Case Management Services (ICMS)\*\*** | **Total Clients Receiving ICMS During Reporting Period** |
| Washington View Apartments<br>720 W WASHINGTON BLVD Los Angeles, CA 90015 | 91 | 91 | 96 |
| PATH Villas Montclair/Gramercy<br>(Recap-Site 2 of 2)<br>3317 W WASHINGTON BLVD  Los Angeles, CA 90018 | 16 | 16 | 15 |
| Chesterfield<br>4719 S NORMANDIE AVE  Los Angeles, CA 90037 | 42 | 42 | 43 |
| HiFi Collective<br>3200 W TEMPLE ST  Los Angeles, CA 90026 | 58 | 63 | 64 |
| Adams Terrace<br>4314 W ADAMS BLVD  Los Angeles, CA 90018<br>4347 W ADAMS BLVD Los Angeles, CA 90018 | 43 | 44 | 43 |
| Bell Creek Apartments<br>6940 N OWENSMOUTH AVE Canoga Park, CA 91303 | 41 | 41 | 44 |
| LAMP Lodge<br>660 S STANFORD AVE  Los Angeles, CA 90021 | 81 | 81 | 80 |
| Silva Crossing (fka Link at Sylmar)<br>12667 SAN FERNANDO ROAD  Sylmar, CA 91342 | 55 | 55 | 58 |
| Berendo Sage<br>1035 S BERENDO ST  LOS ANGELES, CA 90006 | 21 | 21 | 22 |
| Amani Apartments (fka Pico)<br>4200 W PICO BLVD  Los Angeles, CA 90019 | 53 | 53 | 53 |
| Hope on Broadway<br>5138 S BROADWAY  Los Angeles, CA 90037 | 48 | 48 | 49 |
| 6521 Brynhurst | 40 | 22 | 21 |
| 740 Alvarado | 79 | 40 | 39 |
| 5050 Pico | 78 | 38 | 36 |
| Firmin Court<br>418 N FIRMIN ST  Los Angeles, CA 90026 | 45 | 45 | 46 |
| 10150 Hillhaven | 33 | 17 | 17 |
| Reseda Theater Senior Housing (Canby Woods West)<br>7221 N CANBY AVE  Reseda, CA 91335 | 13 | 13 | 13 |
| 14949 Roscoe | 29 | 15 | 14 |
| Watts Works<br>9500 S COMPTON AVE  Los Angeles, CA 90002 | 24 | 24 | 24 |
| 11010 Santa Monica<br>11010 W SANTA MONICA BLVD  Los Angeles, CA 90025 | 50 | 25 | 25 |
| Ambrose (fka 1615 Montana St.)<br>1611 W MONTANA ST  Los Angeles, CA 90026 | 63 | 63 | 62 |
| Vermont Corridor Apartments (fka 433 Vermont Apts)<br>433 S VERMONT AVE  Los Angeles, CA 90020 | 36 | 36 | 35 |
| Depot at Hyde Park<br>6527 S CRENSHAW BLVD  Los Angeles, CA 90043 | 33 | 33 | 34 |
| Ingraham Villa Apartments<br>1218 INGRAHAM ST  LOS ANGELES, CA 90017 | 90 | 90 | 89 |
| Talisa (fka 9502 Van Nuys Blvd)<br>9502 N VAN NUYS BLVD  Panorama City, CA 91402 | 48 | 48 | 47 |

**EXHIBIT A2**
**Page 4**

| Address / Location | Permanent Supportive Housing Units | Units with Intensive Case Management Services (ICMS)** | Total Clients Receiving ICMS During Reporting Period |
|---|---|---|---|
| Asante Apartments 11001 S BROADWAY  Los Angeles, CA 90061 | 54 | 54 | 57 |
| West Terrace (fka Silver Star II) 6576 S WEST BLVD  LOS ANGELES, CA 90043 | 56 | 56 | 57 |
| PATH Villas Hollywood 5627 W FERNWOOD AVE  HOLLYWOOD, CA 90028 | 59 | 59 | 58 |
| Broadway Apartments 301 W 49TH ST 1-30  LOS ANGELES, CA 90037 | 34 | 34 | 34 |
| Hope on Hyde Park - MP/TOC/PSH 6501 S CRENSHAW BLVD  Los Angeles, CA 90043 | 97 | 40 | 45 |
| 7639 Van Nuys | 34 | 31 | 30 |
| Mariposa Lily 1055 S MARIPOSA AVE  Los Angeles, CA 90006 | 20 | 20 | 20 |
| Sun Commons 6329 N CLYBOURN AVE  North Hollywood, CA 91606 | 51 | 51 | 51 |
| West Third Apartments 1900 W 3RD ST  Los Angeles, CA 90057 | 136 | 136 | 140 |
| 1044 Soto | 84 | 84 | 87 |
| Pointe on La Brea 849 N LA BREA AVE CA 90038 | 49 | 49 | 49 |
| 6th and San Julian 401 E 6TH ST  Los Angeles, CA 90014 | 93 | 93 | 94 |
| Palm Vista Apartments 20116 W SHERMAN WAY, Winnetka, CA 91306 | 44 | 44 | 44 |
| The Wilcox (fka 4906-4926 Santa Monica) 4912 W SANTA MONICA BLVD  Los Angeles, CA 90029 | 61 | 61 | 58 |
| SagePointe (fka Deepwater) 1435 N EUBANK AVE  LOS ANGELES, CA 90744 | 55 | 55 | 55 |
| Sherman Oaks Senior Housing 14536 W BURBANK BLVD  VAN NUYS, CA 91411 | 54 | 54 | 54 |
| Colorado East, 2451 W COLORADO BLVD, Los Angeles, CA 90041 | 40 | 40 | 40 |
| The Quincy (fka 2652 Pico) 2652 W PICO BLVD  Los Angeles, CA 90006 | 53 | 53 | 51 |
| Serenity (fka 923-937 Kenmore Ave) 923 S KENMORE AVE  Los Angeles, CA 90006 | 74 | 74 | 72 |
| Beacon Landing (fka Beacon PSH) 319 N BEACON ST  SAN PEDRO, CA 90731 | 88 | 88 | 89 |
| My Angel (fka The Angel) 8547 N SEPULVEDA BLVD North Hills, CA 91343 | 29 | 29 | 35 |
| Sun King Apartments 9190 N TELFAIR AVE  LOS ANGELES, CA 91352 | 25 | 25 | 25 |
| The Iris (fka Barry Apartments), 2444 S BARRY AVE, CA 90064 | 34 | 34 | 34 |
| The Lake House (fka Westlake Housing) 437 S WESTLAKE AVE  Los Angeles, CA 90057 | 62 | 62 | 42 |
| "La Veranda 2420 E CESAR E CHAVEZ AVE  Los Angeles, CA 90033 | 38 | 38 | 38 |
| 619 Westlake (fka Westlake 619) 619 S WESTLAKE AVE  Los Angeles, CA 90057 | 39 | 39 | 33 |
| Lumina (fka Topanga Apartments) 10243 N TOPANGA CANYON BLVD Chatsworth, CA 91311 | 54 | 54 | 55 |
| La Prensa Libre - 4% 210 E WASHINGTON BLVD Los Angeles, CA 90015 | 25 | 25 | 25 |
| NoHo 5050 5050 N BAKMAN AVE North Hollywood, CA 91601 | 32 | 32 | 33 |

**EXHIBIT A2**
**Page 5**

| Address / Location | Permanent Supportive Housing Units | Units with Intensive Case Management Services (ICMS)** | Total Clients Receiving ICMS During Reporting Period | |
|---|---|---|---|---|
| Marcella Gardens (68th & Main St.) 6722 S MAIN ST Los Angeles, CA 90003 | 59 | 44 | 39 | |
| Isla de Los Angeles 283 W IMPERIAL HWY Los Angeles, CA 90061 | 53 | 43 | 45 | |
| Washington Arts Collective 4615 W WASHINGTON BLVD Los Angeles, CA 90016 | 20 | 28 | 27 | |
| Weingart Tower A-134 (fka Weingart Tower HHH PSH1A) 555 S CROCKER ST CA 90013 | 133 | 94 | 33 | |
| Weingart Tower A-144 Lower (fkaWeingart TowerIIA) 555 S CROCKER ST CA 90013 | 142 | 142 | 131 | |
| Solaris Apartments (fka 1141-1145 Crenshaw Blvd) 1141 S CRENSHAW BLVD Los Angeles, CA 90019 | 42 | 42 | 44 | |
| Bryson II 2721 WILSHIRE BLVD LOS ANGELES, CA 90057 | 33 | 33 | 27 | |
| Whittier HHH (fka Whittier PSH) 3554 E WHITTIER BLVD Los Angeles, CA 90023 | 63 | 63 | 39 | |
| | | | | |
| *This report does not include PSH Veteran units reported by the City as these units are supported by HUD/Veterans Affairs supportive | | | | |
| ** Intensive Case Management Services (ICMS) includes outreach and engagement; intake and assessment; housing navigation; housing case management; housing stabilization; connections to emergency financial assistance to avoid evictions; linkages to health, mental health, and substance use disorder services; benefits establishment; vocational assistance; etc. | | | | |
| | | | | |

**EXHIBIT A2**
**Page 6**

**County Provision of Mainstream Services for City Permanent Supportive Housing for**
**City's Reporting Period Ending June 30, 2024**
**Quarterly Report (For the Period Ending September 30, 2024)**

| Clients Accessing County Departments' Services | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Department of Public Social Services | | | | | | | | | | | Department of Mental Health | Department of Public Health - Substance Abuse Prevention and Control | Department of Health Services - Countywide Benefits Entitlement Services Team (CBEST) | Department of Health Services - Medical |
| CalFresh | Medi-Cal | General Assistance/ Relief | GROW | Welfare to Work | CalWORKs | Homeless - Temp | CAPI | Homeless - Perm | Nutrition Benefit | Child Care | | | | |
| 2,560 | 1,909 | 1,148 | 460 | 127 | 152 | 35 | 22 | 6 | 3 | 108 | 603 | 127 | 156 | 408 |

| Department | Count | Services |
|---|---|---|
| DPSS | Client Received Service | Assistance to General Relief, CalFresh, and Medi-Cal; Verification of benefits and case review; Electronic Benefit Transfer card issuance; Assistance for temporary shelter payments, childcare, Welfare to Work, and General Relief Opportunities for Work. |
| DMH | Client Received Service | Engagement and receipt of clinical mental health services. |
| DPH-SAPC | Client Received Service | Engagement and receipt of Substance Use Disorder services. |
| DHS | For Services: 1) CBEST- New enrollments 2) Medical - Client Received Service | 1) CBEST includes Assistance with securing Supplemental Security Income, Social Security Disability Insurance, Cash Assistance Program for Immigrants, retirement, and veteran's benefits. 2) Engagement and receipt of clinical health services. |

**EXHIBIT A2**
**Page 7**