**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



NEOPOST
10/28/2024
US POSTAGE $001.



NIXIE    910    7E    1        7211/02/24

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED

Return to Sender
Wrong Address



FILED
CLERK, U.S. DISTRICT COURT

NOV - 6 2024

CENTRAL DISTRICT OF CALIFORNIA
BY            jji            DEPUTY

2:20 - cv - 2291 - DOC



RECEIVED
CLERK, U.S. DISTRICT COURT

NOV - 6 2024

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Case: 2:20cv2291  Doc: 807

William R Wise                                        Jr.
Elder Law and Disability Rights Center
1535 East 17th Strreet    Suite 110
Santa Ana, CA 92705

Marianne Van Riper (simon.perng@coco.ocgov.com)

--No Notice Sent:

Message-Id:<38892229@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Deficiency in Filed Documents (G-112A) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 10/25/2024 at 9:55 AM PDT and filed on 10/25/2024

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

| | |
|---|---|
| **Document Number:** | 807 |

**Docket Text:**

**NOTICE TO FILER OF DEFICIENCIES in Electronic Filed Document RE: Miscellaneous Document[803]. The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Request (for order). Proposed document was not submitted or was not submitted as a separate attachment. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (twdb)**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**

Mark S Ravis    mravis99@gmail.com

Nadia Ann Sarkis    docket@millerbarondess.com, dgreen@millerbarondess.com, lemge@millerbarondess.com, nsarkis@millerbarondess.com

Arlene Nancy Hoang    arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org

Sean Christopher Rotstan    srotstan@sacfirm.com, lbencomo@sacfirm.com

Matthew Donald Umhofer    calendaring@umklaw.com, matthew@umklaw.com

Jennifer Mira Hashmall    aransom@millerbarondess.com, mhashmall@millerbarondess.com, docket@millerbarondess.com, eruth@millerbarondess.com

Carol A. Sobel    carolsobel@aol.com, carolsobellaw@gmail.com

Jessica Mariani    jessica.mariani@lacity.org, ava.smith@lacity.org