**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

### CIVIL MINUTES – GENERAL

Case No. 2:20-cv-02291-DOC-KES                    Date:  November 8, 2024

Title: LA Alliance for Human Rights et al. v. City of Los Angeles et al.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

|                       |                      |
|:---------------------:|:--------------------:|
| Karlen Dubon          | Not Present          |
| Courtroom Clerk       | Court Reporter       |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present          | None Present         |

**PROCEEDINGS (IN CHAMBERS):   ORDER SETTING NOVEMBER 21 HEARING ON A&M AUDIT**

Given the City and County's responses and objections to the amended scope and requirements of the A&M audit (Dkt. 814 and 818), the Court hereby ORDERS the City, County of Los Angeles, and LAHSA to appear on November 21, 2024, at 8:30 a.m. in Los Angeles to justify their delays and non-payment.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                    Initials of Deputy Clerk: kdu

CIVIL-GEN