UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*, | Case No. 2:20-CV-02291-DOC-KES |
| Plaintiffs, | Assigned to Judge David O. Carter |
| v. | |
| CITY OF LOS ANGELES, *et al.*, | **NOTICE RE AUDIT** |
| Defendants. | Before:  Hon. David O. Carter<br>Courtroom: 10A |

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE LA Alliance for Human Rights hereby files the Los Angeles County audit of Los Angeles Homeless Services Authorities' – Finance, Contracts, Risk Management, and Grants Management Review, dated November 19, 2024. This review by LA County is directly related to the issues identified by Alvarez & Marsal in its ongoing audit of LA City and LAHSA programs.  LA Alliance agrees with Supervisor Horvath: "The audit findings make clear the structure we have for service delivery is not working. We need greater accountability and bold action . . . The public is frustrated and there is no time to waste in delivering meaningful results." David Wagner, *Following scathing audit, LA County supervisor proposes moving homeless services under direct county control*, LAist.com (updated Nov. 20, 2024, 9:57 AM),  https://laist.com/news/housing-homelessness/los-angeles-homeless-services-authority-lahsa-audit-2024-november-county.

Dated: November 20, 2024                    Respectfully submitted,

*/s/ Elizabeth A. Mitchell*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer
Elizabeth A. Mitchell

*Attorneys for Plaintiffs*

*NOTICE OF FILING PRESENTATION*