**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**\*\*AMENDED 11/22/224\*\***

**CIVIL MINUTES – GENERAL**

Case No: LA CV 20-02291-DOC-(KESx)                Date: November 21, 2024

Title:   LA ALLIANCE FOR HUMAN RIGHTS, et al. v. CITY OF LOS ANGELES, et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFF:** | **ATTORNEYS PRESENT FOR DEFENDANT:** |
|---|---|
| Elizabeth Mitchell, Diane Bang | Valerie Flores, Jessica Mariani |
| Shayla Myers, Intervenor | Mira Hashmall, Lauren Brody |

**PROCEEDINGS:**   **MOTION FOR ORDER FOR SETTLMENT AGREEMENT COMPLIANCE [767]**

**STATUS CONFERENCE RE A&M AUDIT**
*(Held at Los Angeles First Street)*

Also Present, Special Masters Michele Martinez, A&M Representatives, and LAHSA Representatives.

The Court received Exhibit #1: Providers Report (attached herein).

The Court ORDERS LAHSA to submit report re Providers List on or before November 26, 2024 at 5:00 PM.

The Court orders the transcript of the hearing held November 21, 2024 be immediately produced at the government's expense and billed at the daily rate. The transcript shall be prepared forthwith and filed on the docket with immediate release to the public.

The transcript will also be available to download on the Court's Cases of Interest webpage, located here: https://www.cacd.uscourts.gov/newsworthy/cases-of-interest

CC:    CourtRecording_CACD@cacd.uscourts.gov
       Transcripts_CACD@cacd.uscourts.gov
       Reporter_CACD@cacd.uscourts.gov

3 : 19

Initials of Deputy Clerk: kdu

**County of Los Angeles Department of Auditor-Controller**
**Los Angeles Homeless Services Authority - Finance, Contracts, Risk Management, and Grants Management Review**
**Measure H Working Capital Advances**

| No. | Subcontractor | Total Advances Issued as of 7/8/2024 | | Advances Recouped as of 7/8/2024 | | Advance Balance as of 7/8/2024 | |
|---|---|---|---|---|---|---|---|
| 1 | 1736 Family Crisis Center | $ | 914,593 | $ | 60,266 | $ | 854,327 |
| 2 | 211 LA County | $ | 73,938 | $ | 73,938 | $ | - |
| 3 | Coalition for Responsible Community Development | $ | 268,421 | $ | - | $ | 268,421 |
| 4 | Community Partners fbo Safe Place For Youth | $ | 64,274 | $ | 3,570 | $ | 60,704 |
| 5 | Covenant House California | $ | 491,468 | $ | 13,652 | $ | 477,816 |
| 6 | First to Serve | $ | 755,528 | $ | - | $ | 755,528 |
| 7 | Harbor Interfaith Services, Inc. | $ | 2,229,945 | $ | 10,603 | $ | 2,219,342 |
| 8 | Hathaway-Sycamores Child and Family Services | $ | 1,128,937 | $ | - | $ | 1,128,937 |
| 9 | Home at Last Community Development Corporation | $ | 797,681 | $ | - | $ | 797,681 |
| 10 | Homeless Health Care LA | $ | 299,682 | $ | 5,344 | $ | 294,338 |
| 11 | Hope of the Valley Rescue Mission | $ | 68,250 | $ | - | $ | 68,250 |
| 12 | Jovenes, Inc. | $ | 449,117 | $ | 92,425 | $ | 356,692 |
| 13 | L.A. Family Housing Corporation | $ | 6,373,401 | $ | 629,807 | $ | 5,743,594 |
| 14 | Lamp Community, Inc. | $ | 2,464,714 | $ | 26,623 | $ | 2,438,091 |
| 15 | National Health Foundation | $ | 52,317 | $ | 52,317 | $ | - |
| 16 | New Directions, Inc. | $ | 34,347 | $ | - | $ | 34,347 |
| 17 | Ocean Park Community Center dba The People Concern | $ | 453,868 | $ | - | $ | 453,868 |
| 18 | People Assisting the Homeless (PATH) | $ | 8,274,239 | $ | 40,581 | $ | 8,233,658 |
| 19 | Rainbow Services | $ | 118,317 | $ | - | $ | 118,317 |
| 20 | Sanctuary of Hope | $ | 344,884 | $ | 96,280 | $ | 248,604 |
| 21 | Special Services For Groups, Inc. | $ | 6,674,335 | $ | 814,377 | $ | 5,859,958 |
| 22 | St. Anne's Maternity Home | $ | 326,067 | $ | 50,289 | $ | 275,778 |
| 23 | St. Joseph's Center | $ | 2,930,300 | $ | 120,005 | $ | 2,810,295 |
| 24 | Testimonial Community Love Center | $ | 388,684 | $ | - | $ | 388,684 |
| 25 | The Midnight Mission | $ | 448,950 | $ | - | $ | 448,950 |
| 26 | The People Concern | $ | 893,505 | $ | 22,766 | $ | 870,739 |
| 27 | The Village Family Services | $ | 869,561 | $ | 70,915 | $ | 798,646 |
| 28 | The Whole Child | $ | 914,426 | $ | - | $ | 914,426 |
| 29 | Union Station Homeless Services | $ | 2,035,055 | $ | 45,203 | $ | 1,989,852 |
| 30 | United Friends of the Children | $ | 783,533 | $ | 43,530 | $ | 740,003 |
| 31 | United States Veterans Initiative, Inc. | $ | 229,119 | $ | - | $ | 229,119 |
| 32 | Upward Bound House | $ | 262,105 | $ | 56,197 | $ | 205,908 |
| 33 | Valley Oasis (formerly Antelope Valley Domestic Violence Council) | $ | 2,684,614 | $ | 24,669 | $ | 2,659,945 |
| 34 | Volunteers of America of Los Angeles | $ | 5,050,169 | $ | 135,725 | $ | 4,914,444 |
| 35 | Weingart Center Association | $ | 436,051 | $ | - | $ | 436,051 |
| 36 | Whitter Area First Day Coalition | $ | 206,833 | $ | - | $ | 206,833 |
| | **Total** | **$** | **50,791,228** | **$** | **2,489,083** | **$** | **48,302,145** |