**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**

NEOPOST
11/12/2024
US POSTAGE $001.
FIRST-CL

CV

NIXIE   910   7E   1   7211/17/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Return to Sender

Wrong    Address


RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 2 2 2024
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY


FILED
CLERK, U.S. DISTRICT COURT
NOV 2 2 2024
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

2:20-cv-2291-DOC

Case: 2:20cv2291  Doc: 821

William R Wise                                          Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

Case 2:20-cv-02291-DOC-KES   Document 832   Filed 11/22/24   Page 2 of 3   Page ID #:23128

Marianne Van Riper (simon.perng@coco.ocgov.com)
--No Notice Sent:
Message-Id:<38980961@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 11/8/2024 at 3:08 PM PST and filed on 11/8/2024

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:** 821

**Docket Text:**
**(IN CHAMBERS): ORDER SETTING NOVEMBER 21 HEARING ON A&M AUDIT by Judge David O. Carter: Given the City and County's responses and objections to the amended scope and requirements of the A&M audit (Dkt. 814 and 818), the Court hereby ORDERS the City, County of Los Angeles, and LAHSA to appear on November 21, 2024, at 8:30 a.m. in Los Angeles to justify their delays and non-payment. (es)**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**
Mark S Ravis     mravis99@gmail.com
Nadia Ann Sarkis     docket@millerbarondess.com, dgreen@millerbarondess.com, lemge@millerbarondess.com, nsarkis@millerbarondess.com
Arlene Nancy Hoang     arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org
Sean Christopher Rotstan     srotstan@sacfirm.com, lbencomo@sacfirm.com
Matthew Donald Umhofer     calendaring@umklaw.com, matthew@umklaw.com
Jennifer Mira Hashmall     aransom@millerbarondess.com, mhashmall@millerbarondess.com, docket@millerbarondess.com, eruth@millerbarondess.com
Carol A. Sobel     carolsobel@aol.com, carolsobellaw@gmail.com
Jessica Mariani     jessica.mariani@lacity.org, ava.smith@lacity.org
Jason H. Tokoro     aalamango@millerbarondess.com, jtokoro@millerbarondess.com, briding@millerbarondess.com