

707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

November 26, 2024

Honorable David O. Carter
U.S. Courthouse
350 West 1st Street
Los Angeles, California 90012

**Subject: Update on Recoupment of Measure H Working Capital Advances**

Dear Judge Carter:

This letter provides an update on the recoupment of Measure H working capital advances, further to the analysis previously submitted to the court. Included with this letter is a spreadsheet detailing the current status of each organization's advance balance and recent payments.

As noted in the analysis provided to the Court on November 21, most recoupment happened in the first years of Measure H. Under new leadership, LAHSA began sending letters to service providers to restart the recoupment process. Of the 36 organizations that received Measure H advances, 35 had outstanding balances as of the end of 2023. In December 2023, LAHSA began sending these 35 service providers a letter outlining a plan to begin recoupment of these funds. LAHSA sent 28 letters in December, six letters in January 2024, and one letter in February 2024. Most providers returned their signed Recoupment Letter to LAHSA within a month, acknowledging receipt of the plan.

**Key Findings from the Analysis:**
- **Providers:** 36 providers received Measure H working capital advances.
- **Advance Amounts:** The total amount of advances provided is documented in the analysis.
- **Recoupment Status:** At the time of the audit, $2.5 million had been recouped. The analysis includes the date of these recoupments.
- **Outstanding Balances:** The analysis details the outstanding advance balance for each provider at the time of the audit.
- **Recoupment Letters:** Documentation includes the dates recoupment letters were sent to service providers and the dates signed letters were returned. Copies of these letters are provided.
- **Additional Recoupments:** An update as of November 21, 2024, details additional recoupments received.

- **Sample of Providers:** The analysis highlights 12 providers, with a combined outstanding balance of $34.6 million.

**Progress on Recoupment**

Since the County audit, LAHSA has recouped an additional $3.8 million, bringing the total recouped in the past year to $6.3 million. This reduces the outstanding balance to $44.5 million.

**LAHSA's Plan for Future Recoupment**

LAHSA is committed to the recoupment of the remaining $44.5 million as outlined in the provider recoupment notices. This will be achieved through:

- **Reduced Payables:** Offsetting future payments to service providers against their outstanding balances.
- **Direct Payments:** Providers making direct payments to LAHSA.

**Internal Controls**

To improve financial management and oversight, LAHSA is implementing the following internal controls:

- **Dedicated Account**: LAHSA is working with Los Angeles County to establish a separate, interest-bearing account for cash advances.
- **Regular Reconciliation:** Measure H advances and other funding source advances will be reconciled on a quarterly basis.

Sincerely,

Dr. Va Lecia Adams Kellum
Chief Executive Officer

**County of Los Angeles Department of Auditor-Controller**
**Los Angeles Homeless Services Authority - Finance, Contracts, Risk Management, and Grants Management Review**
**Measure H Working Capital Advances**

| No. | Subcontractor | Total Advances Issued as of 7/8/2024 | Advances Recouped as of 7/8/2024 | Advance Balance as of 7/8/2024 | Recouped date of advances in Column D | Recoupment Letter Issued Date | Recoupment Letter Returned by Provider | Date of additional Recoupment through FY23-24 | Additional Recoupment amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1736 Family Crisis Center | $ 914,593 | $ 60,266 | $ 854,327 | 7/16/2024 | 12/18/2023 | 1/5/2024 | 6/4/2024 | $ 97,637 |
| 2 | 211 LA County | $ 73,938 | $ 73,938 | $ - | 11/3/2021 | N/A | N/A | | $ - |
| 3 | Coalition for Responsible Community Development | $ 268,421 | $ - | $ 268,421 | | 12/15/2023 | 12/22/2024 | 6/12/2024 | $ 7,500 |
| 4 | Community Partners fbo Safe Place For Youth | $ 64,274 | $ 3,570 | $ 60,704 | 5/1/2024 | 12/15/2023 | 1/11/2024 | 8/21/2024 | $ 5,355 |
| 5 | Covenant House California | $ 491,468 | $ 13,652 | $ 477,816 | 7/3/2024 | 12/15/2023 | | 8/21/2024 | $ 54,608 |
| 6 | First to Serve | $ 755,528 | $ - | $ 755,528 | | 12/18/2023 | 1/9/2024 | 7/16/2024 | $ 41,974 |
| 7 | Harbor Interfaith Services, Inc. | $ 2,229,945 | $ 10,603 | $ 2,219,342 | 6/30/2019 | 12/18/2023 | 1/29/2024 | 8/7/2024 | $ 308,346 |
| 8 | Hathaway-Sycamores Child and Family Services | $ 1,128,937 | $ - | $ 1,128,937 | | 12/15/2023 | 12/19/2024 | 6/21/2024 | $ 125,437 |
| 9 | Home at Last Community Development Corporation | $ 797,681 | $ - | $ 797,681 | | 12/18/2023 | 5/1/2024 | | $ - |
| 10 | Homeless Health Care LA | $ 299,682 | $ 5,344 | $ 294,338 | 7/20/2024 | 1/11/2024 | 1/22/2024 | | $ - |
| 11 | Hope of the Valley Rescue Mission | $ 68,250 | $ - | $ 68,250 | | 12/15/2023 | | 8/13/2024 | $ 11,375 |
| 12 | Jovenes, Inc. | $ 449,117 | $ 92,425 | $ 356,692 | 6/4/2024 | 12/18/2023 | 12/19/2024 | 6/21/2024 | $ 21,618 |
| 13 | L.A. Family Housing Corporation | $ 6,373,401 | $ 629,807 | $ 5,743,594 | 12/16/2023 | 1/12/2024 | 1/16/2024 | 8/7/2024 | $ 1,240,954 |
| 14 | Lamp Community, Inc.-Now The People Concern | $ 2,464,714 | $ 26,623 | $ 2,438,091 | 4/6/2021 | 12/18/2023 | 12/19/2023 | | $ - |
| 15 | National Health Foundation | $ 52,317 | $ 52,317 | $ - | 6/5/2024 | 12/18/2023 | 12/18/2023 | | $ - |
| 16 | New Directions, Inc. | $ 34,347 | $ - | $ 34,347 | | 12/18/2023 | | | $ - |
| 17 | Ocean Park Community Center dba The People Concern | $ 453,868 | $ - | $ 453,868 | | 12/18/2023 | 12/19/2023 | | $ - |
| 18 | People Assisting the Homeless | $ 8,274,239 | $ 40,581 | $ 8,233,658 | 8/26/2022 | 12/20/2023 | 7/2/2024 | | $ - |
| 19 | Rainbow Services | $ 118,317 | $ - | $ 118,317 | | 12/15/2023 | 1/24/2024 | | $ - |
| 20 | Sanctuary of Hope | $ 344,884 | $ 96,280 | $ 248,604 | 3/20/2024 | 12/18/2023 | 1/19/2024 | 8/21/2024 | $ 28,412 |
| 21 | Special Services For Groups, Inc. | $ 6,674,335 | $ 814,377 | $ 5,859,958 | 4/23/2024 | 12/15/2023 | 1/10/2024 | 8/21/2024 | $ 306,982 |
| 22 | St. Anne's Maternity Home | $ 326,067 | $ 50,289 | $ 275,778 | 2/13/2024 | 12/18/2023 | 1/28/2024 | 8/13/2024 | $ 32,444 |
| 23 | St. Joseph's Center | $ 2,930,300 | $ 120,005 | $ 2,810,295 | 5/15/2020 | 2/28/2024 | | 8/7/2024 | $ 156,128 |
| 24 | Testimonial Community Love Center | $ 388,684 | $ - | $ 388,684 | | 1/11/2024 | 1/31/2024 | | $ - |
| 25 | The Midnight Mission | $ 448,950 | $ - | $ 448,950 | | 12/19/2023 | | | $ - |
| 26 | The People Concern | $ 893,505 | $ 22,766 | $ 870,739 | 6/30/2023 | 12/18/2023 | 12/19/2023 | | $ - |
| 27 | The Village Family Services | $ 869,561 | $ 70,915 | $ 798,646 | 6/7/2024 | 12/15/2023 | 12/21/2023 | 8/21/2024 | $ 88,738 |
| 28 | The Whole Child | $ 914,426 | $ - | $ 914,426 | | 1/22/2024 | 1/23/2024 | | $ - |
| 29 | Union Station Homeless Services | $ 2,035,055 | $ 45,203 | $ 1,989,852 | 2/12/2024 | 12/15/2023 | 12/22/2023 | | $ - |
| 30 | United Friends of the Children | $ 783,533 | $ 43,530 | $ 740,003 | 3/1/2024 | 12/18/2023 | 1/10/2024 | 8/13/2024 | $ 87,060 |
| 31 | United States Veterans Initiative, Inc. | $ 229,119 | $ - | $ 229,119 | | 12/15/2023 | | | $ - |
| 32 | Upward Bound House | $ 262,105 | $ 56,197 | $ 205,908 | 7/20/2002 | 1/22/2024 | | | $ - |
| 33 | Valley Oasis (formerly Antelope Valley Domestic Violence Council) | $ 2,684,614 | $ 24,669 | $ 2,659,945 | 10/24/2023; 1/16/2024 | 12/15/2023 | 12/21/2023 | 8/30/2024 | $ 450,012 |
| 34 | Volunteers of America of Los Angeles | $ 5,050,169 | $ 135,725 | $ 4,914,444 | 5/1/2024 | 12/18/2023 | 12/21/2023 | 8/13/2024 | $ 678,625 |
| 35 | Weingart Center Association | $ 436,051 | $ - | $ 436,051 | | 1/22/2024 | | | $ - |
| 36 | Whitter Area First Day Coalition | $ 206,833 | $ - | $ 206,833 | | 12/18/2023 | 12/29/2023 | 8/21/2024 | $ 23,000 |
| | **Total** | **$ 50,791,228** | **$ 2,489,083** | **$ 48,302,145** | | | | | **$ 3,766,206** |

The 12 of the 36 Service providers sampled are highlighted above        $ 34,583,554

**LOS ANGELES HOMELESS SERVICES AUTHORITY**
**LAHSA**

707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

November 21, 2023

**The Midnight Mission**
601 San Pedro St, Los Angeles, CA 90014

**Re: NOTICE OF MEASURE H WOKING CAPITAL ADVANCES OWED – PAYMENT PLANNING**

Dear Deborah,

This letter serves as a formal communication regarding **Measure H Working Capital** (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a summary of the advances issued to your agency that must be repaid to LAHSA.

| | | | | |
|---|---|---|---|---|
| **MEASURE H WORKING CAPITAL BALANCE SUMMARY** | | | | |
| **Grant ID - Contract #** | **Fiscal Period** | **Outstanding Advance Amount** | **Measure H Strategy** | **LAHSA General Ledger Code** |
| 2017CBH90 | 07/01/2020 – 06/30/2021 | $ 448,950 | County MH E8 Emerg Shelter Sys | 00738 |

We understand that repayment of advances could create financial hardship for our Service Providers, therefore, LAHSA is implementing a reasonable and flexible repayment arrangement for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for smaller and more manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The goal is to start repayment by January 2024.

All agreed upon monthly installment amounts must be paid via agency check. Any lapse in payment could jeopardize your payment plan. Your agency is responsible for making the agreed upon monthly payments directly to LAHSA. Your assigned LAHSA Grant Specialist will contact you to discuss payment arrangements. If you have any questions or comments, please reach out to your Grants Specialist.

All payments must be submitted via check to:
**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

In Partnership,

Amy Williams, Director
Grants Management and Compliance

707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

December 18, 2023

1736 Family Crisis Center
2116 Arlington Av. Suite 200
Los Angeles, CA 90018

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Dear Claudia Rivas,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | | |
|---|---|---|---|---|
| **Grant ID - Contract #** | **Fiscal Period** | **Outstanding Advance Amount** | **Measure H Strategy** | **LAHSA General Ledger Code** |
| 2017BHW01 | FY 2018-2019 | $146,000 | County MH E8 | 1103 |
| 2017CESF15 | FY 2018-2019 | $382,174 | County MH E8, E7, B3 | 1103 |
| 2017CESSAY01 | FY 2017-2018 | $50,562 | County MH E8 | 1103 |
| 2017CNGF165 | FY 2018-2019 | $300,000 | County MH B3 | 1103 |
| Total | | $878,736 | | |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month.  Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |
| 36 months | ✓ |
| 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☐ ACH

☐ Lump sum check

☑ Mail in monthly check

☐ Reimbursement request deduction from payment and issue a credit memo

_____
Service Provider: Financial Officer Signature

1/5/2024
Date

In Partnership,

Amy Williams, Director
Grants Management and Compliance





707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

12/15/2023

Antelope Valley Domestic Violence Council
P.O. Box 2980
Lancaster, Ca 93539

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Dear Toni Severino,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | | |
|---|---|---|---|---|
| **Grant ID - Contract #** | **Fiscal Period** | **Outstanding Advance Amount** | **Measure H Strategy** | **LAHSA General Ledger Code** |
| 2017CESF01 | FY20-21 | $1,019,887 | County MH A1, B3, E7 E8 | 1103 |
| 2017CESSAY27 | FY20-21 | $1,396,527 | County MH A1, A5, B3, B7, E6, E7 | 1103 |
| 2017CESSAY28 | FY20-21 | $242,019 | County MH B3 | 1103 |
| 2017County HPI_MOU CES | FY2017-2018 | $2,407 | County HPI_MOU CES | 1103 |
| Total | | $2,660,840 | | |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month. Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |
| 36 months | ✓ |
| 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☐  ACH

☐  Lump sum check

☑  Mail in monthly check

☐  Reimbursement request deduction from payment and issue a credit memo


_____          12/21/23
Service Provider: Financial Officer Signature          Date


In Partnership,


Amy Williams, Director
Grants Management and Compliance



707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

December 15, 2023

**Covenant House**
Ami Rowland
1325 N WESTERN AVE
LOS ANGELES, CA 90027

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED – PAYMENT PLANNING**

Dear Covenant House California,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment for those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| Grant ID - Contract # | Fiscal Period | Outstanding Advance Amount | Measure H Strategy | Grant Code |
|---|---|---|---|---|
| 2017CESSAY21 | FY 2021 | $491,468.00 | County MH B3 RRH Youth | 0734 |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month. Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |
| 36 months | X |
| 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

ACH

Lump sum check

Mail in monthly check  - X

Reimbursement request deduction from payment and issue a credit memo

*Laura Bertagnolli*
_____          12/20/23
Service Provider: Financial Officer Signature          Date

In Partnership,

Amy Williams, Director
Grants Management and Compliance



707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

December 15,2023

Selerin Ntahitagabira
3101 S. Grand Ave.,
Los Angeles, CA 90007

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Dear Selerin Ntahitagabira,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | | |
|---|---|---|---|---|
| **Grant ID - Contract #** | **Fiscal Period** | **Outstanding Advance Amount** | **Measure H Strategy** | **LAHSA General Ledger Code** |
| 2017CESSAY29 | FY21-22 | $  15,506.00 | MH A5 | 1103 |
| 2017CESSAY29 | FY21-22 | $ 141,603.00 | MH B3 | 1103 |
| 2017CESSAY29 | FY21-22 | $  62,707.00 | MH E7 | 1103 |
| 2017CESSAY29 | FY21-22 | $  48,605.00 | MH | 1103 |
| **TOTAL** | | **$ 268,421.00** | | |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month.  Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |

| 36 months | x |
|---|---|
| 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☐ ACH

☐ Lump sum check

☒ Mail in monthly check

☐ Reimbursement request deduction from payment and issue a credit memo


_____                    __12/22/2023_____
Service Provider: Financial Officer Signature                Date


In Partnership,


Amy Williams, Director
Grants Management and Compliance



LOS ANGELES
HOMELESS
SERVICES
AUTHORITY

707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

12/18/2023

First to Serve
1718 W. Vernon
Los Angeles, CA 90062

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Richard Reed,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | |
|---|---|---|---|
| **Grant ID - Contract #** | **Fiscal Period** | **Outstanding Advance Amount** | **Measure H Strategy** |
| 2017CESSAY09 | 2021-2022 | $560,883.00 | County MH E8 |
| 2017DV83 | 2021-2022 | $86,083.00 | County MH E8 |
| 2018CNGFH219 | 2021-2022 | $108,562.00 | County MH B3 |
| **Total** | | **$755,528** | |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month. Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |
| 36 months | ✓ |
| 1 full payment | |



The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☐ ACH

☐ Lump sum check

☑ Mail in monthly check

☐ Reimbursement request deduction from payment and issue a credit memo

_____          12/20/2023
Service Provider: Financial Officer Signature          Date

In Partnership,

Amy Williams, Director
Grants Management and Compliance



LOS ANGELES
HOMELESS
SERVICES
LAHSA AUTHORITY

707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

December 15,2023

Elika Ramirez
851 N. Oakland Avenue
Pasadena, CA 91104

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Dear Elika Ramirez,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | | |
|---|---|---|---|---|
| Grant ID - Contract # | Fiscal Period | Outstanding Advance Amount | Measure H Strategy | LAHSA General Ledger Code |
| 2017CESSAY25 | FY21-22 | $ 261,407.00 | MH B3 | 1103 |
| 2017CESSAY25 | FY21-22 | $ 6,768.00 | MH E8 | 1103 |
| 2017CESSAY25 | FY21-22 | $ 140,461.00 | MH E14 | 1103 |
| 2017YFR03 | FY21-22 | $ 56,550.00 | MH E14 | 1103 |
| 2017YFR08 | FY21-22 | $ 61,500.00 | MH E14 | 1103 |
| 2018CNGFH198 | FY21-22 | $ 136,267.00 | MH E14 | 1103 |
| 2018CNGFH199 | FY21-22 | $ 242,117.00 | MH E14 | 1103 |
| 2018CNGFH200 | FY21-22 | $ 85,167.00 | MH E14 | 1103 |
| 2018CNGFH201 | FY21-22 | $ 68,133.00 | MH E14 | 1103 |
| 2018CNGFH202 | FY21-22 | $ 70,567.00 | MH E14 | 1103 |
| CA0510L9D001609 | FY21-22 | $ 61,385.00 | CoC HUD | 1103 |
| **TOTAL** | | **$ 1,190,322.00** | | |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month. Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |
| 36 months | ✗ |
| 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☐ ACH

☐ Lump sum check

☑ Mail in monthly check

☐ Reimbursement request deduction from payment and issue a credit memo

_____   12/19/2023
Service Provider: Financial Officer Signature         Date

In Partnership,

Amy Williams, Director
Grants Management and Compliance

**LOS ANGELES HOMELESS SERVICES LAHSA AUTHORITY**

707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

1/11/2024

Homeless Health Care Los Angeles
1282 West 2nd St
Los Angeles, CA 90026

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Kelly Earley,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

AD-SS-HN-016-07

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | | |
|---|---|---|---|---|
| Grant ID - Contract # | Fiscal Period | Outstanding Advance Amount | Measure H Strategy | LAHSA General Ledger Code |
| 2017CESSAY22 | FY 20-21 | $23,500.00 | County MH E6 Cntywid Outreach System | 1103 |
| 2017CESSAY22 | FY 20-21 | $272,174.00 | County MH E7 Strengthan CES | 1103 |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month.  Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | X |
| 18 months | |
| 24 months | |
| 36 months | |
| 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☐ ACH

☐ Lump sum check

☐ Mail in monthly check

☒ Reimbursement request deduction from payment and issue a credit memo

_____
Service Provider: Financial Officer Signature

1-22-24
Date

In Partnership,

Amy Williams, Director
Grants Management and Compliance

1/22/24

2:52:45 PM

**Homeless Health Care Los Angeles**

GL History Account Ledger - Detail By Date Range

7/1/19 - 6/30/20

Page: 1

| Batch | Journal | Entry # | Date | Document | Job | Description | Debits | Credits | Balance |
|-------|---------|---------|------|----------|-----|-------------|--------|---------|---------|
| **2145.92.16.1** | | | | **CONTRACT ADVANCE LAHSA CES** | | | | | |
| 19419 | AE | 383416 | 10/30/19 | | | Record Adv CESSAY22 FY19-20 | | | ($291,667.00) |
| 20061 | AR | 398316 | 03/31/20 | 4542 | | LAHSA CES NAV - LAHSA CES | - | 8,015.00 | (299,682.00) |
| 20099 | AR | 398873 | 04/21/20 | 4545 | | LAHSA CES NAV - LAHSA CES | 1,336.00 | - | (298,346.00) |
| 20529 | AR | 407143 | 05/31/20 | 4620 | | LAHSA CES NAV - LAHSA CES | 1,336.00 | - | (297,010.00) |
| 20314 | AR | 403252 | 06/16/20 | 4575 | | LAHSA CES NAV - LAHSA CES | 1,337.00 | - | (295,673.00) |
| | | | | | | | 1,336.00 | - | (294,337.00) |
| | | | | | | **CONTRACT ADVANCE LAHSA CES TOTAL:** | **$5,345.00** | **$8,015.00** | **($294,337.00)** |
| | | | | | | **TOTAL OF LEDGER:** | **$5,345.00** | **$8,015.00** | **($294,337.00)** |



707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

12/18/2023

Harbor Interfaith Services, INC.
670 W. 9th Street
San Pedro, CA 90731

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Tahia Hayslet,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | |
|---|---|---|---|
| **Grant ID - Contract #** | **Fiscal Period** | **Outstanding Advance Amount** | **Measure H Strategy** |
| 2017CESF08 | FY2017-2018 | $64,471.00 | County MH A1 |
| 2017CESSAY04 | FY2021-2022 | $160,022.00 | County MH A1 |
| 2017CESSAY04 | FY2021-2022 | $36,213.00 | County MH A5 |
| 2017CESF08 | FY2021-2022 | $947,318.00 | County MH B3 |
| 2017CESSAY04 | FY2021-2022 | $276,579.00 | County MH B3 |
| 2017CESSAY20 | FY2021-2022 | $260,152.00 | County MH B3 |
| 2018CNGFH218 | FY2021-2022 | $50,904.00 | County MH B3 |
| 2017CESSAY04 | FY2021-2022 | $83,750.00 | County MH E6 |
| 2017CESF08 | FY2021-2022 | $58,216.00 | County MH E7 |
| 2017CESSAY04 | FY2021-2022 | $175,841.00 | County MH E7 |
| 2017CESSAY56 | FY2021-2022 | $87,473.00 | County MH E7 |
| 2017CESSAY56 | FY2021-2022 | $18,403.00 | County MH E14 |
| **Total** | | **$2,219,342** | |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month. Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |
| 36 months | X |
| 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☐ ACH

☐ Lump sum check

☒ Mail in monthly check

☐ Reimbursement request deduction from payment and issue a credit memo

_____     1-26-24
Service Provider: Financial Officer Signature     Date

In Partnership,

Amy Williams, Director
Grants Management and Compliance



707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

12/18/2023

Home At Last Community Development Corporation
5875 Green Valley Circle
Culver City, CA 90230

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Michael and Jennifer Young,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | |
|---|---|---|---|
| **Grant ID - Contract #** | **Fiscal Period** | **Outstanding Advance Amount** | **Measure H Strategy** |
| 2017CESSAY47 | 2021-2022 | $657,000.00 | County MH E8 |
| 2020AWS01 | 2021-2022 | $47,520.00 | County MH E8 |
| 2020WSP131 | 2021-2022 | $93,161.00 | County MH E8 |
| **Total** | | **$797,681** | |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month.  Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | | Pls check one: |
|---|---|---|
| | 12 months | |
| | 18 months | |
| X | 24 months | Jan-2025 |
| | 36 months | |
| | 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☐ ACH

☐ Lump sum check

☐ Mail in monthly check

☒ Reimbursement request deduction from payment and issue a credit memo

_Josef Adran_
_____          05/01/2024
Service Provider: Financial Officer Signature          Date


In Partnership,


Amy Williams, Director
Grants Management and Compliance

LOS ANGELES
HOMELESS
SERVICES
LAHSA AUTHORITY

707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

December 15, 2023

**Hope of the Mission**
Jennifer Rico
PO Box 7609
Mission Hills, CA, 91346

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Dear Jennifer Rico,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | | |
|---|---|---|---|---|
| Grant ID - Contract # | Fiscal Period | Outstanding Advance Amount | Measure H Strategy | LAHSA General Ledger Code |
| 2018WSP113 | 7/01/2018– 6/30/2019 | $68,250.00 | County MH E8 Emerg Shelter Sys | 00738 |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month. Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | X |
| 18 months | |
| 24 months | |
| 36 months | |
| 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☐ ACH

☐ Lump sum check

☒ Mail in monthly check

☒ Reimbursement request deduction from payment and issue a credit memo

Tomika Levi, Sr Director of Grants Mgmt          1/9/2024
Service Provider: Financial Officer Signature          Date

In Partnership,

Amy Williams, Director
Grants Management and Compliance



707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

December 18, 2023

Andrea Marchetti
1208 Pleasant Ave.
Los Angeles, CA 90033

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Dear Andrea,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | | |
|---|---|---|---|---|
| Grant ID - Contract # | Fiscal Period | Outstanding Advance Amount | Measure H Strategy | LAHSA General Ledger Code |
| 2017CESSAY36 | FY2017-2018 | $102,341 | B3 | 1103 |
| 2017CESSAY36 | FY2017-2018 | $28,151 | E14 | 1103 |
| 2017CESSAY41 | FY2017-2018 | $190,283 | B3 | 1103 |
| 2017CESSAY59 | FY2017-2018 | $47,123 | E14 | 1103 |
| 2017CESSAY60 | FY2017-2018 | $21,220 | E8 | 1103 |
| | TOTAL | $389,118 | | |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month. Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |
| 36 months | |
| 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☐   ACH

☐   Lump sum check

☐   Mail in monthly check

☐   Reimbursement request deduction from payment and issue a credit memo

_____                    _____
Service Provider: Financial Officer Signature                    Date

In Partnership,

Amy Williams, Director
Grants Management and Compliance

**LOS ANGELES HOMELESS SERVICES AUTHORITY**

707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

January 12, 2023

Carl D. Gayden
LA Family Housing
7843 Lankershim Blvd.
North Hollywood, CA 91605

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Dear LA Family Housing Team,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| Grant ID - Contract # | Fiscal Period | Outstanding Advance Amount | Measure H Strategy | LAHSA General Ledger Code |
|---|---|---|---|---|
| 2017CBH06 | FY 2017-21 | $343,100.00 | County MH E8 Emerg Shelter Sys | 00738 |
| 2017CESF02 | FY 2017-21 | $113,921.00 | County MH A1 Homeless Prev Families | 00730 |
| 2017CESF02 | FY 2017-21 | $175,439.00 | County MH B3 RRH Families | 00732 |
| 2017CESF02 | FY 2017-21 | $159,353.00 | County MH E7 Strengthen CES | 00737 |
| 2017CESF02 | FY 2017-21 | $1,953,548.00 | County MH E8 Emerg Shelter Sys | 00738 |
| 2017CESF11 | FY 2017-21 | $112,394.00 | County MH E8 Emerg Shelter Sys | 00738 |
| 2017CESSAY03 | FY 2017-21 | $98,225.00 | County MH A1 Homeless Prev Families | 00730 |
| 2017CESSAY03 | FY 2017-21 | $160,951.00 | County MH A5 Homeless Prev Individual | 00731 |
| 2017CESSAY03 | FY 2017-21 | $1,285,559.00 | County MH B3 RR Individual | 00733 |
| 2017CESSAY03 | FY 2017-21 | $173,860.00 | County MH E6 Countywide Outreach System | 00736 |
| 2017CESSAY03 | FY 2017-21 | $191,286.00 | County MH E7 Strengthen CES | 00737 |
| 2017CESSAY03 | FY 2017-21 | $368,157.00 | County MH E8 Emerg Shelter Sys | 00738 |

MEASURE H WORKING CAPITAL BALANCE SUMMARY

| 2020ESGEP03 | FY 2020-21 | $267,819.00 | County MH A5 Homeless Prev Individual | 00731 |
|---|---|---|---|---|
| 2020ESGEPF02 | FY 2020-21 | $339,981.75 | County MH A1 Homeless Prev Families | 00730 |
| | Total | $5,743,593.75 | | |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month. Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |
| 36 months | X |
| 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☐ ACH

☐ Lump sum check

☐ Mail in monthly check

☑ Reimbursement request deduction from payment and issue a credit memo

_____
Service Provider: Financial Officer Signature

11/16/2024
_____
Date

In Partnership,

Amy Williams, Director
Grants Management and Compliance



707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

December 15, 2023

**New Directions, Inc.**
Miriel Thompson
11303 Wilshire Blvd VA Bldg 116
Los Angeles, CA 90073

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED – PAYMENT PLANNING**

Dear Miriel Thompson,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment for those advances.  Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| Grant ID - Contract # | Fiscal Period | Outstanding Advance Amount | Measure H Strategy | Grant Code |
|---|---|---|---|---|
| 2017CESSAY16 | FY 2021 | $34,347.00 | E8 Emerg Shelter Sys | 0738 |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month.  Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |
| 36 months | |
| 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☐    ACH

☐    Lump sum check

☐    Mail in monthly check

☐    Reimbursement request deduction from payment and issue a credit memo


_____                    _____
Service Provider: Financial Officer Signature                    Date


In Partnership,

Amy Williams, Director
Grants Management and Compliance

707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

LOS ANGELES
HOMELESS
SERVICES
LAHSA AUTHORITY

707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

December 18, 2023

Mr. Chad Monk, Ms. Kristina Tran, Mr. Scott Twomey
National Health Foundation
515 S. Figueroa St. Ste 1300
Los Angeles, CA 90071

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Dear Mr. Monk, Ms. Tran, and Mr. Twomey,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | |
|---|---|---|---|
| **Grant ID - Contract #** | **Fiscal Period** | **Outstanding Advance Amount** | **Measure H Strategy** |
| 2017CBH88 | 2017-2018 | $24,533 | County MH E8 Emerg Shelter Sys |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month.  Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |
| 36 months | |
| 1 full payment | X |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☒ ACH

☐ Lump sum check

☐ Mail in monthly check

☐ Reimbursement request deduction from payment and issue a credit memo

_____          12/18/2023
Service Provider: Financial Officer Signature          Date

In Partnership,

Amy Williams, Director
Grants Management and Compliance



LOS ANGELES
HOMELESS
SERVICES
**LAHSA** AUTHORITY

707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213.683.3333
www.lahsa.org

December 20, 2023

People Assisting the Homeless
Sandy Oluwek, Chief Financial Officer
340 North Madison Avenue
Lost Angeles, CA  90004

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – REPAYMENT PLAN**

Dear Sandy Oluwek,

This letter serves as a formal communication regarding the Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection and repayment of those advances.  Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | |
|---|---|---|---|
| Grant ID - Contract # | Measure H Strategy | LAHSA General Ledger Code | Outstanding Advance |
| 2017CBH10 | County MH E8 Emerg Shelter Sys | 738 | $223,009.00 |
| 2017CESF04 | County MH A1 Homeless Prev Families | 730 | $138,395.00 |
| 2017CESF04 | County MH B3 RRH Families | 732 | ($15,382.00) |
| 2017CESF04 | County MH B3 RRH Families | 732 | $1,838,835 |
| 2017CESF04 | County MH E7 Strengthen CES | 737 | $182,244 |
| 2017CESF04 | County MH E8 Emerg Shelter Sys | 738 | $100,965 |
| 2017CESSAY07 | County MH A1 Homeless Prev Families | 730 | $621,522 |
| 2017CESSAY07 | County MH B3 RR Individual | 733 | $648,983 |
| 2017CESSAY07 | County MH E6 Cntywid Outreach System | 736 | $60,250 |
| 2017CESSAY07 | County MH E7 Strengthan CES | 737 | $69,218 |
| 2017CESSAY08 | County MH A1 Homeless Prev Families | 730 | $320,179 |
| 2017CESSAY08 | County MH B3 RR Individual | 733 | $329,013 |

| 2017CESSAY08 | County MH E7 Strengthen CES | 737 | $80,701 |
|---|---|---|---|
| 2017CESSAY12 | County MH B3 RR Individual | 733 | $394,021 |
| 2017CESSAY34 | County HI B3 - RR Ind | 665 | ($450,787) |
| 2017CESSAY34 | County HI B3 - RR Ind | 665 | $450,787 |
| 2017CESSAY34 | County MH B3 RR Individual | 733 | $450,787 |
| 2017CESSAY34 | County MH B3 RR Individual | 733 | $794,974 |
| 2017CESSAY34 | County MH E6 Cntywid Outreach System | 736 | $17,500 |
| 2017CESSAY34 | County MH E7 Strengthen CES | 737 | ($12,500) |
| 2017CESSAY34 | County MH E7 Strengthen CES | 737 | $182,224 |
| 2017CH10 | County MH E8 Emerg Shelter Sys | 738 | $82,374 |
| 2017CNGFH183 | County MH B3 RRH Families | 732 | $135,744 |
| 2017PSA246 | County MH E7 Strengthen CES | 737 | $153,314.80 |
| 2018CNGFH210 | County MH E14 Enhanced Serv TAY | 739 | $146,000 |
| 2018CNGFH211 | County MH B3 RRH Families | 732 | $62,216 |
| 2018CNGFH212 | County MH B3 RRH Families | 732 | $60,600 |
| 2018CNGFH216 | County MH E14 Enhanced Serv TAY | 739 | $135,744 |
| 2018CNGFH217 | County MH B3 RRH Families | 732 | ($135,744) |
| 2018CNGFH217 | County MH B3 RRH Families | 732 | $135,744 |
| 2020ESGEP12 | County MH A5 Homeless Prev Individual | 731 | $77.587 |
| 2020ESGEP34 | County MH A5 Homeless Prev Individual | 731 | $86,243 |
| 2020ESGEPF04 | County MH A1 Homeless Prev Families | 730 | $173,226 |
| 2020ESGERR07 | County MH A1 Homeless Prev Families | 733 | $499,999 |
| 2020ESGERR08 | County MH B3 RR Individual | 733 | $195,672 |
| **Total Outstanding Advance Balance** | | | **$8,233,657.80** |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will ~~commence in January 2024,~~ **SLD** three years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month. Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | ✓ – Starting 1/1/26 |
| 24 months | |
| 36 months | |
| 1 full payment | |

The agreed upon monthly Measure H Working Capital Advance Repayments must be remitted via automatic payment through monthly reimbursement request reductions (via A/P Credit Memo), via the Automated Clearing House Network (ACH), or repaid with a mailed-in check(s).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☐ ACH

☐ Lump sum check

☒ Mail in monthly check

☒ Reimbursement request deduction from payment and issue a credit memo

_____
Service Provider Financial Officer Signature

7/2/24
Date

In Partnership,
*Amy Williams*
Director, Grants Management and Compliance
The Los Angeles Homeless Services Authority (LAHSA)



707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

12/15/2023

Rainbow Services
543 W 7th Street
San Pedro CA, 90731

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Dear Gina Lansing,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | | |
|---|---|---|---|---|
| **Grant ID - Contract #** | **Fiscal Period** | **Outstanding Advance Amount** | **Measure H Strategy** | **LAHSA General Ledger Code** |
| 2017DV84 | FY17-18 | $118,317.00 | County MH E8 Emerg Shelter Sys | 00738 |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month.  Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | X |
| 36 months | |
| 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☐  ACH

☐  Lump sum check

☐  Mail in monthly check

☒  Reimbursement request deduction from payment and issue a credit memo

_____
Service Provider: Financial Officer Signature

_1-24-24_
Date

In Partnership,

Amy Williams, Director
Grants Management and Compliance



707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

December 18, 2023

Ms. Janet Kelly, Executive Director
Sanctuary of Hope
4003 W. Adams Blvd.
Los Angeles, CA 90018

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Dear Ms. Kelly,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | |
|---|---|---|---|
| **Grant ID - Contract #** | **Fiscal Period** | **Outstanding Advance Amount** | **Measure H Strategy** |
| 2017CESSAY44 | 2017-2019 | $24,804.00 | County MH E8 Emerg Shelter Sys |
| 2017CESSAY44 | 2017-2019 | $79,860.00 | County MH E14 Enhanced Serv TAY |
| 2017CESSAY45 | 2017-2019 | $13,485.00 | County MH E7 Strengthan CES |
| 2017CESSAY45 | 2017-2019 | $71,907.00 | County MH E14 Enhanced Serv TAY |
| 2017YFR06 | 2017-2019 | $65,651.00 | County MH E14 Enhanced Serv TAY |
| | Total | $255,707.00 | |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month.  Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |
| 36 months | ea paymnt-$7,102.97 |
| 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☐   ACH

☐   Lump sum check

☒   Mail in monthly check

☐   Reimbursement request deduction from payment and issue a credit memo

_____
Service Provider: Financial Officer Signature

January 19, 2024
Date

Janet Kelly, Executive Director

In Partnership,

Amy Williams, Director
Grants Management and Compliance



707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

December 18, 2023

Mr. Jim Burk, Ms. Rosy Lim, and Dr. Becky Avila-Knox,
Safe Place for Youth
340 Sunset Ave.
Venice, CA 90291

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Dear Mr. Burk, Ms. Lim, and Dr. Avila-Knox,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | |
|---|---|---|---|
| Grant ID - Contract # | Fiscal Period | Outstanding Advance Amount | Measure H Strategy |
| 2017CESSAY37 | 2017/18 | $56,000.00 | County MH E7 Strengthn CES |
| 2017CESSAY37 | 2017/18 | $8,274.00 | County MH E14 Enhanced Serv TAY |
| | Total | $64,274.00 | |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month. Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |
| 36 months | x |
| 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☑ ACH

☐ Lump sum check

☐ Mail in monthly check

☐ Reimbursement request deduction from payment and issue a credit memo

_____          1/11/24
Service Provider: Financial Officer Signature          Date

In Partnership,

Amy Williams, Director
Grants Management and Compliance



**LOS ANGELES HOMELESS SERVICES AUTHORITY**

707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

12/15/2023

Special Service for Groups (SSG)
905 E. 8th St.
Los Angeles, Ca 90021

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Dear Elizabeth De Los Santos,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | | |
|---|---|---|---|---|
| Grant ID - Contract # | Fiscal Period | Outstanding Advance Amount | Measure H Strategy | LAHSA General Ledger Code |
| 2017AC81 | FY2020-2021 | $65,549 ✓ | County MH E7  *4580* | 1103 |
| 2017CESF06 | FY2020-2021 | $3,884,211 | County MH A1, B3, E7, E8 | 1103 |
| 2017CESSAY19 | FY2020-2021 | $1,975,747 | County MH A5, B3, E6, E7, E8 | 1103 |
| 2017CESSAY55 | FY2020-2021 | $146,000 ✓ | County MH E8  *400k* | 1103 |
| 2019CBH94 | FY2021-2021 or Prior | $164,360 ✓ | County MH E8  *St Andrews. 468m* | 1103 |
| 2020ESGEP19 | FY2020-2021 or Prior | $103,468 ✓ | County MH A5  *401E* | 1103 |
| 2020ESGERR19 | FY2020-2021 or Prior | $335,000 | County MH B3  *401C* | 1103 |
| Total | | $6,674,335 | | |



LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month.  Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |
| 36 months | ✔ |
| 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☐ ACH

☐ Lump sum check

☑ Mail in monthly check

☐ Reimbursement request deduction from payment and issue a credit memo.

_____          01 / 10 /2024
Service Provider: Financial Officer Signature          Date

BETH DE LOS SANTOS
FISCAL DIRECTOR
In Partnership,

Amy Williams, Director
Grants Management and Compliance



707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

12/15/2023

St. Anne's Maternity Home
155 North Occidental Boulevard
LA, CA 90026

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Dear Andrew Smith,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | | |
|---|---|---|---|---|
| **Grant ID - Contract #** | **Fiscal Period** | **Outstanding Advance Amount** | **Measure H Strategy** | **LAHSA General Ledger Code** |
| 2017CESSAY46 | FY17-18 | $58,400.00 | County MH E14 Enhanced Serv TAY | 00739 |
| 2017CNGFH188 | FY17-18 | $233,600.00 | County MH E14 Enhanced Serv TAY | 00739 |
| **Total** | | **$292,000.00** | | |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month.  Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |
| 36 months | X |
| 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

[X]  ACH

[ ]  Lump sum check

[ ]  Mail in monthly check

[ ]  Reimbursement request deduction from payment and issue a credit memo

_____
Service Provider: Financial Officer Signature

_____12/19/23_____
Date

In Partnership,

Amy Williams, Director
Grants Management and Compliance

707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

1/29/2024

St. Joesph Center
204 Hampton Drive
Venice, CA 90291

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Hugo Gonzalez,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | | |
|---|---|---|---|---|
| **Grant ID - Contract #** | **Fiscal Period** | **Outstanding Advance Amount** | **Measure H Strategy** | **LAHSA General Ledger Code** |
| 2017CESF05 | FY2021 | $ $42,918.00 | County MH A1 Homeless Prev Families | 1103 |
| 2017CESF05 | FY2021 | $249,901.00 | County MH B3 RRH Families | 1103 |
| 2017CESF05 | FY2021 | $76,503.00 | County MH E7 Strengthan CES | 1103 |
| 2017CESF05 | FY2021 | $630,091.00 | County MH E8 Emerg Shelter Sys | 1103 |
| 2017CESSAY10 | FY2021 | $446,481.00 | County MH A1 Homeless Prev Families | 1103 |
| 2017CESSAY10 | FY2021 | $39,497.00 | County MH A5 Homeless Prev Individual | 1103 |
| 2017CESSAY10 | FY2021 | $64,764.00 | County MH B3 RR Individual | 1103 |
| 2017CESSAY10 | FY2021 | $55,246.00 | County MH E6 Cntywid Outreach System | 1103 |
| 2017CESSAY10 | FY2021 | $113,631.00 | County MH E7 Strengthan CES | 1103 |
| 2017CESSAY11 | FY2021 | $170,986.00 | County MH A1 Homeless Prev Families | 1103 |
| 2017CESSAY11 | FY2021 | $12,711.00 | County MH A5 Homeless Prev Individual | 1103 |
| 2017CESSAY11 | FY2021 | $185,516.00 | County MH B3 RR Individual | 1103 |
| 2017CESSAY11 | FY2021 | $47,116.00 | County MH E7 Strengthan CES | 1103 |

| 2017CESSAY23 | FY2021 | $12,030.00 | County MH A5 Homeless Prev Individual | 1103 |
| --- | --- | --- | --- | --- |
| 2017CESSAY23 | FY2021 | $153,541.00 | County MH B3 RRH Youth | 1103 |
| 2017CESSAY42 | FY 17 - 18 | $43,772.00 | County MH E7 Strengthan CES | 1103 |
| 2017CESSAY42 | FY2021 | $43,744.00 | County MH E7 Strengthan CES | 1103 |
| 2017CESSAY43 | FY2021 | $23,384.00 | County MH E7 Strengthan CES | 1103 |
| 2017CNGFH194 | FY2021 | $71,664.00 | County MH E7 Strengthan CES | 1103 |
| 2017CNGFH236 | FY2021 | $8,333.00 | County MH E6 Cntywid Outreach System | 1103 |
| 2018CNGFH221 | FY2021 | $67,872.00 | County MH B3 RRH Families | 1103 |
| 2018CNGFH221 | FY2021 | $34,283.00 | County MH B3 RRH Youth | 1103 |
| 2018CNGFH222 | FY2021 | $89,688.00 | County MH B3 RR Individual | 1103 |
| 2018CNGFH224 | FY2021 | $35,862.00 | County MH B3 RRH Families | 1103 |
| 2018CNGFH224 | FY2021 | $34,499.00 | County MH B3 RR Individual | 1103 |
| 2019CHFT01 | FY2021 | $56,262.00 | County MH E8 Emerg Shelter Sys | 1103 |
| | | | | |
| | | $2,810,295.00 | | |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month.  Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| **Working Capital payment options** | **Pls check one:** |
| --- | --- |

| | |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |
| 36 months | |
| 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☐   ACH

☐   Lump sum check

☐   Mail in monthly check

☐   Reimbursement request deduction from payment and issue a credit memo


_____          _____
Service Provider: Financial Officer Signature          Date


In Partnership,


Amy Williams, Director
Grants Management and Compliance



LOS ANGELES
HOMELESS
SERVICES
LAHSA AUTHORITY

707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

1/11/2024

Testimonial Community Love Center
57821 S. Western Avenue
Los Angeles, CA 90062

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Cynthia Carter,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | | |
|---|---|---|---|---|
| **Grant ID - Contract #** | **Fiscal Period** | **Outstanding Advance Amount** | **Measure H Strategy** | **LAHSA General Ledger Code** |
| 2017CBH09 | FY 20-21 | $158,167.00 | County MH E8 Emerg Shelter Sys | 1103 |
| 2017CBH89 | FY 20-21 | $158,167.00 | County MH E8 Emerg Shelter Sys | 1103 |
| 2020MSP01 | FY 20-21 | $72,350.00 | County MH E6 Cntywid Outreach Sys | 1103 |

*DPSS    388,684.00 − 22,000 = 366,684.00 / 36 mos = 10,185/mo.*

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month. Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |
| 36 months | ✓ |
| 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☐ ACH

☐ Lump sum check

☐ Mail in monthly check

☑ Reimbursement request deduction from payment and issue a credit memo

_____     1/31/24
Service Provider: Financial Officer Signature     Date

In Partnership,

Amy Williams, Director
Grants Management and Compliance



707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

12/18/23

Patricia Lopez and Robyn Kupferman
The People's Concern
2116 Arlington Ave Ste 100
Los Angeles, CA 90018

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Dear Ms. Patricia Lopez and Ms. Robyn Kupferman,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | |
|---|---|---|---|
| **Grant ID - Contract #** | **Fiscal Period** | **Outstanding Advance Amount** | **Measure H Strategy** |
| 2017BTH103 | FY17-18 | $ 328,500.00 | County MH E8 |
| 2017CBH05 | FY17-18 | $ 115,442.00 | County MH E8 |
| 2017CESSAY02 | FY17-18 | $ 230,434.00 | County MH B3/E7/E8 |
| 2017CESSAY17 | FY17-18 | $ 2,385,802.00 | County MH A1/A5/B3/E6/E7; CoC HEAP E7; CESH 2018 |
| 2017CH05 | FY17-18 | $ 42,725.00 | County MH E8 |
| 2017CNGFH195 | FY17-18 | $ 125,368.00 | County MH E7 |
| 2020ESGERR02 | FY20-21 | $ 47,630.00 | County MH B3 |
| 2020ESGERR17 | FY20-21 | $ 499,999.00 | County MH B3 |
| **Total** | | **$3,775,900** | |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month.  Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |
| 36 months | ✔ |
| 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☒ ACH

☐ Lump sum check

☐ Mail in monthly check

☐ Reimbursement request deduction from payment and issue a credit memo

_Orville Ortiz / Senior Director of Finance_     12/19/2023

Service Provider: Financial Officer Signature          Date

In Partnership,

Amy Williams, Director
Grants Management and Compliance



707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

1/11/2024

The Village Family Services
6736 Laurel Cyn. Blvd. Suite 200
North Hollywood, CA 91606

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Michael Mansur,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | | |
|---|---|---|---|---|
| **Grant ID - Contract #** | **Fiscal Period** | **Outstanding Advance Amount** | **Measure H Strategy** | **LAHSA General Ledger Code** |
| 2017CESSAY33 | FY 20-21 | $262,482.00 | County MH E3 RRH Youth | 1103 |
| 2017CESSAY33 | FY 20-21 | $92,547.00 | County MH E7 Stengthan CES | 1103 |
| 2017CESSAY48 | FY 20-21 | $53,229.00 | County MH E8 Emerg Shelter Sys | 1103 |
| 2017CESSAY48 | FY 20-21 | $323,938.00 | County MH E14 Enhanced Serv TAY | 1103 |
| 2017YFR02 | FY 20-21 | $66,450.00 | County MH E14 Enhanced Serv TAY | 1103 |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month.  Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |

| 36 months | ✓ |
|---|---|
| 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☑ ACH

☐ Lump sum check

☐ Mail in monthly check

☐ Reimbursement request deduction from payment and issue a credit memo

_____
Service Provider: Financial Officer Signature

01 / 16 / 2024
Date

In Partnership,


Amy Williams, Director
Grants Management and Compliance

Doc ID: 0a370545959aaab776ad860c867f12e8939dda17

**Dropbox** Sign                                                    Audit trail

| | |
|---|---|
| **Title** | LAHSA Measure H Advance Repayment Letter |
| **File name** | MH WC Advance Rep...he Village FS.pdf |
| **Document ID** | 0a370545959aaab776ad860c867f12e8939dda17 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

**SENT**
**01 / 16 / 2024**
11:13:32 UTC-8

Sent for signature to Jenny Zhang (jzhang@thevillagefs.org) from mmansur@thevillagefs.org
IP: 173.196.0.106

**VIEWED**
**01 / 16 / 2024**
12:13:49 UTC-8

Viewed by Jenny Zhang (jzhang@thevillagefs.org)
IP: 173.196.0.106

**SIGNED**
**01 / 16 / 2024**
12:16:39 UTC-8

Signed by Jenny Zhang (jzhang@thevillagefs.org)
IP: 173.196.0.106

**COMPLETED**
**01 / 16 / 2024**
12:16:39 UTC-8

The document has been completed.



**LOS ANGELES HOMELESS SERVICES AUTHORITY**

707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

1/22/2024

The Whole Child
Stacy Enomoto, Chief Financial Officer
10155 Colima Road
Whittier, CA 90603

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Dear Stacy Enomoto,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | | |
|---|---|---|---|---|
| **Grant ID - Contract #** | **Fiscal Period** | **Outstanding Advance Amount** | **Measure H Strategy** | **LAHSA General Ledger Code** |
| 2017CESF07 | FY 20-21 | $159,360.00 | County MH A1 Homeless Prev Families | 1103 |
| 2017CESF07 | FY 20-21 | $426,131.00 | County MH B3 RRH Families | 1103 |
| 2017CESF07 | FY 20-21 | $143,330.00 | County MH E7 Strengthan CES | 1103 |
| 2017CESF07 | FY 20-21 | $185,605.00 | County MH E8 Emerg Shelter Sys | 1103 |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month.  Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |
| 36 months | ✗ |
| 1 full payment | |



The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☐ ACH

☐ Lump sum check

☐ Mail in monthly check

☒ Reimbursement request deduction from payment and issue a credit memo

_____
Service Provider: Financial Officer Signature

_____11/23/24_____
Date

In Partnership,

Amy Williams, Director
Grants Management and Compliance

**LOS ANGELES HOMELESS SERVICES AUTHORITY**
**LAHSA**

707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

1/22/2024

Upward Bound House
Lani Garcia, Chief Finance Officer
1104 Washington Avenue
Santa Monica, CA  90403

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Dear Lani Garcia,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | | |
|---|---|---|---|---|
| **Grant ID - Contract #** | **Fiscal Period** | **Outstanding Advance Amount** | **Measure H Strategy** | **LAHSA General Ledger Code** |
| 2017CESF09 | FY 20-21 | $100,000.00 | County MH E8 Emerg Shelter Sys | 1103 |
| 2017CESF13 | FY 19-20 | $ 93,740.00 | County MH E8 Emerg Shelter Sys | 1103 |
| 2018IHTH02 | FY 20-21 | $ 12,168.00 | County MH E14 Enhanced Serv TAY | 1103 |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month.  Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |
| 36 months | |

| 1 full payment | |
|---|---|

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☐ ACH

☐ Lump sum check

☐ Mail in monthly check

☐ Reimbursement request deduction from payment and issue a credit memo

_____          _____
Service Provider: Financial Officer Signature                    Date


In Partnership,


Amy Williams, Director
Grants Management and Compliance



707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

December 18, 2023

Mr. Eric Shamp and Mr. Shaquille Gurley
United Friends of the Children
1055 Wilshire Blvd.
Suite 1550
Los Angeles, CA 90017

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Dear Mr. Shamp and Mr. Gurley,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | |
|---|---|---|---|
| **Grant ID - Contract #** | **Fiscal Period** | **Outstanding Advance Amount** | **Measure H Strategy** |
| 2017CNGFH187 | 2017/18 | $382,033 | County MH E14 Enhanced Serv TAY |
| 2018CNGFH204 | 2018/19 | $323,633 | County MH E14 Enhanced Serv TAY |
| 2018CNGFH205 | 2018/19 | $77,867 | County MH E14 Enhanced Serv TAY |
| | Total | $783,533 | |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month.  Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |
| 36 months | ✓ |
| 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☑ ACH

☐ Lump sum check

☐ Mail in monthly check

☐ Reimbursement request deduction from payment and issue a credit memo

_____     1/10/2024_____
Service Provider: Financial Officer Signature                Date

In Partnership,

Amy Williams, Director
Grants Management and Compliance



707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

December 15, 2023

United States Veterans
2001 River Ave
Long Beach CA 90810

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Dear Jessica Rohac,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | | |
|---|---|---|---|---|
| **Grant ID - Contract #** | **Fiscal Period** | **Outstanding Advance Amount** | **Measure H Strategy** | **LAHSA General Ledger Code** |
| 2017BHW03 | FY 2020-2021 | $146,000 | County MH E8 Emergency Shelter System | 00738 |
| 2017CESSAY15 | FY 2017-2018 | $51,520 | County MH E8 Emergency Shelter System | 00738 |
| 2018WSP114 | FY2019-2020 | $31,599 | County MH E8 Emergency Shelter System | 00738 |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month.  Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |
| 36 months | |

| 1 full payment | |
|---|---|

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☐ ACH

☐ Lump sum check

☐ Mail in monthly check

☐ Reimbursement request deduction from payment and issue a credit memo

_____        _____

Service Provider: Financial Officer Signature                    Date

In Partnership,

Amy Williams, Director
Grants Management and Compliance



707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

December 15, 2023

**Union Station Homeless Services**
Anne Miskey, Hope Stremski, Liya Blackwood Carter
825 E Orange Grove Blvd
Pasadena, CA 91104

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED – PAYMENT PLANNING**

Dear Anne Miskey, Hope Stremski and Liya Blackwood Carter,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment for those advances.  Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| Grant ID - Contract # | Fiscal Period | Outstanding Advance Amount | Measure H Strategy | Grant Code |
|---|---|---|---|---|
| 2017CESF03 | FY 2021 | $154,458.00 | A1 Homeless Prev Families | 0730 |
| 2017CESF03 | FY 2017 – 2018, FY 2021 | $438,172.00 | B3 RRH Families | 0732 |
| 2017CESF03 | FY 2021 | $110,882.00 | E7 Strengthan CES | 0737 |
| 2017CESF03 | FY 2021 | $432,818.00 | E8 Emerg Shelter Sys | 0738 |
| 2017CESSAY31 | FY 2021 | $114,076.00 | B7 Interim/Bridge Housing | 0735 |
| 2017CESSAY31 | FY 2021 | $114,844.00 | E6 Cntywid Outreach System | 0736 |
| 2017CESSAY31 | FY 2021 | $627,855.00 | E7 Strengthan CES | 0737 |
| 2017CESSAY31 | FY 2021 | $36,747.00 | E8 Emerg Shelter Sys | 0738 |
| **Total** | | **$2,029,852.00** | | |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's

ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month.  Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |
| 36 months | *per schedule enclosed* |
| 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☒    ACH

☐    Lump sum check

☐    Mail in monthly check

☐    Reimbursement request deduction from payment and issue a credit memo

_____    12/22/2023
Service Provider: Financial Officer Signature    Date

In Partnership,

Amy Williams, Director
Grants Management and Compliance

**LOS ANGELES HOMELESS SERVICES AUTHORITY**
LAHSA

707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

December 18, 2023

**Volunteers of America Los Angeles**
Edwin Ruste
3600 Wilshire Blvd, Suite 1500
Los Angeles, CA 90010

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Dear Edwin Ruste,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | | |
|---|---|---|---|---|
| **Grant ID - Contract #** | **Fiscal Period** | **Outstanding Advance Amount** | **Measure H Strategy** | **LAHSA General Ledger Code** |
| 2017BHW04 | FY 2020-2021 | $438,000.00 | County MH E8 Emerg Shelter Sys | 00738 |
| 2017CBH01 | FY 2020-2021 | $2,170,533.00 | County MH E8 Emerg Shelter Sys | 00738 |
| 2017CBH11 | FY 2020-2021 | $210,483.00 | County MH E8 Emerg Shelter Sys | 00738 |
| 2017CESSAY05 | FY 2020-2021 | $121,333.00 | County MH A1 Homeless Prev Families | 00730 |
| 2017CESSAY05 | FY 2020-2021 | $146,345.00 | County MH B3 RR Individual | 00733 |
| 2017CESSAY05 | FY 2020-2021 | $38,417.00 | County MH E7 Strengthan CES | 00737 |
| 2017CESSAY14 | FY 2020-2021 | $172,551.00 | County MH E7 Strengthan CES | 00737 |
| 2017CESSAY30 | FY 2018-2019 | $128,564.00 | County MH B3 RRH Youth | 00734 |
| 2017CESSAY35 | FY 2020-2021 | $892,041.00 | County MH B3 RR Individual | 00733 |
| 2017CNGFH197 | FY 2020-2021 | $143,379.00 | County MH E7 Strengthan CES | 00737 |
| 2017WSP14 | FY 2020-2021 | $95,067.00 | County MH E8 Emerg Shelter Sys | 00738 |
| 2018WSP102 | FY 2020-2021 | $253,995.00 | County MH E8 Emerg Shelter Sys | 00738 |

| 2018WSP112 | FY 2020-2021 | $39,900.00 | County MH E8 Emerg Shelter Sys | 00738 |
|---|---|---|---|---|
| 2019WSP120 | FY 2020-2021 | $110,611.00 | County MH E8 Emerg Shelter Sys | 00738 |
| 2019WSP121 | FY 2020-2021 | $88,950.00 | County MH E8 Emerg Shelter Sys | 00738 |
| **Total** | | **$5,050,169.00** | | |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month.  Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| **Working Capital payment options** | **Pls check one:** |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |
| 36 months | ✓ |
| 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☑ ACH

☐ Lump sum check

☐ Mail in monthly check

☐ Reimbursement request deduction from payment and issue a credit memo

*Edwin Ruste*                                                12/21/23
_____                    _____
Service Provider: Financial Officer Signature            Date


In Partnership,


Amy Williams, Director
Grants Management and Compliance

LOS ANGELES
HOMELESS
SERVICES
LAHSA AUTHORITY

707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

1/22/2024

Weingart Center Association
Lani Garcia, Interim Controller
566 San Pedro Street
Los Angeles, CA 90013

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED TO LAHSA – PAYMENT PLAN**

Dear Lani Garcia,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment of those advances. Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| MEASURE H WORKING CAPITAL BALANCE SUMMARY | | | | |
|---|---|---|---|---|
| **Grant ID - Contract #** | **Fiscal Period** | **Outstanding Advance Amount** | **Measure H Strategy** | **LAHSA General Ledger Code** |
| 2017AC82 | FY 20-21 | $ 63, 811.00 | County MH E7 Strengthan CES | 1103 |
| 2017CBH03 | FY 20-21 | $ 372,240.00 | County MH E8 Emerg Shelter Sys | 1103 |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month.  Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |
| 36 months | |
| 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☐ ACH

☐ Lump sum check

☐ Mail in monthly check

☐ Reimbursement request deduction from payment and issue a credit memo


_____          _____
Service Provider: Financial Officer Signature                    Date


In Partnership,


Amy Williams, Director
Grants Management and Compliance



707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

December 15, 2023

**Whittier Area First Day Coalition**
Irene Muro
12426 WHITTIER BLVD
WHITTIER , CA 90602

**Re: NOTICE OF MEASURE H WORKING CAPITAL ADVANCES OWED – PAYMENT PLANNING**

Dear Irene Muro,

This letter serves as a formal communication regarding Measure H Working Capital (WC) advances issued to your agency for one or more Fiscal Years. As the Systems Administrator, and the entity responsible for distribution of WC advances, we are also responsible for the collection, and repayment for those advances.  Below is a schedule of the advances issued to your agency that must be repaid to LAHSA.

| Grant ID - Contract # | Fiscal Period | Outstanding Advance Amount | Measure H Strategy | GL Code |
|---|---|---|---|---|
| 2017CESSAY32 | FY 2021 - 2022 | $206,833.00 | B7 Interim/Bridge Housing | 0735 |

LAHSA will be working with your agency in providing reasonable and flexible repayment arrangements for all outstanding Measure H WC advances. This will allow your agency to develop a schedule that will allow for manageable monthly payments that may be spread over time to minimize the impact on your agency's ability to sustain day-to-day operations, maintain cashflow, and lessen any future financial burden. The repayment plan will commence in January 2024, 3 years before the end of Measure H.

All agreed upon installment payment plan amounts must be paid every month.  Below are the repayment term options that you can choose for your repayment plan. Please complete and return this letter to your assigned LAHSA Grant Specialist and they will follow up to discuss payment arrangements.

| Working Capital payment options | Pls check one: |
|---|---|
| 12 months | |
| 18 months | |
| 24 months | |
| 36 months | ✓ |
| 1 full payment | |

The agreed upon monthly working capital advance re-payments must be made via automatic payment through monthly reimbursement requests reductions (via AP Credit Memo), or payment via ACH, or mail-in check).

All check payments must be submitted to:

**Los Angeles Homeless Services Authority**
**Attention: Finance Department**
**707 Wilshire Blvd., 10th Floor**
**Los Angeles, CA., 90017**

Please choose your mode of payment:

☑ ACH

☐ Lump sum check

☐ Mail in monthly check

☐ Reimbursement request deduction from payment and issue a credit memo

_____     12/29/2022
Service Provider: Financial Officer Signature          Date

In Partnership,

Amy Williams, Director
Grants Management and Compliance