**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date:  December 3, 2024

Title: LA Alliance for Human Rights et al. v. City of Los Angeles et al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Rolls Royce Paschal for Karlen Dubon | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|:---:|:---:|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER SETTING HEARING ON JANUARY 7, 2025**

The Court hereby sets a hearing in this matter on January 7, 2025 at the First Street Courthouse in Los Angeles at 9:00 a.m. The hearing will address: Plaintiff LA Alliance's Motion for Settlement Agreement Compliance (Dkt. 767), an update from A&M on the audit, an update from the City of Los Angeles Controller, and an update from LAHSA on recoupment efforts (Dkt. 831 and 833).

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                        Initials of Deputy Clerk: rrp/kdu

CIVIL-GEN