# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### OFFICE OF THE CLERK
### 255 EAST TEMPLE STREET, ROOM 180
### LOS ANGELES, CALIFORNIA 90012

———

### OFFICIAL BUSINESS

RECEIVED NOV

Return to Sender



NIXIE       910   72   1      7212/01/24

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD



2:20-cv-2291-DOC

FILED
CLERK, U.S. DISTRICT COURT

DEC 3 - 2024

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT

DEC - 3 2024

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

Case: 2:20cv2291  Doc: 825

William R Wise                                          Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

Casamassima (chris.casamassima@wilmerhale.com), Kiva Grace Schrager (kschrager@millerbarondess.com), Kent K Qian (kqian@oaklandcityattorney.org) --No Notice Sent:
Message-Id:<39048257@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 11/20/2024 at 3:14 PM PST and filed on 11/20/2024

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:**    825

**Docket Text:**
**MINUTE ORDER IN CHAMBERS by Judge David O. Carter: NOTICE OF A AND M INFORMATION ON AUDIT PRICING AND DELAYS. A&M will present this information at the hearing in Los Angeles on November 21, 2024 at 8:30a.m. (twdb)**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**
Mark S Ravis    mravis99@gmail.com
Nadia Ann Sarkis    docket@millerbarondess.com, dgreen@millerbarondess.com, lemge@millerbarondess.com, nsarkis@millerbarondess.com
Arlene Nancy Hoang    arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org
Sean Christopher Rotstan    srotstan@sacfirm.com, lbencomo@sacfirm.com
Matthew Donald Umhofer    calendaring@umklaw.com, matthew@umklaw.com
Jennifer Mira Hashmall    aransom@millerbarondess.com, mhashmall@millerbarondess.com, docket@millerbarondess.com, eruth@millerbarondess.com
Carol A. Sobel    carolsobel@aol.com, carolsobellaw@gmail.com
Jessica Mariani    jessica.mariani@lacity.org, ava.smith@lacity.org
Jason H. Tokoro    aalamango@millerbarondess.com, jtokoro@millerbarondess.com, briding@millerbarondess.com
Diane H Bang    dbang@umklaw.com, calendaring@umklaw.com