**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**





NIXIE    910    7E 1    7212/01/24

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

FILED
CLERK, U.S. DISTRICT COURT

DEC - 3 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2:20 - CV - 2291 - DOC

RECEIVED
CLERK, U.S. DISTRICT COURT

DEC - 3 2024

CENTRAL DISTRICT OF CALIFORNIA
BY

Case: 2:20cv2291  Doc: 830

William R Wise                                      Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 11/22/2024 at 2:21 PM PST and filed on 11/22/2024

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:**   830

**Docket Text:**
**MEMORANDUM of Understanding Between The County of Los Angeles and the City of Los Angeles (twdb)**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**
Ana Wai-Kwan Lai    alai@counsel.lacounty.gov
Arlene Nancy Hoang    arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org
Bradley Joseph Hamburger    bhamburger@gibsondunn.com, PACER-CA@gibsondunn.com
Brandon D Young    bdyoung@manatt.com, lgarcete@manatt.com
Brooke Alyson Weitzman    bweitzman@eldrcenter.org, gmacias_jacinto@eldrcenter.org, pamador-lopez@eldrcenter.org
Byron J McLain    bmclain@foley.com, byron-mclain-5906@ecf.pacerpro.com
Carol A. Sobel    carolsobellaw@gmail.com, carolsobel@aol.com
Catherine Elizabeth Sweetser    csweetser@sshhzlaw.com, cgallegos@sshhzlaw.com
Christian M. Contreras    al@Contreras-Law.com, cc@contreras-law.com, cs@Contreras-Law.com, es@Contreras-Law.com, kt@Contreras-Law.com, lawclerk@Contreras-Law.com, paralegal@Contreras-Law.com
Diane H Bang    dbang@umklaw.com, calendaring@umklaw.com
Elizabeth Anne Mitchell    elizabeth@umklaw.com, calendaring@umklaw.com
Isabelle Maxine Geczy    igeczy@lafla.org, lschmidt@lafla.org
Jason H. Tokoro    jtokoro@millerbarondess.com, aalamango@millerbarondess.com, briding@millerbarondess.com
Jeffrey Lewis    jeff@jefflewislaw.com, jason@jefflewislaw.com, kyla@jefflewislaw.com
Jennifer Mira Hashmall    mhashmall@millerbarondess.com, aransom@millerbarondess.com, docket@millerbarondess.com, eruth@millerbarondess.com