HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213-978-7508
Facsimile: 213-978-7011
Email:  Arlene.Hoang@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>             Defendants. | Case No. 2:20-cv-02291 DOC (KES)<br><br>**DEFENDANT CITY OF LOS ANGELES' NOTICE OF APPROVAL OF ADDITIONAL INCREASE OF $440,000 TO BUDGET FOR ALVAREZ & MARSAL PUBLIC SECTOR SERVICES, LLC**<br><br>**Hon. David O. Carter**<br>**United States District Judge** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On December 4, 2024, Council for the City of Los Angeles ("City Council") authorized an additional increase of $440,000 to the budget for the audit being conducted by Alvarez & Marsal Public Sector Services, LLC ("A&M"), resulting in a total City-funded budget for A&M's services of $2,910,000.

DATED:  December 6, 2024        HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN  KENEALY, Chief Asst City Attorney
ARLENE N. HOANG, Deputy City Attorney
JESSICA MARIANI, Deputy City Attorney

By: */s/Arlene N. Hoang*
Arlene N. Hoang, Deputy City Attorney
Counsel for Defendant City of Los Angeles

1

DEFENDANT CITY OF LOS ANGELES' NOTICE OF APPROVAL OF INCREASED BUDGET OF $440,000 FOR ALVAREZ & MARSAL PUBLIC SECTOR SERVICES, LLC