**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**





NIXIE     910   4C  1        7212/08/24

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

FILED
CLERK, U.S. DISTRICT COURT

DEC 11 2024

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

2:20-CV-2291-DOC

66

Case: 2:20cv2291  Doc: 834

William R Wise                                        Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

Marianne Van Riper (simon.perng@coco.ocgov.com)

--No Notice Sent:

Message-Id:<39110188@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 12/3/2024 at 12:54 PM PST and filed on 12/3/2024

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:** 834

**Docket Text:**
**MINUTE ORDER IN CHAMBERS by Judge David O. Carter: ORDER SETTING HEARING ON JANUARY 7, 2025. The Court hereby sets a hearing in this matter on January 7, 2025 at the First Street Courthouse in Los Angeles at 9:00 a.m. SEE DOCUMENT FOR FURTHER INFORMATION. ( Motion set for hearing on 1/7/2025 at 09:00 AM before Judge David O. Carter.) (twdb)**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**

Mark S Ravis     mravis99@gmail.com

Nadia Ann Sarkis     docket@millerbarondess.com, dgreen@millerbarondess.com, lemge@millerbarondess.com, nsarkis@millerbarondess.com

Arlene Nancy Hoang     arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org

Sean Christopher Rotstan     srotstan@sacfirm.com, lbencomo@sacfirm.com

Matthew Donald Umhofer     calendaring@umklaw.com, matthew@umklaw.com

Jennifer Mira Hashmall     aransom@millerbarondess.com, mhashmall@millerbarondess.com, docket@millerbarondess.com, eruth@millerbarondess.com

Carol A. Sobel     carolsobel@aol.com, carolsobellaw@gmail.com

Jessica Mariani     jessica.mariani@lacity.org, ava.smith@lacity.org

Jason H. Tokoro     aalamango@millerbarondess.com, jtokoro@millerbarondess.com, briding@millerbarondess.com