Name: Gregory Edward Gray

Address: 3183 Wilshire Boulevard
Ste. 196K26

Phone: (213) 601- 6080

Fax:

In Pro Per

FILED

CLERK, U.S. DISTRICT COURT

12/9/24

CENTRAL DISTRICT OF CALIFORNIA

BY_____MRV_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LA Alliance for Human Rights, et al.,

Plaintiff

v.

City of Los Angeles, et al.,

Defendant(s).

CASE NUMBER: 2:20-cv-02291-DOC-KES

## NOTICE OF MEMORANDUM

### TITLE OF PLEADING

Petitioner Gregory Edward Gray has filed a Motion Requesting Permission to Become an Interested Party and for Document Submission in Court-Ordered Audit in Case No. 2:20-cv-02291-DOC-KES.

Petitioner must file a CV-60 Form to accompany this filing. The CV-60 Form is amended to reflect the correct case number in the heading. An amended Motion is also filed to reflect the correct case number.

CV-127 (09/09)          **PLEADING PAGE FOR A SUBSEQUENT DOCUMENT**

Finally, this CV 127 PSP Form is also amended to reflect the correct case number.  Receipts for the original filings submitted through the EDSS on December 6, 2024 (MOTION)  and December 7, 2024 (FORMS) are uploaded in the EDSS on December 9, 2024.

Dated: December 9, 2024

/s/ Gregory Edward Gray
Pro Se
3183 Wilshire Boulevard
Ste. 196K26
Los Angeles, CA 90010
(213) 638-2039
gegcbg@outlook.com

CV-127 (09-09)                    **PLEADING PAGE FOR A SUBSEQUENT DOCUMENT**