**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

—————

**OFFICIAL BUSINESS**

Return to
Sender



NIXIE    910    72    1    7212/27/24

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

2:20-cv-2291-DOC



FILED
CLERK, U.S. DISTRICT COURT

DEC 3 0 2024

CENTRAL DISTRICT OF CALIFORNIA
BY DEN                    DEPUTY



RECEIVED
CLERK, U.S. DISTRICT COURT

DEC 3 0 2024

CENTRAL DIST. OF CALIFORNIA

Case: 2:20cv2291  Doc: 841

William R Wise                                          Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 12/16/2024 at 8:20 AM PST and filed on 12/9/2024

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | Gregory Edward Gray |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:** 841

**Docket Text:**
**REQUEST to Proceed In Forma Pauperis, Declaration in Support filed by Interested party Gregory Edward Gray. (twdb)**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**
Ana Wai-Kwan Lai    alai@counsel.lacounty.gov
Arlene Nancy Hoang    arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org
Bradley Joseph Hamburger    bhamburger@gibsondunn.com, PACER-CA@gibsondunn.com
Brandon D Young    bdyoung@manatt.com, lgarcete@manatt.com
Brooke Alyson Weitzman    bweitzman@eldrcenter.org, gmacias_jacinto@eldrcenter.org, pamador-lopez@eldrcenter.org
Byron J McLain    bmclain@foley.com, byron-mclain-5906@ecf.pacerpro.com
Carol A. Sobel    carolsobellaw@gmail.com, carolsobel@aol.com
Catherine Elizabeth Sweetser    csweetser@sshhzlaw.com, cgallegos@sshhzlaw.com
Christian M. Contreras    al@Contreras-Law.com, cc@contreras-law.com, cs@Contreras-Law.com, es@Contreras-Law.com, kt@Contreras-Law.com, lawclerk@Contreras-Law.com, paralegal@Contreras-Law.com
Diane H Bang    dbang@umklaw.com, calendaring@umklaw.com
Elizabeth Anne Mitchell    elizabeth@umklaw.com, calendaring@umklaw.com
Isabelle Maxine Geczy    igeczy@lafla.org, lschmidt@lafla.org
Jason H. Tokoro    jtokoro@millerbarondess.com, aalamango@millerbarondess.com, briding@millerbarondess.com
Jeffrey Lewis    jeff@jefflewislaw.com, jason@jefflewislaw.com, kyla@jefflewislaw.com
Jennifer Mira Hashmall    mhashmall@millerbarondess.com, aransom@millerbarondess.com, docket@millerbarondess.com, eruth@millerbarondess.com