**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                                    Date:  January 2, 2025

Title: LA Alliance for Human Rights et al. v. City of Los Angeles et al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

|  |  |
|---|---|
| Karlen Dubon | Not Present |
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER ON JANUARY 7, 2025 HEARING**

The hearing set in this matter on January 7, 2025, at 9 a.m. will take place in Courtroom 1 at the First Street Courthouse in Los Angeles, CA. The Parties should be prepared to address the following issues at the hearing.

**City of Los Angeles Matters:**

1. LA Alliance's Motion for Settlement Agreement Compliance (Dkt. 767)

2. City Controller's Audit: The Court requests that the City Controller present a review of the recent audit conducted on the City's permanent housing programs. The Court requests a detailed summary of findings and recommendations to post on the public access page.

The Court is specifically interested in:
   A.    What factors contribute to the ineffectiveness of the permanent supportive housing program?
   B.    Why does the majority of the city's permanent housing funding come from time-limited subsidies, particularly given their expiration?

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date: January 2, 2025

Page 2

        C.      Are recipients of the time-limited subsidies receiving support services from the County, and if so, what are those services?

3. Audit Progress: The Court will inquire whether the City and all Parties are satisfied with the progress being made by A&M in the ongoing audit.

4. Special Master Update: The Special Master will provide an update on the ongoing dispute resolution discussions between the City and LA Alliance. The focus will be on addressing specific concerns raised by LA Alliance regarding the City's bed plan for homeless individuals, along with outlining any agreed-upon next steps.

6. City Public Access Website: The Court will discuss the need for improvements to the City's website (https://cao.lacity.gov/Homeless/HSC/AllianceSettlement.htm) focusing on enhancing clarity and accessibility of posted information. The Court invites public comment on this issue.

**County of Los Angeles Matters:**

1. Recouping Funds: The Court requests an update on efforts to recoup $51.8 million in funds from service providers since the last hearing, per the County Controller's report. This update should detail any progress made by the County and/or LAHSA. *See* Exhibit 1 attached here.

2. County and LA Alliance Update: The Special Master will provide an update on ongoing discussions between the County and LA Alliance about resolving disputes related to the County's quarterly status reports.

3. Audit Progress: The Court will inquire whether the County and all Parties are satisfied with A&M's audit progress.

4. Update from A&M: A&M will provide an update on their progress in obtaining all final data required for the audit. They will address any concerns or issues they are encountering in this process including ensuring that required information is transparent and accessible.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**


**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                     Date: January 2, 2025

                                                                    Page 3


5. County Public Access Website: The Court will discuss the need for improvements to the County's website (https://lacounty.gov/alliance/) focusing on enhancing clarity and accessibility of posted information. The Court invites public comment on this issue.

        The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                         Initials of Deputy Clerk: kdu

CIVIL-GEN

# EXHIBIT 1

**County of Los Angeles Department of Auditor-Controller**
**Los Angeles Homeless Services Authority - Finance, Contracts, Risk Management, and Grants Management Review**
**Measure H Working Capital Advances**

| No. | Subcontractor | Total Advances Issued as of 7/8/2024 | Advances Recouped as of 7/8/2024 | Advance Balance as of 7/8/2024 | Recouped date of advances in Column D | Recoupment Letter Issued Date | Recoupment Letter Returned by Provider | Date of additional Recoupment through FY23-24 | Additional Recoupment amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1736 Family Crisis Center | $ 914,593 | $ 60,266 | $ 854,327 | 7/16/2024 | 12/18/2023 | 1/5/2024 | 6/4/2024 | $ 97,637 |
| 2 | 211 LA County | $ 73,938 | $ 73,938 | $ - | 11/3/2021 | N/A | N/A | | $ - |
| 3 | Coalition for Responsible Community Development | $ 268,421 | $ - | $ 268,421 | | 12/15/2023 | 12/22/2024 | 6/12/2024 | $ 7,500 |
| 4 | Community Partners fbo Safe Place For Youth | $ 64,274 | $ 3,570 | $ 60,704 | 5/1/2024 | 12/15/2023 | 1/11/2024 | 8/21/2024 | $ 5,355 |
| 5 | Covenant House California | $ 491,468 | $ 13,652 | $ 477,816 | 7/3/2024 | 12/15/2023 | | 8/21/2024 | $ 54,608 |
| 6 | First to Serve | $ 755,528 | $ - | $ 755,528 | | 12/18/2023 | 1/9/2024 | 7/16/2024 | $ 41,974 |
| 7 | Harbor Interfaith Services, Inc. | $ 2,229,945 | $ 10,603 | $ 2,219,342 | 6/30/2019 | 12/18/2023 | 1/29/2024 | 8/7/2024 | $ 308,346 |
| 8 | Hathaway-Sycamores Child and Family Services | $ 1,128,937 | $ - | $ 1,128,937 | | 12/15/2023 | 12/19/2023 | 6/21/2024 | $ 125,437 |
| 9 | Home at Last Community Development Corporation | $ 797,681 | $ - | $ 797,681 | | 12/18/2023 | 5/1/2024 | | $ - |
| 10 | Homeless Health Care LA | $ 299,682 | $ 5,344 | $ 294,338 | 7/20/2024 | 1/11/2024 | 1/22/2024 | | $ - |
| 11 | Hope of the Valley Rescue Mission | $ 68,250 | $ - | $ 68,250 | | 12/15/2023 | | 8/13/2024 | $ 11,375 |
| 12 | Jovenes, Inc. | $ 449,117 | $ 92,425 | $ 356,692 | 6/4/2024 | 12/18/2023 | 12/19/2024 | 6/21/2024 | $ 21,618 |
| 13 | L.A. Family Housing Corporation | $ 6,373,401 | $ 629,807 | $ 5,743,594 | 12/16/2023 | 1/12/2024 | 1/16/2024 | 8/7/2024 | $ 1,240,954 |
| 14 | Lamp Community, Inc.-Now The People Concern | $ 2,464,714 | $ 26,623 | $ 2,438,091 | 4/6/2021 | 12/18/2023 | 12/19/2023 | | $ - |
| 15 | National Health Foundation | $ 52,317 | $ 52,317 | $ - | 6/5/2024 | 12/18/2023 | 12/18/2023 | | $ - |
| 16 | New Directions, Inc. | $ 34,347 | $ - | $ 34,347 | | 12/18/2023 | | | $ - |
| 17 | Ocean Park Community Center dba The People Concern | $ 453,868 | $ - | $ 453,868 | | 12/18/2023 | 12/19/2023 | | $ - |
| 18 | People Assisting the Homeless | $ 8,274,239 | $ 40,581 | $ 8,233,658 | 8/26/2022 | 12/20/2023 | 7/2/2024 | | $ - |
| 19 | Rainbow Services | $ 118,317 | $ - | $ 118,317 | | 12/15/2023 | 1/24/2024 | | $ - |
| 20 | Sanctuary of Hope | $ 344,884 | $ 96,280 | $ 248,604 | 3/20/2024 | 12/18/2023 | 1/19/2024 | 8/21/2024 | $ 28,412 |
| 21 | Special Services For Groups, Inc. | $ 6,674,335 | $ 814,377 | $ 5,859,958 | 4/23/2024 | 12/15/2023 | 1/10/2024 | 8/21/2024 | $ 306,982 |
| 22 | St. Anne's Maternity Home | $ 326,067 | $ 50,289 | $ 275,778 | 2/13/2024 | 12/18/2023 | 1/28/2024 | 8/13/2024 | $ 32,444 |
| 23 | St. Joseph's Center | $ 2,930,300 | $ 120,005 | $ 2,810,295 | 5/15/2020 | 2/28/2024 | | 8/7/2024 | $ 156,128 |
| 24 | Testimonial Community Love Center | $ 388,684 | $ - | $ 388,684 | | 1/11/2024 | 1/31/2024 | | $ - |
| 25 | The Midnight Mission | $ 448,950 | $ - | $ 448,950 | | 12/19/2023 | | | $ - |
| 26 | The People Concern | $ 893,505 | $ 22,766 | $ 870,739 | 6/30/2023 | 12/18/2023 | 12/19/2023 | | $ - |
| 27 | The Village Family Services | $ 869,561 | $ 70,915 | $ 798,646 | 6/7/2024 | 12/15/2023 | 12/21/2023 | 8/21/2024 | $ 88,738 |
| 28 | The Whole Child | $ 914,426 | $ - | $ 914,426 | | 1/22/2024 | 1/23/2024 | | $ - |
| 29 | Union Station Homeless Services | $ 2,035,055 | $ 45,203 | $ 1,989,852 | 2/12/2024 | 12/15/2023 | 12/22/2023 | | $ - |
| 30 | United Friends of the Children | $ 783,533 | $ 43,530 | $ 740,003 | 3/1/2024 | 12/18/2023 | 1/10/2024 | 8/13/2024 | $ 87,060 |
| 31 | United States Veterans Initiative, Inc. | $ 229,119 | $ - | $ 229,119 | | 12/15/2023 | | | $ - |
| 32 | Upward Bound House | $ 262,105 | $ 56,197 | $ 205,908 | 7/20/2002 | 1/22/2024 | | | $ - |
| 33 | Valley Oasis (formerly Antelope Valley Domestic Violence Council) | $ 2,684,614 | $ 24,669 | $ 2,659,945 | 10/24/2023; 1/16/2024 | 12/15/2023 | 12/21/2023 | 8/30/2024 | $ 450,012 |
| 34 | Volunteers of America of Los Angeles | $ 5,050,169 | $ 135,725 | $ 4,914,444 | 5/1/2024 | 12/18/2023 | 12/21/2023 | 8/13/2024 | $ 678,625 |
| 35 | Weingart Center Association | $ 436,051 | $ - | $ 436,051 | | 1/22/2024 | | | $ - |
| 36 | Whitter Area First Day Coalition | $ 206,833 | $ - | $ 206,833 | | 12/18/2023 | 12/29/2023 | 8/21/2024 | $ 23,000 |
| | Total | $ 50,791,228 | $ 2,489,083 | $ 48,302,145 | | | | | $ 3,766,206 |

The 12 of the 36 Service providers sampled are highlighted above          $          34,583,554



707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

November 26, 2024


Honorable David O. Carter
U.S. Courthouse
350 West 1st Street
Los Angeles, California 90012

**Subject: Update on Recoupment of Measure H Working Capital Advances**

Dear Judge Carter:

This letter provides an update on the recoupment of Measure H working capital advances, further to the analysis previously submitted to the court. Included with this letter is a spreadsheet detailing the current status of each organization's advance balance and recent payments.

As noted in the analysis provided to the Court on November 21, most recoupment happened in the first years of Measure H. Under new leadership, LAHSA began sending letters to service providers to restart the recoupment process. Of the 36 organizations that received Measure H advances, 35 had outstanding balances as of the end of 2023. In December 2023, LAHSA began sending these 35 service providers a letter outlining a plan to begin recoupment of these funds. LAHSA sent 28 letters in December, six letters in January 2024, and one letter in February 2024. Most providers returned their signed Recoupment Letter to LAHSA within a month, acknowledging receipt of the plan.

**Key Findings from the Analysis:**
- **Providers:** 36 providers received Measure H working capital advances.
- **Advance Amounts:** The total amount of advances provided is documented in the analysis.
- **Recoupment Status:** At the time of the audit, $2.5 million had been recouped. The analysis includes the date of these recoupments.
- **Outstanding Balances:** The analysis details the outstanding advance balance for each provider at the time of the audit.
- **Recoupment Letters:** Documentation includes the dates recoupment letters were sent to service providers and the dates signed letters were returned. Copies of these letters are provided.
- **Additional Recoupments:** An update as of November 21, 2024, details additional recoupments received.

- **Sample of Providers:** The analysis highlights 12 providers, with a combined outstanding balance of $34.6 million.

**Progress on Recoupment**

Since the County audit, LAHSA has recouped an additional $3.8 million, bringing the total recouped in the past year to $6.3 million. This reduces the outstanding balance to $44.5 million.

**LAHSA's Plan for Future Recoupment**

LAHSA is committed to the recoupment of the remaining $44.5 million as outlined in the provider recoupment notices. This will be achieved through:

- **Reduced Payables:** Offsetting future payments to service providers against their outstanding balances.
- **Direct Payments:** Providers making direct payments to LAHSA.

**Internal Controls**

To improve financial management and oversight, LAHSA is implementing the following internal controls:

- **Dedicated Account**: LAHSA is working with Los Angeles County to establish a separate, interest-bearing account for cash advances.
- **Regular Reconciliation:** Measure H advances and other funding source advances will be reconciled on a quarterly basis.

Sincerely,

Dr. Va Lecia Adams Kellum
Chief Executive Officer