**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                                 Date:  January 7, 2025

Title: LA Alliance for Human Rights et al. v. City of Los Angeles et al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

Karlen Dubon                                    Not Present
Courtroom Clerk                                 Court Reporter

ATTORNEYS PRESENT FOR          ATTORNEYS PRESENT FOR
PLAINTIFF:                     DEFENDANT:
None Present                   None Present

**PROCEEDINGS (IN CHAMBERS):**     **AMENDED ORDER ON JANUARY 7, 2025 HEARING**

The hearing set in this matter on January 7, 2025, at 9 a.m. will take place in Courtroom 1 at the First Street Courthouse in Los Angeles, CA. The Parties should be prepared to address the following issues at the hearing.

**City of Los Angeles Matters:**

1. LA Alliance's Motion for Settlement Agreement Compliance (Dkt. 767)

2. City Controller's Audit: The Court requests that the City Controller present a review of the recent audit conducted on the City's permanent housing programs. The Court requests a detailed summary of findings and recommendations to post on the public access page.

The Court is specifically interested in:
    A.    What factors contribute to the ineffectiveness of the permanent supportive housing program?
    B.    Why does the majority of the city's permanent housing funding come from time-limited subsidies, particularly given their expiration?

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                           Date: January 7, 2025

Page 2

      C.      Are recipients of the time-limited subsidies receiving support
services from the County, and if so, what are those services?

3. Audit Progress: The Court will inquire whether the City and all Parties are satisfied
with the progress being made by A&M in the ongoing audit.

4. Special Master Update: The Special Master will provide an update on the ongoing
dispute resolution discussions between the City and LA Alliance. The focus will be on
addressing specific concerns raised by LA Alliance regarding the City's bed plan for
homeless individuals, along with outlining any agreed-upon next steps.

6. City Public Access Website: The Court will discuss the need for improvements to the
City's website (https://homelessness-dashboard.vercel.app/AllianceRoadmapInside)
focusing on enhancing clarity and accessibility of posted information. The Court invites
public comment on this issue.

**County of Los Angeles Matters:**

1. Recouping Funds: The Court requests an update on efforts to recoup $51.8 million in
funds from service providers since the last hearing, per the County Controller's report.
This update should detail any progress made by the County and/or LAHSA. *See* Exhibit 1
attached here.

2. County and LA Alliance Update: The Special Master will provide an update on
ongoing discussions between the County and LA Alliance about resolving disputes
related to the County's quarterly status reports.

3. Audit Progress: The Court will inquire whether the County and all Parties are satisfied
with A&M's audit progress.

4. Update from A&M: A&M will provide an update on their progress in obtaining all
final data required for the audit. They will address any concerns or issues they are
encountering in this process including ensuring that required information is transparent
and accessible.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                                    Date: January 7, 2025

                                                                                              Page 3

5. County Public Access Website: The Court will discuss the need for improvements to the County's website (https://lacounty.gov/alliance/) focusing on enhancing clarity and accessibility of posted information. The Court invites public comment on this issue.

        The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                         Initials of Deputy Clerk: kdu

CIVIL-GEN