LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>        Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**COUNTY OF LOS ANGELES'S NOTICE OF LODGING ENGAGEMENT LETTER WITH A&M**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

711296.1

COUNTY OF LOS ANGELES'S NOTICE OF LODGING ENGAGEMENT LETTER

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on January 7, 2025, the County of Los Angeles (the "County") met and conferred with Alvarez & Marsal ("A&M"), the Honorable Jay Gandhi presiding in his capacity as Monitor, to finalize the County's proposed engagement letter with A&M related to the County's voluntary support for A&M's ongoing assessment of the City of Los Angeles ("City")'s homelessness programs under Inside Safe, the City-Plaintiffs' settlement in this action ("LA Alliance"), and the Roadmap/Freeway Agreement (together, "City Programs").  At Judge Gandhi's request, the County hereby lodges the following for the Court: **January 7, 2025 Letter Re: Engagement for Independent Assessment of the City of Los Angeles's Homelessness Programs (Roadmap – Freeway Agreement, Alliance, and Inside Safe) attached hereto as Exhibit A.**

DATED:  January 8, 2025                   MILLER BARONDESS, LLP

By:  _____
        MIRA HASHMALL
        Attorneys for Defendant
        COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX (310) 552-8400

711296.1

2

COUNTY OF LOS ANGELES'S NOTICE OF LODGING ENGAGEMENT LETTER