# Exhibit A



**County of Los Angeles**

Dawyn R. Harrison
County Counsel



January 7, 2025

Diane Rafferty, Managing Director
Alvarez & Marsal Public Sector Services, LLC
Public Sector Services, LLC
655 15th Street, NW, Suite 600
Washington, D.C. 20005

> **Re:** **Engagement for Independent Assessment of the City of Los Angeles's Homelessness Programs (Roadmap – Freeway Agreement, Alliance, and Inside Safe)**

Dear Ms. Rafferty:

This letter confirms and sets forth the terms and conditions of the engagement between the County of Los Angeles ("County") and Alvarez & Marsal Public Sector Services, LLC ("A&M") for the services as further described herein in connection with A&M's analysis and review of information and data provided by the County regarding County-funded services for the beds created in relation to the three City of Los Angeles' homelessness programs within the scope of this assessment: (1) Freeway Agreement – Roadmap Program; (2) City-Plaintiffs Alliance Settlement Program; and (3) Inside Safe Program (collectively, the "City's Programs"). Upon execution by each party, this letter will constitute an agreement between the County and A&M ("Agreement").

1.  **Scope of Services**

Under a separate engagement letter with Judge David O. Carter, presiding over the U.S. District Court for the Central District of California (the "Court") on behalf of the City of Los Angeles, A&M is conducting an independent assessment of the City's Programs in connection with the action titled *LA Alliance for Human Rights et al. v. City of Los Angeles et al.*, Case No. 2:20-CV-02291 (the "Action"). The assessment will have a lookback period from June 1, 2020, through June 30, 2024. A&M requests information and data from the County pertaining to the services provided and funded by the

708613.1

**648 Kenneth Hahn Hall of Administration**
500 West Temple Street
Los Angeles, California 90012-2713

TEL 213.974.1801
TDD 213.633.0901

**EXHIBIT A - Page 2**

Diane Rafferty, Managing Director
January 7, 2025
Page 2

County to the beds under the City's Programs to analyze and review as further described in Exhibit A (Scope of Services).  The requests to the County do not include financial data.  The County agrees to cooperate with this assessment by providing the necessary information and data requested by A&M regarding the services the County provides to support the City's Programs, as specified in Exhibit B (Order RE: Updated Data Request to County From A&M).

### 3.    Cost and Payment Term

A&M will perform the services described herein for a fixed fee of $620,000, which includes any additional expenses A&M incurs for travel and administrative expenditures.

A&M will invoice monthly invoices to the County in the amount of $310,000 for services rendered as described herein. These invoices will be submitted in the months of January 2025 and February 2025 and the County shall pay the invoice upon receipt.

### 4.    Term of the Engagement

This Agreement shall commence on October 23, 2024 and shall continue in effect until the conclusion of the services described in Exhibit A, unless terminated earlier by either party in accordance with the terms of this Agreement.

### 5.    Confidentiality

a.       A&M agrees to maintain the confidentiality of all records and information in accordance with all applicable Federal, State and local laws, rules, regulations, ordinances, directives, guidelines, policies and procedures relating to confidentiality, including, without limitation, County policies concerning information technology security and the protection of confidential records and information, the Court's October 30, 2024 Order re: Production of Confidential Data and Information ("Order" - Dkt. 811), any other court order(s) issued in connection with the assessment in the Action.  A&M agrees to inform all of its officers, employees, agents, affiliates, and subcontractors providing services hereunder of the confidentiality obligations of this Agreement.

To the extent that any of the information received by A&M from the County constitutes Personal Health Information ("PHI"), A&M agrees to comply with all applicable requirements of the Health Insurance Portability and Accountability Act ("HIPAA"), 42 C.F.R. Part 2, and all other applicable laws and regulations as set forth in

708613.1

**EXHIBIT A - Page 3**

Diane Rafferty, Managing Director
January 7, 2025
Page 3

the Order, including such requirements related to data security, encryption, storage, and transmittal.

**b.** A&M agrees that data provided under the terms of this Agreement will be used solely for the purposes of this engagement and is not to be used for any other purpose without permission by the County.

**c.** A&M will not review, use, collect, or retain any personal information obtained through interviews or personal interactions.

**d.** Within sixty (60) days after the City has received A&M's final report for the assessment in the Action, A&M will promptly: (i) return or destroy, at County's option, all originals and copies of all documents and materials, whether or not marked "confidential," that A&M has received hereunder from the County; and (ii) if return or destruction is not permissible under applicable law or otherwise feasible, continue to protect such information in accordance with the terms of this Agreement; and (iii) upon the County's written request, provide a written statement to County certifying that all documents and materials referred to in this Agreement have been delivered to County or destroyed accordingly, as requested by County.

### 6.  Amendment

For any change which affects the scope of services, Agreement term, Agreement sum, payments, or any term or condition included under this Agreement, an amendment to this Agreement must be prepared and executed by A&M and the County.

### 7.  Authorization Warranty

A&M represents and warrants that the person executing this Agreement for A&M is an authorized agent who has actual authority to bind A&M to each and every term, condition, and obligation of this Agreement and that all requirements of A&M have been fulfilled to provide such actual authority.

### 8.  Compliance with Applicable Laws

In the performance of this Agreement, A&M must comply with all applicable Federal, State and local laws, rules, regulations, ordinances, directives, guidelines, policies and procedures, and all provisions required thereby to be included in this Agreement are hereby incorporated herein by reference.

708613.1

Diane Rafferty, Managing Director
January 7, 2025
Page 4

### 9.    Counterparts and Electronic Signatures and Representation

This Agreement may be executed in two or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same Agreement. The facsimile or electronic signature of the parties will be deemed to constitute original signatures, and facsimile or electronic copies hereof will be deemed to constitute duplicate originals.  The County and A&M hereby agree to regard electronic representations of original signatures of authorized officers of each party, when appearing in appropriate places on the Amendments prepared pursuant to Paragraph 6 (Amendment) and received via communications facilities (facsimile or email), as legally sufficient evidence that such legally binding signatures have been affixed to Amendments to this Agreement.

### 10.    Governing Law, Jurisdiction, and Venue

This Agreement will be governed by, and construed in accordance with, the laws of the State of California.  A&M agrees and consents to the exclusive jurisdiction of the courts of the State of California for all purposes regarding this Agreement and further agrees and consents that venue of any action brought hereunder will be exclusively in the County of Los Angeles.

### 11.    Independent Contractor Status

This Agreement is by and between the County and A&M and is not intended, and must not be construed, to create the relationship of agent, servant, employee, partnership, joint venture, or association, as between the County and A&M. The employees and agents of one party must not be, or be construed to be, the employees or agents of the other party for any purpose whatsoever.  A&M will be solely liable and responsible for providing to, or on behalf of, all persons performing work pursuant to this Agreement all compensation and benefits. The County will have no liability or responsibility for the payment of any salaries, wages, unemployment benefits, disability benefits, Federal, State, or local taxes, or other compensation, benefits, or taxes for any personnel provided by or on behalf of A&M.  A&M understands and agrees that all persons performing work pursuant to this Agreement are, for purposes of Workers' Compensation liability, solely employees of A&M and not employees of the County.  A&M will be solely liable and responsible for furnishing any and all Workers' Compensation benefits to any person as a result of any injuries arising from or connected with any work performed by or on behalf of A&M pursuant to this

708613.1

**EXHIBIT A - Page 5**

Diane Rafferty, Managing Director
January 7, 2025
Page 5

Agreement.  A&M must adhere to the provisions stated in Paragraph 5 (Confidentiality).

**12.**    **No Third-Party Beneficiary**

There are no third-party beneficiaries to this Agreement. The County acknowledges that all work product (written or oral) provided by A&M in connection with this engagement is intended solely for the benefit and use by the Court in connection with the Action in considering the matters to which this engagement relates. No such work product shall be used for any other purpose or reproduced, disseminated, quoted or referenced to at any time in any manner or for any purpose other than accomplishing the tasks referred to herein without the party's prior approval (which shall not be unreasonably withheld), except as required by law. A&M shall make available to the County and the public the final work product, provided any information made available to the public is scrubbed of any personal data and/or has been rendered completely de-identified of any personal data in accordance with 45 Code of Federal Regulations ("CFR") section 164.514. The work product is not being rendered by A&M as an agent of the Court, the County, or the City of Los Angeles or any of its constituents and A&M shall not have any liability or obligation with respect to its services hereunder to such constituents or to any other person, firm or public or private entity.

**13.**    **Conflict of Interest**

A&M is not currently aware of any relationship that would create a conflict of interest with the Court or those parties-in-interest of which it has been made aware. Because A&M and its affiliates and subsidiaries comprise a consulting firm (the "Firm") that serves clients on a global basis in numerous cases, both in and out of court, it is possible that the Firm may have rendered or will render services to or have business associations with other entities or people which had or have or may have relationships with the County.  The Firm will not be prevented or restricted by virtue of providing the services under this Agreement from providing services to other entities or individuals, including entities or individuals whose interests may be in competition or conflict with the County's, provided the Firm makes appropriate arrangements to ensure that the confidentiality of information is maintained.

No County employee whose position with the County enables such employee to influence the award of this Agreement or any competing contract, and no spouse or economic dependent of such employee, will be employed in any capacity by A&M or

708613.1

**EXHIBIT A - Page 6**

Diane Rafferty, Managing Director
January 7, 2025
Page 6

have any other direct or indirect financial interest in this Agreement. No officer or employee of A&M who may financially benefit from the performance of work hereunder will in any way participate in the County's approval, or ongoing evaluation, of such work, or in any way attempt to unlawfully influence the County's approval or ongoing evaluation of such work.  Failure to comply with the provisions of this paragraph will be a material breach of this Agreement.

14.     **Mutual Limitation of Liability**

In no event shall either A&M or the County be liable hereunder, whether a claim be in tort, contract or otherwise, for any amount in excess of the total professional fees A&M receives or are otherwise payable to A&M (as set forth in Section 3 above) for the services under this Agreement except to the extent that such liability is finally determined to have been caused primarily and directly by the fraud or willful misconduct of such party.  In no event shall either party be liable to the other party for any consequential, special, indirect, incidental, punitive, or exemplary loss, damage, or expense relating to this engagement (including, without limitation, loss of revenue, data, goodwill, or similar damages) even if advised of the possibility of such damages.  For avoidance of doubt, none of either party's affiliated entities, nor its or its affiliated entities' respective partners, principals and personnel, shall have any liability hereunder.

b.      Termination of this engagement shall not affect these indemnification provisions, which shall remain in full force and effect.

15.     <u>**Assignment, Delegation, and Subcontracting**</u>

A&M shall not assign its rights and/ or subcontract, or otherwise delegate, its duties under this Agreement, either in whole or in part, without the prior written consent of the County, and any attempted assignment or delegation without such consent shall be null and void.  A&M may utilize the resources, personnel, infrastructure, equipment and expertise of its affiliates and their personnel to provide administrative support for A&M's services under this Agreement, provided that only A&M will be able to access any PHI to the extent any is provided by the County hereunder.   Under no circumstances may A&M assign, delegate, or sub-contract the contracted-for services under this Agreement.

708613.1

Diane Rafferty, Managing Director
January 7, 2025
Page 7

16.    **Validity**

If any provision of this Agreement or the application thereof to any person or circumstance is held invalid, the remainder of this Agreement and the application of such provision to other persons or circumstances will not be affected thereby.

17.    **Notices**

Notices required or permitted to be given under the terms of this Agreement or by any law now or hereafter in effect may, at the option of the party giving notice, be given by personal delivery or by enclosing the same in a sealed envelope addressed to the party for whom intended and by depositing such envelope with postage prepaid in the United States Post Office or substation thereof, or any public mail box.

The notices and envelopes containing same to COUNTY shall be addressed to:

Cheri Todoroff, Executive Director
County of Los Angeles Chief Executive Office
Homeless Initiative Branch
Kenneth Hahn Hall of Administration
500 W. Temple Street
Los Angeles, CA 90012
Email: CTodoroff@ceo.lacounty.gov

The notices and envelopes containing same to A&M shall be addressed to:

Diane Rafferty, Managing Director
Alvarez & Marsal Public Sector Services, LLC
655 15th Street, NW, Suite 600
Washington, D.C. 20005
Email Address: drafferty@alvarezandmarsal.com

18.    **General Insurance Requirements**

a.    Without limiting A&M's indemnification of County, and in the performance of this Agreement and until all of its obligations pursuant to this Agreement have been met, A&M shall provide and maintain at its own expense insurance coverage satisfying the requirements specified in this Agreement. These minimum insurance coverage terms, types and limits (the "Required Insurance") also

708613.1

**EXHIBIT A - Page 8**

Diane Rafferty, Managing Director
January 7, 2025
Page 8


are in addition to and separate from any other contractual obligation imposed upon A&M pursuant to this Agreement. The County in no way warrants that the Required Insurance is sufficient to protect the A&M for liabilities which may arise from or relate to this Agreement.

(i)     **Evidence of Coverage and Notice to County**: A certificate(s) of insurance coverage (Certificate) satisfactory to County, and a copy of an Additional Insured endorsement confirming County and its Agents (defined below) has been given Insured status under the A&M's General Liability policy, shall be delivered to County at the address shown below and provided prior to commencing services under this Agreement. 'Certificates shall identify all Required Insurance coverage types and limits specified herein, reference this Agreement by name or number, and be signed by an authorized representative of the insurer(s). The Insured party named on the Certificate shall match the name of the A&M identified as the contracting party in this Agreement. Certificates shall provide the full name of each insurer providing coverage, its NAIC (National Association of Insurance Commissioners) identification number, its financial rating, the amounts of any policy deductibles or self-insured retentions exceeding fifty thousand ($50,000.00) dollars, and list any County required endorsement forms. Neither the County's failure to obtain, nor the County's receipt of, or failure to object to a non-complying insurance certificate or endorsement, or any other insurance documentation or information provided by A&M, its insurance broker(s) and/or insurer(s), shall be construed as a waiver of any of the Required Insurance provisions. Certificates and copies of any required endorsements shall be sent to:

> Cheri Todoroff, Executive Director
> County of Los Angeles Chief Executive Office
> Homeless Initiative Branch
> Kenneth Hahn Hall of Administration
> 500 W. Temple Street
> Los Angeles, CA 90012
> Email: CTodoroff@ceo.lacounty.gov

A&M also shall promptly report to County any injury or property damage accident or incident, including any injury to an A&M employee occurring on County property, and any loss, disappearance, destruction, misuse, or theft of County property, monies or securities entrusted to A&M. A&M also shall promptly notify County of any third-party claim or suit filed against A&M or any of its subcontractors

708613.1

Diane Rafferty, Managing Director
January 7, 2025
Page 9

which arises from or relates to this Agreement, and could result in the filing of a claim or lawsuit against A&M and/or the County.

**(ii)    Additional Insured Status and Scope of Coverage**:  The County of Los Angeles, its Special Districts, Elected Officials, Officers, Agents, Employees and Volunteers (collectively, "County and its Agents") shall be provided additional insured status under A&M's General Liability policy with respect to liability arising out of A&M's ongoing and completed operations performed on behalf of the County.  The County and its Agents additional insured status shall apply with respect to liability and defense of suits arising out of the A&M's acts or omissions, whether such liability is attributable to A&M or to the County.  The full policy limits and scope of protection also shall apply to the County and its Agents as an additional insured, even if they exceed the County's minimum Required Insurance specifications herein.  Use of an automatic additional insured endorsement form is acceptable providing it satisfies the Required Insurance provisions herein.

**(iii)    Cancellation of or Changes in Insurance**:  A&M shall provide County with, or A&M's insurance policies shall contain a provision that County shall receive, written notice of cancellation or any change in Required Insurance, including insurer, limits of coverage, term of coverage or policy period.  The written notice shall be provided to the County at least ten (10) days in advance of cancellation for non-payment of premium and thirty (30) days in advance for any other cancellation or policy change.   Failure to provide written notice of cancellation or any change in Required Insurance may constitute a material breach of the Agreement, in the sole discretion of the County, upon which the County may suspend or terminate this Agreement.

**(iv)    Failure to Maintain Insurance**:  A&M's failure to maintain or to provide acceptable evidence that it maintains the Required Insurance shall constitute a material breach of the Agreement, upon which County immediately may withhold payments due to A&M, and/or suspend or terminate this Agreement.

**(v)    Insurer Financial Ratings**:  Coverage shall be placed with insurers acceptable to the County with A.M. Best ratings of not less than A:VII unless otherwise approved by County.

**(vi)    A&M's Insurance Shall Be Primary:**  A&M's insurance policies, with respect to any claims related to this Agreement, shall be primary with respect to all other sources of coverage available to A&M.  Any County maintained

708613.1

**EXHIBIT A - Page 10**

Diane Rafferty, Managing Director
January 7, 2025
Page 10

insurance or self-insurance coverage shall be in excess of and not contribute to any A&M coverage.

(**vii**)   **Deductibles and Self-Insured Retentions (SIRs)**:  A&M's policies shall not obligate the County to pay any portion of any A&M deductible or SIR.

(**viii**)   **Claims Made Coverage:**  If any part of the Required Insurance is written on a claims made basis, any policy retroactive date shall precede the effective date of this Agreement.  A&M understands and agrees it shall maintain such coverage for a period of not less than three (3) years following Agreement expiration, termination or cancellation.

(**xi**)   **Application of Excess Liability Coverage**:  A&M may use a combination of primary, and excess insurance policies which provide coverage as broad as ("follow form" over) the underlying primary policies, to satisfy the Required Insurance provisions.

b.   **Insurance Coverage Requirements.**

(**i**)   Commercial General Liability insurance (providing scope of coverage equivalent to ISO policy form CG 00 01), naming County and its Agents as an additional insured, with limits of not less than:

| | |
|---|---|
| General Aggregate: | $2 million |
| Products/Completed Operations Aggregate: | $1 million |
| Personal and Advertising Injury: | $1 million |
| Each Occurrence: | $1 million |

(**ii**)   Automobile Liability insurance (providing scope of coverage equivalent to ISO policy form CA 00 01) with limits of not less than $1 million for bodily injury and property damage, in combined or equivalent split limits, for each single accident.  Insurance shall cover liability arising out of A&M's use of autos pursuant to this Agreement, including leased, hired, and/or non-owned autos, as each may be applicable.

(**iii**)   Workers Compensation and Employers' Liability insurance or qualified self-insurance satisfying statutory requirements, which includes Employers' Liability coverage with limits of not less than $1 million per accident.  If A&M will provide leased employees, or, is an employee leasing or temporary staffing firm or a professional employer organization (PEO), coverage also shall include an

708613.1

**EXHIBIT A - Page 11**

Diane Rafferty, Managing Director
January 7, 2025
Page 11

Alternate Employer Endorsement (providing scope of coverage equivalent to ISO policy form WC 00 03 01 A) naming the County as the Alternate Employer, and the endorsement form shall be modified to provide that County will receive not less than thirty (30) days advance written notice of cancellation of this coverage provision.  If applicable to A&M's operations, coverage also shall be arranged to satisfy the requirements of any federal workers or workmen's compensation law or any federal occupational disease law.

**(iv)** Professional Liability/Errors and Omissions Insurance covering A&M's liability arising from or related to this Agreement, with limits of not less than $1 million per claim and $2 million aggregate.  Further, A&M understands and agrees it shall maintain such coverage for a period of not less than three (3) years following this Agreement's expiration, termination or cancellation.

**19.   Entire Agreement**

This engagement letter incorporates the entire understanding of the parties with respect to the subject matter hereof and may not be modified or amended except in writing executed by both parties hereto per Paragraph 6, Amendment.

**AGREED TO AND ACCEPTED.**

**COUNTY OF LOS ANGELES**

_____          Dated:_____1/7/2025_____

By:  Ana Lai
Title: Senior Deputy County Counsel

**ALVAREZ & MARSAL PUBLIC SECTOR SERVICES, LLC**

_____          Dated:_____1/7/2025_____

By:

708613.1

**EXHIBIT A - Page 12**

Diane Rafferty, Managing Director
January 7, 2025
Page 12


Title:

708613.1



OFFICE OF THE
COUNTY COUNSEL

**County of Los Angeles**

Dawyn R. Harrison
County Counsel



Exhibit A

Scope of Services

1.    <u>Background</u>

(a)   Alvarez & Marsal Public Sector Services LLC ("A&M") was retained to conduct an independent assessment of the City Programs (reference the letter of engagement dated May 17, 2024 [the "Engagement Letter"]).   Specifically, the financial and performance assessment set forth in the Engagement Letter was limited to a review of funding from the City of Los Angeles and the three identified City Programs. This assessment has a lookback period of June 1, 2020 through June 30, 2024.

(b)   As outlined in the Engagement Letter, A&M's assessment includes conducting a comprehensive analysis and evaluation of the City Programs limited to the funding by the City of Los Angeles, specifically whether the City Programs:

   i.   Increase, reduce, or otherwise impact housing and shelter placements and stability of people experiencing homelessness.

   ii.   Assist or hinder people experiencing homelessness in enrolling and receiving proper care and services including behavioral health, access to treatment beds, and substance use treatment.

   iii.   Increase, reduce, or otherwise impact the number of individuals experiencing unsheltered and chronic homelessness.

   iv.   Reduce, increase, or otherwise impact barriers to individuals attempting to obtain permanent housing.

   v.   Increase the prospects that outreach services and referrals result in securing shelter, housing and /or treatment or rehabilitative services for people utilizing homelessness assistance projects.

708613.1

**648 Kenneth Hahn Hall of Administration**
500 West Temple Street
Los Angeles, California 90012-2713

TEL 213.974.1801
TDD 213.633.0901

**EXHIBIT A - Page 14**

Diane Rafferty, Managing Director
January 7, 2025
Page 14

> vi.  Result in individuals obtaining shelter and permanent housing.

(c)  During the course of this assessment, the A&M team determined that services funded by the County of Los Angeles offer critical insights that are essential to the evaluation of the City Programs.

2.  <u>Proposed Scope of Services</u>

(a)  Analyze and review data produced by the County of Los Angeles under the Protective Order dated October 30, 2024 to obtain an understanding of the services in relation to the City Programs.

(b)  Conduct a review and analysis of a representative sample of contracts between the County of Los Angeles and service providers, along with relevant documentation, such as policies, guidelines and standard operating procedures related to services at the identified sites. This review will be conducted to gain a thorough understanding of the supportive services provided, including intensive case management, to serve as a foundation for assessing compliance with the terms and conditions specified in contractual agreements or other applicable departmental policies and procedures. Further, this analysis will focus on services provided at the sites identified for fieldwork, specifically the identified permanent supportive housing sites established by the City of Los Angeles pursuant to the City-Plaintiffs Alliance Settlement as well as at Homeless Initiative funded high service need interim housing sites that serve people experiencing homelessness within the City of Los Angeles.

(c)  Conduct up to ten (10) site visits at permanent supportive housing sites established by the City of Los Angeles as well as at Homeless Initiative funded high service need interim housing sites that serve people experiencing homelessness within the City of Los Angeles under the Programs. *As discussed on November 21, 2024, A&M understands the sensitivity of conducting site visits at mental health/SUD beds, and therefore, will not conduct site visits at these locations.*

708613.1

**EXHIBIT A - Page 15**

Diane Rafferty, Managing Director
January 7, 2025
Page 15

(d) Confer with the County regarding locations and methodology, as needed, to ensure contracts and facilities share alignment with the City Programs.

(e) Interview stakeholders to gather perspectives and insights, as needed, based on data analysis and fieldwork.

(f) Formulate observations/findings for the final report.

708613.1

**EXHIBIT A - Page 16**



## OFFICE OF THE
# COUNTY COUNSEL

**County of Los Angeles**

Dawyn R. Harrison
County Counsel



Exhibit B

Order RE: Updated Data Request to County From A&M

"1. Data Request #1: For the interim and permanent supportive housing beds established by the City and City and County-funded outreach teams under the Programs, please provide the data supporting the referrals received for services funded by the County for each respective department as well as by County-funded providers.

A. Data fields to include a unique client identifier, date of the referral [date the County received the referral], type of referral, referral destination (specific County department, name of provider), outcome of referral (including client refusals), and the location/site of the bed established by the City. Please provide the data sources and data definitions.

2. Data Request #2: For the interim housing beds established by the City under the Programs, please provide data supporting the mainstream and other supportive services provided to the eligible clients served by the County as well as by County-funded service providers.

A. Data fields to include a unique client identifier, the date of the initial referral (as applicable), type of referral, referral destination (specific County department), date of the initial visit (as applicable), date the service was provided, type of service rendered, outcome (as applicable), service provider (specific County department, name of provider), and the location/site of the interim housing bed established by the City. Please provide the data sources and data definitions.

3. Data Request #3: Please provide a listing of the clients placed in County Homeless Initiative-funded unlicensed high service need interim housing, including the site locations of the high service need interim housing beds and the origin of the clients (such as location of unsheltered City people experiencing homelessness, the interim housing site).

708613.1

**648 Kenneth Hahn Hall of Administration**
500 West Temple Street
Los Angeles, California 90012-2713

TEL 213.974.1801
TDD 213.633.0901

**EXHIBIT A - Page 17**

Diane Rafferty, Managing Director
January 7, 2025
Page 17

       A.  Data fields include a unique client identifier, date of referral (as applicable), date of placement into the high service need interim housing bed, location of the high service need interim housing bed placement, and origin of the clients. Please provide the criteria and eligibility requirements for placement in high service need interim housing as well as the data sources.

       4.  Data Request #4: Please provide a listing of the people experiencing homelessness in the City as defined in the City County MOUs signed on May 2, 2024, who received access and placement into mental health/SUD beds, including the site locations of the beds and the origin/location of the client.

       A.  Data fields include a unique client identifier, date of referral (as applicable), date of placement into the mental health/SUD bed, location of the mental health/SUD bed, and origin of the City-funded bed. Please provide the criteria and eligibility requirements for placement in a mental health/SUD bed as well as the data sources.

       5.  Data Request #5: For the permanent housing beds established by the City under the Programs, please provide data supporting the Permanent Supportive Housing (PSH) services provided to the eligible clients served by the County as well as by County-funded service providers. These PSH services include social welfare or benefits administered by or through the County, including (1) Intensive Case Management Services ("ICMS") and integrated health services; (2) Mainstream Services; and (3) services to facilitate a tenant's connection to primary care, specialty mental health services, and substance abuse disorder services.

       A.  Data fields to include a unique client identifier, the date of the initial referral (as applicable), date of the initial visit (as applicable), date the service was provided, type of service rendered, outcome (as applicable), service provider (specific County department, name of provider), and the location/site of the permanent housing bed established by the City. Please provide the data sources and data definitions.

       6.  Data Request #6: Please provide the definition of "services commenced" in reference to the reports to the Court on the supportive services for City interim housing.

708613.1

Diane Rafferty, Managing Director
January 7, 2025
Page 18

7.  Data Request #7: Please provide the definition or parameters that define the threshold that the County uses to provide services onsite at a City-funded interim housing site (e.g., a certain occupancy rate, number of participants).

8.  Data Request #8: Please provide a listing of all locations of the County Homeless Initiative-funded unlicensed high service need interim housing and the types of services provided at each respective location.

9.  Data Request #9: Please provide a listing of all locations of mental health / SUD beds and the types of services provided at each respective location.

Please provide each data request in a separate file."

708613.1

**EXHIBIT A - Page 19**