**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CIVIL MINUTES – GENERAL

Case No. 2:20-cv-02291-DOC-KES                          Date:  January 14, 2025

Title: LA Alliance for Human Rights et al. v. City of Los Angeles et al.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER DENYING MOTION TO BE NAMED INTERESTED PARTY AND SUBMIT DOCUMENTS IN AUDIT [842]**

Before the Court is a Motion Requesting Permission to Be Named an Interested Party and Document Submission in Court-Ordered Audit filed by Gregory Edward Gray ("Motion") (Dkt. 842).

The Court thanks Mr. Gray for sharing his experiences and for his efforts to ensure that the audit of Los Angeles homelessness services is thorough and transparent. Mr. Gray's experience highlights the many gaps that continue to exist in the transition from interim to permanent housing. Mr. Gray's wife was able to share Mr. Gray's experience during public comment at the Court's January 7, 2025 hearing in Los Angeles and those remarks are attached to the Court's Minutes of that hearing as Supplemental 3 (Dkt. 852) on the docket and public website.

It does not appear that Mr. Gray seeks to intervene in this lawsuit. Mr. Gray asks the court to name him an interested party. After careful consideration, the Court finds that Mr. Gray's interests are adequately represented by the Parties in this litigation and that it

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                                    Date: January 14, 2025

Page 2

is unnecessary for him to be named an interested party. Thus, the request to be named an interested party is denied.

Moreover, Mr. Gray's request to submit documentation to Alvarez and Marsal ("A & M"), the firm conducting the independent audit of homelessness services, is also denied. The Court is confident that A & M is thoroughly evaluating the services that are part of the audit's scope including the Inside Safe Program discussed by Mr. Gray. A & M is assessing these important issues to the extent that they are within the scope of the audit.

In conclusion, the Court **DENIES** Mr. Gray's Motion (Dkt. 842).

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                    Initials of Deputy Clerk: kdu

CIVIL-GEN