# EXHIBIT B

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Eunisses Hernandez |
|---|---|
| Council District: | 1 |

| Size of District (square miles) | 15.8 sq mi |
|---|---|
| Unsheltered Homeless Population within 500 feet of the Freeway | 430 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 6th/ Beaudry- Obj ID 43 | Y | 25 | large encampments multiple structures |
| 2 | 14th/ Oak St- Obj ID 44 | Y | 15 | large encampments mutiple structures |
| 3 | Ave 19/ 110fwy- Obj ID 114 | Y | 10 - vehicles | large encampments and numerous vehicle dwellers |
| 4 | 5fwy/ Pasadena Ave- Obj ID 118 | Y | 5 - vehicles | large encampments and numerous vehicle dwellers |
| 5 | North Central Dog Park- Obj ID 124 | Y | 10 - vehicles | large encampments and numerous vehicle dwellers |
| 6 | Ave 52/ 110fwy-Obj ID 126 | Y | 5 - vehicles | large encampments and numerous vehicle dwellers |

**Interventions in Development**

List any projects that are currently in the pipeline in your district.

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| Permanent Housing: Prop HHH | 1532 W. Cambria St. | 56 | | | 10/9/2020 |
| Interim Housing | Solaire Hotel 1710 7th St | 91 | Project Homekey | | 1/1/2021 |
| Permanent Housing: Non-Prop HHH - PSH | 1255 S Elden Ave. | 15 | | | 2/3/2021 |
| Interim Housing | 313 Patton St. | 27 | Winter Shelter Extension | | 4/1/2021 - 6/30/2022 |
| Interim Housing | The Mayfair Hotel | 267 | Project Roomkey | | 11/1/2020 - 7/15/2022 |
| Interim Housing | America's Best Value Inn | 61 | Project Roomkey | | 4/16/2021 - 12/9/2021 |
| Interim Housing | Best Western Dragon's Gate Inn | 50 | Project Roomkey | | 4/16/2021 - 6/15/22 |
| Interim Housing | Royal Pagoda | 33 | Project Roomkey | | 5/17/2021 - 1/28/2022 |
| Interim Housing | 499 N. San Fernando Rd. | 95 | | | 1/23/2024 |
| Rapid Rehousing/Shared Housing | Multiple | 85 | Placements as of 12/31/24 | | N/A |

**Proposed Additional Interventions**

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) | |
|---|---|---|---|---|---|
| Interim Housing | N. San Fernando Rd | TBD | | TBD | |
| Interim Housing | S. Columbia Ave. | up to 60 | La Posada | | TBD |

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Adrin Nazarian |
|---|---|
| Council District: | 2 |

| | |
|---|---|
| Size of District (square miles) | 25.0 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 150 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Rhodes/Gilmore | Y | 10 | 7 people moved into Chandler TH |
| 2 | Moorpark/Bellflower --170 fwy | Y | 10 | 4 were moved into ABH or Tiny Homes |
| 3 | 12240 Archwood st. --170fwy | Y | 10 | Tents in park and freeway underpass |
| 4 | Strathern Park West/170 fwy | Y | 8 | Continuing to conduct outreach and offer placement at Whitsett THV. Most individualt took Tiny Homes |
| 5 | Lankershim/Riverside --134 fwy | Y | 2 | Cleared out, All individuales offered and some placed into interventions |
| 6 | Laurel Canyon/Erwin --170 fwy | Y | 15 | More than 40 park and parking lot residents were moved into Tiny Homes |
| 7 | 10835 Chandler Blvd. | Y | 6 | just a few tents in the park now |
| 8 | Center Median of Riverside / 134 fwy underpass | Y | 5 | 2 moved into Tiny Homes Chandler |
| 9 | Cumpston/Lankershim | N | 5 | Metro station tents |
| 10 | 7880 San Fernando Rd. | N | 12 | Mostly RVs, vehicles adjacent to railroad tracks. Many have transitioned to Tiny Homes or motel rooms |

**Interventions in Development**

List any projects that are currently in the pipeline in your district.

| Project Type | Location | Capacity | Description | Target Encampment(s) | Opening Date |
|---|---|---|---|---|---|
| A Bridge Home | 13160 Raymer St. | 85 | Open | District wide | 7/16/2020 |
| A Bridge Home | 7700-7798 Van Nuys Blvd. | 100 | Open | District wide | 8/17/2020 |
| Interim Housing | 11471 Chandler Blvd. | 75 | Tiny Home Village on City-owned site | 2,5,7,8 | 2/1/2021 |
| Interim Housing | 6099 Laurel Canyon Blvd. | 200 | Tiny Home Village on City-owned site | 1,3,6,9 | 4/13/2021 |
| Interim Housing | 12600 Saticoy St. | 150 | Tiny Home Village on City/Caltrans-owned site | 4, 9, 10 | 9/21/2021 |
| Rapid Rehousing/Shared Housing | N/A | 75 | Placements as of 12/31/24 | TBD | N/A |

**Proposed Additional Interventions**

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|

| Other Homeless Interventions Not Included in the Roadmap | | | | | |
|---|---|---|---|---|---|
| New homeless interventions in your district that are not included in the Roadmap because beds are not eligible per the MOU criteria. | | | | | |
| Project Type | Location | Capacity | Description | Target Encampment(s) | Opening Date |
| Inside Safe | Willows Motel | 38 | Motel rooms | 2 | Feb 2023 |
| Project Home Key | Burbank Blvd. | 70 rooms | HACLA | | Feb 2021 |
| seRVe LA - RV Services | San Fernando Road | 80 | LASAN proactive septic pumping | 15 | March 2020 |
| Navigation Center | 11839 Sherman Way | Serves 3500 annually | Drop in services and employment center for PEH | | March 2020 |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Bob Blumenfield |
|---|---|
| Council District: | 3 |

| Size of District (square miles) | 36.6 sq mi |
|---|---|
| Unsheltered Homeless Population within 500 feet of the Freeway | 14 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Winnetka Ave at 101 fwy | Y | In the past there were 30 people, As of 1/9/25 the underpass is clear. This is a 41.18 location | underpass encampment where people were given shelter in LAHSA pilot Oct 2020 41.18 specific site |
| 2 | Corbin Ave at 101 fwy | Y | This is a 41.18 location. AS of 1/9/25, the area is clear | underpass encampment where people were given shelter in LAHSA pilot Oct 2020, previously approx 10 people (some returning some new). Fire 3/31/21 destroyed much of it. 41.18 specific site |
| 3 | LA River at Winnetka, (length from Canoga to White Oak including DeSoto, Tampa) | N | In the past, there have been up to 30 people living along this river area. There is one encampment along the river at this time in a storm drain that is belons to LA County. 1/9/25. This area is goverened by 41.18. However there are 2 people who live in the | LA River zone, particularly the bikeway, street underpasses, property that is owned by City, some by County in flood control district. This is a 41.18 area now and was an Inside Safe location. |
| 4 | Eton and Vanowen (Canoga Park) | N | Has had up to 12 people. As of 1/9/25, there are 5 tents present with 5 individuals. This is within an ABH zone. Enforcement will be based on LSAN scheduling | River adjacent area where encampment spills onto private property near Orange Line. This is a 41.18 area now. |
| 5 | 6 other underpasses in CD3 = Burbank, Tampa, DeSoto, Canoga, Topanga, Shoup | Y | In the past there have been up to 15 people present. As of 1/9/25, there were 2 people | underpass encampments where people were given shelter in LAHSA pilot Oct 2020. 41.18 specific site |
| 6 | Don Pio and Costanso (near DeSoto underpass) | Y | In the past there have been up to 7 people with tents present. As of 1/9/25, there is one tent. | residential area that has had two large RVs and four separate sleeping areas including the adjacent LADOT parking lot, including seniors and veterans. Some previously lived at the Winnetka underpass. |
| 7 | Vassar and Califa (near Warner Ranch Park) | N | In the past, there have been up to 3 RVs and 4 tents present. As of 1/9/25, there are 3 tents | There are no longer Tents on sidewalk on Vassar or RV's and cars |
| 8 | Saticoy and Reseda Blvd (Reseda) | N | One person occassionally. We now share this location with CD4 due to redistricting. As of 10/8/24 no one is present | tent on sidewalk |
| 9 | Deering Circle at Independence Ave | N | This is an expired 41.18 location. There have been up to 10 people in the past. As of 1/9/25 there are 2 tents | tents and structureswere near the Orange Line, property owned by Metro, DWP, or City |
| 10 | Deering Ave at Deering Court | N | Currently none, in the past up to 6 individuals | vehicles and structures were on sidewalk and public right of way |
| 11 | Winnetka Ave and Roscoe (Winnetka Rec Center) | N | Currently none, in the past at least 15 | Winnetka Rec Center, shelters were built on baseball diamond and bleachers and tents near the on site child care  41.18 specific site |
| 12 | Bassett at DeSoto and at Owensmouth | N | Currently 1 tent as of 1/9/25. In the past 5 people. This is an ABH location. There are 3 tents. | tents and structures on sidewalk and areas that are owned by LA County or LA City. This is an ABH zone |
| 13 | DeSoto and Ventura | Y | Currently none, but in the past up to 5 people | RVs with tents and belongings were alongside retail, near 101 |
| 14 | Woodlake and Ventura | Y | There are currently no people. In the past up there have been up to 7-10 individuals with RV's | RVs and tents were on sidwalk |
| 15 | Mulholland/Valley Circle and the 101 freeway | Y | Currently none, previously this was an RV encampment area | RVs were parked over a long stretch of Valley Circle/Mulholland Drive where it crosses the 101, between Valmar road on the south and Calenda Drive on the North. The RVs will extend several miles along this road but the Roadmap MOU prioritization would be the area closest to 101 |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Bob Blumenfield |
|---|---|
| Council District: | 3 |

| | |
|---|---|
| Size of District (square miles) | 36.6 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 14 |

## Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 16 | 9035 Independence Ave | N | One camper and 3 RV's. In the past up 5 to 10 people. Expired 41.18 location | tents and RV's and belongings on ROW. As of 1/9/25 there are no structures or tents. This is a 41.18 zone |
| | 21018 Osborne St | N | 2 RV's. But in the past between 2 to 3 people living in RV's | This is a 41.18 location. However the ordinace does not cover RV's and that's what the people were living in. |
| 17 | Roscoe and Mason 20500 Roscoe Blvd | N | Currently none, but up to 5 people were here in the past | This is an alley that has caught fire in twice in the past |
| 18 | 6902 Remmet St | N | Currently none. In the past up to 3 people | This is an area that experienced a fire that burned an RV to the ground |
| 19 | 7121 Deering Ave | N | In the past, up to 10 people living in tents at this location. As of  1/9/25 the area has 3 tents and no RVs | This is an area that experienced a fire that burned an RV to the ground. There are also RV's with people living in them here. |
| 20 | Sherman Way and Darby | N | In the past there have been 5 to 10 people living here. As of  1/9/25, there are zero people | There are tents on the sidewalk. |
| 21 | West Valley library -- 19036 Vanowen St, Reseda | N | This fluctuates. Sometimes 4 people. As of 1/9/25, There are no people | This locations fluctuates depending on when people are exited from the Reseda cabin. They  sometimes go to  live on the library premises |
| 22 | 5859 Shoup Ave | N | Currently none. Previously there were 3. | This locations  has RV's at times. |
| 23 | 20939 Sherman Way | N | Currently 3 people. This area fluctuates. | This locations  sometimes has large wooden structures built on the grass of the library |
| 24 | 7621 Canoga Ave | N | In the past there have been 5 to 10 people living here. Currently there are none. This is an ABH zone | This locations fluctuates depending on when people are exited from the Willows interim facility. They  sometimes go to behind the building to live |
| 25 | Deering ave and Wyandotte | N | In the past up to 8 people lived here. There is currently 1 person. | There were large makeshift structures on the sidewalk in this resedential neighborhood |
| 26 | Eton and Cohasset St | N | Previously 1 person living in a structure.  As of 1/9/25, there are 2 RVs | There are large makeshift structures on the sidewalk in this resedential neighborhood |
| 27 | 18100 Wyandotte St | N | Currently None | People have resided in makeshift structures and vehicles at this location |
| 28 | 7236 Darby Ave | N | In the past there have been 12 to 15 RVS. There are currently none. This is a DOT lot | There were between 3 to 5 RV's and personal the sidewalk in this resedential neighborhood |
| 29 | Nestle Ave and Cantlay St | N | In the past, there have been  5 to 10 people living here. As of  1/9/25, there are no people | There were between 4 to 5 RV's at this location. There are issues with individuals storing personal property on the sidewalk in this residential neighborhood |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Bob Blumenfield |
| --- | --- |
| Council District: | 3 |

| Size of District (square miles) | 36.6 sq mi |
| --- | --- |
| Unsheltered Homeless Population within 500 feet of the Freeway | 14 |

### Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
| --- | --- | --- | --- | --- |
| 30 | 7301 N Garden Grove | N | Currently None. Previously there have been RVs. | There were between 3 to 5 RV's at this location. There is also personal property stored on the public right of way. |
| 31 | Del Valle St/ Ponce | Y | None. This is a 41.18 location and is restricted from people sitting, sleeping or storing prpperty on the sidewalk. (In the past, there have been up to 10 people) | This is an area that experienced two deaths from drug overdoses. There were tents and RV's with people living in them here. |
| 32 | 18519 W Oxnard St | N | This is near a Bridge Housing area and is within a 41.18 zone. There have been between 10 to 20 people loitering and living on the Metro Orange Line parking lot that is within this zone. Currently there are 3 to 5, this area fluctuates | This location is adjuante to the Tarzana Tiny home and camping is not permitted within 1000 feet. However, their are frequent encampments set up along the bike path in the Metro lot. |
| 33 | 5335 Paralta Ave to 5455 Comercio Way | N | There are no encampments present. Previously this area had 5-9 people | There have been between 4 to 5 RV's at this location and up to 8 people. |
| 34 | 23052 Ventura Blvd | Y | There are no encampments present. In the past this area had up to ten people, with some RV use. | People and belongings that move around in this area near 101 |
| 35 | Deering and De Soto | N | In the past up to 12 people were living here. As of 1/9/25, one person and one tent are present | People living in tents and make shifts |
| 36 | Canby and Sherman Way | N | In the past, up to 2 people have lived here. Currently no encampments are present | People living in tents and make shifts inDOT lot |
| 37 | Cantlay and Rhea | N | 41.18 location. No encampments are present as of 1/9/25 | Makeshift shift structures and tents, previously one RV |
| 38 | Ventura and Etiwanda | N | 41.18 location. As of 1/9/25 there are currently 5 people present with tents. Outreach has been deployed and clean up will occur based on LSAN scheduling availability due to minor debris present | Makeshift shift structures and tents |
| **39** | Canoga and Vanowen | **N** | Has had up to 25 people present. Inside Safe efforts made multiple visits here for repopulation. As of 1/9/25 the area is clear | Makeshift shift structures and tents |
| **40** | Owensmouth and Erwin | **N** | There have been up to 13 people in the past. As of 1/9/25, the area is clear | Makeshift shift structures and tents |

### Interventions in Development

List any projects that are currently in the pipeline in your district.

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occupiable |
| --- | --- | --- | --- | --- | --- |
| A Bridge Home | Canoga Ave. | 81 | Shelter | Within catchment area of Canoga Park | 2/1/2021 |
| Safe Parking | Jordan Ave., Canoga Park | 25 | City-owned site | Canoga Park streets first, then entire CD3 | 3/22/2021 - 6/30/2024 |

**City of Los Angeles**

**Sheltering Plan by Council District**

| Councilmember: | Bob Blumenfield |
|---|---|
| Council District: | 3 |

| | |
|---|---|
| Size of District (square miles) | 36.6 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 14 |

### Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description | |
|---|---|---|---|---|---|
| Interim Housing | Vanowen St., Reseda | 101 | Pallet shelters in SW parking area | TBD, to include Reseda area of LA River | 6/10/2021 |
| Interim Housing | Topham St. | 148 | Pallet Shelters | TBD, to include Canoga Park area of LA River | 7/7/2021 |
| Interim Housing | Canoga Park Place | 52 | Project Homekey Site | TBD / River | 1/1/2021 - 8/29/2021 |
| Rapid Rehousing/Shared Housing | Locations throughout the City and the County | 68 | Placements as of 12/31/24 | | September 2020 |
| Rapid Rehousing/Shared Housing | Multiple Sites | 30 | SHARE! Pilot Program | Multiple Sites, Winnetka Recreation Center targeted focus | 7/1/2022 |

### Proposed Additional Interventions

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|
| Safe Parking | Ventura Blvd. Woodland Hills | TBD | Safe Parking on Vacant lot | Freeway Encampment Dwellers along 101 Highway |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember Nithya Raman |
| --- |
| Council District 4 |

| Size of District (square miles) | 41.0 sq mi |
| --- | --- |
| Unsheltered Homeless Population within 500 feet of the Freeway | 45715 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
| --- | --- | --- | --- | --- |
| 1 | Oxnard/405 | Y | 235 | roughly 30-35 people staying in encampment on USACE land leased to RAP |
| 2 | Highland and Franklin | Y | 10 | Encampment(s) at intersection of Highland and Franklin with heavy substance use and dynamic population of PEH that varies from 10-15 per week. |
| 3 | Vineland Bridge - LA River | Y | 6 | Individuals presumed to be living underneath bridge and on SC Edison property nearby; |
| 4 | Franklin between Wilcox and Ivar | Y | 4 | includes underpass, Bella Vista Cul de sac, Wilcox Triangle, and Franklin between Ivar and Cahuenga, Caltrans area near SB onramp, and Ivar Underpass |
| 5 | Colfax and the River | N | 6 | south bank of the river where Colfax goes over the LA River |
| 6 | Moorpark Park | Y | 4 | Tents along wash |
| 7 | LA River from Van Nuys to Hazeltine | Y | 6 | 4-5 Makeshifts of individuals staying around the intersections and along river near the freeway |
| 8 | River between Coldwater Canyon and Whitsett | N | 4 | Encampments along south side of river and rough sleeper typically seen on north side along the Zev Yaroslavsky Greenway |
| 9 | Van Nuys/ Ventura Area (along Ventura from Cedros-Tyrone; along Van Nuys from Ventura-Hortense) | Y | 10 | Unsheltered individuals living along Ventura and Moorpark between Kester and Van Nuys and Van Nuys between Ventura and the 101; a few consistently in the area, but others who are in the area on and off. |
| 10 | LA River bikepath and LA River Channel Hyperion Ave. to Bette Davis Park | Y | 12 | Between Hyperion and Riverside Drive, CD4 has western bank only but starting near Riverside Drive bridge, CD4 has both |
| 11 | Sherman Oaks East Valley Adult Center (5056 Van Nuys Blvd) | N | 5 | encampment and RVs in nearby parking lot |
| 12 | Darby between Vanowen and Kittridge | N | 1 | Individual at longterm encampment on east side of Darby adjacent to DD's Discount |
| 18 | Balboa and the 101 | Y | 1 | Tent under overpass |
| 14 | Hayvenhurst and the 101 | Y | 1 | Tents under overpass |
| 15 | Sunset Boulevard and Fountain | N | 1 | 1person near Fountain/Sunset in makeshift encampment |
| 16 | Sepulveda/Magnolia | N | 4 | RVs on Sepulveda between Magnolia and Weddington |
| 17 | Darby between Hart and Gault | N | 4 | Folks living in RV within this area and one encampment |
| 13 | Sylmar between Moorpark & Hortense | Y | 6-8 | Combination of vehicular and periodic makeshifts near intersection. |
| 19 | Riverside Dr. & off ramp of the 5 | Y | 1 | 1 encampment at location. |
| 20 | Sunset between Martel and Poinsettia | N | 3 | Very dynamic population of people experiencing homelessness with encampment landscape changing weekly |
| 21 | Coral Street Cafe (17499 Ventura Blvd.) | N | 1 | Woman experiencing mental health disorder sleeps here every night |
| 22 | River between Whitsett and Laurel Canyon | N | 4 | people camped/rough sleeping along river walkway between Whitsett and Laurel Canyon |
| 23 | Hazeltine/101 | Y | 2 | One individual staying underneath the freeway |
| 24 | Finley/Edgemont | N | 1 | 1 individual staying in their vehicles (1 RV and 1 truck) |
| 26 | Studio City Library | N | 1 | One individual staying in front of the library |
| 27 | 18821 Strathern St. | N | 5 | Several people staying in 3-4 RVs along this street |

**Interventions in Development**

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open and Occupiable |
|---|---|---|---|---|---|
| List any projects that are currently in the pipeline in your district. | | | | | |
| A Bridge Home | 3248 Riverside Dr. | 100 | Open | All CD4 within Catchment. Females from entire SPA 4 are also eligible for placement. | 7/28/2020 |
| Family Shelter | 3061 Riverside Dr. | 78 | Private site (Families) | | 4/1/2021 |
| Family Shelter | Aviva - Wallis House 1701 Camino Palmero St. | 42 | Women + TAY | | 4/16/2021 |
| LAFH Interim Housing Site | The Sieroty (Previously Howard Johnson) 7432 Reseda Blvd. | 73 | Project Homekey Site; Site previously with CD 3 and added to CD 4 for redistricting | All CD4 within Catchment | 1/1/2021 - 6/30/2024 |
| Rapid Rehousing/Shared Housing | N/A | 86 | Household Placements as of 12/31/24 | 101 and 134 Freeway encampments in the Valley | |

| Proposed Additional Interventions | | | | |
|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways. | | | | |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
| Project Homekey | BLVD hotel on Highland | 62 | | |
| | Mercy Housing on Burbank Blvd | 55-58 | Eldercare Facility | |
| | | | | |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Katy Young Yaroslavsky |
|---|---|
| Council District: | 5 |

| | |
|---|---|
| Size of District (square miles) | 37.5 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 94 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Pico Blvd/405 Freeway | Y | | Underpass of freeway (both sides) |
| 2 | Olympic Blvd/405 Freeway | Y | | Underpass of freeway (both sides) |
| 3 | 2642 S Sepulveda Blvd | Y | | Sepulveda under the 10 |
| 4 | 3700-3784 Durango/Badley & Exposition | Y | | |
| 5 | Cotner Ave and Tennessee Ave | Y | | Tennessee to Olympic |
| 6 | 1544 Cotner Ave | Y | | Cotner between Santa Monica and Ohio |
| 7 | 3377 Olympic/989 S. St. Andrew | N | | Trinity Church |
| 8 | 6155 W WILSHIRE BLVD, 9004 | N | | |

**Interventions in Development**

List any projects that are currently in the pipeline in your district.

| Project Type | Location | Capacity | Description | Target Encampments | Open and Occupiable |
|---|---|---|---|---|---|
| A Bridge Home | 1479 S. La Cienega | 54 | Targeted for families | | Opened 6/22/2020 |
| Permanent Housing: Non-Prop HHH - PSH | 8866 W. Pico Blvd. | 12 | Seniors and veterans | | Opened 8/7/2020 |
| Interim Housing | Coalition to Abolish Slavery and Human Trafficking Shelter - Address Withheld | 15 | Coalition to Abolish Slavery and Human Trafficking Shelter | | Opened 1/10/2022 |
| Interim Housing | Pan Pacific Park | 73 | Winter Shelter extended | | Closed 5/31/2021 |
| Rapid Rehousing/Shared Housing | Multiple | 27 | Placements as of 12/31/24 | | |

**Proposed Additional Interventions**

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampments | |
|---|---|---|---|---|---|
| Interim Housing | Venice Blvd. | TBD | privately owned, potential leasing opportunity | | TBD |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Imelda Padilla |
|---|---|
| Council District: | 6 |

Size of District (square miles)                        27.2 sq mi
Unsheltered Homeless Population within 500 feet of the Freeway        125

## Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 15611 Parthenia Ave. North Hills | Yes | 0 | Encampment around the I-405 |
| 2 | Sepulveda Basin | No | 30 | Encampments throughout Sepulveda Basin areas. Offering IH beds and sending outreach teams |
| 3 | Gilmore St b/t Van Nuys Blvd - Sylmar Ave | No | 0 | By LADOT Lot and elementary school. Large tents on sidewalk |
| 4 | Gilmore St b/t Vesper Ave - Van Nuys Blvd | No | 0 | By LADOT Lot and by Dr. Rojas and Steve Friedmann. |
| 5 | Sylmar Ave b/t Gilmore St - Victory Blvd | No | 0 | Tents on sidewalk |
| 6 | 8825 Kester Ave, Panorama City, | No | 6 | Sepulveda Recreation Center |
| 7 | 9122 Tobias Ave, Panorama City | No | 10 | Tobias Park |
| 8 | 9214-9246 Wakefield Ave. | No | 8 | Encampments in residential area |
| 9 | 8767 Parthenia Place North Hills | No | 4 | sidewalk E of Columbus Ave |
| 10 | 15263 Parthenia St. North Hills | No | 4 | sidewalk E of Columbus Ave |
| 11 | 15607 Roscoe Blvd. North Hills | Yes | 10 | On Caltrans Property |
| 12 | 8166 Orion Ave. North Hills | Yes | 2 | Vehicle Dwelling |
| 13 | 7815 Van Nuys Blvd Panorama City | No | 4 | Cabrito Rd./Van Nuys Blvd. Dead End |
| 14 | South of Victory/Haskell by Orange Line Bikepath under I-405 freeway, Van Nuys | Yes | 3 | Individuals in Caltrans and Metro easements |
| 15 | Vanowen St @ under the I-405 | Yes | 3 | RV and personal property on sidewalk with a lot of bikes |
| 16 | 7755 Haskell Ave. Lake Balboa | Yes | 4 | 2 encampments on Haskell N of Stagg, priv property issues |
| 17 | 8048 Haskell Ave. Lake Balboa | Yes | 10 | Encampment at dead end of Haskell near RR tracks |
| 18 | 15640 Roscoe Blvd. Van Nuys | Yes | 2 | Encampment by the Southbound Roscoe On-ramp |
| 19 | 15798-16000 Victory Blvd. Lake Balboa | Yes | 0 | By the Metro Orange Line Bike Path. METRO and RAP share jurisdiction |

| 20 | Haskell Ave between Victory and Vanowen | Yes | 12 | At least 6 RV dwellers |
|---|---|---|---|---|
| 22 | 15650 Sherman Way Lake Balboa | Yes | 0 | Encampment on Caltrans Property |
| 23 | I-405 and Union Pacific Railroads | Yes | 12 | Multiple fires here |
| 25 | Firmament Ave b/t Saticoy St - Wyandotte St | Yes | 2 | Vehicle dwellers |
| 26 | Vanowen St/ I-405 behind 6719 Aqueduct Ave | Yes | 2 | Fire issues, proximity to residential homes. In Caltrans area. |
| 27 | 15333 Sherman Way | No | 3 | Encampments in front of shopping center |
| 28 | 13500 block of Reedley Street | No | 0 | Encampment |
| 29 | 8300 block of Allott Avenue betwee Roscoe Blvd & Ventura Canyon Street, Arleta | No | 2 | 1 RV with 2 occupants. |
| 30 | Woodman Ave and Community St. | No | 1 | Encampment on east side of Woodman |
| 31 | 14400 block of Van Nuys Blvd between Woodman Avenue and Canterbury Avenue, Arleta | No | 0 | No Encampments |
| 32 | 13253 Wingo St. Arleta | Yes | 4 | Encampments between State and City Property |
| 33 | 9661 Sharp Ave. Arleta | Yes | 15 | Encampment on State Property |
| 34 | 13333 Osborne St. Arleta | Yes | 5 | Encampment by the Southbound Osborne St. Off-Ramp |
| 35 | 13310 Osborne Street. Arleta | Yes | 2 | |
| 36 | 12600 block of Tonopah Street. Arleta | Yes | 5 | Encampment by Pedestrian Tunnel |
| 37 | 10321 Sharp Ave. Arleta | Yes | 10 | Encampment next to Van Nuys Blvd. On Ramp |
| 38 | 14556 Victory Blvd @ Goodwill Van Nuys | No | 1 | |
| 39 | Aetna St between Van Nuys-Tyrone Ave Van Nuys | No | 20 | Priority Encampment |
| 40 | Aetna St between Tyrone Ave - Hazeltine Ave Van Nuys | No | 20 | Priority Encampment |
| 41 | East side of Tyrone b/t Bessemer St - Calvert St Van Nuys | No | 5 | Tents on sidewalk. |
| 42 | Tyrone b/t Bike Path - Oxnard St Van Nuys | No | 5 | Tents on sidewalk. |
| 43 | 14233 Bessemer St @ Tyrone Ave Van Nuys | No | 5 | Vehicle dwellers and tents. |
| 44 | Erwin St b/t Van Nuys Blvd - Vesper Ave Van Nuys | No | 0 | |
| 45 | 6103 Cedros Ave b/t Bessemer St - Calvert St Van Nuys | No | 10 | This area has been an issue for years. Near Metro Orange Line Bike Path |

| 46 | Sylvan St b/t Van Nuys Blvd - Vesper Ave Van Nuys | No | 0 | Tents on sidewalk |
|---|---|---|---|---|
| 47 | 6301 Vesper @ Sylvan St Van Nuys | No | 0 | By LADOT Lot. Tents on sidewalk |
| 48 | Vesper Ave b/t Victory Blvd - Gilmore St  Van Nuys | No | 1 | One tent on sidewalk |
| 49 | 6609 Van Nuys Blvd @ Kittridge St Van Nuys | No | 0 | Cleared - residents housed |
| 50 | 14538 Kittridge St @ side of old Dearden's building Van Nuys | No | 0 | Cleared - residents housed |
| 51 | 14537 Wyandotte St @ Vista Del Monte Ave Van Nuys | No | 0 | Area cleared |
| 52 | Raymer Pedestrian Bridge Van Nuys | No | 0 | Bridge over RR tracks is currently clear. |
| 84 | 7875 Willis Ave Panorama City | No | 0 | In County easements at base of the Raymer pedestrian bridge |
| 53 | NE Sepulveda Blvd / Vanowen Ave. Van Nuys | No | 0 | 1 man east of the gas station |
| 54 | 8065 Webb | No | 6 | 3 encampments behind nursery |
| 55 | 8300 San Fernando Rd. Sun Valley | Yes | 0 | Area cleared |
| 56 | 11201 Penrose St. Sun Valley | Yes | 15 | Multple encampments, RV's and vehicle dwellings, 5 FWY underpass |
| 57 | 11590 Tuxford St | Yes | 4 | RV dwellers have left. 2 encampments |
| 58 | 8961 Laurel Canyon Blvd. | Yes | 5 | Encampments between State and City Property |
| 59 | 12144 Wicks St. Sun Valley | Yes | 5 | Encampments on both sides  to pedestrian bridge |
| 60 | 8841 O'melveny Ave. Sun Valley | Yes | 3 | Encampment next to pedestrian bridge, Vehicle Dwellers |
| 61 | 12552 Jerome St. Sun Valley | Yes | 2 | Encampments under the Interchange, access through DWP spreading grounds |
| 62 | 9009 Laurel Canyon Blvd. | Yes | 5 | Encampments on private property |
| 63 | 8707 Lankershim Blvd. Sun Valley | Yes | 5 | Encampment off the on-ramp |
| 64 | 11940 Peoria St. Sun Valley | Yes | 2 | Encampment |
| 65 | 11042 Olinda St. Sun Valley | Yes | 6 | Encampment next to pedestrian bridge, Vehicle Dwellers and 3 RVs |
| 66 | 8701 San Fernando Rd. Sun Valley | Yes | 6 | Encampment at Tuxford/San Fernando |
| 67 | 8620 Cayuga Ave. Sun Valley | Yes | 1 | Encampment on freeway wall behind building address |
| 69 | 8620 Old San Fernando Rd. Sun Valley | Yes | 10 | Encampments and Vehicle Dwelling underneath 5 FWY |
| 70 | 8969 Laurel Canyon Blvd. Sun Valley | Yes | 6 | Encampment near business and sidwalk |
| 71 | 8003 Vineland Ave Sun Valley | No | 4 | Encampment and RVs by Autozone |
| 72 | 7955 Vineland Ave Sun Valley | No | 2 | Behind the Jack in The Box |
| 73 | 8069 Vineland Ave. Sun Valley | No | 4 | Encampment on Lorne Street |

| 74 | 8203 Vineland Ave. Sun Valley | No | 5 | Encampment and vehicle dwellers usually against the building |
|---|---|---|---|---|
| 75 | 7709 Simpson Ave. North Hollywood | No | 5 | Cul-de-sac, behind 7709 lankershim |
| 76 | 7744 Lankershim Blvd. North Hollywood | No | 5 | By the Bus Stop at Lankershim/Stagg |
| 77 | 11811 Strathern St. North Hollywood | No | 2 | 2 RVs on Morella and Strathern |
| 78 | 9500 El Dorado Ave. Sun Valley | No | 6 | 3 RVs on Cul de Sac |
| 79 | 13161 Telfair Ave. Sun Valley | No | 6 | Encampment at Cul de Sac |
| 80 | 9675 San Fernando Rd. Sun Valley | No | 10 | 5 encamoments behind the Fedex |
| 81 | 11201 Pendleton St. Sun Valley | No | 10 | Vehicle Dwellers, mostly RVs |
| 82 | Bridge along the Pacoima Wash from Paxton Street to Wentworth Street, Arleta | No | 20 | Encampments under the Bridges |
| 83 | 14660 Cabrito RD. Panorama City | No | 0 | E of Wills Ave. alley of 14660 Arminta Ave. |
| 85 | 14800 Roscoe Blvd. Panorama City | No | 1 | Willis Ave. sidewalk |
| 86 | 8315 Noble Ave North Hills | No | 1 | School sidewalk on Roscoe. |
| 87 | 16251-16301 Raymer St. Lake Balboa | No | 2 | RV encampment at location |
| 88 | 7100 White Oak Ave. Lake Balboa | No | 0 | Cleared - residents housed |
| 89 | 17643 Sherman Way Lake Balboa | No | 6 | 6 RVs on Sherman Way east of White Oak |
| 90 | 15699 Wyandotte St. | Yes | 10 | Encampments at dead end near 405 S/B offramp |
| 91 | 7610 Woodman Ave. Panorama City | No | 3 | RVs and vehicle dwellers at cul-de-sac |
| 92 | 14201 Roscoe Blvd. Panorama City | No | 3 | in front of Panorama Presbeyterian Church; 3/17: rejected services from LAHSA |
| 93 | 14355 Roscoe Blvd. Panorama City | No | 1 | |
| 94 | 8333 Woodman Ave. Panorama City | No | 1 | |
| 95 | 8305 Woodman Ave. Panorama City | No | 1 | |
| 96 | 12386 Sheldon St. | Yes | 1 | Encampments near Northbound I-5 On-ramp at Sheldon Ave. |
| 97 | 8852 Laurel Canyon | Yes | 4 | Caltrans property I-5 offramp |
| 98 | 8601 Arleta Ave. | Yes | 5 | Encampments on Caltrans Property |
| 99 | 12527 Sheldon St. | Yes | 6 | RV encampments by the Skate Park |
| 100 | Telfair Ave. from Tuxford St to Penrose | Yes | 8 | RV encampments |
| 101 | Bradley Ave. from Tuxford to Tujunga | | 12 | RV encampments |
| 102 | 11025 Randall St from Glenoaks to Borden | | 20 | RV encampments and tents/makeshifts |

| Interventions in Development | | | | | |
|---|---|---|---|---|---|
| List any projects that are currently in the pipeline in your district. | | | | | |
| Project Type | Location | Capacity | Description | Target Encampments | Open & Occupiable |

| A Bridge Home | 14333 Aetna St. | 74 | Congregate shelter | Van Nuys | 8/14/2020 - 12/1/23 |
|---|---|---|---|---|---|
| Interim Housing | 8647 Sepulveda | 58 | Project Homekey | North Hills/Panorama City/ I-405 | March 2021 |
| Interim Housing | AHF-Valley Haven | 146 | Non-Profit Owned | I-405/ Van Nuys | April 2021 |
| Interim Housing | Taper Bridge Home | 49 | Bridge Housing | Sun Valley area and Freeway Encampments | October 2021 |
| Interim Housing | Branford/San Fernando | 161 | City-owned property | Sun Valley/Arleta Catchment Zone | February 2023 |
| Interim Housing | 9120 Woodman | 148 | senior home acquisition | Senoirs Unhoused thoughout the district | December 2023 |
| Interim Housing | Airtel Hotel | 237 | Project Roomkey | Sepulveda Basin/I-405/ Lake Balboa/Van Nuys | April 2021 - Closed October 2022 |
| Project Homekey | 8209 Sepulveda | 90 | Pre-development | North Hills/Panorama City/ I-405 | TBD |
| Interim Housing | 8428 Sepulevda Blvd. | 75 | Potential Inside Safe | Aetna St/Sepulveda Basin/Tobias Park | TBD |
| Interim Housing | 8525 Sepulveda Blvd. | 76 | Potential Inside Safe | Aetna St/Sepulveda Basin/Tobias Park | TBD |
| Project Homekey | 7639 Van Nuys Blvd. | 36 | Under renovation | Families | TBD |
| Project Homekey | 14939 Roscoe Blvd. | 31 | Under renovation | Families | TBD |
| Permanent Supportive Housing | 16015 Sherman Way | 45 | Under construction - Prop HHH | Survivors of DV | Late 2023 |
| Permanent Supportive Housing | 8547 Sepulveda Blvd. | 54 | Under construction | | |
| Permanent Supportive Housing | 9502 Van Nuys Blvd. | 48 | Under construction | | |
| Permanent Supportive Housing | 12128 Sheldon St. | 25 | Under construction | | |
| Rapid Rehousing/Shared Housing | Multiple | 225 | Household placements as of 12/31/24 | TBD | N/A |

| Proposed Additional Interventions | | | | |
|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways. | | | | |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
| Interim Housing | San Fernando Rd. | 25 | Publicly-owned | Encampments along I-5/ Sun Valley |
| Interim Housing | Paxton St. | 20 | Privately-owned | Encampments along the I-5 and Arleta |
| Interim Housing | Travel Inn on Sepulveda | 79 | motel acquisition | Aetna St. |
| Interim Housing | Emerson on San Fernando | 30 | motel acquisition | I-5/Sun Valley |
| Interim Housing | Corona on Saticoy | 23 | motel acquisition | I-5/Sun Valley |
| Interim Housing | Hyland on Sepulveda | 40 | motel acquisition | Van Nuys/Panorama City |
| Interim Housing | Van Nuys Blvd | 36 | motel acquisition | |
| Safe Parking | Gloria Ave. | 25 | LAWA owned lot | RV encampments |
| Pallet Shelter | Gilmore Ave. | TBD | Publicly-owned | Van Nuys |
| Transitional Housing | TBD | 15 | Transitional Housing | HHAP 1 TAY Funding for TAY homeless in CD6 |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Monica Rodriguez |
|---|---|
| Council District: | 7 |

| | |
|---|---|
| Size of District (square miles) | 54.1 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 134 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 118 Freeway Paxton St./ Bradley Ave. | Y | 55 | Over 20 tents and makeshift shelters under the freeway overpass and along both edges reaching the nearby business and residential home on the east/west side |
| 2 | Big Tujunga Wash, under 210 fwy and Foothill bridges | Y | 8-10 | Makeshift structures built within the Wash under the freeway overpasses/bridges. |
| 3 | 118 fwy between Bradley and Herrick | Y | 8-10 | Caltrans right of way parallel to 118 freeway behind business that face Paxton St. Various tents along that pathway between Bradley Ave. and Herrick St. |
| 4 | 405 fwy Devonshire onramp/offramp | Y | 2-5 | 5 tents on Caltrans property, large quantities of property and debris. About 4 individuals under the freeway and about 8 at the east offramp. |
| 5 | 12966 Arroyo St / Foothill Blvd. | Y | 2-5 | Encampment made up of vehicle and tents, large quantities of property. |
| 6 | 210 fwy/Hubbard St | Y | 6 | Approx. 6 tents |
| 7 | 210 Fwy/Osborne/Foothill Blvd | Y | 35 | 25-35 individuals along the fenceline parallel to the freeway, and within a Caltrans easement |
| 8 | Brand Park | N | 15 | Tents within park; Approx 15 people |

**Interventions in Development**

List any projects that are currently in the pipeline in your district.

| Project Type | Location | Capacity | Description | Target Encampments | Open and Occupiable |
|---|---|---|---|---|---|
| Permanent Housing: Prop HHH | 13574 Foothill Blvd, Sylma | 47 | Permanent Supportive Housing | | 3/31/2021 |
| Interim Housing | Encinitas Sylmar 12835 Encinitas Ave. | 86 | Project Homekey | 210 Fwy/Osborne/Foothill Blvd; Brand Park; San Fernando Rd. | 8/29/2021 |
| Interim Housing | 12860 Arroyo St. | 85 | A Bridge Home | | 8/3/2020 |
| Interim Housing | 11067 Norris Ave. | 57 | Winter Shelter | | No longer operating year-round. Closed 2022 season |
| Rapid Rehousing/Shared Housing | N/A | 48 | Household placements as of 12/31/24 | Sepulveda / 118 fwy, Big Tujunga Wash, under 210 and Foothill bridges, 118 fwy / Devonshire ramps; Paxton/Bradley | In Process - ongoing |

| Proposed Additional Interventions | | | | | |
|---|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways. | | | | | |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampments | Open and Occupiable |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Marqueece Harris-Dawson |
|---|---|
| Council District: | 8 |

| | |
|---|---|
| Size of District (square miles) | 16.0 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 84 |

**Target Encampments**

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 88th Pl, b/t Grand & Flower St. | Y | 25 | Freeway Underpass |
| 2 | 452 Manchester Ave | Y | 25 | |
| 3 | 339 W 92ND ST | Y | 15-20 | Freeway Underpass |

**Interventions in Development**

List any projects that are currently in the pipeline in your district.

| Project Type | Location | Capacity | Description | Target Encampment (s) | Opening Date |
|---|---|---|---|---|---|
| Permanent Housing: Prop HHH | 5501 S Western Ave | 32 | Part of 700 beds in Existing Agreements; Western Avenue Apartments | | 4/16/2021 |
| Interim Housing | 9165 & 1/2 Normandie (formerly 263 W. 42nd St.) | 35 | | | 4/14/2021 |
| Permanent Housing: Non-Prop HHH - PSH | The Pointe on Vermont 7600 S. Vermont Ave. | 25 | | | 3/22/2021 |
| Permanent Housing: Non-Prop HHH - PSH | EC Motel 3501 Western Ave. | 30 | | | 4/13/2021 - 5/12/2023 |
| Interim Housing | Home at Last Women's Shelter 8311 S. Western | 30 | | | 4/1/2021 - 10/31/2021 |
| Interim Housing | Bryant Temple 2514 W. Vernon Ave. | 20 | | | 4/1/2021 - 10/31/2021 |
| Interim Housing | 608-610 W. 95th St. (Formerly 8501 1/2 S. Vermont Ave. ) | 25 | | | 4/16/2021 |
| Interim Housing | 5615-5749 S. Western Ave. | 17 | | | 4/16/2021 |
| Interim Housing | 8701 S. Broadway | 150 | | | 4/21/2021 |
| Interim Housing | Home At Last 8768 S. Broadway | 50 | Winter Shelter | | 11/1/2023 |
| Interim Housing | Assured Lifestyle Housing 9519 S Figueroa St. | 11 | Winter Shelter | | 11/1/2023 |
| Interim Housing | Assured Lifestyle Housing 700 W Florence Ave. | 9 | Winter Shelter | | 11/1/2023 |

| | | | | | |
|---|---|---|---|---|---|
| Interim Housing | First to Serve 1718 W Vernon Ave. | 41 | Winter Shelter | | 11/1/2023 - 3/29/2024 |
| Interim Housing | New Reflections 8311 S. Western Ave. | 55 | Winter Shelter | | 11/1/2023 - 3/29/2024 |
| Interim Housing | 838/840 E. 109th Place | 14 | | | 4/14/2021 |
| Rapid Rehousing/Shared Housing | N/A | 171 | Household placements as of 12/31/24 | | In Process |

| Proposed Additional Interventions | | | | |
|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways. | | | | |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
| Interim Housing | 86th St. | 99 | Pallet Shelter | TBD |
| Interim Housing | 87th St. | 127 | Pallet Shelter | TBD |
| Safe Parking | W. Manchester Ave. | TBD | Safe Parking | TBD |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Curren Price |
|---|---|
| Council District: | 9 |

| | |
|---|---|
| Size of District (square miles) | 13.0 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 85 |

### Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 4500-5700 Grand Ave | Y | est 40 | primarily tent structures |
| 2 | ~~4900-5700 Flower St~~ | ~~Y~~ | ~~est 20~~ | ~~primarily tent structures~~ |
| 3 | 5900-6300 Grand Ave | Y | est 15 | primarily tent structures |
| 4 | 6900-8400 Grand Ave | Y | est 15 | primarily tent structures |
| 5 | 3500-3900 Grand Ave | Y | est 10 | tent structures |
| 6 | 4000-4300 Grand Ave | Y | est 5 | - |
| | | | | |

### Interventions in Development

List any projects that are currently in the pipeline in your district.

| Project Type | Address | Capacity | Description | Target Encampments | Open and Occupiable |
|---|---|---|---|---|---|
| Permanent Housing: Prop HHH | 6901 S Main St | 49 | Part of 700 beds in Existing Agreements; Residences on Main; Housing for TAY and families | | 11/17/2020 |
| Permanent Housing: Non-Prop HHH - PSH | 1036 E 35th St. | 19 | Florence Mills | | 3/24/2021 |
| Permanent Housing: Non-Prop HHH - PSH | 5215 S. Figueroa St. | 40 | Motion approved 7/29; SoLa Impact proposes 160 modular units of PSH | | 4/26/23 |
| Safe Parking | 1501 S. Figueroa St. | 30 | Safe Parking | | 11/2/2020 |
| Safe Parking | 4301 S Central Ave | 10 | City parking lot - space for approx 17 vehicles CD 9 FIELD OFFICE | | 3/8/2021 |
| Interim Housing | 5100 S. Central Ave. | 25 | Safe Parking | | 4/1/21 |
| Interim Housing | 5171 S. Vermont Ave. | 25 | Beds for families with children, run by Home at Last | | 4/1/21 - 10/31/21 |
| Interim Housing | 224 E. 25th St. | 68 | HOPICS | within catchment area | 4/14/21 |
| A Bridge Home | 4601 Figueroa St. | 30 | Family shelter | | 4/16/2021 |
| Interim Housing | 3123 S Grand Ave. | 20 | | | 4/16/2021 - 6/30/2022 |
| Permanent Housing: Prop HHH | 4050 S. Figueroa St. | 56 | | | 4/21/2021 |
| Interim Housing | 2300 S. Central Ave. | 88 | CAO Report (20-0941) added Homekey Properties for interim housing | | 2/2/2022 |

| Interim Housing | 1332 W. Slauson Ave. | 100 | CAO Report (20-0941) added Homekey Properties for interim housing; up to 100 beds; LANHS/WARD | | 1/18/2023 |
| Permanent Housing: Prop HHH | 2521 Long Beach Ave. (#1) | 60 | | | TBD |
| Interim Housing | 2521 Long Beach Ave. (#2) | 140 | CAO Report (20-0941) added Homekey Properties for interim housing | | 11/20/23 |
| Rapid Rehousing/Shared Housing | N/A | 153 | Household placements as of 12/31/2024 | | In Process |

| Proposed Additional Interventions | | | | |
|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways. | | | | |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampments |
| Interim Housing | S. Avalon | TBD | Privately owned | |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | HEATHER HUTT |
| Council District: | 10 |

| | |
|---|---|
| Size of District (square miles) | 14.5 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 77 |

### Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | Venice and the I-10 Freeway | Y | 40 | mostly tents; some living in cars |
| 2 | Washington and the I-10 Freeway | Y | over 30 | mostly tents; some living in cars |
| 3 | Western and the I-10 Freeway | Y | over 25 | mostly cars; some living in tents |
| 4 | Koreatown | N | over 40 | tent encampments; some cars |
| 5 | Leimert Park | N | 60 | tents; cars |

### Interventions in Development

List any projects that are currently in the pipeline in your district.

| Project Type | Address | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| Permanent Housing: Non-Prop HHH - PSH | 4018 Buckingham Rd. | 51 | Complete | | 11/23/20 |
| A Bridge Home | 1818 S Manhattan Pl. (formerly 1819 S. Western Ave.) | 15 | Complete | Western and I-10/Leimert Park - women and children only | 9/24/20 |
| A Bridge Home | 668 S. Hoover St. (formerly 625 La Fayette Pl.) | 72 | Complete | Koreatown | 3/1/21 |
| Interim Housing - Project Homekey | Best Inn 4701 W Adams Blvd. | 22 | Complete | Venice and I-10 | 3/23/2021 - 11/26/2023 |
| Interim Housing | H Hotel | 49 | Project Roomkey | | 4/16/2021 - 7/24/2021 |
| Interim Housing | Shelter Hotel | 48 | Project Roomkey | | 4/16/2021 - 9/9/2021 |
| Rapid Rehousing/Shared Housing | Multiple | 106 | Household placements as of 12/31/24 | Leimert Park, Venice and I-10, Koreatown | TBD |

### Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
|---|---|---|---|---|

**City of Los Angeles**
**Council District Sheltering Plan**

| Councilmember: Traci Park |
|---|
| Council District:  11 |

| | |
|---|---|
| Size of District (square miles) | 63.8 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 103 |

| Target Encampments | | | | |
|---|---|---|---|---|
| Identify the key encampments within your district that should be addressed in the Sheltering Plan. | | | | |
| Priority | Location | Within 500' of Freeway (Y/N) | # of Residents | Description |
| 1 | Coral Tree  / Alla Rd | N | 12 | There are 10 RV's near a school. Reports of severe substance abuse and need for mental health services |
| 2 | Ocean Front Walk | N | 35 | Severe mental health illness patients throughout the Venice Boardwalk, sleeping/ living in the restrooms throughout the boardwalk. Constant flow of PEHs from other areas of the City, State, and from out of State. There are anywhere from 25-40 people that could be sleeping on the beach on any given night. |
| 3 | Dockweiler Beach | N | 20 | Tent encampments along the beach |
| 4 | Washington / Oxford | N | 20 | About 13 RVs and  3 vehicles |
| 5 | 1234 Pacific Ave (Westminster Dog Park) | N | 15 | About 13 vehcile dwellings in and around the park |
| 6 | Bundy Triangle | N | 6 | Tents surrouning a small park located between two main streets. |
| 7 | La Tijera / Centinela Ave | N | 8 | There are about 3 RVs |
| 8 | 1341 Lake St (Penmar Park) | Y | 10 | PEHs that have a sever substance abuse and need for mental health services. About 6 vehcile dwellings |
| 9 | Alvern Circle | N | 15 | 2 RVs/vehicle dwellings, 6 tent encampments. Consistent reports of substance abuse, aggressive behavior, and need for mental health services |
| 10 | Loyola Blvd / La Tijera Blvd | N | 18 | 15 Vehicle Dwellings around a school campus |
| 11 | Marr St / Washington | N | 3 | 1-2 tents / buildup of personal property within 500 ft of schools |
| 12 | Venice Centennial Library | N | 7 | PEH congregation within around the library |
| 13 | Westchester Municipal Lot | N | 5 | 3-5 vehicle dwellings. Need for mental health services |
| 14 | Mesmer / 90 Fwy | Y | 8 | Reoccuring vehicle dwelling location |
| 15 | National / 405 Fwy | Y | 8 | Reoccuring encampment beneath 405 freeway |
| 16 | Linoln Blvd / Westchester Pkwy | N | 10 | Tent encampments under the overpass. Reports for need of me |
| 17 | Centinela Ave / Green Valley Ci | Y | 20 | 8 RVs and 15 tents along Centinela Ave and in Flood Protection |
| 18 | Inglewood / 90 Fwy | Y | 8 | Vehicle Dwelling Encampemnt with about 5 RVs |
| 19 | Campion Dr / Fordham Dr | N | 5 | RVs/vehicle dwellings. Need for mental health services |
| 20 | Mar Vista Library | N | 2 | Need additional DMH assistance,Impacting Library services and staff safety |
| 21 | Olympic / 405 | Y | 9 | HEs at the underpass |
| 22 | Pico/Sawtelle | Y | 5 | Medium encampment under the 10 FWY, in closer proximity to school |
| 23 | Osage Ave / Manchester Ave | N | 4 | 4 RVs. Need additional services for mental health treatment |
| 24 | 102nd / Glasgow | Y | 5 | 3 RVs |
| 25 | Airport / 83rd and Manchester | N | 15 | 4 RVs |
| 26 | 9045 Lincoln Blvd (Weschester Park) | Y | 4 | 4 Vehicle Dwellings come and go in and around the park. |
| 27 | Culver Median (near intersection of Culver and Kensington) | N | 6 | Vehcile dwellings park around the median. |
| 28 | Interceptor btwn Belford and Ramsgate | N | 5 | All vehicle Dwellings |
| 29 | 8448 Lincoln Blvd | N | 13 | All vehicle dwellings |
| 30 | Braddock/Sawtelle | Y | 10 | 5-6 vehicles on WS of Sawtelle near intersection with Braddock |
| 31 | National / Dahlgren | N | 5 | 3 vehicles on SS on National near intersection with Dahlgren |

| 32 | Westgate/Wilshire | N | 5 | Encampment settled by fenced off property that will eventually be demolished and re-constructed |
| 33 | 12439  Washington Place | N | 2 | Vehcile dwellings |

| Interventions in Development | | | | | |
|---|---|---|---|---|---|
| List any projects that are currently in the pipeline in your district. | | | | | |
| Project Type | Location | Capacity | Description | Target Encampment(s) | Opening Date |
| Safe Parking | 11339 Iowa Ave. | 25 | Safe Parking Program tends to operate at capacity | HE throughout the CD | 10/1/2020 |
| Safe Parking | West LA  VA | 25 | Safe Parking Program tends to operate at capacity | HE throughout the CD | 10/6/2020 - 10/3/2022 |
| Safe Parking | 5455 W. 111th St. | 50 | Safe Parking Pilot approved by the FAA within the Los Angeles World Airport | HE throughout the CD | 6/1/23 |
| Interim Housing | Super 8 LAX 9250 Airport Dr. | 44 | Project Homekey | RV encampents | |
| PSH | Venice | 33 Studio Apts | Project Room Key - Ramada Inn | Priority Encampments listed above | |
| PSH | Westchester | 99 Units | PSH 6531 Sepulveda Heights | Priority Encampments listed above | |
| PSH | Mar Vista | 112 beds | Potential Development via LAHD 3.0 | Priority Encampments Listed Above | |
| PSH | Mar Vista | 126 beds | Potential Development Purchase Property | Priority Encampments Listed Above | |
| PSH | Mar Vista | 26 Units | $18.2MM purchase price through HACLA, Expected by 12/23 | Priority Encampments listed above | |
| Rapid Rehousing/Shared Housing | Multiple | 145 | Household placements as of 12/31/2024 | | |

| Proposed Additional Interventions | | | | |
|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways. | | | | |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
| IH - Tiny Homes | WLA Armory | Approx. 170 Beds | County is currently working with Federal Gov on redevelopment of the property | HE Throughout WLA |
| Interim Housing - Tiny Homes | West LA - City Owned Property | Approx 175 beds | Reuse City Owned Land for IH services | Priority Encampments listed above |
| Safe Sleep Site | West LA  - City Owned Property | Approx 80 | Safe Sleep site on City owned property TBD in the West LA Area | HEs throughout West LA area |
| IH - Tiny Homes | WLA -  Bundy / Olympic | Approx 125 | Potentail Lease of Property | Priority Encampments listed above |
| IH | WLA - Barringtion / Santa Monica | Approx 175+ beds | Potential lease of space for interim housing solutions, TH, Bungalows,Cube, Safe Sleep | HEs throughout West LA area |

## City of Los Angeles
### Sheltering Plan by Council District

| Councilmember: | John Lee |
|---|---|
| Council District: | 12 |

| | |
|---|---|
| Size of District (square miles) | 58.7 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 17 |

### Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Location | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 118 and 405 Freeway Adjacent | Y | 17 | Tents and RVs |
| 2 | Balboa - Devonshire - Petit | N | 20 | Tents |
| 3 | Plummer - Jordan - Nordhoff (at Owensmouth) | N | 50 | Tents and RVs |
| 4 | Nordhoff Pl - Oakdale Ave | N | 30 | Tents and RVs |
| 5 | Oso Ave from Plummer St south to dead end | N | 40-50 | Tents and RVs |

### Interventions in Development

List any projects that are currently in the pipeline in your district.

| Project Type | Location | Capacity | Description | Target Encampments | Open and Occupiable |
|---|---|---|---|---|---|
| Safe Parking | 8775 Wilbur Ave. | 20 | Metro/City Owned | | Opened 4/7/21 |
| Interim Housing | 21603 Devonshire St. | 75 | Project Homekey | | Opened 3/15/21 |
| Interim Housing | 18140 Parthenia St. | 107 | Privately owned | | Opened 5/17/22 |
| Rapid Rehousing/Shared Housing | N/A | 38 | Placements as of 12/31/24 | | |

### Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampments |
|---|---|---|---|---|
| Interim Housing | Roscoe Blvd. | TBD | privately owned, potential leasing opportunity | |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Hugo Soto-Martinez |
|---|---|
| Council District: | 13 |

| | |
|---|---|
| Size of District (square miles) | 13.6 sq mi |
| Unsheltered Homeless Population within 500 feet of the Freeway | 41 |

## Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Address | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | US-101, Silver Lake Blvd | Y | 20 | Caltrans ROW, City sidewalks |
| 2 | Serrano/Sierra Vista | Y | 15 | Encampment along bend of the 101 FWY |
| 3 | SR2, LA River | Y | 5 | Riverbed Underpass |
| 4 | SR2, Casitas Ave/Amtrak Tracks | Y | 1 | End of Casitas Ave, next to rail |
| 5 | US-101, Santa Monica | Y | 2 | Two tents at 101 FWY exits |
| 6 | US-101, Juanita/Middlebury | Y | 1 | Caltrans ROW, City sidewalks |
| 7 | US-101, Hoover St/John St/Virgil Ave | Y | 1 | City Sidewalks under US-101 |
| | ~~US-101, Hollywood/Bronson~~ | ~~Y~~ | ~~0~~ | ~~Adjacent to Original Tommys~~ |
| | ~~Hollywood/Gower~~ | ~~Y~~ | ~~0~~ | ~~In front of Toyota Dealership~~ |
| | ~~US-101, Rosemont~~ | ~~Y~~ | ~~0~~ | ~~Overpass - RVs~~ |
| | ~~US-101, Harvard/Romaine~~ | ~~Y~~ | ~~0~~ | ~~Alley along 101 Fwy~~ |
| | ~~SR2, Verdugo Road/York BLVD~~ | ~~Y~~ | ~~0~~ | ~~Sidewalks under 2 freeway~~ |
| | ~~US-101, Franklin/Argyle~~ | ~~Y~~ | ~~0~~ | ~~Next to storage facility~~ |
| | ~~US-101, Hollywood Blvd 101 Offramp~~ | ~~Y~~ | ~~0~~ | ~~The cloverleaf~~ |
| | ~~US-101, Virgil and Oakwood~~ | ~~Y~~ | ~~0~~ | ~~Across from fire station, near PATH~~ |
| | ~~US-101, Madison/Oakwood~~ | ~~Y~~ | ~~0~~ | ~~Caltrans ROW, City sidewalks~~ |
| | ~~SR2, Fletcher/Eagle Rock BLVD~~ | ~~Y~~ | ~~0~~ | ~~Underpass, also noted as W Ave 36 on Google Maps~~ |
| | ~~SR2, Glendale Blvd~~ | ~~Y~~ | ~~0~~ | ~~On sidewalks of SR2 offramp & Caltrans property~~ |
| | | | | |
| | | | | |

## Interventions in Development

List any projects that are currently in the pipeline in your district.

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| Permanent Housing: Non-Prop HHH - PSH | 252 S. Rampart Blvd. | 22 | | All | 11/9/2020 |
| Permanent Housing: Prop HHH - PSH | 1119 N. McCadden Pl. | 25 | This site was redistricted from CD 4 | | 3/31/2022 |
| Interim Housing | The NEST 253 S. Hoover St. | 38 | Project Homekey | All | 3/22/2021 |
| Interim Housing | Shatto Park Recreation Center 3191 W. 4th Street | 48 | Winter Shelter | All | 4/1/2021 - 5/31/2021 |
| Interim Housing | 5941 Hollywood Blvd (Salvation Army) | 30 | | All | 4/15/2021 |
| Safe Parking | 1033 Cole Ave. | 20 | | All - Car dwellers | 4/16/2021 - 6/30/2024 |
| Safe Sleeping | 317 N Madison Ave. | 70 | | All | 4/16/2021 - 12/31/2021 |
| Interim Housing | 1455 N. Alvarado St. | 38 | Tiny Home Village | All | 6/8/2021 |

| Interim Housing | 2301 W. 3rd St. | 52 | Tiny Home Village | All | 12/16/2021 |
|---|---|---|---|---|---|
| A Bridge Home | 1214 Lodi Pl. | 64 | Women's Shelter & TAY | | 11/15/2021 |
| Safe Parking | Cahuenga Branch Library 4591 Santa Monica Blvd. | 10 | | All - Car dwellers | 3/15/2021 -6/30/2022 |
| Rapid Rehousing/Shared Housing | N/A | 135 | Placements as of 12/31/24 | TBD | N/A |

| Proposed Additional Interventions | | | | |
|---|---|---|---|---|
| What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways. | | | | |
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) |
| Interim Housing | Schrader (Hollywood Y) | 50 | Privately owned building | All |
| Interim Housing | Sierra Vista | 51 | Privately owned lot | All |
| Permanent Housing: Non-Prop HHH - PSH | El Centro Avenue aka Childhelp building | TBD | City owned building/lot | All |

**City of Los Angeles**
**Sheltering Plan by Council District**

| Councilmember: | Ysabel Jurado |
|---|---|
| Council District: | 14 |

Size of District (square miles)                                      24.2 sq mi
Unsheltered Homeless Population within 500 feet of the Freeway

## Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close to freeways.

| Priority | Location | Within 500' of Freeway (Y/N) | # of Residents | Description |
|---|---|---|---|---|
| 1 | 10 fwy and San Pedro | Y | 16 | Encampents on Both Side of San Pedro |
| 2 | ~~110 fwy and Olympic~~ | ~~Y~~ | ~~12~~ | ~~Encampents on Both Side of Olympic~~ |
| 3 | ~~7476 North Figueroa and 134~~ | ~~Y~~ | ~~15~~ | ~~Encampments on both Sides~~ |
| 4 | ~~2900 West Broadway and 2 fwy~~ | ~~Y~~ | ~~8~~ | |
| 5 | ~~Hope and 10 fwy~~ | ~~Y~~ | ~~16~~ | 622 |
| 6 | ~~fwy Overpass Arcadia and Main~~ | ~~Y~~ | ~~15 to 20~~ | ~~Encampments on both Sides Cleared 5/3/24~~ |
| 7 | 1300 Block of Myrtle St | N | | |
| 8 | 17th and Main | Y | | under the 110 freeway |

## Interventions in Development

List any projects that are currently in the pipeline in your district.

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open & Occupiable |
|---|---|---|---|---|---|
| Permanent Housing: Prop HHH | 649 LOFTS 649 S. Wall St. | 28 | | | 11/23/2020 |
| Permanent Housing: Prop HHH | FLOR 401 Lofts 401 E. 7th St. | 49 | | | 9/30/2020 |
| A Bridge Home | 310 N. Main St. | 99 | | | 8/18/2020 |
| Interim Housing | LA Grand Hotel 333 S. Figueroa | 473 | | | 11/1/2020 - 6/30/2024 |
| A Bridge Home | 1426 Paloma St. | 119 | | | 12/21/2020 |
| Interim Housing | Weingart Center Women's Shelter 566 South San Pedro St. | 60 | | | 2/1/2021 |
| Interim Housing | Weingart Center Winter Shelter 566 South San Pedro St. | 49 | | | 4/1/2021 - 10/31/2021 |
| Interim Housing | Tita's Inn 5333 Huntington Dr. | 47 | | | 4/6/2021 |
| Interim Housing | Super 8 Alhambra 5350 S. Huntington Dr. | 52 | | | 4/7/2021 |
| Interim Housing | 543 Crocker St. - Phase I | 20 | | | 4/16/2021 |
| Interim Housing | 1060 N. Vignes St. | 232 | | | 6/30/2021 |
| Tiny Village | Arroyo Seco Arroyo Drive at Ave 60 | 224 | | | 11/2/2021 |
| Tiny Village | Eagle Rock 7570 N. Figueroa St. | 93 | | | 3/2/22 |
| Tiny Village | 850 Mission Rd. | 144 | | | 1/30/2024 |
| Interim Housing | 1904 Bailey St. | 72 | | | 5/15/2023 |
| Rapid Rehousing/Shared Housing | Scattered Sites | 100 | Downtown Women Center | | 7/1/2022 |
| Rapid Rehousing/Shared Housing | N/A | 278 | Placements as of 12/31/2024 | | In process |

## Proposed Additional Interventions

| What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways. | | | | | |
|---|---|---|---|---|---|
| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) | |
| Interim Housing | First and Broadway | 150 | TBD | TBD | |
| Interim Housing | Crocker St. - Phase II | 60 | TBD | | TBD |

**Sheltering Plan by Council District**

| Councilmember: | Tim McOsker |
|---|---|
| Council District: | 15 |

Size of District (square miles)                                    32.1 sq mi
Unsheltered Homeless Population within 500 feet of the Freeway      194

## Target Encampments

Begin by identifying the key encampments within your district you want to have addressed by the Sheltering Plan. Please prioritize those close

| Priority | Location | Within 500' of Freeway (Y/N) | # of Residents | Description | |
|---|---|---|---|---|---|
| 1 | Lomita Blvd @ McCoy St. | Y | 12 | Adjacent to freeway and unincorporated County | |
| 2 | Ken Malloy Park | Y | 100 | In the marsh area of park | |
| 3 | 535 Broad Avenue | N | 10 | | |
| 4 | 5-Points - Anaheim/PV Drive North | N | 2 | Adjacent to natural gas & oil pipelines | |
| 5 | Alley adj 544 Avalon | N | 25 | | |

## Interventions in Development

List any projects that are currently in the pipeline in your district.

| Project Type | Location | Capacity | Description | Target Encampment(s) | Open and Occupiable |
|---|---|---|---|---|---|
| A Bridge Home | 515 N. Beacon Street | 100 | Open | Within catchment area | 7/7/2020 |
| A Bridge Home | 828 Eubank Ave. | 100 | Open | Within catchment area | 7/7/2020 |
| Safe Parking | 711 S. Beacon St. | 30 | Open | | 3/1/2021 |
| Safe Parking | 19610 S. Hamilton Ave | 25 | Open | | 3/8/2021 |
| Interim Housing | 1221 S. Figueroa Place | 75 | Pallet shelters | | 6/14/2021 |
| Project Homekey | 18600 Normandie | 40 | motel acquisition | | TBD |
| Rapid Rehousing/Shared Housing | N/A | 162 | Placements as of 12/31/2024 | TBD | N/A |

## Proposed Additional Interventions

What other interventions do you want to consider for your Sheltering Plan to meet the goal of housing all people experiencing homelessness near freeways.

| Project Type | Proposed Location | Proposed Capacity | Description | Target Encampment(s) | |
|---|---|---|---|---|---|
| Interim Housing | 116th Place | 156 | Modular | Families | |