# EXHIBIT C

REPORT FROM

# OFFICE OF THE CITY ADMINISTRATIVE OFFICER

Date:        November 1, 2024

To:          The City Council

From:        Matthew W. Szabo, City Administrative Officer

Reference:   COVID-19 Homelessness Roadmap

Subject:     **TWENTY-SIXTH REPORT: COVID-19 HOMELESSNESS ROADMAP FUNDING RECOMMENDATIONS**

CAO File No.        0220-05151-0611
Council File No.    20-0841
Council District:   5, 13, 14

## SUMMARY

On September 9, 2020, the City Council approved funding for the initial projects under the COVID-19 Homelessness Roadmap (Roadmap) and directed this office to submit future funding recommendations through reports. This is the twenty-sixth such report.

First, this report provides an exempt determination from the California Environmental Quality Act for the continued use of a Tiny Home Village (THV) site located in Council District 14. Additionally, this report recommends authorizing the General Services Department to execute a new or amend an existing interdepartmental agreement with the Department of Recreation and Parks and a lease agreement with People Assisting the Homeless for the continued use of the aforementioned THV site in Council District 14.

Second, this report recaptures unspent Homeless Housing, Assistance, and Prevention 2 (HHAP-2) funds and programs HHAP-2 funding for maintenance repairs at an A Bridge Home (ABH) site located in Council District 13, trailer leasing costs at an ABH site in Council District 14, and leasing costs at an ABH site located in Council District 5.

Lastly, this report rescinds the recommendations from the Twenty-Fifth Roadmap Funding Report (C.F. 20-0841-S50) relative to an interim housing site in Council District 5 that is no longer moving forward.

## RECOMMENDATION

That the City Council, subject to approval by the Mayor:

1. DETERMINE that the funding allocation, lease, and continued use for an additional period not to exceed one year of the Arroyo Seco Tiny Home Village/low barrier navigation center on a portion of the Arroyo Seco Park, for those experiencing homelessness, are statutorily

CAO File No.                                   PAGE
0220-05151-0611                                 2

exempt from the California Environmental Quality Act (CEQA) under Public Resources Code (PRC) Section 21080.27, as a low barrier navigation center, Government Code Section 8698.4(a)(4), governing homeless shelter projects under a shelter crisis declaration, and PRC Section 21080(b)(4) and State CEQA Guidelines, 14 CCR Section 15269(c) as specific actions necessary to prevent or mitigate an emergency; and will be exempt as of January 1, 2025, under SB 1395 (PRC Section 21080.27.5) and SB 1361 (PRC 21080.10(c)(1)) as leasing, providing financial support, or contracting services for a low barrier navigation center;

2. AUTHORIZE the General Services Department (GSD) to execute a new or amend an existing interdepartmental agreement with the Department of Recreation and Parks for the Tiny Home Village (THV) site located at Arroyo Drive and Avenue 60 (also known as Arroyo Seco) with 224 beds in Council District 14 for one year;

3. AUTHORIZE GSD to execute a new or amend an existing lease agreement with People Assisting the Homeless for the THV site located at Arroyo Drive and Avenue 60 (also known as Arroyo Seco) with 224 beds in Council District 14 for one year;

4. APPROPRIATE up to $225,172.12 of unspent Homeless Housing, Assistance, and Prevention 2 (HHAP-2) funds to HHAP-2 Fund No. 64J/10, Account No. 10V772, FC-2 A Bridge Home Operating Costs from the following accounts:
    a. $165,371.36 from HHAP-2 Fund No. 64J/10, Account No. 10W178, Bureau of Engineering;
    b. $59,800.76 from HHAP-2 Fund No. 64J/10, Account No. 10W759, 6073 North Reseda Boulevard THV Pallets;

5. APPROVE and APPROPRIATE up to $12,089 from HHAP-2 Fund No. 64J/10, Account No. 10V772, FC-2 A Bridge Home Operating Costs to the General Services Department Fund No. 100/40, Account No. 003160 Maintenance Materials, Supplies & Services, for repairs at the A Bridge Home (ABH) interim housing site located at 1403 North Gardner Street with 30 beds in Council District 13;

6. APPROVE and APPROPRIATE up to $125,512 from HHAP-2 Fund No. 64J/10, Account No. 10V772, FC-2 A Bridge Home Operating Costs to the GSD Fund No. 100/40, Account No. 003180, Construction Materials, for rental costs for modular trailer buildings at the El Pueblo ABH site located at 711 S. Alameda Street in Council District 14;

7. APPROVE and APPROPRIATE up to $53,953 from HHAP-2 Fund No. 64J/10, Account No. 10V772, FC-2 A Bridge Home Operating Costs to HHAP-2 Fund No. 64J/43, in a new account entitled "2023-24 Bridge Home Operations" for leasing costs at the ABH site located at 1479 South La Cienega Boulevard in Council District 5 through June 30, 2024;

CAO File No.                    PAGE
0220-05151-0611                  3

8.  RESCIND Recommendations 5 through 7 in the previously approved 25th COVID-19 Homelessness Roadmap Funding Report (C.F. 20-0841-S50);

9.  INSTRUCT the General Manager of LAHD, or their designee, to amend the City's HHAP (C-135650) contract with LAHSA to:
    a.  Reflect the funding allocations/amendments in this report for the interim housing sites located at:
        i.    1479 South La Cienega Boulevard in Council District 5;
        ii.   1725 South La Cienega Boulevard in Council District 5;

10. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's new Roadmap Contract (C-144656) with LAHSA to:
    a.  Reflect the funding allocations/amendments in this report for the interim housing site located at 1725 South La Cienega Boulevard in Council District 5;

11. AUTHORIZE the CAO to:
    a.  Prepare Controller instructions or make necessary technical adjustments, including to the names of the Special Fund accounts recommended for this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions; and
    b.  Prepare any additional Controller instructions to reimburse City Departments for their accrued labor, material or permit costs related to projects in this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions.

## BACKGROUND

As part of the LA Alliance case, on June 16, 2020, the City reached an agreement with the County to create 6,700 new homeless housing units within 18 months to address the COVID-19 emergency. This agreement is referred to as the Homelessness Roadmap.

The Roadmap set the following targets:
- 700 beds in existing agreements with the County within 10 months
- 5,300 new beds within 10 months
- 700 new beds within 18 months

The City is required to open and maintain 6,000 new beds, not covered by existing City-County agreements. The County has provided up to $60 million in annual service funding, totaling up to $300 million over the five-year agreement term, based on the number of interventions open and occupied within 60 days of July 1st each year. The agreement will terminate on June 30, 2025; therefore, Fiscal Year 2024-25 marks the fifth and final year of the Homelessness Roadmap.

CAO File No.                                          PAGE
0220-05151-0611                                         4

The City has met all obligations under the agreement and will continue to do so. As of September 30, 2024, 7,172 new beds are open and occupiable, which includes 2,339 rapid rehousing/shared housing point-in-time placements overseen by the Los Angeles Homeless Services Authority.

## DISCUSSION

### Arroyo Seco Tiny Home Village in Council District 14

The Tiny Home Village (THV) located at Arroyo Drive and Avenue 60, with 224 beds, in Council District 14 opened on November 2, 2021. The current service provider on site is Hope the Mission (formerly Hope of the Valley). The site is owned by the City of Los Angeles (City) and is under the Department of Recreation and Parks' (RAP) jurisdiction. The right-of-entry permit, issued by RAP, was originally scheduled to expire on November 1, 2024. At its meeting on October 3, 2024, the Board of Recreation and Parks Commissioners approved a one-year extension to continue operations at the site.

This report recommends the authority for the General Services Department (GSD) to enter into a new or amend an existing interdepartmental agreement with RAP as well as a lease agreement with the Hope the Mission. The Bureau of Engineering (BOE) has conducted a California Environmental Quality Act (CEQA) analysis for this site, which is transmitted under a separate cover. The Mayor and City Council must approve BOE's determinations that these uses are categorically exempt from CEQA in order to proceed.

On July 10, 2024, the Council and Mayor approved the 24th Roadmap Funding report (C.F. 20-0841-S49), which allocated $4,946,480 of County Agreement funds to support the operations at this THV through June 30, 2025. No funding is provided for leasing, since the site is owned by the Department of Recreation and Parks and this is a no-cost agreement.

### Homeless Housing, Assistance, and Prevention 2 (HHAP-2) Funding Items

This report recommends recapturing up to $225,172.12 of unspent HHAP-2 funding to be reprogrammed as needed.

The A Bridge Home site (ABH) located at 1403 N. Gardner Street in Council District 13, with 30 beds, required maintenance repairs due to a blown out water heater. This report recommends up to $12,089 in HHAP-2 funding to the General Services Department for the procurement of a water heater at this ABH.

The City funds leasing costs for the non-City owned trailer buildings onsite at the El Puente ABH, located at 711 N. Alameda Street in Council District 14. This report recommends $125,512 in HHAP-2 funding for Fiscal Year 2023-24, due to a portion of the leasing costs from FY 2023-24 being underfunded.

CAO File No.    PAGE
0220-05151-0611    5

Additionally, $53,953 in HHAP-2 funding is recommended to support a shortfall relative to underfunded FY 2023-24 leasing costs at the site located at 1479 La Cienega Boulevard in Council District 5 with 54 beds.

**1725 South La Cienega Boulevard in Council District 5**

On August 21, 2024, the Mayor and Council approved the 25th Roadmap Funding Report (C.F. 20-0841-S50), which included recommendations for a 20-bed interim housing intervention at the La Cienega Motel, located at 1725 S. La Cienega Boulevard in Council District 5. The intervention will no longer be moving forward and as such, this report recommends rescinding recommendations five through seven in the 25th Roadmap Funding Report.

**FISCAL IMPACT STATEMENT**

There is no General Fund impact as a result of the recommendations in this report. The recommendations in this report utilize the Homeless Housing, Assistance, and Prevention funds for homelessness interventions.

**FINANCIAL POLICIES STATEMENT**

The recommendations in this report comply with the City Financial Policies in that budgeted funds are being used to fund recommended actions.

Attachments:
1. COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 26th Homeless Roadmap Funding Recommendations are Approved

*MWS:ECG:KML:SBL:MZ:16250026*

Case 2:20-cv-02291-DOC-KES Document 857-3 Filed 01/22/25 Page 7 of 11 Page ID #:3667

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2023-2024 Comittment | | | | | Fiscal Year 2024-2025 Comittment | | | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | |
| 1 | | | 13160 Raymer St. | 2 | | | | | | | | | | | $1,348,321 |
| 2 | | | 7700 Van Nuys Blvd. | 2 | | | | | | | | | | | $6,209,046 |
| 3 | | | 7621 Canoga Ave. | 3 | | | | | | | | | | | $4,300,00 |
| 4 | | | 3061 Riverside Dr. | 4 | | | | | | | | | | | $4,537,274 |
| 5 | | | 3428 Riverside Dr. | 4 | | | | | | | | | | | $5,812,91 |
| 6 | | | 1479 La Cienega Blvd. | 5 | | | | | | | | | | | $0 |
| 7 | | | 14333 Aetna St. | 6 | | | | $621,426 | | | | | | | $5,749,155 |
| 8 | | | Sylmar Armory | 7 | | | | | | | | | | | $0 |
| 9 | ABH Beds (1) | Capital | 4601 Figueroa St. | 9 | | | | | | | | | | | $0 |
| 10 | | | 1819 S. Western Ave. | 10 | | | | | | | | | | | $1,579,498 |
| 11 | | | 625 Lafayette Pl. | 10 | | | | | | | | | | | $5,518,288 |
| 12 | | | West LA VA | 11 | | | | | | | | | | | $136,046 |
| 13 | | | 1533 Schrader Blvd. | 13 | | | | | | | | | | | $42,029 |
| 14 | | | 310 N. Main St. | 14 | | | | | | | | | | | $3,643,175 |
| 15 | | | 407 N Beacon St. (515 N Beacon St.) | 15 | | | | | | | | | | | $971,200 |
| 16 | | | 828 Eubank Ave. | 15 | | | | $15,712 | | | | | | | $30,712 |
| | ABH Capital Total | | | | $0 | $0 | $0 | $637,138 | $0 | $0 | $0 | $0 | $0 | $0 | $39,877,64 |
| 17 | | | 1920 W 3rd St. | 1 | | $44,772 | | | | | | | $674,520 | | $2,047,349 |
| 18 | | | 13160 Raymer St. | 2 | | $92,820 | | | | | | $2,047,650 | | | $9,320,02 |
| 19 | | | 7700 Van Nuys Blvd. | 2 | | $109,200 | | | | | | $2,409,000 | | | $9,434,64 |
| 20 | | | 7621 Canoga Ave. | 3 | | | | | | | | | | | $6,776,138 |
| 21 | | | 3061 Riverside Dr. | 4 | $468 | $42,120 | | | | | | $939,510 | | | $6,776,138 |
| 22 | | | 3248 Riverside Dr. | 4 | $1,200 | $108,000 | | | | | | $2,409,000 | | | $10,818,26 |
| 23 | | | 1479 La Cienega Blvd. | 5 | $53,953 | | | | | | | | | | $2,705,93 |
| 24 | | | 14333 Aetna St. | 6 | | -$711,646 | | | | | | | | | $5,02,926 |
| 25 | | | Sylmar Armory | 7 | | $92,820 | | | | | | $2,047,650 | | | $9,38,476 |
| 26 | ABH Beds (1) | Operating (2) | 4601 Figueroa St. | 9 | $405,942 | | | | | $324,000 | | | | | $1,679,275 |
| 27 | | | 1819 S. Western Ave. | 10 | $180,180 | $16,200 | | | | | | $509,175 | | | $2,104,354 |
| 28 | | | 625 Lafayette Pl. | 10 | | $78,624 | | | | | | $1,734,480 | | | $6,755,11 |
| 29 | | | 1214 Lodi Pl. (Phase 1) | 13 | $297,498 | $101,520 | $362,430 | | | | | $2,264,460 | | | $13,524,53 |
| 30 | | | 1533 Schrader Blvd. | 13 | 864 | 77,760 | | | | | | | $1,734,480 | | $4,604,54 |
| 31 | | | 711 N Alameda St (El Puente) | 14 | $125,512 | $48,600 | | | | $105,000 | | | $1,084,050 | | $3,536,62 |
| 32 | | | 310 N. Main St. (Civic Center) | 14 | $1,188 | $106,920 | | | | | | $2,384,910 | | | $8,087,20 |
| 33 | | | 407 N Beacon St. (515 N Beacon St.) | 15 | $19,800 | $108,000 | $1,055,954 | | | | | $2,409,000 | | | $7,832,27 |
| 34 | | | 828 Eubank Ave. | 15 | | $93,488 | $2,372,000 | | | | | $2,409,000 | | | $8,984,92 |
| | ABH Operation Total | | | | $1,086,605 | $1,120,844 | $3,078,738 | $0 | $0 | $429,000 | $0 | $21,563,835 | $3,493,050 | $0 | $112,616,595 |
| 35 | | | 11471 Chandler Blvd. | 2 | | | | | | | | | | | $4,562,214 |
| 36 | | | 6099 Laurel Canyon Blvd. | 2 | $10,000 | | | $223,929 | | | | | | | $8,906,960 |
| 37 | | | 12600 Saticoy St. | 2 | | | | | | | | | | | $6,008,09 |
| 38 | | | 19040 Vanowen St. | 3 | | | | | | | | | | | $3,229,997 |
| 39 | | | 6073 Reseda Blvd. | 3 | | | | | | | | | | | $4,411,736 |
| 40 | | | 9710 San Fernando Blvd. | 6 | | | | | | | | | | | $5,673,07 |
| 41 | | | Compton Ave. and Nevin Ave. | 9 | | | | | | | | | | | $58,42 |
| 42 | | | 2301 W. 3rd St. | 13 | | | | | | | | | | | $3,592,85 |
| 43 | Tiny Home Villages | Capital | 1455 Alvarado St. | 13 | $9,728 | | | | | | | | | | $2,497,455 |
| 44 | | | Arroyo & Ave. 60 | 14 | | | | | | | | | | | $6,173,096 |
| 45 | | | 7570 Figueroa St. | 14 | | | | | | | | | | | $3,159,29 |
| 46 | | | 850 N. Mission Rd. | 14 | | | | | | | | | | | $4,869,57 |

Case 2:20-cv-02291-DOC-KES Document 857-3 Filed 01/22/25 Page 8 of 11 Page

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2023-2024 Comittment | | | | | Fiscal Year 2024-2025 Comittment | | | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | |
| 47 | | | Mission and Jesse | 14 | | | | | | | | | | | $193,924 |
| 48 | | | 1221 Figueroa Pl. | 15 | $10,000 | | | | | | | | | | $4,401,244 |
| 49 | | | 600 E. 116th Pl. | 15 | -$45,794 | | | $68,245 | | | | | | | $3,703,135 |
| 50 | | | 406 N. Bonnie Brae St & 413 Burlington Ave | 13 | $10,000 | | | | | | | | | | $10,000 |
| | **Tiny Home Villages Capital Total** | | | | **-$6,066** | **$0** | **$0** | **$292,174** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$61,451,080** |
| 51 | Other Interim Beds / Homekey Units (1) | Acquisition | 2521-2525 Long Beach Ave. | 9 | | | | | | | | | | | $4,911,342 |
| 52 | | | 2300, 2312, 2324 & 2332 S. Central Ave. | 9 | | | | | | | | | | | $11,688,000 |
| 53 | | | 1300-1332 W. Slauson Ave. | 9 | | | | | | | | | | | $6,520,353 |
| | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $23,119,695 |
| 54 | Other Interim Beds | Capital | 499 San Fernando Road | 1 | | | | | | | | | | | $14,598,676 |
| 55 | | | Coalition to Abolish Slavery and Trafficking (CAST) | 5 | | | | | | | | | | | $445,222 |
| 56 | | | 2521-2525 Long Beach Ave. | 9 | | | | | | | | | | | $3,406,547 |
| 57 | | | 1300-1332 W. Slauson Ave. | 9 | | | | | | | | | | | $2,124,746 |
| 58 | | | 18140 Parthenia Blvd. | 12 | | | | | | | | | | | $8,289,123 |
| | **Other Interim Beds Capital Total** | | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$28,864,314** |
| 59 | Tiny Home Villages | Operating (2) | 11471 Chandler Blvd. | 2 | | $75,075 | $1,509,750 | | | | | $1,656,188 | | | $6,801,862 |
| 60 | | | 6099 Laurel Canyon Blvd. | 2 | $10,000 | $200,200 | $4,026,000 | $183,929 | | | | $4,406,500 | | | $15,823,196 |
| 61 | | | 12600 Saticoy St. | 2 | | $463,304 | $3,019,500 | | | | | $3,312,375 | | | $11,500,435 |
| 62 | | | 19040 Vanowen St. | 3 | | $395,744 | $2,033,130 | | | | | $2,230,333 | | | $8,552,488 |
| 63 | | | 6073 Reseda Blvd. | 3 | $10,000 | $520,612 | $2,979,240 | | | | | $3,258,210 | | | $11,879,079 |
| 64 | | | 9710 San Fernando Blvd. | 6 | | $161,161 | $3,240,930 | | | | | $3,555,283 | | | $7,688,505 |
| 65 | | | Compton Ave. & Nevin Ave. | 9 | | | | | | | | | | | $0 |
| 66 | | | 1455 Alvarado St. | 13 | $488,962 | $463,344 | $1,864,407 | | | | | $1,553,440 | | | $8,019,022 |
| 67 | | | 2301 W. 3rd St. | 13 | | $546,837 | $1,989,737 | | | | | $2,186,168 | | | $8,405,150 |
| 68 | | | Arroyo & Ave. 60 | 14 | | $224,224 | $4,509,120 | | | | | $4,946,480 | | | $16,841,818 |
| 69 | | | 7570 Figueroa St. | 14 | | $93,093 | $1,872,090 | | | | | $2,053,673 | | | $6,575,250 |
| 70 | | | 1221 Figueroa Pl. | 15 | $10,000 | $156,882 | $1,610,400 | | | | | $1,646,188 | | | $6,666,194 |
| 71 | | | 499 San Fernando | 1 | | | $330,000 | | | | | $2,097,838 | | | $3,417,838 |
| 72 | | | 850 N. Mission Rd. | 14 | | | $2,568,368 | $266,953 | | | | $3,179,880 | | | $6,209,607 |
| 73 | | | Mission and Jesse | 14 | | | | | | | | | | | $188,365 |
| | **Tiny Home Villages Operating Total** | | | | **$518,962** | **$3,300,475** | **$31,222,672** | **$450,882** | **$0** | **$0** | **$0** | **$36,082,556** | **$0** | **$0** | **$121,810,737** |
| 74 | | | 313 Patton St. | 1 | | | | | | | | | | | $857,627 |
| 75 | | | 1701 Camino Palmero St. | 4 | | $34,398 | $691,740 | | | | | $758,835 | | | $2,832,662 |
| 76 | | | 7600 Beverly Blvd. | 4 | | | | | | | | | | | $304,930 |
| 77 | | | 1725 S La Cienega Blvd | 5 | | | $0 | | | 🟨 | | 🟨 | | | $0 |
| 78 | | | 7253 Melrose Ave. | 5 | | | | | | | | | | | $0 |
| 79 | | | 7816 Simpson Ave. | 6 | | $49,049 | $986,370 | | | | | $1,082,043 | | | $3,583,542 |
| 80 | | | 6909 N. Sepulveda Blvd. | 6 | | $146,146 | $2,938,980 | | | | | | | | $9,638,688 |
| 81 | | | 11067 Norris Ave. | 7 | | | | | | | | | | | $609,900 |
| 82 | | | 8501 1/2 S. Vermont Ave. | 8 | | $25,025 | $503,250 | | | | | $552,062 | | | $2,006,659 |
| 83 | | | 5615 - 5749 S. Western Ave. | 8 | $7,144 | | $140,910 | | | | | | | | $660,315 |
| 84 | | | 8311 S. Western Ave. | 8 | | $9,873 | | | | | | | | | $330,873 |
| 85 | | | 2514 W. Vernon Ave. | 8 | | | | | | | | | | | $214,000 |
| 86 | | | 8501 S. Broadway | 9 | | $150,150 | $3,019,500 | | | | | | | | $9,941,982 |
| 87 | | | 5100 S. Central Ave. | 9 | $349,000 | $25,025 | $503,250 | | | | | | | | $2,006,131 |
| 88 | | | 224 E. 25th St. & 224 1/2 E. 25th St. | 9 | | $68,068 | $1,368,840 | | | | | $1,501,610 | | | $5,082,952 |

10/31/2024

| No. | Type of Unit/Intervention | Type | Site | CD | FY 2023-2024 HHAP | FY 2023-2024 ESG-CV (5) | FY 2023-2024 County (4) | FY 2023-2024 GCP-AHS | FY 2023-2024 State Homkey Grant | FY 2024-2025 HHAP | FY 2024-2025 ESG-CV (5) | FY 2024-2025 County (4) | FY 2024-2025 GCP-AHS | FY 2024-2025 State Homkey Grant | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 89 | Other Interim Beds | Operating (2) | 9165 & 9165 ½ South Normandie St | 9 | $33,262 | $1,773 | $563,640 | | | | | | | | $1,564,025 |
| 90 | | | 5171 S. Vermont Ave. | 9 | | | | | | | | | | | $214,000 |
| 91 | | | 2521-2525 Long Beach Ave. | 9 | $39,160 | | $2,938,980 | | | | | | | | $3,501,140 |
| 92 | | | 1300-1332 W. Slauson Ave. | 9 | | $100,100 | $2,096,245 | | | | | | | | $3,603,439 |
| 93 | | | 18140 Parthenia Blvd. | 12 | | $107,107 | $2,153,910 | | | | | | | | $4,566,506 |
| 94 | | | 5941 Hollywood Blvd. | 13 | | $30,030 | $603,900 | | | | | $662,475 | | | $2,657,716 |
| 95 | | | 3191 W. 4th St. | 13 | | | | | | | | | | | $178,075 |
| 96 | | | 566 S. San Pedro St. | 14 | | $70,980 | $1,427,400 | | | | | $1,565,850 | | | $6,301,530 |
| 97 | | | 1060 Vignes St. | 14 | $232,232 | | $4,670,160 | | | | | | | | $13,425,770 |
| 98 | | | 543 Crocker St. | 14 | $2,511 | $57,549 | $402,600 | | | | | | | | $2,950,075 |
| 99 | | | 3123 S. Grand Ave. | 14 | | $15,965 | $401,500 | | | | | | | | $818,965 |
| 100 | | | Scattered Sites - SRO Housing Corporation | 14 | | | | | | | | | | | $2,409,002 |
| 101 | | | 1904 Bailey St. | 14 | $29,659 | | | | | | | | $158,982 | | $2,759,574 |
| 102 | | | 345 E. 118 Pl. | 15 | | | $80,520 | | | | | | | | $402,380 |
| 103 | | | Various | Various | | | | | | | | | | | $112,354 |
| 104 | | | Project Roomkey (3) | Various | | | | | | | | | | | $72,427,887 |
| 105 | | | Shelter Program | Various | $757,477 | $934,787 | | | | | | | | | $1,692,264 |
| | **Other Interim Beds Operating Total** | | | | **$1,450,445** | **$1,826,025** | **$25,491,695** | **$0** | **$0** | **$0** | **$0** | **$6,122,875** | **$158,982** | **$0** | **$157,654,928** |
| 106 | | | Beacon (Solaire Hotel) | 1 | | | | | | | | | | | $4,873,966 |
| 107 | | | Sieroty (Howard Johnson) | 4 | | | | | | | | | | | $5,108,568 |
| 108 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | | | | | | | | | | $4,568,997 |
| 109 | | | Pano (Panorama Inn) | 6 | | | | | | | | | | | $2,718,578 |
| 110 | | | Arleta (Woodman) | 6 | | | | | | | | | | | $20,055,747 |
| 111 | | | Woodman Ownership Transfer | 6 | | | | | | | | | | | $10,500 |
| 112 | | | Encinitas (Good Nite Inn) | 7 | | | | | | | | | | | $16,351,536 |
| 113 | | | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | | | | | | | | | $1,281,013 |
| 114 | Homekey Units (1) | Match / Acquisition | Mollie Maison (Best Inn) | 10 | | | | | | | | | | | $990,290 |
| 115 | | | The Layover (Super 8 LAX) | 11 | | | | | | | | | | | $10,830,215 |
| 116 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | | | | | | | | $10,152,255 |
| 117 | | | Devonshire Lodge (Travelodge) | 12 | | | | | | | | | | | $3,162,222 |
| 118 | | | The Nest | 13 | | | | | | | | | | | $1,736,813 |
| 119 | | | Casa Luna (Titta's Inn) | 14 | | | | | | | | | | | $1,977,622 |
| 120 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | | | | | | | | $9,021,062 |
| 121 | | | Travelodge (Normandie) | 15 | | | | | | | | | | | $3,990,522 |
| 122 | | | Property management and real estate service | Various | | | | | | | | | | | $779,933 |
| | **Project Homekey Match / Aquisition Total** | | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$97,609,837** |
| 123 | | | Beacon (Solaire Hotel) | 1 | | $116,717 | | | | | | | | | $8,090,325 |
| 124 | | | Sieroty (Howard Johnson) | 4 | | $109,746 | | | | | | | | | $7,780,492 |
| 125 | | | Super 8 Canoga Park | 3 | | | | | | | | | | | $1,028,998 |
| 126 | | | Sepulveda Villa (Econo Motor Inn) | 6 | $92,456 | | | | | | | | | | $6,607,340 |
| 127 | | | Pano (Panorama Inn) | 6 | | | | | | | | | | | $1,097,087 |
| 128 | | | Arleta (Woodman) | 6 | | | | | | | | | | | $4,699,126 |
| 129 | | | Encinitas (Good Nite Inn) | 7 | | $137,137 | | | | | | | | | $9,715,457 |

Case 2:20-cv-02291-DOC-KES Document 857-3 Filed 01/22/25 Page 9 of 11 Page ID #:25667

Case 2:20-cv-02291-DOC-KES  Document 857-3  Filed 01/22/25  Page 10 of 11  Page ID #:23604

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2023-2024 Comittment | | | | | Fiscal Year 2024-2025 Comittment | | | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | |
| 130 | Homekey Units (1) | Operating | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | | | | | | | | | $1,879,763 |
| 131 | | | Mollie Maison (Best Inn) | 10 | $29,850 | $316,316 | | | | | | | | | $3,144,770 |
| 132 | | | The Layover (Super 8 LAX) | 11 | $323,076 | | | | | | | | | | $5,757,708 |
| 133 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | | | | | | | | $1,731,188 |
| 134 | | | Devonshire Lodge (Travelodge) | 12 | $118,755 | | | | | | | | | | $8,001,834 |
| 135 | | | The Nest | 13 | | $60,970 | | | | | | | | | $4,112,373 |
| 136 | | | Casa Luna (Titta's Inn) | 14 | | $62,644 | | | | | | | | | $4,549,206 |
| 137 | | | Huntington Villas (Super 8 Alhambra) | 14 | | $82,628 | | | | | | | | | $5,346,191 |
| 138 | | | Travelodge (Normandie) | 15 | | | | | | | | | | | $2,064,055 |
| | Project Homekey Operating Total | | | | $564,137 | $886,158 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $75,605,901 |
| 139 | | | Beacon (Solaire Hotel) | 1 | | | | | | | | | | | $3,231,738 |
| 140 | | | Sieroty (Howard Johnson) | 4 | | | | | $800,000 | | | | | | $5,501,798 |
| 141 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | | | | | | | | | | $886,851 |
| 142 | | | Pano (Panorama Inn) | 6 | | $96,154 | | | | | | | | | $6,354,918 |
| 143 | | | Arleta (Woodman) | 6 | $1,572,546 | $198,269 | | | | | | | | | $17,859,350 |
| 144 | | | Encinitas (Good Nite Inn) | 7 | | | | | | | | | | | $2,766,029 |
| 145 | Homekey Units (1) | Improvement | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | | | | | | | | | $755,266 |
| 146 | | | Mollie Maison (Best Inn) | 10 | | | | | | | | | | | $186,577 |
| 147 | | | The Layover (Super 8 LAX) | 11 | | | | | | | | | | | $1,020,205 |
| 148 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | | $1,000,000 | | | | | | $1,805,424 |
| 149 | | | Devonshire Lodge (Travelodge) | 12 | | | | | $410,000 | | | | | | $1,626,924 |
| 150 | | | The Nest | 13 | | | | | | | | | | | $306,967 |
| 151 | | | Casa Luna (Titta's Inn) | 14 | | | | | | | | | | | $312,272 |
| 152 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | | $500,000 | | | | | | $877,644 |
| 153 | | | Travelodge (Normandie) | 15 | $2,950,434 | $190,635 | | | | | | | | | $5,329,300 |
| 154 | | | Real estate services to monitor alterations | n/a | | | | | | | | | | | $335,295 |
| | Project Homekey Capital Improvement Total | | | | $4,522,980 | $485,058 | $0 | $0 | $2,710,000 | $0 | $0 | $0 | $0 | $0 | $49,157,638 |
| 155 | Recovery Housing | | Rapid Rehousing/ Shared Housing** | Various | | $959,681 | | $350,000 | | | | | | | $78,575,224 |
| | Recovery Housing Total | | | | $0 | $959,681 | $0 | $350,000 | $0 | $0 | $0 | $0 | $0 | $0 | $78,575,224 |
| 156 | Measure H Strategy (7) | | Measure H Strategy - B4 (Landlord Incentive) | Various | | | | | | | | | | | $426,000 |
| | Measure H Strategy Total | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $426,000 |
| 157 | Safe Sleeping | Capital | 2300 S. Central Ave. (6) | 9 | $152,425 | | | | | | | | | | $1,669,306 |
| 158 | | | 317 N. Madison Ave. | 13 | | | | | | | | | | | $10,559 |
| | Safe Sleep Capital Total | | | | $152,425 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1,679,865 |
| 159 | Safe Sleeping | Operating (2) | 2300 S. Central Ave. (6) | 9 | | | $3,065,250 | | | | | $3,065,250 | | | $10,187,522 |
| 160 | | | 317 N. Madison Ave. | 13 | | | | | | | | | | | $1,029,279 |
| | Safe Sleep Operating Total | | | | $0 | $0 | $3,065,250 | $0 | $0 | $0 | $0 | $3,065,250 | $0 | $0 | $11,216,801 |
| 161 | | | 7128 Jordan Ave. | 3 | $5,437 | $40,063 | $274,500 | | | | | | | | $917,697 |
| 163 | | | 4301 S. Central Ave. | 9 | | $18,200 | $109,800 | | | | | $146,000 | | | $536,968 |
| 164 | | | 1201 S. Figueroa St. | 9 | $54,600 | | $329,400 | | | | | $438,000 | | | $1,380,269 |
| 166 | | | 11339 Iowa Ave. | 11 | $45,500 | | $274,500 | | | | | $365,000 | | | $1,030,419 |
| 167 | | | 9100 Lincoln Blvd. | 11 | | | $0 | | | | | | | | $246,569 |

10/31/2024

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2023-2024 Comittment | | | | | Fiscal Year 2024-2025 Comittment | | | | | Total Commitment |
| --- | --- | --- | --- | --- | HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | HHAP | ESG-CV (5) | County (4) | GCP-AHS | State Homkey Grant | |
| 168 | Safe Parking (1) | Operating (2) | 5455 111th Street | 11 | | | | | | | | | | | $894,98 |
| 169 | | | 8775 Wilbur Ave. | 12 | $2,988 | $33,412 | $219,600 | | | | | $292,000 | | | $1,041,28 |
| 170 | | | 1033 Cole Ave. | 13 | $36,400 | | $219,600 | | | | | | | | $718,95 |
| 171 | | | 4591 Santa Monica Blvd. | 13 | | | | | | | | | | | $155,53 |
| 172 | | | 711 S. Beacon St. | 15 | | $54,600 | $329,400 | | | | | $438,000 | | | $1,637,04 |
| 173 | | | 19610 Hamilton Ave. | 15 | $45,500 | | $274,500 | | | | | $365,000 | | | $1,341,47 |
| | Safe Parking Operating Total | | | | $190,425 | $146,275 | $2,031,300 | $0 | $0 | $0 | $0 | $2,044,000 | $0 | $0 | $9,901,19 |
| 174 | Outreach | | Roadmap Outreach | Various | | | | | | | | | | | $9,077,36 |
| 175 | | | Encampment to Home Program on Ocean Front Walk/Venice | 11 | | | | | | | | | | | $5,000,00 |
| | Outreach Total | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $14,977,36 |
| 176 | Admin | Admin | BOE | n/a | | | | | | | | | | | $8,155,05 |
| 177 | | | BCA | n/a | | | | | | | | | | | $299,41 |
| 178 | | | CAO | n/a | | | | | | | | | | | $254,03 |
| 179 | | | GSD | n/a | | | | | | | | | | | $77,50 |
| 180 | | | LAHD | n/a | | | | | | | | | | | $1,158,255 |
| 181 | | | LAHSA | n/a | | $93,479 | | | | | | | | | $5,594,161 |
| | Admin Total | | | | $0 | $93,479 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $15,538,42 |
| Total Commitment | | | | | $8,479,913 | $8,817,995 | $64,889,655 | $1,730,194 | | $429,000 | $0 | $68,878,516 | $3,652,032 | $0 | $876,963,54 |
| Total Uncommitted | | | | | | -$988,769 | | | | | | $1,178,825 | | | |

(1) Does not include Roadmap interventions that are in existing agreements with the County.

(2) Operating costs vary by intervention type: ABH Beds: $60/bed/night; Tiny Home Villages, Leased Facilities, Year Round Shelter: $55/bed/night; Project Homekey: $85/unit/night; Safe Sleeping: $67/person/night; and Safe Parking: $30/car/night. Project Roomkey cos

(3) Committed funds used to front-fund the Project Roomkey extension are expected to be reimbursed by the FEMA, at which time the funds will be available for programming.

(4) County Services allocations are restricted to services, leasing, FFE, and start up costs.

(5) Reflects the entire cost of the program for two (2) years using ESG-COVID.

(6) 2300 S Central is part of the City Project Homekey Program. The site will oeprate a Safe Sleeping Program until the owner/operator is ready to begin construction on permanent supportive housing.

(7) Placements funded with City funding for Measure H Strategies will be counted toward the Roadmap target of 6,700 interventions.

Case 2:20-cv-02291-DOC-KES Document 857-3 Filed 01/22/25 Page 11 of 11 Page ID #:23665

10/31/2024