# EXHIBIT D

**File No. 20-0841-S51**

STATUTORY EXEMPTION and HOUSING AND HOMELESSNESS COMMITTEE REPORT relative to the 26th report regarding the COVID-19 Homelessness Roadmap Funding recommendations; funding allocation, lease, and continued use for an additional period not to exceed one year of the Arroyo Seco Tiny Home Village/low barrier navigation center on portion of the Arroyo Seco Park; and related matters.

Recommendations for Council action, SUBJECT TO THE APPROVAL OF THE MAYOR:

1. DETERMINE that the funding allocation, lease, and continued use for an additional period not to exceed one year of the Arroyo Seco THV/low barrier navigation center on a portion of the Arroyo Seco Park, for those experiencing homelessness, are statutorily exempt from the California Environmental Quality Act (CEQA) under Public Resources Code (PRC) Section 21080.27, as a low barrier navigation center, Government Code Section 8698.4(a)(4), governing homeless shelter projects under a shelter crisis declaration, and PRC Section 21080(b)(4) and State CEQA Guidelines, 14 California Code of Regulations (CCR) Section 15269(c) as specific actions necessary to prevent or mitigate an emergency; and will be exempt as of January 1, 2025, under SB 1395 (PRC Section 21080.27.5) and SB 1361 (PRC 21080.10(c)(1)) as leasing, providing financial support, or contracting services for a low barrier navigation center.

2. AUTHORIZE the General Services Department (GSD) to execute a new or amend an existing interdepartmental agreement with the Department of Recreation and Parks for the THV site located at Arroyo Drive and Avenue 60 (also known as Arroyo Seco) with 224 beds in Council District 14 for one year.

3. AUTHORIZE GSD to execute a new or amend an existing lease agreement with Hope the Mission for the THV site located at Arroyo Drive and Avenue 60 (also known as Arroyo Seco) with 224 beds in Council District 14 for one year.

4. APPROPRIATE up to $225,172.12 of unspent Homeless Housing, Assistance, and Prevention 2 (HHAP-2) funds to HHAP-2 Fund No. 64J/10, Account No. 10V772, FC-2 A Bridge Home Operating Costs from the following accounts:

   a. $165,371.36 from HHAP-2 Fund No. 64J/10, Account No. 10W178, Bureau of Engineering.

   b. $59,800.76 from HHAP-2 Fund No. 64J/10, Account No. 10W759, 6073 North Reseda Boulevard THV Pallets.

5. APPROVE and APPROPRIATE up to $12,089 from HHAP-2 Fund No. 64J/10, Account No. 10V772, FC-2 A Bridge Home Operating Costs to the General Services Department Fund No. 100/40, Account No. 003160 Maintenance Materials, Supplies & Services, for repairs at the A Bridge Home (ABH) interim housing site located at 1403 North Gardner Street with 30 beds in Council District 13.

6. APPROVE and APPROPRIATE up to $125,512 from HHAP-2 Fund No. 64J/10, Account No. 10V772, FC-2 A Bridge Home Operating Costs to the GSD Fund No. 100/40, Account No. 003180, Construction Materials, for rental costs for modular trailer buildings at the El Pueblo ABH site located at 711 South Alameda Street in Council District 14.

7. APPROVE and APPROPRIATE up to $53,953 from HHAP-2 Fund No. 64J/10, Account No. 10V772, FC-2 A Bridge Home Operating Costs to HHAP-2 Fund No. 64J/43, in a new account entitled "2023-24 Bridge Home Operations" for leasing costs at the ABH site located at 1479 South La Cienega Boulevard in Council District 5 through June 30, 2024.

8. RESCIND Recommendations 5 through 7 in the previously approved 25th COVID-19 Homelessness Roadmap Funding Report (C.F. 20-0841-S50).

9. INSTRUCT the General Manager, Los Angeles Housing Department (LAHD), or their designee, to amend the City's HHAP (C135650) contract with LAHSA to:

   a. Reflect the funding allocations/amendments in this report for the interim housing sites located at:

      i. 1479 South La Cienega Boulevard in Council District Five.

      ii. 1725 South La Cienega Boulevard in Council District Five.

10. INSTRUCT the General Manager, LAHD, or their designee, to amend the City's new Roadmap Contract (C-144656) with Los Angeles Homeless Services Authority (LAHSA) to reflect the funding allocations/amendments in the report for the interim housing sites located at:

    a. 1725 South La Cienega Boulevard in Council District Five.

    b. 6073 North Reseda Boulevard in Council District Three.

11. AUTHORIZE the CAO to:

    a. Prepare Controller instructions or make necessary technical adjustments, including to the names of the Special Fund accounts recommended for this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions.

    b. Prepare any additional Controller instructions to reimburse City Departments for their accrued labor, material or permit costs related to projects in this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions.

12. APPROVE and APPROPRIATE $20,664.88 from General City Purposes - Additional Homeless Services (GCP-AHS) Fund No. 100/56, Account No. 000617, Additional Homeless Services - CD 3 to LAHD Fund No. 10A/43, in a new account titled "2024-25 Tiny Home Village Operations" for the costs of security camera equipment for the tiny home village site located at 6073 North. Reseda Boulevard in Council District 3 through June 30, 2025.

Fiscal Impact Statement: The CAO reports that there is no General Fund impact as a result of the recommendations in the report. The recommendations in this report utilize the Homeless Housing, Assistance, and Prevention funds for homelessness interventions.

Financial Policies Statement: The CAO reports that the recommendations in the report comply with the City Financial Policies in that budgeted funds are being used to fund recommended actions.

Community Impact Statement: None submitted

SUMMARY

At the meeting held on November 6, 2024, your Housing and Homelessness Committee considered a CAO and BOE report relative to the 26th report regarding the COVID-19 Homelessness Roadmap Funding recommendations; funding allocation, lease, and continued use for an additional period not to exceed one year of the Arroyo Seco Tiny Home Village/low barrier navigation center on portion of the Arroyo Seco Park; and related matters.

After an opportunity for public comment was held, the Committee moved to approve the recommendations, as amended, as stated above. This matter is now submitted to the Council for

consideration.

Respectfully Submitted,


HOUSING AND HOMELESSNESS COMMITTEE


MEMBER     VOTE
RAMAN:     YES
BLUMENFIELD:     YES
PADILLA:     YES
DE LEÓN:     ABSENT
RODRIGUEZ:     YES


JL 11.6.24 20-0841-S51


**-NOT OFFICIAL UNTIL COUNCIL ACTS-**