# EXHIBIT B

| Alliance Settlement Agreement<br>Quarterly Report<br>Quarter Ending December 31, 2024<br>Encampment Resolution Data | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Period | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 | CD 8 | CD 9 | CD 10 | CD 11 | CD 12 | CD 13 | CD 14 | CD 15 | Total |
| January 1 - June 30, 2024 (1) | 70 | 98 | 74 | 28 | 60 | 123 | 54 | 35 | 89 | 67 | 172 | 121 | 126 | 525 | 43 | 1,688 |
| July 1 - December 31, 2024 (2) | 209 | 105 | 131 | 48 | 99 | 140 | 94 | 110 | 344 | 102 | 138 | 87 | 251 | 1,078 | 81 | 3,017 |
| Total | 279 | 203 | 205 | 76 | 159 | 263 | 148 | 145 | 433 | 169 | 310 | 208 | 377 | 1,603 | 124 | 4,705 |

(1) Data represents tents and vehicles removed from the public right-of-way.

(2) Data represents tents, makeshift shelters, and vehicles removed from the public right-of-way.