**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**
———
**OFFICIAL BUSINESS**





RECEIVED
CLERK, U.S. DISTRICT COURT

JAN 24 2025

CENTRAL DIST. OF CA
BY



2:20-cv-2291-DOC

FILED
CLERK, U.S. DISTRICT COURT

JAN 24 2025

CENTRAL DISTRICT OF CALIFORNIA
BY DEN        DEPUTY



NIXIE        910   72 1

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 90012333299
RETURN TO SENDER

2347N022164-00522      7201/22/25



Case: 2:20cv2291  Doc: 853

William R Wise                                        Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

Case 2:20-cv-02291-DOC-KES     Document 859     Filed 01/24/25     Page 2 of 3   Page ID
#:23680

marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com), Kent K Qian (kqian@oaklandcityattorney.org), Kiva Grace Schrager (kschrager@millerbarondess.com), James W. Spertus (jspertus@spertuslaw.com), Kenneth Stahl (arielle.harris@msrlegal.com, beverly.dozier-jones@msrlegal.com, jane.martin@msrlegal.com, karen.irias@msrlegal.com), Marianne Van Riper (simon.perng@coco.ocgov.com)
--No Notice Sent:
Message-Id:<39335201@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Order on Motion for Leave
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 1/15/2025 at 12:49 PM PST and filed on 1/14/2025

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |

**Filer:**

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:**   853

**Docket Text:**
**MINUTES (IN CHAMBERS) by Judge David O. Carter: ORDER DENYING MOTION TO BE NAMED INTERESTED PARTY AND SUBMIT DOCUMENTS IN AUDIT [842]. SEE DOCUMENT FOR FURTHER INFORMATION. (twdb)**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**
Mark S Ravis    mravis99@gmail.com
Nadia Ann Sarkis    docket@millerbarondess.com, dgreen@millerbarondess.com, lemge@millerbarondess.com, nsarkis@millerbarondess.com
Arlene Nancy Hoang    arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org
Sean Christopher Rotstan    ehernandez@sacfirm.com, srotstan@sacfirm.com, lbencomo@sacfirm.com
Matthew Donald Umhofer    calendaring@umklaw.com, matthew@umklaw.com
Jennifer Mira Hashmall    aransom@millerbarondess.com, mhashmall@millerbarondess.com, docket@millerbarondess.com, eruth@millerbarondess.com
Carol A. Sobel    carolsobel@aol.com, carolsobellaw@gmail.com