**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

———

OFFICIAL BUSINESS

NEOPOST
01/13/2025
US POSTAGE $002.8

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 30 2025
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

```
-R-T-S-   927055135-1N          01/27/25

          RETURN TO SENDER
          UNABLE TO FORWARD
          UNABLE TO FORWARD
          RETURN TO SENDER
```

2:20-cv-2291-DOC

FILED
CLERK, U.S. DISTRICT COURT
JAN 30 2025
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Case: 2:20cv2291  Doc: 852

William R Wise                                          Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

Case: 2:20cv2291  Doc: 852

(kqian@oaklandcityattorney.org), Kiva Grace Schrager (kschrager@millerbarondess.com), James W. Spertus (jspertus@spertuslaw.com), Kenneth Stahl (arielle.harris@msrlegal.com, beverly.dozier-jones@msrlegal.com, jane.martin@msrlegal.com, karen.irias@msrlegal.com), Marianne Van Riper (simon.perng@coco.ocgov.com), ad hoc (courtrecording_cacd@cacd.uscourts.gov, reporter_cacd@cacd.uscourts.gov, transcripts_cacd@cacd.uscourts.gov)
--No Notice Sent:
Message-Id:<39302988@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Motion Hearing Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 1/9/2025 at 1:08 PM PST and filed on 1/7/2025

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:** 852

**Docket Text:**
**MINUTES OF Motion Hearing held before Judge David O. Carter: MOTION FOR ORDER FOR SETTLEMENT AGREEMENT COMPLIANCE [767]; STATUS CONFERENCE RE A&M AUDIT (Held at Los Angeles First Street). SEE DOCUMENT FOR FURTHER INFORMATION. Court Reporter: Court Smart. (twdb)**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**
Mark S Ravis    mravis99@gmail.com
Nadia Ann Sarkis    docket@millerbarondess.com, dgreen@millerbarondess.com, lemge@millerbarondess.com, nsarkis@millerbarondess.com
Arlene Nancy Hoang    arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org
Sean Christopher Rotstan    ehernandez@sacfirm.com, srotstan@sacfirm.com, lbencomo@sacfirm.com
Matthew Donald Umhofer    calendaring@umklaw.com, matthew@umklaw.com
Jennifer Mira Hashmall    aransom@millerbarondess.com, mhashmall@millerbarondess.com, docket@millerbarondess.com, eruth@millerbarondess.com