UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,

Plaintiffs,

v.

CITY OF LOS ANGELES, *et al.*,

Defendants.

Case No. 2:20-CV-02291-DOC-KES

Assigned to Judge David O. Carter

**DECLARATION OF ELIZABETH A. MITCHELL IN SUPPORT OF MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE**

Before:  Hon. David O. Carter
Courtroom: 10A
Hearing Date:  March 24, 2025
Hearing Time:  8:30 a.m.

*DECLARATION OF ELIZABETH A MITCHELL ISO MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE*

I, Elizabeth A. Mitchell, hereby declare as follows:

1.     I am an attorney at the law firm of Umhofer, Mitchell & King LLP, and I represent Plaintiffs LA Alliance for Human Rights, Joseph Burk, George Frem, Wenzial Jarrell, Charles Malow, Karyn Pinsky, and Harry Tashdjian ("Plaintiffs") in this action. Except for those that are stated upon information and belief, I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2.     The City and Plaintiffs entered into a Settlement Agreement on May 24, 2022, which was subsequently approved by the Court.  Attached hereto as **Exhibit A** is a true and correct copy of the Amended Stipulated Order re Dismissal Ex. 1, Settlement Agreement, May 24, 2022, ECF No. 429-1. Attached hereto as **Exhibit B** is a true and correct copy of the Order Approving Settlement, ECF No. 445.

3.     On November 11, 2022, the City provided Plaintiffs with two separate documents titled, "LA Alliance Milestones Potential Project List" and "LA Alliance Milestones."  The Potential Project List is a chart that lists the following information: council district, intervention type, project type, address/location, ready for occupancy date, status, total units, and PSH/interim units.  Attached hereto as **Exhibit C** is a true and correct copy of the "LA Alliance Milestones Potential Project List."  The Milestones is a chart that sets forth numbers and dates by which beds would be created under the Settlement Agreement. Attached hereto as **Exhibit D** is a true and correct copy of the "LA Alliance Milestones."

4.     The Potential Project List did not provide the plan for all 12,915 (or even 12,904) beds, limiting its plan to only 10,450 beds.  It was understood that some of the potential projects would not come to fruition, and the City would be adding additional projects in due course while others fell away.

5.     In its November 11, 2022 email, the City made no effort to provide plans, milestones, and deadlines for encampments in each Council District or Citywide pursuant to 5.2(ii) and 5.2(iv).

1

*DECLARATION OF ELIZABETH A MITCHELL ISO MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE*

6.     Almost one year after the Potential Project List and Milestones were submitted, on October 3, 2023, and several intervening meetings about this issue, the City provided an "Encampment Engagement, Cleaning, and Resolution," which was purported to be the plan for encampments that the City was obligated to provide under Section 5.2, but it did not include any proposed deadlines and milestones.  Attached hereto as **Exhibit E** is a true and correct copy of the "LA Alliance Encampment Engagement, Cleaning, and Resolution," Oct. 3, 2023.

7.     One of the most draining items on the City budget over the last two years was the exorbitant cost of the mayor's "Inside Safe" projects which, in Fiscal Year 2023-2024, only placed 1,668 people inside, with a budget of $250 million, at a whopping $149,880 spend per person.  Attached hereto as **Exhibit F** is a true and correct copy of the Report from the Office of the City Administrative Officer, dated Dec. 26, 2024.

8.     On August 16, 2024, the Alliance served on the City a letter enumerating the City's breaches of the Settlement Agreement, including the following issues:

- The City was behind in bed production by 1,933 beds, or 32%.
- The City reported only 8,663 beds open or in process, leaving no plan for 4,252 beds.
- The City's refusal to provide locations of encampment resolutions supported the Alliance's continuing concerns that the City was inappropriately counting sanitation actions as "resolutions."

Attached hereto as **Exhibit G** is a true and correct copy of the letter from E. Mitchell to A. Hoang and J. Mariani, dated Aug. 16, 2024.

9.     On November 26, 2024, the Alliance sent another letter to the City regarding its violations of the Settlement Agreement, specifically identifying:

- A continued production gap in beds of approximately 30%;
- No new bed plan, nor any assurance that said beds would be *in addition to* the Roadmap Beds despite passage of two major voter initiatives providing

2

*DECLARATION OF ELIZABETH A MITCHELL ISO MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE*

hundreds of millions of homelessness-related dollars to the City and County within two years; and

- Improper counting of CARE/CARE+ clean-ups as "encampment reductions."

Attached hereto as **Exhibit H** is a true and correct copy of the letter from E. Mitchell to J. Mariani and A. Hoang, dated Oct. 26, 2024.

10.    On December 12, 2024, counsel for the City, counsel for LA Alliance, and Special Master Martinez met and conferred about these issues without reaching a resolution. Specifically, the City's counsel stated they could not "get ahead" of the elected officials, and no such new bed plan, approved by the elected body, was in place. No reason was given for the delay in bed production other than vague references to delays being common in housing production.

11.    Attached hereto as **Exhibit I** is a true and correct copy of the Encampment Reduction Milestones proposed and agreed to by the City of LA.

12.    On January 7, 2025, the City of LA suffered a set of devastating wildfires, centered largely in the Pacific Palisades and Altadena areas.

13.    By the second quarter of fiscal year 24-45 (i.e. December, 2024), the City should have had 6,714 beds built, obtained, or otherwise "created." *See* Exhibit D.

14.    According to the City's proposed Encampment Resolution Milestones, the City should have recorded 4,175 by December 30, 2024. *See* Exhibit I.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 20, 2025 at Los Angeles, California.

/s/ Elizabeth A. Mitchell
Elizabeth A. Mitchell

3

*DECLARATION OF ELIZABETH A MITCHELL ISO MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE*