# Exhibit C

Alliance - Potential Project List

As of 11/9/2022

| CD | Intervention Type | Project Type | Address / Location | Ready for Occupancy Date | STATUS | Total Units | PSH/Interim Units |
|---|---|---|---|---|---|---|---|
| 6 | PSH | Homekey 1 | Panorama Inn 8209 Sepulveda Blvd. | 09/30/2025 | - | 90 | 90 |
| 15 | PSH | Homekey 1 | Travelodge 18600 Normandie Ave. | 06/30/2024 | - | 40 | 40 |
| 6 | IH | Homekey 1 | Woodman 9120 Woodman Ave. | 10/01/2023 | - | 148 | 148 |
| 7 | PSH | Homekey 2 | 10150 Hillhaven | 12/20/2022 | - | 34 | 33 |
| 14 | PSH | Homekey 2 | 1044 Soto | 03/12/2023 | - | 85 | 84 |
| 6 | PSH | Homekey 2 | 14949 Roscoe | 01/15/2023 | - | 29 | 28 |
| 8 | PSH | Homekey 2 | 1654 W Florence | 05/01/2023 | - | 128 | 126 |
| 15 | PSH | Homekey 2 | 18602 Vermont | 06/01/2023 | - | 136 | 134 |
| 12 | PSH | Homekey 2 | 19325 Londelius | 06/01/2023 | - | 117 | 115 |
| 3 | PSH | Homekey 2 | 20205 Ventura | 06/01/2023 | - | 146 | 144 |
| 3 | PSH | Homekey 2 | 21121 Vanowen | 05/01/2023 | - | 101 | 99 |
| 13 | PSH | Homekey 2 | 2812 Temple/ 916 Alvarado | 06/01/2023 | - | 69 | 67 |
| 15 | PSH | Homekey 2 | 5050 Pico | 11/30/2022 | - | 79 | 78 |
| 8 | PSH | Homekey 2 | 6521 Brynhurst | 11/14/2022 | - | 41 | 40 |
| 11 | PSH | Homekey 2 | 6531 S Sepulveda | 06/01/2023 | - | 133 | 131 |
| 1 | PSH | Homekey 2 | 740 Alvarado | 11/15/2022 | - | 80 | 79 |
| 6 | PSH | Homekey 2 | 7639 Van Nuys | 04/01/2023 | - | 35 | 34 |
| 4 | PSH | Homekey 2 | BLVD Hotel 2010 N. Highland | 07/01/2023 | - | 62 | 61 |
| TBD | PSH | Homekey 3 Sites | TBD | 06/01/2024 | - | 300 | 300 |
| 4 | IH | Interim Housing | Highland Gardens | 11/08/2022 | - | 143 | 143 |
| 14 | IH | Interim Housing (Pallet) | 850 Mission St. & Jesse | 02/01/2023 | - | 74 (114) | 74 |
| 6 | IH | Interim Housing (Pallet) | 9710 San Fernando Rd. | 12/01/2022 | - | 83 (161) | 83 |
| 1 | IH | Interim Housing (Pallet) | Northeast New Beginnings Community (Cypress Park) 499 San Fernando | 03/15/2023 | - | 65 (130) | 65 |
| 1 | PSH | Non-Prop HHH | 619 Westlake (fka Westlake 619) 619 S WESTLAKE AVE  Los Angeles, CA 90057 | 05/15/2023 | - | 78 | 39 |
| 13 | PSH | Non-Prop HHH | Alvarado Kent Apartments 707 N ALVARADO ST CA 90026 | 09/01/2024 | - | 80 | 40 |
| 6 | PSH | Non-Prop HHH | Corazon del Valle 14545 W LANARK ST CA 91402 | 10/23/2023 | - | 90 | 49 |
| 14 | PSH | Non-Prop HHH | Crocker (Umeya) Apartments 411 S TOWNE AVE CA 90013 | 10/01/2025 | - | 173 | 87 |

Alliance - Potential Project List

As of 11/9/2022

| CD | Intervention Type | Project Type | Address / Location | Ready for Occupancy Date | STATUS | Total Units | PSH/Interim Units |
|---|---|---|---|---|---|---|---|
| 14 | PSH | Non-Prop HHH | First Street North- B (Go For Broke- S 9p) 128 N JUDGE JOHN AISO ST CA 90012 | 01/01/2025 | - | 65 | 16 |
| 14 | PSH | Non-Prop HHH | First Street North-A (Go For Broke Apt N-4p) 200 N JUDGE JOHN AISO ST CA 90012 | 12/01/2024 | - | 176 | 44 |
| 15 | PSH | Non-Prop HHH | Jordan Downs Area H2B (Bridge) 2254 E 97TH ST CA 90002 | 01/01/2026 | - | 119 | 30 |
| 9 | PSH | Non-Prop HHH | La Prensa Libre - 4% 210 E WASHINGTON BLVD  Los Angeles, CA 90015 | 03/20/2023 | - | 63 | 25 |
| 14 | PSH | Non-Prop HHH | LAMP Lodge 660 S STANFORD AVE  Los Angeles, CA 90021 | 11/16/2022 | - | 82 | 81 |
| 13 | PSH | Non-Prop HHH | Locke Lofts 316 N JUANITA AVE CA 90004 | 01/01/2026 | - | 150 | 145 |
| 6 | PSH | Non-Prop HHH | Luna Vista Apartments 8767 N PARTHENIA PL 1-73 CA 91343 | 03/31/2024 | - | 73 | 36 |
| 1 | PSH | Non-Prop HHH | Miramar Gold 1434 W MIRAMAR ST CA 90026 | 10/01/2024 | - | 94 | 47 |
| 13 | PSH | Non-Prop HHH | Orange and DeLongpre Apartments 6914 W DE LONGPRE AVE  HOLLYWOOD, CA 90028 | 12/01/2023 | - | 98 | 96 |
| 3 | PSH | Non-Prop HHH | Palm Vista Apartments 20116 W SHERMAN WAY  Winnetka, CA 91306 | 07/01/2023 | - | 91 | 44 |
| 9 | PSH | Non-Prop HHH | Parkview Affordable Housing 4020 S COMPTON AVE CA 90011 | 02/01/2024 | - | 127 | 31 |
| 10 | PSH | Non-Prop HHH | PATH Villas Montclair/Gramercy(Recap-Site 2 of 2) 3317 W WASHINGTON BLVD  Los Angeles, CA 90018 | 10/22/2022 | - | 17 | 16 |
| 11 | PSH | Non-Prop HHH | Red Tail Crossing (FKA Kite Crossing) 8333 S AIRPORT BLVD CA 90045 | 11/01/2024 | - | 40 | 102 |
| 10 | PSH | Non-Prop HHH | The Arlington 3322 W WASHINGTON BLVD CA 90018 | 03/06/2024 | - | 20 | 20 |
| 1 | PSH | Non-Prop HHH | Third Thyme 1435 W 3RD ST CA 90017 | 03/01/2025 | - | 104 | 52 |
| 11 | PSH | Non-Prop HHH | Venice Dell (fka Reese Davidson Comm-Ph I-West) 2102 S PACIFIC AVE CA 90291 | 10/31/2024 | - | 63 | 31 |
| 8 | PSH | Non-Prop HHH | Vermont Manchester Family Transit Priority Project 8500 S VERMONT AVE CA 90044 | 05/01/2025 | - | 118 | 45 |
| 6 | PSH | Non-Prop HHH | Vista Terrace 8134 N VAN NUYS BLVD CA 91402 | 01/01/2026 | - | 102 | 24 |

Alliance - Potential Project List

As of 11/9/2022

| CD | Intervention Type | Project Type | Address / Location | Ready for Occupancy Date | STATUS | Total Units | PSH/Interim Units |
|---|---|---|---|---|---|---|---|
| 1 | PSH | Non-Prop HHH | West Third Apartments<br>1900 W 3RD ST  Los Angeles, CA 90057 | 12/01/2022 | - | 137 | 136 |
| 5 | PSH | Prop HHH | 11010 Santa Monica<br>11010 W SANTA MONICA BLVD  Los Angeles, CA 90025 | 11/30/2022 | - | 51 | 50 |
| 2 | PSH | Prop HHH | 11604 Vanowen (fka The Mahalia)<br>11604 VANOWEN ST  LOS ANGELES, CA 91605 | 10/25/2022 | - | 49 | 48 |
| 3 | PSH | Prop HHH | 18722 Sherman Way, L.P.<br>18722 W SHERMAN WAY CA 91335 | 08/31/2025 | - | 64 | 63 |
| 12 | PSH | Prop HHH | 21300 Devonshire<br>21300 W DEVONSHIRE ST CA 91311 | 08/31/2025 | - | 100 | 99 |
| 9 | PSH | Prop HHH | 4507 Main St.<br>4505 S MAIN ST  Los Angeles, CA 90037 | 04/29/2024 | - | 61 | 31 |
| 14 | PSH | Prop HHH | 6th and San Julian<br>401 E 6TH ST  Los Angeles, CA 90014 | 02/28/2023 | - | 94 | 93 |
| 14 | PSH | Prop HHH | 803 E. 5th St<br>803 E 5TH ST  Los Angeles, CA 90013 | 10/30/2023 | - | 95 | 94 |
| 10 | PSH | Prop HHH | Adams Terrace<br>4314 W ADAMS BLVD  Los Angeles, CA 90018 | 11/03/2022 | - | 48 | 21 |
| 10 | PSH | Prop HHH | Amani Apartments (fka Pico)<br>4200 W PICO BLVD  Los Angeles, CA 90019 | 11/29/2022 | - | 54 | 53 |
| 13 | PSH | Prop HHH | Ambrose (fka 1615 Montana St.)<br>1611 W MONTANA ST  Los Angeles, CA 90026 | 01/15/2023 | - | 64 | 63 |
| 8 | PSH | Prop HHH | Ambrosia Apartments<br>800 W 85TH ST  Los Angeles, CA 90044 | 12/31/2024 | - | 90 | 80 |
| 8 | PSH | Prop HHH | Asante Apartments<br>11001 S BROADWAY  Los Angeles, CA 90061 | 06/30/2023 | - | 55 | 54 |
| 15 | PSH | Prop HHH | Avalon 1355<br>1355 N AVALON BLVD CA 90744 | 02/09/2024 | - | 54 | 53 |
| 15 | PSH | Prop HHH | Beacon Landing (fka Beacon PSH)<br>319 N BEACON ST  SAN PEDRO, CA 90731 | 06/30/2023 | - | 89 | 88 |
| 10 | PSH | Prop HHH | Berendo Sage<br>1035 S BERENDO ST  LOS ANGELES, CA 90006 | 11/08/2022 | - | 42 | 21 |
| 9 | PSH | Prop HHH | Broadway Apartments<br>301 W 49TH ST 1-30  LOS ANGELES, CA 90037 | 12/01/2022 | - | 35 | 34 |
| 1 | PSH | Prop HHH | Bryson II<br>2721 WILSHIRE BLVD  LOS ANGELES, CA 90057 | 04/03/2023 | - | 64 | 33 |

Alliance - Potential Project List

As of 11/9/2022

| CD | Intervention Type | Project Type | Address / Location | Ready for Occupancy Date | STATUS | Total Units | PSH/Interim Units |
|---|---|---|---|---|---|---|---|
| 11 | PSH | Prop HHH | Building 205<br>11301 WILSHIRE BLVD  Los Angeles, CA 90073 | 12/01/2022 | - | 68 | 67 |
| 11 | PSH | Prop HHH | Building 208<br>11301 WILSHIRE BLVD  #208  LOS ANGELES, CA 90073 | 01/07/2023 | - | 54 | 53 |
| 9 | PSH | Prop HHH | Central Apartments<br>2106 S CENTRAL AVE  Los Angeles, CA 90011 | 07/26/2024 | - | 57 | 56 |
| 14 | PSH | Prop HHH | Chavez Gardens (fka Chavez and Fickett)<br>338 N MATHEWS ST  Los Angeles, CA 90033 | 12/31/2025 | - | 60 | 30 |
| 14 | PSH | Prop HHH | Colorado East<br>2451 W COLORADO BLVD  Los Angeles, CA 90041 | 12/31/2022 | - | 41 | 20 |
| 2 | PSH | Prop HHH | Confianza<br>14142 W VANOWEN ST  VAN NUYS, CA 91405 | 10/31/2024 | - | 64 | 63 |
| 8 | PSH | Prop HHH | Depot at Hyde Park<br>6527 S CRENSHAW BLVD  Los Angeles, CA 90043 | 12/31/2022 | - | 43 | 33 |
| 1 | PSH | Prop HHH | Firmin Court<br>418 N FIRMIN ST  Los Angeles, CA 90026 | 11/30/2022 | - | 64 | 45 |
| 1 | PSH | Prop HHH | Grandview Apartments<br>714 S GRAND VIEW ST  Los Angeles, CA 90057 | 05/19/2025 | - | 100 | 54 |
| 14 | PSH | Prop HHH | Hope on 6th<br>576 W 6TH ST  SAN PEDRO, CA 90731 | 12/31/2025 | - | 49 | 31 |
| 9 | PSH | Prop HHH | Hope on Broadway<br>5138 S BROADWAY  Los Angeles, CA 90037 | 10/25/2022 | - | 49 | 48 |
| 8 | PSH | Prop HHH | Hope on Hyde Park - MP/TOC/PSH<br>6501 S CRENSHAW BLVD  Los Angeles, CA 90043 | 01/30/2023 | - | 98 | 97 |
| 1 | PSH | Prop HHH | Ingraham Villa Apartments<br>1218 INGRAHAM ST  LOS ANGELES, CA 90017 | 12/15/2022 | - | 121 | 90 |
| 8 | PSH | Prop HHH | Isla de Los Angeles<br>283 W IMPERIAL HWY  Los Angeles, CA 90061 | 12/14/2022 | - | 54 | 53 |
| 14 | PSH | Prop HHH | La Guadalupe (fka First and Boyle)<br>100 S BOYLE AVE  Los Angeles, CA 90033 | 08/30/2024 | - | 44 | 43 |
| 14 | PSH | Prop HHH | La Veranda<br>2420 E CESAR E CHAVEZ AVE  Los Angeles, CA 90033 | 08/01/2023 | - | 77 | 38 |
| 15 | PSH | Prop HHH | Lagoon (fka PSH 3)<br>728 N LAGOON AVE  Wilmington, CA 90744 | 10/15/2025 | - | 35 | 34 |
| 14 | PSH | Prop HHH | Lorena Plaza<br>3401 E 1ST ST  Los Angeles, CA 90063 | 12/15/2023 | - | 49 | 32 |

Page 4

Alliance - Potential Project List

As of 11/9/2022

| CD | Intervention Type | Project Type | Address / Location | Ready for Occupancy Date | STATUS | Total Units | PSH/Interim Units |
|---|---|---|---|---|---|---|---|
| 14 | PSH | Prop HHH | Los Lirios Apartments<br>119 S SOTO ST  Los Angeles, CA 90033 | 09/01/2023 | - | 64 | 20 |
| 12 | PSH | Prop HHH | Lumina (fka Topanga Apartments)<br>10243 N TOPANGA CANYON BLVD  Chatsworth, CA 91311 | 12/31/2023 | - | 55 | 54 |
| 9 | PSH | Prop HHH | Main Street Apartments<br>5501 S MAIN ST  Los Angeles, CA 90037 | 09/01/2023 | - | 57 | 56 |
| 9 | PSH | Prop HHH | Marcella Gardens (68th & Main St.)<br>6722 S MAIN ST  Los Angeles, CA 90003 | 12/31/2022 | - | 60 | 59 |
| 10 | PSH | Prop HHH | Mariposa Lily<br>1055 S MARIPOSA AVE  Los Angeles, CA 90006 | 03/03/2023 | - | 41 | 20 |
| 10 | PSH | Prop HHH | McDaniel House (fka South Harvard)<br>1049 1/2 S HARVARD BLVD  Los Angeles, CA 90006 | 09/01/2023 | - | 47 | 46 |
| 13 | PSH | Prop HHH | Montecito II Senior Housing<br>6668 W FRANKLIN AVE  HOLLYWOOD, CA 90028 | 11/30/2024 | - | 64 | 32 |
| 13 | PSH | Prop HHH | Montesquieu Manor<br>316 N JUANITA AVE CA 90004 | 09/01/2023 | - | 53 | 20 |
| 6 | PSH | Prop HHH | My Angel (fka The Angel)<br>8547 N SEPULVEDA BLVD  North Hills, CA 91343 | 03/07/2024 | - | 54 | 53 |
| 10 | PSH | Prop HHH | New Hampshire PSH<br>701 S NEW HAMPSHIRE AVE  Los Angeles, CA 90005 | 08/25/2025 | - | 95 | 93 |
| 2 | PSH | Prop HHH | NoHo 5050<br>5050 N BAKMAN AVE  North Hollywood, CA 91601 | 02/01/2024 | - | 40 | 32 |
| 8 | PSH | Prop HHH | Normandie 84<br>8401 S NORMANDIE AVE  Los Angeles, CA 90044 | 12/31/2025 | - | 42 | 34 |
| 1 | PSH | Prop HHH | Oak Apartments (fka 2745-2759 Francis Ave)<br>2745 W FRANCIS AVE  Los Angeles, CA 90005 | 04/15/2024 | - | 64 | 63 |
| 6 | PSH | Prop HHH | Oatsie's Place (fka Sherman Way)<br>16015 W SHERMAN WAY  VAN NUYS, CA 91406 | 04/01/2023 | - | 46 | 45 |
| 13 | PSH | Prop HHH | PATH Villas Hollywood<br>5627 W FERNWOOD AVE  HOLLYWOOD, CA 90028 | 11/10/2022 | - | 60 | 59 |
| 5 | PSH | Prop HHH | Pointe on La Brea<br>849 N LA BREA AVE CA 90038 | 07/07/2023 | - | 50 | 49 |
| 3 | PSH | Prop HHH | Reseda Theater Senior Housing (Canby Woods West)<br>7221 N CANBY AVE  Reseda, CA 91335 | 11/30/2022 | - | 26 | 13 |
| 8 | PSH | Prop HHH | RETHINK Housing 62nd (fka 1408 W. 62nd Street)<br>1408 W 62ND ST  Los Angeles, CA 90047 | 08/31/2025 | - | 27 | 26 |

Alliance - Potential Project List

As of 11/9/2022

| CD | Intervention Type | Project Type | Address / Location | Ready for Occupancy Date | STATUS | Total Units | PSH/Interim Units |
|---|---|---|---|---|---|---|---|
| 9 | PSH | Prop HHH | RETHINK Housing Figueroa<br>5900 S FIGUEROA ST  Los Angeles, CA 90003 | 08/31/2025 | - | 42 | 41 |
| 13 | PSH | Prop HHH | RETHINK Housing Westlake<br>405 N WESTLAKE AVE  Los Angeles, CA 90026 | 08/31/2025 | - | 19 | 18 |
| 13 | PSH | Prop HHH | Rousseau Residences<br>316 N JUANITA AVE  Los Angeles, CA 90004 | 03/07/2024 | - | 52 | 51 |
| 9 | PSH | Prop HHH | Ruth Teague Homes (fka 67th & Main)<br>6706 S MAIN ST  Los Angeles, CA 90003 | 03/01/2023 | - | 52 | 26 |
| 15 | PSH | Prop HHH | SagePointe (fka Deepwater)<br>1435 N EUBANK AVE  LOS ANGELES, CA 90744 | 01/04/2024 | - | 56 | 55 |
| 13 | PSH | Prop HHH | Santa Monica & Vermont Apartments (Phases 1 & 2)<br>4718 W SANTA MONICA BLVD  Los Angeles, CA 90029 | 02/07/2024 | - | 187 | 94 |
| 10 | PSH | Prop HHH | Serenity (fka 923-937 Kenmore Ave)<br>923 S KENMORE AVE  Los Angeles, CA 90006 | 02/15/2023 | - | 75 | 74 |
| 4 | PSH | Prop HHH | Sherman Oaks Senior Housing<br>14536 W BURBANK BLVD  VAN NUYS, CA 91411 | 05/17/2023 | - | 55 | 54 |
| 7 | PSH | Prop HHH | Silva Crossing (fka Link at Sylmar)<br>12667 SAN FERNANDO ROAD  Sylmar, CA 91342 | 10/11/2022 | - | 56 | 55 |
| 8 | PSH | Prop HHH | SOLA at 87th<br>8707 S WESTERN AVE  Los Angeles, CA 90047 | 12/31/2025 | - | 160 | 51 |
| 10 | PSH | Prop HHH | Solaris Apartments (fka 1141-1145 Crenshaw Blvd)<br>1141 S CRENSHAW BLVD  Los Angeles, CA 90019 | 07/07/2023 | - | 43 | 42 |
| 8 | PSH | Prop HHH | Southside Seniors<br>1655 W MANCHESTER AVE  Los Angeles, CA 90047 | 07/06/2024 | - | 50 | 36 |
| 2 | PSH | Prop HHH | Studio 6 Motel (fka Sherman Way Apts Preservation)<br>13561 W SHERMAN WAY 1-58  Van Nuys, CA 91405 | 04/15/2026 | - | 56 | 55 |
| 7 | PSH | Prop HHH | Summit View Apartments<br>11800 W KAGEL CANYON ST  Sylmar, CA 91342 | 12/15/2022 | - | 49 | 48 |
| 2 | PSH | Prop HHH | Sun Commons<br>6329 N CLYBOURN AVE  North Hollywood, CA 91606 | 01/19/2023 | - | 103 | 51 |
| 6 | PSH | Prop HHH | Sun King Apartments<br>9190 N TELFAIR AVE  LOS ANGELES, CA 91352 | 05/18/2023 | - | 26 | 25 |
| 6 | PSH | Prop HHH | Talisa (fka 9502 Van Nuys Blvd)<br>9502 N VAN NUYS BLVD  Panorama City, CA 91402 | 01/01/2023 | - | 49 | 48 |
| 11 | PSH | Prop HHH | Thatcher Yard Housing<br>3233 S THATCHER AVE  Marina Del Rey, CA 90292 | 07/31/2024 | - | 98 | 39 |

Alliance - Potential Project List

As of 11/9/2022

| CD | Intervention Type | Project Type | Address / Location | Ready for Occupancy Date | STATUS | Total Units | PSH/Interim Units |
|---|---|---|---|---|---|---|---|
| 15 | PSH | Prop HHH | The Banning (aka 841 N Banning)<br>841 N BANNING BLVD  Wilmington, CA 90744 | 12/20/2023 | - | 64 | 58 |
| 14 | PSH | Prop HHH | The Brine Residential<br>3016 N NORTH MAIN ST  Los Angeles, CA 90031 | 11/15/2023 | - | 97 | 49 |
| 11 | PSH | Prop HHH | The Iris (fka Barry Apartments)<br>2444 S BARRY AVE CA 90064 | 03/07/2024 | - | 61 | 34 |
| 11 | PSH | Prop HHH | The Journey (FKA Lincoln Apartments)<br>2467 S LINCOLN BLVD  Venice, CA 90291 | 03/07/2024 | - | 40 | 39 |
| 1 | PSH | Prop HHH | The Lake House (fka Westlake Housing)<br>437 S WESTLAKE AVE  Los Angeles, CA 90057 | 09/01/2023 | - | 63 | 62 |
| 6 | PSH | Prop HHH | The Main<br>15302 W RAYEN ST  North Hills, CA 91343 | 07/15/2026 | - | 64 | 33 |
| 6 | PSH | Prop HHH | The Palm Tree Motel (fka Sepulveda Apts Pres.)<br>8428 N SEPULVEDA BLVD  North Hills, CA 91343 | 07/15/2026 | - | 76 | 75 |
| 1 | PSH | Prop HHH | The Quincy (fka 2652 Pico)<br>2652 W PICO BLVD  Los Angeles, CA 90006 | 11/04/2023 | - | 54 | 53 |
| 6 | PSH | Prop HHH | The Rigby<br>15314 W RAYEN ST  North Hills, CA 91343 | 12/31/2025 | - | 64 | 33 |
| 13 | PSH | Prop HHH | The Wilcox (fka 4906-4926 Santa Monica)<br>4912 W SANTA MONICA BLVD  Los Angeles, CA 90029 | 11/04/2023 | - | 62 | 61 |
| 11 | PSH | Prop HHH | VA Building 207<br>11301 WILSHIRE BLVD  #207  Los Angeles, CA 90025 | 01/31/2023 | - | 60 | 59 |
| 10 | PSH | Prop HHH | Vermont Corridor Apartments (fka 433 Vermont Apts)<br>433 S VERMONT AVE  Los Angeles, CA 90020 | 12/15/2022 | - | 72 | 36 |
| 8 | PSH | Prop HHH | Vermont Manchester Senior<br>8400 S VERMONT AVE  Los Angeles, CA 90044 | 06/01/2024 | - | 62 | 45 |
| 13 | PSH | Prop HHH | Voltaire Villas (Enlightenment Plaza Ph III)<br>316 N JUANITA AVE  Los Angeles, CA 90004 | 07/06/2024 | - | 72 | 71 |
| 10 | PSH | Prop HHH | Washington Arts Collective<br>4615 W WASHINGTON BLVD  Los Angeles, CA 90016 | 11/10/2023 | - | 56 | 20 |
| 15 | PSH | Prop HHH | Watts Works<br>9500 S COMPTON AVE  Los Angeles, CA 90002 | 11/30/2022 | - | 25 | 24 |
| 14 | PSH | Prop HHH | Weingart Tower 1B - HHH PSH<br>554 S SAN PEDRO ST  Los Angeles, CA 90013 | 05/15/2024 | - | 104 | 83 |
| 14 | PSH | Prop HHH | Weingart Tower A-134 (fkaWeingart Tower HHH PSH1A)<br>555 S CROCKER ST CA 90013 | 12/31/2023 | - | 134 | 133 |

Alliance - Potential Project List

As of 11/9/2022

| CD | Intervention Type | Project Type | Address / Location | Ready for Occupancy Date | STATUS | Total Units | PSH/Interim Units |
|---|---|---|---|---|---|---|---|
| 14 | PSH | Prop HHH | Weingart Tower A-144 Lower (fkaWeingart TowerII1A) 555 S CROCKER ST CA 90013 | 12/31/2023 | - | 144 | 142 |
| 15 | PSH | Prop HHH | West Anaheim PSH (fka PSH 5) 828 W ANAHEIM ST  Wilmington, CA 90744 | 10/25/2025 | - | 50 | 49 |
| 8 | PSH | Prop HHH | West Terrace (fka Silver Star II) 6576 S WEST BLVD  LOS ANGELES, CA 90043 | 12/15/2022 | - | 64 | 56 |
| 15 | PSH | Prop HHH | Western Landing 25820 S WESTERN AVE CA 90710 | 11/04/2024 | - | 81 | 80 |
| 14 | PSH | Prop HHH | Whittier HHH (fka Whittier PSH) 3554 E WHITTIER BLVD  Los Angeles, CA 90023 | 10/01/2023 | - | 64 | 63 |
| 3 | Other | Rapid Rehousing/Shared Housing | Scattered Sites - SHARE! | 06/30/2023 | - | 30 | 30 |