# Exhibit D

# ROADMAP ALLIANCE MILESTONES

| Roadmap Interventions Open and Occupiable (1) | Council District | As of: 11/9/2022 | FY 2022-23 | | | | | FY 2023-24 | | | | | FY 2024-25 | | | | | FY 2025-26 | | | | | FY 2026-27 | | | | | Overall Total | Goal | Current Delta |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Q1 | Q2 | Q3 | Q4 | FY Total | Q1 | Q2 | Q3 | Q4 | FY Total | Q1 | Q2 | Q3 | Q4 | FY Total | Q1 | Q2 | Q3 | Q4 | FY Total | Q1 | Q2 | Q3 | Q4 | FY Total | | | |
| 1,461 | All CDs | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 106 | 1 | - | 0 | 350 | 65 | 72 | 487 | 62 | 53 | 0 | 63 | 178 | 0 | 47 | 52 | 54 | 153 | 0 | 0 | 0 | 142 | 142 | 0 | 0 | 0 | 143 | 143 | 1,103 | 1,103 | -285 |
| | | Interim Housing | 0 | 0 | 65 | 0 | 65 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 65 | | |
| | | Permanent Housing | 0 | 350 | 0 | 72 | 422 | 62 | 53 | 0 | 63 | 178 | 0 | 47 | 52 | 54 | 153 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 753 | | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 610 | 2 | - | 0 | 48 | 51 | 0 | 99 | 0 | 0 | 32 | 0 | 32 | 0 | 63 | 0 | 0 | 63 | 0 | 0 | 0 | 147 | 147 | 0 | 0 | 0 | 93 | 93 | 434 | 434 | -185 |
| | | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | Permanent Housing | 0 | 48 | 51 | 0 | 99 | 0 | 0 | 32 | 0 | 32 | 0 | 63 | 0 | 0 | 63 | 0 | 0 | 0 | 55 | 55 | 0 | 0 | 0 | 0 | 0 | 249 | | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 274 | 3 | - | 0 | 13 | 0 | 273 | 286 | 44 | 0 | 0 | 0 | 44 | 0 | 0 | 0 | 0 | 0 | 63 | 0 | 0 | 44 | 107 | 0 | 0 | 0 | 44 | 44 | 481 | 481 | -88 |
| | | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | Permanent Housing | 0 | 13 | 0 | 243 | 256 | 44 | 0 | 0 | 0 | 44 | 0 | 0 | 0 | 0 | 0 | 63 | 0 | 0 | 0 | 63 | 0 | 0 | 0 | 0 | 0 | 363 | | |
| | | Other Interventions (2) | 0 | 0 | 0 | 30 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30 | | |
| 287 | 4 | - | 0 | 143 | 0 | 54 | 197 | 61 | 0 | 0 | 0 | 61 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 0 | 21 | 21 | 0 | 0 | 0 | 21 | 21 | 400 | 400 | -142 |
| | | Interim Housing | 0 | 143 | 0 | 0 | 143 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 143 | | |
| | | Permanent Housing | 0 | 0 | 0 | 54 | 54 | 61 | 0 | 0 | 0 | 61 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 115 | | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 81 | 5 | - | 0 | 50 | 0 | 0 | 50 | 49 | 0 | 0 | 0 | 49 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 107 | 107 | 0 | 0 | 0 | 108 | 108 | 314 | 314 | -215 |
| | | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | Permanent Housing | 0 | 50 | 0 | 0 | 50 | 49 | 0 | 0 | 0 | 49 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 99 | | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 609 | 6 | - | 0 | 83 | 76 | 104 | 263 | 0 | 197 | 89 | 0 | 286 | 0 | 0 | 0 | 0 | 0 | 90 | 33 | 24 | 0 | 147 | 108 | 0 | 0 | 0 | 108 | 804 | 730 | 74 |
| | | Interim Housing | 0 | 83 | 0 | 0 | 83 | 0 | 148 | 0 | 0 | 148 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 231 | | |
| | | Permanent Housing | 0 | 0 | 76 | 104 | 180 | 0 | 49 | 89 | 0 | 138 | 0 | 0 | 0 | 0 | 0 | 90 | 33 | 24 | 0 | 147 | 108 | 0 | 0 | 0 | 108 | 573 | | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 86 | 7 | - | 0 | 136 | 0 | 0 | 136 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 322 | 322 | 0 | 0 | 0 | 323 | 323 | 781 | 781 | -645 |
| | | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | Permanent Housing | 0 | 136 | 0 | 0 | 136 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 136 | | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 82 | 8 | - | 0 | 182 | 97 | 180 | 459 | 0 | 0 | 0 | 45 | 45 | 36 | 80 | 0 | 45 | 161 | 26 | 85 | 0 | 0 | 111 | 0 | 0 | 0 | 0 | 0 | 776 | 574 | 202 |
| | | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | Permanent Housing | 0 | 182 | 97 | 180 | 459 | 0 | 0 | 0 | 45 | 45 | 36 | 80 | 0 | 45 | 161 | 26 | 85 | 0 | 0 | 111 | 0 | 0 | 0 | 0 | 0 | 776 | | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 420 | 9 | - | 0 | 141 | 51 | 0 | 192 | 56 | 0 | 31 | 31 | 118 | 56 | 0 | 0 | 100 | 156 | 41 | 0 | 0 | 498 | 539 | 0 | 0 | 0 | 499 | 499 | 1,504 | 1,504 | -1,097 |
| | | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | Permanent Housing | 0 | 141 | 51 | 0 | 192 | 56 | 0 | 31 | 31 | 118 | 56 | 0 | 0 | 0 | 56 | 41 | 0 | 0 | 0 | 41 | 0 | 0 | 0 | 0 | 0 | 407 | | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 160 | 10 | - | 0 | 147 | 94 | 0 | 241 | 88 | 20 | 20 | 0 | 128 | 0 | 0 | 0 | 0 | 0 | 93 | 0 | 0 | 65 | 158 | 0 | 0 | 0 | 65 | 65 | 592 | 592 | -130 |
| | | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | Permanent Housing | 0 | 147 | 94 | 0 | 241 | 88 | 20 | 20 | 0 | 128 | 0 | 0 | 0 | 0 | 0 | 93 | 0 | 0 | 0 | 93 | 0 | 0 | 0 | 0 | 0 | 462 | | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 136 | 11 | - | 0 | 67 | 112 | 131 | 310 | 0 | 0 | 73 | 0 | 73 | 39 | 133 | 0 | 0 | 172 | 0 | 0 | 0 | 89 | 89 | 0 | 0 | 0 | 90 | 90 | 734 | 734 | -179 |
| | | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | Permanent Housing | 0 | 67 | 112 | 131 | 310 | 0 | 0 | 73 | 0 | 73 | 39 | 133 | 0 | 0 | 172 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 555 | | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 202 | 12 | - | 0 | 0 | 0 | 115 | 115 | 0 | 54 | 0 | 0 | 54 | 0 | 0 | 0 | 100 | 100 | 99 | 0 | 0 | 27 | 126 | 0 | 0 | 0 | 27 | 27 | 422 | 422 | -154 |
| | | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | Permanent Housing | 0 | 0 | 0 | 115 | 115 | 0 | 54 | 0 | 0 | 54 | 0 | 0 | 0 | 0 | 0 | 99 | 0 | 0 | 0 | 99 | 0 | 0 | 0 | 0 | 0 | 268 | | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 355 | 13 | - | 0 | 59 | 63 | 67 | 189 | 20 | 157 | 145 | 0 | 322 | 111 | 32 | 0 | 0 | 143 | 18 | 0 | 145 | 104 | 267 | 0 | 0 | 0 | 105 | 105 | 1,026 | 1,026 | -209 |
| | | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | Permanent Housing | 0 | 59 | 63 | 67 | 189 | 20 | 157 | 145 | 0 | 322 | 111 | 32 | 0 | 0 | 143 | 18 | 0 | 145 | 0 | 163 | 0 | 0 | 0 | 0 | 0 | 817 | | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 1,360 | 14 | - | 0 | 101 | 251 | 0 | 352 | 58 | 513 | 0 | 83 | 654 | 43 | 44 | 16 | 0 | 103 | 0 | 148 | 0 | 810 | 958 | 0 | 0 | 0 | 811 | 811 | 2,878 | 2,878 | -1,621 |
| | | Interim Housing | 0 | 0 | 74 | 0 | 74 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 74 | | |
| | | Permanent Housing | 0 | 101 | 177 | 0 | 278 | 58 | 513 | 0 | 83 | 654 | 43 | 44 | 16 | 0 | 103 | 0 | 148 | 0 | 0 | 148 | 0 | 0 | 0 | 0 | 0 | 1183 | | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 277 | 15 | - | 0 | 102 | 0 | 222 | 324 | 0 | 58 | 108 | 40 | 206 | 0 | 80 | 0 | 0 | 80 | 0 | 83 | 30 | 104 | 217 | 0 | 0 | 0 | 104 | 104 | 931 | 931 | -208 |
| | | Interim Housing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| | | Permanent Housing | 0 | 102 | 0 | 222 | 324 | 0 | 58 | 108 | 40 | 206 | 0 | 80 | 0 | 0 | 80 | 0 | 83 | 30 | 0 | 113 | 0 | 0 | 0 | 0 | 0 | 723 | | |
| | | Other Interventions (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 6,506 | Totals | | 0 | 1,622 | 860 | 1,218 | 3,700 | 438 | 1,052 | 498 | 262 | 2,250 | 285 | 479 | 68 | 399 | 1,231 | 430 | 349 | 199 | 2,480 | 3,458 | 108 | 0 | 0 | 2,433 | 2,541 | 13,180 | 12,904 | -5,158 |

(1) Number reported under "All CDs" represents the point-in-time number of Rapid Rehousing/Shared Housing slots in use as of 9/30/2022 out of 2,000 slots funded by the City under the Roadmap agreement

(2) Other Interventions may include rental assistance/rapid rehousing; family reunification; safe parking; safe sleeping/camping