# Exhibit G



767 S. Alameda Street
Suite 270
Los Angeles, CA 90021

p (213) 394-7979
f (213) 529-1027
umklaw.com

August 16, 2024

**<u>VIA EMAIL</u>**

City Attorney's Office
200 N. Main Street
Los Angeles, CA 90012
Arlene.Hoang@lacity.org
Jessica.Mariani@lacity.org

   Re:    Plaintiff's Demand for Breach of Settlement Agreement

Dear Ms. Hoang and Ms. Mariani,

The purpose of this letter is to formally raise the City's multiple violations of the terms of the Settlement Agreement dated May 19, 2022. Despite ample notice of the failures, the City has yet to rectify these issues. Without immediate action by the City, Plaintiffs will be forced to bring the issue to the Court to seek a resolution and additional sanctions.

*First*, the City is far behind its Milestones and Deadlines for bed production. According to the City's Milestones/Goals, it should have 5,950 beds built to date, but the City has been consistently behind in production and as of the latest report, there are only 4,017—a difference of **1,933**. The City is falling alarmingly further and further behind with each report. The City's dearth of shelter beds and homeless housing has been identified by multiple media outlets and by the City's own Controller; falling behind in schedule is unacceptable when juxtaposed with the devastation of people on the street waiting for those beds. Plaintiffs demand a clear plan from the City for coming into compliance with those Milestones immediately, to be provided within the next seven (7) days.

*Second*, there are a total of 8,663 shelter beds open/in process, but the City committed to 12,904. This means that **4,241** beds are unaccounted and unplanned for. Plaintiff demands a plan within seven (7) days of the date of this letter regarding the opening of the remaining 4,241 shelter beds.

*Third*, while the City seems to have met its goal on encampment reduction, we still do not have a commitment from the City to provide the locations of encampments that have been resolved so that we can verify the information. Within the next seven (7) days, please provide the locations of the encampments or confirm your refusal to do so.

*Finally*, with respect to the Equitable Distribution of Housing and Shelter Solutions, the vast majority of projects still appear to be centralized in the Skid Row neighborhood of Los Angeles. If the City believes it is adequately complying with this provision, please provide the

basis for such a belief in light of the disproportionate numbers of projects within the Skid Row neighborhood.

     The first three issues above have been raised numerous times by Plaintiff's counsel without any meaningful response. If we are unable to resolve them, we will have no option but to bring them before the Court at the August 29 status conference.

Yours truly,

Elizabeth Mitchell