# Exhibit H



767 S. Alameda Street          p (213) 394-7979
Suite 270                      f (213) 529-1027
Los Angeles, CA 90021          umklaw.com

November 26, 2024

**VIA EMAIL**

City Attorney's Office
200 N. Main Street
Los Angeles, CA 90012
Jessica.Mariani@lacity.org
Arlene.Hoang@lacity.org

   Re: LA Alliance v. City and County of LA; Notice re Violation of Settlement
      Agreement

Dear Jessica and Arlene:

  I am writing to follow up on the City's violations of the terms of the May 2022 Settlement Agreement, which were brought to your attention by my prior letter dated August 16, 2024.  Despite ample notice and time to rectify these issues, the City has made little to no progress in addressing and resolving these matters.

  *First*, as previously indicated, the City is far behind its Milestones and Deadlines for bed production.  The City's Milestones/Goals was to have 6,235 beds built to date, but as of the latest report, there are only 4,455.  The City is behind by 1,780 or nearly 30% of its beds.  Within 7 days please provide the City's plan to come into compliance with its target Milestones and Deadlines.

  *Second*, the City committed to 12,915 shelter beds but has only provided a plan for 8,633 beds.  The City initially submitted a bed plan which proposed to take 2,500 shelter beds it opened as part of the Roadmap Settlement and count them towards the May 2022 Settlement numbers.  *See* ECF 775.  However, before the Alliance could formally agree or disagree with that proposal, asking instead for an evidentiary hearing on the County's contributions and issues causing the City's financial peril, the City withdrew its plan.  As such, there is still no plan for the remaining 4,282 beds.  Moreover, the Alliance is greatly concerned that, beyond not having any plan for meetings its obligation under this Agreement, the City will start closing Roadmap beds despite its assurance to the Court and the parties during the Settlement Agreement hearings and associated briefing that the Alliance beds would be *in addition to* the Roadmap beds.  Within 7 days please provide the updated bed plan and confirmation that no Roadmap beds will be closed. This should be a no-brainer after the passage of both ULA and Measure A in the last two years.

  *Third*, the City has been reporting only raw numbers of alleged encampment reductions without any details, and reports on the number of reductions have been conflicting.

CARE/CARE+ clean-ups are not "encampment reductions" and only count towards "cleanings" which is a separately-identified term in the May 2022 Settlement Agreement. Without fulsome reporting on its reduction efforts, including the date and location of the alleged "reductions" there is no accountability for compliance with the Agreement, frustrating the purpose of the reporting obligations. You have indicated that the City is amenable to providing additional detail but that has not been forthcoming. It additionally appears that the City is behind in encampment "reductions" as they have been reported by 594 (but that number could be wrong given the City's conflicting reports).

The issues above have been raised numerous times by Plaintiff's counsel without any meaningful response. Please be advised that Plaintiff intends to bring these issues to the Court's attention if no meaningful response has been received by December 4, 2024 (considering the holiday this week).

Yours truly,

Elizabeth Mitchell

cc

Michele Martinez
Matthew Donald Umhofer
Diane H. Bang