# Exhibit I

| Time Period | Citywide Milestone Period | Citywide Aggregate Milestone | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 | CD 8 | CD 9 | CD 10 | CD 11 | CD 12 | CD 13 | CD 14 | CD 15 | Total by CD | Aggregate by CD Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jun - Dec 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Jan - Jun 23 | 800 | 800 | 72 | 32 | 27 | 25 | 22 | 45 | 42 | 38 | 83 | 38 | 48 | 27 | 65 | 182 | 54 | 800 | 800 |
| July - Dec 23 | 1,125 | 1,125 | 102 | 45 | 38 | 35 | 31 | 63 | 59 | 53 | 116 | 53 | 67 | 38 | 91 | 258 | 76 | 1,125 | 1,925 |
| Jan - June 24 | 1,125 | 1,125 | 102 | 45 | 38 | 35 | 31 | 63 | 59 | 53 | 116 | 53 | 67 | 38 | 91 | 258 | 76 | 1,125 | 3,050 |
| July - Dec 24 | 1,125 | 1,125 | 102 | 45 | 38 | 35 | 31 | 63 | 59 | 53 | 116 | 53 | 67 | 38 | 91 | 258 | 76 | 1,125 | 4,175 |
| Jan - June 25 | 1,125 | 1,125 | 102 | 45 | 38 | 35 | 31 | 63 | 59 | 53 | 116 | 53 | 67 | 38 | 91 | 258 | 76 | 1,125 | 5,300 |
| July - Dec 25 | 1,125 | 1,125 | 102 | 45 | 38 | 35 | 31 | 63 | 59 | 53 | 116 | 53 | 67 | 38 | 91 | 258 | 76 | 1,125 | 6,425 |
| Jan - June 26 | 1,125 | 1,125 | 102 | 45 | 38 | 35 | 31 | 63 | 59 | 53 | 116 | 53 | 67 | 38 | 91 | 258 | 76 | 1,125 | 7,550 |
| July - Dec 26 | 1,125 | 1,125 | 102 | 45 | 38 | 35 | 31 | 63 | 59 | 53 | 116 | 53 | 67 | 38 | 91 | 258 | 76 | 1,125 | 8,675 |
| Jan - June 27 | 1,125 | 1,125 | 102 | 45 | 38 | 35 | 31 | 63 | 59 | 53 | 116 | 53 | 67 | 38 | 91 | 258 | 76 | 1,125 | 9,800 |
| **Totals:** | **9,800** | **9,800** | 888 | 392 | 331 | 305 | 270 | 549 | 514 | 462 | 1,011 | 462 | 584 | 331 | 793 | 2,246 | 662 | 9,800 | |