UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>        Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE**<br><br>Before:  Hon. David O. Carter<br>Courtroom: 10A<br>Hearing Date:  March 24, 2025<br>Hearing Time:  8:30 a.m. |

*[PROPOSED] ORDER GRANTING MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE*

The Court, having considered the Motion for Order re Settlement Agreement Compliance filed by LA Alliance, LA Alliance's supporting papers and evidence, the opposition papers and evidence, the record on file in this action, and arguments of counsel, the Court finds and orders:

     i.    The City is in violation of its obligations under the Settlement;

    ii.    The City must come into compliance by _____;

   iii.    The Court identifies the consequences for non-compliance and orders the following monetary and injunctive relief _____.

**IT IS SO ORDERED.**

Dated: _____ __, 2025

_____
The Honorable David O. Carter
United States District Court Judge

1

*[PROPOSED] ORDER GRANTING MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE*