**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date:  March 3, 2025

Title: LA Alliance for Human Rights et al. v. City of Los Angeles et al.

PRESENT:        THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

            Karlen Dubon                                    Not Present
          Courtroom Clerk                                 Court Reporter

   ATTORNEYS PRESENT FOR                  ATTORNEYS PRESENT FOR
         PLAINTIFF:                                 DEFENDANT:
        None Present                                None Present

**PROCEEDINGS (IN CHAMBERS):   ORDER ON A&M ASSESSMENT RELEASE AND SETTING MARCH 27, 2025 HEARING**

The Court is in receipt of a draft of the Alvarez and Marsal (A&M) assessment of Los Angeles City homelessness programs. The Court received the draft on the evening of Friday, February 28, 2025. The Court is filing the assessment under seal and releasing it to the Parties today and will unseal it and release it to the public on Thursday, March 6, 2025, at noon. The draft will be open to comment by the Parties at a hearing on March 27, 2025, at 9 a.m. in Los Angeles at the First Street Courthouse.

The Court will also hear oral argument on LA Alliance's Motion for Settlement Compliance ("Motion") (Dkt. 863) at the hearing. In the Motion, LA Alliance argues that the City is in ongoing violation of its obligations under the settlement agreement because it has not met targets for encampment reduction or bed creation.

The following individuals are requested to attend the hearing on March 27, 2025: Mayor Karen Bass, Council President Marqueece Harris-Dawson, City Controller Kenneth Mejia, Chairperson of the Board of Supervisors Lindsey Horvath, and A&M.

The Clerk shall serve this minute order on the parties.

                                                    Initials of Deputy Clerk: kdu