**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

### CIVIL MINUTES – GENERAL

Case No. 2:20-cv-02291-DOC-KES                          Date:  March 4, 2025

Title: LA Alliance for Human Rights et al. v. City of Los Angeles et al.

PRESENT:      THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS):   **ORDER ON AMENDED A&M DRAFT AND SETTING MARCH 27, 2025 HEARING**

The Court is in receipt of an amended draft of the Alvarez and Marsal (A&M) assessment of Los Angeles City homelessness programs. The Court received the amended draft on Tuesday, March 4, 2025. The Court is filing the amended assessment under seal and releasing it to the Parties immediately and will unseal it and release it to the public on Thursday, March 6, 2025, at noon. The draft will be open to comment by the Parties at the hearing on March 27, 2025, at 9 a.m. in Los Angeles at the First Street Courthouse.

The Court will also hear oral argument on LA Alliance's Motion for Settlement Compliance ("Motion") (Dkt. 863) at the hearing. In the Motion, LA Alliance argues that the City is in ongoing violation of its obligations under the settlement agreement because it has not met targets for encampment reduction or bed creation.

The following individuals are requested to attend the hearing on March 27, 2025: Mayor Karen Bass, Council President Marqueece Harris-Dawson, City Controller Kenneth Mejia, Chairperson of the Board of Supervisors Lindsey Horvath, and A&M.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu