UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, *et al.*, <br><br> Defendants. | Case No. 2:20-CV-02291-DOC-KES <br><br> Assigned to Judge David O. Carter <br><br> **DECLARATION OF ELIZABETH A. MITCHELL IN SUPPORT OF REPLY ISO MOTION FOR ORDER RE SETTLEMENT AGREEMENT COMPLIANCE** <br><br> Before: Hon. David O. Carter <br> Courtroom: 10A <br> Hearing Date: March 24, 2024 <br> Hearing Time: 8:30 p.m. |

*DECLARATION OF ELIZABETH A. MITCHELL*

I, Elizabeth A. Mitchell, hereby declare as follows:

1.    I am an attorney at the law firm of Umhofer, Mitchell & King LLP, and I represent Plaintiffs LA Alliance for Human Rights, Joseph Burk, George Frem, Wenzial Jarrell, Charles Malow, Karyn Pinsky, and Harry Tashdjian ("Plaintiffs") in this action. Except for those that are stated upon information and belief, I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2.    The City and Plaintiffs entered into a Settlement Agreement on May 24, 2022, which was subsequently approved by the Court. The Settlement Agreement contemplates—and the City explicitly agreed—that the beds created under the SA would be in addition to the Roadmap beds.

3.    Without the 6,700 Roadmap beds, the City's unsheltered number would have been far higher, because all persons residing in a Roadmap bed at the time of the 2022 count would have been counted as "sheltered."

4.    The only truly "unexpected" issue was the wildfires in January which, while devastating, do not justify the breaches identified herein which occurred and began well before the fires broke out, and at least would warrant the City pivoting to less expensive housing and shelter solutions, which it has not indicated it is willing to do.

5.    The City's argument that its obligations are "paused" is disingenuous in light of the City's failure to even attempt to meet and confer about this issue until after Plaintiff filed its motion for an order compelling compliance.

6.    Attached hereto as **Exhibit 1** is a true and correct copy of an email exchange between myself and Arlene Hoang, dated January 15, 2025 regarding a "pause" under Section 8.2.  I did not receive a response to my email and the City did not send another communication regarding Section 8.2 until February 26, 2025—one day after I filed the Motion for Order re Settlement Compliance.

1

*DECLARATION OF ELIZABETH A. MITCHELL*

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on March 13, 2025 at Los Angeles, California.

/s/ Elizabeth A. Mitchell
Elizabeth A. Mitchell

2
*DECLARATION OF ELIZABETH A. MITCHELL*