# Exhibit 1

| From: | Elizabeth Mitchell |
|---|---|
| To: | Arlene Hoang |
| Cc: | Jessica Mariani |
| Subject: | RE: LA Alliance -- meet and confer |
| Date: | Wednesday, January 15, 2025 2:49:00 PM |

Hi Arlene,

I think we've sufficiently satisfied our meet-and-confer obligations at this time. I don't find the city's reasons for not hitting milestones compelling, nor does the city have any explanation for its failure to provide the bed plan as required. I don't think a second meet-and-confer is needed.

That said, I recognize the City is going through an emergency and I am willing to delay filing the motion to compel to permit the City a reasonable period of time to recover from this.

Can we make the filing extension 14 days? And if you need more time after that, please let me know.

Thanks,
Liz

**From:** Arlene Hoang <arlene.hoang@lacity.org>
**Sent:** Wednesday, January 15, 2025 2:40 PM
**To:** Elizabeth Mitchell <elizabeth@umklaw.com>
**Cc:** Jessica Mariani <jessica.mariani@lacity.org>
**Subject:** Re: LA Alliance -- meet and confer

Dear Liz,

As you know, the City is currently dealing with the ongoing fires and wind storms, which are impacting personnel and resources. Yesterday, the City Council ratified the Mayor's Emergency Declaration which was updated on January 13, 2025. Accordingly, and by its own terms, the City's obligations as provided in Section 8.2 are hereby paused. When we are able to confer with the County and our clients, we will get back to you to engage in a meet and confer process regarding the settlement agreement.

Given the City's current situation, we also request additional time to file the Quarterly Report due today. If we can please obtain a 30-day extension, we would appreciate it. As I am sure you can imagine, the City's resources are slim and we are understaffed so it is tough to estimate at the present time how much time we will truly need. If we can file it sooner, we will certainly do so. Thank you for your understanding.

Arlene Hoang

Deputy City Attorney

Office of the Los Angeles City Attorney

Business and Complex Litigation Division

200 N. Main Street, Room 675
Los Angeles, CA 90012

T:  213-978-7508

F: 213-978-7011

Arlene.Hoang@lacity.org