**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date:  March 24, 2025

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

Karlen Dubon                                     Not Present
Courtroom Clerk                                  Court Reporter

ATTORNEYS PRESENT FOR                 ATTORNEYS PRESENT FOR
PLAINTIFF:                            DEFENDANT:
None Present                          None Present

PROCEEDINGS (IN CHAMBERS):    **ORDER RE PLAINTIFF'S MOTION RE SETTLEMENT AGREEMENT COMPLIANCE [767]**

Before the Court is Plaintiff LA Alliance for Human Rights' ("Plaintiff" or "LA Alliance") Motion for Order Re Settlement Agreement Compliance ("Motion") (Dkt. 767).

The Settlement Agreement between the Parties, in part, required the City to provide milestones and deadlines for "encampment engagement, cleaning, and reduction" in each Council District and Citywide, and required the City to "employ its best efforts to comply with established plans, milestones, and deadlines." Fully Executed [Proposed] Stipulated Order of Dismissal as to Defendant City of Los Angles Only, Ex. 1, Settlement Agreement ("Settlement Agreement") § 5.2, May 24, 2022 (Dkt. 426-1).

The City first reported there were 2,137 Encampment Resolutions in a three-month period in 2024. Motion at 2. This figure was incorrect. *Id*. at 3. The City subsequently reported only 1,688 reductions in a six-month period. *Id.* Plaintiff claims that the City does not appear to have an accurate number of Encampment Resolutions, is

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                          Date: March 24, 2025

                                                                                        Page 2

behind in the milestones and deadlines, and is mischaracterizing clean-ups as Encampment Resolutions. *Id.* Plaintiff has raised concerns that the agreed upon "Resolutions" are not being appropriately documented and that the City's regularly scheduled clean-ups are being inappropriately counted as "Resolutions." *Id.* at 4.

For clarity, the Court holds that per the terms of the Settlement Agreement there is a distinction in providing milestones and deadlines for encampment *clean-ups* and Encampment *Reductions.* The City may not report clean-ups from programs such as Care or Care+ as Reductions to prove compliance with the Settlement Agreement because they are not permanent in nature. The Court agrees with Plaintiff that cleaning an area, only to have unhoused individuals move back in without offers of shelter or housing, is not a "Resolution" or Encampment "Reduction" and shall not be reported as such. *See id.* Thus, the City is only to report Encampment Reductions that have a more permanent meaning such that unhoused individuals are moved off of the street and given shelter or housing.

The Court will decide the remainder of issues within the Motion as to increased reporting on Encampment Reductions and the specific metrics necessary for production by the City after oral argument at the hearing on March 27, 2025, at 9 a.m. in Los Angeles at the First Street Courthouse.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                          Initials of Deputy Clerk: kdu

CIVIL-GEN