**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

———

**OFFICIAL BUSINESS**

Return to Sender



NIXIE          910     4C    1          7203/12/25

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

FILED
CLERK, U.S. DISTRICT COURT

MAR 1 4 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

2:20-CV-2291-DOC

Case: 2:20cv2291  Doc: 868

William R Wise                                    Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

(laura.knapp@coco.ocgov.com, marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com), Samuel A. Josephs (sjosephs@spertuslaw.com), Christopher Thomas Casamassima (chris.casamassima@wilmerhale.com), Kiva Grace Schrager (kschrager@millerbarondess.com), Kent K Qian (kqian@oaklandcityattorney.org)

--No Notice Sent:

Message-Id:<39635568@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 3/4/2025 at 5:51 PM PST and filed on 3/4/2025

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:**   868

**Docket Text:**
**MINUTE ORDER (IN CHAMBERS): ORDER ON AMENDED A and M DRAFT AND SETTING MARCH 27, 2025 HEARING by Judge David O. Carter: The Court is in receipt of an amended draft of the Alvarez and Marsal (A and M) assessment of Los Angeles City homelessness programs. The Court received the amended draft on Tuesday, March 4, 2025. The Court is filing the amended assessment under seal and releasing it to the Parties immediately and will unseal it and release it to the public on Thursday, March 6, 2025, at noon. The draft will be open to comment by the Parties at the hearing on March 27, 2025, at 9 a.m. in Los Angeles at the First Street Courthouse. The Court will also hear oral argument on LA Alliance's Motion for Settlement Compliance ("Motion") (Dkt. 863) at the hearing. The following individuals are requested to attend the hearing on March 27, 2025: (see document for further details) (bm)**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**
Mark S Ravis   mravis99@gmail.com
Nadia Ann Sarkis   docket@millerbarondess.com, dgreen@millerbarondess.com, lemge@millerbarondess.com, nsarkis@millerbarondess.com
Arlene Nancy Hoang   arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org