**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: LA CV 20-02291-DOC-(KESx)                    Date: March 27, 2025

Title:   LA ALLIANCE FOR HUMAN RIGHTS, et al. v. CITY OF LOS ANGELES, et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFF:** | **ATTORNEYS PRESENT FOR DEFENDANT:** |
|---|---|
| Elizabeth Mitchell | Lauren Brody |
| Matthew Umhofer | Scott Marcus |
| Shayla Myers, Intervenor | Mira Hashmall |
| | Arlene Hoang |

PROCEEDINGS:   **MOTION FOR ORDER FOR SETTLEMENT AGREEMENT COMPLIANCE [767] [863]**

**STATUS CONFERENCE RE A&M AUDIT**
*(Held at Los Angeles First Street)*

Also Present, Special Masters Michele Martinez and Jay Gandhi, LA Controller Kenneth Mejia, A&M Representatives, Los Angeles Mayor Karen Bass, and LAHSA Representatives.

The Court and counsel confer.

The Court orders the transcript of the hearing held March 27, 2025 be immediately produced at the government's expense and billed at the daily rate.

The transcript shall be prepared forthwith and filed on the docket with immediate release to the public.

The transcript will also be available to download on the Court's Cases of Interest webpage, located here: https://www.cacd.uscourts.gov/newsworthy/cases-of-interest

1:10  /  1:00  /  1:00

**cc:**    CourtRecording_CACD@cacd.uscourts.gov

Initials of Deputy Clerk: kdu

Transcripts_CACD@cacd.uscourts.gov
Reporter_CACD@cacd.uscourts.gov