**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES – GENERAL</u>**

Case No. 2:20-cv-02291-DOC-KES                    Date:  March 31, 2025

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

PRESENT:        THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER SETTING HEARING ON MAY 15, 2025**

The Court will hold a hearing on May 15, 2025 at 9 a.m. in this matter at the First Street Courthouse in Los Angeles, California. The Court will address the following topics at the hearing.

First, Alvarez & Marsal ("A&M") will present their findings on the City of Los Angeles homelessness programs and the Court will finalize the A&M assessment. By scheduling the hearing for May, the Court is providing an opportunity for anyone with methodological concerns or other input to raise their issues directly with A&M before the hearing.

Second, the Court will hear oral argument on LA Alliance's Motion for Order Re Settlement Agreement Compliance (Dkt. 863).

The Court also orders LAHSA to provide an update on recoupment of Measure H working capital advances by the hearing date.

The following individuals are also requested to attend the hearing: Governor Gavin Newsom, Mayor Karen Bass, Council President Marqueece Harris-Dawson, City

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                          Date: March 31, 2025

                                                                    Page 2

Controller Kenneth Mejia, Chairperson of the Board of Supervisors Kathryn Barger, LAHSA Chief Executive, Dr. Va Lecia Adams Kellum, and A&M.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                Initials of Deputy Clerk: kdu

CIVIL-GEN