**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

### CIVIL MINUTES – GENERAL

Case No. 2:20-cv-02291-DOC-KES                    Date:  March 31, 2025

Title: LA Alliance for Human Rights et al. v. City of Los Angeles et al.

---

PRESENT:      THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

|  Karlen Dubon  |  Not Present  |
| :---: | :---: |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| :---: | :---: |
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):   ORDER RE DOCUMENTS REFERENCED BY THE COURT AT MARCH 27, 2025 HEARING**

During the March 27, 2025 hearing in this matter, the Court discussed and cited the following documents as attached here:

- Exhibit A: 2007 HUD Inspector General Audit
- Exhibit B: 2019 LA City Controller Report
- Exhibit C: 2021 Committee for Greater Los Angeles Report
- Exhibit D: 2022 HUD Inspector General Audit
- Exhibit E: 2024 LA County Auditor-Controller Report
- Exhibit F: 2024 LA City Controller Audit
- Exhibit G: 2025 A&M Assessment
- Exhibit H: LAHSA-Dr. Va Lecia Adams Kellum's Response to A&M Assessment

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                    Initials of Deputy Clerk: kdu

CIVIL-GEN