**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                          Date:  March 31, 2025

Title: LA Alliance for Human Rights et al. v. City of Los Angeles et al.

PRESENT:      THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

            Karlen Dubon                              Not Present
          Courtroom Clerk                            Court Reporter

      ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
            PLAINTIFF:                                DEFENDANT:
          None Present                              None Present

      PROCEEDINGS (IN CHAMBERS):      AMENDED  ORDER RE DOCUMENTS
                                      REFERENCED BY THE COURT AT
                                      MARCH 27, 2025 HEARING

      During the March 27, 2025 hearing in this matter, the Court discussed and cited
the following documents as attached here:
    • Exhibit A: 2007 HUD Inspector General Audit
    • Exhibit B: 2019 LA City Controller Report
    • Exhibit C: 2021 Committee for Greater Los Angeles Report
    • Exhibit D: 2022 HUD Inspector General Audit
    • Exhibit E: 2024 LA County Auditor-Controller Report
    • Exhibit F: 2024 LA City Controller Audit
    • Exhibit G: 2025 A&M Assessment
    • Exhibit H: LAHSA-Dr. Va Lecia Adams Kellum's Response to A&M
      Assessment

      See docket attachments for full documents.

    The Clerk shall serve this minute order on the parties.

MINUTES FORM 11

CIVIL-GEN                                        Initials of Deputy Clerk: kdu