# Exhibit H

707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

March 24, 2025

The Honorable David O. Carter
United States District Court
Central District of California
411 West Fourth Street, Courtroom 10A
Santa Ana, CA 92701
David_Carter@cacd.uscourts.gov
DOC_Chambers@cacd.uscourts.gov
*Via Email*

**Re: Response to Second Amended Draft of the Alvarez & Marsal Assessment of City of Los
Angeles Homelessness Programs, Case No. 2:20-cv-02291-DOC-KES, Document No. 870**

Dear Judge Carter,

On behalf of the Los Angeles Homeless Services Authority (LAHSA), we appreciate the
opportunity to respond to the Alvarez & Marsal (A&M) Independent Assessment of City-
Funded Homelessness Assistance Programs, as outlined in Docket Number 870, filed on March
6, 2025. We recognize and support the Court's commitment to transparency, accountability,
and operational efficiency in addressing homelessness and share these priorities.

Since 2023, LAHSA has implemented targeted reforms to enhance financial oversight, data
management, and service provider compliance and performance.

These reforms directly address many of the issues raised in the A&M report, which is based on
financial and performance data from the Roadmap – Freeway Agreement, Alliance Program,
and Inside Safe Program during the Lookback Period (June 1, 2020 – June 30, 2024). Given
LAHSA's implementation began in 2023, the full impact of these measures is not yet reflected in
A&M's analysis.

Below are LAHSA's responses to A&M's key findings and the reforms undertaken to address
their recommendations:

**I. Poor Data Quality and Integration**
A&M's report identified multiple siloed referral processes, disparate data systems, and
inconsistent prioritization and matching criteria, all of which hinder the establishment of a
unified Coordinated Entry System (CES). Additionally, the report highlights fragmentation in
data systems between LAHSA, the City, and the County, impacting financial and service
coordination.

LAHSA agrees that there is a need for more coordinated processes across the system and a
centralized database and has continually advocated for its implementation. This issue extends
beyond LAHSA's sole control. However, LAHSA has taken significant steps to enhance
coordination and data sharing with the City and County. Although the establishment of a fully

unified data system remains a challenge, LAHSA has implemented corrective measures to streamline matching policies and prioritization frameworks. This includes regular meetings with the Department of Health Services (DHS) to align California Health Access Model Program (CHAMP) data standards with LAHSA's Homeless Management Information System (HMIS) to enable better platform integration, and weekly transfers of all HMIS data to the County's Chief Information Officer to improve system-wide coordination.

**II. Quantification of Funding for City Programs**

The report states that A&M identified approximately $2.3 billion in funding related to City programs across the Lookback Period. The document also states that the City and LAHSA were unable to identify and calculate all relevant expenses for City Programs. This is in part due to how the City recorded its expenditures and the complex nature of LAHSA's utilization of braided funding from its various funders.

The inability to quantify the total amount of City funding is further compounded by A&M's characterization of the "Roadmap Program" as a structured initiative. LAHSA respectfully disagrees with this characterization. During interviews conducted with A&M on or around September 9 and 16, 2025, LAHSA clarified that the Roadmap was a legal agreement focused on the creation of additional shelter beds, rather than a comprehensive homeless services delivery program. Service expectations and funding levels varied across sites with some facilities offering wraparound services, while others operated as minimal-support shelters. LAHSA is standardizing, enhancing, and integrating Roadmap beds into the new Scope of Services rolling out with the re-procurement process for July 2025.

**III. Disjointed Continuum-of-Care System**

LAHSA agrees that the current Continuum-of-Care (CoC) structure is fragmented and requires reform, as was noted in a 2021 report [1] commissioned by LAHSA's Ad Hoc Committee on Governance and written by Ann Oliva, who is now the President of the National Alliance to End Homelessness. This report emphasized the need for clearer roles and responsibilities among LAHSA, the County, and the City. Given the variety of funding sources, mandates, and varying priorities, this fragmentation in the system is not unique to LAHSA but rather a result of broader systemic challenges in coordinating services across multiple jurisdictions and funders. As the lead agency, LAHSA administers the Coordinated Entry System, and works with local governments to establish program requirements and participant prioritization policies. However, varying mandates from different funders contribute to the system's disjointed nature. A&M claimed that LAHSA lacked a standardized prioritization policy for its Interim Housing (IH) matching during the Lookback Period. However, LAHSA does have a prioritization policy [2] for interim housing placements at LAHSA-funded interim housing facilities. Discrepancies emerged as the City rapidly expanded shelter programs, including A Bridge Home (ABH) and Roadmap shelters, which followed different prioritization frameworks based on various funding and contractual obligations.

To address these inconsistencies, LAHSA has collaborated with City and County partners to align prioritization standards across all IH programs, ensuring service providers receive enhanced training on prioritization protocols and eligibility criteria. Further improvements include implementing a centralized, real-time bed tracking and prioritization system. The Bed Inventory Module, set for full implementation by July 2025, will automate the matching process and integrate real-time availability tracking within the Homeless Management Information

System (HMIS). This system is designed to improve transparency and efficiency in shelter placements, reducing delays and increasing accessibility for those in need.

In the area of Permanent Housing (PH) and Permanent Supportive Housing (PSH), A&M identified challenges with fragmented referral processes and disparate data systems, resulting in a lack of transparency and inequities in service prioritization. LAHSA has taken steps to address these concerns by developing a unified Matching and Prioritization Guideline, approved by the CES Policy Council, to establish clear, data-driven procedures for PSH referrals. This publicly available guideline improves transparency and consistency, with discussions held in public forums to ensure accountability. Additionally, the enhanced Community Queue (CQ) now serves as the central data hub for PSH placements, integrating information from HMIS, DHS, and DMH to ensure all eligible individuals are considered. Further technological upgrades, including an improved HMIS interface and real-time tracking tools will streamline the PSH matching process, enhance service placements, and improve bed availability monitoring.

**IV. Limited Financial Oversight and Performance Monitoring:**
A&M raised concerns about invoicing inefficiencies, prolonged budget amendments, and inadequate invoice validation. LAHSA agrees that there is a need for enhanced financial oversight and transparency. However, LAHSA emphasizes the distinction between invoice processing and performance monitoring: the former ensures financial accuracy and compliance, while the latter focuses on service outcomes and contractual obligations. To improve accountability, LAHSA has standardized invoice submission through the Enterprise Grants Management System (EGMS) for service providers and Microix for non-service providers. Additionally, LAHSA refined documentation and reporting requirements to mandate detailed, itemized invoices with clear supporting documentation. A risk-based approach is employed for billing reviews, prioritizing higher-risk transactions for deeper scrutiny while ensuring compliance across all invoices.

A&M recommends real-time expenditure monitoring and uniform compliance standards. LAHSA agrees and has improved contract management by conducting monthly expenditure and performance reviews. These reviews track fund utilization, assess progress toward Key Performance Indicators (KPIs), and enable proactive interventions to enhance fiscal management and service delivery. LAHSA has also standardized compliance frameworks to ensure consistent financial reporting and timely expenditure submissions from service providers. Inter-agency coordination with City and County partners has been improved, though challenges remain due to external approval processes requiring multiple agency approvals. LAHSA expanded monitoring with routine spot-checks for invoice accuracy and adherence to funding restrictions, implementing corrective actions as needed. Ongoing training initiatives provide guidance to service providers for proper invoice submission, financial tracking, and compliance. LAHSA's use of dashboards to monitor fiscal and programmatic processes enhances accountability, transparency, and continuous improvement in fiscal oversight and service delivery.

**V. Lack of Contractual Clarity and Accountability:**
The report notes that contracts lacked clear definitions and accountability measures, leading to ambiguity in service delivery. This has historically been a challenge throughout the system. Over the last two years, LAHSA has taken proactive steps to improve contract

monitoring and compliance. LAHSA believes the details of this finding are somewhat mistaken, particularly regarding required services and spend-down of grant allocations.

The report cites the wide scope of allowable services. Each contract includes a Scope of Required Services (SRS) document, which clearly defines expectations, performance measures, and service delivery requirements. These documents are shared with service providers and program teams and made publicly accessible in LAHSA's document library to ensure transparency and accountability. The report notes different service types such as "Residential Supervision" and the perceived ambiguity of how allowable costs for supportive services intersect with the conditions of direct supportive services. Although these terms may not be common language for people not providing services within the homeless services system, these terms relate to specific tasks and services highlighted in LAHSA's SRS.

The report cites that due to lack of clarity in allowable services, service providers are granted discretion in allocating funds for services. Service providers operate under structured budget guidelines, with allowable fund allocations clearly defined based on the SRS and funding restrictions. Providers have some flexibility in managing costs within established budget categories but must adhere to strict expenditure requirements. For non-HUD CoC contracts, providers have discretion in budget allocation as long as expenses remain compliant with grant guidelines. In contrast, HUD CoC programs require rigid allocations, ensuring that funding is directed precisely as designated by the grant.

LAHSA has refined its reporting structures, standardizing contract management processes to ensure providers submit consistent and detailed expenditure reports. In Fall 2024, LAHSA strengthened contract oversight and performance management by implementing Active Contract Management (ACM) and Active System Management (ASM) to ensure ongoing, monthly performance tracking, financial accountability, and compliance monitoring. LAHSA is actively working with providers to scale ACM and ASM to the entire system.

**VI. Cost and Service Variability:**
A&M highlights variability in program costs and service provider performance. LAHSA agrees but emphasizes some key clarifications in monitoring expenses and outcomes. Service provider billing validation is distinct from performance reviews: billing ensures compliance with financial guidelines, while performance reviews focus on participant outcomes and service impact.

Operational models vary significantly between providers, impacting cost structures. Differences in staffing, security contracts, food services, and lease agreements contribute to cost discrepancies.

The A&M analysis does not account for economies of scale, which can distort cost-effectiveness comparisons. Larger providers may benefit from cost-sharing across multiple programs, while smaller providers may have higher per-unit costs. Geographic factors also significantly influence costs. Providers in high-rent areas face higher leasing, utility, and personnel expenses compared to those in lower-cost regions. Service models differ based on the needs of the population served. Providers supporting individuals with higher acuity levels require enhanced staffing, medical care, and intensive case management, increasing operational costs. Inconsistent funding allocations and contractual obligations contribute to cost disparities. Some providers receive private or philanthropic funding, allowing for expanded services, while others operate solely on public funding.

LAHSA has improved its monitoring of outcomes through ACM, ASM, and the implementation of its data dashboards. The report states, "a high percentage of document-ready participants or prolonged stays did not appear to result in higher permanent housing placements." LAHSA respectfully disagrees with this claim, noting that there is a demonstrated correlation between longer interim housing stays, increased document readiness, and improved housing placement outcomes. From 2023 to 2024, there was a 29% increase in permanent housing placements from interim housing, indicating positive progress in this area.[3]

**VII. Reconciliation of Spending:**
The report notes that the lack of reconciliation in the City's fiscal reporting between budget allocations and actual spending caused confusion about the total amount spent on homelessness services. A&M recommends linking contract renewals and funding allocations to measurable outcomes.

LAHSA agrees and has implemented an improved outcome-monitoring system in a myriad of ways. This includes updated and enhanced contractual KPIs and joint monthly monitoring of contractual performance and spenddown. LAHSA has incorporated enhanced data-driven decision-making, utilizing system data dashboards to track funding effectiveness and optimize resource allocation. LAHSA also advocates for more performance-based funding models, where contracts and funding allocations are increasingly tied to demonstrated program success and adherence to contract requirements. LAHSA has implemented standardized reporting frameworks, ensuring consistent documentation of outcomes, expenditures, and provider performance to enable informed policy decisions. Collaboration with funders is critical to align funding priorities with data-driven insights, ensuring resources are directed toward the most impactful and sustainable interventions.

**Conclusion**
As Chief Executive Officer of LAHSA, I want to reaffirm LAHSA's unwavering commitment to transparency, accountability, and operational excellence in our mission to addres homelessness in Los Angeles. Since stepping into this role, I have prioritized strengthening financial oversight, improving data accuracy, and enhancing service provider accountability to ensure that public resources are managed responsibly and distributed equitably to those most in need.

The challenges outlined in the report are not taken lightly. We had identified many of them previously and have taken decisive, measurable actions to reinforce fiscal integrity, streamline service coordination, and improve housing placement efficiency by integrating performance-based funding models, refining compliance & monitoring systems, prioritizing real-time data tracking, ensuring services are delivered efficiently, and outcomes are demonstrable.

Homelessness is a complex crisis that requires a collaborative, multi-agency response. I strongly agree with the A&M recommendation for a unified homeless strategy and funding priorities across the City and County of Los Angeles. No single entity can solve this challenge alone. I urge our City and County partners, service providers, and community stakeholders to remain engaged in aligning policies, eliminating inefficiencies, and investing in sustainable housing solutions. Only through coordinated, data-driven decision-making and shared accountability can we enact meaningful, systemic changes.

I respectfully request that the Court recognize the substantial progress achieved and support our ongoing efforts to build a more effective, accountable, and transparent homeless services system. I welcome continued engagement and remain committed to demonstrating our dedication to fiscal responsibility, service excellence, and providing real housing solutions for those experiencing homelessness.

Thank you for your time and consideration.

Sincerely,

Dr. Va Lecia Adams Kellum
Chief Executive Officer
Los Angeles Homeless Services Authority

**Cc:**
Michele Martinez, michele@michelecmartinez.com
Lana Gesinsky, lgesinsky@alvarezandmarsal.com
Diane Rafferty, drafferty@alvarezandmarsal.com
Lisa Brown, lisa.brown@alvarezandmarsal.com
Scott McKee, smckee@alvarezandmarsal.com
Dave McCurley, dmccurley@alvarezandmarsal.com
Laura Collier, lcollier@alvarezandmarsal.com
Jessica Mariani, jessica.mariani@lacity.org
Arlene Hoang, arlene.hoang@lacity.org
Louis R. Miller, smiller@millerbarondess.com
Mira Hashmall, mhashmall@millerbarondess.com
Jason H. Tokoro, jtokoro@millerbarondess.com
Dr. Holly Henderson, hhenderson@lahsa.org
Bevin Kuhn, bkuhn@lahsa.org
Dae (Dan) Kim, dkim@counsel.lacounty.gov
Erin Dunkerly, edunkerly@ccllp.law
Chandler Parker, cparker@ccllp.law