# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## OFFICE OF THE CLERK
## 255 EAST TEMPLE STREET, ROOM 180
## LOS ANGELES, CALIFORNIA 90012

### OFFICIAL BUSINESS

Return to Sender





NIXIE    910    72    1    7203/12/25

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD



2:20-cv-2291-DOC

FILED
CLERK, U.S. DISTRICT COURT

MAR 1 4 2025

CENTRAL DISTRICT OF CALIFORNIA
BY DEN              DEPUTY



Case: 2:20cv2291  Doc: 865

William R Wise                                        Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

(laura.knapp@coco.ocgov.com, marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com),
Samuel A. Josephs (sjosephs@spertuslaw.com), Christopher Thomas Casamassima
(chris.casamassima@wilmerhale.com), Kiva Grace Schrager (kschrager@millerbarondess.com), Kent
K Qian (kqian@oaklandcityattorney.org)

--No Notice Sent:

Message-Id:<39620595@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA
Alliance for Human Rights et al v. City of Los Angeles et al Minutes of In Chambers Order/Directive -
no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 3/3/2025 at 11:37 AM PST and filed on 3/3/2025

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:**    865

**Docket Text:**
**MINUTE ORDER IN CHAMBERS by Judge David O. Carter: ORDER ON A AND M
ASSESSMENT RELEASE AND SETTING MARCH 27, 2025 HEARING. ( HEARING set for
3/27/2025 at 09:00 AM before Judge David O. Carter.) SEE DOCUMENT FOR FURTHER
INFORMATION. (twdb)**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**
Mark S Ravis    mravis99@gmail.com
Nadia Ann Sarkis    docket@millerbarondess.com, dgreen@millerbarondess.com,
lemge@millerbarondess.com, nsarkis@millerbarondess.com
Arlene Nancy Hoang    arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org
Sean Christopher Rotstan    ehernandez@sacfirm.com, srotstan@sacfirm.com
Matthew Donald Umhofer    calendaring@umklaw.com, matthew@umklaw.com
Jennifer Mira Hashmall    aransom@millerbarondess.com, mhashmall@millerbarondess.com,
docket@millerbarondess.com, eruth@millerbarondess.com
Carol A. Sobel    carolsobel@aol.com, carolsobellaw@gmail.com
Jessica Mariani    jessica.mariani@lacity.org, ava.smith@lacity.org