FILED
CLERK, U.S. DISTRICT COURT

04/02/2025

CENTRAL DISTRICT OF CALIFORNIA
BY_____GSA_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LA Alliance for Human Rights, et al.
_____
### PLAINTIFF/PETITIONER

V.

City of Los Angeles, et al.
_____
### DEFENDANT/RESPONDENT

CASE NUMBER

2:20-CV-02291-DOC-KES

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

I, ___Gregory Edward Gray_____ declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed?    ☐ Yes    ☒ No

   a.  If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: _____

       _____

   b.  If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. Due to the nature of the hardship described in Petitioner's filing, Petitioner does not have all of the records he needs to accurately respond to this question in time for this filing.

2. Have you received, *within the past twelve months*, any money from any of the following sources?

| | | |
|---|---|---|
| Public benefits? | ☐ Yes | ☒ No |
| Business, profession or form of self-employment? | ☐ Yes | ☒ No |
| Rent payments, interest or dividends? | ☐ Yes | ☒ No |
| Pensions, annuities or life insurance payments? | ☐ Yes | ☒ No |
| Gifts or inheritances? | ☐ Yes | ☒ No |
| Any other income (other than listed above)? | ☐ Yes | ☒ No |
| Loans? | ☐ Yes | ☒ No |
| Any other income (other than listed above)? | ☒ Yes | ☐ No |

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: __Social Security=$738/month; HUD Rental Assistance Paid not to me but directly to Landlord beginning 7/2024 through 03/2025=$19,145.50/ CalFresh Benefits=$154/month/Medicare Premium Assistance=$170/month__

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable)  ☒ Yes   ☐ No

   If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration. Capital One Savings: $2017/month for January-March 2025  and $1966/month October-December 2024

4. Do  you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☒ Yes   ☐ No

   If you answer is yes, describe the property and state its approximate value:
   *Wife has an IRA with approximate current value of $2,400 and a Bank of America Savings Account with approximate current value of $600; Wife co-owns deceased parents' family property with her sibling; approximate value unknown. I co-own my deceased parents' family home with my three siblings; approximate value unknown as my mother died in February 2024 and estate is in probate.

5. In what year did you last file an Income Tax Return?   2023

   Approximately how much income did your last return reflect? $27,956

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support:   Cheryl Gray/Wife/ $738/month

7. Estimate your average monthly expenses below:

| | | | | |
|---|---|---|---|---|
| Housing | $2200 | Credit Cards | | |
| Transportation | $10 | Child Care | | |
| Food | $300 | Insurance | $21 | |
| Medical | $10 | Loans | | |
| Utilities | $70 | Other | | |

| California | Los Angeles |
|---|---|
| State | County (or City) |

I, ____Gregory Edward Gray____ **declare under penalty of perjury that the foregoing is true and correct.  Executed on:**

| 04/02/25 | //Gregory Edward Gray |
|---|---|
| Date | Plaintiff (Signature) |