**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                     Date:  April 4, 2025

Title: LA Alliance for Human Rights et al. v. City of Los Angeles et al.

PRESENT:      THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

Karlen Dubon                                    Not Present
Courtroom Clerk                              Court Reporter

ATTORNEYS PRESENT FOR                ATTORNEYS PRESENT FOR
PLAINTIFF:                                   DEFENDANT:
None Present                                  None Present

PROCEEDINGS (IN CHAMBERS):   **ORDER SETTING WORKING SESSION FOR MONDAY, APRIL 7, 2025**

On April 3, 2025, the Court received a request by LA Alliance seeking permission for Alvarez & Marsal ("A & M") to release the following document acquired during the audit: LASHA Memo, TLS Beds Open to Date and Clients Served in Roadmap reports, dated December 19, 2024. Second Amended Draft of the Alvarez and Marsal (A&M) Assessment of Los Angeles City Homelessness Programs ("A&M Audit")(Dkt. 870), at 64, n. 238.

To address confidentiality concerns, the Court orders **all Parties and LAHSA to appear for a working session on Monday, April 7, 2025, at 9:00 a.m. at the Ronald Reagan Federal Building and United States Courthouse, 411 W. 4th St., Santa Ana, Ca 92701, Courtroom 10A. A & M is also to be present and prepared to produce the requested document and to address any confidentiality concerns that may arise during the discussion with the Court.**

All Parties must be prepared to discuss any documents they intend to request from A & M and any related confidentiality issues.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                    Initials of Deputy Clerk: kdu

CIVIL-GEN