STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
(for filings only)
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys for Proposed Intervenor

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| LA ALLIANCE FOR HUMAN RIGHTS, | No. 2:20-CV-02291-DOC(KESx) |
|---|---|
| Plaintiff, | |
| | **REQUEST FOR RULING ON MOTION TO INTERVENE, DOCS. 608, 618** |
| v. | |
| CITY OF LOS ANGELES, *et al.*, | |
| Defendants. | Judge David O. Carter |

It is requested that the court rule on Paul Boring's motion to intervene, Docs. 608 & 618.

**YAGMAN + REICHMANN, LLP**

By: _____
  **STEPHEN YAGMAN**

1