# EXHIBIT C

REPORT FROM

# OFFICE OF THE CITY ADMINISTRATIVE OFFICER

Date:        March 03, 2025

CAO File No.      0220-05151-0639
Council File No.  20-0841
Council District: 2, 4, 7, 9, 10, 11, 13, and 14

To:          The City Council

From:        Matthew W. Szabo, City Administrative Officer

Reference:   COVID-19 Homelessness Roadmap

Subject:     **TWENTY-SEVENTH REPORT: COVID-19 HOMELESSNESS ROADMAP FUNDING RECOMMENDATIONS**

## SUMMARY

On September 9, 2020, the City Council approved funding for the initial projects under the COVID-19 Homelessness Roadmap (Roadmap) and directed this office to submit future funding recommendations through reports. This is the twenty-seventh such report.

First, this report provides exempt determinations from the California Environmental Quality Act for the continued use of interim housing sites located in Council Districts 2, 10, and 14. Additionally, this report recommends authorizing the General Services Department to execute new, or amend existing, agreements to extend interim housing sites located in Council Districts 2, 10, and 14.

Second, funding is recommended for Fiscal Year 2024-25 leasing costs for a Tiny Home Village in Council District 14 and an operational shortfall for an A Bridge Home (ABH) in Council District 4. Furthermore, this report programs funds for the demobilization of an ABH site located in Council District 11.

Third, this report programs funding for elevator improvements at a Project Homekey 1.0 site located in Council District 7 and repairs at ABH sites located in Council District 13 and 14.

Lastly, this report also authorizes extending the expenditure authority for the Homeless Housing, Assistance, and Prevention Round 1 funds allocated for transitional age youth (TAY) and the conversion of a Project Homekey 1.0 site located in Council District 14 from interim housing to permanent supportive housing. It also requests the Los Angeles Homeless Services Agency (LAHSA) to enter into sole source contracts for a Pilot Recreational Vehicle (RV)-to-Home Program as well as TAY housing and homeless services.

CAO File No.                              PAGE
0220-05151-0639                            2

**RECOMMENDATION**

That the City Council, subject to approval by the Mayor:

1. Determine the funding allocation, lease, and continued use for a period of approximately one year for the Valley Plaza Park Pallet Shelters/low barrier navigation center at 11471 Chandler Boulevard, the Eagle Rock Recreation Center Tiny Home Village (THV)/low barrier navigation center at 7570 N. Figueroa Street, and the LaFayette Park Bridge Housing/low barrier navigation center at 668 S. Hoover Street, for those experiencing homelessness, are statutorily exempt from CEQA under PRC Section 21080.27.5, applicable low barrier navigation centers; Public Resources Code (PRC) Section 21080.10(c) applicable to contracts providing services to people experiencing homelessness; and Government Code Section 8698.4(a)(4) governing homeless shelter projects under a shelter crisis declaration;

2. Determine the funding allocation, lease, and continued use for a period of approximately five years for the bridge housing/low barrier navigation center at 7700 Van Nuys Boulevard, for those experiencing homelessness, are statutorily exempt from CEQA under PRC Section 21080.27.5, applicable to low barrier navigation centers; Public Resources Code (PRC) Section 21080.10(c) applicable to contracts providing services to people experiencing homelessness; and Government Code Section 8698.4(a)(4) governing homeless shelter projects under a shelter crisis declaration;

3. AUTHORIZE the General Services Department (GSD) to execute a new, or amend an existing, interdepartmental agreement with the Department of Recreation and Parks (RAP) and a lease agreement with Hope the Mission for the THV site located at 11471 Chandler Boulevard with 75 beds in Council District (CD) 2 for one year;

4. AUTHORIZE GSD to execute a new, or amend an existing, interdepartmental agreement with RAP and a lease agreement with Union Station Homeless Services for the THV site located at 7570 N. Figueroa Street with 93 beds in CD 14 for one year;

5. AUTHORIZE GSD to execute a new, or amend an existing, lease agreement with the County of Los Angeles for the THV site located at 7570 N. Figueroa Street with 93 beds in CD 14 for one year;

6. AUTHORIZE GSD to execute a new, or amend an existing, interdepartmental agreement with RAP and a lease agreement with the Salvation Army for the A Bridge Home (ABH) site located at 668 S. Hoover Street (formerly 625 LaFayette Place) with 72 beds in CD 10 for one year;

7. AUTHORIZE GSD to execute a new or amend an existing license agreement with the Department of Water and Power and a lease agreement with Hope the Mission for the ABH site located at 7700 Van Nuys Boulevard with 100 beds in CD 2 for up to five years;

CAO File No.               PAGE
0220-05151-0639           3

8.  APPROVE and APPROPRIATE up to $234,552.96 from Fund No. 63Q/10, Account No. 10T618, Homeless Effort - County Funding Agreement, to Fund No. 63Q/10, Account No. 10W757, CD 14 - 850 Mission THV Leasing, for leasing costs at the THV located at 850 N. Mission Road in CD 14 through June 30, 2025;

9.  APPROVE and APPROPRIATE up to $379,286 from Homeless Efforts - County Funding Agreement Fund No. 63Q/10, Account No.10T618, Homeless Effort - County Funding Agreement to Fund No. 63Q/43, Account No. 43AC88, 2024-25 Bridge Home Operations, for the operations of the interim housing site for families located at 3061 Riverside Drive in CD 4 through June 30, 2025;

10. APPROPRIATE up to $1,519,335 of unspent LAHSA 2023-24 General Funds to Additional Homeless Services - General City Purposes (AHS-GCP) Fund No. 100/56, Account No. 000931, Additional Homeless Services from the following accounts:
    a.  Up to $689,491 from Fund No. 10A/43, Account No. 43YC13, Street Strategies for Voluntary Storage Facilities;
    b.  Up to $829,844 from Fund No. 10/43, Account No. 43YC12, Shelter and Housing Interventions for the following programs
        i.   Up to $309,775 from Housing Navigation and Navigation Services;
        ii.  Up to $520,069 from Coordinated Entry System (CES) Crisis and Bridge Housing;

11. APPROVE and APPROPRIATE up to $1,201,298 from the Additional Homeless Services - General City Purposes (AHS-GCP) Fund No. 100/56, Account No. 000931 to the following accounts for demobilization of the ABH located at 100 Sunset Avenue in CD 11 through June 30, 2025:
    a.  Up to $74,786 to GSD Fund No. 100/40, Account No. 001014, Salaries, Construction Projects;
    b.  Up to $471,153 to GSD Fund No. 100/40, Account No. 001101, Hiring Hall Construction;
    c.  Up to $201,923 to GSD Fund No. 100/40, Account No. 001121, Benefits Hiring Hall Construction;
    d.  Up to $453,436 to GSD Fund No. 100/40, Account No. 003180, Construction Materials;

12. APPROVE and APPROPRIATE up to $318,037 from the AHS-GCP Fund No. 100/56, Account No. 000931 to BOE Fund No. 682/50, in a new account entitled "CD 11 Sunset Demobilization" to support the deconstruction of the ABH located at 100 Sunset Avenue in CD 11 through July 31, 2025;

13. APPROPRIATE up to $280,670 of unspent Homeless Housing, Assistance, and Prevention 2 (HHAP-2) funds from HHAP-2 Fund No. 64J/43, Account No. 43W814, Services Imperial Hwy to the following accounts:

    a. $217,311 to HHAP-2 Fund No. 64J/10, Account No. 10V771, FC-1 COVID-19 Homelessness Roadmap Operating Costs;

    b. $63,359 to HHAP-2 Fund No. 64J/10, Account No. 10V772, FC-2 A Bridge Home Operating Costs;

14. APPROVE and APPROPRIATE up to $187,520 from Homeless Housing, Assistance, and Prevention 1 (HHAP-1) Fund No. 62Y/10, Account No. 10S650, FC-1: A Bridge Home Capital and Operating Gap to HHAP-1 Fund No. 62Y/43, Account No. 43TA43, Homekey Rehab for elevator improvements at the Project Homekey 1.0 site located at 12835 Encinitas Avenue in CD 7 through June 30, 2025;

15. APPROVE and APPROPRIATE up to $18,400 from HHAP-2 Fund No. 64J/10, Account No. 10V771, FC-1 COVID-19 Homelessness Roadmap Operating Costs to HHAP-2 Fund No. 64J/43, Account No. 43TA43, Homekey Rehab for elevator improvements at the Project Homekey 1.0 site located at 12835 Encinitas Avenue in CD 7 through June 30, 2025;

16. APPROVE and APPROPRIATE up to $43,748 from HHAP-1 Fund No. 62Y/10, Account No. 10S650, FC-1: A Bridge Home Capital and Operating Gap to the General Services Department (GSD) Fund No. 100/40, Account No. 003160 Maintenance Materials, Supplies & Services, for repairs at the ABH site located at 310 N. Main Street with 99 beds in CD 14 through June 30, 2025;

17. APPROVE and APPROPRIATE up to $8,750 from HHAP-2 Fund No. 64J/10, Account No. 10V772, FC-2 A Bridge Home Operating Costs to GSD Fund No. 100/40, Account No. 003160 Maintenance Materials, Supplies & Services, for repairs at the ABH site located at 310 N. Main Street with 99 beds in CD 14 through June 30, 2025;

18. APPROVE and APPROPRIATE up to $9,052 from HHAP-1 Fund No. 62Y/10, Account No. 10S650, FC-1: A Bridge Home Capital and Operating Gap to GSD Fund No. 100/40, Account No. 003160 Maintenance Materials, Supplies & Services, for repairs at the ABH site located at 1533 N. Schrader Boulevard with 72 beds in CD 13 through June 30, 2025;

19. APPROVE and APPROPRIATE up to $1,810 from HHAP-2 Fund No. 64J/10, Account No. 10V772, FC-2 A Bridge Home Operating Costs to GSD Fund No. 100/40, Account No. 003160 Maintenance Materials, Supplies & Services, for repairs at the ABH site located at 1533 N. Schrader Boulevard with 72 beds in CD 13 through June 30, 2025;

20. AUTHORIZE the expenditure authority extension of Homeless Housing, Assistance, and Prevention Program Round 1 funds allocated to the Los Angeles Homeless Services Authority (LAHSA) for the Master Leasing Program for youth experiencing homelessness, through June 30, 2025;

    a. INSTRUCT the General Manager of the Los Angeles Housing Department (LAHD), or their designee, to amend the HHAP contract with LAHSA (C-135650) to reflect the

new expenditure authority for Funding Category HHAP-1 FC-6: Youth Experiencing Homelessness;

21. REQUEST LAHSA to enter into a sole source contract with the Coalition for Responsible Community Development in the up to amount of $1,311,269 for housing and homeless services for transitional age youth living in CD 9, through June 30, 2025;

22. APPROVE and APPROPRIATE up to $100,000 from the Unappropriated Balance Fund No. 100/58, Account No. 580422, Citywide Recreational Vehicle Program to the Los Angeles Housing Department Fund No. 10A/43, in a new account entitled "Pilot RV-to-Home Program" for the Pilot Recreational Vehicle (RV)-to-Home Program;

23. REQUEST LAHSA to execute a new, or amend an existing, agreement with West Valley Homes YES in the up to amount of $100,000 to provide training for the CD 7 Pilot RV-to-Home Program through June 30, 2025;

24. APPROVE and APPROPRIATE $3,493,050 from Los Angeles Housing Department Fund No. 10A/43, Account No. 43YC88, 2023-24 Bridge Home Operations, to Los Angeles Housing Department Fund No. 10A/43, Account No. 43AC88, 2024-25 A Bridge Housing Operations, for operating costs of the following ABH sites from July 1, 2024, through June 30, 2025;
    a. $1,734,480 for the ABH site located at 1533 Schrader Boulevard in CD 13;
    b. $1,084,050 for the ABH site located at 711 North Alameda Street in CD 14;
    c. $674,520 for the ABH site located at 1920 West 3rd Street in CD 1;

25. APPROVE the conversion of the Huntington Villas, also known as Super 8 Alhambra, a Project Homekey 1.0 site located at 5350 Huntington Drive South in CD 14 from interim housing to permanent supportive housing, contingent on the owner/operator, National Community Renaissance of California (NCRC)/(NCRC Super 8 LLC, a California limited liability company):
    a. Receiving the full capital financing from the State Department of Housing and Community Development (HCD) for the cost of the conversion;
    b. Obtaining a commitment from the Los Angeles County Department of Health Services (DHS) to fund the operations; and,
    c. Once full capital financing and commitment to fund operations are confirmed, coordinating with CD 14 and the CAO on the demobilization of the site to ensure no residents are displaced and demobilization occurs at the appropriate time.

26. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's HHAP contract with LAHSA (C-135650) to:
    a. Reflect the funding allocations in this report for the Project Homekey 1.0 site located at 12835 Encinitas Avenue in CD 7 under the following Funding Categories:
        i.  HHAP-1 FC-1: Homekey Rehab; and

    ii.    HHAP-2 FC-1: Homekey Rehab;

27. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's Roadmap Contract (C-144656) with LAHSA to:
   a. Reflect the funding allocations in this report for the A Bridge Home for families located at 3061 Riverside Drive under Funding Category FC-2 A Bridge Home Operations;

28. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's General Fund Contract (C-140706) with LAHSA to reflect the funding changes in this report from the following programs:
   a. Street Strategies for Voluntary Storage Facilities;
   b. Shelter and Housing Interventions for Housing Navigation and Navigation Services;
   c. Shelter and Housing Interventions for Coordinated Entry System (CES) Crisis and Bridge Housing;

29. INSTRUCT the General Manager of LAHD, or their designee, to amend the City's General Fund Contract (C-145627) with LAHSA to reflect the funding changes in this report from the following programs:
   a. Shelter and Housing Interventions for the CD 7 Pilot Recreational Vehicle (RV)-to-Home Program through June 30, 2025;

30. AUTHORIZE the CAO to:
   a. Prepare Controller instructions or make necessary technical adjustments, including to the names of the Special Fund accounts recommended for this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions; and
   b. Prepare any additional Controller instructions to reimburse City Departments for their accrued labor, material or permit costs related to projects in this report, to implement the intent of these transactions, and authorize the Controller to implement these instructions.

## BACKGROUND

As part of the LA Alliance case, on June 16, 2020, the City reached an agreement with the County to create 6,700 new homeless housing units within 18 months to address the COVID-19 emergency. This agreement is referred to as the Homelessness Roadmap.

The Roadmap set the following targets:
- 700 beds in existing agreements with the County within 10 months
- 5,300 new beds within 10 months
- 700 new beds within 18 months

The City is required to open and maintain 6,000 new beds, not covered by existing City-County

CAO File No.                          PAGE
0220-05151-0639                    7

agreements. The County has provided up to $60 million in annual service funding, totaling up to $300 million over the five-year agreement term, based on the number of interventions open and occupied within 60 days of July 1st each year. The agreement will terminate on June 30, 2025; therefore, Fiscal Year 2024-25 marks the fifth and final year of the Homelessness Roadmap.

The City has met all obligations under the agreement and will continue to do so. As of December 31, 2024, 7,493 new beds are open and occupiable, which includes 2,414 rapid rehousing/shared housing point-in-time placements overseen by LAHSA.

## DISCUSSION

## Roadmap Site Extensions

This report recommends extending the agreements of four interim housing sites that count towards the Roadmap agreement. Additionally, the Bureau of Engineering (BOE) has conducted California Environmental Quality Act (CEQA) analyses for these sites, in which the Notice of Exemptions (NOE) are transmitted under a separate cover. The Mayor and City Council must approve BOE's determinations that these uses are categorically exempt from CEQA in order to proceed. The properties for the proposed extensions are used for interim housing rent-free, thus there are no leasing costs associated with extending the agreements.

The General Services Department (GSD) holds agreements with the Department of Recreation and Parks (RAP) for Right-of-Entry (ROE) at the interim housing interventions located in Table 1. Approval of this report would authorize GSD to execute new, or amend existing, agreements with RAP and ease agreements with the site's respective service providers for one additional year.

**Table 1: Roadmap Renewal Detail - RAP sites**

| Council District | Address | Service Provider | Type | Bed Count | New Term |
|---|---|---|---|---|---|
| 2 | 11471 Chandler Boulevard | Hope the Mission | THV | 75 | Through January 21, 2026 |
| 10 | 7570 N. Figueroa Street | The Salvation Army | THV | 93 | Through February 16, 2026 |
| 14 | 668 S. Hoover Street | Hope the Mission | ABH | 72 | Through February 9, 2026 |

Additionally, the site at 7570 N. Figueroa Street utilizes a portion of property owned by the County of Los Angeles (County). As such, GSD holds an existing agreement with the County (C-139917) to utilize the County-owned portion for the THV and approval of this report would authorize GSD to execute a new, or amend the existing, agreement for an additional year.

GSD also holds an agreement with the Department of Water and Power (DWP) to use the property located at 7700 Van Nuys Boulevard in Council District (CD) 2 for an ABH facility with 100 beds. This report authorizes GSD to extend the agreement with DWP for up to 5 years, through February 5, 2030, and extend the agreement with the site's service provider, Hope the Mission.

CAO File No.
0220-05151-0639

PAGE

8

**850 N. Mission Road in Council District 14**

In the Municipal Facilities Committee report dated August 23, 2022 (C.F. 20-0841-S23), the Council and Mayor approved the authority for GSD to enter into a Memorandum of Understanding (MOU) with the Bureau of Sanitation to use the property located at 850 N. Mission Road in CD 14 for a THV with 144 beds. The City purchased the property using the Sewer Construction Maintenance (SCM) fund; therefore, the SCM fund must be made whole by paying a market rate lease. This report recommends $234,552.96 of County Agreement funds to support 12 months of leasing costs for the site from February 2025 through January 2026.

**3061 Riverside Drive in Council District 4**

This report recommends funds to support FY 2024-25 operation shortfalls for the ABH site for families located at 3061 Riverside Drive in CD 4. The site counts towards the City's Roadmap agreement and provides 78 beds to people experiencing homelessness. On June 18, 2024, the Council and Mayor approved the 24th Roadmap Funding Report (C.F. 20-0841-S49) which allocated $939,510 in County Funding Agreement funds to support FY 2024-25 operations costs. The service provider onsite, People Assisting the Homeless (PATH), reports their operating costs exceed their FY 2024-25 budget, which include staffing, food, janitorial, utilities, facilities, and security. As such, $379,286 in County Funding Agreement funds is recommended to support the operations funding shortfall through June 30, 2025. PATH has reported that if funding was not provided, they would cease operations by the end of March 2025.

**ABH Demobilization - 100 E. Sunset Avenue in Council District 11**

The ABH located at 100 E. Sunset Avenue in CD 11 provided 154 beds and was operated by People Assisting the Homeless (PATH). The site demobilized on December 31, 2024, and the property must be returned back to the Los Angeles County Metropolitan Transit Authority (Metro). This report recommends a total of $1,519,335 in unspent General Fund savings that were identified within LAHSA programs from FY 2023-24. General Funds are recommended as this is the only eligible funding source for this work. BOE will act as the project manager, while the GSD Construction Forces Division and its subcontractors will complete the work.

**Site Repairs**

*Project Homekey 1.0 Encinitas in Council District 7*
The Project Homekey 1.0 site, Good Nite Inn/Encinitas, located at 12835 Encinitas Avenue, Los Angeles, CA 91342 in CD 7, was acquired by the City with Coronavirus Relief Funds. The site, which provides 87 interim beds for people experiencing homelessness, is having elevator issues and needs to bring the elevator to full compliance with federal and State regulations. The site needs up to $205,920 to complete elevator improvements, including the replacement of the microprocessor controller and solid-state landing system as well as updating the emergency communications equipment. A total of $187,520 in Homeless Housing, Assistance, and Prevention

CAO File No.                      PAGE
0220-05151-0639                   9

1 (HHAP-1) is recommended for the repair proposal and $18,400 in Homeless Housing, Assistance, and Prevention 2 (HHAP-2) funds is recommended as contingency funding.

*ABH Site Repairs*
The ABH located at 310 N. Main Street in CD 14, with 99 beds, requires repairs due to ongoing leak issues at the site which have resulted in liquids penetrating existing structures, causing damage, and creating health and safety concerns. The repairs are necessary to prevent recurring damage and health risks. This report allocates $52,498 to GSD for these repairs. A total of $43,748 in HHAP-1 funding is recommended for the repair proposal and $8,750 in HHAP-2 funding is recommended as contingency funding.

The ABH located at 1533 N. Schrader Boulevard in CD 13, with 72 beds, requires a replacement of the domestic water backflow device. Multiple repairs have been made on the existing device, and a replacement of the device is recommended to avoid possible cross contamination in the future. This report allocates $10,862 to GSD for these repairs. A total of $9,052 in HHAP-1 funding is recommended for the repair proposal and $1,810 in HHAP-2 funding is recommended as contingency.

## HHAP-1 Transitional Age Youth Funding Items

This report recommends extending the expenditure authority of the Homeless Housing, Assistance, and Prevention Program Round 1 (HHAP-1) funds allocated to the Los Angeles Homeless Services Authority (LAHSA) for the Master Leasing Program for transitional age youth (TAY) experiencing homelessness through June 30, 2025. Extending the expenditure authority of the HHAP-1 allocation enables LAHSA to make payments for FY 2024-25 TAY housing and homeless services costs.

Additionally, this report requests LAHSA to enter into a sole source contract with the Coalition for Responsible Community Development (CRCD) to provide housing and homeless services for TAY living in Council District 9, in the up to amount of $1,311,269 in HHAP-1 funding. The HHAP-1 funding will provide services for TAY currently in CRCD's time-limited subsidies (TLS) program and TAY new to the program. Specifically, the funds are proposed to be used for the program's costs for rental assistance, security deposits, landlord incentives, utility bills, move-in start-up costs, and costs related with staffing and operating the program.

## Council District 7 RV-to-Home Pilot Program

In a collaboration between CD 7 and West Valley Homes YES (WVHY), the pilot Recreational Vehicle (RV)-to-Home program launched in 2022 with the goal to provide a solution to address RV homelessness. The program prioritizes individual choice, safe storage for vehicles, and incentives for participants who accept both housing placement and are voluntarily willing to dispose of or sell their vehicle.

CAO File No.                          PAGE
0220-05151-0639                        10

On September 11, 2024, Council approved the CAO report dated August 1, 2024 (C.F. 22-1313) and the Housing and Homelessness Committee amendments (August 28, 2024), which proposed the Citywide Enhanced RV rehousing strategy modeled after the CD 7 RV-to-Home Pilot program. The Los Angeles Homeless Services Authority (LAHSA), with the assistance of the City Administrative Officer, Chief Legislative Analyst, and Los Angeles Housing Department (LAHD), has been instructed to work with WVHY to create a scope of work for the Citywide program that includes developing a training program for the selected providers that will be implementing the WVHY program model. As such, this report recommends the transfer of up to $100,000 from the Unappropriated Balance for WVHY to develop the training component. Additionally, this report provides authority for LAHSA to enter into a new, or amend an existing, agreement with WVHY and authority for LAHD to amend the City's General Fund Contract (C-145627) to effectuate the training program.

**Fiscal Year 2024-25 Operations Funding Amendment**

On June 18, 2024, the Mayor concurred with Council's approval of the 24th Roadmap Funding Report (C.F. 20-0841-S49). Recommendation 5 in the report General City Purposes - Additional Homeless Services for FY 2024-25 operating costs of three ABH sites. Since the funding transfer occurred in FY 2023-24, this Office made a technical correction to the appropriation account in recommendation 5 to transfer the funding to LAHD Fund Number 10A/43, Account Number 43YC88, 2023-24 A Bridge Housing Operations.

However, this correction does not allow the funds to be used for FY 2024-25 expenses so the funding must be placed in the appropriate account; as such, this report reappropriates the operations funding to the LAHD Fund Number 10A/43, Account Number 43AC88, 2024-25 A Bridge Housing Operations.

**5350 Huntington Drive in Council District 14**

The Project Homekey 1.0 site located at 5350 Huntington Drive South in CD 14, known as the Huntington Villas (also known as Super 8 Alhambra), was acquired by the City in December 2020 for $8,890,000. This site did not receive a Homekey 1.0 match from the State. The owner/operator, National Community Renaissance of California (NCRC), in partnership with Union Station Homeless Services, has been providing interim housing beds at the 52-room site since April 2021. The NCRC is applying, jointly with the Los Angeles Housing Department, to the State Department of Housing and Community Development (HCD) Homekey+ funding opportunity. This report recommends approval of the site's conversion to permanent supportive housing, contingent on NCRC receiving the full capital financing from HCD for the conversion cost and a funding commitment from the DHS for operating costs. In addition, the NCRC must coordinate with CD 14 and the CAO on site demobilization to ensure no residents are displaced and the demobilization occurs at the appropriate time prior to the start of construction.

**FISCAL IMPACT STATEMENT**

There is no General Fund impact as a result of the recommendations in this report. The recommendations in this report utilize the City's General Fund that was previously budgeted and approved for homelessness interventions. There is a potential future impact on the General Fund for future Fiscal Years relative to supporting ongoing services and future demobilization plans, if not addressed through the budget. Additionally, the recommendations in this report utilize Homeless Housing, Assistance, and Prevention and County Roadmap Agreement funds for homelessness interventions.

**FINANCIAL POLICIES STATEMENT**

The recommendations in this report comply with the City Financial Policies in that budgeted funds are being used to fund recommended actions.

Attachments:
1. COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 27th Homeless Roadmap Funding Recommendations are Approved

*MWS:ECG:KML:MAG:SBL:MZ:16250056*

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 27th Homeless Roadmap Funding Recommendations are Approved   12

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2023-2024 Comittment | | | | | Fiscal Year 2024-2025 Comittment | | | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | ESG-CV | County (4) | GCP-AHS | State Homkey Grant | HHAP | ESG-CV | County (4) | GCP-AHS | State Homkey Grant | |
| 1 | ABH Beds (1) | Capital | 13160 Raymer St. | 2 | | | | | | | | | | | $1,348,321 |
| 2 | | | 7700 Van Nuys Blvd. | 2 | | | | | | | | | | | $6,209,046 |
| 3 | | | 7621 Canoga Ave. | 3 | | | | | | | | | | | $4,300,000 |
| 4 | | | 3061 Riverside Dr. | 4 | | | | | | | | | | | $4,537,274 |
| 5 | | | 3428 Riverside Dr. | 4 | | | | | | | | | | | $5,812,912 |
| 6 | | | 1479 La Cienega Blvd. | 5 | | | | | | | | | | | $0 |
| 7 | | | 14333 Aetna St. | 6 | | | | $621,426 | | | | | | | $5,749,155 |
| 8 | | | Sylmar Armory | 7 | | | | | | | | | | | $0 |
| 9 | | | 4601 Figueroa St. | 9 | | | | | | | | | | | $0 |
| 10 | | | 1819 S. Western Ave. | 10 | | | | | | | | | | | $1,579,490 |
| 11 | | | 625 Lafayette Pl. | 10 | | | | | | | | | | | $5,518,289 |
| 12 | | | West LA VA | 11 | | | | | | | | | | | $136,046 |
| 13 | | | 1533 Schrader Blvd. | 13 | | | | | | $10,862 | | | | | $52,891 |
| 14 | | | 310 N. Main St. | 14 | | | | | | $52,498 | | | | | $3,695,672 |
| 15 | | | 407 N Beacon St. (515 N Beacon St.) | 15 | | | | | | | | | | | $971,200 |
| 16 | | | 828 Eubank Ave. | 15 | | | | $15,712 | | | | | | | $30,712 |
| | ABH Capital Total | | | | $0 | $0 | $0 | $637,138 | $0 | $63,360 | $0 | $0 | $0 | $0 | $39,941,007 |
| 17 | ABH Beds (1) | Operating (2) | 1920 W 3rd St. | 1 | | $44,772 | | | | | | | $674,520 | | $2,047,343 |
| 18 | | | 13160 Raymer St. | 2 | | $92,820 | | | | | | $2,047,650 | | | $9,320,025 |
| 19 | | | 7700 Van Nuys Blvd. | 2 | | $109,200 | | | | | | $2,409,000 | | | $9,434,648 |
| 20 | | | 7621 Canoga Ave. | 3 | | | | | | | | | | | $0 |
| 21 | | | 3061 Riverside Dr. | 4 | $468 | $42,120 | | | | | | $1,318,796 | | | $7,155,422 |
| 22 | | | 3248 Riverside Dr. | 4 | $1,200 | $108,000 | | | | | | $2,409,000 | | | $8,625,262 |
| 23 | | | 1479 La Cienega Blvd. | 5 | $53,953 | | | | | | | | | | $2,709,931 |
| 24 | | | 14333 Aetna St. | 6 | | -$711,646 | | | | | | | | | $3,401,326 |
| 25 | | | Sylmar Armory | 7 | | $92,820 | | | | | | $2,047,650 | | | $7,520,970 |
| 26 | | | 4601 Figueroa St. | 9 | $405,942 | | | | | $324,000 | | | | | $1,679,275 |
| 27 | | | 1819 S. Western Ave. | 10 | $180,180 | $16,200 | | | | | | $509,175 | | | $2,104,351 |
| 28 | | | 625 Lafayette Pl. | 10 | | $78,624 | | | | | | $1,734,480 | | | $6,755,118 |
| 29 | | | 1214 Lodi Pl. (Phase 1) | 13 | $297,498 | $101,520 | $362,430 | | | | | $2,264,460 | | | $14,839,018 |
| 30 | | | 1533 Schrader Blvd. | 13 | 864 | 77,760 | | | | | | | $1,734,480 | | $4,185,501 |
| 31 | | | 711 N Alameda St (El Puente) | 14 | $125,512 | $48,600 | | | | $105,000 | | | $1,084,050 | | $4,238,961 |
| 32 | | | 310 N. Main St. (Civic Center) | 14 | $1,188 | $106,920 | | | | | | $2,384,910 | | | $7,929,246 |
| 33 | | | 407 N Beacon St. (515 N Beacon St.) | 15 | $19,800 | $108,000 | $1,055,954 | | | | | $2,409,000 | | | $7,832,279 |
| 34 | | | 828 Eubank Ave. | 15 | | $93,488 | $2,372,000 | | | | | $2,409,000 | | | $8,984,927 |
| | ABH Operation Total | | | | $1,086,605 | $1,120,844 | $3,078,738 | $0 | $0 | $429,000 | $0 | $21,943,121 | $3,493,050 | $0 | $108,763,603 |
| 35 | Tiny Home Villages | Capital | 11471 Chandler Blvd. | 2 | | | | | | | | | | | $4,562,211 |
| 36 | | | 6099 Laurel Canyon Blvd. | 2 | $10,000 | | | $223,929 | | | | | | | $8,906,965 |
| 37 | | | 12600 Saticoy St. | 2 | | | | | | | | | | | $6,008,098 |
| 38 | | | 19040 Vanowen St. | 3 | | | | | | | | | | | $3,229,997 |
| 39 | | | 6073 Reseda Blvd. | 3 | | | | | | | | | | | $4,411,736 |
| 40 | | | 9710 San Fernando Blvd. | 6 | | | | | | | | | | | $5,673,070 |
| 41 | | | Compton Ave. and Nevin Ave. | 9 | | | | | | | | | | | $58,422 |
| 42 | | | 2301 W. 3rd St. | 13 | | | | | | | | | | | $3,592,858 |
| 43 | | | 1455 Alvarado St. | 13 | $9,728 | | | | | | | | | | $2,497,455 |
| 44 | | | Arroyo & Ave. 60 | 14 | | | | | | | | | | | $6,173,096 |
| 45 | | | 7570 Figueroa St. | 14 | | | | | | | | | | | $3,159,298 |
| 46 | | | 850 N. Mission Rd. | 14 | | | | | | | | | | | $4,869,572 |

Page 1 of 5

2/28/2025

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 27th Homeless Roadmap Funding Recommendations are Approved   13

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2023-2024 Comittment | | | | | Fiscal Year 2024-2025 Comittment | | | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | ESG-CV | County (4) | GCP-AHS | State Homkey Grant | HHAP | ESG-CV | County (4) | GCP-AHS | State Homkey Grant | |
| 47 | | | Mission and Jesse | 14 | | | | | | | | | | | $193,924 |
| 48 | | | 1221 Figueroa Pl. | 15 | $10,000 | | | | | | | | | | $4,401,241 |
| 49 | | | 600 E. 116th Pl. | 15 | -$45,794 | | | $68,245 | | | | | | | $3,703,138 |
| 50 | | | 406 N. Bonnie Brae St & 413 Burlington Ave | 13 | $10,000 | | | | | | | | | | $10,000 |
| | **Tiny Home Villages Capital Total** | | | | **-$6,066** | **$0** | **$0** | **$292,174** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$61,451,080** |
| 51 | Other Interim Beds / Homekey Units (1) | Acquisition | 2521-2525 Long Beach Ave. | 9 | | | | | | | | | | | $4,911,342 |
| 52 | | | 2300, 2312, 2324 & 2332 S. Central Ave. | 9 | | | | | | | | | | | $11,688,000 |
| 53 | | | 1300-1332 W. Slauson Ave. | 9 | | | | | | | | | | | $6,520,353 |
| | | | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$23,119,695** |
| 54 | | | 499 San Fernando Road | 1 | | | | | | | | | | | $14,598,676 |
| 55 | Other Interim Beds | Capital | Coalition to Abolish Slavery and Trafficking (CAST) | 5 | | | | | | | | | | | $445,227 |
| 56 | | | 2521-2525 Long Beach Ave. | 9 | | | | | | | | | | | $3,406,547 |
| 57 | | | 1300-1332 W. Slauson Ave. | 9 | | | | | | | | | | | $2,124,741 |
| 58 | | | 18140 Parthenia Blvd. | 12 | | | | | | | | | | | $8,289,123 |
| | **Other Interim Beds Capital Total** | | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$28,864,314** |
| 59 | | | 11471 Chandler Blvd. | 2 | | $75,075 | $1,509,750 | | | | | $1,656,188 | | | $6,801,863 |
| 60 | | | 6099 Laurel Canyon Blvd. | 2 | $10,000 | $200,200 | $4,026,000 | $183,929 | | | | $4,406,500 | | | $15,823,196 |
| 61 | | | 12600 Saticoy St. | 2 | | $463,304 | $3,019,500 | | | | | $3,312,375 | | | $11,500,436 |
| 62 | | | 19040 Vanowen St. | 3 | | $395,744 | $2,033,130 | | | | | $2,230,333 | | | $8,552,486 |
| 63 | | | 6073 Reseda Blvd. | 3 | $10,000 | $520,612 | $2,979,240 | | | | | $3,258,210 | | | $11,879,079 |
| 64 | | | 9710 San Fernando Blvd. | 6 | | $161,161 | $3,240,930 | | | | | $3,555,283 | | | $7,689,506 |
| 65 | | | Compton Ave. & Nevin Ave. | 9 | | | | | | | | | | | $0 |
| 66 | Tiny Home Villages | Operating (2) | 1455 Alvarado St. | 13 | $488,962 | $463,344 | $1,864,407 | | | | | $1,553,440 | | | $8,019,022 |
| 67 | | | 2301 W. 3rd St. | 13 | | $546,837 | $1,989,737 | | | | | $2,186,168 | | | $8,405,155 |
| 68 | | | Arroyo & Ave. 60 | 14 | | $224,224 | $4,509,120 | | | | | $4,946,480 | | | $16,841,818 |
| 69 | | | 7570 Figueroa St. | 14 | | $93,093 | $1,872,090 | | | | | $2,053,673 | | | $6,575,250 |
| 70 | | | 1221 Figueroa Pl. | 15 | $10,000 | $156,882 | $1,610,400 | | | | | $1,646,188 | | | $6,666,194 |
| 71 | | | 499 San Fernando | 1 | | | $330,000 | | | | | $2,097,838 | | | $3,417,838 |
| 72 | | | 850 N. Mission Rd. | 14 | | | $2,568,368 | $266,953 | | | | $3,414,433 | | | $6,444,154 |
| 73 | | | Mission and Jesse | 14 | | | | | | | | | | | $188,363 |
| | **Tiny Home Villages Operating Total** | | | | **$518,962** | **$3,300,475** | **$31,222,672** | **$450,882** | **$0** | **$0** | **$0** | **$36,317,109** | **$0** | **$0** | **$122,045,290** |
| 74 | | | 313 Patton St. | 1 | | | | | | | | | | | $857,628 |
| 75 | | | 1701 Camino Palmero St. | 4 | | $34,398 | $691,740 | | | | | $758,835 | | | $2,832,663 |
| 76 | | | 7600 Beverly Blvd. | 4 | | | | | | | | | | | $304,937 |
| 77 | | | 1725 S La Cienega Blvd | 5 | | | $0 | | | | | | | | $0 |
| 78 | | | 7253 Melrose Ave. | 5 | | | | | | | | | | | $0 |
| 79 | | | 7816 Simpson Ave. | 6 | | $49,049 | $986,370 | | | | | $1,082,043 | | | $3,583,542 |
| 80 | | | 6909 N. Sepulveda Blvd. | 6 | | $146,146 | $2,938,980 | | | | | | | | $9,638,654 |
| 81 | | | 11067 Norris Ave. | 7 | | | | | | | | | | | $609,900 |
| 82 | | | 8501 1/2 S. Vermont Ave. | 8 | | $25,025 | $503,250 | | | | | $552,062 | | | $2,006,653 |
| 83 | | | 5615 - 5749 S. Western Ave. | 8 | $7,144 | | $140,910 | | | | | | | | $660,319 |
| 84 | | | 8311 S. Western Ave. | 8 | | $9,873 | | | | | | | | | $330,873 |
| 85 | | | 2514 W. Vernon Ave. | 8 | | | | | | | | | | | $214,000 |
| 86 | | | 8501 S. Broadway | 9 | | $150,150 | $3,019,500 | | | | | | | | $9,941,982 |
| 87 | | | 5100 S. Central Ave. | 9 | $349,000 | $25,025 | $503,250 | | | | | | | | $2,006,131 |
| 88 | | | 224 E. 25th St. & 224 1/2 E. 25th St. | 9 | | $68,068 | $1,368,840 | | | | | $1,501,610 | | | $5,082,951 |

2/28/2025

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 27th Homeless Roadmap Funding Recommendations are Approved   14

| No. | Type of Unit/Intervention | Type | Site | CD | FY 2023-2024 Committment HHAP | ESG-CV | County (4) | GCP-AHS | State Homkey Grant | FY 2024-2025 Committment HHAP | ESG-CV | County (4) | GCP-AHS | State Homkey Grant | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 89 | Other Interim Beds | Operating (2) | 9165 & 9165 ½ South Normandie St | 9 | $33,262 | $1,773 | $563,640 | | | | | | | | $1,564,028 |
| 90 | | | 5171 S. Vermont Ave. | 9 | | | | | | | | | | | $214,000 |
| 91 | | | 2521-2525 Long Beach Ave. | 9 | $39,160 | | $2,938,980 | | | | | | | | $3,501,140 |
| 92 | | | 1300-1332 W. Slauson Ave. | 9 | | $100,100 | $2,096,245 | | | | | | | | $3,603,439 |
| 93 | | | 18140 Parthenia Blvd. | 12 | | $107,107 | $2,153,910 | | | | | | | | $4,566,506 |
| 94 | | | 5941 Hollywood Blvd. | 13 | | $30,030 | $603,900 | | | | | $662,475 | | | $2,657,716 |
| 95 | | | 3191 W. 4th St. | 13 | | | | | | | | | | | $178,072 |
| 96 | | | 566 S. San Pedro St. | 14 | | $70,980 | $1,427,400 | | | | | $1,565,850 | | | $6,301,530 |
| 97 | | | 1060 Vignes St. | 14 | $232,232 | | $4,670,160 | | | | | | | | $13,425,770 |
| 98 | | | 543 Crocker St. | 14 | $2,511 | $57,549 | $402,600 | | | | | | | | $2,950,070 |
| 99 | | | 3123 S. Grand Ave. | 14 | | $15,965 | $401,500 | | | | | | | | $818,965 |
| 100 | | | Scattered Sites - SRO Housing Corporation | 14 | | | | | | | | | | | $2,409,000 |
| 101 | | | 1904 Bailey St. | 14 | $29,659 | | | | | | | | $158,982 | | $2,759,574 |
| 102 | | | 345 E. 118 Pl. | 15 | | | $80,520 | | | | | | | | $402,380 |
| 103 | | | Various | Various | | | | | | | | | | | $112,354 |
| 104 | | | Project Roomkey (3) | Various | | | | | | | | | | | $72,427,887 |
| 105 | | | Shelter Program | Various | $757,477 | $934,787 | | | | | | | | | $1,692,264 |
| | **Other Interim Beds Operating Total** | | | | **$1,450,445** | **$1,826,025** | **$25,491,695** | **$0** | **$0** | **$0** | **$0** | **$6,122,875** | **$158,982** | **$0** | **$157,654,928** |
| 106 | | | Beacon (Solaire Hotel) | 1 | | | | | | | | | | | $4,873,960 |
| 107 | | | Sieroty (Howard Johnson) | 4 | | | | | | | | | | | $5,103,560 |
| 108 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | | | | | | | | | | $4,568,997 |
| 109 | | | Pano (Panorama Inn) | 6 | | | | | | | | | | | $2,713,579 |
| 110 | | | Arleta (Woodman) | 6 | | | | | | | | | | | $20,056,747 |
| 111 | | | Woodman Ownership Transfer | 6 | | | | | | | | | | | $19,500 |
| 112 | | | Encinitas (Good Nite Inn) | 7 | | | | | | | | | | | $16,351,536 |
| 113 | | | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | | | | | | | | | $1,281,013 |
| 114 | Homekey Units (1) | Match / Acquisition | Mollie Maison (Best Inn) | 10 | | | | | | | | | | | $990,290 |
| 115 | | | The Layover (Super 8 LAX) | 11 | | | | | | | | | | | $10,830,215 |
| 116 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | | | | | | | | $10,152,255 |
| 117 | | | Devonshire Lodge (Travelodge) | 12 | | | | | | | | | | | $3,162,222 |
| 118 | | | The Nest | 13 | | | | | | | | | | | $1,736,813 |
| 119 | | | Casa Luna (Titta's Inn) | 14 | | | | | | | | | | | $1,977,625 |
| 120 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | | | | | | | | $9,021,062 |
| 121 | | | Travelodge (Normandie) | 15 | | | | | | | | | | | $3,990,522 |
| 122 | | | Property management and real estate service | Various | | | | | | | | | | | $779,939 |
| | **Project Homekey Match / Aquisition Total** | | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$97,609,837** |
| 123 | | | Beacon (Solaire Hotel) | 1 | | $116,717 | | | | | | | | | $8,090,325 |
| 124 | | | Sieroty (Howard Johnson) | 4 | | $109,746 | | | | | | | | | $7,780,492 |
| 125 | | | Super 8 Canoga Park | 3 | | | | | | | | | | | $1,028,993 |
| 126 | | | Sepulveda Villa (Econo Motor Inn) | 6 | $92,456 | | | | | | | | | | $6,607,340 |
| 127 | | | Pano (Panorama Inn) | 6 | | | | | | | | | | | $1,097,087 |
| 128 | | | Arleta (Woodman) | 6 | | | | | | | | | | | $4,699,120 |
| 129 | | | Encinitas (Good Nite Inn) | 7 | | $137,137 | | | | | | | | | $9,715,457 |

2/28/2025

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 27th Homeless Roadmap Funding Recommendations are Approved   15

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2023-2024 Comittment | | | | | Fiscal Year 2024-2025 Comittment | | | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | ESG-CV | County (4) | GCP-AHS | State Homkey Grant | HHAP | ESG-CV | County (4) | GCP-AHS | State Homkey Grant | |
| 130 | Homekey Units (1) | Operating | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | | | | | | | | | $1,879,763 |
| 131 | | | Mollie Maison (Best Inn) | 10 | $29,850 | $316,316 | | | | | | | | | $3,144,770 |
| 132 | | | The Layover (Super 8 LAX) | 11 | $323,076 | | | | | | | | | | $5,757,708 |
| 133 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | | | | | | | | $1,731,181 |
| 134 | | | Devonshire Lodge (Travelodge) | 12 | $118,755 | | | | | | | | | | $8,001,834 |
| 135 | | | The Nest | 13 | | $60,970 | | | | | | | | | $4,112,373 |
| 136 | | | Casa Luna (Titta's Inn) | 14 | | $62,644 | | | | | | | | | $4,549,206 |
| 137 | | | Huntington Villas (Super 8 Alhambra) | 14 | | $82,628 | | | | | | | | | $5,346,197 |
| 138 | | | Travelodge (Normandie) | 15 | | | | | | | | | | | $2,064,055 |
| | **Project Homekey Operating Total** | | | | **$564,137** | **$886,158** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$75,605,901** |
| 139 | | | Beacon (Solaire Hotel) | 1 | | | | | | | | | | | $3,231,738 |
| 140 | | | Sieroty (Howard Johnson) | 4 | | | | | $800,000 | | | | | | $5,501,798 |
| 141 | | | Sepulveda Villa (Econo Motor Inn) | 6 | | | | | | | | | | | $886,851 |
| 142 | | | Pano (Panorama Inn) | 6 | | $96,154 | | | | | | | | | $6,354,916 |
| 143 | | | Arleta (Woodman) | 6 | $1,572,546 | $198,269 | | | | | | | | | $17,859,351 |
| 144 | | | Encinitas (Good Nite Inn) | 7 | | | | | | $205,920 | | | | | $2,971,943 |
| 145 | Homekey Units (1) | Improvement | Restoration Apartments (EC Motel & EC Motel Parking) | 8 | | | | | | | | | | | $758,260 |
| 146 | | | Mollie Maison (Best Inn) | 10 | | | | | | | | | | | $186,577 |
| 147 | | | The Layover (Super 8 LAX) | 11 | | | | | | | | | | | $1,020,206 |
| 148 | | | PV Marina Del Rey (Ramada Inn) | 11 | | | | | $1,000,000 | | | | | | $1,805,120 |
| 149 | | | Devonshire Lodge (Travelodge) | 12 | | | | | $410,000 | | | | | | $1,625,324 |
| 150 | | | The Nest | 13 | | | | | | | | | | | $306,967 |
| 151 | | | Casa Luna (Titta's Inn) | 14 | | | | | | | | | | | $312,272 |
| 152 | | | Huntington Villas (Super 8 Alhambra) | 14 | | | | | $500,000 | | | | | | $877,640 |
| 153 | | | Travelodge (Normandie) | 15 | $2,950,434 | $190,635 | | | | | | | | | $5,329,301 |
| 154 | | | Real estate services to monitor alterations | n/a | | | | | | | | | | | $335,295 |
| | **Project Homekey Capital Improvement Total** | | | | **$4,522,980** | **$485,058** | **$0** | **$0** | **$2,710,000** | **$205,920** | **$0** | **$0** | **$0** | **$0** | **$49,363,559** |
| 155 | Recovery Housing | | Rapid Rehousing/ Shared Housing** | Various | | $959,681 | | $350,000 | | | | | | | **$78,575,224** |
| | **Recovery Housing Total** | | | | **$0** | **$959,681** | **$0** | **$350,000** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$78,575,224** |
| 156 | Measure H Strategy (6) | | Measure H Strategy - B4 (Landlord Incentive) | Various | | | | | | | | | | | $426,000 |
| | **Measure H Strategy Total** | | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$426,000** |
| 157 | Safe Sleeping | Capital | 2300 S. Central Ave. (5) | 9 | $152,425 | | | | | | | | | | $1,669,308 |
| 158 | | | 317 N. Madison Ave. | 13 | | | | | | | | | | | $10,553 |
| | **Safe Sleep Capital Total** | | | | **$152,425** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$1,679,861** |
| 159 | Safe Sleeping | Operating (2) | 2300 S. Central Ave. (5) | 9 | | | $3,065,250 | | | | | $3,065,250 | | | $10,187,522 |
| 160 | | | 317 N. Madison Ave. | 13 | | | | | | | | | | | $1,029,279 |
| | **Safe Sleep Operating Total** | | | | **$0** | **$0** | **$3,065,250** | **$0** | **$0** | **$0** | **$0** | **$3,065,250** | **$0** | **$0** | **$11,216,801** |
| 161 | | | 7128 Jordan Ave. | 3 | $5,437 | $40,063 | $274,500 | | | | | | | | $917,697 |
| 163 | | | 4301 S. Central Ave. | 9 | | $18,200 | $109,800 | | | | | $146,000 | | | $536,968 |
| 164 | | | 1201 S. Figueroa St. | 9 | $54,600 | | $329,400 | | | | | $438,000 | | | $1,380,269 |
| 166 | | | 11339 Iowa Ave. | 11 | $45,500 | | $274,500 | | | | | $365,000 | | | $1,030,418 |
| 167 | | | 9100 Lincoln Blvd. | 11 | | | $0 | | | | | | | | $246,569 |

2/28/2025

Attachment 1: COVID-19 Homelessness Roadmap Status of Capital and Operating Funding if 27th Homeless Roadmap Funding Recommendations are Approved

| No. | Type of Unit/Intervention | Type | Site | CD | Fiscal Year 2023-2024 Comittment | | | | | Fiscal Year 2024-2025 Comittment | | | | | Total Commitment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HHAP | ESG-CV | County (4) | GCP-AHS | State Homkey Grant | HHAP | ESG-CV | County (4) | GCP-AHS | State Homkey Grant | |
| 168 | Safe Parking (1) | Operating (2) | 5455 111th Street | 11 | | | | | | | | | | | $894,985 |
| 169 | | | 8775 Wilbur Ave. | 12 | $2,988 | $33,412 | $219,600 | | | | | $292,000 | | | $1,041,282 |
| 170 | | | 1033 Cole Ave. | 13 | $36,400 | | $219,600 | | | | | | | | $718,951 |
| 171 | | | 4591 Santa Monica Blvd. | 13 | | | | | | | | | | | $155,537 |
| 172 | | | 711 S. Beacon St. | 15 | | $54,600 | $329,400 | | | | | $438,000 | | | $1,637,049 |
| 173 | | | 19610 Hamilton Ave. | 15 | $45,500 | | $274,500 | | | | | $365,000 | | | $1,341,471 |
| | **Safe Parking Operating Total** | | | | **$190,425** | **$146,275** | **$2,031,300** | **$0** | **$0** | **$0** | **$0** | **$2,044,000** | **$0** | **$0** | **$9,901,196** |
| 174 | Outreach | | Roadmap Outreach | Various | | | | | | | | | | | $9,077,365 |
| 175 | | | Encampment to Home Program on Ocean Front Walk/Venice | 11 | | | | | | | | | | | $5,000,000 |
| | **Outreach Total** | | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$14,977,365** |
| 176 | Admin | Admin | BOE | n/a | | | | | | | | | | | $8,155,055 |
| 177 | | | BCA | n/a | | | | | | | | | | | $299,416 |
| 178 | | | CAO | n/a | | | | | | | | | | | $254,035 |
| 179 | | | GSD | n/a | | | | | | | | | | | $77,500 |
| 180 | | | LAHD | n/a | | | | | | | | | | | $1,158,255 |
| 181 | | | LAHSA | n/a | | $93,479 | | | | | | | | | $5,594,161 |
| | **Admin Total** | | | | **$0** | **$93,479** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$15,538,422** |
| **Total Commitment** | | | | | **$8,479,913** | **$8,817,995** | **$64,889,655** | **$1,730,194** | | **$698,280** | **$0** | **$69,492,355** | **$3,652,032** | **$0** | **$873,614,387** |
| **Total Uncommitted** | | | | | | **$1,030,685** | | | | | | **$8,449,911** | | | |

(1) Does not include Roadmap interventions that are in existing agreements with the County.

(2) Operating costs vary by intervention type, as of January 1, 2025: ABH, Tiny Home Villages, Leased Facilities, Year Round Shelter: $80/bed/night; Safe Sleep: $73.70/person/night; and Safe Parking: $40/car/night; Project Homekey bed rates vary with a minimum of $75/unit/night.

(3) Committed funds used to front-fund the Project Roomkey extension are expected to be reimbursed by the FEMA, at which time the funds will be available for programming.

(4) County Services allocations are restricted to services, leasing, FFE, and start up costs.

(5) 2300 S Central is part of the City Project Homekey Program. The site will oeprate a Safe Sleeping Program until the owner/operator is ready to begin construction on permanent supportive housing.

(6) Placements funded with City funding for Measure H Strategies will be counted toward the Roadmap target of 6,700 interventions.

2/28/2025