# EXHIBIT D

File No. 20-0841-S52

STATUTORY EXEMPTIONS and HOUSING AND HOMELESSNESS COMMITTEE REPORT relative to funding allocation, lease and continued use for a period of approximately one year for the Valley Plaza Park Pallet Shelters/low barrier navigation center located at 11471 Chandler Boulevard in Council District (CD) 14, the Eagle Rock Recreation Center Tiny Home Village (THV)/low barrier navigation center located at 7570 North Figueroa Street in CD 14, and the LaFayette Park Bridge Housing/low barrier navigation center located at 668 South Hoover Street in CD 10; and for a period not to exceed five years for the bridge housing/low barrier navigation center located at 7700 Van Nuys Boulevard in CD Two, for those experiencing homelessness; and California Environmental Quality Act (CEQA) exemption determination that, the projects are statutorily exempt under Public Resources Code (PRC) Section 21080.27.5, applicable to low barrier navigation centers; PRC Section 21080.10(c) applicable to contracts providing services to people experiencing homelessness; and Government Code Section 8698.4(a)(4), governing homeless shelter projects under a shelter crisis declaration; and the 27th report regarding COVID-19 Homelessness Roadmap funding recommendations; and related matters.

Recommendations for Council action, SUBJECT TO THE APPROVAL OF THE MAYOR:

1. DETERMINE that the funding allocation, lease, and continued use for a period of approximately one year for the Valley Plaza Park Pallet Shelters/low barrier navigation center at located at 11471 Chandler Boulevard in CD 14, the Eagle Rock Recreation Center THV/low barrier navigation center located at 7570 North Figueroa Street in CD 14, and the LaFayette Park Bridge Housing/low barrier navigation center located at 668 South Hoover Street in CD 10, for those experiencing homelessness, are statutorily exempt from CEQA under PRC Section 21080.27.5, applicable low barrier navigation centers; PRC Section 21080.10(c) applicable to contracts providing services to people experiencing homelessness; and Government Code Section 8698.4(a)(4) governing homeless shelter projects under a shelter crisis declaration. Refer to the Notice of Exemptions (NOEs) contained in the Bureau of Engineering report dated March 4, 2025, attached to Council file No. 20-0841-S52.

2. DETERMINE the funding allocation, lease, and continued use for a period of approximately five years for the bridge housing/low barrier navigation center located at 7700 Van Nuys Boulevard in CD Two, for those experiencing homelessness, is statutorily exempt from CEQA under PRC Section 21080.27.5, applicable to low barrier navigation centers; PRC Section 21080.10(c) applicable to contracts providing services to people experiencing homelessness; and Government Code Section 8698.4(a)(4) governing homeless shelter projects under a shelter crisis declaration. Refer to the NOEs contained in the Bureau of Engineering report dated March 4, 2025, attached to the Council file.

3. APPROVE Recommendation Nos. 3 through 20 and Nos. 22 through 30 contained in the City Administrative Officer (CAO) report dated March 3, 2025, attached to Council file No. 20-0841-S52.

4. AMEND and APPROVE Recommendation No. 21, respectively, as follows:

   21. REQUEST the Los Angeles Homeless Services Authority (LAHSA) to enter into, or amend an existing, sole source contract with the Coalition for Responsible Community Development in the up to amount of $1,513,320 for housing and homeless services for transitional age youth living in Council District Nine, through June 30, 2025.

5. TRANSFER and APPROPRIATE $100,000 from the General City Purposes Fund No. 100/56, Account No. 0617, Additional Homeless Services - CD Three, to the LAHD Fund No. 10A/43, account to be determined, for Hope the Mission, to obtain program coordination, capacity development/technical assistance, participant incentives, client support and additional staff support to administer a pilot program.

6. INSTRUCT the General Manager, LAHD, or designee, to amend relevant contracts with the LAHSA to include into the scope of work the components of Council file No. 24-1268 to effectuate the development of a pilot program at interim housing sites within CD Three.

Fiscal Impact Statement: The CAO reports that there is no General Fund impact as a result of the recommendations in this report. The recommendations in this report utilize the City's General Fund that was previously budgeted and approved for homelessness interventions. There is a potential future impact on the General Fund for future Fiscal Years relative to supporting ongoing services and future demobilization plans, if not addressed through the budget. Additionally, the recommendations in this report utilize Homeless Housing, Assistance, and Prevention and County Roadmap Agreement funds for homelessness interventions.

Financial Policies Statement: The CAO reports that the recommendations in this report comply with the City's Financial Policies in that budgeted funds are being used to fund recommended actions.

Community Impact Statement:  None submitted

SUMMARY

At the meeting held on March 19, 2025, your Housing and Homelessness Committee considered CAO and Bureau of Engineering reports relative to funding allocation, lease and continued use for a period of approximately one year for the Valley Plaza Park Pallet Shelters/low barrier navigation center located at 11471 Chandler Boulevard in CD 14, the Eagle Rock Recreation Center THV/low barrier navigation center  located at 7570 North Figueroa Street in CD 14, and the LaFayette Park Bridge Housing/low barrier navigation center located at 668 South Hoover Street in CD 10; and for a period not to exceed five years for the  bridge housing/low barrier navigation center located at 7700 Van Nuys Boulevard in CD Two, for those experiencing homelessness; and CEQA  exemption determination that, the projects are statutorily exempt under PRC Section 21080.27.5, applicable to  low barrier navigation centers; PRC Section 21080.10(c) applicable to contracts providing services to people experiencing homelessness; and Government Code Section 8698.4(a)(4), governing homeless shelter projects under a shelter crisis declaration; and the 27th report regarding COVID-19 Homelessness Roadmap funding recommendations; and related matters.

After an opportunity for public comment was held, the Committee recommended to move forward the recommendations contained in the CAO report, as detailed above, as amended by Councilmembers Raman and Blumenfield to include a correction recommended by the CAO and two additional instructions presented by Councilmember Blumenfield. This matter is now submitted to the Council for consideration.

Respectfully Submitted,

HOUSING AND HOMELESSNESS COMMITTEE

| MEMBER | VOTE |
|---|---|
| RAMAN: | YES |
| JURADO: | YES |
| PRICE: | ABSENT |
| BLUMENFIELD: | YES |
| NAZARIAN: | ABSENT |

LV 3.19.25

**-NOT OFFICIAL UNTIL COUNCIL ACTS-**