HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213-978-7508
Facsimile: 213-978-7011
Email:  Arlene.Hoang@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-02291 DOC (KES)<br><br>**DEFENDANT CITY OF LOS ANGELES' QUARTERLY STATUS REPORT PURSUANT TO THE SETTLEMENT AGREEMENT BETWEEN LA ALLIANCE FOR HUMAN RIGHTS AND THE CITY OF LOS ANGELES [DKT. 421]**<br><br>**Hon. David O. Carter**<br>**United States District Judge** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Paragraph 7.1 of the Settlement Agreement between LA Alliance for Human Rights and other plaintiffs (collectively, "LA Alliance"), and the City of Los Angeles ("City") (Dkt. 421), the City submits the following documents attached hereto:

**Exhibit A** is a report which provides the number of housing or shelter opportunities created or otherwise obtained, the number of beds or opportunities offered, and the number of beds or opportunities currently available in each Council District for the quarter ending March 31, 2025.

**Exhibit B** is a report which provides the City's cumulative encampment resolution data for the reporting periods January 1 – June 30, 2024, July 1 – December 31, 2024, and January 1 – March 31, 2025 pursuant to Paragraph 5.2 (ii) and (iv) of the Settlement Agreement.

DATED:  April 15, 2025          HYDEE FELDSTEIN SOTO, City Attorney
                                DENISE C. MILLS, Chief Deputy City Attorney
                                KATHLEEN  KENEALY, Chief Asst City Attorney
                                ARLENE N. HOANG, Deputy City Attorney
                                JESSICA MARIANI, Deputy City Attorney

                                By: */s/Arlene N. Hoang*
                                Arlene N. Hoang, Deputy City Attorney
                                Counsel for Defendant City of Los Angeles

1

DEFENDANT CITY OF LOS ANGELES' QUARTERLY STATUS REPORT PURSUANT TO THE SETTLEMENT AGREEMENT BETWEEN LA ALLIANCE FOR HUMAN RIGHTS AND THE CITY OF LOS ANGELES [DKT. 421]