# EXHIBIT A

| | | | | Alliance Settlement Agreement<br>Quarterly Report<br>Quarter Ending March 31, 2025<br>Intervention Data | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date | Total PEH Served (2) |
| 1 | 1 | PSH | Prop HHH | Washington View Apartments<br>720 W WASHINGTON BLVD Los Angeles, CA 90015 | 91 | Open | 06/30/2022 | 91 |
| 2 | 10 | PSH | Non-Prop HHH | PATH Villas Montclair/Gramercy(Recap-Site 2 of 2)<br>3317 W WASHINGTON BLVD  Los Angeles, CA 90018 | 16 | Open | 07/26/2022 | 16 |
| 3 | 8 | PSH | Prop HHH | Chesterfield<br>4719 S NORMANDIE AVE  Los Angeles, CA 90037 | 42 | Open | 08/03/2022 | 42 |
| 4 | 13 | PSH | Prop HHH | HiFi Collective<br>3200 W TEMPLE ST  Los Angeles, CA 90026 | 58 | Open | 08/17/2022 | 58 |
| 5 | 10 | PSH | Prop HHH | Adams Terrace<br>4314 W ADAMS BLVD  Los Angeles, CA 90018<br>4347 W ADAMS BLVD Los Angeles, CA 90018 | 43 | Open | 09/21/2022 | 43 |
| 6 | 3 | PSH | Prop HHH | Bell Creek Apartments<br>6940 N OWENSMOUTH AVE Canoga Park, CA 91303 | 41 | Open | 09/23/2022 | 41 |
| 7 | 14 | PSH | Non-Prop HHH | LAMP Lodge<br>660 S STANFORD AVE  Los Angeles, CA 90021 | 81 | Open | 10/04/2022 | 81 |
| 8 | 7 | PSH | Prop HHH | Silva Crossing (fka Link at Sylmar)<br>12667 SAN FERNANDO ROAD  Sylmar, CA 91342 | 55 | Open | 10/11/2022 | 55 |
| 9 | 10 | PSH | Prop HHH | Berendo Sage<br>1035 S BERENDO ST  LOS ANGELES, CA 90006 | 21 | Open | 10/14/2022 | 21 |
| 10 | 10 | PSH | Prop HHH | Amani Apartments (fka Pico)<br>4200 W PICO BLVD  Los Angeles, CA 90019 | 53 | Open | 10/17/2022 | 53 |
| 11 | 9 | PSH | Prop HHH | Hope on Broadway<br>5138 S BROADWAY  Los Angeles, CA 90037 | 48 | Open | 11/01/2022 | 48 |
| 12 | 8 | PSH | Homekey 2 | 6521 Brynhurst | 40 | Open | 11/14/2022 | 36 |
| 13 | 1 | PSH | Homekey 2 | 740 Alvarado | 79 | Open | 11/15/2022 | 68 |
| 14 | 10 | PSH | Homekey 2 | 5050 Pico | 78 | Open | 11/30/2022 | 75 |
| 15 | 1 | PSH | Prop HHH | Firmin Court<br>418 N FIRMIN ST  Los Angeles, CA 90026 | 45 | Open | 12/16/2022 | 45 |
| 16 | 7 | PSH | Homekey 2 | 10150 Hillhaven | 33 | Open | 12/20/2022 | 33 |
| 17 | 11 | PSH | Prop HHH | VA Building 207<br>11301 WILSHIRE BLVD  #207  Los Angeles, CA 90025 | 59 | Open | 12/22/2022 | 59 |
| 18 | 4 | IH | Interim Housing | Highland Gardens | 143 | Open | 12/27/2022 | 412 |
| 19 | 3 | PSH | Prop HHH | Reseda Theater Senior Housing (Canby Woods West)<br>7221 N CANBY AVE  Reseda, CA 91335 | 13 | Open | 12/30/2022 | 13 |
| 20 | 7 | PSH | Prop HHH | Summit View Apartments<br>11800 W KAGEL CANYON ST  Sylmar, CA 91342 | 48 | Open | 01/06/2023 | 48 |
| 21 | 6 | PSH | Homekey 2 | 14949 Roscoe | 29 | Open | 01/15/2023 | 25 |
| 22 | 15 | PSH | Prop HHH | Watts Works<br>9500 S COMPTON AVE  Los Angeles, CA 90002 | 24 | Open | 01/27/2023 | 24 |
| 23 | 5 | PSH | Prop HHH | 11010 Santa Monica<br>11010 W SANTA MONICA BLVD  Los Angeles, CA 90025 | 50 | Open | 03/20/2023 | 50 |
| 24 | 13 | PSH | Prop HHH | Ambrose (fka 1615 Montana St.)<br>1611 W MONTANA ST  Los Angeles, CA 90026 | 63 | Open | 03/22/2023 | 63 |
| 25 | 10 | PSH | Prop HHH | Vermont Corridor Apartments (fka 433 Vermont Apts)<br>433 S VERMONT AVE  Los Angeles, CA 90020 | 36 | Open | 03/31/2023 | 36 |
| 26 | 8 | PSH | Prop HHH | Depot at Hyde Park<br>6527 S CRENSHAW BLVD  Los Angeles, CA 90043 | 33 | Open | 04/10/2023 | 33 |
| 27 | 11 | PSH | Prop HHH | Building 205<br>11301 WILSHIRE BLVD  Los Angeles, CA 90073 | 67 | Open | 04/10/2023 | 67 |
| 28 | 1 | PSH | Prop HHH | Ingraham Villa Apartments<br>1218 INGRAHAM ST  LOS ANGELES, CA 90017 | 90 | Open | 04/19/2023 | 90 |
| 29 | 6 | PSH | Prop HHH | Talisa (fka 9502 Van Nuys Blvd)<br>9502 N VAN NUYS BLVD  Panorama City, CA 91402 | 48 | Open | 04/19/2023 | 48 |
| 30 | 11 | PSH | Prop HHH | Building 208<br>11301 WILSHIRE BLVD  #208  LOS ANGELES, CA 90073 | 53 | Open | 04/21/2023 | 53 |
| 31 | 8 | PSH | Prop HHH | Asante Apartments<br>11001 S BROADWAY  Los Angeles, CA 90061 | 54 | Open | 05/18/2023 | 54 |
| 32 | 8 | PSH | Prop HHH | West Terrace (fka Silver Star II)<br>6576 S WEST BLVD  LOS ANGELES, CA 90043 | 56 | Open | 05/30/2023 | 56 |
| 33 | 13 | PSH | Prop HHH | PATH Villas Hollywood<br>5627 W FERNWOOD AVE  HOLLYWOOD, CA 90028 | 59 | Open | 06/02/2023 | 59 |
| 34 | 9 | PSH | Prop HHH | Broadway Apartments<br>301 W 49TH ST 1-30  LOS ANGELES, CA 90037 | 34 | Open | 6/22/2023 | 34 |
| 35 | 8 | PSH | Prop HHH | Hope on Hyde Park - MP/TOC/PSH<br>6501 S CRENSHAW BLVD  Los Angeles, CA 90043 | 97 | Open | 07/07/2023 | 97 |
| 36 | 6 | PSH | Homekey 2 | 7639 Van Nuys | 34 | Open | 07/13/2023 | 28 |
| 37 | 10 | PSH | Prop HHH | Mariposa Lily<br>1055 S MARIPOSA AVE  Los Angeles, CA 90006 | 20 | Open | 07/31/2023 | 20 |
| 38 | 1 | PSH | Non-Prop HHH | West Third Apartments<br>1900 W 3RD ST  Los Angeles, CA 90057 | 136 | Open | 08/07/2023 | 133 |
| 39 | 2 | PSH | Prop HHH | Sun Commons<br>6329 N CLYBOURN AVE  North Hollywood, CA 91606 | 51 | Open | 08/07/2023 | 51 |
| 40 | 14 | PSH | Homekey 2 | 1044 Soto | 84 | Open | 09/05/2023 | 83 |
| 41 | 5 | PSH | Prop HHH | Pointe on La Brea<br>849 N LA BREA AVE CA 90038 | 49 | Open | 09/15/2023 | 49 |
| 42 | 3 | PSH | Non-Prop HHH | Palm Vista Apartments<br>20116 W SHERMAN WAY  Winnetka, CA 91306 | 44 | Open | 09/29/2023 | 44 |
| 43 | 13 | PSH | Prop HHH | The Wilcox (fka 4906-4926 Santa Monica)<br>4912 W SANTA MONICA BLVD  Los Angeles, CA 90029 | 61 | Open | 09/29/2023 | 61 |
| 44 | 14 | PSH | Prop HHH | 6th and San Julian<br>401 E 6TH ST  Los Angeles, CA 90014 | 93 | Open | 09/29/2023 | 93 |
| 45 | 15 | PSH | Prop HHH | SagePointe (fka Deepwater)<br>1435 N EUBANK AVE  LOS ANGELES, CA 90744 | 55 | Open | 10/04/2023 | 55 |
| 46 | 4 | PSH | Prop HHH | Sherman Oaks Senior Housing<br>14536 W BURBANK BLVD  VAN NUYS, CA 91411 | 54 | Open | 10/19/2023 | 54 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 47 | 14 | PSH | Prop HHH | Colorado East<br>2451 W COLORADO BLVD  Los Angeles, CA 90041 | 40 | Open | 11/01/2023 | 40 |
| 48 | 1 | PSH | Prop HHH | The Quincy (fka 2652 Pico)<br>2652 W PICO BLVD  Los Angeles, CA 90006 | 53 | Open | 11/17/2023 | 53 |
| 49 | 10 | PSH | Prop HHH | Serenity (fka 923-937 Kenmore Ave)<br>923 S KENMORE AVE  Los Angeles, CA 90006 | 74 | Open | 11/27/2023 | 74 |
| 50 | 8 | PSH | Permanent Supportive Housing (Master Lease) | 1200 Leighton Ave 90037 (3) | 16 | Open | 12/01/2023 | 15 |
| 51 | 8 | PSH | Permanent Supportive Housing (Master Lease) | 1203 Rolland Curtis Pl 90037 (3) | 19 | Open | 12/01/2023 | 19 |
| 52 | 8 | PSH | Permanent Supportive Housing (Master Lease) | 4222 Dalton Ave 90062 (3) | 27 | Open | 12/01/2023 | 23 |
| 53 | 9 | PSH | Permanent Supportive Housing (Master Lease) | 639 E 21 St 90011 (3) | 21 | Open | 12/11/2023 | 19 |
| 54 | 15 | PSH | Prop HHH | Beacon Landing (fka Beacon PSH)<br>319 N BEACON ST  SAN PEDRO, CA 90731 | 88 | Open | 12/12/2023 | 88 |
| 55 | 6 | PSH | Prop HHH | My Angel (fka The Angel)<br>8547 N SEPULVEDA BLVD  North Hills, CA 91343 | 53 | Open | 12/19/2023 | 53 |
| 56 | 6 | PSH | Prop HHH | Sun King Apartments<br>9190 N TELFAIR AVE  LOS ANGELES, CA 91352 | 25 | Open | 12/27/2023 | 25 |
| 57 | 11 | PSH | Prop HHH | The Iris (fka Barry Apartments)<br>2444 S BARRY AVE CA 90064 | 34 | Open | 1/22/2024 | 34 |
| 58 | 1 | PSH | Prop HHH | The Lake House (fka Westlake Housing)<br>437 S WESTLAKE AVE  Los Angeles, CA 90057 | 62 | Open | 02/13/2024 | 62 |
| 59 | 14 | PSH | Prop HHH | La Veranda<br>2420 E CESAR E CHAVEZ AVE  Los Angeles, CA 90033 | 38 | Open | 02/15/2024 | 38 |
| 60 | 8 | PSH | Permanent Supportive Housing (Master Lease) | 1261 - 1269 Rolland Curtis Pl 90037 (3) | 28 | Open | 02/22/2024 | 25 |
| 61 | 1 | PSH | Non-Prop HHH | 619 Westlake (fka Westlake 619)<br>619 S WESTLAKE AVE  Los Angeles, CA 90057 | 39 | Open | 03/01/2024 | 39 |
| 62 | 8 | PSH | Permanent Supportive Housing (Master Lease) | 1603 W 36th Pl 90018 (3) | 81 | Open | 03/25/2024 | 65 |
| 63 | 12 | PSH | Prop HHH | Lumina (fka Topanga Apartments)<br>10243 N TOPANGA CANYON BLVD  Chatsworth, CA 91311 | 54 | Open | 04/05/2024 | 54 |
| 64 | 2 | PSH | Prop HHH | NoHo 5050<br>5050 N BAKMAN AVE  North Hollywood, CA 91601 | 32 | Open | 04/29/2024 | 32 |
| 65 | 9 | PSH | Prop HHH | Marcella Gardens (68th & Main St.)<br>6722 S MAIN ST  Los Angeles, CA 90003 | 59 | Open | 04/30/2024 | 59 |
| 66 | 1 | IH | Interim Housing | Mayfair<br>1256 W 7TH ST Los Angeles, CA 90017 | 294 | Open | 05/01/2024 | 513 |
| 67 | 6 | PSH | Non-Prop HHH | Corazon del Valle I<br>14545 W LANARK ST CA 91402 (4) | 49 | Open | 5/1/2024 | 49 |
| 68 | 8 | PSH | Prop HHH | Isla de Los Angeles<br>283 W IMPERIAL HWY  Los Angeles, CA 90061 | 53 | Open | 05/02/2024 | 53 |
| 69 | 9 | PSH | Non-Prop HHH | La Prensa Libre - 4%<br>210 E WASHINGTON BLVD  Los Angeles, CA 90015 | 25 | Open | 05/17/2024 | 25 |
| 70 | 10 | PSH | Prop HHH | Washington Arts Collective<br>4615 W WASHINGTON BLVD  Los Angeles, CA 90016 | 20 | Open | 05/20/2024 | 20 |
| 71 | 14 | PSH | Prop HHH | Weingart Tower A-134 (fkaWeingart Tower HHH PSH1A)<br>555 S CROCKER ST CA 90013 | 133 | Open | 06/17/2024 | 133 |
| 72 | 14 | PSH | Prop HHH | Weingart Tower A-144 Lower (fkaWeingart TowerII1A)<br>555 S CROCKER ST CA 90013 | 142 | Open | 06/17/2024 | 142 |
| 73 | 10 | PSH | Prop HHH | Solaris Apartments (fka 1141-1145 Crenshaw Blvd)<br>1141 S CRENSHAW BLVD  Los Angeles, CA 90019 | 42 | Open | 06/18/2024 | 42 |
| 74 | 1 | PSH | Prop HHH | Bryson II<br>2721 WILSHIRE BLVD  LOS ANGELES, CA 90057 | 47 | Open | 06/20/2024 | 47 |
| 75 | 14 | PSH | Prop HHH | Whittier HHH (fka Whittier PSH)<br>3554 E WHITTIER BLVD  Los Angeles, CA 90023 | 63 | Open | 06/27/2024 | 63 |
| 76 | 9 | PSH | Prop HHH | Main Street Apartments<br>5501 S MAIN ST  Los Angeles, CA 90037 | 56 | Open | 06/28/2024 | 34 |
| 77 | 5 | PSH | Permanent Supportive Housing (Master Lease) | 920 S Gramercy Pl 90019 (3) | 56 | Open | 06/30/2024 | 56 |
| 78 | 13 | IH | Interim Housing | 4969 Sunset Blvd, Los Angeles, CA 90027 | 52 | Open | 07/01/2024 | 116 |
| 79 | 14 | PSH | Permanent Supportive Housing (Master Lease) | 1317 S Grand Ave 90015 (3) | 146 | Open | 07/01/2024 | 80 |
| 80 | 9 | PSH | Permanent Supportive Housing (Master Lease) | 1343 W 40th Pl 90037 (3) | 19 | Open | 07/01/2024 | 18 |
| 81 | 15 | PSH | Prop HHH | The Banning (aka 841 N Banning)<br>841 N BANNING BLVD  Wilmington, CA 90744 | 63 | Open | 07/10/2024 | 63 |
| 82 | 14 | PSH | Prop HHH | Los Lirios Apartments<br>119 S SOTO ST  Los Angeles, CA 90033 | 20 | Open | 07/29/2024 | 20 |
| 83 | 11 | PSH | Prop HHH | The Journey (FKA Lincoln Apartments)<br>2467 S LINCOLN BLVD  Venice, CA 90291 | 39 | Open | 08/01/2024 | 39 |
| 84 | 2 | PSH | Prop HHH | 11604 Vanowen (fka The Mahalia)<br>11604 VANOWEN ST  LOS ANGELES, CA 91605 | 48 | Open | 08/13/2024 | 48 |
| 85 | 14 | PSH | Non-Prop HHH | Corazon del Valle II<br>14545 W LANARK ST CA 91402 (3) | 49 | Open | 08/15/2024 | 49 |
| 86 | 9 | PSH | Permanent Supportive Housing (Master Lease) | 6501 S Broadway 90003 (3) | 49 | Open | 08/19/2024 | 49 |
| 87 | 13 | PSH | Homekey 3 | 4065 Oakwood | 67 | Open | 08/26/2024 | 56 |
| 88 | 9 | PSH | Prop HHH | Ruth Teague Homes (fka 67th & Main)<br>6706 S MAIN ST  Los Angeles, CA 90003 | 26 | Open | 09/03/2024 | 19 |
| 89 | 15 | PSH | Prop HHH | Avalon 1355<br>1355 N AVALON BLVD CA 90744 | 53 | Open | 09/03/2024 | 53 |
| 90 | 13 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Dusk Hotel (5) | 41 | Open | 10/09/2024 | 54 |
| 91 | 1 | PSH | Prop HHH | Oak Apartments (fka 2745-2759 Francis Ave)<br>2745 W FRANCIS AVE  Los Angeles, CA 90005 | 63 | Open | 10/18/2024 | 63 |
| 92 | 4 | PSH | Homekey 3 | 4818 N Sepulveda Blvd | 34 | Open | 10/21/2024 | 26 |
| 93 | 11 | PSH | Homekey 3 | 3705 McLaughlin | 24 | Open | 10/21/2024 | 14 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 94 | 11 | PSH | Prop HHH | Thatcher Yard Housing<br>3233 S THATCHER AVE  Marina Del Rey, CA 90292 | 49 | Open | 10/23/2024 | 49 |
| 95 | 1 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Stuart Hotel (6) | 60 | Open | 10/30/2024 | 41 |
| 96 | 2 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Willow Tree Inn and Suites (7) | 34 | Open | 11/07/2024 | 49 |
| 97 | 15 | PSH | Prop HHH | Western Landing<br>25820 S WESTERN AVE CA 90710 (4) | 80 | Open | 12/03/2024 | 80 |
| 98 | 14 | PSH | Prop HHH | The Brine Residential<br>3016 N NORTH MAIN ST  Los Angeles, CA 90031 | 49 | Open | 12/30/2024 | 49 |
| 99 | 9 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Ace Motel (8)(9) | 15 | Open | 11/14/2023 | 15 |
| 100 | 14 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Antonio Motel (8) | 47 | Open | 06/17/2024 | 49 |
| 101 | 8 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Atlas Motel (8)(9) | 7 | Open | 02/28/2023 | 9 |
| 102 | 8 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Budget Motel (8)(9) | 19 | Open | 02/13/2023 | 21 |
| 103 | 7 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Budget Sepulveda (8)(9) | 35 | Open | 07/03/2023 | 38 |
| 104 | 3 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Canoga Hotel (8) | 39 | Open | 08/12/2024 | 51 |
| 105 | 9 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Central Inn (8) | 24 | Open | 04/27/2023 | 23 |
| 106 | 8 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Cornett Motel (8)(9) | 16 | Open | 03/16/2023 | 16 |
| 107 | 8 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Crenshaw Inn (8)(9) | 13 | Open | 01/30/2023 | 16 |
| 108 | 9 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Deluxe Inn (8) | 19 | Open | 01/24/2023 | 21 |
| 109 | 15 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Hotel Dreamscape (8) | 32 | Open | 04/11/2024 | 32 |
| 110 | 8 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Full Moon Inn (8) | 20 | Open | 03/20/2023 | 19 |
| 111 | 7 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Good Knight Inn (8)(9) | 21 | Open | 03/25/2024 | 26 |
| 112 | 14 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Highland Park Motel (8) | 25 | Open | 03/13/2023 | 24 |
| 113 | 8 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Hilltop Motor Inn (8)(9) | 20 | Open | 02/16/2023 | 23 |
| 114 | 4 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Hollywood La Brea Inn (8) | 42 | Open | 06/24/2024 | 51 |
| 115 | 13 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Hollywood Inn Express North (8) | 24 | Open | 10/10/2023 | 28 |
| 116 | 13 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Hollywood Inn Express South (8) | 73 | Open | 10/10/2023 | 80 |
| 117 | 15 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Horizon Inn (8)(9) | 13 | Open | 05/30/2023 | 16 |
| 118 | 8 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Hyde Park Motel (8)(9) | 19 | Open | 02/21/2023 | 22 |
| 119 | 9 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Jolly Motel (8)(9) | 11 | Open | 04/27/2023 | 13 |
| 120 | 13 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Las Palmas (8)(9) | 50 | Open | 01/31/2023 | 52 |
| 121 | 9 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Lux Inn (8)(9) | 21 | Open | 02/06/2023 | 23 |
| 122 | 11 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Marina 7 Motel (8) | 21 | Open | 10/01/2023 | 20 |
| 123 | 13 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Monterey Inn (8)(9) | 25 | Open | 05/29/2023 | 35 |
| 124 | 3 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Motel 6 (8) | 71 | Open | 03/09/2023 | 90 |
| 125 | 13 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Olive Motel (8) | 26 | Open | 03/25/2024 | 28 |
| 126 | 15 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Palm Motel (8)(9) | 15 | Open | 05/31/2023 | 15 |
| 127 | 6 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Palm Tree Inn (8)(9) | 50 | Open | 09/12/2023 | 53 |
| 128 | 8 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Paradise Inn (8)(9) | 18 | Open | 05/23/2023 | 27 |
| 129 | 9 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Park Motel (8)(9) | 11 | Open | 03/13/2023 | 9 |
| 130 | 8 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Rosa Bell (8)(9) | 21 | Open | 03/13/2023 | 20 |
| 131 | 9 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Sahara Inn (8)(9) | 18 | Open | 01/05/2023 | 24 |
| 132 | 13 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Hotel Silver Lake (8)(9) | 55 | Open | 02/14/2023 | 63 |
| 133 | 14 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Starlight Inn (8)(9) | 22 | Open | 06/21/2024 | 22 |
| 134 | 9 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Top Hat Motel (8) | 26 | Open | 03/02/2023 | 28 |
| 135 | 8 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Travel Inn Motel (8)(9) | 21 | Open | 10/09/2023 | 27 |
| 136 | 8 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Universal Inn (8) | 29 | Open | 11/15/2023 | 35 |
| 137 | 11 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Vista Motel (8)(9) | 24 | Open | 10/23/2023 | 27 |
| 138 | 9 | PSH | Prop HHH | The Azalea (fka 4507 Main St)<br>4505 S MAIN ST  Los Angeles, CA 90037 | 31 | Open | 02/06/2025 | 29 |
| 139 | 6 | PSH | Non-Prop HHH | Luna Vista Apartments<br>8767 N PARTHENIA PL 1-73 CA 91343 | 36 | Open | 03/04/2025 | 0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 140 | 9 | PSH | Prop HHH | Central Apartments<br>2106 S CENTRAL AVE  Los Angeles, CA 90011 | 56 | Open | 03/07/2025 | 0 |
| 141 | 13 | PSH | Prop HHH | Santa Monica & Vermont Apartments (Phases 1 & 2)<br>4718 W SANTA MONICA BLVD  Los Angeles, CA 90029 | 94 | Open | 03/27/2025 | 0 |
| 142 | 9 | PSH | Non-Prop HHH | Parkview Affordable Housing<br>4020 S COMPTON AVE CA 90011 (10) | 31 | In Process | | |
| 143 | 8 | PSH | Non-Prop HHH | Vermont Manchester Family Transit Priority Project<br>8500 S VERMONT AVE CA 90044 | 58 | In Process | | |
| 144 | 11 | PSH | Non-Prop HHH | Red Tail Crossing (FKA Kite Crossing)<br>8333 S AIRPORT BLVD CA 90045 | 40 | In Process | | |
| 145 | 8 | PSH | Prop HHH | Vermont Manchester Senior<br>8400 S VERMONT AVE  Los Angeles, CA 90044 | 60 | In Process | | |
| 146 | 13 | PSH | Homekey 2 | 2812 Temple/ 916 Alvarado | 67 | In Process | | |
| 147 | 13 | PSH | Prop HHH | Voltaire Villas (Enlightenment Plaza Ph III)<br>316 N JUANITA AVE  Los Angeles, CA 90004 | 71 | In Process | | |
| 148 | 13 | PSH | Prop HHH | Rousseau Residences<br>316 N JUANITA AVE  Los Angeles, CA 90004 | 51 | In Process | | |
| 149 | 4 | PSH | Homekey 2 | BLVD Hotel 2010 N. Highland | 61 | In Process | | |
| 150 | 8 | PSH | Prop HHH | Southside Seniors<br>1655 W MANCHESTER AVE  Los Angeles, CA 90047 | 36 | In Process | | |
| 151 | 10 | PSH | Prop HHH | McDaniel House (fka South Harvard)<br>1049 1/2 S HARVARD BLVD  Los Angeles, CA 90006 | 46 | In Process | | |
| 152 | 13 | PSH | Prop HHH | Montecito II Senior Housing<br>6668 W FRANKLIN AVE  HOLLYWOOD, CA 90028 | 32 | In Process | | |
| 153 | 13 | PSH | Non-Prop HHH | Alvarado Kent Apartments<br>707 N ALVARADO ST CA 90026 | 60 | In Process | | |
| 154 | 13 | PSH | Prop HHH | Montesquieu Manor<br>316 N JUANITA AVE CA 90004 | 52 | In Process | | |
| 155 | 14 | PSH | Prop HHH | Lorena Plaza<br>3401 E 1ST ST  Los Angeles, CA 90063 | 32 | In Process | | |
| 156 | 3 | PSH | Homekey 2 | 20205 Ventura | 144 | In Process | | |
| 157 | 3 | PSH | Homekey 2 | 21121 Vanowen | 99 | In Process | | |
| 158 | 14 | PSH | Prop HHH | La Guadalupe (fka First and Boyle)<br>100 S BOYLE AVE  Los Angeles, CA 90033 | 43 | In Process | | |
| 159 | 12 | PSH | Homekey 2 | 19325 Londelius | 115 | In Process | | |
| 160 | 5 | IH | Homekey 3 | The Weingart Shelby<br>3340 Shelby Dr, Los Angeles, CA 90034 | 78 | In Process | | |
| 161 | 2 | PSH | Prop HHH | Confianza<br>14142 W VANOWEN ST  VAN NUYS, CA 91405 | 63 | In Process | | |
| 162 | 8 | PSH | Homekey 2 | 1654 W Florence | 126 | In Process | | |
| 163 | 12 | PSH | Prop HHH | 21300 Devonshire<br>21300 W DEVONSHIRE ST CA 91311 | 99 | In Process | | |
| 164 | 6 | PSH | Non-Prop HHH | Vista Terrace<br>8134 N VAN NUYS BLVD CA 91402 | 24 | In Process | | |
| 165 | 1 | PSH | Non-Prop HHH | Miramar Gold<br>1434 W MIRAMAR ST CA 90026 | 47 | In Process | | |
| 166 | 8 | PSH | Prop HHH | Ambrosia Apartments<br>800 W 85TH ST  Los Angeles, CA 90044 | 80 | In Process | | |
| 167 | 14 | PSH | Prop HHH | 803 E. 5th St<br>803 E 5TH ST  Los Angeles, CA 90013 | 94 | In Process | | |
| 168 | 5 | IH | Interim Housing | 2377 Midvale Ave | 33 | In Process | | |
| 169 | 15 | PSH | Non-Prop HHH | Jordan Downs Phase S5<br>S Lou Dillon AVE  Los Angeles, CA 90002 | 20 | In Process | | |
| 170 | 6 | PSH | Prop HHH | Oatsie's Place (fka Sherman Way)<br>16015 W SHERMAN WAY  VAN NUYS, CA 91406 | 45 | In Process | | |
| 171 | 15 | PSH | Homekey 2 | 18602 Vermont | 134 | In Process | | |
| 172 | 1 | PSH | Non-Prop HHH | Third Thyme<br>1435 W 3RD ST CA 90017 | 52 | In Process | | |
| 173 | 12 | IH | Homekey 3 | Motel 6 – North Hills<br>15711 W. Roscoe Blvd, North Hills, CA 91343 | 111 | In Process | | |
| 174 | 11 | PSH | Homekey 2 | 6531 S Sepulveda | 118 | In Process | | |
| 175 | 10 | PSH | Non-Prop HHH | The Arlington<br>3322 W WASHINGTON BLVD CA 90018 | 20 | In Process | | |
| 176 | 8 | PSH | Prop HHH | Sunnyside (fka RETHINK Housing 62nd/1408 W. 62nd St)<br>1408 W 62ND ST  Los Angeles, CA 90047 | 26 | In Process | | |
| 177 | 4 | IH | Homekey 3 | Oak Tree Inn<br>17448 Ventura Blvd, Encino CA 91316 | 22 | In Process | | |
| 178 | 3 | PSH | Homekey 3 | 7625 Topanga Canyon<br>Blvd Phase 2 | 24 | In Process | | |
| 179 | 13 | PSH | Prop HHH | Loma Verde (fka RETHINK Housing Westlake)<br>405 N WESTLAKE AVE  Los Angeles, CA 90026 | 18 | In Process | | |
| 180 | 13 | PSH | Non-Prop HHH | Locke Lofts<br>345 N MADISON AVE CA 90004 (10)(11)(12) | 137 | In Process | | |
| 181 | 14 | PSH | Non-Prop HHH | First Street North-A (Go For Broke Apt N-4p)<br>200 N JUDGE JOHN AISO ST CA 90012 | 52 | In Process | | |
| 182 | 14 | PSH | Non-Prop HHH | First Street North- B (Go For Broke- S 9p)<br>128 N JUDGE JOHN AISO ST CA 90012 | 17 | In Process | | |
| 183 | 1 | PSH | Non-Prop HHH | Grace Villas<br>216 S AVENUE 24  Los Angeles, CA 90031 (10) | 12 | In Process | | |
| 184 | 14 | PSH | Non-Prop HHH | Crocker (Umeya) Apartments<br>411 S TOWNE AVE CA 90013 | 87 | In Process | | |
| 185 | 10 | PSH | Prop HHH | New Hampshire PSH<br>701 S NEW HAMPSHIRE AVE  Los Angeles, CA 90005 | 93 | In Process | | |
| 186 | 1 | PSH | Prop HHH | Grandview Apartments<br>714 S GRAND VIEW ST  Los Angeles, CA 90057 | 54 | In Process | | |
| 187 | 8 | PSH | Non-Prop HHH | The Carlton<br>5401 S WESTERN AVE  Los Angeles, CA 90062 | 30 | In Process | | |
| 188 | 9 | PSH | Non-Prop HHH | Central Avenue Apartments<br>8909 S CENTRAL AVE  Los Angeles, CA 90002 | 30 | In Process | | |
| 189 | 3 | PSH | Prop HHH | 18722 Sherman Way, L.P.<br>18722 W SHERMAN WAY CA 91335 | 63 | In Process | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 190 | 15 | PSH | Prop HHH | Safe Harbor II (fka Lagoon/PSH 5)<br>728 N LAGOON AVE  Wilmington, CA 90744 (13)(14) | 39 | In Process | | |
| 191 | 15 | PSH | Prop HHH | Safe Harbor I (fka West Anaheim/PSH 3)<br>828 W ANAHEIM ST  Wilmington, CA 90744 (13) | 49 | In Process | | |
| 192 | 6 | PSH | Prop HHH | The Main<br>15302 W RAYEN ST  North Hills, CA 91343 | 33 | In Process | | |
| 193 | 15 | PSH | Prop HHH | Hope on 6th<br>576 W 6TH ST  SAN PEDRO, CA 90731 (15) | 31 | In Process | | |
| 194 | 6 | PSH | Prop HHH | The Rigby<br>15314 W RAYEN ST  North Hills, CA 91343 | 33 | In Process | | |
| 195 | 15 | PSH | Non-Prop HHH | Jordan Downs Area H2B (Bridge)<br>2254 E 97TH ST CA 90002 | 30 | In Process | | |
| 196 | 14 | PSH | Non-Prop HHH | Rosa's Place (fka Downtown Womens Center Campus Expansion)<br>501 E 5TH ST  Los Angeles, CA 90013 | 97 | In Process | | |
| 197 | 8 | PSH | Non-Prop HHH | Crenshaw and 50th<br>5002 S CRENSHAW BLVD  Los Angeles, CA 90043 (10) | 15 | In Process | | |
| 198 | 14 | PSH | Prop HHH | Weingart Tower 1B - HHH PSH<br>554 S SAN PEDRO ST  Los Angeles, CA 90013 (10) | 83 | In Process | | |
| 199 | 15 | IH | Interim Housing (Modular Units) | 600 E. 116th Place (16) | 60 | In Process | | |
| 200 | 1 | IH | Interim Housing (Modular Units) | 503 San Fernando Rd. | 64 | In Process | | |
| 201 | 2 | IH | Interim Housing (THV) | Van Nuys Metrolink<br>7724 Van Nuys Blvd. (17) | 100 | In Process | | |
| 202 | 6 | IH | Interim Housing (THV) | Sun Valley Metrolink Station<br>8358 San Fernando Rd. | 208 | In Process | | |
| 203 | 13 | IH | Interim Housing (THV) | 5301 Sierra Vista Ave | 51 | In Process | | |
| 204 | 14 | PSH | Non-Prop HHH | 600 S San Pedro St 1<br>Los Angeles, CA 90021 | 147 | In Process | | |
| 205 | 14 | PSH | Non-Prop HHH | 600 S San Pedro St 2<br>Los Angeles, CA 90021 | 151 | In Process | | |
| 206 | 1 | PSH | Non-Prop HHH | Menlo Ave Apartments<br>1216 S Menlo Ave CA 90006 | 50 | In Process | | |
| 207 | 6 | PSH | Homekey 1 | Pano<br>(formerly Panorama Inn)<br>8209 Sepulveda Blvd. | 90 | In Process | | |
| 208 | 15 | PSH | Homekey 1 | Travelodge<br>18600 Normandie Ave. | 40 | In Process | | |
| 209 | 14 | PSH | Prop HHH | Chavez Gardens (fka Chavez and Fickett)<br>338 N MATHEWS ST  Los Angeles, CA 90033 (18) | 30 | Removed | | |
| 210 | 13 | PSH | Non-Prop HHH | Prisma (fka Orange and DeLongpre Apartments)<br>6914 W DE LONGPRE AVE  HOLLYWOOD, CA 90028 (18) | 96 | Removed | | |

| | |
|---|---|
| **Total PEH Served as of March 31, 2025** | **7,047** |
| **Units/Beds Open to Date** | **6,724** |
| **Units/Beds In Process** | **4,278** |
| **Total Units/Beds Open to Date and In Process** | **11,002** |

**(1)** For Permanent Supportive Housing (PSH) interventions, the number reported in the "Units/Beds" column refers to the the number of Permanent Supportive Housing (PSH) units and does not include non-supportive affordable units or manager's units in the building.

**(2)** The number reported under the "Number of PEH Served" column is as follows, depending on the intervention/project type: 1) Number of PSH units leased as of the quarter end date (for PSH interventions); 2) Total number of intakes (for Interim Housing interventions).

**(3)** Beginning January 1, 2025, these permanent supportive housing sites are included in the Alliance list.

**(4)** The "Open & Occupiable Date" for these interventions has been updated from the FY 2024-25 Q2 report. These sites were reported as "In Process" in the FY 2023-24 Q2 report.

**(5)** The number of units for this site have been updated from 43 to 41.

**(6)** The number of units for this site has been updated from 62 to 60.

**(7)** The number of units for this site has been updated from 36 to 34.

**(8)** Beginning January 1, 2025, these Inside Safe interim housing sites are included in the Alliance list.  The start date listed is when the sites were first occupied under the Inside Safe Program. In accordance with the MOU between the City and County, the start date of any reimbursement for services under the MOU is January 1, 2025, which is the beginning of the quarter that the sites are included in the Alliance report. The "Number of PEH Served" data is also based on a January 1, 2025 start date.

**(9)** The number of beds for Booking Agreement sites may fluctuate .

**(10)** Based on the current projected timelines, these interventions may not be open by June 13, 2027. The City is monitoring the timelines for these projects.

**(11)** The address of this intervention has been updated.

**(12)** The number of PSH units for this intervention has been updated from the prior quarterly reporting from 145 to 137.

**(13)** The name of this intervention has been updated.

**(14):** The number of PSH units for this intervention has been updated from the prior quarterly reporting from 49 to 39.

**(15)** The Council District (CD) for this intervention has been corrected from CD 14 to CD 15.

**(16)** The number of IH beds for this intervention has been updated from the prior quarterly reporting from 64 to 60 beds.

**(17)** The number of IH beds for this intervention has been updated from the prior quarterly reporting from 84 to 100 beds.

**(18)** These interventions were previously reported as "In Process."