# EXHIBIT B

| Alliance Settlement Agreement Quarterly Report Quarter Ending March 31, 2025 Encampment Resolution Data | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Period | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 | CD 8 | CD 9 | CD 10 | CD 11 | CD 12 | CD 13 | CD 14 | CD 15 | Total |
| January 1 - June 30, 2024 (1) | 70 | 98 | 74 | 28 | 60 | 123 | 54 | 35 | 89 | 67 | 172 | 121 | 126 | 525 | 43 | 1,688 |
| July 1 - December 31, 2024 (2) | 209 | 105 | 131 | 48 | 99 | 140 | 94 | 110 | 344 | 102 | 138 | 87 | 251 | 1,078 | 81 | 3,017 |
| January 1 - March 31, 2025 (2) | 115 | 68 | 81 | 9 | 53 | 62 | 45 | 51 | 255 | 75 | 57 | 36 | 79 | 399 | 39 | 1,424 |
| Total | 394 | 271 | 286 | 85 | 212 | 325 | 193 | 196 | 688 | 244 | 367 | 244 | 456 | 2,002 | 163 | 6,129 |

**(1)** Data represents tents and vehicles removed from the public right-of-way.

**(2)** Data represents tents, makeshift shelters, and vehicles removed from the public right-of-way.