**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

—

**OFFICIAL BUSINESS**

NEOPOST
04/08/2025
US POSTAGE $001.

FIRST-CLA



NIXIE    910  7E 1    7204/11/25

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD



FILED
CLERK, U.S. DISTRICT COURT

APR 1 4 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

2:20-CV-2291-DOC



RECEIVED
CLERK, U.S. DISTRICT COURT

APR 1 4 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Case: 2:20cv2291  Doc: 888

William R Wise                                           Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

(laura.knapp@coco.ocgov.com, marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com), Samuel A. Josephs (sjosephs@spertuslaw.com), Christopher Thomas Casamassima (chris.casamassima@wilmerhale.com), Kiva Grace Schrager (kschrager@millerbarondess.com), Kent K Qian (kqian@oaklandcityattorney.org)

--No Notice Sent:

Message-Id:<39852120@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 4/4/2025 at 4:31 PM PDT and filed on 4/4/2025

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:**    888

**Docket Text:**
**MINUTE ORDER IN CHAMBERS by Judge David O. Carter: ORDER VACATING APRIL 7, 2025, WORKING SESSION [887]. SEE DOCUMENT FOR FURTHER INFORMATION. (twdb)**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**

Mark S Ravis    mravis99@gmail.com

Nadia Ann Sarkis    docket@millerbarondess.com, dgreen@millerbarondess.com, lemge@millerbarondess.com, nsarkis@millerbarondess.com

Arlene Nancy Hoang    arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org

Sean Christopher Rotstan    ehernandez@sacfirm.com, srotstan@sacfirm.com

Matthew Donald Umhofer    calendaring@umklaw.com, matthew@umklaw.com

Jennifer Mira Hashmall    aransom@millerbarondess.com, mhashmall@millerbarondess.com, docket@millerbarondess.com, eruth@millerbarondess.com

Carol A. Sobel    carolsobel@aol.com, carolsobellaw@gmail.com

Jessica Mariani    jessica.mariani@lacity.org, ava.smith@lacity.org

Jason H. Tokoro    aalamango@millerbarondess.com, jtokoro@millerbarondess.com,