**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                                  Date:  May 8, 2025

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
| --- | --- |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| --- | --- |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER ON HEARING ON MAY 15, 2025**

As previously announced, the Court will hold a hearing on Thursday, May 15, 2025, at 9 a.m. in Courtroom 1 at the First Street Courthouse in Los Angeles, California. *See* Dkt. 880. The Court will address the following topics at the hearing.

In addition to Alvarez & Marsal ("A&M") presenting their findings on City homelessness programs, the Court will hear oral argument and testimony on LA Alliance's Motion for Order Re Settlement Agreement Compliance (Dkt. 863). The Court is in trial on May 16, 2025, but is prepared to resume the hearing on the Motion at a later date if needed.

The Court also orders LAHSA to provide an update on recoupment of Measure H working capital advances by the hearing date.

The following individuals are once again requested to attend the hearing: Governor Gavin Newsom, Mayor Karen Bass, Council President Marqueece Harris-

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date: May 8, 2025

                                                                                 Page 2

Dawson, City Controller Kenneth Mejia, Chairperson of the Board of Supervisors Kathryn Barger, LAHSA Chief Executive Dr. Va Lecia Adams Kellum, and A&M.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                      Initials of Deputy Clerk:
                                                                                              kdu
CIVIL-GEN