UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,

                    Plaintiffs,

          v.

CITY OF LOS ANGELES, *et al.*,

                    Defendants.

Case No. 2:20-CV-02291-DOC-KES

Assigned to Judge David O. Carter

**DECLARATION OF ELIZABETH A. MITCHELL IN SUPPORT OF PLAINTIFF'S RESPONSE RE ISSUES RAISED BY COURT ON MARCH 27, 2025**

Before:  Hon. David O. Carter
Courtroom: 10A

*DECLARATION OF ELIZABETH A MITCHELL ISO PLAINTIFF'S RESPONSE RE ISSUES RAISED BY COURT ON MARCH 27, 2025*

I, Elizabeth A. Mitchell, hereby declare as follows:

1. I am an attorney at the law firm of Umhofer, Mitchell & King LLP, and I represent Plaintiffs LA Alliance for Human Rights, Joseph Burk, George Frem, Wenzial Jarrell, Charles Malow, Karyn Pinsky, and Harry Tashdjian ("Plaintiffs") in this action. Except for those that are stated upon information and belief, I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2. Alvarez & Marsal specifically looked at the beds reported on the City's Quarterly Report ending on June 30, 2024 which identified 2,293 "Scattered Sites" A&M requested additional paperwork but "LAHSA was unable to provide the requested documentation, and instead furnished a memorandum that was not sufficient to permit reconciliation of the identified misalignment in contracts." (A&M Audit at 64, ECF No. 870.) Attached hereto as **Exhibit 1**, is a true and correct copy of the LAHSA Memorandum re TLS Beds Open to Date and Clients Served in Roadmap Reports, dated Dec. 19, 2024.

3. LAHSA was established in 1993 by the City of Los Angeles and the County of Los Angeles pursuant to California's Joint Exercise of Powers Act (Cal. Gov't Code § 6500 *et seq.*). Attached hereto as **Exhibit 2**, is a true and correct copy of the Joint Exercise of Powers Agreement between the County of Los Angeles, City of Los Angeles Continuing the Los Angeles Homeless Services Authority, dated Feb. 28, 2001).)

4. Informally, after months of avoiding the question, LAHSA finally explained that in Fiscal year 2023-2024 the City paid LAHSA $14,870,939 million which only subsidized 673 beds, and that LAHSA "braided" the City funding with "other" funding to "stretch" those funds to get the 2,293 reported scattered sites. But the City only paid for 29.4% of those beds. The real-world equivalent would be if two people decided to pay for 10 pizzas for a total of $100. Person A paid $30 and Person B paid $70; combined they achieved a total purchase of 10 pizzas. But under no interpretation of the event could Person A claim to have purchased and provided all

1

*DECLARATION OF ELIZABETH A MITCHELL ISO PLAINTIFF'S RESPONSE RE ISSUES RAISED BY COURT ON MARCH 27, 2025*

10 pizzas.  Likewise, knowingly or unknowingly, the City was falsely reporting that it paid for and provided all 2,293 beds when it unequivocally did not.  And even more shocking is that LAHSA to this day, even during informal discussions referenced *supra*, has failed to produce evidence of <u>any</u> expenditures for the remaining 1,620 beds.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 8, 2025 at Los Angeles, California.

*/s/ Elizabeth A. Mitchell*
Elizabeth A. Mitchell

2

*DECLARATION OF ELIZABETH A MITCHELL ISO PLAINTIFF'S RESPONSE RE ISSUES RAISED BY COURT ON MARCH 27, 2025*