# Exhibit 1



707 Wilshire Blvd., 10th Floor
Los Angeles, CA 90017
Ph: 213 683.3333
Fax: 213 892.0093
TTY: 213 553.8488
www.lahsa.org

**MEMO**

**To:**      Laura Collier, Alvarez and Marsal

**From:**   Bryan Brown, Associate Director – Data Management, LAHSA

**CC:**      Bevin Kuhn, Deputy Chief of Analytics, LAHSA

**Date:**    December 19, 2024

**Re:**      TLS Beds Open to Date and Clients Served in Roadmap Reports

<u>Background:</u> A&M Requested LAHSA to provide *"the workpaper(s) that details all the Program IDs and contracts used in calculating the "Open to Date" bed count ("Scattered Sites") and the number of PEH served, as reported under Roadmap FY24 Q4 quarterly report"*

<u>Explanation:</u> For Time Limited Subsidy (TLS) Programs, which are indicated as "scattered site" in the CAO Roadmap Reports, the following process is followed:

1. **Identify Program IDs to Include for Fiscal Year Reporting**
   a. At the start of a new fiscal year, Data Management consults the Funding & Allocation's Department's Consolidated Planner to identify the EGMS IDs connected to TLS Programs with City funding sources.
   b. DM runs the EGMS IDs in HMIS to return corresponding HMIS Program ID. These program IDs will serve as the basis for TLS Roadmap reporting for the FY and will be added to the Roadmap Report Production Standard Operating Procedure document.

2. **Pull and Prepare Data**
   a. The program IDs identified in step 1 will be run through a query using looker, the HMIS reporting tool, which returns the following data points:
      i. Program Name
      ii. Program ID
      iii. Client Unique Identifier
      iv. Client ID (a second version of a client identifier in HMIS)
      v. Client's Project Start Date
      vi. Client's Project Exit Date
      vii. Client's Date of Birth
      viii. Client's Enrollment Household ID
      ix. Client's Housing Move-in Date
      x. Client Head of Household (Yes / No)
      xi. Client's Global Household ID (Profile Household)
   b. This data output is run through a Tableau Prep process that cleans and aggregates data, as well as attaches data points needed for calculating client freeway proximity and health conditions.



707 Wilshire Blvd., 10th Floor
Los Angeles, CA 90017
Ph: 213 683.3333
Fax: 213 892.0093
TTY: 213 553.8488
www.lahsa.org

**MEMO**

3.  Count Clients and Households by Program
    a.  The Tableau Prep output feeds into a Tableau Workbook, where clients are counted per program ID. In the case of scattered site programs, counts for both households and individuals are produced.
        i.  Notably, only clients meeting these two criteria are counted for TLS scattered site programs:
            1.  Client household has a move-in date
            2.  Client household is still active in the program as of the end date of the reporting period
        These conditions are applied because a client can be enrolled in a TLS program in HMIS but not actually be living in a unit or utilizing any resources. By only counting clients active with move-in dates we are able to count clients actually utilizing the TLS slots. Active System Management teams are working with providers to ensure all clients enrolled in TLS have a move in date and are housed.
    b.  On the "Intervention Data" tab, the count of total clients served to date, for scattered site programs, is the total distinct count of active individuals.
        i.  LAHSA Data Management will be discussing the logic for this data point with CAO to potentially adjust how it's calculated going forward (to take effect as early as in the FY25 Q2 Report). Upon review, we believe the data point should reflect all clients served in the reporting period, not just those still active at the end.
4.  Calculate Beds Open to Date
    a.  The distinct count of client's enrollment household ID for households that have a move in date and are active at the end of the reporting period is used for the count of "Beds Open to Date" as it reflects the number of TLS slots that are being utilized as of the end date of the reporting period.