**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date:  May 13, 2025

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER SETTING MAY 27, 2025, EVIDENTIARY HEARING ON SETTLEMENT BREACH**

In addition to two previous motions for settlement compliance (Dkt. 767 and Dkt. 863), Plaintiff LA Alliance recently submitted briefing arguing that the Roadmap Agreement and the LA Alliance Settlement have been breached by the City of Los Angeles and that the Court should appoint a receiver over the City's homelessness response to bring the City into compliance (Dkt. 899). In light of this, the Court sets an evidentiary hearing on potential breach of the Roadmap Agreement and the LA Alliance Settlement by the City on Tuesday, May 27, 2025, at 9 a.m. in Los Angeles.

Accordingly, the upcoming hearing on Thursday, May 15, 2025, will proceed but will not begin the evidentiary hearing because the Court is currently engaged in a monthlong trial.

The Clerk shall serve this minute order on the parties.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                                           Date: May 13, 2025

                                                                        Page 2

MINUTES FORM 11                                     Initials of Deputy Clerk:
                                                                        kdu
CIVIL-GEN