HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213-978-7508
Facsimile: 213-978-7011
Email:  Arlene.Hoang@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>Defendants. | Case No. 2:20-cv-02291 DOC (KES)<br>Hon. David O. Carter<br>United States District Judge<br><br>**DECLARATION OF ARLENE N. HOANG IN SUPPORT OF DEFENDANT CITY OF LOS ANGELES' OBJECTIONS TO LA ALLIANCE'S RESPONSE RE ISSUES RAISED BY COURT ON MARCH 27, 2025 [DKT. 899] AND REQUEST FOR APEX TESTIMONY [NO DKT.]**<br><br>**Date:** May 15, 2025<br>**Time:** 9:00 a.m.<br>**Location:** First Street Courthouse<br>Courtroom 1 |

# DECLARATION OF ARLENE N. HOANG

I, Arlene N. Hoang, hereby declare:

1.  I am an attorney duly licensed to practice law in the State of California and the United States District Court, Central District of California.  I am a Deputy City Attorney with the Los Angeles City Attorney's Office, and I am one of the attorneys for Defendant City of Los Angeles ("City") in the above-captioned litigation, *LA Alliance et al. v. City of Los Angeles, et al.,* Case No. 20-CV-02291 DOC (KES) ("*Alliance* case").  I have personal knowledge of the facts set forth in this Declaration, except for those facts which are based on my information and belief and upon that basis believe them to be true, and if called upon to testify to the truth of these matters, I could and would competently do so.

2.  Attached hereto as Exhibit A is a true and correct copy of the Notice of Electronic Filing I received in the *Alliance* case for Document Number 899, which indicates the transaction was entered at 8:47 pm PDT and filed on May 8, 2025.

3.  Attached hereto as Exhibit B is a true and correct copy of an email I received from counsel for Plaintiffs, Elizabeth Mitchell, dated May 9, 2025 at 12:13 pm.

4.  I was out of the office on May 8 and May 9, 2025, and I scheduled an automated reply to incoming email messages advising of my absence, as well as my return date of Monday, May 12, 2025.  Attached hereto as Exhibit C is a true and correct copy of an outgoing "out of office" email located in my "sent" folder addressed to Ms. Mitchell dated May 9, 2025 at 12:14 pm.  My colleague, Deputy City Attorney Jessica Mariani, who is also one of the attorneys for the City in the *Alliance* case and another named recipient on Ms. Mitchell's May 9 email, was also out of the office on May 9.  I am informed and believe that Ms. Mariani scheduled an automated reply to incoming email messages advising of her absence.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this Declaration

1

DECLARATION OF ARLENE N. HOANG ISO DEFENDANT CITY OF LOS ANGELES' OBJECTION TO LA ALLIANCE'S RESPONSE RE ISSUES RAISED BY COURT ON MARCH 27, 2025 AND REQUEST FOR APEX TESTIMONY

was executed on May 13, 2025, at Los Angeles, California.

_____

Arlene N. Hoang