# EXHIBIT A



## Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Response

**cacd_ecfmail@cacd.uscourts.gov** <cacd_ecfmail@cacd.uscourts.gov>    Thu, May 8, 2025 at 8:47 PM
To: ecfnef@cacd.uscourts.gov

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Mitchell, Elizabeth on 5/8/2025 at 8:47 PM PDT and filed on 5/8/2025
**Case Name:**        LA Alliance for Human Rights et al v. City of Los Angeles et al
**Case Number:**      2:20-cv-02291-DOC-KES
**Filer:**            LA Alliance for Human Rights
**WARNING: CASE CLOSED on 09/29/2023**
**Document Number:** 899

**Docket Text:**
**RESPONSE filed by Plaintiff LA Alliance for Human Rights** *Plaintiff LA Alliance's Response re Issues Raised by Court on March 27, 2025; Points and Authorities in Support* **(Attachments: # (1) Declaration of Elizabeth A. Mitchell, # (2) Exhibit 1 - LAHSA Memo, April 7, 2025, # (3) Exhibit 2 - LAHSA JPA, February 28, 2001)(Mitchell, Elizabeth)**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**

Ana Wai-Kwan Lai &nbsp &nbsp alai@counsel.lacounty.gov

Arlene Nancy Hoang &nbsp &nbsp arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org

Bradley Joseph Hamburger &nbsp &nbsp bhamburger@gibsondunn.com, PACER-CA@gibsondunn.com

Brandon D Young &nbsp &nbsp bdyoung@manatt.com, lgarcete@manatt.com

Brooke Alyson Weitzman &nbsp &nbsp bweitzman@eldrcenter.org, pamador-lopez@eldrcenter.org

Byron J McLain &nbsp &nbsp bmclain@foley.com, byron-mclain-5906@ecf.pacerpro.com

Carol A. Sobel &nbsp &nbsp carolsobellaw@gmail.com, carolsobel@aol.com

Catherine Elizabeth Sweetser &nbsp &nbsp csweetser@sshhzlaw.com, cgallegos@sshhzlaw.com

Christian M. Contreras &nbsp &nbsp 4063787420@filings.docketbird.com, ac@Contreras-Law.com, al@Contreras-Law.com, cc@contreras-law.com, kt@Contreras-Law.com, lawclerk@Contreras-Law.com, ma@Contreras-Law.com, mg@Contreras-Law.com, paralegal@Contreras-Law.com

Diane H Bang &nbsp &nbsp dbang@umklaw.com, calendaring@umklaw.com

Elizabeth Anne Mitchell &nbsp &nbsp elizabeth@umklaw.com, calendaring@umklaw.com

Isabelle Maxine Geczy &nbsp &nbsp igeczy@lafla.org, lschmidt@lafla.org

Jason H. Tokoro &nbsp &nbsp jtokoro@millerbarondess.com, aalamango@millerbarondess.com, briding@millerbarondess.com

Jeffrey Lewis &nbsp &nbsp jeff@jefflewislaw.com, jason@jefflewislaw.com, kyla@jefflewislaw.com

Jennifer Mira Hashmall &nbsp &nbsp mhashmall@millerbarondess.com, aransom@millerbarondess.com, docket@millerbarondess.com, eruth@millerbarondess.com

Jessica Mariani &nbsp &nbsp jessica.mariani@lacity.org, ava.smith@lacity.org

Jonathan Michael Eisenberg &nbsp &nbsp jonathan.eisenberg@ahf.org, conrad.sison@ahf.org, heather.marulli@ahf.org

Joseph Reichmann &nbsp &nbsp admin@yagmanlaw.net, filing@yagmanlaw.net

Louis R. Miller &nbsp &nbsp smiller@millerbarondess.com, docket@millerbarondess.com, oashcroft@millerbarondess.com

Manuel A. Abascal &nbsp &nbsp manny.abascal@lw.com, manuel-abascal-7112@ecf.pacerpro.com

Mark S Ravis &nbsp &nbsp mravis99@gmail.com

Matthew Donald Umhofer &nbsp &nbsp matthew@umklaw.com, calendaring@umklaw.com

Michele Martinez &nbsp &nbsp Michele@MicheleCMartinez.com

Nadia Ann Sarkis &nbsp &nbsp nsarkis@millerbarondess.com, dgreen@millerbarondess.com, docket@millerbarondess.com, lemge@millerbarondess.com

Paul L Hoffman &nbsp &nbsp hoffpaul@aol.com, jwashington@sshhzlaw.com, sshhwilliam@gmail.com

Ryan Salsig &nbsp &nbsp ryan.salsig@lacity.org, evelyn.rodriguez@lacity.org, irene.m.perez@lacity.org, justin.grams@lacity.org

Scott D Marcus &nbsp &nbsp scott.marcus@lacity.org, guadalupe.lopez@lacity.org, irene.m.perez@lacity.org

Sean Christopher Rotstan &nbsp &nbsp srotstan@sacfirm.com, ehernandez@sacfirm.com

Shayla Renee Myers &nbsp &nbsp smyers@lafla.org, bschultz@lafla.org, lbautista@lafla.org, lschmidt@lafla.org

Stephen Yagman &nbsp &nbsp filing@yagmanlaw.net

Theano Evangelis Kapur &nbsp &nbsp tevangelis@gibsondunn.com, , Pacer-CA@gibsondunn.com

Weston C Rowland &nbsp &nbsp rowland.weston@gmail.com, rowlandweston@gmail.com

**2:20-cv-02291-DOC-KES Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

David H Martin
Law Office of Mark Ravis and Associates
26565 West Agoura Road, Suite 200
Calabasas, CA 91302

Gregory Edward Gray
3183 Wilshire Boulevard, Suite 196K26
Los Angeles, CA 90010

William R Wise , Jr
Elder Law and Disability Rights Center

1535 East 17th Street, Suite 110
Santa Ana, CA 92705

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\1_LA Alliance's Response re Issues Raised by Court.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/8/2025] [FileNumber=40079901-0]
[135bd9f839bb30c4b6d570f95ccd68880f040e698b29df498e8be34984125b5e5ad8
e6396d26eb168e1021d359aa3b0a49b0b03f10954feb162c49aebefedc33]]
**Document description:**Declaration of Elizabeth A. Mitchell
**Original filename:**C:\fakepath\2_Mitchell Declaration ISO Response.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/8/2025] [FileNumber=40079901-1]
[8bf62b6bfc280cee2b24e0b199f5f586585eb6355e104b390d709ba4d8dc495a7e84
1f34683857c259302da5091aa0beb52fe3e3f2dd51385fa9baed9847f094]]
**Document description:**Exhibit 1 - LAHSA Memo, April 7, 2025
**Original filename:**C:\fakepath\3_Ex. 1 LAHSA Memo April 7 2025.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/8/2025] [FileNumber=40079901-2]
[0fe93ffd4e6c408d23a890b92d1171b560033782730604b38a7850791a95b88f739a
387ea6e257b1f81950c165b200d90aaf652b0b9f5489738de103cc813954]]
**Document description:**Exhibit 2 - LAHSA JPA, February 28, 2001
**Original filename:**C:\fakepath\4_Ex. 2 LAHSA JPA February 28 2001.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/8/2025] [FileNumber=40079901-3]
[7a1f0f7b782faf3e8e089fe8afba02a4981115be894e09191ed2c2621d35b52b000a
44350b9529cd105e73b4ffb5452b8517f056c82c25e511c697a125186559]]