# EXHIBIT B



**Arlene Hoang <arlene.hoang@lacity.org>**

## LA Alliance - May 15 hearing

**Elizabeth Mitchell** <elizabeth@umklaw.com>                                      Fri, May 9, 2025 at 12:13 PM
To: DOCChambers <doc_chambers@cacd.uscourts.gov>
Cc: David Carter <david_carter@cacd.uscourts.gov>, "michele@michelecmartinez.com" <michele@michelecmartinez.com>,
Matthew Umhofer <matthew@umklaw.com>, Jessica Mariani <jessica.mariani@lacity.org>, Arlene Hoang
<arlene.hoang@lacity.org>

Dear Judge Carter:

We write to clarify the subject of the testimony to be presented on May 15. As we understand it, the court will hold an evidentiary hearing on whether or not the City has breached and is still in breach of the City/Alliance settlement agreement, including and especially whether the City has used best efforts to hit its milestones as required by the agreement. Is this correct?

Assuming that's the case, we anticipate calling witnesses (Mayor Bass, Councilmember Rodriguez, Special Master Martinez, and potentially Paul Webster and/or representatives from A&M), and then would expect the City to call witnesses thereafter. I anticipate such a hearing would take maybe 6-8 hours (in addition to the other topics on the Court's agenda for the hearing). We are ready and able to start the hearing next Thursday or we can start the following week when the Court has a day to dedicate to the evidentiary hearing, apart from the other things we will be discussing Thursday which I anticipate will take up at least a few hours.

Best,

Liz

### ELIZABETH A. MITCHELL

*Partner*



Phone: (213) 394-7979

Email: elizabeth@umklaw.com

Office at the ROW DTLA

767 S. Alameda St., Suite 270

Los Angeles, CA 90021

UMKLaw on LinkedIn

www.umklaw.com

**[898-00] Minute Order re 2025-05-15 Hearing.1.pdf**
120K