# EXHIBIT C



Arlene Hoang <arlene.hoang@lacity.org>

## Out of Office Re: LA Alliance - May 15 hearing

1 message

**Arlene Hoang** <arlene.hoang@lacity.org>                    Fri, May 9, 2025 at 12:14 PM
To: elizabeth@umklaw.com

Hello,

I am out of the office, and I will not be regularly checking email nor will I have access to my phone.  I will respond to you as soon as possible upon my return on Monday, May 12. If you need immediate assistance, please contact my supervisor, Gabriel Dermer, or my legal assistant, Evelyn Rodriguez. Please note that ex parte notice is not accepted during my absence from work.

--
Arlene Hoang
Deputy City Attorney
Office of the Los Angeles City Attorney
Business and Complex Litigation Division
200 N. Main Street, Room 675
Los Angeles, CA 90012
T:  213-978-7508
F: 213-978-7011
Arlene.Hoang@lacity.org