# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES – GENERAL

## **AMENDED**

Case No. LA CV 20-02291-DOC(KESx)                    Date:  May 15, 2025

Title:    LA Alliance for Human Rights, et al v. City of Los Angeles, et al.

---

PRESENT:    THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Court Smart |
|---|---|
| Courtroom Deputy | Court Reporter |

Attorneys Present for Plaintiff:          Attorneys Present for Defendant:
  Elizabeth Mitchell                              Scott Marcus
  Paul Webster                                    Arlene Hong
                                                  Jason Tokoro
Intervenor: Shayla Myers                          Lauren Brody

---

**PROCEEDINGS:  STATUS CONFERENCE (Held and Completed)**
                **(Held at Los Angeles First Street)**

Case called.  Also present is Special Master Michele Martinez and Supervisor Kathryn Barger.  Laura Cross, Diane Rafferty, and Lisa Brown appear regarding the A & M audit.

The Court received two documents from LAHSA that are appended to these minutes as Exhibit A for public transparency. The Court adopts the A & M audit as final.

The Court orders the transcript for the hearing date above be made available on the docket forthwith free of charge to all ordering parties.

The Court orders the transcript of this hearing designated as the official court record. The Court further orders the transcript be produced at Government expense and billed at the daily rate.

The Court Reporter's Department is hereby ordered to submit the original transcript and notes to transcripts cacd@cacd.uscourts.gov no later than Thursday, May 22, 2025, for immediate uploading on the Court's CM/ECF document filing System.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**


The Court sets an Evidentiary Hearing on the Roadmap MOU Agreement for **May 27, 2025, at 9:00 a.m., Courtroom 1, 350 W. First Street, Los California.** The Joint Witness List and Joint Stipulation re: Apex Witnesses are due by May 23, 2025. Counsel are ordered to submit in writing the briefing schedule as stated on the record. Defendant's request to stay ruling is denied.


The transcript will also be available to download on the Court's Cases of Interest webpage, located here: https://www.cacd.uscourts.gov/newsworthy/cases-of-interest


MINUTES FORM 11                                                                           :54
                                                                    Initials of Deputy Clerk:  kd

CIVIL-GEN

Cc:    CourtRecording_CACD@cacd.uscourts.gov
        Transcripts_CACD@cacd.uscourts.gov
        Reporter_CACD@cacd.uscourts.gov