## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES – GENERAL

### **SECOND AMENDED**

Case No. LA CV 20-02291-DOC(KESx)                    Date: May 15, 2025

Title:      LA Alliance for Human Rights, et al v. City of Los Angeles, et al.

PRESENT:    THE HONORABLE DAVID O. CARTER, JUDGE

Kelly Davis                                     Court Smart
Courtroom Deputy                                Court Reporter

Attorneys Present for Plaintiff:                Attorneys Present for Defendant:
   Elizabeth Mitchell                              Scott Marcus
   Paul Webster                                    Arlene Hong
                                                   Jason Tokoro
Intervenor: Shayla Myers                           Lauren Brody

## PROCEEDINGS:  STATUS CONFERENCE (Held and Completed)
## (Held at Los Angeles First Street)

Case called.  Also present is Special Master Michele Martinez and Supervisor Kathryn Barger.  Laura Cross, Diane Rafferty, and Lisa Brown appear regarding the A & M audit.

The Court received two documents from LAHSA that are appended to these minutes as Exhibit A for public transparency. The Court adopts the A & M audit as final.

The Court orders the transcript for the hearing date above be made available on the docket forthwith free of charge to all ordering parties.

The Court orders the transcript of this hearing designated as the official court record. The Court further orders the transcript be produced at Government expense and billed at the daily rate.

The Court Reporter's Department is hereby ordered to submit the original transcript and notes to transcripts cacd@cacd.uscourts.gov no later than Thursday, May 22, 2025, for immediate uploading on the Court's CM/ECF document filing System.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

<mark>The Court sets an Evidentiary Hearing on compliance with the LA Alliance Settlement Agreement and the Roadmap MOU Agreement</mark> for **May 27, 2025, at 9:00 a.m., Courtroom 1, 350 W. First Street, Los California.** The Joint Witness List and Joint Stipulation re: Apex Witnesses are due by May 23, 2025.   Counsel are ordered to submit in writing the briefing schedule as stated on the record. <mark>Defendant City's request to stay the Court's ruling for interlocutory appeal is denied.</mark>

The transcript will also be available to download on the Court's Cases of Interest webpage, located here: https://www.cacd.uscourts.gov/newsworthy/cases-of-interest

MINUTES FORM 11                                                                          :54

                                                                    Initials of Deputy Clerk:  kd

CIVIL-GEN

Cc:    CourtRecording_CACD@cacd.uscourts.gov
       Transcripts_CACD@cacd.uscourts.gov
       Reporter_CACD@cacd.uscourts.gov

# Exhibit A



707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

May 15, 2025

Honorable David O. Carter
U.S. Courthouse
350 West 1st Street
Los Angeles, California 90012

**Subject: March 2025 Update on Recoupment of Measure H Working Capital Advances and Annual Advances**

Dear Judge Carter:

This letter provides an update on the recoupment of Measure H Working Capital Advances since LAHSA's last update to the Court in March 2025. Included with this letter is a spreadsheet detailing the status of each organization's advance balance and recent payments as of April 18, 2025.

In December 2023, LAHSA proactively began working with service providers to formalize manageable repayment plans to help them avoid unreasonably large payments in 2027.

As previously noted, the advances were intended to support Measure H start-up costs and ongoing cashflow needs for service providers. These advances were always meant to be recouped at the conclusion of Measure H. Consistent with this understanding, the County has not sought recoupment of these funds.

**Progress on Recoupment**

- LAHSA's November 26, 2024 letter to the LA Alliance Court indicated that at the time of the Audit, $2.5 million had been recouped, and as of November 21, 2024, an additional $3.8 million was recouped, bringing the total recoupments to $6.3 million.
- LAHSA's January 6, 2025 letter to the Court indicated that between November 22, 2024 and December 31, 2024, an additional $7.2 million was recouped, bringing total recoupments to $13.5 million and reducing the outstanding advance balance to $37.3 million.
- Between January 1, 2025, and January 29, 2025, LAHSA recouped an additional $263,628, bringing total recoupments to $13.76 million.
- Between January 30, 2025, and March 4, 2025, LAHSA recouped an additional $20,775, bringing total recoupments to $13.8 million and reducing the outstanding advance balance to $37.0 million.
- Between March 5, 2025, and March 28, 2025, LAHSA recouped an additional $402,707, bringing total recoupments to $14.18 million and reducing the outstanding advance balance to $36.7 million.

Page 1 of 2

- Between March 29, 2025 and April 18, 2025, LAHSA recouped an additional $849,755, bringing total recoupments to $15 million and reducing the outstanding advance balance to $35.7 million.

On April 17, 2025, LAHSA and CEO-HI met with service providers to establish next steps for Measure H Working Capital repayments.

LAHSA remains committed to fully recouping all Measure H Working Capital advances by June 30, 2027, the previously established end date for the Measure H grant term, or by an adjusted timeline to be established in partnership with LA County.

**LAHSA's Next Steps**
- CEO-HI will provide the timeline for final repayment of Measure H Working Capital Advances
- Service providers will collaborate with LAHSA and CEO-HI to modify their repayment agreements based on feasibility with their cash flow
- Service providers will be accountable for monthly repayments based on their new agreements

Sincerely,

Dr. Va Lecia Adams Kellum
Chief Executive Officer
Los Angeles Homeless Services Authority

## Los Angeles Homeless Services Authority (LAHSA)
## Measure H Working Capital Advance Recoupment Tracker
## as of April 18, 2025

| | Service Providers | Total Advances Issued as of 7/8/24 | Advance Balances as of Previous Court Hearing (3/27/25) | Additional Recoupments Since Previous Court Hearing (3/27/25) | Total Recoupments through 4/18/25 | Current Advance Balances as of 4/18/25 |
|---|---|---|---|---|---|---|
| 1 | 1736 Family Crisis Center | $ 914,593 | $ 634,643 | $ 97,637 | $ 377,587 | $ 537,006 |
| 2 | 211 LA County | $ 73,938 | $ - | $ - | $ 73,938 | $ - |
| 3 | Coalition for Responsible Community Development | $ 268,421 | $ 200,921 | $ 22,500 | $ 90,000 | $ 178,421 |
| 4 | Community Partners fbo Safe Place For Youth | $ 64,274 | $ 55,349 | $ 14,280 | $ 23,205 | $ 41,069 |
| 5 | Covenant House California | $ 491,468 | $ 341,296 | $ 54,608 | $ 204,780 | $ 286,688 |
| 6 | First to Serve | $ 755,528 | $ 671,580 | $ 23,378 | $ 107,326 | $ 648,202 |
| 7 | Harbor Interfaith Services, Inc. | $ 2,229,945 | $ 1,910,996 | $ - | $ 318,949 | $ 1,910,996 |
| 8 | Hathaway-Sycamores Child and Family Services | $ 1,128,937 | $ 807,695 | $ 99,194 | $ 420,436 | $ 708,501 |
| 9 | Home at Last Community Development Corporation | $ 797,681 | $ 797,681 | $ - | $ - | $ 797,681 |
| 10 | Homeless Health Care LA | $ 299,682 | $ 294,338 | $ - | $ 5,344 | $ 294,338 |
| 11 | Hope of the Valley Rescue Mission | $ 68,250 | $ 34,125 | $ - | $ 34,125 | $ 34,125 |
| 12 | Jovenes, Inc. | $ 449,117 | $ 335,074 | $ 10,809 | $ 124,852 | $ 324,265 |
| 13 | L.A. Family Housing Corporation | $ 6,373,401 | $ 4,502,640 | $ - | $ 1,870,761 | $ 4,502,640 |
| 14 | National Health Foundation | $ 52,317 | $ - | $ - | $ 52,317 | $ - |
| 15 | New Directions, Inc. | $ 34,347 | $ 34,347 | $ - | $ - | $ 34,347 |
| 16 | People Assisting the Homeless | $ 8,274,239 | $ 8,233,658 | $ - | $ 40,581 | $ 8,233,658 |
| 17 | Rainbow Services | $ 118,317 | $ 118,317 | $ - | $ - | $ 118,317 |
| 18 | Sanctuary of Hope | $ 344,884 | $ 191,780 | $ - | $ 153,104 | $ 191,780 |
| 19 | Special Services For Groups, Inc. | $ 6,674,335 | $ - | $ - | $ 6,674,335 | $ - |
| 20 | St. Anne's Maternity Home | $ 326,067 | $ 186,557 | $ 8,111 | $ 147,621 | $ 178,446 |
| 21 | St. Joseph's Center | $ 2,930,300 | $ 2,576,104 | $ 110,000 | $ 464,196 | $ 2,466,104 |
| 22 | Testimonial Community Love Center | $ 388,684 | $ 388,684 | $ - | $ - | $ 388,684 |
| 23 | The Midnight Mission | $ 448,950 | $ 448,950 | $ - | $ - | $ 448,950 |
| 24 | The People Concern | $ 3,812,087 | $ 3,762,698 | $ - | $ 49,389 | $ 3,762,698 |
| 25 | The Village Family Services | $ 869,561 | $ 709,908 | $ 221,846 | $ 381,499 | $ 488,062 |
| 26 | The Whole Child | $ 914,426 | $ 893,651 | $ - | $ 20,775 | $ 893,651 |
| 27 | Union Station Homeless Services | $ 2,035,055 | $ 1,989,852 | $ - | $ 45,203 | $ 1,989,852 |
| 28 | United Friends of the Children | $ 783,533 | $ 652,943 | $ - | $ 130,590 | $ 652,943 |
| 29 | United States Veterans Initiative, Inc. | $ 229,119 | $ 177,599 | $ - | $ 51,520 | $ 177,599 |
| 30 | Upward Bound House | $ 262,105 | $ 205,908 | $ - | $ 56,197 | $ 205,908 |
| 31 | Valley Oasis (formerly Antelope Valley Domestic Violence Council) | $ 2,684,614 | $ 1,840,371 | $ 295,649 | $ 1,139,892 | $ 1,544,722 |
| 32 | Volunteers of America of Los Angeles | $ 5,050,169 | $ 3,421,469 | $ 271,450 | $ 1,900,150 | $ 3,150,019 |
| 33 | Weingart Center Association | $ 436,051 | $ 436,051 | $ - | $ - | $ 436,051 |
| 34 | Whitter Area First Day Coalition | $ 206,833 | $ 155,083 | $ 23,000 | $ 74,750 | $ 132,083 |
| | **Totals** | **$ 50,791,228** | **$ 37,010,267** | **$ 1,252,462** | **$ 15,033,423** | **$ 35,757,805** |

Note: Repayment agreement letters have been signed and returned by all Service Providers, except United States Veterans Initiative, Inc.  LAHSA sent initial repayment notices, subsequent reminders via email and certified mail, and letters on non-compliance.  Legal action may be required for collection.  The target total recoupment deadline is March 2027.