UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, *et al.*, <br><br> Defendants. | Case No. 2:20-CV-02291-DOC-KES <br><br> Assigned to Judge David O. Carter <br><br> **BRIEFING SCHEDULE AS STATED ON THE RECORD [DKTS. 906, 907 & 908]** <br><br> Before:  Hon. David O. Carter <br> Courtroom: 10A |

Pursuant to the Court's May 15, 2025 Order [Dkts. 906, 907 & 908], the following is the briefing schedule as stated on the record[1]:

---

[1] By submitting this briefing schedule as stated on the record and as requested by the Court, no party waives any objection or argument to any matter contained in any brief or at or to the evidentiary hearing.

*BRIEFING SCHEDULE AS STATED ON THE RECORD [DKTS. 906, 907 & 908]*

a. On or before **June 2, 2025**, Plaintiff LA Alliance ("Plaintiff") will submit a supplemental brief to provide evidentiary citations that support its previously filed Response and Motions for Settlement Compliance (Dkt. Nos 767, 863, 899).

b. On or before **June 9, 2025**, Defendant City of Los Angeles ("City") will file an opposition to Plaintiff's briefing.

c. On or before **June 16, 2025**, Plaintiff will submit a reply, if any, to City's brief.

d. Also on or before **June 16, 2025**, Defendant County of Los Angeles and the Intervenors will submit briefs, if any, to Plaintiff's and City's briefs.

Dated: May 16, 2025              Respectfully submitted,

*/s/ Elizabeth A. Mitchell*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)

*Attorneys for Plaintiffs*

Dated: May 16, 2025              */s/ Scott Marcus*
Scott Marcus
Senior Assistant City Attorney
LOS ANGELES CITY ATTORNEY'S OFFICE

*Attorneys for Defendant City of Los Angeles*

1

*BRIEFING SCHEDULE AS STATED ON THE RECORD [DKTS. 906, 907 & 908]*