**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

———

**OFFICIAL BUSINESS**

Return to Sender

NEOPOST      FIRST-CLA
05/09/2025
US POSTAGE $001.
ZIP 9
04 HM114

CV

-R-T-S-   927055469-1N      05/17/25

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER



RECEIVED
CLERK, U.S. DISTRICT COURT

MAY 2 0 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY



2:20-cv-2291-DOC

FILED
CLERK, U.S. DISTRICT COURT

MAY 2 0 2025

CENTRAL DISTRICT OF CALIFORNIA
BY          DEN          DEPUTY

Case: 2:20cv2291  Doc: 898

William R Wise                                          Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

Case 2:20-cv-02291-DOC-KES    Document 912    Filed 05/20/25    Page 2 of 3   Page ID
#:25584

jane.martin@msrlegal.com, karen.irias@msrlegal.com), Laura D Knapp (laura.knapp@coco.ocgov.com, marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com), Samuel A. Josephs (sjosephs@spertuslaw.com), Christopher Thomas Casamassima (chris.casamassima@wilmerhale.com), Kiva Grace Schrager (kschrager@millerbarondess.com), Kent K Qian (kqian@oaklandcityattorney.org)
--No Notice Sent:
Message-Id:<40074504@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 5/8/2025 at 11:30 AM PDT and filed on 5/8/2025

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:**   898

**Docket Text:**
**MINUTE ORDER IN CHAMBERS by Judge David O. Carter: ORDER ON HEARING ON MAY 15, 2025. As previously announced, the Court will hold a hearing on Thursday, May 15, 2025, at 9 a.m. in Courtroom 1 at the First Street Courthouse in Los Angeles, California. See Dkt. 880. The Court will address the following topics at the hearing. SEE DOCUMENT FOR FURTHER INFORMATION. (twdb)**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**
Nadia Ann Sarkis     docket@millerbarondess.com, dgreen@millerbarondess.com, lemge@millerbarondess.com, nsarkis@millerbarondess.com
Jessica Mariani     jessica.mariani@lacity.org, ava.smith@lacity.org
Jason H. Tokoro     aalamango@millerbarondess.com, jtokoro@millerbarondess.com, briding@millerbarondess.com
Joseph Reichmann     filing@yagmanlaw.net, admin@yagmanlaw.net
Catherine Elizabeth Sweetser     csweetser@sshhzlaw.com, cgallegos@sshhzlaw.com
Theano Evangelis Kapur     , tevangelis@gibsondunn.com, pacer-ca@gibsondunn.com