**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

—————

**OFFICIAL BUSINESS**

NEOPOST
05/14/2025
US POSTAGE $001.

ZIP 9
041M114



RECEIVED
CLERK, U.S. DISTRICT COURT

MAY 1 9 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY



2:20-cv-2291-DOC

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 9 2025

CENTRAL DISTRICT OF CALIFORNIA
BY DEN                     DEPUTY

NIXIE        910   SE   18CU        7205/17/25

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 90012333299      2347N137175-00297

Case: 2:20cv2291  Doc: 900

William R Wise                                        Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

Samuel A. Josephs (sjosephs@spertuslaw.com), Laura D Knapp (laura.knapp@coco.ocgov.com, marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com), Kent K Qian (kqian@oaklandcityattorney.org), Kiva Grace Schrager (kschrager@millerbarondess.com), James W. Spertus (jspertus@spertuslaw.com), Kenneth Stahl (beverly.dozier-jones@msrlegal.com, jane.martin@msrlegal.com, karen.irias@msrlegal.com), Marianne Van Riper (simon.perng@coco.ocgov.com)

--No Notice Sent:

Message-Id:<40102744@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 5/13/2025 at 11:46 AM PDT and filed on 5/13/2025

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:** 900

**Docket Text:**
**MINUTE ORDER IN CHAMBERS by Judge David O. Carter: ORDER SETTING MAY 27, 2025, EVIDENTIARY HEARING ON SETTLEMENT BREACH. In light of this, the Court sets an evidentiary hearing on potential breach of the Roadmap Agreement and the LA Alliance Settlement by the City on Tuesday, May 27, 2025, at 9 a.m. in Los Angeles. Accordingly, the upcoming hearing on Thursday, May 15, 2025, will proceed but will not begin the evidentiary hearing because the Court is currently engaged in a monthlong trial. ( Evidentiary Hearing set for 5/27/2025 at 09:00 AM before Judge David O. Carter.) (twdb)**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**
Nadia Ann Sarkis    docket@millerbarondess.com, dgreen@millerbarondess.com, lemge@millerbarondess.com, nsarkis@millerbarondess.com
Jessica Mariani    jessica.mariani@lacity.org, ava.smith@lacity.org
Jason H. Tokoro    aalamango@millerbarondess.com, jtokoro@millerbarondess.com, briding@millerbarondess.com