GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS McRAE, SBN 140308
  mmcrae@gibsondunn.com
KAHN SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
DENISE C. MILLS, SBN 191992
KATHLEEN KENEALY, SBN 212289
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213.978-7508
Facsimile: 213.978.7011
Email: arlene.hoang@lacity.org

Attorneys for Defendant
*CITY OF LOS ANGELES*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., | CASE NO. 2:20-cv-02291 DOC (KES) |
| Plaintiffs, | Hon. David O. Carter<br>United States District Judge |
| v. | **DEFENDANT CITY OF LOS ANGELES'S REQUEST FOR CONTINUANCE OF MAY 27, 2025 HEARING** |
| CITY OF LOS ANGELES, a Municipal entity, et al., | |
| Defendant. | |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

For two reasons, the City of Los Angeles respectfully requests that the Court continue the May 27, 2025 hearing for two days to May 29, 2025. Plaintiffs have said

Gibson, Dunn &
Crutcher LLP

they oppose this modest request, even though the City was willing to agree to a briefing schedule that would have given Plaintiffs the same amount of time to file their post-hearing briefs and would have concluded the post-hearing briefing on the existing June 16, 2025 deadline.

*First*, the City has objected to any effort to require Mayor Karen Bass or sitting Councilmembers to attend the hearing or take the stand, and will object again in writing no later than Friday, but the Court has not yet ruled on those objections. With just two business days between today and the hearing, the City does not know whether the Court will compel Mayor Bass or sitting Councilmembers to testify and thus cannot properly prepare for the hearing.

The City has serious objections to the prospect of the Court compelling Mayor Bass or sitting Councilmembers to testify. Any such order would violate the principles of the apex doctrine. An apex witness, such as the CEO of a company or, in this case, the chief executive of the second-biggest city in the country, should be compelled to testify only when (1) she has unique knowledge of the facts at issue and (2) the party seeking her testimony "has exhausted other less intrusive methods." *Pinn, Inc. v. Apple Inc.*, 2021 WL 4775969, at *2 (C.D. Cal. Sept. 10, 2021) (granting motion for protective order as to senior executive of Apple who lacked unique first-hand knowledge); *see also K.C.R. v. Cnty. of Los Angeles*, 2014 WL 3434257 (C.D. Cal. 2014) (denying motion for order compelling the deposition of Los Angeles County undersheriff). Plaintiffs can't make that showing. Mayor Bass and other elected officials aren't the *only* witnesses who could testify about the City's efforts to create more beds, reduce encampments, and otherwise comply with the terms of the agreements. Other city witnesses are well-versed in these issues and would, in fact, be *better* suited than Mayor Bass or a Councilmember to testify.

Specifically, City Administrative Officer Matt Szabo and Deputy Mayor of Homelessness and Community Health Dr. Etsemaye Agonafer work on homelessness

Gibson, Dunn & Crutcher LLP

2

DEFENDANT'S REQUEST FOR CONTINUANCE
2:20-cv-02291 DOC (KES)

issues every single day. They're the ones who *report* to Mayor Bass and other City officials on the City's efforts to house and otherwise assist the homeless. Mayor Bass and City officials rely on the information they provide to make decisions about City policy. And to the extent the Plaintiffs seek to peer behind those decisions—to understand what Mayor Bass or other City officials were thinking and why—that line of questioning would invade the deliberate process privilege. *William Jefferson & Co., Inc. v. Bd. of Assessment & Appeals No. 3 for Orange Cnty.*, 482 Fed. Appx. 273, 274 (9th Cir. 2012). In short, Mayor Bass and a sitting Councilmember cannot provide the Plaintiffs what they seek; if they want information about the City's efforts on homelessness and compliance with the agreements, there are more knowledgeable witnesses, and the Plaintiffs may not call Mayor Bass or a Councilmember to second guess the decisions they made based on that information.

The Court should resolve these serious objections to the prospect of compelled testimony from Mayor Bass or other apex witnesses with sufficient time before the hearing. And if the Court is inclined to order Mayor Bass or a Councilmember to testify, it should give the City an opportunity to be heard on that question first.

*Second*, given the importance of this case and the extraordinary nature of the remedies sought by Plaintiffs, the City has just hired outside counsel, Gibson, Dunn & Crutcher LLP. Gibson Dunn would appreciate additional time to prepare to question witnesses and present argument regarding Plaintiffs' requested remedies, including the unprecedented receivership request. Granting a short continuance would ensure that the City's counsel has an adequate opportunity to prepare arguments that will be helpful to the Court.

The City respectfully requests that the Court continue the May 27, 2025 hearing for two days to May 29, 2025.

Gibson, Dunn &
Crutcher LLP

3

DATED: May 21, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Theane Evangelis*
Theane Evangelis

Attorneys for Defendant
CITY OF LOS ANGELES

GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
 tevangelis@gibsondunn.com
MARCELLUS McRAE, SBN 140308
 mmcrae@gibsondunn.com
KAHN SCOLNICK, SBN 228686
 kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
bhamburger@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
DENISE C. MILLS, SBN 191992
KATHLEEN KENEALY, SBN 212289
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213.978-7508
Facsimile: 213.978.7011
Email: arlene.hoang@lacity.org

Gibson, Dunn &
Crutcher LLP

4

DEFENDANT'S REQUEST FOR CONTINUANCE
2:20-cv-02291 DOC (KES)