UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*, | Case No. 2:20-CV-02291-DOC-KES |
| Plaintiffs, | Assigned to Judge David O. Carter |
| v. | |
| CITY OF LOS ANGELES, *et al.*, | **DECLARATION OF ELIZABETH A. MITCHELL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT CITY'S REQUEST FOR CONTINUANCE** |
| Defendants. | |

*DECLARATION OF ELIZABETH A. MITCHELL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT CITY'S REQUEST FOR CONTINUANCE*

I, Elizabeth A. Mitchell, hereby declare as follows:

1.      I am an attorney at the law firm of Umhofer, Mitchell & King LLP, and I represent Plaintiffs LA Alliance for Human Rights (the "Alliance"), Joseph Burk, George Frem, Wenzial Jarrell, Charles Malow, Karyn Pinsky, and Harry Tashdjian ("Plaintiffs") in this action.  I submit this declaration in support of Plaintiff's Opposition to Defendant City's Request for Continuance.  Except for those that are stated upon information and belief, I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2.      On May 15, 2025, I emailed counsel for the City proposing that the parties' joint stipulation regarding the Apex Witness objections be submitted to the court earlier than May 23, to facilitate an earlier ruling by the court so the parties may be better prepared.  Attached hereto as **Exhibit A** is a true and correct copy of that email.

3.      That same day, May 16, 2025, Defendant's counsel, Arlene Hoang, agreed that early briefing was a good idea and requested that I send the proposed stipulation to her.  Attached hereto as **Exhibit B** is a true and correct copy of Ms. Hoang's response.

4.      On Sunday, May 18, 2025, I emailed Defendant City three attorneys, Arlene Hoang, Scott Marcus, and Jessica Mariani, a copy of Defendant's proposed joint stipulation.  Attached hereto as **Exhibit C** is a true and correct copy of that email.

5.      I never received a response from Defendant City's counsel to my May 18, 2025, proposed joint stipulation.  Nor have I received any response from Defendant City's counsel to any email I sent over the last several days discussing hearing logistics, until I received a call from new counsel on May 21, 2025, requesting a continuance.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 22, 2025 at Los Angeles, California.

*/s/ Elizabeth A. Mitchell*

1

*DECLARATION OF ELIZABETH A. MITCHELL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT CITY'S REQUEST FOR CONTINUANCE*

Elizabeth A. Mitchell

*DECLARATION OF ELIZABETH A MITCHELL ISO MOTION TO ENFORCE SETTLEMENT AGREEMENT AS TO COUNTY OF LOS ANGELES*