# Exhibit A

| | |
|---|---|
| **From:** | Elizabeth Mitchell |
| **To:** | Scott Marcus; Arlene Hoang |
| **Cc:** | Jessica Mariani; Matthew Umhofer; Jon Powell |
| **Subject:** | RE: Joint Stip re Briefing and Submissions |
| **Date:** | Thursday, May 15, 2025 6:25:00 PM |
| **Attachments:** | image001.png |

Scott and Arlene:

I accidentally left off the bit about the Apex witness doctrine in the stipulation, but it also occurs to me that it would be helpful (to both sides) to know the court's ruling earlier rather than later. So I suggest we submit our joint stip earlier than the 23rd—tomorrow? I can put together both sides arguments (taken from your recent submission and what we filed last year) and we request a fast (24-48 hour) ruling from the court.

Let me know if this works for you.

Thanks,
Liz

**From:** Elizabeth Mitchell
**Sent:** Thursday, May 15, 2025 2:56 PM
**To:** Scott Marcus <scott.marcus@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>
**Cc:** Jessica Mariani <jessica.mariani@lacity.org>; Matthew Umhofer <matthew@umklaw.com>; Jon Powell <jon@umklaw.com>
**Subject:** Joint Stip re Briefing and Submissions

Scott and Arlene:

Please see attached draft and advise re edits or comments. I believe are deadline to file is tomorrow at noon.

Best,
Liz

**ELIZABETH A. MITCHELL**
*Partner*



Phone: (213) 394-7979
Email: elizabeth@umklaw.com

Office at the ROW DTLA
767 S. Alameda St., Suite 270
Los Angeles, CA 90021
UMKLaw on LinkedIn

www.umklaw.com