# Exhibit B

| | |
|---|---|
| **From:** | Arlene Hoang |
| **To:** | Elizabeth Mitchell |
| **Cc:** | Scott Marcus; Jessica Mariani; Matthew Umhofer; Jon Powell |
| **Subject:** | Re: Joint Stip re Briefing and Submissions |
| **Date:** | Friday, May 16, 2025 9:27:17 AM |
| **Attachments:** | image001.png |

Dear Liz,

We agree it makes sense to tee up this issue sooner rather than later.  Please provide the document you are proposing for our review and consideration.  But to be clear, I am not guaranteeing or representing that we can turn this around today.

Arlene Hoang
Deputy City Attorney
Office of the Los Angeles City Attorney
Business and Complex Litigation Division
200 N. Main Street, Room 675
Los Angeles, CA 90012
T:  213-978-7508
F: 213-978-7011
Arlene.Hoang@lacity.org

On Fri, May 16, 2025 at 9:18 AM Elizabeth Mitchell <elizabeth@umklaw.com> wrote:

> Thanks Arlene.  Thoughts on submitting our Apex witness issue to the court earlier than the 23rd?
>
> ---
>
> **From:** Arlene Hoang <arlene.hoang@lacity.org>
> **Sent:** Friday, May 16, 2025 9:06 AM
> **To:** Elizabeth Mitchell <elizabeth@umklaw.com>
> **Cc:** Scott Marcus <scott.marcus@lacity.org>; Jessica Mariani <jessica.mariani@lacity.org>; Matthew Umhofer <matthew@umklaw.com>; Jon Powell <jon@umklaw.com>
> **Subject:** Re: Joint Stip re Briefing and Submissions
>
> Good morning Liz,
>
> Pursuant to, and in compliance with, the Court's Order to submit in writing the briefing schedule as stated on the record yesterday (Dkts. 906 and 907), attached please find the City's revisions to the document you circulated yesterday.  If these

revisions are acceptable to Plaintiff, please file it before noon.  If Plaintiff has any additional revisions, please provide them to us, and the City will need to approve any changes before the City consents to filing.

Arlene Hoang

Deputy City Attorney

Office of the Los Angeles City Attorney

Business and Complex Litigation Division

200 N. Main Street, Room 675

Los Angeles, CA 90012

T:  213-978-7508

F: 213-978-7011

Arlene.Hoang@lacity.org

On Thu, May 15, 2025 at 2:55 PM Elizabeth Mitchell <elizabeth@umklaw.com> wrote:

Scott and Arlene:

Please see attached draft and advise re edits or comments.  I believe are deadline to file is tomorrow at noon.

Best,

Liz

**ELIZABETH A. MITCHELL**

Phone: (213) 394-7979

Email: elizabeth@umklaw.com

*Partner*



Office at the ROW DTLA

767 S. Alameda St., Suite 270

Los Angeles, CA 90021

UMKLaw on LinkedIn

www.umklaw.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Confidentiality Notice \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected
by the attorney-client privilege and/or the work product doctrine. If you are not the intended
recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this
communication in error, please notify us immediately by e-mail and delete the original
message and any attachments without reading or saving in any manner.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Confidentiality Notice \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by
the attorney-client privilege and/or the work product doctrine. If you are not the intended
recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this
communication in error, please notify us immediately by e-mail and delete the original
message and any attachments without reading or saving in any manner.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*