**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES – GENERAL</u>**

Case No. 2:20-cv-02291-DOC-KES                    Date:  May 22, 2025

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

---

PRESENT:

<u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

|  |  |
|---|---|
| <u>Karlen Dubon</u> | <u>Not Present</u> |
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):   ORDER DENYING CITY'S REQUEST FOR CONTINUANCE [918] AND RESERVING DECISION ON APEX WITNESSES**

The City of Los Angeles requests that the Court continue the currently scheduled evidentiary hearing from May 27, 2025, to May 29, 2025 (Dkt. 918). The City argues a continuance is warranted because the Court has not yet ruled on "apex witnesses" and the City recently retained new counsel. The Court **DENIES** the request for the following reasons.

The Court gave the City the option at the last hearing on May 15, 2025 to extend the Court's jurisdiction over the Roadmap Agreement in order to hold the hearing at a later date. Because the City refused that option and the Roadmap Agreement expires on June 30, 2025, the evidentiary hearing must begin as soon as possible to ensure sufficient time for the hearing, briefing, and careful consideration.

The City argues that it requires more time to prepare for the hearing because the Court has not yet ruled on whether "apex witnesses" such as Mayor Bass and sitting

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date: May 22, 2025

                                                                         Page 2

Councilmembers will be required to testify. The Court, however, has not received a witness list from the Parties, which is due by May 23, 2025, and so does not know whether such a ruling is necessary at this time. There is also no motion to compel such testimony before the Court.

   The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                      Initials of Deputy Clerk: kdu

CIVIL-GEN