**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                               Date: May 22, 2025

Title: LA Alliance for Human Rights et al. v. City of Los Angeles et al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| | |
|---|---|
| Karlen Dubon | Not Present |
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER DENYING REQUEST TO PROCEED IN FORMA PAUPERIS AS MOOT [885] AND DENYING GREGORY EDWARD GRAY'S REQUEST TO FILE MOTION [886]**

Before the Court is Gregory Edward Gray's Request to Proceed in Forma Pauperis ("IFP") (Dkt. 885) and Gray's Motion to Require Action by the City of Los Angeles, County of Los Angeles, Housing Authority of the City of Los Angeles, Los Angeles Homeless Services Authority Related to Mr. Gray and His Household ("Motion") (Dkt. 886).

First, the Court already granted Mr. Gray in forma pauperis status on December 19, 2024 (Dkt. 844). Therefore, the Court **DENIES** as moot Mr. Gray's second IFP (Dkt. 885).

Second, because Mr. Gray is a non-party to this litigation, he requests permission to file a Motion which seeks that the Court require the relevant agencies to "facilitate transfer to and payment for new permanent housing of Mr. Gray's and his wife's choosing in accordance with HUD guidelines governing Mr. Gray's Emergency Housing Voucher…" The Court previously denied Mr. Gray's request to be named an interested

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                             Date: May 22, 2025

                                                                                    Page 2

party in this lawsuit (Dkt. 853). The Court denies Mr. Gray's request to consider his Motion because he is not a party, and this litigation is not about individual housing placements. While the Court is concerned about Mr. Gray's situation, the Court cannot consider non-parties' highly fact-specific housing grievances and make orders on them as part of this lawsuit. That would open this litigation, which has already settled, to filings and adjudication of potentially thousands of Los Angeles residents' housing disputes. If Mr. Gray and others like him have genuine legal claims against government entities, they must bring them in individual lawsuits in state or federal court.

In conclusion, the Court **DENIES** Mr. Gray's Motion (Dkt. 886).

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                    Initials of Deputy Clerk: kdu

CIVIL-GEN