UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**JOINT WITNESS LIST**<br><br>Before:      Hon. David O. Carter<br>Courtroom(s):  7A and 1 |

Pursuant to the Court's May 15, 2025 Order [Dkts. 906, 907 & 908], Plaintiff LA Alliance and Defendant City of Los Angeles jointly submit the following list of witnesses to be called at the hearings on May 27–29, 2025:

**Plaintiff's Anticipated Witnesses**

1. Laura Frost

2. Diane Rafferty

3. Paul Webster

4. Brian Ulf

5. Elizabeth Funk

6. Lee Raagas

7. John Maceri

8. Michele Martinez

9. Monica Rodriguez[*]

10. Karen Bass[*]

11. Kevin Call

12. Dewey Terry

13. Don Garza

14. Traci Park[*]

15. Emily Vaughn Henry

**Defendant's Anticipated Witnesses**

16. Matt Szabo

17. Dr. Etsemaye P. Agonafer, MD, MPH, MS

---

[*] The City of Los Angeles objects to the calling of Mayor Bass and Councilmembers Rodriguez and Park on the basis that the apex doctrine protects them from being called to testify at this hearing, and that any information the Alliance seeks also is barred by the deliberative process privilege.

1

*JOINT WITNESS LIST*

Defendant reserves the right to call all witnesses identified by Plaintiff, and to object on all applicable grounds to testimony from the witnesses identified by Plaintiff.

Plaintiff reserves the right to call all witnesses identified by Defendant, and to object on all applicable grounds to testimony from the witnesses identified by Defendant.

Dated: May 23, 2025          Respectfully submitted,

*/s/ Elizabeth A. Mitchell*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)

*Attorneys for Plaintiffs*

Dated: May 23, 2025           */s/ Theane Evangelis*
GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
mmcrae@gibsondunn.com
KAHN SCOLNICK, SBN 228686
kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
bhamburger@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
DENISE C. MILLS, SBN 191992
KATHLEEN KENEALY, SBN 212289
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone:   213.978-7508
Facsimile:    213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant City of Los Angeles*

2
*JOINT WITNESS LIST*