GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
DENISE C. MILLS, SBN 191992
KATHLEEN KENEALY, SBN 212289
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978-7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>            Defendant. | CASE NO. 2:20-cv-02291 DOC (KES)<br><br>Honorable David O. Carter,<br>United States District Judge<br><br>**NOTICE OF EX PARTE APPLICATION FOR ORDER QUASHING SUBPOENAS**<br><br>Trial Date:      None Set<br>Action Filed:   March 10, 2020 |

Gibson, Dunn & Crutcher LLP

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendant City of Los Angeles will and hereby does move the Court, pursuant to Rule 45(d)(3) of the Federal rules of Civil Procedure for an order quashing the May 21, 2025 subpoenas of Mayor Karen Bass and Councilmember Monica Rodriguez and the May 23, 2025 subpoena of Councilmember Traci Park. This motion is based upon the attached Memorandum of Points and Authorities, the declaration of Theane Evangelis, the pleadings and papers on file in this action, and any argument or further evidence presented in connection with this application. Plaintiffs have indicated that they oppose this application.

Plaintiffs' opposing papers must be filed no later than twenty-four (24) hours following service of this application.

Gibson, Dunn & Crutcher LLP

1

DATED: May 23, 2025                    Respectfully submitted,


BY:  /s/ *Theane Evangelis*
Theane Evangelis

GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS McRAE, SBN 140308
  mmcrae@gibsondunn.com
KAHN SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
DENISE C. MILLS, SBN 191992
KATHLEEN KENEALY, SBN 212289
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978-7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

Gibson, Dunn & Crutcher LLP

NOTICE OF EX PARTE APPLICATION FOR ORDER QUASHING SUBPOENAS
2:20-cv-02291 DOC (KES)