GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
 tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
 mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
 kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
 bhamburger@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
DENISE C. MILLS, SBN 191992
KATHLEEN KENEALY, SBN 212289
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213.978-7508
Facsimile: 213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>                Defendant. | CASE NO. 2:20-cv-02291 DOC (KES)<br><br>Honorable David O. Carter,<br>United States District Judge<br><br>**DECLARATION OF THEANE EVANGELIS IN SUPPORT OF EX PARTE APPLICATION TO QUASH SUBPOENAS** |

DECLARATION OF THEANE EVANGELIS
2:20-cv-02291 DOC (KES)

## DECLARATION OF THEANE EVANGELIS

I, Theane Evangelis, declare as follows:

1.    I am an attorney admitted to practice law in the State of California.  I am a partner at the law firm Gibson, Dunn & Crutcher LLP, and I am one of the attorneys representing Defendant City of Los Angeles in the above-referenced action.  I submit this declaration in support of the City's *Ex Parte* Application for Order Quashing Subpoenas.  If called and sworn as a witness, I could and would testify competently to the following:

2.    On May 21, 2025, at 5:25 p.m., counsel for Plaintiff LA Alliance for Human Rights emailed me subpoenas ordering Councilmember Monica Rodriguez and Mayor Karen Bass to appear and testify on May 28, 2025, and May 29, 2025, respectively.  True and correct copies of the subpoenas are attached as **Exhibits A and B**.

3.    On May 22, 2025, and May 23, 2025, my partners Kahn Scolnick and Bradley Hamburger informed counsel for the Alliance via email that the City would seek *ex parte* relief to quash the subpoenas and that the Alliance's opposition, if any, must be filed no later than 24 hours following service of the Application.

4.    On May 23, 2025, at 11:12 a.m., counsel for the Alliance emailed me a subpoena ordering Councilmember Traci Park to appear and testify on May 28, 2025.  A true and correct copy of the subpoena is attached as **Exhibit C**.

Gibson, Dunn & Crutcher LLP

1

DECLARATION OF THEANE EVANGELIS
2:20-cv-02291 DOC (KES)

5. On May 23, 2025, Mr. Scolnick orally informed Plaintiff's counsel, Elizabeth A. Mitchell, of the City's intent to file this Application. Ms. Mitchell confirmed that the Alliance would oppose the City's Application.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that I executed this Declaration at Los Angeles, California. Executed this 23rd day of May, 2025.

_____

Theane Evangelis

DECLARATION OF THEANE EVANGELIS
2:20-cv-02291 DOC (KES)