IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>          Defendant. | CASE NO. 2:20-cv-02291 DOC (KES)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CITY OF LOS ANGELES'S EX PARTE APPLICATION FOR ORDER QUASHING SUBPOENAS**<br><br>Judge:  Hon. David O. Carter |

[PROPOSED] ORDER GRANTING DEFENDANT CITY OF LOS ANGELES'S EX PARTE APPLICATION FOR ORDER QUASHING SUBPOENAS
2:20-cv-02291 DOC (KES)

Before the Court is Defendant City of Los Angeles's Ex Parte Application to Quash the May 21, 2025 subpoenas of Mayor Karen Bass and Councilmember Monica Rodriguez and the May 23, 2025 subpoena of Councilmember Traci Park. Having reviewed and considered all papers and arguments submitted in support of and in opposition to the Application, the Court **GRANTS** the Application and **QUASHES** the subpoenas.

*[In the alternative]* The Court stays enforcement of the May 21, 2025 subpoenas of Mayor Karen Bass and Councilmember Monica Rodriguez and the May 23, 2025 subpoena of Councilmember Traci Park, while the City petitions the Ninth Circuit for a writ of mandamus. The stay shall remain in effect until further order of this Court or the Ninth Circuit.

IT IS SO ORDERED.

Date:_____

_____
Hon. David O. Carter
United States District Court Judge
Central District of California

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANT CITY OF LOS ANGELES'S EX PARTE APPLICATION FOR ORDER QUASHING SUBPOENAS
2:20-cv-02291 DOC (KES)