**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                          Date:  May 25, 2025

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

|  |  |
|---|---|
| Maria Barr for Karlen Dubon | Not Present |
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: None Present | ATTORNEYS PRESENT FOR DEFENDANT: None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER HOLDING IN ABEYANCE CITY'S EX PARTE APPLICATION TO QUASH SUBPOENAS [928]**

The City of Los Angeles filed an Ex Parte Application for an Order Quashing Subpoenas on May 23, 2025 (Dkt. 928). Plaintiff LA Alliance opposed the Application on May 24, 2025 (Dkt. 934) and the City filed a Reply in Support of its Application the same day (Dkt. 935). In its Application, the City reiterates its objections to Mayor Bass and city councilmembers testifying at the upcoming evidentiary hearing. *See also* Dkt. 918, 925. The City argues the Court should quash the subpoenas of Mayor Bass, Councilmember Rodriguez, and Councilmember Park because the subpoenas impose an undue burden on high-ranking officials under the Apex Doctrine, violate the deliberative-process privilege, and do not allow a reasonable time to comply.

At this time, the Court does not quash the subpoenas or stay enforcement of them. The Court, however, holds that other witnesses must be called first before the Court decides if the Mayor or councilmembers' testimony is necessary. For example, City Administrative Officer Matthew Szabo and Deputy Mayor of Homelessness and

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                                 Date: May 25, 2025

Page 2

Community Health Dr. Etsemaye Agonafer, who the City argues are the most knowledgeable about the City's compliance, must testify before any potential testimony from the Mayor or councilmembers would be required. If, after hearing testimony from the other witnesses, the Court determines that the Mayor and/or councilmembers are still needed, the Court will accommodate their schedules through evening or weekend sessions.

For the foregoing reasons, the Court holds the City's Application in abeyance pending the outcome of other testimony at the evidentiary hearing.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                               Initials of Deputy Clerk:
                                                                            mba/kdu

CIVIL-GEN

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                         Date: May 25, 2025

Page 3