GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
DENISE C. MILLS, SBN 191992
KATHLEEN KENEALY, SBN 212289
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978-7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>              Defendant. | CASE NO. 2:20-cv-02291 DOC (KES)<br><br>Honorable David O. Carter,<br>United States District Judge<br><br>**OBJECTION TO EXPERT TESTIMONY OF PAUL WEBSTER AND ANY OTHER UNDISCLOSED EXPERT WITNESS**<br><br>Dept:      7A<br><br>Trial Date:      None Set<br>Action Filed:    March 10, 2020 |

The City of Los Angeles renews its objection, now in writing and for the purpose of making a clear record, to the LA Alliance for Human Rights's effort to call Paul Webster as an expert witness.[1]  There are three reasons why Mr. Webster may not testify as an expert.

*First*, the designation of Mr. Webster as a supposed expert came as a complete surprise to the City.  The Alliance never designated him as an expert.  In fact, the Alliance never designated any experts at all.  Unsurprisingly, then, Mr. Webster submitted no expert report, and the City had no opportunity to depose him, propound any other discovery seeking to clarify the nature and scope of his opinions, or file a motion to exclude him under Rule 702.  As a result, the City is flying blind, with no clear understanding of what expertise, if any, Mr. Webster possesses, or what relevance that supposed expertise may have to the issues to be decided after this evidentiary hearing.

This strategy of presenting an expert by ambush violates the longstanding rule that expert testimony must be disclosed in advance.  *See* Fed. R. Civ. P. 26(a)(2) (requiring parties to disclose "the identity of any witness it may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705")*; see also United States v. Lang*, 717 F. App'x 523, 537 (6th Cir. 2017) (failure to disclose expert witnesses before trial "was a tactical ambush, designed to circumvent Rule 702 and avoid revealing [the party's] witnesses to the other side").  The protections of the Federal Rules apply with equal force to these settlement-agreement proceedings.

*Second*, the Alliance called Mr. Webster to testify regarding his opinions on the settlement agreement and arguments made in prior briefing.  This is impermissible legal opinion testimony that no one would be qualified to give—not even a lawyer, although

---

[1] Counsel for the Alliance suggested that Mr. Webster is not an expert witness.  The Court, however, described him as such and allowed the Alliance to elicit testimony from Mr. Webster regarding legal opinions purportedly based on specialized knowledge.  If Mr. Webster was not being offered as an expert witness, the City's objections to leading questions should have been sustained and Mr. Webster's opinion testimony should have been stricken.

Gibson, Dunn & Crutcher LLP

it so happens that Mr. Webster isn't one in any event.  The Ninth Circuit "has repeatedly affirmed that 'an expert witness cannot give an opinion as to her *legal conclusion*, i.e., an opinion on an ultimate issue of law.'"  *United States v Diaz*, 876 F.3d 1194, 1197 (9th Cir. 2017).  Here, the ultimate issue of law is whether the City is complying with the parties' settlement agreement—and evidently exactly what the Alliance called Mr. Webster to testify about.  *See Nationwide Transp. Fin. v. Cass Info. Sys., Inc.*, 523 F.3d 1051, 1058 (9th Cir. 2008) (district court properly excluded testimony on legal conclusions, even if statement of law was accurate).

*Third*, the sudden call of an undisclosed expert witness to the stand violates due process.  The Alliance contends that the City's alleged breach of the settlement agreement warrants drastic relief.  And yet the Alliance also evidently doesn't intend to give the City any warning about the nature of the testimony it intends to elicit.  It's already troubling enough that the City must defend itself in an evidentiary hearing ordered on short notice, with unclear and potentially shifting goals for the hearing.  It shouldn't be further hamstrung by the disclosure, *on the witness stand*, that a witness is supposedly an expert whose testimony is worthy of some measure of deference by the finder of fact.  U.S. Const. amends. V, XIV.

To the extent that the Alliance intends to call other undisclosed expert witnesses, the City objects for these same reasons.

Gibson, Dunn &
Crutcher LLP

3

OBJECTION TO EXPERT TESTIMONY OF PAUL WEBSTER
2:20-cv-02291 DOC (KES)

DATED: May 27, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP


By: /s/ Theane Evangelis
         Theane Evangelis

GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
   tevangelis@gibsondunn.com
MARCELLUS McRAE, SBN 140308
   mmcrae@gibsondunn.com
KAHN SCOLNICK, SBN 228686
   kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
   bhamburger@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
DENISE C. MILLS, SBN 191992
KATHLEEN KENEALY, SBN 212289
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978-7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

4

OBJECTION TO EXPERT TESTIMONY OF PAUL WEBSTER
2:20-cv-02291 DOC (KES)

Gibson, Dunn & Crutcher LLP