UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>          Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**PLAINTIFF'S REQUEST TO HOLD MORNING SESSION IN SKID ROW ON THURSDAY, MAY 29, 2025**<br><br>Before:  Hon. David O. Carter<br>Courtroom: 1 |

During the evidentiary hearing on Plaintiff's request for a receivership today, May 27, 2025, the Court proposed holding a portion of the evidentiary hearing in Skid Row, an area within the City of Los Angeles critically affected by the homelessness crisis and the City's failure to comply with the terms of the LA Alliance Settlement Agreement and the Roadmap Agreement. The City did not respond to the Court's proposal.

Plaintiff LA Alliance for Human Rights ("LA Alliance") hereby responds to the Court's proposal and respectfully requests that the Court hold the morning session of the evidentiary hearing on Thursday, May 29, 2025, at a location on Skid Row of the Court's choosing. Plaintiff is prepared to facilitate such a hearing in any manner deemed necessary by the Court. Plaintiff proposes to call the following witnesses at that time: (i) Dewey Terry, (ii) Etsemaye P. Agonafe; (iii) Elizabeth Funk; (iv) John Maceri; and (v) Brian Ulf.

Dated: May 27, 2025            Respectfully submitted,

                              */s/ Matthew Donald Umhofer*
                              UMHOFER, MITCHELL & KING, LLP
                              Matthew Donald Umhofer (SBN 206607)
                              Elizabeth A. Mitchell (SBN 251139)

                              *Attorneys for Plaintiffs*

---

*PLAINTIFF'S REQUEST TO HOLD MORNING SESSION IN SKID ROW ON THURSDAY, MAY 29, 2025*