UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>             Plaintiffs,<br><br>      v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>             Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**PLAINTIFF'S NOTICE OF FILING CORRECTED EXHIBIT**<br><br>Before:  Hon. David O. Carter<br>Courtroom: 10A |

*PLAINTIFF'S NOTICE OF FILING CORRECTED EXHIBIT*

Plaintiff LA Alliance for Human Rights ("LA Alliance") hereby gives notice of filing a corrected exhibit entered on the record at the hearing which took place on May 27, 2025.

Plaintiff's Exhibit 126 (LA ALLIANCE_001644-001648) contained five charts related to quarterly open beds reported by the City of Los Angeles. All the numbers represented in said charts are correct and have not changed; however, the labels have been corrected to reflect each quarter of the fiscal year, rather than the calendar year. The attached version of Exhibit 126 contains corrected labels for each Quarter.

In addition to the attached, Plaintiff will update the electronic exhibit binders (iPads) and supply a hard copy of the corrected Exhibit 126 for the Court's exhibit binder at the hearing tomorrow, May 28, 2025.

Dated: May 27, 2025          Respectfully submitted,

*/s/ Matthew Donald Umhofer*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)

*Attorneys for Plaintiffs*

*PLAINTIFF'S NOTICE OF FILING CORRECTED EXHIBIT*