# EXHIBIT 126 (Corrected)



### Alliance Beds - City's Original Counting Method

| | Q2 FY22-23 | Q3 FY22-23 | Q4 FY22-23 | Q1 FY23-24 | Q2 FY23-24 | Q3 FY23-24 | Q4 FY23-24 | Q1 FY24-25 | Q2 FY24-25 | Q3 FY24-25 |
|---|---|---|---|---|---|---|---|---|---|---|
| Cumulative New Open Beds Per Quarter | 721 | 935 | 1748 | 2347 | 2810 | 3018 | 4017 | 4455 | 4815 | 5069 |
| Cumulative Milestone Goal Per Quarter | 1622 | 2482 | 3700 | 4138 | 5190 | 5688 | 5950 | 6235 | 6714 | 6782 |

Cumulative New Open Beds Per Quarter — Cumulative Milestone Goal Per Quarter

LA ALLIANCE_001644

# EXHIBIT 126 (Corrected)



**Alliance Beds - City's "New" Counting Method**

| | Q2 FY22-23 | Q3 FY22-23 | Q4 FY22-23 | Q1 FY23-24 | Q2 FY23-24 | Q3 FY23-24 | Q4 FY23-24 | Q1 FY24-25 | Q2 FY24-25 | Q3 FY24-25 |
|---|---|---|---|---|---|---|---|---|---|---|
| Cumulative New Open Beds Per Quarter | 721 | 935 | 1748 | 2347 | 2810 | 3018 | 4017 | 4455 | 4815 | 6724 |
| Cumulative Milestone Goal Per Quarter | 1622 | 2482 | 3700 | 4138 | 5190 | 5688 | 5950 | 6235 | 6714 | 6782 |

LA ALLIANCE_001645

# EXHIBIT 126 (Corrected)



## Bed Shortfalls Under Original Counting Method

|  | Q2 FY22-23 | Q3 FY22-23 | Q4 FY22-23 | Q1 FY23-24 | Q2 FY23-24 | Q3 FY23-24 | Q4 FY23-24 | Q1 FY24-25 | Q2 FY24-25 | Q3 FY24-25 |
|---|---|---|---|---|---|---|---|---|---|---|
| ■ Difference Between New Open Beds and Milestones (Cumulative) | -901 | -1547 | -1952 | -1791 | -2380 | -2670 | -1933 | -1780 | -1899 | -1713 |
| Milestone Goal Per Quarter (Cumulative) | 1622 | 2482 | 3700 | 4138 | 5190 | 5688 | 5950 | 6235 | 6714 | 6782 |

Milestone Goal Per Quarter (Cumulative)     ■ Difference Between New Open Beds and Milestones (Cumulative)

LA ALLIANCE_001646



Bed Shortfalls Under Original Counting Method

| | Q2 FY22-23 | Q3 FY22-23 | Q4 FY22-23 | Q1 FY23-24 | Q2 FY23-24 | Q3 FY23-24 | Q4 FY23-24 | Q1 FY24-25 | Q2 FY24-25 | Q3 FY24-25 |
|---|---|---|---|---|---|---|---|---|---|---|
| Difference Between New Open Beds and Milestones (Per Quarter) | -901 | -646 | -405 | 161 | -589 | -290 | 737 | 153 | -119 | 186 |

LA ALLIANCE_001647

EXHIBIT 126 (Corrected)



Original vs. "New" Counting Method

| | Q2 FY22 -23 | Q3 FY22 -23 | Q4 FY22 -23 | Q1 FY23 -24 | Q2 FY23 -24 | Q3 FY23 -24 | Q4 FY23 -24 | Q1 FY24 -25 | Q2 FY24 -25 | Q3 FY24 -25 |
|---|---|---|---|---|---|---|---|---|---|---|
| ■ "New" Counting Method Beds | | | | | | | | | | 1655 |
| ■ Original Counting Method Beds | 721 | 214 | 813 | 599 | 463 | 208 | 999 | 438 | 360 | 254 |

■ Original Counting Method Beds    ■ "New" Counting Method Beds

LA ALLIANCE_001648