GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
DENISE C. MILLS, SBN 191992
KATHLEEN KENEALY, SBN 212289
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213.978-7508
Facsimile: 213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>              Defendant. | CASE NO. 2:20-cv-02291 DOC (KES)<br><br>Honorable David O. Carter, United States District Judge<br><br>**NOTICE PURSUANT TO CALIFORNIA RULE OF PROFESSIONAL CONDUCT 1.12(C)(3)**<br><br>Action Filed:    March 10, 2020 |

Pursuant to California Rules of Professional Conduct 1.12(c)(3), Gibson, Dunn & Crutcher LLP (the "Firm") hereby provides notice that Alexa M. Barrett, an associate in the Firm's Los Angeles office and formerly a law clerk for this Court, has been screened from any participation in the Firm's representation of the City of Los Angeles in connection with *LA Alliance for Human Rights v. City of Los Angeles*, Case No. 2:20-cv-02291-DOC (KESx) (the "Matter").  The ethical screen the Firm has implemented prohibits Ms. Barrett from (i) working on or otherwise participating in the Matter; (ii) discussing the Matter with, or in the presence of, any of the Firm lawyers or other personnel working on the Matter; and (iii) disclosing any privileged or otherwise confidential information related to the Matter that Ms. Barrett possesses, if any, to any Firm lawyers or other personnel.  These instructions and requirements have been distributed to the lawyers and other personnel working on the Matter, as well as to Ms. Barrett.  Ms. Barrett also will not share in any fees paid to the Firm for the Matter.

DATED: May 28, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Theane Evangelis*
Theane Evangelis

GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS McRAE, SBN 140308
  mmcrae@gibsondunn.com
KAHN SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
DENISE C. MILLS, SBN 191992
KATHLEEN KENEALY, SBN 212289
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978-7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

Gibson, Dunn & Crutcher LLP

2

NOTICE PURSUANT TO CALIFORNIA RULE OF PROFESSIONAL CONDUCT 1.12(C)(3)
2:20-cv-02291 DOC (KES)