UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>           Plaintiffs,<br><br>      v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>           Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**PLAINTIFF'S NOTICE OF LODGING VIDEO EXHIBITS**<br><br>Before:  Hon. David O. Carter<br>Courtroom: 10A |

Plaintiff LA Alliance for Human Rights ("LA Alliance") hereby gives notice of lodging video exhibits.

During its presentation of evidence, Plaintiff played excerpts from audio and video footage of statements and testimony by various officials for Defendant City of Los Angeles. On June 2, 2025, Plaintiff manually lodged with the Court a USB flash drive containing video records of various City proceedings. Though in the hearing Plaintiff played only short clips from the proceedings, Plaintiff has included the full video/audio record from each proceeding on the flash drive lodged with the Court (a copy of which was also provided to counsel).

The proceedings are designated and lodged as follows, with time stamps denoting the portion played during the hearing:

- Ex. 150 – Housing and Homelessness Committee 1-29-2025 (portions played in court are found at 1:12:31-1:16:43.).  This Committee Hearing can also be found at https://www.youtube.com/watch?v=Z-3UbkR03_Y

- Ex. 151 – Housing and Homelessness Committee 2-12-2025 (portions played in court are found at 1:25:20-1:28:09 and 1:31:31-1:36:37.).  This Committee Hearing can also be found at https://www.youtube.com/watch?v=ugCrbD6R2AY

- Ex. 152 – Regular City Council 5-20-2025 *(2:00:13-2:15:05)* (in the interest of time, portions were not played in court but Plaintiff requests the court take judicial notice under Fed. R. Evid. 201.) This Committee Hearing can also be found at https://www.youtube.com/watch?v=0SNjIdT1JqU

- Ex. 153 – Mayor Karen Bass State of The City 2025 (portions played in court are found at 43:58-44:07.) This speech can also be found at https://www.youtube.com/watch?v=X1NPIvB8Kas

- Ex. 154 – Budget Hearing 5-1-2025 *(1:03:28-1:19:21)* (in the interest of time, portions were not played in court but Plaintiff requests the court take

judicial notice under Fed. R. Evid. 201.) This Committee Hearing can also be found at https://www.youtube.com/watch?v=L2mjXRyQoPk

Dated: June 2, 2025              Respectfully submitted,

*/s/ Matthew Donald Umhofer*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)

*Attorneys for Plaintiff*

*PLAINTIFF'S NOTICE OF LODGING VIDEO EXHIBITS*