UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**<br><br>Before:  Hon. David O. Carter<br>Courtroom: 10A |

Plaintiff LA Alliance for Human Rights ("LA Alliance" or "Plaintiff") respectfully requests pursuant to Rule 201 of the Federal Rules of Evidence that the Court take judicial notice of the following documents in connection with the evidentiary hearing which commenced on May 27, 2025.

This Court may take judicial notice of a fact "not subject to reasonable dispute because it (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed R. Evid. 201(b). A court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

**a.      Documents Filed in Federal District Courts**

"[T]he Court may take judicial notice of matters of public record." Moore v. Navarro, 2004 WL 783104, at *2 (N.D. Cal. Mar. 31, 2004). Such "matters of public record" include documents filed in federal district courts. See MGIC Indem. Corp. v. Weisman, 803 F.2d 500, 504 (9th Cir. 1986) (taking judicial notice of a motion to dismiss filed in a separate, prior matter); Ray v. Lara, 31 F.4th 692, 702 n.4 (9th Cir. 2022) ("We may take judicial notice of district court records.").

Plaintiff requests that the Court take judicial notice of the following documents filed on the public docket in this case:

| Ex. | Date | ECF No. | Description | Beg Bates | End Bates |
|---|---|---|---|---|---|
| 1 | 6/18/20 | 136 | Roadmap binding term sheet | LA ALLIANCE_000001 | LA ALLIANCE_000002 |
| 2 | 10/13/20 | 185-1 | MOU Between the County and City of Los Angeles | LA ALLIANCE_000003 | LA ALLIANCE_000014 |
| 3 | 10/20/20 | 186-1 | Homelessness Roadmap Quarterly Report | LA ALLIANCE_000015 | LA ALLIANCE_000017 |
| 4 | 5/1/21 | 204-1 | Homelessness Roadmap Quarterly Report | LA ALLIANCE_000018 | LA ALLIANCE_000020 |
| 5 | 4/15/21 | 267-1 | Homelessness Roadmap Quarterly Report | LA ALLIANCE_000021 | LA ALLIANCE_000025 |

| 6 | 7/15/21 | 342-1 | Homelessness Roadmap Quarterly Report | LA ALLIANCE_000026 | LA ALLIANCE_000028 |
|---|---|---|---|---|---|
| 7 | 10/15/21 | 356-1 | Homelessness Roadmap Quarterly Report | LA ALLIANCE_000029 | LA ALLIANCE_000033 |
| 8 | 1/18/22 | 383-1 | Homelessness Roadmap Quarterly Report | LA ALLIANCE_000034 | LA ALLIANCE_000039 |
| 9 | 4/22/22 | 414-1 | Homelessness Roadmap Quarterly Report | LA ALLIANCE_000040 | LA ALLIANCE_000045 |
| 10 | 7/22/22 | 460-1 | Homelessness Roadmap Quarterly Report | LA ALLIANCE_000046 | LA ALLIANCE_000052 |
| 11 | 10/14/22 | 482-1 | Homelessness Roadmap Quarterly Report | LA ALLIANCE_000053 | LA ALLIANCE_000058 |
| 12 | 1/17/23 | 515-1 | Homelessness Roadmap Quarterly Report | LA ALLIANCE_000059 | LA ALLIANCE_000065 |
| 13 | 1/26/23 | 523-1 | Homelessness Roadmap Quarterly Report | LA ALLIANCE_000066 | LA ALLIANCE_000072 |
| 14 | 4/21/23 | 538-1 | Homelessness Roadmap Quarterly Report | LA ALLIANCE_000073 | LA ALLIANCE_000079 |
| 15 | 7/17/23 | 599-1 | Homelessness Roadmap Quarterly Report | LA ALLIANCE_000080 | LA ALLIANCE_000086 |
| 16 | 10/16/23 | 651-1 | Homelessness Roadmap Quarterly Report | LA ALLIANCE_000087 | LA ALLIANCE_000092 |
| 17 | 1/16/24 | 661-1 | Homelessness Roadmap Quarterly Report | LA ALLIANCE_000093 | LA ALLIANCE_000099 |
| 18 | 4/17/24 | 729-1 | Homelessness Roadmap Quarterly Report | LA ALLIANCE_000100 | LA ALLIANCE_000106 |
| 19 | 7/15/24 | 756-1 | Homelessness Roadmap Quarterly Report | LA ALLIANCE_000107 | LA ALLIANCE_000112 |
| 20 | 10/18/24 | 796-1 | Homelessness Roadmap Quarterly Report | LA ALLIANCE_000113 | LA ALLIANCE_000118 |
| 21 | 1/22/25 | 587-1 | Homelessness Roadmap Quarterly Report | LA ALLIANCE_000119 | LA ALLIANCE_000124 |
| 22 | 4/15/25 | 891-1 | Homelessness Roadmap Quarterly Report | LA ALLIANCE_000125 | LA ALLIANCE_000130 |
| 23 | 5/14/25 | 905 | A&M Independent Assessement of City-Funded Homelessness Assistance Programs | LA ALLIANCE_000131 | LA ALLIANCE_000290 |
| 25 | 5//24/22 | 429-1 | Amended Fully Executed Stipulation Order of Dismissal as to Defendant City of Los Angeles - Ex. 1, Settlement Agreement | LA ALLIANCE_000292 | LA ALLIANCE_000319 |

2

*PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE*

| 26 | 1/17/23 | 516-1 | Alliance Settlement Agreement Quarterly Report | LA ALLIANCE_000320 | LA ALLIANCE_000326 |
|---|---|---|---|---|---|
| 27 | 4/21/23 | 539-1 | Alliance Settlement Agreement Quarterly Report | LA ALLIANCE_000327 | LA ALLIANCE_000333 |
| 28 | 7/17/23 | 598-1 | Alliance Settlement Agreement Quarterly Report | LA ALLIANCE_000334 | LA ALLIANCE_000341 |
| 29 | 10/16/23 | 652-1 | Alliance Settlement Agreement Quarterly Report | LA ALLIANCE_000342 | LA ALLIANCE_000349 |
| 30 | 1/16/24 | 660-1 | Alliance Settlement Agreement Quarterly Report | LA ALLIANCE_000350 | LA ALLIANCE_000357 |
| 31 | 4/15/24 | 728-1 | Alliance Settlement Agreement Quarterly Report | LA ALLIANCE_000358 | LA ALLIANCE_000365 |
| 32 | 7/15/24 | 757-1 | Alliance Settlement Agreement Quarterly Report | LA ALLIANCE_000366 | LA ALLIANCE_000373 |
| 33 | 10/18/24 | 797-1 | Alliance Settlement Agreement Quarterly Report | LA ALLIANCE_000374 | LA ALLIANCE_000379 |
| 34 | 1/22/25 | 858-1 | Alliance Settlement Agreement Quarterly Report | LA ALLIANCE_000380 | LA ALLIANCE_000384 |
| 35 | 4/15/25 | 892-1 | Alliance Settlement Agreement Quarterly Report | LA ALLIANCE_000385 | LA ALLIANCE_000390 |
| 37 | 2/20/25 | 863 | LA Alliance Motion for Order re Settlement Agreement Compliance | LA ALLIANCE_000397 | LA ALLIANCE_000416 |
| 38 | 2/20/25 | 863-1 | Mitchell Declaration | LA ALLIANCE_000417 | LA ALLIANCE_000420 |
| 39 | 2/20/25 | 863-2 | Ex. A - Settlement Agreement | LA ALLIANCE_000421 | LA ALLIANCE_000449 |
| 40 | 2/20/25 | 863-3 | Ex. B - Order Approving Stipulated Dismissl and Proposed Settlement | LA ALLIANCE_000450 | LA ALLIANCE_000453 |
| 41 | 2/20/25 | 863-4 | Ex. C - Alliance Protential Project List | LA ALLIANCE_000454 | LA ALLIANCE_000462 |
| 42 | 2/20/25 | 864-5 | Ex. D - Housing-Shelter Alliance Milestones | LA ALLIANCE_000463 | LA ALLIANCE_000464 |
| 43 | 2/20/25 | 863-6 | Ex. E - Encampment Engagement, Cleaning, and Resolution | LA ALLIANCE_000465 | LA ALLIANCE_000473 |
| 44 | 2/20/25 | 863-7 | Ex. F - Report from City re Homelessness Emergency Account, Dec. 26, 2024 | LA ALLIANCE_000474 | LA ALLIANCE_000518 |
| 45 | 2/20/25 | 863-8 | Ex. G - Demand for Breach of Settlement Agreement, Aug. 16, 2024 | LA ALLIANCE_000519 | LA ALLIANCE_000521 |

3

*PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE*

| 46 | 2/20/25 | 863-9 | Ex. H. - Notice of Vilolation of Settlement Agreement | LA ALLIANCE_000522 | LA ALLIANCE_000524 |
|---|---|---|---|---|---|
| 47 | 2/20/25 | 863-10 | Ex. I - Encampment Milestones | LA ALLIANCE_000525 | LA ALLIANCE_000526 |
| 48 | 3/6/25 | 871 | City of Los Angeles Opposition to Motion for Order re Settlement Agreement Compliance | LA ALLIANCE_000527 | LA ALLIANCE_000546 |
| 49 | 3/13/25 | 872 | LA Alliance Reply ISO Motion for Order re Settlement Agreement Compliance | LA ALLIANCE_000547 | LA ALLIANCE_000561 |
| 50 | 3/13/25 | 872-1 | Mitchell Declaration | LA ALLIANCE_000562 | LA ALLIANCE_000564 |
| 51 | 3/13/25 | 872-2 | Ex.1 - Email dated Jan. 15, 2025 | LA ALLIANCE_000565 | LA ALLIANCE_000567 |
| 52 | 3/24/25 | 874 | Order re Plaintiff's Motion re Settlement Agreement Compliance | LA ALLIANCE_000568 | LA ALLIANCE_000569 |
| 53 | 5/8/25 | 899 | Plaintiff's Response re Issues Raised by Court on March 27, 2025 | LA ALLIANCE_000570 | LA ALLIANCE_000613 |
| 54 | 5/8/25 | 899-1 | Mitchell Declaration | LA ALLIANCE_000614 | LA ALLIANCE_000616 |
| 55 | 5/8/25 | 899-2 | Ex. 1 - LAHSA Memo TLS Beds Open to Date dna Clients Served in Roadmap Reports | LA ALLIANCE_000617 | LA ALLIANCE_000619 |
| 56 | 5/8/25 | 899-3 | Ex. 2 - LAHSA JPA Agreement, Feb. 28, 2001 | LA ALLIANCE_000620 | LA ALLIANCE_000634 |
| 57 | 5/13/25 | 903 | City Objections to Response re Issues Raised by the Court on March 27, 2025 | LA ALLIANCE_000635 | LA ALLIANCE_0000642 |
| 58 | 2/7/24 | 668-1 | LA Alliance Encampment Milestones Goals | LA ALLIANCE_000643 | LA ALLIANCE_000651 |
| 60 | 7/15/24 | 757-2 | Alliance Settlement Agreement Encampment Quarterly Reports | LA ALLIANCE_000653 | LA ALLIANCE_000654 |
| 61 | 10/18/24 | 797-2 | Alliance Settlement Agreement Encampment Quarterly Reports | LA ALLIANCE_000655 | LA ALLIANCE_000656 |
| 62 | 1/22/25 | 858-2 | Alliance Settlement Agreement Encampment Quarterly Reports | LA ALLIANCE_000657 | LA ALLIANCE_000658 |
| 63 | 4/15/25 | 892-2 | Alliance Settlement Agreement Encampment Quarterly Reports | LA ALLIANCE_000659 | LA ALLIANCE_000660 |
| 64 | 2/7/24 | 668 | LA Alliance Motion for Order re Settlement Agreemennt Compliance and for Sanctions | LA ALLIANCE_000661 | LA ALLIANCE_000682 |

4

*PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE*

| 65 | 2/7/24 | 668-1 | Michell Declaration and Exs. A-J | LA ALLIANCE_000683 | LA ALLIANCE_000767 |
|----|--------|-------|----------------------------------|--------------------|--------------------|
| 66 | 2/12/24 | 669 | City Opposition to Motion for Order re Settlement Agreement Compliance and for Sanctions | LA ALLIANCE_000768 | LA ALLIANCE_000788 |
| 67 | 2/12/24 | 669-1 | Marcus Declaration | LA ALLIANCE_000789 | LA ALLIANCE_000799 |
| 68 | 2/12/24 | 669-2 | Ex. 1 - City Correspondence re Homelessness Emergency Account, Feb. 1, 2024 | LA ALLIANCE_000800 | LA ALLIANCE_000823 |
| 69 | 2/12/24 | 669-3 | Ex. 2 - City Correspondence re Homelessness Emergency Declaration - 2023-24 First Quarterly Report, Oct. 13, 2023 | LA ALLIANCE_000824 | LA ALLIANCE_000844 |
| 70 | 2/12/24 | 669-4 | Ex. 3 - City Correspondence re Homelessness Emergency Declaration - Supplemental 2023-24 First Quarterly Report, Oct. 27, 2023 | LA ALLIANCE_000845 | LA ALLIANCE_000852 |
| 71 | 2/12/24 | 669-5 | Ex. 4 - City Correspondence re Homelessness Emergency Declaration - 2023-24 Second Quarterly Report, Jan. 12, 2024 | LA ALLIANCE_000853 | LA ALLIANCE_000867 |
| 72 | 2/12/24 | 669-6 | Ex. 5 - City Correspondence re Alliance Settlement Agreement Progress as of September 30, 2023, Dec. 1, 2023 | LA ALLIANCE_000868 | LA ALLIANCE_000883 |
| 73 | 2/13/24 | 670 | Intervenorss' Opposition and Objections to Motion for Sanctions | LA ALLIANCE_000884 | LA ALLIANCE_000895 |
| 74 | 2/22/24 | 672 | LA Alliance Reply ISO Motion for Order re Settlement Agreement Compliance and Sanctions | LA ALLIANCE_000896 | LA ALLIANCE_000912 |
| 75 | 2/22/24 | 672-1 | Mitchell Declaration and Exs. K-O | LA ALLIANCE_000913 | LA ALLIANCE_000938 |
| 76 | 9/4/24 | 767 | LA Alliance Motion for Order re Settlement Agreement Compliance | LA ALLIANCE_000939 | LA ALLIANCE_000945 |
| 77 | 9/4/24 | 767-1 | Mitchell Declaration | LA ALLIANCE_000946 | LA ALLIANCE_000948 |
| 78 | 9/4/24 | 767-2 | Ex. A - LA Alliance Encampment Milestone Goals | LA ALLIANCE_000949 | LA ALLIANCE_000949 |
| 79 | 9/11/24 | 774 | City Opposition to Motion for Order re Settlement Agreement Compliance | LA ALLIANCE_000950 | LA ALLIANCE_000956 |

5

*PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE*

| 80 | 9/18/24 | 776 | LA Alliance Reply ISO Motion for Order re Settlement Agreement Compliance | LA ALLIANCE_000957 | LA ALLIANCE_000963 |
| 81 | 3/24/25 | 874 | Order re Plaintiff's Motion re Settlement Agreement Compliance [767] | LA ALLIANCE_000964 | LA ALLIANCE_000965 |
| 90 | 2/29/24 | 674 | Special Master Independent Monitoring Report Year One | LA ALLIANCE_001252 | LA ALLIANCE_001276 |
| 93 | 5/14/25 | 904 | Special Master Independent Monitoring Report and Recommendations No. 2 | LA ALLIANCE_001420 | LA ALLIANCE_001466 |
| 113 | 9/12/24 | 775 | City of Los Angeles Proposed Bed Plan | LA ALLIANCE_001547 | LA ALLIANCE_001549 |
| 131 | 3/7/25 | 878 | Transcript Mar. 27, 2025 Hearing re Mot. for SA Comp. | LA ALLIANCE_001686 | LA ALLIANCE_001809 |
| 133 | 5/15/25 | 909 | Transcript May 15, 2025 Status Conference re A&M Audit | LA ALLIANCE_001819 | LA ALLIANCE_001859 |
| 140 | 12/14/21 | 373 | Joint Status Report re MOU | LA ALLIANCE_001960 | LA ALLIANCE_002003 |

### b.    Hearings and Public Records from a Government Agency

"[B]ecause of their perceived reliability, courts have often admitted records taken from websites maintained by government agencies." Rollins v. Dignity Health, 338 F. Supp. 3d 1025, 1032 (N.D. Cal. 2018). Likewise, "[a] government agency's records will often be judicially noticeable because they are public records." Id.

Plaintiff requests that the Court take judicial notice of the following documents and media sourced from the City and other public agencies:

| Ex. | Date | Description | Beg Bates | End Bates |
|---|---|---|---|---|
| 24 | 11/11/22 | Housing-Shelter Alliance Milestones | LA ALLIANCE_000291 | LA ALLIANCE_000291 |
| 82 | 3/23/01 | HUD Audit re LAHSA | LA ALLIANCE_000966 | LA ALLIANCE_000977 |
| 83 | 6/8/07 | HUD Audit re LAHSA | LA ALLIANCE_000978 | LA ALLIANCE_000993 |
| 84 | 6/4/18 | LA County Auditor Follow Up Review of LAHSA | LA ALLIANCE_000994 | LA ALLIANCE_001025 |

6

*PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE*

| 85 | 8/28/19 | LA City Controller Audit Improving LAHSA Outreach Program | LA ALLIANCE_001026 | LA ALLIANCE_001074 |
|---|---|---|---|---|
| 86 | 10/8/19 | LA City Controller Review of Proposition HHH | LA ALLIANCE_001075 | LA ALLIANCE_001148 |
| 87 | 2/5/21 | County of Los Angeles LAHSA Audit | LA ALLIANCE_001149 | LA ALLIANCE_001158 |
| 88 | 1/20/22 | HUD Audit re LAHSA | LA ALLIANCE_001159 | LA ALLIANCE_001201 |
| 89 | 12/5/23 | LA City Controller Audit Interim Housing Bed Availability Data | LA ALLIANCE_001202 | LA ALLIANCE_001251 |
| 91 | 11/19/24 | County of Los Angeles LAHSA Audit | LA ALLIANCE_001277 | LA ALLIANCE_001333 |
| 92 | 12/10/24 | LA City Controller Homelessness Audit: Pathways to Permanent Housing | LA ALLIANCE_001334 | LA ALLIANCE_001419 |
| 94 | | 2022 Greater Los Angeles Homeless Count - City of Los Angeles Council District 1 | LA ALLIANCE_001467 | LA ALLIANCE_001467 |
| 95 | | 2022 Greater Los Angeles Homeless Count - City of Los Angeles Council District 2 | LA ALLIANCE_001468 | LA ALLIANCE_001468 |
| 96 | | 2022 Greater Los Angeles Homeless Count - City of Los Angeles Council District 3 | LA ALLIANCE_001469 | LA ALLIANCE_001468 |
| 97 | | 2022 Greater Los Angeles Homeless Count - City of Los Angeles Council District 4 | LA ALLIANCE_001470 | LA ALLIANCE_001470 |
| 98 | | 2022 Greater Los Angeles Homeless Count - City of Los Angeles Council District 5 | LA ALLIANCE_001471 | LA ALLIANCE_001471 |
| 99 | | 2022 Greater Los Angeles Homeless Count - City of Los Angeles Council District 6 | LA ALLIANCE_001472 | LA ALLIANCE_001472 |
| 100 | | 2022 Greater Los Angeles Homeless Count - City of Los Angeles Council District 7 | LA ALLIANCE_001473 | LA ALLIANCE_001473 |
| 101 | | 2022 Greater Los Angeles Homeless Count - City of Los Angeles Council District 8 | LA ALLIANCE_001474 | LA ALLIANCE_001474 |
| 102 | | 2022 Greater Los Angeles Homeless Count - City of Los Angeles Council District 9 | LA ALLIANCE_001475 | LA ALLIANCE_001475 |

7

*PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE*

| 103 | | 2022 Greater Los Angeles Homeless Count - City of Los Angeles Council District 10 | LA ALLIANCE_001476 | LA ALLIANCE_00146 |
| 104 | | 2022 Greater Los Angeles Homeless Count - City of Los Angeles Council District 11 | LA ALLIANCE_001477 | LA ALLIANCE_001477 |
| 105 | | 2022 Greater Los Angeles Homeless Count - City of Los Angeles Council District 12 | LA ALLIANCE_001478 | LA ALLIANCE_001478 |
| 106 | | 2022 Greater Los Angeles Homeless Count - City of Los Angeles Council District 13 | LA ALLIANCE_001479 | LA ALLIANCE_001479 |
| 107 | | 2022 Greater Los Angeles Homeless Count - City of Los Angeles Council District 14 | LA ALLIANCE_001480 | LA ALLIANCE_001480 |
| 108 | | 2022 Greater Los Angeles Homeless Count - City of Los Angeles Council District 15 | LA ALLIANCE_001481 | LA ALLIANCE_001481 |
| 114 | 11/9/22 | LA Alliance Milestones Potential Project List | LA ALLIANCE_001550 | LA ALLIANCE_001557 |
| 127 | 2/6/25 | City of Los Angeles Correspondence: Proposition HHH Quarterly Report - Fourth Quarter fo Fiscal Year 2023-2024 | LA ALLIANCE_001649 | LA ALLIANCE_001663 |
| 128 | 1/19/25 | City of Los Angeles Correspondence: Amendment to Proposition HHH FY 2020-2021 Project Expenditure Plan | LA ALLIANCE_001664 | LA ALLIANCE_001678 |
| 129 | 7/7/23 | City of Los Angeles Resolution re state of local emergency concerning PEH | LA ALLIANCE_001679 | LA ALLIANCE_001679 |
| 134 | 6/28/24 | LAHSA-greater-los-angeles-homeless-count-result | LA ALLIANCE_001860 | LA ALLIANCE_001901 |
| 135 | | Homeless Mortality Report 2017-2023 (March 2025) | LA ALLIANCE_001902 | LA ALLIANCE_001928 |
| 137 | 4/7/23 | Statement Bass City Attorney Feldstein Soto | LA ALLIANCE_001935 | LA ALLIANCE_001936 |
| 142 | 6/29/16 | Final Resolution re Prop HHH | LA ALLIANCE_002019 | LA ALLIANCE_002032 |
| 143 | 10/8/19 | Report: The High Cost of Homeless Housing: Review of Proposition HHH | LA ALLIANCE_002033 | LA ALLIANCE_002106 |
| 150 | 1/29/25 | Video: Housing and Homelessness Committee 1-29-2025 | Lodged with Court | |

8

*PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE*

| 151 | 2/12/25 | Video: Housing and Homelessness Committee 2-12-2025 | Lodged with Court | |
| 152 | 5/20/25 | Video: Regular City Council 5-20-2025 | Lodged with Court | |
| 153 | | Video: Mayor Karen Bass State of The City 2025 | Lodged with Court | |
| 154 | 5/1/25 | Video: Budget Hearing 5-1-2025 | Lodged with Court | |
| 155 | 9/9/21 | Video: Homelessness and Poverty Committee - September 9, 2021 (at time 43:43) | https://www.youtube.com/watch?v=ejvGxroTL6Q&t=2622s | |
| 156 | 9/22/22 | Video: Homelessness and Poverty Committee - September 22, 2022 10:00 AM (at time 56:04) | https://www.youtube.com/watch?v=WIt4WHSMU2I&t=3364s | |
| 157 | 8/2/23 | Video: Housing and Homelessness Committee - August 02, 2023 02:00 PM (at time 1:27:37) | https://www.youtube.com/watch?v=MWyLexzTu9M&t=5257s | |
| 158 | 5/22/25 | Video: Regular City Council - May 22, 2025 (at time 7:39:31) | https://www.youtube.com/watch?v=294R1Ir1uZ8&t=27571s | |

Dated: June 3, 2025         Respectfully submitted,

/s/ Matthew Donald Umhofer

UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)

*Attorneys for Plaintiffs*

9

*PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE*