## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## <u>CIVIL MINUTES – GENERAL</u>

Case No. <u>LA CV 20-02291-DOC(KESx)</u>          Date:  <u>June 2, 2025</u>

Title:    <u>LA Alliance for Human Rights, et al v. City of Los Angeles, et al.</u>

---

PRESENT:    <u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

<u>Karlen Dubon</u>                    <u>Court Smart</u>
Courtroom Deputy                  Court Reporter

<u>Attorneys Present for Plaintiff:</u>        <u>Attorneys Present for Defendant:</u>
Elizabeth Mitchell                  **City of Los Angeles:**
Matthew Umhofer          James Rotstein, Theane Evangelis, Patrick Fuster
Paul Webster           Marcellus McRae, Kahn Scolnick, Angelique Kaounis
Intervenor: Shayla Myers               **Los Angeles County :**
                            Lauren Brody

---

PROCEEDINGS:      **EVIDENTIARY HEARING RE POTENTIAL BREACH
                OF THE ROADMAP AGREEMENT**
                *(Held at Los Angeles First Street)*

Case called.  Also present is Special Master Michele Martinez.

The Court receives exhibits and hears witness testimony.

The Court orders the transcript of this hearing designated as the official court record and the transcript for the hearing June 2, 2025 be made available on the docket forthwith free of charge to all ordering parties.

The Court further orders the transcript be produced at Government expense, billed at the daily rate.

The transcript will also be available to download on the Court's Cases of Interest web page, located here: https://www.cacd.uscourts.gov/newsworthy/cases-of-interest.

The evidentiary hearing is continued to June 3, 2025 at 8:00 AM in Courtroom 1.

cc:  CourtRecording_CACD@cacd.uscourts.gov
     Transcripts_CACD@cacd.uscourts.gov                    6 : 27
     Reporter_CACD@cacd.uscourts.gov           Initials of Deputy Clerk:  kd