GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
    tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
    mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
    kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
    bhamburger@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
DENISE C. MILLS, SBN 191992
KATHLEEN KENEALY, SBN 212289
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978-7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>        Defendant. | CASE NO. 2:20-cv-02291 DOC (KES)<br><br>Honorable David O. Carter, United States District Judge<br><br>**CITY OF LOS ANGELES'S NOTICE OF LODGING OF EXHIBITS FOR EVIDENTIARY HEARING**<br><br>Action Filed:    March 10, 2020 |

NOTICE OF LODGING
2:20-cv-02291 DOC (KES)

Defendant City of Los Angeles lodges the below exhibits (attached to this Notice) for purposes of the evidentiary hearing in this Court that began on May 27, 2025. With the exception of Exhibit 219 (which the Court has not yet ruled on), all of the following exhibits have been received by the Court and admitted into evidence for this proceeding.

- **Exhibit 205**:  A&M Engagement Letter (ECF No. 743)
- **Exhibit 206**: City's approval of Amendment 1 to A&M Engagement Letter (ECF No. 779)
- **Exhibit 208**:  Government Auditing Standards
- **Exhibit 210**: Agreement for Special Master Services
- **Exhibit 211**: Renewal Special Master Agreement
- **Exhibit 212**: Special Master Invoice dated 4.4.25
- **Exhibit 213**: Order re Appointment of Special Master
- **Exhibit 214**: Los Angeles Daily News Article dated 5.25.25
- **Exhibit 215**:  Bio of Diane Rafferty
- **Exhibit 216**: Email between City of Los Angeles and LA Alliance re Revised Plans and Milestones dated 12.29.23
- **Exhibit 217**: Email between City of Los Angeles and LA Alliance re Meet and Confer pursuant to section 8.2 dated 2.28.25
- **Exhibit 218**: Email between City of Los Angeles and LA Alliance re Meet and Confer pursuant to section 8.2 dated 3.25.25
- **Exhibit 219**: LAist article dated 8.3.23
- **Exhibit 220**: Michele Martinez Bio

Gibson, Dunn & Crutcher LLP

1

NOTICE OF LODGING
2:20-cv-02291 DOC (KES)

DATED: June 4, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Theane Evangelis*
    Theane Evangelis

GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
   tevangelis@gibsondunn.com
MARCELLUS McRAE, SBN 140308
   mmcrae@gibsondunn.com
KAHN SCOLNICK, SBN 228686
   kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
   bhamburger@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
DENISE C. MILLS, SBN 191992
KATHLEEN KENEALY, SBN 212289
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978-7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

Gibson, Dunn & Crutcher LLP