# EXHIBIT 206

HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213-978-7508
Facsimile: 213-978-7011
Email:  Arlene.Hoang@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>Defendants. | Case No. 2:20-cv-02291 DOC (KES)<br><br>**DEFENDANT CITY OF LOS ANGELES' RESPONSE TO ORDERS AND AMENDMENT ONE TO THE ENGAGEMENT LETTER BETWEEN ALVAREZ & MARSAL PUBLIC SECTOR SERVICES, LLC AND THE COURT DATED MAY 17, 2024 [DKT. 743, 771, 778]**<br><br>**Hon. David O. Carter**<br>**United States District Judge** |

**Def. Ex. 206**

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Court's September 10, 2024 and September 18, 2024 Orders (Dkt. 771 and 778), on September 25, 2024, Council for the City of Los Angeles ("City Council") approved Amendment One to the engagement letter between Alvarez & Marsal Public Sector Services, LLC ("A&M") and District Judge David O. Carter (the "Court") dated May 17, 2024 ("the Agreement") (Dkt. 743), which was attached as Exhibit 1 to the Court's September 10, 2024 Order (Dkt. 771) ("Amendment One"). Attachment 1 hereto is a copy of Amendment One signed by City Council President Harris-Dawson and Mayor Bass.

DATED:  September 25, 2024    HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN  KENEALY, Chief Asst City Attorney
ARLENE N. HOANG, Deputy City Attorney
JESSICA MARIANI, Deputy City Attorney

By: */s/Arlene N. Hoang*
Arlene N. Hoang, Deputy City Attorney
Counsel for Defendant City of Los Angeles

1

# ATTACHMENT 1

**Def. Ex. 206**

Case 2:20-cv-02291-DOC-KES    Document 764-2   Filed 09/05/24   Page 4 of 8   Page
Case 2:20-cv-02291-DOC-KES    Document 776-8   Filed 09/10/24   Page 3 of 8   Page
ID #:22260

**ALVAREZ & MARSAL**
**PUBLIC SECTOR SERVICES**

Alvarez & Marsal
Public Sector Services, LLC
655 15th Street, NW
Suite 600
Washington, D.C. 20005
Phone: +1 202 729 2100
Fax: +1 202 729 2101

September 9, 2024

District Judge David O. Carter
United States District Court
California Central District Court
411 West Fourth Street, Courtroom 10A
Santa Ana, CA 92701

Re:  Amendment One to Engagement Letter dated May 17, 2024

Dear Judge David O. Carter:

This letter serves as an amendment to the engagement letter between Alvarez & Marsal Public Sector Services, LLC ("A&M") and District Judge David O. Carter (the "Court") dated May 17, 2024 (the "Agreement").

1.    Updated Scope of Services

    (a) A&M has been engaged under the Agreement to conduct an independent assessment of the City of Los Angeles's homelessness programs; specifically, this financial and performance assessment is limited to funding from the City of Los Angeles and the three identified programs: 1) Freeway Agreement – Roadmap Program, 2) Inside Safe Program, and 3) Alliance Settlement Program (the "Programs")[1]. This ongoing assessment is hereby amended to include a review of the Los Angeles Police Department ("LAPD") limited to their involvement with the Programs. A&M will not review, use, collect, or retain any personal information obtained through interviews or personal interactions.

    (b) A&M's scope of work will be updated to encompass:

        a. **Evaluation of Homeless Services Functions of the LAPD:** A&M will review the services provided by the LAPD and respective funds appropriated in the adopted homeless budgets across the lookback periods of the respective Programs and any supplemental expenditures that have been categorized or recategorized as homelessness spending, including, but not limited to:
            i. LAPD Sworn Overtime and Other Homeless Services Related to Interim Homeless Housing Sites (IHHS)
            ii. LAPD Homeless Coordinator Resources
            iii. LAPD Resource Enhancement Services and Enforcement Team
            iv. LAPD Unified Homeless Response Center

---

[1] The A&M team will continue to assess and prioritize the distributed funds to these Programs based on estimated materiality upon agreement with Judge David O. Carter.

**Def. Ex. 206**

Case 2:20-cv-02291-DOC-KES    Document 964-2  Filed 09/05/24  Page 5 of 7  Page ID
Case 2:20-cv-02291-DOC-KES    Document 969  Filed 09/10/24    Page 4 of 6   Page ID
#:22261
#:22261



A&M | ALVAREZ & MARSAL
PUBLIC SECTOR SERVICES

      v. LAPD Proactive Engagement Staff / Support for Public Right-of-Way Clean Up

    b. A&M's evaluation of LAPD's involvement in relation to the Programs will include:
        i. Interviewing experts within LAPD as well as select service providers and unsheltered people experiencing homelessness
        ii. Reviewing and examining policies, procedures, and protocols for interactions with unsheltered people experiencing homelessness, including referral processes
        iii. Evaluating LAPD's allocated funding and expenditures related to their involvement in homelessness assistance services
        iv. Quantifying the total hours, hourly rates, and related costs for overtime paid using City funds for Department Sworn Overtime and Other Homeless Services-IHHS
        v. Requesting and analyzing historical financial and operational (e.g., citations, arrests) data that may be tracked or connected to the Programs
        vi. Understanding the organizational structure of each unit of the LAPD specifically dedicated to coordinating or providing homelessness services
        vii. Assessing LAPD's resource impact for responses to incidents involving unsheltered people experiencing homelessness
        viii. Identifying the key metrics and outcomes tracked and reported by LAPD
    c. Upon completion of the scope outlined above, A&M will include a summary of the results of its review of LAPD as a component of the overall assessment in accordance with the original Scope of Work.

2. <u>Proposed Pricing</u>
    (a) To provide for the expansion of scope outlined above, A&M estimates an increase in a fixed-fee price of $270,000 for a total fixed fee of $2,470,000. A&M will continue to invoice the City of Los Angeles monthly: $440,000 for the August invoice and $575,000 for each of the September and October invoices. The pricing proposed is subject to change to ensure a comprehensive assessment and based on the availability of LAPD leaders and other experts for interviews, and the timely response to data requests by LAPD and other City departments, as necessary.

3. <u>Proposed Supplemental Scope for Consideration</u>
    (a) On August 29, 2024, during the court conference, Judge Carter inquired whether A&M believes the current scope is sufficient to meet the objective of a comprehensive assessment. Under the current scope, A&M needs to perform an analysis and evaluation on whether the Programs assist or hinder people experiencing homelessness in enrolling and receiving proper care and services, including behavioral health, access to treatment beds, and substance use treatment. A&M would like to gain a deeper understanding of whether the Programs offer comprehensive medical care and health

**Def. Ex. 206**

Case 2:20-cv-02291-DOC-KES    Document 964-2    Filed 09/05/24    Page 6 of 7    Page ID
Case 2:20-cv-02291-DOC-KES    Document 970    Filed 09/10/24    Page 5 of 6    Page ID
#:22262



**ALVAREZ & MARSAL
PUBLIC SECTOR SERVICES**

services, such as mobile clinics, access to medications, vaccinations, and other essential healthcare provisions. Based on A&M's current understanding, the County plays a significant role in funding and providing these services, such as Mainstream Services to clients in interim housing beds established by the City who meet eligibility criteria as well as permanent supportive housing services. To further assess and understand whether the Programs increase, reduce, or otherwise impact housing and shelter placements and stability of people experiencing homelessness, A&M believes this comprehensive assessment needs to include the services directly funded and provided by the County of Los Angeles.

(b) Examples of the County-funded services that the A&M team wants to further assess and understand include but are not limited to:
   a. Mental health and substance-use disorder outreach; Multi-Disciplinary Teams deployed and funded by the Department of Health Services
   b. Intensive Case Management Services and integrated health services
   c. Services to facilitate connection to primary care, specialty mental health services, and substance use disorder services
   d. Disability benefit advocacy services through Departments of Health Services, Mental Health, and Public Health
   e. Assistance to apply for and obtain public assistance, including Electronic Benefits Transfer benefits to purchase food, temporary financial assistance, Medi-Cal enrollment, and general relief (i.e., temporary financial assistance for indigent adults who are otherwise ineligible for state or federally funded benefits) through the Department of Public Social Services

(c) Contingent upon agreement with the City, County and Court for this supplemental scope, A&M proposes a meeting with the County. This meeting will enable A&M to obtain a deeper understanding of the County's current processes for funding and delivering these services. Following the meeting, A&M will outline and propose the key tasks and timeline necessary to achieve the objectives of this assessment, along with a cost estimate for the parties' consideration.

Except as expressly amended by this letter, all terms of the Agreement shall remain unchanged and in full force and effect.

Very truly yours,

**Alvarez & Marsal Public Sector Services, LLC**

By: _____
    Name:  Diane Rafferty
    Title:  Managing Director

**Def. Ex. 206**

Case 2:20-cv-02291-DOC-KES   Document 964-2   Filed 09/05/24   Page 7 of 8   Page ID
Case 2:20-cv-02291-DOC-KES   Document 773-1   Filed 09/10/24   Page 6 of 6   Page ID
#:22263

**District Judge David O. Carter**
September 9, 2024
Page 4 of 4

**A & M | ALVAREZ & MARSAL
PUBLIC SECTOR SERVICES**

Accepted and agreed:

**District Judge David O. Carter**

By:  _____
Name: Judge David O. Carter
Title: District Judge

Accepted and agreed:
(*Court requests either Mayor Karen Bass or City Council President sign below*)

**Mayor Karen Bass**

By:  _____
Name: Karen Bass
Title: Mayor of Los Angeles

**Paul Krekorian**

By:  _____
Name: Paul Krekorian   Marqueele Harris Dawson
Title: City Council President

**Def. Ex. 206**