# EXHIBIT 210

## AGREEMENT FOR SPECIAL MASTER SERVICES

LA Alliance For Human Rights, et al., v. City Of Los Angeles, et al.,
Case 2:20-CV-02291- DOC-KES
Settlement Agreement
Assigned to Judge David O. Carter

**Parties to the Agreement.**

1. Michele C. Martinez (hereinafter "Special Master"); and

2. City of Los Angeles (hereinafter "the City")

**Scope of Services.** Pursuant to the court's June 14, 2022 Order Approving the Stipulated Dismissal and Proposed Settlement (ECF No. 445), Michele C. Martinez will serve as the Special Master and Monitor of the Settlement Agreement, and, in that role, will:

(1) facilitate development of the Dispute Resolution Process referenced in Paragraph 6 of the Settlement Agreement (ECF No. 429-1), and oversee and serve as the arbiter of the Dispute Resolution Process;

(2) resolve objections, if any, filed pursuant to Sections 4.2 and 4.3 of the Settlement Agreement;

(3) resolve objections, if any, concerning the "Required Number" of housing or shelter solutions pursuant to Sections 1.6, 5.1 and 5.2 of the Settlement Agreement; and

(4) assist the court in overseeing and enforcing the Settlement Agreement.

**Term of Agreement.** The Special Master agrees to provide the services, as outlined in this Agreement, for two years, beginning July 1, 2022. After two years, the City and Special Master may enter into a new agreement (including, specifically, different provisions for compensation and the term of the agreement), or the City may enter into an agreement with a different Special Master, with Court approval.

**Fees, Costs & Billing.** The Special Master will be compensated by the City up to a maximum of $200,000 per year, inclusive of all fees, costs and expenses. The Special Master will bill the City at the rate of $96.15 per hour, and will submit bills to the City on a monthly basis detailing the nature of the services rendered, the time expended, costs incurred (such as, but not limited to, photocopying, mileage, parking charges, etc.) and receipts for the costs, and the balance due to the Special Master, if any. If the City disagrees with any charge for fees or costs, the City must notify the Special Master in writing within thirty (30) days of receipt of the bill.

**Termination.** Any party to this Agreement may terminate this Agreement for breach of any provision contained herein upon 60 day notice to the other party to the Agreement and the Court, if that breach is not cured prior to the 60 day period. The Special Master has the right to terminate this Agreement if a conflict arises that is not waived or circumstances arise that prohibit the Special Master's fees pursuant to this Agreement.

**Execution and Modifications.** This Agreement must be executed by handwritten or electronic signatures of all parties to this Agreement or their counsel. This Agreement may be changed

**Def. Ex. 210**

only by the consent of all parties to this Agreement conveyed (1) by a writing executed by handwritten or electronic signatures of the parties or their counsel or the court, or (2) by email from counsel.  All persons giving consent to this Agreement, or any change thereto, do so on behalf of themselves and the people and/or entities on whose behalf they are participating; and such consenting persons represent that they have the authority to do so.

**Final Approval.**  The parties to this Agreement understand and agree that the terms memorialized herein are subject to any necessary approvals by City officers, boards, commissions, or other City entities or officials.

Michele C. Martinez
Full name of person signing (please print)

_07/28/2022_

Signature                                          Date

Matt Szabo
Full name of person signing (please print)

Signature                                          Date

APPROVED AS TO FORM AND LEGALITY:

Scott Marcus
Full name of person signing (please print)

Signature                                          Date

**Def. Ex. 210**