# EXHIBIT 211

## AGREEMENT FOR SPECIAL MASTER SERVICES

LA Alliance for Human Rights, et al., v. City Of Los Angeles, et al.,
Case 2:20-CV-02291- DOC-KES
Special Master Settlement Agreement
Assigned to Judge David O. Carter

**Parties to the Agreement.**

1.    Michele C Martinez (hereinafter "Special Master"; and

2.    City of Los Angeles (hereinafter "the City")

**Re:    Renewal Special Master Agreement *Letter of Understanding for Special Master Services re: LA Alliance for Human Rights et al. v. City of Los Angeles et al.*, Case No. 2:20-CV-02291**

This Agreement is entered into by and between you (Special Master) and the City of Los Angeles (the "City").

WHEREAS, the City is a party to a Settlement Agreement, including addenda, in connection with the action entitled *LA Alliance for Human Rights et al. v. City of Los Angeles et al.*, U.S. District Court for the Central District of California, Case No. 2:20-CV-02291 (the "Action");

WHEREAS, on June 14, 2022, the district court overseeing the Action approved of the Special Master "assisting the Court in enforcing" the terms of the Settlement Agreement; and

WHEREAS, on June 14, 2022 , the district court issued an order dismissing the action against the City; The Settlement Agreement is effective on June 14, 2022, the date of the Order, and terminates on June 30, 2027.

NOW, THEREFORE, the City and the Special Master hereby agree as follows:

1

**Def. Ex. 211**

1.    **Scope of Services:** Special Master shall serve as the City's Special Master for the purpose of assisting the Court in overseeing and enforcing the Settlement Agreement.

2.    **Term:**

(a)    The term of this Agreement shall be from June 1, 2024–June 30, 2027 ("Term") unless terminated earlier pursuant to this Agreement.

(b)    Either the City or Special Master may terminate this Agreement upon 30 days' prior written notice if Special Master becomes unwilling or is unable to perform the Special Master's duties, or if the Special Master's services are no longer required for any reason during the Term.

3.    **Compensation, Billing:**

The City shall pay Special Master for her services, inclusive of all fees, costs, and expenses, as follows:

(a)    $150.00 hourly from June 2024 until June 2027, with an annual aggregate amount not to exceed $300,000.

(b)    **Michele Martinez,** shall submit a monthly invoice without itemization to City Attorney Civil Division for her services, and all invoices shall be paid within fifteen (15) calendar days.

4.    City shall provide such information for the performance of the services as reasonably requested by the Special Master.

5.    Special Master enters this Agreement as an independent contractor and under no circumstances shall be construed to be an employee of the City. Special Master shall not enter into a contract, agreement, or arrangement or incur any obligation or liability on behalf of the City.

6.    The Special Master shall not have the right to assign this Agreement or subcontract any of the Services without the prior written consent of the City and Court.

7.    This Agreement contains the entire Agreement between the parties. No amendment shall be binding unless it is in writing.  This Agreement supersedes

2

**Def. Ex. 211**

all previous Agreements, whether written or oral, relating to the subject matter hereunder.

8.    The parties to this Agreement understand and agree that the terms memorialized herein are subject to any necessary approvals by City officers, or other City entities or officials.

9.    This Agreement may be signed in counterparts.


Dated as of:  June 30, 2024


_____

Michele Martinez, Special Master



_____

City of Los Angeles by: Matt Szabo, CAO


Approved as to Form:

_____

Los Angeles City Attorney Hydee Feldstein Soto

by Valerie Flores, Chief Deputy


3

**Def. Ex. 211**