# EXHIBIT 212

# EMERGENT P4 ADVISORS, LLC

**Matters:** LA Alliance for Human Rights, et al., vs. City of Los Angeles, et al., Case No. 2:20-CV-02291-Doc-KES

**Billing Period** March 1, through March 31, 2025

| Date/Time | Description | Charges | Total Balance |
|---|---|---|---|
| 4/4/2025 | Invoice 3-3 | $ 26,040.00 | $26,0404.00 |

Bill To: Los Angeles City Attorney's Office
200 N. Main Street
City Hall East, 7th Floor
Los Ángeles, CA 90012
Litigation Expense Management Unit
Handling Attorney:  Arlene Hoang and Jessica Mariani

Please make invoice payable to Emergent P4 Advisors, LLC, either electronically or via mail at 3400 W 85th Street, Inglewood ,CA 90305

Dated:  _April 7, 2025_

Approved for Disbursement:

_David O Carter_

Honorable David O. Carter

**Def. Ex. 212**

## INVOICE

**Invoice Date**
4/4/2025

**Invoice #3-3**

Bill To: Los Angeles City Attorney's Office
200 N. Main Street
City Hall East, 7th Floor
Los Angeles, CA 90012
Litigation Expense Management Unit
Handling Attorney: Arelene Hoang, Jessica Mariani

**Reference : Emergent P4/Special Master**
Contact:        Michele Martinez
Email:          Michele@MicheleCMartinez.com
Telephone:   714-887-9845

**Re: LA Alliance For Human Rights, et al., vs. City of Los Angeles, et al., Case No. 2:20-CV-02291-Doc-KES
Below you will find the functions the court has asked me to perform for the month of March 2025.**

| Date | Description | Hours | Rate/Hr. | Total Billed |
|------|-------------|-------|----------|--------------|
| 3/1/25 | Monitoring homeless sites in council district 14 | 4.0 | $150 | $600.00 |
| 3/3/25 | Monitoring homeless sites in council district 6,3 and learning sessions | 7.0 | $150 | $1050.00 |

**Def. Ex. 212**

| 3/3/25 | Communication with Judge Carter | .45 | $150 | $67.50 |
|--------|--------------------------------|------|------|---------|
| 3/4/25 | Monitoring homeless sites in council district 11 | 4.00 | $150 | $600.00 |
| 3/4/25 | Review and Watch city council meeting | 3.0 | $150 | $450.00 |
| 3/4/25 | Communication with Judge Carter | 1.0 | $150 | $150.00 |
| 3/5/25 | Monitoring homeless sites in council district 1,4 | 7.0 | $150 | $1050.00 |

**Def. Ex. 212**

| 3/5/25 | Review and Watch city council meeting and housing and homeless committee | 2.30 | $150 | $345.00 |
|--------|---------------------------------------------------------------------------|------|------|---------|
| 3/6/25 | A&M meeting with Judge Carter | 1.0 | $150 | $150.00 |
| 3/6/25 | Monitoring homeless sites in council district 10 | 6.0 | $150 | $900.00 |
| 3/6/25 | Communication with LA Alliance parties on A&M report. | 1.0 | $150 | $150.00 |
| 3/7/25 | Communication with Judge Carter and A&M | 1.0 | $150 | $150.00 |

**Def. Ex. 212**

| 3/7/25 | Review and Watch city council meeting | 3.0 | $150 | $450.00 |
|---|---|---|---|---|
| 3/7/25 | Review A&M Assessment draft 1 and scope of work | 3.30 | $150 | $495.00 |
| 3/10/25 | Communication with LA Alliance, City and Judge Birotte | 0.45 | $150 | $67.5 |
| 3/10/25 | Communication with A&M and Judge Carter | 1.30 | $150 | $195.00 |
| 3/10/25 | Review A&M Assessment draft 1 and scope of work with Judge | 3.0 | $150 | $450.00 |

**Def. Ex. 212**

| 3/12/25 | Communication with A&M | 1.0 | $150 | $150.00 |
|---------|------------------------|------|------|---------|
| 3/12/25 | Review A&M Assessment draft 1 and scope of work | 3.30 | $150 | $495.00 |
| 3/12/25 | Communication with Judge B | 1.0 | $150 | $150.00 |
| 3/13/25 | Monitoring homeless sites in council district 5,13 | 8.0 | $150 | $1200.00 |
| 3/14/25 | Monitoring homeless sites in council district 6,7 | 7.0 | $150 | $1050.00 |
| 3/14/25 | Review and Watch city council meeting | 2.30 | $150 | $345.00 |

**Def. Ex. 212**

| 3/15/25 | Monitoring homeless sites in council district 9, 10 | 7.0 | $150 | $1050.00 |
|---------|------------------------------------------------------|-----|------|----------|
| 3/17/25 | Monitoring homeless sites in council district 15 | 7.0 | $150 | $1050.00 |
| 3/17/25 | Communication with Judge Carter | 1.0 | $150 | $150.00 |
| 3/18/25 | Monitoring homeless sites in council district 2,3,12 | 7.0 | $150 | $1050.00 |
| 3/18/25 | Review and Watch city council meeting | 1.0 | $150 | $150.00 |
| 3/19/25 | Monitoring homeless sites in council district 14 | 4.0 | $150 | $600.00 |
| 3/19/25 | Review and Watch city council meeting and housing and homeless committee | 4.0 | $150 | $600.00 |
| 3/19/26 | Communication with parties & Judge B | 0.30 | $150 | $45.00 |

**Def. Ex. 212**

Def. Ex. 212

| 3/20/25 | Communication with A&M | 0.30 | $150 | $45.00 |
|---------|------------------------|------|------|--------|
| 3/20/25 | Communication with Judge Carter | 1.0 | $150 | $150.00 |
| 3/21/25 | Monitoring homeless sites in council district 10,11 | 6.0 | $150 | $900.00 |
| 3/21/25 | Review and Watch city council meeting | 2.30 | $150 | $345.00 |
| 3/22/25 | Monitoring homeless sites in council district 14 | 5.0 | $150 | $750.00 |
| 3/24/25 | Monitoring homeless sites in council district 9,10 | 8.0 | $150 | $1200.00 |
| 3/24/25 | Communication with Judge Carter | 1.0 | $150 | $150.00 |

| 3/25/25 | Review and Watch city council meeting | 3.0 | $150 | $450.00 |
|---------|----------------------------------------|-----|------|---------|
| 3/25/25 | Communication with Judge Carter | 1.0 | $150 | $150.00 |
| 3/26/25 | Monitoring homeless sites in council district 1,13 | 6.0 | $150 | $900.00 |
| 3/26/25 | Review and Watch city council meeting and housing and homeless committee | 3.0 | $150 | $450.00 |
| 3/27/25 | Communication with Judge Carter | 1.0 | $150 | $150.00 |
| 3/27/25 | Court Hearing LA Alliance | 8.0 | $150 | $1200.00 |
| 3/28/25 | Monitoring homeless sites in council district 11 | 5.0 | $150 | $750.00 |
| 3/28/25 | Communication with Judge Carter | 1.0 | $150 | $150.00 |
| 3/28/25 | Communication with A&M | 1.0 | $150 | $150.00 |
| 3/28/25 | Review and Watch city council meeting | 2.0 | $150 | $300.00 |

**Def. Ex. 212**

| 3/29/25 | Monitoring homeless sites in council district 1 | 4.0 | $150 | $600.00 |
|---|---|---|---|---|
| 3/30/25 | Monitoring homeless sites in council district 14 | 4.0 | $150 | $600.00 |
| 3/31/25 | Monitoring homeless sites in council district 4,5 | 7.0 | $150 | $1050.00 |
| 3/31/25 | A&M Feedback meeting with Parties | 1.30 | $150 | $195.00 |
| 3/31/25 | Communication with Judge Carter | 0.45 | $150 | $67.5 |
| | | 176.6 | | $26040.00 |

**Def. Ex. 212**