# EXHIBIT 213

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                     Date:  April 24, 2020

Title: LA ALLIANCE FOR HUMAN RIGHTS ET AL. v. CITY OF LOS ANGELES ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

|  |  |
|---|---|
| Kelly Davis | Not Present |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   APPOINTING SPECIAL MASTER**

The Court hereby APPOINTS Michele Martinez to serve as a Special Master in this case, alongside the previously appointed Special Master, the Honorable James L. Smith (Ret.).

The Court also takes this opportunity to highlight that Hon. James Smith (retired) and Michele Martinez have assumed the duties of Special Master on a volunteer basis, and thanks them both for generously donating their time.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                      Initials of Deputy Clerk: kd
CIVIL-GEN

**Def. Ex. 213**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                                    Date: April 24, 2020
                                                                                                    Page 2

**Def. Ex. 213**