# EXHIBIT 215

We use cookies to personalize content and advertisements, to provide social media features and to analyze the use of our website. We also share information about your use of our site with our social media, advertising and analytics partners. Blocking our cookies may impact the performance of some critical features of our website. For additional information, please refer to our **Cookies Notice**.

Customize Cookies

I Accept Cookies

OUR PEOPLE  /  UNITED STATES

## DIANE RAFFERTY
### MANAGING DIRECTOR

- National solution co-leader for A&M's Public Health and Human Services practice
- 35+ years of healthcare experience



          

INSIGHTS

Diane Rafferty is a Managing Director with Alvarez & Marsal's Public Sector Services in Los Angeles, and serves as the national solution co-leader for the firm's Public Health and Human Services practice.

Ms. Rafferty brings more than 35 years of healthcare experience and has served as the Chief Executive Officer for numerous health systems, including acute care, behavioral health and academic hospitals.

**Def. Ex. 215**

We use cookies to personalize content and advertisements, to provide social media features and to analyze the use of our website. We also share information about your use of our site with our social media, advertising and analytics partners. Blocking our cookies may impact the performance of some critical features of our website. For additional information, please refer to our **Cookies Notice**.

Previously, Ms. Rafferty served as a Surveyor/Clinical Investigator with the Joint Commission on Accreditation of Healthcare Organizations. She has assisted organizations to resolve regulatory and compliance concerns while under investigation/sanction by State regulators and CMS investigations.

Additionally, Ms. Rafferty has an extensive background in behavioral healthcare, including acute, post-acute, substance use disorder, medication assistance programs and forensic health.

Ms. Rafferty earned a bachelor's degree in nursing from the State University of New York and a master's degree in healthcare administration from the University of La Verne.

## INSIGHTS BY THIS PROFESSIONAL

THOUGHT LEADERSHIP
### The Impact of the Current Nursing Shortage on U.S. Healthcare Organizations
March 2, 2022

THOUGHT LEADERSHIP
### Expanding Telehealth Services During COVID-19
April 13, 2020

THOUGHT LEADERSHIP
### Overview of FEMA Public Assistance Program and Application Process
March 31, 2020

VIEW ALL INSIGHTS FROM THIS PROFESSIONAL

## THE LATEST INSIGHTS FROM DIANE RAFFERTY'S TEAM

VIEW MORE

Thought Leadership
# Social Care M&A Market

The social care sector is a cornerstone of society, contributing £50 billion annually to the UK economy. It plays a vital role in supporting the well-being and diverse needs of our population. However, it now stands at a critical juncture.

PRESS RELEASES
ALVAREZ & MARSAL APPOINTS INTERNATIONAL ENERGY TRANSITION LEADER
AUDREY ZIBELMAN TO STRENGHTEN CLIENT ADVISORY

Def. Ex. 215

We use cookies to personalize content and advertisements, to provide social media features and to analyze the use of our website. We also share information about your use of our site with our social media, advertising and analytics partners. Blocking our cookies may impact the performance of some critical features of our website. For additional information, please refer to our **Cookies Notice**.

**CONTACT US TODAY**

**SUBSCRIBE TO OUR BULLETIN**

**DOWNLOAD PDF VERSION**

FOLLOW & CONNECT WITH A&M

    

  

  

| Global Locations | Careers | Contact Us |
|---|---|---|
| Expertise | About A&M | Alumni |
| Industries | | A&M Capital |
| Insights | | A&M Capital Real Estate |
| Our People | | |

| Privacy Notice | EU-US/Swiss-US Data Protection Framework Notice | California Privacy Notice |
|---|---|---|
| Cookie Notice | Terms of Use | |

**A&M Bulletin Sign-Up**    EMAIL    SUBSCRIBE

© Copyright 2025, Alvarez & Marsal Holdings, LLC. All Rights Reserved.

ALVAREZ & MARSAL®,     ®,      ®,          ® and A&M® are trademarks of Alvarez & Marsal Holdings, LLC.

Note: Alvarez & Marsal employs CPAs, but is not a licensed CPA firm.

**Def. Ex. 215**