# EXHIBIT 216



**Scott Marcus <scott.marcus@lacity.org>**

## Re: Revised Plans and Milestones
1 message

**Scott Marcus** <Scott.Marcus@lacity.org>                        Fri, Dec 29, 2023 at 3:05 PM
To: Elizabeth Mitchell <elizabeth@umklaw.com>
Cc: Matthew Umhofer <matthew@umklaw.com>, Jessica Mariani <jessica.mariani@lacity.org>, Arlene Hoang
<arlene.hoang@lacity.org>, Lourdes Castro Ramirez <lourdes.castroramirez@lacity.org>, David Michaelson
<david.michaelson@lacity.org>

Yes, I think we'll need to be flexible with the milestones, but it's a goal the City is committed to.

Happy New Year.

Scott Marcus
Chief Assistant City Attorney
Civil Litigation Branch
Los Angeles City Attorney's Office
200 North Main Street
City Hall East, 7th Floor
Los Angeles, CA  90012
(213) 978-4681


On Fri, Dec 29, 2023 at 3:01 PM Elizabeth Mitchell <elizabeth@umklaw.com> wrote:

Hi Scott,


We don't have any updated comments for you.  If you agree to hit 12,000 by the end of the agreement, I think you'll need to show that the City has hit 3,600 thus far (or will hit higher targets moving forward).  Either way, we support the goal.


Happy New Year to all of you,

Liz

---

**From:** Scott Marcus <Scott.Marcus@lacity.org>
**Sent:** Friday, December 29, 2023 12:52 PM
**To:** Elizabeth Mitchell <elizabeth@umklaw.com>
**Cc:** Matthew Umhofer <matthew@umklaw.com>; Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang
<arlene.hoang@lacity.org>; Lourdes Castro Ramirez <lourdes.castroramirez@lacity.org>; David Michaelson
<david.michaelson@lacity.org>
**Subject:** Re: Revised Plans and Milestones


Liz:

We are glad the milestones were received in the spirit in which they were intended, and that the Alliance is ready to stand with the City on this.

To address your notes:

1.  We look forward to a productive meeting with the Mayor on Jan 4.

2.  We will remove the "not disputed" sentence. We recognize that the Alliance disagrees with building more permanent supportive housing than interim housing, but as we've discussed many times, that is a policy decision for the City to make.  Even though the City's 12,915 creation of new units focuses more on permanent housing, the Mayor shares your desire to increase interim housing capacity as that's important for Inside Safe to continue to be successful.  For example, she led the City's purchase of the Mayfair Hotel a few months ago, which will create over 300 interim rooms owned by the City.

3.  1,200 every six months over the five years of the agreement yields 12,000.  The City should be close to that number for 2023 once the final tally from Inside Safe is completed.  As we set forth in the milestones, the City will provide the breakdown both City-wide and district-by-district when it becomes available.

4.  Yes, we agree that the goal is increasing the overall bed capacity, either through interim (or a series of interim) housing or permanent supportive housing.  The section you pointed out in quotes merely reflects that the Settlement Agreement does not require the City to house a specific number of people; rather, the Agreement requires the City to provide a specific number of beds.

Please let us know if you'd like to discuss further.  We intend to send the revised milestones, deleting the "undisputed" sentence, to the Court later today.

Scott Marcus

Chief Assistant City Attorney

Civil Litigation Branch

Los Angeles City Attorney's Office

200 North Main Street

City Hall East, 7th Floor

Los Angeles, CA  90012

(213) 978-4681

On Fri, Dec 29, 2023 at 8:37 AM Elizabeth Mitchell <elizabeth@umklaw.com> wrote:

Scott:

The Alliance is thrilled at the increase in resolution commitment.  Congratulations!! I don't want to let this moment go by by focusing exclusively on the negative, without noting the sincere positivity and commitment we recognize that takes, and we'd be happy to stand together with the City publicly and applaud that commitment.

A few notes, at least one of which you expected:

1. District-by-district:

   • I see that the City wants to withdraw the district-by-district model and focus on its citywide.  The Alliance has been clear that we cannot agree to that.  However, in the interest of cooperation, and recognizing the significant commitment the City is making, we will withhold any comment to the court until after the meeting with the mayor on January 4, 2024.

2. Milestones:

   • On page 2, paragraph 3, the City notes "That first milestone [of the five year plan to create 12,915 units] was not disputed."  That's not accurate.  I noted that we were skeptical but would withhold judgment until after we understood the mayor's plan better. Specifically, we were waiting for the encampment engagement, cleanup, and reduction milestones which would inform the Alliance whether the 5-year plan was sufficient.  Because so much of the housing/shelter plan was focused on permanent housing, rather than shelter, we were always concerned the milestones and deadlines would be too minimal.  Unfortunately, that suspicion was confirmed by the plan that was sent to the Alliance in October (nearly a year after they were due).   While our main objection was to the milestones and deadlines, because the milestones and deadlines were insufficient that necessarily made the housing/shelter plan insufficient—we just had to wait a year to get to that point, due to the City's delay.  Thus, we request you remove this statement.

3. Encampment Reduction:

   • On page 3, paragraph 2, the City commits to reducing 1,200 tents, makeshift shelters, cars, vans, and RVs.  This is a huge improvement from the prior discussions we were having.  However, there are only 42 months left in the agreement, and reducing 1,200 every six months (an average of 200 per month) only gets the City to 8,400 at the end of the agreement.  The City would need to increase its commitment to a little less than 286 per month (approximately 1,715 every 6 months) to reach 12,000 by the end of the agreement.

   • On page 3, paragraph 2, the City notes it will work to provide interim housing for every unsheltered individual "even though providing interim shelter is not required under the settlement agreement."  We aren't sure what the section in quotes means.  We have noted, several times, that while the City is required to increase and maintain its bed capacity through the first half of 2027, that does not mean that a specific bed created must stay available for the term of the settlement.  Instead, should a specific bed no longer be available (i.e. an interim facility which is only leased for 12-36 months), the City may create at least another bed to maintain capacity and avoid bed reduction.  The priority is for

the City to increase its capacity. We have always encouraged the building or acquisition of interim shelter, rather than focusing exclusively on permanent housing, due to the cost and length of time required to produce permanent housing. It has never been clear to us why the Inside Safe beds aren't counting towards your commitment. Let me know if the City would like to discuss this prior today.

While there may be more comments to come, given the short turnaround notice the City has given, this is what stands out at the moment. We will get any further comments to you, if any, by 3pm today so the City can meet its deadline.

Thanks,

Liz

---

**From:** Elizabeth Mitchell
**Sent:** Thursday, December 28, 2023 4:58 PM
**To:** Scott Marcus <Scott.Marcus@lacity.org>; Matthew Umhofer <matthew@umklaw.com>
**Cc:** Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; Lourdes Castro Ramirez <lourdes.castroramirez@lacity.org>; David Michaelson <david.michaelson@lacity.org>
**Subject:** RE: Revised Plans and Milestones

Thanks Scott. I'm traveling but will review first thing in the morning and get back to you with any thoughts.

Best,

Liz

Sent from my T-Mobile 5G Device

-------- Original message --------

From: Scott Marcus <Scott.Marcus@lacity.org>

Date: 12/28/23 4:36 PM (GMT-08:00)

To: Elizabeth Mitchell <elizabeth@umklaw.com>, Matthew Umhofer <matthew@umklaw.com>

Cc: Jessica Mariani <jessica.mariani@lacity.org>, Arlene Hoang <arlene.hoang@lacity.org>, Lourdes Castro Ramirez <lourdes.castroramirez@lacity.org>, David Michaelson <david.michaelson@lacity.org>

Subject: Re: Revised Plans and Milestones

Liz:

Attached please find the City's revised encampment reduction milestones.  Please let us know if you'd like to discuss before we send to the Court tomorrow.  Thanks.

Scott Marcus

Chief Assistant City Attorney

Civil Litigation Branch

Los Angeles City Attorney's Office

200 North Main Street

City Hall East, 7th Floor

Los Angeles, CA  90012

(213) 978-4681

On Tue, Nov 21, 2023 at 4:54 PM Scott Marcus <Scott.Marcus@lacity.org> wrote:

Liz and Matt:

Pursuant to Paragraph 5.2 of our Settlement Agreement, and in accordance with our meet and confer on this issue, attached are revised plans and milestones for encampment engagement, cleaning, and reduction in the Council Districts and the City.   For the reasons we discussed in our meeting with the Special Master, and in our in person meet and confer, it is difficult to provide milestones with any real precision given all the variables that come into play in engagement and resolution, but we did our best and will continue to work with you as we move forward.

In addition, I wanted to follow up on third party data collection and reporting pursuant to Paragraph 7.2.  Please let us know if you are interested in pursuing other potential candidates, or if you want to discuss the proposed scope of work with the RAND corporation.

Scott Marcus

Chief Assistant City Attorney

Civil Litigation Branch

Los Angeles City Attorney's Office

200 North Main Street

City Hall East, 7th Floor

Los Angeles, CA  90012

(213) 978-4681

*****************Confidentiality Notice *************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client
privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this communication in error,
please notify us immediately by e-mail and delete the original message and any attachments without reading or
saving in any manner.
*********************************************************************


*****************Confidentiality Notice *************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege
and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this communication in error,
please notify us immediately by e-mail and delete the original message and any attachments without reading or saving
in any manner.
*********************************************************************

Ex. 216 - Page 316