# EXHIBIT 217



**Arlene Hoang <arlene.hoang@lacity.org>**

## LA Alliance

**Elizabeth Mitchell** <elizabeth@umklaw.com>                    Fri, Feb 28, 2025 at 11:12 AM
To: Arlene Hoang <arlene.hoang@lacity.org>
Cc: Valerie Flores <valerie.flores@lacity.org>, Jessica Mariani <jessica.mariani@lacity.org>

Sorry can you send an invite instead?

Sent from my T-Mobile 5G Device

-------- Original message --------
From: Arlene Hoang <arlene.hoang@lacity.org>
Date: 2/28/25 11:11 AM (GMT-08:00)
To: Elizabeth Mitchell <elizabeth@umklaw.com>
Cc: Valerie Flores <valerie.flores@lacity.org>, Jessica Mariani <jessica.mariani@lacity.org>
Subject: Re: LA Alliance

Dear Liz,

The remote/ call-in information for Tuesday's meet and confer discussion at 9:00 am is:
Video call link: https://meet.google.com/opo-bahf-rdo
Or dial: (US) +1 929-324-2099 PIN: 166 165 956#

We will speak to you then.

Arlene Hoang
Deputy City Attorney
Office of the Los Angeles City Attorney
Business and Complex Litigation Division
200 N. Main Street, Room 675
Los Angeles, CA 90012
T:  213-978-7508
F: 213-978-7011
Arlene.Hoang@lacity.org

On Fri, Feb 28, 2025 at 11:06 AM Elizabeth Mitchell <elizabeth@umklaw.com> wrote:

> That works for me. Thanks
>
> _____
>
> **From:** Arlene Hoang <arlene.hoang@lacity.org>
> **Sent:** Friday, February 28, 2025 10:39 AM
> **To:** Elizabeth Mitchell <elizabeth@umklaw.com>
> **Cc:** Valerie Flores <valerie.flores@lacity.org>; Jessica Mariani <jessica.mariani@lacity.org>
> **Subject:** Re: LA Alliance
>
> Good morning Liz,

We are available Tuesday from 9-10 am for the meet and confer.  Unfortunately we could not make Monday work.  I suggest we speak Tuesday, and if we feel it would be beneficial to bring in Special Master Michele Martinez, we can try and do so thereafter at a date and time that is convenient for all.  Please confirm your availability for Tuesday and I will circulate a remote/call-in link.

Arlene Hoang

Deputy City Attorney

Office of the Los Angeles City Attorney

Business and Complex Litigation Division

200 N. Main Street, Room 675

Los Angeles, CA 90012

T:  213-978-7508

F: 213-978-7011

Arlene.Hoang@lacity.org

On Thu, Feb 27, 2025 at 9:00 AM Arlene Hoang <arlene.hoang@lacity.org> wrote:

Hi Liz,

Sorry we missed each other yesterday.  I am checking on schedules and I will get back to you.

Arlene Hoang

Deputy City Attorney

Office of the Los Angeles City Attorney

Business and Complex Litigation Division

200 N. Main Street, Room 675

Los Angeles, CA 90012

T:  213-978-7508

F: 213-978-7011

Arlene.Hoang@lacity.org

On Wed, Feb 26, 2025 at 4:01 PM Elizabeth Mitchell <elizabeth@umklaw.com> wrote:

Hi Arlene - I just tried you. You can call my cell: 213-245-5975 for the rest of the day. I could also talk tomorrow afternoon or I'm also available on Monday after the session. Monday might make more sense if its something you think we might want to bring the special master into.

Sent from my T-Mobile 5G Device

-------- Original message --------

From: Arlene Hoang <arlene.hoang@lacity.org>

Date: 2/26/25 2:21 PM (GMT-08:00)

To: Elizabeth Mitchell <elizabeth@umklaw.com>

Cc: Valerie Flores <valerie.flores@lacity.org>, Jessica Mariani <jessica.mariani@lacity.org>

Subject: LA Alliance

Dear Liz,

Further to the voicemail message Jessica and I left you today, we are reaching out to set up a meet and confer to discuss necessary and appropriate amendments to certain of the City's obligations as required under Section 8.2 of the Settlement Agreement as we previously told you we needed to do.  We are generally available Monday afternoon after the field/learning sessions and Tuesday.  Please let us know when you are available to meet and confer.

Arlene Hoang

Deputy City Attorney

Office of the Los Angeles City Attorney

Business and Complex Litigation Division

200 N. Main Street, Room 675

Los Angeles, CA 90012

T:  213-978-7508

F: 213-978-7011

Arlene.Hoang@lacity.org

*****************Confidentiality Notice ************************
This electronic message transmission contains information

from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.
*********************************************************************

*****************Confidentiality Notice *************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.
*********************************************************************

*****************Confidentiality Notice *************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.
*********************************************************************