# EXHIBIT 220

## Contact

www.linkedin.com/in/
michelemartinez714 (LinkedIn)

## Top Skills

Community Outreach
Public Speaking
Strategic Planning

# Michele C. Martinez

Special Master/ Monitor
Inglewood, California, United States

## Summary

Michele's unwavering dedication and passion for public policy and
community engagement have been the driving force behind her
remarkable career spanning over two decades.

Her journey has been marked by the admiration and respect of
her peers, not only in California but across the entire nation. One
of Michele's most notable achievements was her groundbreaking
twelve-year tenure as a Councilmember in Santa Ana, CA. During
this time, she shattered barriers by becoming the first council
member to hold prestigious positions as President for both the
National Association of Latino Elected and Appointed Officials
(NALEO) and the Southern California Association of Governments
(SCAG).

Additionally, Michele made history as the youngest woman to serve
as the Mayor Pro Tem for the City of Santa Ana. Michele's success
can be attributed to her exceptional ability to connect with people
and effectively represent their interests. Her leadership and vision
have left a lasting impact on Santa Ana and Southern California as a
whole.

In recognition of her expertise and capabilities, Governor Gavin
Newsom appointed Michele to the California Transportation
Commission in August 2020. As a member of this commission,
Michele plays a vital role in allocating funds for transportation
projects throughout the state.

Furthermore, Michele's outstanding expertise and experience were
acknowledged by U.S. District Judge David O. Carter, who appointed
her as the Special Master/Monitor for the settlement agreement
between the Alliance for Human Rights and the City of Los Angeles
and County of Los Angeles in 2023. This appointment showcases
her incredible abilities as a facilitator and monitor, adept at resolving
complex issues and ensuring progress. Later in October 2023,

Ex. 220 - Page 342        Page 1 of 5

Michele took on the role of interim City Manager for California City in Kern County.

Beyond her professional accomplishments, Michele's commitment to making a positive impact extends to her roles as a systems change consultant and wellness coach. Leveraging her extensive experience, she assists individuals, businesses, government entities, and local communities in creating the necessary conditions for effective problem-solving and collaboration. Michele's friendly and creative approach has solidified her reputation as a trusted advisor and ally in driving meaningful change.

———

## Experience

Special Master for Hon. Judge David O. Carter: US District Court California Central District Court
Special Master, City /County of Los Angeles
July 2022 - Present (2 years 11 months)
Los Angeles, California, United States

My appointed role by the court as a Special Master/Monitor :

Pursuant to the court's June 14, 2022 Order Approving the Stipulated Dismissal and Proposed Settlement (ECF No. 445), Michele C. Martinez will serve as the Special Master and Monitor of the Settlement Agreement, and, in that role, will:
(1) facilitate development of the Dispute Resolution Process referenced in Paragraph 6 of the Settlement Agreement (ECF No. 429-1), and oversee and serve as the arbiter of the Dispute Resolution Process;
(2) resolve objections, if any, filed pursuant to Sections 4.2 and 4.3 of the Settlement Agreement;
(3) resolve objections, if any, concerning the "Required Number" of housing or shelter solutions pursuant to Sections 1.6, 5.1 and 5.2 of the Settlement Agreement; and
(4) assist the court in overseeing and enforcing the Settlement Agreement.

cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al

Emergent P4 Advisors, LLC
People First Project Management Consulting Firm

May 2019 - Present (6 years 1 month)
California

Emergent P4 Advisors ("EPA") is a mission-driven consulting firm dedicated to providing customized consulting services in community engagement and public affairs through a combination of innovative initiatives and thoughtful insights.

Emergent P4 Advisors, LLC ( "EPA") helps our clients find new ways to achieve impactful and real-time results on many of today's toughest challenges. We combine practical advice with unconventional thinking to foster critical connections and networks that focus on social inclusion, economically and environmentally sustainable solutions for today.

Emergent P4 Advisors has developed a distinctive decision-making process approach that has been able to help with a proactive grassroots mobilization engagement strategy, shared responsibility, active input, and co-development that leads to boosting your strategy through collaborative problem-solving and decision-making to provide the political will needed to support projects and plans.

Santiago Canyon College
Adjunct Professor
February 2016 - Present (9 years 4 months)
Orange County, California Area

City of California City
Interim City Manager
October 2023 - January 2024 (4 months)
California City, California, United States

California Transportation Commission (CTC)
Commissioner
August 2020 - November 2023 (3 years 4 months)
California, United States

The 13-member California Transportation Commission (CTC)  is responsible for programming and allocating funds for the construction of highway, passenger rail, transit and active transportation improvements throughout California. The Commission also advises and assists the Secretary of the California State Transportation Agency and the Legislature in formulating and evaluating state policies and plans for California's transportation programs.

Judge David O. Carter
Special Master
April 2020 - May 2021 (1 year 2 months)
Santa Ana, California

Primestor Development
Stategic Planning and Community Development Director
September 2019 - August 2020 (1 year)
Culver City, California

Alliance for a Healthy Orange County
Executive Director
April 2010 - April 2019 (9 years 1 month)
Santa Ana, California

The Alliance for a Healthy Orange County (AHOC) is a county-wide collaborative of health care organizations, community-based organizations and universities whose mission is to champion policy strategies and leverage funding opportunities that result in enhanced health outcomes and reduced health disparities for Orange County residents.

Metropolitian Water District of Southern California
Member Board Of Directors
May 2015 - February 2019 (3 years 10 months)

Local Government Commission
Board Member
April 2015 - December 2018 (3 years 9 months)

City of Santa Ana
Mayor Pro Tem
November 2006 - December 2018 (12 years 2 months)
Santa Ana, CA

The council is the legislative body; its members are the community's decision makers. Power is centralized in the elected council, which approves the budget and determines the tax rate, for example. The council also focuses on the community's goals, major projects, and such long-term considerations as community growth, land use development, capital improvement plans, capital financing, and strategic planning. The council hires a professional manager to carry out the administrative responsibilities and supervises the manager's performance.

Michele's priorities on the council include economic development, public health and safety and active transportation. Michele currently chairs the Finance, Economic Development & Technology City Council Committee and serves on the Development & Transportation and Legislative City Council Committee.

Southern California Association of Governments
Immediate Past President
May 2016 - May 2017 (1 year 1 month)

NALEO Educational Fund
Immediate Past President
June 2015 - June 2016 (1 year 1 month)

---

# Education

California State University, Fullerton
Bachelor's degree, Criminal Justice · (2005 - 2007)

Institute for Integrative Nutrition
Certification, Integrated Nutrition Health Coach · (May 2022 - December 2022)

Harvard Kennedy School
certificate of completion , Executive Education, Senior Executive and State Local Government · (2018 - 2018)

Santa Ana College
Associate of Arts (AA), Liberal Arts and Sciences/Liberal Studies