**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                                    Date:  June 5, 2025

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

---

PRESENT:        THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

PROCEEDINGS (IN CHAMBERS):        ==AMENDED== ORDER REQUIRING CITY VERIFICATION OF TLS REPORTING AND SETTING BRIEFING SCHEDULE

Based on the evidence presented to the Court during the evidentiary hearing, the Court is concerned about verification of the 2,679 time-limited subsidy ("TLS") slots that are reported by the City to comply with the Roadmap Agreement, most recently in the City's status report dated April 15, 2025 (Dkt. 891). The Court heard testimony from the A&M assessment team that A&M could not verify a number of TLS beds due to expenditure gaps and missing addresses. A&M also testified that some of the TLS addresses provided for Roadmap were the same addresses listed for permanent supportive housing in the LA Alliance settlement reporting. These issues raise serious concerns about the accuracy of the Roadmap compliance reporting and potential double-counting between the two agreements.

To ensure Roadmap compliance, the Court hereby requires the City to provide the following data on each of the 2,679 TLS slots ==(line 1 in dkt. 891-1) and 130 Scattered==

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date: June 5, 2025

                                                                                Page 2

Sites of Rapid Rehousing/Shared Housing (lines 60 and 61 in dkt. 891-1) in the Roadmap reporting:

- the HMIS client unique identifier
- the HMIS Client's Enrollment Household ID, Client Head of Household, Client's Global Household ID
- address of the lease being paid for
- move-in date of the lease being paid for
- Client's Project Start Date
- Client's Project Exit Date
- Program ID
- Program Name
- current occupancy status of each slot

Each of the data fields listed above must be defined in an appendix attached. This data was previously requested for the A&M Assessment (see dkt. 888). The Court requires the data to be provided by **June 11, 2025, at 5:00 pm** in a spreadsheet format under seal. The Court also requires that the City compare the TLS addresses reported for Roadmap with the addresses reported for the LA Alliance settlement and sign an affidavit stating whether there is any overlap of addresses in the reporting.

**Further, the Court orders the following post-evidentiary hearing briefing schedule:**
Plaintiff's Opening Brief is due Monday, June 9, 2025, at 3:00 p.m. (30-page limit). The City's response is due Friday, June 13, 2025, at 3:00 p.m. (50-page limit). Plaintiff's Reply is due on Tuesday, June 17, 2025, at 3:00 p.m. (20-page limit). The Intervenors' briefing is due June 17, 2025, at 3:00 p.m. (50-page limit). Lastly, the County may also respond by Friday, June 17, 2025 at 3:00 p.m. (25-page limit).

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                        Initials of Deputy Clerk: kdu

CIVIL-GEN