**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES – GENERAL</u>**

Case No. 2:20-cv-02291-DOC-KES                    Date:  June 6, 2025

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

PRESENT:

<u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

| <u>Karlen Dubon</u> | <u>Not Present</u> |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER CLARIFYING AMENDED ORDER ON TLS VERIFICATION**

The City of Los Angeles emailed the Court on Friday, June 6, 2025, requesting clarification of the Court's Amended Order (Dkt. 967) as follows:
"The City of Los Angeles respectfully requests confirmation that the data requested in the Court's amended order issued on June 5, 2025 (Dkt. 967) is data as of March 31, 2025, which is the end date used in the April 15, 2025 report referenced in the order (Dkt. 891), and specifically that the request for "current occupancy status of each slot" is the occupancy status for each slot as of March 31, 2025."

The other parties were copied on the City's email. In response to the City's email request, the Court orders the City to provide one set of data as of March 31, 2025 and a second set of data as of June 5, 2025.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                        Initials of Deputy Clerk:
                                                                                    kdu
CIVIL-GEN