**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date: June 9, 2025

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS):   **ORDER DENYING AS MOOT CITY'S EX PARTE APPLICATION TO QUASH SUBPOENAS [928]**

The City of Los Angeles filed an Ex Parte Application for an Order Quashing Subpoenas ("Application") on May 23, 2025 (Dkt. 928). On June 3, 2025, Plaintiffs informed the Court that they withdrew their subpoenas of Mayor Bass, Councilmember Rodriguez, and Councilmember Park. Therefore, the Court **DENIES AS MOOT** the City's Application.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                    Initials of Deputy Clerk:
                                                   kdu
CIVIL-GEN