**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                                    Date:  June 9, 2025

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

|  |  |
|---|---|
| Karlen Dubon | Not Present |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER GRANTING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE [961]**

Plaintiff LA Alliance filed a Request for Judicial Notice ("Request") on June 3, 2025 (Dkt. 961). Plaintiff requests that the Court take judicial notice of two categories of items: (1) about one hundred filings on the docket in the present case and (2) dozens of publicly available government reports and four YouTube videos of City of Los Angeles hearings. Defendant City of Los Angeles opposes the Request to the extent that Plaintiffs ask the Court to accept the truth of disputed facts in the submission (Dkt. 962).

Federal Rule of Evidence 201 provides: "The court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201. A court may take judicial notice of matters of public record if they are undisputed. *Lee v. City of Los Angeles*, 250 F.3d 668, 690 (9th Cir. 2001).

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                                    Date: June 9, 2025

                                                                                                    Page 2

Some of the items listed in Plaintiffs' Request, such as briefing by the Parties on the docket, contain disputed facts. The Court takes judicial notice of the documents, reports, and hearings submitted by Plaintiffs insofar as they exist. The Court, however, does not necessarily accept the truth of the contents of the items which contain disputed facts. The Court also notes that some of the items in Plaintiffs' Request have already been received into evidence as part of the evidentiary hearing which commenced on May 27, 2025. Therefore, the Court GRANTS Plaintiff's Request for Judicial Notice.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                          Initials of Deputy Clerk: kdu

CIVIL-GEN