255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**



RESERVED
CLERK, U.S. DISTRICT COURT

JUN − 2 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

NIXIE       910   7E 18CU   7205/30/25

NOT DELIVERABLE

RETURN TO SENDER

2:20-cv-2291-DOC



FILED
CLERK, U.S. DISTRICT COURT

JUN − 2 2025

CENTRAL DISTRICT OF CALIFORNIA
BY  DEN               DEPUTY

NEOPOST
05/27/2025
US POSTAGE
$001.

Case: 2:20cv2291  Doc: 936

William R Wise                                         Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

Weitzman (bweitzman@eldrcenter.org, pamador-lopez@eldrcenter.org), Stephen Yagman (admin@yagmanlaw.net, filing@yagmanlaw.net), Brandon D Young (bdyoung@manatt.com, lgarcete@manatt.com), Michele Martinez (michele@michelecmartinez.com), Judge David O. Carter (crd_carter@cacd.uscourts.gov), Magistrate Judge Karen E. Scott (crd_scott@cacd.uscourts.gov, karen_scott@eacd.uscourts.gov)

--Non Case Participants: Christopher Thomas Casamassima (chris.casamassima@wilmerhale.com), Samuel A. Josephs (sjosephs@spertuslaw.com), Laura D Knapp (laura.knapp@coco.ocgov.com, marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com), Kent K Qian (kqian@oaklandcityattorney.org), Kiva Grace Schrager (kschrager@millerbarondess.com), James W. Spertus (jspertus@spertuslaw.com), Kenneth Stahl (beverly.dozier-jones@msrlegal.com, jane.martin@msrlegal.com, karen.irias@msrlegal.com), Marianne Van Riper (simon.perng@coco.ocgov.com)

--No Notice Sent:

Message-Id:<40190938@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 5/25/2025 at 10:59 AM PDT and filed on 5/25/2025

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:**     936

**Docket Text:**
**MINUTE ORDER (IN CHAMBERS) by Judge David O. Carter, ORDER HOLDING IN ABEYANCE CITY'S EX PARTE APPLICATION TO QUASH SUBPOENAS [928]. re: EX PARTE APPLICATION to Quash Subpoenas [928]. At this time, the Court does not quash the subpoenas or stay enforcement of them. The Court, however, holds that other witnesses must be called first before the Court decides if the Mayor or councilmembers' testimony is necessary. For example, City Administrative Officer Matthew Szabo and Deputy Mayor of Homelessness and Community Health Dr. Etsemaye Agonafer, who the City argues are the most**