# EXHIBIT B

FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED JUNE 5, 2025.  L.R. 79-5.2.2.2(c).