# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## OFFICE OF THE CLERK
### 255 EAST TEMPLE STREET, ROOM 180
### LOS ANGELES, CALIFORNIA 90012

—

### OFFICIAL BUSINESS



RECEIVED
CLERK, U.S. DISTRICT COURT

JUN - 2 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY



FILED
CLERK, U.S. DISTRICT COURT

JUN - 2 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

2:20-CV-2291-DOC

NIXIE        910    SE 18CU    7205/30/25

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 90012222200



US POSTAGE $00

Case: 2:20cv2291  Doc: 924

William R Wise                                Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

Judge Karen E. Scott (crd_scott@cacd.uscourts.gov, karen_scott@cacd.uscourts.gov)
--Non Case Participants: James W. Spertus (jspertus@spertuslaw.com), Marianne Van Riper
(simon.perng@coco.ocgov.com), Kenneth Stahl (beverly.dozier-jones@msrlegal.com,
jane.martin@msrlegal.com, karen.irias@msrlegal.com), Laura D Knapp
(laura.knapp@coco.ocgov.com, marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com),
Samuel A. Josephs (sjosephs@spertuslaw.com), Christopher Thomas Casamassima
(chris.casamassima@wilmerhale.com), Kiva Grace Schrager (kschrager@millerbarondess.com), Kent
K Qian (kqian@oaklandcityattorney.org)
--No Notice Sent:
Message-Id:<40177823@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA
Alliance for Human Rights et al v. City of Los Angeles et al Order on Request to Proceed In Forma
Pauperis with Declaration in Support (CV-60) Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 5/22/2025 at 4:31 PM PDT and filed on 5/22/2025

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:** 924

**Docket Text:**
**MINUTES (IN CHAMBERS) by Judge David O. Carter: ORDER DENYING REQUEST TO
PROCEED IN FORMA PAUPERIS AS MOOT [885] AND DENYING GREGORY EDWARD
GRAY'S REQUEST TO FILE MOTION [886]. SEE DOCUMENT FOR FURTHER
INFORMATION. (twdb)**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**
Nadia Ann Sarkis     docket@millerbarondess.com, dgreen@millerbarondess.com,
lemge@millerbarondess.com, nsarkis@millerbarondess.com
Jessica Mariani     jessica.mariani@lacity.org, ava.smith@lacity.org
Jason H. Tokoro     aalamango@millerbarondess.com, jtokoro@millerbarondess.com,
briding@millerbarondess.com
Joseph Reichmann     filing@yagmanlaw.net, admin@yagmanlaw.net