GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
    tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
    mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
    kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
    bhamburger@gibsondunn.com
ANGELIQUE KAOUNIS, SBN 209833
    akaounis@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
    pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213.978-7508
Facsimile: 213.978.7011
Email: arlene.hoang@lacity.org
*Attorneys for Defendant*
*CITY OF LOS ANGELES*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., | CASE NO. 2:20-cv-02291 DOC (KES) |
| Plaintiffs, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF POST-EVIDENTIARY HEARING BRIEF OF DEFENDANT CITY OF LOS ANGELES** |
| v. | |
| CITY OF LOS ANGELES, a Municipal entity, et al., | Honorable David O. Carter, United States District Judge |
| Defendant. | Action Filed:   March 10, 2020 |

Gibson, Dunn & Crutcher LLP

Defendant City of Los Angeles respectfully requests that the Court take judicial notice of: (1) the January 7, 2025 Declaration of Local Emergency; (2) the January 13, 2025 Updated Declaration of Local Emergency; (3) the renewed Declaration adopted by the City Council on May 28, 2025; and (4) the City's budget resolution for fiscal year 2025–2026 which are attached as Exhibits A, B, C, and D respectively, to the accompanying declaration of Theane Evangelis.

Under the Federal Rules of Evidence, a court may take judicial notice of facts "not subject to reasonable dispute" because they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). The emergency declarations are subject to judicial notice because there is no reasonable dispute about their authenticity. *See, e.g.*, *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018) (explaining that "court[s] may take judicial notice of matters of public record"); *see also* Dkt. 975.

Gibson, Dunn & Crutcher LLP

1

REQUEST FOR JUDICIAL NOTICE
2:20-cv-02291 DOC (KES)

DATED: June 13, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Theane Evangelis*
Theane Evangelis

*Attorneys for Defendant CITY OF LOS ANGELES*

GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS McRAE, SBN 140308
  mmcrae@gibsondunn.com
KAHN SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
  pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street,
City Hall East, 6th Floor
Los Angeles, California  90012 Telephone: 213.978-7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

2
REQUEST FOR JUDICIAL NOTICE