GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
  pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
KATHLEEN KENEALY, SBN 212289
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213.978-7508
Facsimile: 213.978.7011
Email: arlene.hoang@lacity.org
*Attorneys for Defendant*
CITY OF LOS ANGELES

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>Defendant. | CASE NO. 2:20-cv-02291 DOC (KES)<br><br>**DECLARATION OF THEANE EVANGELIS IN SUPPORT OF DEFENDANT CITY OF LOS ANGELES'S REQUEST FOR JUDICIAL NOTICE**<br><br>Honorable David O. Carter, United States District Judge<br><br>Action Filed: March 10, 2020 |

I, Theane Evangelis, declare as follows:

1. I am an attorney admitted to practice law in the State of California. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys representing the City of Los Angeles in the above-referenced action. I submit this declaration in support of the City's post-hearing brief and accompanying request for judicial notice. If called and sworn as a witness, I could and would testify competently to the following:

2. Attached as **Exhibit A** is a true and correct copy of the City's January 7, 2025 declaration of local emergency.

3. Attached as **Exhibit B** is a true and correct copy of the City's January 13, 2025 updated declaration of local emergency.

4. Attached as **Exhibit C** is a true and correct copy of the City's renewed declaration of local emergency that the City Council adopted on May 28, 2025.

5. These declarations are publicly available in Council File 25-0030, which can be accessed through the Los Angeles City Clerk's online Council File Management System.

6. Attached as **Exhibit D** is a true and correct copy of the City's budget resolution for fiscal year 2025–2026. The resolution is publicly available in Council File 25-0600, which can be accessed through the Los Angeles City Clerk's online Council File Management System.

I declare under penalty of perjury under the laws of the United Sates of America that the foregoing is true and correct, and that I executed this Declaration at Los Angeles, California. Executed this 13th day of June, 2025.

_____
Theane Evangelis