# EXHIBIT A

## DECLARATION OF LOCAL EMERGENCY

By virtue of the authority vested in me as Mayor of the City of Los Angeles, pursuant to the provisions of Section 8.27 of the Los Angeles Administrative Code, I hereby find the following:

*WHEREAS, a life-threatening, destructive, widespread windstorm and extreme fire weather system is expected at least from Tuesday through Wednesday, and possibly extending through the end of the week, impacting the Los Angeles metropolitan area, including the County and City of Los Angeles, and threatening life and safety, public and private property and structures, and other critical infrastructure; and*

*WHEREAS, the National Weather Service has advised that damaging N/NE gusts of 50-80 mph, as well as isolated 80-100 mph in the mountains and foothills, are expected across most of Los Angeles metropolitan area; and*

*WHEREAS, along with the windstorm, the City of Los Angeles is experiencing significant high risk and dangerous fire weather conditions, including active fires in and around Pacific Palisades and the Hollywood area, which have prompted evacuation orders and road closures and continue to threaten structures, homes and critical infrastructure; and*

*WHEREAS, the National Weather Service issued a rare Particularly Dangerous Situation (PDS) Red Flag warning for 19 million people in the Los Angeles metropolitan area, which means there is a high risk of extreme fire behavior and very rapid growth due to dangerously high winds, low humidity and extremely dry vegetation; and*

*WHEREAS, this weather system has caused, or is substantially likely to cause, extreme conditions such as power outages, damage to power poles, fallen trees, and extreme fire behavior, impacting significant transportation arteries, requiring long-term repair and threatening the integrity of the City's infrastructure; and*

*WHEREAS, on January 7, 2025, as a result of the widespread windstorm and extreme fire weather, the Los Angeles County Board of Supervisors proclaimed a Local Emergency in the County of Los Angeles; and*

*WHEREAS, the City of Los Angeles Emergency Operations Center was activated on January 7, 2025 in response to this windstorm; and*

*WHEREAS, based upon the above events, by reason of its magnitude, and the need to protect the health, safety and welfare of the residents and property of the City of Los Angeles, there exists the potential that these events are likely to become beyond the control of the normal services, personnel, equipment and facilities of the regularly constituted branches and departments of the City Government, and that such emergency conditions require the mobilization of mutual aid resources and the ability to coordinate a multiagency response.*

3

NOW, THEREFORE, I HEREBY DECLARE the existence of a Local Emergency throughout the City of Los Angeles.

I HEREBY DIRECT the Emergency Operations Organization to be immediately activated and to take such steps that are necessary for the protection of life and property.

I FURTHER DIRECT that all City Departments impacted by this event, and its ongoing effects, continue to conduct damage assessments and collect any relevant cost estimates.

I FURTHER DIRECT that this Declaration of Local Emergency shall take effect immediately and that widespread publicity and notice shall be given said Declaration through the most feasible and adequate means of disseminating such notice throughout the City.

I HEREBY REQUEST that the Governor waive regulations that may hinder response and recovery efforts; that recovery assistance be made available under the California Disaster Assistance Act; and that the State expedite access to State and Federal resources and any other appropriate disaster relief programs.

This Declaration of Local Emergency is not intended to, and does not, create any rights or benefits, substantive, or procedural, enforceable at law or in equity, against the City of Los Angeles, its agencies, departments, entities, officers, employees, or any other person.

_____
**MARQUEECE HARRIS-DAWSON**
**Acting Mayor**

Dated at Los Angeles, California

Date: _____January 7_____, 2025

Time: _____5:04 p.m._____

Filed with the City Clerk

Date: _____January 7_____, 2025

Time: _____5:14pm_____

By: _____

4