# EXHIBIT B

5

## DECLARATION OF LOCAL EMERGENCY

### (Updated)

By virtue of the authority vested in me as Mayor of the City of Los Angeles, pursuant to the provisions of Sections 8.27 and 8.29 of the Los Angeles Administrative Code, I hereby find the following:

**WHEREAS**, a declaration of local emergency was declared on January 7, 2025, due to a destructive windstorm and extreme fire danger; and

**WHEREAS**, the City of Los Angeles Emergency Operations Organization and the Emergency Operations Center were activated on January 7, 2025, in response to this windstorm and fire danger; and

**WHEREAS**, the extreme winds and extreme dry conditions resulted in destructive fires throughout Los Angeles city; and

**WHEREAS**, the Palisades Fire, still not fully contained, is already considered one of the most destructive fires in the history of this nation; and

**WHEREAS**, during the initial hours of the the fire, firefighters confronted Category 2 hurricane force gusts of wind at estimated speeds in excess of 100 mph, essentially a dry hurricane racing over parched vegetation; and

**WHEREAS**, the extreme winds fueled a wildfire in urban interface and residential areas causing extreme threat to life and unprecedented destruction to property; and

**WHEREAS**, the Palisades Fire has outpaced the Tubbs Fire to become the second most destructive fire in California history in terms of structures destroyed, including many single family and multifamily homes, and the combination of fires in Los Angeles are the most destructive in the history of the city of Los Angeles; and

**WHEREAS**, thousands of families, elderly and vulnerable people, and animals and pets have been displaced with more than 80,000 people remaining under evacuation orders; and

**WHEREAS**, in terms of financial destruction, the 2025 Fire is likely to exceed in today's dollars the costly destruction of the historic earthquake and fire of 1906 in San Francisco and exceeds a geographical area larger than San Francisco or Boston; and

**WHEREAS**, as of January 13, 2025, there are currently two active fires in the City Of Los Angeles in addition to those active in Los Angeles County: the Palisades and Hurst Fires:

> Palisades Fire - Burning in the Santa Monica Mountains since about 10:30 a.m. on January 7, 2025, this fire has consumed over 23,000 acres with 14% containment and over 5,000 structures damaged or destroyed.

6

<u>Hurst Fire (formerly Sylmar Fire)</u> - Burning in the Sylmar area since about 10:30 p.m. on January 7, 2025, this fire is currently at 800 acres with 95% containment; and

**WHEREAS**, several additional fires have been contained within the city of Los Angeles including the Kenneth Fire, Sunset Fire, Studio City and Foothills Fire; and

**WHEREAS**, President Biden authorized the Federal Emergency Management Agency (FEMA) to reimburse 100% of specified costs, including debris removal and lifesaving and life sustaining activities such as fire suppression, pledging his full support and partnership as L.A. recovers and rebuilds. These financial resources could ensure that Los Angeles will rebuild stronger than before, however they require swift action to help restore communities; and

**WHEREAS**, during the pendency of the existence of a local emergency, the Los Angeles City Council shall retain its full authority to consider City ordinances to codify the measures necessary to address this crisis.

**NOW THEREFORE**, I hereby incorporate and update the declaration of local emergency dated January 7, 2025, and direct all Divisions of the Emergency Operations Organization (EOO) and all other City Departments to take necessary steps for the protection of life, health and safety in the City of Los Angeles in addressing the windstorms, extreme fire danger, and rebuilding effort.

**I REQUEST**, that the City Council adopt resolutions pursuant to Charter Section 371(e)(6) and Los Angeles Administrative Code Sections 10.1.1, 10.2.1, 10.5(a)(8) and 10.5.5 to expedite the procurement and contracting process for materials, equipment, and services necessary to respond.

**I ALSO REQUEST**, that the Governor issue additional orders and the Legislature enact legislation as needed, to build upon the Governor's recent orders including suspension of the California Coastal Act and the California Environmental Quality Act to expedite the rebuilding of homes and businesses damaged and destroyed in these devastating fires.

**I ALSO DIRECT**, that as Director of the Emergency Operations Organization, I shall coordinate Citywide planning and response and direct all Los Angeles City General Managers to present action plans to rebuild and recover as soon as possible.

**I FURTHER DIRECT**, that the City continue to coordinate its efforts to address this declared emergency with the County of Los Angeles County, the State of California, and the federal government.

**I FURTHER DIRECT**, that all relevant City departments and agencies compile and deliver to the Mayor information on the impact of the windstorms and fires of 2025 and maximize opportunities for reimbursement from FEMA and state resources.

7

**I THEREFORE FINALLY DIRECT**, that this updated Declaration of Local Emergency shall take effect immediately and that notice shall be given of this updated Declaration through the most feasible means. Nothing in this updated declaration of emergency is intended to alter the original effective date of the declared emergency.

_____
**KAREN BASS**
**Mayor**

Dated at Los Angeles, California

Date: ___January 13_____, 2025

Time: ___3:28 p.m._____

Filed with the City Clerk

Date: ___January 13_____, 2025

Time: ___4:08 p.m._____

By: ___Melinda Nowa_____

8