# Exhibit A

| | |
|---|---|
| **From:** | Arlene Hoang |
| **To:** | Elizabeth Mitchell |
| **Cc:** | Jessica Mariani |
| **Subject:** | Re: LA Alliance -- meet and confer |
| **Date:** | Wednesday, January 15, 2025 2:40:59 PM |

Dear Liz,

As you know, the City is currently dealing with the ongoing fires and wind storms, which are impacting personnel and resources.  Yesterday, the City Council ratified the Mayor's Emergency Declaration which was updated on January 13, 2025.  Accordingly, and by its own terms, the City's obligations as provided in Section 8.2 are hereby paused.  When we are able to confer with the County and our clients, we will get back to you to engage in a meet and confer process regarding the settlement agreement.

Given the City's current situation, we also request additional time to file the Quarterly Report due today.  If we can please obtain a 30-day extension, we would appreciate it.  As I am sure you can imagine, the City's resources are slim and we are understaffed so it is tough to estimate at the present time how much time we will truly need.  If we can file it sooner, we will certainly do so.  Thank you for your understanding.


Arlene Hoang
Deputy City Attorney
Office of the Los Angeles City Attorney
Business and Complex Litigation Division
200 N. Main Street, Room 675
Los Angeles, CA 90012
T:  213-978-7508
F: 213-978-7011
Arlene.Hoang@lacity.org


On Mon, Jan 13, 2025 at 12:13 PM Elizabeth Mitchell <elizabeth@umklaw.com> wrote:

> Hi Arlene,
>
> I hope you two and your families are safe during this crisis.  No problem on timing and I don't want to overly strain the City right now.
>
> I'm available to discuss the following dates/times:
>
> - Tues (1/14): all day
> - Wed (1/15): 8am-10am; 2pm-5pm
> - Thurs (1/16): 8am-12pm

If none of those work, please suggest some dates/times the following and I'll fit myself into your schedule.

Thanks,

Liz

---

**From:** Arlene Hoang <arlene.hoang@lacity.org>
**Sent:** Friday, January 10, 2025 5:47 PM
**To:** Elizabeth Mitchell <elizabeth@umklaw.com>
**Cc:** Jessica Mariani <jessica.mariani@lacity.org>
**Subject:** Re: LA Alliance -- meet and confer

Dear Liz,

As you can imagine, the City is dealing with unprecedented issues right now, and we could not speak during the times you proposed.  While we are pleased to hear you got clarification on the Inside Safe beds being counted toward the settlement and that you agreed that information was helpful, we continue to believe that we need to meet and confer with you, including to discuss issues you raised before Tuesday's court hearing for which we believe you are mistaken about.  We are also happy to assist with the other issue you raised regarding the County and will try to connect you with the right individual(s), but in light of the current circumstances impacting the City, it may not be next week.  What does your upcoming schedule look like to arrange a time for us to speak (recognizing we may need to schedule a separate call regarding your question about "mapping" the homelessness system)?

Arlene Hoang

Deputy City Attorney

Office of the Los Angeles City Attorney

Business and Complex Litigation Division

200 N. Main Street, Room 675

Los Angeles, CA 90012

T:  213-978-7508

F: 213-978-7011

Arlene.Hoang@lacity.org

On Wed, Jan 8, 2025 at 5:27 PM Elizabeth Mitchell <elizabeth@umklaw.com> wrote:

Hi Arlene,

Thank you for the follow-up email and I hope you are staying safe as well. I've reviewed the letter we sent back in November and the agreement (attached), and I can't see how the City isn't out of compliance by failing to provide the plan for all of the 12,915 beds (Section 5.2) but I'm willing to hear your perspective again.  Regarding the delay in achieving the milestones, I'm happy to discuss the City's best efforts if you think it will be fruitful.  We've long encouraged fast, low-cost shelter options over expensive permanent supportive housing (which takes forever, costs a ton) but the city has chosen the permanent route.  It seems the City has made the decision to go with the slow route and now we're seeing the results.   I did get clarification on which Inside Safe projects are being counted, which I do think is helpful.

I'm available to connect tomorrow between 10am-1pm or Friday 8am-10am or 12-3pm.  We can talk then about the County as well.  Relatedly, my assistant and I are working on "mapping" the homelessness system and all the holes/traps/leaks so we can understand the difficulties at every step (many of which I believe are directly related to the lack of available services at scale, the overlay of bureaucracies in LAHSA and the County, etc.) .  We've been talking to providers, outreach workers, Michele, currently unhoused folks, etc.  I'd love the City's perspective—specifically I'd like to talk to Ed Gipson of the CAO's office if you're OK with it.  I spoke with him yesterday and he's excited about the project but of course I want to make sure I went through you first.  It would be an off-the-record conversation and you are welcome to join.  Please let me know what you think.

Thanks,

Liz

**From:** Arlene Hoang <arlene.hoang@lacity.org>
**Sent:** Wednesday, January 8, 2025 4:29 PM
**To:** Elizabeth Mitchell <elizabeth@umklaw.com>
**Cc:** Jessica Mariani <jessica.mariani@lacity.org>
**Subject:** LA Alliance -- meet and confer

Dear Liz,

We hope you are staying safe in the current devastating conditions.  Yesterday before the court hearing, you advised us you were planning to file a motion next week against the City, and Jessica and I discussed with you the need to meet and confer further about it.  We did not receive an email from you about scheduling it, which you indicated you would send.  We continue to believe a meet and confer discussion is important and should occur, especially given additional information learned in court yesterday.  Given the current City-wide emergency, perhaps we can confer later this week or early next week? Please let us know your availability so we can schedule a meeting.  Thank you, and stay safe.

Arlene Hoang

Deputy City Attorney

Office of the Los Angeles City Attorney

Business and Complex Litigation Division

200 N. Main Street, Room 675

Los Angeles, CA 90012

T:  213-978-7508

F: 213-978-7011

Arlene.Hoang@lacity.org

****************Confidentiality Notice ************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected
by the attorney-client privilege and/or the work product doctrine. If you are not the

intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.
*****************************************************************


****************Confidentiality Notice ************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.
*****************************************************************


****************Confidentiality Notice ************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.
*****************************************************************