# Exhibit B

**Current Distribution Percentage per Council District**

| | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 | CD 8 | CD 9 | CD 10 | CD 11 | CD 12 | CD 13 | CD 14 | CD 15 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 91 | 51 | 41 | 143 | 50 | 29 | 55 | 42 | 48 | 16 | 59 | 54 | 58 | 81 | 24 | | |
| | 79 | 32 | 13 | 54 | 49 | 48 | 33 | 40 | 34 | 43 | 67 | | 63 | 84 | 55 | | |
| | 45 | 48 | 44 | 34 | 56 | 34 | 48 | 33 | 21 | 21 | 53 | | 59 | 93 | 88 | | |
| | 90 | 34 | 39 | 42 | | 53 | 35 | 54 | 59 | 53 | 34 | | 61 | 40 | 63 | Interim Housing | |
| | 136 | | 71 | | | 25 | 21 | 56 | 25 | 78 | 39 | | 52 | 38 | 53 | H/M Occupancy Agreements | |
| | 53 | | | | | 49 | | 97 | 56 | 36 | 24 | | 67 | 133 | 80 | H/M Booking Agreements | |
| | 62 | | | | | 50 | | 16 | 19 | 20 | 49 | | 41 | 142 | 32 | PSH/Master Lease | |
| | 39 | | | | | | 36 | 19 | 49 | 74 | 21 | | 24 | 63 | 13 | | |
| | 294 | | | | | | | 27 | 26 | 20 | 24 | | 73 | 146 | 15 | | |
| | 47 | | | | | | | 28 | 15 | 42 | | | 50 | 20 | | | |
| | 63 | | | | | | | 81 | 24 | | | | 25 | 49 | | | |
| | 60 | | | | | | | 53 | 19 | | | | 26 | 49 | | | |
| | | | | | | | | 7 | 11 | | | | 55 | 47 | | | |
| | | | | | | | | 19 | 21 | | | | 94 | 25 | | | |
| | | | | | | | | 16 | 11 | | | | | 22 | | | |
| | | | | | | | | 13 | 18 | | | | | | | | |
| | | | | | | | | 20 | 26 | | | | | | | | |
| | | | | | | | | 20 | 31 | | | | | | | | |
| | | | | | | | | 19 | 56 | | | | | | | | |
| | | | | | | | | 18 | | | | | | | | | |
| | | | | | | | | 21 | | | | | | | | | |
| | | | | | | | | 21 | | | | | | | | | |
| | | | | | | | | 29 | | | | | | | | | |
| **Totals** | 1,059 | 165 | 208 | 273 | 155 | 324 | 192 | 749 | 569 | 403 | 370 | 54 | 748 | 1,032 | 423 | 6,724 | |
| **Percentage** | 15.74% | 2.45% | 3.09% | 4.06% | 2.31% | 4.82% | 2.85% | 11.14% | 8.47% | 5.99% | 5.50% | 0.80% | 11.12% | 15.35% | 6.31% | 100.00% | |

**Inside Safe Distribution**

| | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 | CD 8 | CD 9 | CD 10 | CD 11 | CD 12 | CD 13 | CD 14 | CD 15 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | 56 | | | | 21 | | | | | | | | |
| | | 34 | 39 | 42 | | | 35 | | | | | | | | | H/M Occupancy Agreements | |
| | | | 71 | | | | 21 | | | | | | | | | H/M Booking Agreements | |
| | | | | | | | | | | | | | | | | PSH/Master Lease | |
| | | | | | | 50 | | 16 | 19 | | | | 41 | | 32 | | |
| | | | | | | | | 19 | 49 | | 21 | | 24 | | 13 | | |
| | | | | | | | | 27 | | | 24 | | 73 | 146 | 15 | | |
| | | | | | | | | 28 | 15 | | | | 50 | | | | |
| | | | | | | | | 81 | 24 | | | | 25 | | | | |
| | 60 | | | | | | | | 19 | | | | 26 | | | | |
| | | | | | | | | 7 | 11 | | | | 55 | 47 | | | |
| | | | | | | | | 19 | 21 | | | | | 25 | | | |
| | | | | | | | | 16 | 11 | | | | | 22 | | | |
| | | | | | | | | 13 | 18 | | | | | | | | |
| | | | | | | | | 20 | 26 | | | | | | | | |
| | | | | | | | | 20 | | | | | | | | | |
| | | | | | | | | 19 | | | | | | | | | |
| | | | | | | | | 18 | | | | | | | | | |
| | | | | | | | | 21 | | | | | | | | | |
| | | | | | | | | 21 | | | | | | | | | |
| | | | | | | | | 29 | | | | | | | | 1,655 | |
| **Totals** | 60 | 34 | 110 | 42 | 56 | 50 | 56 | 374 | 234 | 0 | 45 | 0 | 294 | 240 | 60 | 100.00% | |
| **Percentage** | 3.62% | 2.05% | 6.65% | 2.54% | 3.38% | 3.02% | 3.38% | 22.61% | 14.14% | 0.00% | 2.71% | 0.00% | 17.76% | 14.51% | 3.63% | | |