# Exhibit C

**Distribution of TLS Units per City Report**

**By Number in Each City**

| City | Number | Percent |
|---|---|---|
| Los Angeles | 1,626 | 60.69% |
| North Hollywood | 107 | 3.99% |
| Long Beach | 100 | 3.73% |
| Van Nuys | 69 | 2.58% |
| Sylmar | 68 | 2.54% |
| Panorama City | 56 | 2.09% |
| Inglewood | 48 | 1.79% |
| Hawthorne | 41 | 1.53% |
| Lancaster | 38 | 1.42% |
| North Hills | 37 | 1.38% |
| Burbank | 30 | 1.12% |
| Reseda | 30 | 1.12% |
| Palmdale | 27 | 1.01% |
| Gardena | 26 | 0.97% |
| Sun Valley | 21 | 0.78% |
| Canoga Park | 20 | 0.75% |
| Wilmington | 20 | 0.75% |
| San Pedro | 18 | 0.67% |
| Winnetka | 18 | 0.67% |
| Huntington Park | 17 | 0.63% |
| Tujunga | 16 | 0.60% |
| Compton | 13 | 0.49% |
| Northridge | 12 | 0.45% |
| San Fernando | 12 | 0.45% |
| Lomita | 10 | 0.37% |
| Paramount | 10 | 0.37% |
| Pacoima | 9 | 0.34% |
| Glendale | 8 | 0.30% |
| Lynwood | 8 | 0.30% |
| Pasadena | 8 | 0.30% |
| Santa Monica | 8 | 0.30% |
| Sunland | 8 | 0.30% |
| Torrance | 8 | 0.30% |
| Sherman Oaks | 7 | 0.26% |
| Valley Village | 7 | 0.26% |
| West Hills | 7 | 0.26% |
| Bellflower | 6 | 0.22% |
| Marina Del Rey | 6 | 0.22% |
| Tarzana | 6 | 0.22% |
| Bell Gardens | 5 | 0.19% |
| Granada Hills | 5 | 0.19% |
| Chatsworth | 4 | 0.15% |
| Downey | 4 | 0.15% |
| South Gate | 4 | 0.15% |
| West Hollywood | 4 | 0.15% |
| Woodland Hills | 4 | 0.15% |
| Arleta | 3 | 0.11% |
| Castaic | 3 | 0.11% |
| El Monte | 3 | 0.11% |
| Maywood | 3 | 0.11% |
| Newhall | 3 | 0.11% |
| Whittier | 3 | 0.11% |
| Baldwin Park | 2 | 0.07% |
| Buena Park | 2 | 0.07% |
| Canyon Country | 2 | 0.07% |
| Encino | 2 | 0.07% |
| Harbor City | 2 | 0.07% |
| Montebello | 2 | 0.07% |
| Monterey Park | 2 | 0.07% |
| Porter Ranch | 2 | 0.07% |
| Redondo Beach | 2 | 0.07% |
| Santa Clarita | 2 | 0.07% |
| Venice | 2 | 0.07% |
| Alhambra | 1 | 0.04% |
| Artesia | 1 | 0.04% |
| Azusa | 1 | 0.04% |
| Calabasas | 1 | 0.04% |
| California City | 1 | 0.04% |
| Carson | 1 | 0.04% |

**By City Name**

| City | Number | Percent |
|---|---|---|
| Alhambra | 1 | 0.04% |
| Arleta | 3 | 0.11% |
| Artesia | 1 | 0.04% |
| Azusa | 1 | 0.04% |
| Baldwin Park | 2 | 0.07% |
| Bell Gardens | 5 | 0.19% |
| Bellflower | 6 | 0.22% |
| Buena Park | 2 | 0.07% |
| Burbank | 30 | 1.12% |
| Calabasas | 1 | 0.04% |
| California City | 1 | 0.04% |
| Canoga Park | 20 | 0.75% |
| Canyon Country | 2 | 0.07% |
| Carson | 1 | 0.04% |
| Castaic | 3 | 0.11% |
| Chatsworth | 4 | 0.15% |
| Compton | 13 | 0.49% |
| Covina | 1 | 0.04% |
| Culver City | 1 | 0.04% |
| Diamond Bar | 1 | 0.04% |
| Downey | 4 | 0.15% |
| El Monte | 3 | 0.11% |
| Encino | 2 | 0.07% |
| Gardena | 26 | 0.97% |
| Glendale | 8 | 0.30% |
| Granada Hills | 5 | 0.19% |
| Harbor City | 2 | 0.07% |
| Hawthorne | 41 | 1.53% |
| Hollywood | 1 | 0.04% |
| Huntington Park | 17 | 0.63% |
| Imperial | 1 | 0.04% |
| Inglewood | 48 | 1.79% |
| La Verne | 1 | 0.04% |
| Lancaster | 38 | 1.42% |
| Lomita | 10 | 0.37% |
| Long Beach | 100 | 3.73% |
| Los Angeles | 1,626 | 60.69% |
| Lynwood | 8 | 0.30% |
| Marina Del Ray | 1 | 0.04% |
| Marina Del Rey | 6 | 0.22% |
| Maywood | 3 | 0.11% |
| Monrovia | 1 | 0.04% |
| Montebello | 2 | 0.07% |
| Monterey Park | 2 | 0.07% |
| Newhall | 3 | 0.11% |
| North Hills | 37 | 1.38% |
| North Hollywood | 107 | 3.99% |
| Northridge | 12 | 0.45% |
| Norwalk | 1 | 0.04% |
| Pacoima | 9 | 0.34% |
| Palmdale | 27 | 1.01% |
| Panorama City | 56 | 2.09% |
| Paramount | 10 | 0.37% |
| Pasadena | 8 | 0.30% |
| Pico Rivera | 1 | 0.04% |
| Pomona | 1 | 0.04% |
| Porter Ranch | 2 | 0.07% |
| Rancho Cucamor | 1 | 0.04% |
| Redondo Beach | 2 | 0.07% |
| Reseda | 30 | 1.12% |
| Riverside | 1 | 0.04% |
| San Fernando | 12 | 0.45% |
| San Pedro | 18 | 0.67% |
| Santa Ana | 1 | 0.04% |
| Santa Clarita | 2 | 0.07% |
| Santa Monica | 8 | 0.30% |
| Sherman Oaks | 7 | 0.26% |
| South Gate | 4 | 0.15% |
| Studio City | 1 | 0.04% |

| | | | | | | |
|---|---|---|---|---|---|---|
| Covina | 1 | 0.04% | | Sun Valley | 21 | 0.78% |
| Culver City | 1 | 0.04% | | Sunland | 8 | 0.30% |
| Diamond Bar | 1 | 0.04% | | Sylmar | 68 | 2.54% |
| Hollywood | 1 | 0.04% | | Tarzana | 6 | 0.22% |
| Imperial | 1 | 0.04% | | Torrance | 8 | 0.30% |
| La Verne | 1 | 0.04% | | Tujunga | 16 | 0.60% |
| Marina Del Ray | 1 | 0.04% | | Tujunga | 1 | 0.04% |
| Monrovia | 1 | 0.04% | | Valencia | 1 | 0.04% |
| Norwalk | 1 | 0.04% | | Valley Village | 7 | 0.26% |
| Pico Rivera | 1 | 0.04% | | Van Nuys | 69 | 2.58% |
| Pomona | 1 | 0.04% | | Venice | 2 | 0.07% |
| Rancho Cucamonga | 1 | 0.04% | | West Hills | 7 | 0.26% |
| Riverside | 1 | 0.04% | | West Hollywood | 4 | 0.15% |
| Santa Ana | 1 | 0.04% | | Whittier | 3 | 0.11% |
| Studio City | 1 | 0.04% | | Wilmington | 20 | 0.75% |
| Tujunga | 1 | 0.04% | | Winnetka | 18 | 0.67% |
| Valencia | 1 | 0.04% | | Woodland Hills | 4 | 0.15% |
| **Total** | **2,679** | **100.00%** | | **Total** | **2,679** | **100.00%** |

## Distribution of TLS Units per City Repor

| Zip Code | Count |
|---|---|
| **90001** | **48** |
| Los Angeles | 48 |
| **90002** | **15** |
| Los Angeles | 15 |
| **90003** | **89** |
| Los Angeles | 89 |
| **90004** | **60** |
| Los Angeles | 60 |
| **90005** | **38** |
| Los Angeles | 38 |
| **90006** | **97** |
| Los Angeles | 97 |
| **90007** | **62** |
| Los Angeles | 62 |
| **90008** | **47** |
| Los Angeles | 47 |
| **90011** | **102** |
| Los Angeles | 102 |
| **90012** | **4** |
| Los Angeles | 4 |
| **90013** | **55** |
| Los Angeles | 55 |
| **90014** | **83** |
| Los Angeles | 83 |
| **90015** | **28** |
| Los Angeles | 28 |
| **90016** | **21** |
| Los Angeles | 21 |
| **90017** | **59** |
| Los Angeles | 59 |
| **90018** | **80** |
| Los Angeles | 80 |
| **90019** | **24** |
| Los Angeles | 24 |
| **90020** | **18** |
| Los Angeles | 18 |
| **90021** | **3** |
| Los Angeles | 3 |
| **90022** | **5** |
| Los Angeles | 5 |
| **90023** | **19** |
| Los Angeles | 19 |
| **90025** | **5** |
| Los Angeles | 5 |
| **90026** | **7** |
| Los Angeles | 7 |
| **90027** | **4** |
| Los Angeles | 4 |

| | |
|---|---|
| **90028** | **33** |
| Hollywood | 1 |
| Los Angeles | 32 |
| **90029** | **27** |
| Los Angeles | 27 |
| **90031** | **10** |
| Los Angeles | 10 |
| **90032** | **9** |
| Los Angeles | 9 |
| **90033** | **32** |
| Los Angeles | 32 |
| **90034** | **4** |
| Los Angeles | 4 |
| **90035** | **2** |
| Los Angeles | 2 |
| **90036** | **1** |
| Los Angeles | 1 |
| **90037** | **99** |
| Los Angeles | 99 |
| **90038** | **15** |
| Los Angeles | 15 |
| **90041** | **2** |
| Los Angeles | 2 |
| **90042** | **10** |
| Los Angeles | 10 |
| **90043** | **39** |
| Los Angeles | 39 |
| **90044** | **114** |
| Los Angeles | 114 |
| **90045** | **5** |
| Los Angeles | 5 |
| **90046** | **4** |
| Los Angeles | 1 |
| West Hollywood | 3 |
| **90047** | **16** |
| Los Angeles | 16 |
| **90048** | **1** |
| Los Angeles | 1 |
| **90056** | **2** |
| Los Angeles | 2 |
| **90057** | **53** |
| Los Angeles | 53 |
| **90059** | **20** |
| Los Angeles | 20 |
| **90061** | **43** |
| Los Angeles | 43 |
| **90062** | **94** |
| Los Angeles | 94 |
| **90063** | **6** |
| Los Angeles | 6 |
| **90064** | **2** |
| Los Angeles | 2 |
| **90065** | **4** |

| | |
|---|---|
| Los Angeles | 4 |
| **90066** | **2** |
| Los Angeles | 2 |
| **90068** | **8** |
| Los Angeles | 7 |
| Pasadena | 1 |
| **90069** | **1** |
| West Hollywood | 1 |
| **90201** | **5** |
| Bell Gardens | 5 |
| **90220** | **5** |
| Compton | 5 |
| **90221** | **7** |
| Compton | 7 |
| **90222** | **1** |
| Compton | 1 |
| **90232** | **1** |
| Culver City | 1 |
| **90241** | **1** |
| Downey | 1 |
| **90242** | **3** |
| Downey | 3 |
| **90247** | **18** |
| Gardena | 18 |
| **90248** | **3** |
| Gardena | 3 |
| **90249** | **5** |
| Gardena | 5 |
| **90250** | **41** |
| Hawthorne | 41 |
| **90252** | **1** |
| Huntington Park | 1 |
| **90255** | **16** |
| Huntington Park | 16 |
| **90262** | **8** |
| Lynwood | 8 |
| **90270** | **3** |
| Maywood | 3 |
| **90277** | **1** |
| Redondo Beach | 1 |
| **90278** | **1** |
| Redondo Beach | 1 |
| **90280** | **4** |
| South Gate | 4 |
| **90291** | **2** |
| Venice | 2 |
| **90292** | **7** |
| Marina Del Ray | 1 |
| Marina Del Rey | 6 |
| **90301** | **27** |
| Inglewood | 27 |
| **90302** | **7** |
| Inglewood | 7 |

| | |
|---|---|
| **90303** | **5** |
| Inglewood | 5 |
| **90304** | **8** |
| Inglewood | 8 |
| **90305** | **1** |
| Inglewood | 1 |
| **90401** | **5** |
| Santa Monica | 5 |
| **90404** | **2** |
| Santa Monica | 2 |
| **90405** | **1** |
| Santa Monica | 1 |
| **90501** | **6** |
| Torrance | 6 |
| **90504** | **1** |
| Torrance | 1 |
| **90505** | **1** |
| Torrance | 1 |
| **90602** | **1** |
| Whittier | 1 |
| **90606** | **2** |
| Whittier | 2 |
| **90620** | **2** |
| Buena Park | 2 |
| **90640** | **2** |
| Montebello | 2 |
| **90650** | **1** |
| Norwalk | 1 |
| **90660** | **1** |
| Pico Rivera | 1 |
| **90701** | **1** |
| Artesia | 1 |
| **90706** | **6** |
| Bellflower | 6 |
| **90710** | **2** |
| Harbor City | 2 |
| **90717** | **10** |
| Lomita | 10 |
| **90723** | **10** |
| Paramount | 10 |
| **90731** | **18** |
| San Pedro | 18 |
| **90744** | **20** |
| Wilmington | 20 |
| **90745** | **1** |
| Carson | 1 |
| **90802** | **14** |
| Long Beach | 14 |
| **90803** | **2** |
| Long Beach | 2 |
| **90804** | **8** |
| Long Beach | 8 |
| **90805** | **26** |

| | |
|---|---|
| Long Beach | 26 |
| **90806** | **9** |
| Long Beach | 9 |
| **90807** | **2** |
| Long Beach | 2 |
| **90810** | **7** |
| Long Beach | 7 |
| **90813** | **32** |
| Long Beach | 31 |
| Los Angeles | 1 |
| **90815** | **1** |
| Long Beach | 1 |
| **91016** | **1** |
| Monrovia | 1 |
| **91040** | **8** |
| Sunland | 8 |
| **91042** | **16** |
| Tujunga | 16 |
| **91101** | **1** |
| Pasadena | 1 |
| **91103** | **3** |
| Pasadena | 3 |
| **91104** | **3** |
| Pasadena | 3 |
| **91202** | **1** |
| Glendale | 1 |
| **91203** | **3** |
| Glendale | 3 |
| **91204** | **1** |
| Glendale | 1 |
| **91205** | **2** |
| Glendale | 2 |
| **91206** | **1** |
| Glendale | 1 |
| **91302** | **1** |
| Calabasas | 1 |
| **91303** | **8** |
| Canoga Park | 8 |
| **91304** | **14** |
| Canoga Park | 12 |
| West Hills | 2 |
| **91306** | **18** |
| Winnetka | 18 |
| **91307** | **5** |
| West Hills | 5 |
| **91311** | **4** |
| Chatsworth | 4 |
| **91316** | **2** |
| Encino | 2 |
| **91321** | **3** |
| Newhall | 3 |
| **91324** | **5** |
| Northridge | 5 |

| | |
|---|---|
| **91325** | **6** |
| Northridge | 6 |
| **91326** | **2** |
| Porter Ranch | 2 |
| **91331** | **12** |
| Arleta | 3 |
| Pacoima | 9 |
| **91335** | **32** |
| Reseda | 30 |
| Tarzana | 2 |
| **91340** | **12** |
| San Fernando | 12 |
| **91342** | **68** |
| Sylmar | 68 |
| **91343** | **38** |
| North Hills | 37 |
| Northridge | 1 |
| **91344** | **5** |
| Granada Hills | 5 |
| **91350** | **1** |
| Santa Clarita | 1 |
| **91352** | **21** |
| Sun Valley | 21 |
| **91355** | **1** |
| Valencia | 1 |
| **91356** | **4** |
| Tarzana | 4 |
| **91364** | **2** |
| Woodland Hills | 2 |
| **91367** | **2** |
| Woodland Hills | 2 |
| **91384** | **3** |
| Castaic | 3 |
| **91387** | **2** |
| Canyon Country | 2 |
| **91390** | **1** |
| Santa Clarita | 1 |
| **91401** | **7** |
| Van Nuys | 7 |
| **91402** | **57** |
| Panorama City | 56 |
| Tujuna | 1 |
| **91403** | **1** |
| Sherman Oaks | 1 |
| **91405** | **33** |
| Van Nuys | 33 |
| **91406** | **20** |
| Van Nuys | 20 |
| **91411** | **9** |
| Van Nuys | 9 |
| **91423** | **6** |
| Sherman Oaks | 6 |
| **91501** | **1** |

| | | |
|---|---|---|
| Burbank | 1 | |
| **91502** | **1** | |
| Burbank | 1 | |
| **91504** | **2** | |
| Burbank | 2 | |
| **91505** | **1** | |
| Burbank | 1 | |
| **91506** | **25** | |
| Burbank | 25 | |
| **91601** | **24** | |
| North Hollywood | 24 | |
| **91602** | **1** | |
| North Hollywood | 1 | |
| **91604** | **1** | |
| Studio City | 1 | |
| **91605** | **70** | |
| North Hollywood | 70 | |
| **91606** | **12** | |
| North Hollywood | 12 | |
| **91607** | **7** | |
| Valley Village | 7 | |
| **91702** | **1** | |
| Azusa | 1 | |
| **91706** | **2** | |
| Baldwin Park | 2 | |
| **91723** | **1** | |
| Covina | 1 | |
| **91730** | **1** | |
| Rancho Cucamor | 1 | |
| **91731** | **2** | |
| El Monte | 2 | |
| **91732** | **1** | |
| El Monte | 1 | |
| **91750** | **1** | |
| La Verne | 1 | |
| **91754** | **2** | |
| Monterey Park | 2 | |
| **91765** | **1** | |
| Diamond Bar | 1 | |
| **91768** | **1** | |
| Pomona | 1 | |
| **91801** | **1** | |
| Alhambra | 1 | |
| **92251** | **1** | |
| Imperial | 1 | |
| **92504** | **1** | |
| Riverside | 1 | |
| **92701** | **1** | |
| Santa Ana | 1 | |
| **93505** | **1** | |
| California City | 1 | |
| **93534** | **18** | |
| Lancaster | 18 | |

| | |
|---|---:|
| **93535** | **15** |
| Lancaster | 15 |
| **93536** | **5** |
| Lancaster | 5 |
| **93550** | **24** |
| Palmdale | 24 |
| **93551** | **2** |
| Palmdale | 2 |
| **93552** | **1** |
| Palmdale | 1 |
| **Zip** | **42** |
| City | 42 |
| **(blank)** | |
| 1626 | |
| (blank) | |
| **Grand Total** | **2721** |