# Exhibit D

# Distribution of TLS Units

