LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
LAUREN M. BRODY (State Bar No. 337858)
lbrody@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**STIPULATION TO APPOINT JUSTICE THOMAS GOETHALS AS NEW COUNTY MONITOR**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

740404.3

**IT IS HEREBY STIPULATED** by and between Defendant County of Los Angeles ("Defendant") and Plaintiffs LA Alliance for Human Rights et al. ("Plaintiffs), by and through their respective counsel of record, to retain Justice Thomas M. Goethals (ret.) as Monitor pursuant to Paragraph T of the September 29, 2023 Settlement Agreement (including addenda) between Plaintiffs and the County.

DATED:  June 20, 2025          MILLER BARONDESS, LLP

By:  _____
　　　MIRA HASHMALL
　　　Attorneys for Defendant

DATED:  June 20, 2025          UMHOFER MITCHELL & KING LLP

By:  　　　/s/ Elizabeth Mitchell　
　　　ELIZABETH MITCHELL
　　　Attorneys for Plaintiffs

STIPULATION TO APPOINT JUSTICE THOMAS GOETHALS AS COUNTY MONITOR

**ATTESTATION**

I, Mira Hashmall, hereby certify that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  June 20, 2025                      MILLER BARONDESS, LLP

By: _____

                      MIRA HASHMALL
                      Attorneys for

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

740404.3

STIPULATION TO APPOINT JUSTICE THOMAS GOETHALS AS COUNTY MONITOR