

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| LA ALLIANCE FOR HUMAN RIGHTS, et al., | **CASE NO. 2:20-cv-02291 DOC (KES)** |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING STIPULATION TO APPOINT JUSTICE THOMAS GOETHALS AS NEW COUNTY MONITOR** |
| v. | |
| CITY OF LOS ANGELES, et al., | Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |
| Defendants. | |

741536.1

## ORDER

The Court hereby approves this Stipulation and appoints Justice Thomas M. Goethals as County Monitor.

**IT IS SO ORDERED.**

DATED: June \_\_\_, 2025

_____
Hon. David O. Carter
Judge of the United States District Court

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

741536.1

2

[PROPOSED] ORDER