# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>            Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**ORDER GRANTING STIPULATION TO APPOINT JUSTICE THOMAS GOETHALS AS NEW COUNTY MONITOR  [987]**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

741536.1

ORDER

# ORDER

The Court hereby approves this Stipulation and appoints Justice Thomas M. Goethals as County Monitor.

**IT IS SO ORDERED.**

DATED:  June 20, 2025

_____
Hon. David O. Carter
Judge of the United States District Court