UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>     Plaintiffs,<br><br>     v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>     Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE AND NOTICE OF SUPPLEMENTAL EVIDENCE**<br><br>Before:  Hon. David O. Carter<br>Courtroom: 10A |

Plaintiff LA Alliance for Human Rights ("LA Alliance" or "Plaintiff") requests pursuant to Rule 201 of the Federal Rules of Evidence that the Court take judicial notice of the following supplemental evidence in connection with the seven-day evidentiary hearing which commenced on May 27, 2025.

This Court may take judicial notice of a fact "not subject to reasonable dispute because it (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed R. Evid. 201(b). A court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

"[B]ecause of their perceived reliability, courts have often admitted records taken from websites maintained by government agencies." Rollins v. Dignity Health, 338 F. Supp. 3d 1025, 1032 (N.D. Cal. 2018). Likewise, "[a] government agency's records will often be judicially noticeable because they are public records." Id.

Plaintiff requests that the Court take judicial notice of the following statements and media sourced from Defendant City of Los Angeles ("the City"):

On June 18, 2025, the City's Housing and Homelessness Committee ("HHC") convened and held a public meeting. A video recording of the full meeting is published publicly on the LA City Clerk's YouTube channel and can be viewed at https://www.youtube.com/watch?v=qbezNprENkw. For the Court's convenience, attached hereto as Exhibit A is an approximate transcript of the HHC meeting.[1]

Specifically, Plaintiff directs the Court's attention to revealing statements made during the meeting by various City officials which evidence the City's continued rejection of its obligation to meet any milestones for either bed creation or encampment reduction as set forth in the Alliance Settlement Agreement. Below is a table which identifies various statements, the speaker who made each statement, the time stamp at

---

[1] For the sake of brevity and efficiency, the transcript omits the first hour of the meeting which is not relevant to the issues at bar and thus beyond the scope of Plaintiff's request.

*PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE AND*
*NOTICE OF SUPPLEMENTAL EVIDENCE*

which each statement was made, and a direct link to that statement in the meeting. Statements referenced herein are also highlighted in the transcript attached as Exhibit A.

| Speaker | Statement (cleaned up) | Time Stamp/Link |
|---|---|---|
| Megan Falcone, *CAOs Office* | The city is not required to meet each council district target in order to comply with the settlement. Rather, the settlement requires the city to equitably distribute housing and shelter solutions throughout the city. | 1:01:19 |
| Megan Falcone, *CAOs Office* | Again, achieving these targets are not required, but can be used as a guideline for equitable distribution of interventions across the city. | 1:03:20 |
| Ed Gibson, *CAOs Office* | It is at the city's discretion to choose which intervention we use, and the answer is yes. | 1:06:26 |
| Matthew Szabo, *CAO* | We are not required to provide a plan to the court, so I want to make that clear, but I am committing that as we are proceeding through the court process, and as that settles out, this committee will be provided a plan and a second road map to close the gap, that 1900 bed gap. | 1:28:06 |
| Matthew Szabo, *CAO* | But again, I want to stress, this is not something that we would submit to the court or the plaintiffs. It would be our internal process. | 1:29:47 |

Dated: June 20, 2025        Respectfully submitted,

*/s/ Elizabeth A. Mitchell*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)

*Attorneys for Plaintiffs*

2

*PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE AND NOTICE OF SUPPLEMENTAL EVIDENCE*