# Exhibit A

## 2025-06-18 HOUSING AND HOMELESSNESS COMMITTEE MEETING

*[The transcript has been abridged to omit the first hour of the meeting]*

**Nithya Raman, 4th Council District**  1:00:04
Okay, item one, if you want to read that into the record,

**Luigi Verano**  1:00:10
item number one is a city administrative officer report relative to the alliance settlement agreement, progress as of March 31, 2025,

**Nithya Raman, 4th Council District**  1:00:20
okay. Welcome. Hi. So we are this is another update on our progress towards meeting these goals. And if you want to just provide us a brief presentation, I think we can move to questions.

**Megan Falcone**  1:00:32
Well, good afternoon. My name is Megan Falcone, and I'm with the CAO's office. Before you is a report on the city's progress toward meeting the Alliance settlement requirements. As of March 31, 2025, as of the quarterly report to the district court under the settlement, the city must create 12,915 shelter housing interventions by June 13, 2027. Interventions that open before June 14, 2022, or that are being counted toward the city's June 16, 2020, homeless roadmap agreement cannot be used toward the Settlement Agreement requirements. In addition to the citywide required number, target numbers were established for each council district. The city is not required to meet each council district target in order to comply with the settlement. Rather, the settlement requires the city to equitably, equitably distribute housing and shelter solutions throughout the city. Council districts that meet their target number may choose to implement district wide public space regulations and ordinances beyond 4118 as of March 31, 2020. First, 2025 of the 12,915 beds or units required under the settlement, 6,724 beds or units are open and 4,278 beds or units are in progress for a total of 11,002 units or beds that satisfy the intent of the settlement. The difference between the 12,915 beds or units required by June 13, 2027 and the 11,002 beds or units currently open or in progress is 1,913. This represents an increase of 1909 units open and in progress from the quarterly report as of December 31, 2024. This change is due to the addition of all active inside safe booking and occupancy agreements to the list, which added a total of 1,058 units, as well as master leasing sites, which added a total of 462 units, along with other permanent supportive housing sites that have been added to the Alliance list due to city involvement. One council district, CD 8 has met its target number and four additional council districts CDs 1, 3, 6, and 13 are projected to meet their target numbers. CD 1 and CD 13 are

projected to meet their target numbers in fiscal year 24-25, this fiscal year. CD 3 is projected to meet its target number in fiscal year 25-26 and CD 6 is projected to meet its target number in fiscal year 26-27. Again, achieving these targets are not required, but can be used as a guideline for equitable distribution of interventions across the city. This concludes my report, and happy to answer any questions.

**Nithya Raman, 4th Council District** 1:03:31
Okay, great. I had a couple of council district specific questions, and then I can… So what is the are the new, for example, the new Beachimp awards for council districts, because we have a new project in our district, has that been counted towards our council district level goals or our city wide level goals

**Megan Falcone** 1:03:54
At this time, those aren't included in the In Progress yet, so that's something that we would like to add in future reports.

**Nithya Raman, 4th Council District** 1:04:02
Okay And then, if there are inside safe hotels in our districts that are under occupancy agreements or even booking agreements, or vice versa, are those counted towards our council district specific goals?

**Megan Falcone** 1:04:21
Yes, they are. So all active inside safe booking and occupancy agreements are currently included in the report and are counted toward the council's specific goals.

**Nithya Raman, 4th Council District** 1:04:33
Okay? And then is there a tentative plan to meet the 1900 bed gap

**Megan Falcone** 1:04:44
Options are still being assessed at this time, so we'll report back as options are identified.

**Nithya Raman, 4th Council District** 1:04:51
And who are you speaking to on those options?

**Ed Gibson, CAOs Office** 1:04:59
Ed Gibson, CAO's Office, we are speaking to the respective Council of office, one who were chasing B chip awards, Mayor's office, and what their plans are going forward with, with their funding, and then identifying with their funding they have available, excuse me, under the ATA. And then we're identifying what funds we have available and what target goals that we can meet given the resources that we have available. And so as we

- 3 -

get through the tail end of the legal cases that are going on, we'll turn around, I'm talking about the alliance in the court and everything else that's been going on at the current moment. For clarity, we will turn around and continue to work back with the various Council offices. Some have some some numbers in the queue. They are still proposing projects across the city. I will just put a quick reminder out for folks that there are still some TAY funds available. So as TAY funds, Council offices have proposing, proposing TAY projects. And that's very helpful, and that's the pay money under HAP for clarity.

**Nithya Raman, 4th Council District**  1:06:04
And then in terms of the distribution of beds in the gap that we have if we were to choose, for example, to use a time limited subsidy program to fund more beds, is that, can we do all 1900 missing units as TLS beds.

**Ed Gibson, CAOs Office**  1:06:26
It is at the city's discretion to choose which intervention we use, and the answer is yes.

**Nithya Raman, 4th Council District**  1:06:31
Okay, all right, that's good to know. Other questions from members. Go ahead. Yes. Okay. Mr. Blumenfield, all right.

**Bob Blumenfield, 3rd Council District**  1:06:43
Thank you. Thank you for the report. Page three of the report notes that there are a couple of PSH units that may not be open by June of 27 and it says, quote, council districts are also encouraged to monitor the timelines of all PSH projects. Shouldn't the housing department be taking the lead in terms of tracking the progress of all these units, and are they?

**Ed Gibson, CAOs Office**  1:07:09
Yes, housing is responsible for monitoring all the projects. Those are the projects that are in their pipeline. But it is requested by our office that if you are working with housing and discussing with housing, the various projects and other issues that come up in the development that we keep this front of mind, that this is on the Alliance list. And so if there's something that's slowing it down, or something that's you know, you have to make one decision over another, that you think about this item as well. So it is, it is LAHDs responsibility, but we want to make sure each council office is being kept aware of the key projects in their district that are tied to Alliance. Some of those projects go well beyond the timeline, so that is not relevant to Alliance, but some of these, as we put on this list, are, and I think

**Nithya Raman, 4th Council District**  1:07:56
the key there to me because we have a PSH project in our district that's under undertaking a conversion from hotel to permanent supportive housing. Council office intervention has just been useful at moving roadblocks, but it was communication with LAHD that helped identify those roadblocks. LAHD is not necessarily empowered to remove roadblocks from other agencies, and so we've been working with them to do that. And I think that will be useful. I

**Bob Blumenfield, 3rd Council District**  1:08:24
think it's very useful. I guess part of my point in the question is, if there's, if we're not, if we're getting close, we're not meeting the deadline, then then the site, then LAHD needs to be, you know, raising the flag, doing the sirens, and going to the council office saying, Hey, we have this project in your district, can you help us meet this deadline? That's kind of was my point on it, as opposed to everybody waiting for somebody else to take the action. We can be in the council office, very helpful, but we need the housing department to

**Nithya Raman, 4th Council District**  1:08:53
they have been doing that with us, but we can make that an explicit instruction going forward. Great.

**Bob Blumenfield, 3rd Council District**  1:09:01
Other issues. So as you know, I'm still concerned the Alliance MOU disadvantages the city. And like, for example, what why does it take almost two years for the city to get reimbursed by the county? Since we started invoicing the county from fiscal year 22-23 as I understand it, we've only received 1.7 million when invoices have been submitted for 13 point 7 million. The Mayfair and the Highland gardens that

**Ed Gibson, CAOs Office**  1:09:31
gives my apologies. I don't know the exact amount that's been submitted, but I do know the familiar with the process, the original so we started billing at the beginning of this fiscal year, toward the beginning following the guidelines by the county. The county has various thresholds that, at a time require us to go back and forth and back and forth in order to meet we need additional data, most of the time, from either la HD or LAHSA, who worked on those invoices. Or work with the service provider, and having to work with both of those entities to chase down and answer questions for the county, and that has become one burdensome and time consuming. And so they actually question every item in there, checking every making sure every i is dot and every T is crossed and it's challenging. We have the invoices, we can submit it, but when they question, we have to

go back all the way through LHD to LAHSA to get that information, because we do not process those invoices. We're just getting them to the county.

**Bob Blumenfield, 3rd Council District**  1:10:31
So what are we submitting? Is it? Is it HMIs, numbers, occupancy, data?

**Ed Gibson, CAOs Office**  1:10:36
It's invoices and data. It's, it's, it's the invoices themselves, showing, showing the information of who was there, what the cost was, and associated items. So basically providing receipts, if we were to put it in simplest terms,

**Bob Blumenfield, 3rd Council District**  1:10:50
 okay, I mean, it's ironic. It's sort of the shoes on the other foot. In this case, you know, we're always being complained about in terms of us not getting the money out the door. And here we are set, as I understand it, we've submitted almost $14 million since 2223 and we've gotten less than two and so I don't know what we need to do to fix that, but like if, if it was reversed, and we were doing this to the service providers, they'd be coming To us, asking us for advances, asking us for new systems, and giving us a lot of grief. Are we doing that to the county, giving them a lot of grief?

**Ed Gibson, CAOs Office**  1:11:32
I would say we're not giving them a lot of grief. We are trying to find another way to to get through this process a little bit faster and not see this process quite honestly, repeated when we start to talk about the local solution fund, I'll jump for a second, having a new process and following a different path is absolutely key. That's a different group, and so we're going to do that.

**Sandy Lee, CAOs Office**  1:11:58
Sandy Lee with the CA office of the Cao. So while we are not, quote, unquote, giving grief to the county, we are in very close communication with the county any questions that they do as we do our best to respond in a timely manner. In fact, I was speaking with county representative just this morning as I was working on these reports. But in general, the county is very interested in the specific details of these reimbursement invoices. They are so we do provide the county with backups that housing and lots of provides us, which includes cash requests, the service providers, General Ledger, profit and loss statements and EGMs data right now, the main concern that, or the main issue that we are looking into, is how the information on the general ledgers are then translated into losses, cash requests. What are the codes and similarities in that? And so it's requiring a little more back and forth communications between the different parties.

**Bob Blumenfield, 3rd Council District**  1:13:04
Okay? I mean, I don't understand all that. I just know that it feels like it's taking forever, and it shouldn't. The report also notes that we're eligible for $32.6 million of reimbursement. So besides Mayfair and Highland gardens, what are the other sites and how many beds are we planning on submitting invoices for?

**Speaker 1**  1:13:29
So the 32 million total includes all of the sites that we included as of this last quarterly report that are interim housing. So that includes all of the active inside safe booking and occupancy agreements, as for the for the service provider costs, as well as the the other interim housing sites that we have open.

**Bob Blumenfield, 3rd Council District**  1:13:57
So how many beds are we planning on submitting invoices for? I invoices for.

**Speaker 1**  1:14:10
So as of our last quarterly report, there were 1682 interim housing beds open. So that includes 540 booking agreements, hotel booking agreements, 653 for occupancy agreements, and then 489 other interim housing units. So

**Bob Blumenfield, 3rd Council District**  1:14:31
it's, we're capped at 3000 right, and we're submitting 1600 but we have, we have over 6000 beds, right?

**Nithya Raman, 4th Council District**  1:14:45
Interim beds, so that, that includes the permanent supportive housing units, and so those are not included in the in the reimbursement, because the county provides services for permanent housing directly. What? What the sixth? The sixth that. Oh yeah. So this the 6724 beds are units that were open. That includes 5042 permanent supportive housing units,

**Bob Blumenfield, 3rd Council District**  1:15:11
right? So I guess my point, we're still carrying the majority of the load on this.

**Ed Gibson, CAOs Office**  1:15:16
We're right. So on the sorry, just for clarification

**Bob Blumenfield, 3rd Council District**  1:15:20
in terms of funding the interim beds. I mean, we're, we're still, we're still, it's still on our back. And we can, we can get up to 3000 onto onto the county's back, but we're at 1600

**Ed Gibson, CAOs Office**  1:15:32
right? That is correct. So it's, it's a maximum of 3000 with a another cap of around $259 million that we can seek reimbursement for services from the county under Alliance and so and that ties specifically to interim beds and specifically to services when it comes to the permanent support of housing units that are under Alliance. When it is permanent supportive housing, we have a different MOU with the county, which requires them to provide those services directly, and are not affected by our alliance, MOU cap, so County has to pay for those directly. So interim, we have to seek reimbursement.

**Bob Blumenfield, 3rd Council District**  1:16:12
And we have, how many interim we've? Don't we have, like, 6000 interim overall?

**Ed Gibson, CAOs Office**  1:16:17
Well, yes, but you're referring to some of the roadmap, and that's not part of the Alliance part. So there's over 4102 or so that are interim housing that we fund. And those we were receiving funding under the roadmap, which was about 60 million, which is probably less than a third of the costs associated with it. And that last check was received in July of last year.

**Bob Blumenfield, 3rd Council District**  1:16:41
Yeah, I guess just the point is that we are paying, as a city, the vast majority amount for two thirds, three fourths of our beds, our interim beds, we're paying 100% and then we're trying to get the county to pay for some, you know, an increasing portion of that we and we haven't even, we haven't gotten to their cap. We're a little more than halfway through their cap,

**Ed Gibson, CAOs Office**  1:17:12
like the cap per the number of units. Yeah, we're, we're about a little over a third of the way there. But not, not for Cash Wise, yes, but you are correct for cash for Cash Wise, we're 250 $9 million is the total cap for Alliance.

**Bob Blumenfield, 3rd Council District**  1:17:28
And where are we in as far as that goes? Oh, nowhere

**Nithya Raman, 4th Council District**  1:17:31
close, yeah, because we just, you just

**Ed Gibson, CAOs Office**  1:17:32
said about $30 million that we're about to seek. So a 10% I'm sorry, it's not 10% so lower,

**Nithya Raman, 4th Council District** 1:17:40

nowhere close. And we actually, I think, made a request to the county to see whether some of that funding could be used to cover road map. And they said, No, that's correct. Yeah, I mean, it's, it's, really, it's frustrating, and it's, frankly, it's, it's, it speaks to how broken their their responses to the system, that this is what and this is not unique to us. I mean, I think I you may have seen that there was legislation being pushed from other mayors and other jurisdictions, cities who are facing the exact same situation with their county that they're building shelter beds, and the county is just refusing to pay the cost for it, and it's incredibly frustrating,

**Bob Blumenfield, 3rd Council District** 1:18:30

frustrating and for us, because we're diligent and because we care and we're building the beds, it's, I Don't say bankrupting us, but it is. It is hollowing us out as a city. And more and more we're we're unable to meet our other obligations as a city, because we're taking on the obligations that the county should be doing. And that's that is affecting us, not just in homelessness, but it's affecting us everywhere, or our last budget is, is a exhibit, a but anyway, I don't mean to just whine about it, but I just trying to tease it out a little bit and and highlight it. Because I don't, I don't, somehow I feel like it escapes. Maybe we talk about a little bit in this room here, but in terms of the city consciousness or the public consciousness, it's just not it's not there. People don't realize how we are being. I, in my view, abused. But I'll turn it back to the chair,

**Nithya Raman, 4th Council District** 1:19:39

yes, co sign all of that. Any questions? Ms Jurado about this report,

**Ysabel Jurado 14th Council District** 1:19:46

yes, and it's usually the same one every time, so hopefully it'll be a different answer or an answer. I think it's my turn to whine. So you know, based on the. Require or you know, our requirements per district. CD 14 is not meeting its goals. We're about short 2941 beds, and there were two eligible PSH projects in our district. However, because of the projected start date was beyond the term of the Alliance agreement, they didn't qualify. And so, you know, they weren't part of it. And so I'm trying to figure out what is the pathway forward here, right? The actual settlement itself mandates equitable distribution. It doesn't strictly mean that we have to meet our target. And so is there any thinking about reevaluating how each of our districts or that distribution is going to be recalculated in light of the shortfall, and what are the proactive steps your office is taking to ensure these additional units get created?

**Ed Gibson, CAOs Office**  1:20:58

A fair question, and hopefully I answer it a little differently, just for you. You are correct. There are projects, and we just touched on this. But if there's projects in the housing pipeline for permanent supportive housing, and their start date, and more importantly, their open date has fallen, pushed behind, and they're gonna we have no choice but to take it out. The parameters are under basically the settlement about how the calculation is for each council district based on the point in time count at the time the settlement was done and calculated. So it's there's not a lot we can do about changing that number. We've had many conversations.

**Ysabel Jurado 14th Council District**  1:21:35

It's my understanding that the formula was created by the CAO and not the one that was mandated by the court.

**Ed Gibson, CAOs Office**  1:21:42

We I can't comment to that, since this predates my arrival at the Cao, but it is based on a formula of the point in time count less we actually go through the calculation, but a point in time count less a percentage that should be for county services tied to mental health or an alcohol disorder. And then it's allocated to each entity across the spectrum. Very careful to note that we are not held by a council district number in order to meet the goal, it is a city wide goal. I will also note just you know, as as a district, you all have produced a lot of interim housing, and if you look on the road map side, but when you look at the Alliance side, because it's another settlement, it's a little bit it's a little bit different. I

**Ysabel Jurado 14th Council District**  1:22:27

think, what's the plan? Ben, sorry, what? What's the plan?

**Ed Gibson, CAOs Office**  1:22:31

I think that's the question we were asked earlier. It was asked earlier. I will say it unequivocally includes time, limited subsidy. I I can't go out here and just say what I you know where we want to be. But the reality is, is we have certain interim projects coming online. I want to encourage everybody to definitely look at TL to TLS. But I want everybody to look at also that their Tay Tay dollars coming online. When we start to look at the future budget, we we just come out of a cycle of contraction that we're about to enter into the HAP dollars that we happen to have for four and for five were not you needed permission just to build anything with those with hap six, we will have more flexibility to build things again without permission, without meeting state requirements or other things. But given the timelines tied to Alliance, it is, it is a conversation about looking at existing resources and assets that are on the ground. So whether it's an existing facility that's open that we might be able to pursue, or time limited subsidy, which has to

- 10 -

stay inside of there, those are two things we definitely have to include in inside of here, and then reckon order where those opportunities exist. One of the challenges we have the reach portal at the CEOs office, possibly now part of the mayor's office that people can submit projects in. So if you have a question, or someone has a question, who can they talk to? They can send it to the reach portal, or reach portal sort through whether it's permanent, supportive housing, interim housing. Interim housing, what we can do, and from that, we'll also get a report, because if it's something we can use and move forward, we're going to have that conversation. We're going to have that conversation with the council office as well, because certain things like permanent supportive housing and building it right now is not an option, because if it isn't in the queue already, it's not going to make it interim housing. Unequivocally, we have a great number of interim housing, including the state 500

**Ysabel Jurado 14th Council District**  1:24:25
Okay, so my question had to do with what are so I hear you on TLS and Tay, and you have a lot to say about that, and I heard about it earlier. But then you also, I just want to lift up from what you said, that the number that the outcome is a target, and it's not strictly defined per district. So what is your office doing in order to re evaluate the formula so that we can actually meet our goals? Because CD 14 is still 2941 beds in units short,

**Ed Gibson, CAOs Office**  1:24:54
I cannot change the goal target, okay, but per district. District for district? No, it is. It is outlined in the settlement.

**Nithya Raman, 4th Council District**  1:25:03
But sorry, the just, if I could just intervene here, each we don't have to meet in order for us to meet. The Alliance settlement, each council district does not have to meet those goals, right? That is correct, the goal. So what is, what happens when you meet your goals as a council district, you get to, if you want, you can ban encampments in your entire district.

**Ed Gibson, CAOs Office**  1:25:24
You can start additional enforcement. That is correct. Yeah, that's that's the

**Nithya Raman, 4th Council District**  1:25:28
design and but the problem is that I think it has never been clear. There's never been a clear process on like, how we're supposed to advocate for our districts to get beds like we are held to this gap, even if you have no intention of banning encampments in your whole district, when you meet that goal, we don't have a pathway towards us being able to

- 11 -

advocate for our district to get additional funding for those beds like we've tried and failed over and over again to get additional funding from the city wide pots for our district on what we thought were viable projects or potential pathways to and really the only things that have moved forward are things, especially in the last couple of years, on things that we've raised money for ourselves externally through ERF grants. And that just seems like a very tough and all of our HHH, dollars were committed before I started, before I started. So they were committed well before you started.

**Ysabel Jurado 14th Council District**  1:26:25
Yeah. I mean, when I came into this office, it was my understanding that the obligations of the settlement and the administration of funds would be the onus of the department of the Cao. And basically this target number was given to me, and like what you said, I had to figure out sources in order to fundraise, in order to meet these deliverables that honestly seem out of reach,

**Nithya Raman, 4th Council District**  1:26:50
if I may. So it looks publicly like we're failing on obligations when we are trying and not getting resources to meet them.

**Matthew Szabo, CAO**  1:26:56
So let me just I apologize. I had to step out to take a to take a meeting. Matt Szabo, with Cao, to your direct point about the the goals set for council district 14, we had submitted a plan previously that recognized so CD 14 has has done the most, has the most housing, but also has the most, has the highest, has the highest goal, the plan that we submitted previously, which would have recognized the road map beds, continuing the road map beds would have accounted for the beds the extraordinary level of progress that your district and other districts made on the road map by continuing those beds beyond the five year term. So that is no longer a viable plan. It was withdrawn from from consideration. We are not required to provide a plan to to the court, so I want to make that clear, but I am committing that as we are, as we are proceeding through the through the court process, and as that settles out, this committee will be provided a plan and a second road map to to close the gap that that 1900 bed gap, so we'll have an opportunity to to discuss that, and to the extent that we rely on master leasing, perhaps time limited subsidies and other other mental support. I expect that we would break from the hard district by district goals.

**Ysabel Jurado 14th Council District**  1:28:59
Thank you and thank you, Councilmember Roman for helping me facilitate. But Mr. Szabo, I guess it's just I come to this meeting and always ask, even if it's not court

- 12 -

mandated, that there is a plan, what is the plan? But I guess it's TLS master leasing and emphasis on tape, but want to see something more material,

**Matthew Szabo, CAO** 1:29:30
that's all. Thank you. Yeah, understood, and and you will, you'll receive a detailed plan in the very near future to comment, adjust and provide feedback on and approve if you wish. But again, I want to, I want to stress, this is not something that we would submit to the court or the plaintiffs. It would be our internal process.

**Nithya Raman, 4th Council District** 1:29:57
Thank you, Mr. Szabo. I have one more. Additional question, if which is, how is the bed planning overall for the settlement agreement connected to the request from the council to reduce costs across our interim housing system by I believe it was something like 10 to 15% we have a request as part of the budget process that was made to LHD, CLA Cao to find those reductions and bring them back to the council. So how is this planning happening in conjunction with that

**Speaker 3** 1:30:36
that's inherent in the in the planning process? I mean, you are aware that our our resources are limited. We we will need to move to lower cost interventions if we expect those interventions to be sustainable, as there was just briefly a discussion about about the county support that is extremely time limited. The current state budget does not include another round of hat funding, which is something that we're going to need to deal with very soon.

**Nithya Raman, 4th Council District** 1:31:18
This the legislature has committed right to adding money to the governor's May revision. Is that incorrect?

**Matthew Szabo, CAO** 1:31:26
Not, not before 2526 there's discussion for the following year, but that's, that's the following year. So, so we, we're going to have to deal with that. So, yes, the beyond the 15% reduction, we need to look at much lower cost and more sustainable interventions.

**Nithya Raman, 4th Council District** 1:31:51
Okay, I would just request that the planning include LHD and CLA instead of just being conducted through the Cao, as we have done in the past. Because I think it's important for departments to be engaged. Great. Okay, are there other questions, okay, do we need to note and file this item? Mr. Rano,

**Luigi Verano**  1:32:18
correct. Madam Chair, okay, so let's call the roll councilmember Raman Yes, Councilmember Jurado Yes, Councilmember Blumenfield, three eyes, and this item is noted and filed.

**Nithya Raman, 4th Council District**  1:32:28
Okay, so let's move on to item two.

**Luigi Verano**  1:32:32
Item number two is a city administrative officer report relative to the homeless housing assistance and prevention program round six grant application and verbal update from the CAO and the Los Angeles Homeless Services Authority relative to a potential agreement with the County of Los Angeles and LAHSA to provide cash flow and reimbursement for the half six grant award you

**Nithya Raman, 4th Council District**  1:33:00
the time. Okay, welcome. So we heard this item last week about some of the challenges with hap and let's see. I think we were just hoping for an update on some of the questions that we asked during the last meeting, including LAHSA had mentioned particular impacts on programs, including access centers and other things that were that were going to be shut down as a result of not having this additional funding, and then we also had a request to work with the county to cover more of the cash flow costs. And so if you could provide an update on these outstanding questions, I think we can. We can continue the discussion. I

**Nathaniel VerGow, LAHSA**  1:34:03
so yeah, where would you like

**Matthew Szabo, CAO**  1:34:05
to dive in? You can start. LAHSA can start if you'd like. Okay, so

**Nathaniel VerGow, LAHSA**  1:34:11
in the conversation last week, you had asked for some some details around the access centers, including the locations and the number of people served per year and per month, so I can provide this in writing to you all immediately after the meeting. But we have access centers. There are two in Spa two, three in Spa four, two in Spa five, two in Spa six, and one in Spa eight. And those are areas within the city. Let me amend that one of the spot five is not within the city. It's actually within the city of Santa, Santa Monica. Each of those has essentially the same expectation in terms of services. Services include a. Uh, emergency referrals, problem solving, warm hand off referrals to county services

- 14 -

as well as other housing services. They provide mail services as well as case management, that includes potentially the CES assessments and other designated assessment tools and referrals to to shelter and and other permanent housing, including TLS. The on average, they serve roughly, I mean, they actually ranges pretty significantly from one Access Center in Spa two, for example, serves about 21 participants per month. And in one of the access centers in spot five, serves close to 460 participants per month. So it's a significant range based on location and and provider. And again, I can give you the details in writing. If you have any specific questions about any particular location, I'd be glad to answer that there had been additionally, some questions that were asked around TLS, one particular, sorry,

**Nithya Raman, 4th Council District**  1:36:18
yeah. Could we

**Bob Blumenfield, 3rd Council District**  1:36:19
question on what he just

**Speaker 4**  1:36:21
put out there? Yeah? And for yes, please go ahead.

**Bob Blumenfield, 3rd Council District**  1:36:25
I just want to understand that when you say that there's, you know, like I'm looking at the chart, let's say there's one that serves seven people a month. Let's say that's the one in spot two. What does that mean?

**Nithya Raman, 4th Council District**  1:36:40
That means, sorry, go ahead. That means they serve seven people a month well,

**Bob Blumenfield, 3rd Council District**  1:36:45
but, and there's, there's 3.5 staff people there. So that means each staff person is serving over the course of that month, 1.2 people. Yes, they're okay. Tell me how that makes any sense. It

**Nathaniel VerGow, LAHSA**  1:37:04
doesn't, and that's part of why. As we were looking at needing to make cuts within half, this is where we we've made some determinations to

**Bob Blumenfield, 3rd Council District**  1:37:12
make. How long is that? How long has that been going on?

- 15 -

**Nathaniel VerGow, LAHSA**  1:37:17
I just looked at data for this year, this week.

**Bob Blumenfield, 3rd Council District**  1:37:21
I mean, when did I mean how my head's exploding. How can this be going on for months and months and months? You have 3p three and a half people serving seven people per month. We're paying full salaries, doing keeping this place open. So basically throwing money away. How did nobody sound an alarm on that like I would think, the moment that happened, for one month, somebody would have stood up, let alone happening across the board, it's criminal.

**Nathaniel VerGow, LAHSA**  1:37:54
We've been working with the agencies that have been struggling. We've had ta the 3.5 staff or what are funded. The biggest challenges that we've seen in terms of of utilization has been staffing. So, for example, the the site in Hollywood, operated by Salvation Army, has has been averaging one person, one staff person that they've been able to maintain at that site,

**Bob Blumenfield, 3rd Council District**  1:38:25
one staff person serving, how many people per month? 1212, but Okay, and so what? And what are they when you say serving what? I hope they're spending, you know, eight hours a day on that person, holding their hand. And I mean, what does that even mean? That they're serving that person that they just referred them, they walked in the door for an hour. I mean, how much time did they actually spend with that person?

**Nathaniel VerGow, LAHSA**  1:38:51
I don't know the per person per hour rate that they've actually spent,

**Bob Blumenfield, 3rd Council District**  1:38:56
but my sense is that it's not a it's not a intensive. I'm holding this person's hand. I'm going with them to their apartment meetings, and I'm getting this person out of homelessness. No, that just means that that's a contact that could be

**Nathaniel VerGow, LAHSA**  1:39:09
they're not meeting, they're not field, based off the way housing navigation is, they are static to the to the location. And again, this is we've been working with the providers that are, that are being challenged with performance, and it is, I

- 16 -

**Bob Blumenfield, 3rd Council District**  1:39:24
hope, by working with, like, I don't know, charging them with neglect. I mean, I just, I can't, yeah, I don't. I mean, I'm trying to understand this in a way that doesn't make my head explode, and I haven't figured it out yet so, and I'm trying to hold back and not assume the worst, but that's what I'm hearing. Am I? Am I misunderstanding this?

**Nathaniel VerGow, LAHSA**  1:39:49
No. And again, as we've been looking at where we need to make cuts, that is one of the reasons we've been looking at at the access centers. We also were looking at safe parking because. Parking

**Nithya Raman, 4th Council District**  1:40:00
program, not you Sorry, Mr. Blumenfield, I do want to just say one thing, which is that we lot in the last meeting, we were presented, you know, a set of services that would go away if we didn't, if we didn't continue to fund some of this work on an ongoing basis.

**Bob Blumenfield, 3rd Council District**  1:40:22
We were being asked to front to dip into our general fund, yes, to continue funding this, I know, and so, I mean, we're trying to be rational about saying, well, maybe we don't have to, but like, yes, it's almost like the audacity to ask us to continue to lay people off in the city of LA to borrow money so that we can continue something that is one contact per person per month.

**Nithya Raman, 4th Council District**  1:40:47
Yeah. I mean, I the reason they're back with this data is because we asked

**Bob Blumenfield, 3rd Council District**  1:40:52
for it. No, no, we did. And I'm very grateful. And again, I'm just at the more I learn about it, the

**Nithya Raman, 4th Council District**  1:40:57
more Yes. So I think for both safe parking and for access centers, which are pieces of our work that I don't actually consider very fruitful work, even the ones that there's only one Access Center here in this entire list, well, there's there's two that Have more than an average of one person coming in a day, or maybe two or three, yeah, three, and that's it, and the rest, and I think those are both in San Pedro, sorry, those are both in Skid Row on San Pedro Street, and the rest tend To be very sparsely used, and so I think, as a strategy, an Access Center, unless it's actively used, I don't personally think it's a good idea for us to keep funding it as a system or as a city. Same with safe parking, they're at 30% utilization, and we fund either low cost, but they're also very low yield as a response.

- 17 -

**Bob Blumenfield, 3rd Council District**  1:42:00
Yeah, some of them. I mean, I had two, for example, in my district. One of them was actually used, and we got 30 people. The other one, we only had a few people coming in, and we ended up closing that down, yeah, but my fear is that, like the service providers who were doing this, nobody came and said, hey, it's not being used. Please close us down. They just seem to be happy taking the money and

**Nithya Raman, 4th Council District**  1:42:25
doing nothing. Well, we're, we're doing it now. No, we are,

**Bob Blumenfield, 3rd Council District**  1:42:29
I'm saying, but also, I mean, how can a service provider whose mission is to serve home? I mean, I'm actually, I'm upset at us. I'm upset at LAHSA for that's supposed to be overseeing this. And frankly, I'm also upset about the service providers who would, in good conscience charge continue to just go along and get along when we know we're in a big crisis and we're trying to solve homelessness and allow continue to get paid by this. I mean, some of these are good organizations. I'm not, but it's unconscionable. Anyway.

**Nithya Raman, 4th Council District**  1:43:02
No, I believe me, I think we and

**Bob Blumenfield, 3rd Council District**  1:43:06
part of is I'm just, I'm just sort of now appreciating how insane this is. I kind of had a sense of it, but like,

**Nithya Raman, 4th Council District**  1:43:14
yeah. I

**Bob Blumenfield, 3rd Council District**  1:43:15
mean, how long were you guys aware, and Laos about about this under utilization, to say the least, yes, for how long? I mean, how long did you let this go?

**Nathaniel VerGow, LAHSA**  1:43:26
So this has been a struggle that we've been working with the agencies with for over the last year. Excuse me. And as I said, we've had, I mean, we only have, we're only funded to have a single staff person that manages all of our safe parking and our sorry two people for our safe parking and our access centers to do all of the coordination with all those entities. We've been having that person, they're having regular contact with the with the entities, helping them address the staffing challenges, looking at the data regularly

- 18 -

being very clear about the expectations and and the potential consequences of not performing and some of that, that consequence is what we're seeing now with funding being cut. Look

**Bob Blumenfield, 3rd Council District**  1:44:16
at the consequences not funding being cut, the consequence you run out of money, I mean, but this has been going on for a year more. How many years? How many years, for example, has the this, any one of these centers, been going along at 3.5 people for seven contacts per month.

**Nathaniel VerGow, LAHSA**  1:44:39
Most of these access centers have been operational for at least last five years.

**Bob Blumenfield, 3rd Council District**  1:44:43
So five years and you're gonna, please don't tell me it's because you don't have enough staff to oversee that. That for and were the numbers any

**Speaker 5**  1:44:51
better over the last five years, they have been better in the past. Yes,

**Bob Blumenfield, 3rd Council District**  1:44:55
I mean much better. Or I mean still similar. Yeah.

**Nathaniel VerGow, LAHSA**  1:44:59
There have been it has varied. We saw numbers dip significant. We had much better numbers prior to COVID. We saw numbers dip significantly in COVID Because staff were uncomfortable working in person, and several of the agencies had significant difficulty in hiring staff. Back to these sites, the Hollywood site, specifically, that's one of the things that agency had cited.

**Bob Blumenfield, 3rd Council District**  1:45:28
Okay,

**Paul Rubenstein, LAHSA**  1:45:29
sorry, Deputy Chief External Relations Officer, I would also note that the allocation is 3.5 FTEs, but as Nathaniel was noting, they've had trouble with staffing, so they're not drawing the funds down unless they actually have

- 19 -

**Bob Blumenfield, 3rd Council District**  1:45:43

if it was one person staffing it, if you have seven contacts a month, and these contacts are not intensive, like I thought originally, okay, if they're contacts, in your case, working this person, and you're holding their hand and you're working with them every day, but if it's just a contact, and that literally could be someone came in and you spoke to them for two seconds. And that counts as one of the contacts. What does that one person do for the entire month? If they only have seven contacts, you could do seven contacts in an hour.

**Nathaniel VerGow, LAHSA**  1:46:17

So for most of the most of the access centers that are funded that the numbers that you have are unduplicated numbers served. So for each of those individuals that is listed here, they may be coming in multiple times a day, every day during the

**Bob Blumenfield, 3rd Council District**  1:46:33

week, but are they? I mean, honestly, what? What is happening? It what's really happening? Tell me. Tell me just what, what actually happens in one of these centers.

**Nathaniel VerGow, LAHSA**  1:46:43

So for example, the hopic site, we've been as we've been talking about the funding reduction. We've been working with hopix to talk through what would, what would the impact be? In addition to what they shared with us is that, in addition to the data that is recorded. They have a tremendous amount of other people that come in that they're not enrolling in HMIs because they're not having significant conversations and or folks are opting not to have them their information recorded in HMIs. They use their access center as a connection point to the majority of their other services, including for folks who may not be engaged by outreach out in the streets to make sure that their location is identified so that an outreach team can be working with them. In the field, they do connections to housing navigation and TLS. They also have a lot of folks that come in who are maybe not even be experiencing homelessness, but are in deep poverty and and just trying to find a place to get some help. And so they do it, end up doing a lot

**Bob Blumenfield, 3rd Council District**  1:47:55

of referrals to none of those people get recorded as participants served. So if somebody come all those great things that you say that people are coming in that's all under the radar. It doesn't get counted for

**Nathaniel VerGow, LAHSA**  1:48:05

not all of it, and that's one of the things that we've been working with all the the access centers on is trying to figure out how to record everybody that is coming in, as opposed to just those that they're engaging for regular services.

**Nithya Raman, 4th Council District**  1:48:20
Yes, so I have a question for Cao staff, which is, you know, how much of our city funds have been utilized for access centers.

**Nathaniel VerGow, LAHSA**  1:48:35
These access centers are exclusively funded through COC hap dollars,

**Nithya Raman, 4th Council District**  1:48:38
so not city funds, correct, state funds. So, but, yeah, but go ahead. Ed,

**Ed Gibson, CAOs Office**  1:48:49
no, I was sorry dips and CEO, I was gonna say this is, this is Lhasa using its COC hat, right?

**Nithya Raman, 4th Council District**  1:48:56
Yeah. So look, it is very frustrating. I think this is part of why I've been pushing really hard to have a place in the city that is responsible for collecting data about performance of investments in homelessness response and using that data to improve outcomes and in the buckets of funding that we do actively Fund, which is outreach, shelter beds, time limited subsidies and permanent supportive housing. There is already significantly more data than there ever has been in the city, and we are already using that data to improve outcomes, which is what has been presented to this Committee in the past. But clearly, I think there's a lot more work to be done on that front. And I would just say that I think we need to be ensuring that we as a committee are looking at this going forward. The city does not city. I don't think city funds are included in this. This was brought. Brought up because LAHSA is asking for front funding for hap funds, and so that's why this has come up in front of us. And I think it does speak to larger issues within the system in terms of a lack of performance management and oversight, but those are issues that have come up in the past, and I will say this committee and the city has been very active about taking action on that, and LAHSA has been a good partner in terms of delivering more data that has been useful for that. There's still huge gaps here, and it's extraordinarily frustrating to see this, because these are questions that we have to answer to the public for, even if it's not city dollars. These are still questions that we ultimately have to answer for. And I also do want to say, though, that this kind of scrutiny like we deserve, we should be doing this for every dollar that's spent in the city, not just on homelessness funds, but on every single dollar. What is it going towards, how many hours of people's time, or how is overtime being distributed across all of our departments? I would love to see this kind of accountability across every single piece of our work, and we're working towards it. I'm not sure that we're going to get, I'm glad to have you vent, and I

- 21 -

**Bob Blumenfield, 3rd Council District**  1:51:11
don't want to just, I mean, it's, I don't want to vent, to vent. There's no point in that. But it does beg the question, I mean, if

**Nithya Raman, 4th Council District**  1:51:18
 why are we front funding?

**Bob Blumenfield, 3rd Council District**  1:51:19
Well, why are we front funding? And how are we trusting LAHSA if this is the kind of way that they're spending money, even if it's not our own, we're,

**Nithya Raman, 4th Council District**  1:51:27
well, we're not, we're asking for data and doing it ourselves. You know, that's, that's what we've that's that is the decision that we came to,

**Bob Blumenfield, 3rd Council District**  1:51:33
right? I guess I want to hear like you're telling me, this is a, this is a good use of money, that this is that it just that I'm not seeing it properly, that seven people being served by 3.5 people per month is is good, because there's a lot that I don't see and that it's all happening under the radar. I just

**Nithya Raman, 4th Council District**  1:51:54
it's not, yeah, are you saying

**Bob Blumenfield, 3rd Council District**  1:51:58
this is, this is a horrible use of money. We just didn't catch it. I don't think

**Nathaniel VerGow, LAHSA**  1:52:02
this is a horrible use of money. I think first and foremost, again, they're funded for 3.5 the those access centers that you're seeing that are the most poor performers are not billing for the full amount because they're not staffed at full capacity.

**Bob Blumenfield, 3rd Council District**  1:52:17
But even one, even if it was just one person, serving seven people a month and serving them in a fairly sounds like superficial way. I would be outraged, and I would hope you would be outraged too. But unless I'm not seeing it right, that's why I'm I keep trying to and you're saying, well, we don't this level of accountability. This isn't even, this isn't even basic accountability. This is like just rudimentary math. I just like, there must be

- 22 -

something else here, because you can't tell me with a straight face that that's anything other than then, then highway robbery.

**Nathaniel VerGow, LAHSA**  1:53:00
I will say this is, there is, this is accounts for a very small investment as well. I mean, if you look at the request, it's $1.2 million to fund all of these per quarter. So all of these sites, it's 1.2 million per quarter. So this is, you know, similar to the conversation about safe sleep. This is, it's

**Nithya Raman, 4th Council District**  1:53:22
a low investment, but low yield also, and so let's move away from those and move into high investment, or, sorry, high yield.

**Bob Blumenfield, 3rd Council District**  1:53:29
Yeah, I didn't mean get caught up on this. It just loading on it. I

**Nithya Raman, 4th Council District**  1:53:33
just want to, I also just like, yes, there's so much frustration here, I just want to make sure that we're not that we're using that frustration to push for change. And I guess I would ask, in light of this data coming in, do we need a six month ramp down period for some of these sites, like, if there's one staff member serving one person a week, does that? Does that require a six month ramp down, or can it be done more quickly? Can these funds be used more effectively?

**Nathaniel VerGow, LAHSA**  1:54:05
Part of the work that we're doing right now is actively working with we have meetings starting next week and again, the first week of July, meeting with all of the leadership of the access centers to talk through what what their plan would be relative to either loss of funding altogether, a faster ramp down, or if we do fund six months of funding, what their what they would propose to us relative to their operations, I will say that Several of the sites, including hopix, leverages a lot of other resources to be able to fund the work that they are doing there, because, as I said, not all of it is necessarily recorded in HMIs, but is very important for the community. And they've they've stressed in on multiple occasions that the loss of their access center they see be. Being exceptionally problematic for their community. So we are going to be working with each of those providers to be looking at both their data and their their recommendations for for how ramp down would look. We are looking at for those programs that are performing well, having contracts that would be six months of funding, but could be a full year contract so that they can be working with the other sources that they leverage to be able to make that six months of funding, be able to sustain their operations, perhaps at a different scale or even at

- 23 -

different operating hours depending on the specific situation. So we are engaging directly with the providers that operate all of these sites over the next two weeks to dive into those.

**Nithya Raman, 4th Council District**  1:55:51
I guess I would Yes, right? Come from Jurado. I didn't mean to you were saying something earlier,

**Ysabel Jurado 14th Council District**  1:55:55
yeah, I just I have 12 out of the 15 adult centers in my district, and one of them is midnight mission. And I think numbers say one thing, and theoretical, philosophical, whatever the things that you read, but these adult access centers and Youth and Family Centers actually mean something to the people in my district and my community, and the undercounting in this aspect, it may be due to it is being under counted. But midnight mission is an example of an Access Center, and I think you all know about it, and it's useful. So to consider the ramping down of these, I think would be a mistake, especially if you haven't gone to one and all to all 12, and you know, they only have had one staff person most of the year with limited hours, and you can't actually do all the actual case management and do increase intake if you're just one person dealing with an influx. And then, as we have all known, working at a nonprofit or any kind of agency that administrative hours to actually count the number of people that you helped in addition to actually helping them, sometimes becomes more onerous and becomes an afterthought to doing the actual work, especially when you're just one person managing it. So I really would encourage my colleagues to think about that before they consider ramping it down, and think about how numbers can sometimes just be a shallow understanding of the actual situation that people are going through. And so for me, I think with this, we need better data, of course, but also providing administrative support so people can get the proper data, and maybe doing it ourselves will have us access to that. But for me, I think you know, amongst the access centers, many of the programs that serve my district are at risk of shutting down, and so the 12 access centers, which are crucial for people experiencing homelessness, and without those funding, the centers face wrap downs and closures directly impacting residents who rely upon them. There are 241 interim housing beds that are at risk, 161 within the city, many of which serve underserved populations in CD 14. And if funding lapses, these beds could be lost, reducing shelter options for people experiencing homelessness in this district, the funding gap threatens financial assistance for about 1000 households, about 775 in the city, which includes rent help and other support to prevent homelessness. Without the support, more households in CD, 14 are at risk of losing their housing, and around 1400 households, about 1100 in the city currently rely on time limited rental subsidies, and if these subsidies end, many could lose their housing and become homeless again. And also, you know, not to mention the

- 24 -

impact of the ICE raids, which many of the workers in my district have lost a family member whole incomes and are going to be at risk of homelessness if they aren't already, and many of these programs are funded jointly by city and county dollars, administered administered through Lassa and with lots of pull it or the county pulling back. You know, there's a lot of worry that I have about managing and sustaining these services, which could lead to confusion and ultimately fuel the homelessness problem in our district. And so do Do we have any interim funding solutions to prevent the service disruptions that I've talked about that directly impact my district?

**Nathaniel VerGow, LAHSA**  1:59:36
So we are in a very difficult financial position across the county. Measure A, we are thankful that it passed. Unfortunately, the way measure a was written did not lead to any increases in funding for services. So measure H is is the rule of the day, the amount of funding. For services will be the same under measure a outside of the the direct allocations to small cities and cogs so the the increased taxes generated through measure a are going to affordable housing development and prevention, primarily through la casa. In terms of the shelter beds that you mentioned, I do want to clarify that it's just over 100 beds that are at this point not being funded by Hap. Let me clarify. It's just over 100 beds that that are on not being funded because of hap the other the majority of the other beds were at the discretion of the city to not fund, or were providers that chose not to apply to our RFP. So we we've in the roughly 600 beds that are going to be lost across the county, the majority of those actually were agencies that were choosing not to apply and or within the city, and the city chose not to fund those beds through this RFP

**Nathaniel VerGow, LAHSA**  2:01:17
in terms of time limited subsidy. I absolutely share your concern. We are

**Nathaniel VerGow, LAHSA**  2:01:25
essentially at at full utilization of funded slots. What we are allocating for for this next fiscal year is is just to be able to sustain the people that are housed. We are in a position where we will actually be in need to significantly ramp down both the single adult and the family system for TLS over the course of the next year, the county has indicated that the, as I stated, the funding through Measure A will be, will be level, and that we should Be able to essentially count on level funding for TLS into the following fiscal year, all other slots above that we are looking at as as one time funding. And that includes in the family system, a significant investment that had been made through the state, through the DPSS HSP fund, and for single adults through the COC hap dollars, and so we're looking at a significant ramp down of those. And I don't have, I don't have other sources that in my back pocket to pull out and, you know, and magically fix that. That funding crisis. Matt sable earlier mentioned the the fact that we need to be bracing for a potential ending

of the HAP funding. We are hopeful that there a hap seven will happen, but it at this point appears will not happen in this budget cycle. And the conversation at the point, at this point is that hap seven would be at 50% of what it has been in prior years. So with that, we're looking at, you know, roughly 160 100 and $70 million of lost revenue across the county, across all the jurisdictions that receive hap funding from the state. With that, and then we can get into the federal stuff. That's a whole other

**Ysabel Jurado 14th Council District**  2:03:23
Well, that's a disaster. It's like a very frustrating outcome, because we're going to lose these 12 adult centers. We're losing 161 interim housing beds. We're going to be losing 750 75 households, financial support, 1100 time limited subsidies. A lot of these are in CD 14 without any funding sources in the city or the county to support it or to sustain it. So thank you. You know the second thing is, what communication and support will be provided to service providers, because that's the other aspect of it, right? You know, okay, we accept we're not going to have money as a council office in a city. I guess we got to go search for our own money to make sure that we meet this gap. What communication and support will be provided to service providers who face uncertainty due to the funding gap?

**Nathaniel VerGow, LAHSA**  2:04:22
Yeah, so we've we've been already in conversation with with all of our agencies, as we've been sharing our allocation plans with with them. We are also actively working with the system leads for each of the systems, a single adult, youth, family and domestic violence systems in working with directly with providers to get clarity in terms of where they see the biggest challenges for them in terms of communication to their clients, their staff and communication back to elected offices as well, so to ensure that. Can have clear, clear communication with you all in terms of the impact that they're seeing. So we we had sessions with each of those system leads over the last week where, right now, working on integrating all that information, we're going to be using that to develop a communication plan, in concert with the city and the county, we had a meeting with folks from CLA, Cao, la HD, CEO, H i and LAHSA last week. I believe it was where we as a group, committed to development of comprehensive messaging around where we are with the funding picture, and so we're going to be using the information that we gathered in these planning sessions with these agencies as the foundation for that. So we'll be rolling that out over the next coming week to two weeks. Additionally, we're going to be working with, as I mentioned, directly with the providers for the access centers, to be working with them to figure out what the impact of of this funding decrease will mean to them, what options that they have, whether that would be to amend the The hours of operation so that they could extend the six months of funding beyond six months, where they can work with other funds that they've utilized, leverage, funds that they've utilized for their

access centers to be able to continue operations and with with some that may result in in their closing even before the end of the six months.

**Ysabel Jurado 14th Council District**  2:06:31
Yeah. Thank you for that. I mean as much as you know we want to make sure we do it right and plan properly, even post like the loss of divorce situation one of our service providers that actually was here for public comment had their contract terminated early at 1am via email, and it just stopped. And threatened have stopped. And then we have folks emailing us to be like, what is happening here? And so this kind of disruption that is happening in our system right now is impacting as much as we try to do our best efforts to plan around it. We don't have funding for all the things we already have, and the disruptions that are happening are affecting people in in my district, and trying to turn every stone to I know, we're all trying our best, you know, and so trying to figure out how we can get out of this. But you know, finances are what they are, and we're trying to make improvements. I guess my last question is, how would the homelessness bureau or the development thereof help cure some of these issues that we're seeing currently in our systems? I

**Ed Gibson, CAOs Office**  2:07:44
Ed Gibson, Cao, I may not be the best person to answer this question, but we go back in time, and you look at how we are staffed and how we have people. When you add the homelessness Bureau, if that is where the staff is to be it, I think the goal here is to add the additional people. So I've talked about in time, but it was quite a while ago. Is that things that Councilman Raman mentions that we don't have anybody to look deep into loss operations. It's policy. We have enough folks to try to manage the money. We have work with the various departments who are managing the contracts now and look at that. But we don't have enough people on our side to go look into what apartments currently doing, or what each various department is doing. I think the goal of the Bureau is to to bring into the pot, to the policy, the data, because I can't tell you, I've been asking for data since time began, but I think all of council to look the data to see where we are having better impacts. And I acknowledge, and I acknowledge this losses data has been is better now than it was just a couple years ago when we got here, but I think we have a long way to go. So I think that Bureau provides that opportunity to to look further into these things and have and hopefully develop a strategy and a deeper thought process about it, and I think that goes for for the entire city. Because when we talk about what we're talking about right here, we're actually talking about losses. Have $6 and the decrease in their money, because from half five to have six, we still have is a decrease of $15 million for them, when we talk about the city's hap dollars, that's a decrease to 20 million on our side. Now, all of a sudden, we're at 35 million. And I don't remember what the county's number is, but that's what the region just got hit by, let alone anything else. And so we

- 27 -

don't have anybody across the top able to put all those pieces together, definitely on behalf of the city side of things. So, yeah, I see that as a benefit inside there. I see, you know, there's also going to be challenges of getting things coordinated like that, because those are quite deep looks. But that opportunity does exist.

**Ysabel Jurado 14th Council District**  2:09:56
Yeah, I'm just like, we have a transition. It. Externally, with the Joint Powers Authority, or whatever that is. What's happening there. We have our transition internally. We don't have enough money for Alliance beds. We don't have enough money for these access centers. We are trying to consolidate our outreach teams. We don't have enough money for financial assistance. We're being attacked by the federal government like there's so many things that are going wrong, and we don't have money, and so it's like, I'm looking for a sense of stability, and some of the numbers that are coming back are dismal, right and inaccurate and shallow and so even, and so, trying to anchor, I guess, some of the things that I'm trying to do in this committee with all the reports we're getting back is like trying to anchor myself in something stable, but maybe that's just a shared city government in this dive is not a stable

**Nithya Raman, 4th Council District**  2:10:46
thing. I do want to say one thing which is exciting as a marker of progress is that when you do start digging into I think when you do start asking for data, we can also make improvements in data quality, and we've seen that happen over time in this committee, even on, for example, vacancy rates in our shelter beds, or how many are occupied, we didn't have an accurate sense of that on a day to day basis. Losses. Made a new bed management system, and now we have a sense, an accurate sense of how many beds are vacant on any given night, right? But that progress had to be made explicitly and done over time, and I think we will have to work towards improving the system, but we can. I think steps of it can be stable, and I don't look, I don't want to we, I want to make sure that we are also addressing the question of the county negotiations in terms of front funding. Were we able to make progress on, you know, your quarter three, you know, and how we were going to think about splitting this, because the city is very cash strapped,

**Paul Rubenstein, LAHSA**  2:12:01
yes. So there's been, probably, what we'll say, just numerous conversations about what is basically a request to provide, I call it cash flow loan to LAHSA. Until it's half $6 are received. And it started with a much higher number of, you know, somewhere around about $43 million needed. Needed, 14 million per quarter. You know, 14 for July, October and then January. The county has made some availability, or proposed to make some availability, of allowing LAHSA to use its measure a funding, which, of course, isn't quite here yet, so they have to figure out how to fund that, but measure a funding in a

- 28 -

little bit more flexible manner and definitely allow them to use it to help support TLS right at the get go. So part of the challenge is, LAHSA needs cash for this activities for their hap July one if, if they're proceeding with any of their operations. And so the county will provide that flexibility, is what is expected. And then, because they are providing this flexibility, the need goes from 14 million in the first quarter to $6 million in additional money. And so the county will cover that so it will basically county be out of pocket about 20 plus million dollars or so in this first quarter to make all that happen when the second quarter rolls over, it was expected that the city are being requested that the city finance provide financing for about $14 million with this additional way the county is letting LAHSA use the funds. That changes that request down to 19 to $9 million those are 14 down to $9 million and call it 9.6 to be a little more exact at the end, that still leaves us with third quarter funding for LAHSA. Now I think the difference inside of that is the number went up from about 13 to about $17 million but the overall amount needed dropped from 43 down to 33 the questions we have to still resolve with the county is, exactly how will we split that $17 million but I can say from the county's point of view, when they look at it, we have to take a look at same type of conversations we were having here is there's only so much money available, and they just, there's just, I don't want to say it, but there just has to be, call it, more value engineering and making sure that we're getting the most of every dollar we have possible, because we don't have that many dollars. So we go

**Nithya Raman, 4th Council District**  2:14:41
forward, reduce the number of dollars required as part of the front funding process, and then we're figuring out. So we haven't made progress on quarter three, is what you're we've made reductions in the overall request.

**Paul Rubenstein, LAHSA**  2:14:52
Yeah, it dropped from 20 million down to it was that moment, 20 million. Now it's down to 17 million. So it did, it did cut down. I. Them, but it needs to, it needs to be less. Needs to be

**Nithya Raman, 4th Council District**  2:15:03
less. So we have, we'll have probably more negotiations. And then for today, we don't need, do we need to take a decision on this, or we had a Are there other questions? Yeah, Mr. Blumenfield, go ahead. I

**Bob Blumenfield, 3rd Council District**  2:15:16
mean, before, I was just talking about very specific thing, but I have real concerns about this. I want to express them, and these are programs LAHSA committed to to have, and I feel like we're being given this impossible choice. We either bail out LAHSA with cash

- 29 -

flow at a time when we're that cash really hurts us, or people get kicked down the streets, which we don't want to happen, even if we bail out Lhasa with the loan, the programs that Lhasa funds are going to have to shut down because there's no hap seven, so Lhasa doesn't have the money, and the choice is basically controlling the speed, as I understand it, of which we wind down these programs, but us throwing them the money here, I don't, I don't see it as actually, I don't See a pathway of how they're getting wound down. I do understand the importance time limited subsidies that we need to push on, but I also feel like there's a risk. I know we're supposedly going to get paid back. This is just cash flow, and I understand that's the structure of it, but a part of me is very skeptical of that, because, just as we have the gun to our head right now where we're saying, Give us the money, or people go out on the street and, you know, and we need this money for for our cash flow purposes in in a year from now, or six months from now, and we're we're saying, Okay, well, you're getting your hat money finally, which we hope you're Getting, but it's not a guarantee. And you're going to pay us back, there's going to be another gun to our head, which is going to say, Well, if we pay you back, we're going to have to put these people out on the street. And now we're the bad guy, because we're we're trying to cash in our loan, but to do that means people go out, are thrown out on the street, and so all of a sudden, this problem has become our funding problem, and now it's, it's all it's on us for not spending more money out of our general fund. And we went through a whole budget process. We put a lot of money into homelessness, and we, as we should, it is our top priority, but this is just another way to re leverage more of the city's dollars toward homelessness and away from everything else that the city does, and it doesn't that doesn't feel right to me, and I'm not convinced that we're going to get paid back. And I think everybody at La says has got their resumes out, and we're not, you know, I don't know who's even we're gonna be dealing with in eight months from now? Um,

**Nithya Raman, 4th Council District** 2:17:44
so, Mr. Blumenfield, I just want to flag that today. This item is not about the front funding. It was a, there was, there was a discussion about, or it's not about approving the front funding.

**Bob Blumenfield, 3rd Council District** 2:17:57
No, I understand, yeah, but it's, it's, we're discussing it because that is the next option, and so that

**Nithya Raman, 4th Council District** 2:18:02
it'll come back to us, to you know, and so I think, I think LAHSA and Cao have heard our concerns loud and clear. And I think what I would suggest that we do is to when we come back to this committee with the decision on the front funding process that we come back to it with a proposal that addresses your concerns around, you know, not finding

- 30 -

ourselves in this situation in a year, and also councilmember jurados concerns around not cutting useful services that she, you know, feels in her district. So have, let's, because it's 445, 450, we're already going to have to continue our third item to next week. So given that, I I'm going to say, I think LAHSA and Cao, here's, here's the concerns of this committee, and I think we're going to make sure that when we actually have a decision on about this in front of us, which will be soon, that we're going to make sure and have something that answers both sets of concerns. Does that sound reasonable? Go ahead. Yes, yes, yes. Great, yes. Okay, wonderful. So give with that. We had some. We had come to a set of instructions last time on this item, so I want to make sure that we capture those instructions, which included including LHD as part of the planning process for hap

**Luigi Verano**  2:19:34
six. Correct. Madam

**Nithya Raman, 4th Council District**  2:19:36
Chair, if you'd like, the committee could vote to concur with the committee's previous

**Speaker 6**  2:19:39
actions. Okay, yes. So I'd like to, I'd like to do that. Council member ramen, yes,

**Luigi Verano**  2:19:43
Council Member Jurado, Council Member Bloomfield. Aye. Three eyes and approved.

**Nithya Raman, 4th Council District**  2:19:48
Okay. Thank you so much. Thank you to LAHSA for being here. I know we're there. The system is going to have to change, and we know that, and I think there's. Real places where I think we can pull funding back and put it into the things that we know work that are trackable. And I look forward to continuing to work with you to do that. And thank you, Ed for your for continuing to push on the questions that we're asking. We're going to have to continue item three to our next meeting, because we just don't have time to discuss it today. I'm sorry to Cao staff who've been here, but we will take that up in our next meeting. And is there anything else in front of us? The desk is clear.

- 31 -