GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
  pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978-7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., | CASE NO. 2:20-cv-02291 DOC (KES) |
| Plaintiffs, | **RESPONSE TO THE ALLIANCE'S REQUEST FOR JUDICIAL NOTICE AND NOTICE OF SUPPLEMENTAL EVIDENCE** |
| v. | |
| CITY OF LOS ANGELES, a Municipal entity, et al., | Honorable David O. Carter, United States District Judge |
| Defendant. | |
| | Action Filed:    March 10, 2020 |

Gibson, Dunn &
Crutcher LLP

The Alliance has asked this Court to take judicial notice of statements made on June 18, 2025, during the City's Housing and Homelessness Committee's meeting.  As with the Alliance's other request for judicial notice, Dkt. 961, the City agrees that this Court can take judicial notice of the *existence* of these statements but may not rely on them for their truth to resolve disputed factual issues, Dkt. 962; *see Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018); *Lee v. City of Los Angeles*, 250 F.3d 668, 689–90 (9th Cir. 2001).  The Court already held an evidentiary hearing and should not countenance the Alliance's attempt to inject new evidence into the record.

In any event, the statements the Alliance asks the Court to consider do not reveal any "rejection of [the City's] obligation[s]" under the Settlement Agreement.  Dkt. 989 at 1.  The Alliance's filing only continues its misunderstanding of the City's contractual obligations.

- Megan Falcone's statements that the City is not required to meet each council district target and instead should use the targets to equitably distribute housing and shelter solutions are exactly correct.  Dkt. 989 at 2.  The City's obligation is to use best efforts, not necessarily to meet any target.  Dkt. 983 at 23–24; *see also* Dkt. 429-1 § 3.3.

- Ed Gibson referred to the City's discretion to choose among shelter and housing solutions.  Dkt. 989 at 2.  Again, exactly correct:  The Settlement Agreement does not (and could not) strip the City of its "sole discretion" over that policy-laden subject.  Dkt. 429-1 § 3.2; *see* Dkt. 983 at 26–27.

- Matthew Szabo's statements show that the City is well on its way to providing 12,915 beds by the deadline two years from now.  Dkt. 989 at 2.  Those statements refute the Alliance's theory of anticipatory breach.  Dkt. 983 at 16–17.

In short, the Alliance continues to misread the Settlement Agreement and distort public statements in its effort to criticize the City's policy choices.  That is not a proper use of judicial notice—or of the judicial process more broadly.

Gibson, Dunn & Crutcher LLP

1

RESPONSE TO THE ALLIANCE'S REQUEST FOR JUDICIAL NOTICE
2:20-cv-02291 DOC (KES)

DATED: June 23, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Theane Evangelis*
    Theane Evangelis

*Attorneys for Defendant CITY OF LOS ANGELES*

GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
  pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978-7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org