# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## OFFICE OF THE CLERK
## 255 EAST TEMPLE STREET, ROOM 180
## LOS ANGELES, CALIFORNIA 90012

———

### OFFICIAL BUSINESS

NEOPOST
05/16/2025
US POSTAGE $002.04
FIRST-CLASS M.
ZIP 90012
041M114811

Return to Sender



-R-T-S-   9270522220-1N

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

05/30/25

FILED
CLERK, U.S. DISTRICT COURT

JUN - 4 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

2:20-CV-2291-DOC

CV

RECEIVED
CLERK, U.S. DISTRICT COURT

JUN - 4 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Case: 2:20cv2291  Doc: 906

William R Wise                                              Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

(simon.perng@coco.ocgov.com), Kenneth Stahl (beverly.dozier-jones@msrlegal.com, jane.martin@msrlegal.com, karen.irias@msrlegal.com), Laura D Knapp (laura.knapp@coco.ocgov.com, marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com), Samuel A. Josephs (sjosephs@spertuslaw.com), Christopher Thomas Casamassima (chris.casamassima@wilmerhale.com), Kiva Grace Schrager (kschrager@millerbarondess.com), Kent K Qian (kqian@oaklandcityattorney.org), ad hoc (courtrecording_cacd@cacd.uscourts.gov, reporter_cacd@cacd.uscourts.gov, transcripts_cacd@cacd.uscourts.gov)
--No Notice Sent:
Message-Id:<40125749@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Status Conference - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 5/15/2025 at 3:22 PM PDT and filed on 5/15/2025

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

| | |
|---|---|
| **Document Number:** | 906 |

**Docket Text:**
**MINUTES OF Status Conference before Judge David O. Carter: (Held and Completed) (Held at Los Angeles First Street). The Court sets an Evidentiary Hearing on the Roadmap MOU Agreement for May 27, 2025, at 9:00 a.m., Courtroom 1, 350 W. First Street, Los California. The Joint Witness List and Joint Stipulation re: Apex Witnesses are due by May 23, 2025. SEE DOCUMENT FOR FURTHER INFORMATION. Court Reporter: Court Smart. (twdb)**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**
Nadia Ann Sarkis    docket@millerbarondess.com, dgreen@millerbarondess.com, lemge@millerbarondess.com, nsarkis@millerbarondess.com
Jessica Mariani    jessica.mariani@lacity.org, ava.smith@lacity.org
Jason H. Tokoro    aalamango@millerbarondess.com, jtokoro@millerbarondess.com, briding@millerbarondess.com
Joseph Reichmann    filing@yagmanlaw.net, admin@yagmanlaw.net