**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

---

**OFFICIAL BUSINESS**



NEOPOST
06/02/2025
US POSTAGE $001.77

ZIP 90012
041M11461110

NIXIE    910    7E    18CU    7206/05/25

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 90012333299    2347N156152-08157



FILED
CLERK, U.S. DISTRICT COURT

JUN 11 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

2:20-CV-2291-DOC



RECEIVED
CLERK, U.S. DISTRICT COURT

JUN 11 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Case: 2:20cv2291  Doc: 951

William R Wise                                              Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

(admin@yagmanlaw.net, filing@yagmanlaw.net), James N. Rotstein (jrotstein@gibsondunn.com, pacer-ca@gibsondunn.com), Shayla Renee Myers (bschultz@lafla.org, lbautista@lafla.org, lschmidt@lafla.org, smyers@lafla.org), Michele Martinez (michele@michelecmartinez.com), Judge David O. Carter (crd_carter@cacd.uscourts.gov), Magistrate Judge Karen E. Scott (crd_scott@cacd.uscourts.gov, karen_scott@cacd.uscourts.gov)
--Non Case Participants: James W. Spertus (jspertus@spertuslaw.com), Marianne Van Riper (simon.perng@coco.ocgov.com), Kenneth Stahl (beverly.dozier-jones@msrlegal.com, jane.martin@msrlegal.com, karen.irias@msrlegal.com), Laura D Knapp (laura.knapp@coco.ocgov.com, marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com), Samuel A. Josephs (sjosephs@spertuslaw.com), Christopher Thomas Casamassima (chris.casamassima@wilmerhale.com), Kiva Grace Schrager (kschrager@millerbarondess.com), Kent K Qian (kqian@oaklandcityattorney.org), ad hoc (courtrecording_cacd@cacd.uscourts.gov, reporter_cacd@cacd.uscourts.gov, transcripts_cacd@cacd.uscourts.gov)
--No Notice Sent:
Message-Id:<40227926@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Evidentiary Hearing Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 5/30/2025 at 3:12 PM PDT and filed on 5/28/2025

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:**    951

**Docket Text:**
**MINUTES OF Evidentiary Hearing RE Potential Breach Of The Roadmap Agreement (Held at Los Angeles First Street) before Judge David O. Carter. The evidentiary hearing is continued to May 29, 2025 at 8:00 AM in Courtroom 1. Evidentiary Hearing continued to 5/29/2025 at 08:00 AM before Judge David O. Carter. SEE DOCUMENT FOR FURTHER INFORMATION. Court Reporter: Court Smart. (twdb)**