UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012
———
**OFFICIAL BUSINESS**

Return to Sender

NEOPOST
06/04/2025
US POSTAGE $001.77⁹

FIRST-CLASS MAIL
IM

ZIP 90012
041M11461103



RECEIVED JUN · · ···

FILED
CLERK, U.S. DISTRICT COURT

JUN 1 6 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

2:20-CV-2291-DOC

RECEIVED
CLERK, U.S. DISTRICT COURT

JUN 1 6 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY



06/12/25

-R-T-S-   911095563-1N

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

Case: 2:20cv2291  Doc: 958

William R Wise                                    Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

Case 2:20-cv-02291-DOC-KES     Document 998     Filed 06/16/25     Page 2 of 3   Page ID #:28905

(admin@yagmanlaw.net, filing@yagmanlaw.net), James N. Rotstein (jrotstein@gibsondunn.com, pacer-ca@gibsondunn.com), Shayla Renee Myers (bschultz@lafla.org, lbautista@lafla.org, lschmidt@lafla.org, smyers@lafla.org), Michele Martinez (michele@michelecmartinez.com), Judge David O. Carter (crd_carter@cacd.uscourts.gov), Magistrate Judge Karen E. Scott (crd_scott@cacd.uscourts.gov, karen_scott@cacd.uscourts.gov)
--Non Case Participants: James W. Spertus (jspertus@spertuslaw.com), Marianne Van Riper (simon.perng@coco.ocgov.com), Kenneth Stahl (beverly.dozier-jones@msrlegal.com, jane.martin@msrlegal.com, karen.irias@msrlegal.com), Laura D Knapp (laura.knapp@coco.ocgov.com, marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com), Samuel A. Josephs (sjosephs@spertuslaw.com), Christopher Thomas Casamassima (chris.casamassima@wilmerhale.com), Kiva Grace Schrager (kschrager@millerbarondess.com), Kent K Qian (kqian@oaklandcityattorney.org), ad hoc (courtrecording_cacd@cacd.uscourts.gov, reporter_cacd@cacd.uscourts.gov, transcripts_cacd@cacd.uscourts.gov)
--No Notice Sent:
Message-Id:<40245475@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Evidentiary Hearing Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 6/3/2025 at 8:22 AM PDT and filed on 5/30/2025

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:** 958

**Docket Text:**
**MINUTES OF Evidentiary Hearing RE Potential Breach of the Roadmap Agreement (Held at Los Angeles First Street) before Judge David O. Carter. Evidentiary Hearing continued to 6/2/2025 at 09:00 AM in Courtroom 1 before Judge David O. Carter. SEE DOCUMENT FOR FURTHER INFORMATION. Court Reporter: Court Smart. (twdb)**