

OFFICIAL BUSINESS

MIXIE   910   7E 18CU   7206/19/

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 90012333299   2347N170174-00100-16

RECEIVED
CLERK, U.S. DISTRICT COURT

JUN 2 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

2:20-cv-2291-DOC

FILED
CLERK, U.S. DISTRICT COURT

JUN 2 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY   DEN                         DEPUTY

NEOPOST
06/11/2025
US POSTAGE $001.77°

Case: 2:20cv2291   Doc: 965

William R Wise                                                    Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,   Suite 110
Santa Ana, CA 92705

Weitzman (bweitzman@eldrcenter.org, pamador-lopez@eldrcenter.org), Stephen Yagman (admin@yagmanlaw.net, filing@yagmanlaw.net), Brandon D Young (bdyoung@manatt.com, lgarcete@manatt.com), Michele Martinez (michele@michelecmartinez.com), Judge David O. Carter (crd_carter@cacd.uscourts.gov), Magistrate Judge Karen E. Scott (crd_scott@cacd.uscourts.gov, karen_scott@cacd.uscourts.gov)

--Non Case Participants: Christopher Thomas Casamassima (chris.casamassima@wilmerhale.com), Samuel A. Josephs (sjosephs@spertuslaw.com), Laura D Knapp (laura.knapp@coco.ocgov.com, marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com), Kent K Qian (kqian@oaklandcityattorney.org), Kiva Grace Schrager (kschrager@millerbarondess.com), James W. Spertus (jspertus@spertuslaw.com), Kenneth Stahl (beverly.dozier-jones@msrlegal.com, jane.martin@msrlegal.com, karen.irias@msrlegal.com), Marianne Van Riper (simon.perng@coco.ocgov.com)

--No Notice Sent:

Message-Id:<40262660@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 6/4/2025 at 5:49 PM PDT and filed on 6/4/2025

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:** 965

**Docket Text:**
**MINUTE (IN CHAMBERS) ORDER Requiring City Verification of TLS Reporting and Setting Briefing Schedule by Judge David O. Carter: The Court requires the data to be provided by 6/11/2025, at 5:00 pm in a spreadsheet format under seal. Further, the Court orders the following post-evidentiary hearing briefing schedule: Plaintiff's Opening Brief is due Monday, 6/9/2025, at 3:00 p.m. (25-page limit). The City's response is due Friday, 6/13/2025, at 3:00 p.m. (50-page limit). Plaintiff's Reply is due on Tuesday, 6/17/2025, at 3:00 p.m. (25-page limit). The Intervenors' briefing is due 6/17/2025, at 3:00 p.m. (50-page limit). Lastly, the County may also**