**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**
——————
**OFFICIAL BUSINESS**





NIXIE    910    7E    18CU    7206/19/25

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 90012333299    2347N170174-00195



RECEIVED
CLERK, U.S. DISTRICT COURT

JUN 23 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

JUN 23 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

2:20-cv-2291-DOC



NEOPOST
06/11/2025
US POSTAGE
$

Case: 2:20cv2291  Doc: 967

William R Wise                                           Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

(admin@yagmanlaw.net, filing@yagmanlaw.net), James N. Rotstein (jrotstein@gibsondunn.com, pacer-ca@gibsondunn.com), Shayla Renee Myers (bschultz@lafla.org, lbautista@lafla.org, lschmidt@lafla.org, smyers@lafla.org), Michele Martinez (michele@michelecmartinez.com), Judge David O. Carter (crd_carter@cacd.uscourts.gov), Magistrate Judge Karen E. Scott (crd_scott@cacd.uscourts.gov, karen_scott@cacd.uscourts.gov)
--Non Case Participants: Marianne Van Riper (simon.perng@coco.ocgov.com), Kenneth Stahl (beverly.dozier-jones@msrlegal.com, jane.martin@msrlegal.com, karen.irias@msrlegal.com), Laura D Knapp (laura.knapp@coco.ocgov.com, marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com), Samuel A. Josephs (sjosephs@spertuslaw.com), Christopher Thomas Casamassima (chris.casamassima@wilmerhale.com), Kiva Grace Schrager (kschrager@millerbarondess.com), Kent K Qian (kqian@oaklandcityattorney.org)
--No Notice Sent:
Message-Id:<40265025@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 6/5/2025 at 10:33 AM PDT and filed on 6/5/2025

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:** 967

**Docket Text:**
**MINUTE ORDER IN CHAMBERS by Judge David O. Carter: AMENDED ORDER REQUIRING CITY VERIFICATION OF TLS REPORTING AND SETTING BRIEFING SCHEDULE. SEE DOCUMENT FOR FURTHER INFORMATION. (twdb)**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**
Nadia Ann Sarkis    docket@millerbarondess.com, dgreen@millerbarondess.com, lemge@millerbarondess.com, nsarkis@millerbarondess.com
Jessica Mariani    jessica.mariani@lacity.org, ava.smith@lacity.org
Jason H. Tokoro    aalamango@millerbarondess.com, jtokoro@millerbarondess.com,