GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
    tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
    mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
    kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
    bhamburger@gibsondunn.com
ANGELIQUE KAOUNIS, SBN 209833
    akaounis@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
    pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:   213.978-7508
Facsimile:    213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, a Municipal entity, et al., <br><br> Defendants. | Case No. 2:20-cv-02291 DOC (KES) <br><br> **DEFENDANT CITY OF LOS ANGELES' FINAL QUARTERLY STATUS REPORT PURSUANT TO THE MEMORANDUM OF UNDERSTANDING BETWEEN THE COUNTY OF LOS ANGELES AND THE CITY OF LOS ANGELES [DKT. 185-1]** <br><br> **Hon. David O. Carter** <br> **United States District Judge** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to, and in compliance with, Section IV (B)(1) of the Memorandum of Understanding between the County of Los Angeles and the City of Los Angeles ("MOU") dated October 9, 2020 (Dkt. 185-1), Defendant City of Los Angeles ("the City") submits its final quarterly report.

**Exhibit A** is the final Homeless Roadmap Quarterly Report, which summarizes the type of interventions developed in each Council District, the number of beds provided in each intervention, and the number of unsheltered Angelenos from each of the three target populations placed in each intervention. Because this is the City's final report pursuant to its Memorandum of Understanding with the County of Los Angeles (Dkt. 185-1), no updated Council District plans are being provided.

DATED:  July 15, 2025          HYDEE FELDSTEIN SOTO, City Attorney
                               VALERIE FLORES, Chief Deputy City Attorney
                               ARLENE N. HOANG, Deputy City Attorney
                               JESSICA MARIANI, Deputy City Attorney
                               By: */s/ Arlene N. Hoang*
                               Arlene N. Hoang, Deputy City Attorney
                               Counsel for Defendant City of Los Angeles

1

DEFENDANT CITY OF LOS ANGELES' FINAL QUARTERLY STATUS REPORT PURSUANT TO THE MOU BETWEEN THE COUNTY OF LOS ANGELES AND THE CITY OF LOS ANGELES [DKT. 185-1]