Shayla R. Myers (SBN 264054)
Isabelle M. Geczy (SBN 349594)
**LEGAL AID FOUNDATION
OF LOS ANGELES**
1550 W. 8th St
Los Angeles, CA 90017
Tel: (213) 640-3983
      (323) 801-7990
Email: smyers@lafla.org
       igeczy@lafla.org

Carol A. Sobel (SBN 84483)
**LAW OFFICE OF CAROL A. SOBEL**
725 Arizona Ave.
Santa Monica, CA 90401
Telephone: (310) 393-3055
Email:  carolsobel@aol.com

*Attorneys for Intervenors*
*Additional Counsel listed on next page*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et. al.*<br>                  Plaintiff(s),<br><br>      v.<br><br>City of Los Angeles, *et. al.*<br>                  Defendant(s). | CASE NO.: 20-CV-02291-DOC-KES<br><br>Hon. David O. Carter<br><br>**JOINT STIPULATION RE: EXTENSION OF TIME TO FILE INTERVENORS' MOTION FOR FEES [Dkt. 991]**<br><br>Date:            n/a<br>Time:            n/a<br>Courtroom:       n/a |

*Additional Counsel*

Catherine Sweetser (SBN 271142)E
**SCHONBRUN SEPLOW HARRIS
& HOFFMAN, LLP**
11543 W. Olympic Blvd.
Los Angeles, CA 90064
Tel: (310) 396-0731
Email: catherine.sdshhh@gmail.com

Brooke Weitzman (SBN 301037)
William Wise (SBN 109468)
**ELDER LAW AND DISABILITY
RIGHTS CENTER**
1535 E. 17th Street, Suite 110
Santa Ana, California 92705
Tel: (714) 617-5353
Email: bweitzman@eldrcenter.org
Email: bwise@eldrcenter.org

*Attorneys for Orange Catholic Worker*

JOINT STIPULATION RE: EXTENSION OF TIME TO FILE
INTERVENORS' MOTION FOR FEES

**STIPULATION**

The parties to this action, through their respective counsel, hereby stipulate as follows:

WHEREAS, on May 27, 2025 through June 4, 2025, this Court conducted an evidentiary hearing on Plaintiffs' Motion for Sanctions [Dkt. 899, Dkt. 863, Dkt. 767] and on June 24, 2025, granted in part and denied in part Plaintiffs' Motion for Sanctions [Dkt. 991];

WHEREAS, as part of that order, the Court granted Plaintiffs and Intervenors the opportunity to seek fees related to the Motion for Sanctions, based on the following briefing schedule [Dkt. 991, p. 59]:

July 25, 2025, 5 p.m.:      Plaintiffs and Intervenors may submit motions for fees;

August 15, 2025, 5 p.m.:  The City will file its opposition, if any;

August 29, 2025, 5 p.m.:   Plaintiffs and Intervenors will submit replies.

WHEREAS, the Intervenors' counsel team has multiple imminent deadlines in other matters, including but not limited to motions for partial summary judgment and a motion cut-off deadline of July 28, 2025, and a trial brief in a writ case on August 1, 2025;

WHEREAS, a member of the Intervenors' counsel team who was playing a substantial role in responding to Intervenors' request for fees as well as the other pending deadlines, is currently facing an unexpected family emergency, which has taken her away from work for the foreseeable future, which has significantly diminished the team's capacity at this critical time;

WHEREAS, the current deadlines set by this Court will prejudice Intervenors' ability to seek fees as allowed by this Court, while a brief extension of the deadlines will not prejudice the parties;

3

JOINT STIPULATION RE: EXTENSION OF TIME TO FILE
INTERVENORS' MOTION FOR FEES

WHEREAS, Plaintiffs do not require or request a similar continuance and intend to proceed on the current court-ordered schedule;

WHEREAS, the City has agreed to accommodate Intervenors' counsel's scheduling issues and Intervenors have agreed to a slight adjustment to the overall briefing schedule to ensure that no party is prejudiced by the new schedule;

WHEREAS, in light of the above, the parties have agreed that Intervenors and the City may seek a limited adjustment of the deadlines set by this Court to accommodate Intervenors' counsel team;

NOW, therefore, the parties respectfully request the Court enter an order continuing the dates set by this Court for Intervenors to seek fees, as follows:

August 8, 2025 at 5 p.m.:        Intervenors will file their motion for fees;

September 5, 2025 at 5 p.m.:     The City will file its opposition, if any;

September 19, 2025 at 5 p.m.:    Intervenors will file their reply, if any.

Dated: July 18, 2025                          Respectfully submitted,

                                              /s/
                                              _____
                                              Shayla Myers
                                              LEGAL AID FOUNDATION OF LOS
                                              ANGELES
                                              *Attorney for Intervenors*


                                              /s/
                                              _____
                                              Bradley J. Hamburger
                                              GIBSON, DUNN & CRUTCHER LLP
                                              *Attorney for Defendant City of Los
                                              Angeles*

4

JOINT STIPULATION RE: EXTENSION OF TIME TO FILE
INTERVENORS' MOTION FOR FEES

/s/

_____

Elizabeth A. Mitchell
UMHOFER, MITCHELL & KING LLP
*Attorney for Plaintiffs*

## Local Rule 5-4.3.4 Attestation

I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 18, 2025          LEGAL AID FOUNDATION OF LOS ANGELES

/s/
_____
Shayla Myers

5

JOINT STIPULATION RE: EXTENSION OF TIME TO FILE
INTERVENORS' MOTION FOR FEES