# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et. al.*<br>                    Plaintiff(s),<br><br>    v.<br><br>City of Los Angeles, *et. al.*<br>                    Defendant(s). | CASE NO.: 20-CV-02291-DOC-KES<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATION RE: CONTINUANCE OF INTERVENORS' MOTION FOR FEES**<br><br>Date:          n/a<br>Time:          n/a<br>Courtroom:     n/a |

**[PROPOSED] ORDER RE: INTERVENORS' MOTION FOR FEES**

## [PROPOSED] ORDER

After careful consideration of the parties' stipulation to continue the dates for Intervenors' motion for fees, and upon good cause appearing, IT IS HEREBY ORDERED that Intervenors will be permitted to file their motion for fees no later than August 8, 2025 at 5 p.m., the City will file its opposition, if any, no later than September 5, 2025 at 5 p.m., and Intervenors will file their reply, if any, no later than September 19, 2025 at 5 p.m.

**IT IS SO ORDERED.**

DATED: _____          _____

Honorable David O. Carter

**[PROPOSED] ORDER RE: INTERVENORS' MOTION FOR FEES**