Docusign Envelope ID: C0487BF6-5F13-4ED4-A529-E84DCAD03B5A

UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
matthew@umklaw.com
elizabeth@umklaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>        Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**DECLARATION OF DON STEIER IN SUPPORT OF PLAINTIFF LA ALLIANCE'S MEMORANDUM RE: ATTORNEYS' FEES PURSUANT TO COURT ORDER DATED JUNE 24, 2025**<br><br>Before:    Hon. David O. Carter<br>Courtroom:  1 |

*DECLARATION OF DON STEIER ISO PLAINTIFF LA ALLIANCE'S MEMORANDUM RE: ATTORNEYS' FEES*

## DECLARATION OF DON STEIER

I, Don Steier, declare as follows:

1.    I am an attorney duly licensed to practice law in the State of California since 1974. I have been admitted to practice in the federal courts since the early 1980s. I submit this declaration in support of LA Alliance for Human Rights' Memorandum ISO of Attorneys' Fees.  Except as otherwise stated, I have personal and firsthand knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify to these facts under oath.

2.    I am the Chairperson for the LA Alliance for Human Rights ("LA Alliance"), a 501c3 organization formed in 2019 to find ways to compel action by the City and County to address the humanitarian crisis on our streets.  LA Alliance consists of residents, small businesses, non-profits, service providers, community leaders, employees, and current and formerly homeless individuals—both sheltered and unsheltered—who support a balanced solution for the community by increasing beds and services, and ensuring clean and safe streets for everyone.

3.    I served with the Los Angeles District Attorney's office during the 1970s, after which I left to enter into private practice.  Although I am now partially retired, I continue to practice law.  I have been General Counsel of Central City East Association since 1985 when it incorporated.  I have been involved in litigation my entire career, and have practiced alongside and against some of the biggest firms in the country.

4.    Over the course of several years prior to 2019, I and a group of other downtown stakeholders, residents, community members, and service providers sought legal representation for an action against the City and County on the homelessness issue, but could not find a firm willing to take the case due to the significant risk involved and real or potential conflicts with the City and County.  In 2019, we found Elizabeth Mitchell and Matthew Umhofer, then at the law firm of Spertus, Landes, & Umhofer, who were willing to take this case.  I have been very involved in the case and have witnessed first-hand the significant time and effort involved.  I have been very impressed with their skill,

1

*DECLARATION OF DON STEIER ISO PLAINTIFF LA ALLIANCE'S MEMORANDUM RE: ATTORNEYS' FEES*

dedication, and level of legal advocacy. I attended multiple days of the evidentiary hearing and witnessed the significant disparity in resources of the City (9+ lawyers) versus LA Alliance counsel (2 lawyers with occasional paralegal or admin assistance): this litigation has been truly a David v. Goliath effort and I am deeply proud of what we have accomplished.

5.    I have personal knowledge of the rates charged by many firms and attorneys practicing in the Los Angeles area, and have reviewed Plaintiff's brief.  Most large firms in the Los Angeles area are now charging in excess of $2,000 per hour for partners.  High end boutique firms such as Umhofer, Mitchell, & King, regularly charge somewhere in the area of $1,500 per hour. I am aware of Ms. Mitchell's and Mr. Umhofer's exceptional credentials and experience which justifies a high fee award. In this case the requested blended rate of $1,295 per hour for attorneys, $500 per hour for paralegals, and $150 per hour for administrative assistance is reasonable and in line with the community for similar work.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 21, 2025 at Los Angeles, California.


Signed by:
B7E79C925E2E4A9...

2

*DECLARATION OF DON STEIER ISO PLAINTIFF LA ALLIANCE'S MEMORANDUM RE: ATTORNEYS' FEES*