UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
matthew@umklaw.com
elizabeth@umklaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, *et al.*, <br><br> Defendants. | Case No. 2:20-CV-02291-DOC-KES <br><br> Assigned to Judge David O. Carter <br><br> **DECLARATION OF PAUL C. WEBSTER IN SUPPORT OF PLAINTIFF LA ALLIANCE'S MEMORANDUM RE: ATTORNEYS' FEES** <br><br> Before:    Hon. David O. Carter <br> Courtroom:  1 |

*DECL. OF P. WEBSTER ISO PLAINTIFF'S MEMORANDUM RE: ATTORNEYS' FEES*

## DECLARATION OF PAUL C. WEBSTER

I, Paul C. Webster, declare as follows:

1.     I submit this declaration in support of LA Alliance for Human Rights' Memorandum re: Attorneys' Fees. Except as otherwise stated, I have personal and firsthand knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify to these facts under oath.

2.     I have been the Executive Director of LA Alliance for Human Rights ("LA Alliance") since 2021. Recently I moved into a part-time position and receive minimal compensation for my work. I have donated over 350 hours of uncompensated time to this matter.

3.     Prior to joining the LA Alliance in 2021, I was a Senior Policy Advisor at the U.S. Department of Housing and Urban Development (HUD), where I specialized in homelessness assistance programs, particularly in the Southern California area. In addition to my role as Executive Director of LA Alliance, I am also a Senior Fellow with the Cicero Institute, focusing on homelessness policy, and in the past I worked for the San Diego Regional Chamber of Commerce, Solutions for Change (a San Diego-based homelessness service provider), and for multiple state and federal legislators.

4.     My work for LA Alliance typically focuses on policy analysis, advocacy, and community outreach; however, I have had to divert a substantial amount of my limited time to monitoring City compliance and assisting Alliance's counsel in enforcing the Settlement Agreement, including participating in meetings and testifying in court. This means I have had less time to dedicate to my other duties, and the Alliance has suffered as a result—the Alliance is already a very small organization and this has hurt the organization's outreach and advocacy efforts significantly.

5.     My standard consulting hourly rate is $200 per hour, which is on the low end of what others in my area of expertise charge. I know of two other consultants in my same area of work who charge $350 and $450 per hour, respectively.

1

*DECL. OF P. WEBSTER ISO PLAINTIFF'S MEMORANDUM RE: ATTORNEYS' FEES*

6.     Attached hereto as **Exhibit A** is a true and correct summary of my billing in this matter relevant to the enforcement of the City Settlement Agreement since July 1, 2024. Unlike an attorney, I record my time in quarter-hour increments.

7.     I have reviewed my time entries from July 1, 2024, to the present. The billing records reflect and include time spent on the following tasks:

    a.  frequent communication with Elizabeth Mitchell regarding my research and case strategy;

    b.  active involvement in the A&M assessment;

    c.  attendance at 4 hearings and 40 meetings;

    d.  emails and calls with constituents about City non-compliance; and

    e.  attendance and testimony at the recent evidentiary hearing.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 25, 2025 at Los Angeles, California.

Paul C. Webster

2

*DECL. OF P. WEBSTER ISO PLAINTIFF'S MEMORANDUM RE: ATTORNEYS' FEES*

# Exhibit A

| Date | Service Item | Time | Description | Rate | Total |
|---|---|---|---|---|---|
| 2024-07-01 | Paul Webster | 1.50 | Meeting with A&M re audit | $200 | $300.00 |
| 2024-07-01 | Paul Webster | 0.30 | Advise re strategy | $200 | $60.00 |
| 2024-07-01 | Paul Webster | 0.50 | Communications re audit | $200 | $100.00 |
| 2024-07-02 | Paul Webster | 0.50 | Communications re subsidiary | $200 | $100.00 |
| 2024-07-02 | Paul Webster | 1.00 | Weekly Marketing and Comms meeting | $200 | $200.00 |
| 2024-07-03 | Paul Webster | 0.50 | Email Followup to Laura A&M | $200 | $100.00 |
| 2024-07-03 | Paul Webster | 0.75 | Call w City Council Contact | $200 | $150.00 |
| 2024-07-08 | Paul Webster | 1.50 | Discussion w M. Matson of UMK | $200 | $300.00 |
| 2024-07-09 | Paul Webster | 1.00 | Consituent meeting | $200 | $200.00 |
| 2024-07-09 | Paul Webster | 0.75 | call with E. Mitchell re status and strategy | $200 | $150.00 |
| 2024-07-09 | Paul Webster | 1.25 | Review draft email  re HMIS and other county-related issues | $200 | $250.00 |
| 2024-07-11 | Paul Webster | 5.50 | Travel and meetings re enforcement and settlement compliance | $200 | $1,100.00 |
| 2024-07-11 | Paul Webster | 0.50 | Call w City re settlement and monitoring | $200 | $100.00 |
| 2024-07-16 | Paul Webster | 0.75 | Draft  strategic communications | $200 | $150.00 |
| 2024-07-16 | Paul Webster | 0.50 | Call with E. Mitchell re status and strategy | $200 | $100.00 |
| 2024-07-26 | Paul Webster | 0.50 | Call with E. Mitchell re status and strategy | $200 | $100.00 |
| 2024-07-26 | Paul Webster | 1.00 | Call with City Councilmember | $200 | $200.00 |
| 2024-07-30 | Paul Webster | 1.25 | Meeting with City Council District Staff | $200 | $250.00 |
| 2024-08-07 | Paul Webster | 4.00 | Homelessness Committee | $200 | $800.00 |
| 2024-08-07 | Paul Webster | 1.75 | Draft reports beds issues and encampment resolutions | $200 | $350.00 |
| 2024-08-09 | Paul Webster | 0.50 | Calls with D. Conway and E. Mitchell re status and strategy | $200 | $100.00 |
| 2024-08-14 | Paul Webster | 0.50 | Strategize re ballot initiative due to City lack of compliance | $200 | $100.00 |
| 2024-08-16 | Paul Webster | 1.00 | CoC Progress w A&M | $200 | $200.00 |
| 2024-08-27 | Paul Webster | 0.50 | Discussion with Special Master Martinez | $200 | $100.00 |
| 2024-08-28 | Paul Webster | 1.00 | Meeting w county, city, special masters; | $200 | $200.00 |
| 2024-08-29 | Paul Webster | 6.00 | Prep for, drive to/from, attend hearing | $200 | $1,200.00 |
| 2024-08-30 | Paul Webster | 0.30 | Communications with City re County HMIS issues and reporting | $200 | $60.00 |

| Date | Name | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 2024-08-30 | Paul Webster | 0.10 | Call with E. Mitchell and D. Conway re status and strategy | $200 | $20.00 |
| 2024-09-05 | Paul Webster | 2.00 | LAA Member Meeting | $200 | $400.00 |
| 2024-09-11 | Paul Webster | 1.50 | CD1 Coalition Meeting | $200 | $300.00 |
| 2024-09-11 | Paul Webster | 1.00 | Discussion w. Plaintiff G.F. re City compliance | $200 | $200.00 |
| 2024-09-12 | Paul Webster | 0.50 | Calls with M. Martinez and E. Mitchell | $200 | $100.00 |
| 2024-09-18 | Paul Webster | 0.50 | Calls with E. Mitchell and M. Umhofer re status and strategy | $200 | $100.00 |
| 2024-09-23 | Paul Webster | 1.00 | Call with auditors | $200 | $200.00 |
| 2024-10-02 | Paul Webster | 6.00 | Prep for, travel to and from, attend hearing; debrief re same | $200 | $1,200.00 |
| 2024-10-02 | Paul Webster | 2.50 | vitual attendance Housing and Homelessness Committee | $200 | $500.00 |
| 2024-10-03 | Paul Webster | 1.00 | Call with LAAHR team re status and strategy | $200 | $200.00 |
| 2024-10-03 | Paul Webster | 1.50 | Marketing and Strategic Comms Discussion w DK | $200 | $300.00 |
| 2024-10-09 | Paul Webster | 3.00 | Prep for, attend meet and confer with County, City | $200 | $600.00 |
| 2024-10-09 | Paul Webster | 1.00 | Meeting wtih M. Matson, T. Campbell re systemic problems | $200 | $200.00 |
| 2024-10-15 | Paul Webster | 0.75 | Comment re LA Alliance outline (M. Matson) | $200 | $150.00 |
| 2024-10-16 | Paul Webster | 7.00 | Prep for, travel to and from, attend hearing | $200 | $1,400.00 |
| 2024-10-16 | Paul Webster | 3.00 | Attend City Housing and Homelessness Committee Meeting | $200 | $600.00 |
| 2024-10-16 | Paul Webster | 1.50 | Calls with Special Master and Legal Team | $200 | $300.00 |
| 2024-10-18 | Paul Webster | 1.00 | Call with E. Mitchell re status and strategy | $200 | $200.00 |
| 2024-10-23 | Paul Webster | 8.00 | Travel to/from, attend listening session at Hope the Mission | $200 | $1,600.00 |
| 2024-10-23 | Paul Webster | 0.50 | Strategize with E. Mitchell re status | $200 | $100.00 |
| 2024-10-29 | Paul Webster | 1.00 | Call with E. Mitchell re status and strategy | $200 | $200.00 |
| 2024-10-29 | Paul Webster | 1.50 | Review LAHSA response to M. Martinez | $200 | $300.00 |
| 2024-11-05 | Paul Webster | 1.00 | Call with E. Mitchell re status and strategy | $200 | $200.00 |
| 2024-11-08 | Paul Webster | 1.00 | Review CoC Program w A&M | $200 | $200.00 |
| 2024-11-14 | Paul Webster | 1.00 | Call with E. Mitchell re status and strategy | $200 | $200.00 |
| 2024-11-18 | Paul Webster | 0.50 | Call w H Tashjian re settlement monitoring | $200 | $100.00 |

| Date | Name | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 2024-11-19 | Paul Webster | 2.00 | Review County audit | $200 | $400.00 |
| 2024-11-21 | Paul Webster | 7.00 | Prep for, drive to/from, attend hearing re audit | $200 | $1,400.00 |
| 2024-11-21 | Paul Webster | 0.50 | Debrief with D. Bang and E. Mitchell | $200 | $100.00 |
| 2024-11-21 | Paul Webster | 0.50 | Call with M. Martinez re audit | $200 | $100.00 |
| 2024-11-22 | Paul Webster | 1.00 | Call with E. Mitchell re accountability strategy | $200 | $200.00 |
| 2024-12-03 | Paul Webster | 1.00 | Call with E. Mitchell re status/strategy | $200 | $200.00 |
| 2024-12-04 | Paul Webster | 2.50 | LA City Council Housing and Homelessness Committee meeting | $200 | $500.00 |
| 2024-12-10 | Paul Webster | 1.00 | Calls with E. Mitchell re status and strategy | $200 | $200.00 |
| 2024-12-11 | Paul Webster | 1.00 | Meet and confer with City | $200 | $200.00 |
| 2024-12-15 | Paul Webster | 2.00 | Prepare document on  LAHSA effectiveness | $200 | $400.00 |
| 2025-01-06 | Paul Webster | 0.30 | Strategize with E. Mitchell | $200 | $60.00 |
| 2025-01-07 | Paul Webster | 6.50 | Travel to/from, attend hearing; debrief with E. Mitchell re same | $200 | $1,300.00 |
| 2025-01-09 | Paul Webster | 1.00 | Constituent calls and emails | $200 | $200.00 |
| 2025-01-14 | Paul Webster | 0.50 | Call w E. Mitchell re status and strategy | $200 | $100.00 |
| 2025-01-15 | Paul Webster | 1.25 | Constituent calls and emails | $200 | $250.00 |
| 2025-01-16 | Paul Webster | 0.75 | Call with E. Mitchell re status and strategy | $200 | $150.00 |
| 2025-01-28 | Paul Webster | 0.75 | Call with D. Steier and E. Mitchell re status and  strategy | $200 | $150.00 |
| 2025-02-07 | Paul Webster | 1.00 | Call with E. Mitchell re status and strategy | $200 | $200.00 |
| 2025-02-10 | Paul Webster | 0.50 | Calls with E. Mitchell re status and strategy | $200 | $100.00 |
| 2025-02-10 | Paul Webster | 0.75 | Call with E. Mitchell re status and strategy | $200 | $150.00 |
| 2025-02-10 | Paul Webster | 1.50 | Constituent calls and emails | $200 | $300.00 |
| 2025-02-11 | Paul Webster | 0.30 | Edit policy update re compliance | $200 | $60.00 |
| 2025-03-03 | Paul Webster | 8.50 | Travel to/from, attend listening sessions and meetings re City/County/LAHSA and outreach support | $200 | $1,700.00 |
| 2025-03-03 | Paul Webster | 3.00 | Review and analyze draft audit report | $200 | $600.00 |
| 2025-03-04 | Paul Webster | 1.75 | Constituent calls and emails | $200 | $350.00 |
| 2025-03-05 | Paul Webster | 1.00 | Draft strategic communications re audit | $200 | $200.00 |
| 2025-03-05 | Paul Webster | 2.50 | Review audit analysis by T. Campbell | $200 | $500.00 |

| Date | Name | Hours | Description | Rate | Amount |
|------|------|-------|-------------|------|--------|
| 2025-03-10 | Paul Webster | 1.25 | Meeting re accountability options; research re same | $200 | $250.00 |
| 2025-03-11 | Paul Webster | 1.00 | Call with E. Mitchell and D. Steier re status and strategy; draft email to D. Kozlowski re same | $200 | $200.00 |
| 2025-03-18 | Paul Webster | 1.00 | Call with D. Steier and E. Mitchell | $200 | $200.00 |
| 2025-03-18 | Paul Webster | 0.75 | Draft strategic communications | $200 | $150.00 |
| 2025-03-19 | Paul Webster | 2.00 | Housing and Homelessness Committee Meeting | $200 | $400.00 |
| 2025-03-19 | Paul Webster | 2.25 | Constituent calls and emails | $200 | $450.00 |
| 2025-03-20 | Paul Webster | 1.00 | Call with E. Mitchell re status and strategy | $200 | $200.00 |
| 2025-03-24 | Paul Webster | 0.50 | Review and discuss court order re encampments | $200 | $100.00 |
| 2025-03-27 | Paul Webster | 8.50 | Drive to/from, participate in hearing; communications re same | $200 | $1,700.00 |
| 2025-03-30 | Paul Webster | 1.25 | Constituent calls and emails | $200 | $250.00 |
| 2025-03-31 | Paul Webster | 1.00 | Meet with A&M re report | $200 | $200.00 |
| 2025-04-01 | Paul Webster | 0.75 | Coordinate re Alliance breakdown of audit | $200 | $150.00 |
| 2025-04-01 | Paul Webster | 0.50 | Calls with E. Mitchell | $200 | $100.00 |
| 2025-04-02 | Paul Webster | 0.50 | Review and communications re LAHSA | $200 | $100.00 |
| 2025-04-02 | Paul Webster | 1.50 | Constituent calls and emails | $200 | $300.00 |
| 2025-04-02 | Paul Webster | 1.50 | Homelessness and Housing committee | $200 | $300.00 |
| 2025-04-03 | Paul Webster | 0.50 | Strategize re receivership | $200 | $100.00 |
| 2025-04-04 | Paul Webster | 1.75 | Calls and emails re LAHSA resignation | $200 | $350.00 |
| 2025-04-16 | Paul Webster | 1.00 | Call with E. Mitchell status and strategy | $200 | $200.00 |
| 2025-04-29 | Paul Webster | 1.00 | Calls with M. Umhofer and E. Mitchell re status and strategy | $200 | $200.00 |
| 2025-05-14 | Paul Webster | 1.25 | Homeless and Housing Committee Review | $200 | $250.00 |
| 2025-05-15 | Paul Webster | 8.50 | Drive to/from, attend hearing | $200 | $1,700.00 |
| 2025-05-23 | Paul Webster | 3.00 | Hearing prep | $200 | $600.00 |
| 2025-05-23 | Paul Webster | 2.50 | Constituent calls and emails | $200 | $500.00 |
| 2025-05-27 | Paul Webster | 8.50 | Evidentiary hearing | $200 | $1,700.00 |
| 2025-05-28 | Paul Webster | 1.50 | Constituent calls and emails | $200 | $300.00 |
| 2025-05-30 | Paul Webster | 12.50 | Prep for, participate in evidentiary hearing | $200 | $2,500.00 |
| **TOTAL** | | **202.05** | | | **$40,410.00** |