

Office of the Clerk

**United States Court of Appeals for the Ninth Circuit**

Post Office Box 193939

San Francisco, California 94119-3939

415-355-8000

Molly C. Dwyer
Clerk of Court

**FILED**

JUL 24 2025



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

Docket Number:          25-4623
Originating Case Number:   2:20-cv-02291-DOC-KES

Short Title:          LA Alliance for Human Rights v. City of Los Angeles, et al.

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**

Case 2:20-cv-02291-DOC-KES    Document 1016    Filed 07/24/25    Page 2 of 4   Page ID #:29141

**Please read the enclosed materials carefully.**

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## TIME SCHEDULE ORDER

Docket Number:           25-4623
Originating Case Number:  2:20-cv-02291-DOC-KES

Case Title:              LA Alliance for Human Rights v. City of Los Angeles, et al.

**Tuesday, July 29, 2025**
City of Los Angeles                          Mediation Questionnaire due

**Wednesday, August 6, 2025**
City of Los Angeles                          Appeal Transcript Order Due

**Friday, September 5, 2025**
City of Los Angeles                          Appeal Transcript Due

**Wednesday, October 15, 2025**
City of Los Angeles                          Appeal Opening Brief Due

**Monday, November 17, 2025**
LA Alliance for Human Rights                 Appeal Answering Brief Due
Orange County Catholic Worker                Appeal Answering Brief Due
Los Angeles Catholic Worker                  Appeal Answering Brief Due
Los Angeles Community Action Network         Appeal Answering Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**