LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**DEFENDANT COUNTY OF LOS ANGELES' QUARTERLY STATUS REPORT RE MAINSTREAM SERVICES PURSUANT TO MEMORANDUM OF UNDERSTANDING BETWEEN COUNTY OF LOS ANGELES AND CITY OF LOS ANGELES [DKT. 185-1]**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

747664.1

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to the Memorandum of Understanding between the County of Los Angeles ("County") and City of Los Angeles dated October 9, 2020 (the "MOU," Dkt. 185-1), the County respectfully submits the following document:

1.      A true and correct copy of the County's Mainstream Services Quarterly Report as of June 30, 2025 is attached hereto as **Exhibit A**.

DATED:  July 30, 2025                    MILLER BARONDESS, LLP


By: ____/s/ Jason H. Tokoro_____
        JASON H. TOKORO
        Attorneys for Defendant
        COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

747664.1

2

DEFENDANT COUNTY OF LOS ANGELES' QUARTERLY STATUS REPORT
RE MAINSTREAM SERVICES PURSUANT TO MOU

## <u>INDEX OF EXHIBITS</u>

| Exhibit No. | Description | Pg. No. |
|:---:|:---|:---:|
| A. | Mainstream Services Quarterly Report as of June 30, 2025 | 4-7 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

747664.1

DEFENDANT COUNTY OF LOS ANGELES' QUARTERLY STATUS REPORT
RE MAINSTREAM SERVICES PURSUANT TO MOU

# EXHIBIT A

**MAINSTREAM BENEFITS QUARTERLY REPORT - ENDING 6-30-25**

| Department Name | Description of Mainstream Services |
|---|---|
| Department of Public Social Services (DPSS) | Assistance with General Relief, CalFresh, and Medi-Cal; Verification of benefits and case review; Electronic Benefit Transfer card issuance. |
| Department of Health Services - Countywide Benefits Entitlement Services Team (DHS-CBEST) | Assistance with securing Supplemental Security Income, Social Security Disability Insurance, Cash Assistance Program for Immigrants, retirement, and veteran's benefits. |
| Department of Mental Health (DMH) | Outreach and engagement, referrals and linkages to mental health services.<br><br>For Project Roomkey (PRK) sites, DMH coordinated with LAHSA prior to the launch of the first Project Roomkey sites to provide mental health service linkage and supports. Services provided onsite include: outreach & engagement, linkage to mental health services (Outpatient, Full Service Partnership, Psychiatric Emergency Response Teams, Homeless Outreach and Mobile Engagement), support with mental health housing placements, consultation, crisis intervention. |
| Department of Public Health - Substance Abuse Prevention and Control (DPH-SAPC) | Outreach and engagement, Substance Use Disorder (SUD) education, SUD screening, appointment scheduling, service navigation and linkages to needed ancillary services, transportation support to SUD appointments, early intervention workshops for clients engaged in high risk behavior at risk of SUD.<br><br>For Project Roomkey (PRK) sites, DPH-SAPC has provided Client Engagement and Navigation Services (CENS) counselors to PRK sites in an effort to ensure participant access to substance use disorder (SUD) services, including education and referrals to treatment, syringe exchange programs (SEPs) and medications for addiction treatment (MAT). |

| Project Type | City | Zip Code | SPA | SD | CD | Beds / Spaces | Service Provider | Opening Date (provided by LAHSA or City) | Date LAHSA Introduced Site Operator to County Departments (Approximately two weeks before estimated 80% occupancy rate) | Date LAHSA Provided County Departments with Site Client List | Department of Public Social Services | Department of Health Services - Countywide Benefits Entitlement Services Team | Department of Mental Health | Department of Public Health - Substance Abuse Prevention and Control |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pallet Shelter/Tiny Home Village | North Hollywood | 91601 | 2 | 5 | 2 | 75 | Hope of the Valley | 2/1/2021 | 2/4/2021 | 2/24/2021 | 3/24/2021 - site visit and client services commenced | 4/1/2021- site visit and client services commenced | 3/17/2021- site visit and client services commenced | 4/28/2021- site visit and client services commenced |
| Roadmap Project Homekey | Reseda | 91335 | 2 | 3 | 3 | 75 | LA Family Housing | 1/1/2021 | 4/26/2021 | 4/27/2021 | 5/17/2021- site visit and client services commenced | 5/19/2021- site visit commenced; 6/8/2021- client services commenced | 5/20/2021- site visit and client services commenced | 5/19/2021- client services commenced; site visit not needed as Client Engagement Navigation Services (CENS) provider is providing services |
| Roadmap Project Homekey | Canoga Park | 91304 | 2 | 3 | 3 | 52 | LA Family Housing | 1/1/2021 | 4/26/2021 | 4/27/2021 | 5/19/2021- site visit and client services commenced | 5/21/2021- site visit commenced; 6/16/2021- client services commenced | 5/18/2021- site visit and client services commenced | 5/19/2021- client services commenced; site visit not needed as CENS provider is providing services |
| Roadmap Project Homekey | Los Angeles | 90017 | 4 | 1 | 1 | 91 | Weingart | 2/1/2021 | 4/26/2021 | 4/27/2021 | 5/17/2021- site visit and client services commenced | 5/18/2021- site visit commenced; 5/27/2021- client services commenced | 5/20/2021- site visit and client services commenced | 5/19/2021- site visit commenced; 6/3/2021- client services commenced |
| Roadmap Project Homekey | Chatsworth | 91311 | 2 | 3 | 12 | 76 | VOALA | 3/15/2021 | 4/26/2021 | 4/27/2021 | 5/20/2021- client services commenced* | 5/13/2021- site visit commenced; 6/1/2021- client services commenced | 5/19/2021- site visit and client services commenced | 5/20/2021- site visit and client services commenced |
| Roadmap Project Homekey | North Hills | 91343 | 2 | 3 | 6 | 59 | VOALA | 3/17/2021 | 4/26/2021 | 4/27/2021 | 5/19/2021- site visit and client services commenced | 5/13/2021- site visit commenced; 5/26/2021- client services commenced | 5/18/2021- site visit and client services commenced | 5/27/2021- site visit and client services commenced |
| Roadmap Project Homekey | Los Angeles | 90016 | 6 | 2 | 10 | 23 | The People Concern | 3/24/2021 | 4/26/2021 | 4/27/2021 | 5/20/2021- client services commenced* | 5/24/2021- planning session conference call; 6/9/2021- client services commenced | 5/20/2021- site visit and client services commenced | 5/24/2021- site visit and client services commenced |
| Roadmap Project Homekey | Los Angeles | 90032 | 4 | 1 | 14 | 52 | Union Station | 4/7/2021 | 4/26/2021 | 4/27/2021 | 5/24/2021- client services commenced* | 5/25/2021- site visit commenced; 6/22/2021- client services commenced | 5/21/2021- site visit and client services commenced | 5/20/2021- site visit and client services commenced |
| Roadmap Project Homekey | Los Angeles | 90032 | 4 | 1 | 14 | 49 | Union Station | 4/7/2021 | 5/6/2021 | 5/6/2021 | 6/1/2021- client services commenced* | 5/25/2021- site visit commenced; 6/14/2021- client services commenced | 6/3/2021- site visit and client services commenced | 5/24/2021- site visit commenced; 6/1/2021- client services commenced |
| Roadmap Project Homekey | Los Angeles | 90004 | 4 | 2 | 13 | 41 | VOALA | 3/22/2021 | 5/18/2021 | 5/18/2021 | 6/10/2021- client services commenced* | 6/17/2021- site visit commenced; 7/6/2021- client services commenced | 6/10/2021- site visit and client services commenced | 5/27/2021- site visit commenced; 6/2/2021- client services commenced |
| Roadmap Project Homekey | Los Angeles | 90018 | 6 | 2 | 8 | 31 | SSG/HOPICS | 4/13/2021 | 6/2/2021 | 6/2/2021 | 6/10/2021- client services commenced* | 6/17/2021- site visit commenced; 7/14/2021- client services commenced | 6/4/2021- site visit and client services commenced | 6/17/2021- site visit commenced; 6/25/2021- client services commenced |
| Roadmap Project Homekey | Los Angeles | 90045 | 5 | 2 | 11 | 44 | The People Concern | 5/3/2021 | 6/2/2021 | 6/2/2021 | 6/21/2021- client services commenced* | 6/18/2021- site visit commenced; 7/6/2021- client services commenced | 6/24/2021- site visit and client services commenced | 6/22/2021- site visit commenced; 7/7/2021- client services commenced |
| Roadmap Interim Housing | Los Angeles | 90028 | 4 | 3 | 13 | 30 | The Salvation Army | 4/16/2021 | 7/27/2021 | 7/27/2021 | 8/24/2021- client services commenced* | 8/17/2021- site visit commenced; 8/25/2021- client services commenced | 8/19/2021- site visit and client services commenced | 8/10/2021- site visit and client services commenced |
| Interim Housing | Los Angeles | 90013 | 4 | 1 | 14 | 60 | Weingart | 2/1/2021 | 7/27/2021 | 7/27/2021 | 10/13/2021- site visit and client services commenced | 8/10/2021- site visit commenced; 8/24/2021- client services commenced | 8/12/2021- site visit and client services commenced | 8/18/2021- site visit and client services commenced |
| Roadmap Interim Housing | Los Angeles | 90012 | 4 | 1 | 14 | 232 | Weingart | 4/12/2021 | 7/27/2021 | 7/27/2021 | 9/9/2021- site visit and client services commenced | 9/8/2021- site visit commenced; 9/16/2021- client services commenced | 8/5/2021- site visit commenced; 8/26/2021- client services commenced | 8/9/2021- site visit and client services commenced |
| Pallet Shelter/Tiny Home Village | Reseda | 91335 | 2 | 3 | 3 | 101 | Hope of the Valley | 6/15/2021 | 7/27/2021 | 7/27/2021 | 9/22/2021- site visit and client services commenced | 8/17/2021- site visit commenced; 8/18/2021- client services commenced | 8/16/2021- site visit and client services commenced | 8/12/2021- site visit and client services commenced |
| Interim Housing | Los Angeles | 90027 | 4 | 5 | 4 | 80 | PATH | 5/3/2021 | 8/4/2021 | 8/4/2021 | 8/26/2021- client services commenced* | 9/15/2021- site visit commenced; 10/26/2021- client services commenced | 8/12/2021- site visit and client services commenced* | 9/13/2021- site visit commenced; 10/5/2021- client services commenced |
| Interim Housing | Los Angeles | 90046 | 4 | 3 | 4 | 21 | PATH/Aviva (subcontractor) | 4/16/2021 | 8/4/2021 | 8/4/2021 | 8/25/2021- client services commenced* | 8/31/2021- site visit commenced; 9/7/2021- client services commenced | 8/12/2021- site visit and client services commenced* | 9/21/2021- site visit commenced; 9/28/2021- client services commenced |
| Roadmap Project Homekey | Marina Del Rey | 90292 | 5 | 2 | 11 | 33 | PATH | 7/13/2021 | 8/25/2021 | 8/25/2021 | 9/23/2021- site visit and client services commenced | 9/8/2021- site visit commenced; 9/14/2021- client services commenced | 9/16/2021- site visit and client services commenced | 9/16/2021- site visit commenced; 10/7/2021- client services commenced |
| Pallet Shelter/Tiny Home Village | Reseda | 91335 | 2 | 3 | 3 | 148 | Hope of the Valley | 7/7/2021 | 10/13/2021 | 10/13/2021 | 11/23/2021- site visit and client services commenced | 11/5/2021- site visit commenced; 11/16/2021- client services commenced | 10/26/2021 - site visit and client services commenced | 11/18/2021- site visit and client services commenced |
| Pallet Shelter/Tiny Home Village | Wilmington | 90744 | 8 | 2 | 15 | 80 | The Salvation Army | 6/14/2021 | 10/13/2021 | 10/13/2021 | 10/27/2021- site visit and client services commenced | 12/23/2021- site visit commenced; 3/16/2022- client services commenced | 3/30/2022- site visit and client services commenced | 2/24/2022- site visit commenced; 3/3/2022- client services commenced remotely; 4/6/2022- client services commenced onsite |
| Roadmap Project Homekey | Sylmar | 91342 | 2 | 3 | 7 | 87 | LA Family Housing | 8/30/2021 | 11/4/2021 | 11/4/2021 | 12/1/2021- site visit and client services commenced | 12/1/2021- site visit and client services commenced | 12/1/2021- site visit and client services commenced | 12/1/2021- site visit and client services commenced |
| Roadmap Interim Housing | Los Angeles | 90007 | 6 | 2 | 9 | 20 | Volunteers of America | 4/16/2021 | 2/23/2022 | 3/2/2022 | 3/30/2022- client services commenced* | 3/25/2022- site visit commenced; 4/8/2022- client services commenced | 3/18/2022- site visit and client services commenced | 4/22/2022- site visit and client services commenced* |
| Roadmap Interim Housing | Los Angeles | 90037 | 6 | 2 | 9 | 20 | SSG/HOPICS | 4/16/2021 | 2/23/2022 | 3/2/2022 | 3/23/2022- client services commenced* | 4/12/2022- site visit commenced; 5/11/2022- client services commenced | 3/15/2022- site visit and client services commenced | 5/2/2022- site visit commenced; 5/4/2022- client services commenced* |
| Roadmap Interim Housing | Los Angeles | 90011 | 4 | 2 | 9 | 68 | SSG/HOPICS | 4/16/2021 | 2/23/2022 | 3/2/2022 | 3/23/2022- client services commenced* | 3/31/2022- site visit commenced; 4/19/2022- client services commenced | 3/18/2022- site visit and client services commenced | 5/3/2022- site visit commenced; 5/4/2022- client service commenced* |
| Roadmap Interim Housing | Los Angeles | 90061 | 6 | 2 | 15 | 4 | SSG/HOPICS | 4/16/2021 | 2/23/2022 | 3/2/2022 | N/A - All clients in roster are already in the DPSS system. DPSS provided site with Customer Service information. | 3/31/2022- site visit and client services commenced | 3/21/2022- site visit and client services commenced | 5/5/2022- site visit commenced; 5/4/2022- client services commenced* |
| Roadmap Interim Housing | Los Angeles | 90004 | 6 | 2 | 8 | 4 | New Reflections | 4/16/2021 | 3/1/2022 | 3/2/2022 | 3/31/2022- client services commenced* | 3/15/2022- site visit commenced; 3/30/2022- client services commenced | 3/16/2022- site visit and client services commenced | 4/11/2022- site visit commenced; 4/12/2022- client services commenced* |
| Roadmap Interim Housing | Los Angeles | 90062 | 6 | 2 | 8 | 7 | Testimonial Community Love Center | 4/16/2021 | 3/1/2022 | 3/2/2022 | 3/31/2022- client services commenced* | 4/22/2022- site visit commenced; 4/27/2022- client services commenced | 3/14/2022- site visit and client services commenced | 4/21/2022- site visit commenced; 4/25/2022- client services commenced* |
| Roadmap Interim Housing | Los Angeles | 90011 | 6 | 2 | 9 | 25 | Home at Last | 4/16/2021 | 3/1/2022 | 3/2/2022 | 3/29/2022- client services commenced* | 3/25/2022- site visit commenced; 4/6/2022- client services commenced | 3/16/2022- site visit and client services commenced | 4/8/2022- site visit commenced; 4/11/2022- client services commenced* |

**EXHIBIT A  - Page 5**

| Program | City | Zip | | | | Cap | Provider | Opened | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Roadmap Interim Housing | Los Angeles | 90003 | 6 | 2 | 8 | 150 | Home at Last | 4/16/2021 | 3/1/2022 | 3/2/2022 | 3/24/2022- client services commenced* | 3/25/2022- site visit commenced; 4/13/2022- client services commenced | 3/15/2022- site visit and client services commenced | 4/1/2022- site visit commenced; 4/17/2022- client services commenced* |
| Pallet Shelter/Tiny Home Village | Los Angeles | 90042 | 4 | 1 | 14 | 224 | Hope of the Valley | 10/19/2021 | 3/1/2022 | 3/2/2022 | 4/19/2022- site visit and client services commenced | 3/23/2022- site visit commenced; 4/20/2022- client services commenced | 3/24/2022- site visit and client services commenced | 4/6/2022- site visit commenced; 4/13/2022- client services commenced |
| Pallet Shelter/Tiny Home Village | North Hollywood | 91607 | 2 | 3 | 2 | 200 | Hope of the Valley | 4/27/2021 | 3/23/2022 | 3/31/2022 | 4/25/2022- site visit and client services commenced | 4/12/2022- site visit commenced; 4/26/2022- client services commenced | 4/21/2022- site visit and client services commenced | 4/26/2022- site visit and client services commenced |
| Pallet Shelter/Tiny Home Village | Los Angeles | 90026 | 4 | 1 | 13 | 74 | Urban Alchemy | 6/8/2021 | 3/23/2022 | 3/31/2022 | 5/6/2022- site visit and client services commenced | 5/3/2022- site visits and client services commenced | 4/14/2022- site visit and client services commenced | 4/11/2022- site visit commenced; 4/18/2022- client services commenced |
| Pallet Shelter/Tiny Home Village | Los Angeles | 90057 | 4 | 1 | 13 | 109 | Urban Alchemy | 12/27/2021 | 3/23/2022 | 3/31/2022 | 5/5/2022- site visit and client services commenced | 5/4/2022- site visit and client services commenced | 4/19/2022- site visit and client services commenced | 5/5/2022- site visit commenced; 5/18/2022- client services commenced |
| Roadmap Interim Housing | Van Nuys | 91405 | 2 | 3 | 6 | 146 | Home at Last | 4/16/2021 | 3/24/2022 | 3/31/2022 | 4/27/2022- site visit and client services commenced | 4/14/2022- site visit and client services commenced | 4/19/2022- site visit and client services commenced | 4/19/2022- site visit and client services commenced |
| Interim Housing-PRK | Van Nuys | 91406 | 2 | 3 | 6 | 237 | Volunteers of America | 4/14/2021 (City) 4/20/2020 (County)** | 4/6/2022 | 4/28/2022 | 5/18/2022- site visit and client services commenced | 6/20/2020- site visit and client services commenced*** | 8/16/2021- client services commenced | 7/25/2022- site visit and client services reinitiated; client services initiated at this site since 7/2020.*** |
| Interim Housing-PRK | Los Angeles | 90028 | 4 | 5 | 4 | 70 | Turning Point | 7/8/2021 | 4/6/2022 | 4/28/2022 | 6/9/2022- site visit and client services commenced | 4/22/2022- site visit and client services commenced | 8/17/2021- client services commenced | 6/2/2022- site visit and client services commenced. CENS referral and engagement on 9/29/2021. |
| Interim Housing-PRK | Los Angeles | 90071 | 4 | 1 | 14 | 473 | The Salvation Army | 5/11/2020 | 4/6/2022 | 4/28/2022 | 6/13/2022- site visit and client services commenced | 4/22/2021- site visit and client services commenced | 8/16/2021- client services commenced | 6/3/2022- site visit and client services commenced; client services initiated at this site since 7/2020. CENS referral and engagement 7/8/2021. CENS Referral form emailed on 7/15/2020. |
| Interim Housing-PRK | Los Angeles | 90012 | 4 | 1 | 1 | 50 | First to Serve | 4/7/2021 | 4/6/2022 | 4/27/2022 | 6/7/2022- client services commenced* | 3/29/2022- site visit and client services commenced | Services commenced within a month of site opening. | 6/2/2022- site visit and client services commenced. CENS referral and engagement on 7/8/2021. |
| Interim Housing-PRK | Los Angeles | 90017 | 4 | 1 | 1 | 266 | Helpline Youth Counseling | 7/14/2020 | 4/6/2022 | 4/28/2022 | 6/6/2022- site visit and client services commenced | 12/10/2020- site visit and client services commenced | 8/16/2021- client services commenced | 6/2/2022- site visit and client services commenced. CENS Referral form emailed on 7/15/2020. |
| Interim Housing-PRK | Los Angeles | 90017 | 4 | 1 | 1 | 61 | Downtown Women Center | 4/16/2021 (City) 4/18/2020 (County)** | Not available | Not available | 6/24/2020 and 6/25/2020 - client services commenced*** | Services commenced within six weeks of the County site opening. | Services commenced within a month of the County site opening. | 7/15/2020 - CENS Referral form emailed to site operators. Referral and engagement services provided subsequently.*** |
| Interim Housing-PRK | Los Angeles | 90005 | 4 | 2 | 10 | 49 | Home at Last | 4/16/2021 (City) 4/21/2020 (County)** | Not available | Not available | 5/28/2020 and 5/29/2020 - client services commenced*** | Services commenced within six weeks of the County site opening. | Services commenced within a month of the County site opening. | 7/15/2020 - CENS Referral form emailed to site operators. Referral and engagement services provided subsequently.*** |
| Interim Housing-PRK | Los Angeles | 90012 | 4 | 1 | 1 | 33 | Illumination Foundation | 5/17/2021 (City) 4/30/2020 (County)** | Not available | Not available | 6/10/2020 and 6/11/2020 - client services commenced*** | Services commenced within six weeks of County site opening. | Services commenced within a month of County site opening. | 7/15/2020 - CENS Referral form emailed to site operators. Referral and engagement services provided subsequently.*** |
| Interim Housing-PRK | Los Angeles | 90020 | 4 | 2 | 10 | 48 | Home at Last | 4/16/2021 (City) 4/21/2020 (County)** | Not available | Not available | 5/21/2020 and 5/22/2020 - client services commenced*** | Services commenced within six weeks of the County site opening. | Services commenced within a month of the County site opening. | 7/15/2020 - CENS Referral form emailed to site operators. Referral and engagement services provided subsequently.*** |
| Interim Housing-PRK | San Pedro | 90731 | 8 | 4 | 15 | 72 | Whittier First Day | 4/15/2021 | Not available | Not available | Services were not provided. | Services commenced within six weeks of site opening. | Services commenced within a month of site opening. | 7/8/2021 - CENS Referral form emailed to site operators. Referral and engagement services provided subsequently. |
| Interim Housing-PRK | Studio City | 91604 | 2 | 3 | 4 | 165 | LA Family Housing | 8/11/2020 | Not available | Not available | 9/21/2020 to 9/24/2020 - client services commenced | Services commenced within six weeks of site opening. | Services commenced within a month of site opening. | 7/8/2021 - CENS Referral form emailed to site operators. Referral and engagement services provided subsequently. |
| Roadmap Interim Housing | Los Angeles | 90026 | 4 | 1 | 1 | 27 | First to Serve | 4/1/2021 | 4/8/2022 | 4/12/2022 | 5/12/2022- site visit and client services commenced | 6/8/2022- site visit and client services commenced | 4/28/2022- site visit and client services commenced | 6/2/2021- site visit and client services commenced |
| A Bridge Home | San Pedro | 90731 | 8 | 4 | 15 | 38 | Harbor Interfaith | 7/7/2020 | 4/11/2022 | 4/15/2022 | 5/23/2022- site visit and client services commenced | 5/12/2022- site visit and client services commenced | 5/18/2022- site visit and client services commenced | 6/1/2022- site visit commenced; 8/31/2022 - client services commenced |
| A Bridge Home | San Pedro | 90731 | 8 | 4 | 15 | 62 | Harbor Interfaith | 7/7/2020 | 4/11/2022 | 4/15/2022 | 5/23/2022- site visit and client services commenced | 5/12/2022- site visit and client services commenced | 5/18/2022- site visit and client services commenced | 6/1/2022- site visit commenced; 8/31/2022 - client services commenced |
| A Bridge Home | Los Angeles | 90012 | 4 | 1 | 14 | 99 | Weingart | 8/18/2020 | 4/11/2022 | 4/15/2022 | 6/2/2022- site visit and client services commenced | 5/18/2022- site services and client services commenced | 4/27/2022- site visit and client services commenced | 6/29/2022- site visit commenced; 8/11/2022 - client services commenced |
| A Bridge Home | Los Angeles | 90027 | 4 | 3 | 4 | 100 | PATH | 7/28/2020 | 4/11/2022 | 4/15/2022 | 6/14/2022- client services commenced* | 7/7/2022- site visit and client services commenced | 5/25/2022- site visit and client services commenced | 5/26/2022- site visit commenced; 6/9/2022- client services commenced |
| A Bridge Home | Van Nuys | 91401 | 2 | 3 | 6 | 70 | The Salvation Army | 8/14/2020 | 4/11/2022 | 4/15/2022 | 5/17/2022- site visit and client services commenced | 5/24/2022- site visit and client services commenced | 5/17/2022- site visit and client services commenced | 5/16/2022- site visit commenced; 6/7/2022- client services commenced |
| A Bridge Home | North Hollywood | 91605 | 2 | 3 | 2 | 85 | Hope of the Valley | 7/16/2020 | 4/11/2022 | 4/15/2022 | 6/7/2022- client services commenced* | 5/10/2022- site visit and client services commenced | 5/27/2022- site visit and client services commenced | 5/16/2022- site visit commenced; 6/6/2022- client services commenced |
| A Bridge Home | Canoga Park | 91304 | 2 | 3 | 3 | 81 | LAFH | 2/1/2021 | 4/11/2022 | 4/15/2022 | 5/17/2022- site visit and client services commenced | 6/14/2022- site visit and client services commenced | 5/10/2022 and 5/26/2022- site visit and client services commenced | 6/13/2022- site visit commenced; 6/28/2022- client services commenced |
| A Bridge Home | Van Nuys | 91405 | 2 | 3 | 2 | 100 | Hope of the Valley | 8/17/2020 | 4/11/2022 | 4/15/2022 | 5/26/2022- client services commenced* | 6/9/2022- site visit and client services commenced | 5/5/2022- site visit and client services commenced | 7/7/2022- site visit commenced; 8/15/2022-client services commenced |
| A Bridge Home | Sylmar | 91342 | 2 | 3 | 7 | 85 | LAFH | 8/10/2020 | 4/11/2022 | 4/15/2022 | 5/18/2022- client services commenced* | 6/15/2022- site visit and client services commenced | 5/12/2022 and 5/26/2022- site visit and client services commenced | 6/13/2022- site visit commenced; 6/27/2022- client services commenced |
| A Bridge Home | Los Angeles | 90005 | 4 | 2 | 10 | 70 | The Salvation Army | 3/2/2021 | 4/11/2022 | 4/15/2022 | 5/17/2022- site visit and client services commenced | 6/1/2022- site visit and client services commenced | 5/5/2022- site visit and client services commenced | 5/26/2022- site visit commenced; 6/15/2022- client services commenced |
| A Bridge Home | Wilmington | 90744 | 8 | 4 | 15 | 100 | US Vets | 7/7/2020 | 4/11/2022 | 4/15/2022 | 5/26/2022- site visit and client services commenced | 5/31/2022- site visit and client services commenced | 5/25/2022- site visit and client services commenced | 7/15/2022 - site visit commenced; 8/1/2022- client services commenced |
| A Bridge Home | Los Angeles | 90012 | 4 | 1 | 14 | 45 | The People Concern | 9/10/2018 | 4/12/2022 | 4/15/2022 | 6/2/2022- client services commenced* | 6/7/2022- site visit and client services commenced | 5/13/2022- site visit and client services commenced | 5/20/2022- site visit commenced; 6/14/2022- client services commenced |
| A Bridge Home - DHS | Los Angeles | 90021 | 4 | 1 | 14 | 78 | Home At Last | 1/20/2021 | 4/13/2022 | 5/23/2022 | 6/8/2022- site visit and client services commenced | 5/18/2022- site visit and client services commenced | 4/28/2022- site visit and client services commenced | 5/24/2022- site visit commenced; 6/17/2022- client services commenced |
| A Bridge Home-Families | Los Angeles | 90035 | 5 | 3 | 5 | 18 | PATH | 6/22/2020 | 4/13/2022 | 4/28/2022 | 5/17/2022- client services commenced* | 5/25/2022- site visit and client services commenced | 5/24/2022- site visit and client services commenced | 7/19/2022- site visit commenced; 7/29/2022- client services commenced |
| A Bridge Home-Families | Los Angeles | 90037 | 6 | 2 | 9 | 13 | SSG/HOPICS | 4/16/2021 | 4/13/2022 | 4/28/2022 | N/A - All clients in roster are already in the DPSS system. DPSS provided site with Customer Service information. | 5/20/2022- site visit and client services commenced | 4/21/2022- site visit and client services commenced | 6/14/2022- site visit commenced; 7/1/2022- client services commenced* |
| Roadmap Interim Housing | Northridge | 91325 | 2 | 3 | 12 | 107 | Hope of the Valley | 5/1/2022 | 7/19/2022**** | DHS, DMH, DPH did not receive rosters. DPSS received roster 8/10/2022. | 8/30/2022- site visit and client services commenced | 9/6/2022 - site visit and client services commenced | 8/8/2022 - site visit and client services commenced | 8/18/2022- client services commenced |
| Roadmap Interim Housing | Los Angeles | 90013 | 4 | 1 | 14 | 20 | Volunteers of America | 4/16/2022 | 7/19/2022**** | DHS, DMH, DPH did not receive rosters. DPSS received roster 8/10/2022. | 9/2/2022- client services commenced* | 8/24/2022- site visit and client services commenced | 8/11/2022 - site visit and client services commenced | 8/3/2022- site visit and client services commenced |
| Roadmap Interim Housing | Los Angeles | 91605 | 2 | 3 | 6 | 49 | LA Family Housing | 10/21/2021 | 9/2/2022**** | DHS, DMH, DPH did not receive rosters. DPSS received roster 8/10/2022. | 9/23/2022- site visit and client services commenced | 10/5/2022- site visit and client services commenced | 10/11/2022 - site visit and client services commenced | 9/15/2022- planning meeting; 10/14/2022- site visit; 11/8/2022- client services commenced |
| Safe Parking[1] | Torrance | 90502 | 8 | 4 | 15 | 25 | Watts Labor Community Action Committee | 3/1/2021 | 9/26/2022**** | 10/6/2022 | 10/12/2022- site visit and client services commenced | 10/12/2022- site visit and client services commenced | 10/12/2022- site visit and client services commenced | 10/12/2022- site visit and client services commenced |
| Safe Parking[1] | San Pedro | 90731 | 8 | 4 | 15 | 30 | Volunteers of America Los Angeles | 3/2/2021 | 9/26/2022**** | 10/13/2022 | 10/17/2022- site visit and client services commenced | 10/17/2022- site visit and client services commenced | 10/17/2022- site visit and client services commenced | 10/17/2022- site visit and client services commenced |

**EXHIBIT A  - Page 6**

| Program | City | Zip | | | | | Operator | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Safe Parking[1] | Los Angeles | 90038 | 4 | 3 | 13 | 20 | Safe Parking LA | 4/16/2021 | 9/26/2022**** | 10/13/2022 | 10/18/2022- site visit and client services commenced | 10/18/2022- site visit and client services commenced | 10/18/2022- site visit and client services commenced | 10/18/2022- site visit and client services commenced |
| | Los Angeles | 90015 | 4 | 1 | 9 | 30 | Safe Parking LA | 11/2/2020 | 9/26/2022**** | 10/13/2022 | | | | |
| | Los Angeles | 90025 | 5 | 2 | 11 | 25 | Safe Parking LA | 10/6/2020 | 9/26/2022**** | 10/13/2022 | | | | |
| Safe Parking[1] | Los Angeles | 90011 | 4 | 2 | 9 | 10 | SSG/HOPICS | 3/8/2021 | 9/26/2022**** | 10/13/2022 | 10/20/2022- site visit and client services commenced | 10/20/2022- site visit and client services commenced | 10/20/2022- site visit and client services commenced | 10/20/2022- site visit and client services commenced |
| Safe Parking[1] | Canoga Park | 91303 | 2 | 3 | 3 | 25 | North Valley Caring Services | 4/12/2021 | 9/26/2022**** | 10/13/2022 | 10/24/2022- client services commenced* | 10/24/2022- site visit and client services commenced | 10/24/2022- site visit and client services commenced | 10/24/2022- site visit and client services commenced |
| | Northridge | 91324 | 2 | 3 | 12 | 20 | North Valley Caring Services | 4/12/2021 | 9/26/2022**** | 10/13/2022 | | | | |
| Safe Sleep | Los Angeles | 90011 | 6 | 2 | 9 | 125 | Urban Alchemy | 2/2/2022 | 10/6/2022**** | 10/6/2022 | 10/28/2022- site visit and client services commenced | 11/30/2022- site visit and client services commenced | 12/28/2022 - site visit and client services commenced | 10/18/2022- site visit commenced 12/12/2022- client services commenced |
| Pallet Shelter/Tiny Home Village | North Hollywood | 91605 | 2 | 3 | 2 | 150 | Hope of the Valley | 9/21/2021 (as provided by LAHSA on 12/5/2022[2]) | 1/5/2023**** | 2/22/2023 | 03/31/2023- site visit and client services commenced | 3/6/2023- site visit and client services commenced | 3/30/2023- site visit and client services commenced | 1/18/2023- site visit commenced 1/25/2023- client services commenced |
| A Bridge Home | Los Angeles | 90019 | 4 | 2 | 10 | 15 | 1736 Family Crisis Center | 9/21/2021 (as provided by LAHSA on 12/28/2022[2]) | 1/5/2023**** | 2/28/2023 | 2/28/2023- client services commenced* | 2/15/2023- site visit and client services commenced | 1/18/2023- site visit and client services commenced | 1/27/2023- site visit commenced 2/21/2023- client services commenced |
| Pallet Shelter/Tiny Home Village | Los Angeles | 90041 | 4 | 1 | 14 | 93 | Union Station | 3/2/2022 (as provided by LAHSA on 12/5/2022[2]) | 1/5/2023**** | 1/11/2023 | 1/12/2023- site visit and client services commenced | 1/30/2023- site visit and client services commenced | 1/19/2023- site visit and client services commenced | 1/31/2023- site visit commenced 2/23/2023- client services commenced |
| Roadmap Interim Housing | Confidential - address withheld | Confidential - address withheld | Unknown | Unknown | 5 | 15 | Coalition to Abolish Slavery and Human Trafficking (CAST LA) | 1/10/2022 (as provided by City on 1/5/2023[2]) | 1/6/2023**** | Not provided due to confidentiality | 2/10/2023- client services commenced* | 2/16/2023- at the request of the operator, Department provided a training to site operator staff on Department services and referral process* | 3/6/2023- at the request of the operator, Department provided a training to site operator staff on how to access services* | 3/13/2023- at the request of the operator, Department provided a virtual training to site operator staff on how to access services. |
| A Bridge Home | Los Angeles | 90038 | 4 | 3 | 13 | 64 | PATH | 11/15/2021 (as provided by City on 2/2/2023[2]) | 2/7/2023**** | 2/28/2023 | 3/22/2023- client services commenced* | 3/22/2023- site visit and client services commenced | 3/2/2023- site visit and client services commenced | 4/6/2023- site visit commenced 6/20/2023- client services commenced |
| Roadmap Interim Housing | Los Angeles | 90044 | 6 | 2 | 9 | 100 | First to Serve | 1/18/2023 (as provided by City on 2/2/2023[2]) | 2/7/2023**** | 3/14/2023 | 3/17/2023- client services commenced* | 3/29/2023- site visit and client services commenced | 3/2/2023- site visit and client services commenced | 3/23/2023- site visit and client services commenced |
| Pallet Shelter/Tiny Home Village | Sun Valley | 91352 | 2 | 3 | 6 | 161 | VOALA | 2/9/2023 (as provided by City on 2/2/2023[2]) | 6/7/2023**** | 6/12/2023 | 6/26/2023- site visit commenced 7/6/2023- client services commenced | 6/28/2023- site visit and client services commenced | 6/27/2023- site visit and client services commenced | 6/22/2023- site visit 7/6/2023- client services commenced |
| Roadmap Interim Housing | Los Angeles | 90033 | 4 | 1 | 14 | 72 | VOALA | 5/15/2023 (as provided by City on 5/1/2023[2]) | 7/13/2023**** | 8/14/2023[3] | 9/6/2023- site visit commenced 9/7/2023- client services commenced | 10/24/2023- site visit and client services commenced | 7/27/2023- site visit and client services commenced | 8/1/2023- site visit commenced 8/10/2023- client services commenced |
| Winter Shelter Program | Los Angeles | 90003 | 6 | 2 | 8 | 50 | Home At Last | 11/1/2023 (as provided by City on 1/19/2024[2]) | 1/23/2024**** | 1/24/2024 | 2/6/2024- site visit commenced 2/14/2024- client services commenced | 2/27/2024- site visit and client services commenced | 2/7/2024- site visit and client services commenced | 2/8/2024- site visit and client services commenced |
| Winter Shelter Program | Los Angeles | 90003 | 6 | 2 | 8 | 11 | Assured Lifestyle Housing | 11/1/2023 (as provided by City on 1/19/2024[2]) | 1/23/2024**** | 1/24/2024 | 2/6/2024- site visit commenced 2/20/2024- client services commenced | 2/7/2024- site visit and client services commenced | 2/26/2024 - site visit and client services commenced | 1/29/2024 - planning meeting 2/2/2024- site visit and client services commenced |
| Winter Shelter Program | Los Angeles | 90044 | 6 | 2 | 8 | 9 | Assured Lifestyle Housing | 11/1/2023 (as provided by City on 1/19/2024[2]) | 1/23/2024**** | 1/24/2024 | 2/6/2024- site visit commenced 2/15/2024- client services commenced | 2/7/2024- site visit and client services commenced | 2/16/2024- site visit and client services commenced | 1/29/2024 - planning meeting 2/2/2024- site visit and client services commenced |
| Winter Shelter Program | Los Angeles | 90062 | 6 | 2 | 8 | 41 | First to Serve | 11/1/2023 (as provided by City on 1/19/2024[2]) | 1/23/2024**** | 1/24/2024 | 2/6/2024- site visit commenced 2/22/2024- client services commenced | 2/14/2024- site visit and client services commenced | 2/13/2024- site visit and client services commenced | 2/5/2024- site visit and client services commenced |
| Winter Shelter Program | Los Angeles | 90037 | 6 | 2 | 9 | 60 | Bryant Temple Community Development | 11/1/2023 (as provided by City on 1/19/2024[2]) | 1/23/2024**** | 1/24/2024 | 2/6/2024- site visit commenced 2/28/2024- client services commenced | 2/20/2024- site visit and client services commenced | 2/22/2024- site visit and client services commenced | 2/6/2024- site visit and client services commenced |
| Winter Shelter Program | Los Angeles | 90006 | 4 | 2 | 10 | 32 | Abundant Blessings | 11/1/2023 (as provided by City on 1/19/2024[2]) | 1/23/2024**** | 1/24/2024 | 2/5/2024- site visit commenced 2/8/2024- client services commenced | 2/12/2024- site visit and client services commenced | 2/7/2024 - site visit and client services commenced | 2/6/2024- site visit and client services commenced |
| Winter Shelter Program | Los Angeles | 90047 | 6 | 2 | 8 | 55 | New Reflections | 11/1/2023 (as provided by City on 1/19/2024[2]) | 1/23/24**** | 1/24/2024 | 2/6/2024- site visit commenced 2/29/2024- client services commenced | 2/22/2024- site visit and client services commenced | 2/21/2024- site visit and client services commenced | 3/5/2024- site visit and client services commenced |
| Project HomeKey- Roadmap | Los Angeles | 90058 | 6 | 2 | 9 | 140 | VOALA | 11/20/2023 (as provided by City on 9/15/2023[2]) | 1/3/2024**** | 1/11/2024 | 01/24/2024- site visit commenced 02/09/2024- client services commenced | 3/6/2024- site visit and client services commenced | 3/6/2024 - site visit and client services commenced | 3/6/2024 - site visit and client services commenced |
| Roadmap Interim Housing***** | Los Angeles | 90031 | 4 | 1 | 1 | 95 | JWCH | 1/23/2024 (as provided by City on 2/1/2024[2]) | 2/28/2024**** | 3/1/2024 | 3/27/2024 - site visit and client services commenced | 3/27/2024 - site visit and client services commenced | 3/27/2024 - site visit and client services commenced | 3/27/2024 - site visit and client services commenced |
| Roadmap Interim Housing***** | Los Angeles | 90033 | 4 | 1 | 14 | 144 | VOALA | 3/6/2024 (as provided by City on 3/14/2024[2]) | 4/12/2024**** | 5/2/2024 | 5/16/2024- site visit and client services commenced | 5/16/2024- site visit and client services commenced | 5/16/2024- site visit and client services commenced | 5/16/2024- site visit and client services commenced |
| Winter Shelter Program***** | Los Angeles | 90037 | 6 | 2 | 9 | 70 | Bryant Temple Community | 11/1/2024 (as provided by City on 12/5/2024[2]) | 1/28/2025**** | 2/7/2025 | 2/26/2025 - site visit and client services commenced | 2/26/2025 - site visit and client services commenced | 2/26/2025 - site visit and client services commenced | 2/26/2025 - site visit and client services commenced |
| Winter Shelter Program***** | Los Angeles | 90047 | 6 | 2 | 8 | 60 | New Reflections | 11/1/2024 (as provided by City on 12/5/2024[2]) | 1/28/2025**** | 2/7/2025 | 2/27/2025 - site visit and client services commenced | 2/19/2025 - site visit and client services commenced | 2/19/2025 - site visit and client services commenced | 2/19/2025 - site visit and client services commenced |
| Project HomeKey- Roadmap***** | Los Angeles | 91334 | 2 | 3 | 6 | 69 | National Health Foundation | 11/21/2024 (as provided by City on 12/5/2024[2]) | 12/27/2024**** | 2/5/2025 | 2/13/2025 - site visit and client services commenced | 2/13/2025 - site visit and client services commenced | 2/13/2025 - site visit and client services commenced | 2/13/2025 - site visit and client services commenced |

*Denotes services provided telephonically.

**Denotes multiple opening dates for the same site. The County of Los Angeles opened these sites in 2020. The City of Los Angeles took over the property lease in 2021.

***Denotes mainstream services provided during County sponsorship.

****Denotes procedural change effective June 2022 whereby CEO introduces Site Operator to County Departments (approximately two months after opening)

*****Denotes procedural change effective March 2024 whereby CEO coordinates the initial date for County Departments to provide onsite services, also referred to as, "Service Connect Day."

[1]Denotes Safe Parking sites where mainstream service integration took place regionally at the satellite offices operated by Safe Parking Service Providers. The Safe Parking regional events serve clients from multiple sites and are grouped by Service Provider.

[2]Date when LAHSA or City provided to County site information to include opening date, site name, address and housing operator for the County to begin planning for service provision.

[3]Denotes Client Site List was provided by the operator, and not Los Angeles Homeless Services Authority (LAHSA).

**EXHIBIT A  - Page 7**