UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, *et al.*, <br><br> Defendants. | Case No. 2:20-CV-02291-DOC-KES <br><br> Assigned to Judge David O. Carter <br><br> **PLAINTIFF'S NOTICE OF FILING MOTION TO DISMISS CITY OF LA APPEAL IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** <br><br> Before:  Hon. David O. Carter <br> Courtroom: 10A |

*PLAINTIFF'S NOTICE OF FILING MOTION TO DISMISS CITY OF LA APPEAL IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT*

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 30, 2025, Plaintiff LA Alliance for Human Rights filed a Motion to Dismiss Defendant City's Appeal in the United States Court of Appeals for the Ninth Circuit in the above-captioned matter. A copy of the motion as filed is attached hereto as Exhibit A.[1]

This notice is filed for informational purposes only to apprise the District Court of developments in the appellate proceedings.

Dated: July 31, 2025             Respectfully submitted,

*/s/ Matthew Donald Umhofer*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)

*Attorneys for Plaintiffs*

_____

[1] Note only the motion is filed.  All exhibits are filings found on the docket of this case.

*PLAINTIFF'S NOTICE OF FILING MOTION TO DISMISS CITY OF LA APPEAL IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT*