# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et. al*.<br>           Plaintiff(s),<br><br>       v.<br><br>City of Los Angeles, *et. al*.<br>           Defendant(s). | CASE NO.: 20-CV-02291-DOC-KES<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER**<br><br><br>Action Filed:   March 10, 2020 |

## [PROPOSED] ORDER

The Court finds that Intervenors were harmed by the City's misconduct and that the Intervenors incurred attorneys' fees and costs as a result.   The Court finds that Intervenors incurred the following additional fees as a result of the City's misconduct, and that the following number of hours billed and the rates sought are reasonable:

| Biller | Graduation Year | Rate | Total Hours Billed | Total Amount of Fees Awarded |
|---|---|---|---|---|
| Shayla Myers | 2008 | $1,025.00 | | |
| Isabelle Geczy | 2022 | $600.00 | | |
| Litzy Bautista | ---- | $275.00 | | |
| Law Clerks | ---- | $250.00 | | |
| Total | | | | |

The Court also finds that Intervenors' request for costs in the amount of $160.00 is reasonable and were incurred as a result of the City's misconduct.

Therefore, pursuant to the Court's inherent authority, this Court awards compensatory fees and costs in the amount of $_____

IT IS SO ORDERED.


DATED: _____        _____

Hon. David O. Carter

**[PROPOSED] ORDER**