# EXHIBIT A

## Table A.  Summary of Intervenors' Requested Attorneys Fees and Rates

| Biller | Graduation Year | Rate | Total Hours Billed | Total Amount of Fees Requested |
|---|---|---|---|---|
| Shayla Myers | 2008 | $1,025.00 | 153.5 | $157,337.50 |
| Isabelle Geczy | 2022 | $600.00 | 56.7 | $34,020.00 |
| Litzy Bautista | ---- | $275.00 | 16 | $4,400.00 |
| Law Clerks | ---- | $250.00 | 21.7 | $5,425.00 |
| Total | | | 247.9 | $201,182.50 |