# EXHIBIT B

**Table B. Detailed Billing Records ISO Intervenors' Request for Fees and Costs**

| Date | Biller | Hours Billed | Activity Code | Litigation Work Type | Activity Details |
|---|---|---|---|---|---|
| 5/27/2025 | Myers, Shayla R. | 7 | HG - Court/Hearing | Motion for Sanctions | hearing on motion for sanctions |
| 5/27/2025 | Myers, Shayla R. | 0.5 | IC - Internal Communication | Motion for Sanctions | call with PW█████ |
| 5/27/2025 | Myers, Shayla R. | 4.2 | PP - Plan/Prepare | Motion for Sanctions | post-hearing prep, evidence review |
| 5/27/2025 | Myers, Shayla R. | 0.6 | PP - Plan/Prepare | Motion for Sanctions | prep during lunch for hearing |
| 5/27/2025 | Myers, Shayla R. | 0.2 | IC - Internal Communication | Motion for Sanctions | call about evidentiary hearing |
| 5/27/2025 | Myers, Shayla R. | 0.2 | IC - Internal Communication | Motion for Sanctions | debrief and discussing next tasks after hearing with Allie |
| 5/27/2025 | Myers, Shayla R. | 1 | T - Travel | Motion for Sanctions | travel to courthouse and back |
| 5/27/2025 | Geczy, Isabelle | 0.1 | MT - Meeting | Motion for Sanctions | meeting with LB about binder assignment |
| 5/27/2025 | Geczy, Isabelle | 2.6 | PP - Plan/Prepare | Motion for Sanctions | send SRM needed documents during hearing |
| 5/27/2025 | Geczy, Isabelle | 0.3 | DR - Draft/Revise | Motion for Sanctions | compile for and send to SRM list of all subbed in attorneys in LA Alliance matter |
| 5/27/2025 | Geczy, Isabelle | 0.2 | MT - Meeting | Motion for Sanctions | call with SRM about evidentiary hearing |
| 5/27/2025 | Geczy, Isabelle | 0.1 | MT - Meeting | Motion for Sanctions | second meeting with LB about more binder help for evidentiary hearing |
| 5/27/2025 | Geczy, Isabelle | 2.1 | RA - Review/Analyze | Motion for Sanctions | review record as █████████████ |
| 5/27/2025 | Geczy, Isabelle | 4.2 | PP - Plan/Prepare | Motion for Sanctions | prep SRM binders and court materials for evidentiary hearing |
| 5/27/2025 | Geczy, Isabelle | 0.4 | DR - Draft/Revise | Motion for Sanctions | create redline of audit for SRM on adobe |
| 5/27/2025 | Geczy, Isabelle | 0.7 | RA - Review/Analyze | Motion for Sanctions | locate reference to homeless count in the record |
| 5/27/2025 | Frank, Allegra | 0.5 | DI - Discovery/Fact Investigation | Motion for Sanctions | background research █████████ |
| 5/27/2025 | Frank, Allegra | 0.2 | MT - Meeting | Motion for Sanctions | debrief and discussing next tasks after hearing |
| 5/27/2025 | Frank, Allegra | 0.5 | DI - Discovery/Fact Investigation | Motion for Sanctions | summarizing fact research █████████ |
| 5/27/2025 | Bautista, Litzy | 3.5 | PP - Plan/Prepare | Motion for Sanctions | review exhibits and prepare trial binder of exhibits for SRM |
| 5/27/2025 | Bautista, Litzy | 0.1 | PP - Plan/Prepare | Motion for Sanctions | meeting with IG re  binders for exhibits |
| 5/27/2025 | Bautista, Litzy | 0.5 | PP - Plan/Prepare | Motion for Sanctions | create binders for motion |
| 5/27/2025 | Bautista, Litzy | 0.3 | PP - Plan/Prepare | Motion for Sanctions | 2025-05-24 Exhibits for LA Alliance Hearing |
| 5/28/2025 | Myers, Shayla R. | 0.6 | PP - Plan/Prepare | Motion for Sanctions | prep/meeting w/ client during lunch re hearing |
| 5/28/2025 | Myers, Shayla R. | 8.2 | HG - Court/Hearing | Motion for Sanctions | hearing on motion for sanctions |
| 5/28/2025 | Myers, Shayla R. | 1.8 | PP - Plan/Prepare | Motion for Sanctions | prepare for hearing |
| 5/28/2025 | Geczy, Isabelle | 1.8 | PP - Plan/Prepare | Motion for Sanctions | collect and send documents to shayla during evidentiary hearing |
| 5/28/2025 | Geczy, Isabelle | 0.6 | CA - Case Admin | Motion for Sanctions | create exhibits folder and collect necessary documents requested by SRM |
| 5/28/2025 | Geczy, Isabelle | 3.1 | HG - Court/Hearing | Motion for Sanctions | attend settlement hearing with SRM |
| 5/29/2025 | Myers, Shayla R. | 3 | PP - Plan/Prepare | Motion for Sanctions | prepare for hearing |
| 5/29/2025 | Myers, Shayla R. | 0.5 | T - Travel | Motion for Sanctions | travel to hearing |
| 5/29/2025 | Myers, Shayla R. | 9.2 | HG - Court/Hearing | Motion for Sanctions | hearing |
| 5/29/2025 | Myers, Shayla R. | 0.6 | IC - Internal Communication | Motion for Sanctions | Discussing/editing research re witness █████ |
| 5/29/2025 | Myers, Shayla R. | 0.5 | T - Travel | Motion for Sanctions | travel back from hearing |
| 5/29/2025 | Myers, Shayla R. | 0.6 | PP - Plan/Prepare | Motion for Sanctions | prep during lunch for hearing |
| 5/29/2025 | Myers, Shayla R. | 0.6 | PP - Plan/Prepare | Motion for Sanctions | prepare after hearing |
| 5/29/2025 | Geczy, Isabelle | 1.8 | PP - Plan/Prepare | Motion for Sanctions | located documents for SRM to support during evidentiary hearing |
| 5/29/2025 | Frank, Allegra | 3.5 | DI - Discovery/Fact Investigation | Motion for Sanctions | researching witness █████ |
| 5/29/2025 | Frank, Allegra | 0.6 | CO - Communication | Motion for Sanctions | Discussing/editing █████████ |
| 5/30/2025 | Myers, Shayla R. | 0.5 | T - Travel | Motion for Sanctions | travel to court |
| 5/30/2025 | Myers, Shayla R. | 1.7 | PP - Plan/Prepare | Motion for Sanctions | prep for hearing |
| 5/30/2025 | Myers, Shayla R. | 8.2 | HG - Court/Hearing | Motion for Sanctions | hearing |
| 5/30/2025 | Myers, Shayla R. | 0.3 | IC - Internal Communication | Motion for Sanctions | meeting re █████████ |
| 5/30/2025 | Myers, Shayla R. | 0.5 | T - Travel | Motion for Sanctions | travel back from court |
| 5/30/2025 | Geczy, Isabelle | 0.4 | DR - Draft/Revise | Motion for Sanctions | compile █████████████ |
| 5/30/2025 | Frank, Allegra | 1.3 | DI - Discovery/Fact Investigation | Motion for Sanctions | researching ████████████ |
| 5/30/2025 | Frank, Allegra | 0.3 | MT - Meeting | Motion for Sanctions | meeting re ████████ |
| 6/2/2025 | Myers, Shayla R. | 9 | HG - Court/Hearing | Motion for Sanctions | hearing |

**Table B. Detailed Billing Records ISO Intervenors' Request for Fees and Costs**

| Date | Name | Hours | Category | Matter | Description |
|---|---|---|---|---|---|
| 6/2/2025 | Myers, Shayla R. | 3.8 | PP - Plan/Prepare | Motion for Sanctions | prep for hearing |
| 6/2/2025 | Myers, Shayla R. | 0.2 | IC - Internal Communication | Motion for Sanctions | call with IG and law clerk Allie F ▮ |
| 6/2/2025 | Myers, Shayla R. | 0.6 | PP - Plan/Prepare | Motion for Sanctions | prep during lunch |
| 6/2/2025 | Myers, Shayla R. | 1 | T-travel | Motion for Sanctions | travel to/from hearing |
| 6/2/2025 | Geczy, Isabelle | 0.2 | MT - Meeting | Motion for Sanctions | call with SRM and law clerk Allie F ▮ |
| 6/2/2025 | Geczy, Isabelle | 1.8 | RA - Review/Analyze | Motion for Sanctions | review ▮ previous testimony ▮ |
| 6/2/2025 | Geczy, Isabelle | 1.3 | RA - Review/Analyze | Motion for Sanctions | find ▮ |
| 6/2/2025 | Frank, Allegra | 1.2 | RA - Review/Analyze | Motion for Sanctions | reviewing hearing transcripts |
| 6/3/2025 | Myers, Shayla R. | 1.6 | PP - Plan/Prepare | Motion for Sanctions | prepare for hearing |
| 6/3/2025 | Myers, Shayla R. | 9 | HG - Court/Hearing | Motion for Sanctions | hearing |
| 6/3/2025 | Myers, Shayla R. | 0.5 | IC-internal call | Motion for Sanctions | discussing case strategy |
| 6/3/2025 | Myers, Shayla R. | 0.4 | IC-internal call | Motion for Sanctions | touching base after court, discussing transcript review |
| 6/3/2025 | Myers, Shayla R. | 0.5 | PP - Plan/Prepare | Motion for Sanctions | prep during lunch |
| 6/3/2025 | Myers, Shayla R. | 1 | T-travel | Motion for Sanctions | travel to/from hearing |
| 6/3/2025 | Geczy, Isabelle | 2.4 | RA - Review/Analyze | Motion for Sanctions | testimony review: ▮ |
| 6/3/2025 | Geczy, Isabelle | 1.6 | RA - Review/Analyze | Motion for Sanctions | fact finding support for SRM during hearing over teams |
| 6/3/2025 | Geczy, Isabelle | 2.1 | RA - Review/Analyze | Motion for Sanctions | testimony review: ▮ |
| 6/3/2025 | Frank, Allegra | 0.1 | CO - Communication | Motion for Sanctions | sending transcript cites (in progress) to IG/SRM |
| 6/3/2025 | Frank, Allegra | 1.4 | RA - Review/Analyze | Motion for Sanctions | Reviewing transcripts for testimony ▮ |
| 6/3/2025 | Frank, Allegra | 0.5 | MT - Meeting | Motion for Sanctions | discussing case strategy w supervisor |
| 6/3/2025 | Frank, Allegra | 0.4 | CO - Communication | Motion for Sanctions | touching base after court, discussing ▮ |
| 6/4/2025 | Myers, Shayla R. | 3.3 | PP - Plan/Prepare | Motion for Sanctions | prep for hearing |
| 6/4/2025 | Myers, Shayla R. | 8.8 | HG - Court/Hearing | Motion for Sanctions | hearing |
| 6/4/2025 | Myers, Shayla R. | 0.4 | IC - Internal Communication | Motion for Sanctions | call with IG re: ▮ |
| 6/4/2025 | Myers, Shayla R. | 1.1 | PP - Plan/Prepare | Motion for Sanctions | prep during lunch |
| 6/4/2025 | Myers, Shayla R. | 0.2 | IC - rnternal CommuniAltion | Motion for Sanctions | Allie instruction re ▮ |
| 6/4/2025 | Myers, Shayla R. | 1 | T - Travel | Motion for Sanctions | travel to and from eharign |
| 6/4/2025 | Geczy, Isabelle | 0.6 | RA - Review/Analyze | Motion for Sanctions | support SRM during hearing sending documents |
| 6/4/2025 | Geczy, Isabelle | 0.4 | MT - Meeting | Motion for Sanctions | call with SRM re: ▮ |
| 6/4/2025 | Frank, Allegra | 0.8 | PP - Plan/Prepare | Motion for Sanctions | Organizing transcript cites for review |
| 6/4/2025 | Frank, Allegra | 0.2 | CO - Communication | Motion for Sanctions | instruction re continuing transcript review |
| 6/4/2025 | Bautista, Litzy | 0.1 | RA - Review/Analyze | Motion for Sanctions | 23-1022 council file update |
| 6/5/2025 | Myers, Shayla R. | 0.5 | IC - Internal Communication | Motion for Sanctions | call w/ Cathy re case |
| 6/5/2025 | Frank, Allegra | 2.5 | DR - Draft/Revise | Motion for Sanctions | continuing / finalizing transcript review |
| 6/9/2025 | Myers, Shayla R. | 0.4 | RA - Review/Analyze | Motion for Sanctions | review transcript ▮ |
| 6/10/2025 | Frank, Allegra | 0.3 | MI - Miscellaneous | Motion for Sanctions | Transcript citations - closing args |
| 6/10/2025 | Frank, Allegra | 1.3 | RA - Review/Analyze | Motion for Sanctions | reviewing closing arguments |
| 6/10/2025 | Bautista, Litzy | 0.2 | MT - Meeting | Motion for Sanctions | meeting with IG and SRM re tasks for following days |
| 6/11/2025 | Myers, Shayla R. | 0.1 | RA - Review/Analyze | Motion for Sanctions | review emails |
| 6/11/2025 | Myers, Shayla R. | 0.4 | IC - Internal Communication | Motion for Sanctions | meeting w/ AF re ▮ |
| 6/11/2025 | Myers, Shayla R. | 0.6 | MT - Meeting | Motion for Sanctions | meeting w/ IG re ▮ |
| 6/11/2025 | Myers, Shayla R. | 0.9 | RA - Review/Analyze | Motion for Sanctions | review TLS ▮ |
| 6/11/2025 | Geczy, Isabelle | 0.6 | MT - Meeting | Motion for Sanctions | meeting w/ SRM re ▮ |
| 6/11/2025 | Frank, Allegra | 0.4 | CO - Communication | Motion for Sanctions | transcript assignment meeting |
| 6/11/2025 | Bautista, Litzy | 1.4 | DRC - Draft Court Document | motion for sanctions | create draft pleading for motion |
| 6/12/2025 | Myers, Shayla R. | 0.2 | IC - Internal Communication | Motion for Sanctions | comms w/ LB re doc review for TLS |
| 6/12/2025 | Myers, Shayla R. | 0.3 | RA - Review/Analyze | Motion for Sanctions | review TLS ▮ |
| 6/12/2025 | Myers, Shayla R. | 0.3 | RA - Review/Analyze | Motion for Sanctions | review TLS ▮ |
| 6/12/2025 | Bautista, Litzy | 0.2 | IC - Internal Communication | motion for sanctions | call with SRM |

## Table B. Detailed Billing Records ISO Intervenors' Request for Fees and Costs

| Date | Name | Hours | Task | Matter | Description |
|---|---|---|---|---|---|
| 6/13/2025 | Myers, Shayla R. | 1 | RA - Review/Analyze | Motion for Sanctions | review GD brief |
| 6/13/2025 | Myers, Shayla R. | 0.1 | IC - Internal Communication | Motion for Sanctions | comms w/ LB re ▮▮▮ |
| 6/13/2025 | Myers, Shayla R. | 0.4 | RA - Review/Analyze | Motion for Sanctions | review▮▮▮ |
| 6/13/2025 | Frank, Allegra | 0.2 | CO - Communication | Motion for Sanctions | sending transcript review |
| 6/13/2025 | Bautista, Litzy | 0.1 | IC - Internal Communication | motion for sanctions | call with SRM |
| 6/15/2025 | Myers, Shayla R. | 6 | DRC - Draft Court Document | Motion for Sanctions | review GD brief and outline response |
| 6/16/2025 | Myers, Shayla R. | 12 | DRC - Draft Court Document | Motion for Sanctions | draft brief |
| 6/16/2025 | Geczy, Isabelle | 4.9 | DRC - Draft Court Document | Motion for Sanctions | draft first section of procedural history ▮▮▮ |
| 6/16/2025 | Geczy, Isabelle | 2.7 | DRC - Draft Court Document | Motion for Sanctions | draft second section of procedural history section ▮▮▮ |
| 6/16/2025 | Geczy, Isabelle | 1.4 | RA - Review/Analyze | Motion for Sanctions | review transcripts from evidentiary hearing |
| 6/16/2025 | Frank, Allegra | 0.5 | RA - Review/Analyze | Motion for Sanctions | reviewing closing arguments |
| 6/16/2025 | Frank, Allegra | 0.3 | RA - Review/Analyze | Motion for Sanctions | reading city's post hearing brief |
| 6/16/2025 | Bautista, Litzy | 1.5 | DRC - Draft Court Document | motion for sanctions | draft RJN |
| 6/16/2025 | Bautista, Litzy | 1.4 | DRC - Draft Court Document | motion for sanctions | begin draft of Myers dec |
| 6/16/2025 | Bautista, Litzy | 0.5 | DRC - Draft Court Document | motion for sanctions | proposed order for RJN |
| 6/17/2025 | Myers, Shayla R. | 0.2 | RA - Review/Analyze | Motion for Sanctions | review LA Alliance filing |
| 6/17/2025 | Myers, Shayla R. | 12 | DRC - Draft Court Document | Motion for Sanctions | draft brief re motion for sanctions |
| 6/17/2025 | Myers, Shayla R. | 0.1 | RA - Review/Analyze | Motion for Sanctions | review County of LA filing |
| 6/17/2025 | Geczy, Isabelle | 0.6 | DRC - Draft Court Document | Motion for Sanctions | complete final section of procedural history ▮▮▮ |
| 6/17/2025 | Geczy, Isabelle | 3.1 | DRC - Draft Court Document | Motion for Sanctions | add citations from the record to the other sections of the filing |
| 6/17/2025 | Geczy, Isabelle | 2.3 | DRC - Draft Court Document | Motion for Sanctions | complete third section of procedural history (sanctions motions) |
| 6/17/2025 | Frank, Allegra | 2.5 | DRC - Draft Court Document | Motion for Sanctions | pulling transcript cites for post-hearing brief |
| 6/17/2025 | Frank, Allegra | 2.2 | DRC - Draft Court Document | Motion for Sanctions | pulling transcript cites for post-hearing brief |
| 6/18/2025 | Bautista, Litzy | 0.3 | RA - Review/Analyze | motion for sanctions | updating council file tracking |
| 6/20/2025 | Myers, Shayla R. | 0.1 | RA - Review/Analyze | Motion for Sanctions | review plaintiffs filing |
| 6/23/2025 | Myers, Shayla R. | 0.3 | RA - Review/Analyze | Motion for Sanctions | review CLA's response to LAA RJN |
| 6/24/2025 | Myers, Shayla R. | 1 | RA - Review/Analyze | Motion for Sanctions | review ruling |
| 6/24/2025 | Myers, Shayla R. | 1 | IC - Internal Communication | Motion for Sanctions | comms re ruling |
| 6/24/2025 | Geczy, Isabelle | 0.2 | RA - Review/Analyze | Motion for Sanctions | read new order |
| 6/25/2025 | Myers, Shayla R. | 0.4 | IC - Internal Communication | Motion for Sanctions | call w/ Carol re filing |
| 6/26/2025 | Bautista, Litzy | 0.5 | RA - Review/Analyze | motion for sanctions | read through filing |
| 7/7/2025 | Myers, Shayla R. | 0.2 | IC - Internal Communication | Motion for Sanctions | comms w/ Cathy re ▮▮▮ |
| 7/14/2025 | Myers, Shayla R. | 0.1 | IC - Internal Communication | Motion for Sanctions | comms w/ cathy re ▮▮▮ |
| 7/14/2025 | Myers, Shayla R. | 0.2 | IC - Internal Communication | Motion for Sanctions | call w/ Carol S re fees |
| 7/14/2025 | Myers, Shayla R. | 0.3 | IC - Internal Communication | Motion for Sanctions | call w/ cathy re fees |
| 7/14/2025 | Myers, Shayla R. | 0.3 | EC - External Communication | Motion for Sanctions | draft email to CLA and P re extension of time |
| 7/16/2025 | Myers, Shayla R. | 0.1 | IC - Internal Communication | Motion for Sanctions | comms w/ carol re ▮▮▮ |
| 7/16/2025 | Myers, Shayla R. | 0.3 | EC - External Communication | Motion for Sanctions | draft email re extension of time |
| 7/17/2025 | Myers, Shayla R. | 0.1 | EC - External Communication | Motion for Sanctions | comms w/ EM re motion and consolidating briefing |
| 7/17/2025 | Myers, Shayla R. | 0.1 | IC - Internal Communication | Motion for Sanctions | comms w/ IG re drafting stip to continue dates |
| 7/17/2025 | Myers, Shayla R. | 0.2 | EC - External Communication | Motion for Sanctions | draft email to OPC re extension |
| 7/17/2025 | Myers, Shayla R. | 0.1 | EC - External Communication | Motion for Sanctions | comms w/ OPC re extension |
| 7/18/2025 | Myers, Shayla R. | 0.1 | EC - External Communication | Motion for Sanctions | send joint stip to CLA |
| 7/18/2025 | Myers, Shayla R. | 0.3 | RA - Review/Analyze | Motion for Sanctions | review draft stipulation for extension of time |
| 7/18/2025 | Geczy, Isabelle | 0.4 | DRC - Draft Court Document | Motion for Sanctions | make edits to stip |
| 7/18/2025 | Geczy, Isabelle | 0.3 | DRC - Draft Court Document | Motion for Sanctions | draft proposed order |
| 7/22/2025 | Myers, Shayla R. | 0.1 | RA - Review/Analyze | Motion for Sanctions | review order and comms w/ team re scheduling |
| 7/29/2025 | Myers, Shayla R. | 0.2 | IC - Internal Communication | Motion for Sanctions | call w/ carol re ▮▮▮ |
| 8/6/2025 | Myers, Shayla R. | 0.10 | IC - Internal Communication | Motion for Sanctions | comms w/ KM ▮▮▮ |

**Table B. Detailed Billing Records ISO Intervenors' Request for Fees and Costs**

| Date | Name | Hours | Activity | Category | Description |
|---|---|---|---|---|---|
| 8/6/2025 | Myers, Shayla R. | 1.7 | RS - Legal Research | Motion for Sanctions | legal research re ▮▮▮ |
| 8/6/2025 | Geczy, Isabelle | 0.60 | RA - Review/Analyze | Motion for Sanctions | review already filed fee motion |
| 8/6/2025 | Geczy, Isabelle | 0.40 | RA - Review/Analyze | Motion for Sanctions | read and review ▮▮▮ |
| 8/6/2025 | Geczy, Isabelle | 0.50 | MT - Meeting | Motion for Sanctions | check-in w/ SRM re: division of work for fees motion |
| 8/6/2025 | Geczy, Isabelle | 0.20 | MT - Meeting | Motion for Sanctions | 1st meeting with LB about fees motion assignment |
| 8/6/2025 | Geczy, Isabelle | 0.60 | RA - Review/Analyze | Motion for Sanctions | review intervenors post-hearing brief |
| 8/6/2025 | Bautista, Litzy | 0.2 | MT - Meeting | Motion for Sanctions | meeting with IG re fees motion assignment |
| 8/7/2025 | Myers, Shayla R. | 0.10 | IC - Internal Communication | Motion for Sanctions | call w/ Carol re fees declaration |
| 8/7/2025 | Myers, Shayla R. | 1.20 | MT - Meeting | Motion for Sanctions | review fees w/ IG, |
| 8/7/2025 | Myers, Shayla R. | 5.60 | DRC - Draft Court Document | Motion for Sanctions | draft attorneys fees brief |
| 8/7/2025 | Myers, Shayla R. | 0.30 | IC - Internal Communication | Motion for Sanctions | call w/ Catherine S re ▮▮▮ |
| 8/7/2025 | Myers, Shayla R. | 0.80 | RA - Review/Analyze | Motion for Sanctions | review fees motion |
| 8/7/2025 | Myers, Shayla R. | 1.80 | RS - Legal Research | Motion for Sanctions | legal research re attorneys fees |
| 8/7/2025 | Geczy, Isabelle | 1.20 | MT - Meeting | Motion for Sanctions | review fees, billing discretion with SRM |
| 8/7/2025 | Geczy, Isabelle | 0.70 | MT - Meeting | Motion for Sanctions | meeting with LB about fees motion assignments |
| 8/7/2025 | Geczy, Isabelle | 1.20 | DRC - Draft Court Document | Motion for Sanctions | pull arguments ▮▮▮ |
| 8/7/2025 | Geczy, Isabelle | 3.70 | DRC - Draft Court Document | Motion for Sanctions | review transcripts and citations to the recrd |
| 8/7/2025 | Bautista, Litzy | 1 | DRC - Draft Court Document | Motion for Sanctions | motion for fees - excel post hearing |
| 8/7/2025 | Bautista, Litzy | 0.3 | DRC - Draft Court Document | Motion for Sanctions | Notice of motion and motion for fees shell |
| 8/7/2025 | Bautista, Litzy | 0.3 | DRC - Draft Court Document | Motion for Sanctions | SRM Dec shell for Fees Motion |
| 8/7/2025 | Bautista, Litzy | 0.8 | MT - Meeting | Motion for Sanctions | meeting with IG re fees motion revisions |
| 8/7/2025 | Bautista, Litzy | 1.1 | DRC - Draft Court Document | Motion for Sanctions | fees motion formatiting |
| 8/8/2025 | Myers, Shayla R. | 0.10 | DRC - Draft Court Document | Motion for Sanctions | finalize brief cites |
| 8/8/2025 | Myers, Shayla R. | 2.40 | DRC - Draft Court Document | Motion for Sanctions | draft fees motion |
| 8/8/2025 | Myers, Shayla R. | 1.40 | DRC - Draft Court Document | Motion for Sanctions | edits to fees motion |
| 8/8/2025 | Myers, Shayla R. | 0.60 | IC - Internal Communication | Motion for Sanctions | call w/ IG re filing, work assignments, declaration |
| 8/8/2025 | Myers, Shayla R. | 0.10 | IC - Internal Communication | Motion for Sanctions | call w/ Cathy S re ▮▮▮ |
| 8/8/2025 | Myers, Shayla R. | 0.40 | DRC - Draft Court Document | Motion for Sanctions | draft declaration |
| 8/8/2025 | Myers, Shayla R. | 0.10 | DRC - Draft Court Document | Case Administration | calculate fees |
| 8/8/2025 | Myers, Shayla R. | 0.60 | DRC - Draft Court Document | Motion for Sanctions | calculate fees |
| 8/8/2025 | Myers, Shayla R. | 0.80 | DRC - Draft Court Document | Motion for Sanctions | edits to brief, cites |
| 8/8/2025 | Myers, Shayla R. | 0.4 | DRC - Draft Court Document | motion for sanctions | draft proposed order |
| 8/8/2025 | Geczy, Isabelle | 0.40 | DRC - Draft Court Document | Motion for Sanctions | review fees motion draft |
| 8/8/2025 | Geczy, Isabelle | 0.10 | MT - Meeting | Motion for Sanctions | call with SRM re: citation question for fees motion |
| 8/8/2025 | Geczy, Isabelle | 0.20 | MT - Meeting | Motion for Sanctions | call with SRM and LB re: final tasks for fees motion filing |
| 8/8/2025 | Geczy, Isabelle | 0.50 | MT - Meeting | Motion for Sanctions | call w/ SRM re: fees motion tasks for motion finalization |
| 8/8/2025 | Geczy, Isabelle | 1.10 | DRC - Draft Court Document | Motion for Sanctions | add citations to motion for fees |
| 8/8/2025 | Bautista, Litzy | 0.30 | DRC - Draft Court Document | Motion for Sanctions | srm dec exhibits |
| 8/8/2025 | Bautista, Litzy | 0.2 | DRC - Draft Court Document | Motion for Sanctions | prepare exhbits for SRM declaration |
| 8/8/2025 | Bautista, Litzy | 0.2 | MT - Meeting | Motion for Sanctions | meeting with srm and ig re assignments for fees motion/filing |
| 8/8/2025 | Bautista, Litzy | 1 | DRC - Draft Court Document | Motion for Sanctions | format exhibits for Carol Sobel declaration |
| 8/8/2025 | Myers, Shayla R. | 1.1 | DRC - Draft Court Document | Motion for Sanctions | final edits and finalize motion for attorneys fees |
| | | 247.9 | | | |