# EXHIBIT C

### Table C. Summary of Intervenors' Requested Costs

| Hearing Date | Cost | Amount |
|---|---|---|
| 05/27/2025 | Parking – Shayla Myers | $20 |
| 05/28/2025 | Parking – Shayla Myers | $20 |
| 05/28/2025 | Parking – Isabelle Geczy | $20 |
| 05/29/2025 | Parking – Shayla Myers | $20 |
| 05/30/2025 | Parking – Shayla Myers | $20 |
| 06/02/2025 | Parking – Shayla Myers | $20 |
| 06/03/2025 | Parking – Shayla Myers | $20 |
| 06/04/2025 | Parking – Shayla Myers | $20 |
| **TOTAL** | | $160 |