# EXHIBIT E

| From: | Shayla R. Myers |
| --- | --- |
| To: | Jessica Mariani |
| Cc: | arlene.hoang@lacity.org; Elizabeth Mitchell; Matthew Umhofer; Michele; Carol Sobel; Brooke Weitzman; Cathy Sweetser; Mira Hashmall; Lauren M. Brody; Ana Lai |
| Subject: | RE: [Caution: External Sender] - Re: LA Alliance v. City of Los Angeles, City-created beds |
| Date: | Thursday, October 10, 2024 11:46:00 AM |
| Attachments: | image001.png |

Jessica,

Thank you for your response to my email.  I reviewed the documents you provided, your email response, and the settlement, and none answer my core question, which is what the City has to contribute to a "housing or shelter opportunity" for the City to count it towards its settlement obligation.

My question stems from the fact that the City is required to "create" new housing and shelter opportunities, but by the same token, as you point out, the agreement also allows the City to count privately-funded shelters towards its "creation" of new shelter and housing.  So it's unclear, in the event the City counts a privately-funded bed, why the City would be considered to have "created" that unit.

For example, with Proposition HHH-funded units, the City's contribution is clear.  According to the City's last quarterly report, that accounts for 4929 of the open and in progress units.  But there are a significant number of other buildings on the list that are not funded by Proposition HHH and for which the City did not provide documentation.  For example, the City has listed the Venice Dell project, but that project is being developed by Venice Community Housing and as you're well aware, the City has been sued for obstructing the development of the project.  Yet the City still considers it beds it has "created" for purposes of the agreement.

 In addition, you provided us documentation for another approximately 1000 beds in response to my last email, some of which are listed as projects already counted and others are new projects not yet counted by the City.  I appreciate the reports, but I would note that those reports don't fully answer the question about the City's contributions.  For example, 4969 Sunset Blvd. in CD 13 is a proposed interim site that is owned by Volunteers of America, who will also operate the site.  Pursuant to the MOU, the County will be paying the operating expenses for the site. It is unclear, then, what the City has done to "create" this shelter, such that it is covered by the LA Alliance agreement.

Per the City's last quarterly report, there are approximately 3481 additional units that are non-Proposition HHH units and not covered by the reports you provided to us.  The examples I've given, as well as the fact that we don't have information for approximately 3500 other units bring me back to my original question, which I posed at the prior hearing and you agreed to answer.  What contribution does the City have to make for a project to be for the City  count it as one it has "created" for purposes of the settlement?  Is it the expenditure of funds?  We are not asking on a project-by-project basis,  but rather, the standard the City is applying to

determine which housing and shelter opportunities it "creates."

Thanks in advance for your clarification on this point.

Shayla

**Shayla Myers** | Senior Attorney
**Legal Aid Foundation of Los Angeles**
1550 W. 8th St., Los Angeles, California 90017
213.640.3983 **direct** | 213.640.3988 **facsimile**
www.lafla.org | smyers@lafla.org



---

**From:** Jessica Mariani <jessica.mariani@lacity.org>
**Sent:** Monday, September 30, 2024 9:28 AM
**To:** Shayla R. Myers <SMyers@lafla.org>
**Cc:** arlene.hoang@lacity.org; Elizabeth Mitchell <elizabeth@umklaw.com>; Matthew Umhofer <matthew@umklaw.com>; Michele <michele@michelecmartinez.com>; Carol Sobel <carolsobellaw@gmail.com>; Brooke Weitzman <bweitzman@eldrcenter.org>; Cathy Sweetser <catherine.sdshhh@gmail.com>
**Subject:** [Caution: External Sender] - Re: LA Alliance v. City of Los Angeles, City-created beds

Shayla,

The provision I referred to during the last hearing is Section 3.2 of the City's Settlement Agreement, which lays out a non-exhaustive list of the types of solutions the City may choose, at its sole discretion, subject to Constitutional requirements and legal mandates. That section also provides that "[t]he housing or shelter solutions may be government- and/or privately-funded".

In response to your questions regarding City contribution to the beds being created pursuant to the settlement, please see the attached funding reports, which provide the Office of the City Administrative Officer's funding recommendations for certain units being counted toward the settlement obligation. More information about PSH beds being created by the City (including those being counted toward the settlement) can also be found on LAHD's website at: https://housing2.lacity.org/housing/hhh-progress-dashboard

Please let us know if you have any questions.

Jessica Mariani

Deputy City Attorney

Office of the Los Angeles City Attorney

Business & Complex Litigation

200 N. Main Street, Room 675

Los Angeles, CA 90012

(213) 978-6952


On Wed, Sep 25, 2024 at 12:18 PM Shayla R. Myers <SMyers@lafla.org> wrote:

> Counsel,
>
> At the last hearing for the LA Alliance litigation, I asked what contribution the City must make towards a new bed or unit in order for the City to count it as a bed/shelter opportunity it has "created" for purposes of inclusion towards the Settlement Agreement milestones.  Jessica agreed to provide that information to the parties.  To date, we have not received it.  Can you please provide it to us this week?
>
> Also, Jessica indicated that the Settlement agreement includes information about what counts towards the Milestones.  As I noted at the hearing, I am unaware of any provisions that provide the information.  If you can let me know where the information to which you were referring is located in the agreement, I would appreciate it.
>
> Thanks, and I look forward to receiving the information you agreed to provide the parties.
>
> Best,
>
> **Shayla Myers** | Senior Attorney
> **Legal Aid Foundation of Los Angeles**
> 1550 W. 8th St., Los Angeles, California 90017
> 213.640.3983 **direct** | 213.640.3988 **facsimile**
> www.lafla.org  |  smyers@lafla.org
>
>
>
> This message contains information from the Legal Aid Foundation of Los Angeles

which may be confidential and/or privileged. If you are not an intended recipient, please refrain from any disclosure, copying, distribution or use of this information and note that such actions are prohibited. If you have received this transmission in error, kindly notify the sender and immediately delete this email and any files that may be attached.

******************Confidentiality Notice ************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected
by the attorney-client privilege and/or the work product doctrine. If you are not the
intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received
this communication in error, please notify us immediately by e-mail and delete the
original message and any attachments without reading or saving in any manner.
******************************************************************