GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
    tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
    mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
    kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
    bhamburger@gibsondunn.com
ANGELIQUE KAOUNIS, SBN 209833
    akaounis@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
    pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:   213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:   213.978-7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>        Plaintiffs,<br><br>     v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>        Defendant. | CASE NO. 2:20-cv-02291 DOC (KES)<br><br>**DECLARATION OF BRADLEY J. HAMBURGER IN SUPPORT OF DEFENDANT CITY OF LOS ANGELES'S OPPOSITION TO LA ALLIANCE'S MOTION FOR ATTORNEYS' FEES**<br><br>Honorable David O. Carter,<br>United States District Judge<br><br>Action Filed:    March 10, 2020 |

DECLARATION OF BRADLEY J. HAMBURGER
2:20-cv-02291 DOC (KES)

I, Bradley J. Hamburger, declare as follows:

1.      I am an attorney admitted to practice law in the State of California.  I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys representing the City of Los Angeles in the above-referenced action.  I submit this declaration in support of the City's opposition to the LA Alliance's motion for attorneys' fees.  If called and sworn as a witness, I could and would testify competently to the following:

2.      At my direction, members of my team converted the time entries for Umhofer, Mitchell & King LLP and Paul Webster submitted in support of the Alliance's motion from PDF to Excel format (specifically, Dkt. 1015-1 at 10–42 and 47–50).  At my direction, members of my team reviewed that data and marked entries that were (1) for work performed before March 24, 2025 (the day the Court issued the encampment-reduction order), (2) for work clearly unrelated to enforcement of the encampment-reduction order, and (3) so heavily redacted that it was not possible to discern what work was performed.  At my direction, members of my team removed each marked entry from the hour and fee subtotals and calculated fees for attorneys' work at both the Alliance's requested rate of $1,295 per hour and its typical rate of $700 per hour.  At my direction, members of my team calculated 25 percent of the attorneys' hours subtotal and multiplied that number by UMK's typical $700 rate.  My team also calculated 25 percent of UMK's requested fees for non-attorneys.  Added together, these numbers represent the maximum share of fees incurred that were related to the encampment-reduction order.  I then personally reviewed the resulting documents for accuracy, which are attached as Exhibit A and Exhibit B.

3.      Attached as **Exhibit A** is a true and correct copy of the Alliance's summary of UMK's billing submitted in support of its motion with entries unrelated to the encampment-reduction order removed from the subtotal as described above.

4.      Attached as **Exhibit B** is a true and correct copy of the Alliance's summary of Paul Webster's billing submitted in support of its motion with entries unrelated to the

encampment-reduction order removed from the subtotal as described above.

5.    Attached as **Exhibit C** is a true and correct copy of a motion for attorneys' fees filed by UMK in *Van Steenwyk v. Van Steenwyk*, 2:20-cv-02375-FLA-AJRx, Dkt. 644 on December 13, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this Declaration at Los Angeles, California.  Executed this 15th day of August, 2025.

Bradley J. Hamburger

Gibson, Dunn &
Crutcher LLP

2
DECLARATION OF BRADLEY J. HAMBURGER