# EXHIBIT B

| | |
|---|---|
| **Entries Before 3/24/25** | |
| **Removed Entries** | |

| Date | Service Item | Time | Description | Rate | Total |
|---|---|---|---|---|---|
| 2024-07-01 | Paul Webster | 1.50 | Meeting with A&M re audit | $200 | $300.00 |
| 2024-07-01 | Paul Webster | 0.30 | Advise re strategy | $200 | $60.00 |
| 2024-07-01 | Paul Webster | 0.50 | Communications re audit | $200 | $100.00 |
| 2024-07-02 | Paul Webster | 0.50 | Communications re subsidiary | $200 | $100.00 |
| 2024-07-02 | Paul Webster | 1.00 | Weekly Marketing and Comms meeting | $200 | $200.00 |
| 2024-07-03 | Paul Webster | 0.50 | Email Followup to Laura A&M | $200 | $100.00 |
| 2024-07-03 | Paul Webster | 0.75 | Call w City Council Contact | $200 | $150.00 |
| 2024-07-08 | Paul Webster | 1.50 | Discussion w M. Matson of UMK | $200 | $300.00 |
| 2024-07-09 | Paul Webster | 1.00 | Consituent meeting | $200 | $200.00 |
| 2024-07-09 | Paul Webster | 0.75 | call with E. Mitchell re status and strategy | $200 | $150.00 |
| 2024-07-09 | Paul Webster | 1.25 | Review draft email re HMIS and other county-related issues | $200 | $250.00 |
| 2024-07-11 | Paul Webster | 5.50 | Travel and meetings re enforcement and settlement compliance | $200 | $1,100.00 |
| 2024-07-11 | Paul Webster | 0.50 | Call w City re settlement and monitoring | $200 | $100.00 |
| 2024-07-16 | Paul Webster | 0.75 | Draft strategic communications | $200 | $150.00 |
| 2024-07-16 | Paul Webster | 0.50 | Call with E. Mitchell re status and strategy | $200 | $100.00 |
| 2024-07-26 | Paul Webster | 0.50 | Call with E. Mitchell re status and strategy | $200 | $100.00 |
| 2024-07-26 | Paul Webster | 1.00 | Call with City Councilmember | $200 | $200.00 |
| 2024-07-30 | Paul Webster | 1.25 | Meeting with City Council District Staff | $200 | $250.00 |
| 2024-08-07 | Paul Webster | 4.00 | Homelessness Committee | $200 | $800.00 |
| 2024-08-07 | Paul Webster | 1.75 | Draft reports beds issues and encampment resolutions | $200 | $350.00 |
| 2024-08-09 | Paul Webster | 0.50 | Calls with D. Conway and E. Mitchell re status and strategy | $200 | $100.00 |
| 2024-08-14 | Paul Webster | 0.50 | Strategize re ballot initiative due to City lack of compliance | $200 | $100.00 |
| 2024-08-16 | Paul Webster | 1.00 | CoC Progress w A&M | $200 | $200.00 |
| 2024-08-27 | Paul Webster | 0.50 | Discussion with Special Master Martinez | $200 | $100.00 |
| 2024-08-28 | Paul Webster | 1.00 | Meeting w county, city, special masters; | $200 | $200.00 |
| 2024-08-29 | Paul Webster | 6.00 | Prep for, drive to/from, attend hearing | $200 | $1,200.00 |
| 2024-08-30 | Paul Webster | 0.30 | Communications with City re County HMIS issues and reporting | $200 | $60.00 |
| 2024-08-30 | Paul Webster | 0.10 | Call with E. Mitchell and D. Convey re status and strategy | $200 | $20.00 |
| 2024-09-05 | Paul Webster | 2.00 | LAA Member Meeting | $200 | $400.00 |
| 2024-09-11 | Paul Webster | 1.50 | CD1 Coalition Meeting | $200 | $300.00 |
| 2024-09-11 | Paul Webster | 1.00 | Discussion w. Plaintiff G.F. re City compliance | $200 | $200.00 |
| 2024-09-12 | Paul Webster | 0.50 | Calls with M. Martinez and E. Mitchell | $200 | $100.00 |
| 2024-09-18 | Paul Webster | 0.50 | Calls with E. Mitchell and M. Umhofer re status and strategy | $200 | $100.00 |
| 2024-09-23 | Paul Webster | 1.00 | Call with auditors | $200 | $200.00 |
| 2024-10-02 | Paul Webster | 6.00 | Prep for, travel to and from, attend hearing; debrief re same | $200 | $1,200.00 |
| 2024-10-02 | Paul Webster | 2.50 | vitual attendance Housing and Homelessness Committee | $200 | $500.00 |
| 2024-10-03 | Paul Webster | 1.00 | Call with LAAHR team re status and strategy | $200 | $200.00 |
| 2024-10-03 | Paul Webster | 1.50 | Marketing and Strategic Comms Discussion w DK | $200 | $300.00 |

21

| Entries Before 3/24/25 | |
|---|---|
| **Removed Entries** | |

| | | | | | |
|---|---|---|---|---|---|
| 2024-10-09 | Paul Webster | 3.00 | Prep for, attend meet and confer with County, City | $200 | $600.00 |
| 2024-10-09 | Paul Webster | 1.00 | Meeting wtih M. Matson, T. Campbell re systemic problems | $200 | $200.00 |
| 2024-10-15 | Paul Webster | 0.75 | Comment re LA Alliance outline (M. Matson) | $200 | $150.00 |
| 2024-10-16 | Paul Webster | 7.00 | Prep for, travel to and from, attend hearing | $200 | $1,400.00 |
| 2024-10-16 | Paul Webster | 3.00 | Attend City Housing and Homelessness Committee Meeting | $200 | $600.00 |
| 2024-10-16 | Paul Webster | 1.50 | Calls with Special Master and Legal Team | $200 | $300.00 |
| 2024-10-18 | Paul Webster | 1.00 | Call with E. Mitchell re status and strategy | $200 | $200.00 |
| 2024-10-23 | Paul Webster | 8.00 | Travel to/from, attend listening session at Hope the Mission | $200 | $1,600.00 |
| 2024-10-23 | Paul Webster | 0.50 | Strategize with E. Mitchell re status | $200 | $100.00 |
| 2024-10-29 | Paul Webster | 1.00 | Call with E. Mitchell re status and strategy | $200 | $200.00 |
| 2024-10-29 | Paul Webster | 1.50 | Review LAHSA response to M. Martinez | $200 | $300.00 |
| 2024-11-05 | Paul Webster | 1.00 | Call with E. Mitchell re status and strategy | $200 | $200.00 |
| 2024-11-08 | Paul Webster | 1.00 | Review CoC Program w A&M | $200 | $200.00 |
| 2024-11-14 | Paul Webster | 1.00 | Call with E. Mitchell re status and strategy | $200 | $200.00 |
| 2024-11-18 | Paul Webster | 0.50 | Call w H Tashjian re settlement monitoring | $200 | $100.00 |
| 2024-11-19 | Paul Webster | 2.00 | Review County audit | $200 | $400.00 |
| 2024-11-21 | Paul Webster | 7.00 | Prep for, drive to/from, attend hearing re audit | $200 | $1,400.00 |
| 2024-11-21 | Paul Webster | 0.50 | Debrief with D. Bang and E. Mitchell | $200 | $100.00 |
| 2024-11-21 | Paul Webster | 0.50 | Call with M. Martinez re audit | $200 | $100.00 |
| 2024-11-22 | Paul Webster | 1.00 | Call with E. Mitchell re accountability strategy | $200 | $200.00 |
| 2024-12-03 | Paul Webster | 1.00 | Call with E. Mitchell re status/strategy | $200 | $200.00 |
| 2024-12-04 | Paul Webster | 2.50 | LA City Council Housing and Homelessness Committee meeting | $200 | $500.00 |
| 2024-12-10 | Paul Webster | 1.00 | Calls with E. Mitchell re status and strategy | $200 | $200.00 |
| 2024-12-11 | Paul Webster | 1.00 | Meet and confer with City | $200 | $200.00 |
| 2024-12-15 | Paul Webster | 2.00 | Prepare document on LAHSA effectiveness | $200 | $400.00 |
| 2025-01-06 | Paul Webster | 0.30 | Strategize with E. Mitchell | $200 | $60.00 |
| 2025-01-07 | Paul Webster | 6.50 | Travel to/from, attend hearing; debrief with E. Mitchell re same | $200 | $1,300.00 |
| 2025-01-09 | Paul Webster | 1.00 | Constituent calls and emails | $200 | $200.00 |
| 2025-01-14 | Paul Webster | 0.50 | Call w E. Mitchell re status and strategy | $200 | $100.00 |
| 2025-01-15 | Paul Webster | 1.25 | Constituent calls and emails | $200 | $250.00 |
| 2025-01-16 | Paul Webster | 0.75 | Call with E. Mitchell re status and strategy | $200 | $150.00 |
| 2025-01-28 | Paul Webster | 0.75 | Call with D. Steier and E. Mitchell re status and strategy | $200 | $150.00 |
| 2025-02-07 | Paul Webster | 1.00 | Call with E. Mitchell re status and strategy | $200 | $200.00 |
| 2025-02-10 | Paul Webster | 0.50 | Calls with E. Mitchell re status and strategy | $200 | $100.00 |
| 2025-02-10 | Paul Webster | 0.75 | Call with E. Mitchell re status and strategy | $200 | $150.00 |
| 2025-02-10 | Paul Webster | 1.50 | Constituent calls and emails | $200 | $300.00 |
| 2025-02-11 | Paul Webster | 0.30 | Edit policy update re compliance | $200 | $60.00 |

22

| Entries Before 3/24/25 | |
|---|---|
| **Removed Entries** | |

| | | | | | |
|---|---|---|---|---|---|
| 2025-03-03 | Paul Webster | 8.50 | Travel to/from, attend listening sessions and meetings re City/County/LAHSA and outreach support | $200 | $1,700.00 |
| 2025-03-03 | Paul Webster | 3.00 | Review and analyze draft audit report | $200 | $600.00 |
| 2025-03-04 | Paul Webster | 1.75 | Constituent calls and emails | $200 | $350.00 |
| 2025-03-05 | Paul Webster | 1.00 | Draft strategic communications re audit | $200 | $200.00 |
| 2025-03-05 | Paul Webster | 2.50 | Review audit analysis by T. Campbell | $200 | $500.00 |
| 2025-03-10 | Paul Webster | 1.25 | Meeting re accountability options; research re same | $200 | $250.00 |
| 2025-03-11 | Paul Webster | 1.00 | Call with E. Mitchell and D. Steier re status and strategy; draft email to D. Kozlowski re same | $200 | $200.00 |
| 2025-03-18 | Paul Webster | 1.00 | Call with D. Steier and E. Mitchell | $200 | $200.00 |
| 2025-03-18 | Paul Webster | 0.75 | Draft strategic communications | $200 | $150.00 |
| 2025-03-19 | Paul Webster | 2.00 | Housing and Homelessness Committee Meeting | $200 | $400.00 |
| 2025-03-19 | Paul Webster | 2.25 | Constituent calls and emails | $200 | $450.00 |
| 2025-03-20 | Paul Webster | 1.00 | Call with E. Mitchell re status and strategy | $200 | $200.00 |
| 2025-03-24 | Paul Webster | 0.50 | Review and discuss court order re encampments | $200 | $100.00 |
| 2025-03-27 | Paul Webster | 8.50 | Drive to/from, participate in hearing; communications re same | $200 | $1,700.00 |
| 2025-03-30 | Paul Webster | 1.25 | Constituent calls and emails | $200 | $250.00 |
| 2025-03-31 | Paul Webster | 1.00 | Meet with A&M re report | $200 | $200.00 |
| 2025-04-01 | Paul Webster | 0.75 | Coordinate re Alliance breakdown of audit | $200 | $150.00 |
| 2025-04-01 | Paul Webster | 0.50 | Calls with E. Mitchell | $200 | $100.00 |
| 2025-04-02 | Paul Webster | 0.50 | Review and communications re LAHSA | $200 | $100.00 |
| 2025-04-02 | Paul Webster | 1.50 | Constituent calls and emails | $200 | $300.00 |
| 2025-04-02 | Paul Webster | 1.50 | Homelessness and Housing committee | $200 | $300.00 |
| 2025-04-03 | Paul Webster | 0.50 | Strategize re receivership | $200 | $100.00 |
| 2025-04-04 | Paul Webster | 1.75 | Calls and emails re LAHSA resignation | $200 | $350.00 |
| 2025-04-16 | Paul Webster | 1.00 | Call with E. Mitchell status and strategy | $200 | $200.00 |
| 2025-04-29 | Paul Webster | 1.00 | Calls with M. Umhofer and E. Mitchell re status and strategy | $200 | $200.00 |
| 2025-05-14 | Paul Webster | 1.25 | Homeless and Housing Committee Review | $200 | $250.00 |
| 2025-05-15 | Paul Webster | 8.50 | Drive to/from, attend hearing | $200 | $1,700.00 |
| 2025-05-23 | Paul Webster | 3.00 | Hearing prep | $200 | $600.00 |
| 2025-05-23 | Paul Webster | 2.50 | Constituent calls and emails | $200 | $500.00 |
| 2025-05-27 | Paul Webster | 8.50 | Evidentiary hearing | $200 | $1,700.00 |
| 2025-05-28 | Paul Webster | 1.50 | Constituent calls and emails | $200 | $300.00 |
| 2025-05-30 | Paul Webster | 12.50 | Prep for, participate in evidentiary hearing | $200 | $2,500.00 |
| **TOTAL** | | **202.05** | | | **$40,410.00** |