Name: Gregory Edward Gray

Address: 3183 Wilshire Boulevard
Ste. 196K26
Los Angeles, CA 90010

Phone:

Fax: (213) 638-2039

In Pro Per

FILED

CLERK, U.S. DISTRICT COURT

8/26/25

CENTRAL DISTRICT OF CALIFORNIA

BY_____CS_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LA Alliance for Human Rights, et al.,

Plaintiff

v.

City of Los Angeles, et al.,

Defendant(s).

CASE NUMBER: 2:20-cv-02291-DOC-KES

NOTICE OF MEMORANDUM

Petitioner Gregory Edward Gray has filed Dkt. 971 on June 4, 2025, requesting "the Court appoint an attorney for me so that I may properly file a case to address the grievances detailed in DKT. 886, filed April 2, 2025, 'MOTION TO REQUIRE THE CITY OF LOS ANGELES, HOUSING AUTHORITY OF THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, LOS ANGELES HOMELESS SERVICES AUTHORITY...' " Petitioner files this NOTICE OF MEMORANDUM to inform the Court of new developments related to Dkt. 971 as documented in the attached exhibits.

CV-127 (09/09)                    **PLEADING PAGE FOR A SUBSEQUENT DOCUMENT**

First is a series of email exchanges from the Office of Los Angeles Mayor Karen Bass that follow the Petitioner's original correspondence sent to the Mayor's Office on June 4, 2025, concerning issues with the Mayor's INSIDE Safe Initiative. The Court received a copy of the letter and support materials as part of the exhibits to Dkt. 971. The Petitioner notes that the emails from the Mayor's Office are non-responsive to the Petitioner's June 4, 2025, correspondence and support documentation. The emails, dated June 5, 13 and 18, 2025, are attached.

Second, Petitioner is providing the Court with a copy of a HUD letter, dated February 27, 2023, following Petitioner's communication with HUD, beginning January 2023. The same violations reported to HUD continued throughout 2023, 2024, and throughout 2025 to the present.

Third is an email dated July 25, 2025, from the Housing Authority for the City of Los Angeles, aka HACLA, notifying the Petitioner of required paperwork to be filed for recertification of an emergency housing voucher.

Petitioner received the HACLA July25th email three months after Petitioner's June 4th letter to the Mayor's Office, citing issues with HACLA. The email was forwarded from an individual identified as a HACLA program housing advisor.

Petitioner has had no prior contact with the individual. The Petitioner has waited for notification of a HACLA-assigned housing advisor as far back as

September 17, 2024, some ten months ago, when the Petitioner was advised in a HACLA email, "…You will be assigned an advisor who will be your point of contact for annuals and if you have any changes or questions." This assignment was again promised within 48 hours of an email forwarded to the Petitioner from a HACLA administrator on February 27, 2025, but there was no follow through on that promise from HACLA. The Court received copies of the email exchanges regarding the assignment of a HACLA program housing advisor through the exhibits that are part of Dkt. 971 filed on June 4, 2025.

The HACLA July 25th email states that, "Failure to provide this information will result in termination of your housing assistance." The following portion of the email is highlighted in yellow: "IF YOU DO NOT RETURN YOUR ANNUAL REVIEW PACKET BY 08/23/2025, THE PAYMENT TO YOUR LANDLORD WILL STOP ON 09/01/2025, YOU WILL BE RESPONSIBLE FOR THE FULL AMOUNT OF THE RENT, AND WE WILL BEGIN THE PROCESS TO TERMINATE YOUR HOUSING ASSISTANCE."

While Petitioner has complied with the August 23rd deadline cited, Petitioner brings the HACLA July 25th email to the attention of the Court because the email has a direct impact on the Petitioner's housing; either sign or assistance is gone.

Petitioner's health challenges as a post-stroke heart patient and diabetic are compounded by the fact that Petitioner has been virtually house-bound for more than three months due to the continued threats and acts of retaliation/intimidation

aimed at Petitioner for reporting suspected criminal activity in Petitioner's residential building.  Petitioner has been unable to resume daily activities critical to managing those health challenges, which also puts his life at risk.

HACLA is in receipt of multiple physician letters documenting Petitioner's disability and health status.  Given this fact, for Petitioner to receive an email from HACLA directly threatening Petitioner's housing is yet another assault upon Petitioner's health, not unlike the threats aimed at Petitioner and his wife for reporting suspected criminal activities in Petitioner's residential building.

For nearly ten months, nothing has been done to address Petitioner's concerns about the threats to the health, safety and welfare of Petitioner's household. Moreover, Petitioner's HMIS data and everything pertaining to that data has not been corrected since Petitioner first reported the problem over some three years to the Office of Mayor Bass and the Mayor's INSIDE SAFE INITIATIVE.  There has been no assistance from the Office of the Mayor.

Lastly, the Court was provided with physician letters pertaining to the Petitioner's current health status in Dkt. 971 filed on June 4, 2025 and in Dkt. 886, filed April 2, 2025. A new and additional physician letter, dated June 11, 2025 is attached. The Petitioner wants the Court to be informed that the July 25th HACLA email, as presented to the Petitioner, both in tone and timing, is a stressful event.

**PLEADING PAGE FOR A SUBSEQUENT DOCUMENT**

The Petitioner's physicians warn in their letters about the dangers of stress to Petitioner's health.  Again, the same violations Petitioner reported to HUD in 2023, continued throughout 2023, 2024, and now, throughout 2025 to the present.

Dated: August 26, 2025

/s/ Gregory Edward Gray
Pro Se
3183 Wilshire Boulevard
Ste. 196K26
Los Angeles, CA 90010
(213) 638-2039
gegcbg@outlook.com

CV-127 (09-09)                    **PLEADING PAGE FOR A SUBSEQUENT DOCUMENT**

 Outlook

## Mayor Karen Bass Message

| | |
|---|---|
| **From** | LA City SNow <cityoflaprod@service-now.com> |
| **Date** | Wed 6/18/2025 11:39 AM |
| **To** | gegcbg@outlook.com <gegcbg@outlook.com> |

                    **Office of Mayor Karen Bass**

Hi Mr. Gregory Edward Gray,

Thank you for your email and for providing further information on your situation.

I understand you are in need of transportation assistance. You may be eligible for Access Transportation through LA County, which can provide prescheduled door-to-door transportation services. Please register with the below information.
https://accessla.org/riding_access/gaining_eligibility.html
800-827-0829
cserv@accessla.org

Any complaints or concerns regarding the Los Angeles Police Department can be made directly with the Office of the Inspector General, who oversees the LAPD and may be able to conduct an investigation into the matter.
350 S. Figueroa Street, Suite 1002, Los Angeles, CA 90071
213-893-6400
communityrelationsoig@lacity.org

Additionally, I understand you have concerns with LAHSA, and have filed grievances in the past. Our office does not have the authority to direct LAHSA to change any decisions made as they are pursuant to policies and procedures in place. However, I am happy to take your comments down so my office is aware of the situation. We do not have access to the HMIS system; to request a copy of your file, please contact LAHSA.

Our office does not provide housing, but we are happy to connect you with a service provider if you are currently experiencing homelessness. If you would like to be placed in a different housing unit, please contact your caseworkers or LAHSA directly.

Finally, I understand you are awaiting an assigned caseworker with HACLA. Do you have any identifying information, such as an application or tenant ID number so I may inquire about your case?

I look forward to assisting you.


Best Regards,

Esha K.
Constituent Services Coordinator
Office of Mayor Karen Bass

---

2025-06-13 01:53:20 PM PDT

6/13/25


Esha K.
Constituent Services Coordinator
Office of Mayor Karen Bass


Dear Esha K.:

PLEASE SEE THE ATTACHED SENT ON 6/4/25 AND 6/5/25 with CONFIRMATION RECEIPT FROM CONSTITUENT SERVICES REQUESTING ASSISTANCE.

Sincerely,

Gregory Edward Gray

/cbg

 Outlook

---

## Mayor Karen Bass Message

---

**From** LA City SNow <cityoflaprod@service-now.com>

**Date** Fri 6/13/2025 1:54 PM

**To** gegcbg@outlook.com <gegcbg@outlook.com>

6/13/25

Esha K.
Constituent Services Coordinator
Office of Mayor Karen Bass

Dear Esha K.:

PLEASE SEE THE ATTACHED SENT ON 6/4/25 AND 6/5/25 with CONFIRMATION RECEIPT FROM
CONSTITUENT SERVICES REQUESTING ASSISTANCE.

Sincerely,

Gregory Edward Gray

/cbg

---

2025-06-13 01:02:10 PM PDT

                    **Office of Mayor Karen Bass**

Hi Mr. Gregory Edward Gray,

I'm following up from your email to the Office of Mayor Karen Bass. Are you in need of assistance from
the Constituent Services team? If so, please feel free to respond directly to this email with a brief
description of the issue.

I look forward to assisting you.

Best Regards,

Esha K.
Constituent Services Coordinator
Office of Mayor Karen Bass

 Outlook

## Fw: Mayor Karen Bass Message

**From** Gregory Edward Gray <gegcbg@outlook.com>

**Date** Thu 6/5/2025 5:33 PM

**To** cityoflaprod@service-now.com <cityoflaprod@service-now.com>

**Bcc** gegcbg@outlook.com <gegcbg@outlook.com>

🔗 1 attachment (3 MB)

Mail - Gregory Edward Gray - Outlook MAYORS OFFICE CONSTITUENT SERVICES CONFIRMATION RECEIPT 6 4 25 WITH EMAIL CORRESPONDENCE TO MAYORS OFFICE DATED 6 4 25 ATTACHED.pdf;

**6/5/25**

**PLEASE SEE THE ATTACHED.**

**GREGORY EDWARD GRAY**

**/cbg**

**From:** LA City SNow <cityoflaprod@service-now.com>
**Sent:** Thursday, June 5, 2025 3:58 PM
**To:** gegcbg@outlook.com <gegcbg@outlook.com>
**Subject:** Mayor Karen Bass Message

 **Office of Mayor Karen Bass**

Hi Mr. Gregory Edward Gray,

Thank you for contacting the Office of Mayor Karen Bass. Are you in need of assistance from the Constituent Services team? If so, please feel free to respond directly to this email with a brief description of the issue.

I look forward to assisting you.

Best Regards,

Esha K.
Constituent Services Coordinator



**U.S.  DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
Los Angeles Field Office
300 North Los Angeles Street, Suite 4054
Los Angeles, CA 90012

February 27, 2023

Mr. Gregory Edward Gray
gegcbg@outlook.com
213-638-2039

Dear Mr. Gray:

Thank you for your inquiry dated January 17, 2023, to the U.S. Department of Housing and Urban Development (HUD) in requesting assistance with the disclosure of information authorization forms in your application to the Emergency Housing Voucher (EHV) program administered by the Housing Authority of the City of Los Angeles (HACLA). In your inquiry, you stated the People Assisting the Homeless (PATH) provided you with a form that would authorize disclosing your information to the Los Angeles Homeless Services Authority (LAHSA). Your letter was forwarded to the Community Planning and Development (CPD) Division of the HUD Los Angeles Field Office for review.

Ms. Rosalia Soloman, Assistant Manager Section 8 EHV for HACLA, confirmed your application to HACLA's EHV program. Ms. Soloman stated a voucher extension request was approved in November 2022, which granted an extension on the term of your voucher until June 2, 2023. Ms. Soloman said you are welcome to submit a Request for Tenancy Approval (RFTA) for a prospective unit to initiate the contracting process. Ms. Soloman advised that if you require additional information regarding your application status with HACLA, you may contact HACLA's EHV team via email at EHV.IP@hacla.org.

On February 21, 2023, Rufus Washington, CPD Director, and Nathaniel King, CPD Representative, reached out to you via phone to further investigate your inquiry. After the call, the outcome was that Mr. Washington and Mr. King would continue to work with LAHSA and HACLA to resolve your inquiry.

If you have additional questions regarding this letter's content, please email the HUD Los Angeles Office of Community Planning and Development at CPDLA@hud.gov.

Sincerely,

Laurie Udit
Field Office Director

 Outlook

---

## Section 8 Annual Reexamination

---

**From** Erika Orozco <Erika.Orozco@hacla.org>

**Date** Fri 7/25/2025 2:20 PM

**To** ggpi1@aol.com <ggpi1@aol.com>; gegcbg@outlook.com <gegcbg@outlook.com>

📎 1 attachment (781 KB)
FILLABLE EAST.EHV ENGLISH PACKET UPDATED (1).pdf;

Dear Gregory Gray,

As a condition of participation in the Program, you are required to provide information regarding your family and income. Failure to provide this information will result in termination of your housing assistance.

IF YOU DO NOT RETURN YOUR ANNUAL REVIEW PACKET BY 08/23/2025, THE PAYMENT TO YOUR LANDLORD WILL STOP ON 09/01/2025, YOU WILL BE RESPONSIBLE FOR THE FULL AMOUNT OF THE RENT, AND WE WILL BEGIN THE PROCESS TO TERMINATE YOUR HOUSING ASSISTANCE.

**PACKET INSTRUCTIONS:**
1. Carefully read the packet instruction sheet and the instructions on each page before completing any of the section of this packet.
2. Complete, sign and date each form in the packet and email the completed packet to your Advisor.
3. Answer questions completely. For "yes" responses, provide all required information and documents.
4. Answer questions accurately. The information you provide is certified under penalty of perjury to be accurate and will be verified.
5. Report ALL family income from ALL sources. You must provide documents to verify the income.



**Erika Orozco** | Housing Program Advisor

e: erika.orozco@hacla.org

p: 833-422-5248

**Housing Authority of the City of Los Angeles**

**Section 8 - Emergency Housing Voucher Program**

2600 Wilshire Blvd,

Los Angeles, CA 90057

w: [www.hacla.org](www.hacla.org)

Name: Gregory Gray | DOB: 8/5/1953 | MRN: 6707531 | PCP: Esther S. Yu, DO | Legal Name: Gregory Gray



**UCLA Health Downtown Los Angeles Primary Care**
700 W 7TH ST
SUITE S270
LOS ANGELES CA 90017
Phone: 213-988-8380
Fax: 213-988-8390

June 11, 2025

Gregory Gray
Mailing Address:
3183 Wilshire Blvd.,
Ste.  196k26
Los Angeles CA 90010



**UCLA Health Downtown Los Angeles Primary Care**
700 W 7TH ST
SUITE S270
LOS ANGELES CA 90017
Phone: 213-988-8380
Fax: 213-988-8390

June 10, 2025

Gregory Gray
Mailing Address:
3183 Wilshire Blvd.,
Ste.  196k26
Los Angeles CA 90010

To Whom It May Concern,

I am writing to provide information regarding Mr. Gregory Edward Gray, born on August 5, 1953, who is under the care of UCLA Health for various personal health conditions. Due to the nature of his medical issues, Mr. Gray's symptoms can be exacerbated by both physical and mental stressors. Therefore, it is crucial that he is provided with appropriate and safe housing to optimize his health and

well-being.

Mr. Gray's situation is complex, and it is essential that his living environment minimizes the daily stressors he encounters. Ensuring he has access to stable and supportive housing will significantly contribute to his overall health management and quality of life. Additionally, it is crucial that he is provided with reasonable transportation so he can care for himself physically, including transportation to the grocery store and for physical activities such as going to the gym to optimize his health.

Thank you for your attention to this matter and for considering Mr. Gray's need for suitable housing accommodations.

Sincerely,

Esther Yu, DO
Family Medicine
700 7th Street, Suite S270
Los Angeles, CA, 90017
Phone: 213-988-8380

CC:
No Recipients

RE: Gray, Gregory -- CSN#: 90240224121                                    Page 1 of 1

MyChart® licensed from Epic Systems Corporation© 1999 - 2025