**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                     Date:  August 29, 2025

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

PROCEEDINGS (IN CHAMBERS):    **ORDER SETTING STATUS CONFERENCE ON MONITOR SELECTION ON SEPTEMBER 16, 2025**

The Court ordered the Parties to meet and confer on selecting a third-party Monitor by August 22, 2025, and to select the Monitor by September 12, 2025, subject to the Court's approval (Dkt. 991). Accordingly, the Court sets a status conference on the selection of the Monitor on September 16, 2025, at 9 a.m. at the First Street Courthouse in Los Angeles.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                     Initials of Deputy Clerk: kdu

CIVIL-GEN