UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
matthew@umklaw.com
elizabeth@umklaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, *et al.*, <br><br> Defendants. | Case No. 2:20-CV-02291-DOC-KES <br><br> Assigned to Judge David O. Carter <br><br> **DECLARATION OF ELIZABETH MITCHELL IN SUPPORT OF PLAINTIFF LA ALLIANCE'S REPLY IN SUPPORT OF MEMORANDUM RE: ATTORNEY'S FEES** <br><br> Before:    Hon. David O. Carter <br> Courtroom:  10A |

*DECL. OF ELIZABETH MITCHELL ISO PLAINTIFF'S REPLY*
*ISO MEMO RE: ATTORNEY'S FEES*

## <u>DECLARATION OF ELIZABETH MITCHELL</u>

I, Elizabeth Mitchell, declare as follows:

1.    I am a partner at the law firm Umhofer, Mitchell & King LLP.

2.    Attached hereto as **Exhibit A** is a true and correct summary of billing in this matter in July and August 2025, broken down by biller.

3.    Attached hereto as **Exhibit B** is a true and correct spreadsheet reflecting the billing of individuals at my firm on the LA Alliance matter in July and August 2025. Redactions have been made to privileged material. Upon request, we can lodge unredacted versions with the Court for *in camera* review.

4.    Attached hereto as **Exhibit C** is a true and correct spreadsheet reflecting the costs incurred by my firm on the LA Alliance matter in July and August 2025.

5.    I have reviewed the billing records for this case in July and August 2025, and I have taken care to remove any billing unrelated to monitoring and litigating the City's compliance with the Settlement Agreement. The fees included herein are not just for drafting and supporting the fee motion—which did take a significant amount of time given the complexity of the issues and the need to review and remove irrelevant material and redact privileged information plus researching and responding to the City's brief—but also for other aspects of monitoring and enforcing the Settlement Agreement Order ("SAO") and the Encampment Reduction Order ("ERO"), including analyzing the City's updated data, researching monitors, and meeting and conferring with the City regarding their requested modifications under Section 8.2.

6.    Paul Webster has been the executive director of LA Alliance for Human Rights since 2021. In 2024 he was part-time, meaning he was paid by the Alliance for approximately 20 hours per week.  Beginning in 2025, he reduced his hours significantly, to only two hours per week, and receives minimal compensation therefor. Mr. Webster was not in court as a client representative and only appeared as necessary when called by me as a witness or when another party asked to make him available. In 2024, he was paid only part-time yet was required to spend additional time beyond the obligations for which

1

he was paid working on issues related to enforcement of the SAO, specifically due to the City's multiple violations and misconduct. The small stipend he is currently receiving by the LA Alliance for his continued minimal work does not cover any of the time spent dedicated to enforcement of the SAO, including the time spent as a witness in the evidentiary hearing. That time is tracked and billed separately as an expert witness/consultant. Here, Mr. Webster spent significant time dedicated solely to the issues raised in the Order, none of which was covered by his minimal salary, and all of which has caused the Alliance direct damage and would not have been incurred "but for" the City's misconduct.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 29, 2025 at Los Angeles, California.

/s/ Elizabeth Mitchell
Elizabeth Mitchell

*DECL. OF ELIZABETH MITCHELL ISO PLAINTIFF'S REPLY*
*ISO MEMO RE: ATTORNEY'S FEES*

# Exhibit A

| Name | Title | Rate Billed | Total Amount Billed | Total Time Billed |
|---|---|---|---|---|
| Elizabeth Mitchell | Partner | $1,295.00 | $135,716.00 | 104.8 |
| Matthew D. Umhofer | Partner | $1,295.00 | $41,699.00 | 32.2 |
| Diane Bang | Counsel | $1,295.00 | $9,712.50 | 7.5 |
| Eugene Lim | Associate | $1,295.00 | $1,942.50 | 1.5 |
| Jon Powell | Paralegal | $500.00 | $3,750.00 | 7.5 |
| Madeline Matson | Paralegal | $500.00 | $8,550.00 | 17.1 |
| Patrick Nitchman | Paralegal | $500.00 | $1,050.00 | 2.1 |
| Jennifer Mitchell | Paralegal | $500.00 | $700.00 | 1.4 |
| Omid Rahimdel | Law Clerk | $150.00 | $4,665.00 | 31.1 |
| Ingrid Nitchman | Admin | $150.00 | $30.00 | 0.2 |
| **Grand Total** | | | **$207,815.00** | **205.40** |

# Exhibit B

| Date | Service Item | Time | Description | Rate | Total |
|---|---|---|---|---|---|
| 07/01/2025 | Elizabeth Mitchell | 0.6 | Review fees for fees motion | $ 1,295.00 | $777.00 |
| 07/01/2025 | Elizabeth Mitchell | 0.5 | Call with P. Webster re City status and fees motion | $ 1,295.00 | $647.50 |
| 07/01/2025 | Matthew D. Umhofer | 3.2 | Prepare motion | $ 1,295.00 | $4,144.00 |
| 07/02/2025 | Elizabeth Mitchell | 0.5 | Review draft attorneys fees motion | $ 1,295.00 | $647.50 |
| 07/02/2025 | Elizabeth Mitchell | 0.8 | Strategize re and direction re fees addendum | $ 1,295.00 | $1,036.00 |
| 07/02/2025 | Patrick Nitchman | 0.3 | Correspondence re fee spreadsheet | $ 500.00 | $150.00 |
| 07/02/2025 | Omid Rahimdel | 0.6 | Revise ███ for M. Umhofer | $ 150.00 | $90.00 |
| 07/02/2025 | Ingrid Nitchman | 0.2 | Research and compile ███ per E. Mitchell request | $ 150.00 | $30.00 |
| 07/03/2025 | Elizabeth Mitchell | 1.2 | Advise re fees motion; review and redact fees for privileged material | $ 1,295.00 | $1,554.00 |
| 07/03/2025 | Matthew D. Umhofer | 1.0 | Strategize re: motion for attorneys fees, draft and research re: same | $ 1,295.00 | $1,295.00 |
| 07/03/2025 | Jon Powell | 1.0 | Prepare shells for a declaration and proposed order for the motion for attorneys fees, deliver to M. Umhofer for review and discussion, pull documents from ███ for M. Umhofer | $ 500.00 | $500.00 |
| 07/04/2025 | Matthew D. Umhofer | 6.0 | Research and draft fee motion and declarations | $ 1,295.00 | $7,770.00 |
| 07/05/2025 | Elizabeth Mitchell | 1.8 | Communications and directions re fees and declarations | $ 1,295.00 | $2,331.00 |
| 07/07/2025 | Elizabeth Mitchell | 1.6 | Strategize re fees motion declarations and attachments | $ 1,295.00 | $2,072.00 |
| 07/07/2025 | Matthew D. Umhofer | 2.0 | Review billing and revise attorney fee memorandum | $ 1,295.00 | $2,590.00 |
| 07/07/2025 | Madeline Matson | 0.2 | Strategize with team re motion for attorneys' fees | $ 500.00 | $100.00 |
| 07/07/2025 | Madeline Matson | 0.3 | Format P. Webster 2025 fee spreadsheet for clarity; circulate with team | $ 500.00 | $150.00 |
| 07/07/2025 | Madeline Matson | 0.4 | Draft P. Webster declaration; circulate with attorneys; emails re same | $ 500.00 | $200.00 |
| 07/08/2025 | Elizabeth Mitchell | 1.5 | Compile fees declarations and exhibits | $ 1,295.00 | $1,942.50 |
| 07/08/2025 | Matthew D. Umhofer | 1.1 | Prepare attorneys' fees brief and support | $ 1,295.00 | $1,424.50 |
| 07/08/2025 | Eugene Lim | 1.5 | Analyze records and communications and correspond internally re timekeeping and billing issues to assist with briefing on attorney's fees | $ 1,295.00 | $1,942.50 |
| 07/09/2025 | Elizabeth Mitchell | 1.2 | Compile fees declarations and exhibits | $ 1,295.00 | $1,554.00 |
| 07/09/2025 | Patrick Nitchman | 0.3 | Correspondence re privilege analysis and redaction for fee spreadsheet | $ 500.00 | $150.00 |
| 07/09/2025 | Patrick Nitchman | 1.5 | Review and edit time entries on fee spreadsheet; correspondence re same | $ 500.00 | $750.00 |
| 07/09/2025 | Omid Rahimdel | 0.9 | Review attorney fees motion in preparation for assignment from E. Mitchell | $ 150.00 | $135.00 |
| 07/10/2025 | Elizabeth Mitchell | 0.6 | Edit declarations and exhibits for fees motion | $ 1,295.00 | $777.00 |
| 07/10/2025 | Elizabeth Mitchell | 0.4 | Advise re fees motion | $ 1,295.00 | $518.00 |
| 07/10/2025 | Elizabeth Mitchell | 0.4 | Communications with O. Rahimdel re privilege redactions | $ 1,295.00 | $518.00 |
| 07/10/2025 | Matthew D. Umhofer | 2.0 | Review brief and time entries | $ 1,295.00 | $2,590.00 |
| 07/10/2025 | Madeline Matson | 4.4 | Finalize fee exhibit spreadsheet from 2024-present for fee motion, deliver to team | $ 500.00 | $2,200.00 |
| 07/10/2025 | Omid Rahimdel | 3.4 | Begin redacting privileged information from attorney fees motion for E. Mitchell's review | $ 150.00 | $510.00 |
| 07/11/2025 | Elizabeth Mitchell | 0.8 | Review and revise privilege redactions; communications re same | $ 1,295.00 | $1,036.00 |

Case 2:20-cv-02291-DOC-KES   Document 1027-1   Filed 08/29/25   Page 8 of 13   Page ID #:29706

| Date | Name | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 07/11/2025 | Omid Rahimdel | 0.6 | Review feedback from E. Mitchell regarding initial redactions | $ 150.00 | $90.00 |
| 07/11/2025 | Omid Rahimdel | 3.9 | Continue reviewing attorney fees motion to identify potentially privileged content | $ 150.00 | $585.00 |
| 07/11/2025 | Omid Rahimdel | 1.8 | Assess marked redactions and remove any excessive or duplicative cuts | $ 150.00 | $270.00 |
| 07/14/2025 | Elizabeth Mitchell | 1.1 | Edit privilege redactions for fees motion | $ 1,295.00 | $1,424.50 |
| 07/14/2025 | Madeline Matson | 0.2 | Research ███████████ and communication with J. Powell re research | $ 500.00 | $100.00 |
| 07/14/2025 | Omid Rahimdel | 3.5 | Continue analyzing attorney fees motion to flag additional privileged material | $ 150.00 | $525.00 |
| 07/14/2025 | Omid Rahimdel | 2.9 | Reevaluate prior redactions to ensure scope is properly limited | $ 150.00 | $435.00 |
| 07/15/2025 | Elizabeth Mitchell | 0.9 | Review and revise fees motion | $ 1,295.00 | $1,165.50 |
| 07/15/2025 | Elizabeth Mitchell | 0.4 | Review and analyze city quarterly report | $ 1,295.00 | $518.00 |
| 07/15/2025 | Elizabeth Mitchell | 0.3 | Edit declarations | $ 1,295.00 | $388.50 |
| 07/15/2025 | Matthew D. Umhofer | 2.4 | Revise motion, communications with E. Mitchell and L. Levenson re: same | $ 1,295.00 | $3,108.00 |
| 07/15/2025 | Madeline Matson | 0.2 | Review City of LA quarterly status reports to target action items; circulate with team | $ 500.00 | $100.00 |
| 07/15/2025 | Jon Powell | 1.0 | Review and analyze the L. Levensen declaration for typos and grammar, make suggested changes in track changes, deliver to M. Umhofer via email for review and discussion | $ 500.00 | $500.00 |
| 07/15/2025 | Omid Rahimdel | 3.8 | Conduct further review of attorney fees motion to identify sensitive content | $ 150.00 | $570.00 |
| 07/15/2025 | Omid Rahimdel | 3.4 | Refine redaction set by ████████████████████ | $ 150.00 | $510.00 |
| 07/16/2025 | Elizabeth Mitchell | 0.4 | Communications re intervenor fees motion | $ 1,295.00 | $518.00 |
| 07/16/2025 | Elizabeth Mitchell | 1.1 | Communications re declarations and fees motions | $ 1,295.00 | $1,424.50 |
| 07/16/2025 | Matthew D. Umhofer | 2.7 | Review and revise brief and declarations, strategize and communications re: same | $ 1,295.00 | $3,496.50 |
| 07/16/2025 | Omid Rahimdel | 1.8 | Resume review of fees motion to identify and mark remaining privileged information | $ 150.00 | $270.00 |
| 07/16/2025 | Omid Rahimdel | 2.9 | Review full attorney fees motion to ensure accuracy and consistency of redactions | $ 150.00 | $435.00 |
| 07/16/2025 | Omid Rahimdel | 1.6 | Proofread entire attorney fees motion and correct typographical errors | $ 150.00 | $240.00 |
| 07/17/2025 | Elizabeth Mitchell | 4.5 | Review and revise fees motion | $ 1,295.00 | $5,827.50 |
| 07/17/2025 | Elizabeth Mitchell | 0.5 | Edit strategy communications | $ 1,295.00 | $647.50 |
| 07/17/2025 | Elizabeth Mitchell | 2.4 | Strategy re fees motion and supporting evidence | $ 1,295.00 | $3,108.00 |
| 07/17/2025 | Matthew D. Umhofer | 1.7 | Strategize re: brief and fee requests, discuss with E. Mitchell and review and revise brief | $ 1,295.00 | $2,201.50 |
| 07/17/2025 | Madeline Matson | 0.8 | Draft summary of attorney and paralegals fees totals for fee motion; communications re same | $ 500.00 | $400.00 |
| 07/18/2025 | Elizabeth Mitchell | 1.1 | Review and revise fees motion | $ 1,295.00 | $1,424.50 |
| 07/18/2025 | Elizabeth Mitchell | 0.5 | Calls with M. Umhofer re fees motion strategy | $ 1,295.00 | $647.50 |

| Date | Timekeeper | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 07/18/2025 | Elizabeth Mitchell | 0.1 | Edit joint stipulation re intervenor fees motion | $ 1,295.00 | $ 129.50 |
| 07/18/2025 | Elizabeth Mitchell | 1.5 | Draft declarations for fees motion | $ 1,295.00 | $ 1,942.50 |
| 07/18/2025 | Matthew D. Umhofer | 1.3 | Strategize re: brief and fee requests, discuss with E. Mitchell and review and revise brief | $ 1,295.00 | $ 1,683.50 |
| 07/18/2025 | Madeline Matson | 0.6 | Targeted edits to fee spreadsheet for clarity; communications re same | $ 500.00 | $ 300.00 |
| 07/18/2025 | Jon Powell | 4.5 | Review and analyze the memorandum re attorneys fees for citations to case law and the record, make changes in a new version and deliver to E. Mitchell via email for review and discussion | $ 500.00 | $ 2,250.00 |
| 07/18/2025 | Jon Powell | 0.5 | Prepare first drafts of an A. Bales declaration and a D. Steier declaration, deliver to E. Mitchell via email for review and discussion | $ 500.00 | $ 250.00 |
| 07/21/2025 | Elizabeth Mitchell | 0.5 | Strategize with M. Umhofer re fees motion | $ 1,295.00 | $ 647.50 |
| 07/21/2025 | Matthew D. Umhofer | 1.7 | Review order and revise motion for attorneys' fees | $ 1,295.00 | $ 2,201.50 |
| 07/21/2025 | Jon Powell | 0.5 | Make changes to D. Steier declaration, deliver declaration to D. Steier via DocuSign, communicate with E. Mitchell re same | $ 500.00 | $ 250.00 |
| 07/22/2025 | Matthew D. Umhofer | 1.1 | Analyze issues re: fee request and ▇ | $ 1,295.00 | $ 1,424.50 |
| 07/22/2025 | Matthew D. Umhofer | 0.6 | Review materials re: monitor | $ 1,295.00 | $ 777.00 |
| 07/22/2025 | Madeline Matson | 0.3 | Review and analyze order granting intervenor's extension request to target action items; circulate with team | $ 500.00 | $ 150.00 |
| 07/23/2025 | Elizabeth Mitchell | 4.6 | Finalize fees motion, declarations, exhibits | $ 1,295.00 | $ 5,957.00 |
| 07/23/2025 | Madeline Matson | 0.9 | Edit and prepare declarations in support of memorandum for fees | $ 500.00 | $ 450.00 |
| 07/24/2025 | Elizabeth Mitchell | 3.2 | Finalize fees motion, declarations, exhibits | $ 1,295.00 | $ 4,144.00 |
| 07/24/2025 | Madeline Matson | 1.8 | Draft supporting documents for fee memorandum; communications re same | $ 500.00 | $ 900.00 |
| 07/25/2025 | Elizabeth Mitchell | 3.1 | Edit fees motion and coordinate e-filing; troubleshoot issues with motion and declarations | $ 1,295.00 | $ 4,014.50 |
| 07/25/2025 | Elizabeth Mitchell | 1.7 | Review settlement agreement and court order; draft email to K. Scolnick re meet and confer on missing issues | $ 1,295.00 | $ 2,201.50 |
| 07/25/2025 | Madeline Matson | 6.7 | Finalize and file memorandum re attorneys' fees and all supplemental documents; communications re same | $ 500.00 | $ 3,350.00 |
| 07/31/2025 | Elizabeth Mitchell | 1.5 | Review ▇ | $ 1,295.00 | $ 1,942.50 |
| 08/05/2025 | Diane Bang | 0.3 | Review communications from E. Mitchell re meet and confer with City of LA on compliance with settlement obligations | $ 1,295.00 | $ 388.50 |
| 08/06/2025 | Diane Bang | 0.7 | Conference with E. Mitchell and M. Umhofer to strategize meet and confer call with City; review correspondence from E. Mitchell re anticipated issues | $ 1,295.00 | $ 906.50 |
| 08/06/2025 | Matthew D. Umhofer | 1.0 | Prepare for meet and confer | $ 1,295.00 | $ 1,295.00 |
| 08/07/2025 | Diane Bang | 1.7 | Attend meet and confer conference re modifications to settlement agreement following emergency declarations; review communications from E. Mitchell re same; revise and circulate notes from meeting | $ 1,295.00 | $ 2,201.50 |
| 08/07/2025 | Elizabeth Mitchell | 1.0 | Review city response to motion to dismiss | $ 1,295.00 | $ 1,295.00 |

| Date | Name | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 08/07/2025 | Matthew D. Umhofer | 3.0 | Prepare for and participate in meet and confer | $ 1,295.00 | $3,885.00 |
| 08/08/2025 | Elizabeth Mitchell | 0.5 | Analyze document and correspondence re meet and confer on Section 8.2 modifications | $ 1,295.00 | $647.50 |
| 08/08/2025 | Elizabeth Mitchell | 0.1 | Analyze and communicate re Intervenor motion | $ 1,295.00 | $129.50 |
| 08/08/2025 | Madeline Matson | 0.3 | Review and analyze intervenor's motion for attorney fees to target action items; communications re same | $ 500.00 | $150.00 |
| 08/10/2025 | Elizabeth Mitchell | 0.3 | Analyze Intervenor motion and correspondence with M. Umhofer | $ 1,295.00 | $388.50 |
| 08/11/2025 | Elizabeth Mitchell | 1.9 | Analyze ██████████████ research ████████ ████████████████████ | $ 1,295.00 | $2,460.50 |
| 08/11/2025 | Elizabeth Mitchell | 0.3 | Correspondence with City litigation team re unresolved issues in the Settlement Agreement with the City of LA. | $ 1,295.00 | $388.50 |
| 08/12/2025 | Elizabeth Mitchell | 2.8 | Research and draft Reply ISO motion to dismiss for lack of jurisdiction | $ 1,295.00 | $3,626.00 |
| 08/13/2025 | Elizabeth Mitchell | 5.5 | Research and edit reply ISO motion to dismiss; Communicate and analyze correspondence re same; coordinate e-filing | $ 1,295.00 | $7,122.50 |
| 08/14/2025 | Elizabeth Mitchell | 3.6 | Review meet and confer transcript and draft response email to City; Analyze ████████████████████████████████████; Review Meet and Confer document and Stipulated Order of Dismissal | $ 1,295.00 | $4,662.00 |
| 08/18/2025 | Elizabeth Mitchell | 0.5 | Research re Fees Reply | $ 1,295.00 | $647.50 |
| 08/18/2025 | Jennifer Mitchell | 1.1 | Draft shell for reply re motion for attorneys' fees per E. Mitchell; communicate with team re same | $ 500.00 | $550.00 |
| 08/19/2025 | Elizabeth Mitchell | 0.4 | Research re Reply ISO Attorneys Fees | $ 1,295.00 | $518.00 |
| 08/19/2025 | Elizabeth Mitchell | 0.3 | Call with M. Umhofer re status and strategy | $ 1,295.00 | $388.50 |
| 08/19/2025 | Matthew D. Umhofer | 0.6 | Analyze issues re: fees | $ 1,295.00 | $777.00 |
| 08/20/2025 | Elizabeth Mitchell | 0.4 | Communicate with N. Hamida re ████████████████ ████████████████████████████████ ████████ | $ 1,295.00 | $518.00 |
| 08/20/2025 | Elizabeth Mitchell | 1.9 | Revise and analyze Opposition and Reply re attorneys' fees | $ 1,295.00 | $2,460.50 |
| 08/21/2025 | Elizabeth Mitchell | 5.5 | Research re Fees Reply | $ 1,295.00 | $7,122.50 |
| 08/21/2025 | Jennifer Mitchell | 0.3 | Research & verify ████████████████████████████ ████████ with J. Powell; review email to E. Mitchell re same | $ 500.00 | $150.00 |
| 08/21/2025 | Matthew D. Umhofer | 0.8 | Strategize re: fee motion | $ 1,295.00 | $1,036.00 |
| 08/22/2025 | Elizabeth Mitchell | 0.8 | Research and draft reply ISO fees motion | $ 1,295.00 | $1,036.00 |
| 08/22/2025 | Elizabeth Mitchell | 2.9 | Prep for and participate in city meet and confer; research and communications re same | $ 1,295.00 | $3,755.50 |
| 08/24/2025 | Elizabeth Mitchell | 0.9 | Research re Reply Motion | $ 1,295.00 | $1,165.50 |
| 08/24/2025 | Elizabeth Mitchell | 0.3 | Review RAND contracts; strategize and communications re same | $ 1,295.00 | $388.50 |
| 08/25/2025 | Diane Bang | 1.6 | Research possible data monitors; confer with E. Mitchell re same | $ 1,295.00 | $2,072.00 |

| Date | Name | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 08/25/2025 | Elizabeth Mitchell | 3.7 | Research and draft Reply in Support of Motion for Attorneys' Fees | $ 1,295.00 | $4,791.50 |
| 08/25/2025 | Elizabeth Mitchell | 0.4 | Communicate with D. Bang re ██████████████████████████ | $ 1,295.00 | $518.00 |
| 08/26/2025 | Diane Bang | 1.4 | Research possible data monitors; confer with E. Mitchell re same | $ 1,295.00 | $1,813.00 |
| 08/26/2025 | Diane Bang | 1.8 | Research case authority re ██████████████ ████; review motion for attorneys' fees and opposition; confer with E. Mitchell re same | $ 1,295.00 | $2,331.00 |
| 08/26/2025 | Elizabeth Mitchell | 5.8 | Review and revise Reply and opposition re Motion for Attorneys' Fees and related documents; Communicate with team re ██████████ ███████ | $ 1,295.00 | $7,511.00 |
| 08/27/2025 | Elizabeth Mitchell | 12.8 | Research and draft Reply ISO fees | $ 1,295.00 | $16,576.00 |
| 08/28/2025 | Elizabeth Mitchell | 10.9 | Draft and revise Reply in Support of Motion for Attorneys' Fees and communications re same | $ 1,295.00 | $14,115.50 |
| **TOTAL** | | **205.4** | | | **$207,815.00** |

# Exhibit C

## UMK Costs Incurred

| Date | Account | Debit |
| --- | --- | --- |
| 2025-07-08 | Parking | $25.00 |
| 2025-08-25 | Court Reporter Fees | $1,195.00 |
| **TOTAL** | | **$1,220.00** |