UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
matthew@umklaw.com
elizabeth@umklaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*, | Case No. 2:20-CV-02291-DOC-KES |
| Plaintiffs, | Assigned to Judge David O. Carter |
| v. | |
| CITY OF LOS ANGELES, *et al.*, | **DECLARATION OF ANDY BALES IN SUPPORT OF PLAINTIFF LA ALLIANCE'S MEMORANDUM RE: ATTORNEYS' FEES** |
| Defendants. | Before:      Hon. David O. Carter |
| | Courtroom:  1 |

*ANDY BALES DECLARATION ISO LA ALLIANCE'S MEMO RE: ATTORNEYS' FEES*

Docusign Envelope ID: 78069B54-1647-46F5-A72D-FBF7482580BD

## DECLARATION OF ANDY BALES

I, Andy Bales, declare as follows:

1.      I submit this declaration in support of LA Alliance for Human Rights' Memorandum re: Attorneys' Fees. Except as otherwise stated, I have personal and firsthand knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify to these facts under oath.

2.      Until recently, I was the executive director of the Union Rescue Mission in Skid Row, Los Angeles, where I worked for over twenty years. From 2021–2023, I was also a LAHSA Commissioner. What has been happening in Los Angeles is nothing short of a human rights crisis, and I have long called for a *true* FEMA response, rapidly getting every person on the streets in shelter within a matter of months.

3.      I have closely tracked the LA Alliance for Human Rights litigation since it was filed in 2020, have attended at least a dozen hearings, and am intimately familiar with the attorneys and staff of the Alliance. As a former executive of one of the largest homelessness service providers in Los Angeles and former LAHSA Commissioner, I am also intimately familiar with the City, County, and LAHSA intransigence on this issue, and resistance to all attempts at accountability.

4.      In my opinion, no other litigation or effort has done as much to effect positive change in the Los Angeles Homelessness Response System than the LA Alliance and its attorneys. A commitment of thousands of new shelter and supportive beds plus services was and still is desperately needed, as is true accountability. While I believe the Court should have gone further and imposed a receiver, the Alliance successfully demonstrated the City's failures and should be compensated for its successful effort, which was inherently reasonable under the circumstances.

///

///

///

///

1

*ANDY BALES DECLARATION ISO LA ALLIANCE'S MEMO RE: ATTORNEYS' FEES*

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 23, 2025 at Los Angeles, California.

DocuSigned by:

DE60F55F5C99489...

Rev. Andrew J. Bales
President and CEO of Union Rescue Mission

*ANDY BALES DECLARATION ISO LA ALLIANCE'S MEMO RE: ATTORNEYS' FEES*