**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date:  September 2, 2025

Title: LA Alliance for Human Rights et al. v. City of Los Angeles et al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

|  Karlen Dubon  |  Not Present  |
| --- | --- |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| --- | --- |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER DENYING GRAY'S MOTION [1025]**

Before the Court is Mr. Gregory Edward Gray's Motion for Permission to Request the Court to Require the City of Los Angeles et al. to Ensure Correction of Housing Data and Program Services to Meet HUD Federal Guidelines (Dkt. 1025). Mr. Gray requests that the Court require the City, Housing Authority of Los Angeles, Los Angeles Housing Homeless Services Authority, and all relevant federally funded service providers to correct alleged errors in documentation of services for Mr. Gray and his household.

The Court denied Mr. Gray's motion to be named an interested party in January 2025 (Dkt. 853). The Court also denied Mr. Gray's request to file a similar motion in May 2025 (Dkt. 924). For the same reasons previously explained, the Court **DENIES** Mr. Gray's most recent motion (Dkt. 1025).

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                        Initials of Deputy Clerk: kdu

CIVIL-GEN