GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
  pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978-7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>              Defendant. | CASE NO. 2:20-cv-02291 DOC (KES)<br><br>**DECLARATION OF BRADLEY J. HAMBURGER IN SUPPORT OF DEFENDANT CITY OF LOS ANGELES'S OPPOSITION TO INTERVENORS' MOTION FOR ATTORNEYS' FEES**<br><br>Honorable David O. Carter, United States District Judge<br><br>Action Filed:    March 10, 2020 |

DECLARATION OF BRADLEY J. HAMBURGER
2:20-cv-02291 DOC (KES)

I, Bradley J. Hamburger, declare as follows:

1.      I am an attorney admitted to practice law in the State of California.  I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys representing the City of Los Angeles in the above-referenced action.  I submit this declaration in support of the City's opposition to Intervenors' motion for attorneys' fees. If called and sworn as a witness, I could and would testify competently to the following:

2.      At my direction, members of my team converted the time entries for the Legal Aid Foundation of Los Angeles submitted in support of Intervenors' motion from PDF to Excel format (specifically, Dkt. 1022-4 at 2–5).  At my direction, members of my team added two columns to these billing records.  The first additional column contains the hourly rate for each timekeeper, as listed in Exhibit A to the declaration of Shayla Myers (Dkt. 1022-3).  The second additional column includes the total value of each line item, which was calculated by multiplying the number of hours billed by the hourly rate.  My team calculated the total of all numbers in this column and confirmed that the sum of all entries equals $201,182.50: the exact value of fees sought in Intervenors' motion.

3.      At my direction, members of my team reviewed that data and marked entries that were either (1) for work performed in connection with the instant fees motion or (2) so heavily redacted that it was not possible to discern what work was performed. At my direction, members of my team calculated the total value of the marked entries and subtracted them from the total amount of fees requested.  At my direction, members of my team calculated 40 percent of these hours, which represents the maximum share of fees incurred related to the encampment-reduction order.  I then personally reviewed the resulting document for accuracy, which is attached as Exhibit A.

4.      Attached as **Exhibit A** is a true and correct copy of Intervenors' summary of LAFLA's billing submitted in support of its motion with entries unrelated to the encampment-reduction order removed from the subtotal as described above.

I declare under penalty of perjury under the laws of the United States of America

Gibson, Dunn &
Crutcher LLP

1

DECLARATION OF BRADLEY J. HAMBURGER
2:20-cv-02291 DOC (KES)

that the foregoing is true and correct, and that I executed this Declaration at Los Angeles, California.  Executed this 5th day of September, 2025.

Bradley J. Hamburger

Gibson, Dunn & Crutcher LLP

2
DECLARATION OF BRADLEY J. HAMBURGER