# EXHIBIT A

| | Table B. Detailed Billing Records ISO Intervenors' Request for Fees and Costs | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Biller | Hours Billed | Activity Code | Litigation Work Type | Activity Details | Billing Rate | Total |
| 5/27/2025 | Myers, Shayla R. | 7 | HG - Court/Hearing | Motion for Sanctions | hearing on motion for sanctions | $1,025 | $ 7,175.00 |
| 5/27/2025 | Myers, Shayla R. | 0.5 | IC - Internal Communication | Motion for Sanctions | call with PW [Redact] | $1,025 | $ 512.50 |
| 5/27/2025 | Myers, Shayla R. | 4.2 | PP - Plan/Prepare | Motion for Sanctions | post-hearing prep, evidence review | $1,025 | $ 4,305.00 |
| 5/27/2025 | Myers, Shayla R. | 0.6 | PP - Plan/Prepare | Motion for Sanctions | prep during lunch for hearing | $1,025 | $ 615.00 |
| 5/27/2025 | Myers, Shayla R. | 0.2 | IC - Internal Communication | Motion for Sanctions | call about evidentiary hearing | $1,025 | $ 205.00 |
| 5/27/2025 | Myers, Shayla R. | 0.2 | IC - Internal Communication | Motion for Sanctions | debrief and discussing next tasks after hearing with Allie | $1,025 | $ 205.00 |
| 5/27/2025 | Myers, Shayla R. | 1 | T - Travel | Motion for Sanctions | travel to courthouse and back | $1,025 | $ 1,025.00 |
| 5/27/2025 | Geczy, Isabelle | 0.1 | MT - Meeting | Motion for Sanctions | meeting with LB about binder assignment | $600 | $ 60.00 |
| 5/27/2025 | Geczy, Isabelle | 2.6 | PP - Plan/Prepare | Motion for Sanctions | send SRM needed documents during hearing | $600 | $ 1,560.00 |
| 5/27/2025 | Geczy, Isabelle | 0.3 | DR - Draft/Revise | Motion for Sanctions | compile for and send to SRM list of ab subbed in attorneys in LA Alliance matter | $600 | $ 180.00 |
| 5/27/2025 | Geczy, Isabelle | 0.2 | MT - Meeting | Motion for Sanctions | call with SRM about evidentiary hearing | $600 | $ 120.00 |
| 5/27/2025 | Geczy, Isabelle | 0.1 | MT - Meeting | Motion for Sanctions | second meeting with LB about more binder help for evidentiary hearing | $600 | $ 60.00 |
| 5/27/2025 | Geczy, Isabelle | 2.1 | RA - Review/Analyze | Motion for Sanctions | review record as [Redact] | $600 | $ 1,260.00 |
| 5/27/2025 | Geczy, Isabelle | 4.2 | PP - Plan/Prepare | Motion for Sanctions | prep SRM binders and court materials for evidentiary hearing | $600 | $ 2,520.00 |
| 5/27/2025 | Geczy, Isabelle | 0.4 | DR - Draft/Revise | Motion for Sanctions | create redline of audit for SRM on adobe | $600 | $ 240.00 |
| 5/27/2025 | Geczy, Isabelle | 0.7 | RA - Review/Analyze | Motion for Sanctions | locate reference to homeless count in the record | $600 | $ 420.00 |
| 5/27/2025 | Frank, Allegra | 0.5 | DI - Discovery/Fact Investigation | Motion for Sanctions | background research [Redact] | $250 | $ 125.00 |
| 5/27/2025 | Frank, Allegra | 0.2 | MT - Meeting | Motion for Sanctions | debrief and discussing next tasks after hearing | $250 | $ 50.00 |
| 5/27/2025 | Frank, Allegra | 0.5 | DI - Discovery/Fact Investigation | Motion for Sanctions | summarizing fact research [Redact] | $250 | $ 125.00 |
| 5/27/2025 | Bautista, Litzy | 3.5 | PP - Plan/Prepare | Motion for Sanctions | review exhibits and prepare trial binder of exhibits for SRM | $275 | $ 962.50 |
| 5/27/2025 | Bautista, Litzy | 0.1 | PP - Plan/Prepare | Motion for Sanctions | meeting with IG re binders for exhibits | $275 | $ 27.50 |
| 5/27/2025 | Bautista, Litzy | 0.5 | PP - Plan/Prepare | Motion for Sanctions | create binders for motion | $275 | $ 137.50 |
| 5/27/2025 | Bautista, Litzy | 0.3 | PP - Plan/Prepare | Motion for Sanctions | 2025-05-24 Exhibits for LA Alliance Hearing | $275 | $ 82.50 |
| 5/28/2025 | Myers, Shayla R. | 0.6 | PP - Plan/Prepare | Motion for Sanctions | prep/meeting w/ client during lunch re hearing | $1,025 | $ 615.00 |
| 5/28/2025 | Myers, Shayla R. | 8.2 | HG - Court/Hearing | Motion for Sanctions | hearing on motion for sanctions | $1,025 | $ 8,405.00 |
| 5/28/2025 | Myers, Shayla R. | 1.8 | PP - Plan/Prepare | Motion for Sanctions | prepare for hearing | $1,025 | $ 1,845.00 |
| 5/28/2025 | Geczy, Isabelle | 1.8 | PP - Plan/Prepare | Motion for Sanctions | collect and send documents to shayla during evidentiary hearing | $600 | $ 1,080.00 |
| 5/28/2025 | Geczy, Isabelle | 0.6 | CA- Case Admin | Motion for Sanctions | create exhibits folder and collect necessary documents requested by SRM | $600 | $ 360.00 |
| 5/28/2025 | Geczy, Isabelle | 3.1 | HG - Court/Hearing | Motion for Sanctions | attend settlement hearing with SRM | $600 | $ 1,860.00 |
| 5/29/2025 | Myers, Shayla R. | 3 | PP - Plan/Prepare | Motion for Sanctions | prepare for hearing | $1,025 | $ 3,075.00 |
| 5/29/2025 | Myers, Shayla R. | 0.5 | T - Travel | Motion for Sanctions | travel to hearing | $1,025 | $ 512.50 |
| 5/29/2025 | Myers, Shayla R. | 9.2 | HG - Court/Hearing | Motion for Sanctions | hearing | $1,025 | $ 9,430.00 |
| 5/29/2025 | Myers, Shayla R. | 0.6 | IC - Internal Communication | Motion for Sanctions | Discussing/editing research re witness [Redact] | $1,025 | $ 615.00 |
| 5/29/2025 | Myers, Shayla R. | 0.5 | T - Travel | Motion for Sanctions | travel back from hearing | $1,025 | $ 512.50 |
| 5/29/2025 | Myers, Shayla R. | 0.6 | PP - Plan/Prepare | Motion for Sanctions | prep during lunch for hearing | $1,025 | $ 615.00 |
| 5/29/2025 | Myers, Shayla R. | 0.6 | PP - Plan/Prepare | Motion for Sanctions | prepare after hearing | $1,025 | $ 615.00 |
| 5/29/2025 | Geczy, Isabelle | 1.8 | PP - Plan/Prepare | Motion for Sanctions | located documents for SRM to support during evidentiary hearing | $600 | $ 1,080.00 |
| 5/29/2025 | Frank, Allegra | 3.5 | DI - Discovery/Fact Investigation | Motion for Sanctions | researching witness [Redact] | $250 | $ 875.00 |
| 5/29/2025 | Frank, Allegra | 0.6 | CO - Communication | Motion for Sanctions | Discussing/editing [Redact] | $250 | $ 150.00 |
| 5/30/2025 | Myers, Shayla R. | 0.5 | T - Travel | Motion for Sanctions | travel to court | $1,025 | $ 512.50 |
| 5/30/2025 | Myers, Shayla R. | 1.7 | PP - Plan/Prepare | Motion for Sanctions | prep for hearing | $1,025 | $ 1,742.50 |
| 5/30/2025 | Myers, Shayla R. | 8.2 | HG - Court/Hearing | Motion for Sanctions | hearing | $1,025 | $ 8,405.00 |
| 5/30/2025 | Myers, Shayla R. | 0.3 | IC - Internal Communication | Motion for Sanctions | meeting re [Redact] | $1,025 | $ 307.50 |
| 5/30/2025 | Myers, Shayla R. | 0.5 | T - Travel | Motion for Sanctions | travel back from court | $1,025 | $ 512.50 |
| 5/30/2025 | Geczy, Isabelle | 0.4 | DR - Draft/Revise | Motion for Sanctions | compile [Redact] | $600 | $ 240.00 |

4

| Date | Name | Hours | Category | Matter | Description | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5/30/2025 | Frank, Allegra | 1.3 | DI - Discovery/Fact Investigation | Motion for Sanctions | researching [Redact] | $250 | $ 325.00 |
| 5/30/2025 | Frank, Allegra | 0.3 | MT - Meeting | Motion for Sanctions | meeting re [Redact] | $250 | $ 75.00 |
| 6/2/2025 | Myers, Shayla R. | 9 | HG - Court/Hearing | Motion for Sanctions | hearing | $1,025 | $ 9,225.00 |
| 6/2/2025 | Myers, Shayla R. | 3.8 | PP - Plan/Prepare | Motion for Sanctions | prep for hearing | $1,025 | $ 3,895.00 |
| 6/2/2025 | Myers, Shayla R. | 0.2 | IC - Internal Communication | Motion for Sanctions | call with IG and law clerk Allie F [Redact] | $1,025 | $ 205.00 |
| 6/2/2025 | Myers, Shayla R. | 0.6 | PP - Plan/Prepare | Motion for Sanctions | prep during lunch | $1,025 | $ 615.00 |
| 6/2/2025 | Myers, Shayla R. | 1 | T-travel | Motion for Sanctions | travel to/from hearing | $1,025 | $ 1,025.00 |
| 6/2/2025 | Geczy, Isabelle | 0.2 | MT - Meeting | Motion for Sanctions | call with SRM and law clerk Alfie F [Redact] | $600 | $ 120.00 |
| 6/2/2025 | Geczy, Isabelle | 1.8 | RA - Review/Analyze | Motion for Sanctions | review [Redact] previous testimony [Redact] | $600 | $ 1,080.00 |
| 6/2/2025 | Geczy, Isabelle | 1.3 | RA - Review/Analyze | Motion for Sanctions | find [Redact] | $600 | $ 780.00 |
| 6/2/2025 | Frank, Allegra | 1.2 | RA - Review/Analyze | Motion for Sanctions | reviewing hearing transcripts | $250 | $ 300.00 |
| 6/3/2025 | Myers, Shayla R. | 1.6 | PP - Plan/Prepare | Motion for Sanctions | prepare far hearing | $1,025 | $ 1,640.00 |
| 6/3/2025 | Myers, Shayla R. | 9 | HG - Court/Hearing | Motion for Sanctions | hearing | $1,025 | $ 9,225.00 |
| 6/3/2025 | Myers, Shayla R. | 0.5 | IC-internal call | Motion for Sanctions | discussing case strategy | $1,025 | $ 512.50 |
| 6/3/2025 | Myers, Shayla R. | 0.4 | IC-internal call | Motion for Sanctions | touching base after court, discussing transcript review | $1,025 | $ 410.00 |
| 6/3/2025 | Myers, Shayla R. | 0.5 | PP - Plan/Prepare | Motion for Sanctions | prep during lunch | $1,025 | $ 512.50 |
| 6/3/2025 | Myers, Shayla R. | 1 | T-travel | Motion for Sanctions | travel to/from hearing | $1,025 | $ 1,025.00 |
| 6/3/2025 | Geczy, Isabelle | 2.4 | RA - Review/Analyze | Motion for Sanctions | testimony review: [Redact] | $600 | $ 1,440.00 |
| 6/3/2025 | Geczy, Isabelle | 1.6 | RA - Review/Analyze | Motion for Sanctions | fact finding support for SRM during hearing over teams | $600 | $ 960.00 |
| 6/3/2025 | Geczy, Isabelle | 2.1 | RA - Review/Analyze | Motion for Sanctions | testimony review: [Redact] | $600 | $ 1,260.00 |
| 6/3/2025 | Frank, Allegra | 0.1 | CO - Communication | Motion for Sanctions | sending transcript cites (in progress) to IG/SRM | $250 | $ 25.00 |
| 6/3/2025 | Frank, Allegra | 1.4 | RA - Review/Analyze | Motion for Sanctions | Reviewing transcripts for testimony [Redact] | $250 | $ 350.00 |
| 6/3/2025 | Frank, Allegra | 0.5 | MT - Meeting | Motion for Sanctions | discussing case strategy w supervisor | $250 | $ 125.00 |
| 6/3/2025 | Frank, Allegra | 0.4 | CO - Communication | Motion for Sanctions | touching base after court, discussing [Redact] | $250 | $ 100.00 |
| 6/4/2025 | Myers, Shayla R. | 3.3 | PP - Plan/Prepare | Motion for Sanctions | prep for hearing | $1,025 | $ 3,382.50 |
| 6/4/2025 | Myers, Shayla R. | 8.8 | HG - Court/Hearing | Motion for Sanctions | hearing | $1,025 | $ 9,020.00 |
| 6/4/2025 | Myers, Shayla R. | 0.4 | IC - Internal Communication | Motion for Sanctions | call with IG re: [Redact] | $1,025 | $ 410.00 |
| 6/4/2025 | Myers, Shayla R. | 1.1 | PP - Plan/Prepare | Motion for Sanctions | prep during lunch | $1,025 | $ 1,127.50 |
| 6/4/2025 | Myers, Shayla R. | 0.2 | IC - internal Communication | Motion for Sanctions | Allie instruction re [Redact] | $1,025 | $ 205.00 |
| 6/4/2025 | Myers, Shayla R. | 1 | T - Travel | Motion for Sanctions | travel to and from eharign | $1,025 | $ 1,025.00 |
| 6/4/2025 | Geczy, Isabelle | 0.6 | RA - Review/Analyze | Motion for Sanctions | support SRM during hearing sending documents | $600 | $ 360.00 |
| 6/4/2025 | Geczy, Isabelle | 0.4 | MT - Meeting | Motion for Sanctions | call with SRM re: [Redact] | $600 | $ 240.00 |
| 6/4/2025 | Frank, Allegra | 0.8 | PP - Plan/Prepare | Motion for Sanctions | Organizing transcript cites for review | $250 | $ 200.00 |
| 6/4/2025 | Frank, Allegra | 0.2 | CO - Communication | Motion for Sanctions | instruction re continuing transcript review | $250 | $ 50.00 |
| 6/4/2025 | Bautista, Litzy | 0.1 | RA - Review/Analyze | Motion for Sanctions | 23-1022 council Pile update | $275 | $ 27.50 |
| 6/5/2025 | Myers, Shayla R. | 0.5 | IC - Internal Communication | Motion for Sanctions | call w/ Cathy re case | $1,025 | $ 512.50 |
| 6/5/2025 | Frank, Allegra | 2.5 | DR - Draft/Revise | Motion for Sanctions | continuing / finalizing transcript review | $250 | $ 625.00 |
| 6/9/2025 | Myers, Shayla R. | 0.4 | RA - Review/Analyze | Motion for Sanctions | review transcript [Redact] | $1,025 | $ 410.00 |
| 6/10/2025 | Frank, Allegra | 0.3 | MI - Miscellaneous | Motion for Sanctions | Transcript citations - closing args | $250 | $ 75.00 |
| 6/10/2025 | Frank, Allegra | 1.3 | RA - Review/Analyze | Motion for Sanctions | reviewing dosing arguments | $250 | $ 325.00 |
| 6/10/2025 | Bautista, Litzy | 0.2 | MT - Meeting | Motion for Sanctions | meeting with IG and SRM re tasks for following days | $275 | $ 55.00 |
| 6/11/2025 | Myers, Shayla R. | 0.1 | RA - Review/Analyze | Motion for Sanctions | review emails [Redact] | $1,025 | $ 102.50 |
| 6/11/2025 | Myers, Shayla R. | 0.4 | IC - Internal Communication | Motion for Sanctions | meeting w/ AF re [Redact] | $1,025 | $ 410.00 |
| 6/11/2025 | Myers, Shayla R. | 0.6 | MT - Meeting | Motion for Sanctions | meeting w / IG re [Redact] | $1,025 | $ 615.00 |
| 6/11/2025 | Myers, Shayla R. | 0.9 | RA - Review/Analyze | Motion for Sanctions | review TLS [Redact] | $1,025 | $ 922.50 |
| 6/11/2025 | Geczy, Isabelle | 0.6 | MT - Meeting | Motion for Sanctions | meeting w/ SRM re [Redact] | $600 | $ 360.00 |
| 6/11/2025 | Frank, Allegra | 0.4 | CO - Communication | Motion for Sanctions | transcript assignment meeting | $250 | $ 100.00 |
| 6/11/2025 | Bautista, Litzy | 1.4 | DRC - Draft Court Document | Motion for Sanctions | create draft pleading for motion | $275 | $ 385.00 |
| 6/12/2025 | Myers, Shayla R. | 0.2 | IC - Internal Communication | Motion for Sanctions | comms w/ LB re doc review for TLS | $1,025 | $ 205.00 |
| 6/12/2025 | Myers, Shayla R. | 0.3 | RA - Review/Analyze | Motion for Sanctions | review TLS [Redact] | $1,025 | $ 307.50 |
| 6/12/2025 | Myers, Shayla R. | 0.3 | RA - Review/Analyze | Motion for Sanctions | review TLS [Redact] | $1,025 | $ 307.50 |
| 6/12/2025 | Bautista, Litzy | 0.2 | IC - Internal Communication | Motion for Sanctions | call with SRM | $275 | $ 55.00 |
| 6/13/2025 | Myers, Shayla R. | 1 | RA - Review/Analyze | Motion for Sanctions | review GD brief | $1,025 | $ 1,025.00 |

Removed Entries

| Date | Name | Hours | Task | Matter | Description | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 6/13/2025 | Myers, Shayla R. | 0.1 | IC - Internal Communication | Motion for Sanctions | comms w/ LB re [Redact] | $1,025 | $ 102.50 |
| 6/13/2025 | Myers, Shayla R. | 0.4 | RA - Review/Analyze | Motion for Sanctions | review [Redact] | $1,025 | $ 410.00 |
| 6/13/2025 | Frank, Allegra | 0.2 | CO - Communication | Motion for Sanctions | sending transcript review | $250 | $ 50.00 |
| 6/13/2025 | Bautista, Litzy | 0.1 | IC - Internal Communication | Motion for Sanctions | call with SRM | $275 | $ 27.50 |
| 6/15/2025 | Myers, Shayla R. | 6 | DRC - Draft Court Document | Motion for Sanctions | review GD brief and outline response | $1,025 | $ 6,150.00 |
| 6/16/2025 | Myers, Shayla R. | 12 | DRC - Draft Court Document | Motion for Sanctions | draft brief | $1,025 | $ 12,300.00 |
| 6/16/2025 | Geczy, Isabelle | 4.9 | DRC - Draft Court Document | Motion for Sanctions | draft first section of procedural history [Redact] | $600 | $ 2,940.00 |
| 6/16/2025 | Geczy, Isabelle | 2.7 | DRC - Draft Court Document | Motion for Sanctions | draft second section of procedural history section [Redact] | $600 | $ 1,620.00 |
| 6/16/2025 | Geczy, Isabelle | 1.4 | RA - Review/Analyze | Motion for Sanctions | review transcripts from evidentiary hearing | $600 | $ 840.00 |
| 6/16/2025 | Frank, Allegra | 0.5 | RA - Review/Analyze | Motion for Sanctions | reviewing closing arguments | $250 | $ 125.00 |
| 6/16/2025 | Frank, Allegra | 0.3 | RA - Review/Analyze | Motion for Sanctions | reading city's post hearing brief | $250 | $ 75.00 |
| 6/16/2025 | Bautista, Litzy | 1.5 | DRC - Draft Court Document | Motion for Sanctions | draft RJN | $275 | $ 412.50 |
| 6/16/2025 | Bautista, Litzy | 1.4 | DRC - Draft Court Document | Motion for Sanctions | begin draft of Myers dec | $275 | $ 385.00 |
| 6/16/2025 | Bautista, Litzy | 0.5 | DRC - Draft Court Document | Motion for Sanctions | proposed order for RJN | $275 | $ 137.50 |
| 6/17/2025 | Myers, Shayla R. | 0.2 | RA - Review/Analyze | Motion for Sanctions | review LA Alliance filing | $1,025 | $ 205.00 |
| 6/17/2025 | Myers, Shayla R. | 12 | DRC - Draft Court Document | Motion for Sanctions | draft brief re motion for sanctions | $1,025 | $ 12,300.00 |
| 6/17/2025 | Myers, Shayla R. | 0.1 | RA - Review/Analyze | Motion for Sanctions | review County of LA filing | $1,025 | $ 102.50 |
| 6/17/2025 | Geczy, Isabelle | 0.6 | DRC - Draft Court Document | Motion for Sanctions | complete final section of procedural history [Redact] | $600 | $ 360.00 |
| 6/17/2025 | Geczy, Isabelle | 3.1 | DRC - Draft Court Document | Motion for Sanctions | add citations from the record to the other sections of the filing | $600 | $ 1,860.00 |
| 6/17/2025 | Geczy, Isabelle | 2.3 | DRC - Draft Court Document | Motion for Sanctions | complete third section of procedural history (sanctions motions) | $600 | $ 1,380.00 |
| 6/17/2025 | Frank, Allegra | 2.5 | DRC - Draft Court Document | Motion for Sanctions | pulling transcript cites for post-hearing brief | $250 | $ 625.00 |
| 6/17/2025 | Frank, Allegra | 2.2 | DRC - Draft Court Document | Motion for Sanctions | pulling transcript cites for post-hearing brief | $250 | $ 550.00 |
| 6/18/2025 | Bautista, Litzy | 0.3 | RA - Review/Analyze | Motion for Sanctions | updating council file tracking | $275 | $ 82.50 |
| 6/20/2025 | Myers, Shayla R. | 0.1 | RA - Review/Analyze | Motion for Sanctions | review plaintiffs filing | $1,025 | $ 102.50 |
| 6/23/2025 | Myers, Shayla R. | 0.3 | RA - Review/Analyze | Motion for Sanctions | review CLA's response to LAA RJN | $1,025 | $ 307.50 |
| 6/24/2025 | Myers, Shayla R. | 1 | RA - Review/Analyze | Motion for Sanctions | review ruling | $1,025 | $ 1,025.00 |
| 6/24/2025 | Myers, Shayla R. | 1 | IC - Internal Communication | Motion for Sanctions | comms re ruling | $1,025 | $ 1,025.00 |
| 6/24/2025 | Geczy, Isabelle | 0.2 | RA - Review/Analyze | Motion for Sanctions | read new order | $600 | $ 120.00 |
| 6/25/2025 | Myers, Shayla R. | 0.4 | IC - Internal Communication | Motion for Sanctions | call w/ Carol re filing | $1,025 | $ 410.00 |
| 6/26/2025 | Bautista, Litzy | 0.5 | RA - Review/Analyze | Motion for Sanctions | real through filing | $275 | $ 137.50 |
| 7/7/2025 | Myers, Shayla R. | 0.2 | IC - Internal Communication | Motion for Sanctions | comms w/ Cathy re [Redact] | $1,025 | $ 205.00 |
| 7/14/2025 | Myers, Shayla R. | 0.1 | IC - Internal Communication | Motion for Sanctions | comms w/ cathy re [Redact] | $1,025 | $ 102.50 |
| 7/14/2025 | Myers, Shayla R. | 0.2 | IC - Internal Communication | Motion for Sanctions | call w/ Carol S re fees | $1,025 | $ 205.00 |
| 7/14/2025 | Myers, Shayla R. | 0.3 | IC - Internal Communication | Motion for Sanctions | call w/ cathy re fees | $1,025 | $ 307.50 |
| 7/14/2025 | Myers, Shayla R. | 0.3 | EC - External Communication | Motion for Sanctions | draft email to CLA and P re extension of time | $1,025 | $ 307.50 |
| 7/16/2025 | Myers, Shayla R. | 0.1 | IC - Internal Communication | Motion for Sanctions | comms w/ carol re [Redact] | $1,025 | $ 102.50 |
| 7/16/2025 | Myers, Shayla R. | 0.3 | EC - External Communication | Motion for Sanctions | draft email re extension of time | $1,025 | $ 307.50 |
| 7/17/2025 | Myers, Shayla R. | 0.1 | EC - External Communication | Motion for Sanctions | comms w/ EM re motion and consolidating briefing | $1,025 | $ 102.50 |
| 7/17/2025 | Myers, Shayla R. | 0.1 | IC - Internal Communication | Motion for Sanctions | comms w/ IG re drafting stip to continue dates | $1,025 | $ 102.50 |
| 7/17/2025 | Myers, Shayla R. | 0.2 | EC - External Communication | Motion for Sanctions | draft email to OPC re extension | $1,025 | $ 205.00 |
| 7/17/2025 | Myers, Shayla R. | 0.1 | EC - External Communication | Motion for Sanctions | comms w/ OPC re extension | $1,025 | $ 102.50 |
| 7/18/2025 | Myers, Shayla R. | 0.1 | EC - External Communication | Motion for Sanctions | send joint stip to CLA | $1,025 | $ 102.50 |
| 7/18/2025 | Myers, Shayla R. | 0.3 | RA - Review/Analyze | Motion for Sanctions | review draft stipulation for extension of lime | $1,025 | $ 307.50 |
| 7/18/2025 | Geczy, Isabelle | 0.4 | DRC - Draft Court Document | Motion for Sanctions | make edits to stip | $600 | $ 240.00 |
| 7/18/2025 | Geczy, Isabelle | 0.3 | DRC - Draft Court Document | Motion for Sanctions | draft proposed order | $600 | $ 180.00 |
| 7/22/2025 | Myers, Shayla R. | 0.1 | RA - Review/Analyze | Motion for Sanctions | review order and comms w/ team re scheduling | $1,025 | $ 102.50 |
| 7/29/2025 | Myers, Shayla R. | 0.2 | IC - internal Communication | Motion for Sanctions | call w/ carol re [Redact] | $1,025 | $ 205.00 |
| 8/6/2025 | Myers, Shayla R. | 0.1 | IC - Internal Communication | Motion for Sanctions | comms w/ KM [Redact] | $1,025 | $ 102.50 |
| 8/6/2025 | Myers, Shayla R. | 1.7 | RS - Legal Research | Motion for Sanctions | legal research re [Redact] | $1,025 | $ 1,742.50 |
| 8/6/2025 | Geczy, Isabelle | 0.6 | RA - Review/Analyze | Motion for Sanctions | review already filed fee motion | $600 | $ 360.00 |
| 8/6/2025 | Geczy, Isabelle | 0.4 | RA - Review/Analyze | Motion for Sanctions | read and review [Redact] | $600 | $ 240.00 |
| 8/6/2025 | Geczy, Isabelle | 0.5 | MT - Meeting | Motion for Sanctions | check-in w/ SRM re: division of work for fees motion | $600 | $ 300.00 |

| Date | Name | Hours | Task | Matter | Description | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 8/6/2025 | Geczy, Isabelle | 0.2 | MT - Meeting | Motion for Sanctions | 1st meeting with LB about fees motion assignment | $600 | $ 120.00 |
| 8/6/2025 | Geczy, Isabelle | 0.6 | RA - Review/Analyze | Motion for Sanctions | review intervenors post-hearing brief | $600 | $ 360.00 |
| 8/6/2025 | Bautista, Litzy | 0.2 | MT - Meeting | Motion for Sanctions | meeting with IG re fees motion assignment | $275 | $ 55.00 |
| 8/7/2025 | Myers, Shayla R. | 0.1 | IC - Internal Communication | Motion for Sanctions | call w/ Carol re fees declaration | $1,025 | $ 102.50 |
| 8/7/2025 | Myers, Shayla R. | 1.2 | MT - Meeting | Motion for Sanctions | review fees w/ IG, | $1,025 | $ 1,230.00 |
| 8/7/2025 | Myers, Shayla R. | 5.6 | DRC - Draft Court Document | Motion for Sanctions | draft attorneys fees brief | $1,025 | $ 5,740.00 |
| 8/7/2025 | Myers, Shayla R. | 0.3 | IC - Internal Communication | Motion for Sanctions | call w/ Catherine S re [Redact] | $1,025 | $ 307.50 |
| 8/7/2025 | Myers, Shayla R. | 0.8 | RA - Review/Analyze | Motion for Sanctions | review fees motion | $1,025 | $ 820.00 |
| 8/7/2025 | Myers, Shayla R. | 1.8 | RS - Legal Research | Motion for Sanctions | legal research re attorneys fees | $1,025 | $ 1,845.00 |
| 8/7/2025 | Geczy, Isabelle | 1.2 | MT - Meeting | Motion for Sanctions | review fees, billing discretion with SRM | $600 | $ 720.00 |
| 3/7/2025 | Geczy, Isabelle | 0.7 | MT - Meeting | Motion for Sanctions | meeting with LB about fees motion assignments | $600 | $ 420.00 |
| 8/7/2025 | Geczy, Isabelle | 1.2 | DRC - Draft Court Document | Motion for Sanctions | pull arguments [Redact] | $600 | $ 720.00 |
| 8/7/2025 | Geczy, Isabelle | 3.7 | DRC - Draft Court Document | Motion for Sanctions | review transcripts and citations to the record | $600 | $ 2,220.00 |
| 8/7/2025 | Bautista, Litzy | 1 | DRC - Draft Court Document | Motion for Sanctions | motion for fees - excel post hearing | $275 | $ 275.00 |
| 8/7/2025 | Bautista, Litzy | 0.3 | DRC - Draft Court Document | Motion for Sanctions | Notice of motion and motion far fees shell | $275 | $ 82.50 |
| 8/7/2025 | Bautista, Litzy | 0.3 | DRC - Draft Court Document | Motion for Sanctions | SRM Dec shell for Fees Motion | $275 | $ 82.50 |
| 8/7/2025 | Bautista, Litzy | 0.8 | MT - Meeting | Motion for Sanctions | meeting with IG re fees motion revisions | $275 | $ 220.00 |
| 8/7/2025 | Bautista, Litzy | 1.1 | DRC - Draft Court Document | Motion for Sanctions | fees motion formatting | $275 | $ 302.50 |
| 8/8/2025 | Myers, Shayla R. | 0.1 | DRC - Draft Court Document | Motion for Sanctions | finalize brief cites | $1,025 | $ 102.50 |
| 8/8/2025 | Myers, Shayla R. | 2.4 | DRC - Draft Court Document | Motion for Sanctions | draft fees motion | $1,025 | $ 2,460.00 |
| 8/8/2025 | Myers, Shayla R. | 1.4 | DRC - Draft Court Document | Motion for Sanctions | edits to fees motion | $1,025 | $ 1,435.00 |
| 8/8/2025 | Myers, Shayla R. | 0.6 | IC - Internal Communication | Motion for Sanctions | call w/ IG re filing work assignments, declaration | $1,025 | $ 615.00 |
| 8/8/2025 | Myers, Shayla R. | 0.1 | IC - Internal Communication | Motion for Sanctions | call w/ Cathy S re [Redact] | $1,025 | $ 102.50 |
| 8/8/2025 | Myers, Shayla R. | 0.4 | DRC - Draft Court Document | Motion for Sanctions | draft declaration | $1,025 | $ 410.00 |
| 8/8/2025 | Myers, Shayla R. | 0.1 | DRC - Draft Court Document | Case Administration | calculate fees | $1,025 | $ 102.50 |
| 8/8/2025 | Myers, Shayla R. | 0.6 | DRC - Draft Court Document | Motion for Sanctions | calculate fees | $1,025 | $ 615.00 |
| 8/8/2025 | Myers, Shayla R. | 0.8 | DRC - Draft Court Document | Motion for Sanctions | edits to brief, cites | $1,025 | $ 820.00 |
| 8/8/2025 | Myers, Shayla R. | 0.4 | DRC - Draft Court Document | Motion for Sanctions | draft proposed order | $1,025 | $ 410.00 |
| 8/8/2025 | Geczy, Isabelle | 0.4 | DRC - Draft Court Document | Motion for Sanctions | review fees motion draft | $600 | $ 240.00 |
| 8/8/2025 | Geczy, Isabelle | 0.1 | MT - Meeting | Motion for Sanctions | call with SRM re: citation question for fees motion | $600 | $ 60.00 |
| 8/8/2025 | Geczy, Isabelle | 0.2 | MT - Meeting | Motion for Sanctions | call with SRM and LB re: final tasks for fees motion filing | $600 | $ 120.00 |
| 8/8/2025 | Geczy, Isabelle | 0.5 | MT - Meeting | Motion for Sanctions | call w/ SRM re: fees motion tasks for motion finalization | $600 | $ 300.00 |
| 8/8/2025 | Geczy, Isabelle | 1.1 | DRC - Draft Court Document | Motion for Sanctions | add citations to motion for fees | $600 | $ 660.00 |
| 8/8/2025 | Bautista, Litzy | 0.3 | DRC - Draft Court Document | Motion for Sanctions | srm dec exhibits | $275 | $ 82.50 |
| 8/8/2025 | Bautista, Litzy | 0.2 | DRC - Draft Court Document | Motion for Sanctions | prepare exhibits for SRM declaration | $275 | $ 55.00 |
| 8/8/2025 | Bautista, Litzy | 0.2 | MT - Meeting | Motion for Sanctions | meeting with srm and ig re assignments for fees motion/filing | $275 | $ 55.00 |
| 8/8/2025 | Bautista, Litzy | 1 | DRC - Draft Court Document | Motion for Sanctions | format exhibits for Carol Sobel declaration | $275 | $ 275.00 |
| 8/8/2025 | Myers, Shayla R. | 1.1 | DRC - Draft Court Document | Motion for Sanctions | final edits and finalize motion for attorneys fees | $1,025 | $ 1,127.50 |
| **Total Hours** | | **247.9** | | | | **Total** | **$ 201,182.50** |
| | | | | | | **Removed Entries Total** | **$ 33,480.00** |
| | | | | | | **Total Excluding Removed Entries** | **$ 167,702.50** |
| | | | | | | **40 Percent of Net Total** | **$ 67,081.00** |

7