**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date:  September 8, 2025

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

|  Karlen Dubon  |  Not Present  |
| :---: | :---: |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| :---: | :---: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):     ORDER SETTING STATUS CONFERENCE ON SPECIAL MASTER BILLING ON SEPTEMBER 16, 2025**

Special Master Michele Martinez informed the Court that she has not received payment from the City of Los Angeles for three invoices for May 2025, June 2025, and July 2025. The August 2025 invoice is also pending payment. These invoices were submitted following Special Master Martinez's testimony at the evidentiary hearing in May and June 2025. The City shall be prepared to explain its non-payment.

The hearing will take place in Courtroom 1 at the First Street Courthouse in Los Angeles on September 16, 2025, at 9 a.m.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                              Initials of Deputy Clerk: kdu

CIVIL-GEN