## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 2:20-cv-02291-DOC-KES                          Date:  September 10, 2025

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):  ORDER ON LAHSA RECOUPMENT OF MEASURE H FUNDS AND CITY CONTROLLER WEBSITE**

Since November 2024, LAHSA has provided the Court and the public several updates on its ongoing recoupment of Measure H working capital advances. The most recent update from LAHSA is from May 15, 2025. *See* Second Amended Minutes of May 15, 2025, Exhibit A (Dkt. 908) (also attached here as Exhibit A).

The Court orders LAHSA to provide the Court with an update on its recoupment efforts by the hearing in this case set for Tuesday, September 16, 2025, at 9 a.m. in Los Angeles. LAHSA is ordered to be present at the hearing.

Additionally, the Court orders the City Controller Kenneth Mejia to appear at the hearing and present progress on a public website on homelessness spending. In the Court's most recent opinion on settlement compliance, the Court again requested "that the City update its public website to include all service provider contracts and invoices particularly those tied to beds reported under the Settlement Agreement." Dkt. 991 at 50.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date: September 10, 2025

                                                                    Page 2

        The Court's prior Minute Orders about the September 16, 2025 hearing (Dkt. 1026, 1031) are attached here for reference as Exhibit B and C.

        The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                    Initials of Deputy Clerk: kdu

CIVIL-GEN

# Exhibit A

## Los Angeles Homeless Services Authority (LAHSA)
## Measure H Working Capital Advance Recoupment Tracker
## as of April 18, 2025

| | | Total Advances Issued as of 7/8/24 | | Advance Balances as of Previous Court Hearing (3/27/25) | | Additional Recoupments Since Previous Court Hearing (3/27/25) | | Total Recoupments through 4/18/25 | | Current Advance Balances as of 4/18/25 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Service Providers** | | | | | | | | | | |
| 1 | 1736 Family Crisis Center | $ | 914,593 | $ | 634,643 | $ | 97,637 | $ | 377,587 | $ | 537,006 |
| 2 | 211 LA County | $ | 73,938 | $ | - | $ | - | $ | 73,938 | $ | - |
| 3 | Coalition for Responsible Community Development | $ | 268,421 | $ | 200,921 | $ | 22,500 | $ | 90,000 | $ | 178,421 |
| 4 | Community Partners fbo Safe Place For Youth | $ | 64,274 | $ | 55,349 | $ | 14,280 | $ | 23,205 | $ | 41,069 |
| 5 | Covenant House California | $ | 491,468 | $ | 341,296 | $ | 54,608 | $ | 204,780 | $ | 286,688 |
| 6 | First to Serve | $ | 755,528 | $ | 671,580 | $ | 23,378 | $ | 107,326 | $ | 648,202 |
| 7 | Harbor Interfaith Services, Inc. | $ | 2,229,945 | $ | 1,910,996 | $ | - | $ | 318,949 | $ | 1,910,996 |
| 8 | Hathaway-Sycamores Child and Family Services | $ | 1,128,937 | $ | 807,695 | $ | 99,194 | $ | 420,436 | $ | 708,501 |
| 9 | Home at Last Community Development Corporation | $ | 797,681 | $ | 797,681 | $ | - | $ | - | $ | 797,681 |
| 10 | Homeless Health Care LA | $ | 299,682 | $ | 294,338 | $ | - | $ | 5,344 | $ | 294,338 |
| 11 | Hope of the Valley Rescue Mission | $ | 68,250 | $ | 34,125 | $ | - | $ | 34,125 | $ | 34,125 |
| 12 | Jovenes, Inc. | $ | 449,117 | $ | 335,074 | $ | 10,809 | $ | 124,852 | $ | 324,265 |
| 13 | L.A. Family Housing Corporation | $ | 6,373,401 | $ | 4,502,640 | $ | - | $ | 1,870,761 | $ | 4,502,640 |
| 14 | National Health Foundation | $ | 52,317 | $ | - | $ | - | $ | 52,317 | $ | - |
| 15 | New Directions, Inc. | $ | 34,347 | $ | 34,347 | $ | - | $ | - | $ | 34,347 |
| 16 | People Assisting the Homeless | $ | 8,274,239 | $ | 8,233,658 | $ | - | $ | 40,581 | $ | 8,233,658 |
| 17 | Rainbow Services | $ | 118,317 | $ | 118,317 | $ | - | $ | - | $ | 118,317 |
| 18 | Sanctuary of Hope | $ | 344,884 | $ | 191,780 | $ | - | $ | 153,104 | $ | 191,780 |
| 19 | Special Services For Groups, Inc. | $ | 6,674,335 | $ | - | $ | - | $ | 6,674,335 | $ | - |
| 20 | St. Anne's Maternity Home | $ | 326,067 | $ | 186,557 | $ | 8,111 | $ | 147,621 | $ | 178,446 |
| 21 | St. Joseph's Center | $ | 2,930,300 | $ | 2,576,104 | $ | 110,000 | $ | 464,196 | $ | 2,466,104 |
| 22 | Testimonial Community Love Center | $ | 388,684 | $ | 388,684 | $ | - | $ | - | $ | 388,684 |
| 23 | The Midnight Mission | $ | 448,950 | $ | 448,950 | $ | - | $ | - | $ | 448,950 |
| 24 | The People Concern | $ | 3,812,087 | $ | 3,762,698 | $ | - | $ | 49,389 | $ | 3,762,698 |
| 25 | The Village Family Services | $ | 869,561 | $ | 709,908 | $ | 221,846 | $ | 381,499 | $ | 488,062 |
| 26 | The Whole Child | $ | 914,426 | $ | 893,651 | $ | - | $ | 20,775 | $ | 893,651 |
| 27 | Union Station Homeless Services | $ | 2,035,055 | $ | 1,989,852 | $ | - | $ | 45,203 | $ | 1,989,852 |
| 28 | United Friends of the Children | $ | 783,533 | $ | 652,943 | $ | - | $ | 130,590 | $ | 652,943 |
| 29 | United States Veterans Initiative, Inc. | $ | 229,119 | $ | 177,599 | $ | - | $ | 51,520 | $ | 177,599 |
| 30 | Upward Bound House | $ | 262,105 | $ | 205,908 | $ | - | $ | 56,197 | $ | 205,908 |
| 31 | Valley Oasis (formerly Antelope Valley Domestic Violence Council) | $ | 2,684,614 | $ | 1,840,371 | $ | 295,649 | $ | 1,139,892 | $ | 1,544,722 |
| 32 | Volunteers of America of Los Angeles | $ | 5,050,169 | $ | 3,421,469 | $ | 271,450 | $ | 1,900,150 | $ | 3,150,019 |
| 33 | Weingart Center Association | $ | 436,051 | $ | 436,051 | $ | - | $ | - | $ | 436,051 |
| 34 | Whitter Area First Day Coalition | $ | 206,833 | $ | 155,083 | $ | 23,000 | $ | 74,750 | $ | 132,083 |
| | **Totals** | $ | **50,791,228** | $ | **37,010,267** | $ | **1,252,462** | $ | **15,033,423** | $ | **35,757,805** |

Note: Repayment agreement letters have been signed and returned by all Service Providers, except United States Veterans Initiative, Inc.  LAHSA sent initial repayment notices, subsequent reminders via email and certified mail, and letters on non-compliance.  Legal action may be required for collection.  The target total recoupment deadline is March 2027.

# Exhibit B

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date:  August 29, 2025

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER SETTING STATUS CONFERENCE ON MONITOR SELECTION ON SEPTEMBER 16, 2025**

The Court ordered the Parties to meet and confer on selecting a third-party Monitor by August 22, 2025, and to select the Monitor by September 12, 2025, subject to the Court's approval (Dkt. 991). Accordingly, the Court sets a status conference on the selection of the Monitor on September 16, 2025, at 9 a.m. at the First Street Courthouse in Los Angeles.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                          Initials of Deputy Clerk: kdu

CIVIL-GEN

# Exhibit C

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                          Date:  September 8, 2025

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS):   **ORDER SETTING STATUS CONFERENCE ON SPECIAL MASTER BILLING ON SEPTEMBER 16, 2025**

Special Master Michele Martinez informed the Court that she has not received payment from the City of Los Angeles for three invoices for May 2025, June 2025, and July 2025. The August 2025 invoice is also pending payment. These invoices were submitted following Special Master Martinez's testimony at the evidentiary hearing in May and June 2025. The City shall be prepared to explain its non-payment.

The hearing will take place in Courtroom 1 at the First Street Courthouse in Los Angeles on September 16, 2025, at 9 a.m.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                    Initials of Deputy Clerk: kdu

CIVIL-GEN