UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
matthew@umklaw.com
elizabeth@umklaw.com

*Attorneys for Plaintiffs*

GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
   tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
   mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
   kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
   bhamburger@gibsondunn.com
ANGELIQUE KAOUNIS, SBN 209833
   akaounis@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
   pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

[*Additional Counsel on Following Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>                    Defendant. | CASE NO. 2:20-cv-02291 DOC (KES)<br><br>Honorable David O. Carter,<br>United States District Judge<br><br>**JOINT SUBMISSION RE: SELECTION OF THIRD-PARTY MONITOR**<br><br>Action Filed:     March 10, 2020 |

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978-7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

The City of Los Angeles ("City") and Plaintiff LA Alliance for Human Rights ("LA Alliance") (collectively, the "Parties") have met and conferred on the selection of a third-party monitor pursuant to Section 7.2 of the Settlement Agreement [Dkt. 429-1] and the Court's order dated June 24, 2025 [Dkt. 991]. The Parties jointly propose that one of the following serve as the third-party monitor, subject to Court and City Council approval, subject to their willingness to serve as the monitor, and subject to the qualifications below:

1. Ron Galperin, former City Controller; or
2. McKinsey & Company.

The City expressly reserves the right to withdraw its agreement to any of the above names in the event City Council does not authorize their selection. LA Alliance expressly reserves the right to withdraw its agreement to either potential monitor in the event a conflict of interest, or inability to perform the work, is established by disclosures from the potential monitors or independent investigation.

LA Alliance believes that the appointed monitor will need to be assisted by a team with the requisite data, technological, and infrastructure training, knowledge, and experience at the City's cost. The City believes that it is premature to decide whether such a team will be necessary and that the need for such a team should be resolved in consultation with the monitor once approved by the Court and City Council.

JOINT SUBMISSION RE: SELECTION OF THIRD-PARTY MONITOR

DATED: September 12, 2025          UMHOFER, MITCHELL & KING LLP


By: */s/ Elizabeth A. Mitchell*
Elizabeth A. Mitchell
*Attorneys for Plaintiffs*


GIBSON, DUNN & CRUTCHER LLP

DATED: September 12, 2025

By: */s/ Theane Evangelis*
Theane Evangelis

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

<u>Local Rule 5-4.3.4 Attestation</u>

I attest that all counsel of record concur in this filing's content and have authorized the filing.

By: */s/ Theane Evangelis*
Theane Evangelis