**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC(KESx)          Date: September 16, 2025

Title:    LA Alliance for Human Rights, et al v. City of Los Angeles, et al.

PRESENT:    THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Deputy | Court Reporter |

| **Attorneys Present for Plaintiff:** | **Attorneys Present for Defendant:** |
|---|---|
| Elizabeth Mitchell | **City of Los Angeles:** |
| Matthew Umhofer | Kahn Scolnick, Arlene, Hoang, Jessica Mariani, |
| **Intervenor:** | Bradley Hamburger |
| Shayla Myers | **Los Angeles County :** |
|  | Lauren Brody, Mira Hashmall |

PROCEEDINGS:          STATUS CONFERENCE RE MONITOR SELECTION

Case called.  Also present is Special Master Michele Martinez.

The Court and counsel confer.

By stipulation of the parties, Daniel Gerrie and Ron Galperin are selected as the proposed Third Party Monitors pending Los Angeles City Counsel approval.

The Court orders the transcript of this hearing designated as the official court record and the transcript for the hearing on September 16, 2025 be made available on the docket forthwith free of charge to all ordering parties.

The Court further orders the transcript be produced at Government expense, billed at the daily rate.

The transcript will also be available to download on the Court's Cases of Interest web page, located here: https://www.cacd.uscourts.gov/newsworthy/cases-of-interest.

cc:    CourtRecording_CACD@cacd.uscourts.gov
       Transcripts_CACD@cacd.uscourts.gov
       Reporter_CACD@cacd.uscourts.gov

                                                        2 : 05

                                        Initials of Deputy Clerk:  kd

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., | CASE NO. 2:20-cv-02291 DOC (KES) |
| Plaintiffs, | Honorable David O. Carter,<br>United States District Judge |
| v. | **RECEIVED EXHIBIT LIST FOR EVIDENTIARY HEARING** |
| CITY OF LOS ANGELES, a Municipal entity, et al., | |
| Defendant. | |

| Ex. | ECF No. | Description | | |
|---|---|---|---|---|
| 1 | 136 | Roadmap binding term sheet | | |
| 2 | 185-1 | MOU Between the County and City of Los Angeles | | |
| 3 | 186-1 | Homelessness Roadmap Quarterly Report | | |
| 5 | 267-1 | Homelessness Roadmap Quarterly Report | | |
| 22 | 891-1 | Homelessness Roadmap Quarterly Report | | |
| 23 | 905 | A&M Independent Assessment of City-Funded Homelessness Assistance Programs | | |
| 24 | | Housing-Shelter Alliance Milestones | | |
| 25 | 429-1 | Amended Fully Executed Stipulation Order of Dismissal as to Defendant City of Los Angeles - Ex. 1, Settlement Agreement | | |
| 26 | 516-1 | Alliance Settlement Agreement Quarterly Report | | |
| 27 | 539-1 | Alliance Settlement Agreement Quarterly Report | | |
| 28 | 598-1 | Alliance Settlement Agreement Quarterly Report | | |
| 29 | 652-1 | Alliance Settlement Agreement Quarterly Report | | |
| 30 | 660-1 | Alliance Settlement Agreement Quarterly Report | | |

1

RECEIVED EXHIBIT LIST

2:20-cv-02291 DOC (KES)

| Ex. | ECF No. | Description | | |
|-----|---------|-------------|---|---|
| 31 | 728-1 | Alliance Settlement Agreement Quarterly Report | | |
| 32 | 757-1 | Alliance Settlement Agreement Quarterly Report | | |
| 33 | 797-1 | Alliance Settlement Agreement Quarterly Report | | |
| 34 | 858-1 | Alliance Settlement Agreement Quarterly Report | | |
| 35 | 892-1 | Alliance Settlement Agreement Quarterly Report | | |
| 36 | | Tracking Chart of City Settlement | | |
| 37 | 863 | LA Alliance Motion for Order re Settlement Agreement Compliance | | |
| 38 | 863-1 | Mitchell Declaration | | |
| 39 | 863-2 | Ex. A - Settlement Agreement | | |
| 40 | 863-3 | Ex. B - Order Approving Stipulated Dismissal and Proposed Settlement | | |
| 41 | 863-4 | Ex. C - Alliance Potential Project List | | |
| 42 | 864-5 | Ex. D - Housing-Shelter Alliance Milestones | | |
| 43 | 863-6 | Ex. E - Encampment Engagement, Cleaning, and Resolution | | |

| Ex. | ECF No. | Description | | |
|---|---|---|---|---|
| 44 | 863-7 | Ex. F - Report from City re Homelessness Emergency Account, Dec. 26, 2024 | | |
| 45 | 863-8 | Ex. G - Demand for Breach of Settlement Agreement, Aug. 16, 2024 | | |
| 46 | 863-9 | Ex. H. - Notice of Violation of Settlement Agreement | | |
| 47 | 863-10 | Ex. I - Encampment Milestones | | |
| 48 | 871 | City of Los Angeles Opposition to Motion for Order re Settlement Agreement Compliance | | |
| 49 | 872 | LA Alliance Reply ISO Motion for Order re Settlement Agreement Compliance | | |
| 50 | 872-1 | Mitchell Declaration | | |
| 51 | 872-2 | Ex.1 - Email dated Jan. 15, 2025 | | |
| 52 | 874 | Order re Plaintiff's Motion re Settlement Agreement Compliance | | |
| 53 | 899 | Plaintiff's Response re Issues Raised by Court on March 27, 2025 | | |
| 54 | 899-1 | Mitchell Declaration | | |
| 55 | 899-2 | Ex. 1 - LAHSA Memo TLS Beds Open to Date and Clients Served in Roadmap Reports | | |
| 56 | 899-3 | Ex. 2 - LAHSA JPA Agreement, Feb. 28, 2001 | | |
| 59 | | Encampment Summary Chart | | |

RECEIVED EXHIBIT LIST
2:20-cv-02291 DOC (KES)

| Ex. | ECF No. | Description | | |
|---|---|---|---|---|
| | | | | |
| 60 | 757-2 | Alliance Settlement Agreement Encampment Quarterly Reports | | |
| 61 | 797-2 | Alliance Settlement Agreement Encampment Quarterly Reports | | |
| 62 | 858-2 | Alliance Settlement Agreement Encampment Quarterly Reports | | |
| 63 | 892-2 | Alliance Settlement Agreement Encampment Quarterly Reports | | |
| 65 | 668-1 | Michell Declaration and Exs. A-J | | |
| 66 | 669 | City Opposition to Motion for Order re Settlement Agreement Compliance and for Sanctions | | |
| 72 | 669-6 | Ex. 5 - City Correspondence re Alliance Settlement Agreement Progress as of September 30, 2023, Dec. 1, 2023 | | |
| 74 | 672 | LA Alliance Reply ISO Motion for Order re Settlement Agreement Compliance and Sanctions | | |
| 82 | | HUD Audit re LAHSA | | |
| 83 | | HUD Audit re LAHSA | | |
| 84 | | LA County Auditor Follow Up Review of LAHSA | | |

4

| Ex. | ECF No. | Description | | |
|-----|---------|-------------|--|--|
| 85 | | LA City Controller Audit Improving LAHSA Outreach Program | | |
| 86 | | LA City Controller Review of Proposition HHH | | |
| 87 | | County of Los Angeles LAHSA Audit | | |
| 88 | | HUD Audit re LAHSA | | |
| 89 | | LA City Controller Audit Interim Housing Bed Availability Data | | |
| 90 | 674 | Special Master Independent Monitoring Report Year One | | |
| 91 | | County of Los Angeles LAHSA Audit | | |
| 92 | | LA City Controller Homelessness Audit: Pathways to Permanent Housing | | |
| 93 | 904 | Special Master Independent Monitoring Report and Recommendations No. 2 | | |
| 95 | | 2022 Greater Los Angeles Homeless Count - City of Los Angeles Council District 2 | | |
| 109 | | Redesign Required: Lessons for Permanent Supportive Housing from Skid Row Housing Trust Buildings | | |
| 113 | 775 | City of Los Angeles Proposed Bed Plan (withdrawn) | | |

RECEIVED EXHIBIT LIST
2:20-cv-02291 DOC (KES)

| Ex. | ECF No. | Description | | |
|-----|---------|-------------|---|---|
| | | | | |
| 114 | | LA Alliance Milestones Potential Project List | | |
| 126 | | LA Alliance Open Beds Charts | | |
| 131 | 878 | Transcript Mar. 27, 2025 Hearing re Mot. for SA Comp | | |
| 133 | 909 | Transcript May 15, 2025 Status Conference re A&M Audit | | |
| 140 | | The City of Los Angeles and County of Los Angeles Joint Status Report re MOU | | |
| 141 | | LAist Article dated 5.15.25 | | |
| 142 | | Final resolution re Prop HHH | | |
| 143 | | The High-Cost-of-Homeless-Housing_Review-of-Prop-HHH | | |
| 150 | | Video – HHC Meeting 1.29.25 | | |
| 151 | | Video – HHC Meeting 2.12.25 | | |
| 152 | | Video: Regular City Council 5-20-2025 | | |
| 153 | | Video: Mayor Karen Bass State of The City 2025 | | |
| 154 | | Video: Budget Hearing 5-1-2025 | | |
| 155 | | Video: Homelessness and Poverty Committee - September 9, 2021 (at time 43:43) | | |

RECEIVED EXHIBIT LIST
2:20-cv-02291 DOC (KES)

| Ex. | ECF No. | Description | | |
|---|---|---|---|---|
| 156 | | Video: Homelessness and Poverty Committee - September 22, 2022 10:00 AM (at time 56:04) | | |
| 157 | | Video: Housing and Homelessness Committee - August 02, 2023 02:00 PM (at time 1:27:37) | | |
| 158 | | Video: Regular City Council - May 22, 2025 (at time 7:39:31) | | |
| | | | | |

## Intervenor's Exhibit

| Ex. | ECF No. | Description | | |
|---|---|---|---|---|
| 302 | 892 | City's Quarterly Status Report | | |
| 305 | | CARE/CARE+ Schedules | | |

## Defendant City of Los Angeles's Exhibits

| Ex. | ECF No. | Description | | |
|---|---|---|---|---|
| 205 | 743 | A&M Engagement Letter | | |
| 206 | 779 | City's approval of Amendment One to A&M engagement letter | | |
| 208 | | Government Auditing Standards | | |
| 210 | | Agreement for Special Master Services | | |

RECEIVED EXHIBIT LIST
2:20-cv-02291 DOC (KES)

| | | | | |
|---|---|---|---|---|
| 211 | | Renewal Special Master Agreement | | |
| 212 | | Special Master Invoice dated 4.4.25 | | |
| 213 | | Order re Appointment of Special Master | | |
| 214 | | Los Angeles Daily News Article dated 5.25.25 | | |
| 215 | | Diane Rafferty Bio | | |
| 216 | | Email between City of Los Angeles and LA Alliance re Revised Plans and Milestones dated 12.29.23 | | |
| 217 | | Email between City of Los Angeles and LA Alliance re Meet and Confer pursuant to section 8.2 dated 2.28.25 | | |
| 218 | | Email between City of Los Angeles and LA Alliance re Meet and Confer pursuant to section 8.2 dated 3.25.25 | | |
| 219 | | LAist article dated 8.3.23 | | |
| 220 | | Michele Martinez Bio | | |

RECEIVED EXHIBIT LIST
2:20-cv-02291 DOC (KES)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,

         Plaintiffs,

    v.

CITY OF LOS ANGELES, *et al.*,

         Defendants.

Case No. 2:20-CV-02291-DOC-KES

Assigned to Judge David O. Carter

**WITNESS LIST**

Before:  Hon. David O. Carter

| Witness Name | Date of OST 2025 |
|---|---|
| 1. Laura Frost | May 27 - May 28, 2025;  June 3, 2025 |
| 2. Diane Rafferty | May 28, 2025 |
| 3. Paul Webster | May 27, 2025;  June 3, 2025 |
| 4. Brian Ulf | June 2, 2025 |
| 5. Elizabeth Funk | May 29, 2025 |
| 6. Lee Raagas | June 2, 2025 |
| 7. John Maceri | June 3, 2025 |
| 8. Michele Martinez | June 3, 2025; June 4, 2025 |
| 9. Dewey Terry | June 3, 2025 |
| 10. Don Garza | May 27, 2025 |
| 11. Emily Vaughn Henry | May 27, 2025 |
| 12. Matt Szabo | May 28t- May 30, 2025;  June 2, 2025 |
| 13. Dr. Etsemaye P. Agonafer | May 29, 2025 |

1

*WITNESS LIST*