**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date:  October 2, 2025

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

PRESENT:        THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS):   **ORDER RE JOINT STATUS REPORT FOR APPOINTMENT OF THIRD-PARTY MONITOR**

At the September 16, 2025 status conference "[b]y stipulation of the parties, Daniel Gerrie and Ron Galperin [were] selected as the proposed Third Party Data Monitors pending Los Angeles City Council approval." Status Conference Re Monitor Selection (Dkt. 1036) at 1. Furthermore, the City of Los Angeles's counsel represented at that hearing that "our office would certainly help prioritize getting it on the agenda and making the recommendation [to the Council]." Status Conference Tr. (Dkt. 1034) at 8:4-6.

To date, the Court has received no updates regarding the Los Angeles City Council's approval of the proposed Third Party Monitors. Accordingly, the Parties are **ORDERED** to submit by Friday, October 3, 2025 at 5:00 p.m., a Joint Status Report of no more than five pages detailing the status of the Los Angeles City Council's approval of the of the proposed Third Party Monitors.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                              Initials of Deputy Clerk: kdu

CIVIL-GEN