GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
  pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

[*Additional Counsel on Following Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>              Plaintiffs,<br><br>     v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>              Defendant. | CASE NO. 2:20-cv-02291 DOC (KES)<br><br>Honorable David O. Carter,<br>United States District Judge<br><br>**NOTICE OF SUBMISSION OF DEFENDANT CITY OF LOS ANGELES' UPDATED BED PLAN AND MILESTONES**<br><br>Action Filed:     March 10, 2020 |

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978-7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Pursuant to the Court's order dated June 24, 2025, Dkt. 991, the City of Los Angeles ("City") hereby submits an updated "bed plan" and bed creation milestones, as set forth in the Alliance Settlement Agreement (ASAP) Bed Plan and Strategy Report from the City Administrative Officer, dated September 16, 2025 (attached hereto as **Exhibit A**), and the Housing and Homelessness Committee Report, dated September 25, 2025 (attached hereto as **Exhibit B**). These were approved by the City Council on September 30, 2025, and adopted by Mayor Bass on October 2, 2025. *See* **Exhibit C**.

DATED: October 3, 2025

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Bradley J. Hamburger*
    Bradley J. Hamburger

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

1

NOTICE OF SUBMISSION OF DEFENDANT CITY OF LOS ANGELES' UPDATED BED PLAN AND MILESTONES