# Exhibit A

FORM GEN. 160

## CITY OF LOS ANGELES
INTER-DEPARTMENTAL CORRESPONDENCE

0220-05151-0737

Date:          September 16, 2025

To:          The City Council                    Council File No: 23-1022-S18
                                                  Council Districts: All

From:        Matthew W. Szabo
             City Administrative Officer

Subject:     **ALLIANCE SETTLEMENT AGREEMENT (ASAP) BED PLAN AND STRATEGY**

On March 10, 2020, the LA Alliance for Human Rights, a coalition of downtown Los Angeles residents and business owners, including persons who are currently experiencing and have formerly experienced homelessness, filed suit against the City and the County of Los Angeles ("County") for violating various State and federal laws in connection with the City's and County's alleged failures in responding to homelessness.

On May 15, 2020, the U.S. District Court of Central District of California (District Court) issued a preliminary injunction requiring the City and the County to relocate and shelter all homeless individuals living near freeway overpasses, underpasses, and ramps. On June 16, 2020, the City reached an agreement with the County to create 6,700 homeless housing units within 18 months to address the COVID-19 emergency. This agreement is referred to as the Covid-19 Homelessness Roadmap or the Freeway Agreement. The City has met all obligations under the agreement. The Roadmap agreement ended June 30, 2025.

On June 14, 2022, the District Court approved a Settlement Agreement (Settlement) between the City and the plaintiffs and dismissed the City from the lawsuit. The District Court retained jurisdiction for a period of five years to enforce the terms of the Settlement and appointed a special master to assist the District Court to monitor and enforce the terms of the Settlement.

The Settlement is a five-year agreement beginning June 14, 2022, and ending June 13, 2027. Under the Settlement terms, the City will create 12,915 new shelter or housing solutions that are equitably distributed across the City. In addition to the Citywide required number, target numbers for each Council District were established based on the 2022 Point in Time Count. The type of housing or shelter interventions used toward the Settlement are determined at the City's sole discretion. The City may not use any interventions toward the Settlement that opened prior to the Settlement start date of

Exhibit A - 3

June 14, 2022, or any interventions used to satisfy the City's June 16, 2020, Roadmap agreement.

On May 2, 2024, the City and County entered into a Memorandum of Understanding (MOU) relative to the Alliance Settlement Agreement. In accordance with the MOU, the County will reimburse for services at interim housing sites counting toward the City's Settlement obligations. The County's reimbursement for services is limited to a maximum of 3,100 interim housing units and a total amount not to exceed $259,000,000. With regard to permanent housing, under a separate MOU, the County will contract for and fund permanent supportive housing (PSH) services for PSH units established by the City. This obligation is reiterated in the MOU relative to the Alliance Settlement Agreement (C.F. 23-1022-S4; May 31, 2024).

On June 24, 2025, in response to a motion filed by the plaintiffs in the Alliance case and following an evidentiary hearing, the District Court ordered the City to provide an updated bed plan for how it intends to meet its obligation to create 12,915 shelter or housing solutions by the end of the Settlement agreement term, along with updated bed creation milestones consistent with the updated bed plan. The District Court set a deadline of October 3, 2025 for the submission of the updated bed plan and milestones. On August 15, 2025, Council instructed the CAO, along with the Los Angeles Housing Department (LAHD), with the support of the Office of the Chief Legislative Analyst (CLA) and in consultation with the Los Angeles Homeless Services Authority (LAHSA), to report back to council within 60 days on the bed plan, including a cost benefit analysis of permanent housing interventions that are feasible to bring online within the settlement term, bed plan options broken down by typology and timeline to lease up, corresponding strategies to identify, fund, and bring online the additional beds needed to meet the obligation, and corresponding strategies to match and lease up individuals in an equitable manner across all council districts from interim housing sites. This report provides a proposed bed plan for the Council's consideration in order to meet the Court deadline of October 3, 2025. Additional information, including matching and lease up strategies, will be addressed in a follow up report to be released by the 60 day deadline.

**DISCUSSION**

**Quarterly Progress: April 1, 2025 - June 30, 2025**

The City reports to the District Court quarterly on progress toward meeting the Settlement requirements. The last quarterly reporting period was through June 30, 2025 (C.F. 23-1022-S20, August 15, 2025). Attachment 1 - Alliance Settlement Agreement Project List by Council District as of June 30, 2025 shows the list of sites open and in process that are being counted toward the Settlement Agreement.

*Beds/Units Open and In Progress as of June 30, 2025*

As of June 30, 2025, of the 12,915 beds or units required under the Settlement, 7,440 beds or units are open and 3,776 beds or units are in progress, for a total of 11,216

Exhibit A - 4

- 3 -

beds or units that satisfy the intent of the Settlement. The difference between the 12,915 beds or units required by June 13, 2027 and the 11,216 beds or units currently open and in process is 1,699. Attachment 2 - Alliance Settlement Agreement Progress as of June 30, 2025 shows both Citywide and Council District totals.

The 7,440 beds or units open as of June 30, 2025, include the following:
- 1,760 interim housing (IH) beds
  - 545 Inside Safe Hotel/Motel Booking Agreement units
  - 653 Inside Safe Hotel/Motel Occupancy Agreement units
  - 562 other IH units

- 5,680 permanent supportive housing (PSH) units
  - 545 Project Homekey-2 units
  - 125 Project Homekey-3 units
  - 3,764 Prop HHH units
  - 682 Master Lease units
  - 564 other PSH units

The 3,776 beds or units in progress as of June 30, 2025 include the following:
- 694 IH beds
  - 211 Project Homekey-3 beds
  - 483 Behavioral Health Continuum Infrastructure Program - Emergency Stabilization Beds Grant Funds beds
- 3,082 PSH units
  - 130 Project Homekey-1 units
  - 694 Project Homekey-2 units
  - 24 Project Homekey-3 units
  - 1,166 Prop HHH units
  - 1,068 other PSH units

**Proposed Bed Plan**

As of June 30, 2025, 1,699 beds or units are needed to meet the target of 12,915 beds or units required under the Settlement. Additionally, there are 394 PSH units that may experience delays, bringing the total potential gap to 2,093 beds or units.

*Table A: Alliance Settlement Status as of June 30, 2025*

| | |
|---|---:|
| Beds/Units Open | 7,440 |
| Beds/Units In Process | 3,776 |
| **Total Beds/Units Open and in Process** | **11,216** |
| Delta | 1,699 |
| Potential PSH Delayed Units | 394 |
| **Total Gap in Beds/Units** | **2,093** |

Exhibit A - 5

- 4 -

To bridge this gap, our Office proposes the following bed plan:

*Table B: Proposed Number of Beds*

| Intervention Type | | Proposed Bed Plan |
|---|---|---|
| Interim Housing (IH) Beds/Permanent Supportive Housing (PSH) Units | | 130 |
| Time-Limited Subsidy (TLS) | General | 1,800 |
| | RV Operations | 200 |
| | *TLS Subtotal* | *2,000* |
| **Total - New Interventions** | | **2,130** |

Of the 130 IH Beds/PSH Units:
- 17 are PSH units that will not require additional funding for leasing or services;
- 53 IH congregate beds are currently open as part of Inside Safe, but may require contract extensions to remain open through June 2027;
- 60 IH non-congregate are anticipated to open in October 2025, with funding recently approved in the Fifth Alliance Settlement Agreement Program Funding Report (C.F. 23–1022-S19)

The plan also recommends allocating 2,000 time-limited subsidies (TLS) for new participants, of which 200 would be allocated for RV operations. The current annual cost per subsidy per person is $24,309. To manage costs, it is recommended that the allocation of these TLS be staggered: 1,000 TLS to be allocated beginning FY 2025-26, with obligation through FY 2026-27 and an additional 1,000 TLS to be allocated in FY 2026-27, with obligation through FY 2027-28. The mix of interventions may be adjusted in the event that beds or units are added or removed from the pipeline.

**Estimated Costs**

Attachment 3 – Alliance Bed Plan Cost Breakdown provides a summary of the estimated cost for the proposed bed plan for FY 2025-26 through FY 2027-28. The estimated total costs across the three fiscal years is $112,589,449.

- FY 2025-26: $29,212,25;
  - $21,190,280 has funding identified;
  - $8,021,970 in additional funding will need to be identified in FY 2025-26;
- FY 2026-27: $53,820,950;
  - Funding to be identified in future reports;
- FY 2027-28: $29,556,249;
  - Funding to be identified in future reports;

- 5 -

The estimated cost is $29.2 million for FY 2025-26, which includes $4.9 million for non-congregate beds and $24.3 million for TLS. Funding for the 130 IH beds/PSH units beds ($4.9 million) has been approved in previous reports. The City can repurpose up to $16.3 million in Homeless Housing, Assistance, and Prevention Program (HHAP) funding, which was previously approved for Alliance Settlement Master Leasing costs (C.F. 23-1022-S5), to support the proposed FY 2025-26 TLS. Of this funding, $1.4 million is reserved for Transitional Age Youth (TAY). An additional $8 million in funding will need to be identified in FY 2025-26. This Office is exploring potential funding, including County Measure A LACAHSA funding, which is explained further in the next section of this report. TLS is not reimbursable by the County under the City and County MOU relative to the Alliance Settlement Agreement.

For subsequent years, the estimated cost is $53.8 million for FY 2026-27 and $29.6 million for FY 2027-28. The varying costs across fiscal years are primarily due to the staggered implementation of the TLS. While FY 2025-26 costs are supported by HHAP, this is a one-time implementation of savings. For FY 2026-27, the expected HHAP-6 award is $143.6 million, a decrease of $20.7 million from HHAP-5, which is fully obligated. There is no confirmed round of HHAP funding for FY 2027-28. Recommendations for funding future fiscal years will be provided in future reports as the City explores ways to reduce overall homelessness spending such that additional funding can be available to meet the City's Alliance Settlement obligations.

This strategy proposes utilizing TLS due to the cost effectiveness of the program as compared to interim housing and permanent supportive housing interventions, as presented to the Homeless Strategy Committee on September 11, 2025.[1] Based on data reported by LAHSA on exits from the program since July 2024, the TLS program has a high throughput with 67 percent of participants transitioning into a permanent situation after exiting from the program. The TLS program model has proven effective in communities nationwide[2], and a study completed in Los Angeles by the California Policy Lab showed that enrollment in TLS reduced future homelessness by 25 percent over four years.[3]

**Measure A**

In 2024, voters passed Measure A, a half-cent sales tax that provides funding to the new Los Angeles County Affordable Housing Solutions Agency (LACAHSA). LACAHSA distributes this revenue to jurisdictions within Los Angeles County based on an approved formula. In 2025-26, the City of Los Angeles is expected to receive

---

[1] Time Limited Subsidy Program: Opportunities to Strengthen Performance. Homeless Strategy Committee, Sept 11, 2025. https://cao.lacity.gov/Homeless/HSC/hsc20250911c.pdf
[2] National Alliance to End Homelessness (2014). Rapid Rehousing: A History and Core Components. https://endhomelessness.org/resources/policy-information/rapid-re-housing-a-history-and-core-components/
[3] Blackwell, B., Santillano, R. (2023). Do Time-Limited Subsidy Programs Reduce Homelessness for Single Adults?. California Policy Lab, University of California. https://capolicylab.org/do-time-limited-subsidy-programs-reduce-homelessness-for-single-adults/

$133,421,084 from LACAHSA. Of this, $39,560,271 is allocated for Renter Protection and Homelessness Prevention (RPHP) programs. The LACAHSA board is expected to approve the RPHP program guidelines prior to the end of September 2025. If the guidelines are approved as currently proposed, at least 20 percent of the allocation (approximately $7.9 million) must be spent on Legal Services and at least 40 percent (approximately $15.8 million) must be spent on Emergency Rental and Flexible Financial Assistance. The remaining funds, an estimated $15.8 million, could be spent on providing up to $36,000 of short term rental assistance and income support for up to 24 months to low income renters (potentially including people exiting homelessness). If the City is able to secure a waiver from the Legal Services minimum spending requirement, additional funds could be available for rental assistance and income support.

**Extremely Low Income (ELI) Units**

This Office is examining the feasibility of counting Extremely Low Income (ELI) units towards the Settlement goals beginning July 1, 2025. If feasible, this may reduce the cost and number of beds or units needed to bridge the gap in meeting the Settlement goals.

An ELI unit is an affordable housing unit specifically for households with an Extremely Low Income, defined as an income level at the federal poverty level or 30 percent or less of the Area Median Income (AMI), whichever is higher. AMI is the middle value of household incomes in areas as set by the Department of Housing and Urban Development (HUD). In many high-cost areas, the ELI limit is based on 30 percent of AMI, as this may be higher than the federal poverty line.

There is a shortage of available and affordable housing for ELI households. When extremely low-income individuals and families face a lack of units they can afford, there is an increased risk of housing instability, severe rent burdens, and ultimately, homelessness. Many ELI households spend a majority of their income on rent and utilities, leaving little for other essentials and putting them on the brink of housing instability. A single setback, like a medical emergency, job loss, or car repair, can trigger an eviction and homelessness.

**Proposed Revised Milestones**

Pursuant to the June 24, 2025 Order from the District Court, the City must submit updated bed creation milestones consistent with the updated bed plan by October 3, 2025. The prior milestones, based on available project timeline estimates, were submitted to the plaintiffs in accordance with the terms of the Settlement in November 2022.

Proposed updated milestones, beginning September 30, 2025, are provided in Attachment 4. The current milestones are also provided for reference. The proposed milestones are based on updated estimated project and TLS allocation timelines.

Exhibit A - 8

- 7 -

**RECOMMENDATION**

That the City Council, subject to approval by the Mayor:

1. APPROVE the proposed bed plan for 2,130 beds or units for the Alliance Settlement Agreement, as detailed in this report;

2. APPROVE the repurposing of up to $16,287,030 in Homeless Housing, Assistance, and Prevention Program (HHAP) Round 3 and 4 funding, previously approved for Alliance Settlement Master Leasing costs, to support time-limited subsidies (TLS) under the proposed bed plan;

3. INSTRUCT the Office of the City Administrative Officer (CAO) to identify an additional $8 million to support TLS for FY 2025-26 and report to Council on funding recommendations;

4. INSTRUCT the CAO to identify funding for costs associated with the proposed bed plan in the amounts of up to $53.8 million for FY 2026-27 and $29.6 million for FY 2027-28 and report to Council on funding recommendations;

5. INSTRUCT the CAO to report back on the feasibility and cost-benefit analysis of incorporating Extremely Low Income (ELI) Units towards the Alliance Settlement Agreement goal.

**FISCAL IMPACT STATEMENT**

There is no immediate General Fund impact as a result of the recommendations in this report. The recommendations in this report utilize the City's General Fund that was previously budgeted and approved for homelessness interventions and the Homeless Housing, Assistance, and Prevention funding. In light of this, there is a potential future General Fund impact of up to $53.8 million in FY 2026-27 and $29.6 million in FY 2027-28, if alternative funding sources are not identified.

**FINANCIAL POLICIES STATEMENT**

The recommendations in this report comply with the City Financial Policies in that budgeted funds are being used to fund recommended actions.

cc:       Tiena Johnson Hall, General Manager, Los Angeles Housing Department
          Sharon Tso, Chief Legislative Analyst
          Gita O'Neill, Interim Chief Executive Officer, LAHSA

Exhibit A - 9

- 8 -

Attachments:

Attachment 1 – Alliance Settlement Agreement Project List by Council District as of June 30, 2025

Attachment 2 – Alliance Settlement Agreement Progress as of June 30, 2025

Attachment 3 – Alliance Bed Plan Cost Breakdown

Attachment 4 – Current and Proposed Bed/Unit Creation Milestones

*MWS:ECG:YC:KML:SBL:MCF:16260031*

Exhibit A - 10

| | | Alliance Settlement Agreement Project List by Council District as of June 30, 2025 | | | | |
|---|---|---|---|---|---|---|
| Council District | Intervention Type | Project Type | Address / Location | Open & Occupiable Date | Status | Units/Beds |
| 1 | PSH | Prop HHH | Washington View Apartments 720 W WASHINGTON BLVD Los Angeles, CA 90015 | 06/30/2022 | Open | 91 |
| 1 | PSH | Homekey 2 | 740 Alvarado | 11/15/2022 | Open | 79 |
| 1 | PSH | Prop HHH | Firmin Court 418 N FIRMIN ST  Los Angeles, CA 90026 | 12/16/2022 | Open | 45 |
| 1 | PSH | Prop HHH | Ingraham Villa Apartments 1218 INGRAHAM ST  LOS ANGELES, CA 90017 | 04/19/2023 | Open | 90 |
| 1 | PSH | Non-Prop HHH | West Third Apartments 1900 W 3RD ST  Los Angeles, CA 90057 | 08/07/2023 | Open | 136 |
| 1 | PSH | Prop HHH | The Quincy (fka 2652 Pico) 2652 W PICO BLVD  Los Angeles, CA 90006 | 11/17/2023 | Open | 53 |
| 1 | PSH | Prop HHH | The Lake House (fka Westlake Housing) 437 S WESTLAKE AVE  Los Angeles, CA 90057 | 02/13/2024 | Open | 62 |
| 1 | PSH | Non-Prop HHH | 619 Westlake (fka Westlake 619) 619 S WESTLAKE AVE  Los Angeles, CA 90057 | 03/01/2024 | Open | 39 |
| 1 | IH | Interim Housing | Mayfair 1256 W 7th ST Los Angeles, CA 90017 | 05/01/2024 | Open | 294 |
| 1 | PSH | Prop HHH | Bryson II 2721 WILSHIRE BLVD  LOS ANGELES, CA 90057 | 06/20/2024 | Open | 48 |
| 1 | PSH | Prop HHH | Oak Apartments (fka 2745-2759 Francis Ave) 2745 W FRANCIS AVE  Los Angeles, CA 90005 | 10/18/2024 | Open | 63 |
| 1 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Stuart Hotel | 10/30/2024 | Open | 60 |
| | | | | | CD 1 Open | 1,060 |
| 1 | PSH | Non-Prop HHH | Miramar Gold 1434 W MIRAMAR ST CA 90026 | | In Process | 47 |
| 1 | PSH | Non-Prop HHH | Third Thyme 1435 W 3RD ST CA 90017 | | In Process | 52 |
| 1 | PSH | Non-Prop HHH | Grace Villas 216 S AVENUE 24  Los Angeles, CA 90031 | | In Process | 12 |
| 1 | PSH | Prop HHH | Grandview Apartments 714 S GRAND VIEW ST  Los Angeles, CA 90057 | | In Process | 54 |
| 1 | IH | Interim Housing (Modular Units) | 503 San Fernando Rd. | | In Process | 64 |
| 1 | PSH | Non-Prop HHH | Menlo Ave Apartments 1216 S Menlo Ave CA 90006 | | In Process | 50 |
| | | | | | CD 1 In Process | 279 |
| | | | | | CD 1 Total | 1,339 |
| 2 | PSH | Prop HHH | Sun Commons 6329 N CLYBOURN AVE  North Hollywood, CA 91606 | 08/07/2023 | Open | 51 |
| 2 | PSH | Prop HHH | NoHo 5050 5050 N BAKMAN AVE  North Hollywood, CA 91601 | 04/29/2024 | Open | 32 |
| 2 | PSH | Prop HHH | 11604 Vanowen (fka The Mahalia) 11604 VANOWEN ST  LOS ANGELES, CA 91605 | 08/13/2024 | Open | 48 |
| 2 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Willow Tree Inn and Suites | 11/07/2024 | Open | 34 |
| | | | | | CD 2 Open | 165 |
| 2 | PSH | Prop HHH | Confianza 14142 W VANOWEN ST  VAN NUYS, CA 91405 | | In Process | 63 |
| 2 | IH | Interim Housing (THV) | Van Nuys Metrolink 7724 Van Nuys Blvd. | | In Process | 100 |
| | | | | | CD 2 In Process | 163 |
| | | | | | CD 2 Total | 328 |
| 3 | PSH | Prop HHH | Bell Creek Apartments 6940 N OWENSMOUTH AVE Canoga Park, CA 91303 | 09/23/2022 | Open | 41 |
| 3 | PSH | Prop HHH | Reseda Theater Senior Housing (Canby Woods West) 7221 N CANBY AVE  Reseda, CA 91335 | 12/30/2022 | Open | 13 |
| 3 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Motel 6 | 03/09/2023 | Open | 71 |
| 3 | PSH | Non-Prop HHH | Palm Vista Apartments 20116 W SHERMAN WAY  Winnetka, CA 91306 | 09/29/2023 | Open | 44 |
| 3 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Canoga Hotel | 08/12/2024 | Open | 39 |
| | | | | | CD 3 Open | 208 |
| 3 | PSH | Homekey 2 | 20205 Ventura | | In Process | 144 |
| 3 | PSH | Homekey 2 | 21121 Vanowen | | In Process | 99 |
| 3 | PSH | Homekey 3 | 7625 Topanga Canyon Blvd Phase 2 | | In Process | 24 |
| 3 | PSH | Prop HHH | 18722 Sherman Way, L.P. 18722 W SHERMAN WAY CA 91335 | | In Process | 63 |
| | | | | | CD 3 In Process | 330 |
| | | | | | CD 3 Total | 538 |
| 4 | IH | Interim Housing | Highland Gardens | 12/27/2022 | Open | 143 |

Exhibit A - 11

| Council District | Intervention Type | Project Type | Address / Location | Open & Occupiable Date | Status | Units/Beds |
|---|---|---|---|---|---|---|
| | | | **Alliance Settlement Agreement Project List by Council District as of June 30, 2025** | | | |
| 4 | PSH | Prop HHH | Sherman Oaks Senior Housing 14536 W BURBANK BLVD VAN NUYS, CA 91411 | 10/19/2023 | Open | 54 |
| 4 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Hollywood La Brea Inn | 06/24/2024 | Open | 42 |
| 4 | PSH | Homekey 3 | 4818 N Sepulveda Blvd | 10/21/2024 | Open | 34 |
| | | | | | CD 4 Open | 273 |
| 4 | PSH | Homekey 2 | BLVD Hotel 2010 N. Highland | | In Process | 61 |
| 4 | IH | Homekey 3 | Oak Tree Inn 17448 Ventura Blvd, Encino CA 91316 | | In Process | 22 |
| | | | | | CD 4 In Process | 83 |
| | | | | | CD 4 Total | 356 |
| 5 | PSH | Prop HHH | 11010 Santa Monica 11010 W SANTA MONICA BLVD Los Angeles, CA 90025 | 03/20/2023 | Open | 50 |
| 5 | PSH | Prop HHH | Pointe on La Brea 849 N LA BREA AVE CA 90038 | 09/15/2023 | Open | 49 |
| 5 | IH | Interim Housing | 10864 Rochester Ave Los Angeles, CA 90024 | 01/04/2024 | Open | 15 |
| 5 | PSH | Permanent Supportive Housing (Master Lease) | 920 S Gramercy Pl 90019 | 06/30/2024 | Open | 56 |
| 5 | IH | Interim Housing | 2377 Midvale Ave | 06/30/2025 | Open | 33 |
| | | | | | CD 5 Open | 203 |
| 5 | IH | Homekey 3 | The Weingart Shelby 3340 Shelby Dr, Los Angeles, CA 90034 | | In Process | 78 |
| | | | | | CD 5 In Process | 78 |
| | | | | | CD 5 Total | 281 |
| 6 | PSH | Homekey 2 | 14949 Roscoe | 01/15/2023 | Open | 29 |
| 6 | PSH | Prop HHH | Talisa (fka 9502 Van Nuys Blvd) 9502 N VAN NUYS BLVD Panorama City, CA 91402 | 04/19/2023 | Open | 48 |
| 6 | PSH | Homekey 2 | 7639 Van Nuys | 07/13/2023 | Open | 34 |
| 6 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Palm Tree Inn | 09/12/2023 | Open | 47 |
| 6 | PSH | Prop HHH | My Angel (fka The Angel) 8547 N SEPULVEDA BLVD North Hills, CA 91343 | 12/19/2023 | Open | 53 |
| 6 | PSH | Prop HHH | Sun King Apartments 9190 N TELFAIR AVE LOS ANGELES, CA 91352 | 12/27/2023 | Open | 25 |
| 6 | PSH | Non-Prop HHH | Corazon del Valle I 14545 W LANARK ST CA 91402 | 5/1/2024 | Open | 49 |
| 6 | PSH | Non-Prop HHH | Corazon del Valle II 14545 W LANARK ST CA 91402 | 08/15/2024 | Open | 49 |
| 6 | PSH | Non-Prop HHH | Luna Vista Apartments 8767 N PARTHENIA PL 1-73 CA 91343 | 03/04/2025 | Open | 36 |
| | | | | | CD 6 Open | 370 |
| 6 | PSH | Non-Prop HHH | Vista Terrace 8134 N VAN NUYS BLVD CA 91402 | | In Process | 24 |
| 6 | PSH | Prop HHH | Oatsie's Place (fka Sherman Way) 16015 W SHERMAN WAY VAN NUYS, CA 91406 | | In Process | 45 |
| 6 | PSH | Prop HHH | The Main 15302 W RAYEN ST North Hills, CA 91343 | | In Process | 33 |
| 6 | PSH | Prop HHH | The Rigby 15314 W RAYEN ST North Hills, CA 91343 | | In Process | 33 |
| 6 | IH | Interim Housing (THV) | Sun Valley Metrolink Station 8358 San Fernando Rd. | | In Process | 208 |
| 6 | PSH | Homekey 1 | Pano (formerly Panorama Inn) 8209 Sepulveda Blvd. | | In Process | 90 |
| | | | | | CD 6 In Process | 433 |
| | | | | | CD 6 Total | 803 |
| 7 | PSH | Prop HHH | Silva Crossing (fka Link at Sylmar) 12667 SAN FERNANDO ROAD Sylmar, CA 91342 | 10/11/2022 | Open | 55 |
| 7 | PSH | Homekey 2 | 10150 Hillhaven | 12/20/2022 | Open | 33 |
| 7 | PSH | Prop HHH | Summit View Apartments 11800 W KAGEL CANYON ST Sylmar, CA 91342 | 01/06/2023 | Open | 48 |
| 7 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Budget Sepulveda | 07/03/2023 | Open | 34 |
| 7 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Good Knight Inn | 03/25/2024 | Open | 21 |
| | | | | | CD 7 Open | 191 |
| | | | | | CD 7 In Process | 0 |
| | | | | | CD 7 Total | 191 |
| 8 | PSH | Prop HHH | Chesterfield 4719 S NORMANDIE AVE Los Angeles, CA 90037 | 08/03/2022 | Open | 42 |
| 8 | PSH | Homekey 2 | 6521 Brynhurst | 11/14/2022 | Open | 40 |

| | | Alliance Settlement Agreement Project List by Council District as of June 30, 2025 | | | | |
|---|---|---|---|---|---|---|
| Council District | Intervention Type | Project Type | Address / Location | Open & Occupiable Date | Status | Units/Beds |
| 8 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Crenshaw Inn | 01/30/2023 | Open | 13 |
| 8 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Budget Motel | 02/13/2023 | Open | 20 |
| 8 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Hilltop Motor Inn | 02/16/2023 | Open | 16 |
| 8 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Hyde Park Motel | 02/21/2023 | Open | 18 |
| 8 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Atlas Motel | 02/28/2023 | Open | 7 |
| 8 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Rosa Bell | 03/13/2023 | Open | 20 |
| 8 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Cornett Motel | 03/16/2023 | Open | 15 |
| 8 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Full Moon Inn | 03/20/2023 | Open | 20 |
| 8 | PSH | Prop HHH | Depot at Hyde Park 6527 S CRENSHAW BLVD Los Angeles, CA 90043 | 04/10/2023 | Open | 33 |
| 8 | PSH | Prop HHH | Asante Apartments 11001 S BROADWAY Los Angeles, CA 90061 | 05/18/2023 | Open | 54 |
| 8 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Paradise Inn | 05/23/2023 | Open | 19 |
| 8 | PSH | Prop HHH | West Terrace (fka Silver Star II) 6576 S WEST BLVD LOS ANGELES, CA 90043 | 05/30/2023 | Open | 56 |
| 8 | PSH | Prop HHH | Hope on Hyde Park - MP/TOC/PSH 6501 S CRENSHAW BLVD Los Angeles, CA 90043 | 07/07/2023 | Open | 97 |
| 8 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Travel Inn Motel | 10/09/2023 | Open | 23 |
| 8 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Universal Inn | 11/15/2023 | Open | 29 |
| 8 | PSH | Permanent Supportive Housing (Master Lease) | 1200 Leighton Ave 90037 | 12/01/2023 | Open | 16 |
| 8 | PSH | Permanent Supportive Housing (Master Lease) | 1203 Rolland Curtis Pl 90037 | 12/01/2023 | Open | 19 |
| 8 | PSH | Permanent Supportive Housing (Master Lease) | 4222 Dalton Ave 90062 | 12/01/2023 | Open | 27 |
| 8 | PSH | Permanent Supportive Housing (Master Lease) | 1261 - 1269 Rolland Curtis Pl 90037 | 02/22/2024 | Open | 28 |
| 8 | PSH | Permanent Supportive Housing (Master Lease) | 1603 W 36th Pl 90018 | 03/25/2024 | Open | 81 |
| 8 | PSH | Prop HHH | Isla de Los Angeles 283 W IMPERIAL HWY Los Angeles, CA 90061 | 05/02/2024 | Open | 53 |
| 8 | PSH | Prop HHH | Southside Seniors 1655 W MANCHESTER AVE Los Angeles, CA 90047 | 04/04/2025 | Open | 36 |
| 8 | PSH | Non-Prop HHH | Vermont Manchester Family Transit Priority Project 8500 S VERMONT AVE CA 90044 | 04/09/2025 | Open | 58 |
| 8 | PSH | Prop HHH | Vermont Manchester Senior 8400 S VERMONT AVE Los Angeles, CA 90044 | 04/09/2025 | Open | 60 |
| 8 | PSH | Homekey 2 | 1654 W Florence | 04/30/2025 | Open | 126 |
| | | | | | CD 8 Open | 1,026 |
| 8 | PSH | Prop HHH | Ambrosia Apartments 800 W 85TH ST Los Angeles, CA 90044 | | In Process | 80 |
| 8 | PSH | Prop HHH | Sunnyside (fka RETHINK Housing 62nd/1408 W. 62nd St) 1408 W 62ND ST Los Angeles, CA 90047 | | In Process | 26 |
| 8 | PSH | Non-Prop HHH | The Carlton 5401 S WESTERN AVE Los Angeles, CA 90062 | | In Process | 30 |
| 8 | PSH | Non-Prop HHH | Crenshaw and 50th 5002 S CRENSHAW BLVD Los Angeles, CA 90043 | | In Process | 15 |
| | | | | | CD 8 In Process | 151 |
| | | | | | CD 8 Total | 1,177 |
| 9 | PSH | Prop HHH | Hope on Broadway 5138 S BROADWAY Los Angeles, CA 90037 | 11/01/2022 | Open | 48 |
| 9 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Sahara Inn | 01/05/2023 | Open | 24 |
| 9 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Deluxe Inn | 01/24/2023 | Open | 19 |
| 9 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Lux Inn | 02/06/2023 | Open | 21 |
| 9 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Top Hat Motel | 03/02/2023 | Open | 26 |
| 9 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Park Motel | 03/13/2023 | Open | 11 |
| 9 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Jolly Motel | 04/27/2023 | Open | 12 |

Case 2:20-cv-02291-DOC-KES    Document 1040-1    Filed 10/03/25    Page 13 of 19
Attachment 1 - Alliance Settlement Agreement Project List by Council District as of June 30, 2025    12
Page ID #:29904

| | | | **Alliance Settlement Agreement Project List by Council District as of June 30, 2025** | | | |
|---|---|---|---|---|---|---|
| **Council District** | **Intervention Type** | **Project Type** | **Address / Location** | **Open & Occupiable Date** | **Status** | **Units/Beds** |
| 9 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Central Inn | 04/27/2023 | Open | 24 |
| 9 | PSH | Prop HHH | Broadway Apartments 301 W 49TH ST 1-30  LOS ANGELES, CA 90037 | 6/22/2023 | Open | 34 |
| 9 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Ace Motel | 11/14/2023 | Open | 16 |
| 9 | PSH | Permanent Supportive Housing (Master Lease) | 639 E 21 St 90011 | 12/11/2023 | Open | 21 |
| 9 | PSH | Prop HHH | Marcella Gardens (68th & Main St.) 6722 S MAIN ST  Los Angeles, CA 90003 | 04/30/2024 | Open | 59 |
| 9 | PSH | Non-Prop HHH | La Prensa Libre - 4% 210 E WASHINGTON BLVD  Los Angeles, CA 90015 | 05/17/2024 | Open | 25 |
| 9 | PSH | Prop HHH | Main Street Apartments 5501 S MAIN ST  Los Angeles, CA 90037 | 06/28/2024 | Open | 56 |
| 9 | PSH | Permanent Supportive Housing (Master Lease) | 1343 W 40th Pl 90037 | 07/01/2024 | Open | 19 |
| 9 | PSH | Permanent Supportive Housing (Master Lease) | 6501 S Broadway 90003 | 08/19/2024 | Open | 49 |
| 9 | PSH | Prop HHH | Ruth Teague Homes (fka 67th & Main) 6706 S MAIN ST  Los Angeles, CA 90003 | 09/03/2024 | Open | 26 |
| 9 | PSH | Non-Prop HHH | Parkview Affordable Housing 4020 S COMPTON AVE CA 90011 | 09/20/2024 | Open | 31 |
| 9 | PSH | Prop HHH | The Azalea (fka 4507 Main St) 4505 S MAIN ST  Los Angeles, CA 90037 | 02/06/2025 | Open | 31 |
| 9 | PSH | Prop HHH | Central Apartments 2106 S CENTRAL AVE  Los Angeles, CA 90011 | 03/07/2025 | Open | 56 |
| | | | | | **CD 9 Open** | **608** |
| 9 | PSH | Non-Prop HHH | Central Avenue Apartments 8909 S CENTRAL AVE  Los Angeles, CA 90002 | | In Process | 30 |
| | | | | | **CD 9 In Process** | **30** |
| | | | | | **CD 9 Total** | **638** |
| 10 | PSH | Non-Prop HHH | PATH Villas Montclair/Gramercy(Recap-Site 2 of 2) 3317 W WASHINGTON BLVD  Los Angeles, CA 90018 | 07/26/2022 | Open | 16 |
| 10 | PSH | Prop HHH | Adams Terrace 4314 W ADAMS BLVD  Los Angeles, CA 90018 4347 W ADAMS BLVD  Los Angeles, CA 90018 | 09/21/2022 | Open | 43 |
| 10 | PSH | Prop HHH | Berendo Sage 1035 S BERENDO ST  LOS ANGELES, CA 90006 | 10/14/2022 | Open | 21 |
| 10 | PSH | Prop HHH | Amani Apartments (fka Pico) 4200 W PICO BLVD  Los Angeles, CA 90019 | 10/17/2022 | Open | 53 |
| 10 | PSH | Homekey 2 | 5050 Pico | 11/30/2022 | Open | 78 |
| 10 | PSH | Prop HHH | Vermont Corridor Apartments (fka 433 Vermont Apts) 433 S VERMONT AVE  Los Angeles, CA 90020 | 03/31/2023 | Open | 36 |
| 10 | PSH | Prop HHH | Mariposa Lily 1055 S MARIPOSA AVE  Los Angeles, CA 90006 | 07/31/2023 | Open | 20 |
| 10 | PSH | Prop HHH | Serenity (fka 923-937 Kenmore Ave) 923 S KENMORE AVE  Los Angeles, CA 90006 | 11/27/2023 | Open | 74 |
| 10 | PSH | Prop HHH | Washington Arts Collective 4615 W WASHINGTON BLVD  Los Angeles, CA 90016 | 05/20/2024 | Open | 20 |
| 10 | PSH | Prop HHH | Solaris Apartments (fka 1141-1145 Crenshaw Blvd) 1141 S CRENSHAW BLVD  Los Angeles, CA 90019 | 06/18/2024 | Open | 42 |
| 10 | IH | Interim Housing (DV Emergency Shelter) | Confidential | 03/01/2025 | Open | 25 |
| | | | | | **CD 10 Open** | **428** |
| 10 | PSH | Prop HHH | McDaniel House (fka South Harvard) 1049 1/2 S HARVARD BLVD  Los Angeles, CA 90006 | | In Process | 46 |
| 10 | PSH | Non-Prop HHH | The Arlington 3322 W WASHINGTON BLVD CA 90018 | | In Process | 20 |
| 10 | PSH | Prop HHH | New Hampshire PSH 701 S NEW HAMPSHIRE AVE  Los Angeles, CA 90005 | | In Process | 93 |
| | | | | | **CD 10 In Process** | **159** |
| | | | | | **CD 10 Total** | **587** |
| 11 | PSH | Prop HHH | VA Building 207 11301 WILSHIRE BLVD  #207  Los Angeles, CA 90025 | 12/22/2022 | Open | 59 |
| 11 | PSH | Prop HHH | Building 205 11301 WILSHIRE BLVD  Los Angeles, CA 90073 | 04/10/2023 | Open | 67 |
| 11 | PSH | Prop HHH | Building 208 11301 WILSHIRE BLVD  #208  LOS ANGELES, CA 90073 | 04/21/2023 | Open | 53 |
| 11 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Marina 7 Motel | 10/01/2023 | Open | 21 |
| 11 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Vista Motel | 10/23/2023 | Open | 24 |
| 11 | PSH | Prop HHH | The Iris (fka Barry Apartments) 2444 S BARRY AVE CA 90064 | 1/22/2024 | Open | 34 |

Exhibit A - 14

| Council District | Intervention Type | Project Type | Address / Location | Open & Occupiable Date | Status | Units/Beds |
|---|---|---|---|---|---|---|
| | | | **Alliance Settlement Agreement Project List by Council District as of June 30, 2025** | | | |
| 11 | PSH | Prop HHH | The Journey (FKA Lincoln Apartments) 2467 S LINCOLN BLVD Venice, CA 90291 | 08/01/2024 | Open | 39 |
| 11 | PSH | Homekey 3 | 3705 McLaughlin | 10/21/2024 | Open | 24 |
| 11 | PSH | Prop HHH | Thatcher Yard Housing 3233 S THATCHER AVE Marina Del Rey, CA 90292 | 10/23/2024 | Open | 49 |
| | | | | | CD 11 Open | 370 |
| 11 | PSH | Non-Prop HHH | Red Tail Crossing (FKA Kite Crossing) 8333 S AIRPORT BLVD CA 90045 | | In Process | 40 |
| 11 | PSH | Homekey 2 | 6531 S Sepulveda | | In Process | 118 |
| | | | | | CD 11 In Process | 158 |
| | | | | | CD 11 Total | 528 |
| 12 | PSH | Prop HHH | Lumina (fka Topanga Apartments) 10243 N TOPANGA CANYON BLVD Chatsworth, CA 91311 | 04/05/2024 | Open | 54 |
| | | | | | CD 12 Open | 54 |
| 12 | PSH | Homekey 2 | 19325 Londelius | | In Process | 115 |
| 12 | PSH | Prop HHH | 21300 Devonshire 21300 W DEVONSHIRE ST CA 91311 | | In Process | 99 |
| 12 | IH | Homekey 3 | Motel 6 – North Hills 15711 W. Roscoe Blvd, North Hills, CA 91343 | | In Process | 111 |
| | | | | | CD 12 In Process | 325 |
| | | | | | CD 12 Total | 379 |
| 13 | PSH | Prop HHH | HiFi Collective 3200 W TEMPLE ST Los Angeles, CA 90026 | 08/17/2022 | Open | 58 |
| 13 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Las Palmas | 01/31/2023 | Open | 50 |
| 13 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Hotel Silver Lake | 02/14/2023 | Open | 56 |
| 13 | PSH | Prop HHH | Ambrose (fka 1615 Montana St.) 1611 W MONTANA ST Los Angeles, CA 90026 | 03/22/2023 | Open | 63 |
| 13 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Monterey Inn | 05/29/2023 | Open | 27 |
| 13 | PSH | Prop HHH | PATH Villas Hollywood 5627 W FERNWOOD AVE HOLLYWOOD, CA 90028 | 06/02/2023 | Open | 59 |
| 13 | PSH | Prop HHH | The Wilcox (fka 4906-4926 Santa Monica) 4912 W SANTA MONICA BLVD Los Angeles, CA 90029 | 09/29/2023 | Open | 61 |
| 13 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Hollywood Inn Express North | 10/10/2023 | Open | 24 |
| 13 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Hollywood Inn Express South | 10/10/2023 | Open | 73 |
| 13 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Olive Motel | 03/25/2024 | Open | 26 |
| 13 | IH | Interim Housing | 4969 Sunset Blvd, Los Angeles, CA 90027 | 07/01/2024 | Open | 52 |
| 13 | PSH | Homekey 3 | 4065 Oakwood | 08/26/2024 | Open | 67 |
| 13 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Dusk Hotel | 10/09/2024 | Open | 41 |
| 13 | PSH | Prop HHH | Santa Monica & Vermont Apartments (Phases 1 & 2) 4718 W SANTA MONICA BLVD Los Angeles, CA 90029 | 03/27/2025 | Open | 94 |
| 13 | PSH | Prop HHH | Montecito II Senior Housing 6668 W FRANKLIN AVE HOLLYWOOD, CA 90028 | 05/28/2025 | Open | 32 |
| 13 | PSH | Homekey 2 | 2812 Temple (2812 Temple/ 916 Alvarado) | 06/10/2025 | Open | 42 |
| | | | | | CD 13 Open | 825 |
| 13 | PSH | Homekey 2 | 916 Alvarado (2812 Temple/ 916 Alvarado) | | In Process | 23 |
| 13 | PSH | Prop HHH | Voltaire Villas (Enlightenment Plaza Ph III) 316 N JUANITA AVE Los Angeles, CA 90004 | | In Process | 71 |
| 13 | PSH | Prop HHH | Rousseau Residences 316 N JUANITA AVE Los Angeles, CA 90004 | | In Process | 51 |
| 13 | PSH | Non-Prop HHH | Alvarado Kent Apartments 707 N ALVARADO ST CA 90026 | | In Process | 60 |
| 13 | PSH | Prop HHH | Montesquieu Manor 316 N JUANITA AVE CA 90004 | | In Process | 52 |
| 13 | PSH | Non-Prop HHH | Locke Lofts 345 N MADISON AVE CA 90004 | | In Process | 137 |
| 13 | PSH | Prop HHH | Loma Verde (fka RETHINK Housing Westlake) 405 N WESTLAKE AVE Los Angeles, CA 90026 | | In Process | 18 |
| 13 | IH | Interim Housing (THV) | 5301 Sierra Vista Ave | | In Process | 51 |
| | | | | | CD 13 In Process | 463 |
| | | | | | CD 13 Total | 1,288 |
| 14 | PSH | Non-Prop HHH | LAMP Lodge 660 S STANFORD AVE Los Angeles, CA 90021 | 10/04/2022 | Open | 81 |
| 14 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Highland Park Motel | 03/13/2023 | Open | 25 |
| 14 | PSH | Homekey 2 | 1044 Soto | 09/05/2023 | Open | 84 |

| Council District | Intervention Type | Project Type | Address / Location | Open & Occupiable Date | Status | Units/Beds |
|---|---|---|---|---|---|---|
| | | | **Alliance Settlement Agreement Project List by Council District as of June 30, 2025** | | | |
| 14 | PSH | Prop HHH | 6th and San Julian 401 E 6TH ST  Los Angeles, CA 90014 | 09/29/2023 | Open | 93 |
| 14 | PSH | Prop HHH | Colorado East 2451 W COLORADO BLVD  Los Angeles, CA 90041 | 11/01/2023 | Open | 40 |
| 14 | PSH | Prop HHH | La Veranda 2420 E CESAR E CHAVEZ AVE  Los Angeles, CA 90033 | 02/15/2024 | Open | 38 |
| 14 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Antonio Motel | 06/17/2024 | Open | 47 |
| 14 | PSH | Prop HHH | Weingart Tower A-134 (fkaWeingart Tower HHH PSH1A) 555 S CROCKER ST CA 90013 | 06/17/2024 | Open | 133 |
| 14 | PSH | Prop HHH | Weingart Tower A-144 Lower (fkaWeingart TowerII1A) 555 S CROCKER ST CA 90013 | 06/17/2024 | Open | 142 |
| 14 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Starlight Inn | 06/21/2024 | Open | 23 |
| 14 | PSH | Prop HHH | Whittier HHH (fka Whittier PSH) 3554 E WHITTIER BLVD  Los Angeles, CA 90023 | 06/27/2024 | Open | 63 |
| 14 | PSH | Permanent Supportive Housing (Master Lease) | 1317 S Grand Ave 90015 | 07/01/2024 | Open | 146 |
| 14 | PSH | Prop HHH | Los Lirios Apartments 119 S SOTO ST  Los Angeles, CA 90033 | 07/29/2024 | Open | 20 |
| 14 | PSH | Prop HHH | The Brine Residential 3016 N NORTH MAIN ST  Los Angeles, CA 90031 | 12/30/2024 | Open | 49 |
| 14 | PSH | Permanent Supportive Housing (Master Lease) | 1411 S Flower St 90015 | 03/01/2025 | Open | 220 |
| 14 | PSH | Prop HHH | Lorena Plaza 3401 E 1ST ST  Los Angeles, CA 90063 | 04/04/2025 | Open | 32 |
| | | | | | **CD 14 Open** | **1,236** |
| 14 | PSH | Prop HHH | La Guadalupe (fka First and Boyle) 100 S BOYLE AVE  Los Angeles, CA 90033 | | In Process | 43 |
| 14 | PSH | Prop HHH | 803 E. 5th St 803 E 5TH ST  Los Angeles, CA 90013 | | In Process | 94 |
| 14 | PSH | Non-Prop HHH | First Street North- B (Go For Broke- S 9p) 128 N JUDGE JOHN AISO ST CA 90012 | | In Process | 17 |
| 14 | PSH | Non-Prop HHH | First Street North-A (Go For Broke Apt N-4p) 200 N JUDGE JOHN AISO ST CA 90012 | | In Process | 52 |
| 14 | PSH | Non-Prop HHH | Crocker (Umeya) Apartments 411 S TOWNE AVE CA 90013 | | In Process | 87 |
| 14 | PSH | Non-Prop HHH | Rosa's Place (fka Downtown Womens Center Campus Expansion) 501 E 5TH ST  Los Angeles, CA 90013 | | In Process | 97 |
| 14 | PSH | Prop HHH | Weingart Tower 1B - HHH PSH 554 S SAN PEDRO ST  Los Angeles, CA 90013 | | In Process | 83 |
| 14 | PSH | Non-Prop HHH | 600 S San Pedro St 1 Los Angeles, CA 90021 | | In Process | 147 |
| 14 | PSH | Non-Prop HHH | 600 S San Pedro St 2 Los Angeles, CA 90021 | | In Process | 151 |
| | | | | | **CD 14 In Process** | **771** |
| | | | | | **CD 14 Total** | **2,007** |
| 15 | PSH | Prop HHH | Watts Works 9500 S COMPTON AVE  Los Angeles, CA 90002 | 01/27/2023 | Open | 24 |
| 15 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Horizon Inn | 05/30/2023 | Open | 13 |
| 15 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Palm Motel | 05/31/2023 | Open | 15 |
| 15 | PSH | Prop HHH | SagePointe (fka Deepwater) 1435 N EUBANK AVE  LOS ANGELES, CA 90744 | 10/04/2023 | Open | 55 |
| 15 | PSH | Prop HHH | Beacon Landing (fka Beacon PSH) 319 N BEACON ST  SAN PEDRO, CA 90731 | 12/12/2023 | Open | 88 |
| 15 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Hotel Dreamscape | 04/11/2024 | Open | 32 |
| 15 | PSH | Prop HHH | The Banning (aka 841 N Banning) 841 N BANNING BLVD  Wilmington, CA 90744 | 07/10/2024 | Open | 63 |
| 15 | PSH | Prop HHH | Avalon 1355 1355 N AVALON BLVD CA 90744 | 09/03/2024 | Open | 53 |
| 15 | PSH | Prop HHH | Western Landing 25820 S WESTERN AVE CA 90710 | 12/03/2024 | Open | 80 |
| | | | | | **CD 15 Open** | **423** |
| 15 | PSH | Homekey 2 | 18602 Vermont | | In Process | 134 |
| 15 | PSH | Prop HHH | Safe Harbor II (fka Lagoon/PSH 5) 728 N LAGOON AVE  Wilmington, CA 90744 | | In Process | 39 |
| 15 | PSH | Prop HHH | Safe Harbor I (fka West Anaheim/PSH 3) 828 W ANAHEIM ST  Wilmington, CA 90744 | | In Process | 49 |
| 15 | PSH | Prop HHH | Hope on 6th 576 W 6TH ST  SAN PEDRO, CA 90731 | | In Process | 31 |
| 15 | IH | Interim Housing (Modular Units) | 600 E. 116th Place | | In Process | 60 |

Attachment 1 - Alliance Settlement Agreement Project List by Council District as of June 30, 2025    15

| Alliance Settlement Agreement Project List by Council District as of June 30, 2025 | | | | | | |
|---|---|---|---|---|---|---|
| Council District | Intervention Type | Project Type | Address / Location | Open & Occupiable Date | Status | Units/Beds |
| 15 | PSH | Homekey 1 | Travelodge 18600 Normandie Ave. | | In Process | 40 |
| | | | | | CD 15 In Process | 353 |
| | | | | | CD 15 Total | 776 |

Exhibit A - 17

Case 2:20-cv-02291-DOC-KES    Document 1040-1    Filed 10/03/25    Page 17 of 19
Attachment 2 – Alliance Settlement Agreement Progress as of June 30, 2025    16
Page ID #:29903

### ALLIANCE SETTLEMENT AGREEMENT PROGRESS

**As of: 6/30/2025**

| Council District | Goal | Open | In Pipeline | Overall Total | Current Delta |
|---|---|---|---|---|---|
| 1 | 1,075 | 1,060 | 279 | 1,339 | 264 |
| 2 | 419 | 165 | 163 | 328 | -91 |
| 3 | 410 | 208 | 330 | 538 | 128 |
| 4 | 406 | 273 | 83 | 356 | -50 |
| 5 | 347 | 203 | 78 | 281 | -66 |
| 6 | 730 | 370 | 433 | 803 | 73 |
| 7 | 781 | 191 | 0 | 191 | -590 |
| 8 | 574 | 1,026 | 151 | 1,177 | 603 |
| 9 | 1,504 | 608 | 30 | 638 | -866 |
| 10 | 628 | 428 | 159 | 587 | -41 |
| 11 | 734 | 370 | 158 | 528 | -206 |
| 12 | 415 | 54 | 325 | 379 | -36 |
| 13 | 1,020 | 825 | 463 | 1,288 | 268 |
| 14 | 2,941 | 1,236 | 771 | 2,007 | -934 |
| 15 | 931 | 423 | 353 | 776 | -155 |
| Totals (1) | 12,915 | 7,440 | 3,776 | 11,216 | -1,699 |

(1) Current Delta for this row represents the difference between the overall total and the Citywide required number

Page 1 of 1                                    Exhibit A - 18

Attachment 3 - Alliance Bed Plan Cost Breakdown                                                        17

| Intervention Type | | Capital / Lease / TLS Rate | Service Rate | 2025-26 | | | | | 2026-27 | | | | | 2027-28 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | No. of Beds / Supported | Days | Capital / Lease / TLS | Services | Sub-Total (Capital / Lease / TLS + Services) | No. of Beds / Supported | Days | Capital / Lease / TLS | Services | Sub-Total (Capital / Lease / TLS + Services) | No. of Beds / Supported | Days | Capital / Lease / TLS | Services | Sub-Total (Capital / Lease / TLS + Services) |
| Interim Beds/Permanent Supportive Housing (PSH) Units | | $0 | Varies | 130 | Varies | $826,200 | $4,077,050 | $4,903,250 | 130 | 365 | $1,125,900 | $4,077,050 | $5,202,950 | 130 | 366 | $1,159,029 | $4,088,220 | $5,247,249 |
| Time-Limited Subsidies | General | $24,309 | $0 | 900 | 365 | $21,878,100 | $0 | $21,878,100 | 1,800 | 365 | $43,756,200 | $0 | $43,756,200 | 900 | 366 | $21,878,100 | $0 | $21,878,100 |
| | RV Operations | $24,309 | $0 | 100 | 365 | $2,430,900 | $0 | $2,430,900 | 200 | 365 | $4,861,800 | $0 | $4,861,800 | 100 | 366 | $2,430,900 | $0 | $2,430,900 |
| Subtotal - New Interventions Costs | | | | 1,130 | | $25,135,200 | $4,077,050 | $29,212,250 | 2,130 | | $49,743,900 | $4,077,050 | $53,820,950 | 1,130 | | $25,468,029 | $4,088,220 | $29,556,249 |
| Total New Interventions Costs | | | | 29,212,250 | | | | | 53,820,950 | | | | | 29,556,249 | | | | |
| Total Costs | | | | 112,589,449 | | | | | | | | | | | | | | |

¹ Assumes 1,000 allocated starting FY 2025-26, with obligation through FY 2026-27. An additional 1,000 TLS will be allocated in FY 2026-27, with obligation through FY 2027-28.

Exhibit A - 19

Attachment 4 - Proposed Bed/Unit Creation Milestones

| Milestone Period | Quarter End Date | Current Milestone (Overall Total) | Increase over Prior Quarter | Proposed Milestone (Overall Total) | Increase over Prior Quarter |
|---|---|---|---|---|---|
| FY 2025-26 Q1 | Sep 30, 2025 | 7,611 | 430 | 7,870 | 430 |
| FY 2025-26 Q2 | Dec 31, 2025 | 7,960 | 349 | 8,164 | 294 |
| FY 2025-26 Q3 | Mar 31, 2026 | 8,159 | 199 | 9,106 | 942 |
| FY 2025-26 Q4 | Jun 30, 2026 | 10,639 | 2,480 | 10,049 | 943 |
| **FY 2025-26 Subtotals** | | | **3,458** | | **2,609** |
| FY 2026-27 Q1 | Sep 30, 2026 | 10,747 | 108 | 10,522 | 473 |
| FY 2026-27 Q2 | Dec 31, 2026 | 10,747 | 0 | 11,420 | 898 |
| FY 2026-27 Q3 | Mar 31, 2027 | 10,747 | 0 | 12,408 | 988 |
| FY 2026-27 Q4 | Jun 13, 2027 | 13,180 | 2,433 | 12,915 | 507 |
| **FY 2026-27 Subtotals** | | | **2,541** | | **2,866** |

Note: Pursuant to the June 24, 2025 Order from the District Court, the City must submit updated bed creation milestones consistent with the updated bed plan by October 3, 2025. The prior milestones, based on available project timeline estimates, were submitted to the plaintiffs in accordance with the terms of the Settlement in November 2022.

Exhibit A - 20