# Exhibit B

Exhibit B - 21

**File No. 23-1022-S18**

HOUSING AND HOMELESSNESS COMMITTEE REPORT relative to the Alliance Settlement Agreement bed plan and strategy.

Recommendations for Council action, SUBJECT TO THE APPROVAL OF THE MAYOR:

1.  APPROVE the proposed bed plan for 2,130 beds or units for the Alliance Settlement Agreement, as detailed in the City Administrative Officer (CAO) report dated September 16, 2025, attached to Council file No. 23-1022-S18.

2.  APPROVE the repurposing of up to $16,287,030 in Homeless Housing, Assistance, and Prevention Program (HHAP) Round 3 and 4 funding, previously approved for Alliance Settlement Master Leasing costs, to support time-limited subsidies (TLS) under the proposed bed plan.

3.  INSTRUCT the CAO to report on the feasibility and cost-benefit analysis of incorporating Extremely Low Income Units towards the Alliance Settlement Agreement goal.

4.  INSTRUCT the CAO to work with the Los Angeles Housing Department (LAHD), HR&A Advisors and the Mayor's Office to propose cost saving strategies as instructed in Exhibit H, Action No. 32, Instruction H of the 2025-26 Adopted Budget and report in 45 days on revised funding recommendations for Fiscal Year (FY) 2025-26, FY 2026-27 and FY 2027-28 to meet the City's Alliance obligations.

5.  INSTRUCT the CAO to work with the LAHD and the Los Angeles Homeless Services Authority (LAHSA) to amend and execute contracts with TLS providers to ensure that the City's Alliance bed plan commitments are fulfilled in a timely manner for FY 2025-26 and that performance indicators are able to be collected.

6.  INSTRUCT the CAO to work with the LAHD and LAHSA to report on a unit identification strategy for the City's commitment to fund and operationalize another 2,130 TLS slots.

7.  INSTRUCT the LAHD to develop an inventory list of affordable housing projects developed in the City, with contact information of developers and/or property managers, and develop a plan to reach out to affordable housing developers and property managers to accept TLS subsidies, including the option to contract out this function for TLS and master leasing of buildings.

8.  INSTRUCT the General Services Department to identify, in 30 days, public and private parcels feasible for Safe Parking, Safe Sleep Village and Safe Camping Program.

9.  INSTRUCT the CAO to procure necessary equipment and contracts to establish Safe Sleep Village/Safe Camping Program.

10. INSTRUCT the CAO, with the assistance from the City Attorney's Office, to ensure the ability for the City to modify the Bed Plan as an additional housing option as resources become available to implement.

11. INSTRUCT the CAO; and, REQUEST LAHSA to report to the Housing and Homelessness Committee in 30 days on how clients served by City resources can be prioritized in City funded TLS.

12. INSTRUCT the LAHD to engage with the United to House LA Citizen Oversight Committee to identify solutions for expiring TLS.

13. INSTRUCT the LAHD and the Chief Legislative Analyst, with the assistance of the CAO, to report on agreement(s) with the County of Los Angeles related to lease up policy and process for

Exhibit B - 22

permanent supportive housing built within, and funded through the City.

14. NOTE and FILE the CAO report dated September 24, 2025, attached to Council file No. 23-1022-S18, inasmuch as no further Council action is required at this time.

Fiscal Impact Statement: The CAO reports that there is no immediate General Fund impact as a result of the recommendations in this report. The recommendations in this report utilize the City's General Fund that was previously budgeted and approved for homelessness interventions and the HHAP funding. In light of this, there is a potential future General Fund impact of up to $53.8 million in FY 2026-27 and $29.6 million in FY 2027-28, if alternative funding sources are not identified.

Financial Policies Statement: The CAO reports that recommendations in this report comply with the City's Financial Policies in that budgeted funds are being used to fund recommended actions.

Community Impact Statement:  None submitted

SUMMARY

At the meeting held on September 25, 2025, your Housing and Homelessness Committee considered CAO reports relative to the Alliance Settlement Agreement bed plan and strategy.

After an opportunity for public comment was held, the Committee recommended to move forward the recommendations contained in the CAO report dated September 16, 2025 as amended by Councilmembers Raman and Blumenfield, and to note and file the CAO report dated September 24, 2025, as detailed above. This matter is now submitted to the Council for consideration.

Respectfully Submitted,


HOUSING AND HOMELESSNESS COMMITTEE


| MEMBER | VOTE |
| --- | --- |
| RAMAN: | YES |
| JURADO: | YES |
| BLUMENFIELD: | YES |

LV 9.25.25

**-NOT OFFICIAL UNTIL COUNCIL ACTS-**

Exhibit B - 23