# Exhibit C

Exhibit C - 24

**PATRICE Y. LATTIMORE**
CITY CLERK

City of Los Angeles
CALIFORNIA



KAREN BASS
MAYOR

OFFICE OF THE
CITY CLERK

**Council and Public Services Division**
200 N. SPRING STREET, ROOM 395
LOS ANGELES, CA 90012
GENERAL INFORMATION - (213) 978-1133
FAX: (213) 978-1040
_____

RUBEN VIRAMONTES
EXECUTIVE OFFICER

CLERK.LACITY.GOV

# OFFICIAL ACTION OF THE LOS ANGELES CITY COUNCIL

**Council File No.:**   23-1022-S18

**Council Meeting Date:**   September 30, 2025

**Agenda Item No.:**   27

**Agenda Description:**   HOUSING AND HOMELESSNESS COMMITTEE REPORT relative to the Alliance Settlement Agreement bed plan and strategy.

**Council Action:**   HOUSING AND HOMELESSNESS COMMITTEE REPORT - ADOPTED

**Council Vote:**

| | | | | | |
|---|---|---|---|---|---|
| YES | Blumenfield | YES | Harris-Dawson | YES | Hernandez |
| ABSENT | Hutt | YES | Jurado | YES | Lee |
| YES | McOsker | YES | Nazarian | YES | Padilla |
| YES | Park | YES | Price Jr. | YES | Raman |
| YES | Rodriguez | YES | Soto-Martínez | YES | Yaroslavsky |

*Pat Y. Latt*

PATRICE Y. LATTIMORE
CITY CLERK

---

**Pursuant to Charter/Los Angeles Administrative Code Section(s): 341**

---

**FILE SENT TO MAYOR**    | 10-01-2025 |
**LAST DAY FOR MAYOR TO ACT**    | 10-14-2025 |

APPROVED

*Karen Bass*
_____

10/2/2025
_____

DATE SIGNED

Exhibit C - 25

AN EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER

Adopted Report(s)Title

Report from Housing and Homelessness Committee - 9-25-25

Exhibit C - 26

AN EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER