UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
matthew@umklaw.com
elizabeth@umklaw.com

*Attorneys for Plaintiffs*

GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
    tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
    mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
    kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
    bhamburger@gibsondunn.com
ANGELIQUE KAOUNIS, SBN 209833
    akaounis@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
    pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

[*Additional Counsel on Following Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, a Municipal entity, et al., <br><br> Defendant. | CASE NO. 2:20-cv-02291 DOC (KES) <br><br> Honorable David O. Carter, United States District Judge <br><br> **JOINT STATUS REPORT REGARDING CITY COUNCIL CONSIDERATION OF PROPOSED THIRD-PARTY MONITORS** <br><br> Action Filed:    March 10, 2020 |

JOINT STATUS REPORT REGARDING CITY COUNCIL CONSIDERATION OF PROPOSED
THIRD-PARTY MONITORS

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978-7508
Facsimile:    213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

JOINT STATUS REPORT REGARDING CITY COUNCIL CONSIDERATION OF PROPOSED
THIRD-PARTY MONITORS

## JOINT PORTION OF STATUS REPORT

As required by the Court's October 2, 2025 Order, Dkt. 1039, the City of Los Angeles ("City") and Plaintiff LA Alliance for Human rights ("LA Alliance," together with the City, the "Parties") submit this Joint Status Report regarding the Los Angeles City Council's consideration of the proposed Third-Party Monitors.

The City Council was on recess from September 23 to September 24 in observance of Rosh Hashanah.  The City Council was first scheduled to vote on the proposed Third-Party Monitors at its September 26, 2025 meeting.  *See* https://lacity.primegov.com/Portal/Meeting?meetingTemplateId=145640 (agenda item 21).  On September 26, 2025, however, the City Council continued consideration of the Third-Party Monitors to October 1, to allow more time for the collection and review of relevant information.  At the October 1, 2025 City Council meeting, the vote was again continued because the City Council had not yet received all necessary information to consider the proposed Third-Party Monitors from the proposed Monitors, including proposed scopes of work and proposed budgets.  *See* https://lacity.primegov.com/Portal/Meeting?meetingTemplateId=146129 (agenda item 45).

The City Council has now received proposals from both Mr. Galperin and Mr. Garrie that are publicly available in Council File No. 20-0263-S4.  *See* https://cityclerk.lacity.org/lacityclerkconnect/index.cfm?fa=ccfi.viewrecord&cfnumber=20-0263-S4.  The City Council's vote on the proposed Third-Party Monitors is now scheduled for October 7, 2025, which is the next City Council meeting.

The Parties will notify the Court of the outcome of the October 7, 2025 City Council vote promptly after a decision is made regarding the Third-Party Monitors.

## PLAINTIFFS' SEPARATE PORTION OF STATUS REPORT

Plaintiff LA Alliance for Human Rights notes that its counsel has repeatedly requested to be included in the negotiations on scope of work ("SOW") for the monitors, pursuant to court order (ECF 991) and Section 7.2 of the Settlement

1

JOINT STATUS REPORT REGARDING CITY COUNCIL CONSIDERATION OF PROPOSED THIRD-PARTY MONITORS

Agreement, yet the City has failed to do so. The City failed to respond to Plaintiff's amended proposed SOW which was sent to the City, Mr. Galperin, and Mr. Garrie on September 25, 2026. The City apparently received a letter from Mr. Galperin on October 1, 2025 with a separate proposed SOW, which was not provided to Plaintiff but simply placed on the clerk's website. Within that letter Mr. Galperin referenced a totally different SOW sent to him by the L.A. City Attorney's Office on September 30, 2025 which was also not provided to Plaintiff. To date, Plaintiff has not seen nor reviewed it. The lack of cooperation by the City has caused inexcusable delay in approving the monitors and moving this process forward. The City's recalcitrance is palpable and should not be permitted to continue. Plaintiff requests the Court order—again—the City to cooperate with Plaintiff on negotiating the SOW with Mr. Garrie and Mr. Galperin.

DATED: October 3, 2025                    UMHOFER, MITCHELL & KING LLP


                                          By: /s/ Elizabeth A. Mitchell
                                          Elizabeth A. Mitchell
                                          *Attorneys for Plaintiffs*


                                          GIBSON, DUNN & CRUTCHER LLP

DATED: October 3, 2025

                                          By: /s/ Theane Evangelis
                                          Theane Evangelis

                                          *Attorneys for Defendant*
                                          *CITY OF LOS ANGELES*

                    Local Rule 5-4.3.4 Attestation

        I attest that all counsel of record concur in this filing's content and have authorized the filing.

                                          By: /s/ Theane Evangelis
                                                 Theane Evangelis

2
JOINT STATUS REPORT REGARDING CITY COUNCIL CONSIDERATION OF PROPOSED THIRD-PARTY MONITORS

Gibson, Dunn & Crutcher LLP