# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## OFFICE OF THE CLERK
## 255 EAST TEMPLE STREET, ROOM 180
## LOS ANGELES, CALIFORNIA 90012

### OFFICIAL BUSINESS

FIRST-CLASS MAIL
IMI
$001.90
09/02/2025 ZIP 90012
043M31208166

NIXIE        910   7E  18CU        7209/10/25

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 90012333299        2347N253142-00007



2:20-cv-2291-DOC

FILED
CLERK, U.S. DISTRICT COURT

SEP 1 2 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT

SEP 1 2 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case: 2:20cv2291  Doc: 1026

William R Wise                                          Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

(calendaring@umklaw.com, jon@umklaw.com, matthew@umklaw.com), Brooke Alyson Weitzman (bweitzman@eldrcenter.org, lthely@eldrcenter.org, pamador-lopez@eldrcenter.org), Stephen Yagman (admin@yagmanlaw.net, filing@yagmanlaw.net), Brandon D Young (bdyoung@manatt.com, lgarcete@manatt.com), Michele Martinez (michele@michelecmartinez.com), Judge David O. Carter (crd_carter@cacd.uscourts.gov), Magistrate Judge Karen E. Scott (crd_scott@cacd.uscourts.gov, karen_scott@cacd.uscourts.gov)

--Non Case Participants: Christopher Thomas Casamassima (chris.casamassima@wilmerhale.com), Samuel A. Josephs (sjosephs@spertuslaw.com), Laura D Knapp (laura.knapp@coco.ocgov.com, marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com), Kent K Qian (kqian@oaklandcityattorney.org), Kiva Grace Schrager (kschrager@millerbarondess.com), Kenneth Stahl (beverly.dozier-jones@msrlegal.com, jane.martin@msrlegal.com, karen.irias@msrlegal.com), Marianne Van Riper (simon.perng@coco.ocgov.com)

--No Notice Sent:

Message-Id:<40834253@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 8/29/2025 at 1:35 PM PDT and filed on 8/29/2025

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:** 1026

**Docket Text:**
MINUTE ORDER IN CHAMBERS by Judge David O. Carter: ORDER SETTING STATUS CONFERENCE ON MONITOR SELECTION ON SEPTEMBER 16, 2025. ( Status Conference set for 9/16/2025 at 09:00 AM before Judge David O. Carter.) SEE DOCUMENT FOR FURTHER INFORMATION. (twdb)

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**
Nadia Ann Sarkis    docket@millerbarondess.com, dgreen@millerbarondess.com, nsarkis@millerbarondess.com