# Exhibit B

*LA Alliance v. City of Los Angeles and County of Los Angeles*

**United States District Court, Central District of California, Case No. 20-cv-02291- DOC (KES)**

**Proposed Scope of Work for Monitor Pursuant to Section 7.2 of the Settlement Agreement between Plaintiffs and the City of Los Angeles (Dkt. No. 429-1)**

**I.      The Parties' Agreement**

Plaintiffs and the City "will engage a mutually agreed-upon third party to provide data collection, analysis, comments, and regular public reports on the City's compliance with the terms of this Agreement.  The City shall be responsible for paying all fees, if any, or for obtaining grants or other private funding, if needed."  (Settlement Agreement, Dkt. 429-1, § 7.2)

**II.      Scope of Duties**

1.      City will provide its draft quarterly report to the Monitor along with the underlying data the City relies on for preparation of its quarterly reports in the form the data is provided to CAO's office, which is the office that prepares the report. Monitor will have full access to the data the City uses to create its report, and the City will promptly comply with additional data requests

2.      The Monitor will review the underlying data to determine whether the City's quarterly report is supported by the data provided by the City.

3.      The Monitor can also review any relevant raw data that is sourced in any City department and to which the City has access. To the extent the Monitor requires access to third-party data (such as service provider or from LAHSA), the City will promptly facilitate the receipt of said data.

4.      If the Monitor believes field-work or spot-checking is necessary, the Monitor may do so without limitation.  This includes observation and verification of any CARE+ operations, as well as  review of whether offers of shelter or housing were made to individuals whose belongings are removed in connection with an encampment reduction.

5.      The Monitor will provide public reports on data compliance.

6.      The Monitor will engage with the Plaintiff, the City, and LAHSA to resolve data and infrastructure issues as necessary.

7.      The Monitor will review and provide guidance on public accessibility to contracts with third-party service providers and invoices for homelessness services.

8.      The monitor will independently verify all bed and unit figures which have been historically reported and validate milestones for projects in process.

9.      The monitor will provide fiduciary oversight of accounting and expenditures

10.    The monitor will deliver data regarding encampment engagements and shelter offers with evidentiary support, and will work with the City to enhance transparency and accountability in accordance with the Court's Order (Docket 991).