GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
  pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

[*Additional Counsel on Following Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>                    Defendant. | CASE NO. 2:20-cv-02291 DOC (KES)<br><br>Honorable David O. Carter,<br>United States District Judge<br><br>**NOTICE OF ERRATA**<br><br>Action Filed:    March 10, 2020 |

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213.978-7508
Facsimile: 213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

On October 10, 2025, the City of Los Angeles filed the Parties' Joint Request to Court Regarding the Third-Party Monitor and Scope of Work, Dkt. No. 1045. The description of the filing on the docket should reflect that the document was filed by Defendant City of Los Angeles, rather than Amicus Central City Association of Los Angeles, as follows:

STATUS REPORT re Third-Party Monitor and Scope of Work filed by **Defendant City of Los Angeles**. (Attachments: # (1) Exhibit A, # (2) Exhibit B)(Kapur, Theano)

The City respectfully requests that the Court update the docket accordingly.

DATED: October 14, 2025

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Bradley J. Hamburger*
Bradley J. Hamburger

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

NOTICE OF ERRATA