**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date:  October 15, 2025

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

|  Karlen Dubon  |  Not Present  |
| :---: | :---: |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| :---: | :---: |
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):   ORDER DEFINING SPECIAL MASTER DUTIES IN LIGHT OF ORDER RESOLVING THIRD-PARTY MONITOR APPOINTMENT AND SCOPE OF WORK [1048]**

On October 14, 2025 the Court issued its Order Resolving Third-Party Monitor Appointment and Scope of Work (the "Order") (Dkt. 1048). The Court issues the following order to define the Special Master's duties with respect to the Data Monitor.

The Special Master shall continue to support the Court's oversight function and facilitate implementation of the Order. This includes assisting the Monitor in facilitating Court directives, coordinating access to data and technical staff, and ensuring that verification and validation protocols align with the requisite standards. The Special Master's role includes facilitating clarification of definitions and metrics with the parties. This role is supervisory and integrative—not duplicative of the Monitor's present duties—and remains essential to the Settlement Agreement's framework. The Court affirms the Special Master's involvement is necessary to ensure compliance.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date: October 15, 2025
                                                                                    Page 2

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                    Initials of Deputy Clerk: kdu
CIVIL-GEN