GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
  pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:   213.229.7000
Facsimile:   213.229.7520

[*Additional Counsel on Following Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>                Defendant. | CASE NO. 2:20-cv-02291 DOC (KES)<br><br>Honorable David O. Carter, United States District Judge<br><br>**DEFENDANT CITY OF LOS ANGELES' QUARTERLY STATUS REPORT PURSUANT TO THE SETTLEMENT AGREEMENT BETWEEN LA ALLIANCE FOR HUMAN RIGHTS AND THE CITY OF LOS ANGELES [DKT. 421]**<br><br>Action Filed:     March 10, 2020 |

Gibson, Dunn & Crutcher LLP

CITY OF LOS ANGELES' QUARTERLY STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT BETWEEN LA ALLIANCE FOR HUMAN RIGHTS AND THE CITY OF LOS ANGELES

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213.978-7508
Facsimile: 213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

Gibson, Dunn & Crutcher LLP

CITY OF LOS ANGELES' QUARTERLY STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT BETWEEN LA ALLIANCE FOR HUMAN RIGHTS AND THE CITY OF LOS ANGELES

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Paragraph 7.1 of the Settlement Agreement between LA Alliance for Human Rights et al. and the City of Los Angeles (Dkt. 421), the City submits this quarterly status update regarding its progress with the Settlement Agreement:

**Creation of housing or shelter solutions:** Attached as **Exhibit A** is a report that provides the number of housing or shelter opportunities created or otherwise obtained and the number of opportunities currently available in each Council District for the quarter ending September 30, 2025.  Consistent with this Court's June 24, 2025 Order (Dkt. 991), for each unit that already physically existed prior to the Settlement Agreement, **Exhibit B** provides an explanation of how the City "created" that unit, meaning contributed to bringing that unit into existence as a shelter or housing solution for people experiencing homelessness as opposed to its prior use.

This Quarterly Report does not include information regarding the number of persons experiencing homelessness served by the current intervention opportunities. The City has not been able to collect and verify that information in the time provided to complete this Report.  The City will continue to pursue collection of that data and will provide it to the Court upon receipt.

**Encampment reductions**:  **Exhibit C** provides encampment reduction data consistent with this Court's definition set forth in its June 24, 2025 Order (Dkt. 991), from which the City has appealed. Although the City disputes, and is appealing, the definition of "encampment reduction" in the Court's June 24, 2025 Order (Dkt. 991), the City also provides in **Exhibit C** the previously reported encampment reductions for the periods January 1, 2024 to March 31, 2025 that is consistent with the Court's definition. Because the City did not previously separately track the removal of tents, makeshift shelters, cars and RVs that were associated with offers of shelter prior to the Court's June 24, 2025 Order, the information provided in **Exhibit C** for the periods

1

Gibson, Dunn &
Crutcher LLP

CITY OF LOS ANGELES' QUARTERLY STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT BETWEEN LA ALLIANCE FOR HUMAN RIGHTS AND THE CITY OF LOS ANGELES

January 1, 2024 to June 24, 2025 is based on the City's reasonable and conservative estimate following a careful review of the information.

DATED: October 15, 2025

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Theane Evangelis*
Theane Evangelis

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

Gibson, Dunn & Crutcher LLP

CITY OF LOS ANGELES' QUARTERLY STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT BETWEEN LA ALLIANCE FOR HUMAN RIGHTS AND THE CITY OF LOS ANGELES