# Exhibit A

| | | | | | | | Open & Occupiable | |
|---|---|---|---|---|---|---|---|---|
| No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Date | Total PEH Served (2) |

**Alliance Settlement Agreement**
**Quarterly Report**
**Quarter Ending September 30, 2025**
**Intervention Data**

| No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date | Total PEH Served (2) |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | PSH | Prop HHH | Washington View Apartments 720 W WASHINGTON BLVD Los Angeles, CA 90015 | 91 | Open | 06/30/2022 | Pending |
| 2 | 10 | PSH | Non-Prop HHH | PATH Villas Montclair/Gramercy(Recap-Site 2 of 2) 3317 W WASHINGTON BLVD  Los Angeles, CA 90018 | 16 | Open | 07/26/2022 | Pending |
| 3 | 8 | PSH | Prop HHH | Chesterfield 4719 S NORMANDIE AVE  Los Angeles, CA 90037 | 42 | Open | 08/03/2022 | Pending |
| 4 | 13 | PSH | Prop HHH | HiFi Collective 3200 W TEMPLE ST  Los Angeles, CA 90026 | 58 | Open | 08/17/2022 | Pending |
| 5 | 10 | PSH | Prop HHH | Adams Terrace 4314 W ADAMS BLVD  Los Angeles, CA 90018 4347 W ADAMS BLVD Los Angeles, CA 90018 | 43 | Open | 09/21/2022 | Pending |
| 6 | 3 | PSH | Prop HHH | Bell Creek Apartments 6940 N OWENSMOUTH AVE Canoga Park, CA 91303 | 41 | Open | 09/23/2022 | Pending |
| 7 | 14 | PSH | Non-Prop HHH | LAMP Lodge 660 S STANFORD AVE  Los Angeles, CA 90021 | 81 | Open | 10/04/2022 | Pending |
| 8 | 7 | PSH | Prop HHH | Silva Crossing (fka Link at Sylmar) 12667 SAN FERNANDO ROAD  Sylmar, CA 91342 | 55 | Open | 10/11/2022 | Pending |
| 9 | 10 | PSH | Prop HHH | Berendo Sage 1035 S BERENDO ST  LOS ANGELES, CA 90006 | 21 | Open | 10/14/2022 | Pending |
| 10 | 10 | PSH | Prop HHH | Amani Apartments (fka Pico) 4200 W PICO BLVD  Los Angeles, CA 90019 | 53 | Open | 10/17/2022 | Pending |
| 11 | 9 | PSH | Prop HHH | Hope on Broadway 5138 S BROADWAY  Los Angeles, CA 90037 | 48 | Open | 11/01/2022 | Pending |
| 12 | 8 | PSH | Homekey 2 | 6521 Brynhurst | 40 | Open | 11/14/2022 | Pending |
| 13 | 1 | PSH | Homekey 2 | 740 Alvarado (14) | 74 | Open | 11/15/2022 | Pending |
| 14 | 10 | PSH | Homekey 2 | 5050 Pico (15) | 76 | Open | 11/30/2022 | Pending |
| 15 | 1 | PSH | Prop HHH | Firmin Court 418 N FIRMIN ST  Los Angeles, CA 90026 | 45 | Open | 12/16/2022 | Pending |
| 16 | 7 | PSH | Homekey 2 | 10150 Hillhaven (16) | 27 | Open | 12/20/2022 | Pending |
| 17 | 11 | PSH | Prop HHH | VA Building 207 11301 WILSHIRE BLVD  #207  Los Angeles, CA 90025 | 59 | Open | 12/22/2022 | Pending |
| 18 | 4 | IH | Interim Housing | Highland Gardens 7047 Franklin Ave Los Angeles, CA 90028 | 143 | Open | 12/27/2022 | Pending |
| 19 | 3 | PSH | Prop HHH | Reseda Theater Senior Housing (Canby Woods West) 7221 N CANBY AVE  Reseda, CA 91335 | 13 | Open | 12/30/2022 | Pending |
| 20 | 9 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Sahara Inn (5)(6) | 24 | Open | 01/05/2023 | Pending |
| 21 | 7 | PSH | Prop HHH | Summit View Apartments 11800 W KAGEL CANYON ST  Sylmar, CA 91342 | 48 | Open | 01/06/2023 | Pending |
| 22 | 6 | PSH | Homekey 2 | 14949 Roscoe | 29 | Open | 01/15/2023 | Pending |
| 23 | 9 | IH | Interim Housing Hotel/Motel Occupancy Agreement | Deluxe Inn (5) | 19 | Open | 01/24/2023 | Pending |
| 24 | 15 | PSH | Prop HHH | Watts Works 9500 S COMPTON AVE  Los Angeles, CA 90002 | 24 | Open | 01/27/2023 | Pending |
| 25 | 8 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Crenshaw Inn (5)(6) | 13 | Open | 01/30/2023 | Pending |
| 26 | 13 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Las Palmas (5)(6) | 46 | Open | 01/31/2023 | Pending |
| 27 | 9 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Lux Inn (5)(6) | 20 | Open | 02/06/2023 | Pending |
| 28 | 8 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Budget Motel (5)(6) | 19 | Open | 02/13/2023 | Pending |
| 29 | 13 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Hotel Silver Lake (5)(6) | 55 | Open | 02/14/2023 | Pending |
| 30 | 8 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Hilltop Motor Inn (5)(6) | 21 | Open | 02/16/2023 | Pending |
| 31 | 8 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Hyde Park Motel (5)(6) | 17 | Open | 02/21/2023 | Pending |
| 32 | 8 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Atlas Motel (5)(6)(10) | 0 | Open | 02/28/2023 | Pending |
| 33 | 9 | IH | Interim Housing Hotel/Motel Occupancy Agreement | Top Hat Motel (5) | 26 | Open | 03/02/2023 | Pending |
| 34 | 3 | IH | Interim Housing Hotel/Motel Occupancy Agreement | Motel 6 (5) | 71 | Open | 03/09/2023 | Pending |
| 35 | 9 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Park Motel (5)(6) | 11 | Open | 03/13/2023 | Pending |
| 36 | 8 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Rosa Bell (5)(6) | 22 | Open | 03/13/2023 | Pending |
| 37 | 14 | IH | Interim Housing Hotel/Motel Occupancy Agreement | Highland Park Motel (5) | 25 | Open | 03/13/2023 | Pending |
| 38 | 8 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Cornett Motel (5)(6) | 18 | Open | 03/16/2023 | Pending |
| 39 | 8 | IH | Interim Housing Hotel/Motel Occupancy Agreement | Full Moon Inn (5)(9) | 20 | Open | 03/20/2023 | Pending |
| 40 | 5 | PSH | Prop HHH | 11010 Santa Monica 11010 W SANTA MONICA BLVD  Los Angeles, CA 90025 | 50 | Open | 03/20/2023 | Pending |
| 41 | 13 | PSH | Prop HHH | Ambrose (fka 1615 Montana St.) 1611 W MONTANA ST  Los Angeles, CA 90026 | 63 | Open | 03/22/2023 | Pending |
| 42 | 10 | PSH | Prop HHH | Vermont Corridor Apartments (fka 433 Vermont Apts) 433 S VERMONT AVE  Los Angeles, CA 90020 | 36 | Open | 03/31/2023 | Pending |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 43 | 11 | PSH | Prop HHH | Building 205<br>11301 WILSHIRE BLVD  Los Angeles, CA 90073 | 67 | Open | 04/10/2023 | Pending |
| 44 | 8 | PSH | Prop HHH | Depot at Hyde Park<br>6527 S CRENSHAW BLVD  Los Angeles, CA 90043 | 33 | Open | 04/10/2023 | Pending |
| 45 | 1 | PSH | Prop HHH | Ingraham Villa Apartments<br>1218 INGRAHAM ST  LOS ANGELES, CA 90017 | 90 | Open | 04/19/2023 | Pending |
| 46 | 6 | PSH | Prop HHH | Talisa (fka 9502 Van Nuys Blvd)<br>9502 N VAN NUYS BLVD  Panorama City, CA 91402 | 48 | Open | 04/19/2023 | Pending |
| 47 | 11 | PSH | Prop HHH | Building 208<br>11301 WILSHIRE BLVD  #208  LOS ANGELES, CA 90073 | 53 | Open | 04/21/2023 | Pending |
| 48 | 9 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Jolly Motel (5)(6) | 12 | Open | 04/27/2023 | Pending |
| 49 | 9 | IH | Interim Housing<br>Hotel/Motel Occupancy Agreement | Central Inn (5) | 24 | Open | 04/27/2023 | Pending |
| 50 | 8 | PSH | Prop HHH | Asante Apartments<br>11001 S BROADWAY  Los Angeles, CA 90061 | 54 | Open | 05/18/2023 | Pending |
| 51 | 8 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Paradise Inn (5)(6) | 19 | Open | 05/23/2023 | Pending |
| 52 | 13 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Monterey Inn (5)(6)(10) | 0 | Open | 05/29/2023 | Pending |
| 53 | 15 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Horizon Inn (5)(6) | 13 | Open | 05/30/2023 | Pending |
| 54 | 8 | PSH | Prop HHH | West Terrace (fka Silver Star II)<br>6576 S WEST BLVD  LOS ANGELES, CA 90043 | 56 | Open | 05/30/2023 | Pending |
| 55 | 15 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Palm Motel (5)(6) | 15 | Open | 05/31/2023 | Pending |
| 56 | 13 | PSH | Prop HHH | PATH Villas Hollywood<br>5627 W FERNWOOD AVE  HOLLYWOOD, CA 90028 | 59 | Open | 06/02/2023 | Pending |
| 57 | 9 | PSH | Prop HHH | Broadway Apartments<br>301 W 49TH ST 1-30  LOS ANGELES, CA 90037 | 34 | Open | 6/22/2023 | Pending |
| 58 | 7 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Budget Sepulveda (5)(6) | 33 | Open | 07/03/2023 | Pending |
| 59 | 8 | PSH | Prop HHH | Hope on Hyde Park - MP/TOC/PSH<br>6501 S CRENSHAW BLVD  Los Angeles, CA 90043 | 97 | Open | 07/07/2023 | Pending |
| 60 | 6 | PSH | Homekey 2 | 7639 Van Nuys (17) | 30 | Open | 07/13/2023 | Pending |
| 61 | 10 | PSH | Prop HHH | Mariposa Lily<br>1055 S MARIPOSA AVE  Los Angeles, CA 90006 | 20 | Open | 07/31/2023 | Pending |
| 62 | 1 | PSH | Non-Prop HHH | West Third Apartments<br>1900 W 3RD ST  Los Angeles, CA 90057 | 136 | Open | 08/07/2023 | Pending |
| 63 | 2 | PSH | Prop HHH | Sun Commons<br>6329 N CLYBOURN AVE  North Hollywood, CA 91606 | 51 | Open | 08/07/2023 | Pending |
| 64 | 14 | PSH | Homekey 2 | 1044 Soto | 84 | Open | 09/05/2023 | Pending |
| 65 | 6 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Palm Tree Inn (5)(6) | 39 | Open | 09/12/2023 | Pending |
| 66 | 5 | PSH | Prop HHH | Pointe on La Brea<br>849 N LA BREA AVE CA 90038 | 49 | Open | 09/15/2023 | Pending |
| 67 | 3 | PSH | Non-Prop HHH | Palm Vista Apartments<br>20116 W SHERMAN WAY  Winnetka, CA 91306 | 44 | Open | 09/29/2023 | Pending |
| 68 | 14 | PSH | Prop HHH | 6th and San Julian<br>401 E 6TH ST  Los Angeles, CA 90014 | 93 | Open | 09/29/2023 | Pending |
| 69 | 13 | PSH | Prop HHH | The Wilcox (fka 4906-4926 Santa Monica)<br>4912 W SANTA MONICA BLVD  Los Angeles, CA 90029 | 61 | Open | 09/29/2023 | Pending |
| 70 | 11 | IH | Interim Housing<br>Hotel/Motel Occupancy Agreement | Marina 7 Motel (5) | 21 | Open | 10/01/2023 | Pending |
| 71 | 15 | PSH | Prop HHH | SagePointe (fka Deepwater)<br>1435 N EUBANK AVE  LOS ANGELES, CA 90744 | 55 | Open | 10/04/2023 | Pending |
| 72 | 8 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Travel Inn Motel (5)(6) | 20 | Open | 10/09/2023 | Pending |
| 73 | 13 | IH | Interim Housing<br>Hotel/Motel Occupancy Agreement | Hollywood Inn Express North (5) | 24 | Open | 10/10/2023 | Pending |
| 74 | 13 | IH | Interim Housing<br>Hotel/Motel Occupancy Agreement | Hollywood Inn Express South (5)(13) | 72 | Open | 10/10/2023 | Pending |
| 75 | 4 | PSH | Prop HHH | Sherman Oaks Senior Housing<br>14536 W BURBANK BLVD  VAN NUYS, CA 91411 | 54 | Open | 10/19/2023 | Pending |
| 76 | 11 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Vista Motel (5)(6) | 25 | Open | 10/23/2023 | Pending |
| 77 | 14 | PSH | Prop HHH | Colorado East<br>2451 W COLORADO BLVD  Los Angeles, CA 90041 | 40 | Open | 11/01/2023 | Pending |
| 78 | 9 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Ace Motel (5)(6) | 15 | Open | 11/14/2023 | Pending |
| 79 | 8 | IH | Interim Housing<br>Hotel/Motel Occupancy Agreement | Universal Inn (5) | 29 | Open | 11/15/2023 | Pending |
| 80 | 1 | PSH | Prop HHH | The Quincy (fka 2652 Pico)<br>2652 W PICO BLVD  Los Angeles, CA 90006 | 53 | Open | 11/17/2023 | Pending |
| 81 | 10 | PSH | Prop HHH | Serenity (fka 923-937 Kenmore Ave)<br>923 S KENMORE AVE  Los Angeles, CA 90006 | 74 | Open | 11/27/2023 | Pending |
| 82 | 8 | PSH | Permanent Supportive Housing<br>(Master Lease) | 1200 Leighton Ave 90037 | 16 | Open | 12/01/2023 | Pending |
| 83 | 8 | PSH | Permanent Supportive Housing<br>(Master Lease) | 1203 Rolland Curtis Pl 90037 | 19 | Open | 12/01/2023 | Pending |
| 84 | 8 | PSH | Permanent Supportive Housing<br>(Master Lease) | 4222 Dalton Ave 90062 | 27 | Open | 12/01/2023 | Pending |
| 85 | 9 | PSH | Permanent Supportive Housing<br>(Master Lease) | 639 E 21 St 90011 | 21 | Open | 12/11/2023 | Pending |
| 86 | 15 | PSH | Prop HHH | Beacon Landing (fka Beacon PSH)<br>319 N BEACON ST  SAN PEDRO, CA 90731 | 88 | Open | 12/12/2023 | Pending |

| 87 | 6 | PSH | Prop HHH | My Angel (fka The Angel)<br>8547 N SEPULVEDA BLVD  North Hills, CA 91343 | 53 | | Open | 12/19/2023 | Pending |
|---|---|---|---|---|---|---|---|---|---|
| 88 | 6 | PSH | Prop HHH | Sun King Apartments<br>9190 N TELFAIR AVE  LOS ANGELES, CA 91352 | 25 | | Open | 12/27/2023 | Pending |
| 89 | 5 | IH | Interim Housing | 10864 Rochester Ave<br>Los Angeles, CA 90024 (7) | 15 | | Open | 01/04/2024 | Pending |
| 90 | 11 | PSH | Prop HHH | The Iris (fka Barry Apartments)<br>2444 S BARRY AVE CA 90064 | 34 | | Open | 1/22/2024 | Pending |
| 91 | 1 | PSH | Prop HHH | The Lake House (fka Westlake Housing)<br>437 S WESTLAKE AVE  Los Angeles, CA 90057 | 62 | | Open | 02/13/2024 | Pending |
| 92 | 14 | PSH | Prop HHH | La Veranda<br>2420 E CESAR E CHAVEZ AVE  Los Angeles, CA 90033 | 38 | | Open | 02/15/2024 | Pending |
| 93 | 8 | PSH | Permanent Supportive Housing (Master Lease) | 1261 - 1269 Rolland Curtis Pl 90037 | 28 | | Open | 02/22/2024 | Pending |
| 94 | 1 | PSH | Non-Prop HHH | 619 Westlake (fka Westlake 619)<br>619 S WESTLAKE AVE  Los Angeles, CA 90057 | 39 | | Open | 03/01/2024 | Pending |
| 95 | 13 | IH | Interim Housing Hotel/Motel Occupancy Agreement | Olive Motel (5) | 26 | | Open | 03/25/2024 | Pending |
| 96 | 7 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Good Knight Inn (5)(6) | 21 | | Open | 03/25/2024 | Pending |
| 97 | 8 | PSH | Permanent Supportive Housing (Master Lease) | 1603 W 36th Pl 90018 | 81 | | Open | 03/25/2024 | Pending |
| 98 | 12 | PSH | Prop HHH | Lumina (fka Topanga Apartments)<br>10243 N TOPANGA CANYON BLVD  Chatsworth, CA 91311 | 54 | | Open | 04/05/2024 | Pending |
| 99 | 15 | IH | Interim Housing Hotel/Motel Occupancy Agreement | Hotel Dreamscape (5)(9) | 32 | | Open | 04/11/2024 | Pending |
| 100 | 2 | PSH | Prop HHH | NoHo 5050<br>5050 N BAKMAN AVE  North Hollywood, CA 91601 | 32 | | Open | 04/29/2024 | Pending |
| 101 | 9 | PSH | Prop HHH | Marcella Gardens (68th & Main St.)<br>6722 S MAIN ST  Los Angeles, CA 90003 | 59 | | Open | 04/30/2024 | Pending |
| 102 | 1 | IH | Interim Housing | Mayfair<br>1256 W 7th ST Los Angeles, CA 90017 | 294 | | Open | 05/01/2024 | Pending |
| 103 | 6 | PSH | Non-Prop HHH | Corazon del Valle I<br>14545 W LANARK ST CA 91402 | 49 | | Open | 5/1/2024 | Pending |
| 104 | 8 | PSH | Prop HHH | Isla de Los Angeles<br>283 W IMPERIAL HWY  Los Angeles, CA 90061 | 53 | | Open | 05/02/2024 | Pending |
| 105 | 9 | PSH | Non-Prop HHH | La Prensa Libre - 4%<br>210 E WASHINGTON BLVD  Los Angeles, CA 90015 | 25 | | Open | 05/17/2024 | Pending |
| 106 | 10 | PSH | Prop HHH | Washington Arts Collective<br>4615 W WASHINGTON BLVD  Los Angeles, CA 90016 | 20 | | Open | 05/20/2024 | Pending |
| 107 | 14 | IH | Interim Housing Hotel/Motel Occupancy Agreement | Antonio Motel (5)(12) | 48 | | Open | 06/17/2024 | Pending |
| 108 | 14 | PSH | Prop HHH | Weingart Tower A-134 (fkaWeingart Tower HHH PSH1A)<br>555 S CROCKER ST CA 90013 | 133 | | Open | 06/17/2024 | Pending |
| 109 | 14 | PSH | Prop HHH | Weingart Tower A-144 Lower (fkaWeingart TowerII1A)<br>555 S CROCKER ST CA 90013 | 142 | | Open | 06/17/2024 | Pending |
| 110 | 10 | PSH | Prop HHH | Solaris Apartments (fka 1141-1145 Crenshaw Blvd)<br>1141 S CRENSHAW BLVD  Los Angeles, CA 90019 | 42 | | Open | 06/18/2024 | Pending |
| 111 | 1 | PSH | Prop HHH | Bryson II<br>2721 WILSHIRE BLVD  LOS ANGELES, CA 90057 | 48 | | Open | 06/20/2024 | Pending |
| 112 | 14 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Starlight Inn (5)(6) | 18 | | Open | 06/21/2024 | Pending |
| 113 | 4 | IH | Interim Housing Hotel/Motel Occupancy Agreement | Hollywood La Brea Inn (5)(8) | 41 | | Open | 06/24/2024 | Pending |
| 114 | 14 | PSH | Prop HHH | Whittier HHH (fka Whittier PSH)<br>3554 E WHITTIER BLVD  Los Angeles, CA 90023 | 63 | | Open | 06/27/2024 | Pending |
| 115 | 9 | PSH | Prop HHH | Main Street Apartments<br>5501 S MAIN ST  Los Angeles, CA 90037 | 56 | | Open | 06/28/2024 | Pending |
| 116 | 5 | PSH | Permanent Supportive Housing (Master Lease) | 920 S Gramercy Pl 90019 | 56 | | Open | 06/30/2024 | Pending |
| 117 | 13 | IH | Interim Housing | 4969 Sunset Blvd, Los Angeles, CA 90027 | 52 | | Open | 07/01/2024 | Pending |
| 118 | 14 | PSH | Permanent Supportive Housing (Master Lease) | 1317 S Grand Ave 90015 | 146 | | Open | 07/01/2024 | Pending |
| 119 | 9 | PSH | Permanent Supportive Housing (Master Lease) | 1343 W 40th Pl 90037 | 19 | | Open | 07/01/2024 | Pending |
| 120 | 15 | PSH | Prop HHH | The Banning (aka 841 N Banning)<br>841 N BANNING BLVD  Wilmington, CA 90744 | 63 | | Open | 07/10/2024 | Pending |
| 121 | 14 | PSH | Prop HHH | Los Lirios Apartments<br>119 S SOTO ST  Los Angeles, CA 90033 | 20 | | Open | 07/29/2024 | Pending |
| 122 | 11 | PSH | Prop HHH | The Journey (FKA Lincoln Apartments)<br>2467 S LINCOLN BLVD  Venice, CA 90291 | 39 | | Open | 08/01/2024 | Pending |
| 123 | 3 | IH | Interim Housing Hotel/Motel Occupancy Agreement | Canoga Hotel (5) | 39 | | Open | 08/12/2024 | Pending |
| 124 | 2 | PSH | Prop HHH | 11604 Vanowen (fka The Mahalia)<br>11604 VANOWEN ST  LOS ANGELES, CA 91605 | 48 | | Open | 08/13/2024 | Pending |
| 125 | 6 | PSH | Non-Prop HHH | Corazon del Valle II<br>14545 W LANARK ST CA 91402 | 49 | | Open | 08/15/2024 | Pending |
| 126 | 9 | PSH | Permanent Supportive Housing (Master Lease) | 6501 S Broadway 90003 | 49 | | Open | 08/19/2024 | Pending |
| 127 | 13 | PSH | Homekey 3 | 4065 Oakwood (20) | 57 | | Open | 08/26/2024 | Pending |
| 128 | 15 | PSH | Prop HHH | Avalon 1355<br>1355 N AVALON BLVD CA 90744 | 53 | | Open | 09/03/2024 | Pending |
| 129 | 9 | PSH | Prop HHH | Ruth Teague Homes (fka 67th & Main)<br>6706 S MAIN ST  Los Angeles, CA 90003 | 26 | | Open | 09/03/2024 | Pending |
| 130 | 9 | PSH | Non-Prop HHH | Parkview Affordable Housing<br>4020 S COMPTON AVE CA 90011 | 31 | | Open | 09/20/2024 | Pending |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 131 | 13 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Dusk Hotel | 41 | Open | 10/09/2024 | Pending |
| 132 | 1 | PSH | Prop HHH | Oak Apartments (fka 2745-2759 Francis Ave) 2745 W FRANCIS AVE  Los Angeles, CA 90005 | 63 | Open | 10/18/2024 | Pending |
| 133 | 11 | PSH | Homekey 3 | 3705 McLaughlin (18) | 18 | Open | 10/21/2024 | Pending |
| 134 | 4 | PSH | Homekey 3 | 4818 N Sepulveda Blvd (19) | 26 | Open | 10/21/2024 | Pending |
| 135 | 11 | PSH | Prop HHH | Thatcher Yard Housing 3233 S THATCHER AVE  Marina Del Rey, CA 90292 | 49 | Open | 10/23/2024 | Pending |
| 136 | 1 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Stuart Hotel | 60 | Open | 10/30/2024 | Pending |
| 137 | 2 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Willow Tree Inn and Suites | 34 | Open | 11/07/2024 | Pending |
| 138 | 15 | PSH | Prop HHH | Western Landing 25820 S WESTERN AVE CA 90710 | 80 | Open | 12/03/2024 | Pending |
| 139 | 14 | PSH | Prop HHH | The Brine Residential 3016 N NORTH MAIN ST  Los Angeles, CA 90031 | 49 | Open | 12/30/2024 | Pending |
| 140 | 9 | PSH | Prop HHH | The Azalea (fka 4507 Main St) 4505 S MAIN ST  Los Angeles, CA 90037 | 31 | Open | 02/06/2025 | Pending |
| 141 | 10 | IH | Interim Housing (DV Emergency Shelter) | Confidential (7)(11) | 25 | Open | 03/01/2025 | Pending |
| 142 | 14 | PSH | Permanent Supportive Housing (Master Lease) | 1411 S Flower St 90015 | 220 | Open | 03/01/2025 | Pending |
| 143 | 6 | PSH | Non-Prop HHH | Luna Vista Apartments 8767 N PARTHENIA PL 1-73 CA 91343 | 36 | Open | 03/04/2025 | Pending |
| 144 | 9 | PSH | Prop HHH | Central Apartments 2106 S CENTRAL AVE  Los Angeles, CA 90011 | 56 | Open | 03/07/2025 | Pending |
| 145 | 13 | PSH | Prop HHH | Santa Monica & Vermont Apartments (Phases 1 & 2) 4718 W SANTA MONICA BLVD  Los Angeles, CA 90029 | 94 | Open | 03/27/2025 | Pending |
| 146 | 14 | PSH | Prop HHH | Lorena Plaza 3401 E 1ST ST  Los Angeles, CA 90063 | 32 | Open | 04/04/2025 | Pending |
| 147 | 8 | PSH | Prop HHH | Southside Seniors 1655 W MANCHESTER AVE  Los Angeles, CA 90047 | 36 | Open | 04/04/2025 | Pending |
| 148 | 8 | PSH | Non-Prop HHH | Vermont Manchester Family Transit Priority Project 8500 S VERMONT AVE CA 90044 | 58 | Open | 04/09/2025 | Pending |
| 149 | 8 | PSH | Prop HHH | Vermont Manchester Senior 8400 S VERMONT AVE  Los Angeles, CA 90044 | 60 | Open | 04/09/2025 | Pending |
| **150** | **14** | **IH** | **Interim Housing** | **545 San Pedro (3)** | **53** | **Open** | **04/24/2025** | **Pending** |
| 151 | 8 | PSH | Homekey 2 | 1654 W Florence | 126 | Open | 04/30/2025 | Pending |
| 152 | 13 | PSH | Prop HHH | Montecito II Senior Housing 6668 W FRANKLIN AVE  HOLLYWOOD, CA 90028 | 32 | Open | 05/28/2025 | Pending |
| **153** | **15** | **PSH** | **Non-Prop HHH** | **Jordan Downs Phase S4 (TMO) 10110 S. Grape Street, Los Angeles, CA 90002, 10150 S. Grape Street, Los Angeles, CA 90002 (3)(4)** | **17** | **Open** | **05/28/2025** | **Pending** |
| 154 | 13 | PSH | Homekey 2 | 2812 Temple (2812 Temple/ 916 Alvarado) (22) | 41 | Open | 06/10/2025 | Pending |
| 155 | 5 | IH | Interim Housing | 2377 Midvale Ave | 33 | Open | 06/30/2025 | Pending |
| **156** | **14** | **PSH** | **Non-Prop HHH** | **Crocker (Umeya) Apartments 411 S TOWNE AVE CA 90013** | **87** | **Open** | **07/30/2025** | **Pending** |
| **157** | **14** | **PSH** | **Non-Prop HHH** | **600 S San Pedro St 1 Los Angeles, CA 90021 (4)** | **147** | **Open** | **07/31/2025** | **Pending** |
| **158** | **14** | **PSH** | **Non-Prop HHH** | **600 S San Pedro St 2 Los Angeles, CA 90021 (4)** | **151** | **Open** | **07/31/2025** | **Pending** |
| **159** | **2** | **PSH** | **Prop HHH** | **Villa Vanowen fka Confianza 14142 W VANOWEN ST  VAN NUYS, CA 91405 (4)(23)** | **63** | **Open** | **09/03/2025** | **Pending** |
| **160** | **12** | **PSH** | **Prop HHH** | **21300 Devonshire 21300 W DEVONSHIRE ST CA 91311 (4)** | **99** | **Open** | **09/08/2025** | **Pending** |
| **161** | **1** | **PSH** | **Non-Prop HHH** | **Miramar Gold 1434 W MIRAMAR ST CA 90026 (4)** | **47** | **Open** | **09/09/2025** | **Pending** |
| **162** | **3** | **PSH** | **Homekey 2** | **21121 Vanowen (4)(21)** | **92** | **Open** | **09/15/2025** | **Pending** |
| 163 | 6 | PSH | Non-Prop HHH | Vista Terrace 8134 N VAN NUYS BLVD CA 91402 (4) | 24 | In Process | | |
| 164 | 13 | PSH | Homekey 2 | 916 Alvarado (2812 Temple/ 916 Alvarado) | 23 | In Process | | |
| 165 | 11 | PSH | Non-Prop HHH | Red Tail Crossing (FKA Kite Crossing) 8333 S AIRPORT BLVD CA 90045 | 40 | In Process | | |
| 166 | 13 | PSH | Prop HHH | Voltaire Villas (Enlightenment Plaza Ph III) 316 N JUANITA AVE  Los Angeles, CA 90004 | 71 | In Process | | |
| 167 | 13 | PSH | Prop HHH | Rousseau Residences 316 N JUANITA AVE  Los Angeles, CA 90004 | 51 | In Process | | |
| 168 | 4 | PSH | Homekey 2 | BLVD Hotel 2010 N. Highland | 61 | In Process | | |
| 169 | 10 | PSH | Prop HHH | McDaniel House (fka South Harvard) 1049 1/2 S HARVARD BLVD  Los Angeles, CA 90006 | 46 | In Process | | |
| 170 | 13 | PSH | Non-Prop HHH | Alvarado Kent Apartments 707 N ALVARADO ST CA 90026 | 60 | In Process | | |
| 171 | 13 | PSH | Prop HHH | Montesquieu Manor 316 N JUANITA AVE CA 90004 | 52 | In Process | | |
| 172 | 3 | PSH | Homekey 2 | 20205 Ventura | 144 | In Process | | |
| 173 | 14 | PSH | Prop HHH | La Guadalupe (fka First and Boyle) 100 S BOYLE AVE  Los Angeles, CA 90033 | 43 | In Process | | |
| 174 | 12 | PSH | Homekey 2 | 19325 Londelius | 115 | In Process | | |
| 175 | 5 | IH | Homekey 3 | The Weingart Shelby 3340 Shelby Dr, Los Angeles, CA 90034 | 78 | In Process | | |
| 176 | 8 | PSH | Prop HHH | Ambrosia Apartments 800 W 85TH ST  Los Angeles, CA 90044 (24) | 89 | In Process | | |
| 177 | 14 | PSH | Prop HHH | 803 E. 5th St 803 E 5TH ST  Los Angeles, CA 90013 | 94 | In Process | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 178 | 6 | PSH | Prop HHH | Oatsie's Place (fka Sherman Way)<br>16015 W SHERMAN WAY  VAN NUYS, CA 91406 | 45 | In Process | | |
| 179 | 15 | PSH | Homekey 2 | 18602 Vermont | 134 | In Process | | |
| 180 | 1 | PSH | Non-Prop HHH | Third Thyme<br>1435 W 3RD ST CA 90017 | 52 | In Process | | |
| 181 | 12 | IH | Homekey 3 | Motel 6 – North Hills<br>15711 W. Roscoe Blvd, North Hills, CA 91343 | 111 | In Process | | |
| 182 | 11 | PSH | Homekey 2 | 6531 S Sepulveda | 118 | In Process | | |
| 183 | 10 | PSH | Non-Prop HHH | The Arlington<br>3322 W WASHINGTON BLVD CA 90018 | 20 | In Process | | |
| 184 | 8 | PSH | Prop HHH | Sunnyside (fka RETHINK Housing 62nd/1408 W. 62nd St)<br>1408 W 62ND ST  Los Angeles, CA 90047 | 26 | In Process | | |
| 185 | 4 | IH | Homekey 3 | Oak Tree Inn<br>17448 Ventura Blvd, Encino CA 91316 (25) | 26 | In Process | | |
| 186 | 3 | PSH | Homekey 3 | 7625 Topanga Canyon<br>Blvd Phase 2 | 24 | In Process | | |
| 187 | 13 | PSH | Prop HHH | Loma Verde (fka RETHINK Housing Westlake)<br>405 N WESTLAKE AVE  Los Angeles, CA 90026 | 18 | In Process | | |
| 188 | 14 | PSH | Non-Prop HHH | First Street North- B (Go For Broke- S 9p)<br>128 N JUDGE JOHN AISO ST CA 90012 | 17 | In Process | | |
| 189 | 14 | PSH | Non-Prop HHH | First Street North-A (Go For Broke Apt N-4p)<br>200 N JUDGE JOHN AISO ST CA 90012 | 52 | In Process | | |
| 190 | 10 | PSH | Prop HHH | New Hampshire PSH<br>701 S NEW HAMPSHIRE AVE  Los Angeles, CA 90005 | 93 | In Process | | |
| 191 | 1 | PSH | Prop HHH | Grandview Apartments<br>714 S GRAND VIEW ST  Los Angeles, CA 90057 | 54 | In Process | | |
| 192 | 8 | PSH | Non-Prop HHH | The Carlton<br>5401 S WESTERN AVE  Los Angeles, CA 90062 | 30 | In Process | | |
| 193 | 9 | PSH | Non-Prop HHH | Central Avenue Apartments<br>8909 S CENTRAL AVE  Los Angeles, CA 90002 | 30 | In Process | | |
| 194 | 3 | PSH | Prop HHH | 18722 Sherman Way, L.P.<br>18722 W SHERMAN WAY CA 91335 | 63 | In Process | | |
| 195 | 15 | PSH | Prop HHH | Safe Harbor II (fka Lagoon/PSH 5)<br>728 N LAGOON AVE  Wilmington, CA 90744 | 39 | In Process | | |
| 196 | 15 | PSH | Prop HHH | Safe Harbor I (fka West Anaheim/PSH 3)<br>828 W ANAHEIM ST  Wilmington, CA 90744 | 49 | In Process | | |
| 197 | 6 | PSH | Prop HHH | The Rigby<br>15314 W RAYEN ST  North Hills, CA 91343 | 33 | In Process | | |
| 198 | 15 | IH | Interim Housing (Modular Units) | 600 E. 116th Place | 60 | In Process | | |
| 199 | 1 | IH | Interim Housing (Modular Units) | 503 San Fernando Rd. | 64 | In Process | | |
| 200 | 2 | IH | Interim Housing (THV) | Van Nuys Metrolink<br>7724 Van Nuys Blvd. | 100 | In Process | | |
| 201 | 6 | IH | Interim Housing (THV) | Sun Valley Metrolink Station<br>8358 San Fernando Rd. | 208 | In Process | | |
| 202 | 13 | IH | Interim Housing (THV) | 5301 Sierra Vista Ave | 51 | In Process | | |
| 203 | 6 | PSH | Homekey 1 | Pano<br>(formerly Panorama Inn)<br>8209 Sepulveda Blvd. | 90 | In Process | | |
| 204 | 15 | PSH | Homekey 1 | Travelodge<br>18600 Normandie Ave. | 40 | In Process | | |
| **205** | **5** | **IH** | **Interim Housing** | **7253 Melrose (3)** | **60** | **In Process** | | |
| 206 | 13 | PSH | Non-Prop HHH | Locke Lofts<br>345 N MADISON AVE CA 90004 (26) | 137 | In Process | | |
| 207 | 14 | PSH | Non-Prop HHH | osa's Place (fka Downtown Womens Center Campus Expansion<br>501 E 5TH ST  Los Angeles, CA 90013 (26) | 97 | In Process | | |
| 208 | 14 | PSH | Prop HHH | Weingart Tower 1B - HHH PSH<br>554 S SAN PEDRO ST  Los Angeles, CA 90013 (26) | 83 | In Process | | |
| 209 | Various | TLS | Time-Limited Subsidies | Time-Limited Subsidies (27) | 2,000 | In Process | | |
| 210 | 1 | PSH | Non-Prop HHH | Grace Villas<br>216 S AVENUE 24  Los Angeles, CA 90031 (28) | 12 | Removed | | |
| 211 | 1 | PSH | Non-Prop HHH | Menlo Ave Apartments<br>1216 S Menlo Ave CA 90006 (28) | 50 | Removed | | |
| 212 | 6 | PSH | Prop HHH | The Main<br>15302 W RAYEN ST  North Hills, CA 91343 (28) | 33 | Removed | | |
| 213 | 15 | PSH | Prop HHH | Hope on 6th<br>576 W 6TH ST  SAN PEDRO, CA 90731 (28) | 31 | Removed | | |
| 214 | 8 | PSH | Non-Prop HHH | Crenshaw and 50th<br>5002 S CRENSHAW BLVD  Los Angeles, CA 90043 (28) | 15 | Removed | | |

|  |  |
|---|---|
| **Total PEH Served as of Sept 30, 2025** | **Pending** |
| **Units/Beds Open to Date** | **8,104** |
| **Units/Beds In Process** | **5,015** |
| **Total Units/Beds Open to Date and In Process** | **13,119** |

**(1)** For Permanent Supportive Housing (PSH) interventions, the number reported in the "Units/Beds" column refers to the the number of Permanent Supportive Housing (PSH) units and does not include non-supportive affordable units or manager's units in the building.

**(2)** This Quarterly Report does not include information regarding the number of persons experiencing homelessness served by the current intervention opportunities.  The City has not been able to collect and verify that information in the time provided to complete this Report.  The City is continuing to work to collect that information, and will supplement this Report when it is able to do so.

**(3)** Beginning July 1, 2025, these interventions are included in the Alliance list. Bold text is used to highlight these newly added sites.

**(4)** These sites are listed as "Open" as of this quarterly report. Bold text is used to highlight these sites.

**(5)** These sites are included in the Alliance report as of January 1, 2025.

**(6)** The number of beds for Booking Agreement sites may fluctuate.

**(7)** These sites are included in the Alliance report as of April 1, 2025.

**(8)** One out of 42 interim housing units at this site is offline and is excluded from the number of units for this quarterly report.

**(9)** Site transitioned/is transitioning from a booking agreement to an occupancy agreement. Once executed, the agreements are/will be retroactive to include this reporting period.

(10) Booking agreement is still active, but no billing has been confirmed for the reporting period as of the date of this report.

(11) Site address is confidential because it is an emergency shelter serving survivors of domestic violence.

(12) Number of rooms has been updated from 47 to 48 to reflect decrease in number of rooms used for administrative purposes.

(13) Number of rooms has been updated from 73 to 72 to reflect increase in number of rooms used for administrative purposes.

(14) Five out of 79 PSH units at this site are offline and are excluded from the number of units for this quarterly report.

(15) Two out of 78 PSH units at this site are offline as of this reporting period and are excluded from the number of units for this quarterly report.

(16) Six out of 33 units at this site are offline and are excluded from the number of units for this quarterly report.

(17) Four out of 34 units at this site are offline and are excluded from the number of units for this quarterly report.

(18) Six out of 24 units at this site are offline and are excluded from the number of units for this quarterly report.

(19) Eight out of 34 units at this site are offline and are excluded from the number of units for this quarterly report.

(20) Ten out of 67 units at this site are offline and are excluded from the number of units for this quarterly report.

(21) Seven out of 99 units at this site are pending inclusion in the Housing Assistance Payment (HAP) contract with the Housing Authority of Los Angeles (HACLA) before they can be occupied and are excluded from the units for this quarterly report.

(22) The number of PSH units for this intervention has been updated from the prior quarterly reporting from 42 to 41.

(23) The name of this intervention has been updated.

(24) The number of PSH units for this intervention has been updated from the prior quarterly reporting from 80 to 89.

(25) The number of interim housing units for this intervention has been updated from 22 to 26.

(26) Based on the current projected timelines, these interventions may not be open by June 13, 2027. The City is monitoring the timelines for these projects.

(27) The City's updated bed plan includes 2,000 Time-Limited Subsidies (TLS) for new participants. At this time, funding has been approved for 670 TLS for Fiscal Year (FY) 2025-26. The approved funding covers the first year of the two-year obligation for these 670 TLS. The second year of funding for these 670 TLS as well as the funding for the remaining 1,330 TLS is still to be identified/approved.

(28) These interventions were previously reported as "In Process."