# Exhibit B

| Explanation of how the City created the units that already physically existed prior to the Settlement Agreement | |
|---|---|
| Site No. | Explanation |
| 1 | **Washington View Apartments**<br>**720 W WASHINGTON BLVD Los Angeles, CA 90015**<br><br>The Washington View Apartments is a new construction and rehabilitation affordable housing project with 91 PSH units on the site of the historic Pierce Brothers Mortuary. The project was awarded a Proposition HHH Supportive Housing Loan from the City. |
| 2 | **PATH Villas Montclair/Gramercy(Recap-Site 2 of 2)**<br>**3317 W WASHINGTON BLVD  Los Angeles, CA 90018**<br><br>PATH Villas Montclair/Gramercy is a project consisting of two PSH sites: a new construction site at 4220 W. Montclair St (the Montclair site) and an acquisition/rehabilitation project at 3317 W. Washington Blvd (the Gramercy site). Only the Gramercy site is counting toward the Settlement, as the Montclair site opened prior to the Settlement start date.<br><br>The City provided financing to create 16 PSH units at the Gramercy site, which was in need of significant rehabilitation to ensure its long-term viability. The Gramercy site previously served as a transitional housing program for transition-age youth with children, with a typical program stay of 8 to 18 months. As a result of the City financing, the site was rehabilitated into a PSH site with all new unit interiors, building exteriors (repointing brick), roof, major systems (including elevator), landscaping, a new two-bedroom manager unit, and the reconfiguration and expansion of commercial space at the site used by the non-profit PATH Center.<br><br>The City financing for the project, which included the new construction at the Montclair site, included the City's issuance of tax-exempt multifamily conduit revenue bonds and, for the Gramercy site specifically, the commitment of HOME Investment Partnership Program (HOME) and Housing Opportunities for Persons with AIDS (HOPWA) funds allocated to the City by the U.S. Department of Housing and Urban Development (HUD). The Los Angeles County Department of Health Services (DHS) committed Flexible Housing Subsidy Pool (FHSP) rental subsidies for the 16 PSH units and provides Intensive Case Management Services (ICMS) at the site. |

**Project Homekey (Rounds 1, 2, or 3)**

The State of California Homekey program, administered by the California Department of Housing and Community Development, provides funding for the conversion of existing buildings into permanent or interim housing. Sites are either acquired by partnering with non-profit agencies, with the City providing matching funds for the State dollars awarded, or by the Housing Authority of Los Angeles (HACLA). The list below provides details on the status of each site prior to acquisition as a Homekey site.

Site No.: 12, 13, 14, 16, 22, 60, 151, 154, 162, 164, 168, 172, 174, 175, 179, 181, 182, 185, 203, 204

| No. | Address / Location | Site Status Prior to Homekey Acquistion |
|---|---|---|
| 12 | 6521 Brynhurst | New construction multifamily property |
| 13 | 740 Alvarado | New construction multifamily property |
| 14 | 5050 Pico | New construction multifamily property |
| 16 | 10150 Hillhaven | New construction multifamily property |
| 22 | 14949 Roscoe | Renovated multifamily property |
| 60 | 7639 Van Nuys | New construction multifamily property |
| 151 | 1654 W Florence | New construction multifamily property |
| 154 | 2812 Temple (2812 Temple/ 916 Alvarado) | New construction multifamily property |
| 162 | 21121 Vanowen | New construction multifamily property |
| 164 | 916 Alvarado (2812 Temple/ 916 Alvarado) | New construction multifamily property |
| 168 | BLVD Hotel 2010 N. Highland | Hotel/motel |
| 172 | 20205 Ventura | Extended stay hotel/motel |
| 174 | 19325 Londelius | Extended stay hotel/motel |
| 175 | The Weingart Shelby<br>3340 SHELBY DR LOS ANGELES, CA 90034 | Assisted living facility |
| 179 | 18602 Vermont | Extended stay hotel/motel |
| 181 | Motel 6 – North Hills<br>15711 W ROSCOE BLVD NORTH HILLS, CA 91343 | Hotel/motel |
| 182 | 6531 S Sepulveda | Extended stay hotel/motel |
| 185 | Oak Tree Inn<br>17448 VENTURA BLVD Encino CA 91316 | Hotel/motel |
| 203 | Pano<br>(formerly Panorama Inn)<br>8209 Sepulveda Blvd. | Hotel/motel |
| 204 | Travelodge<br>18600 Normandie Ave. | Apartment/hotel |

| | |
|---|---|
| 17 | **VA Building 207**<br>**11301 WILSHIRE BLVD  #207  Los Angeles, CA 90025**<br><br>The VA Building 207 was previously a vacant three-story building that was rehabilitated into an affordable housing project with 59 PSH units. The land and building are federally owned. The City contributed to the project financing through the City's issuance of tax-exempt multifamily conduit revenue bonds. In addition, the project was awarded a Proposition HHH Supportive Housing Loan from the City. |
| 18 | **Highland Gardens**<br>**7047 Franklin Ave Los Angeles, CA 90028**<br><br>Highland Gardens is a hotel that was previously used by the City as a Project Roomkey (PRK) site from July 8, 2021 to October 31, 2022. The PRK program was a temporary program established in March 2020 as part of the State of California's response to the COVID-19 pandemic that provided non-congregate shelter options for people experiencing homelessness who were at high risk for medical complications, serious illness, or death from COVID-19. When the PRK program ramped down in October 2022, the City and hotel owner discussed converting the hotel into an interim housing site. The City approved funding for both leasing and services, and the site opened as an interim housing site on December 27, 2022. The site would have otherwise returned to its previous use as a hotel charging market rates, at the discretion of the owner. The services funding is provided by the City, but is eligible for reimbursement from the County. |

| 20, 23, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 48, 49, 51, 52, 53, 55, 58, 65, 70, 72, 73, 74, 76, 78, 79, 95, 96, 99, 107, 112, 113, 123, 131, 136, 137 | **Inside Safe Hotels/Motels**<br><br>Under the Inside Safe program, existing hotels and motels are converted to interim housing through agreements between the owners and the City.  The two types of contractual motel leasing agreements are booking and occupancy. A booking agreement confirms a fixed nightly rate, but motel rooms used may fluctuate based on the number of participants at a location and room availability. An occupancy agreement includes a fixed nightly rate as well as a guaranteed number of rooms, regardless if they are filled or not. Sites will serve as interim housing for as long as they are contracted with the City. The list of Inside Safe hotels/motels is provided below. |

| No. | Address / Location | Site Status Prior to Inside Safe Program |
|---|---|---|
| 20 | Sahara Inn | Hotel/motel |
| 23 | Deluxe Inn | Hotel/motel |
| 25 | Crenshaw Inn | Hotel/motel |
| 26 | Las Palmas | Hotel/motel |
| 27 | Lux Inn | Hotel/motel |
| 28 | Budget Motel | Hotel/motel |
| 29 | Hotel Silver Lake | Hotel/motel |
| 30 | Hilltop Motor Inn | Hotel/motel |
| 31 | Hyde Park Motel | Hotel/motel |
| 32 | Atlas Motel | Hotel/motel |
| 33 | Top Hat Motel | Hotel/motel |
| 34 | Motel 6 | Hotel/motel |
| 35 | Park Motel | Hotel/motel |
| 36 | Rosa Bell | Hotel/motel |
| 37 | Highland Park Motel | Hotel/motel |
| 38 | Cornett Motel | Hotel/motel |
| 39 | Full Moon Inn | Hotel/motel |
| 48 | Jolly Motel | Hotel/motel |
| 49 | Central Inn | Hotel/motel |
| 51 | Paradise Inn | Hotel/motel |
| 52 | Monterey Inn | Hotel/motel |
| 53 | Horizon Inn | Hotel/motel |
| 55 | Palm Motel | Hotel/motel |
| 58 | Budget Sepulveda | Hotel/motel |
| 65 | Palm Tree Inn | Hotel/motel |
| 70 | Marina 7 Motel | Hotel/motel |
| 72 | Travel Inn Motel | Hotel/motel |
| 73 | Hollywood Inn Express North | Hotel/motel |
| 74 | Hollywood Inn Express South | Hotel/motel |
| 76 | Vista Motel | Hotel/motel |
| 78 | Ace Motel | Hotel/motel |
| 79 | Universal Inn | Hotel/motel |
| 95 | Olive Motel | Hotel/motel |
| 96 | Good Knight Inn | Hotel/motel |

| | 99 | Hotel Dreamscape | Hotel/motel |
|---|---|---|---|
| | 107 | Antonio Motel | Hotel/motel |
| | 112 | Starlight Inn | Hotel/motel |
| | 113 | Hollywood La Brea Inn | Hotel/motel |
| | 123 | Canoga Hotel | Hotel/motel |
| | 131 | Dusk Hotel | Hotel/motel |
| | 136 | Stuart Hotel | Hotel/motel |
| | 137 | Willow Tree Inn and Suites | Hotel/motel |
| 43 | **Building 205** **11301 WILSHIRE BLVD  Los Angeles, CA 90073** The VA Building 205 was previously a vacant, three-story, historic commercial building that was rehabilitated into an affordable housing project with 67 PSH units. The land and building are federally owned. The City contributed to the project financing through the City's issuance of tax-exempt multifamily conduit revenue bonds. In addition, the project was awarded a Proposition HHH Supportive Housing Loan from the City. | | |
| 47 | **Building 208** **11301 WILSHIRE BLVD  #208  LOS ANGELES, CA 90073** The VA Building 208 was previously a vacant, three-story, historic commercial building that was rehabilitated into an affordable housing project with 53 PSH units. The land and building are federally owned. The City contributed to the project financing through the City's issuance of tax-exempt multifamily conduit revenue bond(s)/note(s). In addition, the project was awarded Proposition HHH funding from the City. | | |
| 57 | **Broadway Apartments** **301 W 49TH ST 1-30  LOS ANGELES, CA 90037** Broadway Apartments was previously a motel, built in 1978, that was acquired and rehabilitated into an affordable housing project with 34 PSH units. The City contributed to the project financing through the City's issuance of tax-exempt multifamily conduit revenue bonds. In addition, the project was awarded a Proposition HHH Supportive Housing Loan from the City. | | |
| 62 | **West Third Apartments** **1900 W 3rd St 90057** West Third Apartments was previously a hotel, built in 1966, that was rehabilitated into an affordable housing project with 136 Permanent Supportive Housing (PSH) units. The City contributed to the project financing through the City's issuance of tax-exempt multifamily conduit revenue bonds. | | |
| 89 | **10864 Rochester Ave** **Los Angeles, CA 90024** 10864 Rochester Ave is a single family home that was built in 1990 by the current owners. The owners rented the house to the non-profit organization Safe Place for Youth (SPY) for use for their interim housing program serving Transitional-Aged Youth (TAY). The property had been vacant for several years before it was rented, and SPY is the first tenant. Since the site's opening on January 4, 2024, the City has funded services at the site using the City's Homeless Housing, Assistance, and Prevention (HHAP) grant TAY allocation. | | |
| 93 | **1261-1269 Rolland Curtis Pl 90037** 1261-1269 Rolland Curtis Pl 90037 consists of a group of new construction residential buildings completed in 2021. The buildings were leased by the Los Angeles Homeless Services Authority (LAHSA) as part of their Master Leasing Strategy. City staff provided technical assistance to LAHSA for the development of the Master Leasing Strategy. In Fiscal Year (FY) 2025-26, the City is providing $5,212,743 in funding from the City's General Fund to support the overall Strategy and operations for LAHSA's Master Leasing portfolio. In addition, the portfolio is partly supported with Time-Limited Subsidies (TLS) funded by the City and Section 8 vouchers provided by the Housing Authority of the City of Los Angeles (HACLA). | | |
| 102 | **Mayfair** **1256 W 7th ST Los Angeles, CA 90017** The Mayfair was previously a hotel that was used by the City as a Project Roomkey (PRK) site from November 1, 2020 to July 15, 2022. The PRK program was a temporary program established in March 2020 as part of the State of California's response to the COVID-19 pandemic that provided non-congregate shelter options for people experiencing homelessness who were at high risk for medical complications, serious illness, or death from COVID-19. After the demobilization of the site as a PRK site on July 15, 2022, the hotel remained vacant, and the City subsequently began negotiations with the owner to acquire the Mayfair in the first quarter of 2023. The City acquired the site as permanent infrastructure for interim housing in August 2023, and the site opened as interim housing on May 1, 2024. | | |

| | |
|---|---|
| 117 | **4969 SUNSET BLVD Los Angeles, CA 90027**<br><br>4969 Sunset, also known as the Jan Clayton Center, is owned by Volunteers of America Los Angeles (VOALA). VOALA received funding from the U.S. Department of Veterans Affairs (VA) to operate as a Low Demand Grant and Per Diem transitional housing program for homeless veterans from October 1, 2020 to September 20, 2023. When the program for veterans closed, VOALA expressed interest in operating the site as City interim housing. VOALA did not otherwise have funding options available to continue services at the site. The City's Bureau of Engineering (BOE) evaluated the site and recommended accessibility improvements. The City provided $10,000 in funding for accessibility improvements, and the site opened as City interim housing on July 1, 2024. The City also provides funding for services, which is eligible for reimbursement from the County. |
| 128 | **Avalon 1355**<br>**1355 N AVALON BLVD CA 90744**<br><br>Avalon 1355, known as the Las Palmas Apartments, involved the new construction of a four-story building along with the adaptive reuse of an existing vacant single-story commercial building to create an affordable housing project with 53 PSH units. The City contributed to the project financing through the City's issuance of a tax-exempt multifamily conduit revenue note. In addition, the project was awarded a Proposition HHH Supportive Housing Loan from the City. |
| 139 | **The Brine Residential**<br>**3016 N Main St Los Angeles, CA 90031**<br><br>The Brine Residential involved the new construction of a five-story mixed-use building to create an affordable housing project with 49 PSH units. As part of the project, three historic residential structures were relocated and repurposed. The City contributed to the project financing through the City's issuance of a tax-exempt multifamily conduit note. In addition, the project was awarded a Proposition HHH Supportive Housing Loan from the City. |
| 141 | **DV Emergency Shelter**<br>**Confidential Location**<br><br>This site was converted from an access center that did not provide shelter or housing to an emergency shelter serving survivors of domestic violence. City Measure HHH funding was used for the construction of the emergency shelter, which became operational on March 1, 2025. Funding for services at the site is provided through a contract with the City's Community Investment for Families Department. |
| 177 | **803 E 5th St**<br>**803 E 5TH ST  Los Angeles, CA 90013**<br><br>805 E 5th St involves the adaptive reuse of three interconnected commercial buildings to create an affordable housing project with 94 PSH units.  The City contributed to the project financing through the City's issuance of tax-exempt multifamily conduit revenue notes. In addition, the project was awarded a Proposition HHH Supportive Housing Loan from the City. |
| 190 | **New Hampshire PSH**<br>**701 S New Hampshire Ave, Los Angeles, CA 90006**<br><br>New Hampshire PSH involves the new construction of a six-story building along with the adaptive reuse of an existing three-story mansion building, formerly occupied by the Children's Institute childcare center and administrative offices, to create an affordable housing project with 93 PSH units.  The project was awarded a Proposition HHH Supportive Housing Loan from the City. |
| 205 | **7253 Melrose Ave**<br><br>The property located at 7253 Melrose Ave, built in 1969, is a former assisted living facility. Following the closure of the assisted living facility, the owner began rehabilitating the site in 2022 to comply with the Emergency Homeless Shelter requirements in order to lease the site as interim housing. The site has not been occupied since the rehabilitation was completed. In September 2025, the City approved a total of $2,284,020 of Homeless Housing, Assistance, and Prevention (HHAP) funds for operations ($1,457,820) and leasing ($826,200) of the property. Furthermore, the City identified the service provider, Safe Place for Youth (SPY), to operate the site and worked with the Los Angeles Homeless Services Authority (LAHSA) to ensure operations will commence. The site is currently in process as the lease and service provider agreements are pending execution. |