# Exhibit C

| Alliance Settlement Agreement Quarterly Report Quarter Ending Sept 30, 2025 Encampment Reduction Data | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Time Period | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 | CD 8 | CD 9 | CD 10 | CD 11 | CD 12 | CD 13 | CD 14 | CD 15 | Total |
| January 1 - June 30, 2024 (1)(3) | 25 | 20 | 11 | 19 | 10 | 13 | 23 | 6 | 10 | 28 | 18 | 15 | 64 | 112 | 19 | 393 |
| July 1 - December 31, 2024 (2)(3) | 59 | 14 | 35 | 11 | 32 | 28 | 19 | 32 | 115 | 33 | 24 | 13 | 98 | 167 | 29 | 709 |
| January 1 - June 30, 2025 (2)(3) | 136 | 38 | 41 | 11 | 35 | 39 | 14 | 20 | 330 | 27 | 23 | 20 | 53 | 153 | 10 | 950 |
| July 1 - Sept 30, 2025 (2) | 25 | 3 | 15 | 3 | 11 | 15 | 8 | 6 | 27 | 9 | 8 | 5 | 13 | 62 | 3 | 213 |
| Total | 245 | 75 | 102 | 44 | 88 | 95 | 64 | 64 | 482 | 97 | 73 | 53 | 228 | 494 | 61 | 2,265 |

(1) Data represents tents removed that were either 1) accompanied by an offer of housing or shelter, or 2) unattended when removed, meaning no person was present with the personal property who asserted or claimed ownership over the personal property.

(2) Data represents tents and makeshift shelters that were either 1) accompanied by an offer of housing or shelter, or 2) unattended when removed, meaning no person was present with the personal property who asserted or claimed ownership over the personal property.

(3) For January 1, 2024- March 31, 2025, the data is being re-reported pursuant to the Court's June 24, 2025 Order (Dkt. 991)