**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES – GENERAL</u>**

Case No. 2:20-cv-02291-DOC-KES                    Date:  October 17, 2025

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

PRESENT:

<u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

| <u>Karlen Dubon</u> | <u>Not Present</u> |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):  ORDER APPROVING CITY'S BED PLAN AND MILESTONES [1040]**

On October 3, 2025 the City of Los Angeles filed its Updated Bed Plan and Milestones (the "Bed Plan") (Dkt. 1040). On October 13, 2025 LA Alliance for Human Rights (the "Alliance") filed its Objections to the City's Bed Plan ("Objections") (Dkt. 1046). Having reviewed the Parties filings, the Court rules as follows.

The Court **APPROVES** the Bed Plan. It recognizes the verification and documentation issues raised by the Alliance regarding the City's use of the use of Time Limited Subsidy ("TLS") slots. Objections at 2-7. The City may use proper TLS slots to fulfill its obligations, however it is the Monitor's duty, under Section 7.2 of the Settlement Agreement, to authenticate the City's compliance with its TLS slots. Additionally, because of the difficulties inherent to verifying and documenting TLS slots, the Special Master will need to facilitate the verification of TLS bed usage. Therefore, the Monitor is **ORDERED** to verify the City's compliance regarding its use of the TLS slots, with assistance as needed from the Special Master.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                          Date: October 17, 2025

                                                                              Page 2

      The Court also recognizes and appreciates the concerns raised regarding the documentation of TLS slots in the City's milestones. Objections at 8. Going forward, the City is **ORDERED** to specifically document the usage of TLS slots in its submission regarding the milestones. The City's milestone submissions must reflect not only the cumulative number of TLS slots but also the timing of their creation and deployment.

MINUTES FORM 11                                    Initials of Deputy Clerk:
                                                                              kdu
CIVIL-GEN