GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
   tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
   mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
   kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
   bhamburger@gibsondunn.com
ANGELIQUE KAOUNIS, SBN 209833
   akaounis@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
   pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978-7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>        Defendant. | CASE NO. 2:20-cv-02291 DOC (KES)<br><br>**NOTICE OF APPEAL OF DEFENDANT CITY OF LOS ANGELES**<br><br>Honorable David O. Carter, United States District Judge<br><br>Action Filed:    March 10, 2020 |

NOTICE OF APPEAL OF DEFENDANT CITY OF LOS ANGELES
2:20-cv-02291 DOC (KES)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Defendant City of Los Angeles hereby appeals to the United States Court of Appeals for the Ninth Circuit from (1) this Court's order dated October 14, 2025 appointing a third-party monitor and addressing the scope of the monitor's work (Dkt. 1048), and (2) this Court's order dated October 15, 2025 defining the duties of the special master (Dkt. 1050).

DATED: October 22, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: _/s/ Theane Evangelis_
     Theane Evangelis

*Attorneys for Defendant CITY OF LOS ANGELES*

GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
  pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978-7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

NOTICE OF APPEAL OF DEFENDANT CITY OF LOS ANGELES
2:20-cv-02291 DOC (KES)

# REPRESENTATION STATEMENT
Ninth Circuit Rule 3-2(b)

## Counsel for Defendant City of Los Angeles

Theane Evangelis
  tevangelis@gibsondunn.com
Marcellus McRae
  mmcrae@gibsondunn.com
Kahn A. Scolnick
  kscolnick@gibsondunn.com
Bradley J. Hamburger
  bhamburger@gibsondunn.com
Daniel R. Adler
  dadler@gibsondunn.com
Patrick J. Fuster
  pfuster@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:   213.229.7000
Facsimile:   213.229.7520

Hydee Feldstein Soto
Valerie Flores
Arlene N. Hoang
Jessica Mariani
CITY ATTORNEY'S OFFICE
200 North Main Street
City Hall East, 6th Floor
Los Angeles, CA 90012
Telephone:   213.978.7508

## Counsel for Defendant County of Los Angeles

Mira Hashmall
  mhashmall@millerbarondess.com
Jason H. Tokoro
  jtokoro@millerbarondess.com
Lauren M. Brody
  lbrody@millerbarondess.com
MILLER BARONDESS LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, CA 90067
Telephone:   310.552.4400
Facsimile:   310.552.8400

Gibson, Dunn &
Crutcher LLP

3

NOTICE OF APPEAL OF DEFENDANT CITY OF LOS ANGELES
2:20-cv-02291 DOC (KES)

**Counsel for Plaintiff LA Alliance for Human Rights**

Matthew Donald Umhofer
    mumhofer@umklaw.com
Elizabeth A. Mitchell
    emitchell@umklaw.com
UMHOFER, MITCHELL & KING LLP
767 South Alameda Street, Suite 221
Los Angeles, CA 90017
Telephone:  213.394.7979
Facsimile:   213.529.1027

**Counsel for Intervenors Orange County Catholic Worker, Los Angeles Catholic Worker, and Los Angeles Community Action Network**

Shayla R. Myers
    smyers@lafla.org
Isabelle M. Geczy
    igeczy@lala.org
LEGAL AID FOUNDATION OF LOS ANGELES
1550 West 8th Street
Los Angeles, CA 90017
Telephone:  213.640.3983
                      323.801.7990

Carol A. Sobel
    carolsobel@aol.com
LAW OFFICE OF CAROL A. SOBEL
725 Arizona Avenue
Santa Monica, CA 90401
Telephone:  310.393.3055

Catherine Sweetser
    catherine.sdshhh@gmail.com
SCHONBRUN SEPLOW HARRIS & HOFFMAN, LLP
11543 Olympic Boulevard
Los Angeles, CA 90064
Telephone:  310.396.0731

Brooke Weitzman
    bweitzman@eldrcenter.org
William Wise
    bwise@eldrcenter.org
ELDER LAW AND DISABILITY RIGHTS CENTER
1535 East 17th Street, Suite 110
Santa Ana, CA 92705
Telephone:  714.617.5353

Gibson, Dunn &
Crutcher LLP

4

NOTICE OF APPEAL OF DEFENDANT CITY OF LOS ANGELES
2:20-cv-02291 DOC (KES)