GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
  pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978-7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>Defendant. | CASE NO. 2:20-cv-02291 DOC (KES)<br><br>**DECLARATION OF MATTHEW SZABO IN SUPPORT OF EX PARTE APPLICATION FOR STAY OF ORDER APPOINTING DANIEL GARRIE AS MONITOR PENDING APPEAL**<br><br>Honorable David O. Carter,<br>United States District Judge<br><br>Action Filed:    March 10, 2020 |

Gibson, Dunn &
Crutcher LLP

DECLARATION OF MATTHEW SZABO IN SUPPORT OF EX PARTE APPLICATION FOR
STAY OF ORDER APPOINTING DANIEL GARRIE AS MONITOR PENDING APPEAL

I, Matthew Szabo, declare as follows:

1.    I make this declaration in support of the City of Los Angeles's *Ex Parte* Application for a Stay Pending Appeal.  The information set forth in this declaration is true and based on my own personal knowledge, unless otherwise stated.  If called as a witness, I could and would testify thereto.

2.    I am currently serving as the City Administrative Officer for the City of Los Angeles and have held this position since July 2021.  In this role, my primary responsibility is to be the principal financial advisor to the Mayor and City Council.  In this capacity, I assist the Mayor in developing the annual budget and assist the City Council in reviewing and approving the annual budget.  I am also responsible for making revenue projections and negotiating wages and benefits for all of the City's employees.

3.    On June 14, 2025, the City Attorney submitted a draft resolution declaring a fiscal emergency to the City Council.  Attached as **Exhibit A** is a true and correct copy of the June 14, 2025 draft resolution submitted by the City Attorney to the City Council.

4.    On June 24, 2025, the City Council voted unanimously to pass the resolution declaring a fiscal emergency.  On July 3, 2025 the Mayor approved the resolution.  Attached as **Exhibit B** is a true and correct copy of the action of the City Council, which also reflects the Mayor's approval.

5.    Attached as **Exhibit C** is a true and correct copy of a June 20, 2025 Report from the Office of the City Administrator providing the second preliminary estimates of the cost to the City of responding to the June 2025 civil unrest.

6.    On Saturday, October 18, 2025, I received an email from Daniel Garrie with the subject "Daniel Garrie Inquiry at the Direction of Judge Carter (via Kenneth Mejia)."  Attached to Mr. Garrie's email was an Excel file with three separate worksheets with various questions about the City's Quarterly Report; the data systems used by the City, LAHSA, LAHD, and HACLA; and "General Questions."  In total, the Excel file contains over 700 questions.  A true and correct copy of that email and the accompanying Excel file is attached as **Exhibit D**.

DECLARATION OF MATTHEW SZABO IN SUPPORT OF EX PARTE APPLICATION FOR STAY OF ORDER APPOINTING DANIEL GARRIE AS MONITOR PENDING APPEAL

7.     I responded to Mr. Garrie's email on Monday, October 20, 2025, noting "Received."

8.     On Tuesday, October 21, 2025, I received another email from Sonya Morgan, who apparently works with Mr. Garrie, asking for a "timeline of when we can expect to receive the information for the spreadsheet that Monitor Garrie provided," and asking me to confirm my availability for interviews.  A true and correct copy of that email is attached as **Exhibit E**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this Declaration in Los Angeles, California. Executed this 22nd day of October, 2025.

_____
Matthew Szabo

DECLARATION OF MATTHEW SZABO IN SUPPORT OF EX PARTE APPLICATION FOR STAY OF ORDER APPOINTING DANIEL GARRIE AS MONITOR PENDING APPEAL

Gibson, Dunn & Crutcher LLP