# Exhibit A

Szabo Decl. Ex. A - 4

**RESOLUTION DECLARING A STATE OF EMERGENCY
BASED ON FISCAL CIRCUMSTANCES RESULTING FROM DECREASED
REVENUE AND INCREASED LIABILITIES**

**WHEREAS,** the City of Los Angeles (City) has faced challenges achieving its revenue, expenditures, and General Fund reserve targets set forth in the City's Fiscal Year 2024-25 Adopted Budget;

**WHEREAS,** the First Financial Status Report (FSR) for Fiscal Year 2024-25 in regard to the Fiscal Year 2024-25 Adopted Budget released by the City Administrative Officer (CAO) on October 25, 2024, reported that revenues were at risk of falling short of plan because of missed Fiscal Year 2023-24 revenue projections of $51.6 million below target, particularly in the economically sensitive categories of business and transient occupancy taxes;

**WHEREAS,** the First FSR for Fiscal Year 2024-25 also reported that due to actual General Fund revenues for Fiscal Year 2023-24 falling short by $51.6 million and year-end transfers from the Reserve Fund to address spending in Fiscal Year 2023-24, the Reserve Fund balance, as of July 1, 2024, was approximately $330.6 million, or 4.1 percent of budgeted General Fund revenues, an amount that is below the aspired five percent minimum threshold established by Los Angeles Administrative Code Section 5.120(a) and below the 5.1 percent of General Fund revenue target the Fiscal Year 2024-25 Adopted Budget assumed;

**WHEREAS,** in the First FSR for Fiscal Year 2024-25, the CAO identified a Reserve Fund balance that had further decreased since July 1, 2024, to approximately $312.8 million, or 3.9 percent of budgeted General Fund revenues, as well as projected overspending of approximately $216 million, driven in part by increases to the City's liability expenditures in excess of the amounts appropriated from civil lawsuits, Fire Department expenditures, General Services Department expenditures, and other spending, that the CAO warned would, absent measures to curtail spending, further diminish the City's Reserve Fund;

**WHEREAS,** the City Council adopted certain recommended austerity measures set forth in the First FSR to curtail spending and limit liability expenditures;

**WHEREAS,** on December 6, 2024, the CAO released its Second FSR for Fiscal Year 2024-25 to provide an update on the projected expenditures and revenues for Fiscal Year 2024-25 and the status of the Reserve Fund;

**WHEREAS,** the Second FSR identified approximately $296.1 million in expenditures above plan for Fiscal Year 2024-25, largely attributable to liability claims and costs and Fire Department over-expenditures related to a recently approved fire sworn labor agreement, and noted that the projected revenue growth in the Fiscal Year 2024-25 Adopted Budget was likely overstated;

1

Szabo Decl. Ex. A - 5

**WHEREAS,** the Second FSR stressed continued exposure and depletion of the City's Reserve Fund to counterbalance spending would be required unless over spending could be curtailed with more aggressive austerity measures;

**WHEREAS,** beginning on January 7, 2025, the City endured unprecedented windstorm driven wildfires, including a severe fire that originated in the Pacific Palisades neighborhood (Palisades Fire) of the City;

**WHEREAS,** on January 7, 2025, the Mayor issued a Declaration of Local Emergency to protect the health, safety, and welfare of the residents and property of the City on account of the wildfires;

**WHEREAS,** according to the California Department of Forestry and Fire Protection, almost 24,000 acres were burned in the Palisades Fire, with an estimate of more than 7,800 structures damaged or destroyed in the affected areas, as well as the loss of several lives;

**WHEREAS,** on February 28, 2025, the CAO released its Third (Mid-Year) FSR for Fiscal Year 2024-25;

**WHEREAS,** the Mid-Year FSR identified $300.5 million in expenditures above Fiscal Year 2024-25 Adopted Budget appropriations, largely attributed to continued growth in liability claims and litigation costs, Fire Department over-expenditures related to the fire sworn labor agreement, the response to the January 2025 windstorm and wildfire events, Police Department expenditures, worker's compensation benefits, and GSD fleet maintenance expenditures;

**WHEREAS,** the Mid-Year FSR presented downside revenue risks facing the City due to unemployment, stagnation of City tax collections, and modest decrease of property tax revenues from anticipated reassessments of properties damaged by the wildfires;

**WHEREAS,** due to these risks, in the Mid-Year FSR the CAO projected that, based on economic trends and potential impacts from the wildfires, revenues for Fiscal Year 2024-25 may fall short of projections in the Fiscal Year 2024-25 Adopted Budget by $100 million or more;

**WHEREAS,** the Mid-Year FSR also identified that the Reserve Fund balance was at $264.5 million, or 3.28 percent of budgeted General Fund revenues, which could critically drop to under two percent if the City utilized the Reserve Fund to address all overspending;

**WHEREAS,** in response to the recommendations in the Mid-Year FSR related to addressing overspending while preserving the Reserve Fund, the City Council and Mayor adopted certain fiscal solutions to offset the projected lower revenues, including $76 million in extraordinary appropriation reductions and funding sweeps, continued

2

hiring constraints, and that departments absorb or manage remaining spending within existing funds and retain any projected surpluses to the greatest extent possible, which caused considerable service impacts and limited departments' ability to plan activities and have confidence that funding would remain available for longer-term projects;

**WHEREAS,** the Mid-Year FSR also noted that the City is facing uncertainty as the federal government considers and attempts to implement policies that economists have characterized as inflationary, which would put additional pressures on the City's economically sensitive revenues;

**WHEREAS,** on March 19, 2025, the CAO discussed the Mid-Year FSR with the City Council and presented areas of concern and projected a Fiscal Year 2025-26 General Fund budget gap of up to $1 billion primarily due to declining revenues, the need to restore the Reserve Fund minimum funding, and increased pensions contributions and liability claims, and emphasized that this was a structural problem that would require structural budget solutions;

**WHEREAS,** on April 25, 2025, S&P Global Ratings (S&P) lowered its long-term rating on the City's general obligation bonds to "AA-" (from "AA") and lowered its rating on the Municipal Improvement Corporation of Los Angeles Lease Revenue Bonds to "A+" (from "AA-") with a Negative Outlook;

**WHEREAS,** S&P noted that "the downgrade reflects the City's weakening financial position and an emerging structural imbalance" and that "the rapid pace of the reserve deterioration over the last two fiscal years and increasing threats to budget balance highlight the near-term credit risk;"

**WHEREAS,** on May 1, 2025, Kroll Bond Rating Agency, LLC (KBRA) also lowered its long-term ratings on the City's general obligation bonds to "AA" (from "AA+") and on the Municipal Improvement Corporation of Los Angeles Lease Revenue Bonds to "AA-" (from "AA") with a Negative Outlook;

**WHEREAS,** KBRA noted that "declining revenues, rising labor and liability expenses, weakened reserves, and wildfire recovery costs and impacts…create significant fiscal risks over the outlook horizon;"

**WHEREAS,** the recent rating downgrade actions reflect the rating agencies' independent assessment of the City's creditworthiness, which presently include significant credit challenges which, in order to improve its financial condition, the City must address by restoring its reserves, making structural changes, and taking extraordinary expenditure reduction measures;

**WHEREAS,** the failure to restore the Reserve Fund to the minimum level policy goal of five percent of General Fund revenues as aspired to in Los Angeles Administrative Code Section 5.120(a) hinders the City's ability to continue the current level of City services, including obligatory employee related costs, and to address any

3

Szabo Decl. Ex. A - 7

unanticipated but not unusual overspending or revenue losses that emerge during a fiscal year without severely cutting spending during the year that tend to result in service reductions that cannot take the City priorities into account;

**WHEREAS,** the failure to restore the Reserve Fund to the minimum level policy goal further hinders the City's ability to address potential extraordinary challenges, such as natural disasters or civil unrest, that periodically occur but cannot be specifically predicted;

**WHEREAS,** the aforesaid challenges concerning the Fiscal Year 2024-25 Adopted Budget have demonstrated that the City is facing structural budget challenges that require the City's Fiscal Year 2025-26 Adopted Budget include structural solutions, most notably in the form of position eliminations;

**WHEREAS,** on April 21, 2025, the Mayor released the Fiscal Year 2025-26 Proposed Budget, which needed to address a projected budget gap as high as $1 billion due to continuing increases in personnel costs, revenue growth below historical average, the restoration of reserves to policy levels, increased funding for liability claims, and General Fund subsidies to the solid waste system;

**WHEREAS,** to address the budget gap, and to provide the foundation for long-term structural budget balance, the Mayor proposed a number of significant actions, including the elimination of 1,647 filled and 1,076 vacant positions, the elimination and/or deferral of various expenses, including the annual contribution to the Public Matching Campaign Trust Fund, and the reduction of General Fund subsidies for solid waste by increasing refuse collection fees, which was projected to save the General Fund approximately $105 million;

**WHEREAS,** on May 30, 2025, following weeks of budget hearings, faced with ongoing economic uncertainty, the City Council approved a revised budget for Fiscal Year 2025-26, which the Mayor signed on June 6, 2025, making certain changes to the Mayor's proposed budget, including reducing the number of filled positions eliminated to 614 and reducing the number of vacant positions to be eliminated to 961, reducing police officer hiring from 480 recruits to 240 recruits, reducing several new and enhanced services in the Fire Department, reducing a number of Council and Mayor discretionary accounts by 10 percent, and increasing General Fund revenues such as through a new business tax auditing program, various cost recovery fee increases, and a parking meter price increase;

**WHEREAS,** the Fiscal Year 2025-26 Adopted Budget appropriates $121.8 million for the restoration of the Reserve Fund to $419.9 million, or 5.13 percent of General Fund revenues as projected in the budget;

**WHEREAS,** simultaneous with its approval of the Fiscal Year 2025-26 Adopted Budget, the City Council recognized the need to declare a fiscal emergency to allow for the implementation of certain budget balancing solutions, specifically the elimination of

4

Szabo Decl. Ex. A - 8

614 filled positions to the extent that eliminating those positions will result in a layoff of any current City employees, and withholding the Charter required transfer to the Public Matching Campaign Trust Fund of $4,152,900 pursuant to Charter Section 471(c)(1);

**WHEREAS,** due to the continued risk of elevated tariffs and their impact on global trade and tourism and revenue in the City, volatile market conditions, the risk of the loss of federal funds, economic uncertainty and ongoing recovery from the January 2025 wildfires, immediate action must be taken to lay the foundation for long-term structural budget balancing; and

**WHEREAS,** immediate and comprehensive action to reduce spending as included in the Fiscal Year 2025-26 Adopted Budget, including reducing employee payroll costs, must be taken to ensure, to the maximum extent possible, that the essential services of the City are not jeopardized, public health and safety are preserved, and the City is able to pay its remaining employees for the work they perform.

**NOW, THEREFORE, BE IT RESOLVED THAT:**

1.      The City Council of the City of Los Angeles, by virtue of the power and authority vested in it by the City Charter and the Los Angeles Administrative Code, does hereby adopt the foregoing recitals as findings and does hereby determine and declare that an emergency pursuant to Government Code Section 3504.5 and Los Angeles Administrative Code Section 4.859 exists, and that the City has complied with Los Angeles Administrative Code Section 4.850(b), and issues this Order to become effective immediately;

2.      The Mayor, through the appointing authorities, adopt a plan to implement layoffs, and other methods of reducing employee payroll expense, including the abolishment of positions in Fiscal Year 2025-26 in sufficient number, and at the levels necessary to ensure and improve the City's fiscal stability as set forth in the Fiscal Year 2025-26 Adopted Budget; and

3.      The City Council, as determined by a two-thirds vote, will forego the appropriation of any funds to the Public Matching Campaign Trust Fund pursuant to Charter Section 471(c)(1) for Fiscal Year 2025-26, after finding that:  (i) an emergency exists; and (ii) the Trust Fund has the required balance after due consideration of the Ethics Commission's analysis regarding projected costs and estimated public funding needs over the next four years.

Szabo Decl. Ex. A - 9