# Exhibit B



PETTY F. SANTOS
INTERIM CITY CLERK

VACANT
EXECUTIVE OFFICER

**City of Los Angeles**
CALIFORNIA

KAREN BASS
MAYOR

OFFICE OF THE
CITY CLERK

**Council and Public Services Division**
200 N. SPRING STREET, ROOM 395
LOS ANGELES, CA 90012
GENERAL INFORMATION - (213) 978-1133
FAX: (213) 978-1040
————————

PATRICE Y. LATTIMORE
DIVISION MANAGER
CLERK.LACITY.GOV

# OFFICIAL ACTION OF THE LOS ANGELES CITY COUNCIL

**Council File No.:**      25-0600-S36

**Council Meeting Date:**      June 24, 2025

**Agenda Item No.:**      60

**Agenda Description:**      COMMUNICATION FROM THE CITY ATTORNEY and RESOLUTION relative to declaring a State of Emergency based on fiscal circumstances resulting from decreased revenue and increased liabilities for Fiscal Year 2025-26.

**Council Action:**      COMMUNICATION FROM THE CITY ATTORNEY AND RESOLUTION - ADOPTED FORTHWITH

**Council Vote:**

| | | | | | |
|---|---|---|---|---|---|
| YES | Blumenfield | YES | Harris-Dawson | YES | Hernandez |
| YES | Jurado | YES | Hutt | YES | Lee |
| YES | McOsker | YES | Nazarian | YES | Padilla |
| YES | Park | YES | Price Jr. | YES | Raman |
| ABSENT | Rodriguez | YES | Soto-Martínez | YES | Yaroslavsky |

PETTY F. SANTOS
INTERIM CITY CLERK

---

**Pursuant to Charter/Los Angeles Administrative Code Section(s): 341**

---

**FILE SENT TO MAYOR**      06-24-2025
**LAST DAY FOR MAYOR TO ACT**      07-07-2025

APPROVED

7/3/2025

Szabo Decl. Ex. B - 11

AN EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER

DATE SIGNED

Adopted Report(s)Title
Report from City Attorney dated 6-14-25
Attachment to Report dated 6-14-25 - Resolution

Szabo Decl. Ex. B - 12

AN EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER