# Exhibit E

Szabo Decl. Ex. E - 60

---------- Forwarded message ---------
From: **Sonya Morgan** <smorgan@lawandforensics.com>
Date: Tue, Oct 21, 2025 at 12:18 PM
Subject: RE: Daniel Garrie Inquiry at the Direction of Judge Carter (via Kenneth Mejia)
To: Matt Szabo <matt.szabo@lacity.org>
Cc: dinah.manning@lacity.org <dinah.manning@lacity.org>, kenneth.mejia@lacity.org <kenneth.mejia@lacity.org>, Michele <michele@michelecmartinez.com>, Daniel B. Garrie <Daniel@lawandforensics.com>, Valerie Flores <valerie.flores@lacity.org>, Jessica Mariani <jessica.mariani@lacity.org>, Arlene Hoang <arlene.hoang@lacity.org>


Good afternoon, Mr. Szabo,


Thank you for confirming receipt of Monitor Garrie's email.

1

Szabo Decl. Ex. E - 61

Could you please provide a timeline of when we can expect to receive the information for the spreadsheet that Monitor Garrie provided? As Monitor Garrie will be providing a status update to the Court later this week, we would greatly appreciate receiving an update on the expected timeline as soon as possible to ensure we remain on track with the current deadlines.

Additionally, regarding scheduling an interview with Monitor Garrie, could you confirm your availability for the proposed times on Thursday? If those times are not convenient, we also have additional slots available on Friday, October 24, 2025, between 9 and 11 AM ET or between 12 and 4 PM ET. Your confirmation on a suitable time would be greatly appreciated.

Lastly, could you please confirm by EOD Wednesday, October 22, whether you and/or your team will be available to meet in person on Tuesday, October 28, 2025?

Thank you for your attention and cooperation in this matter.

Kind regards,

Sonya

---

**From:** Matt Szabo <matt.szabo@lacity.org>
**Sent:** Monday, October 20, 2025 2:42 PM
**To:** Sonya Morgan <smorgan@lawandforensics.com>
**Cc:** dinah.manning@lacity.org; kenneth.mejia@lacity.org; Michele <michele@michelecmartinez.com>; Daniel B. Garrie <Daniel@lawandforensics.com>; Valerie Flores <valerie.flores@lacity.org>; Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>
**Subject:** Re: Daniel Garrie Inquiry at the Direction of Judge Carter (via Kenneth Mejia)

Received. Thank you.

---

MATTHEW W. SZABO

Szabo Decl. Ex. E - 62

**CITY ADMINISTRATIVE OFFICER**

**CITY OF LOS ANGELES**

On Mon, Oct 20, 2025 at 11:06 AM Sonya Morgan <smorgan@lawandforensics.com> wrote:

Good morning, All,

I am writing to kindly request that everyone confirm the safe receipt of Monitor Garrie's email dated Saturday, October 18.

Thank you very much for your kind cooperation.

Kind regards,

Sonya

---

**From:** Sonya Morgan
**Sent:** Monday, October 20, 2025 12:41 PM
**To:** matt.szabo@lacity.org
**Cc:** dinah.manning@lacity.org; kenneth.mejia@lacity.org; Michele <michele@michelecmartinez.com>; Daniel B. Garrie <Daniel@lawandforensics.com>
**Subject:** RE: Daniel Garrie Inquiry at the Direction of Judge Carter (via Kenneth Mejia)

Good morning, Mr. Szabo,

I hope this message finds you well.

3

Szabo Decl. Ex. E - 63

I am following up on Monitor Garrie's below email regarding the need to schedule an interview with you and/or your team to discuss the information mentioned below.

Could you please let me know if you are available on Thursday, October 23, at any time between 10:30 AM and 12 PM PST or between 2 PM and 4 PM PST? If any time within these slots works for you, I will send out a calendar invite.

Thank you for your kind cooperation.

Kind regards,

Sonya

**From:** Daniel B. Garrie <Daniel@lawandforensics.com>
**Sent:** Saturday, October 18, 2025 6:13 AM
**To:** matt.szabo@lacity.org
**Cc:** dinah.manning@lacity.org; kenneth.mejia@lacity.org; Michele <michele@michelecmartinez.com>; Sonya Morgan <smorgan@lawandforensics.com>; Daniel B. Garrie <Daniel@lawandforensics.com>
**Subject:** Daniel Garrie Inquiry at the Direction of Judge Carter (via Kenneth Mejia)

Dear Mr. Szabo,

My name is Daniel Garrie, and I have been appointed as the Data Monitor in the matter at caption. I received your contact information from Controller Kenneth Mejia. He indicated that the City Administrative Officer's Office compiles the Alliance Quarterly Reports and that I should reach out to you regarding the data used in the October 2025 Quarterly Report (Dkt. 1051).

Accordingly, I have attached a spreadsheet containing specific questions that require responses concerning the data contained in that report. If you are able to provide the requested information, please do so directly in the spreadsheet. If there are questions relating to systems or data sources that are best answered by others on your team, please let me know so we can coordinate accordingly.

Additionally, I would like to schedule an interview with you, or a member of your team who can answer these questions, next week, Thursday, October 23, 2025. My colleague, Sonya Morgan, will reach out on Monday with available times to coordinate this meeting. I would also like to tentatively schedule an in-person interview with you (or your colleagues) on October 28, 2025, given the Nov. 12, 2025 deadline set by the court.

Thank you for your cooperation, and please do not hesitate to contact me if you have any questions in the meantime.

4

Szabo Decl. Ex. E - 64

Please keep Sonya Morgan on cc for all communications and reach out to her if you are not able to reach me directly.

Best regards,
Daniel Garrie
Data Monitor

**Daniel B. Garrie, Esq.**

Founder, Law & Forensics LLC

Neutral, Arbitrator, Mediator, JAMS

Adjunct Lecturer at Harvard

Phone: 855-529-2466; Email: daniel@lawandforensics.com; Web: www.lawandforensics.com

**Discover L&F's world-class Expert Witness panel delivering critical testimony in high-stake cases**.

Schedule a meeting https://calendly.com/danielgarrie/catchup_dgarrie

daniel@lawandforensics.com

Confidentiality Statement: The information in this transmission is privileged and confidential information intended to use the individual or entity named above.  If the reader of this message is not the intended recipient, you are at this moment notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and delete it.  Thank you.

Notice: Do not change any Wire Instructions without first checking with Law & Forensics by phone.

CAUTION: This email originated from outside Law & Forensics's Email System. Please make sure you recognize the sender and know the content is safe before you click on any links or open any attachments.

5

Szabo Decl. Ex. E - 65

CAUTION: This email originated from outside Law & Forensics's Email System. Please make sure you recognize the sender and know the content is safe before you click on any links or open any attachments.

******************Confidentiality Notice ************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.
****************************************************************

6

Szabo Decl. Ex. E - 66