GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
  pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978-7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>    Defendant. | CASE NO. 2:20-cv-02291 DOC (KES)<br><br>**DECLARATION OF KAHN A. SCOLNICK IN SUPPORT OF EX PARTE APPLICATION FOR STAY OF ORDER APPOINTING DANIEL GARRIE AS MONITOR PENDING APPEAL**<br><br>Honorable David O. Carter, United States District Judge<br><br>Action Filed:    March 10, 2020 |

DECLARATION OF KAHN A. SCOLNICK IN SUPPORT OF EX PARTE APPLICATION FOR STAY OF ORDER APPOINTING DANIEL GARRIE AS MONITOR PENDING APPEAL

I, Kahn A. Scolnick, declare as follows:

1.    I am an attorney admitted to practice law in the State of California. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys representing the City of Los Angeles in the above-referenced action. I submit this declaration in support of the City of Los Angeles's Ex Parte Application for a Stay Pending Appeal. If called and sworn as a witness, I could and would testify competently to the following:

2.    On August 8, 2025, I participated in a meet and confer discussion with Matthew Umhofer, counsel for the Alliance. Attached as **Exhibit A** is a true and correct copy of the certified transcript from that meet and confer discussion.

3.    On August 22, 2025, I participated in a second meet and confer discussion with Elizabeth Mitchell, counsel for the Alliance. Attached as **Exhibit B** is a true and correct copy of the certified transcript from that meet and confer discussion.

4.    On September 16, 2025, I appeared on behalf of the City at a status conference to discuss the Court's approval of one of the two proposed monitors the parties had jointly proposed. At the status conference, the Court called both Ron Galperin and Daniel Garrie on the record, and then instructed counsel for the parties to call Mr. Galperin and Mr. Garrie outside of the Court's presence to discuss potentially serving as a monitor. As directed by the Court, during a break, I and other counsel for the City spoke briefly with Mr. Garrie to ask about the rates he and his team might charge for this work; during that call, Mr. Garrie told us that he had received a call from Judge Carter several days before the status conference about potentially serving in the monitor role.

5.    Attached as **Exhibit C** is a true and correct copy of an email I received from Daniel Garrie on September 28, 2025.

6.    Attached as **Exhibit D** is a true and correct copy of an email I received from Daniel Garrie on October 17, 2025.

7.    On October 22, 2025, I provided notice of this ex parte application to

Gibson, Dunn &
Crutcher LLP

2

DECLARATION OF KAHN A. SCOLNICK IN SUPPORT OF EX PARTE APPLICATION FOR STAY OF ORDER APPOINTING DANIEL GARRIE AS MONITOR PENDING APPEAL

counsel for the Alliance, the County, and Intervenors via email, and I asked for their availability to discuss this on a telephone call.  Elizabeth Mitchell, counsel for the Alliance, responded to my email, indicated that the Alliance intended to oppose this ex parte application, and confirmed that the City had complied with its meet and confer obligations under Local Rule 7-19.1 without the need for any phone call.  Attached as **Exhibit E** is a true and correct copy of Ms. Mitchell's response to my October 22, 2025 email.

8.      Shayla R. Myers, counsel for Intervenors, responded to my email to state the Intervenors "do not intend to take a position on the *ex parte* but reserve the right to do so depending on the contents of the application."  And Lauren Brody, counsel for the County of Los Angeles, agreed with me that it wasn't necessary for the County to take a position on this ex parte.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this Declaration in Los Angeles, California. Executed this 22nd day of October, 2025.

*/s/ Kahn A. Scolnick*
Kahn A. Scolnick

Gibson, Dunn & Crutcher LLP

3

DECLARATION OF KAHN A. SCOLNICK IN SUPPORT OF EX PARTE APPLICATION FOR STAY OF ORDER APPOINTING DANIEL GARRIE AS MONITOR PENDING APPEAL