# Exhibit C

Scolnick Decl. Ex. C - 230

| From: | Daniel B. Garrie |
|---|---|
| To: | Arlene Hoang |
| Cc: | Scolnick, Kahn A.; Hamburger, Bradley J.; Valerie Flores; Jessica Mariani; Elizabeth Mitchell; Michele; Sonya Morgan; Daniel B. Garrie |
| Subject: | Re: LA Alliance- Request for Information |
| Date: | Sunday, September 28, 2025 10:37:06 AM |

---

**This Message Is From an External Sender**
This message came from outside your organization.

---

Counsel Hoang,

Law & Forensics' professional fees are based on the following discounted hourly rates:

- Daniel Garrie, Partner, $750/hour ($900/hour)
- Michael Mann, Director - $675/hour ($800/hour)
- Morgan Ward Doran, Director - $675/hour ($800/hour)
- J-Michael Roberts, Director - $650/hour ($750/hour)
- Jennifer Deutsch, Senior Associate - $525/hour ($650/hour)
- Sonya Morgan, Associate/Project Manager - $325/hour ($475/hour)
- Dean Corn, Senior Technical Analyst - $475/hour ($550/hour)
- Philip Corn, Technical Analyst - $350/hour ($450/hour)
- Alex Oz, Analyst - $225/hour ($300/hour)

Law & Forensics will not charge the city for hard travel costs (e.g., airfare, lodging, or related expenses).

At this stage, it is very difficult to provide a precise budget. The scope and effort required will depend heavily on the current state of the City's data, systems, and documentation, as well as the specific directives from the Court. Once Law & Forensics has greater clarity regarding the systems in place and the expectations under the Court's order, we will provide a more concrete estimate.

For transparency purposes I am including the Special Master and Counsel Mitchell. I spoke briefly with Judge Carter briefly informing him I had heard from the City and during that call he requested that I keep Special Master Martinez in the loop.   Until the rules of engagement are confirmed, it is my preference to not have communications without having all parties involved and the Special Master.

Please going forward keep Sonya Morgan (cc'd) from my team in the loop so that I do not miss any critical emails.

Respectfully yours,
Daniel B. Garrie

**Daniel B. Garrie, Esq.**

Scolnick Decl. Ex. C - 231

Founder, Law & Forensics LLC
Neutral, Arbitrator, Mediator, JAMS
Adjunct Lecturer at Harvard

Phone: 855-529-2466; Email: daniel@lawandforensics.com; Web: www.lawandforensics.com

**Discover L&F's world-class Expert Witness panel delivering critical testimony in high-stake cases**.
Schedule a meeting https://calendly.com/danielgarrie/catchup_dgarrie

daniel@lawandforensics.com
Confidentiality Statement: The information in this transmission is privileged and confidential information intended to use the individual or entity named above.  If the reader of this message is not the intended recipient, you are at this moment notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and delete it.  Thank you.

---

**From:** Arlene Hoang <arlene.hoang@lacity.org>
**Sent:** Friday, September 26, 2025 10:11 PM
**To:** Daniel B. Garrie <Daniel@lawandforensics.com>
**Cc:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Valerie Flores <valerie.flores@lacity.org>; Jessica Mariani <jessica.mariani@lacity.org>
**Subject:** LA Alliance- Request for Information

Dear Mr. Garrie,

This morning the Los Angeles City Council continued consideration of the monitor selection in the *LA Alliance* case to next Wednesday, October 1, 2025.  Please reply to this email and provide in writing the identities of your proposed team members, the rates for each, and a proposed budget.  We would appreciate receipt of this information by Monday morning, September 29, given our limited time frame.  Thank you.


Arlene Hoang
Deputy City Attorney
Office of the Los Angeles City Attorney
Business and Complex Litigation Division
200 N. Main Street, Room 675
Los Angeles, CA 90012
T:  213-978-7508
F: 213-978-7011
Arlene.Hoang@lacity.org

Scolnick Decl. Ex. C - 232

*****************Confidentiality Notice ************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.
**************************************************************

CAUTION: This email originated from outside Law & Forensics's Email System. Please make sure you recognize the sender and know the content is safe before you click on any links or open any attachments.

Notice: Do not change any Wire Instructions without first checking with Law & Forensics by phone.

Scolnick Decl. Ex. C - 233