# Exhibit D

Scolnick Decl. Ex. D - 234

| | |
|---|---|
| **From:** | Daniel B. Garrie |
| **To:** | Scolnick, Kahn A.; Elizabeth Mitchell |
| **Cc:** | Hamburger, Bradley J.; Jessica Mariani; Arlene Hoang; Michele; Sonya Morgan; Daniel B. Garrie |
| **Subject:** | Re: Next Steps for Data Monitors |
| **Date:** | Friday, October 17, 2025 6:33:52 AM |
| **Attachments:** | image001.png |

**This Message Is From an External Sender**
This message came from outside your organization.

Counsel,

Thank you for sharing your objections. I appreciate your input and recognize the concerns you have raised. As noted, Special Master Martinez (cc'd) will communicate this matter to the court.

In the meantime, I intend to continue with the work until instructed otherwise by the court. Please be advised that me and the LnF team have met with the controller and their team and we are moving forward.

Please let me know if you have further questions or concerns, and I will do my best to address them promptly.

Thank you for your attention to this matter.

Data Monitor Garrie

**From:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Sent:** Friday, October 17, 2025 3:12 AM
**To:** Daniel B. Garrie <Daniel@lawandforensics.com>; Elizabeth Mitchell <elizabeth@umklaw.com>
**Cc:** Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; Michele <michele@michelecmartinez.com>
**Subject:** RE: Next Steps for Data Monitors

Mr. Garrie, thanks for your email. The City maintains its objection to your selection and appointment as a monitor in this case—including because the City Council has not approved your selection. The City also maintains its objections to the scope of work and any fees you charge. The City reserves all rights with respect to these issues. The City is considering whether to appeal from the appointment order and to seek a stay of that order pending appeal.
Thank you.

**Kahn A. Scolnick**

Scolnick Decl. Ex. D - 235

T: +1 213.229.7656
KScolnick@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Daniel B. Garrie <Daniel@lawandforensics.com>
**Sent:** Thursday, October 16, 2025 9:29 AM
**To:** Elizabeth Mitchell <elizabeth@umklaw.com>; Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Cc:** Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Jessica Mariani
<jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; Michele
<michele@michelecmartinez.com>; Daniel B. Garrie <Daniel@lawandforensics.com>
**Subject:** Re: Next Steps for Data Monitors

Counsel,

Attached for your convenience is a copy of the Court's Appointment Order. It is an honor and a
privilege to work with everyone here in this matter.

Please confirm that you acknowledge and agree to the following:

- My hourly rates are as set forth in the Appointment Order and my prior correspondence
  regarding the LnF team rates.
- Invoices will be issued monthly and are payable within 30 days (net-30).
- Consistent with the Order, I am authorized to commence work immediately, and I will
  proceed accordingly upon receipt of your acknowledgment.

If you are unable to reach me directly, please contact Sonya Morgan, at
smorgan@lawandforensics.com.

Please confirm receipt and affirm that you do not object to the above as soon as possible, but
certainly today, as I need to inform the court if there are any issues.

Again, it is an honor and a privilege to work with everyone here in this matter.

Best regards,
Daniel Garrie

---

**From:** Elizabeth Mitchell <elizabeth@umklaw.com>
**Sent:** Thursday, October 2, 2025 7:37 PM
**To:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>;
ron@rongalperin.com <ron@rongalperin.com>; Daniel B. Garrie

Scolnick Decl. Ex. D - 236

<Daniel@lawandforensics.com>; Daniel B. Garrie <Daniel@lawandforensics.com>
**Cc:** Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Jessica Mariani
<jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>
**Subject:** RE: Next Steps for Data Monitors

Thanks for the update.

---

**From:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Sent:** Wednesday, October 1, 2025 2:24 PM
**To:** Elizabeth Mitchell <elizabeth@umklaw.com>; ron@rongalperin.com; Daniel B. Garrie
<Daniel@lawandforensics.com>; Daniel B. Garrie <Daniel@lawandforensics.com>
**Cc:** Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Jessica Mariani
<jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>
**Subject:** RE: Next Steps for Data Monitors

Hi Liz, Ron, and Daniel.   We wanted to let you know that the City Council continued
consideration of the Monitor question until next Tuesday to give the members
additional time to review and consider the selection.  We are optimistic that there will
be no further continuances past next Tuesday.

**Kahn A. Scolnick**

T: +1 213.229.7656
KScolnick@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Sent:** Friday, September 26, 2025 12:47 PM
**To:** Elizabeth Mitchell <elizabeth@umklaw.com>; ron@rongalperin.com; Daniel B. Garrie
<Daniel@lawandforensics.com>; Daniel B. Garrie <Daniel@lawandforensics.com>
**Cc:** Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Jessica Mariani

Scolnick Decl. Ex. D - 237

<jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>
**Subject:** RE: Next Steps for Data Monitors


Dear Liz/all:   We want to update you that although the monitor selection was agendized for Council to consider during today's regular scheduled meeting (item 21 on the agenda), this morning Council continued the item to allow for time to obtain additional information from the proposed monitors.  We understand the item has been continued to next Wednesday, October 1, 2025, for Council's consideration.



**Kahn A. Scolnick**

T: +1 213.229.7656
KScolnick@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Elizabeth Mitchell <elizabeth@umklaw.com>
**Sent:** Wednesday, September 24, 2025 10:09 AM
**To:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>; Daniel B. Garrie <Daniel@lawandforensics.com>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; ron@rongalperin.com
**Cc:** Daniel B. Garrie <Daniel@lawandforensics.com>
**Subject:** RE: Next Steps for Data Monitors


Kahn,


Thank you for confirming this is moving forward.  However, I don't appreciate the condescending remarks.  I've been sending emails for weeks with no response from the

City, including the issues we discussed on Monday, which is unfortunate and suggests the City's goal here is to slow-walk its obligations.

We'll review the SOW, which appears to be materially different from what was discussed last week, and send our comments.

Thanks,

Liz

---

**From:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Sent:** Wednesday, September 24, 2025 10:01 AM
**To:** Elizabeth Mitchell <elizabeth@umklaw.com>; Daniel B. Garrie <Daniel@lawandforensics.com>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; ron@rongalperin.com
**Cc:** Daniel B. Garrie <Daniel@lawandforensics.com>
**Subject:** RE: Next Steps for Data Monitors

Hi Liz. We really need to try to take the temperature down. Brad responded to Daniel's email last Thursday afternoon, noting receipt, and indicating that the City needed to review it (you were copied on that email). We then had a lengthy Zoom call with you on Monday afternoon about something else; you didn't inquire about the status of the monitor issue or suggest it was so urgent as to warrant the threat of an ex parte application less than 48 hours later. In the meantime, members of our team have been celebrating Rosh Hashanah, and the Council has also been in recess yesterday and today due to the holiday. Nonetheless, yesterday morning, this issue was put on the agenda for this Friday's council meeting (see item #21, https://lacity.primegov.com/Portal/Meeting?meetingTemplateId=145640).

We also prepared the attached proposed scope of work for the monitor, for everyone's review and comment.

Thanks.

**Kahn A. Scolnick**

T: +1 213.229.7656

Scolnick Decl. Ex. D - 239

KScolnick@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Elizabeth Mitchell <elizabeth@umklaw.com>
**Sent:** Wednesday, September 24, 2025 8:57 AM
**To:** Daniel B. Garrie <Daniel@lawandforensics.com>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Scolnick, Kahn A. <KScolnick@gibsondunn.com>; Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; ron@rongalperin.com
**Cc:** Daniel B. Garrie <Daniel@lawandforensics.com>
**Subject:** Re: Next Steps for Data Monitors

City folks: where are we on this? Are contract negotiations under way? I havent seen anything submitted to council for approval nor has there been any response to mine or Daniel's emails for a week at least that I have seen.

Please provide status today or I will be filing an ex parte application tomorrow to move this forward.

Thanks.

Sent from my T-Mobile 5G Device
Get Outlook for Android

---

**From:** Daniel B. Garrie <Daniel@lawandforensics.com>
**Sent:** Thursday, September 18, 2025 1:19:17 PM
**To:** Elizabeth Mitchell <elizabeth@umklaw.com>; Hamburger, Bradley J. <bhamburger@gibsondunn.com>; Scolnick, Kahn A. <kscolnick@gibsondunn.com>; Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>;

Scolnick Decl. Ex. D - 240

ron@rongalperin.com <ron@rongalperin.com>
**Cc:** Daniel B. Garrie <Daniel@lawandforensics.com>
**Subject:** Re: Next Steps for Data Monitors

Counsel Mitchell, Thanks for confirming receipt of the email and for bringing that to my attention. The proposal should be adjusted to reflect those points.

Counsel Hamburger, I hope all is well. Would you please confirm receipt of the email and the attachment at your earliest convenience?

Thanks,

Daniel

---

**From:** Elizabeth Mitchell <elizabeth@umklaw.com>
**Sent:** Thursday, September 18, 2025 10:11 PM
**To:** Daniel B. Garrie <Daniel@lawandforensics.com>; Hamburger, Bradley J. <bhamburger@gibsondunn.com>; Scolnick, Kahn A. <kscolnick@gibsondunn.com>; Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; ron@rongalperin.com <ron@rongalperin.com>
**Subject:** RE: Next Steps for Data Monitors

Thanks Daniel. Your "Verification Framework" is consistent with my review of the order and the intention underlying Section 7.2.  A couple of additional notes (from page 50 of the Order): The monitor should "have full access to the data that the City uses to create its reports to the Court," should provide "public reports on data compliance," and "review and provide guidance on public accessibility to the [service provider] contracts and invoices."

Best,

Liz

---

**From:** Daniel B. Garrie <Daniel@lawandforensics.com>
**Sent:** Thursday, September 18, 2025 12:45 PM
**To:** Elizabeth Mitchell <elizabeth@umklaw.com>; Hamburger, Bradley J.

Scolnick Decl. Ex. D - 241

<bhamburger@gibsondunn.com>; Scolnick, Kahn A. <kscolnick@gibsondunn.com>; Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; ron@rongalperin.com
**Cc:** Daniel B. Garrie <Daniel@lawandforensics.com>
**Subject:** Re: Next Steps for Data Monitors

Dear all,

Thank you all for your ongoing collaboration on this important matter. I appreciate Counsel Mitchell bringing everyone into the conversation and the collective effort that has gone into advancing the data monitors project. I've been in communication with the Court, and the expectation remains clear: the parties are to meet the timeline outlined in the Court's order, including onboarding the first data monitors ahead of the November 12, 2025 hearing. This also relates to the City's self-reported quarterly data, which will be subject to review.

I understand that formal engagement is contingent on Council approval. In support of this process, I am sharing my initial proposal for your consideration. Once Council action is taken, I am prepared to work with Mr. Ron Galperin and others to finalize agreement terms and move forward in alignment with the Court's directives.

As part of my ongoing coordination with the Court, I'll be providing an update that includes this communication, reflecting the constructive steps underway and reinforcing our shared commitment to meeting the timeline.

Next steps: Please review the proposal and provide your anticipated timeline for Council consideration. Your input is valuable as we navigate these next steps together, so if you have any questions or suggestions as we proceed, please let me know. I am also available to clarify any aspects of the proposal or roles as needed.

Looking forward to working together to ensure a smooth process.

Best,

Daniel

Scolnick Decl. Ex. D - 242

**Daniel B. Garrie, Esq.**

Founder, Law & Forensics LLC

Neutral, Arbitrator, Mediator, JAMS

Adjunct Lecturer at Harvard

Phone: 855-529-2466; Email: daniel@lawandforensics.com; Web: www.lawandforensics.com

**Discover L&F's world-class Expert Witness panel delivering critical testimony in high-stake cases**.

Schedule a meeting https://calendly.com/danielgarrie/catchup_dgarrie

daniel@lawandforensics.com

Confidentiality Statement: The information in this transmission is privileged and confidential information intended to use the individual or entity named above.  If the reader of this message is not the intended recipient, you are at this moment notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and delete it.  Thank you.

---

**From:** Elizabeth Mitchell <elizabeth@umklaw.com>

**Sent:** Wednesday, September 17, 2025 5:41 PM
**To:** Hamburger, Bradley J. <bhamburger@gibsondunn.com>; Scolnick, Kahn A. <kscolnick@gibsondunn.com>; Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; Daniel B. Garrie <Daniel@lawandforensics.com>; ron@rongalperin.com <ron@rongalperin.com>
**Subject:** Next Steps for Data Monitors

You don't often get email from elizabeth@umklaw.com. Learn why this is important

Hi all:

I wanted to put us all on a single email chain. City folks: please confirm that you are working with Daniel and Ron on agreement terms and let us know what the next steps are in terms of finalizing the agreement, including timeline for council approval.

Additionally, to the extent scope of work is being negotiated, the Alliance (and probably intervenors) should be included.  To the extent the scope is kept vague because I'm sure Ron and Daniel need to dive in to understand the details, that's fine with us (and probably the right call) but we would still like to see the language.

I can be free today to jump on a call if needed.

Thanks,

Liz

**Elizabeth A. Mitchell**

*Partner*

Phone: (213) 394-7979

Email: elizabeth@umklaw.com

Office at the ROW DTLA

767 S. Alameda St., Suite 270

Los Angeles, CA 90021

UMKLaw on LinkedIn

www.umklaw.com

Scolnick Decl. Ex. D - 244

CAUTION: This email originated from outside Law & Forensics's Email System. Please make sure you recognize the sender and know the content is safe before you click on any links or open any attachments.

Notice: Do not change any Wire Instructions without first checking with Law & Forensics by phone.

CAUTION: This email originated from outside Law & Forensics's Email System. Please make sure you recognize the sender and know the content is safe before you click on any links or open any attachments.

Notice: Do not change any Wire Instructions without first checking with Law & Forensics by phone.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without

Scolnick Decl. Ex. D - 245

express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CAUTION: This email originated from outside Law & Forensics's Email System. Please make sure you recognize the sender and know the content is safe before you click on any links or open any attachments.

Notice: Do not change any Wire Instructions without first checking with Law & Forensics by phone.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CAUTION: This email originated from outside Law & Forensics's Email System. Please make sure you recognize the sender and know the content is safe before you click on any links or open any attachments.

Notice: Do not change any Wire Instructions without first checking with Law & Forensics by phone.

Scolnick Decl. Ex. D - 246