# Exhibit E

Scolnick Decl. Ex. E - 247

| | |
|---|---|
| **From:** | Elizabeth Mitchell |
| **To:** | Scolnick, Kahn A.; Matthew Umhofer; Shayla R. Myers; mhashmall@millerbarondess.com; jtokoro@millerbarondess.com; lbrody@millerbarondess.com |
| **Cc:** | Evangelis, Theane; McRae, Marcellus; Hamburger, Bradley J.; Adler, Daniel R.; Biché, Tim |
| **Subject:** | RE: LA Alliance v. City of LA; ex parte notice |
| **Date:** | Wednesday, October 22, 2025 1:26:30 PM |

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Kahn –

We acknowledge notice and intend to oppose.  We will agree you've met your obligations under 7-19.1 and don't need to get on the phone to discuss further.  If there is more to discuss, however, please feel free to call my cell before 2pm or after 4pm.

Thanks,
Liz

**From:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Sent:** Wednesday, October 22, 2025 1:18 PM
**To:** Matthew Umhofer <matthew@umklaw.com>; Elizabeth Mitchell <elizabeth@umklaw.com>; Shayla R. Myers <smyers@lafla.org>; mhashmall@millerbarondess.com; jtokoro@millerbarondess.com; lbrody@millerbarondess.com
**Cc:** Evangelis, Theane <TEvangelis@gibsondunn.com>; McRae, Marcellus <MMcRae@gibsondunn.com>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Adler, Daniel R. <DAdler@gibsondunn.com>; Biché, Tim <TBiche@gibsondunn.com>
**Subject:** LA Alliance v. City of LA; ex parte notice

Counsel,

In accordance with Central District Local Rule 7-19.1, please take notice that the City intends to apply ex parte for an order staying the appointment of Daniel Garrie as monitor pending the City's appeal of that order to the Ninth Circuit.  The City anticipates filing that application tonight.  In accordance with Judge Carter's courtroom procedures, any opposition to the City's ex parte application must be filed not later than 24 hours after the City serves its application electronically.

Please let us know if you are available this afternoon—between 230 and 5—for a call to discuss the City's ex parte application further, including whether your clients intend to oppose the application.  Matt/Liz, if it's too difficult to get a critical mass, I could also just call you directly when you're free.

Thanks.

**Kahn A. Scolnick**

T: +1 213.229.7656
KScolnick@gibsondunn.com

Scolnick Decl. Ex. E - 248

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue, Los Angeles, CA 90071-3197

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

Scolnick Decl. Ex. E - 249