IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, a Municipal entity, et al., <br><br> Defendant. | CASE NO. 2:20-cv-02291 DOC (KES) <br><br> Honorable David O. Carter, United States District Judge <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT CITY OF LOS ANGELES'S EX PARTE APPLICATION FOR STAY OF ORDER APPOINTING DANIEL GARRIE AS MONITOR PENDING APPEAL** |

[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION
2:20-cv-02291 DOC (KES)

Before the Court is Defendant City of Los Angeles's ex parte application for a stay of the order appointing Daniel Garrie as monitor pending appeal.  Having reviewed the Application, and good cause appearing, the Court orders as follows:

**IT IS HEREBY ORDERED** that:

The order appointing Mr. Garrie, Dkt. 1048, is stayed pending the City's appeal from that order.

IT IS SO ORDERED.


Date: _____                     _____

                                          Hon. David O. Carter
                                          United States District Judge
                                          Central District of California

1

[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION
2:20-cv-02291 DOC (KES)