**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES – GENERAL</u>**

Case No. 2:20-cv-02291-DOC-KES                    Date:  October 24, 2025

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES,
     ET AL.

PRESENT:

<u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

| Damian Velazquez for Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER SETTING BRIEFING SCHEDULE RE DEFENDANT CITY OF LOS ANGELES'S EX PARTE APPLICATION FOR STAY OF ORDER APPOINTING DANIEL GARRIE AS MONITOR PENDING APPEAL [1054]**

On October 22, 2025, Defendant City of Los Angeles (the "City") filed an Ex Parte Application for Stay of Order Appointing Daniel Garrie as Monitor Pending Appeal (Dkt. 1054).

Any party that wishes to be heard on this issue may file a response—in opposition or support—no later than November 5, 2025. The City shall file any Reply no later than November 10, 2025.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                Date: October 24, 2025

                                                                              Page 2


The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                    Initials of Deputy Clerk:
                                                                                  dve
CIVIL-GEN