GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
  pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978-7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>Defendant. | CASE NO. 2:20-cv-02291 DOC (KES)<br><br>Honorable David O. Carter,<br>United States District Judge<br><br>**ADDITIONAL TRANSCRIPT DESIGNATION** |

| Hearing Date | Judge | Proceeding Type | Court Reporter | CM/ECF Docket No. |
|---|---|---|---|---|
| 06/06/2023 | DOC | Motion hearing re motion to dismiss | Amy Diaz | 578 |
| 08/28/2023 | DOC | Status conference, motion hearing re motion to intervene by movant Paul Boring | Digitally Recorded | 620 |
| 09/18/2023 | DOC | Status conference | Digitally Recorded | 639 |
| 09/28/2023 | DOC | Status conference re settlement agreement | Digitally Recorded | 648 |
| 03/07/2024 | DOC | Motion hearing re motion to enforce settlement agreement and for sanctions (PM session) | Digitally Recorded | 679 |
| 03/07/2024 | DOC | Motion hearing re motion to enforce settlement agreement and for sanctions (AM session) | Suzanne M. McKennon | 681 |
| 03/08/2024 | DOC | Motion hearing re motion to enforce the settlement agreement and for sanctions | Digitally Recorded | 684 |
| 03/18/2024 | DOC | Motion hearing re motion to enforce the settlement agreement and for sanctions | Digitally Recorded | 692 |
| 03/22/2024 | DOC | Motion hearing re motion to enforce the settlement agreement and for sanctions | Digitally Recorded | 701 |
| 04/04/2024 | DOC | Motion hearing re motion to enforce the settlement agreement and for sanctions; status conference re County's compliance with obligations under settlement agreement | Digitally Recorded | 716 |
| 04/05/2024 | DOC | Motion hearing re motion to enforce the settlement agreement and for sanctions | Digitally Recorded | 720 |
| 04/08/2024 | DOC | Motion hearing re motion to enforce the settlement agreement and for sanctions; Status conference re MOU | Digitally Recorded | 722 |
| 04/11/2024 | DOC | Status conference re MOU | Digitally Recorded | 725 |

1

ADDITIONAL TRANSCRIPT DESIGNATION
2:20-cv-02291 DOC (KES)

| | | | | |
|---|---|---|---|---|
| 05/02/2024 | DOC | Status conference re MOU | Digitally Recording | 736 |
| 06/06/2024 | DOC | Status conference re MOU (AM session) | Miriam Baird | 748 |
| 06/06/2024 | DOC | Status conference re Memorandum of Understanding (PM session) | Digitally Recorded | 750 |
| 08/29/2024 | DOC | Status conference re MOU | Mirium Baird | 768 |
| 10/2/2024 | DOC | Status conference re motion for order for settlement agreement compliance | Digitally Recorded | 783 |
| 10/8/2024 | DOC | Status conference re motion for order for settlement agreement compliance | Digitally Recorded | 788 |
| 10/16/2024 | DOC | Motion hearing re order for settlement agreement compliance | Digitally Recorded | 791 |
| 10/25/2024 | DOC | Hearing re Alliance's request for clarification | Digitally Recorded | 808 |
| 11/21/2024 | DOC | Motion hearing re order for settlement agreement compliance and status conference re audit | Digitally Recorded | 828 |
| 01/07/2025 | DOC | Motion hearing re motion for settlement agreement compliance and status conference re audit | Digitally Recorded | 850 |
| 03/27/2025 | DOC | Motion hearing re motion for settlement agreement compliance and status conference re audit | Digitally Recorded | 878 |
| 05/15/2025 | DOC | Status conference re motion for settlement agreement compliance | Digitally Recorded | 909 |
| 05/27/2025 | DOC | Evidentiary hearing re potential breach of Roadmap Agreement | Digitally Recorded | 947 |
| 05/28/2025 | DOC | Evidentiary hearing re potential breach of Roadmap Agreement | Digitally Recorded | 949 |
| 05/29/2025 | DOC | Evidentiary hearing re potential breach of Roadmap Agreement | Digitally Recorded | 953 |
| 05/30/2025 | DOC | Evidentiary hearing re potential breach of Roadmap Agreement | Digitally Recorded | 955 |
| 06/02/2025 | DOC | Evidentiary hearing re potential breach of Roadmap Agreement | Digitally Recorded | 959 |
| 06/03/2025 | DOC | Evidentiary hearing re potential breach of Roadmap Agreement | Digitally Recorded | 969 |
| 06/04/2025 | DOC | Evidentiary hearing re potential breach of Roadmap Agreement | Digitally Recorded | 976 |

2

ADDITIONAL TRANSCRIPT DESIGNATION
2:20-cv-02291 DOC (KES)

Gibson, Dunn & Crutcher LLP

| 09/17/2025 | DOC | Status conference re monitor selection | Digitally Recorded | 1034 |
|---|---|---|---|---|

Gibson, Dunn & Crutcher LLP

ADDITIONAL TRANSCRIPT DESIGNATION
2:20-cv-02291 DOC (KES)