**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES – GENERAL</u>**

Case No. 2:20-cv-02291-DOC-KES                              Date:  November 3, 2025

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

PRESENT:

<u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

|  |  |
|---|---|
| <u>Karlen Dubon</u> | <u>Not Present</u> |
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER SETTING HEARING ON NOVEMBER 12, 2025 ON OCTOBER QUARTERLY REPORT, ATTORNEYS' FEES, AND MOTION TO STAY**

In its June 24, 2025 Order (Dkt. 991), this Court ordered that there shall be "in-person court hearings after the submission of each quarterly status report starting with the October 2025 quarterly report on November 12, 2025." Order Granting In Part and Denying In Part Plaintiffs' Motions For Settlement Compliance at 57. Since this Order, Plaintiff LA Alliance for Human Rights (the "Alliance") (Dkt. 1015) and Intervenors Los Angeles Community Action Network and LA Catholic Worker (collectively, "Intervenors") (Dkt. 1022) filed motions for attorneys' fees and Defendant City of Los Angeles (the "City") filed an ex parte application for a stay of the Court's order appointing Daniel Garrie as Monitor (Dkt. 1054).  The briefing on all these issues will be complete by November 12, 2025.

Accordingly, the Court sets a hearing on November 12, 2025, at 9 a.m. at the First Street Courthouse in Los Angeles. The hearing shall have the following items on its

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date: November 3, 2025

                                                                                      Page 2

agenda: (1) the October quarterly report; (2) the attorneys' fees motions filed by the Alliance and Intervenors; and (3) the City's ex parte application for a stay.

     Monitor Daniel Garrie, City Controller Kenneth Mejia, and Special Master Michele Martinez are ordered to appear in-person.

     The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                        Initials of Deputy Clerk: kdu

CIVIL-GEN