# EXHIBIT 5

 Outlook

---

**Re: LA Alliance v. City of LA**

---

| | |
|---|---|
| **From** | Scolnick, Kahn A. <KScolnick@gibsondunn.com> |
| **Date** | Fri 10/24/2025 10:18 AM |
| **To** | Daniel B. Garrie <Daniel@lawandforensics.com> |
| **Cc** | Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Mariani Jessica <jessica.mariani@lacity.org>; Hoang Arlene <arlene.hoang@lacity.org>; Sonya Morgan <smorgan@lawandforensics.com>; Michele <michele@michelecmartinez.com>; Mejia Kenneth <kenneth.mejia@lacity.org>; Szabo Matt <matt.szabo@lacity.org>; Mitchell Elizabeth <elizabeth@umklaw.com>; Morgan Ward <Morgan@lawandforensics.com>; R. Myers Shayla <SMyers@lafla.org>; M. Brody Lauren <lbrody@millerbarondess.com> |

Some people who received this message don't often get email from kscolnick@gibsondunn.com. Learn why this is important

Mr. Garrie:  the parties have conferred, and intervenors' counsel — Shayla Myers, copied — should be included on all correspondence.  Likewise, counsel for the County — Lauren Brody, copied — should also be included.  And if for whatever reason you ever have inquiries of County employees, please direct them to the County's counsel.

Finally, just so it's clear, the City also objects to you having any ex parte communications with counsel for any of the parties, without other counsel (or at least the City's counsel) included.

Thanks, enjoy the weekend.

On Oct 24, 2025, at 8:57 AM, Daniel B. Garrie <Daniel@lawandforensics.com> wrote:

Counsel Scolnick,

I request that you meet and confer to determine who needs to be on what emails to avoid any issues going forward.  In the interim, I will cc the lawyers on this email and the Special Master as well.  In the alternative, please provide me a list of all individuals whom you believe should be on cc for our communications by EOD today.

Have a great weekend!

Neutral Garrie

---

**From:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Sent:** Friday, October 24, 2025 9:52 AM
**To:** Daniel B. Garrie <Daniel@lawandforensics.com>
**Cc:** Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; Sonya Morgan <smorgan@lawandforensics.com>; Michele <michele@michelecmartinez.com>; Kenneth Mejia <kenneth.mejia@lacity.org>; Matt Szabo <matt.szabo@lacity.org>; Elizabeth Mitchell

<elizabeth@umklaw.com>; Morgan Ward <Morgan@lawandforensics.com>
**Subject:** RE: LA Alliance v. City of LA

Got it, will pass that along to the CAO's office. And will do re copying opposing counsel (I hadn't included them in my outreach to you because you didn't include them in your emails to Mr. Szabo, but will do going forward). Should we also include counsel for Intervenors and/or the County?

And the City does not intend to share any privileged information or communications with you; if we inadvertently do so, that's not intended to be a waiver, and we reserve the right to claw it back.

Thanks.

---

**From:** Daniel B. Garrie <Daniel@lawandforensics.com>
**Sent:** Friday, October 24, 2025 8:34 AM
**To:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Cc:** Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; Sonya Morgan <smorgan@lawandforensics.com>; Michele <michele@michelecmartinez.com>; Kenneth Mejia <kenneth.mejia@lacity.org>; Matt Szabo <matt.szabo@lacity.org>; Elizabeth Mitchell <elizabeth@umklaw.com>; Morgan Ward <Morgan@lawandforensics.com>
**Subject:** Re: LA Alliance v. City of LA

Counsel Scolnick,

Thank you for your response.

At this stage, the City should provide the information utilized to generate the previous reports. For systems deemed irrelevant, please identify them and offer a brief explanation as to why.

Someone from my team will reach out to arrange a video conference with Mr. Szabo in November, which is expected to last at least 90 minutes.

Please cc the opposing counsel on all future communications unless you believe the information is privileged, and in accordance with the Judge's order I would request that you also cc the Special Master going forward (attached for your convenience).

Neutral Garrie

**From:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Sent:** Wednesday, October 22, 2025 6:15 PM
**To:** Daniel B. Garrie <Daniel@lawandforensics.com>
**Cc:** Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; Sonya Morgan <smorgan@lawandforensics.com>; Michele <michele@michelecmartinez.com>; Kenneth Mejia <kenneth.mejia@lacity.org>
**Subject:** RE: LA Alliance v. City of LA

Thanks, Mr. Garrie. Running through each of the issues you raise below:

1. If Judge Carter directs you to engage in direct outreach and/or contact with City officials and employees other than Controller Mejia, without involving the City's legal counsel, we'd appreciate the courtesy of you letting us know that this is the Court's position.

2. As for Controller Mejia, he will communicate directly with you per the Court's Order.  To be clear, Controller Mejia in his official capacity is, just like every other City official and employee, represented by the City Attorney's office and by Gibson Dunn in this litigation.  But we are consenting to your direct communications with Controller Mejia for purposes of carrying out the Court's order, and we are not consenting to your direct communications with any other City official or employee.

3. As for your written questions in the spreadsheet, we've had a chance to connect with Mr. Szabo and his team, and they cannot answer all of them as currently phased by Monday.  In particular:
   1. The information requested on the first tab—labeled "Questions Re October2025Report"— about the supporting documentation and funding sources by project will take time to gather and compile.  We also question whether this level of detail is actually required to verify the quarterly report data, so perhaps we can discuss live why you believe this information is necessary when we speak with you and Mr. Szabo.
   2. The CAO also does not have all of the information readily available for each "System / Dataset" listed on the "Data-System Questions" section, and many are also not relevant for the City's quarterly reports (for example, LAHSA's Enterprise Grant Management System and the City's FMS and Workday systems).

   The CAO's office will nonetheless endeavor to provide more general information in response to your written questions by Monday, but again it will not be the level of detail currently requested, which is not practicable by Monday.

4. Finally, as for an interview with Mr. Szabo, he'll be out of the country next week and he gets back on Friday, 10/31.  If it's critical to meet with him that afternoon, we can arrange it, but otherwise we'd prefer the following Monday or Tuesday (11/3 or 11/4).  Please let us know.

Thanks.

**Kahn A. Scolnick**

T: +1 213.229.7656
KScolnick@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

**From:** Daniel B. Garrie <Daniel@lawandforensics.com>
**Sent:** Tuesday, October 21, 2025 6:55 PM
**To:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Cc:** Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; Sonya Morgan <smorgan@lawandforensics.com>; Michele <michele@michelecmartinez.com>; Kenneth Mejia <kenneth.mejia@lacity.org>; Daniel B. Garrie <Daniel@lawandforensics.com>
**Subject:** Re: LA Alliance v. City of LA

Counsel,

Thank you for your email and your continued assistance in this matter.

At your suggestion, I will ask the court to clarify how it expects me to communicate with the City's staff: directly or through its attorneys.  To that end, it would be helpful if you could confirm which City officials and employees you represent and whether your representation extends to City Controller Kenneth Mejia, who the Court ruled will support "the execution of [my] role by facilitating data access and coordination, per [my] discretion."

Regarding my request for responses from the City, I want clarify that I sent a workbook with three worksheets:

- (1) Exhibit A of the City's most recent Quarterly Status Report, asking the same three questions for each property;
- (2) a list of the eleven City systems/databases of which I am aware, asking six identical questions for each; and
- (3) a short list of fifteen general questions to collect fundamental information about the City's data collection and reporting methodology.

These twenty-four questions cover straightforward topics with which the City is intimately familiar and that it should be able to answer easily.  As such, I hope that the City will provide its responses no later than this coming Monday, October 27, 2025.  If the city does not possess certain information, kindly indicate that fact in the response.  The City's prompt response to these questions will help us move forward collaboratively and efficiently.

Please also provide by the end of the day tomorrow, October 22, 2025, a few dates and times when City Administrative Officer ("CAO") Matt Szabo will be available for an interview? This will enable me to inform the Court that the City is cooperating and is working to meet the aggressive deadline that it set.

I understand that the timeline set by the Court is demanding, and I appreciate your efforts to expeditiously coordinate. With your support, I am confident that, together, we can meet the Court's expectations.

Thank you for your timely attention to these matters.  I look forward to your reply.

Thanks you.

Data Neutral Garrie

---

**From:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Sent:** Tuesday, October 21, 2025 6:02 PM
**To:** Daniel B. Garrie <Daniel@lawandforensics.com>
**Cc:** Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; Sonya Morgan <smorgan@lawandforensics.com>
**Subject:** LA Alliance v. City of LA

Mr. Garrie, we understand that you sent an email to Matt Szabo, the City Administrative Officer, posing several hundred questions and requesting various in-person interviews.  The City is a represented party in this litigation; Gibson Dunn represents the City.  Please do not contact City officials or employees directly.  If you'd like to speak with City officials or employees, please make those requests through counsel, and we can coordinate.  In the meantime, we'll have the CAO's office start looking into your written questions.  As for an interview with Mr. Szabo, we will follow up with some dates/times when he and a member of the legal team would be available for an interview.

Finally, as I noted previously, the City reserves all rights regarding your work as a Monitor in this matter and any fees you may later seek to charge to the City.  The City will be filing an appeal from the Approval Order this week and will ask Judge Carter (and if necessary, the Ninth Circuit) to stay the Approval Order pending the appeal.

Thank you.

**Kahn A. Scolnick**

T: +1 213.229.7656
KScolnick@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CAUTION: This email originated from outside Law & Forensics's Email System. Please make sure you recognize the sender and know the content is safe before you click on any links or open any attachments.

Notice: Do not change any Wire Instructions without first checking with Law & Forensics by phone.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CAUTION: This email originated from outside Law & Forensics's Email System. Please make sure you recognize the sender and know the content is safe before you click on any links or open any attachments.

Notice: Do not change any Wire Instructions without first checking with Law & Forensics by phone.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CAUTION: This email originated from outside Law & Forensics's Email System. Please make sure you recognize the sender and know the content is safe before you click on any links or open any attachments.

Notice: Do not change any Wire Instructions without first checking with Law & Forensics by phone.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

# EXHIBIT 6

 Outlook

---

## RE: LA Alliance v. City of LA

---

**From** Elizabeth Mitchell <elizabeth@umklaw.com>

**Date** Fri 10/24/2025 8:49 AM

**To** Daniel B. Garrie <Daniel@lawandforensics.com>; Scolnick, Kahn A. <KScolnick@gibsondunn.com>

**Cc** Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; Sonya Morgan <smorgan@lawandforensics.com>; Michele <michele@michelecmartinez.com>; Kenneth Mejia <kenneth.mejia@lacity.org>; Matt Szabo <matt.szabo@lacity.org>; Morgan Ward <Morgan@lawandforensics.com>

---

Some people who received this message don't often get email from elizabeth@umklaw.com. Learn why this is important

Thank you for cc'ing me Mr. Garrie.

Kahn:  We are happy to waive ex parte communications so that Mr. Garrie can speak directly with anyone in the City without our presence. That's how things have historically been done over the last five years.

However, if the City's lawyers are now insisting on being involved in every communication then we also need to be included.

Thanks,
Liz

---

**From:** Daniel B. Garrie <Daniel@lawandforensics.com>
**Sent:** Friday, October 24, 2025 8:34 AM
**To:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Cc:** Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; Sonya Morgan <smorgan@lawandforensics.com>; Michele <michele@michelecmartinez.com>; Kenneth Mejia <kenneth.mejia@lacity.org>; Matt Szabo <matt.szabo@lacity.org>; Elizabeth Mitchell <elizabeth@umklaw.com>; Morgan Ward <Morgan@lawandforensics.com>
**Subject:** Re: LA Alliance v. City of LA

Counsel Scolnick,

Thank you for your response.

At this stage, the City should provide the information utilized to generate the previous reports. For systems deemed irrelevant, please identify them and offer a brief explanation as to why.

Someone from my team will reach out to arrange a video conference with Mr. Szabo in November, which is expected to last at least 90 minutes.

Please cc the opposing counsel on all future communications unless you believe the information is privileged, and in accordance with the Judge's order I would request that you also cc the Special Master going forward (attached for your convenience).

Neutral Garrie

**From:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Sent:** Wednesday, October 22, 2025 6:15 PM
**To:** Daniel B. Garrie <Daniel@lawandforensics.com>
**Cc:** Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; Sonya Morgan <smorgan@lawandforensics.com>; Michele <michele@michelecmartinez.com>; Kenneth Mejia <kenneth.mejia@lacity.org>
**Subject:** RE: LA Alliance v. City of LA

Thanks, Mr. Garrie.  Running through each of the issues you raise below:

1. If Judge Carter directs you to engage in direct outreach and/or contact with City officials and employees other than Controller Mejia, without involving the City's legal counsel, we'd appreciate the courtesy of you letting us know that this is the Court's position.

2. As for Controller Mejia, he will communicate directly with you per the Court's Order.  To be clear, Controller Mejia in his official capacity is, just like every other City official and employee, represented by the City Attorney's office and by Gibson Dunn in this litigation.  But we are consenting to your direct communications with Controller Mejia for purposes of carrying out the Court's order, and we are not consenting to your direct communications with any other City official or employee.

3. As for your written questions in the spreadsheet, we've had a chance to connect with Mr. Szabo and his team, and they cannot answer all of them as currently phased by Monday.  In particular:
    1. The information requested on the first tab—labeled "Questions Re October2025Report"— about the supporting documentation and funding sources by project will take time to gather and compile.  We also question whether this level of detail is actually required to verify the quarterly report data, so perhaps we can discuss live why you believe this information is necessary when we speak with you and Mr. Szabo.
    2. The CAO also does not have all of the information readily available for each "System / Dataset" listed on the "Data-System Questions" section, and many are also not relevant for the City's quarterly reports (for example, LAHSA's Enterprise Grant Management System and the City's FMS and Workday systems).

    The CAO's office will nonetheless endeavor to provide more general information in response to your written questions by Monday, but again it will not be the level of detail currently requested, which is not practicable by Monday.

4. Finally, as for an interview with Mr. Szabo, he'll be out of the country next week and he gets back on Friday, 10/31.  If it's critical to meet with him that afternoon, we can arrange it, but otherwise we'd prefer the following Monday or Tuesday (11/3 or 11/4).  Please let us know.

Thanks.

**Kahn A. Scolnick**

T: +1 213.229.7656
KScolnick@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Daniel B. Garrie <Daniel@lawandforensics.com>
**Sent:** Tuesday, October 21, 2025 6:55 PM
**To:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Cc:** Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; Sonya Morgan <smorgan@lawandforensics.com>; Michele <michele@michelecmartinez.com>; Kenneth Mejia <kenneth.mejia@lacity.org>; Daniel B. Garrie <Daniel@lawandforensics.com>
**Subject:** Re: LA Alliance v. City of LA

Counsel,

Thank you for your email and your continued assistance in this matter.

At your suggestion, I will ask the court to clarify how it expects me to communicate with the City's staff: directly or through its attorneys.  To that end, it would be helpful if you could confirm which City officials and employees you represent and whether your representation extends to City Controller Kenneth Mejia, who the Court ruled will support "the execution of [my] role by facilitating data access and coordination, per [my] discretion."

Regarding my request for responses from the City, I want clarify that I sent a workbook with three worksheets:

- (1) Exhibit A of the City's most recent Quarterly Status Report, asking the same three questions for each property;
- (2) a list of the eleven City systems/databases of which I am aware, asking six identical questions for each; and
- (3) a short list of fifteen general questions to collect fundamental information about the City's data collection and reporting methodology.

These twenty-four questions cover straightforward topics with which the City is intimately familiar and that it should be able to answer easily.  As such, I hope that the City will provide its responses no later than this coming Monday, October 27, 2025.  If the city does not possess certain information, kindly indicate that fact in the response.  The City's prompt response to these questions will help us move forward collaboratively and efficiently.

Please also provide by the end of the day tomorrow, October 22, 2025, a few dates and times when City Administrative Officer ("CAO") Matt Szabo will be available for an interview? This will enable me to inform the Court that the City is cooperating and is working to meet the aggressive deadline that it set.

I understand that the timeline set by the Court is demanding, and I appreciate your efforts to expeditiously coordinate. With your support, I am confident that, together, we can meet the Court's expectations.

Thank you for your timely attention to these matters.  I look forward to your reply.

Thanks you.

Data Neutral Garrie

---

**From:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Sent:** Tuesday, October 21, 2025 6:02 PM
**To:** Daniel B. Garrie <Daniel@lawandforensics.com>
**Cc:** Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; Sonya Morgan <smorgan@lawandforensics.com>
**Subject:** LA Alliance v. City of LA

Mr. Garrie, we understand that you sent an email to Matt Szabo, the City Administrative Officer, posing several hundred questions and requesting various in-person interviews.  The City is a represented party in this litigation; Gibson Dunn represents the City.  Please do not contact City officials or employees directly.  If you'd like to speak with City officials or employees, please make those requests through counsel, and we can coordinate.  In the meantime, we'll have the CAO's office start looking into your written questions.  As for an interview with Mr. Szabo, we will follow up with some dates/times when he and a member of the legal team would be available for an interview.

Finally, as I noted previously, the City reserves all rights regarding your work as a Monitor in this matter and any fees you may later seek to charge to the City.  The City will be filing an appeal from the Approval Order this week and will ask Judge Carter (and if necessary, the Ninth Circuit) to stay the Approval Order pending the appeal.

Thank you.

**Kahn A. Scolnick**

T: +1 213.229.7656
KScolnick@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CAUTION: This email originated from outside Law & Forensics's Email System. Please make sure you recognize the sender and know the content is safe before you click on any links or open any attachments.

Notice: Do not change any Wire Instructions without first checking with Law & Forensics by phone.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CAUTION: This email originated from outside Law & Forensics's Email System. Please make sure you recognize the sender and know the content is safe before you click on any links or open any attachments.

Notice: Do not change any Wire Instructions without first checking with Law & Forensics by phone.