# EXHIBIT 10

Case 2:20-cv-02291-DOC-KES    Document 1063-5    Filed 11/03/25    Page 1 of 26   Page ID #:30528

 Outlook

---

## Re: Meeting Request: Alliance Monitor & Ed Gipson

---

**From** Daniel B. Garrie <Daniel@lawandforensics.com>

**Date** Tue 10/28/2025 2:19 PM

**To** Scolnick, Kahn A. <KScolnick@gibsondunn.com>; Kenneth Mejia <kenneth.mejia@lacity.org>

**Cc** Sonya Morgan <smorgan@lawandforensics.com>; Jane Nguyen <jane.nguyen@lacity.org>; Dinah Manning <dinah.manning@lacity.org>; Ashley Bennett <ashley.bennett@lacity.org>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Mariani Jessica <jessica.mariani@lacity.org>; Hoang Arlene <arlene.hoang@lacity.org>; Michele <michele@michelecmartinez.com>; Szabo Matt <matt.szabo@lacity.org>; Mitchell Elizabeth <elizabeth@umklaw.com>; Morgan Ward Doran <Morgan@lawandforensics.com>; R. Myers Shayla <SMyers@lafla.org>; M. Brody Lauren <lbrody@millerbarondess.com>

Counsel Scolnick,

Thank you for bringing this to my attention. I apologize for any inconvenience this may have caused, as it was my understanding that Mr. Mejia was permitted under the relevant order to coordinate the meetings with the City. I appreciate the importance of adhering to the order and will seek immediate clarification from the Court regarding Mr. Mejia's involvement. I will update you as soon as I receive guidance to ensure we remain in full compliance.

Please let me know if you have any further concerns or if there are additional details related to the order that you would like to discuss.

Neutral Garrie

Get [Outlook for Android](#)

---

**From:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Sent:** Tuesday, October 28, 2025 12:18:27 PM
**To:** Kenneth Mejia <kenneth.mejia@lacity.org>
**Cc:** Daniel B. Garrie <Daniel@lawandforensics.com>; Sonya Morgan <smorgan@lawandforensics.com>; Jane Nguyen <jane.nguyen@lacity.org>; Dinah Manning <dinah.manning@lacity.org>; Ashley Bennett <ashley.bennett@lacity.org>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Mariani Jessica <jessica.mariani@lacity.org>; Hoang Arlene <arlene.hoang@lacity.org>; Michele <michele@michelecmartinez.com>; Szabo Matt <matt.szabo@lacity.org>; Mitchell Elizabeth <elizabeth@umklaw.com>; Morgan Ward Doran <Morgan@lawandforensics.com>; R. Myers Shayla <SMyers@lafla.org>; M. Brody Lauren <lbrody@millerbarondess.com>
**Subject:** RE: Meeting Request: Alliance Monitor & Ed Gipson

Hi Mr. Mejia.  Dropping Mr. Gipson from this chain.   We've requested that if Mr. Garrie (or you, on his behalf) would like to speak with or get information from any City official or employee (other than you) in his capacity as monitor in this litigation, the request should be made through the City's counsel and then we can coordinate.  Of course, if the Court has given a different instruction, please let us know.

Thanks.

**Kahn A. Scolnick**

T: +1 213.229.7656
KScolnick@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Kenneth Mejia <kenneth.mejia@lacity.org>
**Sent:** Tuesday, October 28, 2025 9:06 AM
**To:** Edwin Gipson <edwin.gipson@lacity.org>
**Cc:** Daniel B. Garrie <Daniel@lawandforensics.com>; Sonya Morgan <smorgan@lawandforensics.com>; Jane Nguyen <jane.nguyen@lacity.org>; Dinah Manning <dinah.manning@lacity.org>; Ashley Bennett <ashley.bennett@lacity.org>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Mariani Jessica <jessica.mariani@lacity.org>; Hoang Arlene <arlene.hoang@lacity.org>; Michele <michele@michelecmartinez.com>; Mejia Kenneth <kenneth.mejia@lacity.org>; Szabo Matt <matt.szabo@lacity.org>; Mitchell Elizabeth <elizabeth@umklaw.com>; Morgan Ward <Morgan@lawandforensics.com>; R. Myers Shayla <SMyers@lafla.org>; M. Brody Lauren <lbrody@millerbarondess.com>; Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Subject:** Meeting Request: Alliance Monitor & Ed Gipson

---

Ed,

The Alliance Monitor has reached out to request a meeting with you to discuss Alliance related matters. In accordance with my role, I am writing to link you with Monitor Garrie.

Based on communications between Counsel and Monitor Garrie, I am including all Alliance counsel (the City's, Alliance, Intervenors) in this email.

Thank you

Kenneth Mejia, CPA *(he/him)*
City Controller
LA City Controller
**https://controller.lacity.gov/**



---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

Notice: Do not change any Wire Instructions without first checking with Law & Forensics by phone.

# EXHIBIT 11

 Outlook

---

## Re: Meeting Request: Alliance Monitor & Ed Gipson

---

**From** Daniel B. Garrie <Daniel@lawandforensics.com>

**Date** Tue 10/28/2025 6:06 PM

**To** Scolnick, Kahn A. <KScolnick@gibsondunn.com>; Kenneth Mejia <kenneth.mejia@lacity.org>; Sonya Morgan <smorgan@lawandforensics.com>

**Cc** Jane Nguyen <jane.nguyen@lacity.org>; Dinah Manning <dinah.manning@lacity.org>; Ashley Bennett <ashley.bennett@lacity.org>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Mariani Jessica <jessica.mariani@lacity.org>; Hoang Arlene <arlene.hoang@lacity.org>; Michele <michele@michelecmartinez.com>; Szabo Matt <matt.szabo@lacity.org>; Mitchell Elizabeth <elizabeth@umklaw.com>; Morgan Ward Doran <Morgan@lawandforensics.com>; R. Myers Shayla <SMyers@lafla.org>; M. Brody Lauren <lbrody@millerbarondess.com>


Counsel Scolnick,

I would like to request a meeting with Mr. Gipson. Please work with @Sonya Morgan on my team to co-ordinate the meeting.

Neutral Garrie

---

**From:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Sent:** Tuesday, October 28, 2025 12:18 PM
**To:** Kenneth Mejia <kenneth.mejia@lacity.org>
**Cc:** Daniel B. Garrie <Daniel@lawandforensics.com>; Sonya Morgan <smorgan@lawandforensics.com>; Jane Nguyen <jane.nguyen@lacity.org>; Dinah Manning <dinah.manning@lacity.org>; Ashley Bennett <ashley.bennett@lacity.org>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Mariani Jessica <jessica.mariani@lacity.org>; Hoang Arlene <arlene.hoang@lacity.org>; Michele <michele@michelecmartinez.com>; Szabo Matt <matt.szabo@lacity.org>; Mitchell Elizabeth <elizabeth@umklaw.com>; Morgan Ward Doran <Morgan@lawandforensics.com>; R. Myers Shayla <SMyers@lafla.org>; M. Brody Lauren <lbrody@millerbarondess.com>
**Subject:** RE: Meeting Request: Alliance Monitor & Ed Gipson

Hi Mr. Mejia. Dropping Mr. Gipson from this chain. We've requested that if Mr. Garrie (or you, on his behalf) would like to speak with or get information from any City official or employee (other than you) in his capacity as monitor in this litigation, the request should be made through the City's counsel and then we can coordinate. Of course, if the Court has given a different instruction, please let us know.

Thanks.

**Kahn A. Scolnick**

T: +1 213.229.7656
KScolnick@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Kenneth Mejia <kenneth.mejia@lacity.org>
**Sent:** Tuesday, October 28, 2025 9:06 AM
**To:** Edwin Gipson <edwin.gipson@lacity.org>
**Cc:** Daniel B. Garrie <Daniel@lawandforensics.com>; Sonya Morgan <smorgan@lawandforensics.com>; Jane Nguyen <jane.nguyen@lacity.org>; Dinah Manning <dinah.manning@lacity.org>; Ashley Bennett <ashley.bennett@lacity.org>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Mariani Jessica <jessica.mariani@lacity.org>; Hoang Arlene <arlene.hoang@lacity.org>; Michele <michele@michelecmartinez.com>; Mejia Kenneth <kenneth.mejia@lacity.org>; Szabo Matt <matt.szabo@lacity.org>; Mitchell Elizabeth <elizabeth@umklaw.com>; Morgan Ward <Morgan@lawandforensics.com>; R. Myers Shayla <SMyers@lafla.org>; M. Brody Lauren <lbrody@millerbarondess.com>; Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Subject:** Meeting Request: Alliance Monitor & Ed Gipson

---

Ed,

The Alliance Monitor has reached out to request a meeting with you to discuss Alliance related matters. In accordance with my role, I am writing to link you with Monitor Garrie.

Based on communications between Counsel and Monitor Garrie, I am including all Alliance counsel (the City's, Alliance, Intervenors) in this email.

Thank you

Kenneth Mejia, CPA *(he/him)*
City Controller
LA City Controller
**https://controller.lacity.gov/**



---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

Notice: Do not change any Wire Instructions without first checking with Law & Forensics by phone.

# EXHIBIT 12

 **Outlook**

---

**RE: Meeting Request: Alliance Monitor & Ed Gipson**

---

**From** Scolnick, Kahn A. <KScolnick@gibsondunn.com>

**Date** Tue 10/28/2025 12:18 PM

**To** Kenneth Mejia <kenneth.mejia@lacity.org>

**Cc** Daniel B. Garrie <Daniel@lawandforensics.com>; Sonya Morgan <smorgan@lawandforensics.com>; Jane Nguyen <jane.nguyen@lacity.org>; Dinah Manning <dinah.manning@lacity.org>; Ashley Bennett <ashley.bennett@lacity.org>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Mariani Jessica <jessica.mariani@lacity.org>; Hoang Arlene <arlene.hoang@lacity.org>; Michele <michele@michelecmartinez.com>; Szabo Matt <matt.szabo@lacity.org>; Mitchell Elizabeth <elizabeth@umklaw.com>; Morgan Ward Doran <Morgan@lawandforensics.com>; R. Myers Shayla <SMyers@lafla.org>; M. Brody Lauren <lbrody@millerbarondess.com>

Hi Mr. Mejia.  Dropping Mr. Gipson from this chain.   We've requested that if Mr. Garrie (or you, on his behalf) would like to speak with or get information from any City official or employee (other than you) in his capacity as monitor in this litigation, the request should be made through the City's counsel and then we can coordinate.  Of course, if the Court has given a different instruction, please let us know.

Thanks.

**Kahn A. Scolnick**

T: +1 213.229.7656
KScolnick@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Kenneth Mejia <kenneth.mejia@lacity.org>
**Sent:** Tuesday, October 28, 2025 9:06 AM
**To:** Edwin Gipson <edwin.gipson@lacity.org>
**Cc:** Daniel B. Garrie <Daniel@lawandforensics.com>; Sonya Morgan <smorgan@lawandforensics.com>; Jane Nguyen <jane.nguyen@lacity.org>; Dinah Manning <dinah.manning@lacity.org>; Ashley Bennett <ashley.bennett@lacity.org>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Mariani Jessica <jessica.mariani@lacity.org>; Hoang Arlene <arlene.hoang@lacity.org>; Michele <michele@michelecmartinez.com>; Mejia Kenneth <kenneth.mejia@lacity.org>; Szabo Matt <matt.szabo@lacity.org>; Mitchell Elizabeth <elizabeth@umklaw.com>; Morgan Ward <Morgan@lawandforensics.com>; R. Myers Shayla <SMyers@lafla.org>; M. Brody Lauren <lbrody@millerbarondess.com>; Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Subject:** Meeting Request: Alliance Monitor & Ed Gipson

---

Ed,

The Alliance Monitor has reached out to request a meeting with you to discuss Alliance related matters. In accordance with my role, I am writing to link you with Monitor Garrie.

Based on communications between Counsel and Monitor Garrie, I am including all Alliance counsel (the City's, Alliance, Intervenors) in this email.

Thank you

Kenneth Mejia, CPA *(he/him)*
City Controller
LA City Controller
**https://controller.lacity.gov/**

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

# EXHIBIT 13

 Outlook

---

**RE: Meeting Request: Alliance Monitor & Ed Gipson**

---

**From** Sonya Morgan <smorgan@lawandforensics.com>

**Date** Fri 10/31/2025 8:25 AM

**To** Scolnick, Kahn A. <KScolnick@gibsondunn.com>

**Cc** Mejia Kenneth <kenneth.mejia@lacity.org>; Nguyen Jane <jane.nguyen@lacity.org>; Manning Dinah <dinah.manning@lacity.org>; Bennett Ashley <ashley.bennett@lacity.org>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Mariani Jessica <jessica.mariani@lacity.org>; Hoang Arlene <arlene.hoang@lacity.org>; Michele <michele@michelecmartinez.com>; Szabo Matt <matt.szabo@lacity.org>; Mitchell Elizabeth <elizabeth@umklaw.com>; Morgan Ward Doran <Morgan@lawandforensics.com>; R. Myers Shayla <SMyers@lafla.org>; M. Brody Lauren <lbrody@millerbarondess.com>; Daniel B. Garrie <Daniel@lawandforensics.com>

Good morning, Counsel Scolnick,

I hope this email finds you well.

I am reaching out to follow up on the scheduling of the meeting with Mr. Gipson. Could you kindly provide his availability for next week at your earliest convenience?

Your kind cooperation will oblige.

Kind regards,

Sonya

---

**From:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Sent:** Tuesday, October 28, 2025 9:12 PM
**To:** Daniel B. Garrie <Daniel@lawandforensics.com>
**Cc:** Mejia Kenneth <kenneth.mejia@lacity.org>; Sonya Morgan <smorgan@lawandforensics.com>; Nguyen Jane <jane.nguyen@lacity.org>; Manning Dinah <dinah.manning@lacity.org>; Bennett Ashley <ashley.bennett@lacity.org>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Mariani Jessica <jessica.mariani@lacity.org>; Hoang Arlene <arlene.hoang@lacity.org>; Michele <michele@michelecmartinez.com>; Szabo Matt <matt.szabo@lacity.org>; Mitchell Elizabeth <elizabeth@umklaw.com>; Morgan Ward Doran <Morgan@lawandforensics.com>; R. Myers Shayla <SMyers@lafla.org>; M. Brody Lauren <lbrody@millerbarondess.com>
**Subject:** Re: Meeting Request: Alliance Monitor & Ed Gipson

Will do.  Thanks.

> On Oct 28, 2025, at 6:07 PM, Daniel B. Garrie <Daniel@lawandforensics.com> wrote:
>
> Counsel Scolnick,

I would like to request a meeting with Mr. Gipson. Please work with @Sonya Morgan on my team to co-ordinate the meeting.

Neutral Garrie

---

**From:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Sent:** Tuesday, October 28, 2025 12:18 PM
**To:** Kenneth Mejia <kenneth.mejia@lacity.org>
**Cc:** Daniel B. Garrie <Daniel@lawandforensics.com>; Sonya Morgan <smorgan@lawandforensics.com>; Jane Nguyen <jane.nguyen@lacity.org>; Dinah Manning <dinah.manning@lacity.org>; Ashley Bennett <ashley.bennett@lacity.org>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Mariani Jessica <jessica.mariani@lacity.org>; Hoang Arlene <arlene.hoang@lacity.org>; Michele <michele@michelecmartinez.com>; Szabo Matt <matt.szabo@lacity.org>; Mitchell Elizabeth <elizabeth@umklaw.com>; Morgan Ward Doran <Morgan@lawandforensics.com>; R. Myers Shayla <SMyers@lafla.org>; M. Brody Lauren <lbrody@millerbarondess.com>
**Subject:** RE: Meeting Request: Alliance Monitor & Ed Gipson

Hi Mr. Mejia.  Dropping Mr. Gipson from this chain.   We've requested that if Mr. Garrie (or you, on his behalf) would like to speak with or get information from any City official or employee (other than you) in his capacity as monitor in this litigation, the request should be made through the City's counsel and then we can coordinate.  Of course, if the Court has given a different instruction, please let us know.

Thanks.

**Kahn A. Scolnick**

T: +1 213.229.7656
KScolnick@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Kenneth Mejia <kenneth.mejia@lacity.org>
**Sent:** Tuesday, October 28, 2025 9:06 AM
**To:** Edwin Gipson <edwin.gipson@lacity.org>
**Cc:** Daniel B. Garrie <Daniel@lawandforensics.com>; Sonya Morgan <smorgan@lawandforensics.com>; Jane Nguyen <jane.nguyen@lacity.org>; Dinah Manning <dinah.manning@lacity.org>; Ashley Bennett <ashley.bennett@lacity.org>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Mariani Jessica <jessica.mariani@lacity.org>; Hoang Arlene <arlene.hoang@lacity.org>; Michele <michele@michelecmartinez.com>; Mejia Kenneth <kenneth.mejia@lacity.org>; Szabo Matt <matt.szabo@lacity.org>; Mitchell Elizabeth <elizabeth@umklaw.com>; Morgan Ward <Morgan@lawandforensics.com>; R. Myers Shayla <SMyers@lafla.org>; M. Brody Lauren <lbrody@millerbarondess.com>; Scolnick, Kahn A.

<KScolnick@gibsondunn.com>

**Subject:** Meeting Request: Alliance Monitor & Ed Gipson

Ed,

The Alliance Monitor has reached out to request a meeting with you to discuss Alliance related matters. In accordance with my role, I am writing to link you with Monitor Garrie.

Based on communications between Counsel and Monitor Garrie, I am including all Alliance counsel (the City's, Alliance, Intervenors) in this email.

Thank you

Kenneth Mejia, CPA *(he/him)*
City Controller
LA City Controller
**https://controller.lacity.gov/**



---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CAUTION: This email originated from outside Law & Forensics's Email System. Please make sure you recognize the sender and know the content is safe before you click on any links or open any attachments.

Notice: Do not change any Wire Instructions without first checking with Law & Forensics by phone.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

# EXHIBIT 14

 Outlook

**Re: Meeting Request: Alliance Monitor & Ed Gipson**

**From** Scolnick, Kahn A. <KScolnick@gibsondunn.com>

**Date** Fri 10/31/2025 8:42 AM

**To** Sonya Morgan <smorgan@lawandforensics.com>

**Cc** Mejia Kenneth <kenneth.mejia@lacity.org>; Nguyen Jane <jane.nguyen@lacity.org>; Manning Dinah <dinah.manning@lacity.org>; Bennett Ashley <ashley.bennett@lacity.org>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Mariani Jessica <jessica.mariani@lacity.org>; Hoang Arlene <arlene.hoang@lacity.org>; Michele <michele@michelecmartinez.com>; Szabo Matt <matt.szabo@lacity.org>; Mitchell Elizabeth <elizabeth@umklaw.com>; Morgan Ward Doran <Morgan@lawandforensics.com>; R. Myers Shayla <SMyers@lafla.org>; M. Brody Lauren <lbrody@millerbarondess.com>; Daniel B. Garrie <Daniel@lawandforensics.com>

Good morning.  Yes, I had been waiting to hear from you.  Will check and get back to you.

On Oct 31, 2025, at 8:27 AM, Sonya Morgan <smorgan@lawandforensics.com> wrote:

Good morning, Counsel Scolnick,

I hope this email finds you well.

I am reaching out to follow up on the scheduling of the meeting with Mr. Gipson. Could you kindly provide his availability for next week at your earliest convenience?

Your kind cooperation will oblige.

Kind regards,

Sonya

**From:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Sent:** Tuesday, October 28, 2025 9:12 PM
**To:** Daniel B. Garrie <Daniel@lawandforensics.com>
**Cc:** Mejia Kenneth <kenneth.mejia@lacity.org>; Sonya Morgan <smorgan@lawandforensics.com>; Nguyen Jane <jane.nguyen@lacity.org>; Manning Dinah <dinah.manning@lacity.org>; Bennett Ashley <ashley.bennett@lacity.org>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Mariani Jessica <jessica.mariani@lacity.org>; Hoang Arlene <arlene.hoang@lacity.org>; Michele <michele@michelecmartinez.com>; Szabo Matt <matt.szabo@lacity.org>; Mitchell Elizabeth <elizabeth@umklaw.com>; Morgan Ward Doran <Morgan@lawandforensics.com>; R. Myers Shayla <SMyers@lafla.org>; M. Brody Lauren <lbrody@millerbarondess.com>
**Subject:** Re: Meeting Request: Alliance Monitor & Ed Gipson

Will do.  Thanks.

On Oct 28, 2025, at 6:07 PM, Daniel B. Garrie <Daniel@lawandforensics.com> wrote:

Counsel Scolnick,

I would like to request a meeting with Mr. Gipson. Please work with @Sonya Morgan on my team to co-ordinate the meeting.

Neutral Garrie

---

**From:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Sent:** Tuesday, October 28, 2025 12:18 PM
**To:** Kenneth Mejia <kenneth.mejia@lacity.org>
**Cc:** Daniel B. Garrie <Daniel@lawandforensics.com>; Sonya Morgan <smorgan@lawandforensics.com>; Jane Nguyen <jane.nguyen@lacity.org>; Dinah Manning <dinah.manning@lacity.org>; Ashley Bennett <ashley.bennett@lacity.org>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Mariani Jessica <jessica.mariani@lacity.org>; Hoang Arlene <arlene.hoang@lacity.org>; Michele <michele@michelecmartinez.com>; Szabo Matt <matt.szabo@lacity.org>; Mitchell Elizabeth <elizabeth@umklaw.com>; Morgan Ward Doran <Morgan@lawandforensics.com>; R. Myers Shayla <SMyers@lafla.org>; M. Brody Lauren <lbrody@millerbarondess.com>
**Subject:** RE: Meeting Request: Alliance Monitor & Ed Gipson

Hi Mr. Mejia. Dropping Mr. Gipson from this chain. We've requested that if Mr. Garrie (or you, on his behalf) would like to speak with or get information from any City official or employee (other than you) in his capacity as monitor in this litigation, the request should be made through the City's counsel and then we can coordinate. Of course, if the Court has given a different instruction, please let us know.

Thanks.

**Kahn A. Scolnick**

T: +1 213.229.7656
KScolnick@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Kenneth Mejia <kenneth.mejia@lacity.org>
**Sent:** Tuesday, October 28, 2025 9:06 AM

**To:** Edwin Gipson <edwin.gipson@lacity.org>
**Cc:** Daniel B. Garrie <Daniel@lawandforensics.com>; Sonya Morgan <smorgan@lawandforensics.com>; Jane Nguyen <jane.nguyen@lacity.org>; Dinah Manning <dinah.manning@lacity.org>; Ashley Bennett <ashley.bennett@lacity.org>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Mariani Jessica <jessica.mariani@lacity.org>; Hoang Arlene <arlene.hoang@lacity.org>; Michele <michele@michelecmartinez.com>; Mejia Kenneth <kenneth.mejia@lacity.org>; Szabo Matt <matt.szabo@lacity.org>; Mitchell Elizabeth <elizabeth@umklaw.com>; Morgan Ward <Morgan@lawandforensics.com>; R. Myers Shayla <SMyers@lafla.org>; M. Brody Lauren <lbrody@millerbarondess.com>; Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Subject:** Meeting Request: Alliance Monitor & Ed Gipson

Ed,

The Alliance Monitor has reached out to request a meeting with you to discuss Alliance related matters. In accordance with my role, I am writing to link you with Monitor Garrie.

Based on communications between Counsel and Monitor Garrie, I am including all Alliance counsel (the City's, Alliance, Intervenors) in this email.

Thank you

Kenneth Mejia, CPA *(he/him)*
City Controller
LA City Controller
**https://controller.lacity.gov/**

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CAUTION: This email originated from outside Law & Forensics's Email System. Please make sure you recognize the sender and know the content is safe before you click on any links or open any attachments.

Notice: Do not change any Wire Instructions without first checking with Law & Forensics by phone.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CAUTION: This email originated from outside Law & Forensics's Email System. Please make sure you recognize the sender and know the content is safe before you click on any links or open any attachments.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

# EXHIBIT 15

Outlook

## RE: Meeting Request: Alliance Monitor & Ed Gipson

**From** Scolnick, Kahn A. <KScolnick@gibsondunn.com>

**Date** Fri 10/31/2025 3:41 PM

**To** Sonya Morgan <smorgan@lawandforensics.com>

**Cc** Mejia Kenneth <kenneth.mejia@lacity.org>; Nguyen Jane <jane.nguyen@lacity.org>; Manning Dinah <dinah.manning@lacity.org>; Bennett Ashley <ashley.bennett@lacity.org>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Mariani Jessica <jessica.mariani@lacity.org>; Hoang Arlene <arlene.hoang@lacity.org>; Michele <michele@michelecmartinez.com>; Szabo Matt <matt.szabo@lacity.org>; Mitchell Elizabeth <elizabeth@umklaw.com>; Morgan Ward Doran <Morgan@lawandforensics.com>; R. Myers Shayla <SMyers@lafla.org>; M. Brody Lauren <lbrody@millerbarondess.com>; Daniel B. Garrie <Daniel@lawandforensics.com>

Ms. Morgan, I learned that Mr. Gipson is out of the office until Monday, so we'll touch base with you as soon as we hear back from him on Monday.

Thanks.

**Kahn A. Scolnick**

T: +1 213.229.7656
KScolnick@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Sonya Morgan <smorgan@lawandforensics.com>
**Sent:** Friday, October 31, 2025 9:01 AM
**To:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Cc:** Mejia Kenneth <kenneth.mejia@lacity.org>; Nguyen Jane <jane.nguyen@lacity.org>; Manning Dinah <dinah.manning@lacity.org>; Bennett Ashley <ashley.bennett@lacity.org>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Mariani Jessica <jessica.mariani@lacity.org>; Hoang Arlene <arlene.hoang@lacity.org>; Michele <michele@michelecmartinez.com>; Szabo Matt <matt.szabo@lacity.org>; Mitchell Elizabeth <elizabeth@umklaw.com>; Morgan Ward Doran <Morgan@lawandforensics.com>; R. Myers Shayla <SMyers@lafla.org>; M. Brody Lauren <lbrody@millerbarondess.com>; Daniel B. Garrie <Daniel@lawandforensics.com>
**Subject:** RE: Meeting Request: Alliance Monitor & Ed Gipson

---

Counsel Scolnick,
Thank you for checking on Mr. Gipson's availability.
Kind regards,

Sonya

**From:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Sent:** Friday, October 31, 2025 11:41 AM
**To:** Sonya Morgan <smorgan@lawandforensics.com>
**Cc:** Mejia Kenneth <kenneth.mejia@lacity.org>; Nguyen Jane <jane.nguyen@lacity.org>; Manning Dinah <dinah.manning@lacity.org>; Bennett Ashley <ashley.bennett@lacity.org>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Mariani Jessica <jessica.mariani@lacity.org>; Hoang Arlene <arlene.hoang@lacity.org>; Michele <michele@michelecmartinez.com>; Szabo Matt <matt.szabo@lacity.org>; Mitchell Elizabeth <elizabeth@umklaw.com>; Morgan Ward Doran <Morgan@lawandforensics.com>; R. Myers Shayla <SMyers@lafla.org>; M. Brody Lauren <lbrody@millerbarondess.com>; Daniel B. Garrie <Daniel@lawandforensics.com>
**Subject:** Re: Meeting Request: Alliance Monitor & Ed Gipson

Good morning.  Yes, I had been waiting to hear from you.  Will check and get back to you.

> On Oct 31, 2025, at 8:27 AM, Sonya Morgan <smorgan@lawandforensics.com> wrote:

Good morning, Counsel Scolnick,

I hope this email finds you well.

I am reaching out to follow up on the scheduling of the meeting with Mr. Gipson. Could you kindly provide his availability for next week at your earliest convenience?

Your kind cooperation will oblige.

Kind regards,

Sonya

**From:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Sent:** Tuesday, October 28, 2025 9:12 PM
**To:** Daniel B. Garrie <Daniel@lawandforensics.com>
**Cc:** Mejia Kenneth <kenneth.mejia@lacity.org>; Sonya Morgan <smorgan@lawandforensics.com>; Nguyen Jane <jane.nguyen@lacity.org>; Manning Dinah <dinah.manning@lacity.org>; Bennett Ashley <ashley.bennett@lacity.org>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Mariani Jessica <jessica.mariani@lacity.org>; Hoang Arlene <arlene.hoang@lacity.org>; Michele <michele@michelecmartinez.com>; Szabo Matt <matt.szabo@lacity.org>; Mitchell Elizabeth <elizabeth@umklaw.com>; Morgan Ward Doran <Morgan@lawandforensics.com>; R. Myers Shayla <SMyers@lafla.org>; M. Brody Lauren <lbrody@millerbarondess.com>
**Subject:** Re: Meeting Request: Alliance Monitor & Ed Gipson

Will do.  Thanks.

> On Oct 28, 2025, at 6:07 PM, Daniel B. Garrie <Daniel@lawandforensics.com> wrote:

Counsel Scolnick,

I would like to request a meeting with Mr. Gipson. Please work with @Sonya Morgan on my team to co-ordinate the meeting.

Neutral Garrie

---

**From:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Sent:** Tuesday, October 28, 2025 12:18 PM
**To:** Kenneth Mejia <kenneth.mejia@lacity.org>
**Cc:** Daniel B. Garrie <Daniel@lawandforensics.com>; Sonya Morgan <smorgan@lawandforensics.com>; Jane Nguyen <jane.nguyen@lacity.org>; Dinah Manning <dinah.manning@lacity.org>; Ashley Bennett <ashley.bennett@lacity.org>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Mariani Jessica <jessica.mariani@lacity.org>; Hoang Arlene <arlene.hoang@lacity.org>; Michele <michele@michelecmartinez.com>; Szabo Matt <matt.szabo@lacity.org>; Mitchell Elizabeth <elizabeth@umklaw.com>; Morgan Ward Doran <Morgan@lawandforensics.com>; R. Myers Shayla <SMyers@lafla.org>; M. Brody Lauren <lbrody@millerbarondess.com>
**Subject:** RE: Meeting Request: Alliance Monitor & Ed Gipson

Hi Mr. Mejia.  Dropping Mr. Gipson from this chain.   We've requested that if Mr. Garrie (or you, on his behalf) would like to speak with or get information from any City official or employee (other than you) in his capacity as monitor in this litigation, the request should be made through the City's counsel and then we can coordinate.  Of course, if the Court has given a different instruction, please let us know.

Thanks.

**Kahn A. Scolnick**

T: +1 213.229.7656
KScolnick@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Kenneth Mejia <kenneth.mejia@lacity.org>
**Sent:** Tuesday, October 28, 2025 9:06 AM
**To:** Edwin Gipson <edwin.gipson@lacity.org>
**Cc:** Daniel B. Garrie <Daniel@lawandforensics.com>; Sonya Morgan <smorgan@lawandforensics.com>; Jane Nguyen <jane.nguyen@lacity.org>; Dinah Manning <dinah.manning@lacity.org>; Ashley Bennett <ashley.bennett@lacity.org>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Mariani Jessica

<jessica.mariani@lacity.org>; Hoang Arlene <arlene.hoang@lacity.org>; Michele
<michele@michelecmartinez.com>; Mejia Kenneth <kenneth.mejia@lacity.org>; Szabo
Matt <matt.szabo@lacity.org>; Mitchell Elizabeth <elizabeth@umklaw.com>; Morgan
Ward <Morgan@lawandforensics.com>; R. Myers Shayla <SMyers@lafla.org>; M.
Brody Lauren <lbrody@millerbarondess.com>; Scolnick, Kahn A.
<KScolnick@gibsondunn.com>
**Subject:** Meeting Request: Alliance Monitor & Ed Gipson

Ed,

The Alliance Monitor has reached out to request a meeting with you to
discuss Alliance related matters. In accordance with my role, I am writing to
link you with Monitor Garrie.

Based on communications between Counsel and Monitor Garrie, I am
including all Alliance counsel (the City's, Alliance, Intervenors) in this email.

Thank you

Kenneth Mejia, CPA *(he/him)*
City Controller
LA City Controller
**https://controller.lacity.gov/**

This message may contain confidential and privileged information for the
sole use of the intended recipient. Any review, disclosure, distribution by
others or forwarding without express permission is strictly prohibited. If it
has been sent to you in error, please reply to advise the sender of the
error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information
regarding the firm and/or our privacy policy.

CAUTION: This email originated from outside Law & Forensics's Email System. Please make
sure you recognize the sender and know the content is safe before you click on any links or
open any attachments.

Notice: Do not change any Wire Instructions without first checking with Law & Forensics by
phone.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CAUTION: This email originated from outside Law & Forensics's Email System. Please make sure you recognize the sender and know the content is safe before you click on any links or open any attachments.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CAUTION: This email originated from outside Law & Forensics's Email System. Please make sure you recognize the sender and know the content is safe before you click on any links or open any attachments.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.