GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
  pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978-7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES, a Municipal entity, et al., <br><br> Defendant. | CASE NO. 2:20-cv-02291 DOC (KES) <br><br> **DECLARATION OF KAHN A. SCOLNICK IN SUPPORT OF REPLY IN SUPPORT OF EX PARTE APPLICATION FOR STAY OF ORDER APPOINTING DANIEL GARRIE AS MONITOR PENDING APPEAL** <br><br> Honorable David O. Carter, United States District Judge <br><br> Action Filed:    March 10, 2020 |

DECLARATION OF KAHN A. SCOLNICK IN SUPPORT OF REPLY IN SUPPORT OF EX PARTE APPLICATION FOR STAY PENDING APPEAL

I, Kahn A. Scolnick, declare as follows:

1.      I am an attorney admitted to practice law in the State of California.  I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys representing the City of Los Angeles in the above-referenced action.  I submit this declaration in support of the City of Los Angeles's Reply in Support of its Ex Parte Application for a Stay Pending Appeal.  If called and sworn as a witness, I could and would testify competently to the following:

2.      On October 31, 2025, the City requested by email that Mr. Garrie provide it with a weekly accrual of the time spent and fees incurred by him and his staff for the work being done in the monitor role; the City requested that Mr. Garrie provide the accrual by the following week.  A true and correct copy of that email is attached as **Exhibit A**.  As of the date of this filing, Mr. Garrie has not responded to this request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this Declaration in Los Angeles, California. Executed this 7th day of November, 2025.

*/s/ Kahn A. Scolnick*
Kahn A. Scolnick

Gibson, Dunn & Crutcher LLP

2

DECLARATION OF KAHN A. SCOLNICK IN SUPPORT OF EX PARTE APPLICATION FOR STAY OF ORDER APPOINTING DANIEL GARRIE AS MONITOR PENDING APPEAL