# EXHIBIT A

Scolnick Decl. Ex. A - 3

| | |
|---|---|
| **From:** | Scolnick, Kahn A. |
| **To:** | Daniel B. Garrie |
| **Cc:** | Mejia Kenneth; Mariani Jessica; Hoang Arlene; Michele; Mitchell Elizabeth; Morgan Ward Doran; R. Myers Shayla; M. Brody Lauren; Sonya Morgan; Hamburger, Bradley J. |
| **Subject:** | Alliance; monitor |
| **Date:** | Friday, October 31, 2025 11:04:36 PM |

Mr. Garrie:     As you know, the City is appealing the order appointing you as monitor, and the City has asked the Court to stay the appointment order pending the appeal (and if the Court denies that stay request, the City will make the same request to the Ninth Circuit).  As you also know, the City is reserving all rights with respect to the work that you're doing in the interim and any fees that you and your staff are incurring in that effort.

Nonetheless, you've been moving forward as monitor and we are doing our best to assist in facilitating your requests for information and meetings.   To the extent the City may eventually be required to pay you and your staff for that work, the City is requesting a weekly accrual of the time spent and the fees incurred by you and your staff for the work being done in the monitor role.  Can we start getting those accruals next week?

Thanks very much.

**Kahn A. Scolnick**

T: +1 213.229.7656
KScolnick@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

Scolnick Decl. Ex. A - 4