UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
matthew@umklaw.com
elizabeth@umklaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>      Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>      Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**DECLARATION OF ELIZABETH A. MITCHELL IN SUPPORT OF PLAINTIFF LA ALLIANCE'S REQUEST FOR COURT RESOLUTION OF DISPUTE**<br><br>Before:    Hon. David O. Carter<br>Courtroom:  10A |

*DECL. OF ELIZABETH MITCHELL ISO PLAINTIFF'S REQUEST FOR COURT RESOLUTION OF DISPUTE*

# DECLARATION OF ELIZABETH MITCHELL

I, Elizabeth A. Mitchell, declare as follows:

1.    I am a partner at the law firm Umhofer, Mitchell & King LLP. I represent Plaintiffs LA Alliance for Human Rights, Joseph Burk, George Frem, Wenzial Jarrell, Charles Malow, Karyn Pinsky, and Harry Tashdjian ("Plaintiffs") in this action. I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2.    Attached hereto as **Exhibit A** is a true and correct copy of an e-mail from myself to the City's counsel on July 25, 2025 to meet and confer regarding multiple issues of noncompliance, including failure to properly report metrics under Section 7.1.

3.    Attached hereto as **Exhibit B** is a true and correct copy of an e-mail from myself to the City's counsel on August 11, 2025 providing additional details regarding Plaintiffs' position.

4.    Attached hereto as **Exhibit C** is a true and correct copy of the transcripts of the parties' second meet and confer proceedings on August 22, 2025.

5.    Attached hereto as **Exhibit D** is a true and correct copy of an e-mail from myself to the City's counsel asking for an update on October 6, 2025.

6.    Attached hereto as **Exhibit E** is a true and correct copy of an e-mail from the City's counsel, Bradley J. Hamburger, to Plaintiffs' counsel on October 7, 2025 stating, "We are looking into your questions and hope to respond to you later this week."

7.    Attached hereto as **Exhibit F** is a true and correct copy of the City's Quarterly Status Report filed on October 15, 2025.

8.    Attached hereto as **Exhibit G** is a true and correct copy of an e-mail from myself to the City's counsel on October 20, 2025 asking why the "PEH Served" column was blank in Defendant's October 15, 2025 Quarterly Status Report. The City did not respond.

1

*DECL. OF ELIZABETH MITCHELL ISO PLAINTIFF'S REQUEST FOR COURT RESOLUTION OF DISPUTE*

9.     Attached hereto as **Exhibit H** is a true and correct copy of an e-mail from myself to the City's counsel on October 28, 2025 following up regarding my October 20, 2025 correspondence. The City yet again did not respond.

10.     Attached hereto as **Exhibit I** is a true and correct copy of an e-mail from myself to the City's counsel on October 30, 2025, stating: "Sending my third email on this in ten days.  I assume we will be discussing these issues on today's call—otherwise it appears the City is refusing to meet and confer in good faith as required by the agreement."

11.     The City had separately requested a third meet-and-confer regarding its claims to emergency under Section 8.2 which was scheduled and did occur on October 30, 2025. Attached hereto as **Exhibit J** is a true and correct copy of the transcripts of the parties' meet and confer proceedings on October 30, 2025. The City had no update for me on any of the issues raised.

12.     Attached hereto as **Exhibit K** is a true and correct copy of an e-mail from the City's counsel on November 4, 2025 providing a non-response to Plaintiffs' repeated requests for an update regarding 7.1 reporting and the "PEH Served" data.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 10, 2025 at Los Angeles, California.

*/s/ Elizabeth Mitchell*
Elizabeth Mitchell

4899-0447-5513, v. 2

2