# Exhibit A

| | |
|---|---|
| **From:** | Scolnick, Kahn A. |
| **To:** | Elizabeth Mitchell; Matthew Umhofer |
| **Cc:** | Evangelis, Theane; McRae, Marcellus; Hamburger, Bradley J.; Fuster, Patrick J. |
| **Subject:** | RE: LA Alliance v. City of LA |
| **Date:** | Friday, July 25, 2025 5:36:51 PM |

Thanks, Liz, we'll get back to you on those requests, but in the meantime I'll send a hold for 9-11 on Thursday.

**Kahn A. Scolnick**

T: +1 213.229.7656
KScolnick@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

**From:** Elizabeth Mitchell <elizabeth@umklaw.com>
**Sent:** Friday, July 25, 2025 2:44 PM
**To:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>; Matthew Umhofer <matthew@umklaw.com>
**Cc:** Evangelis, Theane <TEvangelis@gibsondunn.com>; McRae, Marcellus <MMcRae@gibsondunn.com>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Fuster, Patrick J. <PFuster@gibsondunn.com>
**Subject:** RE: LA Alliance v. City of LA

Hi Kahn,

Next week is a bit tough for us, but we can block out the following times:

- Monday, 7/28: 2:30-5:30
- Wednesday, 7/30 2:30pm-5:30pm
- Thursday, 7/31 9am-11am

If none of those work for you, please provide dates and times the following week that work for your team and we'll find something that works.

To make the call most efficient, prior to the call please let us know what exactly the City proposes in terms of modification, and how the ICE issues impact the City's obligations

In addition to the City's 8.2 request, we'd also like to use this time to meet and confer regarding appointment of the data monitor pursuant to the Court's order and the parties' Agreement (Section 7.2), including both (a) identitification of potential monitors and (b) scope of monitorship.  We'd also like to meet and confer regarding other provisions of the Settlement Agreement which have been ignored or otherwise are not being followed, specifically:

- Section 6: Dispute Resolution Process: The parties early on were engaged in

1

multiple planning sessions but those stopped and should be re-engaged.
- Section 7.1: The City has an ongoing obligation to report in its quarterly status updates many things which it is not currently reporting, including:
  - Number of beds/opportunities offered
  - Number of beds/opportunities currently available
  - Number of PEH engaged
  - Number of PEH who have accepted offers of shelter/housing
  - Number of PEH rejected offers and why offers were rejected rejected
  - Number of encampments in each council district
- Section 9: Ensuring the County is complying with its obligations
- Section 10: Identification of barriers in affordable housing.

Thanks, and have a great weekend,
Liz

---

**From:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Sent:** Thursday, July 24, 2025 5:20 PM
**To:** Matthew Umhofer <matthew@umklaw.com>; Elizabeth Mitchell <elizabeth@umklaw.com>
**Cc:** Evangelis, Theane <TEvangelis@gibsondunn.com>; McRae, Marcellus <MMcRae@gibsondunn.com>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Fuster, Patrick J. <PFuster@gibsondunn.com>
**Subject:** LA Alliance v. City of LA

Matt and Liz:

I'm writing to re-engage the City's meet-and-confer efforts under section 8.2 of the Settlement Agreement with respect to the LA fires and their effects on the region (the declaration of emergency is still in place). In addition, the City has had two other events that trigger the "pause" and meet-and-confer obligations in the Settlement Agreement: (1) the City Council declared a fiscal emergency in late June; and (2) the large-scale civil disturbances in response to the ICE raids.

Given the importance of these issues, we'll have a court reporter transcribe the discussion, at the City's expense,

Please let us know a few times next week when you'd be available to have this meeting. Thanks.

**Kahn A. Scolnick**

T: +1 213.229.7656
KScolnick@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.