Exhibit C

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LA ALLIANCE FOR HUMAN RIGHTS, )
et al.,                        )
                               )
                Plaintiffs,    )  CASE NO.
                               )  2:20-cv-02291 DOC (KES)
        v.                     )
                               )
CITY OF LOS ANGELES, a         )
Municipal entity, et al.,      )
                               )
                Defendant.     )
_____)

REPORTER'S TRANSCRIPT OF REMOTE

MEET-AND-CONFER PROCEEDINGS

FRIDAY, AUGUST 22, 2025

REPORTED BY:

LENA MESCALL, CSR NO. 13018, RPR

JOB NO. 7550786

REPORTED REMOTELY FROM IRVINE, CALIFORNIA

PAGES 1 - 91

Page 1

REMOTE APPEARANCES OF COUNSEL:

FOR THE PLAINTIFFS:
    UMHOFER, MITCHELL & KING LLP
    BY:  ELIZABETH MITCHELL, ESQ.
    767 South Alameda Street, Suite 270
    Los Angeles, California 90021
    213.394.7979
    Elizabeth@umklaw.com


FOR DEFENDANT CITY OF LOS ANGELES:
    GIBSON, DUNN & CRUTCHER LLP
    BY:  MARCELLUS McRAE, ESQ.
         KAHN A. SCOLNICK, ESQ.
         BRADLEY J. HAMBURGER, ESQ.
    333 South Grand Avenue
    Los Angeles, California 90071
    213.229.7000
    mmcrae@gibsondunn.com
    kscolnick@gibsondunn.com
    bhamburger@gibsondunn.com


    LOS ANGELES CITY ATTORNEY'S OFFICE

    BY:  VALERIE L. FLORES, ESQ.
         ARLENE N. HOANG, ESQ.
         JESSICA MARIANI, ESQ.

    North Main Street, City Hall East, 6th Floor
    Los Angeles, California 90012
    213.978.7508
    Valerie.Flores@lacity.org
    Arlene.hoang@lacity.org
    Jessica.mariani@lacity.org

Page 2

this dispute resolution process.  And the goal was to reduce litigation, litigation impact on the City.

And so instead of people getting upset and suing the City, you know, we have this whole process by which they can have this dispute resolution.  And so we're able to funnel litigation away from the City, was part of the goal.

So I will recirculate the last emails I have on this issue.  I'll probably have to go back to my old email address.  I just realized I was at a different firm at the time.  So I will pull those back up and recirculate, because I do think that this is worthwhile.

MR. HAMBURGER:  Okay.  Anybody else have anything on that?

Okay.  Next?

MS. MITCHELL:  Okay.  Section 7.1.

MR. HAMBURGER:  Yes.  So a couple of things on this, is that we think -- well, two things.  Several of the things that you outlined here are things that the agreement speaks of the commitment of the City to work with LAHSA to include, to the extent possible.  We don't -- we think that many of these things, LAHSA does not have or cannot give us.  You know, particularly, like, the numbers who have accepted offers of shelter, the number engaged, number of rejected offers of

shelter, and why the offers were rejected.

We're not aware that LAHSA has that granular of data, but we can definitely -- or the number of encampments in each council district.  But to the extent they have that, we're happy to go back to them and see if they can -- if they can get that.

MS. MITCHELL:  I think that the obligation on the City is a little bit more active, though.  It is not just, like, "Hey, do you have it?  If not, we are not reporting it."  It's that the City is supposed to be working with LAHSA to get that information and to make sure that LAHSA is gathering that information and including it and then including in those reports.

So I think the City has a lot more active of a role than you're representing.  I think you have to make sure that LAHSA is gathering that information and that's included in these reports.

MR. HAMBURGER:  Yeah.  I don't think it says that, but I understand that's your interpretation of it.  I mean, I think it says we'll work with them and to the extent possible --

MR. McRAE:  So doesn't that also presuppose that the City can make LAHSA actually do something?

MS. MITCHELL:  You can.

MR. McRAE:  That word "make."

Page 69

MS. MITCHELL:  You can.

MR. McRAE:  I'm sorry, what?

Well, what was your basis for saying that?

MS. MITCHELL:  It's a joint powers authority. Half of your commission comes from the City.  It takes direction from the City.  That's what LAHSA does.

MR. McRAE:  It's still a separate entity, and when you talk about having a -- making a separate entity -- you're talking about actual human beings here. This isn't like, you know, moving automatons.  I mean, these are people.

So to say that you can make people do something, I am just saying, practically, when you're talking about this not theoretically, but practically, it assumes --

MS. MITCHELL:  Right.  But I think that it says you will work with them --

MR. McRAE:  -- don't believe exist.  I don't think that's a foundation.

MS. MITCHELL:  Have you worked with them?

MR. McRAE:  Brad, do you want to -- I mean, I don't know if you have anything --

MR. HAMBURGER:  My understanding is, is that when -- in preparation of these reports, the City, and particularly the CAO, is constantly working with LAHSA

Page 70

STATE OF CALIFORNIA        )

                           )    ss.

COUNTY OF ORANGE           )


        I, Lena Mescall, Certified Shorthand Reporter, Certificate No. 13018, for the State of California, hereby certify:

        I am the person that stenographically recorded the transcript of proceedings held on Friday, August 22, 2025.

        The foregoing transcript is a true record of said proceedings.



Dated: 8/25/25




                        LENA MESCALL, CSR NO. 13018, RPR

Page 91