# Exhibit E

| | |
|---|---|
| **From:** | Hamburger, Bradley J. |
| **To:** | Elizabeth Mitchell; Matthew Umhofer; michele@michelecmartinez.com |
| **Cc:** | Evangelis, Theane; McRae, Marcellus; Scolnick, Kahn A.; Biché, Tim; Valerie Flores; Arlene Hoang; Jessica Mariani |
| **Subject:** | RE: LA Alliance v. City of LA |
| **Date:** | Tuesday, October 7, 2025 5:29:06 PM |

Liz:  We are looking into your questions and hope to respond to you later this week.

**Bradley J. Hamburger**
Partner

T: +1 213.229.7658 | M: +1 818.219.3917
BHamburger@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Elizabeth Mitchell <elizabeth@umklaw.com>
**Sent:** Monday, October 6, 2025 4:43 PM
**To:** Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Matthew Umhofer <matthew@umklaw.com>; michele@michelecmartinez.com
**Cc:** Evangelis, Theane <TEvangelis@gibsondunn.com>; McRae, Marcellus <MMcRae@gibsondunn.com>; Scolnick, Kahn A. <KScolnick@gibsondunn.com>; Biché, Tim <TBiche@gibsondunn.com>; Valerie Flores <valerie.flores@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; Jessica Mariani <jessica.mariani@lacity.org>
**Subject:** RE: LA Alliance v. City of LA

Hi Bradley,

Following up on this.  Does the City intend to respond with the below-requested information this week? If not, we'll go ahead and file our objections to the City's plan.

Additionally, we're still waiting for a response from the City regarding:

- Reporting the additional information requested from LAHSA pursuant to Section 7.1. *Please advise if there are any updates on the City's work with LAHSA or whether this issue is ripe for special master mediation or court adjudication.*
- Calculation on encampment reductions, both actual from Inside Safe and/or whatever estimations you have.  *If the City does not intend to provide us with any numbers of compliant encampment reductions, it seems you'll need to hit the entire 9,800 encampment number by middle of next year which does not seem achievable to me. Please advise on the City's plan here.*
- The status of the claimed 8.2 emergencies.
- Dispute Resolution updates

Thanks,
Liz