# Exhibit H

**From:** Elizabeth Mitchell
**Sent:** Tuesday, October 28, 2025 10:25 AM
**To:** Bradley J. Hamburger; Scolnick Kahn A.
**Cc:** Jessica Mariani; Arlene Hoang; michele@michelecmartinez.com
**Subject:** RE: Alliance - Questions re City Quarterly Report

Good morning – following up on this.

---

**From:** Elizabeth Mitchell
**Sent:** Monday, October 20, 2025 9:38 AM
**To:** Bradley J. Hamburger <bhamburger@gibsondunn.com>; Scolnick Kahn A. <kscolnick@gibsondunn.com>
**Cc:** Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; michele@michelecmartinez.com
**Subject:** Alliance - Questions re City Quarterly Report

Good Morning:

In reviewing the quarterly report filed last week, I see the "PEH Served" column is blank and that the City noted it "has not been able to collect and verify that information in the time provided to complete this Report." Can you explain that to me? What has changed from the way the City is collecting and verifying PEH served historically versus this last report?

Additionally, we're still missing quite a bit of information from Section 7.1:

> 7.1. The City will provide quarterly status updates to the Court regarding its progress with this Agreement, including the number of housing or shelter opportunities created or otherwise obtained, the number of beds or opportunities offered, and the number of beds or opportunities currently available in each Council District. The City will work with LAHSA to include in the quarterly status updates, to the extent possible: the number of PEH engaged, the number of PEH who have accepted offers of shelter or housing, the number of PEH who have rejected offers of shelter or housing and why offers were rejected, and the number of encampments in each Council District.

Can you please explain why the City is still missing this information and what steps it has taken to get the information from LAHSA if needed?

Thanks much,
Liz

---

**ELIZABETH A. MITCHELL**
*Partner*

Phone: (213) 394-7979
Email: elizabeth@umklaw.com

Office at the ROW DTLA
767 S. Alameda St., Suite 270
Los Angeles, CA 90021