# Exhibit I

| From: | Elizabeth Mitchell |
|---|---|
| To: | Bradley J. Hamburger; Scolnick Kahn A. |
| Cc: | Jessica Mariani; Arlene Hoang; michele@michelecmartinez.com |
| Subject: | RE: Alliance - Questions re City Quarterly Report |
| Date: | Thursday, October 30, 2025 8:47:27 AM |
| Attachments: | image001.png |
| | image002.png |

Sending my third email on this in ten days.  I assume we will be discussing these issues on today's call—otherwise it appears the City is refusing to meet and confer in good faith as required by the agreement.

**From:** Elizabeth Mitchell
**Sent:** Tuesday, October 28, 2025 10:25 AM
**To:** Bradley J. Hamburger <bhamburger@gibsondunn.com>; Scolnick Kahn A. <kscolnick@gibsondunn.com>
**Cc:** Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; michele@michelecmartinez.com
**Subject:** RE: Alliance - Questions re City Quarterly Report

Good morning – following up on this.

**From:** Elizabeth Mitchell
**Sent:** Monday, October 20, 2025 9:38 AM
**To:** Bradley J. Hamburger <bhamburger@gibsondunn.com>; Scolnick Kahn A. <kscolnick@gibsondunn.com>
**Cc:** Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; michele@michelecmartinez.com
**Subject:** Alliance - Questions re City Quarterly Report

Good Morning:

In reviewing the quarterly report filed last week, I see the "PEH Served" column is blank and that the City noted it "has not been able to collect and verify that information in the time provided to complete this Report."  Can you explain that to me?  What has changed from the way the City is collecting and verifying PEH served historically versus this last report?

Additionally, we're still missing quite a bit of information from Section 7.1:

1



Can you please explain why the City is still missing this information and what steps it has taken to get the information from LAHSA if needed?

Thanks much,
Liz

**ELIZABETH A. MITCHELL**
*Partner*



Phone: (213) 394-7979
Email: elizabeth@umklaw.com

Office at the ROW DTLA
767 S. Alameda St., Suite 270
Los Angeles, CA 90021
UMKLaw on LinkedIn

www.umklaw.com