# Exhibit J

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA


LA ALLIANCE FOR HUMAN RIGHTS, )
et al.,                        )
                               )
              Plaintiffs,      )  CASE NO.
                               )  2:20-cv-02291 DOC (KES)
         v.                    )
                               )
CITY OF LOS ANGELES, a         )
Municipal entity, et al.,      )
                               )
              Defendant.       )
_____)



REPORTER'S TRANSCRIPT OF

REMOTE MEET-AND-CONFER PROCEEDINGS

THURSDAY, OCTOBER 30, 2025



REPORTED BY:

LENA MESCALL, CSR NO. 13018, RPR

JOB NO. 7722990

REPORTED REMOTELY FROM IRVINE, CALIFORNIA

PAGES 1 - 27

Page 1

REMOTE APPEARANCES OF COUNSEL:


FOR THE PLAINTIFFS:

UMHOFER, MITCHELL & KING LLP

BY:  ELIZABETH MITCHELL, ESQ.

767 South Alameda Street, Suite 270

Los Angeles, California 90021

213.394.7979

Elizabeth@umklaw.com



FOR DEFENDANT CITY OF LOS ANGELES:

GIBSON, DUNN & CRUTCHER LLP

BY:  KAHN A. SCOLNICK, ESQ.

DANIEL R. ADLER, ESQ.

TIM BICHE, ESQ.

333 South Grand Avenue

Los Angeles, California 90071

213.229.7000

kscolnick@gibsondunn.com

dadler@gibsondunn.com

tbiche@gibsondunn.com


LOS ANGELES CITY ATTORNEY'S OFFICE

BY:  VALERIE L. FLORES, ESQ.

ARLENE N. HOANG, ESQ.

JESSICA MARIANI, ESQ.

200 North Main Street, 6th Floor

Los Angeles, California 90012

213.978.7508

Valerie.flores@lacity.org

Arlene.hoang@lacity.org

Jessica.mariani@lacity.org

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ahead.

MR. SCOLNICK:  I said hopefully, you know, we don't have four more years of civil unrest or three more years of civil unrest from ICE, but that one is a little more nebulous.  The declaration of fiscal emergency is a little more finite, I suppose.

MS. MITCHELL:  Okay.  Well, let's -- if we can talk briefly about the email that I sent, unless there's anything else to talk about under 8.2.

MR. SCOLNICK:  Not from our perspective, no. Thanks.

MS. MITCHELL:  Okay.  So I sent an email Monday, October 20th, to you and to Bradley, to Jessica, and Arlene, asking about the blank PEH-served section in the City's latest report, what's going on, and where we are from the Section 7.1, all of the information that's still missing, and what the City is doing to try to get that information from LAHSA as required.

So I sent that ten days ago and have gotten no response.  It does not feel like the City is meeting its obligation under Section 24 to meet and confer within a reasonable period of time.  So I would like some response on that today.

MR. SCOLNICK:  Okay.  That is not what this call is about, just to be clear.  I know that -- I

Page 24

appreciate that you raised this right before the call.

I was on another call.  I have not had time to talk to my client.  I can tell you just as a -- you know, as a courtesy, that we are looking into this.  I can't promise you a response -- an email today or a call today, but if you can give me a few days, like next week, I will tell you what's going on and I will get some information for you.

MS. MITCHELL:  Okay.  So just in fairness, because this has been going on for ten days and I got zero response, including, like, "Hey, here are your questions.  We will get back to you on this" -- like, I have gotten zero response on this -- if I don't get a substantive response by, like, Monday or Tuesday of next week, I am going to be filing a motion.

I just -- I don't want that to be surprising to anybody because, at this point, like, again, it feels like I am hitting a brick wall in these conversations with the City and I don't think that that's a helpful way to move forward.  So I just want to put that out there and, hopefully, we can get something more substantive going, moving forward.

MR. SCOLNICK:  We will do what we can.  I can't promise you something by Tuesday.  You know, again, I know it's ten days and apologies for not at least

Page 25

acknowledging your email, but these things just take a bit of time to get into.  I mean, we have been talking about this 8.2 for months now, I feel like.  But I hear you.  Again, we will -- apologies for not acknowledging your email.  And we will get back to you next week on what's going on.  I will do my best to get you what I can get you by Tuesday.

MS. MITCHELL:  Okay.  Sounds good.

MR. SCOLNICK:  All right.

MS. MITCHELL:  Thank you.

Anything else to talk about?

MR. SCOLNICK:  Not from our perspective.

MS. MITCHELL:  All right.

MR. SCOLNICK:  Thank you very much.

MS. MITCHELL:  Thanks, guys.  Happy Halloween.

MR. SCOLNICK:  Yeah.  You too.

(The proceedings concluded at 9:29 A.M.)

*   *   *

Page 26

STATE OF CALIFORNIA        )
                           )    ss.
COUNTY OF ORANGE           )


          I, Lena Mescall, Certified Shorthand Reporter, Certificate No. 13018, for the State of California, hereby certify:

          I am the person that stenographically recorded the transcript of proceedings held on Thursday, October 30, 2025.

          The foregoing transcript is a true record of said proceedings.


Dated: November 4, 2025

Lenafmescall

Page 27