# Exhibit K

| | |
|---|---|
| **From:** | Scolnick, Kahn A. |
| **To:** | Elizabeth Mitchell |
| **Cc:** | Jessica Mariani; Arlene Hoang; michele@michelecmartinez.com; Hamburger, Bradley J. |
| **Subject:** | RE: Alliance - Questions re City Quarterly Report |
| **Date:** | Tuesday, November 4, 2025 6:05:31 PM |
| **Attachments:** | image001.png |
| | image002.png |

Liz, as promised, I'm following up on our conversation from last week. The City has been working to verify the PEH served data, which it receives from LAHSA and other departments/agencies. Representatives from the City Administrative Office are scheduled to meet with LAHSA this week to discuss the Section 7.1 data and PEH served data that the City has requested from LAHSA. The City will provide verified PEH served numbers once the City has received the data it needs from LAHSA and has reviewed that data.

Thanks.


**Kahn A. Scolnick**

T: +1 213.229.7656
KScolnick@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197


**From:** Elizabeth Mitchell <elizabeth@umklaw.com>
**Sent:** Thursday, October 30, 2025 8:47 AM
**To:** Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Cc:** Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; michele@michelecmartinez.com
**Subject:** RE: Alliance - Questions re City Quarterly Report

Sending my third email on this in ten days.  I assume we will be discussing these issues on today's call—otherwise it appears the City is refusing to meet and confer in good faith as required by the agreement.

**From:** Elizabeth Mitchell
**Sent:** Tuesday, October 28, 2025 10:25 AM
**To:** Bradley J. Hamburger <bhamburger@gibsondunn.com>; Scolnick Kahn A. <kscolnick@gibsondunn.com>
**Cc:** Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; michele@michelecmartinez.com
**Subject:** RE: Alliance - Questions re City Quarterly Report

Good morning – following up on this.

---

**From:** Elizabeth Mitchell
**Sent:** Monday, October 20, 2025 9:38 AM
**To:** Bradley J. Hamburger <bhamburger@gibsondunn.com>; Scolnick Kahn A. <kscolnick@gibsondunn.com>
**Cc:** Jessica Mariani <jessica.mariani@lacity.org>; Arlene Hoang <arlene.hoang@lacity.org>; michele@michelecmartinez.com
**Subject:** Alliance - Questions re City Quarterly Report

Good Morning:

In reviewing the quarterly report filed last week, I see the "PEH Served" column is blank and that the City noted it "has not been able to collect and verify that information in the time provided to complete this Report." Can you explain that to me? What has changed from the way the City is collecting and verifying PEH served historically versus this last report?

Additionally, we're still missing quite a bit of information from Section 7.1:



Can you please explain why the City is still missing this information and what steps it has taken to get the information from LAHSA if needed?

Thanks much,
Liz

---

**ELIZABETH A. MITCHELL**
*Partner*



Phone: (213) 394-7979
Email: elizabeth@umklaw.com

Office at the ROW DTLA
767 S. Alameda St., Suite 270
Los Angeles, CA 90021
UMKLaw on LinkedIn

www.umklaw.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.