UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>        Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**PLAINTIFF'S NOTICE OF FILING MOTION TO DISMISS CITY OF LA APPEAL IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, CASE NO. 25-6760**<br><br>Before: Hon. David O. Carter<br>Courtroom: 10A |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 9, 2025, Plaintiff LA Alliance for Human Rights filed a Motion to Dismiss Defendant City's Appeal in the United States Court of Appeals for the Ninth Circuit, Case No. 25-6760 (Defendant City of Los Angeles' Appeal re Appointment of Monitor Daniel Garrie). A copy of Appellee LA Alliance's motion as filed, is attached hereto as Exhibit A.[1]

This notice is filed for informational purposes only to apprise the District Court of developments in the appellate proceedings.

Dated: November 10, 2025          Respectfully submitted,

*/s/ Matthew Donald Umhofer*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)

*Attorneys for Plaintiffs*

---

[1] Note only the motion is filed.  All exhibits are filings found on the docket of this case.

*PLAINTIFF'S NOTICE OF FILING MOTION TO DISMISS CITY OF LA APPEAL IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT*