GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
 tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
 mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
 kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
 bhamburger@gibsondunn.com
ANGELIQUE KAOUNIS, SBN 209833
 akaounis@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
 pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978.7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>        Defendant. | CASE NO. 2:20-cv-02291 DOC (KES)<br><br>Honorable David O. Carter, United States District Judge<br><br>**DEFENDANT CITY OF LOS ANGELES' SUPPLEMENT TO QUARTERLY STATUS REPORT PURSUANT TO THE SETTLEMENT AGREEMENT BETWEEN LA ALLIANCE FOR HUMAN RIGHTS AND THE CITY OF LOS ANGELES [DKT. 421]**<br><br>Action Filed:    March 10, 2020 |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Paragraph 7.1 of the Settlement Agreement between LA Alliance for Human Rights et al. and the City of Los Angeles (Dkt. 421), the City submits this supplement to the quarterly status report regarding its progress with the Settlement Agreement filed on October 15, 2025.  Attached as **Exhibit A** is a supplemental report that provides the number of housing or shelter opportunities created or otherwise obtained for the quarter ending September 30, 2025, including information regarding the number of persons experiencing homelessness served by those current intervention opportunities.

DATED: November 11, 2025

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Bradley J. Hamburger
Bradley J. Hamburger

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

Gibson, Dunn & Crutcher LLP

1

CITY OF LOS ANGELES' SUPPLEMENT TO QUARTERLY STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT BETWEEN LA ALLIANCE FOR HUMAN RIGHTS AND THE CITY OF LOS ANGELES