GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
  pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978.7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, a Municipal entity, et al., <br><br> Defendant. | CASE NO. 2:20-cv-02291 DOC (KES) <br><br> Honorable David O. Carter, United States District Judge <br><br> **DEFENDANT CITY OF LOS ANGELES'S OBJECTION TO MINUTE ORDER REGARDING NOVEMBER 11, 2025 STATUS CONFERENCE AND HEARING (DKT. 1075)** <br><br> Action Filed:    March 10, 2020 |

DEFENDANT CITY OF LOS ANGELES'S OBJECTION TO MINUTE ORDER REGARDING
NOVEMBER 11, 2025 STATUS CONFERENCE AND HEARING (DKT. 1075)

Gibson, Dunn &
Crutcher LLP

On November 12, 2025, the Court held a hearing regarding the City of Los Angeles's latest quarterly report and other issues.  At that hearing, the City of Los Angeles was represented by its outside attorneys at Gibson, Dunn & Crutcher LLP, as well as a Deputy City Attorney.  During the hearing, the Court repeatedly referred to attorneys from Gibson Dunn as "the City Attorney" and "Acting City Attorneys."  On multiple occasions, counsel for the City corrected the Court on the record and clarified that they were neither the City Attorney of the City of Los Angeles nor Acting City Attorneys, but were outside counsel for the City in this case.  Following the hearing, the Court issued a minute order that again referred to Gibson Dunn as "Acting City Attorneys."  Dkt. 1075 at 2.

The City of Los Angeles and Gibson Dunn again object to the Court's continued and inaccurate references to Gibson Dunn as the "City Attorney" or "Acting City Attorney."  The City Attorney for the City of Los Angeles is an elected officer of the City of Los Angeles, set forth in the City Charter.  *See* L.A. City Charter § 409 ("Vacancies in the offices of Mayor, City Attorney, Controller and members of the City Council shall be filled by appointment or election in the manner set forth in this section.").  The "Acting City Attorney" is a position defined in the Los Angeles Administrative Code as an "assistant or deputy" appointed by the City Attorney "who shall become the acting incumbent in case of any vacancy in such office."  L.A. Admin. Code § 20.22.  Any appointment of an Acting City Attorney must be made "by the City Attorney . . . in writing filed with the City Clerk."  *Id*.  Separately, under the City Charter, the City Attorney "may contract with attorneys outside of the City Attorney's Office to assist the City Attorney in providing legal services to that department."  L.A. City Charter § 275.

As demonstrated in the contracts between the City of Los Angeles and Gibson Dunn that the Court required the City to file, Gibson Dunn has been retained as "Outside Counsel" for the specific purpose of "assist[ing] the City Attorney in providing legal representation for the City" in this specific case. Dkt. 1073-1 at 3, § 1.  Neither Gibson

Gibson, Dunn & Crutcher LLP

1

DEFENDANT CITY OF LOS ANGELES'S OBJECTION TO MINUTE ORDER REGARDING NOVEMBER 11, 2025 STATUS CONFERENCE AND HEARING (DKT. 1075)

Dunn as a firm, nor any of the attorneys associated with Gibson Dunn who have appeared in this case on behalf of the City of Los Angeles, are the City Attorney or "Acting City Attorneys."

DATED: November 14, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Theane Evangelis
Theane Evangelis

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

Gibson, Dunn & Crutcher LLP

2

DEFENDANT CITY OF LOS ANGELES'S OBJECTION TO MINUTE ORDER REGARDING NOVEMBER 11, 2025 STATUS CONFERENCE AND HEARING (DKT. 1075)