UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 14 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ORANGE COUNTY CATHOLIC WORKER; et al., <br><br> Intervenors - Appellees, <br><br> CITY OF LOS ANGELES, <br><br> Defendant - Appellant. | No. 25-6760 <br><br> D.C. No. 2:20-cv-02291-DOC-KES <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before: SILVERMAN, TALLMAN, BUMATAY, Circuit Judges.

The court has received the emergency motion for a stay pending appeal. Dkt. 7. The request for an administrative stay is granted in part and denied in part. An administrative stay "is only intended to preserve the status quo until the substantive motion for a stay pending appeal can be considered on the merits, and does not constitute in any way a decision as to the merits of the motion for stay pending appeal." *Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019).

The district court's October 14, 2025, appointment order is temporarily stayed pending further order. *Id.* To the extent that Defendant-Appellant requests an administrative stay of contempt proceedings scheduled for November 19, 2025, that

request is denied.  The district court is free to proceed with that hearing.

The response to the emergency motion is due November 24, 2025.  The optional reply in support of the motion is due December 1, 2025.  Fed. R. App. P. 27(a)(3).

**Administrative Stay GRANTED IN PART AND DENIED IN PART.**

25-6760