UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 270
Los Angeles, California 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
matthew@umklaw.com
elizabeth@umklaw.com

*Attorneys for Plaintiffs*

GIBSON, DUNN & CRUTCHER LLP
Theane Evangelis, SBN 243570
tevangelis@gibsondunn.com
Marcellus McRae, SBN 140308
mmcrae@gibsondunn.com
Kahn Scolnick, SBN 228686
kscolnick@gibsondunn.com
Bradley J. Hamburger, SBN 266916
bhamburger@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Hydee Feldstein Soto, SBN 106866
Arlene N. Hoang, SBN 193395
Jessica Mariani, SBN 280748
200 North Main Street,
City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213.978-7508
Facsimile: 213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant City of Los Angeles*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>        Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**JOINT WITNESS LIST**<br><br>Before:  Hon. David O. Carter<br>Courtroom: 10A |

Plaintiff LA Alliance for Human Rights and Defendant City of Los Angeles, files the following Witness List for the upcoming evidentiary hearing, set for November 19, 2025.  The parties do not necessarily intend to call all of the witnesses listed below but reserve the right to question them if they are questioned by other parties or the Court; the witness order below is also not necessarily the order in which the witnesses will be called during the hearing.  The parties also reserve the right to call additional witnesses depending on the scope of the hearing and the issues raised.

<u>Witnesses to be Presented:</u>

1)  Michele Martinez

2)  Daniel Garrie[1]

3)  Bevin Kuhn[2]

4)  Paul Webster

5)  Daniel Conway[3]

6)  Mercedes Marquez[4]

7)  Matthew Szabo

8)  Edwin Gipson

9)  Gita O'Neill

<u>Witnesses Unavailable:</u>

1)  Laura Frost[5]

---

[1] Mr. Garrie is out of the country on business and indicated he would discuss availability with the Court.

[2] Available via Zoom due to in-person commitments out of state. Ms. Kuhn is available to testify only Wednesday or Friday. She is available to testify in person beginning December 1.

[3] Available via Zoom due to in-person commitments out of state. Mr. Conway is available to testify in person on December 1 or 2.

[4] The Alliance represents that Mercedes Marquez was served with a subpoena on November 16, 2025 to appear on November 19, 2025, at 9am. Proof of service may be provided upon request.

[5] The Alliance represents that Laura Frost and Diane Rafferty of Alvarez & Marsal are out of state with a client in a rural area the entire week of November 17,

2)  Diane Rafferty[6]

Witnesses Available if Needed For Cross-Examination:

1)  Elizabeth Mitchell[7]

Dated: November 18, 2025          Respectfully submitted,

*/s/ Elizabeth A. Mitchell*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer
Elizabeth A. Mitchell

*Attorneys for Plaintiffs*

Dated: November 18, 2025          Respectfully submitted,

*/s/ Theane Evangelis*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer
Elizabeth A. Mitchell

*Attorneys for Plaintiffs*

GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
mmcrae@gibsondunn.com
KAHN SCOLNICK, SBN 228686
kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
bhamburger@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant City of Los Angeles*

---

2025 and unavailable, even remotely. Ms. Frost and Ms. Rafferty may be available to testify in person beginning the week of November 24.  The Alliance is prepared to move forward without these witnesses.

[6] *Id.*

[7] Plaintiff relies on declaration of Elizabeth Mitchell submitted with Dkt. No. 1070 and exhibits attached thereto but will make Ms. Mitchell available for cross examination as needed.

2

*JOINT WITNESS LIST*

HYDEE FELDSTEIN SOTO, SBN 106866
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213.978-7508
Facsimile: 213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant City of Los Angeles*

## ATTESTATION

All signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: November 18, 2025                Respectfully submitted,

*/s/ Elizabeth A. Mitchell*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer
Elizabeth A. Mitchell

*Attorneys for Plaintiffs*