LEGAL AID FOUNDATION OF LOS ANGELES
Shayla R. Myers (SBN 264054)
Isabelle M. Geczy (SBN 349594)
1550 W. 8th St
Los Angeles, CA 90017
Telephone: (213) 640-3983
Telephone: (323) 801-7990
smyers@lafla.org
igeczy@lafla.org

*Attorneys for Intervenors*

UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 270
Los Angeles, California 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
matthew@umklaw.com
elizabeth@umklaw.com

*Attorneys for Plaintiffs*

*[Additional Attorneys on Next Page]*

GIBSON, DUNN & CRUTCHER LLP
Theane Evangelis, SBN 243570
tevangelis@gibsondunn.com
Marcellus McRae, SBN 140308
mmcrae@gibsondunn.com
Kahn Scolnick, SBN 228686
kscolnick@gibsondunn.com
Bradley J. Hamburger, SBN 266916
bhamburger@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for City of Los Angeles*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>            Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**JOINT SCHEDULING REQUEST RE: OSC RE: CONTEMPT**<br><br>Date:          Wed., Nov. 19, 2025<br>Time:          9:00 a.m.<br>Courtroom:  8A, U.S. District Court,<br>                  350 W. First St.,<br>                  Los Angeles CA 90012 |

**JOINT SCHEDULING REQUEST**

*Additional Counsel*

LAW OFFICE OF CAROL A. SOBEL
Carol A. Sobel (SBN 84483)
725 Arizona Ave.
Santa Monica, CA 90401
Telephone: (310) 393-3055
carolsobel@aol.com

*Attorneys for Intervenors*

SCHONBRUN SEPLOW HARRIS &
HOFFMAN, LLP
Catherine Sweetser (SBN 271142)
11543 W. Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 396-0731
catherine.sdshhh@gmail.com

*Attorneys for Intervenors*

ELDER LAW AND DISABILITY
RIGHTS CENTER
Brook Weitzman (SBN 301037)
William Wise (SBN 109468)
1535 E. 17th Street, Suite 110
Santa Ana, California 92705
Telephone: (714) 617-5353
bweitzman@eldrcenter.org
bwise@eldrcenter.org

*Attorneys for Orange Catholic Worker*

Hydee Feldstein Soto, SBN 106866
Denise C. Mills, SBN 191992
Kathleen Kenealy, SBN 212289
Arlene N. Hoang, SBN 193395
Jessica Mariani, SBN 280748
200 North Main Street,
City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213.978-7508
Facsimile: 213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant City of Los Angeles*

1

**JOINT SCHEDULING REQUEST**

Plaintiff LA Alliance for Human Rights, Defendant City of Los Angeles, and Intervenors ("the Parties") have met and conferred regarding the Order to Show Cause re: Contempt currently scheduled in this matter on Wednesday, November 19, 2025.

The Parties are hopeful that the presentation of evidence may be completed in one day.  However, the City does not believe that one day will be sufficient, and all the Parties acknowledge that it may require more than one day.

Intervenor CANGRESS has a trial on Thursday, November 20, 2025 in a writ proceeding in Los Angeles Superior Court (CANGRESS v. City of Los Angeles, LA Sup. Ct., Case No. 25STCP00261).   Lead counsel for Intervenors in this matter also represents CANGRESS in the writ proceeding.

The Parties have met and conferred regarding the potential scheduling conflict, assuming the OSC goes beyond the first day.  In the event the hearing is not completed on November 19, 2025, the Parties jointly request the Court reconvene the hearing on Friday, November 21, 2025 or thereafter, consistent with the Court's availability, to accommodate Intervenor's conflict on Thursday, November 20, 2025.

In the alternative, the Parties propose moving the hearing from Wednesday, November 19, 2025 to Friday, November 21, 2025 and if necessary, the hearing can continue without interruption on Monday, November 24, 2025.

The Parties also jointly request that no hearing days take place on Thursday, November 27 (Thanksgiving Day) or the following day.

Dated: November 18, 2025          Respectfully submitted,

*/s/ Shayla R. Myers*
LEGAL AID FOUNDATION OF LOS ANGELES
Shayla R. Myers
Isabelle M. Geczy

*Attorneys for Intervenors*

Dated: November 18, 2025          Respectfully submitted,

*/s/ Elizabeth A. Mitchell*

2

**JOINT SCHEDULING REQUEST**

UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer
Elizabeth A. Mitchell

*Attorneys for Plaintiffs*

Dated: November 18, 2025          Respectfully submitted,

*/s/ Theane Evangelis*
GIBSON, DUNN & CRUTCHER LLP
Theane Evangelis
Marcellus Mcrae
Kahn Scolnick
Bradley J. Hamburger

Hydee Feldstein Soto
Arlene N. Hoang
Jessica Mariani

*Attorneys for Defendant City of Los Angeles*

## **ATTESTATION**

All signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 18, 2025          Respectfully submitted,

*/s/ Shayla R. Myers*
LEGAL AID FOUNDATION OF LOS ANGELES
Shayla R. Myers

*Attorneys for Intervenors*

**JOINT SCHEDULING REQUEST**