## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## <u>CIVIL MINUTES – GENERAL</u>

Case No. <u>LA CV 20-02291-DOC(KESx)</u>                Date:  <u>November 19, 2025</u>

Title:     <u>LA Alliance for Human Rights, et al v. City of Los Angeles, et al.</u>

PRESENT:    <u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

<u>Karlen Dubon</u>                              <u>Court Smart</u>
Courtroom Deputy                          Court Reporter

<u>Attorneys Present for Plaintiff:</u>         <u>Attorneys Present for Defendant:</u>
Elizabeth Mitchell                        **City of Los Angeles:**
Matthew Umhofer                   Theane Evangelis,  Marcellus McRae,
Paul Webster                         Kahn Scolnick, Poonam Kumar
Intervenor: Shayla Myers                 **Los Angeles County :**
                                     Mira Hashmall, Lauren Brody

**PROCEEDINGS:  EVIDENTIARY HEARING FOR ORDER TO SHOW
CAUSE RE CONTEMPT CITY OF LOS ANGELES [1066]**
*(Held at Los Angeles First Street)*

Case called.  Also present is Special Master Michele Martinez.

The Court receives exhibits and hears witness testimony.

The Court orders the transcript of this hearing designated as the official court record and the transcript for the hearing November 19, 2025 be made available on the docket forthwith free of charge to all ordering parties.

The Court further orders the transcript be produced at Government expense, billed at the daily rate.

The transcript will also be available to download on the Court's Cases of Interest web page, located here: https://www.cacd.uscourts.gov/newsworthy/cases-of-interest.

The evidentiary hearing is continued to December 2, 2025 at 7:30 AM in Courtroom 1.

cc:  CourtRecording_CACD@cacd.uscourts.gov
Transcripts_CACD@cacd.uscourts.gov
Reporter_CACD@cacd.uscourts.gov                          4 : 46

                              Initials of Deputy Clerk:  kd