UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 270
Los Angeles, California 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
matthew@umklaw.com
elizabeth@umklaw.com

*Attorneys for Plaintiffs*

GIBSON, DUNN & CRUTCHER LLP
Theane Evangelis, SBN 243570
tevangelis@gibsondunn.com
Marcellus McRae, SBN 140308
mmcrae@gibsondunn.com
Kahn Scolnick, SBN 228686
kscolnick@gibsondunn.com
Bradley J. Hamburger, SBN 266916
bhamburger@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Hydee Feldstein Soto, SBN 106866
Arlene N. Hoang, SBN 193395
Jessica Mariani, SBN 280748
200 North Main Street,
City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213.978-7508
Facsimile: 213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant City of Los Angeles*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, *et al.*, <br><br><br> Defendants. | Case No. 2:20-CV-02291-DOC-KES <br><br> Assigned to Judge David O. Carter <br><br> **JOINT EXHIBIT LIST FOR NOVEMBER 19, 2025 HEARING** <br><br> Before:    Hon. David O. Carter <br> Courtroom: 8A |

Plaintiff LA Alliance for Human Rights and Defendants City of Los Angeles submit the following joint list of exhibits for potential use during the evidentiary hearing starting on November 19, 2025.  By including these documents on the list, neither party waives any objections as to admissibility or any other grounds, and both parties expressly reserve the right to object to the admissibility or use of any of these documents during the hearing.  The parties reserve the right to amend this list as necessary.

| Ex. No. | Date | Dkt. No. | Description |
|---|---|---|---|
| 1 | | 136 | Roadmap MOU Term Sheet |
| 2 | | 185-1 | City-County MOU Executed (Roadmap) |
| 3 | | 186-1 | Ex. A |
| 4 | | 204-1 | Ex. A |
| 5 | | 267-1 | Ex. A |
| 6 | | 342-1 | Ex. A |
| 7 | | 356-1 | Ex. A |
| 8 | | 383-1 | [Exhibit A] Def's Quarterly Status Report |
| 9 | | 414-1 | Exhibit A |
| 10 | | 460-1 | Exh. A |
| 11 | | 482-1 | Exh A to City of LA Quarterly |
| 12 | | 515-1 | Exh A - Homeless Roadmap Quarterly Rpt |
| 13 | | 523-1 | Exhibit A |
| 14 | | 538-1 | Ex. A |
| 15 | | 599-1 | Exhibit A QSR |
| 16 | | 651-1 | Exhibit A |
| 17 | | 661-1 | Exhibit A |
| 18 | | 729-1 | Exhibit A |
| 19 | | 756-1 | Exhibit A |
| 20 | | 796-1 | Exhibit A |
| 21 | | 857-1 | Exhibit A |
| 22 | | 891-1 | Exhibit A |
| 23 | | 905 | Indep. Assessment of City-Funded Homelessness Assistance Programs |
| 24 | 11/11/2022 | | Housing-Shelter Milestones |
| 25 | | 429-1 | Am. FE Stipulated Order re Dismissal |

1

*JOINT EXHIBIT LIST FOR NOVEMBER 19, 2025 HEARING*

| Ex. No. | Date | Dkt. No. | Description |
|---|---|---|---|
| 26 | | 516-1 | Ex. A - 2022-23 Q2 |
| 27 | | 539-1 | Ex. A - 2022-23 Q3 |
| 28 | | 598-1 | Ex. A - 2022-23 Q4 |
| 29 | | 652-1 | Exhibit A |
| 30 | | 660-1 | Ex. A - 2023-24 Q2 |
| 31 | | 728-1 | Ex. A - 2023-24 Q3 |
| 32 | | 757-1 | Exhibit A |
| 33 | | 797-1 | Exhibit A |
| 34 | | 858-1 | Exhibit A |
| 35 | | 892-1 | Exhibit A |
| 36 | | | Tracking Chart of City Settlement |
| 37 | | 863 | LA Alliance Motion for Order for City |
| 38 | | 863-1 | Mitchell Declaration |
| 39 | | 863-2 | Ex. A - Settlement Agreement |
| 40 | | 863-3 | Ex. B - Order Granting Settlement Agreement |
| 41 | | 863-4 | Ex. C |
| 42 | | 863-5 | Ex. D |
| 43 | | 863-6 | Ex. E |
| 44 | | 863-7 | Ex. F |
| 45 | | 863-8 | Ex. G |
| 46 | | 863-9 | Ex. H |
| 47 | | 863-10 | Ex. I |
| 48 | | 871 | Opp'n of City of LA re Mtn for Compliance |
| 49 | | 872 | Alliance Reply ISO Mot. for Order for Compliance |
| 50 | | 872-1 | Declaration of E. Mitchell |
| 51 | | 872-2 | Exhibit 1 - Email dated Jan. 15, 2025 |
| 52 | | 874 | Order re Pltf's Mtn. re Settlement Agreement |
| 53 | | 899 | Pltf's Response re Issues Raised by Court on March 27, 2025 |
| 54 | | 899-1 | Decl. of E. Mitchell ISO Pltf's Response |
| 55 | | 899-2 | Exhibit 1 |
| 56 | | 899-3 | Exhibit 2 |
| 57 | | 903 | Objections to Alliance Response re Issues Raised by Court |
| 58 | | 668-1 | Encampment Milestones_Reports |

2

*JOINT EXHIBIT LIST FOR NOVEMBER 19, 2025 HEARING*

| Ex. No. | Date | Dkt. No. | Description |
|---|---|---|---|
| 59 | | | Encampment Data Tracking Chart |
| 60 | | 757-2 | Exhibit B |
| 61 | | 797-2 | Exhibit B |
| 62 | | 858-2 | Exhibit B |
| 63 | | 892-2 | Exhibit B |
| 64 | | 668 | Plaintiff's Motion for Sanctions |
| 65 | | 668-1 | Mitchell Decl. Exs. A-J |
| 66 | | 669 | Opp to Motion for Order re Compliance and Sanctions |
| 67 | | 669-1 | Declaration |
| 68 | | 669-2 | Exhibit 1 |
| 69 | | 669-3 | Exhibit 2 |
| 70 | | 669-4 | Exhibit 3 |
| 71 | | 669-5 | Exhibit 4 |
| 72 | | 669-6 | Exhibit 5. |
| 73 | | 670 | Intervenor Opp re Mtn for Compliance Order and Sanctions |
| 74 | | 672 | Alliance Reply ISO Mot for Sanctions |
| 75 | | 672-1 | Mitchell Decl. Exs. K-O |
| 76 | | 767 | Motion for Order re Settlement Agreement Compliance |
| 77 | | 767-1 | Decl. of E. Mitchell ISO Mot. for SAC |
| 78 | | 767-2 | Ex. A - City of Los Angeles Milestone Goals |
| 79 | | 774 | City of LA Opp'n. to Pltf. Motion for Order for SAC |
| 80 | | 776 | Reply ISO Mot. for Order for Settlement Agreement Compliance |
| 81 | | 874 | Order re Pltf's Mtn. re Settlement Agreement Compliance |
| 82 | 3/23/2001 | | 2001-03-23 HUD Audit |
| 83 | 6/8/2007 | 882-1 | 2007-06-08 HUD Audit of LAHSA |
| 84 | 6/4/2018 | | 2018-06-04 LA County Auditor Follow-Up Review |
| 85 | 8/29/2019 | 882-2 | 2019-08-28 City Controller LAHSA Outreach Audit |
| 86 | 10/8/2021 | | 2019-10-08 LA City Controller Review of Prop HHH |
| 87 | 2/5/2021 | | 2021-02-05 County of Los Angeles Audit |
| 88 | 1/20/2022 | 882-4 | 2022-01-20 HUD Audit |

3

*JOINT EXHIBIT LIST FOR NOVEMBER 19, 2025 HEARING*

| Ex. No. | Date | Dkt. No. | Description |
|---|---|---|---|
| 89 | 12/5/2023 | | 2023-12-05 LA City Controller Homelessness Audit |
| 90 | 2/29/2024 | 674 | 2024-02-29 M. Martinez Independent Monitoring Report Year One |
| 91 | 11/19/2024 | 882-5 | 2024-11-19 County of Los Angeles LAHSA Audit |
| 92 | 12/10/2024 | 882-6 | 2024-12-10 LA City Controller Audit Pathways to Perm. Housing |
| 93 | | 904 | Special Master Independent Report (year two) |
| 94 | | | cd-1-pre-redistricting-hc2022-data-summary |
| 95 | | | cd-2-pre-redistricting-hc2022-data-summary |
| 96 | | | cd-3-pre-redistricting-hc2022-data-summary |
| 97 | | | cd-4-pre-redistricting-hc2022-data-summary |
| 98 | | | cd-5-pre-redistricting-hc2022-data-summary |
| 99 | | | cd-6-pre-redistricting-hc2022-data-summary |
| 100 | | | cd-7-pre-redistricting-hc2022-data-summary |
| 101 | | | cd-8-pre-redistricting-hc2022-data-summary |
| 102 | | | cd-9-pre-redistricting-hc2022-data-summary |
| 103 | | | cd-10-pre-redistricting-hc2022-data-summary |
| 104 | | | cd-11-pre-redistricting-hc2022-data-summary |
| 105 | | | cd-12-pre-redistricting-hc2022-data-summary |
| 106 | | | cd-13-pre-redistricting-hc2022-data-summary |
| 107 | | | cd-14-pre-redistricting-hc2022-data-summary |
| 108 | | | cd-15-pre-redistricting-hc2022-data-summary |
| 109 | | | PSH-Report-Redesign-Required-2025 |
| 113 | | 775 | City of LA Proposed Bed Plan |
| 114 | 11/9/2022 | 863-4 | LA Alliance Milestones Potential Project List |
| 125 | | | LA Alliance Property Sheet |
| 126 | | 942-1 | LA Alliance Open Beds Charts |
| 127 | 2/6/2025 | | 2025-02-06 PropHHHAOC |
| 128 | 1/19/2024 | | 2024-01-19 PropHHHCOC |
| 129 | 7/7/2023 | | Resolution |
| 139 | | | DignityMoves Testimony LA Allliance |
| 140 | | 373 | Joint Status Report re MOU |
| 141 | 5/15/2025 | | LAist Article, LA city officials told a court they were adding new beds for unhoused |
| 142 | 6/29/2016 | | Final Resolution re Prop HHH |

4

*JOINT EXHIBIT LIST FOR NOVEMBER 19, 2025 HEARING*

| Ex. No. | Date | Dkt. No. | Description |
|---|---|---|---|
| 143 | | | The-High-Cost-of-Homeless-Housing_Review-of-Prop-HHH_10.8.19 |
| 150 | 1/29/2025 | | HHC Meeting 45686 - Clip 1 |
| 151 | 1/29/2025 | | HHC Meeting 45686 - Clip 2 |
| 152 | 2/12/2025 | | HHC Meeting 45700 - Clip 1 |
| 153 | 2/12/2025 | | HHC Meeting 45700 - Clip 2 |
| 154 | 5/1/2025 | | Budget Hearing 2025-05-01 |
| 155 | 5/20/2025 | | City Council 5-20-2025 |
| 202 | 03/26/2025 | | City of Los Angeles, California, Single Audit Reports Fiscal Year Ended June 30, 2024 |
| 205 | 05/17/2024 | 743 | A&M Engagement Letter |
| 206 | 09/25/2024 | 779 | Defendant City of Los Angeles' Response to Orders and Amendment One to the Engagement Letter between Alvarez & Marsal Public Sector Services, LLC and the Court Dated May 17, 2024 [DKT. 743, 771, 778] |
| 207 | 11/02/2024 | 815 | Order Ordering the City of Los Angeles to Sign Amended Letter |
| 208 | 00/00/2024 | | Government Auditing Standards 2024 Revision |
| 209 | 03/06/2025 | 870 | Second Amended Draft of the Alvarez and Marsal (A&M) Assessment of Los Angeles City Homelessness Programs |
| 210 | 7/28/2022 | | Agreement for Special Master |
| 211 | 6/30/2024 | | Agreement Special Master |
| 212 | 4/7/2025 | | Invoice from Emerent P4 Advisors, LLC |
| 213 | 4/24/2020 | 79 | Order Appointing Special Master |
| 214 | 5/25/2025 | | Los Angeles Daily News Article, LA's new bureau to oversee homelessness spending: What's next |
| 215 | | | Bio of Diane Rafferty |
| 216 | 12/29/2023 | | Email between City of Los Angeles and LA Alliance re Revised Plans and Milestones |
| 217 | 2/28/2025 | | Email between City of Los Angeles and LA Alliance re Meet and Confer pursuant to section 8.2 |
| 218 | 3/25/2025 | | Email between City of Los Angeles and LA Alliance re Meet and Confer pursuant to section 8.2 |
| 219 | 8/3/2023 | | LAist Article |
| 220 | | | Michele Martinez Bio |

5

*JOINT EXHIBIT LIST FOR NOVEMBER 19, 2025 HEARING*

| Ex. No. | Date | Dkt. No. | Description |
|---|---|---|---|
| 306 | | 668 | Plaintiff's Motion for Sanctions |
| 307 | | 668-1 | Mitchell Decl. Exs. A-J |
| 308 | | 669 | Opp to Motion for Order re Compliance |
| 309 | | 669-1 | Declaration |
| 310 | | 669-2 | Exhibit 1 |
| 311 | | 669-3 | Exhibit 2 |
| 312 | | 669-4 | Exhibit 3 |
| 313 | | 669-5 | Exhibit 4 |
| 314 | | 669-6 | Exhibit 5 |
| 315 | | 670 | Intervenor Opp re Mtn for Compliance Order |
| 316 | | 672 | Alliance Reply ISO Mot for Sanctions |
| 317 | | 672-1 | Mitchell Decl. Exs. K-O |
| 318 | | 674 | M. Martinez Independent Monitoring Report Year One |
| 319 | | 678 | Stipulated Facts re RFQ Agreement |
| 320 | | 679 | 2024-03-07 Transcript Mot to Enforce SA |
| 321 | | 681 | 2024-03-07 Transcript |
| 322 | | 684 | 2024-03-24 Transcript Mot to Enforce Agmt Sanctions |
| 323 | | 692 | 2024-03-18 Transcript Mot to Enforce Agmt Sanctions |
| 324 | | 701 | 2024-03-22 Transcript Mot to Enforce Agmt Sanctions |
| 325 | | 706 | Surreply ISO Motion for Order re Compliance |
| 326 | | 713 | Joint Stip to Resolve Mot. |
| 327 | | 716 | 2024-04-04 Transcript |
| 328 | | 720 | 2025-04-05 Transcript Mot to Enforce Agmt Sanctions |
| 329 | | 722 | 2025-04-08 Transcript SC re County Compliance |
| 330 | | 724 | Civil Minutes re Status Conference |
| 331 | | 725 | 2024-04-11 Transcript MOU Between Parties |
| 332 | | 736 | 2024-05-02 Transcript |
| 333 | | 748 | 2024-06-06 Transcript |
| 334 | | 750 | 2024-06-06 Transcript SC re MOU |
| 335 | | 878 | 2025-03-27 Transcript Mot for Compliance |
| 336 | | 904 | Special Master Independent Report |

6

*JOINT EXHIBIT LIST FOR NOVEMBER 19, 2025 HEARING*

| Ex. No. | Date | Dkt. No. | Description |
|---|---|---|---|
| 337 | | 909 | 2025-05-15 Transcript Mot for Compliance |
| 338 | | 947 | Hearing Transcript Day 1 (2025-05-27) |
| 339 | | 949 | Hearing Transcript Day 2 (2025-05-28) |
| 340 | | 953 | Hearing Transcript Day 3 (2025-05-29) |
| 341 | | 955 | Hearing Transcript Day 4 (2025-05-30) |
| 342 | | 959 | Hearing Transcript Day 5 (2025-06-02) |
| 343 | | 969 | Hearing Transcript Day 6 (2025-06-03) |
| 344 | | 976 | Hearing Transcript Day 7 (2025-06-04) |
| 345 | | 1033 | Jt. Submission re Selection of Third-Party Monitor |
| 346 | | 1034 | Hr'g Tr. Sept. 16, 2025 |
| 347 | | 1036 | Minute Order re Monitor Selection |
| 348 | | 1039 | Order re Monitor Joint Status Report |
| 349 | | 1040 | City of LA Ntc. of Updated Bed Plan and Milestones |
| 350 | | 1040-1 | Exhibit A |
| 351 | | 1040-2 | Exhibit B |
| 352 | | 1040-3 | Exhibit C |
| 353 | | 1041 | JSR re CC Consideration of Proposed Third-Party |
| 354 | | 1042 | Special Master Statement |
| 355 | | 1046 | Alliance Ntc. of Obj's to City's Bed Plan Milestones and Deadlines |
| 356 | | 1048 | Minute Order Resolving Third-Party Monitor |
| 357 | | 1050 | Order Defining Special Master Duties |
| 358 | | 1052 | Order Approving City's Bed Plan and Milestones |
| 359 | | 1060 | Special Master Request |
| 360 | | 1061 | Minute Order |
| 361 | | 1063 | D. Garrie Monitor Status Report (refiled) |
| 362 | | 1063-1 | Exhibit 1 |
| 363 | | 1063-2 | Exhibit 2-4 |
| 364 | | 1063-3 | Exhibit 5-6 |
| 365 | | 1063-4 | Exhibit 7 |
| 366 | | 1064 | City of LA Response to Monitor Status Report |
| 367 | | 1065 | Special Master's Report |
| 368 | | 1066 | OSC in re Contempt City of LA |
| 369 | | 1068 | Protective Order re Confidential Data Prod. to Monitor |

7

*JOINT EXHIBIT LIST FOR NOVEMBER 19, 2025 HEARING*

| Ex. No. | Date | Dkt. No. | Description |
|---|---|---|---|
| 370 | | 1069 | City of LA Req. for Opportunity to Respond to OSC |
| 371 | | 1070 | Alliance Req. for Court Resolution of Dispute |
| 372 | | 1070-1 | Decl. of E. Mitchell ISO Alliance Req. |
| 373 | | 1070-2 | Exhibit A |
| 374 | | 1070-3 | Exhibit B |
| 375 | | 1070-4 | Exhibit C. |
| 376 | | 1070-5 | Exhibit D |
| 377 | | 1070-6 | Exhibit E |
| 378 | | 1070-7 | Exhibit F |
| 379 | | 1070-8 | Exhibit G |
| 380 | | 1070-9 | Exhibit H |
| 381 | | 1070-10 | Exhibit I |
| 382 | | 1070-11 | Exhibit J |
| 383 | | 1070-12 | Exhibit K |
| 384 | 8/7/2025 | | Meet & Confer Transcript |
| 385 | 8/22/2025 | | Meet & Confer Transcript |
| 386 | 10/30/2025 | | Meet & Confer Transcript |
| 387 | 9/26/2025 | | City Council Meeting Agenda |
| 388 | 9/30/2025 | | City Council Meeting Agenda Revised |
| 389 | 10/1/2025 | | City Council Meeting Agenda |
| 390 | 10/7/2025 | | City Council Meeting Agenda |
| 391 | 9/26/2025 | | City Council Meeting Agenda - Clip |
| 392 | 9/30/2025 | | City Council Meeting Agenda Revised - Clip |
| 393 | 10/1/2025 | | City Council Meeting Agenda - Clip |
| 394 | 10/7/2025 | | City Council Meeting Agenda - Clip |
| 395 | | 991 | Order Granting Motion for Settlement Comp. in Part |
| 396 | 6/30/2025 | | Email from J. Mariani re Follow-up / Request for Update on Safe Sleeping and Safe Parking Initiatives |
| 397 | 11/16/2025 | | Email from M. Martinez re Data Clarification Request- Q3 Special Master Report |
| 398 | 11/18/2025 | | Email from K. Scolnick re Data Clarification Request- Q3 Special Master Report |
| 399 | | 445 | Order Approving Stipulated Dismissal & Proposed Settlement |

*JOINT EXHIBIT LIST FOR NOVEMBER 19, 2025 HEARING*

| Ex. No. | Date | Dkt. No. | Description |
|---|---|---|---|
| 400 | | 1082 | LA Alliance Response to City Request for Clarification |
| 401 | | 1011-1 | Exhibit A to City Alliance Status Report |
| 402 | | 1051-1 | Exhibit A to City Alliance Status Report |
| 403 | | 1072-1 | Exhibit A to City Alliance Status Report |
| 404 | | 483 | City Status Report October 14, 2022 |
| 405 | | 1051-3 | Exhibit C to City Alliance Status Report |
| 406 | Various | | Emails re Scheduling Meeting re Section 7.1 |
| 407 | 11/19/2025 | 1090 | Hearing Transcript (Day 1) |
| 501 | 11/6/2025 | | Letter from Gibson, Dunn & Crutcher LLP to Special Master Michele Martinez |
| 502 | 11/11/2025 | 1072-1 | Ex. A - Quarterly Status Report Supplement |
| 503 | 10/15/2025 | 1051-1 | Ex. A - Quarterly Status Report |
| 504 | 10/18/2025 | | Email from D. Garrie to M. Szabo |
| 505 | 10/27/2025 | | Email from K. Scolnick to D. Garrie |
| 506 | 11/3/2025 | | Email from K. Scolnick to S. Morgan |
| 507 | 11/10/2025 | | Email from S. Morgan to K. Scolnick |
| 508 | 10/31/2025 | | Email from K. Scolnick to M. Sonya |
| 509 | 11/10/2025 | | Email from D. Garrie to K. Scolnick |
| 510 | 11/14/2025 | | Email from A. Bennett to K. Scolnick |
| 511 | 10/18/2025 | | Email from D. Garrie to M. Szabo |
| 512 | 10/21/2025 | | Email from S. Morgan to M. Szabo |
| 513 | 10/21/2025 | | Email from D. Garrie to K. Scolnick |
| 514 | 10/27/2025 | | Email from K. Scolnick to D. Garrie |
| 515 | 10/31/2025 | | Email from K. Scolnick to M. Sonya |
| 516 | 10/31/2025 | | Email from K. Scolnick to S. Morgan |
| 517 | 10/31/2025 | | Email from K. Scolnick to D. Garrie |
| 518 | 11/3/2025 | | Email from K. Scolnick to S. Morgan |
| 519 | 11/3/2025 | | Email from K. Scolnick to S. Morgan |
| 520 | 11/4/2025 | | Email from K. Scolnick to D. Garrie |
| 521 | 11/4/2025 | | Email from K. Scolnick to S. Morgan |
| 522 | 11/5/2025 | | Email from S. Morgan to K. Scolnick |
| 523 | 11/6/2025 | | Email from K. Scolnick to M. Sonya |
| 524 | 11/7/2025 | | Email from S. Morgan to City of LA and LAHSA |
| 525 | 11/10/2025 | | Email from S. Morgan to K. Scolnick |

9

*JOINT EXHIBIT LIST FOR NOVEMBER 19, 2025 HEARING*

| Ex. No. | Date | Dkt. No. | Description |
|---|---|---|---|
| 526 | 11/10/2025 | | Email from K. Scolnick to S. Morgan |
| 527 | 11/10/2025 | | Email from D. Garrie to K. Scolnick |
| 528 | 11/11/2025 | | Email from D. Garrie to K. Scolnick |
| 529 | 11/14/2025 | 1083 | Ninth Circuit Stay Order |
| 530 | 11/14/2025 | | Email from S. Morgan to L. Brody |
| 531 | 11/14/2025 | | Email from A. Bennett to K. Scolnick |
| 532 | 11/14/2025 | | Email from D. Garrie to K. Scolnick |
| 533 | 11/14/2025 | | Email from D. Garrie to G. O'Neill |
| 534 | 11/14/2025 | | Email from K. Scolnick to D. Garrie |
| 535 | 11/14/2025 | | Email from K. Scolnick to D. Garrie |
| 536 | 6/24/2025 | 991 | Hon. Carter's Order re Plaintiff's Motion for Settlement Compliance |
| 537 | 2/28/2021 | 899-3 | Joint Exercise of Powers Agreement between City of LA and LA County |
| 538 | 2/29/2024 | 674-1 | Exhibit to Special Master Monitoring Report |
| 539 | 11/12/2025 | | Email from S. Morgan to K. Scolnick and M. Szabo |
| 540 | 4/20/2023 | | Judge rejects LA County's settlement proposal in homelessness lawsuit, CBS News Los Angeles |
| 541 | 4/21/2022 | | Benjamin Oreskes & Doug Smith, L.A. says it can't take care of its sickest and most vulnerable. The county isn't buying it, LA Times |
| 542 | 11/14/2025 | 1079 | Order regarding Contempt Hearing |
| 543 | 11/21/2023 | | Email from M. Falcone to E. Henry |
| 544 | 11/17/2025 | | Email from M. Martinez to E. Mitchell |
| 545 | 11/18/2025 | | Email from K. Scolnick to M. Martinez |
| 546 | 11/16/2025 | | Memorandum to Counsel for City of Los Angeles |

Dated: November 22, 2025

Respectfully submitted,

*/s/ Elizabeth A. Mitchell*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer
Elizabeth A. Mitchell

*Attorneys for Plaintiffs*

*JOINT EXHIBIT LIST FOR NOVEMBER 19, 2025 HEARING*

Dated: November 22, 2025

Respectfully submitted,

*/s/ Theane Evangelis*

GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
mmcrae@gibsondunn.com
KAHN SCOLNICK, SBN 228686
kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
bhamburger@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant City of Los Angeles*

HYDEE FELDSTEIN SOTO, SBN 106866
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213.978-7508
Facsimile: 213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant City of Los Angeles*

11

*JOINT EXHIBIT LIST FOR NOVEMBER 19, 2025 HEARING*

## **ATTESTATION**

All signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 22, 2025                    Respectfully submitted,

                                            */s/ Elizabeth A. Mitchell*
                                            UMHOFER, MITCHELL & KING, LLP
                                            Matthew Donald Umhofer
                                            Elizabeth A. Mitchell

                                            *Attorneys for Plaintiffs*

*JOINT EXHIBIT LIST FOR NOVEMBER 19, 2025 HEARING*