**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES – GENERAL</u>**

Case No. 2:20-cv-02291-DOC-KES                    Date:  November 28, 2025

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

PRESENT:

<u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

| Karlen Dubon | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|:---:|:---:|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER SETTING FUTURE HEARING DATES FOR OSC IN RE CONTEMPT**

On November 19, 2025 the Court held the first evidentiary hearing with respect to the order to show cause regarding potential contempt by the City of Los Angeles (Dkt. 1092). The Court now confirms previously set dates and sets future evidentiary hearing dates.

The next evidentiary hearing shall take place <u>on Tuesday, December 2, 2025 at 7:30 a.m. in Courtroom 1 in the United States Courthouse in Los Angeles.</u> Following this hearing, the Court shall hold the next evidentiary hearing <u>on Thursday, December 4, 2025 at 7:30 a.m. in Courtroom 5A in the United States Courthouse in Los Angeles.</u> As the Parties requested the Court has confirmed the availability of Monitor Daniel Garrie[1] for Monday, December 15, 2025. On this date the Court will hear testimony from Monitor Daniel Garrie and Special Master Michele Martinez. As a courtesy to counsel, the

---

[1] Monitor Daniel Garrie's appointment is currently stayed by the Ninth Circuit, but the Court refers to him by this title for convenience and ease of reference.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date: November 28, 2025

Page 2

hearing will start <u>at 9:00 a.m. in the United States Courthouse in Los Angeles because of the Court's Monday calendar.</u>[2]

     The Court will set any future dates as needed by the Court or requested by the Parties. Such dates will depend on witness availability with consultation of the Parties. All witnesses are subject to recall.

     The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                   Initials of Deputy Clerk:
                                                                      kdu
CIVIL-GEN

---

[2] The courtroom for the Monday, December 15, 2025 hearing has not been determined yet and will be announced at a later date.