GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978-7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., | CASE NO. 2:20-cv-02291 DOC (KES) |
| Plaintiffs, | Honorable David O. Carter, United States District Judge |
| v. | **RESPONSE TO THE ALLIANCE'S REQUEST FOR JUDICIAL NOTICE** |
| CITY OF LOS ANGELES, a Municipal entity, et al., | |
| Defendant. | Action Filed:     March 10, 2020 |

Gibson, Dunn & Crutcher LLP

The Alliance has asked this Court to take judicial notice of a long list of documents filed in federal courts as well as records from government agencies. Dkt. 1087. As with the Alliance's request for judicial notice earlier this year, Dkt. 961, the City agrees that the *existence* of documents filed in federal district courts and records from government agencies are generally subject to judicial notice under Federal Rule of Evidence 201. But to the extent the Alliance asks the Court to take judicial notice of these documents for the *truth* of the matters they assert and in order to resolve disputed issues of fact, the City objects.

The Court may take judicial notice of facts "not subject to reasonable dispute," Fed. R. Evid. 201(b), and no one could reasonably dispute that the documents in the Alliance's request exist. But the Court may take judicial notice only of the fact that these documents were filed in court or are available from the City and other public agencies. For example, in *Lee v. City of Los Angeles*, 250 F.3d 668, 689–90 (9th Cir. 2001), the district court took judicial notice of a publicly filed document and a hearing transcript. The Ninth Circuit explained that it was proper to "take judicial notice of the *fact* of the" hearing and document. *Id.* But the district court erred by taking judicial notice of "*disputed* facts stated in public records." *Id.* at 690; *see also Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018) ("Just because the document itself is susceptible to judicial notice does not mean that every assertion of fact within that document is judicially noticeable for its truth.").

Here, the City may dispute much of which is said in the documents that the Alliance claims are subject to judicial notice. Given that reality, the Court may properly take judicial notice of the fact that the assessment and other documents exist and were filed in these proceedings, but the Court may not rely on judicial notice to conclude that anything said in those documents is true.

1
RESPONSE TO THE ALLIANCE'S REQUEST FOR JUDICIAL NOTICE
2:20-cv-02291 DOC (KES)

DATED: December 1, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Theane Evangelis
Theane Evangelis

GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS McRAE, SBN 140308
  mmcrae@gibsondunn.com
KAHN SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
  pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978-7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

Gibson, Dunn &
Crutcher LLP

2
RESPONSE TO THE ALLIANCE'S REQUEST FOR JUDICIAL NOTICE