# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## OFFICE OF THE CLERK
## 255 EAST TEMPLE STREET, ROOM 180
## LOS ANGELES, CALIFORNIA 90012

———

## OFFICIAL BUSINESS

quadient

FIRST-CLASS MAIL
IMI
$001.90
09/30/2025 ZIP 90012
043M31268156

US POSTAGE





NIXIE        910    5E    18CU        7210/16/25

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
RETURN TO SENDER

BC: 90012333299        Z347N289141-00122

RECEIVED
CLERK, U.S. DISTRICT COURT

OCT 2 0 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

2:20-cv-2291-DOC



FILED
CLERK, U.S. DISTRICT COURT

OCT 2 0 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Case: 2:20cv2291  Doc: 1038

William R Wise                                    Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

Message-Id:<41029584@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Text Only Bounced Notice of Electronic Filing E-mail Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 9/30/2025 at 10:39 AM PDT and filed on 9/30/2025

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

| | |
|---|---|
| **Document Number:** | 1038(No document attached) |

**Docket Text:**
**Notice of Electronic Filing re Reply (Motion related)[1037] e-mailed to srotstan@sacfirm.com bounced due to 5.1.0 - Unknown address error. The primary e-mail address associated with the attorney record has been deleted. Pursuant to Local Rules it is the attorneys obligation to maintain all personal contact information including e-mail address in the CM/ECF system. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (rolm) TEXT ONLY ENTRY**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**
Ana Wai-Kwan Lai     alai@counsel.lacounty.gov
Angelique Kaounis     akaounis@gibsondunn.com, PACER-CA@gibsondunn.com
Arlene Nancy Hoang     arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org
Bradley Joseph Hamburger     bhamburger@gibsondunn.com, PACER-CA@gibsondunn.com
Brandon D Young     bdyoung@manatt.com, lgarcete@manatt.com
Brooke Alyson Weitzman     bweitzman@eldrcenter.org, lthely@eldrcenter.org, pamador-lopez@eldrcenter.org
Byron J McLain     bmclain@foley.com, byron-mclain-5906@ecf.pacerpro.com
Carol A. Sobel     carolsobellaw@gmail.com, carolsobel@aol.com
Catherine Elizabeth Sweetser     csweetser@sshhzlaw.com, cgallegos@sshhzlaw.com
Christian M. Contreras     4063787420@filings.docketbird.com, ac@Contreras-Law.com, al@Contreras-Law.com, cc@contreras-law.com, cm@Contreras-Law.com, kt@Contreras-Law.com, lawclerk@Contreras-Law.com, ma@Contreras-Law.com, mg@Contreras-Law.com,