**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

### CIVIL MINUTES – GENERAL

Case No: <u>LA CV 20-02291-DOC(KESx)</u>                    Date: <u>December 2, 2025</u>

Case Title: <u>LA Alliance for Human Rights, et al v. City of Los Angeles, et al.</u>

PRESENT:    <u>THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE</u>

|  |  |
|---|---|
| Karlen Dubon | Court Smart |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Elizabeth Mitchell | **City of Los Angeles:** |
| Matthew Umhofer | Marcellus McRae, |
| Paul Webster | Kahn Scolnick, Poonam Kumar |
| **Intervenor:** Shayla Myers | **Los Angeles County :** |
|  | Lauren Brody |

PROCEEDINGS:        **EVIDENTIARY HEARING FOR ORDER TO SHOW CAUSE RE CONTEMPT CITY OF LOS ANGELES [1066]** *(Held at Los Angeles First Street)*

Also present, Special Master Michele Martinez.

The Court hears witness testimony.

The Court orders the transcript for these proceedings be produced forthwith at the Government's expense, billed at the daily rate. The Court orders the transcript be made available on the public docket immediately.

The transcript will also be available to download on the Court's Cases of Interest webpage, located here: https://www.cacd.uscourts.gov/newsworthy/cases-of-interest.

The evidentiary hearing is continued to December 4, 2025 at 8:30 AM in Courtroom 5A.

|  |  |  |
|---|---|---|
|  | 4    :    31 |  |

**cc:**    CourtRecording_CACD@cacd.uscourts.gov                Initials of Deputy Clerk: kdu
Transcripts_CACD@cacd.uscourts.gov
Reporter_CACD@cacd.uscourts.gov