

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012
—
OFFICIAL BUSINESS

quadient
FIRST-CLASS MAIL
IMI
$001.90 g
10/20/2025 ZIP 90012
043M3

NIXIE   910   7E   18CU   7210/31/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299   2347N304161-01581

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV – 4 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

2:20-CV-2291-DOC

FILED
CLERK, U.S. DISTRICT COURT
NOV – 4 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Case: 2:20cv2291  Doc: 1052

William R Wise                                                    Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

Manuel A. Abascal (manny.abascal@lw.com, manuel-abascal-7112@ecf.pacerpro.com), Paul L Hoffman (hoffpaul@aol.com, jwashington@sshhzlaw.com, sshhwilliam@gmail.com), Matthew Donald Umhofer (calendaring@umklaw.com, jon@umklaw.com, matthew@umklaw.com), Stephen Yagman (admin@yagmanlaw.net, filing@yagmanlaw.net), James N. Rotstein (jrotstein@gibsondunn.com, pacer-ca@gibsondunn.com), Shayla Renee Myers (bschultz@lafla.org, lbautista@lafla.org, lschmidt@lafla.org, smyers@lafla.org), Michele Martinez (michele@michelecmartinez.com), Judge David O. Carter (crd_carter@cacd.uscourts.gov), Magistrate Judge Karen E. Scott (crd_scott@cacd.uscourts.gov, karen_scott@cacd.uscourts.gov)
--Non Case Participants: Marianne Van Riper (simon.perng@coco.ocgov.com), Kenneth Stahl (beverly.dozier-jones@msrlegal.com, jane.martin@msrlegal.com, karen.irias@msrlegal.com), Laura D Knapp (laura.knapp@coco.ocgov.com, marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com), Samuel A. Josephs (sjosephs@spertuslaw.com), Christopher Thomas Casamassima (chris.casamassima@wilmerhale.com), Kiva Grace Schrager (kschrager@millerbarondess.com), Kent K Qian (kqian@oaklandcityattorney.org)
--No Notice Sent:
Message-Id:<41160889@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 10/17/2025 at 2:59 PM PDT and filed on 10/17/2025

**Case Name:**      LA Alliance for Human Rights et al v. City of Los Angeles et al

**Case Number:**    2:20-cv-02291-DOC-KES

**Filer:**

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:**    1052

**Docket Text:**
**MINUTE ORDER IN CHAMBERS by Judge David O. Carter: ORDER APPROVING CITY'S BED PLAN AND MILESTONES [1040]. SEE DOCUMENT FOR FURTHER INFORMATION. (twdb)**