UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 270
Los Angeles, California 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
matthew@umklaw.com
elizabeth@umklaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>            Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**PLAINTIFF'S STATUS REPORT**<br><br>Before:  Hon. David O. Carter<br>Courtroom: 10A |

Pursuant to the Court and the parties' discussion at the hearing on December 4, 2025, Plaintiff's understanding regarding the order for witnesses for the remaining days of the hearing will be as follows:

Monday, December 15:

- Diane Rafferty
- Paul Webster

Thursday, December 18 (contingent on court confirmation re location and timing):

- Matthew Szabo

Date and time to be set by the court:

- Daniel Garrie
- Michele Martinez

Dated: December 14, 2025                    Respectfully submitted,

*/s/ Elizabeth A. Mitchell*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer
Elizabeth A. Mitchell

*Attorneys for Plaintiffs*

---

1

*PLAINTIFF'S STATUS REPORT*