**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

———

**OFFICIAL BUSINESS**

Case: 2:20cv2291   Doc: 1061

William R Wise                                          Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

FILED
CLERK, U.S. DISTRICT COURT

NOV 21 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT

NOV 21 2025

CENTRAL DISTRICT OF CALIFORNIA
BY

2:20-CV-2291-DOC

Return to
Sender

NIXIE   910  5E 18CU   7211/19/25

RETURN TO SENDER
NO SUCH NUMBER

quadient
FIRST-CLASS MAIL
IMI
$001.90
11/04/2025 ZIP 90012
043M3

POSTAGE

Case: 2:20cv2291  Doc: 1061

William R Wise                                  Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

Case 2:20-cv-02291-DOC-KES   Document 1113   Filed 11/21/25   Page 2 of 4   Page ID #:31963

(kscolnick@gibsondunn.com, pacer-ca@gibsondunn.com), Carol A. Sobel (carolsobel@aol.com, carolsobellaw@gmail.com), Catherine Elizabeth Sweetser (cgallegos@sshhzlaw.com, csweetser@sshhzlaw.com), Jason H. Tokoro (aalamango@millerbarondess.com, briding@millerbarondess.com, jtokoro@millerbarondess.com), Matthew Donald Umhofer (calendaring@umklaw.com, jon@umklaw.com, matthew@umklaw.com), Brooke Alyson Weitzman (bweitzman@eldrcenter.org, lthely@eldrcenter.org, pamador-lopez@eldrcenter.org), Stephen Yagman (admin@yagmanlaw.net, filing@yagmanlaw.net), Brandon D Young (bdyoung@manatt.com, lgarcete@manatt.com), Daniel B. Garrie (daniel@lawandforensics.com), Michele Martinez (michele@michelecmartinez.com), Judge David O. Carter (crd_carter@cacd.uscourts.gov), Magistrate Judge Karen E. Scott (crd_scott@cacd.uscourts.gov, karen_scott@cacd.uscourts.gov)
--Non Case Participants: Christopher Thomas Casamassima (chris.casamassima@wilmerhale.com), Samuel A. Josephs (sjosephs@spertuslaw.com), Laura D Knapp (laura.knapp@coco.ocgov.com, marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com), Kent K Qian (kqian@oaklandcityattorney.org), Kiva Grace Schrager (kschrager@millerbarondess.com), Kenneth Stahl (beverly.dozier-jones@msrlegal.com, jane.martin@msrlegal.com, karen.irias@msrlegal.com), Marianne Van Riper (simon.perng@coco.ocgov.com)
--No Notice Sent:
Message-Id:<41270132@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 11/3/2025 at 2:40 PM PST and filed on 11/3/2025

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

| | |
|---|---|
| **Document Number:** | 1061 |

**Docket Text:**
**MINUTE ORDER IN CHAMBERS by Judge David O. Carter: ORDER SETTING HEARING ON NOVEMBER 12, 2025 ON OCTOBER QUARTERLY REPORT, ATTORNEYS' FEES, AND MOTION TO STAY [1054], [1022]. Accordingly, the Court sets a hearing on November**

12, 2025, at 9 a.m. at the First Street Courthouse in Los Angeles. ( Motion set for hearing on 11/12/2025 at 09:00 AM before Judge David O. Carter.)SEE DOCUMENT FOR FURTHER INFORMATION. (twdb)

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**

Nadia Ann Sarkis    docket@millerbarondess.com, dgreen@millerbarondess.com, nsarkis@millerbarondess.com

Jessica Mariani    jessica.mariani@lacity.org, ava.smith@lacity.org

Jason H. Tokoro    aalamango@millerbarondess.com, jtokoro@millerbarondess.com, briding@millerbarondess.com

Joseph Reichmann    filing@yagmanlaw.net, admin@yagmanlaw.net

Catherine Elizabeth Sweetser    csweetser@sshhzlaw.com, cgallegos@sshhzlaw.com

Lauren Marie Brody    docket@millerbarondess.com, bbinns@millerbarondess.com, lbrody@millerbarondess.com

Daniel Rolf Adler    dadler@gibsondunn.com

Theano Evangelis Kapur    , tevangelis@gibsondunn.com, pacer-ca@gibsondunn.com

Manuel A. Abascal    manuel-abascal-7112@ecf.pacerpro.com, manny.abascal@lw.com

Jeffrey Lewis    jeff@jefflewislaw.com, kyla@jefflewislaw.com, jason@jefflewislaw.com

Daniel B. Garrie    daniel@lawandforensics.com

Stephen Yagman    filing@yagmanlaw.net

Marcellus A McRae    mmcrae@gibsondunn.com

Bradley Joseph Hamburger    pacer-ca@gibsondunn.com, bhamburger@gibsondunn.com

Jonathan Michael Eisenberg    conrad.sison@ahf.org, jonathan.eisenberg@ahf.org

Ana Wai-Kwan Lai    alai@counsel.lacounty.gov

Byron J McLain    byron-mclain-5906@ecf.pacerpro.com, bmclain@foley.com

Scott D Marcus    guadalupe.lopez@lacity.org, irene.m.perez@lacity.org, scott.marcus@lacity.org

Weston C Rowland    rowlandweston@gmail.com, rowland.weston@gmail.com

Mark S Ravis    mravis99@gmail.com

Arlene Nancy Hoang    arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org

Matthew Donald Umhofer    calendaring@umklaw.com, matthew@umklaw.com, jon@umklaw.com

Carol A. Sobel    carolsobel@aol.com, carolsobellaw@gmail.com

Jennifer Mira Hashmall    aransom@millerbarondess.com, mhashmall@millerbarondess.com, docket@millerbarondess.com, eruth@millerbarondess.com

Angelique Kaounis    akaounis@gibsondunn.com, pacer-ca@gibsondunn.com

Diane H Bang    dbang@umklaw.com, calendaring@umklaw.com

Patrick James Fuster    pfuster@gibsondunn.com

Louis R. Miller    docket@millerbarondess.com, oashcroft@millerbarondess.com, smiller@millerbarondess.com

Isabelle Maxine Geczy    lschmidt@lafla.org, igeczy@lafla.org

Timothy Daniel Biche    tbiche@gibsondunn.com, pacer-ca@gibsondunn.com

Michele Martinez    michele@michelecmartinez.com

Brooke Alyson Weitzman    lthely@eldrcenter.org, pamador-lopez@eldrcenter.org, bweitzman@eldrcenter.org

James N. Rotstein    jrotstein@gibsondunn.com, pacer-ca@gibsondunn.com

Christian M. Contreras    cm@contreras-law.com, cc@contreras-law.com, lawclerk@contreras-law.com, paralegal@contreras-law.com, mg@contreras-law.com, pr@contreras-law.com, ma@contreras-law.com, al@contreras-law.com, 4063787420@filings.docketbird.com, kt@contreras-law.com, ac@contreras-law.com

Brandon D Young    lgarcete@manatt.com, bdyoung@manatt.com

Ryan Salsig    ryan.salsig@lacity.org, justin.grams@lacity.org, irene.m.perez@lacity.org, evelyn.rodriguez@lacity.org