**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

quadient

FIRST-CLASS MAIL
IMI
$003.84 ⁰
11/17/2025 ZIP 90012
043M31258158

US POSTAGE

NIXIE    910    7E 18CU    7211/22/25

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 9E0123333299    2347N326162-002238

FILED
CLERK, U.S. DISTRICT COURT

**NOV 2 4 2025**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED DEC 2 0 ENT'D

CV RTS

2:20 - CV-2291 - DOC



RECEIVED
CLERK, U.S. DISTRICT COURT

**NOV 2 4 2025**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

EP

Case: 2:20cv2291  Doc: 1079

William R Wise                                         Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

Case 2:20-cv-02291-DOC-KES    Document 1114    Filed 11/24/25    Page 2 of 3   Page ID
#:31967

rowlandweston@gmail.com), Ryan Salsig (evelyn.rodriguez@lacity.org, irene.m.perez@lacity.org, justin.grams@lacity.org, ryan.salsig@lacity.org), Nadia Ann Sarkis (dgreen@millerbarondess.com, docket@millerbarondess.com, nsarkis@millerbarondess.com), Kahn A Scolnick (kahn-a-scolnick-7581@ecf.pacerpro.com, kscolnick@gibsondunn.com, pacer-ca@gibsondunn.com), Carol A. Sobel (carolsobel@aol.com, carolsobellaw@gmail.com), Catherine Elizabeth Sweetser (cgallegos@sshhzlaw.com, csweetser@sshhzlaw.com), Jason H. Tokoro (aalamango@millerbarondess.com, briding@millerbarondess.com, jtokoro@millerbarondess.com), Matthew Donald Umhofer (calendaring@umklaw.com, jon@umklaw.com, matthew@umklaw.com), Brooke Alyson Weitzman (bweitzman@eldrcenter.org, lthely@eldrcenter.org, pamador-lopez@eldrcenter.org), Stephen Yagman (admin@yagmanlaw.net, filing@yagmanlaw.net), Brandon D Young (bdyoung@manatt.com, lgarcete@manatt.com), Daniel B. Garrie (daniel@lawandforensics.com), Michele Martinez (michele@michelecmartinez.com), Judge David O. Carter (crd_carter@cacd.uscourts.gov), Magistrate Judge Karen E. Scott (crd_scott@cacd.uscourts.gov, karen_scott@cacd.uscourts.gov)
--Non Case Participants: Christopher Thomas Casamassima (chris.casamassima@wilmerhale.com), Samuel A. Josephs (sjosephs@spertuslaw.com), Laura D Knapp (laura.knapp@coco.ocgov.com, marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com), Kent K Qian (kqian@oaklandcityattorney.org), Kiva Grace Schrager (kschrager@millerbarondess.com), Kenneth Stahl (beverly.dozier-jones@msrlegal.com, jane.martin@msrlegal.com, karen.irias@msrlegal.com), Marianne Van Riper (simon.perng@coco.ocgov.com)
--No Notice Sent:
Message-Id:<41349396@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Order on Motion for Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 11/14/2025 at 2:13 PM PST and filed on 11/14/2025

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:** 1079