**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

2:20-CV-2291-DOC

RTS

FILED
CLERK, U.S. DISTRICT COURT

NOV 18 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

CLERK, U.S. DISTRICT COURT

NOV 18 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

NIXIE        910    7E    18CU        7211/16/25

NOT DELIVERABLE AS ADDRESSED
RETURN TO SENDER
UNABLE TO FORWARD

BC: 90012333299    2347N320165-00359

$003.28
FIRST-CLASS
quadient

Case: 2:20cv2291  Doc: 1066

William R Wise                                    Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

Arlene Nancy Hoang (arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org), Carol A. Sobel (carolsobel@aol.com, carolsobellaw@gmail.com), Catherine Elizabeth Sweetser (cgallegos@sshhzlaw.com, csweetser@sshhzlaw.com), Jason H. Tokoro (aalamango@millerbarondess.com, briding@millerbarondess.com, jtokoro@millerbarondess.com), Manuel A. Abascal (manny.abascal@lw.com, manuel-abascal-7112@ecf.pacerpro.com), Paul L Hoffman (hoffpaul@aol.com, jwashington@sshhzlaw.com, sshhwilliam@gmail.com), Matthew Donald Umhofer (calendaring@umklaw.com, jon@umklaw.com, matthew@umklaw.com), Stephen Yagman (admin@yagmanlaw.net, filing@yagmanlaw.net), James N. Rotstein (jrotstein@gibsondunn.com, pacer-ca@gibsondunn.com), Shayla Renee Myers (bschultz@lafla.org, lbautista@lafla.org, lschmidt@lafla.org, smyers@lafla.org), Daniel B. Garrie (daniel@lawandforensics.com), Michele Martinez (michele@michelecmartinez.com), Judge David O. Carter (crd_carter@cacd.uscourts.gov), Magistrate Judge Karen E. Scott (crd_scott@cacd.uscourts.gov, karen_scott@cacd.uscourts.gov)
--Non Case Participants: Marianne Van Riper (simon.perng@coco.ocgov.com), Kenneth Stahl (beverly.dozier-jones@msrlegal.com, jane.martin@msrlegal.com, karen.irias@msrlegal.com), Laura D Knapp (laura.knapp@coco.ocgov.com, marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com), Samuel A. Josephs (sjosephs@spertuslaw.com), Christopher Thomas Casamassima (chris.casamassima@wilmerhale.com), Kiva Grace Schrager (kschrager@millerbarondess.com), Kent K Qian (kqian@oaklandcityattorney.org)
--No Notice Sent:
Message-Id:<41310035@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 11/7/2025 at 4:00 PM PST and filed on 11/7/2025

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:** 1066