**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date:  December 19, 2025

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

PRESENT:        THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER SETTING MANDATORY MEDIATION SESSION BEFORE THE HONORABLE ANDRÉ BIROTTE JR.**

As the Parties and the Court agreed at the December 18, 2025 evidentiary hearing on the OSC in re Contempt – City of Los Angeles (Dkt. 1066), Judge André Birotte Jr. will conduct a mediation session in Courtroom 7B in the United States Courthouse in Los Angeles. This mediation session will take place on Monday, December 22, 2025 at 9:00 a.m. The City's principals—Mayor Karen Bass and Council President Marqueece Harris-Dawson—are **ORDERED** to be available for this mediation session, given representations by the City that they could be available on December 22, 2025.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu