GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
POONAM G. KUMAR, SBN 270802
  pkumar@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
  pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978.7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., | CASE NO. 2:20-cv-02291 DOC (KES) |
| Plaintiffs, | Honorable David O. Carter, United States District Judge |
| v. | **DEFENDANT CITY OF LOS ANGELES'S NOTICE OF MOTION AND MOTION FOR ORDER RE COMPLIANCE WITH SECTION 8.2 OF SETTLEMENT AGREEMENT** |
| CITY OF LOS ANGELES, a Municipal entity, et al., | |
| Defendant. | Date:        February 9, 2026<br>Time:        8:30 am<br>Location: Courtroom 10B |
| | Action Filed:     March 10, 2020 |

DEFENDANT CITY OF LOS ANGELES'S NOTICE OF MOTION AND MOTION FOR ORDER RE COMPLIANCE WITH SECTION 8.2 OF SETTLEMENT AGREEMENT

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on February 9, 2026 at 8:30 am, Defendant City of Los Angeles will and hereby does move the Court for an order amending the parties' Settlement Agreement. Under the Settlement Agreement, Defendant City of Los Angeles agreed to certain obligations, including creating shelter and housing solutions and engaging, cleaning, and reducing encampments. But under Section 8.2 of the Agreement, Plaintiff LA Alliance agreed that the City's obligations under Sections 3, 4, and 5 of the Agreement would be "pause[d]" and to "meet and confer on any necessary and appropriate amendments to those obligations" if certain events occurred, including "fires," "large scale civil disturbances," or the City's declaration of a "fiscal emergency." Dkt. 429-1 § 8.2.

Three events triggering Section 8.2 have occurred this year. But while the Alliance has discussed these events with the City, it has refused to meet and confer in good faith regarding any amendment to the City's obligations and has refused to agree to any material amendment to the City's obligations. Given the Alliance's failure to engage in a good faith meet and confer, the City seeks an order specifying that: (1) all 6,129 encampment reductions the City reported through March 31, 2025, count toward the reduction obligation under the agreement, notwithstanding the Court's new interpretation of that obligation in its June 2025 order, and (2) the City will satisfy its reduction obligation by completing 400 additional reductions in keeping with the Court's interpretation by the June 2026 deadline. The Court is authorized to issue such an order under Section 24 of the Settlement Agreement to resolve disputes arising under the Agreement.

This motion is based upon this notice; the accompanying memorandum of points and authorities; the declaration of Kahn A. Scolnick, including the attached exhibits regarding the January 2025 wildfires, June 2025 civil unrest, and July 2025 declaration of fiscal emergency, email correspondence between Counsel for the City and Counsel

Gibson, Dunn &
Crutcher LLP

1

DEFENDANT CITY OF LOS ANGELES'S NOTICE OF MOTION AND MOTION FOR
ORDER RE COMPLIANCE WITH SECTION 8.2 OF SETTLEMENT AGREEMENT

for the Alliance, and certified transcripts of meet and confer discussions between Counsel for the City and Counsel for the Alliance; and other such evidence as may be presented to the Court at any hearing on this motion.

DATED: December 19, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Theane Evangelis*
       Theane Evangelis

GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
   tevangelis@gibsondunn.com
MARCELLUS McRAE, SBN 140308
   mmcrae@gibsondunn.com
KAHN SCOLNICK, SBN 228686
   kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
   bhamburger@gibsondunn.com
POONAM G. KUMAR, SBN 270802
   pkumar@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
   pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978-7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

Gibson, Dunn & Crutcher LLP

2
DEFENDANT CITY OF LOS ANGELES'S NOTICE OF MOTION AND MOTION FOR ORDER RE COMPLIANCE WITH SECTION 8.2 OF SETTLEMENT AGREEMENT