GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
POONAM G. KUMAR, SBN 270802
  pkumar@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
  pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978-7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>        Defendant. | CASE NO. 2:20-cv-02291 DOC (KES)<br><br>Honorable David O. Carter, United States District Judge<br><br>**DECLARATION OF KAHN A. SCOLNICK IN SUPPORT OF MOTION FOR ORDER RE COMPLIANCE WITH SECTION 8.2 OF SETTLEMENT AGREEMENT**<br><br>Date:      February 9, 2026<br>Time:      8:30 a.m.<br>Location: Courtroom 10A<br><br>Action Filed:    March 10, 2020 |

DECLARATION OF KAHN A. SCOLNICK IN SUPPORT OF MOTION FOR ORDER RE COMPLIANCE WITH SECTION 8.2 OF SETTLEMENT AGREEMENT

I, Kahn A. Scolnick, declare as follows:

1.  I am an attorney admitted to practice law in the State of California.  I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys representing the City of Los Angeles in the above-referenced action.  I submit this declaration in support of the City of Los Angeles's Motion for an Order Regarding Compliance with Section 8.2 of the Settlement Agreement.  If called and sworn as a witness, I could and would testify competently to the following:

2.  Attached as **Exhibit A** is a true and correct copy of emails I exchanged with counsel for the LA Alliance.  On July 24, 2025, I emailed Elizabeth Mitchell and Matthew Uhmofer to re-engage the City's meet and confer efforts under Section 8.2 of the Settlement Agreement.  And on August 6, 2025, I sent Elizabeth Mitchell and Matthew Umhofer an email attaching three documents:  A June 20, 2025 Report from the Office of the City Administrator providing the second preliminary estimates of the cost to the City of responding to the June 2025 civil unrest (**Exhibit A-1**), a June 14, 2025 draft resolution that the City Attorney submitted to the City Council declaring a fiscal emergency (**Exhibit A-2**), and the City Council's June 24, 2025 approval of the declaration of fiscal emergency (**Exhibit A-3**).

3.  Attached as **Exhibit A-1** is a true and correct copy of a June 20, 2025 Report from the Office of the City Administrator providing the second preliminary estimates of the cost to the City of responding to the June 2025 civil unrest.  I attached this report to my August 6, 2025 email to Elizabeth Mitchell and Matthew Umhofer.

4.  Attached as **Exhibit A-2** is a true and correct copy of the June 14, 2025 draft resolution declaring fiscal emergency submitted by the City Attorney to the City Council.  I attached this resolution to my August 6, 2025 email to Elizabeth Mitchell and Matthew Umhofer.

5.  Attached as **Exhibit A-3** is a true and correct copy of the action of the City Council passing the resolution declaring a fiscal emergency, which also reflects the

Gibson, Dunn & Crutcher LLP

2

DECLARATION OF KAHN A. SCOLNICK IN SUPPORT OF MOTION FOR ORDER RE COMPLIANCE WITH SECTION 8.2 OF SETTLEMENT AGREEMENT

Mayor's approval.  I attached this document to my August 6, 2025 email to Elizabeth Mitchell and Matthew Umhofer.

6.    On August 7, 2025, I participated in a meet and confer discussion with Matthew Umhofer, counsel for the Alliance.  Attached as **Exhibit B** is a true and correct copy of the certified transcript from that meet and confer discussion.

7.    Attached as **Exhibit C** is a true and correct copy of an August 14, 2025 email I received from Elizabeth Mitchell.

8.    On August 22, 2025, I participated in a second meet and confer discussion with Elizabeth Mitchell, counsel for the Alliance.  Attached as **Exhibit D** is a true and correct copy of the certified transcript from that meet and confer discussion.

9.    Attached as **Exhibit E** is a true and correct copy of an October 16, 2025 email that my colleague and counsel for the City, Bradley Hamburger, sent to counsel for the Alliance on behalf of the City.  I was copied on that email.

10.   On October 30, 2025, I participated in a third meet and confer discussion with Elizabeth Mitchell, counsel for the Alliance.  Attached as **Exhibit F** is a true and correct copy of the certified transcript from that meet and confer discussion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this Declaration in Los Angeles, California. Executed this 19th day of December, 2025.

*/s/ Kahn A. Scolnick*
Kahn A. Scolnick

Gibson, Dunn &
Crutcher LLP

3

DECLARATION OF KAHN A. SCOLNICK IN SUPPORT OF MOTION FOR ORDER RE COMPLIANCE WITH SECTION 8.2 OF SETTLEMENT AGREEMENT