| From: | Scolnick, Kahn A. |
| --- | --- |
| To: | Elizabeth Mitchell; Matthew Umhofer |
| Cc: | Evangelis, Theane; McRae, Marcellus; Hamburger, Bradley J.; Fuster, Patrick J.; Biché, Tim |
| Subject: | RE: LA Alliance v. City of LA |
| Date: | Wednesday, August 6, 2025 4:30:04 PM |
| Attachments: | FISCAL EMERGENCY APPROVAL 6-24-25.pdf |
| | FISCAL EMERGENCY DECLARATION.pdf |
| | ICE PROTESTS COSTS REPORT 06-20-25.pdf |

Liz/Matt:

As promised, here's a list of the modifications to the settlement agreement in light of the three separate 8.2 incidents that have occurred.

1.    **Shelter and Housing Solutions**

- Acknowledgment that the City can count new time-limited subsidies towards the total required number of housing or shelter solutions, which is authorized under the Settlement Agreement.

- Acknowledgment that the City can count affordable housing units for extremely-low-income persons (i.e., those with 30% or less of the local area median income) towards the total required number of housing or shelter solutions.

2.    **Encampment Reductions**

- Agreement that all 6,129 reductions the City has reported through March 31, 2025 count towards the reductions.

- Agreement that the City will make 400 reductions by the June 2026 deadline, commencing with the date after the last quarter the City reported on.

As for the monitor that Judge Carter has ordered, the City proposes to retain a team from the RAND Corporation to serve in that role.  The exact team that would be retained remains to be determined, but may include all or some of the following individuals:

- Jason M. Ward (https://www.rand.org/about/people/w/ward_jason_m.html)
- Maya Buenaventura (https://www.rand.org/about/people/b/buenaventura_maya.html)
- James Anderson (https://www.rand.org/about/people/a/anderson_james_m.html)
- Sarah B. Hunter (https://www.rand.org/about/people/h/hunter_sarah_b.html)
- Roland Neil (https://www.rand.org/about/people/n/neil_roland.html)

The City believes that the duties of the monitor should be limited to those expressly outlined in Judge Carter's order, Dkt. 991:

- Reviewing City's data prior to publication of quarterly reports;
- Verifying the reported numbers;
- Engaging with the Parties and LAHSA to resolve data issues;
- Providing public reports on data compliance;
- Reviewing and providing guidance on public accessibility to the contracts and invoices for third-party service providers; and
- Reviewing whether offers of shelter or housing were made for encampment reductions, including determining the documentation required.

Additionally, given the new requirement for the monitor to review the City's data before publication of quarterly reports, the City would like an agreement that it has 45 days following the close of a quarter to file its quarterly reports.

Finally, you inquired about the factual basis for the City's invocation of Section 8.2. We will be happy to explain more at our meeting, but the attached documents outline (a) the fiscal impact of the fires in January 2025, (b) the fiscal impact of the civil unrest this summer, and (c) the City's on-going fiscal emergency.

Talk to you tomorrow.  Thanks.

**Kahn A. Scolnick**

T: +1 213.229.7656
KScolnick@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Scolnick, Kahn A.
**Sent:** Wednesday, July 30, 2025 10:21 AM
**To:** Elizabeth Mitchell <elizabeth@umklaw.com>; Matthew Umhofer <matthew@umklaw.com>
**Cc:** Evangelis, Theane <TEvangelis@gibsondunn.com>; McRae, Marcellus <MMcRae@gibsondunn.com>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Fuster, Patrick J. <PFuster@gibsondunn.com>
**Subject:** RE: LA Alliance v. City of LA

Perfect, thanks, and yes, agreed.  And will do re the rest of the info you requested—it's been hard enough to find a time that works for everyone, so that's step 2!

---

**From:** Elizabeth Mitchell <elizabeth@umklaw.com>
**Sent:** Wednesday, July 30, 2025 10:14 AM
**To:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>; Matthew Umhofer <matthew@umklaw.com>
**Cc:** Evangelis, Theane <TEvangelis@gibsondunn.com>; McRae, Marcellus <MMcRae@gibsondunn.com>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Fuster, Patrick J. <PFuster@gibsondunn.com>
**Subject:** RE: LA Alliance v. City of LA

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Kahn,

I will be on a plane but Matt can handle during that time. Please circulate the dial-in (include me in case flight gets delayed—you never know!) As previously mentioned, for the meet-and-confer to be most effective it would be helpful to know ahead of time 1) the factual basis for your claims that the three identified events should impact the Agreement in some way, and 2) what exactly the City is requesting be modified as a result.

I expect at the same time we'll be able to meet and confer about the issues I identified. If you disagree please let me know ASAP.

Thanks,
Liz

**From:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Sent:** Wednesday, July 30, 2025 10:00 AM
**To:** Elizabeth Mitchell <elizabeth@umklaw.com>; Matthew Umhofer <matthew@umklaw.com>
**Cc:** Evangelis, Theane <TEvangelis@gibsondunn.com>; McRae, Marcellus <MMcRae@gibsondunn.com>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Fuster, Patrick J. <PFuster@gibsondunn.com>
**Subject:** RE: LA Alliance v. City of LA

Liz, how about next Thursday (8/7) between 1230 and 330?

**Kahn A. Scolnick**

T: +1 213.229.7656
KScolnick@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

**From:** Elizabeth Mitchell <elizabeth@umklaw.com>

**Sent:** Sunday, July 27, 2025 6:23 PM
**To:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>; Matthew Umhofer <matthew@umklaw.com>
**Cc:** Evangelis, Theane <TEvangelis@gibsondunn.com>; McRae, Marcellus <MMcRae@gibsondunn.com>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Fuster, Patrick J. <PFuster@gibsondunn.com>
**Subject:** RE: LA Alliance v. City of LA


Hi Kahn,

That time does not work for us unfortunately.  If the other times we proposed don't work, please suggest a few other dates/times and this week and we can try to have either Matt or I make it.  Otherwise we'll need to push it into next week.

Thanks,
Liz

---

**From:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Sent:** Sunday, July 27, 2025 7:19 AM
**To:** Elizabeth Mitchell <elizabeth@umklaw.com>; Matthew Umhofer <matthew@umklaw.com>
**Cc:** Evangelis, Theane <TEvangelis@gibsondunn.com>; McRae, Marcellus <MMcRae@gibsondunn.com>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Fuster, Patrick J. <PFuster@gibsondunn.com>
**Subject:** RE: LA Alliance v. City of LA

Liz, we'd like Matt Szabo to join this meeting and he's available from 1:30-3 on Thursday.  Can you make that work?

**Kahn A. Scolnick**

T: +1 213.229.7656
KScolnick@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Sent:** Friday, July 25, 2025 5:37 PM
**To:** Elizabeth Mitchell <elizabeth@umklaw.com>; Matthew Umhofer <matthew@umklaw.com>
**Cc:** Evangelis, Theane <TEvangelis@gibsondunn.com>; McRae, Marcellus <MMcRae@gibsondunn.com>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Fuster, Patrick J. <PFuster@gibsondunn.com>
**Subject:** RE: LA Alliance v. City of LA

Thanks, Liz, we'll get back to you on those requests, but in the meantime I'll send a

hold for 9-11 on Thursday.

**Kahn A. Scolnick**

T: +1 213.229.7656
KScolnick@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Elizabeth Mitchell <elizabeth@umklaw.com>
**Sent:** Friday, July 25, 2025 2:44 PM
**To:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>; Matthew Umhofer <matthew@umklaw.com>
**Cc:** Evangelis, Theane <TEvangelis@gibsondunn.com>; McRae, Marcellus <MMcRae@gibsondunn.com>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Fuster, Patrick J. <PFuster@gibsondunn.com>
**Subject:** RE: LA Alliance v. City of LA

Hi Kahn,

Next week is a bit tough for us, but we can block out the following times:

- Monday, 7/28: 2:30-5:30
- Wednesday, 7/30 2:30pm-5:30pm
- Thursday, 7/31 9am-11am

If none of those work for you, please provide dates and times the following week that work for your team and we'll find something that works.

To make the call most efficient, prior to the call please let us know what exactly the City proposes in terms of modification, and how the ICE issues impact the City's obligations

In addition to the City's 8.2 request, we'd also like to use this time to meet and confer regarding appointment of the data monitor pursuant to the Court's order and the parties' Agreement (Section 7.2), including both (a) identitification of potential monitors and (b) scope of monitorship.  We'd also like to meet and confer regarding other provisions of the Settlement Agreement which have been ignored or otherwise are not being followed, specifically:
- Section 6: Dispute Resolution Process: The parties early on were engaged in multiple planning sessions but those stopped and should be re-engaged.
- Section 7.1: The City has an ongoing obligation to report in its quarterly status updates many things which it is not currently reporting, including:
  o Number of beds/opportunities offered
  o Number of beds/opportunities currently available
  o Number of PEH engaged

- o Number of PEH who have accepted offers of shelter/housing
- o Number of PEH rejected offers and why offers were rejected rejected
- o Number of encampments in each council district
  - Section 9: Ensuring the County is complying with its obligations
  - Section 10: Identification of barriers in affordable housing.

Thanks, and have a great weekend,
Liz

---

**From:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Sent:** Thursday, July 24, 2025 5:20 PM
**To:** Matthew Umhofer <matthew@umklaw.com>; Elizabeth Mitchell <elizabeth@umklaw.com>
**Cc:** Evangelis, Theane <TEvangelis@gibsondunn.com>; McRae, Marcellus <MMcRae@gibsondunn.com>; Hamburger, Bradley J. <BHamburger@gibsondunn.com>; Fuster, Patrick J. <PFuster@gibsondunn.com>
**Subject:** LA Alliance v. City of LA

Matt and Liz:

I'm writing to re-engage the City's meet-and-confer efforts under section 8.2 of the Settlement Agreement with respect to the LA fires and their effects on the region (the declaration of emergency is still in place). In addition, the City has had two other events that trigger the "pause" and meet-and-confer obligations in the Settlement Agreement: (1) the City Council declared a fiscal emergency in late June; and (2) the large-scale civil disturbances in response to the ICE raids.

Given the importance of these issues, we'll have a court reporter transcribe the discussion, at the City's expense,

Please let us know a few times next week when you'd be available to have this meeting. Thanks.

**Kahn A. Scolnick**

T: +1 213.229.7656
KScolnick@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.