**City of Los Angeles**
CALIFORNIA



KAREN BASS
MAYOR

OFFICE OF THE
CITY CLERK

**Council and Public Services Division**
200 N. SPRING STREET, ROOM 395
LOS ANGELES, CA 90012
GENERAL INFORMATION - (213) 978-1133
FAX: (213) 978-1040
————

PATRICE Y. LATTIMORE
DIVISION MANAGER
CLERK.LACITY.GOV

# OFFICIAL ACTION OF THE LOS ANGELES CITY COUNCIL

| | |
|---|---|
| **Council File No.:** | 25-0600-S36 |
| **Council Meeting Date:** | June 24, 2025 |
| **Agenda Item No.:** | 60 |
| **Agenda Description:** | COMMUNICATION FROM THE CITY ATTORNEY and RESOLUTION relative to declaring a State of Emergency based on fiscal circumstances resulting from decreased revenue and increased liabilities for Fiscal Year 2025-26. |
| **Council Action:** | COMMUNICATION FROM THE CITY ATTORNEY AND RESOLUTION - ADOPTED FORTHWITH |

**Council Vote:**

| | | | | | |
|---|---|---|---|---|---|
| YES | Blumenfield | YES | Harris-Dawson | YES | Hernandez |
| YES | Jurado | YES | Hutt | YES | Lee |
| YES | McOsker | YES | Nazarian | YES | Padilla |
| YES | Park | YES | Price Jr. | YES | Raman |
| ABSENT | Rodriguez | YES | Soto-Martínez | YES | Yaroslavsky |

PETTY F. SANTOS
INTERIM CITY CLERK

---

**Pursuant to Charter/Los Angeles Administrative Code Section(s): 341**

---

| | |
|---|---|
| **FILE SENT TO MAYOR** | 06-24-2025 |
| **LAST DAY FOR MAYOR TO ACT** | 07-07-2025 |

APPROVED

7/3/2025

AN EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER

DATE SIGNED

Adopted Report(s)Title
Report from City Attorney dated 6-14-25
Attachment to Report dated 6-14-25 - Resolution

AN EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER