| From: | Hamburger, Bradley J. |
|---|---|
| To: | Matthew Umhofer; Elizabeth Mitchell |
| Cc: | McRae, Marcellus; Evangelis, Theane; Scolnick, Kahn A.; Valerie Flores; Arlene Hoang; Jessica Mariani |
| Subject: | LA Alliance v. City of LA -- Section 8.2 Meet and Confer |
| Date: | Thursday, October 16, 2025 6:34:40 PM |
| Attachments: | ICE PROTESTS COSTS REPORT 06-20-25.pdf |
| | FISCAL EMERGENCY DECLARATION.pdf |
| | FISCAL EMERGENCY APPROVAL 6-24-25.pdf |

Matt and Liz:

I am following up on our ongoing Section 8.2 meet and confer.  Of the total number of reductions of tents, makeshift shelters, RVs or cars that the City has already reported in prior quarterly reports, the City has reasonably determined, after a careful review of the relevant data, that 313 reductions were accompanied by an offer of shelter, and 1,152 reductions constituted removals of abandoned tents or makeshift shelters (specifically, tents or makeshift shelters that were unattended when removed, meaning no person was present with the personal property who asserted or claimed ownership over the personal property after notice of the removal was posted), for a total of 1,465 reductions City-wide.  Note that this figure likely underestimates the actual number of reductions that satisfy the Court's interpretation of the encampment reduction obligation (which, as you know, the City contends is erroneous and has appealed to the Ninth Circuit), given that the City did not believe it was necessary to track offers of shelter made when tents, makeshift shelters or vehicles were removed.  For example, the City has not tracked offers of shelters that may have been made by LAHSA outreach workers in conjunction with encampment cleanups conducted by the City.

You have also inquired about the status of the Section 8.2 events.  We are unsure what you mean by that, but I am attaching the documentation that we previously sent you regarding the (a) the fiscal impact of the fires in January 2025, (b) the fiscal impact of the civil unrest this summer, and (c) the City's on-going fiscal emergency.

We would also like to get a time on calendar to further conference regarding proposed modifications of the settlement agreement in light of the Section 8.2 events.  Please let us know some times that your team is available.  Thanks.

**Bradley J. Hamburger**
Partner

T: +1 213.229.7658 | M: +1 818.219.3917
BHamburger@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197