IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>             Defendant. | CASE NO. 2:20-cv-02291 DOC (KES)<br><br>Honorable David O. Carter,<br>United States District Judge<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CITY OF LOS ANGELES'S MOTION FOR ORDER RE COMPLIANCE WITH SECTION 8.2 OF SETTLEMENT AGREEMENT** |

Before the Court is Defendant City of Los Angeles's motion for order enforcing Section 8.2 of the Settlement Agreement. Having reviewed the Application, and good cause appearing, the Court orders as follows:

**IT IS HEREBY ORDERED** that:

The Settlement Agreement is modified to permit the City to discharge its encampment-reduction obligations under the Settlement Agreement by counting all reported reductions through March 31, 2025 (6,129), and requiring 400 additional reductions, within the meaning of "reductions" established by the Court in its June 2025 order, Dkt. 991, by the June 2026 deadline.

IT IS SO ORDERED.

Date: _____                    _____

Hon. David O. Carter
United States District Judge
Central District of California

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ORDER RE
COMPLIANCE WITH SECTION 8.2 OF SETTLEMENT AGREEMENT
2:20-cv-02291 DOC (KES)