

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Case: 2:20cv2291   Doc: 1099

Jr.

William R Wise
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

2:20CV 2291 DOC

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 1 5 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
DEC 1 5 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

NIXIE        910    40 18CU        7212/11/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012335299        23347N345151~00407

Case: 2:20cv2291   Doc: 1099

William R Wise                                    Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,   Suite 110
Santa Ana, CA 92705

(calendaring@umklaw.com, elizabeth@umklaw.com), Ryan Salsig (evelyn.rodriguez@lacity.org, irene.m.perez@lacity.org, justin.grams@lacity.org, ryan.salsig@lacity.org), Ana Wai-Kwan Lai (alai@counsel.lacounty.gov), Arlene Nancy Hoang (arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org), Carol A. Sobel (carolsobel@aol.com, carolsobellaw@gmail.com), Catherine Elizabeth Sweetser (cgallegos@sshhzlaw.com, csweetser@sshhzlaw.com), Jason H. Tokoro (aalamango@millerbarondess.com, briding@millerbarondess.com, jtokoro@millerbarondess.com), Manuel A. Abascal (manny.abascal@lw.com, manuel-abascal-7112@ecf.pacerpro.com), Paul L Hoffman (hoffpaul@aol.com, jwashington@sshhzlaw.com, sshhwilliam@gmail.com), Matthew Donald Umhofer (calendaring@umklaw.com, jon@umklaw.com, matthew@umklaw.com), Stephen Yagman (admin@yagmanlaw.net, filing@yagmanlaw.net), James N. Rotstein (jimmy-rotstein-2672@ecf.pacerpro.com, jrotstein@gibsondunn.com, pacer-ca@gibsondunn.com), Shayla Renee Myers (bschultz@lafla.org, lbautista@lafla.org, lschmidt@lafla.org, smyers@lafla.org), Daniel B. Garrie (daniel@lawandforensics.com), Michele Martinez (michele@michelecmartinez.com), Judge David O. Carter (crd_carter@cacd.uscourts.gov), Magistrate Judge Karen E. Scott (crd_scott@cacd.uscourts.gov, karen_scott@cacd.uscourts.gov)
--Non Case Participants: Marianne Van Riper (simon.perng@coco.ocgov.com), Kenneth Stahl (beverly.dozier-jones@msrlegal.com, jane.martin@msrlegal.com, karen.irias@msrlegal.com), Laura D Knapp (laura.knapp@coco.ocgov.com, marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com), Samuel A. Josephs (sjosephs@spertuslaw.com), Christopher Thomas Casamassima (chris.casamassima@wilmerhale.com), Kiva Grace Schrager (kschrager@millerbarondess.com), Kent K Qian (kqian@oaklandcityattorney.org), ad hoc (courtrecording_cacd@cacd.uscourts.gov, reporter_cacd@cacd.uscourts.gov, transcripts_cacd@cacd.uscourts.gov)
--No Notice Sent:
Message-Id:<41464560@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Show Cause Hearing - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 12/3/2025 at 3:21 PM PST and filed on 12/2/2025

**Case Name:**      LA Alliance for Human Rights et al v. City of Los Angeles et al

**Case Number:**      2:20-cv-02291-DOC-KES

**Filer:**

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:**      1099

**Docket Text:**
**MINUTES OF Show Cause Hearing held before Judge David O. Carter: EVIDENTIARY HEARING FOR ORDER TO SHOW CAUSE RE CONTEMPT CITY OF LOS ANGELES [1066] (Held at Los Angeles First Street). The evidentiary hearing is continued to December 4, 2025 at 8:30 AM in Courtroom 5A. SEE DOCUMENT FOR FURTHER INFORMATION. Court Reporter: Court Smart. (twdb)**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**

Nadia Ann Sarkis      docket@millerbarondess.com, dgreen@millerbarondess.com, nsarkis@millerbarondess.com

Jessica Mariani      jessica.mariani@lacity.org, ava.smith@lacity.org

Jason H. Tokoro      aalamango@millerbarondess.com, jtokoro@millerbarondess.com, briding@millerbarondess.com

Joseph Reichmann      filing@yagmanlaw.net, admin@yagmanlaw.net

Catherine Elizabeth Sweetser      csweetser@sshhzlaw.com, cgallegos@sshhzlaw.com

Lauren Marie Brody      docket@millerbarondess.com, bbinns@millerbarondess.com, lbrody@millerbarondess.com

Daniel Rolf Adler      dadler@gibsondunn.com, daniel-r-adler-6522@ecf.pacerpro.com

Theano Evangelis Kapur      , tevangelis@gibsondunn.com, pacer-ca@gibsondunn.com, theane-evangelis-7690@ecf.pacerpro.com

Manuel A. Abascal      manuel-abascal-7112@ecf.pacerpro.com, manny.abascal@lw.com

Jeffrey Lewis      jeff@jefflewislaw.com, kyla@jefflewislaw.com, jason@jefflewislaw.com

Daniel B. Garrie      daniel@lawandforensics.com

Stephen Yagman      filing@yagmanlaw.net

Marcellus A McRae      mmcrae@gibsondunn.com, marcellus-mcrae-1628@ecf.pacerpro.com

Bradley Joseph Hamburger      bradley-j-hamburger-2088@ecf.pacerpro.com, pacer-ca@gibsondunn.com, bhamburger@gibsondunn.com

Jonathan Michael Eisenberg      conrad.sison@ahf.org, jonathan.eisenberg@ahf.org

Ana Wai-Kwan Lai      alai@counsel.lacounty.gov

Byron J McLain      byron-mclain-5906@ecf.pacerpro.com, bmclain@foley.com

Scott D Marcus      guadalupe.lopez@lacity.org, irene.m.perez@lacity.org, scott.marcus@lacity.org

Weston C Rowland      rowlandweston@gmail.com, rowland.weston@gmail.com

Mark S Ravis      mravis99@gmail.com

Arlene Nancy Hoang      arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org

Poonam Kumar      pacer-ca@gibsondunn.com, pkumar@gibsondunn.com, poonam-g-kumar-4421@ecf.pacerpro.com

Matthew Donald Umhofer      calendaring@umklaw.com, matthew@umklaw.com, jon@umklaw.com

Carol A. Sobel      carolsobel@aol.com, carolsobellaw@gmail.com

Jennifer Mira Hashmall      aransom@millerbarondess.com, mhashmall@millerbarondess.com, docket@millerbarondess.com, eruth@millerbarondess.com

Angelique Kaounis      akaounis@gibsondunn.com, angelique-kaounis-6906@ecf.pacerpro.com,