UMHOFER, MITCHELL & KING LLP
MATTHEW DONALD UMHOFER (SBN 206607)
ELIZABETH A. MITCHELL (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
matthew@umklaw.com
elizabeth@umklaw.com

*Attorneys for Plaintiffs*

GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
   tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
   mmcrae@gibsondunn.com
KAHN A. SCOLNICK, SBN 228686
   kscolnick@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
   bhamburger@gibsondunn.com
ANGELIQUE KAOUNIS, SBN 209833
   akaounis@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
   pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

[*Additional Counsel on Following Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., | CASE NO. 2:20-cv-02291 DOC (KES) |
| Plaintiffs, | Honorable David O. Carter, United States District Judge |
| v. | **JOINT STIPULATION RE CERTAIN DOCUMENTS FOR EVIDENTIARY HEARING FOR OSC RE CITY CONTEMPT** |
| CITY OF LOS ANGELES, a Municipal entity, et al., | |
| Defendant. | Action Filed:    March 10, 2020 |

JOINT STIPULATION RE CERTAIN DOCUMENTS

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213.978.7508
Facsimile: 213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*

*CITY OF LOS ANGELES*

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION RE CERTAIN DOCUMENTS

Plaintiffs LA Alliance for Human Rights et al. (the "Alliance") and Defendant City of Los Angeles, through undersigned counsel, hereby stipulate and agree to the following with regard to the documents set forth below, without admitting to the truth of the matters asserted therein, for purposes of the Evidentiary Hearing for Order to Show Cause re City of Los Angeles Contempt in the above-captioned action:

1. Exhibit 373, available at docket number 1070-2, is a true and accurate copy of emails exchanged between counsel for the Alliance and counsel for the City between July 24, 2025 and July 25, 2025.

2. Exhibit 374, available at docket number 1070-3, is a true and accurate copy of emails exchanged between counsel for the Alliance and counsel for the City between August 11, 2025 and September 2, 2025.

3. Exhibit 376, available at docket number 1070-5, is a true and accurate copy of an email exchanged between counsel for the Alliance and counsel for the City, and other individuals, on October 6, 2025.

4. Exhibit 377, available at docket number 1070-6, is a true and accurate copy of emails exchanged between counsel for the Alliance and counsel for the City, and other individuals, between October 6, 2025 and October 7, 2025.

5. Exhibit 379, available at docket number 1070-8, is a true and accurate copy of an email exchanged between counsel for the Alliance and counsel for the City, and other individuals, on October 20, 2025.

6. Exhibit 380, available at docket number 1070-9, is a true and accurate copy of emails exchanged between counsel for the Alliance and counsel for the City, and other individuals, between October 20, 2025 and October 28, 2025.

7. Exhibit 381, available at docket number 1070-10, is a true and accurate copy of emails exchanged between counsel for the Alliance and counsel for the City, and other individuals, between October 20, 2025 and October 30, 2025.

JOINT STIPULATION RE CERTAIN DOCUMENTS

8. Exhibit 382, available at docket number 1070-12, is a true and accurate copy of emails exchanged between counsel for the Alliance and counsel for the City, and other individuals, between October 20, 2025 and November 4, 2025.

9. Exhibit 548 is a true and accurate copy of a certified transcript of a meet and confer that took place on August 7, 2025, involving counsel for the Alliance and counsel for the City, and during which representatives from the City Attorney's Office and the Alliance were also present.

10. Exhibit 549 is a true and accurate copy of a certified transcript of a meet and confer that took place on August 22, 2025, involving counsel for the Alliance and counsel for the City, and during which representatives from the City Attorney's Office were also present.

11. Exhibit 550 is a true and accurate copy of emails exchanged between counsel for the Alliance and counsel to the City, and other individuals, between July 24, 2025 and October 10, 2025.

12. Exhibit 553 is a true and accurate copy of emails exchanged between counsel for the Alliance and counsel for the City, and other individuals, between October 20, 2025 and November 9, 2025.

13. Exhibit 558 is a true and accurate copy of a certified transcript of a meet and confer that took place on October 30, 2025, involving counsel for the Alliance and counsel for the City, and during which representatives from the City Attorney's Office were also present.

Gibson, Dunn &
Crutcher LLP

2

JOINT STIPULATION RE CERTAIN DOCUMENTS

DATED: December 23, 2025          UMHOFER, MITCHELL & KING LLP


By: */s/ Elizabeth A. Mitchell*
Elizabeth A. Mitchell
*Attorneys for Plaintiffs*


DATED: December 23, 2025          GIBSON, DUNN & CRUTCHER LLP


By: */s/ Theane Evangelis*
Theane Evangelis

*Attorneys for Defendant*
*CITY OF LOS ANGELES*


Local Rule 5-4.3.4 Attestation

I attest that all counsel of record concur in this filing's content and have authorized the filing.

By: /s/ *Theane Evangelis*
Theane Evangelis

JOINT STIPULATION RE CERTAIN DOCUMENTS