UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

quadient
FIRST-CLASS MAIL
IMI
$001.90
12/09/2025 ZIP 90012
043M31268156
US POSTAGE

RECEIVED DEC 1 2 REC'D

William R Wise                                    Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

2:20CV2291- DOC

RTS

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 2 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Los Angeles PMDC 90052
SAT 20 DEC 2025 PM

-R-T-S-    9270522220-1N    12/18/25

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

Case: 2:20cv2291  Doc: 1104

William R Wise                                                    Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

pacer-ca@gibsondunn.com), Weston C Rowland (rowland.weston@gmail.com, rowlandweston@gmail.com), Ryan Salsig (evelyn.rodriguez@lacity.org, irene.m.perez@lacity.org, justin.grams@lacity.org, ryan.salsig@lacity.org), Nadia Ann Sarkis (dgreen@millerbarondess.com, docket@millerbarondess.com, nsarkis@millerbarondess.com), Kahn A Scolnick (kahn-a-scolnick-7581@ecf.pacerpro.com, kscolnick@gibsondunn.com, pacer-ca@gibsondunn.com), Carol A. Sobel (carolsobel@aol.com, carolsobellaw@gmail.com), Catherine Elizabeth Sweetser (cgallegos@sshhzlaw.com, csweetser@sshhzlaw.com), Jason H. Tokoro (aalamango@millerbarondess.com, briding@millerbarondess.com, jtokoro@millerbarondess.com), Matthew Donald Umhofer (calendaring@umklaw.com, jon@umklaw.com, matthew@umklaw.com), Brooke Alyson Weitzman (bweitzman@eldrcenter.org, lthely@eldrcenter.org, pamador-lopez@eldrcenter.org), Stephen Yagman (admin@yagmanlaw.net, filing@yagmanlaw.net), Brandon D Young (bdyoung@manatt.com, lgarcete@manatt.com), Daniel B. Garrie (daniel@lawandforensics.com), Michele Martinez (michele@michelecmartinez.com), Judge David O. Carter (crd_carter@cacd.uscourts.gov), Magistrate Judge Karen E. Scott (crd_scott@cacd.uscourts.gov, karen_scott@cacd.uscourts.gov)
--Non Case Participants: Christopher Thomas Casamassima (chris.casamassima@wilmerhale.com), Samuel A. Josephs (sjosephs@spertuslaw.com), Laura D Knapp (laura.knapp@coco.ocgov.com, marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com), Kent K Qian (kqian@oaklandcityattorney.org), Kiva Grace Schrager (kschrager@millerbarondess.com), Kenneth Stahl (beverly.dozier-jones@msrlegal.com, jane.martin@msrlegal.com, karen.irias@msrlegal.com), Marianne Van Riper (simon.perng@coco.ocgov.com), ad hoc (courtrecording_cacd@cacd.uscourts.gov, reporter_cacd@cacd.uscourts.gov, transcripts_cacd@cacd.uscourts.gov)
--No Notice Sent:
Message-Id:<41488374@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Evidentiary Hearing Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 12/8/2025 at 8:39 AM PST and filed on 12/4/2025

**Case Name:**      LA Alliance for Human Rights et al v. City of Los Angeles et al

**Case Number:**      2:20-cv-02291-DOC-KES

**Filer:**

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:**      1104

**Docket Text:**
**MINUTES OF Evidentiary Hearing For Order To Show Cause Re Contempt City of Los Angeles [1066] (Held at Los Angeles First Street) before Judge David O. Carter. The evidentiary hearing is continued to December 15, 2025 at 8:30 AM. SEE DOCUMENT FOR FURTHER INFORMATION. Court Reporter: Court Smart. (twdb)**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**

Nadia Ann Sarkis    docket@millerbarondess.com, dgreen@millerbarondess.com, nsarkis@millerbarondess.com

Jessica Mariani    jessica.mariani@lacity.org, ava.smith@lacity.org

Jason H. Tokoro    aalamango@millerbarondess.com, jtokoro@millerbarondess.com, briding@millerbarondess.com

Joseph Reichmann    filing@yagmanlaw.net, admin@yagmanlaw.net

Catherine Elizabeth Sweetser    csweetser@sshhzlaw.com, cgallegos@sshhzlaw.com

Lauren Marie Brody    docket@millerbarondess.com, bbinns@millerbarondess.com, lbrody@millerbarondess.com

Daniel Rolf Adler    dadler@gibsondunn.com, daniel-r-adler-6522@ecf.pacerpro.com

Theano Evangelis Kapur    , tevangelis@gibsondunn.com, pacer-ca@gibsondunn.com, theane-evangelis-7690@ecf.pacerpro.com

Manuel A. Abascal    manuel-abascal-7112@ecf.pacerpro.com, manny.abascal@lw.com

Jeffrey Lewis    jeff@jefflewislaw.com, kyla@jefflewislaw.com, jason@jefflewislaw.com

Daniel B. Garrie    daniel@lawandforensics.com

Jonathan M. Eisenberg    conrad.sison@ahf.org, jonathan.eisenberg@ahf.org

Stephen Yagman    filing@yagmanlaw.net

Marcellus A McRae    mmcrae@gibsondunn.com, marcellus-mcrae-1628@ecf.pacerpro.com

Bradley Joseph Hamburger    bradley-j-hamburger-2088@ecf.pacerpro.com, pacer-ca@gibsondunn.com, bhamburger@gibsondunn.com

Ana Wai-Kwan Lai    alai@counsel.lacounty.gov

Byron J McLain    byron-mclain-5906@ecf.pacerpro.com, bmclain@foley.com

Scott D Marcus    guadalupe.lopez@lacity.org, irene.m.perez@lacity.org, scott.marcus@lacity.org

Weston C Rowland    rowlandweston@gmail.com, rowland.weston@gmail.com

Mark S Ravis    mravis99@gmail.com

Arlene Nancy Hoang    arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org

Poonam Kumar    pacer-ca@gibsondunn.com, pkumar@gibsondunn.com, poonam-g-kumar-4421@ecf.pacerpro.com

Matthew Donald Umhofer    calendaring@umklaw.com, matthew@umklaw.com, jon@umklaw.com

Carol A. Sobel    carolsobel@aol.com, carolsobellaw@gmail.com

Jennifer Mira Hashmall    aransom@millerbarondess.com, mhashmall@millerbarondess.com, docket@millerbarondess.com, eruth@millerbarondess.com

Angelique Kaounis    akaounis@gibsondunn.com, angelique-kaounis-6906@ecf.pacerpro.com, pacer-ca@gibsondunn.com