**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date:  January 9, 2026

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

---

PRESENT: THE HONORABLE DAVID O. CARTER, JUDGE

|  Priscilla Deason  | Not Present |
| for Karlen Dubon | |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):    ORDER SETTING TIME FOR JANUARY 12, 2026 HEARING [1066]**

As a courtesy to counsel the hearing set for January 12, 2026, is **SET** at 9 :00 a.m. because of the Court's early morning calendar. The hearing remains in Courtroom 1 in the United States Courthouse in Los Angeles.

The hearing will start with the testimony of Mr. Szabo until his availability ends at 12:00 p.m. The testimony of Mr. Garrie will commence shortly thereafter.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                        Initials of Deputy Clerk:
                                                                              pd/kdu

CIVIL-GEN