**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: <u>LA CV 20-02291-DOC(KESx)</u>                Date: <u>January 12, 2026</u>

Case Title: <u>LA Alliance for Human Rights, et al v. City of Los Angeles, et al.</u>

PRESENT:   <u>THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE</u>

|  |  |
|---|---|
| Karlen Dubon | Court Smart |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Elizabeth Mitchell | **City of Los Angeles:** |
| Matthew Umhofer | Kahn Scolnick, Marcellus McRae |
| **Intervenor:** Shayla Myers | Brad Hamburger |
|  | **Los Angeles County:** |
|  | Lauren Brody |

PROCEEDINGS:        **EVIDENTIARY HEARING FOR ORDER TO SHOW CAUSE RE CONTEMPT CITY OF LOS ANGELES [1066]** *(Held at Los Angeles First Street)*

Also present, Special Master Michele Martinez and Justice Tom Goethals.

The Court hears witness testimony.

The Court orders the transcript for these proceedings be produced forthwith at the Government's expense, billed at the daily rate. The Court orders the transcript be made available on the public docket immediately.

The transcript will also be available to download on the Court's Cases of Interest webpage, located here: https://www.cacd.uscourts.gov/newsworthy/cases-of-interest.

For reasons as stated on the record, the Court STAYS this matter.

                                                                        4        :        19

                                                <u>Initials of Deputy Clerk: kdu</u>

**cc:**   CourtRecording_CACD@cacd.uscourts.gov
         Transcripts_CACD@cacd.uscourts.gov
         Reporter_CACD@cacd.uscourts.gov