# Exhibit A

| | | | **Alliance Settlement Agreement**<br>**Quarterly Report**<br>**Quarter Ending December 31, 2025**<br>**Intervention Data** | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date | Total PEH Served (2) |
| 1 | 1 | PSH | Prop HHH | Washington View Apartments<br>720 W WASHINGTON BLVD Los Angeles, CA 90015 | 91 | Open | 06/30/2022 | 86 |
| 2 | 10 | PSH | Non-Prop HHH | PATH Villas Montclair/Gramercy(Recap-Site 2 of 2)<br>3317 W WASHINGTON BLVD Los Angeles, CA 90018 | 16 | Open | 07/26/2022 | 16 |
| 3 | 8 | PSH | Prop HHH | Chesterfield<br>4719 S NORMANDIE AVE Los Angeles, CA 90037 | 42 | Open | 08/03/2022 | 37 |
| 4 | 13 | PSH | Prop HHH | HiFi Collective<br>3200 W TEMPLE ST Los Angeles, CA 90026 (15) | 63 | Open | 08/17/2022 | 60 |
| 5 | 10 | PSH | Prop HHH | Adams Terrace<br>4314 W ADAMS BLVD Los Angeles, CA 90018<br>4347 W ADAMS BLVD Los Angeles, CA 90018 | 43 | Open | 09/21/2022 | 38 |
| 6 | 3 | PSH | Prop HHH | Bell Creek Apartments<br>6940 N OWENSMOUTH AVE Canoga Park, CA 91303 | 41 | Open | 09/23/2022 | 38 |
| 7 | 14 | PSH | Non-Prop HHH | LAMP Lodge<br>660 S STANFORD AVE Los Angeles, CA 90021 | 81 | Open | 10/04/2022 | 75 |
| 8 | 7 | PSH | Prop HHH | Silva Crossing (fka Link at Sylmar)<br>12667 SAN FERNANDO ROAD Sylmar, CA 91342 | 55 | Open | 10/11/2022 | 53 |
| 9 | 10 | PSH | Prop HHH | Berendo Sage<br>1035 S BERENDO ST LOS ANGELES, CA 90006 | 21 | Open | 10/14/2022 | 18 |
| 10 | 10 | PSH | Prop HHH | Amani Apartments (fka Pico)<br>4200 W PICO BLVD Los Angeles, CA 90019 | 53 | Open | 10/17/2022 | 51 |
| 11 | 9 | PSH | Prop HHH | Hope on Broadway<br>5138 S BROADWAY Los Angeles, CA 90037 | 48 | Open | 11/01/2022 | 47 |
| 12 | 8 | PSH | Homekey 2 | 6521 Brynhurst | 40 | Open | 11/14/2022 | 40 |
| 13 | 1 | PSH | Homekey 2 | 740 Alvarado (13) | 79 | Open | 11/15/2022 | 72 |
| 14 | 10 | PSH | Homekey 2 | 5050 Pico (13) | 78 | Open | 11/30/2022 | 76 |
| 15 | 1 | PSH | Prop HHH | Firmin Court<br>418 N FIRMIN ST Los Angeles, CA 90026 | 45 | Open | 12/16/2022 | 43 |
| 16 | 7 | PSH | Homekey 2 | 10150 Hillhaven (13) | 33 | Open | 12/20/2022 | 32 |
| 17 | 11 | PSH | Prop HHH | VA Building 207<br>11301 WILSHIRE BLVD #207 Los Angeles, CA 90025 (12) | 59 | Open | 12/22/2022 | 56 |
| 18 | 4 | IH | Interim Housing | Highland Gardens<br>7047 Franklin Ave Los Angeles, CA 90028 | 143 | Open | 12/27/2022 | 470 |
| 19 | 3 | PSH | Prop HHH | Reseda Theater Senior Housing (Canby Woods West)<br>7221 N CANBY AVE Reseda, CA 91335 | 13 | Open | 12/30/2022 | 13 |
| 20 | 9 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Sahara Inn (5)(6) | 23 | Open | 01/05/2023 | 40 |
| 21 | 7 | PSH | Prop HHH | Summit View Apartments<br>11800 W KAGEL CANYON ST Sylmar, CA 91342 | 48 | Open | 01/06/2023 | 42 |
| 22 | 6 | PSH | Homekey 2 | 14949 Roscoe | 29 | Open | 01/15/2023 | 28 |
| 23 | 9 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Deluxe Inn (5) | 19 | Open | 01/24/2023 | 27 |
| 24 | 15 | PSH | Prop HHH | Watts Works<br>9500 S COMPTON AVE Los Angeles, CA 90002 | 24 | Open | 01/27/2023 | 23 |
| 25 | 8 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Crenshaw Inn (5)(6) | 11 | Open | 01/30/2023 | 23 |
| 26 | 13 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Las Palmas (5)(6) | 49 | Open | 01/31/2023 | 96 |
| 27 | 9 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Lux Inn (5)(6) | 20 | Open | 02/06/2023 | 50 |
| 28 | 8 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Budget Motel (5)(6) | 17 | Open | 02/13/2023 | 37 |
| 29 | 13 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Hotel Silver Lake (5)(6) | 54 | Open | 02/14/2023 | 69 |
| 30 | 8 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Hilltop Motor Inn (5)(6) | 21 | Open | 02/16/2023 | 42 |
| 31 | 8 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Hyde Park Motel (5)(6) | 17 | Open | 02/21/2023 | 43 |
| 32 | 8 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Atlas Motel (5)(6) | 9 | Open | 02/28/2023 | 15 |
| 33 | 9 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Top Hat Motel (5) | 26 | Open | 03/02/2023 | 57 |
| 34 | 3 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Motel 6 (5) | 71 | Open | 03/09/2023 | 95 |
| 35 | 9 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Park Motel (5)(6) | 10 | Open | 03/13/2023 | 30 |
| 36 | 8 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Rosa Bell (5)(6) | 22 | Open | 03/13/2023 | 37 |
| 37 | 14 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Highland Park Motel (5)(18) | 26 | Open | 03/13/2023 | 46 |
| 38 | 8 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Cornett Motel (5)(6) | 17 | Open | 03/16/2023 | 21 |
| 39 | 8 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Full Moon Inn (5) | 20 | Open | 03/20/2023 | 34 |
| 40 | 5 | PSH | Prop HHH | 11010 Santa Monica<br>11010 W SANTA MONICA BLVD Los Angeles, CA 90025 | 50 | Open | 03/20/2023 | 47 |
| 41 | 13 | PSH | Prop HHH | Ambrose (fka 1615 Montana St.)<br>1611 W MONTANA ST Los Angeles, CA 90026 | 63 | Open | 03/22/2023 | 56 |
| 42 | 10 | PSH | Prop HHH | Vermont Corridor Apartments (fka 433 Vermont Apts)<br>433 S VERMONT AVE Los Angeles, CA 90020 | 36 | Open | 03/31/2023 | 32 |
| 43 | 8 | PSH | Prop HHH | Depot at Hyde Park<br>6527 S CRENSHAW BLVD Los Angeles, CA 90043 | 33 | Open | 04/10/2023 | 33 |
| 44 | 11 | PSH | Prop HHH | Building 205<br>11301 WILSHIRE BLVD Los Angeles, CA 90073 | 67 | Open | 04/10/2023 | 60 |

| 45 | 6 | PSH | Prop HHH | Talisa (fka 9502 Van Nuys Blvd)<br>9502 N VAN NUYS BLVD  Panorama City, CA 91402 | 48 | Open | 04/19/2023 | 45 |
| 46 | 1 | PSH | Prop HHH | Ingraham Villa Apartments<br>1218 INGRAHAM ST  LOS ANGELES, CA 90017 | 90 | Open | 04/19/2023 | 74 |
| 47 | 11 | PSH | Prop HHH | Building 208<br>11301 WILSHIRE BLVD  #208  LOS ANGELES, CA 90073 | 53 | Open | 04/21/2023 | 51 |
| 48 | 9 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Jolly Motel (5)(6) | 11 | Open | 04/27/2023 | 17 |
| 49 | 9 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Central Inn (5) | 24 | Open | 04/27/2023 | 72 |
| 50 | 8 | PSH | Prop HHH | Asante Apartments<br>11001 S BROADWAY  Los Angeles, CA 90061 | 54 | Open | 05/18/2023 | 49 |
| 51 | 8 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Paradise Inn (5)(6) | 18 | Open | 05/23/2023 | 69 |
| 52 | 13 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Monterey Inn (5)(6)(10) | 0 | Open | 05/29/2023 | 49 |
| 53 | 15 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Horizon Inn (5)(6) | 14 | Open | 05/30/2023 | 24 |
| 54 | 8 | PSH | Prop HHH | West Terrace (fka Silver Star II)<br>6576 S WEST BLVD  LOS ANGELES, CA 90043 | 56 | Open | 05/30/2023 | 51 |
| 55 | 15 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Palm Motel (5)(6) | 15 | Open | 05/31/2023 | 26 |
| 56 | 13 | PSH | Prop HHH | PATH Villas Hollywood<br>5627 W FERNWOOD AVE  HOLLYWOOD, CA 90028 | 59 | Open | 06/02/2023 | 56 |
| 57 | 9 | PSH | Prop HHH | Broadway Apartments<br>301 W 49TH ST 1-30  LOS ANGELES, CA 90037 | 34 | Open | 6/22/2023 | 30 |
| 58 | 7 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Budget Sepulveda (5)(6) | 31 | Open | 07/03/2023 | 65 |
| 59 | 8 | PSH | Prop HHH | Hope on Hyde Park - MP/TOC/PSH<br>6501 S CRENSHAW BLVD  Los Angeles, CA 90043 | 97 | | 07/07/2023 | 92 |
| 60 | 6 | PSH | Homekey 2 | 7639 Van Nuys (13) | 34 | Open | 07/13/2023 | 30 |
| 61 | 10 | PSH | Prop HHH | Mariposa Lily<br>1055 S MARIPOSA AVE  Los Angeles, CA 90006 | 20 | Open | 07/31/2023 | 19 |
| 62 | 2 | PSH | Prop HHH | Sun Commons<br>6329 N CLYBOURN AVE  North Hollywood, CA 91606 | 51 | Open | 08/07/2023 | 50 |
| 63 | 1 | PSH | Non-Prop HHH | West Third Apartments<br>1900 W 3RD ST  Los Angeles, CA 90057 | 136 | Open | 08/07/2023 | 126 |
| 64 | 14 | PSH | Homekey 2 | 1044 Soto | 84 | Open | 09/05/2023 | 81 |
| 65 | 6 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Palm Tree Inn (5)(6) | 33 | Open | 09/12/2023 | 71 |
| 66 | 5 | PSH | Prop HHH | Pointe on La Brea<br>849 N LA BREA AVE CA 90038 | 49 | Open | 09/15/2023 | 44 |
| 67 | 3 | PSH | Non-Prop HHH | Palm Vista Apartments<br>20116 W SHERMAN WAY  Winnetka, CA 91306 | 44 | Open | 09/29/2023 | 39 |
| 68 | 13 | PSH | Prop HHH | The Wilcox (fka 4906-4926 Santa Monica)<br>4912 W SANTA MONICA BLVD  Los Angeles, CA 90029 | 61 | Open | 09/29/2023 | 58 |
| 69 | 14 | PSH | Prop HHH | 6th and San Julian<br>401 E 6TH ST  Los Angeles, CA 90014 | 93 | Open | 09/29/2023 | 85 |
| 70 | 11 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Marina 7 Motel (5) | 21 | Open | 10/01/2023 | 44 |
| 71 | 15 | PSH | Prop HHH | SagePointe (fka Deepwater)<br>1435 N EUBANK AVE  LOS ANGELES, CA 90744 | 55 | Open | 10/04/2023 | 53 |
| 72 | 8 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Travel Inn Motel (5)(6) | 21 | Open | 10/09/2023 | 54 |
| 73 | 13 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Hollywood Inn Express North (5) | 24 | Open | 10/10/2023 | 44 |
| 74 | 13 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Hollywood Inn Express South (5) | 72 | Open | 10/10/2023 | 186 |
| 75 | 4 | PSH | Prop HHH | Sherman Oaks Senior Housing<br>14536 W BURBANK BLVD  VAN NUYS, CA 91411 | 54 | Open | 10/19/2023 | 54 |
| 76 | 11 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Vista Motel (5)(6) | 25 | Open | 10/23/2023 | 54 |
| 77 | 14 | PSH | Prop HHH | Colorado East<br>2451 W COLORADO BLVD  Los Angeles, CA 90041 | 40 | Open | 11/01/2023 | 38 |
| 78 | 9 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Ace Motel (5)(6) | 13 | Open | 11/14/2023 | 25 |
| 79 | 8 | IH | Interim Housing<br>(Hotel/Motel Occupancy Agreement) | Universal Inn (5) | 29 | Open | 11/15/2023 | 90 |
| 80 | 1 | PSH | Prop HHH | The Quincy (fka 2652 Pico)<br>2652 W PICO BLVD  Los Angeles, CA 90006 | 53 | Open | 11/17/2023 | 51 |
| 81 | 10 | PSH | Prop HHH | Serenity (fka 923-937 Kenmore Ave)<br>923 S KENMORE AVE  Los Angeles, CA 90006 | 74 | Open | 11/27/2023 | 69 |
| 82 | 8 | PSH | Permanent Supportive Housing<br>(Master Lease) | 1200 Leighton Ave 90037 | 16 | Open | 12/01/2023 | 13 |
| 83 | 8 | PSH | Permanent Supportive Housing<br>(Master Lease) | 1203 Rolland Curtis Pl 90037 | 19 | Open | 12/01/2023 | 17 |
| 84 | 8 | PSH | Permanent Supportive Housing<br>(Master Lease) | 4222 Dalton Ave 90062 | 27 | Open | 12/01/2023 | 18 |
| 85 | 9 | PSH | Permanent Supportive Housing<br>(Master Lease) | 639 E 21 St 90011 | 21 | Open | 12/11/2023 | 19 |
| 86 | 15 | PSH | Prop HHH | Beacon Landing (fka Beacon PSH)<br>319 N BEACON ST  SAN PEDRO, CA 90731 | 88 | Open | 12/12/2023 | 83 |
| 87 | 6 | PSH | Prop HHH | My Angel (fka The Angel)<br>8547 N SEPULVEDA BLVD  North Hills, CA 91343 | 53 | Open | 12/19/2023 | 47 |
| 88 | 6 | PSH | Prop HHH | Sun King Apartments<br>9190 N TELFAIR AVE  LOS ANGELES, CA 91352 | 25 | Open | 12/27/2023 | 24 |
| 89 | 5 | IH | Interim Housing | 10864 Rochester Ave<br>Los Angeles, CA 90024 (7) | 15 | Open | 01/04/2024 | 24 |
| 90 | 11 | PSH | Prop HHH | The Iris (fka Barry Apartments)<br>2444 S BARRY AVE CA 90064 | 34 | Open | 1/22/2024 | 33 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 91 | 1 | PSH | Prop HHH | The Lake House (fka Westlake Housing)<br>437 S WESTLAKE AVE  Los Angeles, CA 90057 | 62 | Open | 02/13/2024 | 56 |
| 92 | 14 | PSH | Prop HHH | La Veranda<br>2420 E CESAR E CHAVEZ AVE  Los Angeles, CA 90033 | 38 | Open | 02/15/2024 | 36 |
| 93 | 8 | PSH | Permanent Supportive Housing (Master Lease) | 1261 - 1269 Rolland Curtis Pl 90037 | 28 | Open | 02/22/2024 | 15 |
| 94 | 1 | PSH | Non-Prop HHH | 619 Westlake (fka Westlake 619)<br>619 S WESTLAKE AVE  Los Angeles, CA 90057 | 39 | Open | 03/01/2024 | 32 |
| 95 | 7 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Good Knight Inn (5)(6) | 21 | Open | 03/25/2024 | 41 |
| 96 | 13 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Olive Motel (5) | 26 | Open | 03/25/2024 | 54 |
| 97 | 8 | PSH | Permanent Supportive Housing (Master Lease) | 1603 W 36th Pl 90018 | 81 | Open | 03/25/2024 | 58 |
| 98 | 12 | PSH | Prop HHH | Lumina (fka Topanga Apartments)<br>10243 N TOPANGA CANYON BLVD  Chatsworth, CA 91311 | 54 | Open | 04/05/2024 | 48 |
| 99 | 15 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Hotel Dreamscape (5) | 32 | Open | 04/11/2024 | 53 |
| 100 | 2 | PSH | Prop HHH | NoHo 5050<br>5050 N BAKMAN AVE  North Hollywood, CA 91601 | 32 | Open | 04/29/2024 | 30 |
| 101 | 9 | PSH | Prop HHH | Marcella Gardens (68th & Main St.)<br>6722 S MAIN ST  Los Angeles, CA 90003 | 59 | Open | 04/30/2024 | 56 |
| 102 | 6 | PSH | Non-Prop HHH | Corazon del Valle I<br>14545 W LANARK ST CA 91402 | 49 | Open | 5/1/2024 | 47 |
| 103 | 1 | IH | Interim Housing | Mayfair<br>1256 W 7th ST Los Angeles, CA 90017 (13) | 294 | Open | 05/01/2024 | 752 |
| 104 | 8 | PSH | Prop HHH | Isla de Los Angeles<br>283 W IMPERIAL HWY  Los Angeles, CA 90061 | 53 | Open | 05/02/2024 | 51 |
| 105 | 9 | PSH | Non-Prop HHH | La Prensa Libre - 4%<br>210 E WASHINGTON BLVD  Los Angeles, CA 90015 | 25 | Open | 05/17/2024 | 24 |
| 106 | 10 | PSH | Prop HHH | Washington Arts Collective<br>4615 W WASHINGTON BLVD  Los Angeles, CA 90016 (16) | 28 | Open | 05/20/2024 | 25 |
| 107 | 14 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Antonio Motel (5) | 48 | Open | 06/17/2024 | 107 |
| 108 | 14 | PSH | Prop HHH | Weingart Tower A-134 (fkaWeingart Tower HHH PSH1A)<br>555 S CROCKER ST CA 90013 | 133 | Open | 06/17/2024 | 130 |
| 109 | 14 | PSH | Prop HHH | Weingart Tower A-144 Lower (fkaWeingart TowerII1A)<br>555 S CROCKER ST CA 90013 | 142 | Open | 06/17/2024 | 137 |
| 110 | 10 | PSH | Prop HHH | Solaris Apartments (fka 1141-1145 Crenshaw Blvd)<br>1141 S CRENSHAW BLVD  Los Angeles, CA 90019 | 42 | Open | 06/18/2024 | 36 |
| 111 | 1 | PSH | Prop HHH | Bryson II<br>2721 WILSHIRE BLVD  LOS ANGELES, CA 90057 | 48 | Open | 06/20/2024 | 45 |
| 112 | 14 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Starlight Inn (5)(6) | 18 | Open | 06/21/2024 | 30 |
| 113 | 4 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Hollywood La Brea Inn (5)(13) | 42 | Open | 06/24/2024 | 64 |
| 114 | 14 | PSH | Prop HHH | Casa Amparo (fka Whittier HHH, Whittier PSH)<br>3554 E WHITTIER BLVD  Los Angeles, CA 90023 (4) | 63 | Open | 06/27/2024 | 59 |
| 115 | 9 | PSH | Prop HHH | Main Street Apartments<br>5501 S MAIN ST  Los Angeles, CA 90037 | 56 | Open | 06/28/2024 | 54 |
| 116 | 5 | PSH | Permanent Supportive Housing (Master Lease) | 920 S Gramercy Pl 90019 | 56 | Open | 06/30/2024 | 37 |
| 117 | 9 | PSH | Permanent Supportive Housing (Master Lease) | 1343 W 40th Pl 90037 | 19 | Open | 07/01/2024 | 16 |
| 118 | 14 | PSH | Permanent Supportive Housing (Master Lease) | 1317 S Grand Ave 90015 | 146 | Open | 07/01/2024 | 110 |
| 119 | 13 | IH | Interim Housing | 4969 Sunset Blvd, Los Angeles, CA 90027 | 52 | Open | 07/01/2024 | 110 |
| 120 | 15 | PSH | Prop HHH | The Banning (aka 841 N Banning)<br>841 N BANNING BLVD  Wilmington, CA 90744 | 63 | Open | 07/10/2024 | 58 |
| 121 | 14 | PSH | Prop HHH | Los Lirios Apartments<br>119 S SOTO ST  Los Angeles, CA 90033 | 20 | Open | 07/29/2024 | 20 |
| 122 | 11 | PSH | Prop HHH | The Journey (FKA Lincoln Apartments)<br>2467 S LINCOLN BLVD  Venice, CA 90291 | 39 | Open | 08/01/2024 | 38 |
| 123 | 3 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Canoga Hotel (5) | 39 | Open | 08/12/2024 | 74 |
| 124 | 2 | PSH | Prop HHH | 11604 Vanowen (fka The Mahalia)<br>11604 VANOWEN ST  LOS ANGELES, CA 91605 | 48 | Open | 08/13/2024 | 45 |
| 125 | 6 | PSH | Non-Prop HHH | Corazon del Valle II<br>14545 W LANARK ST CA 91402 | 49 | Open | 08/15/2024 | 44 |
| 126 | 9 | PSH | Permanent Supportive Housing (Master Lease) | 6501 S Broadway 90003 | 49 | Open | 08/19/2024 | 48 |
| 127 | 13 | PSH | Homekey 3 | 4065 Oakwood (13) | 67 | Open | 08/26/2024 | 61 |
| 128 | 9 | PSH | Prop HHH | Ruth Teague Homes (fka 67th & Main)<br>6706 S MAIN ST  Los Angeles, CA 90003 (17) | 51 | Open | 09/03/2024 | 47 |
| 129 | 15 | PSH | Prop HHH | Avalon 1355<br>1355 N AVALON BLVD CA 90744 | 53 | Open | 09/03/2024 | 52 |
| 130 | 9 | PSH | Non-Prop HHH | Parkview Affordable Housing<br>4020 S COMPTON AVE CA 90011 | 31 | Open | 09/20/2024 | 31 |
| 131 | 13 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Dusk Hotel (9) | 41 | Open | 10/09/2024 | 102 |
| 132 | 1 | PSH | Prop HHH | Oak Apartments (fka 2745-2759 Francis Ave)<br>2745 W FRANCIS AVE  Los Angeles, CA 90005 | 63 | Open | 10/18/2024 | 56 |
| 133 | 11 | PSH | Homekey 3 | 3705 McLaughlin (13) | 24 | Open | 10/21/2024 | 23 |
| 134 | 4 | PSH | Homekey 3 | 4818 N Sepulveda Blvd (13) | 34 | Open | 10/21/2024 | 34 |
| 135 | 11 | PSH | Prop HHH | Thatcher Yard Housing<br>3233 S THATCHER AVE  Marina Del Rey, CA 90292 | 49 | Open | 10/23/2024 | 47 |
| 136 | 1 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Stuart Hotel (9) | 60 | Open | 10/30/2024 | 68 |
| 137 | 2 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Willow Tree Inn and Suites (9)(19) | 35 | Open | 11/07/2024 | 96 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 138 | 15 | PSH | Prop HHH | Western Landing<br>25820 S WESTERN AVE CA 90710 | 80 | Open | 12/03/2024 | 78 |
| 139 | 14 | PSH | Prop HHH | The Brine Residential<br>3016 N NORTH MAIN ST  Los Angeles, CA 90031 | 49 | Open | 12/30/2024 | 46 |
| 140 | 9 | PSH | Prop HHH | The Azalea (fka 4507 Main St)<br>4505 S MAIN ST  Los Angeles, CA 90037 | 31 | Open | 02/06/2025 | 30 |
| 141 | 10 | IH | Interim Housing (DV Emergency Shelter) | Confidential (7)(11) | 25 | Open | 03/01/2025 | 77 |
| 142 | 14 | PSH | Permanent Supportive Housing (Master Lease) | 1411 S Flower St 90015 | 220 | Open | 03/01/2025 | 143 |
| 143 | 6 | PSH | Non-Prop HHH | Luna Vista Apartments<br>8767 N PARTHENIA PL 1-73 CA 91343 | 36 | Open | 03/04/2025 | 36 |
| 144 | 9 | PSH | Prop HHH | Central Apartments<br>2106 S CENTRAL AVE  Los Angeles, CA 90011 | 56 | Open | 03/07/2025 | 29 |
| 145 | 13 | PSH | Prop HHH | Santa Monica & Vermont Apartments (Phases 1 & 2)<br>4718 W SANTA MONICA BLVD  Los Angeles, CA 90029 | 94 | Open | 03/27/2025 | 94 |
| 146 | 14 | PSH | Prop HHH | Lorena Plaza<br>3401 E 1ST ST  Los Angeles, CA 90063 | 32 | Open | 04/04/2025 | 31 |
| 147 | 8 | PSH | Prop HHH | Southside Seniors<br>1655 W MANCHESTER AVE  Los Angeles, CA 90047 | 36 | Open | 04/04/2025 | 36 |
| 148 | 8 | PSH | Non-Prop HHH | Vermont Manchester Family Transit Priority Project<br>8500 S VERMONT AVE CA 90044 | 58 | Open | 04/09/2025 | 56 |
| 149 | 8 | PSH | Prop HHH | Vermont Manchester Senior<br>8400 S VERMONT AVE  Los Angeles, CA 90044 | 60 | Open | 04/09/2025 | 60 |
| 150 | 14 | IH | Interim Housing | 545 San Pedro (8) | 53 | Open | 04/24/2025 | 91 |
| 151 | 8 | PSH | Homekey 2 | 1654 W Florence | 126 | Open | 04/30/2025 | 109 |
| 152 | 15 | PSH | Non-Prop HHH | Jordan Downs Phase S4 (TMO)<br>10110 S. Grape Street, Los Angeles, CA 90002,<br>10150 S. Grape Street, Los Angeles, CA 90002 | 17 | Open | 05/28/2025 | 17 |
| 153 | 13 | PSH | Prop HHH | Montecito II Senior Housing<br>6668 W FRANKLIN AVE  HOLLYWOOD, CA 90028 | 32 | Open | 05/28/2025 | 32 |
| 154 | 13 | PSH | Homekey 2 | 2812 Temple (2812 Temple/ 916 Alvarado) | 41 | Open | 06/10/2025 | 35 |
| 155 | 5 | IH | Interim Housing | 2377 Midvale Ave | 33 | Open | 06/30/2025 | 50 |
| 156 | 14 | PSH | Non-Prop HHH | Crocker (Umeya) Apartments<br>411 S TOWNE AVE CA 90013 | 87 | Open | 07/30/2025 | 86 |
| 157 | 14 | PSH | Non-Prop HHH | 600 S San Pedro St 1<br>Los Angeles, CA 90021 | 147 | Open | 07/31/2025 | 71 |
| 158 | 14 | PSH | Non-Prop HHH | 600 S San Pedro St 2<br>Los Angeles, CA 90021 | 151 | Open | 07/31/2025 | 81 |
| **159** | **6** | **PSH** | **Non-Prop HHH** | **Vista Terrace**<br>**8134 N VAN NUYS BLVD CA 91402 (3)(14)** | **24** | **Open** | **8/6/2025** | **24** |
| 160 | 2 | PSH | Prop HHH | Villa Vanowen fka Confianza<br>14142 W VANOWEN ST  VAN NUYS, CA 91405 | 63 | Open | 09/03/2025 | 58 |
| 161 | 1 | PSH | Non-Prop HHH | Miramar Gold<br>1434 W MIRAMAR ST CA 90026 | 47 | Open | 09/09/2025 | 23 |
| 162 | 3 | PSH | Homekey 2 | 21121 Vanowen (13) | 99 | Open | 09/15/2025 | 68 |
| 163 | **12** | **PSH** | **Prop HHH** | **The Cielio (fka 21300 Devonshire)**<br>**21300 W DEVONSHIRE ST CA 91311 (3)(4)** | **99** | **Open** | **10/24/2025** | **99** |
| 164 | **13** | **PSH** | **Homekey 2** | **916 Alvarado (2812 Temple/ 916 Alvarado) (3)** | **23** | **Open** | **10/31/2025** | **23** |
| 165 | **13** | **PSH** | **Prop HHH** | **Montesquieu Manor**<br>**316 N JUANITA AVE CA 90004 (3)** | **52** | **Open** | **10/31/2025** | **38** |
| 166 | **13** | **PSH** | **Prop HHH** | **Rousseau Residences**<br>**316 N JUANITA AVE  Los Angeles, CA 90004 (3)** | **51** | **Open** | **10/31/2025** | **43** |
| 167 | **4** | **PSH** | **Homekey 2** | **BLVD Hotel 2010 N. Highland (3)** | **61** | **Open** | **11/20/2025** | **49** |
| 168 | **8** | **PSH** | **Prop HHH** | **Ambrosia Apartments**<br>**800 W 85TH ST  Los Angeles, CA 90044 (3)** | **89** | **Open** | **12/11/2025** | **1** |
| 169 | **14** | **PSH** | **Prop HHH** | **La Guadalupe (fka First and Boyle)**<br>**100 S BOYLE AVE  Los Angeles, CA 90033 (3)** | **43** | **Open** | **12/22/2025** | **39** |
| 170 | 11 | PSH | Non-Prop HHH | Red Tail Crossing (FKA Kite Crossing)<br>8333 S AIRPORT BLVD CA 90045 | 40 | In Process | | |
| 171 | 13 | PSH | Prop HHH | Voltaire Villas (Enlightenment Plaza Ph III)<br>316 N JUANITA AVE  Los Angeles, CA 90004 | 71 | In Process | | |
| 172 | 10 | PSH | Prop HHH | McDaniel House (fka South Harvard)<br>1049 1/2 S HARVARD BLVD  Los Angeles, CA 90006 | 46 | In Process | | |
| 173 | 13 | PSH | Non-Prop HHH | Alvarado Kent Apartments<br>707 N ALVARADO ST CA 90026 | 60 | In Process | | |
| 174 | 3 | PSH | Homekey 2 | 20205 Ventura | 144 | In Process | | |
| 175 | 12 | PSH | Homekey 2 | 19325 Londelius | 115 | In Process | | |
| 176 | 5 | IH | Homekey 3 | The Weingart Shelby<br>3340 Shelby Dr, Los Angeles, CA 90034 | 78 | In Process | | |
| 177 | 14 | PSH | Prop HHH | 803 E. 5th St<br>803 E 5TH ST  Los Angeles, CA 90013 | 94 | In Process | | |
| 178 | 6 | PSH | Prop HHH | Oatsie's Place (fka Sherman Way)<br>16015 W SHERMAN WAY  VAN NUYS, CA 91406 | 45 | In Process | | |
| 179 | 15 | PSH | Homekey 2 | 18602 Vermont | 134 | In Process | | |
| 180 | 1 | PSH | Non-Prop HHH | Third Thyme<br>1435 W 3RD ST CA 90017 | 52 | In Process | | |
| 181 | 12 | IH | Homekey 3 | Motel 6 – North Hills<br>15711 W. Roscoe Blvd, North Hills, CA 91343 | 111 | In Process | | |
| 182 | 11 | PSH | Homekey 2 | 6531 S Sepulveda | 118 | In Process | | |
| 183 | 10 | PSH | Non-Prop HHH | The Arlington<br>3322 W WASHINGTON BLVD CA 90018 | 20 | In Process | | |
| 184 | 8 | PSH | Prop HHH | Sunnyside (fka RETHINK Housing 62nd/1408 W. 62nd St)<br>1408 W 62ND ST  Los Angeles, CA 90047 | 26 | In Process | | |
| 185 | 4 | IH | Homekey 3 | Oak Tree Inn<br>17448 Ventura Blvd, Encino CA 91316 | 26 | In Process | | |
| 186 | 3 | PSH | Homekey 3 | 7625 Topanga Canyon<br>Blvd Phase 2 | 24 | In Process | | |
| 187 | 13 | PSH | Prop HHH | Loma Verde (fka RETHINK Housing Westlake)<br>405 N WESTLAKE AVE  Los Angeles, CA 90026 | 18 | In Process | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 188 | 14 | PSH | Non-Prop HHH | First Street North- B (Go For Broke- S 9p)<br>128 N JUDGE JOHN AISO ST CA 90012 | 17 | In Process | | |
| 189 | 14 | PSH | Non-Prop HHH | First Street North-A (Go For Broke Apt N-4p)<br>200 N JUDGE JOHN AISO ST CA 90012 | 52 | In Process | | |
| 190 | 10 | PSH | Prop HHH | New Hampshire PSH<br>701 S NEW HAMPSHIRE AVE  Los Angeles, CA 90005 | 93 | In Process | | |
| 191 | 1 | PSH | Prop HHH | Grandview Apartments<br>714 S GRAND VIEW ST  Los Angeles, CA 90057 | 54 | In Process | | |
| 192 | 8 | PSH | Non-Prop HHH | The Carlton<br>5401 S WESTERN AVE  Los Angeles, CA 90062 | 30 | In Process | | |
| 193 | 9 | PSH | Non-Prop HHH | Central Avenue Apartments<br>8909 S CENTRAL AVE  Los Angeles, CA 90002 | 30 | In Process | | |
| 194 | 3 | PSH | Prop HHH | 18722 Sherman Way, L.P.<br>18722 W SHERMAN WAY CA 91335 | 63 | In Process | | |
| 195 | 6 | PSH | Prop HHH | The Rigby<br>15314 W RAYEN ST  North Hills, CA 91343 | 33 | In Process | | |
| 196 | 15 | IH | Interim Housing (Modular Units) | 600 E. 116th Place | 60 | In Process | | |
| 197 | 1 | IH | Interim Housing (Modular Units) | 503 San Fernando Rd. | 64 | In Process | | |
| 198 | 2 | IH | Interim Housing (THV) | Van Nuys Metrolink<br>7724 Van Nuys Blvd. | 100 | In Process | | |
| 199 | 6 | IH | Interim Housing (THV) | Sun Valley Metrolink Station<br>8358 San Fernando Rd. | 208 | In Process | | |
| 200 | 13 | IH | Interim Housing (THV) | 5301 Sierra Vista Ave | 51 | In Process | | |
| 201 | 6 | PSH | Homekey 1 | Pano<br>(formerly Panorama Inn)<br>8209 Sepulveda Blvd. | 90 | In Process | | |
| 202 | 15 | PSH | Homekey 1 | Travelodge<br>18600 Normandie Ave. (20) | 40 | In Process | | |
| 203 | 5 | IH | Interim Housing | 7253 Melrose | 60 | In Process | | |
| 204 | 13 | PSH | Non-Prop HHH | Locke Lofts<br>345 N MADISON AVE CA 90004 (20) | 137 | In Process | | |
| 205 | 14 | PSH | Non-Prop HHH | Rosa's Place (fka Downtown Womens Center Campus Expansion)<br>501 E 5TH ST  Los Angeles, CA 90013 (20) | 97 | In Process | | |
| 206 | 14 | PSH | Prop HHH | Weingart Tower 1B - HHH PSH<br>554 S SAN PEDRO ST  Los Angeles, CA 90013 (20) | 83 | In Process | | |
| 207 | Various | TLS | Time-Limited Subsidies | Time-Limited Subsidies (21) | 2,000 | In Process | | |
| 208 | 15 | PSH | Prop HHH | Safe Harbor I (fka West Anaheim/PSH 3)<br>828 W ANAHEIM ST  Wilmington, CA 90744 (22) | 49 | Removed | | |
| 209 | 15 | PSH | Prop HHH | Safe Harbor II (fka Lagoon/PSH 5)<br>728 N LAGOON AVE  Wilmington, CA 90744 (22) | 39 | Removed | | |

| | |
|---|---|
| **Total PEH Served as of December 31, 2025** | **9,827** |
| **Units/Beds Open to Date** | **8,530** |
| **Units/Beds In Process** | **4,584** |
| **Total Units/Beds Open to Date and In Process** | **13,114** |

**(1)** For Permanent Supportive Housing (PSH) interventions, the number reported in the "Units/Beds" column refers to the the number of Permanent Supportive Housing (PSH) units and does not include non-supportive affordable units or manager's units in the building.

**(2)** The number reported under the "Number of PEH Served" column is as follows, depending on the intervention/project type: 1) Number of PSH units leased as of the quarter end date (for PSH interventions); 2) Total number of intakes (for Interim Housing interventions).

**(3)** These sites are listed as "Open" as of this quarterly report. Bold text is used to highlight these sites.

**(4)** The names of these interventions have been updated.

**(5)** The "Number of PEH Served" data is based on a January 1, 2025 start date, which is the beginning of the quarter that the sites were included in the Alliance report. These are conservative numbers and they may increase in the future based on an expanded tracking module from LAHSA.  The HMIS Inventory Module for these sites was configured to track one household per room; however, operationally, some rooms have been occupied by multiple households, which the current Inventory Module system does not support. As a result, certain participants and households may not be reflected in this report. LAHSA is in the process of addressing these limitations.

**(6)** The number of beds for Booking Agreement sites may fluctuate.

**(7)** The "Number of PEH Served" data is based on an April 1, 2025 start date, which is the beginning of the quarter that the sites were included in the Alliance report.

**(8)** The "Number of PEH Served" data is based on an July 1, 2025 start date, which is the beginning of the quarter that this site was included in the Alliance report.

**(9)** The start date for the "Number of PEH Served" data for these hotel/motel occupancy agreements are based on the dates that the sites were included in the Alliance report, which are reflected in the "Open & Occupiable Date column." These are conservative numbers and they may increase in the future based on an expanded tracking module from LAHSA.  The HMIS Inventory Module for these sites was configured to track one household per room; however, operationally, some rooms have been occupied by multiple households, which the current Inventory Module system does not support. As a result, certain participants and households may not be reflected in this report. LAHSA is in the process of addressing these limitations.

**(10)** Booking agreement is still active, but no billing has been confirmed for the reporting period as of the date of this report.

**(11)** Site address is confidential because it is an emergency shelter serving survivors of domestic violence.

**(12)** In the prior quarterly report as of September 30, 2025, the PEH served data for this site was reported as 31 out of 59 units leased. It has since been confirmed that the correct occupancy as of September 30, 2025 was 56 out of 59 units leased. The previously reported occupancy of 31 was based on a report from LAHSA's RMS system that reflected the occupancy for only 33 out of the 59 total units, due to the site being listed under two different addresses in the RMS system. The occupancy of 56 out of 59 units as of September 30, 2025 was confirmed by the site's property management.

**(13)** In the prior quaterly report as of September 30, 2025, offline units at these sites were excluded from the number of beds/units listed in this column. Going forward, beds/units temporarily offline will not be removed from this column in order to fully reflect the total beds/units created.

**(14)** The open and occupiable date for this project has been updated from the prior quarterly report.

**(15)** The number of PSH units for this site has been updated from 58 to 63.

**(16)** The number of PSH units for this site has been updated from 20 to 28.

**(17)** The number of PSH units for this site has been updated from 26 to 51.

**(18)** The number of beds/units at this site has been updated from 25 to 26 to reflect an amendment to the occupancy agreement.

**(19)**  Number of rooms has been updated from 34 to 35 to reflect a decrease in the number of rooms used for administrative purposes.

**(20)** Based on the current projected timelines, these interventions may not be open by June 13, 2027. The City is monitoring the timelines for these projects.

**(21)** The City's updated bed plan includes 2,000 Time-Limited Subsidies (TLS) for new participants. At this time, funding has been approved for 670 TLS for Fiscal Year (FY) 2025-26. The approved funding covers the first year of the two-year obligation for these 670 TLS. The second year of funding for these 670 TLS as well as the funding for the remaining 1,330 TLS is still to be identified/approved.

**(22)** These projects are being removed because they are no longer anticipated to be completed in time to meet the Settlement requirements. These interventions were previously reported as "In Process."