# Exhibit C

| Alliance Settlement Agreement<br>Quarterly Report<br>Quarter Ending December 31, 2025<br>Encampment Reduction Data | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Period | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 | CD 8 | CD 9 | CD 10 | CD 11 | CD 12 | CD 13 | CD 14 | CD 15 | Total |
| January 1 - June 30, 2024 (1)(3) | 23 | 18 | 11 | 17 | 10 | 13 | 23 | 6 | 10 | 28 | 17 | 15 | 61 | 112 | 19 | 383 |
| July 1 - December 31, 2024 (2)(3) | 57 | 12 | 35 | 11 | 30 | 28 | 19 | 32 | 102 | 33 | 23 | 13 | 89 | 162 | 29 | 675 |
| January 1 - June 30, 2025 (2)(3) | 126 | 38 | 40 | 10 | 34 | 39 | 14 | 20 | 176 | 26 | 23 | 19 | 49 | 146 | 10 | 770 |
| July 1 - December 31, 2025 (2)(3) | 65 | 15 | 36 | 10 | 39 | 24 | 10 | 31 | 46 | 18 | 23 | 22 | 56 | 116 | 7 | 518 |
| Total | 271 | 83 | 122 | 48 | 113 | 104 | 66 | 89 | 334 | 105 | 86 | 69 | 255 | 536 | 65 | 2,346 |

(1) Data represents tents removed that were either 1) accompanied by an offer of housing or shelter, or 2) unattended when removed, meaning no person was present with the personal property who asserted or claimed ownership over the personal property.

(2) Data represents tents and makeshift shelters that were either 1) accompanied by an offer of housing or shelter, or 2) unattended when removed, meaning no person was present with the personal property who asserted or claimed ownership over the personal property.

(3) For January 1, 2024 - September 30, 2025, the data is being re-reported to exclude unattended tents and makeshift shelters removed in connection with non-posted operations and to reflect updates to the dataset since the prior report was filed.