# Exhibit D

**Alliance Settlement Agreement**
**Quarterly Report**
**Quarter Ending December 31, 2025**
**Persons Experiencing Homelessness (PEH) Engaged Data**

This report is based on data received from LAHSA. Engaged is a street outreach term defined by LAHSA as the date when a participant has begun developing a care plan with a street outreach worker and/or completes a CES triage tool (such as the LA HAT), and/or the participant begins receiving services beyond basic life sustaining services such as provision of food and water.

The data is not limited to engagements related to housing placements at sites counting toward the Alliance Settlement Agreement.

LAHSA notes the following reporting rules:

This metric will be reported on in two ways: a count of participants engaged in a given quarter, and a count of all active engaged participants in that quarter.

**Count of Newly Engaged Participants:** In order to be counted in this metric, participants must have: (i) An open street outreach program enrollment with a date of engagement within the reporting quarter OR have been exited from their street outreach enrollment during the reporting quarter and have a date of engagement during the quarter on or before the day they were exited from their street outreach program. (ii) A Current LIving Situation (CLS) or Service Location within a council district's limits within 2 years prior to their engagement date.

**Count of All Active and Engaged Participants:** In order to be counted in this metric, participants must have (i) An open street outreach program enrollment with a date of engagement on or before the last date of the quarter OR have been exited from their street outreach enrollment during the reporting quarter and have a date of engagement on or before the day they were exited from their street outreach program; and (ii) A Current LIving Situation (CLS) or Service Location within a council district's limits within 2 years prior to the reporting quarter.

The Grand Total reflects a deduplicated count of participants.

**Count of Newly Engaged Participants, by Calendar Year Quarter**

| Council District | Year of Engagement Date | Quarter of Engagement Date | Count of Participants |
|---|---|---|---|
| 1 | 2025 | Q3 | 482 |
| 1 | 2025 | Q4 | 436 |
| 2 | 2025 | Q3 | 377 |
| 2 | 2025 | Q4 | 298 |
| 3 | 2025 | Q3 | 354 |
| 3 | 2025 | Q4 | 217 |
| 4 | 2025 | Q3 | 277 |
| 4 | 2025 | Q4 | 180 |
| 5 | 2025 | Q3 | 362 |
| 5 | 2025 | Q4 | 164 |
| 6 | 2025 | Q3 | 476 |
| 6 | 2025 | Q4 | 457 |
| 7 | 2025 | Q3 | 153 |
| 7 | 2025 | Q4 | 150 |
| 8 | 2025 | Q3 | 433 |
| 8 | 2025 | Q4 | 466 |
| 9 | 2025 | Q3 | 425 |
| 9 | 2025 | Q4 | 390 |
| 10 | 2025 | Q3 | 310 |
| 10 | 2025 | Q4 | 307 |
| 11 | 2025 | Q3 | 434 |
| 11 | 2025 | Q4 | 287 |
| 12 | 2025 | Q3 | 208 |
| 12 | 2025 | Q4 | 168 |
| 13 | 2025 | Q3 | 513 |
| 13 | 2025 | Q4 | 383 |
| 14 | 2025 | Q3 | 1,799 |
| 14 | 2025 | Q4 | 1,478 |
| 15 | 2025 | Q3 | 600 |
| 15 | 2025 | Q4 | 399 |
| **Grand Total** | | | **11,102** |

**Count of Newly Engaged Participants, Aggregated**

| Council District | Count of Participants |
|---|---|
| 1 | 874 |
| 2 | 635 |
| 3 | 526 |
| 4 | 439 |
| 5 | 484 |
| 6 | 873 |
| 7 | 284 |
| 8 | 871 |
| 9 | 793 |
| 10 | 591 |
| 11 | 676 |
| 12 | 347 |
| 13 | 847 |
| 14 | 3,185 |
| 15 | 939 |
| **Grand Total** | **11,102** |

**Count of All Active and Engaged Participants, by Calendar Year Quarter**

| Council District | Year | Quarter | Count of Participants |
|---|---|---|---|
| 1 | 2025 | Q3 | 1,622 |
| 1 | 2025 | Q4 | 1,601 |
| 2 | 2025 | Q3 | 849 |
| 2 | 2025 | Q4 | 820 |
| 3 | 2025 | Q3 | 637 |
| 3 | 2025 | Q4 | 547 |
| 4 | 2025 | Q3 | 506 |
| 4 | 2025 | Q4 | 489 |
| 5 | 2025 | Q3 | 592 |
| 5 | 2025 | Q4 | 478 |
| 6 | 2025 | Q3 | 1,404 |
| 6 | 2025 | Q4 | 1,504 |
| 7 | 2025 | Q3 | 686 |
| 7 | 2025 | Q4 | 663 |
| 8 | 2025 | Q3 | 1,293 |
| 8 | 2025 | Q4 | 1,372 |
| 9 | 2025 | Q3 | 1,279 |
| 9 | 2025 | Q4 | 1,263 |
| 10 | 2025 | Q3 | 908 |
| 10 | 2025 | Q4 | 930 |
| 11 | 2025 | Q3 | 789 |
| 11 | 2025 | Q4 | 751 |
| 12 | 2025 | Q3 | 514 |
| 12 | 2025 | Q4 | 503 |
| 13 | 2025 | Q3 | 1,492 |
| 13 | 2025 | Q4 | 1,429 |
| 14 | 2025 | Q3 | 4,326 |
| 14 | 2025 | Q4 | 4,119 |
| 15 | 2025 | Q3 | 1,158 |
| 15 | 2025 | Q4 | 1,042 |
| **Grand Total** | | | **18,424** |

**Count of All Active and Engaged Participants, Aggregated**

| Council District | Count of Participants |
|---|---|
| 1 | 2,143 |
| 2 | 1,159 |
| 3 | 833 |
| 4 | 701 |
| 5 | 729 |
| 6 | 1,912 |
| 7 | 844 |
| 8 | 1,933 |
| 9 | 1,867 |
| 10 | 1,259 |
| 11 | 1,066 |
| 12 | 676 |
| 13 | 1,957 |
| 14 | 5,994 |
| 15 | 1,545 |
| **Grand Total** | **18,424** |