# Exhibit E

**Alliance Settlement Agreement**
**Quarterly Report**
**Quarter Ending December 31, 2025**
**Number of Encampments in the City**

This report is based on data received from LAHSA. LAHSA defines an encampment as a group of 5 or more tents or people staying outdoors in a concentrated location for a duration of 2 weeks or more.

Three datasets are provided: data as of June 30, 2025, data as of September 30, 2025, and data as of December 31, 2025.

LAHSA notes the following reporting rules:

Count of distinct encampments drawn in HMIS Encampment Module that have a start date before the end of the report period, have no deactivation date or the deactivation date is on or after the reporting start date, and the encampment has one of the following encampment statuses:

**Known Encampment:** This status indicates an encampment has been identified and is being tracked in HMIS
**Planned Operation:** This status indicates an encampment has been scheduled for an encampment resolution operation, such as an Inside Safe operation, to clear the encampment and bring the participants indoors.
**Active Closure Operation:** This status indicates an encampment is undergoing an active operation to clear the encampment and bring participants indoors.
**Operation Closed, Active Maintenance:** This status indicates the operation was completed, the encampment was cleared, and that outreach workers are routinely checking on the encampment to avoid repopulation and ensure such participants are directed towards shelter resources.
**Operation Closed, No Maintenance:** This status indicates the operation was completed, the encampment was cleared, and outreach workers are no longer actively working in the encampment to avoid repopulation. This status is triggered either after a year of management with no new enrollments in the encampment, or upon decision by a Care Coordination team meeting.

Report of encampment will be broken down by Council District. If the encampment boundary crosses CD boundaries, it would be counted in both jurisdictions, but a total distinct count out encampment city wide will be reported as well.

**Number of Encampments in the City - as of June 30, 2025**

| CD | Encampment Status | Count of Encampments |
|----|-------------------|----------------------|
| 1 | Known Encampment (Not Planned for Closure) | 5 |
| 1 | Planned Operation | 5 |
| 1 | Operation Closed (Active Maintenance) | 18 |
| 1 | Operation Closed (No Maintenance) | 2 |
| 2 | Known Encampment (Not Planned for Closure) | 4 |
| 2 | Active Closure Operation | 2 |
| 2 | Operation Closed (Active Maintenance) | 3 |
| 3 | Known Encampment (Not Planned for Closure) | 5 |
| 3 | Planned Operation | 1 |
| 3 | Operation Closed (Active Maintenance) | 6 |
| 3 | Operation Closed (No Maintenance) | 1 |
| 4 | Known Encampment (Not Planned for Closure) | 3 |
| 4 | Operation Closed (Active Maintenance) | 4 |
| 4 | Operation Closed (No Maintenance) | 1 |
| 5 | Known Encampment (Not Planned for Closure) | 6 |
| 5 | Planned Operation | 4 |
| 5 | Operation Closed (Active Maintenance) | 5 |
| 6 | Known Encampment (Not Planned for Closure) | 8 |
| 6 | Planned Operation | 1 |
| 6 | Operation Closed (Active Maintenance) | 9 |
| 7 | Known Encampment (Not Planned for Closure) | 4 |
| 7 | Planned Operation | 2 |
| 7 | Operation Closed (Active Maintenance) | 6 |
| 8 | Known Encampment (Not Planned for Closure) | 3 |
| 8 | Planned Operation | 2 |
| 8 | Active Closure Operation | 1 |
| 8 | Operation Closed (Active Maintenance) | 13 |
| 9 | Known Encampment (Not Planned for Closure) | 9 |
| 9 | Planned Operation | 4 |
| 9 | Active Closure Operation | 1 |
| 9 | Operation Closed (Active Maintenance) | 5 |
| 10 | Known Encampment (Not Planned for Closure) | 4 |
| 10 | Operation Closed (Active Maintenance) | 5 |
| 10 | Operation Closed (No Maintenance) | 2 |
| 11 | Known Encampment (Not Planned for Closure) | 10 |
| 11 | Planned Operation | 2 |
| 11 | Operation Closed (Active Maintenance) | 12 |
| 12 | Known Encampment (Not Planned for Closure) | 2 |
| 12 | Operation Closed (Active Maintenance) | 3 |
| 13 | Known Encampment (Not Planned for Closure) | 7 |
| 13 | Planned Operation | 3 |
| 13 | Operation Closed (Active Maintenance) | 24 |
| 13 | Operation Closed (No Maintenance) | 2 |
| 14 | Known Encampment (Not Planned for Closure) | 1 |
| 14 | Planned Operation | 2 |
| 14 | Active Closure Operation | 1 |
| 14 | Operation Closed (Active Maintenance) | 9 |
| 14 | Operation Closed (No Maintenance) | 1 |
| 15 | Known Encampment (Not Planned for Closure) | 12 |
| 15 | Planned Operation | 1 |
| 15 | Active Closure Operation | 1 |
| 15 | Operation Closed (Active Maintenance) | 8 |
| **Grand Total** | **Total** | **229** |

| CD | Count of Encampments |
|----|----------------------|
| 1 | 30 |
| 2 | 9 |
| 3 | 13 |
| 4 | 8 |
| 5 | 15 |
| 6 | 18 |
| 7 | 12 |
| 8 | 19 |
| 9 | 19 |
| 10 | 11 |
| 11 | 24 |
| 12 | 5 |
| 13 | 36 |
| 14 | 14 |
| 15 | 22 |
| **Grand Total** | **229** |

**Number of Encampments in the City - as of September 30, 2025**

| CD | Encampment Status | Count of Encampments |
|---|---|---|
| 1 | Known Encampment (Not Planned for Closure) | 5 |
| 1 | Planned Operation | 5 |
| 1 | Operation Closed (Active Maintenance) | 18 |
| 1 | Operation Closed (No Maintenance) | 2 |
| 2 | Known Encampment (Not Planned for Closure) | 4 |
| 2 | Active Closure Operation | 2 |
| 2 | Operation Closed (Active Maintenance) | 3 |
| 3 | Known Encampment (Not Planned for Closure) | 5 |
| 3 | Planned Operation | 1 |
| 3 | Operation Closed (Active Maintenance) | 6 |
| 3 | Operation Closed (No Maintenance) | 1 |
| 4 | Known Encampment (Not Planned for Closure) | 3 |
| 4 | Planned Operation | 1 |
| 4 | Operation Closed (Active Maintenance) | 4 |
| 4 | Operation Closed (No Maintenance) | 1 |
| 5 | Known Encampment (Not Planned for Closure) | 6 |
| 5 | Planned Operation | 4 |
| 5 | Operation Closed (Active Maintenance) | 5 |
| 6 | Known Encampment (Not Planned for Closure) | 11 |
| 6 | Planned Operation | 3 |
| 6 | Operation Closed (Active Maintenance) | 9 |
| 7 | Known Encampment (Not Planned for Closure) | 6 |
| 7 | Planned Operation | 2 |
| 7 | Operation Closed (Active Maintenance) | 6 |
| 8 | Known Encampment (Not Planned for Closure) | 4 |
| 8 | Planned Operation | 3 |
| 8 | Active Closure Operation | 1 |
| 8 | Operation Closed (Active Maintenance) | 13 |
| 9 | Known Encampment (Not Planned for Closure) | 9 |
| 9 | Planned Operation | 5 |
| 9 | Active Closure Operation | 1 |
| 9 | Operation Closed (Active Maintenance) | 5 |
| 10 | Known Encampment (Not Planned for Closure) | 4 |
| 10 | Operation Closed (Active Maintenance) | 5 |
| 10 | Operation Closed (No Maintenance) | 2 |
| 11 | Known Encampment (Not Planned for Closure) | 10 |
| 11 | Planned Operation | 2 |
| 11 | Operation Closed (Active Maintenance) | 12 |
| 12 | Known Encampment (Not Planned for Closure) | 1 |
| 12 | Planned Operation | 1 |
| 12 | Operation Closed (Active Maintenance) | 3 |
| 13 | Known Encampment (Not Planned for Closure) | 7 |
| 13 | Planned Operation | 3 |
| 13 | Operation Closed (Active Maintenance) | 24 |
| 13 | Operation Closed (No Maintenance) | 2 |
| 14 | Known Encampment (Not Planned for Closure) | 1 |
| 14 | Planned Operation | 2 |
| 14 | Active Closure Operation | 1 |
| 14 | Operation Closed (Active Maintenance) | 9 |
| 14 | Operation Closed (No Maintenance) | 1 |
| 15 | Known Encampment (Not Planned for Closure) | 13 |
| 15 | Planned Operation | 2 |
| 15 | Active Closure Operation | 1 |
| 15 | Operation Closed (Active Maintenance) | 8 |
| **Grand Total** | **Total** | **241** |

| CD | Count of Encampments |
|---|---|
| 1 | 30 |
| 2 | 9 |
| 3 | 13 |
| 4 | 9 |
| 5 | 15 |
| 6 | 23 |
| 7 | 14 |
| 8 | 21 |
| 9 | 20 |
| 10 | 11 |
| 11 | 24 |
| 12 | 5 |
| 13 | 36 |
| 14 | 14 |
| 15 | 24 |
| **Grand Total** | **241** |

**Number of Encampments in the City - as of December 31, 2025**

| CD | Encampment Status | Count of Encampments |
|---|---|---|
| 1 | Known Encampment (Not Planned for Closure) | 5 |
| 1 | Planned Operation | 6 |
| 1 | Operation Closed (Active Maintenance) | 18 |
| 1 | Operation Closed (No Maintenance) | 2 |
| 2 | Known Encampment (Not Planned for Closure) | 4 |
| 2 | Active Closure Operation | 2 |
| 2 | Operation Closed (Active Maintenance) | 3 |
| 3 | Known Encampment (Not Planned for Closure) | 5 |
| 3 | Planned Operation | 1 |
| 3 | Operation Closed (Active Maintenance) | 6 |
| 3 | Operation Closed (No Maintenance) | 1 |
| 4 | Known Encampment (Not Planned for Closure) | 3 |
| 4 | Planned Operation | 1 |
| 4 | Operation Closed (Active Maintenance) | 4 |
| 4 | Operation Closed (No Maintenance) | 1 |
| 5 | Known Encampment (Not Planned for Closure) | 6 |
| 5 | Planned Operation | 4 |
| 5 | Operation Closed (Active Maintenance) | 5 |
| 6 | Known Encampment (Not Planned for Closure) | 11 |
| 6 | Planned Operation | 3 |
| 6 | Operation Closed (Active Maintenance) | 9 |
| 7 | Known Encampment (Not Planned for Closure) | 6 |
| 7 | Planned Operation | 2 |
| 7 | Operation Closed (Active Maintenance) | 6 |
| 8 | Known Encampment (Not Planned for Closure) | 4 |
| 8 | Planned Operation | 3 |
| 8 | Active Closure Operation | 1 |
| 8 | Operation Closed (Active Maintenance) | 13 |
| 9 | Known Encampment (Not Planned for Closure) | 9 |
| 9 | Planned Operation | 5 |
| 9 | Active Closure Operation | 1 |
| 9 | Operation Closed (Active Maintenance) | 5 |
| 10 | Known Encampment (Not Planned for Closure) | 4 |
| 10 | Operation Closed (Active Maintenance) | 5 |
| 10 | Operation Closed (No Maintenance) | 2 |
| 11 | Known Encampment (Not Planned for Closure) | 10 |
| 11 | Planned Operation | 2 |
| 11 | Operation Closed (Active Maintenance) | 12 |
| 12 | Known Encampment (Not Planned for Closure) | 1 |
| 12 | Planned Operation | 1 |
| 12 | Operation Closed (Active Maintenance) | 3 |
| 13 | Known Encampment (Not Planned for Closure) | 7 |
| 13 | Planned Operation | 3 |
| 13 | Operation Closed (Active Maintenance) | 24 |
| 13 | Operation Closed (No Maintenance) | 2 |
| 14 | Known Encampment (Not Planned for Closure) | 1 |
| 14 | Planned Operation | 2 |
| 14 | Active Closure Operation | 1 |
| 14 | Operation Closed (Active Maintenance) | 9 |
| 14 | Operation Closed (No Maintenance) | 1 |
| 15 | Known Encampment (Not Planned for Closure) | 13 |
| 15 | Planned Operation | 2 |
| 15 | Active Closure Operation | 1 |
| 15 | Operation Closed (Active Maintenance) | 8 |
| **Grand Total** | **Total** | **242** |

| CD | Count of Encampments |
|---|---|
| 1 | 31 |
| 2 | 9 |
| 3 | 13 |
| 4 | 9 |
| 5 | 15 |
| 6 | 23 |
| 7 | 14 |
| 8 | 21 |
| 9 | 20 |
| 10 | 11 |
| 11 | 24 |
| 12 | 5 |
| 13 | 36 |
| 14 | 14 |
| 15 | 24 |
| **Grand Total** | **242** |