UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 221
Los Angeles, California 90017
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
mumhofer@umklaw.com
emitchell@umklaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>Defendants. | Case No. 2:20-CV-02291-DOC-KES<br><br>Assigned to Judge David O. Carter<br><br>**DECLARATION OF ELIZABETH A. MITCHELL IN SUPPORT OF PLAINTIFF LA ALLIANCE FOR HUMAN RIGHTS' OPPOSITION TO DEFENDANT CITY OF LOS ANGELES' MOTION FOR ORDER RE COMPLIANCE WITH SECTION 8.2 OF SETTLEMENT AGREEMENT**<br><br>Date:  February 9, 2026<br>Time:  8:30 a.m.<br>Location:  Courtroom 10A<br><br>Complaint Filed:  March 10, 2020<br>SASC Filed:  July 15, 2022<br>Settlement Filed:  May 24, 2022 |

*DECL. OF ELIZABETH A. MITHCELL ISO OPP'N TO MOTION FOR ORDER RE COMPLIANCE WITH SECTION 8.2 OF SETTLEMENT AGREEMENT*

I, Elizabeth A. Mitchell, hereby declare as follows:

1.      I am an attorney at the law firm of Umhofer, Mitchell & King LLP, and I represent Plaintiffs LA Alliance for Human Rights (the "Alliance"), Joseph Burk, George Frem, Wenzial Jarrell, Charles Malow, Karyn Pinsky, and Harry Tashdjian ("Plaintiffs") in this action.  I submit this declaration in support of Plaintiff's Opposition to Defendant City's Motion for Order re Compliance with Section 8.2 of Settlement Agreement.  Except for those that are stated upon information and belief, I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2.      Buried in the City's brief is the necessary concession that LA Alliance did actually meet and confer with the City several times. Specifically, the parties met four times in 2025—on March 4, August 7, August 14, and October 30—in an effort to address the City's request for a modification under Section 8.2 of the Settlement Agreement based on emergencies experienced by the City. The parties also exchanged multiple emails concerning their positions.

3.      Defendant City wrongly identifies August 7, 2025 as the "first meet-and-confer call" and August 22, 2025 as the "second discussion." Defendant ignores the parties' first meet-and-confer on this subject on March 4, 2025, wherein the City requested the Alliance agree to modify the Settlement Agreement under Section 8.2 to count 3,000 "Roadmap" beds towards the City's Settlement Agreement obligations.

4.      In response to the City's request, counsel for LA Alliance asked: "Can you please send me the proposed 3,000 beds you would migrate?" The City never responded.

5.      Attached hereto as **Exhibit A** is a true and correct copy of an email chain between Elizabeth A. Mitchell and Arlene Hoang, most recent date of March 27, 2025.

6.      Attached hereto as **Exhibit B** is a true and correct copy of an email chain between counsel, most recent date of August 15, 2025.

1

*DECL. OF ELIZABETH A. MITCHELL OPP'N TO MOTION FOR ORDER RE COMPLIANCE WITH SECTION 8.2 OF SETTLEMENT AGREEMENT*

7.      Attached hereto as **Exhibit C** is a true and correct copy of an email chain between Elizabeth A. Mitchell and Bradley J. Hamburger, most recent date of October 17, 2025.

8.      Attached hereto as **Exhibit D** is a true and correct copy of an email chain between Elizabeth A. Mitchell and Bradley J. Hamburger, most recent date of October 23, 2025.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 16, 2026 at Los Angeles, California.


*/s/ Elizabeth A. Mitchell*
Elizabeth A. Mitchell

2
*DECLARATION OF ELIZABETH A MITCHELL ISO MOTION TO ENFORCE SETTLEMENT AGREEMENT AS TO COUNTY OF LOS ANGELES*