# Exhibit A

| From: | Elizabeth Mitchell |
|---|---|
| To: | Arlene Hoang |
| Cc: | Jessica Mariani |
| Subject: | Re: LA Alliance |
| Date: | Thursday, March 27, 2025 6:01:23 PM |

Can you please send me the proposed 3,000 beds you would migrate? Thanks.

Sent from my T-Mobile 5G Device
Get Outlook for Android

**From:** Arlene Hoang <arlene.hoang@lacity.org>
**Sent:** Thursday, March 27, 2025 3:41:01 PM
**To:** Elizabeth Mitchell <elizabeth@umklaw.com>
**Cc:** Jessica Mariani <jessica.mariani@lacity.org>
**Subject:** Re: LA Alliance

Dear Liz,

It was nice seeing you today in court.  As we discussed yesterday, we reached out at the suggestion of Special Master Michele Martinez to see if Plaintiff LA Alliance had an interest in re-engaging in the parties' meet and confer efforts under Section 8.2 of the Settlement Agreement. You indicated your client is not agreeable to the City's proposal to migrate 3000 Roadmap beds into the Alliance agreement.  You further indicated that Plaintiff does not have a counter-proposal to make pursuant to Section 8.2, and you denied the wildfire emergency has created a necessity for any necessary and appropriate amendments to the settlement obligations.

If my understanding of our discussion is inaccurate, please let us know.  Similarly, if Plaintiff changes its mind and has an interest in re-engaging in the meet and confer efforts under Section 8.2 of the Settlement Agreement, please also let us know.


Arlene Hoang
Deputy City Attorney
Office of the Los Angeles City Attorney
Business and Complex Litigation Division
200 N. Main Street, Room 675
Los Angeles, CA 90012
T:  213-978-7508
F: 213-978-7011
Arlene.Hoang@lacity.org



On Wed, Mar 26, 2025 at 9:42 AM Arlene Hoang <arlene.hoang@lacity.org> wrote:
> Hi Liz,
>
> Unfortunately we could not connect with you at 9 am.  We will call you at 11 am and hope to speak then.

1

Arlene Hoang
Deputy City Attorney
Office of the Los Angeles City Attorney
Business and Complex Litigation Division
200 N. Main Street, Room 675
Los Angeles, CA 90012
T:  213-978-7508
F: 213-978-7011
Arlene.Hoang@lacity.org

On Tue, Mar 25, 2025 at 3:07 PM Elizabeth Mitchell <elizabeth@umklaw.com> wrote:

> I have meetings tomorrow from 9:30am-11am and then 12-1:30.  I'm mostly
> often after that.
>
>
> ---
>
> **From:** Arlene Hoang <arlene.hoang@lacity.org>
> **Sent:** Tuesday, March 25, 2025 3:03 PM
> **To:** Elizabeth Mitchell <elizabeth@umklaw.com>
> **Cc:** Jessica Mariani <jessica.mariani@lacity.org>
> **Subject:** Re: LA Alliance
>
>
> Hi Liz,
>
>
> We have a call at 8 am tomorrow that we cannot move, and unsure how long it
> will go.  If we are done at 9 am, we will give you a call.  Otherwise, are you
> available to speak at 9:15 or 9:30 a.m. to be on the safe side - I expect we should
> be done with our earlier call by then.
>
>
> Arlene Hoang
>
> Deputy City Attorney
>
> Office of the Los Angeles City Attorney
>
> Business and Complex Litigation Division
>
> 200 N. Main Street, Room 675

2

Los Angeles, CA 90012

T:  213-978-7508

F: 213-978-7011

Arlene.Hoang@lacity.org

On Tue, Mar 25, 2025 at 2:35 PM Elizabeth Mitchell <elizabeth@umklaw.com> wrote:

Hi Arlene,

I'm sorry I'm jammed all day today.  I could talk tomorrow morning around 8:30/9am if that works. I'm hit-and-miss the rest of the day tomorrow.

Best,

Liz

---

**From:** Arlene Hoang <arlene.hoang@lacity.org>
**Sent:** Tuesday, March 25, 2025 8:56 AM
**To:** Elizabeth Mitchell <elizabeth@umklaw.com>
**Cc:** Jessica Mariani <jessica.mariani@lacity.org>
**Subject:** LA Alliance

Good morning Liz,

Do you have some time to chat today?

Arlene Hoang

Deputy City Attorney

3

Office of the Los Angeles City Attorney

Business and Complex Litigation Division

200 N. Main Street, Room 675

Los Angeles, CA 90012

T:  213-978-7508

F: 213-978-7011

Arlene.Hoang@lacity.org

****************Confidentiality Notice ************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or
protected by the attorney-client privilege and/or the work product doctrine. If you are
not the intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received
this communication in error, please notify us immediately by e-mail and delete the
original message and any attachments without reading or saving in any manner.
*************************************************************

****************Confidentiality Notice ************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected
by the attorney-client privilege and/or the work product doctrine. If you are not the
intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received
this communication in error, please notify us immediately by e-mail and delete the
original message and any attachments without reading or saving in any manner.
*************************************************************

****************Confidentiality Notice ************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by
the attorney-client privilege and/or the work product doctrine. If you are not the intended
recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this
communication in error, please notify us immediately by e-mail and delete the original
message and any attachments without reading or saving in any manner.
*************************************************************

4