Shayla R. Myers (SBN 264054)
**LEGAL AID FOUNDATION**
**OF LOS ANGELES**
1550 W. 8th St
Los Angeles, CA 90017
Tel: (213) 640-3983
Email: smyers@lafla.org

*Attorneys for Intervenors CANGRESS and Los*
*Angeles Catholic Worker*
*Additional Counsel listed on next page*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, *et. al.*<br>        Plaintiff(s),<br><br>    v.<br><br>City of Los Angeles, *et. al.*<br>        Defendant(s). | CASE NO.: 20-CV-02291-DOC-KES<br><br>Hon. David O. Carter<br><br>**PARTIES' RESPONSE TO ORDER RE:** *CANGRESS V CITY OF LOS ANGELES*, **LA SUP. CT. CASE NO. 25STCP00261 [DKT. 1133]**<br><br>Action Filed:  March 10, 2020 |

**PARTIES' RESPONSE TO ORDER RE:**
*CANGRESS V CITY OF LOS ANGELES* **[DKT. 1133]**

*Additional Counsel*

Catherine Sweetser (SBN 271142)
**SCHONBRUN SEPLOW HARRIS
& HOFFMAN, LLP**
11543 W. Olympic Blvd.
Los Angeles, CA 90064
Tel: (310) 396-0731
Email: catherine.sdshhh@gmail.com

*Attorneys for Intervenors*

Carol A. Sobel (SBN 84483)
**LAW OFFICE OF CAROL A. SOBEL**
725 Arizona Ave.
Santa Monica, CA 90401
Telephone: (310) 393-3055
Email: carolsobel@aol.com

*Attorneys for Intervenors*

**PARTIES' RESPONSE TO ORDER RE:**
*CANGRESS V CITY OF LOS ANGELES* **[DKT. 133]**

Intervenors CANGRESS and Los Angeles Catholic Worker and Defendant City of Los Angeles respectfully respond to the Court's January 14th, 2026 order, Dkt. 1133, regarding Los Angeles County Superior Court case, *CANGRESS v. City of Los Angeles*, No. 25STCP00261, which was filed by Intervenor in this case, CANGRESS, against Defendant, City of Los Angeles.  The matter remains pending before the Honorable Judge Curtis Kin.  The Court ordered the parties to lodge a copy of Judge Kin's briefing schedule in this matter by Wednesday, January 21, 2026 at 12:00 p.m. Dkt. 1133 at 2.

There is currently no briefing schedule pending in *CANGRESS v. City of Los Angele*s.  The trial was held in the matter on November 20, 2025, and the Court took the matter under submission.  On January 5, 2026, the Court granted Petitioner CANGRESS's writ of mandate.  The Court ordered CANGRESS to file a prosed judgment and form of writ in accordance with Local Rule 3.231(n).  A true and correct copy of the Court's January 5, 2026 order and ruling are attached as Exhibits A and B.

Pursuant to Local Rule 3.231(n), Petitioner CANGRESS has prepared a proposed judgment and form of writ and served it on the City of Los Angeles. The City of Los Angeles must provide objections to the proposed judgment and form of writ, if any, by January 22, 2026.  Rule 3.231 requires the parties to meet and confer about the objections, if any, and submit the proposed judgment and any remaining objections to the Court.  The Court may then schedule an Order to Show Cause re: any objections.  There is currently no further hearing set in the matter; however, the Court has scheduled a non-appearance case review for February 2, 2026.

//
//
//
//
//

3

**PARTIES' RESPONSE TO ORDER RE:**
*CANGRESS V. CITY OF LOS* ANGELES [DKT. 1133]

DATED: January 21, 2026

LEGAL AID FOUNDATION OF LOS ANGELES

By: /s/
Shayla Myers

*Attorneys for Intervenors CANGRESS and LOS ANGELES CATHOLIC WORKER*

DATED: January 21, 2026

GIBSON, DUNN & CRUTCHER LLP

By: /s/
Bradley Hamburger

*Attorneys for Defendant CITY OF LOS ANGELES*

## SIGNATURE ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4

I hereby attest that I have obtained the concurrences of each of the above signatories for the e-filing of this document.

Date: January 21, 2026

Respectfully Submitted,

LEGAL AID FOUNDATION OF LOS ANGELES

By: /s/
Shayla Myers

*Attorneys for Intervenors CANGRESS and LOS ANGELES CATHOLIC WORKER*

4

**PARTIES' RESPONSE TO ORDER RE:**
***CANGRESS V. CITY OF LOS ANGELES* [DKT. 1133]**