# EXHIBIT A

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
### Central District, Stanley Mosk Courthouse, Department 86

**25STCP00261**                                                  January 5, 2026
**CANGRESS vs CITY OF LOS ANGELES**                              11:00 AM

Judge: Honorable Curtis A. Kin          CSR: None
Judicial Assistant: Mysty Mort          ERM: None
Courtroom Assistant: None               Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): No Appearances

For Defendant(s):  No Appearances

**NATURE OF PROCEEDINGS:** Ruling on Submitted Matter

The Court, having taken the matter under submission on 11/20/2025 for Hearing on Petition for Writ of Mandate, now rules as follows: The Petition for Writ of Mandate filed by Cangress on 01/24/2025 is Granted.

Pursuant to Local Rule 3.231(n), petitioner shall prepare, serve, and ultimately file a proposed judgment and form of writ in accordance with this ruling.

Ruling on Verified Petition for Writ of Mandate is signed and filed this date, a copy of which is sent to counsel for each side along with this minute order by U.S. Mail.

The Administrative Record is ordered returned forthwith to the party who lodged it, to be preserved unaltered until a final judgment is rendered in this case and is to be forwarded to the Court of Appeal in the event of an appeal.

Clerk to give notice.

Certificate of Mailing is attached.