GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
POONAM G. KUMAR, SBN 270802
  pkumar@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
  pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213.978.7508
Facsimile: 213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>Defendant. | CASE NO. 2:20-cv-02291 DOC (KES)<br><br>Honorable David O. Carter, United States District Judge<br><br>**JOINT STIPULATION TO STAY ENFORCEMENT OF FEES ORDER PENDING APPEAL**<br><br>Action Filed:     March 10, 2020 |

Pursuant to Local Rule 7-1, Defendant City of Los Angeles, Plaintiff LA Alliance for Human Rights, and Intervenors Los Angeles Community Action Network and LA Catholic Worker, by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, the Court granted the Alliance's and Intervenors' motions for attorneys' fees, awarding $1,600,633.00 in attorneys' fees and $5,067.21 in costs to the Alliance and $201,182.50 in attorneys' fees and $160.00 in costs to Intervenors on January 6, 2026.  Dkt. 1127.

WHEREAS, the City timely appealed from the Court's fees and costs order on January 8, 2026.  Dkt. 1129.

WHEREAS, under Federal Rule of Civil Procedure 62(b), a party may obtain an automatic stay of execution of the judgment "by providing a bond or other security."

WHEREAS, the Parties agree that a bond is not necessary to stay execution of the fees order.

WHEREAS, this Court has inherent authority to waive the bond requirement.

IT IS HEREBY STIPULATED AND AGREED THAT:

1.    The January 6, 2026 order awarding fees and costs is stayed pending the City's Appeal.

2.    The City is not required to post a supersedeas bond.

**IT IS SO STIPULATED.**

DATED: January 23, 2026                    GIBSON, DUNN & CRUTCHER LLP

By: */s/ Theane Evangelis*
Theane Evangelis

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

1

JOINT STIPULATION TO STAY ENFORCEMENT OF FEES ORDER PENDING APPEAL
2:20-cv-02291 DOC (KES)

DATED: January 23, 2026        UMHOFER, MITCHELL & KING, LLP


By: */s/ Elizabeth A. Mitchell*
Elizabeth A. Mitchell

*Attorneys for Plaintiff*
*LA ALLIANCE FOR HUMAN RIGHTS*


DATED: January 23, 2026        LEGAL AID FOUNDATION OF LOS ANGELES


By: */s/ Shayla Myers*
Shayla Myers

*Attorneys for Intervenors*
*LOS ANGELES COMMUNITY ACTION*
*NETWORK and LOS ANGELES*
*CATHOLIC WORKER*

Gibson, Dunn & Crutcher LLP

2

## SIGNATURE ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4

I hereby attest that I have obtained the concurrences of each of the above signatories for the e-filing of this Joint Stipulation to Continue Scheduling Conference.

DATED:  January 23, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Theane Evangelis*
Theane Evangelis

*Attorneys for Defendant*
*CITY OF LOS ANGELES*