IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| LA ALLIANCE FOR HUMAN RIGHTS, et al., | CASE NO. 2:20-cv-02291 DOC (KES) |
|---|---|
| Plaintiffs, | Honorable David O. Carter, United States District Judge |
| v. | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY ENFORCEMENT OF FEES ORDER PENDING APPEAL** |
| CITY OF LOS ANGELES, a Municipal entity, et al., | |
| Defendant. | |

Before the Court is the Parties' stipulation to stay enforcement of the Court's January 6, 2026 order, Dkt. 1127, awarding attorneys' fees and costs to Plaintiff LA Alliance for Human Rights and Intervenors Los Angeles Community Action Network and LA Catholic Worker.  Having reviewed the Application, and good cause appearing, the Court orders as follows:

**IT IS HEREBY ORDERED** that:

The January 6, 2026 Order is hereby stayed pending the City's appeal.  The City is not required to post a supersedeas bond.

IT IS SO ORDERED.

Date: _____                          _____

Hon. David O. Carter
United States District Judge
Central District of California

1

[PROPOSED] ORDER GRANTING STIPULATION TO STAY ENFORCEMENT OF FEES
ORDER PENDING APPEAL
2:20-cv-02291 DOC (KES)