LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
LAUREN M. BRODY (State Bar No. 337858)
lbrody@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>        Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**STATUS REPORT RE: LAHSA'S RECOUPMENT OF MEASURE H FUNDS**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

774665.1

STATUS REPORT RE: LAHSA'S RECOUPMENT OF MEASURE H FUNDS

At the January 12, 2026 hearing, the Court asked Defendant County of Los Angeles to provide an update regarding the status of outstanding advances that the Los Angeles Homeless Services Authority ("LAHSA") provided to service providers relating to Measure H funding. Attached as <u>Exhibit A</u> is a letter from LAHSA regarding the status of the recoupment of Measure H working capital advances from service providers. Any questions about the letter, the enclosed recoupment tracker, or related information should be directed towards LAHSA.

DATED: January 27, 2026          MILLER BARONDESS, LLP


By:      /s/ Mira Hashmall
         MIRA HASHMALL
         Attorneys for Defendant
         COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

774665.1

2

STATUS REPORT RE: LAHSA'S RECOUPMENT OF MEASURE H FUNDS

**INDEX OF EXHIBITS**

| Exhibit No. | Description | Pg. No. |
|---|---|---|
| A. | January 23, 2026 Letter from LAHSA re Update on Recoupment of Measure H Working Capital Advances issued to Service Providers | 4-7 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400