# EXHIBIT A

LOS ANGELES
HOMELESS
SERVICES
LAHSA AUTHORITY

707 Wilshire Blvd. 10th Floor
Los Angeles, CA 90017
213 683.3333
www.lahsa.org

January 23, 2026

The Honorable David O. Carter
United States District Judge
United States District Court
Central District of California
U.S. Courthouse
350 West 1st Street
Los Angeles, CA 90012

**Subject: January 2026 Update on Recoupment of Measure H Working Capital Advances issued to Service Providers**

Dear Judge Carter:

This letter provides an update on the recoupment of County Measure H Working Capital Advances issued to service providers since the prior update to the Court submitted by LAHSA in September 2025. As previously submitted to the Court, included with this letter is a spreadsheet detailing the status of each organization's advance balance and total repayments identified as of the date of the report.

County Measure H Working Capital Advances were issued to service providers from County Measure H funding to support start-up costs and ongoing cashflow needs of providers. These advances were always meant to be recouped at the conclusion of County Measure H (originally slated for 2027). Starting in December 2023, LAHSA proactively engaged with service providers to establish feasible repayment plans to help providers avoid unreasonably large payments in 2027 when full repayment of the County Measure H Working Capital Advances is expected. It should be noted that all established repayment plans were negotiated to be paid in dollars and do not include any payments considered to be in-kind.

**Progress on Recoupment since last submission to Court (September 2025)**

- In September 2025, LAHSA reported to the Court a total remaining balance of $33.7M (representing 66%) of the original $50.8M of County Measure H Working Capital Advances issued to service providers.

- Since the September 2025 report, LAHSA has been able to engage with service providers for an additional recoupment of $3.3M as of January 2025. This has resulted in a reduction of the total County MH working capital advance balance to $30.4M (60% of the original County MH Working Capital advances issued).

**Next Steps**

- LAHSA has established repayment plans with service providers with the initial target for recoupment to be completed in 2027, except in specific cases where County CEO HI (now

- A Joint Powers Authority Created by the City and County of Los Angeles -

**Exhibit A, Page 5**

Page 2 of 2

Department of Homeless Services and Housing) has granted extended repayment plans for certain service providers based on the County's discretion.

- As of the date of this report to the Court, there are four (4) service providers for which there is no outstanding MH WC balance.

- LAHSA is engaging with service providers in January 2026 to ensure that payments are resumed by service providers that requested a temporary pause due to cash-flow constraints caused by delays in contracting process for current fiscal year. LAHSA will maintain its engagement with providers to ensure they are on track with their repayment plans until County assumes responsibility starting next fiscal year.

- As part of the monthly Finance Committee reporting to the LAHSA Commission, LAHSA will continue to present progress regarding the County Measure H Working Capital Recoupment process.

LAHSA remains committed to the full recoupment of the County Measure H Working Capital issued, in partnership with County CEO HI and service providers.

In appreciation of the Court's attention.

Respectfully submitted,

Gita O'Neill
Interim Chief Executive Officer
Los Angeles Homeless Services Authority (LAHSA)

## Los Angeles Homeless Services Authority (LAHSA)
### Measure H Working Capital Advance Recoupment Tracker as of January 2026

| # | Service Providers | Total Advances Issued as of 7/8/2024 | Advance Balances as of Previous Court Hearing (data of 9/2/2025) | Additional Recoupments Since Previous Court Hearing | Total Recoupments through January 2026 | Current Advance Balances as of January 2026 |
|---|---|---|---|---|---|---|
| 1 | 1736 Family Crisis Center | 914,593 | 463,778 | 73,228 | 524,043 | 390,550 |
| 2 | 211 LA County | 73,938 | - | - | 73,938 | - |
| 3 | Coalition for Responsible Community Development | 268,421 | 148,421 | 30,000 | 150,000 | 118,421 |
| 4 | Community Partners for the benefit of Safe Place For Youth | 64,274 | 33,929 | - | 30,345 | 33,929 |
| 5 | Covenant House California | 491,468 | 245,732 | - | 245,736 | 245,732 |
| 6 | First to Serve | 755,528 | 579,209 | 75,525 | 251,844 | 503,684 |
| 7 | Harbor Interfaith Services, Inc. | 2,229,945 | 1,910,996 | 50,256 | 369,205 | 1,860,740 |
| 8 | Hathaway-Sycamores Child and Family Services | 1,128,937 | 576,243 | 132,257 | 684,951 | 443,986 |
| 9 | Home at Last Community Development Corporation | 797,681 | 797,681 | - | - | 797,681 |
| 10 | Homeless Health Care LA | 299,682 | 294,338 | 294,338 | 299,682 | - |
| 11 | Hope of the Valley Rescue Mission | 68,250 | 34,125 | - | 34,125 | 34,125 |
| 12 | Jovenes, Inc. | 449,117 | 324,265 | 5,946 | 130,798 | 318,319 |
| 13 | L.A. Family Housing Corporation | 6,373,401 | 4,148,861 | 816,134 | 3,040,674 | 3,332,727 |
| 14 | National Health Foundation | 52,317 | - | - | 52,317 | - |
| 15 | New Directions, Inc. | 34,347 | 34,347 | - | - | 34,347 |
| 16 | People Assisting the Homeless | 8,274,239 | 8,233,658 | 60,600 | 101,181 | 8,173,058 |
| 17 | Rainbow Services | 118,317 | 118,317 | 9,654 | 9,654 | 108,663 |
| 18 | Sanctuary of Hope | 344,884 | 191,780 | 20,607 | 173,710 | 171,174 |
| 19 | Special Services For Groups, Inc. | 6,674,335 | - | - | 6,674,335 | - |
| 20 | St. Anne's Maternity Home | 326,067 | 146,002 | 16,222 | 196,287 | 129,780 |
| 21 | St. Joseph Center | 2,930,300 | 2,373,625 | 166,190 | 722,865 | 2,207,435 |
| 22 | Testimonial Community Love Center | 388,684 | 388,684 | 39,823 | 39,823 | 348,861 |
| 23 | The Midnight Mission | 448,950 | 411,538 | 187,062 | 224,475 | 224,476 |
| 24 | The People Concern | 3,812,087 | 3,762,698 | 276,814 | 326,203 | 3,485,884 |
| 25 | The Village Family Services | 869,561 | 421,508 | - | 448,053 | 421,508 |
| 26 | The Whole Child | 914,426 | 893,651 | 80,829 | 101,604 | 812,822 |
| 27 | Union Station Homeless Services | 2,035,055 | 1,864,185 | 183,332 | 354,202 | 1,680,853 |
| 28 | United Friends of the Children | 783,533 | 652,943 | - | 130,590 | 652,943 |
| 29 | United States Veterans Initiative, Inc. | 229,119 | 177,599 | - | 51,520 | 177,599 |
| 30 | Upward Bound House | 262,105 | 205,908 | 1,183 | 57,380 | 204,725 |
| 31 | Valley Oasis (formerly *Antelope Valley Domestic Violence Council*) | 2,684,614 | 1,249,074 | - | 1,435,540 | 1,249,074 |
| 32 | Volunteers of America of Los Angeles | 5,050,169 | 2,471,394 | 814,350 | 3,393,125 | 1,657,044 |
| 33 | Weingart Center Association | 436,051 | 436,051 | - | - | 436,051 |
| 34 | Whittier Area First Day Coalition | 206,833 | 114,833 | 5,750 | 97,750 | 109,083 |
| | **Totals** | 50,791,228 | 33,705,371 | 3,340,098 | 20,425,955 | 30,365,272 |

Note: Repayment agreement letters have been signed and returned by all Service Providers.

**Exhibit A, Page 7**