**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



quodient
FIRST-CLASS MAIL
IMI
$001.90 ⁰
01/21/2026 ZIP 90012
043M31268156
US POSTAGE

2:20CV02291-DOC-KES





CLERK U.S. DISTRICT COURT

JAN 2 3 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY



FILED
CLERK, U.S. DISTRICT COURT

JAN 2 3 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

EP

Case: 2:20cv2291  Doc: 1134

Sean Christopher Rotstan
Stephenson, Acquisto & Colman
500 N. Brand Boulevard, Suite 1450
Glendale, CA 91203

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:** 1134

**Docket Text:**
**MINUTES OF Evidentiary Hearing For Order To Show Cause RE Contempt City Of Los Angeles [1066] (Held at Los Angeles First Street) before Judge David O. Carter. For reasons as stated on the record, the Court STAYS this matter. Court Reporter: Court Smart. (twdb)**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**

Nadia Ann Sarkis    docket@millerbarondess.com, dgreen@millerbarondess.com, nsarkis@millerbarondess.com

Jessica Mariani    jessica.mariani@lacity.org, ava.smith@lacity.org

Jason H. Tokoro    aalamango@millerbarondess.com, jtokoro@millerbarondess.com, briding@millerbarondess.com

Joseph Reichmann    filing@yagmanlaw.net, admin@yagmanlaw.net

Catherine Elizabeth Sweetser    csweetser@sshhzlaw.com, cgallegos@sshhzlaw.com

Lauren Marie Brody    docket@millerbarondess.com, bbinns@millerbarondess.com, lbrody@millerbarondess.com

Daniel Rolf Adler    dadler@gibsondunn.com, daniel-r-adler-6522@ecf.pacerpro.com

Theano Evangelis Kapur    , tevangelis@gibsondunn.com, pacer-ca@gibsondunn.com, theane-evangelis-7690@ecf.pacerpro.com

Manuel A. Abascal    manuel-abascal-7112@ecf.pacerpro.com, manny.abascal@lw.com

Jeffrey Lewis    jeff@jefflewislaw.com, kyla@jefflewislaw.com, jason@jefflewislaw.com

Daniel B. Garrie    daniel@lawandforensics.com

Jonathan M. Eisenberg    conrad.sison@ahf.org, jonathan.eisenberg@ahf.org

Stephen Yagman    filing@yagmanlaw.net

Marcellus A McRae    mmcrae@gibsondunn.com, marcellus-mcrae-1628@ecf.pacerpro.com

Bradley Joseph Hamburger    bradley-j-hamburger-2088@ecf.pacerpro.com, pacer-ca@gibsondunn.com, bhamburger@gibsondunn.com

Ana Wai-Kwan Lai    alai@counsel.lacounty.gov

Byron J McLain    byron-mclain-5906@ecf.pacerpro.com, bmclain@foley.com

Scott D Marcus    guadalupe.lopez@lacity.org, irene.m.perez@lacity.org, scott.marcus@lacity.org

Weston C Rowland    rowlandweston@gmail.com, rowland.weston@gmail.com

Mark S Ravis    mravis99@gmail.com

Arlene Nancy Hoang    arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org

Poonam Kumar    pacer-ca@gibsondunn.com, pkumar@gibsondunn.com, poonam-g-kumar-4421@ecf.pacerpro.com

Matthew Donald Umhofer    calendaring@umklaw.com, matthew@umklaw.com, jon@umklaw.com

Carol A. Sobel    carolsobel@aol.com, carolsobellaw@gmail.com

Jennifer Mira Hashmall    aransom@millerbarondess.com, mhashmall@millerbarondess.com, docket@millerbarondess.com, eruth@millerbarondess.com

Angelique Kaounis    akaounis@gibsondunn.com, angelique-kaounis-6906@ecf.pacerpro.com, pacer-ca@gibsondunn.com

Diane H Bang    dbang@umklaw.com, calendaring@umklaw.com