**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Case: 2:20cv2291  Doc: 1137

*1137*

William R Wise                                        Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705



2:20CV2291-DOC

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 7 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY



Case: 2:20cv2291  Doc: 1137

William R Wise                                           Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Case Participants: Manuel A. Abascal (manny.abascal@lw.com,
manuel-abascal-7112@ecf.pacerpro.com), Daniel Rolf Adler (dadler@gibsondunn.com,
daniel-r-adler-6522@ecf.pacerpro.com), Diane H Bang (calendaring@umklaw.com,
dbang@umklaw.com), Timothy Daniel Biche (pacer-ca@gibsondunn.com, tbiche@gibsondunn.com,
tim-bich-3939@ecf.pacerpro.com), Lauren Marie Brody (bbinns@millerbarondess.com,
docket@millerbarondess.com, lbrody@millerbarondess.com), Christian M. Contreras
(4063787420@filings.docketbird.com, ac@contreras-law.com, al@contreras-law.com,
cc@contreras-law.com, cm@contreras-law.com, kd@contreras-law.com, kt@contreras-law.com,
lawclerk@contreras-law.com, ma@contreras-law.com, mg@contreras-law.com,
paralegal@contreras-law.com, pr@contreras-law.com), Jonathan M. Eisenberg
(conrad.sison@ahf.org, jonathan.eisenberg@ahf.org), Patrick James Fuster
(patrick-j-fuster-3966@ecf.pacerpro.com, pfuster@gibsondunn.com), Isabelle Maxine Geczy
(igeczy@lafla.org, lschmidt@lafla.org), Bradley Joseph Hamburger (bhamburger@gibsondunn.com,
bradley-j-hamburger-2088@ecf.pacerpro.com, pacer-ca@gibsondunn.com), Jennifer Mira Hashmall
(aransom@millerbarondess.com, docket@millerbarondess.com, eruth@millerbarondess.com,
mhashmall@millerbarondess.com), Arlene Nancy Hoang (arlene.hoang@lacity.org,
evelyn.rodriguez@lacity.org), Paul L Hoffman (hoffpaul@aol.com, jwashington@sshhzlaw.com,
sshhwilliam@gmail.com), Angelique Kaounis (akaounis@gibsondunn.com,
angelique-kaounis-6906@ecf.pacerpro.com, pacer-ca@gibsondunn.com), Theano Evangelis Kapur
(pacer-ca@gibsondunn.com, tevangelis@gibsondunn.com,
theane-evangelis-7690@ecf.pacerpro.com), Poonam Kumar (pacer-ca@gibsondunn.com,
pkumar@gibsondunn.com, poonam-g-kumar-4421@ecf.pacerpro.com), Ana Wai-Kwan Lai
(alai@counsel.lacounty.gov), Jeffrey Lewis (jason@jefflewislaw.com, jeff@jefflewislaw.com,
kyla@jefflewislaw.com), Scott D Marcus (guadalupe.lopez@lacity.org, irene.m.perez@lacity.org,
scott.marcus@lacity.org), Jessica Mariani (ava.smith@lacity.org, jessica.mariani@lacity.org), Byron J
McLain (bmclain@foley.com, byron-mclain-5906@ecf.pacerpro.com), Marcellus A McRae
(marcellus-mcrae-1628@ecf.pacerpro.com, mmcrae@gibsondunn.com), Louis R. Miller
(docket@millerbarondess.com, oashcroft@millerbarondess.com, smiller@millerbarondess.com),
Elizabeth Anne Mitchell (calendaring@umklaw.com, elizabeth@umklaw.com), Shayla Renee Myers
(bschultz@lafla.org, lbautista@lafla.org, lschmidt@lafla.org, smyers@lafla.org), Mark S Ravis
(mravis99@gmail.com), Joseph Reichmann (admin@yagmanlaw.net, filing@yagmanlaw.net), James
N. Rotstein (jimmy-rotstein-2672@ecf.pacerpro.com, jrotstein@gibsondunn.com,
pacer-ca@gibsondunn.com), Weston C Rowland (rowland.weston@gmail.com,
rowlandweston@gmail.com), Ryan Salsig (evelyn.rodriguez@lacity.org, irene.m.perez@lacity.org,
justin.grams@lacity.org, ryan.salsig@lacity.org), Nadia Ann Sarkis (dgreen@millerbarondess.com,
docket@millerbarondess.com, nsarkis@millerbarondess.com), Kahn A Scolnick
(kahn-a-scolnick-7581@ecf.pacerpro.com, kscolnick@gibsondunn.com, pacer-ca@gibsondunn.com),
Carol A. Sobel (carolsobel@aol.com, carolsobellaw@gmail.com), Catherine Elizabeth Sweetser
(cgallegos@sshhzlaw.com, csweetser@sshhzlaw.com), Jason H. Tokoro
(aalamango@millerbarondess.com, briding@millerbarondess.com, jtokoro@millerbarondess.com),
Matthew Donald Umhofer (calendaring@umklaw.com, jon@umklaw.com, matthew@umklaw.com),
Brooke Alyson Weitzman (bweitzman@eldrcenter.org, lthely@eldrcenter.org,
pamador-lopez@eldrcenter.org), Stephen Yagman (admin@yagmanlaw.net, filing@yagmanlaw.net),
Brandon D Young (bdyoung@manatt.com, lgarcete@manatt.com), Daniel B. Garrie
(daniel@lawandforensics.com), Latino Coalition of Los Angeles (ccontreras@ghclegal.com), Michele
Martinez (michele@michelecmartinez.com), James L. Smith (dmitchell@jamsadr.com,
jsmith@jamsadr.com, jsmithret@gmail.com), Josue Tiguila (ccontreras@ghclegal.com), Judge David
O. Carter (crd_carter@cacd.uscourts.gov), Magistrate Judge Karen E. Scott
(crd_scott@cacd.uscourts.gov, karen_scott@cacd.uscourts.gov)
--Non Case Participants: Christopher Thomas Casamassima (chris.casamassima@wilmerhale.com),

Meghann McArthur Cuniff (meghanncuniff@gmail.com), Samuel A. Josephs (sjosephs@spertuslaw.com), Laura D Knapp (laura.knapp@coco.ocgov.com, marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com), Nathan MacKay (epettersson@courthousenews.com), Kent K Qian (kqian@oaklandcityattorney.org), Mike Scarcella (mike.scarcella@thomsonreuters.com), Kiva Grace Schrager (kschrager@millerbarondess.com), Maia Lucia Spoto (mspoto@bloombergindustry.com), Kenneth Stahl (karen.irias@msrlegal.com), Marianne Van Riper (simon.perng@coco.ocgov.com)
--No Notice Sent:
Message-Id:<41724915@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Report Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 1/15/2026 at 2:34 PM PST and filed on 1/15/2026

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:**    1137

**Docket Text:**
**SPECIAL MASTER REPORT (lmh)**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**
Ana Wai-Kwan Lai    alai@counsel.lacounty.gov
Angelique Kaounis    akaounis@gibsondunn.com, angelique-kaounis-6906@ecf.pacerpro.com, PACER-CA@gibsondunn.com
Arlene Nancy Hoang    arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org
Bradley Joseph Hamburger    bhamburger@gibsondunn.com, bradley-j-hamburger-2088@ecf.pacerpro.com, PACER-CA@gibsondunn.com
Brandon D Young    bdyoung@manatt.com, lgarcete@manatt.com
Brooke Alyson Weitzman    bweitzman@eldrcenter.org, lthely@eldrcenter.org, pamador-lopez@eldrcenter.org
Byron J McLain    bmclain@foley.com, byron-mclain-5906@ecf.pacerpro.com
Carol A. Sobel    carolsobellaw@gmail.com, carolsobel@aol.com