**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                                Date:  February 4, 2026

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Maria Barr for Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER SETTING FEBRUARY 10, 2026 HEARING**

On December 19, 2025, the City of Los Angeles (the "City") filed a Motion regarding compliance with Section 8.2 of the Settlement Agreement (Dkt. 429-1) and noticed a hearing for February 9, 2026 at 8:30 a.m. Section 8.2 of the Settlement Agreement provides as follows:

> In the event of fires, floods, earthquakes, epidemics, quarantine restrictions, or other natural catastrophic occurrences; terrorist acts, insurrections or other large scale civil disturbances; or any local or fiscal emergency declared by the Mayor of Los Angeles and the Los Angeles City Council under the authority vested in them by the Los Angeles City Charter and Los Angeles Administrative Code (or other applicable ordinances, resolutions, or laws), the obligations of the City as set forth in Sections 3, 4, and 5 of this Agreement shall be paused, and the

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                                            Date: February 4, 2026

Page 2

        Parties agree to meet and confer on any necessary and appropriate amendments to those obligations.

        Because of the Court's scheduled Monday, February 9, 2026 calendar, the hearing is **SET** for February 10, 2026 at 9:00 a.m. The hearing shall occur in <u>Courtroom 1 in the United States Courthouse in Los Angeles before Judge David O. Carter.</u>

        Additionally on January 14, 2026, the Court issued a Supplemental Notice to the OSC in re Contempt (Dkt. 1133). This Notice provided the following additional grounds for the ongoing contempt hearing:

> Specifically, the Court is concerned that a vote may have been taken by the City Council in violation of the Brown Act. This Court is also concerned about the City's representation that the City Council had passed the homeless encampment reduction plan that was a critical and material issue before the Court. The Court has recently become aware of reports published in the mainstream media that suggest the City Council never voted to pass such a resolution. This Court has received and reviewed a ruling written and filed by Judge Curtis Kin who sits on the Los Angeles County Superior Court. In his ruling, Judge Kin found that in January of 2024 the City of Los Angeles violated the state of California's well-established Brown Act as it considered and took action on the homeless encampment reduction resolution that is at issue here.

        In the interest of judicial efficiency, the Court **ORDERS** that the contempt hearing shall also resume at the February 10, 2026 hearing. The contempt hearing shall focus solely on the alleged Brown Act violation and potential misrepresentations made to the Court regarding the encampment reduction resolution. The ongoing grounds for contempt that the Court has noticed and heard testimony on will resume at a later date dependent upon the schedule of City Administrative Officer Matthew W. Szabo and Monitor Daniel Garrie, along with the progress of the pending appeals brought by the City regarding the appointment of Daniel Garrie as monitor.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES　　　　　　　　　　　　　Date: February 4, 2026

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 3

　　The Court requests that Mayor Karen Bass, Council President Marqueece Harris-Dawson, LAHSA Chief Executive, Gita O'Neill, First Assistant U.S. Attorney Bill Essayli, and District Attorney Nathan Hochman attend in-person.

　　The Clerk shall serve this minute order on the parties.

MINUTES FORM 11　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　mba
CIVIL-GEN