MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
LAUREN M. BRODY (State Bar No. 337858)
lbrody@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-02291 DOC (KES)**<br><br>**DEFENDANT COUNTY OF LOS ANGELES' AMENDED EXHIBIT A1 TO STATUS REPORT FOR THE QUARTER ENDING SEPTEMBER 30, 2025**<br><br>Assigned to the Hon. David O. Carter and Magistrate Judge Karen E. Scott |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

776969.2

DEFENDANT COUNTY OF LOS ANGELES' AMENDED STATUS REPORT FOR THE QUARTER ENDING SEPTEMBER 30, 2025

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the County of Los Angeles ("County") hereby submits an Amended Exhibit A1 to the County's Quarterly Status Report pursuant to the settlement agreement with the Plaintiffs, filed October 30, 2025 (Dkt. 1059).  The County recently discovered that when it prepared the original Exhibit, it had incorrect Project ID numbers associated with the Highland Gardens and 4969 Sunset housing sites.  The Amended Exhibit corrects those errors and now also includes the full set of required data fields—Project IDs, Enrollment IDs, and HMIS IDs—sourced from LAHSA to populate enrollment information related to the City's Inside Safe sites.  The prior exhibit did not include Enrollment IDs.

This amended filing supersedes the prior Exhibit A1 for QR8.  The original version is also included for reference.

DATED:  February 5, 2026          MILLER BARONDESS, LLP


By: _____
          MIRA HASHMALL
          Attorneys for Defendant
          COUNTY OF LOS ANGELES

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

776969.2

2

# Amended Exhibit A1 Supportive Services for City Interim Housing

**County Provision of Supportive Services for**
**City Interim Housing Reporting Period: April 1, 2025 - June 30, 2025**
**Quarterly Report (For the Period Ending September 30, 2025)**

| City IH Site | Clients Accessing County Departments' Services | | | | | | | | | | Department of Mental Health | Department of Health Services - Medical | Department of Health Services - Countywide Benefits Entitlement Services Team (CBEST) | Department of Public Health - Substance Abuse Prevention and Control |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Department of Public Social Services | | | | | | | | | | | | | |
| | CalFresh | Medi-Cal | General Assistance/ Relief | GROW | CalWORKs | Welfare to Work | Child Care | Homeless - Temp | CAPI | Homeless - Perm | | | | |
| Highland Gardens 7047 Franklin Ave, Los Angeles, CA 90028 | 107 | 105 | 82 | 50 | 1 | 0 | 3 | 0 | 0 | 0 | 35 | 9 | 5 | 4 |
| Sahara Inn | 18 | 16 | 12 | 6 | 1 | 1 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 1 |
| Deluxe Inn Motel | 8 | 6 | 2 | 1 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Crenshaw Inn Motel | 11 | 9 | 4 | 3 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| Las Palmas Motel | 38 | 41 | 31 | 16 | 1 | 0 | 4 | 1 | 0 | 0 | 2 | 4 | 0 | 0 |
| Lux Inn Motel | 14 | 13 | 8 | 7 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 |
| Budget Inn Motel (Florence Ave) | 13 | 9 | 6 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 0 | 0 |
| Hotel Silverlake | 33 | 29 | 24 | 11 | 1 | 0 | 0 | 1 | 0 | 0 | 6 | 5 | 1 | 3 |
| Hill Top Motor Inn | 20 | 16 | 15 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 2 | 1 | 0 |
| Hyde Park Inn Motel | 13 | 8 | 7 | 3 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 6 | 0 | 0 |
| Atlas Motel | 4 | 3 | 2 | 2 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| Top Hat Motel | 12 | 15 | 7 | 5 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 4 | 0 | 0 |
| Motel 6: Canoga Park CD 3 | 48 | 44 | 30 | 19 | 7 | 2 | 0 | 1 | 0 | 0 | 6 | 11 | 1 | 1 |
| Park Motel | 8 | 7 | 5 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 |
| Rosa Bell Motel | 5 | 6 | 4 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 0 | 0 |
| Highland Park Motel | 6 | 6 | 3 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 |
| Cornett Motel | 8 | 6 | 3 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 1 |
| Full Moon Motel | 9 | 10 | 5 | 4 | 1 | 0 | 0 | 1 | 0 | 0 | 3 | 1 | 0 | 0 |
| Jolly Inn Motel | 5 | 6 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| Central Inn Motel | 21 | 16 | 13 | 7 | 1 | 0 | 2 | 1 | 0 | 0 | 4 | 5 | 0 | 0 |
| Paradise Inn | 23 | 23 | 14 | 11 | 1 | 0 | 0 | 2 | 0 | 0 | 4 | 1 | 1 | 1 |
| Monterey Inn | 25 | 21 | 16 | 9 | 2 | 2 | 0 | 0 | 0 | 0 | 3 | 5 | 0 | 1 |
| Horizon Inn | 8 | 10 | 5 | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 3 | 7 | 0 | 0 |
| Palm Motel | 16 | 14 | 9 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 8 | 0 | 0 |
| Budget Inn (Sepulveda Blvd.) | 21 | 21 | 14 | 7 | 1 | 0 | 0 | 0 | 0 | 0 | 6 | 9 | 0 | 0 |
| Palm Tree Inn | 27 | 29 | 23 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 3 | 0 | 0 |
| Marina Seven | 18 | 14 | 12 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 |
| Travel Inn | 22 | 12 | 7 | 6 | 1 | 0 | 2 | 1 | 0 | 0 | 2 | 2 | 0 | 1 |
| Hollywood Inn | 24 | 25 | 21 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 1 | 0 |
| Hollywood Inn Express South | 58 | 58 | 42 | 26 | 1 | 0 | 0 | 0 | 0 | 0 | 16 | 19 | 0 | 4 |
| Vista Motel | 16 | 16 | 15 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 |

| City IH Site | Clients Accessing County Departments' Services | | | | | | | | | | Department of Mental Health | Department of Health Services - Medical | Department of Health Services - Countywide Benefits Entitlement Services Team (CBEST) | Department of Public Health - Substance Abuse Prevention and Control |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Department of Public Social Services | | | | | | | | | | | | | |
| | CalFresh | Medi-Cal | General Assistance/ Relief | GROW | CalWORKs | Welfare to Work | Child Care | Homeless - Temp | CAPI | Homeless - Perm | | | | |
| Ace Motel | 10 | 9 | 5 | 3 | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 |
| Universal Inn | 12 | 13 | 5 | 5 | 1 | 2 | 0 | 0 | 0 | 0 | 2 | 3 | 0 | 1 |
| Lighthouse 10864 Rochester Ave Los Angeles, CA 90024 | 10 | 12 | 5 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 |
| Good Knight Inn | 13 | 12 | 8 | 6 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 3 |
| Olive Motel | 21 | 18 | 15 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 0 | 1 |
| Hotel Dreamscape | 18 | 13 | 11 | 9 | 3 | 2 | 0 | 0 | 0 | 0 | 2 | 11 | 0 | 0 |
| Mayfair 1256 W 7th ST Los Angeles, CA 90017 | 221 | 201 | 142 | 75 | 4 | 1 | 4 | 2 | 3 | 1 | 50 | 23 | 3 | 8 |
| Antonio Hotel | 54 | 48 | 35 | 29 | 6 | 1 | 2 | 5 | 0 | 0 | 30 | 23 | 0 | 3 |
| Starlight Inn | 18 | 14 | 13 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 5 | 0 | 0 |
| Hollywood La Brea Inn | 25 | 25 | 17 | 11 | 2 | 2 | 0 | 1 | 0 | 0 | 3 | 0 | 0 | 0 |
| 4969 Sunset Blvd, Los Angeles, CA 90027 | 49 | 43 | 26 | 17 | 1 | 0 | 2 | 0 | 0 | 0 | 10 | 5 | 0 | 2 |
| Canoga Hotel | 27 | 27 | 20 | 14 | 2 | 1 | 1 | 1 | 0 | 0 | 5 | 8 | 0 | 2 |
| Dusk Hollywood | 34 | 40 | 28 | 14 | 1 | 0 | 1 | 2 | 0 | 0 | 8 | 3 | 0 | 1 |
| Stuart | 34 | 30 | 23 | 15 | 6 | 3 | 0 | 5 | 0 | 0 | 3 | 4 | 0 | 0 |
| Willow Tree Inn and Suites | 31 | 25 | 17 | 14 | 3 | 1 | 1 | 0 | 0 | 0 | 12 | 9 | 2 | 1 |
| Interim Housing (DV Emergency Shelter) | Confidential | | | | | | | | | | | | | |
| Midvale 2377 Midvale Ave | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

# EXHIBIT A1
# Supportive Services for City Interim Housing
# Prior Version (superseded by Amended Exhibit A1)

**County Provision of Supportive Services for**
**City Interim Housing Reporting Period: April 1, 2025 - June 30, 2025**
**Quarterly Report (For the Period Ending September 30, 2025)**

| City IH Site | Department of Public Social Services | | | | | | | | | | Department of Mental Health | Department of Health Services - Medical | Department of Health Services - Countywide Benefits Entitlement Services Team (CBEST) | Department of Public Health - Substance Abuse Prevention and Control |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CalFresh | Medi-Cal | General Assistance/ Relief | GROW | CalWORKs | Welfare to Work | Child Care | Homeless - Temp | CAPI | Homeless - Perm | | | | |
| Highland Gardens 7047 Franklin Ave, Los Angeles, CA 90028 | 98 | 91 | 74 | 44 | 0 | 0 | 3 | 0 | 0 | 0 | 22 | 7 | 20 | 6 |
| Sahara Inn | 15 | 14 | 11 | 6 | 1 | 1 | 0 | 0 | 0 | 0 | 2 | 1 | 0 | 1 |
| Deluxe Inn Motel | 14 | 13 | 8 | 5 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 |
| Crenshaw Inn Motel | 11 | 8 | 3 | 3 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| Las Palmas Motel | 34 | 36 | 25 | 10 | 1 | 0 | 2 | 1 | 0 | 0 | 2 | 4 | 0 | 1 |
| Lux Inn Motel | 10 | 11 | 2 | 2 | 3 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| Budget Inn Motel (Florence Ave) | 12 | 8 | 6 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 0 | 0 |
| Hotel Silverlake | 32 | 28 | 23 | 11 | 1 | 0 | 0 | 1 | 0 | 0 | 5 | 5 | 1 | 3 |
| Hill Top Motor Inn | 20 | 16 | 15 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 2 | 1 | 1 |
| Hyde Park Inn Motel | 13 | 7 | 6 | 3 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 6 | 0 | 0 |
| Atlas Motel | 4 | 3 | 2 | 2 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| Top Hat Motel | 11 | 14 | 6 | 4 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 4 | 0 | 0 |
| Motel 6: Canoga Park CD 3 | 44 | 39 | 27 | 16 | 7 | 1 | 0 | 1 | 0 | 0 | 5 | 10 | 1 | 3 |
| Park Motel | 3 | 3 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Rosa Bell Motel | 3 | 2 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| Highland Park Motel | 5 | 5 | 3 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 |
| Cornett Motel | 5 | 5 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 1 |
| Full Moon Motel | 6 | 7 | 3 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 |
| Jolly Inn Motel | 5 | 6 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| Central Inn Motel | 21 | 16 | 12 | 6 | 1 | 0 | 2 | 1 | 0 | 0 | 4 | 5 | 0 | 0 |
| Paradise Inn | 22 | 23 | 13 | 10 | 1 | 0 | 0 | 2 | 0 | 0 | 4 | 1 | 1 | 1 |
| Monterey Inn | 21 | 20 | 15 | 9 | 1 | 1 | 0 | 0 | 0 | 0 | 3 | 4 | 0 | 2 |
| Horizon Inn | 7 | 9 | 5 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 6 | 0 | 1 |
| Palm Motel | 16 | 14 | 10 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 8 | 0 | 0 |
| Budget Inn (Sepulveda Blvd.) | 20 | 21 | 14 | 5 | 1 | 0 | 0 | 0 | 0 | 0 | 6 | 9 | 0 | 1 |
| Palm Tree Inn | 25 | 27 | 22 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 3 | 0 | 0 |
| Marina Seven | 17 | 12 | 10 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 |
| Travel Inn | 19 | 9 | 5 | 3 | 1 | 0 | 2 | 1 | 0 | 0 | 2 | 2 | 0 | 1 |
| Hollywood Inn | 22 | 23 | 18 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 1 | 1 |
| Hollywood Inn Express South | 43 | 44 | 33 | 18 | 1 | 0 | 0 | 0 | 0 | 0 | 13 | 16 | 0 | 7 |
| Vista Motel | 16 | 16 | 14 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 |

| City IH Site | Clients Accessing County Departments' Services | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Department of Public Social Services | | | | | | | | | | Department of Mental Health | Department of Health Services - Medical | Department of Health Services - Countywide Benefits Entitlement Services Team (CBEST) | Department of Public Health - Substance Abuse Prevention and Control |
| | CalFresh | Medi-Cal | General Assistance/ Relief | GROW | CalWORKs | Welfare to Work | Child Care | Homeless - Temp | CAPI | Homeless - Perm | | | | |
| Ace Motel | 10 | 9 | 5 | 3 | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 |
| Universal Inn | 12 | 13 | 3 | 5 | 1 | 1 | 0 | 0 | 0 | 0 | 2 | 3 | 0 | 1 |
| Lighthouse 10864 Rochester Ave Los Angeles, CA 90024 | 10 | 12 | 5 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 |
| Good Knight Inn | 10 | 9 | 5 | 5 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 3 |
| Olive Motel | 22 | 19 | 12 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 0 | 1 |
| Hotel Dreamscape | 17 | 12 | 10 | 8 | 2 | 1 | 0 | 0 | 0 | 0 | 2 | 10 | 0 | 4 |
| Mayfair 1256 W 7th ST Los Angeles, CA 90017 | 221 | 201 | 142 | 75 | 4 | 1 | 4 | 2 | 3 | 1 | 50 | 23 | 3 | 8 |
| Antonio Hotel | 48 | 40 | 29 | 20 | 6 | 0 | 2 | 4 | 0 | 0 | 27 | 20 | 0 | 8 |
| Starlight Inn | 17 | 12 | 11 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 4 | 0 | 3 |
| Hollywood La Brea Inn | 23 | 23 | 14 | 10 | 1 | 0 | 0 | 1 | 0 | 0 | 4 | 0 | 0 | 0 |
| 4969 Sunset Blvd, Los Angeles, CA 90027 | 13 | 8 | 7 | 4 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 0 |
| Canoga Hotel | 24 | 23 | 18 | 13 | 2 | 1 | 1 | 1 | 0 | 0 | 5 | 7 | 0 | 3 |
| Dusk Hollywood | 29 | 36 | 25 | 8 | 1 | 0 | 1 | 2 | 0 | 0 | 7 | 3 | 0 | 3 |
| Stuart | 26 | 24 | 16 | 8 | 5 | 1 | 0 | 3 | 0 | 0 | 1 | 2 | 0 | 1 |
| Willow Tree Inn and Suites | 29 | 23 | 15 | 12 | 2 | 1 | 0 | 0 | 0 | 0 | 11 | 7 | 1 | 1 |
| Interim Housing (DV Emergency Shelter) | Confidential | | | | | | | | | | | | | |
| Midvale 2377 Midvale Ave | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |