# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 2:20-cv-02291-DOC-KES                               Date: February 9, 2026

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**  **ORDER RESPONDING TO CITY'S OBJECTIONS TO FEBRUARY 10, 2026 HEARING [1151]**

In response to the objections and request filed by the City of Los Angeles on February 7, 2026 (Dkt. 1151), this Court amends its recent notice and order which indicated the Court's intention to broaden the scope of the pending contempt hearing.

In its filing the City argues that the Court's prior notice "deprives the City of due process and fair notice of the bases of the purported contempt." This Court disagrees. The Court understands and appreciates the importance of protecting the integrity of all proceedings conducted before it and amends its notice with that responsibility in mind.

The Court also remains sensitive to its obligation to protect the due process rights of all parties and intervenors. The Court therefore clarifies that it has become concerned that an authorized representative of the City of Los Angeles may have willfully misrepresented a material fact or facts to this Court concerning action taken by the Los Angeles City Council on or about January 31, 2025. This Court concludes that concern can best be resolved after the Court considers evidence that will clarify the facts related to that issue.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES　　　　　　　　　　　　　　　　Date: February 9, 2026

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

      All parties and intervenors are therefore again ordered to appear in Courtroom 1 at 9 a.m. on February 10, 2026. At that time and place the Court will hear such argument as may be offered by the parties and intervenors as to how the remainder of this contempt hearing shall be conducted, and the order of remaining witnesses to be presented. The parties should be prepared to proceed with testimony on February 10 if, after hearing from counsel, the Court determines that is appropriate. The remainder of this Court's prior notice and order remains in full force and effect.

      The Clerk shall serve this minute order on the parties.

MINUTES FORM 11　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: kdu

CIVIL-GEN