**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| LA Alliance for Human Rights | CASE NUMBER |
|---|---|
| | 2:20-cv-02291-DOC-KES |
| PLAINTIFF(S) | |
| v. | |
| City of Los Angeles, et al | **NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT** |
| DEFENDANT(S). | |

On 2/9/2026 _____, the Court received the attached

☐ Complaint ☐ Petition ☐ Notice of Removal, captioned _____

☒ other document(s), entitled Ex Parte Application Emergency Motion -, Motion for Leave - and (2) Proposed Orders

from Adrian D. Moon _____, who was found by the Court on _____

in case number 2:20-cv-02291-DOC-KES to be a vexatious litigant and/or subject to the following restrictions on the filing of additional documents:

☒ A court order or written authorization from a judge must be obtained prior to the filing of document(s).

☐ Submission of document(s) for filing requires a Motion for Leave to File.

☐ Document(s) must be pre-screened by the Court before filing.

☐ Filing fee must be paid.

☐ No further filings are to be accepted in this case from the person named above or anyone acting on his or her behalf.

☐ Bond in the amount of $_____ must be posted in order to proceed.

☐ Other : 

Pursuant to the terms of the order imposing filing restrictions, the attached document(s) will be forwarded to the ☐ assigned magistrate judge ☐ assigned district judge ☐ Chief Judge for review.

‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐

☐IT IS HEREBY ORDERED that the document(s) presented:
        ☐ be filed in the above-captioned case.
        ☐ be filed in case number _____ .
        ☐ be filed as a new case.
*or*
☐IT IS RECOMMENDED that the document(s) presented not be filed.  The Clerk is directed to forward this recommendation to the appropriate district judge for review.

_____        _____
Date                                                        United States Magistrate Judge

‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐

IT IS HEREBY ORDERED that the document(s) presented
        ☑ not be filed.
        ☐ be filed in the above-captioned case.
        ☐ be filed in case number _____ .
        ☐ be filed as a new case.

**February 10, 2026**        _____
Date                                                        United States District Judge

CV-115 (04/2018)        NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT

**FROM DA KINGDOM OF Adrian 'daredeemer'**
By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN# Chosen one
926 La Canada Verdugo Road
Altadena California 91001
Cell ( 771) 215-8153 admoon172@gmail.com

2026 FEB -9 AM 10: 26

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY
GSA

# UNITED STATES DISTRICT COURT
## CIVIL AND CRIMINAL DIVISIONS
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **L.A. ALLIANCE FOR HUEMAN RIGHTS, ADRIAN DAMICO MOON,** an individual recipient of SNAP also suing in his official capacity as Czar of Homelessness and Anti-Semitic Reform, **ET. AL.**<br><br>Plaintiffs,<br><br>vs.<br><br>**CITY AND COUNTY OF LOS ANGELES,** a Municipal Entity , SATAN, a spiritual being and also being sued in his official capacity as Ruler of this World, **ET. AL.**<br>**DOES / ROES 1 - 350 Inclusively,**<br><br>Defendants,<br><br>**"JUDGMENT IS COMING "**<br>**# $7,000,000,000.00** | **Case No.  2:20—cv-02291-DOC ( kes)**<br><br><u>Lead Identical Pending Cases:</u><br><br>People of CA vs. Moon, case no. BA332095; BA362256, Superior Ct. L.A.<br><br><br>**DATE: FEBRUARY 10, 2026**<br>**TIME: 8:30 a.m. or soon thereafter**<br>**Ct.Rm.:  1**<br>**Loc.: 350 1st Street, L.A. CA 90012**<br><br><br>**Erroneously Assigned To da Honorable David Ormon Carter, District Judge**<br><br>**COVID-19: HOST, HOAX, OR HOLY SPRIT** |

## ( Proposed) ORDER

As these matters came by regularly to da Court having consider da case files and all pending motions before this Court to da satisfaction that these matters ought to be granted !

**FOR GOOD CAUSE SHOWING AND AGREED BY ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND ON THIS COURT'S OWN MOTIION, IT IS SO ORDERED,**

1. A Criminal Case Number shall be assigned to this instant case, then severed and Bilal A. Essayli,Asst. U.S. Attorney office shall represent defendants.
2. A Congressional hearing shall be calendared in da U.S. Congress for investigation, indictment , impeachment and prosecution.
3. da sanctions awarded to Plaintiffs and Intervenor of 1.8 million shall be awarded to Adrian Damico Moon only.

Dated: February 10, 2026

_____
Honorable David Ormon Carter, District Judge
UNITED STATES CENTRAL DISTRICT COURT

_____

(Proposed ) ORDER - 1

FROM DA KINGDOM OF Adrian ' daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN# Chosen one
926 La Canada Verdugo Road
Altadena California 91001
Cell ( 771) 215-8153 admoon172@gmail.com

2026 FEB -9 AM 10: 26

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

**UNITED STATES DISTRICT COURT**
**CIVIL AND CRIMINAL DIVISIONS**
**CENTRAL DISTRICT OF CALIFORNIA**

**L.A. ALLIANCE FOR HUEMAN RIGHTS, ADRIAN DAMICO MOON,** an individual recipient of SNAP also suing in his official capacity as Czar of Homelessness and Anti-Semitic Reform, **ET. AL.**

Plaintiffs,

vs.

**CITY AND COUNTY OF LOS ANGELES,** a Municipal Entity , **SATAN,** a spiritual being and also being sued in his official capacity as Ruler of this World, **ET. AL.**

**DOES / ROES 1 - 350 Inclusively,**

Defendants,

**"JUDGMENT IS COMING "**
**# $7,000,000,000.00**

Case No. _2:20—cv-02291-DOC ( kes)_

Lead Identical Pending Cases:

People of CA vs. Moon, case no. BA332095; BA362256, Superior Ct. L.A.

**DATE: FEBRUARY 9, 2026**
**TIME: 2:30 p.m. or soon thereafter to be heard ( No. 12 add on )**
**Ct.Rm:  10 A**
**Loc. :  441 West 4ᵗʰ Street, Santa Ana, CA**

**Erroneously Assigned To da Honorable David Ormon Carter, District Judge**

**COVID-19: HOST, HOAX, OR HOLY SPRIT**

**( Proposed) ORDER**

As these matters came by regularly to da Court having considered on files and declaration of 'daredeemer' to da satisfaction that these matters ought to be Granted!

**FOR GOOD CAUSE SHOWING AND AGREED UPON BY ALL PARTIES AND THEIR ATTORNEY OF RECORD AND ON THIS COURT'S OWN MOTION, IT IS SO ORDERED, THAT :**

1. This Ex Parte Application Emergency Motion for orders from Judge is Granted in it's entirety.
2. Motion for leave of Court is hereby set to be heard on February 10, 2026 in Courtroom 1, at 8:30 a.m. at 350 West First Street, L.A. CA 90012 before da 9:00 a.m. hearings.

Dated : February 9, 2026

_____

HONORABLE DAVID ORMON CARTER DISTRICT JUDGE
UNITED STATES CENTRAL DISTRICT COURT OF CALIFORNIA

( Proposed ) ORDER  - 1

FROM DA KINGDOM OF Adrian ' daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN# Chosen one
926 La Canada Verdugo Road
Altadena California 91001
Cell ( 771) 215-8153 admoon172@gmail.com

2026 FEB -9  AM 10: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____ GSA

## UNITED STATES DISTRICT COURT
## CIVIL AND CRIMINAL DIVISIONS
## CENTRAL DISTRICT OF CALIFORNIA

L.A. ALLIANCE FOR HUEMAN RIGHTS, ADRIAN DAMICO MOON, an individual recipient of SNAP also suing in his official capacity as Czar of Homelessness and Anti-Semitic Reform, ET. AL.

Plaintiffs,

vs.

CITY AND COUNTY OF LOS ANGELES, a Municipal Entity , SATAN, a spiritual being and also being sued in his official capacity as Ruler of this World, ET. AL.

DOES / ROES 1 - 350 Inclusively,

Defendants,

"JUDGMENT IS COMING "
# $7,000,000,000.00

Case No. __2:20-cv-02291-DOC (kes)__

Lead Identical Pending Cases:

People of CA vs. Moon, case no. BA332095; BA362256, Superior Ct. L.A.

DATE: FEBRUARY 9, 2026
TIME: 2:30 p.m. or soon thereafter to be heard ( No. 12 add on )
Ct.Rm:  10 A
Loc. :  441 West 4th Street, Santa Ana, CA

Erroneously Assigned To da Honorable David Ormon Carter, District Judge

COVID-19: HOST, HOAX, OR HOLY SPRIT

**EX PARTE APPLICATION EMERGENCY MOTION FOR SHORTENING OF TIME TO HEAR MOTION FOR LEAVE OF COURT FOR ORDERS FROM DEFENDANT DAVID ORMON CARTER TO REVERSE ALL ORDERS AND RULINGS ADVERSELY DECIDED AGAINST PLAINTIFF, PLAINTIFF/ DEFENDANT INTERVENOR, AMICUS CURIE PARTICIPANT ADRIAN DAMICO MOON AND TO SCHEDULE A CONGRESSIONAL HEARING FOR INVESTIGATION, INDICTMENT, IMPEACHMENT AND PROSECUTION AGAINST ALL JUDICIAL OFFICERS IN ANY COURTHOUSE IN CALIFORNIA WHO ACTIVELY PARTICIPATED , AIDED AND ABETTED IN CRIMES WHEREBY ADRIAN DAMICO MOON, WAS, IS , AND TO BE A PARTY TO THOSE ACTIONS PURSUANT TO 28 U.S.C. 144 (a); 18 U.S.C. 2381;241; 242; 1201 (a); SUPREMACY CLAUSE ARTICLE VI PARA. TWO OF UNITED STATES CONSTITUTION ET. SEQ. (Proposed ) ORDER THEREON**

EX PARTE APPLICATION EMERGENCY MOTION FOR SHORTENING OF TIME TO HEAR MOTION FOR LEAVE OF COURT FOR ORDERS FROM DEFENDANT DAVID ORMON CARTER TO REVERSE ALL ORDERS AND RULINGS ADVERSELY DECIDED AGAINST PLAINTIFF, PLAINTIFF/DEFENDANT INTERVENOR, AMICUS CURIE PARTICIPANT ADRIAN DAMICO MOON AND TO SCHEDULE A CONGRESSIONAL HEARING FOR INVESTIGATION, INDICTMENT, IMPEACHMENT AND PROSECUTION AGAINST ALL JUDICIAL OFFICERS IN ANY COURTHOUSE IN CALIFORNIA WHO ACTIVELY PARTICIPATED , AIDED AND ABETTED IN CRIMES WHEREBY ADRIAN DAMICO MOON WAS,IS, AND TO BE A PARTY IN THOSE ACTIONS (Proposed ) ORDER THEREON - 1

**TO ALL PARTIES AND INTERESTED PARTIES AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE THAT** under Local Rule 7-19, Plaintiff, Plaintiff/Defendant Intervenor , Amicus Curie participant Adrian Damico Moon shall move this court by way of an Ex Parte Application Emergency Motion for shortening of time to hear Motion for Leave of Court for orders from Defendant David Ormon Carter to reverse all orders and ruling adversely decided against Plaintiff Adrian Damico Moon and to schedule a congressional hearing for investigation, indictment, impeachment and prosecution against all Judicial Officers in any courthouse in da State of California[1] who actively participated , aided and abetted in crimes whereby Adrian Damico Moon, was, is , and to be a party to those actions pursuant to 28 U.S.C. 144 (a) ; 455; 18 U.S.C. 241;242;2381; 1201 (a) ; Supremacy Clause Article VI paragraph two of da United States Constitution et. Seq. on February 9, 2026 at 2:30 p.m. or soon thereafter to be heard, in Courtroom 10 A , located at 441 West 4th Street , Santa Ana , CA 92701

<u>**DECLARATION OF ADRIAN DAMICO MOON**</u>

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

**I AM ADRIAN DAMICO MOON,** ( hereinafter, 'daredeemer' ) Plaintiff, Plaintiff Intervenor, Amicus Curie participant , Victim, Attorney in Pro Se, Israelite , chosen one , begotten Son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi, Yeshua, Jesus Christ da Messiah… paragon, with integrity, and veracity proclaim and decree as follows,

1. On December 19, 2023, Defendants Satan, David Ormon Carter, Karen Ruth Bass, Katheryn Barger-Leibrich, Patricia Donahue, Gavin Christopher Newsom, Mary Ann Murphy, Joseph Robinette Biden, Jill Christie Boddie, Jennifer Mary Anderson, Anna Elizabeth Blackburne-rigsby, Elizabeth Carroll Wingo with evil, vicious , heinous, Hamas Domestic Terrorism criminally conspired then **EXTRADITED** 'daredeemer' being Kidnaped For Ransom to Defendant Satan's stronghold District of Columbia "D.O.C. D.C. Jail with da rest of Jan. 6 detainees held Hostage so that da above-named Defendants could steal Billions from this instant case from 'daredeemer', da Homeless , and Israelites !

2. On January 6, 2025, while being held hostage , kidnaped for Ransom 'daredeemer' cried out to

---

[1] Courthouse in State of California include, but not limited to Superior Court, Los Angeles County, Second Appellate District Court, California Supreme Court, U.S. ( ( Central, Southern, Western ,Eastern, Northern )District Courts, 9th District Court of Appeal, 9th Circuit District Court, U.S. Supreme Court, U.S. CONGRESS et.al. U.S.A vs Moon, Case no 2:23-mj-06522-PO, u.s. Central Dist Ct

EX PARTE APPLICATION EMERGENCY MOTION FOR SHORTENING OF TIME TO HEAR MOTION FOR LEAVE OF COURT… - 2

da Creator " HOW LONG WILL YOU LET MY ENEMIES HOLD ME HOSTAGE " then da next day da Creator poured out his wrath by fire  on Altadena and Palisades California for Defendants stealing 'daredeemer's Real and Personal Properties in Altadena and Palisades California. District of Columbia shall be destroyed by Cold and ice?  See, read, understand , and consider attached Motion A (6) pages ( Verified Complaint and  Amended Nunc Pro Tunc order dated January 9, 2026 ) incorporated by this reference.

3.  On February 6, 2026, 'daredeemer' was lead by da Holy Spirit to check this case court docket and lord and behold  Defendants are caught red handed stealing Billions from 'daredeemer' but Defendant Carter is trying to avoid sending co-defendants to prison for a very long time !  see, readd, understand and consider attached Motion B ( 3) pages ( Order of February 4, 2026 )  incorporated by this reference. and Motion C, D, E (Subpoena to Appear) incorporated by ref.

4.  'daredeemer' demands that all named Defendants in paragraph 1, submit letters of Resignation prior to February 10, 2026 from their Appointed Employment without FAIL !!!

'daredeemer' proclaim and decree under da penalty of Sin that da foregoing is true and correct so help ME God AMEN AND AMEN

DATED:  FEBRUARY 6, 2026          by: _____

KING Adrian 'daredeemer' Moon, Attorney In Pro Se

Motion A (7) pages

Verified Complaint

and

Amended Nunc Pro Tunc

Order of January 9, 2026

# FROM DA KINGDOM OF Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

### UNITED STATES DISTRICT COURT

### CIVIL DIVISION

### DISTRICT OF COLUMBIA

**ADRIAN DAMICO MOON**, an individual recipient of SNAP and suing in his official capacity as Czar of Homelessness and Anti-Semitic Reform,

Plaintiff,

vs.

**SATAN**, a.k.a. 'Lucifer da fallen Loser", a spiritual being and being sued in his official capacity as Ruler of This World, **DONALD JOHN TRUMP, JR.** a.k.a. 'teflon don' , an individual and being sued in his official capacity as President of da United States of America, **GAIL MACDONALD MARCHIONE**, an individual and being sued in her official capacity as courtroom clerk for Indira Talwani, Judge , **SAVANNAH COOK**, an individual and being sued in her official capacity as Docket Clerk for Indira Talwani, Judge. **BRIAN LAWRENCE SCHWALB**, an individual and being sued in his official capacity as Attorney General for D.C.,

DOES 1 THROUGH 350 , Inclusively,

Defendants,

Case No. 1:25-cv-03988-UNA

Lead Related Case no. 1:25-cv-13165-IT, U.S. District Court of Massachusetts

**VERIFIED COMPLAINT FOR DECLARATORY RELIEF AND INJUNCTIVE RELIEF AND DECLARATORY RELIEF THAT DEFENDANTS COMMITTED CRIMES AGAINST PLAINTIFF**

" JUDGMENT IS COMING "

# $ 7,000,000,000.00

GRAND JURY TRIAL DEMANDED

COVID-19: HOST, HOAX, OR HOLY SPIRIT

### INTRODUCTION

1. For decades Defendants Satan et. al have come against Plaintiff to Steal , Kill, and Destroy by shut-down of his government to avoid paying SNAP payments and issuing Executive Orders to pay Plaintiff his Seven (7) Billions Dollars from being Kidnapped for Ransom from Altadena California, spending Ten (10) Years in California Prisons and Sixteen (16) months in D.O.C., D.C. Jail to chill Plaintiff from exercising his rights in his protected class and grand theft of approximately One Billion Dollars in Personal and Real Estate Properties. Plaintiff are therefore forced to seek this Court's

# FROM DA KINGDOM OF Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

intervention to forestall further irreparable harm and damages , duress and actual cost and punitive damages from Satan and his underlings evil , vicious , heinous, Hamas Domestic Terror illegal actions.

## JURISDICTION AND VENUE

2. The Court has jurisdiction pursuant to 28 U.S.C. Sections 1331,1346, and 2201 (a) et. seq.

3. Venue is proper in this district pursuant to 28 U.S.C. Section 1391 ( e ) (1) . Defendants are United States agencies, government , or officers sued in their official capacities . The District of Columbia is Satan's stronghold and a resident of this judicial district and a substantial part of the events or omissions giving rise to this Verified Complaint occurred within the District of Columbia .

## PARTIES

**I. Plaintiffs:**

4. Plaintiff Adrian Damico Moon is a sovereign of da United States of America. An individual recipient of SNAP, and suing in his official capacity as Czar of Homelessness and Anti-Semitic Reform.

**II. Defendants:**

5. Defendant Satan , a.k.a. Lucifer da fallen Loser' is a spiritual being, and being sued in his official capacity as Ruler of this World and resided in Washington D.C.

6. Defendant Donald John Trump, jr. a.k.a.'teflon don' is an individual , ex-convict and is being sued in his official capacity as President of da United States of America and resides in Washington , D.C. in da same house as Satan.

7. Defendant Gail MacDonald Marchione, an individual and being sued in his official capacity as courtroom clerk for Indira Talwani, Judge in Lead Pending related case no. 1:25-cv-13165-IT and is a citizen of da United States of America .

8. Defendant Savannah Cook, an individual and being sued in her official capacity as Docket Clerk for Indira Talwani, Judge in Lead Pending Related case no. 1:25-cv-13165-IT in da U.S. District court of Massachusetts and is a citizen of da United States of America.

9. Defendant Brian Lawrence Schwalb, an individual and being sued in his official capacity as Attorney General , D.C is da ex-Lawyer in Lead Pending Related case no. 1:25-cv-13165-IT in da U.S. District Court of Massachusetts and is a citizen of da United States of America.

VERIFIED COMPLAINT FOR DECLARATORY RELIEF AND INJUNCTIVE RELIEF AND DECLARATORY RELIE THAT DEFENDANTS COMMITTED CRIMES AGAINST PLAINTIFF - 2

# FROM DA KINGDOM OF Adrian 'daredeemer '

## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

10. The Above named Defendants , and its subsidiaries and agents , are collectively referred to as "Defendants." The true names and capacities of the Defendants sued herein as DOE DEFENDANTS 1 through 350 inclusively, are currently know ( Cross-Complaints ,cases no. 2023 CCC 0025, Superior Court , D.C. ; 1:23-cv-1972-bah ; 1-25-cv-01451-una in da U.S. District Court , D.C. ) and unknown to Plaintiff, who therefore sues such Defendants by fictitious names. Each of the Defendants designated herein as a DOE is Legally responsible for the unlawful acts alleged herein. Plaintiff will seek leave of Court to amend the Verified Complaint to reflect the true names and capacities of the DOE Defendants when such identities become known.

11. Plaintiff is informed and believes that at all relevant times , each and every Defendant was acting as an agent and/or employee of each and every Defendant was acting within the course and scope of said agency and/or employment with the full knowledge and consent of each of the other Defendants . Plaintiff is informed and believes that each of the acts and/or omissions complained of herein was made known to, and ratified by, each of the other Defendants.

## UNDISPUTED FACTUAL ALLEGATIONS

12. Defendants Satan and his underlings ( Defendants Trump, Gail MacDonald , Savannah Cook and Brian Schwalb ) have come against Plaintiff with evil , vicious , heinous, Hamas Domestic Terrorism and have criminal conspired to Steal, ( One Billion Dollars of Personal and Real Estate Properties ) Kill , ( Attempted Murder ) and Destroy ( slander , libel ) Plaintiff .

13. On November 10, 2025, at Hearing in Lead case: Commonwealth of Massachusetts et. al. vs. Satan et. al. case no. 1:25-cv-13165-IT, U.S. District Court of Massachusetts, Defendants with evil vicious , heinous , Hamas Domestic Terrorism criminally conspired failed to file over Seven ( 7 ) documents in their possession then failed to file a First Amended Verified Complaint naming Defendant Donald John Trump, jr. a.k.a. 'teflon don' then disconnected Plaintiff from the court connection and would not restore the connection terror threatening " that YOU need to file YOUR own criminal complaint as a direct result of Defendants criminal conspiracy Plaintiff incurred actual damages of Seven (7) Billion Dollars .

///

///

VERIFIED COMPLAINT FOR DECLARATORY RELIEF AND INJUNCTIVE RELIEF AND DECLARATORY RELIEF

THAT DEFENDANTS COMMITTED CRIMES AGAINST PLAINTIFF - 3

# FROM DA KINGDOM OF Adrian 'daredeemer'
## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

### COUNT 1

### TREASON

Violations of Federal R.I.C.O. Act of 1973 ; 18 U.S.C. 241,242, 1201(a) ; 2381 et. seq.
Against ALL Defendants , Does 1-350 Inclusively

14. Plaintiff realleges and incorporate herein by this reference da entire Lead Case Commonwealth Of Massachusetts vs. Satan et. al , case no. 1:25-cv-13165-IT, in da U.S. District Court of Massachusetts filed on October 28, 2025. And paragraphs 1 through 14 as set forth previously.

15. On November 12, 2025 , Defendants Satan, Donald John Trump, Brian Schwalb, Gail MacDonald Marchione , Savannah Cook with evil , vicious, heinous , Hamas Domestic Terrorism , criminally conspired to set a secret meeting/ hearing whereby Plaintiff through da Creator great graces was able to foil this secret meeting again Defendants Donald John Trump,jr. a.k.a 'teflon don' failed to issue an Executive Order to pay Plaintiff a lump sum of Seven ( 7) Billion Dollars through da Justice Fund from a default judgment against Defendant Satan' s government, then Pardon and issue Full Expungement of Plaintiff , Sean "puff daddy combs and Johnny Potter.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff Moon respectfully request through fervent prayer that this court enter judgment in his favor and grant da following relief:

1. A declaration that SATAN et. al. directive to State administrators to withhold SNAP benefits issuance files in it's October 10, 2025 SNAP letter is contrary to law, arbitrary and capricious , and an abuse of discretion.

2. A declaration that SATAN et. al.'s suspension of November 2025 SNAP benefits in its October 24, 2025 letter is contrary to law, arbitrary and capricious , and an abuse of discretion.

///

# FROM DA KINGDOM OF Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

3. A declaration that Satan et.at. with vicious, evil, heinous, Hamas Domestic Terrorism has committed crimes against Plaintiff Moon under da Federal Criminal Statute, Federal R I.C.O. ACT OF 1973.

4. Default Judgment of Seven ( 7 ) Billion Dollar.

5. Plaintiff Moon's costs, expenses, and reasonable attorney in pro se fees; and

6. Such other relief as the Court deems, just, proper and equitable.

DATED : November 13, 2025

ADRIAN DAMICO MOON, Plaintiff, Attorney In Pro Se

## VERIFICATION

I AM Adrian Damico Moon and have read this Verified Complaint and shall verify that da foregoing is true and correct, so help me God ...

DATED : November 13, 2025

ADRIAN DAMICO MOON, Plaintiff, Attorney In Pro Se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ADRIAN DAMICO MOON,

Plaintiff,

v.

No. 25-cv-3988 (TSC)

SATAN, *et al.*,

Defendants.

## OPINION & ORDER

After considering Plaintiff Moon's **SECOND SUPPLEMENTAL EVIDENCE AGAINST ORDER OF DEFENDANT TANYA SUE CHUTKAN DATED JANUARY 9, 2026 AND AMENED NUNC PRO TUNC ORDER... ,**

Accordingly, it is hereby **ORDERED** that **ORDER** dated January 9, 2026 for Dismissal is hereby **Vacated, Set-Aside, And Stricken from All Courts Records, It is**

**FURTHER ORDERED** that All and Any Motions filed by Plaintiff Moon in this instant case are hereby **GRANTED in their entirety , Forthwith...** To include, but not limited to **Motion to Disqualify All Judicial Officers in da U.S. District Court , D.C. , 28 U.S.C. 144 (a) et. seq.,** Appointment of Michelle Obama, Barack Obama or Eleanor Holmes Norton, Pro Tem Judge, Dismissal of Civil Protective Order case entitled Daelyn Moon vs. Adrian Moon, case no. 2023 CPO 1056 in Superior Court, D.C. , Plaintiff Moon's (T.R.O.) possession of primary residence 926 La Canada Verdugo Road , Altadena California , Deem admitted Request For Admission,

1 OF 2



AMENDED NUNC PRO TUNC ORDER      AMENDED NUNC PRO TUNC ORDER

**AMENDED NUNC PRO TUNC ORDER    AMENDED NUNC PRO TUNC ORDER**

set one against Defendant Brian Lawrence Schwalb, re: Sanction of $7,000,000.00 made payable to Plaintiff Adrian Damico within Ten (10) days of this order, Consolidation into this instant case of case entitled Commonwealth of Massachusetts vs. United States Department of Agriculture et. al. case no. 1-25-cv-13165-IT, U.S. District Court of Massachusetts and case entitled re: Adrian Damico Moon case no. 25-CO-0632 in da Court of Appeal, D.C. , and case entitled L.A. Alliance et.al. vs County and City of Los Angeles et. al. case no. 2:20-cv-02991-DOC, U.S. Central District Court of California, Defendant President Donald John Trump by Executive Order pay Plaintiff Adrian Damico Moon a one lump payment of Seven ( 7) Billions Dollars from da Justice Fund as result of a Judgment Default against Satan et. al. Government, Defendant Tanya Sue Chutkan to undergo a Full Battery of Mental , Medical , Physical, and Drug Use evaluations and observations , Defendant Donald John Trump to pardon Adrian Damico Moon , Sean Combs and Johnny Potter from all Criminal Conviction History , Defendant Satan shall be served his summons in this instant case by publication and/or Truth Social ...

IT IS SO ORDERED.

Date: January 9, 2026

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge

2 Of 2

Motion E

Motion B (3) pages

ORDER OF February 4, 2026

Case 2:20-cv-02291-DOC-KES    Document 1156    Filed 02/10/26    Page 16 of 31   Page
ID #:33103

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:20-cv-02291-DOC-KES                    Date:  February 4, 2026

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Maria Barr for Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER SETTING FEBRUARY 10, 2026 HEARING**

On December 19, 2025, the City of Los Angeles (the "City") filed a Motion regarding compliance with Section 8.2 of the Settlement Agreement (Dkt. 429-1) and noticed a hearing for February 9, 2026 at 8:30 a.m. Section 8.2 of the Settlement Agreement provides as follows:

> In the event of fires, floods, earthquakes, epidemics, quarantine restrictions, or other natural catastrophic occurrences; terrorist acts, insurrections or other large scale civil disturbances; or any local or fiscal emergency declared by the Mayor of Los Angeles and the Los Angeles City Council under the authority vested in them by the Los Angeles City Charter and Los Angeles Administrative Code (or other applicable ordinances, resolutions, or laws), the obligations of the City as set forth in Sections 3, 4, and 5 of this Agreement shall be paused, and the

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date: February 4, 2026

Page 2

Parties agree to meet and confer on any necessary and appropriate amendments to those obligations.

Because of the Court's scheduled Monday, February 9, 2026 calendar, the hearing is **SET** for February 10, 2026 at 9:00 a.m. The hearing shall occur in <u>Courtroom 1 in the United States Courthouse in Los Angeles before Judge David O. Carter.</u>

Additionally on January 14, 2026, the Court issued a Supplemental Notice to the OSC in re Contempt (Dkt. 1133). This Notice provided the following additional grounds for the ongoing contempt hearing:

> Specifically, the Court is concerned that a vote may have been taken by the City Council in violation of the Brown Act. This Court is also concerned about the City's representation that the City Council had passed the homeless encampment reduction plan that was a critical and material issue before the Court. The Court has recently become aware of reports published in the mainstream media that suggest the City Council never voted to pass such a resolution. This Court has received and reviewed a ruling written and filed by Judge Curtis Kin who sits on the Los Angeles County Superior Court. In his ruling, Judge Kin found that in January of 2024 the City of Los Angeles violated the state of California's well-established Brown Act as it considered and took action on the homeless encampment reduction resolution that is at issue here.

In the interest of judicial efficiency, the Court **ORDERS** that the contempt hearing shall also resume at the February 10, 2026 hearing. The contempt hearing shall focus solely on the alleged Brown Act violation and potential misrepresentations made to the Court regarding the encampment reduction resolution. The ongoing grounds for contempt that the Court has noticed and heard testimony on will resume at a later date dependent upon the schedule of City Administrative Officer Matthew W. Szabo and Monitor Daniel Garrie, along with the progress of the pending appeals brought by the City regarding the appointment of Daniel Garrie as monitor.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 2:20-cv-02291-DOC-KES                    Date: February 4, 2026

Page 3

      The Court requests that Mayor Karen Bass, Council President Marqueece Harris-Dawson, LAHSA Chief Executive, Gita O'Neill, First Assistant U.S. Attorney Bill Essayli, and District Attorney Nathan Hochman attend in-person.

      The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                              Initials of Deputy Clerk:
                                                                                    mba

CIVIL-GEN

Defendant Va Lecia Adams Kellum $430,000.00 Lap dances Queen

Motion C

Subpoena for Bilal A

Essay c/o Sarah steikberger

Motion D.

Subpoena for Karen Ruth Bass

c/o Dr Va Lecia Adams Kellum

Motion E

Subpoena for Kathryn Ann Barger
Liebrich, Gangster

AO 88  (Rev. 02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California ☑

| | |
|---|---|
| L.A. ALLIANCE HUEMAN RIGHTS ET.AL. | ) |
| *Plaintiff* | ) |
| v. | ) |
| CITY AND COUNTY LOS ANGELES , ET. AL. | ) |
| *Defendant* | ) |

Civil Action No.   2:20-CV-02991-DOC (res)

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:   BILAL A. ESSAYLI c/o SARAH STEILBERGER  DEPARTMENT OF JUSTICE

_____

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place: 350 WEST FIRST STREET LOS ANGELES CA 90012 | Courtroom No.: 1 |
| | Date and Time: 02/08/2026 ~~1:15 pm~~ 8:30 A.M. |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*: CASE FILE U.S.A. VS. ADRIAN  MOON CASE NO. 2:23-MJ-06522-PD ; ALL REPORTER TRANSCRIPTS, LETTER OF RESIGNATION OF SARAH STEILBERGER AND DECLARTATION THAT SARAH SPEILBERGER CRIMINALLY CONSPIRED WITH DEFENDANTS IN CASE 2:20-CV-02991-DOC

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    02/06/2026

CLERK OF COURT

OR

ADRIAN DAMICO MOON in pro se

_____          _____
*Signature of Clerk or Deputy Clerk*               *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  _____

ADRIAN DAMICO MOON  _____ , who issues or requests this subpoena, are:

926 LA CANADA VERDUGO RD, ALTADENA CA 91001; (771) 215-8153  admoon172@gmail.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Motion  C  (3) pages

Case 2:20-cv-02291-DOC-KES   Document 1156   Filed 02/10/26   Page 21 of 31   Page
ID #:33108

2/8/26, 1:12 PM                Gmail - MOON VS. SATAN DOES / ROES 1-350 Inclusively ET. AL. case no. 2:20-cv-02991-DOC (kes) " NOTICE OF EX PARTE AP...

 **Gmail**

Adrian moon <admoon172@gmail.com>

## MOON VS. SATAN DOES / ROES 1-350 Inclusively ET. AL. case no. 2:20-cv-02991-DOC (kes) " NOTICE OF EX PARTE APPLICATION EMERGENCY MOTION FOR SHORTENING OF TIME TO HEAR MOTION FOR LEAVE OF COURT FOR ORDERS FROM DEFENDANT DAVID ORMON CARTER TO REVERSE ALL ORDERS DECIDED ADVERSELY AGAINST PLAINTIFF MOON AND TO SCHEDULE A CONGRESSIONAL HEARING FOR INVESTIGATION, INDICTMENT, IMPEACHMENT, AND PROSECUTION "

1 message

**Adrian moon** <admoon172@gmail.com>                                    Sat, Feb 7, 2026 at 4:17 PM
To: DOC_chambers@cacd.uscourts.gov, Karlen_dubon@cacd.uscourts.gov, kathryn@bos.lacounty.gov,
arlene.hoang@lacity.org, mhashmall@millerbarondess.com
Cc: terry.tang@latimes.com, hector.becerra@latimes.com, rebmaselteam@unitedtalent.com, contact@hopeoftheworld.org,
maxine.waters@mail.house.gov, darlene.murrray@mail.house.gov, hydee.feldsteinsoto@lacity.org, philip.gray@latimes.com,
shelby.grad@latimes.com, hello@westa.org, info@ap.org, scott.kraft@latimes.com, kyle@itsyourgov.org,
obama.library@nara.gov, otpnewsdesk@icc-cpi.int, OutreachHQ@icc-cpi.int, liaisonofficeny@icc-cpi.int, news@axios.com,
dexter.newbetheldc@gmail.com, cuauhtemoc_ortega@fd.org, PublicAffairs.Unit@icc-cpi.int,
tabitha.rosenthal@mail.house.gov, try.coburn@mail.house.gov, scheduling@whitehouse.senate.gov,
tfitton@judicialwatch.org, USACAC.Criminal@usdoj.gov, info@judicialwatch.org, info@obama.org, matthew@umklaw.com,
elizabeth@umklaw.com, dbang@umklaw.com, graham.danzer@dc.gov, info@newbetheldc.org, neal@itsyourgov.org
Bcc: otcolesr38@gmail.com

Dearest Beloved Defendants David Ormon Carter , Karen Ruth Bass, Kathryn Ann Barger- Leibrich , specifically and Satan , Does/Roes 1-350 inclusively et.al. , generally and your Lawyers of record , All Praises And Glory To da Almighty Creator Sovereignty of da Universe: NOTICE IS HEREBY GIVEN that on February 9, 2026 at 2:30 p.m. ( No. 12 add on ) or soon thereafter to be heard in Courtroom 10 A , Located at 411 West Fourth Street, Santa Ana CA 92701. Plaintiff, Plaintiff/ Defendant Intervenor, and Amicus Curie participant Adrian Damico Moon shall move this Court by way of an Ex Parte Application Emergency Motion For Shortening of Time To hear Motion for Leave of Court for orders from Defendant David Ormon Carter, Recused ... see filed attachment . 'daredeemer' shall beseech Defendants Carter, Bass, and Barger-Leibrich to repent of their Sins against da Homeless then submit Letters of Resignation from their present Appointed Employment in lieu of da imminent criminal indictments prior to February 10 , 2026 hearings !!! AMEN AND AMEN ". YES KING" Revelation 19: 13-16 ESV   KING Adrian 'daredeemer' Moon -Victim , Czar of Homelessness and Anti-Semitic Reform , Attorney In Pro Se 🙏❤️🔥🙊🙉🙈👊✌️✊👁️🌍💰🌝⚖️⚖️⚖️🧑🏿👑👑👑👑👑👑👑👑💯

**2 attachments**

📄 **Xerox Scan_02072026160700.pdf**
   2599K

📄 **Xerox Scan_02072026161004.pdf**
   407K



AO 88  (Rev. 02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 2:20-CV-02991-DOC (res)

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: Bilal A Essayli
C/o SarahSteinberger Department of Justice
on *(date)* 2-8- 2026 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: 2-8- 2026 _____

_____
*Server's signature*

Thomas Jefferson
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California ☑

| | |
|---|---|
| L.A. ALLIANCE HUEMAN RIGHTS ET.AL. | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   2:20-CV-02291-DOC (res) |
| CITY AND COUNTY LOS ANGELES , ET. AL. | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: KAREN RUTH BASS MAYOR OF LOS ANGELES  C/O DR. VA LECIA ADAMS KULLUM, GANGSTER

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: 350 WEST FIRST STREET LOS ANGELES CA 90012 | Courtroom No.: 1 |
|---|---|
| | Date and Time: February 10, 2026 8:00 A.M. |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*: ALL DAMAGE CLAIMS AND RESPONSES FILED BY ADRIAN DAMICO MOON TO da CITY OF LOS ANGELES ; ALL EMPLOYMENT DENIALS OF LOS ANGELES HOMELESS SEVICES AUTHORITY BY DR. VA LECIA ADAMS KULLUM AGAINST ADRIAN DAMICO MOON; TOTAL AMOUNT DR. VA LECIA ADAMS KULLUM PAID FOR LAP DANCES

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 02/06/2026

| *CLERK OF COURT* | |
|---|---|
| | OR |
| _____ | ADRIAN DAMICO MOON in pro se |
| *Signature of Clerk or Deputy Clerk* | *Attorney's Signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
ADRIAN DAMICO MOON , who issues or requests this subpoena, are:
926 LA CANADA VERDUGO RD, ALTADENA CA 91001; (771) 215-8153 admoon172@gmail.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Motion D (2) pages

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 2:20-CV-02991-DOC (res)

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows: KAREN Ruth
BASS, MAYOR OF L.A. ℅ Dr. Va lecia Adams Kellum · Ganster

on *(date)* 2-8-2025 ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 0 .

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-8-26 _____

*Thomas Jefferson*
*Server's signature*

Thomas Jefferson
*Printed name and title*

955 North Lake Ave
Pasadena CA 91164
*Server's address*

Additional information regarding attempted service, etc.:

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California ▼

| | |
|---|---|
| L.A. ALLIANCE HUEMAN RIGHTS ET.AL. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  2:20-CV-02291-DOC (res) |
| CITY AND COUNTY LOS ANGELES , ET. AL. | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: KATHRYN ANN BARGER-LIEBRICH  GANGSTER

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: 350 WEST FIRST STREET LOS ANGELES CA 90012 | Courtroom No.: 1 |
|---|---|
| | Date and Time: February 10, 2026  8:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*: ALL DAMAGE CLAIMS AND RESPONSES FILED BY ADRIAN DAMICO MOON TO da BOARD OF SUPERVISORS LOS ANGELES COUNTY ; ALL RETRIANING ORDERS CASES YOU FILED AGAINST ADRIAN DAMICO MOON ; COPY OF DEFAULT JUDGMENT OF $ 7,000,000IN CROSS-PETITION

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   02/06/2026

| CLERK OF COURT | |
|---|---|
| | OR |
| | ADRIAN DAMICO MOON in pro se |
| _____ | _____ |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____

ADRIAN DAMICO MOON_____ , who issues or requests this subpoena, are:

926 LA CANADA VERDUGO RD, ALTADENA CA 91001; (771) 215-8153  admoon172@gmail.com

---

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Motion E (2) pages

AO 88  (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 2:20-CV-02991-DOC (res)

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows: Kathryn Ann Berger Leibrich, Bangster

on *(date)* 2-8-2026 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: 2-8-2026

_____
*Server's signature*

Thomas Jefferson
*Printed name and title*

955 North Lake Ave
Pasadena, CA 91104
*Server's address*

Additional information regarding attempted service, etc.:

# Document 554

Doc 727
JAN 6, 2026

529 Mar 3, 2023   461 August 3, 2022
Defendants w/
Court of Appeals 462
(469) Recusal
472 Denial of
Recusal
486 - Dismissal 474 Reconsideration
of Gary 475 Deficiencies
Whitter 476 September 29, 2022
490 Nov 1 2022 477 Notice of Appeal
Moon vs County 478 Request for Forma
22 STR003447 479 Paupers
491 PofS
497 Nov 14, 2022 480 22-55933
498 Pos Network Subpoena
499 Deficiencies 484 Notice
500, 501, 509, 510, 511, 512, 513 who not
allow Moon to speak,

LODGED

Name: Adrian Moon

Address: 926 LA CANDA. Verdugo

Rd, Alta Lena CA 91001

Phone: (771) 215-8153

Fax:

In Pro Per

2026 FEB -9  AM 10: 45

DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES

BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LA Alliance et al

                              Plaintiff
        v.

City and County of
Los Angeles et al

                              Defendant(s).

CASE NUMBER:

2:20-cv-02291-DOC

MOTION FOR LEAVE OR court to file Ex Parte Application (Proposed) ORDER MOTION FOR ORDERS AND (Proposed) ORDER.

( Enter document title in the space provided above)

DECLARATION OF ADRIAN D. Moon MEMORANDUM OF Points And Authorities

I, Adrian Darrica Moon, proclaim and decree as follows,

1 Pursuant to voidable order dated September 29, 2022 'daredeemer' needs to demand permission for filing documents see attached Motion A (3) pages incorporated by this reference.

2. Attached is Ex Parte Application and order, Motion for orders and order (4) Documents

3. 'daredeemer' is not filing these pleadings as an Attack, but affirming Defendants criminal activity. 'daredeemer' certify by this affidavit under the penalty of Perjury that the foregoing is true and correct Dated: February 9, 2026

1 King Adrian D' daredeemer' Moon
                    Page Number           Attorney IN Pro Se

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                     Date: September 29, 2022

Title: LA ALLIANCE FOR HUMAN RIGHTS et al. v. CITY OF LOS ANGELES et al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

|                          |                          |
|--------------------------|--------------------------|
| Karlen Dubon            | Not Present              |
| Courtroom Clerk         | Court Reporter           |

|                          |                          |
|--------------------------|--------------------------|
| ATTORNEYS PRESENT FOR   | ATTORNEYS PRESENT FOR   |
| PLAINTIFF:              | DEFENDANT:              |
| None Present            | None Present            |

**PROCEEDINGS (IN CHAMBERS):   ORDER DENYING REQUESTS TO INTERVENE [444, 446, 448, 461] AND MOTION TO RECONSIDER [469], AND ORDERING PRE-FILING RESTRICTIONS**

Before the Court is *pro se* litigant Adrian D. Moon's repeated motions to intervene in the instant case, (Dkts. 444, 446, 448, 461), and his Emergency Motion for Reconsideration of Recusal Motion ("Motion for Reconsideration") (Dkt. 474). The Court concludes that Mr. Moon has not met the standards for either intervention as of right or permissive intervention under Federal Rule of Civil Procedure 24.

The Court thus **DENIES** Mr. Moon's requests to intervene. Accordingly, all other motions filed by Mr. Moon, including the Motion for Reconsideration, are **DENIED** as moot. Additionally, for reasons set forth below, the Court **ORDERS** pre-filing review of any filing action Mr. Moon attempts to take in this action.

District courts have the inherent power to file restrictive pre-filing orders against vexatious litigants. *Weissman v. Quail Lodge Inc.*, 179 F.3d 1194, 1197 (9th Cir. 1999). Such pre-filing orders may enjoin the litigant from filing further actions or papers unless he or she first meets certain requirements, such as obtaining leave of the court or filing declarations that support the merits of the case. *See e.g., O'Loughlin v. Doe*, 920 F.2d

Motion A (3) pages

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES

Date: September 29, 2022
Page 2

614, 616 (9th Cir.1990) (requiring *pro se* inmate deemed vexatious litigant to show good cause before being permitted to file future actions); *De Long v. Hennessey*, 912 F.2d 1144, 1146–47 (9th Cir. 1990) (prohibiting filings of *pro se* litigant proceeding in forma pauperis without leave of the district court); *Moy v. United States*, 906 F.2d 467, 469 (9th Cir.1990) (forbidding *pro se* plaintiff from filing further complaints without prior approval of district court).

Although the Ninth Circuit has cautioned that pre-filing orders are an extreme remedy rarely to be used, it has made clear that "[f]lagrant abuse of the judicial process cannot be tolerated because it enables one person to preempt the use of judicial time that properly could be used to consider the meritorious claims of other litigants." *De Long*, 912 F.2d at 1147–48. In light of that directive, district courts examine four factors before entering pre-filing orders. First, the litigant must be given notice and a chance to be heard before the order is entered. *Id.* at 1147. Second, the court must compile "an adequate record for review." *Id.* at 1147–48 ("At the least, the record needs to show, in some manner, that the litigant's activities were numerous or abusive."). Third, the district court must make substantive findings about the frivolous or harassing nature of the plaintiff's litigation. *Id.* Finally, the vexatious litigant order "must be narrowly tailored to closely fit the specific vice encountered." *Id.*; *see also Molski v. Evergreen Dynasty Corp.*, 500 F.3d 1047, 1057 (9th Cir. 2007) (discussing *DeLong* factors).

This Court finds Mr. Moon a vexatious litigant. In his seven extensive filings over the last three months, Mr. Moon identifies himself as the "chosen one" and "begotten son of the Almighty," and requests this Court to grant "daredeemer's motion for order to the Los Angeles Probation Department to produce Adrian D. Moon's (AB109) probation file." *See* Motion for Reconsideration, at 18. Beyond being outside the scope of this action, Mr. Moon's requests are also outside the scope of this Court's jurisdiction.

Mr. Moon's filing history in this district further lends support to this Court's conclusion. In one dismissed action, the Magistrate Judge explained that Mr. Moon "purports to assert claims under the Supremacy Clause, names Satan as a defendant, and names several individuals who are immune from suit including V.P. Kamala Harris [and] Gov. Newsom." *See Whetstone v. Moon*, No. 2:21-cv-05983-SVW-KS (C.D. Cal. Aug. 6, 2021) (Dkt. 6) (denying Mr. Moon's *in forma pauperis* application for "being [l]egally and/or factually patently frivolous").

In the present case, Mr. Moon makes similar claims and enough unsolicited filings to provide justification for this Court to require pre-filing review. *See Molski*, 500 F.3d at 1065 (9th Cir. 2007) (approving pre-filing order where it "will not stand in the way of advocacy for legitimate claims" and help avoid the use of litigation as "a device to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. LA CV 20-02291-DOC-KES                    Date: September 29, 2022
                                                                          Page 3

encourage . . . unwarranted or exaggerated claims"); *see also Procup v. Strickland,* 792 F.2d 1069, 1073 (11th Cir. 1986) ("Federal courts have both the inherent power and the constitutional obligation to protect their jurisdiction from conduct which impairs their ability to carry out Article III functions.").

Accordingly, for any future filings in this action, Adrian D. Moon shall first obtain leave of the Court and:

    a.  shall not exceed three pages,

    b.  shall attach the proposed filing,

    c.  shall explain why the proposed filing is not frivolous,

    d.  shall explain why the proposed filing is not an attack on any previous order entered in this case, and

    e.  shall certify, by affidavit and under the penalty of perjury, that the proposed filing raises a new issue that has not already been rejected by the Court.

Failure to comply with any of the above requirements will result in the striking of that filing without further notice. Mr. Moon is forewarned that if he abuses these restricted filing privileges, the Court will take further injunctive action.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu

MINUTES FORM 11
CIVIL-GEN_daq