UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

IN RE CITY OF LOS ANGELES.

_____

CITY OF LOS ANGELES,

        Petitioner,

  v.

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF
CALIFORNIA, LOS ANGELES,

        Respondent,

COUNTY OF LOS ANGELES; et al.,

        Real Parties in Interest.

No. 26-784

D.C. No.
2:20-cv-02291-DOC-KES
Central District of California,
Santa Ana

ORDER

Before: M. SMITH, NGUYEN, and KOH, Circuit Judges.

The request for an administrative stay is denied. *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019).

Real parties in interest must file an answer to this petition for a writ of mandamus within 7 days. *See* Fed. R. App. P. 21(b).

The district court may also address the petition if it so desires. If the district court elects to address the petition, it may file an answer with this court within 7 days, or issue a supplemental order and serve a copy on this court within 7 days.

Petitioner may file a reply within 3 days after service of the answer(s).

The clerk will send a copy of this order to the district court and Judge Carter.

26-784