NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

FILED
2026 FEB 11 AM 11:48
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___ BSF ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ADRIAN DAMIEN MOON
Appellant / PLAINTIFF(S),

v.

DAVID ORMON CARTER
ET AL
Appellees / DEFENDANT(S).

CASE NUMBER: 2:20-cv-02291-DOC

**PROOF OF SERVICE – ACKNOWLEDGMENT OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of **Los Angeles**, State of California, and not a party to the above-entitled cause. On **February 12**, 20**26**, I served a true copy of **Notice of Appeal with Stay pursuant to Fed R App 8; Fed R CivP 13** by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: e-mailing **350 west 1st Street, LA CA 90012**
Executed on **February**, 20**11** at **Los Angeles**, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____          _____
Signature                                             Party Served

CV-40 (01/00)    PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE