# EXHIBIT A1 Supportive Services for City Interim Housing

**County Provision of Supportive Services for**
**City Interim Housing Reporting Period: July 1, 2025 - September 30, 2025**
**Quarterly Report (For the Period Ending December 31, 2025)**

| City IH Site | Clients Accessing County Departments' Services ||||||||||| | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Department of Public Social Services |||||||||| Department of Mental Health | Department of Health Services - Medical | Department of Health Services - Countywide Benefits Entitlement Services Team (CBEST) | Department of Public Health - Substance Abuse Prevention and Control |
| | CalFresh | Medi-Cal | General Assistance/ Relief | GROW | CalWORKs | Welfare to Work | Child Care | Homeless - Temp | CAPI | Homeless - Perm | | | | |
| Highland Gardens 7047 Franklin Ave, Los Angeles, CA 90028 | 118 | 116 | 92 | 53 | 1 | 0 | 3 | 1 | 0 | 0 | 42 | 10 | 5 | 4 |
| Sahara Inn | 20 | 18 | 13 | 8 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | 0 | 0 |
| Deluxe Inn Motel | 8 | 7 | 1 | 1 | 2 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 |
| Crenshaw Inn Motel | 12 | 9 | 4 | 3 | 2 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |
| Las Palmas Motel | 32 | 33 | 25 | 15 | 0 | 0 | 4 | 0 | 0 | 0 | 3 | 2 | 0 | 0 |
| Lux Inn Motel | 10 | 10 | 4 | 4 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 3 | 0 | 0 |
| Budget Inn Motel (Florence Ave) | 8 | 7 | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 0 |
| Hotel Silverlake | 25 | 22 | 19 | 11 | 1 | 0 | 0 | 1 | 0 | 0 | 7 | 5 | 2 | 0 |
| Hill Top Motor Inn | 21 | 19 | 14 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 1 | 3 |
| Hyde Park Inn Motel | 11 | 4 | 4 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| Atlas Motel | 5 | 4 | 3 | 2 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| Top Hat Motel | 12 | 13 | 7 | 4 | 2 | 1 | 1 | 1 | 0 | 0 | 0 | 2 | 0 | 0 |
| Motel 6: Canoga Park CD 3 | 39 | 36 | 26 | 16 | 4 | 1 | 0 | 2 | 0 | 0 | 9 | 8 | 1 | 0 |
| Park Motel | 7 | 6 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 0 | 0 |
| Rosa Bell Motel | 7 | 7 | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 2 | 0 | 0 |
| Highland Park Motel | 6 | 6 | 4 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Cornett Motel | 10 | 10 | 6 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 4 | 1 | 0 |
| Full Moon Motel | 11 | 13 | 6 | 5 | 3 | 1 | 0 | 2 | 0 | 0 | 4 | 2 | 0 | 0 |
| Jolly Inn Motel | 5 | 6 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 0 |
| Central Inn Motel | 15 | 13 | 9 | 3 | 2 | 1 | 2 | 1 | 0 | 0 | 0 | 2 | 0 | 1 |
| Paradise Inn | 22 | 24 | 15 | 14 | 0 | 0 | 1 | 2 | 0 | 0 | 5 | 3 | 0 | 1 |
| Monterey Inn | 23 | 19 | 15 | 9 | 2 | 2 | 0 | 0 | 0 | 0 | 2 | 3 | 0 | 0 |
| Horizon Inn | 10 | 11 | 8 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 3 | 1 | 0 |
| Palm Motel | 12 | 10 | 9 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |

| City IH Site | Clients Accessing County Departments' Services ||||||||||| Department of Mental Health | Department of Health Services - Medical | Department of Health Services - Countywide Benefits Entitlement Services Team (CBEST) | Department of Public Health - Substance Abuse Prevention and Control |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Department of Public Social Services ||||||||||||||
| | CalFresh | Medi-Cal | General Assistance/ Relief | GROW | CalWORKs | Welfare to Work | Child Care | Homeless - Temp | CAPI | Homeless - Perm | | | | |
| Budget Inn (Sepulveda Blvd.) | 25 | 27 | 20 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 13 | 0 | 1 |
| Palm Tree Inn | 20 | 23 | 17 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 1 | 2 | 1 |
| Marina Seven | 19 | 15 | 10 | 8 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 2 |
| Travel Inn | 21 | 13 | 8 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 5 | 3 | 0 | 0 |
| Hollywood Inn | 21 | 23 | 19 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 1 | 0 |
| Hollywood Inn Express South | 70 | 62 | 54 | 35 | 2 | 0 | 0 | 0 | 0 | 0 | 14 | 7 | 2 | 3 |
| Vista Motel | 16 | 18 | 16 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 3 | 0 | 3 |
| Ace Motel | 9 | 8 | 3 | 2 | 1 | 1 | 0 | 1 | 0 | 0 | 2 | 0 | 0 | 0 |
| Universal Inn | 13 | 15 | 8 | 6 | 2 | 1 | 0 | 1 | 0 | 0 | 2 | 4 | 0 | 0 |
| Lighthouse 10864 Rochester Ave Los Angeles, CA 90024 | 9 | 9 | 7 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Good Knight Inn | 11 | 11 | 7 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Olive Motel | 20 | 17 | 13 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 |
| Hotel Dreamscape | 18 | 16 | 11 | 9 | 1 | 2 | 0 | 0 | 0 | 0 | 1 | 8 | 1 | 1 |
| Mayfair 1256 W 7th ST Los Angeles, CA 90017 | 216 | 195 | 141 | 78 | 7 | 3 | 5 | 7 | 1 | 1 | 40 | 19 | 6 | 2 |
| Antonio Hotel | 48 | 42 | 37 | 25 | 5 | 0 | 2 | 3 | 0 | 0 | 33 | 11 | 2 | 1 |
| Starlight Inn | 13 | 9 | 9 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 2 | 0 | 0 |
| Hollywood La Brea Inn | 24 | 23 | 15 | 9 | 2 | 1 | 0 | 1 | 0 | 0 | 4 | 0 | 0 | 0 |
| 4969 Sunset Blvd, Los Angeles, CA 90027 | 46 | 42 | 28 | 18 | 1 | 0 | 2 | 0 | 0 | 0 | 13 | 4 | 1 | 3 |
| Canoga Hotel | 33 | 29 | 20 | 14 | 3 | 2 | 1 | 1 | 0 | 0 | 8 | 3 | 0 | 0 |
| Dusk Hollywood | 29 | 33 | 22 | 11 | 0 | 0 | 1 | 0 | 0 | 0 | 7 | 2 | 1 | 0 |
| Stuart | 34 | 29 | 24 | 13 | 5 | 0 | 0 | 4 | 0 | 0 | 9 | 3 | 0 | 1 |
| Willow Tree Inn and Suites | 35 | 29 | 23 | 18 | 2 | 0 | 1 | 0 | 0 | 0 | 10 | 10 | 0 | 1 |
| Interim Housing (DV Emergency Shelter) | Confidential ||||||||||||||
| 545 San Pedro | 36 | 33 | 26 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 4 | 0 | 0 |
| Midvale 2377 Midvale Ave | 24 | 24 | 20 | 13 | 1 | 0 | 0 | 1 | 0 | 0 | 2 | 0 | 0 | 0 |