# EXHIBIT A2

# County Supportive Services for City Permanent Housing

| County Provision of Supportive Services for City Permanent Supportive Housing for City's Reporting Period: July 1, 2025 - September 30, 2025 Quarterly Report (For the Period Ending December 31, 2025) | | | |
|---|---|---|---|
| **Permanent Supportive Housing *** | | | |
| **Address / Location ***** | **Permanent Supportive Housing Units**** | **Units with Intensive Case Management Services (ICMS)**** | **Total Clients Receiving ICMS During Reporting Period** |
| Washington View Apartments 720 W WASHINGTON BLVD Los Angeles, CA 90015 | 91 | 91 | 92 |
| PATH Villas Montclair/Gramercy (Recap-Site 2 of 2) 3317 W WASHINGTON BLVD  Los Angeles, CA 90018 | 16 | 16 | 15 |
| Chesterfield 4719 S NORMANDIE AVE  Los Angeles, CA 90037 | 42 | 42 | 45 |
| HiFi Collective 3200 W TEMPLE ST  Los Angeles, CA 90026 | 58 | 63 | 66 |
| Adams Terrace 4314 W ADAMS BLVD  Los Angeles, CA 90018 4347 W ADAMS BLVD Los Angeles, CA 90018 | 43 | 44 | 43 |
| Bell Creek Apartments 6940 N OWENSMOUTH AVE Canoga Park, CA 91303 | 41 | 41 | 41 |
| LAMP Lodge 660 S STANFORD AVE  Los Angeles, CA 90021 | 81 | 81 | 81 |
| Silva Crossing (fka Link at Sylmar) 12667 SAN FERNANDO ROAD  Sylmar, CA 91342 | 55 | 55 | 57 |
| Berendo Sage 1035 S BERENDO ST  LOS ANGELES, CA 90006 | 21 | 21 | 24 |
| Amani Apartments (fka Pico) 4200 W PICO BLVD  Los Angeles, CA 90019 | 53 | 53 | 55 |
| Hope on Broadway 5138 S BROADWAY  Los Angeles, CA 90037 | 48 | 48 | 52 |
| 6521 Brynhurst | 40 | 23 | 24 |
| 740 Alvarado | 74 | 40 | 43 |
| 5050 Pico | 76 | 39 | 39 |
| Firmin Court 418 N FIRMIN ST  Los Angeles, CA 90026 | 45 | 45 | 48 |
| 10150 Hillhaven | 27 | 17 | 20 |
| Reseda Theater Senior Housing (Canby Woods West) 7221 N CANBY AVE  Reseda, CA 91335 | 13 | 13 | 14 |
| 14949 Roscoe | 29 | 15 | 16 |
| Watts Works 9500 S COMPTON AVE  Los Angeles, CA 90002 | 24 | 24 | 24 |
| 11010 Santa Monica 11010 W SANTA MONICA BLVD  Los Angeles, CA 90025 | 50 | 25 | 25 |
| Ambrose (fka 1615 Montana St.) 1611 W MONTANA ST  Los Angeles, CA 90026 | 63 | 63 | 68 |
| Vermont Corridor Apartments (fka 433 Vermont Apts) 433 S VERMONT AVE  Los Angeles, CA 90020 | 36 | 36 | 36 |
| Depot at Hyde Park 6527 S CRENSHAW BLVD  Los Angeles, CA 90043 | 33 | 33 | 34 |
| Ingraham Villa Apartments 1218 INGRAHAM ST  LOS ANGELES, CA 90017 | 90 | 88 | 85 |

**EXHIBIT A2**
**Page 14**

| Address / Location **** | Permanent Supportive Housing Units*** | Units with Intensive Case Management Services (ICMS)** | Total Clients Receiving ICMS During Reporting Period | |
|---|---|---|---|---|
| Talisa (fka 9502 Van Nuys Blvd) 9502 N VAN NUYS BLVD  Panorama City, CA 91402 | 48 | 48 | 53 | |
| Asante Apartments 11001 S BROADWAY  Los Angeles, CA 90061 | 54 | 54 | 59 | |
| West Terrace (fka Silver Star II) 6576 S WEST BLVD  LOS ANGELES, CA 90043 | 56 | 56 | 54 | |
| PATH Villas Hollywood 5627 W FERNWOOD AVE  HOLLYWOOD, CA 90028 | 59 | 59 | 64 | |
| Broadway Apartments 301 W 49TH ST 1-30  LOS ANGELES, CA 90037 | 34 | 34 | 37 | |
| Hope on Hyde Park - MP/TOC/PSH 6501 S CRENSHAW BLVD  Los Angeles, CA 90043 | 97 | 40 | 45 | |
| 7639 Van Nuys | 30 | 31 | 34 | |
| Mariposa Lily 1055 S MARIPOSA AVE  Los Angeles, CA 90006 | 20 | 20 | 20 | |
| Sun Commons 6329 N CLYBOURN AVE  North Hollywood, CA 91606 | 51 | 51 | 52 | |
| West Third Apartments 1900 W 3RD ST  Los Angeles, CA 90057 | 136 | 136 | 140 | |
| 1044 Soto | 84 | 84 | 92 | |
| Pointe on La Brea 849 N LA BREA AVE CA 90038 | 49 | 49 | 51 | |
| 6th and San Julian 401 E 6TH ST  Los Angeles, CA 90014 | 93 | 93 | 97 | |
| Palm Vista Apartments 20116 W SHERMAN WAY, Winnetka, CA 91306 | 44 | 44 | 45 | |
| The Wilcox (fka 4906-4926 Santa Monica) 4912 W SANTA MONICA BLVD  Los Angeles, CA 90029 | 61 | 61 | 63 | |
| SagePointe (fka Deepwater) 1435 N EUBANK AVE  LOS ANGELES, CA 90744 | 55 | 55 | 56 | |
| Sherman Oaks Senior Housing 14536 W BURBANK BLVD  VAN NUYS, CA 91411 | 54 | 54 | 54 | |
| Colorado East, 2451 W COLORADO BLVD, Los Angeles, CA 90041 | 40 | 25 | 24 | |
| The Quincy (fka 2652 Pico) 2652 W PICO BLVD  Los Angeles, CA 90006 | 53 | 53 | 54 | |
| Serenity (fka 923-937 Kenmore Ave) 923 S KENMORE AVE  Los Angeles, CA 90006 | 74 | 74 | 74 | |
| 1200 Leighton Ave 90037 (Master Lease) | 16 | TLS/Section 8; no clients currently connected to ICMS | | |
| 1203 Rolland Curtis Pl 90037 (Master Lease) | 19 | TLS/Section 8; no clients currently connected to ICMS | | |
| 4222 Dalton Ave 90062 (Master Lease) | 27 | TLS/Section 8; no clients currently connected to ICMS | | |
| 639 E 21 St 90011 (Master Lease) | 21 | TLS/Section 8; no clients currently connected to ICMS | | |
| Beacon Landing (fka Beacon PSH) 319 N BEACON ST  SAN PEDRO, CA 90731 | 88 | 88 | 89 | |
| My Angel (fka The Angel) 8547 N SEPULVEDA BLVD North Hills, CA 91343 | 53 | 29 | 29 | |
| Sun King Apartments 9190 N TELFAIR AVE  LOS ANGELES, CA 91352 | 25 | 25 | 26 | |
| The Iris (fka Barry Apartments), 2444 S BARRY AVE, CA 90064 | 34 | 34 | 36 | |
| The Lake House (fka Westlake Housing) 437 S WESTLAKE AVE  Los Angeles, CA 90057 | 62 | 62 | 61 | |

**EXHIBIT A2**

**Page 15**

| Address / Location **** | Permanent Supportive Housing Units*** | Units with Intensive Case Management Services (ICMS)** | Total Clients Receiving ICMS During Reporting Period | |
|---|---|---|---|---|
| La Veranda<br>2420 E CESAR E CHAVEZ AVE  Los Angeles, CA 90033 | 38 | 38 | 40 | |
| 1261 - 1269 Rolland Curtis Pl 90037<br>(Master Lease) | 28 | 21 | 15 | |
| 619 Westlake (fka Westlake 619)<br>619 S WESTLAKE AVE  Los Angeles, CA 90057 | 39 | 39 | 37 | |
| 1603 W 36th Pl 90018 | 81 | 65 | 56 | |
| Lumina (fka Topanga Apartments)<br>10243 N TOPANGA CANYON BLVD Chatsworth, CA 91311 | 54 | 54 | 54 | |
| La Prensa Libre - 4%<br>210 E WASHINGTON BLVD Los Angeles, CA 90015 | 25 | 25 | 25 | |
| NoHo 5050<br>5050 N BAKMAN AVE North Hollywood, CA 91601 | 32 | 32 | 32 | |
| Marcella Gardens (68th & Main St.)<br>6722 S MAIN ST Los Angeles, CA 90003 | 59 | 44 | 44 | |
| Corazon del Valle I<br>14545 W LANARK ST CA 91402 | 49 | 49 | 51 | |
| Isla de Los Angeles<br>283 W IMPERIAL HWY Los Angeles, CA 90061 | 53 | 43 | 43 | |
| Washington Arts Collective<br>4615 W WASHINGTON BLVD Los Angeles, CA 90016 | 20 | 28 | 29 | |
| Weingart Tower A-134 (fka Weingart Tower HHH PSH1A)<br>555 S CROCKER ST CA 90013 | 133 | 103 | 106 | |
| Weingart Tower A-144 Lower (fkaWeingart TowerIIA)<br>555 S CROCKER ST CA 90013 | 142 | 139 | 145 | |
| Solaris Apartments (fka 1141-1145 Crenshaw Blvd)<br>1141 S CRENSHAW BLVD Los Angeles, CA 90019 | 42 | 42 | 43 | |
| Bryson II<br>2721 WILSHIRE BLVD LOS ANGELES, CA 90057 | 48 | 33 | 38 | |
| Whittier HHH (fka Whittier PSH)<br>3554 E WHITTIER BLVD Los Angeles, CA 90023 | 63 | 63 | 65 | |
| Main Street Apartments<br>5501 S MAIN ST  Los Angeles, CA 90037 | 56 | 14 | 14 | |
| 920 S Gramercy Pl 90019<br>(Master Lease) | 56 | 57 | 65 | |
| 1317 S Grand Ave 90015<br>(Master Lease) | 146 | TLS/Section 8; no clients currently connected to ICMS | | |
| 1343 W 40th Pl 90037<br>(Master Lease) | 19 | TLS/Section 8; no clients currently connected to ICMS | | |
| The Banning (aka 841 N Banning)<br>841 N BANNING BLVD  Wilmington, CA 90744 | 63 | 63 | 64 | |
| Los Lirios Apartments<br>119 S SOTO ST  Los Angeles, CA 90033 | 20 | 20 | 21 | |
| The Journey (FKA Lincoln Apartments)<br>2467 S LINCOLN BLVD  Venice, CA 90291 | 39 | 39 | 40 | |
| 11604 Vanowen (fka The Mahalia)<br>11604 VANOWEN ST  LOS ANGELES, CA 91605 | 48 | 10 | 10 | |
| Corazon del Valle II<br>14545 W LANARK ST CA 91402 | 49 | 49 | 50 | |
| 6501 S Broadway 90003 | 49 | 49 | 49 | |
| 4065 Oakwood | 57 | 67 | 57 | |
| Ruth Teague Homes (fka 67th & Main)<br>6706 S MAIN ST  Los Angeles, CA 90003 | 26 | 45 | 45 | |

| Address / Location **** | Permanent Supportive Housing Units*** | Units with Intensive Case Management Services (ICMS)** | Total Clients Receiving ICMS During Reporting Period | |
|---|---|---|---|---|
| Avalon 1355<br>1355 N AVALON BLVD CA 90744 | 53 | 53 | 54 | |
| Parkview Affordable Housing<br>4020 S COMPTON AVE CA 90011 | 31 | 31 | 32 | |
| Oak Apartments (fka 2745-2759 Francis Ave)<br>2745 W FRANCIS AVE  Los Angeles, CA 90005 | 63 | 63 | 64 | |
| 4818 N Sepulveda Blvd | 26 | 34 | 27 | |
| 3705 McLaughlin | 18 | 24 | 19 | |
| Thatcher Yard Housing<br>3233 S THATCHER AVE  Marina Del Rey, CA 90292 | 49 | 49 | 49 | |
| Western Landing<br>25820 S WESTERN AVE CA 90710 | 80 | 80 | 81 | |
| The Brine Residential<br>3016 N NORTH MAIN ST  Los Angeles, CA 90031 | 49 | 49 | 49 | |
| The Azalea (fka 4507 Main St)<br>4505 S MAIN ST  Los Angeles, CA 90037 | 31 | 31 | 31 | |
| 1411 S Flower St 90015 | 220 | 200 | 165 | |
| Luna Vista Apartments<br>8767 N PARTHENIA PL 1-73 CA 91343 | 36 | 36 | 36 | |
| Central Apartments<br>2106 S CENTRAL AVE  Los Angeles, CA 90011 | 56 | 14 | 15 | |
| Santa Monica & Vermont Apartments (Phases 1 & 2)<br>4718 W SANTA MONICA BLVD  Los Angeles, CA 90029 | 94 | 94 | 94 | |
| Lorena Plaza<br>3401 E 1ST ST  Los Angeles, CA 90063 | 32 | 32 | 34 | |
| Southside Seniors<br>1655 W MANCHESTER AVE  Los Angeles, CA 90047 | 36 | 36 | 36 | |
| Vermont Manchester Family Transit Priority Project<br>8500 S VERMONT AVE CA 90044 | 58 | 58 | 62 | |
| Vermont Manchester Senior<br>8400 S VERMONT AVE  Los Angeles, CA 90044 | 60 | 60 | 62 | |
| 1654 W Florence | 126 | 60 | 62 | |
| Montecito II Senior Housing<br>6668 W FRANKLIN AVE  HOLLYWOOD, CA 90028 | 32 | 32 | 32 | |
| Jordan Downs Phase S4 (TMO)<br>10110 S. Grape Street, Los Angeles, CA 90002,<br>10150 S. Grape Street, Los Angeles, CA 90002 | 17 | TLS/Section 8; no clients currently connected to ICMS | | |
| 2812 Temple (2812 Temple/ 916 Alvarado) | 41 | 36 | 36 | |
| Crocker (Umeya) Apartments<br>411 S TOWNE AVE CA 90013 | 87 | 88 | 63 | |
| 600 S San Pedro St 1<br>Los Angeles, CA 90021 | 147 | 23 | 25 | |
| 600 S San Pedro St 2<br>Los Angeles, CA 90021 | 151 | TLS/Section 8; no clients currently connected to ICMS | | |
| Villa Vanowen fka Confianza<br>14142 W VANOWEN ST  VAN NUYS, CA 91405 | 63 | 63 | 61 | |
| Miramar Gold<br>1434 W MIRAMAR ST CA 90026 | 47 | 47 | 46 | |
| 21121 Vanowen | 92 | 91 | 82 | |
| | | | | |
| *This report does not include PSH Veteran units reported by the City as these units are supported by HUD/Veterans Affairs supportive housing program. | | | | |

| Address / Location **** | Permanent Supportive Housing Units*** | Units with Intensive Case Management Services (ICMS)** | Total Clients Receiving ICMS During Reporting Period | |
|---|---|---|---|---|
| ** Intensive Case Management Services (ICMS) includes outreach and engagement; intake and assessment; housing navigation; housing case management; housing stabilization; connections to emergency financial assistance to avoid evictions; linkages to health, mental health, and substance use disorder services; benefits establishment; vocational assistance; etc. | | | | |
| *** The data in this column comes from the City's Status Report. | | | | |

**County Provision of Mainstream Services for City Permanent Supportive Housing for**
**City's Reporting Period: July 1, 2025 - September 30, 2025**
**Quarterly Report (For the Period Ending December 31, 2025)**

| Clients Accessing County Departments'  Services | | | | | | | | | | | | | | | | | |
| Department of Public Social Services | | | | | | | | | | | | | | Department of Mental Health | Department of Health Services - Medical | Department of Health Services - Countywide Benefits Entitlement Services Team (CBEST) | Department of Public Health - Substance Abuse Prevention and Control |
| CalFresh | Medi-Cal | General Assistance/ Relief | GROW | CalWORKs | Welfare to Work | Child Care | Homeless - Temp | CAPI | Homeless - Perm | Nutrition Benefit | Immediate Need | REP | RCA | | | | |
| 4,453 | 3,323 | 2,029 | 940 | 364 | 210 | 284 | 66 | 31 | 9 | 3 | - | 1 | - | 1,737 | 626 | 172 | 228 |

**EXHIBIT A2**
**Page 19**