# EXHIBIT B

# High Service Need Beds Available to County Outreach Teams

**High Service Need Interim Housing Beds Available to County Outreach Teams**
**Quarterly Report (For the Period Ending December 31, 2025)**

| Type of Team Making Referral | Total Referrals Received by DHS | Accepted Referral | | Recommended Outreach Worker Refer for Alternate Program/Assessment | Incomplete Application - Pending Information from Referrer | Referrals Rescinded* |
|---|---|---|---|---|---|---|
| | | Client Placed | Pending Placement | | | |
| DHS Outreach Team | 1718 | 848 | 82 | 78 | 371 | 339 |
| DMH Outreach Team | 29 | 20 | 0 | 2 | 6 | 1 |
| Total | 1747 | 868 | 82 | 80 | 377 | 340 |

* "Referrals Rescinded" means referrals that were canceled by the referring outreach team. Reasons for rescinding the referral include client placed in alternate interim housing, became permanently housed, left the area, outreach team is unable to locate the participant, etc.