# EXHIBIT C

# Mental Health/ Substance Use Disorder Beds

EXHIBIT C
Page 22

| Mental Health/Substance Use Disorder Beds | | |
|---|---|---|
| **Quarterly Report (For the Period Ending December 31, 2025)** | | |
| Total Beds Reported Last Quarter | 2490 | |
| Beds Added This Quarter | 255 | |
| Beds Reduced This Quarter | -16 | |
| Total Net Beds Added This Quarter | 239 | |
| **TOTAL BEDS AS OF THIS QUARTER** | **2729** | |

| PROVIDER NAME | NO. OF BEDS DEVELOPED/ CONTRACTED | CHANGE DOCUMENTED DURING REPORT PERIOD | DATE BEDS BECAME OPEN AND OPERATIONAL |
|---|---|---|---|
| CALIFORNIA PSYCHIATRIC TRANSITIONS | 10 | | 7/1/2022 |
| CASA DE LAS AMIGAS | 5 | | 7/1/2022 |
| SIERRA VISTA | 4 | | 7/1/2022 |
| SOCIAL MODEL RECOVERY SYSTEMS, INC. | 1 | Site Added | 7/1/2022 |
| STONEY POINT MEDICAL SNF | 35 | | 7/1/2022 |
| BEACON HOUSE ASSOCIATION OF SAN PEDRO (THE) | 15 | | 7/13/2022 |
| BEACON HOUSE ASSOCIATION OF SAN PEDRO (THE) | 12 | | 7/13/2022 |
| BEACON HOUSE ASSOCIATION OF SAN PEDRO (THE) | 14 | | 7/13/2022 |
| BEIT T'SHUVAH | 10 | | 7/13/2022 |
| CRI-HELP, INC. | 14 | | 7/13/2022 |
| DIVINE HEALTHCARE SERVICES, INC. | 5 | | 7/13/2022 |
| DIVINE HEALTHCARE SERVICES, INC. | 4 | | 7/13/2022 |
| EXODUS RECOVERY INC. | 8 | | 7/13/2022 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 6 | | 7/13/2022 |
| GRANDVIEW FOUNDATION, INC. | 4 | | 7/13/2022 |
| GRANDVIEW FOUNDATION, INC. | 6 | | 7/13/2022 |
| HEALTHRIGHT 360 | 24 | | 7/13/2022 |
| HOUSE OF HOPE FOUNDATION, INC. | 6 | | 7/13/2022 |
| HOUSE OF HOPE FOUNDATION, INC. | 4 | | 7/13/2022 |
| HOUSE OF HOPE FOUNDATION, INC. | 2 | | 7/13/2022 |
| LOS ANGELES CENTERS FOR ALCOHOL AND DRUG ABUSE | 30 | | 7/13/2022 |
| LOS ANGELES CENTERS FOR ALCOHOL AND DRUG ABUSE | 24 | | 7/13/2022 |
| SAFE REFUGE (ORIGINAL NAME: SUBSTANCE ABUSE FOUNDATION OF LONG BEACH, INC.) | 6 | | 7/13/2022 |
| SAFE REFUGE (ORIGINAL NAME: SUBSTANCE ABUSE FOUNDATION OF LONG BEACH, INC.) | 10 | | 7/13/2022 |
| SAFE REFUGE (ORIGINAL NAME: SUBSTANCE ABUSE FOUNDATION OF LONG BEACH, INC.) | 2 | | 7/13/2022 |
| SAFE REFUGE (ORIGINAL NAME: SUBSTANCE ABUSE FOUNDATION OF LONG BEACH, INC.) | 2 | | 7/13/2022 |
| SOCIAL MODEL RECOVERY SYSTEMS, INC. | 3 | | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 6 | | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 6 | | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 2 | | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | | 7/13/2022 |
| TARZANA TREATMENT CENTERS, INC. | 1 | | 7/13/2022 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 1 | | 7/14/2022 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 9 | | 7/15/2022 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 1 | | 7/16/2022 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 5 | | 7/17/2022 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 1 | | 7/18/2022 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 1 | | 7/19/2022 |
| TELECARE RANCHO CITRUS HOUSE | 16 | | 10/3/2022 |
| SOUTHERN CALIFORNIA ALCOHOL AND DRUG PROGRAMS, INC. | 6 | | 11/15/2022 |
| LACADA SAFE HAVEN | 16 | | 12/1/2022 |
| LAS ENCINAS | 10 | | 12/1/2022 |
| SADLER HEALTHCARE, INC. | 15 | | 12/1/2022 |
| SADLER HEALTHCARE, INC. | 5 | | 12/1/2022 |
| SPECIAL SERVICE FOR GROUPS, INC. | 16 | | 12/1/2022 |
| TELECARE CORPORATION | 16 | | 12/12/2022 |
| TELECARE CORPORATION | 16 | | 12/12/2022 |

**EXHIBIT C**
**Page 23**

| PROVIDER NAME | NO. OF BEDS DEVELOPED/ CONTRACTED | CHANGE DOCUMENTED DURING REPORT PERIOD | DATE BEDS BECAME OPEN AND OPERATIONAL |
|---|---|---|---|
| STARS BEHAVIORAL HEALTH GROUP | 16 | | 2/6/2023 |
| STARS BEHAVIORAL HEALTH GROUP | 16 | | 3/22/2023 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 1 | | 4/11/2023 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 1 | | 4/11/2023 |
| STARS BEHAVIORAL HEALTH GROUP | 16 | | 5/17/2023 |
| CHABAD OF CALIFORNIA, INC. | 6 | Site Added | 5/25/2023 |
| STARS BEHAVIORAL HEALTH GROUP | 16 | | 6/14/2023 |
| HEALTHRIGHT 360 | 33 | | 6/27/2023 |
| A BRIGHTER DAY | 12 | | 7/1/2023 |
| GENERATIONS - ANBERRY SNF<br>GENERATIONS - HORIZON SNF | 10 | | 7/1/2023 |
| JWCH INSTITUTE, INC. | 10 | | 7/1/2023 |
| JWCH INSTITUTE, INC. | 12 | | 7/1/2023 |
| LAS ENCINAS | 15 | | 7/1/2023 |
| LOS ANGELES CENTERS FOR ALCOHOL AND DRUG ABUSE | 2 | | 7/1/2023 |
| LOS ANGELES CENTERS FOR ALCOHOL AND DRUG ABUSE | 6 | | 7/1/2023 |
| MISSION COMMUNITY HOSPITAL | 20 | | 7/1/2023 |
| PACIFICA HOSPITAL OF THE VALLEY | 10 | | 7/1/2023 |
| SPECIAL SERVICE FOR GROUPS, INC. (SSG): JOURNEY TO NEW HORIZONS | 40 | | 7/17/2023 |
| CLARE FOUNDATION, INC. | 5 | | 7/25/2023 |
| PACIFICA HOSPITAL OF THE VALLEY URGENT CARE CLINIC | 8 | | 8/1/2023 |
| COAST PLAZA HOSPITAL | 37 | | 8/7/2023 |
| SPECIAL SERVICE FOR GROUPS, INC. (SSG): MARK TWAIN | 56 | | 9/5/2023 |
| SPECIAL SERVICE FOR GROUPS, INC. (SSG): PINE LODGE | 15 | | 9/18/2023 |
| DEL AMO HOSPITAL | 18 | | 10/11/2023 |
| STARS BEHAVIORAL HEALTH GROUP: CENTRAL STAR LAGMC CRTP | 16 | | 10/30/2023 |
| HOLLYWOOD WALK OF FAME HOTEL | 20 | | 11/20/2023 |
| DIVINE HEALTHCARE SERVICES, INC. | 12 | | 11/29/2023 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 6 | | 11/29/2023 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 10 | | 11/29/2023 |
| STARS BEHAVIORAL HEALTH GROUP: VALLEY STAR OLIVE VIEW | 16 | | 11/29/2023 |
| TARZANA TREATMENT CENTERS, INC. | 7 | | 11/29/2023 |
| VOLUNTEERS OF AMERICA OF LOS ANGELES | 12 | | 11/29/2023 |
| CHABAD OF CALIFORNIA, INC. | 6 | Site Added | 12/3/2023 |
| STARS BEHAVIORAL HEALTH GROUP: STAR VIEW RANCHO LOS AMIGOS | 16 | | 12/27/2023 |
| LOS ANGELES CENTERS FOR ALCOHOL AND DRUG ABUSE | 0 | 16 Beds Offline | 1/10/2024 |
| LOS ANGELES CENTERS FOR ALCOHOL AND DRUG ABUSE | 19 | | 1/10/2024 |
| LOS ANGELES CENTERS FOR ALCOHOL AND DRUG ABUSE | 38 | | 1/10/2024 |
| TARZANA TREATMENT CENTERS, INC. | 6 | | 1/18/2024 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 6 | | 1/30/2024 |
| DIVINE HEALTHCARE SERVICES, INC. | 6 | | 1/31/2024 |
| DIVINE HEALTHCARE SERVICES, INC. | 15 | | 1/31/2024 |
| DIVINE HEALTHCARE SERVICES, INC. | 6 | | 1/31/2024 |
| DIVINE HEALTHCARE SERVICES, INC. | 8 | | 1/31/2024 |
| DIVINE HEALTHCARE SERVICES, INC. | 8 | | 1/31/2024 |
| SPECIAL SERVICE FOR GROUPS, INC. | 15 | | 2/1/2024 |
| SAN FERNANDO RECOVERY CENTER | 32 | | 2/2/2024 |
| STARS BEHAVIORAL HEALTH GROUP: VALLEY STAR LAGMC | 16 | | 2/21/2024 |
| HOLLYWOOD WALK OF FAME HOTEL | 10 | | 3/1/2024 |
| TARZANA TREATMENT CENTERS, INC. | 6 | | 3/13/2024 |
| LOS ANGELES CENTERS FOR ALCOHOL AND DRUG ABUSE | 25 | | 3/21/2024 |
| HOLLYWOOD WALK OF FAME HOTEL | 10 | | 4/15/2024 |
| SOCIAL MODEL RECOVERY SYSTEMS, INC. | 1 | | 6/15/2024 |
| SOCIAL MODEL RECOVERY SYSTEMS, INC. | 8 | | 6/15/2024 |
| SOCIAL MODEL RECOVERY SYSTEMS, INC. | 2 | Site Added | 6/15/2024 |
| SOCIAL MODEL RECOVERY SYSTEMS, INC. | 2 | Site Added | 6/15/2024 |
| PAX HOUSE, INC. | 32 | | 6/21/2024 |
| LOS ANGELES CENTERS FOR ALCOHOL AND DRUG ABUSE | 20 | | 7/1/2024 |
| SPECIAL SERVICE FOR GROUPS, INC. | 3 | | 7/10/2024 |
| HOUSE OF HOPE FOUNDATION, INC. | 6 | | 7/29/2024 |
| LITTLE HOUSE | 4 | | 7/29/2024 |
| SADLER HEALTHCARE, INC. | 30 | | 8/1/2024 |
| THE TEEN PROJECT, INC., D.B.A. FREEHAB | 24 | | 8/1/2024 |

EXHIBIT C
Page 24

| PROVIDER NAME | NO. OF BEDS DEVELOPED/ CONTRACTED | CHANGE DOCUMENTED DURING REPORT PERIOD | DATE BEDS BECAME OPEN AND OPERATIONAL |
|---|---|---|---|
| HOLLYWOOD WALK OF FAME HOTEL | 6 | | 8/1/2024 |
| GENERATIONS | 9 | | 8/26/2024 |
| STAR VIEW BEHAVIORAL HEALTH, INC.: STAR VIEW OLIVE VIEW UCLA CRTP | 16 | | 8/26/2024 |
| LOS ANGELES CENTERS FOR ALCOHOL AND DRUG ABUSE | 18 | | 9/6/2024 |
| LANDMARK MEDICAL SERVICES, INC. | 8 | | 10/1/2024 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 9 | | 10/3/2024 |
| CRTPROGRAMS (AKA BEL AIR)-DOWNEY: RANCHO LOS AMIGOS | 16 | | 10/16/2024 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 10 | | 11/5/2024 |
| CRI-HELP, INC. | 35 | | 12/16/2024 |
| TARZANA TREATMENT CENTERS, INC. | 6 | | 12/19/2024 |
| TARZANA TREATMENT CENTERS, INC. | 6 | | 12/19/2024 |
| TARZANA TREATMENT CENTERS, INC. | 6 | | 12/19/2024 |
| TARZANA TREATMENT CENTERS, INC. | 15 | | 12/19/2024 |
| LITTLE HOUSE | 4 | | 12/23/2024 |
| LITTLE HOUSE | 4 | | 12/23/2024 |
| LITTLE HOUSE | 9 | | 12/23/2024 |
| CRI-HELP, INC. | 60 | | 12/24/2024 |
| CANON HUMAN SERVICES, INC. | 8 | | 1/2/2025 |
| COMPATIOR, INC. | 24 | | 1/3/2025 |
| DIVINE HEALTHCARE SERVICES, INC. | 6 | | 1/15/2025 |
| DIVINE HEALTHCARE SERVICES, INC. | 9 | | 1/15/2025 |
| DIVINE HEALTHCARE SERVICES, INC. | 4 | | 1/16/2025 |
| DIVINE HEALTHCARE SERVICES, INC. | 8 | | 1/16/2025 |
| PRINCIPLES, INC. | 7 | | 2/13/2025 |
| PRINCIPLES, INC. | 5 | | 2/13/2025 |
| PRINCIPLES, INC. | 6 | | 2/13/2025 |
| PAX HOUSE, INC. | 14 | | 2/14/2025 |
| CRI-HELP, INC. | 5 | | 4/2/2025 |
| TARZANA TREATMENT CENTERS, INC. | 6 | | 4/3/2025 |
| CRI-HELP, INC. | 36 | | 4/8/2025 |
| LOS ANGELES CENTERS FOR ALCOHOL AND DRUG ABUSE | 52 | | 4/8/2025 |
| CHABAD OF CALIFORNIA, INC. | 11 | | 4/11/2025 |
| CHABAD OF CALIFORNIA, INC. | 21 | | 4/11/2025 |
| CHABAD OF CALIFORNIA, INC. | 3 | | 4/11/2025 |
| CHABAD OF CALIFORNIA, INC. | 23 | | 4/11/2025 |
| CHABAD OF CALIFORNIA, INC. | 23 | Site Added | 4/11/2025 |
| CHABAD OF CALIFORNIA, INC. | 7 | | 4/11/2025 |
| Exodus Recovery: LAGMC | 16 | | 4/15/2025 |
| LOS ANGELES CENTERS FOR ALCOHOL AND DRUG ABUSE | 12 | | 4/17/2025 |
| ASIAN AMERICAN DRUG ABUSE PROGRAM, INC. | 10 | | 4/21/2025 |
| BUILDING BRIDGES CONSULTANT | 4 | | 5/15/2025 |
| CRTPrograms Bel Air: Olive View UCLA | 16 | | 5/15/2025 |
| CHANCES 4 CHANGE | 6 | | 5/19/2025 |
| TDD SUPPORTIVE LIVING, INC.: 99TH STREET PROJECT | 18 | | 5/19/2025 |
| TESTIMONIAL COMMUNITY LOVE CENTER: WHITTIER | 45 | | 5/19/2025 |
| PRINCIPLES, INC. | 27 | | 5/22/2025 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 14 | | 5/27/2025 |
| HOLLYWOOD WALK OF FAME HOTEL | 3 | | 6/1/2025 |
| GRANDVIEW FOUNDATION, INC. | 8 | | 6/4/2025 |
| EXODUS RECOVERY INC. | 4 | | 6/11/2025 |
| TLC ROOM & BOARD, INC. | 4 | | 6/16/2025 |
| DIVINE HEALTHCARE SERVICES, INC. | 15 | | 6/18/2025 |
| DIVINE HEALTHCARE SERVICES, INC. | 10 | | 6/18/2025 |
| ASIAN AMERICAN DRUG ABUSE PROGRAM, INC. | 8 | | 6/18/2025 |
| ENCOMPASS HOUSING: HATFIELD | 16 | | 6/23/2025 |
| MLK Life Generations | 16 | | 6/30/2025 |
| HOLLIDAY'S HELPING HANDS: HOPE HAVEN | 12 | | 7/16/2025 |
| LOS ANGELES CENTERS FOR ALCOHOL AND DRUG ABUSE | 20 | | 7/18/2025 |
| TESTIMONIAL COMMUNITY LOVE CENTER: WHITTIER | 2 | | 8/1/2025 |
| ENCOMPASS HOUSING: HATFIELD | 14 | | 8/4/2025 |
| TARZANA TREATMENT CENTERS, INC. | 60 | | 8/5/2025 |
| ELLA'S FOUNDATION | 18 | | 8/18/2025 |
| PLEASANT BEGINNINGS FOUNDATION | 6 | | 8/20/2025 |

EXHIBIT C
Page 25

| PROVIDER NAME | NO. OF BEDS DEVELOPED/ CONTRACTED | CHANGE DOCUMENTED DURING REPORT PERIOD | DATE BEDS BECAME OPEN AND OPERATIONAL |
|---|---|---|---|
| HOME AT LAST | 150 | | 8/22/2025 |
| UPWARD BOUND HOUSE | 20 | | 8/25/2025 |
| ENCOMPASS HOUSING: HATFIELD | 1 | | 8/26/2025 |
| HOLLIDAY'S HELPING HANDS: HEART HAVEN | 37 | | 9/8/2025 |
| BUTTERFLY'S HAVEN | 55 | | 9/15/2025 |
| SPECIAL SERVICE FOR GROUPS, INC. (SSG): KOHLER | 60 | | 9/15/2025 |
| ENCOMPASS HOUSING: HATFIELD | 6 | | 9/16/2025 |
| ENCOMPASS HOUSING: HATFIELD | 3 | | 9/23/2025 |
| HOLLIDAY'S HELPING HANDS: HEART HAVEN | 10 | Site Added | 9/25/2025 |
| ROOTS, INC. | 9 | Site Added | 10/8/2025 |
| ROOTS, INC. | 6 | Site Added | 10/8/2025 |
| ROOTS, INC. | 6 | Site Added | 10/8/2025 |
| ROOTS, INC. | 11 | Site Added | 10/8/2025 |
| ROOTS, INC. | 11 | Site Added | 10/8/2025 |
| HOLLIDAY'S HELPING HANDS: HEART HAVEN | 2 | Site Added | 10/9/2025 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 8 | Site Added | 10/10/2025 |
| NEW DIRECTIONS FOR VETERANS | 10 | Site Added | 10/15/2025 |
| FRED BROWN'S RECOVERY SERVICES, INC. | 1 | Site Added | 11/6/2025 |
| A&A Health Services | 50 | Site Added | 11/10/2025 |
| BUILDING BRIDGES CONSULTANT | 2 | Site Added | 12/1/2025 |
| CRI-HELP, INC. | 38 | Site Added | 12/2/2025 |
| VAN NESS RECOVERY HOUSE | 8 | Site Added | 12/2/2025 |
| ROOTS, INC. | 22 | Site Added | 12/26/2025 |
| ROOTS, INC. | 8 | Site Added | 12/26/2025 |
| ROOTS, INC. | 13 | Site Added | 12/26/2025 |
| TOTAL | 2729 | | |

EXHIBIT C

Page 26