# EXHIBIT E

# Referrals by City Funded Outreach Workers

**Referrals by City Funded Outreach Workers to County Departments**
**Quarterly Report (For the Period Ending December 31, 2025)**

| Reporting Categories | Departments | | | | |
|---|---|---|---|---|---|
| | All Departments | DPSS* | DHS-CBEST** | DMH*** | DPH-SAPC**** |
| No. of contacts/service requests by | 9 | 1 | 4 | 4 | 0 |
| Result of Contacts/Service Request | | | | | |
| Reached | 2 | - | 1 | 1 | - |
| In Process | 3 | 1 | - | 2 | - |
| Unable to Reach Client | 1 | - | 1 | - | - |
| Unable to Reach Outreach Worker***** | 1 | - | 1 | - | - |
| Withdrawn | 2 | - | 1 | 1 | - |
| Duplicate | 0 | - | - | - | - |

| Reporting Categories | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Type of Service Requests by Department | | | | | | | | |
| DPSS | | | DHS-CBEST | | DMH | | DPH-SAPC | |
| Information | Apply for Program - Approved | Apply for Program - Denied | Eligible | Not-Eligible | Outreach and Engagement | Appointment Given | Connected to Substance Abuse Service Help-line (SASH) | Connected to Clent Engagement and Navigation Services (CENS) |
| - | - | - | 1 | - | 1 | - | - | - |

| Reporting Categories | |
|---|---|
| No. of Requests Per Individual | Count |
| # of Clients with 1 Request | 5 |
| # of Clients with 2 Requests | 2 |
| Total Unique Clients | 7 |

| Reporting Categories | |
|---|---|
| Location of Request | Count |
| 91331 | 4 |
| 91505 | 1 |
| 91506 | 1 |
| Unknown | 3 |
| Total Referrals for Zip Codes | 9 |

* DPSS: Outreach workers document referrals for screening and assistance with benefits applications to CalWORKs, General Relief, CalFresh, and Medi-Cal submitted to the designated DPSS email address, PEHOutreachReferral@dpss.lacounty.gov.  DPSS reports on whether it provided benefits information, intake applications, and application dispositions.

** DHS-CBEST: Outreach workers document referrals for screening and assistance with SSI, SSDI, and CAPI applications submitted by e-mail (cbestreferral@dhs.la.county.gov), phone (323-274-3777), or fax (213-482-3395). DHS-CBEST conducts intake appointment and reports on eligibility determinations.

*** DMH: Outreach worker document referrals for PEH experiencing a behavioral health crisis, or otherwise in need of specialty mental health treatment.  Crisis referrals are submitted via telephone (800-854-7771), and referrals are added to dispatch board for response by a DMH Field Intervention Team.  Other referrals are made through DMH's online portal, where referral is evaluated and assigned to appropriate program (i.e., HOME team, outpatient, or Full-Service Partnership).  Upon receipt, provider will contact referring party or client to coordinate services.  DMH reports on referral disposition as documented in Department's referral tracking system and/or the client's electronic health record system.

**** DPH-SAPC:  Outreach workers document referrals to SASH by calling a 24/7 helpline 800-854-7771, and/or through or through contracted provider staff known as the CENS.  SASH and CENS agents are able to provide screening, resources, and further linkage/referrals to SUD-treatment providers.  DPH-SAPC reports on referral disposition as documented in clients' electronic health records.

***** No response was received to departmental inquiries about these referrals.  This includes referrals previously reported as "in process."

| Reporting Categories | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Type of Service Requests by Department | | | | | | | | |
| DPSS | | | DHS-CBEST | | DMH | | DPH-SAPC | |
| Information | Apply for Program - Approved | Apply for Program - Denied | Eligible | Not-Eligible | Outreach and Engagement | Appointment Given | Connected to Substance Abuse Service Help-line (SASH) | Connected to Client Engagement and Navigation Services (CENS) |
| - | - | - | 1 | - | 1 | - | - | - |