**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES – GENERAL</u>**

Case No. 2:20-cv-02291-DOC-KES                    Date:  February 18, 2026

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

PRESENT:

<u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   SUPPLEMENTAL MINUTES FOR FEBRUARY 18, 2026 HEARING**

After the City's Chief Administrative Officer, Matthew Szabo, was recalled to testify, the Court indicated that it was interested in moving the case forward with respect to accountability and transparency, and out of concern about the cost to the public and people experiencing homelessness of these hearings. The Court noted that the Parties agreed in Section 7.2 of the 2022 Settlement Agreement to the appointment of a data monitor. Three and a half years after the Settlement Agreement was signed by the parties, the Court observed that there is still not a data monitor in place.

The Court then indicated to the Parties that it was within their power to determine who the data monitor would be pursuant to Section 7.2 of the Settlement Agreement. The Court directed the Parties and CAO Matthew Szabo to immediately meet and confer to determine whether they could agree on who should serve as the data monitor. The Court then recessed for the Parties and Matthew Szabo to meet and confer.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                                    Date: February 18, 2026

                                                                                          Page 2

        The Parties later indicated to the Court that they were ready to discuss the matter on the record. When the Court went back into session the Parties represented to the Court that they had made significant progress on the monitor issue. They then requested that the Court recess to allow them to continue discussions on the issue, indicating that they have a mediation session scheduled on Tuesday, February 24, 2025, with Judge Andre Birotte who is serving as the Court's mediator on this case, to discuss the monitor issue. At the request of the parties, the Court then went into recess without considering additional argument or evidence.

        Counsel indicated to the Court that they were not available to resume the contempt hearing until the third week in March of 2026. The Court asked them to confirm their availability and the Court will notify the Parties and counsel of the date the hearing will resume, likely in mid-March 2026.

        The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                          Initials of Deputy Clerk: kdu

CIVIL-GEN