**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| LA Alliance for Human Rights, et. al., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:20-cv-02291-DOC-KES |
| v. | |
| City of Los Angeles, et. al., | **NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT** |
| DEFENDANT(S). | |

On 2/24/2026 , the Court received the attached

☐ Complaint ☐ Petition ☐ Notice of Removal, captioned _____

☒ other document(s), entitled (1) Notice of Criminal Appeal, (1) Notice of Civil Appeal

from _____ , who was found by the Court on _____

in case number _____ to be a vexatious litigant and/or subject to the following restrictions on the filing of additional documents:

☒ A court order or written authorization from a judge must be obtained prior to the filing of document(s).

☐ Submission of document(s) for filing requires a Motion for Leave to File.

☐ Document(s) must be pre-screened by the Court before filing.

☐ Filing fee must be paid.

☐ No further filings are to be accepted in this case from the person named above or anyone acting on his or her behalf.

☐ Bond in the amount of $_____ must be posted in order to proceed.

☐ Other : 

Pursuant to the terms of the order imposing filing restrictions, the attached document(s) will be forwarded to the ☐ assigned magistrate judge ☐ assigned district judge ☐ Chief Judge for review.

-----------------------------------------------------------------------------------------

☐ IT IS HEREBY ORDERED that the document(s) presented:
        ☐ be filed in the above-captioned case.
        ☐ be filed in case number _____ .
        ☐ be filed as a new case.
    or
☐ IT IS RECOMMENDED that the document(s) presented not be filed.  The Clerk is directed to forward this recommendation to the appropriate district judge for review.


_____          _____
Date                                      United States Magistrate Judge

-----------------------------------------------------------------------------------------

IT IS HEREBY ORDERED that the document(s) presented
    ☒ not be filed.
    ☐ be filed in the above-captioned case.
    ☐ be filed in case number _____ .
    ☐ be filed as a new case.

02/24/2026                                 *David O. Carter*
_____          _____
Date                                      United States District Judge

CV-115 (04/2018)          **NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT**

## FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon,GBN#Chosen one
926 La Canada Verdugo Rd Altadena CA 91001
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
Cell (771) 215-8153  admoon172@gmail.com

Attorney For Petitioner, Plaintiff , And Appellant In Pro se

## UNITED STATES DISTRICT COURT
## CIVIL AND CRIMINAL DIVISIONS
## IN DA  CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADRIAN DAMICO MOON,** an individual recipient of SNAP and suing in her official capacity as Czar of Homelessness and Anti-Semitic Reform, <br><br> Petitioner, Plaintiff, and Appellant, <br><br> vs. <br><br> **NINTH CIRCUIT DISTRICT COURT OF APPEAL, OFFICE OF DA CIRCUIT EXECUTIVE UNITED STATES COURT OF APPEAL, DAVID ORMON CARTER, MARY ANN MURPHY, ELIZABETH ANNE MITCHELL, MATTHEW DONALD UMHOFER, DIANE H. BANG , KAREN RUTH BASS, KATHERYN ANN BARGER-LIEBRICH, PATRICIA DONAHUE, SATAN, DOES/ROES 1-350 INCLUSIVELY , ET. AL.** <br><br> Respondents, Defendants, and Appellees, <br><br> **" JUDGMENT IS COMING "** <br><br> **# $7,000,000,000.00** | Case No.  __2:20-CV-02291-DOC__ <br><br> <u>Lead Identical Pending Related Case:</u> <br> **Moon vs. Satan, Roes/Does 1-350 et.al case nos**. <br> 1:25-CV-03988-TS <br> 26-5061, U.S. C.O.A.,D.C. <br> 25-CO-0632, C.O.A. D.C. <br> 2023 CCC 0025, BA332095, BA362256 <br> Superior Court, D.C. and Los Angeles <br><br> **NOTICE OF CRIMINAL APPEAL :** <br><br> **AND MOTION FOR LEAVE COURT TO FILE REQUEST FOR ORDERS TO CONSOLIDATE ALL APPEAL IN THIS INSTANT CASE PENDING OR CLOSED TO LEAD IDENTICAL RELATED PENDING  CASE NO 26-5061 IN DA UNITED STATES COURT OF APPEAL, DISTRICT OF COLUMBIA... ( Proposed) ORDER THEREON** <br><br> **COVID-19: HOST, HOAX, OR HOLY SPIRIT** |

NOTICE OF CIVIL APPEAL AND MOTION FOR LEAVE OF COURT TO FILE REQUEST FOR ORDERS TO CONSOLIDATE ALL APPEALS CASE PENDING OR CLOSED IN THIS INSTANT CASE PENDING OR CLOSE TO LEAD IDENTICAL RELATED PENDING CASE NO. 26-5061 IN DA UNITED STATES COURT OF APPEAL DISTRICT OF COLUMBIA                -1

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

**NOTICE IS HEREBY GIVEN** that KING Adrian Damico Moon, 'daredeemer', Appellant hereby appeals to da Appellees United States Court of Appeals for da Ninth Circuit From: da orders of February 4, 2026 through February 23, 2026 , Docket Numbers 1148 through 1174 ET. SEQ.

## DENIAL OF CRIMINAL AND CIVIL MATTERS:

1. Recusal of All Judicial Officers in Superior Court, Los Angeles County, Second Appellate District Court, Supreme Court of California, United States District Court ( Central, Southern, Eastern , Northern, ) of California, United States Supreme Court whereby Adrian Damico Moon, was , is , and to be a party to those Actions.

2. Da Most Qualified Person (s) to schedule a United States Congressional Hearing for investigation , indictment, impeachment, and prosecution against rogue Judicial officers in item 1.

3. Amend Plaintiff Adrian Damico Moon as First filed Plaintiff in lower court case no. 2:20-cv-02291-DOC.

4. File an Anti-Stalking ( t.r.o.) against David Ormon Carter and Mary Ann Murphy currently pending in da United States District Court , D.C. case no. 1:26-cv-0522-UNA and 1:26-cv-0524-UNA.

5. Consolidate case no. 2:20-02291-DOC into case no. 1:25-03988-TSC , FORTHWITH... pursuant to Amended Nunc Pro Tunc Order of January 9, 2026.

DATED: February 24, 2026   By : _____

KING Adrian Damico Moon, 'daredeemer' Appellant

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN#Chosen one
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
Cell (771) 215-8153  admoon172@gmail.com

Attorney For Petitioner, Plaintiff , And Appellant In Pro se

## UNITED STATES DISTRICT COURT
## CIVIL AND CRIMINAL DIVISIONS
## IN DA  DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADRIAN DAMICO MOON,**<br><br>Petitioner, Plaintiff, and Appellant,<br><br>vs.<br><br>**TANYA SUE CHUTKAN,**<br><br>Respondent, Defendant, and Appellee,<br><br>**" JUDGMENT IS COMING "**<br><br># **$7,000,000,000.00** | Case No. __**1:26-cv-0522-UNA**__<br><br>Lead Identical Pending Related Case:<br>**Moon vs. Satan, Roes/Does 1-350 et.al case nos**.<br>1:25-CV-03988-TS<br>26-5601, U.S. C.O.A.,D.C.<br>25-co-0632, C.O.A. D.C.<br>2023 CCC 0025, Superior Court, D.C.<br><br>**SUPPLEMENTAL EVIDENCE IN SUPPORT OF ANTI-STALKING TEMPORARY RESTAINING ORDER ( T.R.O. ) AGAINST SATAN'S GOVERNMENT UNDERLING TANYA SUE CHUTKAN MOTION FOR LEAVE OF COURT TO FILE FOR ORDERS THAT RESPONDENT CHUTKAN PAY ALL FILING FEES AND MOTION FOR CONSOLIDATION OF CASES PURUSANT TO FEDERAL RULE CIVIL PROCEDURE RULES 42 ; 18 U.S.C. 1113 ;241;242;1201(a) ET. SEQ.**<br><br>**COVID-19: HOST, HOAX, OR HOLY SPIRIT** |

## DECLARATION OF ADRIAN DAMICO MOON
## MEMORANDUM OF POINTS AND AUTHORITIES

**I AM ADRIAN DAMICO MOON,** ( hereinafter , 'daredeemer ' ) Petitioner, Plaintiff, and Appellant Attorney In Pro se, Israelite, chosen one begotten son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi, Yeshua , Jesus Christ da Messiah… paragon, with integrity and veracity  proclaim and decree as follows,

///

SUPPLEMENT EVIDENCE IN SUPPORT OF ANTI-STALLKING TEMPORARY RESTRAINING ORDER (T.R.O. ) AGAINST SATAN'S GOVERNMENT UNDERLING TANYA SUE CHUTKAN MOTION FOR LEAVE OF COURT TO FILE FOR ORDERS THAT RESPONDENT CHUTKAN PAY ALL FILLING FEES AND MOTION FOR CONSOLIDATION OF CASES PURSUANT TO FEDERAL RULE CIVIL PROCEDURE RULE 42 ; 18 U.S.C. 1113241 ; 242 ; 1201(a) ET. SEQ. ( Proposed ) ORDER THEREON   -1

Motion A  (5) pages

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

1. On February 10, 2026, Respondents Chutkan, Boddie, Blackburne-Rigsby, Murphy, United States Court of Appeal, D.C.( All Judicial Officers) with evil, vicious, heinous, Hamas Domestic Terrorism ' CRIMINALLY CONSPIRED' then activated a New Civil Appeal case no. 26-5061, but not a New Criminal Appeal case no. see, read, understand and consider attached Motion A ( 16) pages ( Notice of Criminal and Civil Appeals ) incorporated by this reference.

2. On February 23, 2026, Respondents Chutkan, Boddie, Blackburne-rigsby, Wilson-Jefferson, Williams, Talwani, and Carter failed to file and docketed in case 25-CO-0632 Emergency Motion to Recall Mandates and re-hearing both Divisional to schedule a United States Congressional Hearing for investigation, indictment, impeachment, and prosecution. See read, understand and consider Motion B ( 49 ) pages ( Motion and Proposed Order ) incorporated by this reference.

3. 'daredeemer' request that Respondents, Defendants, and Appellees, pay all filings fees for all pending cases bought by Petitioner, Plaintiff, Appellant Moon in da United States Supreme Court, United States Court of Appeal, D.C., 9TH Circuit District Court of Appeal, Court of Appeal, D.C. United States District Court, District of Massachusetts...

4. 'daredeemer' request that all pending cases in all da above-mentioned courthouses be consolidated into this instant case at da hearing for (t.r.o) forthwith...

'daredeemer' proclaim and decree under Da penalty of sin that da foregoing is true and correct so help ME God 111 AMEN AND AMEN

Dated: February 23, 2026        By _____

KING Adrian 'daredeemer' Moon, Attorney In Pro se

SUPPLEMENT EVIDENCE IN SUPPORT OF ANTI-STALLKING TEMPORARY RESTAINING ORDER (T.R.O. ) AGAINST SATAN'S GOVERNMENT UNDERLING TANYA SUE CHUTKAN MOTION FOR LEAVE OF COURT TO FILE FOR ORDERS THAT RESPONDENT CHUTKAN PAY ALL FILLING FEES AND MOTION FOR CONSOLIDATION OF CASES PURSUANT TO FEDERAL RULE CIVIL PROCEDURE RULE 42 ; 18 U.S.C. 1113241 ; 242 ; 1201(a) ET. SEQ. ( Proposed ) ORDER THEREOS # Q2

Motion A

(16) pages

Notice of Criminal and

Civil Appeal

Case 2:20-cv-02291-DOC-KES   Document 1175   Filed 02/24/26   Page 7 of 23   Page
Case 1:25-cv-03988-TSC   Document 38   Filed 02/10/26   Page 1 of 7   Page
ID #:33647

# 𝔉𝔯𝔬𝔪 𝔡𝔞 𝔎𝔦𝔫𝔤𝔡𝔬𝔪 𝔒𝔣 Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood Of Yeshua Jesus Christ da Messiah…

Adrian Damico Moon, GBN# Chosen one
611 Pennsylvania ave , SE, #310
Washington , D.C. 20003
Cell (771) 215-8153   admoon172@gmail.com

Attorney For Plaintiff In Pro Se

**UNITED STATES DISTRICT COURT**
**CIVIL AND CRIMINAL DIVISIONS**
**IN DA DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ADRIAN DAMICO MOON,**<br><br>Plaintiff,<br><br>vs.<br><br>**SATAN ET. AL.**<br>**DOES/ROES 1-350 INCLUSIVELY ,**<br><br>Defendants | Case No. ___**1:25-cv-03988-TSC**___<br><br>Lead Identical Related Case No.:<br>2:20-cv-02991-DOC , U.S. Cent Dist. Ct.CA<br>1:23-cv-1972-BAH, U.S. Dist. Ct, D.C.<br>1:25-cv-01451-ACR U.S. Dist. Ct. D.C.<br>1:25-cv-03005-JMC, U.S. Dist. Ct. D.C.<br>1:25-CR-0087-TSC, U..S. Dist. Ct. D.C.<br>1:25-cv-02678-ACR, U.S.Dist. Ct. . D.C.<br>3:25-cv-04870-CRB, U.S.North.Dist. Ct. CA<br><br>**Erroneously Assigned To Defendant Tanya Sue Chutkan, presiding**<br><br>**COVID-19: HOST, HOAX, OR HOLY SPIRIT** |

**NOTICE OF CRIMINAL AND CIVIL DIRECT APPEAL AND MOTIONS TO DEEM APPELLANT MOON EXEMPT FOR PAYING DA FILING FILES AND MOTION TO DISQUALIFY ALL DA JUDICIAL OFFICERS OF DA UNITED STATES COURT OF APPEAL DISTRICT OF COLUMBIA TO BE HEARD BY UNITED STATES CONGRESS AND MOTION TO ORDER LAWYERS FOR APPELLEES TO MAKE THEIR FIRST APPEARANCE BY FRIDAY JANUARY 16, 2026**

Notice is hereby given this 13th day of January 2026 that Plaintiff Adrian Damico Moon hereby appeals

to da United States Court of Appeal District of Columbia Circuit from da Judgment and Dismissal of

this court entered on da 9th day January 2026 and any subsequent orders. In favor of Defendants , Tanya

Sue Chutkan , and Crystal Love : against Plaintiff KING Adrian Damico Moon, 'daredeemer'.

Appellant Moon also request that da Court of Appeal issues orders that Appellant Moon is exempt from

**RECEIVED**

JAN 13 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Notice of Criminal And Civil Direct Appeal and Motions … - 1

Motion A (19) pages

Case 2:20-cv-02291-DOC-KES   Document 1175   Filed 02/24/26   Page 8 of 23   Page
Case 1:25-cv-03988-TSC   Document 38   Filed 02/10/26   Page 2 of 7
ID #:33648

## FROM DA KINGDOM OF Adrian 'daredeemer'

### By Proclamation And Decree Under da Blood Of Yeshua Jesus Christ da Messiah...

paying filings fees , Lawyer for Appellees make a First Appearance by Friday, January 16, 2026 without fail, that a hearing be set to disqualify all da judicial officers of da United States Court of Appeal, D.C. Circuit during da week of January 19, 2026 . see, read, understand and consider da attached Motions and orders incorporated by this reference.

DATED: January 13, 2026          by: _____

KING Adrian Damico Moon, 'daredeemer' Attorney for Appellant in Pro se

# FROM DA KINGDOM OF Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN#Chosen one
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
926 La Canada Verdugo Road, Altadena CA 91001
Cell (771) 215-8153 admoon172@gmail.com

*1ST Page only*

Attorney For Petitioner In Pro se

## UNITED STATES DISTRICT COURT
## CIVIL AND CRIMINAL DIVISIONS
## IN DA DISTRICT OF COLUMBIA

ADRIAN DAMICO MOON,

Petitioner,

vs.

DAVID ORMON CARTER,

Respondent,

" JUDGMENT IS COMING "

# $7,000,000,000.00

Case No. 26-cv-_____ UNA

PETITION FOR ANTI-STALKING ORDER AND TEMPORARY RESTRAINING ORDER( T.R.O. ) AGAINST DAVID ORMON CARTER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 65 ; DC Code Sections 22-3131-35 ; 18 U.S..C. 2261 (A) ET. SEQ.

## PETITION

### DECLARATION OF ADRIAN DAMICO MOON

### MEMORANDUM OF POINTS AND AUTHORITIES

**I AM ADRIAN DAMICO MOON,** ( hereinafter, 'daredeemer' ) Petitioner, Attorney In Pro Se, Israelite, Chosen one, begotten Son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi , Yeshua , Jesus Christ da Messiah… paragon, with integrity, and veracity proclaim and decree as follows,

   1. On February 9, 2026, Respondent David Ormon Carter traveled to Courtroom 1 at 350 West 1st Street , L.A. California 90012, with vicious ,heinous , heinous, Hamas Domestic Terrorism with da intent to kill, intimidate , harass Petitioner Moon at hearing in case entitled L.A. Alliance et. al. vs. City and County of Los Angeles et. al. case no. 2:20-cv-02291-DOC .

PETITION FOR TEMPORARY RESTAINING ORDER (T.R.O. ) AGAINST RESPONDENT DAVID ORMON CARTER

- 1 -



*Motion B (2)pages*

## FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under Da Blood of Yeshua Jesus Christ da Messiah...

2. On February 10, 2026, Respondent David Ormon Carter again traveled to Courtroom 1 At 350 West 1st Street, Los Angeles , Ca. 90012, with vicious , heinous , Hamas Domestic Terrorism to kill, intimidate , harass Petitioner Moon at hearing in case entitled L.A. Alliance et. al. vs City and County of Los Angeles et.al.

3. On February 11, 2026, Respondent David Ormon Carter traveled to Clerk office at 441 West 4th Street , Santa Ana , California , 92701, with vicious, evil, heinous , Hamas Domestic Terrorism to kill, intimidate, harass Petitioner Moon in clerk office in case entitled L.A. Alliance et.al. vs. City and County of Los Angeles et. al .case no. 2:20—cv-02991-DOC see , read, understand and consider attached Motion A ( Notice of Civil and Criminal Appeal ) incorporated by this reference .

4. 'daredeemer' request that Respondent David Ormon Carter keep away at least 500 yards for Petitioner Moon's person, legal cases, work, and homes.

5. 'daredeemer' reserve da rights to add additional evidence and witnesses at da ( t.r.o.) hearing on these matters.

'daredeemer' proclaim and decree under da penalty of sin that da foregoing is true and correct so help ME God !!! AMEN AND AMEN

///

DATED : February 12, 2026        by: _____

KING Adrian 'daredeemer' Moon, Petitioner

---

PETITION FOR TEMPORARY RESTRAINING ORDER (T.R.O. ) AGAINST RESPONDENT DAVID ORMON CARTER

- 2

## FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under Da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN#Chosen one
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
926 La Canada Verdugo Road, Altadena CA 91001
Cell (771) 215-8153  admoon172@gmail.com

Attorney For Petitioner In Pro se

IST PAGE only

# UNITED STATES DISTRICT COURT
# CIVIL AND CRIMINAL DIVISIONS
# IN DA DISTRICT OF COLUMBIA

ADRIAN DAMICO MOON,

Petitioner,

vs.

MARY ANN MURPHY, a.k.a. 'typhoid mary',

Respondent,

**" JUDGMENT IS COMING "**

**# $7,000,000,000.00**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 26- CV- 0559.UNA

Lead Identical Pending Related Case:

U.S.A./ SATAN et.al. vs MOON, 2023 CCC 0025, Superior Court , D.C., BA332095 ; BA362256, BC340942 , 20STCP04250,Superior Court, L.A. ;

**PETITION FOR ANTI-STALKING TEMPORARY RESTRAINING (T.R.O.) AGAINST MOB BOSS OF SATAN'S GOVERNMENT MARY ANN MURPHY a,k,a, 'typhoid mary' PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 65 (b) (1-4) ET. SEQ. ; California Code Civil Procedure 527..6; 527.8 ; D.C. CODE SECTIONS 22-3131 THROUGH 22-3135 ; 18 U.S.C. 2261(A) ET. SEQ.**

**COVID-19: HOST, HOAX, OR HOLY SPIRIT**

## PETITION

**I AM ADRIAN DAMICO MOON,** ( hereinafter, 'daredeemer') Petitioner, Attorney In Pro Se, Israelite, Chosen one , begotten Son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi, Yeshua , Jesus Christ da Messiah... paragon, with integrity, and veracity proclaim and decree as follows,

Motion

*Case No 2:20-cv-02291-DOC*

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
955 NORTH LAKE AVE PASADENA CA 91104

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF CIVIL APPEAL AND CRIMINAl APPEAL- CASE NO 2:20-CV-02291-D0C _____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/24/2026_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
 DOC_CHAMBERS@CACD.USCOURTS.GOV , SEE SERVICE LIST CASE NO. 2:20-02291-doc

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __02/24/2026_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __02/24/2026_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

I declare under penalty of ~~perjury~~ under the laws of the United States that the foregoing is true and correct.

02/24/2026     THOMAS JEFFERSON _____
   Date              *Printed Name*                                                    *Signature*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN#Chosen one
926 La Canada Verdugo Rd Altadena CA 91001
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
Cell (771) 215-8153  admoon172@gmail.com

Attorney For Petitioner, Plaintiff , And Appellant In Pro se

**UNITED STATES DISTRICT COURT**
**CIVIL AND CRIMINAL DIVISIONS**
**IN DA  CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ADRIAN DAMICO MOON,** an individual recipient of SNAP and suing in her official capacity as Czar of Homelessness and Anti-Semitic Reform,<br><br>Petitioner, Plaintiff, and Appellant,<br><br>vs.<br><br>**NINTH CIRCUIT DISTRICT COURT OF APPEAL, OFFICE OF DA CIRCUIT EXECUTIVE UNITED STATES COURT OF APPEAL, DAVID ORMON CARTER, MARY ANN MURPHY, ELIZABETH ANNE MITCHELL, MATTHEW DONALD UMHOFER, DIANE H. BANG , KAREN RUTH BASS, KATHERYN ANN BARGER-LIEBRICH, PATRICIA DONAHUE, SATAN, DOES/ROES 1-350 INCLUSIVELY , ET. AL.**<br><br>Respondents, Defendants, and Appellees,<br><br>**" JUDGMENT IS COMING "**<br>**# $7,000,000,000.00** | Case No. **2:20-CV-02291-DOC**<br><br>Lead Identical Pending Related Case:<br>**Moon vs. Satan, Roes/Does 1-350 et.al case nos**.<br>1:25-CV-03988-TS<br>26-5061, U.S. C.O.A.,D.C.<br>25-CO-0632, C.O.A. D.C.<br>2023 CCC 0025, BA332095, BA362256<br>Superior Court, D.C. and Los Angeles<br><br>**NOTICE OF CIVIL APPEAL :**<br><br>**AND MOTION FOR LEAVE COURT TO FILE REQUEST FOR ORDERS TO CONSOLIDATE ALL APPEAL IN THIS INSTANT CASE PENDING OR CLOSED TO LEAD IDENTICAL RELATED PENDING  CASE NO 26-5061 IN DA UNITED STATES COURT OF APPEAL, DISTRICT OF COLUMBIA... ( Proposed) ORDER THEREON**<br><br><br>**COVID-19: HOST, HOAX, OR HOLY SPIRIT** |

# FROM DA KINGDOM OF Adrian 'daredeemer'

### By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

**NOTICE IS HEREBY GIVEN** that KING Adrian Damico Moon, 'daredeemer', Appellant hereby appeals to da Appellees United States Court of Appeals for da Ninth Circuit From: da orders of February 4, 2026 through February 23, 2026 , Docket Numbers 1148 through 1174 ET. SEQ.

## DENIAL OF CRIMINAL AND CIVIL MATTERS:

1. Recusal of All Judicial Officers in Superior Court, Los Angeles County, Second Appellate District Court, Supreme Court of California, United States District Court ( Central, Southern, Eastern , Northern, ) of California, United States Supreme Court whereby Adrian Damico Moon, was , is , and to be a party to those Actions.

2. Da Most Qualified Person (s) to schedule a United States Congressional Hearing for investigation , indictment, impeachment, and prosecution against rogue Judicial officers in item 1.

3. Amend Plaintiff Adrian Damico Moon as First filed Plaintiff in lower court case no. 2:20-cv-02291-DOC.

4. File an Anti-Stalking ( t.r.o.) against David Ormon Carter and Mary Ann Murphy currently pending in da United States District Court , D.C. case no. 1:26-cv-0522-UNA and 1:26-cv-0524-UNA.

5. Consolidate case no. 2:20-02291-DOC into case no. 1:25-03988-TSC , FORTHWITH... pursuant to Amended Nunc Pro Tunc Order of January 9, 2026.

DATED: February 24, 2026     By : _____

KING Adrian Damico Moon, 'daredeemer' Appellant

---

NOTICE OF CIVIL APPEAL AND MOTION FOR LEAVE OF COURT TO FILE REQUEST FOR ORDERS TO CONSOLIDATE ALL APPEALS CASE PENDING OR CLOSED IN THIS INSTANT CASE PENDING OR CLOSE TO LEAD IDENTICAL RELATED PENDING CASE NO. 26-5061 IN DA UNITED STATES COURT OF APPEAL DISTRICT OF COLUMBIA                    -2

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN#Chosen one
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
Cell (771) 215-8153 admoon172@gmail.com

Attorney For Petitioner, Plaintiff, And Appellant In Pro se

## UNITED STATES DISTRICT COURT
## CIVIL AND CRIMINAL DIVISIONS
## IN DA DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADRIAN DAMICO MOON,**<br><br>Petitioner, Plaintiff, and Appellant,<br><br>vs.<br><br>**TANYA SUE CHUTKAN,**<br><br>Respondent, Defendant, and Appellee,<br><br>" JUDGMENT IS COMING "<br><br># $7,000,000,000.00 | Case No. **1:26-cv-0522-UNA**<br><br>Lead Identical Pending Related Case:<br>**Moon vs. Satan, Roes/Does 1-350 et.al case nos.**<br>1:25-CV-03988-TS<br>26-5601, U.S. C.O.A.,D.C.<br>25-co-0632, C.O.A. D.C.<br>2023 CCC 0025, Superior Court, D.C.<br><br>**SUPPLEMENTAL EVIDENCE IN SUPPORT OF ANTI-STALKING TEMPORARY RESTAINING ORDER ( T.R.O. ) AGAINST SATAN'S GOVERNMENT UNDERLING TANYA SUE CHUTKAN MOTION FOR LEAVE OF COURT TO FILE FOR ORDERS THAT RESPONDENT CHUTKAN PAY ALL FILING FEES AND MOTION FOR CONSOLIDATION OF CASES PURUSANT TO FEDERAL RULE CIVIL PROCEDURE RULES 42 ; 18 U.S.C. 1113 ;241;242;1201(a) ET. SEQ.**<br><br>COVID-19: HOST, HOAX, OR HOLY SPIRIT |

## DECLARATION OF ADRIAN DAMICO MOON

## MEMORANDUM OF POINTS AND AUTHORITIES

**I AM ADRIAN DAMICO MOON,** ( hereinafter , 'daredeemer ' ) Petitioner, Plaintiff, and Appellant Attorney In Pro se, Israelite, chosen one begotten son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi, Yeshua , Jesus Christ da Messiah... paragon, with integrity and veracity proclaim and decree as follows,

///

SUPPLEMENT EVIDENCE IN SUPPORT OF ANTI-STALLKING TEMPORARY RESTRAINING ORDER (T.R.O. ) AGAINST SATAN'S GOVERNMENT UNDERLING TANYA SUE CHUTKAN MOTION FOR LEAVE OF COURT TO FILE FOR ORDERS THAT RESPONDENT CHUTKAN PAY ALL FILLING FEES AND MOTION FOR CONSOLIDATION OF CASES PURSUANT TO FEDERAL RULE CIVIL PROCEDURE RULE 42 ; 18 U.S.C. 1113241 ; 242 ; 1201(a) ET. SEQ. ( Proposed ) ORDER THEREON   -1

Motion A (5) pages

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

1. On February 10, 2026, Respondents Chutkan, Boddie, Blackburne-Rigsby, Murphy, United States Court of Appeal, D.C.( All Judicial Officers) with evil, vicious, heinous, Hamas Domestic Terrorism ' CRIMINALLY CONSPIRED' then activated a New Civil Appeal case no. 26-5061, but not a New Criminal Appeal case no. see, read, understand and consider attached Motion A ( 16) pages ( Notice of Criminal and Civil Appeals ) incorporated by this reference.

2. On February 23, 2026, Respondents Chutkan, Boddie, Blackburne-rigsby, Wilson-Jefferson, Williams, Talwani, and Carter failed to file and docketed in case 25-CO-0632 Emergency Motion to Recall Mandates and re-hearing both Divisional to schedule a United States Congressional Hearing for investigation, indictment, impeachment, and prosecution. See read, understand and consider Motion B ( 49 ) pages ( Motion and Proposed Order ) incorporated by this reference.

3. 'daredeemer' request that Respondents, Defendants, and Appellees, pay all filings fees for all pending cases bought by Petitioner, Plaintiff, Appellant Moon in da United States Supreme Court, United States Court of Appeal, D.C., 9TH Circuit District Court of Appeal, Court of Appeal, D.C. United States District Court, District of Massachusetts...

4. 'daredeemer' request that all pending cases in all da above-mentioned courthouses be consolidated into this instant case at da hearing for (t.r.o) forthwith...

'daredeemer' proclaim and decree under Da penalty of sin that da foregoing is true and correct so help ME God 111 AMEN AND AMEN

Dated: February 23, 2026      By _____

KING Adrian 'daredeemer' Moon, Attorney In Pro se

SUPPLEMENT EVIDENCE IN SUPPORT OF ANTI-STALLKING TEMPORARY RESTAINING ORDER (T.R.O. ) AGAINST SATAN'S GOVERNMENT UNDERLING TANYA SUE CHUTKAN MOTION FOR LEAVE OF COURT TO FILE FOR ORDERS THAT RESPONDENT CHUTKAN PAY ALL FILLING FEES AND MOTION FOR CONSOLIDATION OF CASES PURSUANT TO FEDERAL RULE CIVIL PROCEDURE RULE 42 ; 18 U.S.C. 1113241 ; 242 ; 1201(a) ET. SEQ. ( Proposed ) ORDER THEREON      -2

Motion A

(16) pages

Notice of Criminal and

Civil Appeal

# FROM DA KINGDOM OF Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood Of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN# Chosen one
611 Pennsylvania ave , SE, #310
Washington , D.C. 20003
Cell (771) 215-8153  admoon172@gmail.com

Attorney For Plaintiff In Pro Se

## UNITED STATES DISTRICT COURT
## CIVIL AND CRIMINAL DIVISIONS
## IN DA DISTRICT OF COLUMBIA

ADRIAN DAMICO MOON,

    Plaintiff,

    vs.

SATAN ET. AL.
DOES/ROES 1-350 INCLUSIVELY ,

    Defendants

Case No. ____1:25-cv-03988-TSC____

Lead Identical Related Case No.:
2:20-cv-02991-DOC , U.S. Cent Dist. Ct.CA
1:23-cv-1972-BAH, U.S. Dist. Ct, D.C.
1:25-cv-01451-ACR. U.S. Dist. Ct. D.C.
1:25-cv-03005-JMC, U.S. Dist. Ct. D.C.
1:25-CR-0087-TSC, U..S. Dist. Ct. D.C.
1:25-cv-02678-ACR, U.S.Dist. Ct. . D.C.
3:25-cv-04870-CRB, U.S.North.Dist. Ct. CA

Erroneously Assigned To Defendant Tanya Sue
Chutkan, presiding

COVID-19: HOST, HOAX, OR HOLY SPIRIT

NOTICE OF CRIMINAL AND CIVIL DIRECT APPEAL AND MOTIONS TO DEEM
APPELLANT MOON EXEMPT FOR PAYING DA FILING FILES AND MOTION TO
DISQUALIFY ALL DA JUDICIAL OFFICERS OF DA UNITED STATES COURT OF APPEAL
DISTRICT OF COLUMBIA TO BE HEARD BY UNITED STATES CONGRESS AND
MOTION TO ORDER LAWYERS FOR APPELLEES TO MAKE THEIR FIRST
APPEARANCE BY FRIDAY JANUARY 16, 2026

Notice is hereby given this 13th day of January 2026 that Plaintiff Adrian Damico Moon hereby appeals

to da United States Court of Appeal District of Columbia Circuit from da Judgment and Dismissal of

this court entered on da 9th day January 2026 and any subsequent orders. In favor of Defendants , Tanya

Sue Chutkan , and Crystal Love : against Plaintiff KING Adrian Damico Moon, 'daredeemer'.

Appellant Moon also request that da Court of Appeal issues orders that Appellant Moon is exempt from

**RECEIVED**

JAN 13 2026

Motion A (19) pages

## FROM DA KINGDOM OF Adrian 'daredeemer'

### By Proclamation And Decree Under da Blood Of Yeshua Jesus Christ da Messiah...

paying filings fees , Lawyer for Appellees make a First Appearance by Friday, January 16, 2026 without

fail, that a hearing be set to disqualify all da judicial officers of da United States Court of Appeal, D.C.

Circuit during da week of January 19, 2026 . see, read, understand and consider da attached Motions

and orders incorporated by this reference.

DATED: January 13, 2026        by: _____

KING Adrian Damico Moon, 'daredeemer' Attorney for Appellant in Pro se

---

Notice of Criminal And Civil Direct Appeal and Motions ... - 2

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN#Chosen one
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
926 La Canada Verdugo Road, Altadena CA 91001
Cell (771) 215-8153 admoon172@gmail.com

*1ST Page only*

Attorney For Petitioner In Pro se

**UNITED STATES DISTRICT COURT**
**CIVIL AND CRIMINAL DIVISIONS**
**IN DA DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADRIAN DAMICO MOON, | Case No. 26-cv- UNA |
| Petitioner, | PETITION FOR ANTI-STALKING ORDER AND TEMPORARY RESTRAINING ORDER( T.R.O. ) AGAINST DAVID ORMON CARTER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 65 ; DC Code Sections 22-3131-35 ; 18 U.S..C. 2261 (A) ET. SEQ. |
| vs. | |
| DAVID ORMON CARTER, | |
| Respondent, | |
| " JUDGMENT IS COMING " | |
| # $7,000,000,000.00 | |

**PETITION**

**DECLARATION OF ADRIAN DAMICO MOON**

**MEMORANDUM OF POINTS AND AUTHORITIES**

I AM ADRIAN DAMICO MOON, ( hereinafter, 'daredeemer' ) Petitioner, Attorney In Pro Se, Israelite, Chosen one, begotten Son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi , Yeshua , Jesus Christ da Messiah... paragon, with integrity, and veracity proclaim and decree as follows,

1. On February 9, 2026, Respondent David Ormon Carter traveled to Courtroom 1 at 350 West 1st Street , L.A. California 90012, with vicious ,heinous , heinous, Hamas Domestic Terrorism with da intent to kill, intimidate , harass Petitioner Moon at hearing in case entitled L.A. Alliance et. al. vs. City and County of Los Angeles et. al. case no. 2:20-cv-02291-DOC .

PETITION FOR TEMPORARY RESTRAINING ORDER (T.R.O. ) AGAINST RESPONDENT DAVID ORMON CARTER

- 1 -

*Motion B (2)pages*

**FROM DA KINGDOM OF Adrian 'daredeemer'**

By Proclamation And Decree Under Da Blood of Yeshua Jesus Christ da Messiah...

2. On February 10, 2026, Respondent David Ormon Carter again traveled to Courtroom 1 At 350 West 1st Street, Los Angeles , Ca. 90012, with vicious , heinous , Hamas Domestic Terrorism to kill, intimidate , harass Petitioner Moon at hearing in case entitled L.A. Alliance et. al. vs City and County of Los Angeles et.al.

3. On February 11, 2026, Respondent David Ormon Carter traveled to Clerk office at 441 West 4th Street , Santa Ana , California , 92701, with vicious, evil, heinous , Hamas Domestic Terrorism to kill, intimidate, harass Petitioner Moon in clerk office in case entitled L.A. Alliance et.al. vs. City and County of Los Angeles et. al .case no. 2:20—cv-02991-DOC see , read, understand and consider attached Motion A ( Notice of Civil and Criminal Appeal ) incorporated by this reference .

4. 'daredeemer' request that Respondent David Ormon Carter keep away at least 500 yards for Petitioner Moon's person, legal cases, work, and homes.

5. 'daredeemer' reserve da rights to add additional evidence and witnesses at da ( t.r.o.) hearing on these matters.

'daredeemer' proclaim and decree under da penalty of sin that da foregoing is true and correct so help ME God !!! AMEN AND AMEN

///

DATED : February 12, 2026          by: _____

                                   KING Adrian 'daredeemer' Moon, Petitioner

---

PETITION FOR TEMPORARY RESTRAINING ORDER (T.R.O. ) AGAINST RESPONDENT DAVID ORMON CARTER

- 2

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under Da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN#Chosen one
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
926 La Canada Verdugo Road, Altadena CA 91001
Cell (771) 215-8153  admoon172@gmail.com

*1ST PAGE only*

Attorney For Petitioner In Pro se

## UNITED STATES DISTRICT COURT
## CIVIL AND CRIMINAL DIVISIONS
## IN DA DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADRIAN DAMICO MOON,** <br><br> Petitioner, <br><br> vs. <br><br><br> **MARY ANN MURPHY, a.k.a. 'typhoid mary',** <br><br> Respondent, <br><br><br> **" JUDGMENT IS COMING "** <br><br> # $7,000,000,000.00 | **Case No.** 26- CV- 0559-UNA <br><br> <u>Lead Identical Pending Related Case:</u> <br><br> U.S.A./ SATAN et.al. vs MOON, 2023 CCC 0025, Superior Court , D.C., BA332095 ; BA362256, BC340942 , 20STCP04250,Superior Court, L.A. ; <br><br> **PETITION FOR ANTI-STALKING TEMPORARY RESTRAINING (T.R.O.)  AGAINST MOB BOSS OF SATAN'S GOVERNMENT MARY ANN MURPHY a,k,a, 'typhoid mary' PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 65 (b) (1-4) ET. SEQ. ; California Code Civil Procedure 527..6; 527.8 ; D.C. CODE SECTIONS 22-3131 THROUGH 22-3135 ; 18 U.S.C. 2261(A) ET. SEQ.** <br><br><br> **COVID-19: HOST, HOAX, OR HOLY SPIRIT** |

### PETITION

**I AM ADRIAN DAMICO MOON,** ( hereinafter, 'daredeemer') Petitioner, Attorney In Pro Se, Israelite, Chosen one , begotten Son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi, Yeshua , Jesus Christ da Messiah... paragon, with integrity, and veracity proclaim and decree as follows,

PETITION FOR TEMPRARY RESTRAINING (T.R.O.) ANTI-STALKING ORDER AGAINST MARY ANN MURPHY PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 65 ; D.C. CODE SECTIONS 22-3131-3135 ; 18 U..S.C. 2261 (A) ET. SEQ. - 1

*Motion*

*Case No 2:20-cv-02291-DOC*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
955 NORTH LAKE AVE PASADENA CA 91104

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF CIVIL APPEAL AND CRIMINAL APPEAL- CASE NO 2:20-CV-02291-D0C _____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
02/24/2026 _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
DOC_CHAMBERS@CACD.USCOURTS.GOV , SEE SERVICE LIST CASE NO. 2:20-02291-doc

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __02/24/2026_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __02/24/2026_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 02/24/2026 | THOMAS JEFFERSON | |
| Date | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**