# FROM DA KINGDOM OF Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN#Chosen one
926 La Canada Verdugo Rd Altadena CA 91001
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
Cell (771) 215-8153 admoon172@gmail.com

Attorney For Petitioner, Plaintiff , And Appellant In Pro se



**LODGED**

## UNITED STATES DISTRICT COURT
## CIVIL AND CRIMINAL DIVISIONS
## IN DA  CENTRAL DISTRICT OF CALIFORNIA

**ADRIAN DAMICO MOON,** an individual recipient of SNAP and suing in her official capacity as Czar of Homelessness and Anti-Semitic Reform,

Petitioner, Plaintiff, and Appellant,

vs.

**NINTH CIRCUIT DISTRICT COURT OF APPEAL, OFFICE OF DA CIRCUIT EXECUTIVE UNITED STATES COURT OF APPEAL, DAVID ORMON CARTER, MARY ANN MURPHY, ELIZABETH ANNE MITCHELL, MATTHEW DONALD UMHOFER, DIANE H. BANG , KAREN RUTH BASS, KATHERYN ANN BARGER-LIEBRICH, PATRICIA DONAHUE, SATAN, DOES/ROES 1-350 INCLUSIVELY , ET. AL.**

Respondents, Defendants, and Appellees,

### " JUDGMENT IS COMING "

### # $7,000,000,000.00

Case No.  **2:20-CV-02291-DOC** (kesx)

Lead Identical Pending Related Case:
**Moon vs. Satan, Roes/Does 1-350 et.al case nos**.
1:25-CV-03988-TSC
26-5061, U.S. C.O.A.,D.C.
25-CO-0632, C.O.A. D.C.
2023 CCC 0025, BA332095, BA362256
Superior Court, D.C. and Los Angeles

**EMERGENCY MOTION PURSUANT TO PRE-FILING ORDER OF DAVID ORMON CARTER DATED SEPTEMBER 20, 2022 FOR MOTION FOR LEAVE OF COURT TO FILE MOTIONS NOTICE OF CIVIL AND CRIMINAL APPEALS, SUPPLEMENTAL  IN SUPPORT OF** NOTICE OF CRIMINAL APPEAL AND CIVIL APPEAL AND ORDERS TO ALLOW ADRIAN DAMICO MOON TO JOINDER, INTERVENE AND PARTICIPATE AS AMICUS CURIE  IN WRIT OF MANDAMUS CASE NO. 26-784 IN DA UNITED STATES NINTH CIRCUIT DISTRICT COURT  AND re: sanction of $5,000.00 AGAINST  DEFENDANTS DAVID ORMON CARTER AND KARLEN DUBON FOR CONTEMPT OF PRE-FILING ORDER DATED SEPTEMBER 20, 2022 ET.SEQ.  ( Proposed ) ORDER THEREON

COVID-19: HOST, HOAX, OR HOLY SPIRIT

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

## DECLARATION OF ADRIAN DAMICO MOON

## MEMORANDUM OF POINTS AND AUTHORITIES

**I AM ADRIAN DAMICO MOON,** ( hereinafter, 'daredeemer' ) Plaintiff, Plaintiff-Defendant Intervenor, Amicus Curie participant and Appellant , Attorney In Pro Se , Chosen one , begotten son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi, Yeshua, Jesus Christ da Messiah… paragon, with integrity, and veracity , proclaim and decree as follows,

1. Defendant David Ormon Carter has failed to appoint another Judicial Officer to adjudicate 'daredeemer's  pre-filing order request. And have denied everyone stating, " A JUDGE HAS TO approve da  REQUEST" last 'daredeemer' check it was Judge Carter.

2. 'daredeemer ' makes this request not to harass or delay da proceedings as all da above-mention Defendants have held hostage 'daredeemer' in Satan's strong-hold D.O.C. D.C. Jail for da last two years.

3. 'daredeemer' has not made these undisputed fact claims in previous hearings or request.

4. Attached are da two Supplemental in support of  Notice of Civil and Criminal Appeals, da Notice of Civil and Criminal Appeal and da Writ of Mandamus case no. 26-784 are already filed and before da Courts.

5. Defendants David Ormon Carter and Karlen Dubon in contempt of da pre-filing order failed to allow 'daredeemer' to appear before da court on February 9, and 10, 2026, lying that they did not received da Documents for da Ex Parte Hearing. 'daredeemer' sat in both courtroom 10A and 1 for a total of eleven hours actual damages of $5,000,00.

'daredeemer' proclaim and decree under da penalty of Sin that da foregoing is true and correct so help ME God !!! AMEN AND AMEN

DATED: February 25, 2026          by: _____

KING Adrian Damico Moon, Attorney In Pro Se

(2) ATTACHMENT

SUPPLEMENTAL IN
SUPPORT OF Notice
OF Appeal - Civil

SUPPLEMENTAL IN
SUPPORT OF NOTICE OF
APPEAL CRIMINAL

# FROM DA KINGDOM OF Adrian 'daredeemer'

### By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN#Chosen one
926 La Canada Verdugo Rd Altadena CA 91001
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
Cell (771) 215-8153 admoon172@gmail.com

Attorney For Petitioner, Plaintiff , And Appellant In Pro se

| LODGED |
| :---: |
| CLERK, U.S. DISTRICT COURT |
| FEB 25 2026 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: _____ rsm _____ DEPTUTY |

## UNITED STATES DISTRICT COURT
## CIVIL AND CRIMINAL DIVISIONS
## IN DA  CENTRAL DISTRICT OF CALIFORNIA

**ADRIAN DAMICO MOON,** an individual recipient of SNAP and suing in her official capacity as Czar of Homelessness and Anti-Semitic Reform,

    Petitioner, Plaintiff, and Appellant,

    vs.

**NINTH CIRCUIT DISTRICT COURT OF APPEAL, OFFICE OF DA CIRCUIT EXECUTIVE UNITED STATES COURT OF APPEAL, DAVID ORMON CARTER, MARY ANN MURPHY, ELIZABETH ANNE MITCHELL, MATTHEW DONALD UMHOFER, DIANE H. BANG , KAREN RUTH BASS, KATHERYN ANN BARGER-LIEBRICH, PATRICIA DONAHUE, SATAN, DOES/ROES 1-350 INCLUSIVELY , ET. AL.**

    Respondents, Defendants, and Appellees,

    **" JUDGMENT IS COMING "**

    **# $7,000,000,000.00**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. __2:20-CV-02291-DOC__

Lead Identical Pending Related Case:
**Moon vs. Satan, Roes/Does 1-350 et.al case nos**.
  1:25-CV-03988-TS
26-5061, U.S. C.O.A.,D.C.
25-CO-0632, C.O.A. D.C.
2023 CCC 0025, BA332095, BA362256
Superior Court, D.C. and Los Angeles

**SUPPLEMENT IN SUPORT OF**
**NOTICE OF CIVIL APPEAL :**

**AND MOTION FOR LEAVE COURT TO FILE REQUEST FOR ORDERS TO CONSOLIDATE ALL APPEAL IN THIS INSTANT CASE PENDING OR CLOSED TO LEAD IDENTICAL RELATED PENDING  CASE NO 26-5061 IN DA UNITED STATES COURT OF APPEAL, DISTRICT OF COLUMBIA... ( Proposed) ORDER THEREON**

**COVID-19: HOST, HOAX, OR HOLY SPIRIT**

NOTICE OF CIVIL APPEAL AND MOTION FOR LEAVE OF COURT TO FILE REQUEST FOR ORDERS TO CONSOLIDATE ALL APPEALS CASE PENDING OR CLOSED IN THIS INSTANT CASE PENDING OR CLOSE TO LEAD IDENTICAL RELATED PENDING CASE NO. 26-5061 IN DA UNITED STATES COURT OF APPEAL DISTRICT OF COLUMBIA     -1

# FROM DA KINGDOM OF Adrian 'daredeemer'

### By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

**NOTICE IS HEREBY GIVEN** that KING Adrian Damico Moon, 'daredeemer', Appellant hereby appeals to da Appellees United States Court of Appeals for da Ninth Circuit From:  da orders of February 4, 2026 through February 23, 2026 , Docket Numbers 1148 through 1174 ET. SEQ.

**DENIAL OF CRIMINAL AND CIVIL MATTERS:**

1. Recusal of All Judicial Officers in Superior Court, Los Angeles County, Second Appellate District Court, Supreme Court of California, United States District Court ( Central, Southern, Eastern , Northern, ) of California, United States Supreme Court whereby Adrian Damico Moon, was , is , and to be a party to those Actions.

2. Da Most Qualified Person (s) to schedule a United States Congressional Hearing for investigation , indictment, impeachment, and prosecution against rogue Judicial officers in item 1.

3. Amend Plaintiff Adrian Damico Moon as First filed Plaintiff in lower court case no. 2:20-cv-02291-DOC.

4. File an Anti-Stalking ( t.r.o.) against David Ormon Carter and Mary Ann Murphy currently pending in da United States District Court , D.C. case no. 1:26-cv-0522-UNA and 1:26-cv-0524-UNA.

5. Consolidate case no. 2:20-02291-DOC into case no. 1:25-03988-TSC , FORTHWITH… pursuant to Amended Nunc Pro Tunc Order of January 9, 2026.

DATED: February 24, 2026      By : _____

KING Adrian Damico Moon, 'daredeemer' Appellant

**SUPPLEMENTAL  OF DENIALS OF CRIMINAL AND CIVIL MATTERS:**

6. Vacate, Set-Aside , and Strike Prefiling order of David Ormon Carter dated September 20, 2022.

7. To pay 'daredeemer' da 1.8 Million Dollars exclusively.

8. To Depose Defendants Karen Ruth Bass on February 10, 2026

9. To Depose Defendant Katheryn Ann Barger-Liebrich on February 10, 2026

10. To Depose Defendant Sarah Steiberger on February 10, 2026.

**FROM DA KINGDOM OF Adrian 'daredeemer'**

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

**11.** To Appoint another Judicial Official to Determine da Question of Defendant David Ormon Carter disqualification on February 9, 2026.

**12.** To consolidate this instant case to Case Entitled Moon vs. Satan, Trump, Does / Roes 1-350 Inclusively, case no. 1:25-cv-03988-TSC.

**13.** To Meet and Confer re: Moon vs. Carter case no. 1:26-cv- pending - UNA , Anti-Stalking ( t.r.o.)

**14.** To Meet And Confer re: Moon vs. Murphy, case no. 1:26-cv-0557-UNA, Anti-Stalking (t.r.o. )

**15.** To joinder , Intervene and participate as Amicus Curie as Plaintiff, Plaintiff-Defendant Intervenor and Amicus Curie in da instant case no. 26-784, Writ of Mandamus currently on Appeal in da Ninth Circuit Court of Appeal.

**16.** Order to Defendant Donald John Trump, 'teflon don' by way of Executive Order to pay 'daredeemer' da lump sum of Seven (7) Billion Dollars through da Justice Fund for Default Judgment against Defendant Katheryn Ann Barger-Liebrich and da entire Los Angeles County Board of Supervisor and Chief Executive officer of 2021.

**17.** To hold a hearing on February 9, 2026 in department 10 A.

**18.** To order sanctions of $2500.00 against Defendant Karlen Dubon for lying and being in contempt of order of September 20, 2022 , pre-filing order.

**19.** 'daredeemer' reserves da RIGHTS to add more denials at da hearing on these matters.

20. Assign a criminal case no to Case 2:20-CV-02291-DOC

DATED: February 25, 2026

by: _____

KING Adrian Damico Moon, 'daredeemer', Attorney In Pro Se

# FROM DA KINGDOM OF Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN#Chosen one
926 La Canada Verdugo Rd Altadena CA 91001
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
Cell (771) 215-8153  admoon172@gmail.com

Attorney For Petitioner, Plaintiff , And Appellant In Pro se

**LODGED**
CLERK, U.S. DISTRICT COURT

**FEB 25 2026**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPTUTY

### UNITED STATES DISTRICT COURT
### CIVIL AND CRIMINAL DIVISIONS
### IN DA  CENTRAL DISTRICT OF CALIFORNIA

**ADRIAN DAMICO MOON,** an individual recipient of SNAP and suing in her official capacity as Czar of Homelessness and Anti-Semitic Reform,

Petitioner, Plaintiff, and Appellant,

vs.

**NINTH CIRCUIT DISTRICT COURT OF APPEAL, OFFICE OF DA CIRCUIT EXECUTIVE UNITED STATES COURT OF APPEAL, DAVID ORMON CARTER, MARY ANN MURPHY, ELIZABETH ANNE MITCHELL, MATTHEW DONALD UMHOFER, DIANE H. BANG , KAREN RUTH BASS, KATHERYN ANN BARGER-LIEBRICH, PATRICIA DONAHUE, SATAN, DOES/ROES 1-350 INCLUSIVELY , ET. AL.**

Respondents, Defendants, and Appellees,

**" JUDGMENT IS COMING "**

**# $7,000,000,000.00**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  **2:20-CV-02291-DOC**

Lead Identical Pending Related Case:
**Moon vs. Satan, Roes/Does 1-350 et.al case nos**.
1:25-CV-03988-TS
26-5061, U.S. C.O.A.,D.C.
25-CO-0632, C.O.A. D.C.
2023 CCC 0025, BA332095, BA362256
Superior Court, D.C. and Los Angeles

**SUPPLEMENT IN SUPORT OF**
**NOTICE OF CRIMINAL APPEAL :**

**AND MOTION FOR LEAVE COURT TO FILE REQUEST FOR ORDERS TO CONSOLIDATE ALL APPEAL IN THIS INSTANT CASE PENDING OR CLOSED TO LEAD IDENTICAL RELATED PENDING  CASE NO 26-5061 IN DA UNITED STATES COURT OF APPEAL, DISTRICT OF COLUMBIA... ( Proposed) ORDER THEREON**

**COVID-19: HOST, HOAX, OR HOLY SPIRIT**

NOTICE OF CRIMINAL APPEAL AND MOTION FOR LEAVE OF COURT TO FILE REQUEST FOR ORDERS TO CONSOLIDATE ALL APPEALS CASE PENDING OR CLOSED IN THIS INSTANT CASE PENDING OR CLOSE TO LEAD IDENTICAL RELATED PENDING CASE NO. 26-5061 IN DA UNITED STATES COURT OF APPEAL DISTRICT OF COLUMBIA          -1

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

**NOTICE IS HEREBY GIVEN** that KING Adrian Damico Moon, 'daredeemer', Appellant hereby appeals to da Appellees United States Court of Appeals for da Ninth Circuit From: da orders of February 4, 2026 through February 23, 2026 , Docket Numbers 1148 through 1174 ET. SEQ.

**DENIAL OF CRIMINAL AND CIVIL MATTERS:**

1. Recusal of All Judicial Officers in Superior Court, Los Angeles County, Second Appellate District Court, Supreme Court of California, United States District Court ( Central, Southern, Eastern , Northern, ) of California, United States Supreme Court whereby Adrian Damico Moon, was , is , and to be a party to those Actions.

2. Da Most Qualified Person (s) to schedule a United States Congressional Hearing for investigation , indictment, impeachment, and prosecution against rogue Judicial officers in item 1.

3. Amend Plaintiff Adrian Damico Moon as First filed Plaintiff in lower court case no. 2:20-cv-02291-DOC.

4. File an Anti-Stalking ( t.r.o.) against David Ormon Carter and Mary Ann Murphy currently pending in da United States District Court , D.C. case no. 1:26-cv-0522-UNA and 1:26-cv-0524-UNA.

5. Consolidate case no. 2:20-02291-DOC into case no. 1:25-03988-TSC , FORTHWITH... pursuant to Amended Nunc Pro Tunc Order of January 9, 2026.

DATED: February 24, 2026    By : _____

KING Adrian Damico Moon, 'daredeemer' Appellant

**SUPPLEMENTAL  OF DENIALS OF CRIMINAL AND CIVIL MATTERS:**

6. Vacate, Set-Aside , and Strike Prefiling order of  David Ormon Carter dated September 20, 2022.

7. To pay 'daredeemer' da 1.8 Million Dollars exclusively.

8. To Depose Defendants Karen Ruth Bass on February 10, 2026

9. To Depose Defendant Katheryn Ann Barger-Liebrich on February 10, 2026

10. To Depose Defendant Sarah Steiberger on February 10, 2026.

EMERGENCY MOTION PURSUANT TO PRE-FILING ORDER OF DAVID ORMON CARTER DATED SEPTEMBER 2022 FOR MOTION FOR LEAVE OF COURT TO FILE MOTIONS ( Proposed) ORDER THEREON    -3

**FROM DA KINGDOM OF Adrian 'daredeemer'**

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

**11.** To Appoint another Judicial Official to Determine da Question of Defendant David Ormon Carter disqualification on February 9, 2026.

**12.** To consolidate this instant case to Case Entitled Moon vs. Satan, Trump, Does / Roes 1-350 Inclusively, case no. 1:25-cv-03988-TSC.

**13.** To Meet and Confer re: Moon vs. Carter case no. 1:26-cv- pending - UNA , Anti-Stalking ( t.r.o.)

**14.** To Meet And Confer re: Moon vs. Murphy, case no. 1:26-cv-0557-UNA, Anti-Stalking (t.r.o. )

**15.** To joinder , Intervene and participate as Amicus Curie as Plaintiff, Plaintiff-Defendant Intervenor and Amicus Curie in da instant case no. 26-784, Writ of Mandamus currently on Appeal in da Ninth Circuit Court of Appeal.

**16.** Order to Defendant Donald John Trump, 'teflon don' by way of Executive Order to pay 'daredeemer' da lump sum of Seven (7) Billion Dollars through da Justice Fund for Default Judgment against Defendant Katheryn Ann Barger-Liebrich and da entire Los Angeles County Board of Supervisor and Chief Executive officer of 2021.

**17.** To hold a hearing on February 9, 2026 in department 10 A.

**18.** To order sanctions of $2500.00 against Defendant Karlen Dubon for lying and being in contempt of order of September 20, 2022 , pre-filing order.

**19.** 'daredeemer' reserves da RIGHTS to add more denials at da hearing on these matters.

20. Assign a criminal case number to case No. 2:20-cv-02291-DOC

DATED: February 25, 2026

by: _____

KING Adrian Damico Moon, 'daredeemer', Attorney In Pro Se



# FROM DA KINGDOM OF Adrian 'daredeemer'

### By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN#Chosen one
926 La Canada Verdugo Rd Altadena CA 91001
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
Cell (771) 215-8153  admoon172@gmail.com

Attorney For Petitioner, Plaintiff , And Appellant In Pro se

**LODGED**
CLERK, U.S. DISTRICT COURT

**FEB 25 2026**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPTUTY

**UNITED STATES DISTRICT COURT**
**CIVIL AND CRIMINAL DIVISIONS**
**IN DA  CENTRAL DISTRICT OF CALIFORNIA**

**ADRIAN DAMICO MOON,** an individual recipient of SNAP and suing in her official capacity as Czar of Homelessness and Anti-Semitic Reform,

Petitioner, Plaintiff, and Appellant,

vs.

**NINTH CIRCUIT DISTRICT COURT OF APPEAL, OFFICE OF DA CIRCUIT EXECUTIVE UNITED STATES COURT OF APPEAL, DAVID ORMON CARTER, MARY ANN MURPHY, ELIZABETH ANNE MITCHELL, MATTHEW DONALD UMHOFER, DIANE H. BANG , KAREN RUTH BASS, KATHERYN ANN BARGER-LIEBRICH, PATRICIA DONAHUE, SATAN, DOES/ROES 1-350 INCLUSIVELY , ET. AL.**

Respondents, Defendants, and Appellees,

**" JUDGMENT IS COMING "**

**# $7,000,000,000.00**

Case No.  **2:20-CV-02291-DOC**

Lead Identical Pending Related Case:
**Moon vs. Satan, Roes/Does 1-350 et.al case nos.**
1:25-CV-03988-TSC
26-5061, U.S. C.O.A.,D.C.
25-CO-0632, C.O.A. D.C.
2023 CCC 0025, BA332095, BA362256
Superior Court, D.C. and Los Angeles

**( Proposed ) ORDER THEREON**

**COVID-19: HOST, HOAX, OR HOLY SPIRIT**

( Proposed) ORDER THEREON        -1

FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

**( Proposed) ORDER**

As these matters came by regularly to da Courts having considered all case files and declaration of 'daredeemer' to da satisfaction that these matters ought to be Granted !

**FOR GOOD CAUSE SHOWING AND AGREED UPON BY ALL PARTIES AND NON-PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD AND ON THIS COURT'S OWN MOTION, IT IS SO ORDERED ,**

**THAT:**

1. This Emergency Motion pursuant to da pre-filing order of September 20, 2022 is hereby Granted in it's entirety.

2. da Notice of Civil and Criminal Appeal , Supplemental In Support of Notice of Criminal and Civil Appeal shall be filed and processed.

3. Adrian Damico Moon shall be allowed to Joinder, Intervene , and Participate as a Amicus Curie in da Writ of Mandamus in case no. 26-784 in da United States Ninth District Court of Appeal, forthwith.

4. Defendants David Ormon Carter and Karlen Dubon shall pay Adrian Damico Moon sanctions of $5,000.00 for actual cost and damages as a result of Obstruction of Justice in not holding Ex Parte Application and Deposition Hearings on February 9, and 10, 2026.  Made payable within (10) days of da date of this order.

And All or Any other relief this court deems just, proper and equitable. Amen and Amen

DATED : FEBRUARY      , 2026

_____

HONORABLE                                              JUDGE
UNITED STATES CENTRAL DISTRICT COURT

---