UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Case: 2:20cv2291  Doc: 1163

1163

William P Wise, Jr.
Elder Law and Disability Rights Center       FWD
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

RTS          2:20 cv 02291-DOC



FILED
CLERK, U.S. DISTRICT COURT

FEB 26 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY



RECEIVED FEB 17 PCD

FEB 26 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

NIXIE    910    5C 1          7202/24/26
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
RETURN TO SENDER
BC: 90012333299   2347N051155-003325

CV

WISES35    910    5E 1    N   C7202/20/26
UNABLE TO FORWARD/FOR REVIEW    **C066**

BC: 92705853235  DU2347N051135-00623

Case: 2:20cv2291  Doc: 1163

William R Wise                                                    Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

--Non Case Participants: Mike Scarcella (mike.scarcella@thomsonreuters.com), Nathan MacKay (epettersson@courthousenews.com), Marianne Van Riper (simon.perng@coco.ocgov.com), Maia Lucia Spoto (mspoto@bloombergindustry.com), Meghann McArthur Cuniff (meghanncuniff@gmail.com), Kenneth Stahl (karen.irias@msrlegal.com), Laura D Knapp (laura.knapp@coco.ocgov.com, marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com), Samuel A. Josephs (sjosephs@spertuslaw.com), Christopher Thomas Casamassima (chris.casamassima@wilmerhale.com), Kiva Grace Schrager (kschrager@millerbarondess.com), Kent K Qian (kqian@oaklandcityattorney.org)
--No Notice Sent:
Message-Id:<41925347@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Proof of Service (subsequent documents) Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 2/12/2026 at 4:01 PM PST and filed on 2/11/2026

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | Adrian D. Moon |

**WARNING: CASE CLOSED on 09/29/2023**

| | |
|---|---|
| **Document Number:** | 1163 |

**Docket Text:**
**PROOF OF SERVICE filed by Intervenor Adrian D. Moon, re Appeal Remark[1162], Notice of Appeal to 9th Circuit Court of Appeals, [1161] served on 2/11/26. (mat)**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**
Ana Wai-Kwan Lai    alai@counsel.lacounty.gov
Angelique Kaounis    akaounis@gibsondunn.com, angelique-kaounis-6906@ecf.pacerpro.com, PACER-CA@gibsondunn.com
Arlene Nancy Hoang    arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org
Bradley Joseph Hamburger    bhamburger@gibsondunn.com, bradley-j-hamburger-2088@ecf.pacerpro.com, PACER-CA@gibsondunn.com
Brandon D Young    bdyoung@manatt.com, lgarcete@manatt.com
Brooke Alyson Weitzman    bweitzman@eldrcenter.org, lthely@eldrcenter.org,