**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Case: 2:20cv2291  Doc: 1155

William R Wise                                    Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

RTS

2:20-CV02291 DOC

quadient
FIRST-CLASS MAIL
IMI
$001.90
02/11/2026 ZIP
043M

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 6 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

RECEIVED

CLERK, U.S. DISTRICT COURT

FEB 2 6 2026

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

NIXIE       919    7E 1        7202/24/26
NOT DELIVERABLE AS ADDRESSED
RETURN TO SENDER
UNABLE TO FORWARD
BC: 90012333299  2347N055155-00353

CV

Case: 2:20cv2291  Doc: 1155

William R Wise                                              Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

jrotstein@gibsondunn.com, pacer-ca@gibsondunn.com), Weston C Rowland (rowland.weston@gmail.com, rowlandweston@gmail.com), Ryan Salsig (evelyn.rodriguez@lacity.org, irene.m.perez@lacity.org, justin.grams@lacity.org, ryan.salsig@lacity.org), Nadia Ann Sarkis (dgreen@millerbarondess.com, docket@millerbarondess.com, nsarkis@millerbarondess.com), Kahn A Scolnick (kahn-a-scolnick-7581@ecf.pacerpro.com, kscolnick@gibsondunn.com, pacer-ca@gibsondunn.com), Carol A. Sobel (carolsobel@aol.com, carolsobellaw@gmail.com), Catherine Elizabeth Sweetser (cgallegos@sshhzlaw.com, csweetser@sshhzlaw.com), Jason H. Tokoro (aalamango@millerbarondess.com, briding@millerbarondess.com, jtokoro@millerbarondess.com), Matthew Donald Umhofer (calendaring@umklaw.com, jon@umklaw.com, matthew@umklaw.com), Brooke Alyson Weitzman (bweitzman@eldrcenter.org, lthely@eldrcenter.org, pamador-lopez@eldrcenter.org), Stephen Yagman (admin@yagmanlaw.net, filing@yagmanlaw.net), Brandon D Young (bdyoung@manatt.com, lgarcete@manatt.com), Daniel B. Garrie (daniel@lawandforensics.com), Michele Martinez (michele@michelecmartinez.com), Judge David O. Carter (crd_carter@cacd.uscourts.gov), Magistrate Judge Karen E. Scott (crd_scott@cacd.uscourts.gov, karen_scott@cacd.uscourts.gov)
--Non Case Participants: Christopher Thomas Casamassima (chris.casamassima@wilmerhale.com), Samuel A. Josephs (sjosephs@spertuslaw.com), Laura D Knapp (laura.knapp@coco.ocgov.com, marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com), Kent K Qian (kqian@oaklandcityattorney.org), Kiva Grace Schrager (kschrager@millerbarondess.com), Kenneth Stahl (beverly.dozier-jones@msrlegal.com, jane.martin@msrlegal.com, karen.irias@msrlegal.com), Marianne Van Riper (simon.perng@coco.ocgov.com), ad hoc (courtrecording_cacd@cacd.uscourts.gov, reporter_cacd@cacd.uscourts.gov, transcripts_cacd@cacd.uscourts.gov)
--No Notice Sent:
Message-Id:<41906632@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Evidentiary Hearing Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 2/10/2026 at 4:20 PM PST and filed on 2/10/2026

**Case Name:**      LA Alliance for Human Rights et al v. City of Los Angeles et al

**Case Number:**    2:20-cv-02291-DOC-KES

**Filer:**

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:**    1155

**Docket Text:**
**MINUTES OF Evidentiary Hearing FOR ORDER TO SHOW CAUSE RE CONTEMPT CITY OF LOS ANGELES [1066] (Held at Los Angeles First Street) before Judge David O. Carter. Evidentiary Hearing continued to 2/18/2026 at 09:00 AM before Judge David O. Carter. SEE DOCUMENT FOR FURTHER INFORMATION. Court Reporter: Court Smart. (twdb)**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**
Nadia Ann Sarkis    docket@millerbarondess.com, dgreen@millerbarondess.com, nsarkis@millerbarondess.com
Jessica Mariani    jessica.mariani@lacity.org, ava.smith@lacity.org
Jason H. Tokoro    aalamango@millerbarondess.com, jtokoro@millerbarondess.com, briding@millerbarondess.com
Joseph Reichmann    filing@yagmanlaw.net, admin@yagmanlaw.net
Catherine Elizabeth Sweetser    csweetser@sshhzlaw.com, cgallegos@sshhzlaw.com
Lauren Marie Brody    docket@millerbarondess.com, bbinns@millerbarondess.com, lbrody@millerbarondess.com
Daniel Rolf Adler    dadler@gibsondunn.com, daniel-r-adler-6522@ecf.pacerpro.com
Theano Evangelis Kapur    , tevangelis@gibsondunn.com, pacer-ca@gibsondunn.com, theane-evangelis-7690@ecf.pacerpro.com
Manuel A. Abascal    manuel-abascal-7112@ecf.pacerpro.com, manny.abascal@lw.com
Jeffrey Lewis    jeff@jefflewislaw.com, kyla@jefflewislaw.com, jason@jefflewislaw.com
Daniel B. Garrie    daniel@lawandforensics.com
Jonathan M. Eisenberg    conrad.sison@ahf.org, jonathan.eisenberg@ahf.org
Stephen Yagman    filing@yagmanlaw.net
Marcellus A McRae    mmcrae@gibsondunn.com, marcellus-mcrae-1628@ecf.pacerpro.com
Bradley Joseph Hamburger    bradley-j-hamburger-2088@ecf.pacerpro.com, pacer-ca@gibsondunn.com, bhamburger@gibsondunn.com
Ana Wai-Kwan Lai    alai@counsel.lacounty.gov
Byron J McLain    byron-mclain-5906@ecf.pacerpro.com, bmclain@foley.com
Scott D Marcus    guadalupe.lopez@lacity.org, irene.m.perez@lacity.org, scott.marcus@lacity.org
Weston C Rowland    rowlandweston@gmail.com, rowland.weston@gmail.com
Mark S Ravis    mravis99@gmail.com
Arlene Nancy Hoang    arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org
Poonam Kumar    pacer-ca@gibsondunn.com, pkumar@gibsondunn.com, poonam-g-kumar-4421@ecf.pacerpro.com
Matthew Donald Umhofer    calendaring@umklaw.com, matthew@umklaw.com, jon@umklaw.com
Carol A. Sobel    carolsobel@aol.com, carolsobellaw@gmail.com
Jennifer Mira Hashmall    aransom@millerbarondess.com, mhashmall@millerbarondess.com, docket@millerbarondess.com, eruth@millerbarondess.com
Angelique Kaounis    akaounis@gibsondunn.com, angelique-kaounis-6906@ecf.pacerpro.com, pacer-ca@gibsondunn.com