UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 24 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| IN RE CITY OF LOS ANGELES. | No. 26-784 |
| _____ | D.C. No. 2:20-cv-02291-DOC-KES Central District of California, Santa Ana |
| CITY OF LOS ANGELES, | |
| Petitioner, | ORDER |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES, | |
| Respondent, | |
| COUNTY OF LOS ANGELES; et al., | |
| Real Parties in Interest. | |

Before: M. SMITH, NGUYEN, and KOH, Circuit Judges.

The court has received the answers to the petition for a writ of mandamus and the reply.

The clerk will place this case on the next available calendar, which is May 2026. *See* 9th Cir. Gen. Order 3.3(f).