**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
**OFFICE OF THE CLERK**
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**

Case: 2:20cv2291   Doc: 1161

William R Wise                                              Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

-R-T-S-   927055556-1N          02/24/26

RETURN  TO  SENDER
UNABLE  TO  FORWARD
UNABLE  TO  FORWARD
RETURN  TO  SENDER

1161

FILED
CLERK, U.S. DISTRICT COURT

FEB 27 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

2:20 CV 02291-DOC

quadient
FIRST-CLASS MAIL
IMI
$002.17
02/13/2026 ZIP 90012
043M31269156
US POSTAGE

Case: 2:20cv2291   Doc: 1161

William R Wise                                    Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

Case 2:20-cv-02291-DOC-KES    Document 1182    Filed 02/27/26    Page 2 of 4   Page ID
#:33702

(calendaring@umklaw.com, elizabeth@umklaw.com, jon@umklaw.com), Ryan Salsig (evelyn.rodriguez@lacity.org, irene.m.perez@lacity.org, justin.grams@lacity.org, ryan.salsig@lacity.org), Ana Wai-Kwan Lai (alai@counsel.lacounty.gov), Arlene Nancy Hoang (arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org), Carol A. Sobel (carolsobel@aol.com, carolsobellaw@gmail.com), Catherine Elizabeth Sweetser (cgallegos@sshhzlaw.com, csweetser@sshhzlaw.com), Jason H. Tokoro (aalamango@millerbarondess.com, briding@millerbarondess.com, jtokoro@millerbarondess.com), Manuel A. Abascal (manny.abascal@lw.com, manuel-abascal-7112@ecf.pacerpro.com), Paul L Hoffman (hoffpaul@aol.com, jwashington@sshhzlaw.com, sshhwilliam@gmail.com), Matthew Donald Umhofer (calendaring@umklaw.com, jon@umklaw.com, matthew@umklaw.com), Stephen Yagman (admin@yagmanlaw.net, filing@yagmanlaw.net), James N. Rotstein (jimmy-rotstein-2672@ecf.pacerpro.com, jrotstein@gibsondunn.com, pacer-ca@gibsondunn.com), Shayla Renee Myers (bschultz@lafla.org, lbautista@lafla.org, lschmidt@lafla.org, smyers@lafla.org), Daniel B. Garrie (daniel@lawandforensics.com), Michele Martinez (michele@michelecmartinez.com), Judge David O. Carter (crd_carter@cacd.uscourts.gov), Magistrate Judge Karen E. Scott (crd_scott@cacd.uscourts.gov, karen_scott@cacd.uscourts.gov)
--Non Case Participants: Marianne Van Riper (simon.perng@coco.ocgov.com), Kenneth Stahl (beverly.dozier-jones@msrlegal.com, jane.martin@msrlegal.com, karen.irias@msrlegal.com), Laura D Knapp (laura.knapp@coco.ocgov.com, marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com), Samuel A. Josephs (sjosephs@spertuslaw.com), Christopher Thomas Casamassima (chris.casamassima@wilmerhale.com), Kiva Grace Schrager (kschrager@millerbarondess.com), Kent K Qian (kqian@oaklandcityattorney.org), Clerk, U S Court of Appeals - 9th Circuit, Pasadena (pasa_noa@ca9.uscourts.gov)
--No Notice Sent:
Message-Id:<41925162@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Notice of Appeal to 9th Circuit Court of Appeals Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 2/12/2026 at 3:48 PM PST and filed on 2/11/2026

**Case Name:**       LA Alliance for Human Rights et al v. City of Los Angeles et al

**Case Number:**     2:20-cv-02291-DOC-KES

**Filer:**           Adrian D. Moon

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:**   1161

**Docket Text:**
**NOTICE OF APPEAL to the 9th CCA filed by Intervenor Adrian D. Moon. Appeal of Vexatious Litigant Filing (CV-115)[1156], Evidentiary Hearing,, Set/Reset Hearing, [1155], Minutes of In Chambers Order/Directive-form only-no proceeding held[1153] Filed On: 2/9/26, 2/10/26; Entered On: 2/9/26, 2/10/26; Motion for In forma Paupers filed for the 9th Circuit Court of Appeals. (mat)**

**2:20-cv-02291-DOC-KES Notice has been electronically mailed to:**
Nadia Ann Sarkis   docket@millerbarondess.com, dgreen@millerbarondess.com, nsarkis@millerbarondess.com
Jessica Mariani   jessica.mariani@lacity.org, ava.smith@lacity.org
Jason H. Tokoro   aalamango@millerbarondess.com, jtokoro@millerbarondess.com, briding@millerbarondess.com
Joseph Reichmann   filing@yagmanlaw.net, admin@yagmanlaw.net
Catherine Elizabeth Sweetser   csweetser@sshhzlaw.com, cgallegos@sshhzlaw.com
Lauren Marie Brody   docket@millerbarondess.com, bbinns@millerbarondess.com, lbrody@millerbarondess.com
Daniel Rolf Adler   dadler@gibsondunn.com, daniel-r-adler-6522@ecf.pacerpro.com
Theano Evangelis Kapur   , tevangelis@gibsondunn.com, pacer-ca@gibsondunn.com, theane-evangelis-7690@ecf.pacerpro.com
Manuel A. Abascal   manuel-abascal-7112@ecf.pacerpro.com, manny.abascal@lw.com
Jeffrey Lewis   jeff@jefflewislaw.com, kyla@jefflewislaw.com, jason@jefflewislaw.com
Daniel B. Garrie   daniel@lawandforensics.com
Jonathan M. Eisenberg   conrad.sison@ahf.org, jonathan.eisenberg@ahf.org
Stephen Yagman   filing@yagmanlaw.net
Marcellus A McRae   mmcrae@gibsondunn.com, marcellus-mcrae-1628@ecf.pacerpro.com
Bradley Joseph Hamburger   bradley-j-hamburger-2088@ecf.pacerpro.com, pacer-ca@gibsondunn.com, bhamburger@gibsondunn.com
Ana Wai-Kwan Lai   alai@counsel.lacounty.gov
Byron J McLain   byron-mclain-5906@ecf.pacerpro.com, bmclain@foley.com
Scott D Marcus   guadalupe.lopez@lacity.org, irene.m.perez@lacity.org, scott.marcus@lacity.org
Weston C Rowland   rowlandweston@gmail.com, rowland.weston@gmail.com
Mark S Ravis   mravis99@gmail.com
Arlene Nancy Hoang   arlene.hoang@lacity.org, evelyn.rodriguez@lacity.org
Poonam Kumar   pacer-ca@gibsondunn.com, pkumar@gibsondunn.com, poonam-g-kumar-4421@ecf.pacerpro.com
Matthew Donald Umhofer   calendaring@umklaw.com, matthew@umklaw.com, jon@umklaw.com
Carol A. Sobel   carolsobel@aol.com, carolsobellaw@gmail.com
Jennifer Mira Hashmall   aransom@millerbarondess.com, mhashmall@millerbarondess.com, docket@millerbarondess.com, eruth@millerbarondess.com
Angelique Kaounis   akaounis@gibsondunn.com, angelique-kaounis-6906@ecf.pacerpro.com,