Name Adrian Damico Moon
Address 926 LA CANADA VERDUGO Rd
City, State, Zip Altadena CA 91001
Phone (771) 215-8153
Fax
E-Mail admoon172@gmail.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☐ Retained

**FILED**

2026 MAR 11 PM 3:48

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ADRIAN DAMICO MOON
PLAINTIFF(S),

v.

NINTH CIRCUIT DISTRICT COURT OF APPEAL, office of the circuit executive U.S.C.U.A. ET AL DEFENDANT(S).

see attached motion A (13) pages

CASE NUMBER:
2:20-CV-02291-DOC(KSX)

**NOTICE OF APPEAL**

Lead C.O.A Case No 22-55933
26-1385
26-784
23-5240 U.S.CO.A
26-5066 U.S. C.O.A. D.C.
25-5207, US.C.O.A D.C

NOTICE IS HEREBY GIVEN that Adrian Damico Moon hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☒ Conviction and Sentence BA352195 ; BA362256 Superior Ct. LA
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify): Docket # 1161, 1162, 1164, 1165, 1166, 1167, 1168, 1169, 1172,
☒ Judgment (specify): 1174, 1175, 1176, 1177, 181, 1185
☒ Other (specify): ± 26-1385 Mitronik (13 or 15)

Imposed or Filed between Docket # 1161 through 1185 . Entered on the docket in this action on Docket # 1161-1185
February 11, 2022 to Present
A copy of said judgment or order is attached hereto.

3-10-2026
Date

Signature
☒ Appellant/ProSe  ☐ Counsel for Appellant  ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                    NOTICE OF APPEAL

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN#Chosen one
926 La Canada Verdugo Rd Altadena CA 91001
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
Cell (771) 215-8153  admoon172@gmail.com

Attorney For Petitioner, Plaintiff , And Appellant In Pro se

**UNITED STATES DISTRICT COURT**
**CIVIL AND CRIMINAL DIVISIONS**
**IN DA  CENTRAL DISTRICT OF CALIFORNIA**

LODGED

| | |
|---|---|
| **ADRIAN DAMICO MOON,** an individual recipient of SNAP and suing in her official capacity as Czar of Homelessness and Anti-Semitic Reform,<br><br>Petitioner, Plaintiff, and Appellant,<br><br>vs.<br><br>**NINTH CIRCUIT DISTRICT COURT OF APPEAL, OFFICE OF DA CIRCUIT EXECUTIVE UNITED STATES COURT OF APPEAL, DAVID ORMON CARTER, MARY ANN MURPHY, ELIZABETH ANNE MITCHELL, MATTHEW DONALD UMHOFER, DIANE H. BANG , KAREN RUTH BASS, KATHERYN ANN BARGER-LIEBRICH, PATRICIA DONAHUE, SATAN, DOES/ROES 1-350 INCLUSIVELY , ET. AL.**<br><br>Respondents, Defendants, and Appellees,<br><br>" JUDGMENT IS COMING "<br><br># $7,000,000,000.00 | Case No. **2:20-CV-02291-DOC** (kes)<br><br>Lead Identical Pending Related Case:<br>**Moon vs. Satan, Roes/Does 1-350 et.al case nos.**<br>1:25-CV-03988-TSC<br>26-5061, U.S. C.O.A.,D.C.<br>25-CO-0632, C.O.A. D.C.<br>2023 CCC 0025, BA332095, BA362256<br>Superior Court, D.C. and Los Angeles<br><br>**EMERGENCY MOTION PURSUANT TO PRE-FILING ORDER OF DAVID ORMON CARTER DATED SEPTEMBER 20, 2022 FOR MOTION FOR LEAVE OF COURT TO FILE MOTIONS NOTICE OF CIVIL AND CRIMINAL APPEALS, SUPPLEMENTAL  IN SUPPORT OF NOTICE OF CRIMINAL APPEAL AND CIVIL APPEAL AND ORDERS TO ALLOW ADRIAN DAMICO MOON TO JOINDER, INTERVENE AND PARTICIPATE AS AMICUS CURIE  IN WRIT OF MANDAMUS CASE NO. 26-784 IN DA UNITED STATES NINTH CIRCUIT DISTRICT COURT  AND re: sanction of $5,000.00 AGAINST  DEFENDANTS DAVID ORMON CARTER AND KARLEN DUBON FOR CONTEMPT OF PRE-FILING ORDER DATED SEPTEMBER 20, 2022 ET.SEQ.  ( Proposed ) ORDER THEREON**<br><br>**COVID-19: HOST, HOAX, OR HOLY SPIRIT** |

EMERGENCY MOTION PURSUANT TO PRE-FILING ORDER OF DAVID ORMON CARTER DATED SEPTEMBER 2022 FOR MOTION FOR LEAVE OF COURT TO FILE MOTIONS ( Proposed) ORDER THEREON   -1

Motion A (13) pages

## FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

### DECLARATION OF ADRIAN DAMICO MOON

### MEMORANDUM OF POINTS AND AUTHORITIES

**I AM ADRIAN DAMICO MOON,** ( hereinafter, 'daredeemer' ) Plaintiff, Plaintiff-Defendant Intervenor, Amicus Curie participant and Appellant , Attorney In Pro Se , Chosen one , begotten son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi, Yeshua, Jesus Christ da Messiah... paragon, with integrity, and veracity , proclaim and decree as follows,

1. Defendant David Ormon Carter has failed to appoint another Judicial Officer to adjudicate 'daredeemer's pre-filing order request. And have denied everyone stating, " A JUDGE HAS TO approve da REQUEST" last 'daredeemer' check it was Judge Carter.

2. 'daredeemer ' makes this request not to harass or delay da proceedings as all da above-mention Defendants have held hostage 'daredeemer' in Satan's strong-hold D.O.C. D.C. Jail for da last two years.

3. 'daredeemer' has not made these undisputed fact claims in previous hearings or request.

4. Attached are da two Supplemental in support of Notice of Civil and Criminal Appeals, da Notice of Civil and Criminal Appeal and da Writ of Mandamus case no. 26-784 are already filed and before da Courts.

5. Defendants David Ormon Carter and Karlen Dubon in contempt of da pre-filing order failed to allow 'daredeemer' to appear before da court on February 9, and 10, 2026, lying that they did not received da Documents for da Ex Parte Hearing. 'daredeemer' sat in both courtroom 10A and 1 for a total of eleven hours actual damages of $5,000,00. 'daredeemer' proclaim and decree under da penalty of Sin that da foregoing is true and correct so help ME God !!! AMEN AND AMEN

DATED: February 25, 2026        by: _____

KING Adrian Damico Moon, Attorney In Pro Se

Case 2:20-cv-02291-DOC-KES    Document 1187    Filed 03/11/26    Page 4 of 15   Page
Case 2:20-cv-02291-DOC-KES    Document 1174    Filed 02/25/26    Page 3 of 12   Page
ID #:33666

(2) ATTACHMENT

SUPPLEMENTAL IN
SUPPORT OF Notice
OF Appeal - civil

SUPPLEMENTAL IN
SUPPORT OF NOTICE OF
APPEAL CRIMINAL

## FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN#Chosen one
926 La Canada Verdugo Rd Altadena CA 91001
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
Cell (771) 215-8153 admoon172@gmail.com

Attorney For Petitioner, Plaintiff , And Appellant In Pro se

LODGED
CLERK, U.S. DISTRICT COURT

FEB 25 2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPTUTY

## UNITED STATES DISTRICT COURT
## CIVIL AND CRIMINAL DIVISIONS
## IN DA  CENTRAL DISTRICT OF CALIFORNIA

ADRIAN DAMICO MOON, an individual recipient of SNAP and suing in her official capacity as Czar of Homelessness and Anti-Semitic Reform,

Petitioner, Plaintiff, and Appellant,

vs.

NINTH CIRCUIT DISTRICT COURT OF APPEAL, OFFICE OF DA CIRCUIT EXECUTIVE UNITED STATES COURT OF APPEAL, DAVID ORMON CARTER, MARY ANN MURPHY, ELIZABETH ANNE MITCHELL, MATTHEW DONALD UMHOFER, DIANE H. BANG , KAREN RUTH BASS, KATHERYN ANN BARGER-LIEBRICH, PATRICIA DONAHUE, SATAN, DOES/ROES 1-350 INCLUSIVELY , ET. AL.

Respondents, Defendants, and Appellees,

" JUDGMENT IS COMING "

# $7,000,000,000.00

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  **2:20-CV-02291-DOC**

Lead Identical Pending Related Case:
**Moon vs. Satan, Roes/Does 1-350 et.al case nos.**
1:25-CV-03988-TS
26-5061, U.S. C.O.A.,D.C.
25-CO-0632, C.O.A. D.C.
2023 CCC 0025, BA332095, BA362256
Superior Court, D.C. and Los Angeles

**SUPPLEMENT IN SUPORT OF NOTICE OF CIVIL APPEAL :**

**AND MOTION FOR LEAVE COURT TO FILE REQUEST FOR ORDERS TO CONSOLIDATE ALL APPEAL IN THIS INSTANT CASE PENDING OR CLOSED TO LEAD IDENTICAL RELATED PENDING  CASE NO 26-5061 IN DA UNITED STATES COURT OF APPEAL, DISTRICT OF COLUMBIA... ( Proposed) ORDER THEREON**

**COVID-19: HOST, HOAX, OR HOLY SPIRIT**

NOTICE OF CIVIL APPEAL AND MOTION FOR LEAVE OF COURT TO FILE REQUEST FOR ORDERS TO CONSOLIDATE ALL APPEALS CASE PENDING OR CLOSED IN THIS INSTANT CASE PENDING OR CLOSE TO LEAD IDENTICAL RELATED PENDING CASE NO. 26-5061 IN DA UNITED STATES COURT OF APPEAL DISTRICT OF COLUMBIA
-1-

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

**NOTICE IS HEREBY GIVEN** that KING Adrian Damico Moon, 'daredeemer', Appellant hereby appeals to da Appellees United States Court of Appeals for da Ninth Circuit From:  da orders of February 4, 2026 through February 23, 2026 , Docket Numbers 1148 through 1174 ET. SEQ.

**DENIAL OF CRIMINAL AND CIVIL MATTERS:**

1. Recusal of All Judicial Officers in Superior Court, Los Angeles County, Second Appellate District Court, Supreme Court of California, United States District Court ( Central, Southern, Eastern , Northern, ) of California, United States Supreme Court whereby Adrian Damico Moon, was , is , and to be a party to those Actions.

2. Da Most Qualified Person (s) to schedule a United States Congressional Hearing for investigation , indictment, impeachment, and prosecution against rogue Judicial officers in item 1.

3. Amend Plaintiff Adrian Damico Moon as First filed Plaintiff in lower court case no. 2:20-cv-02291-DOC.

4. File an Anti-Stalking ( t.r.o.) against David Ormon Carter and Mary Ann Murphy currently pending in da United States District Court , D.C. case no. 1:26-cv-0522-UNA and 1:26-cv-0524-UNA.

5. Consolidate case no. 2:20-02291-DOC into case no. 1:25-03988-TSC , FORTHWITH... pursuant to Amended Nunc Pro Tunc Order of January 9, 2026.

DATED: February 24, 2026     By : _____

KING Adrian Damico Moon, 'daredeemer' Appellant

**SUPPLEMENTAL  OF DENIALS OF CRIMINAL AND CIVIL MATTERS:**

6. Vacate, Set-Aside , and Strike Prefiling order of David Ormon Carter dated September 20, 2022.

7. To pay 'daredeemer' da 1.8 Million Dollars exclusively.

8. To Depose Defendants Karen Ruth Bass on February 10, 2026

9. To Depose Defendant Katheryn Ann Barger-Liebrich on February 10, 2026

10. To Depose Defendant Sarah Steiberger on February 10, 2026.

NOTICE OF CIVIL APPEAL AND MOTION FOR LEAVE OF COURT TO FILE REQUEST FOR ORDERS TO CONSOLIDATE ALL APPEALS CASE PENDING OR CLOSED IN THIS INSTANT CASE PENDING OR CLOSE TO LEAD IDENTICAL RELATED PENDING CASE NO. 26-5061 IN DA UNITED STATES COURT OF APPEAL DISTRICT OF COLUMBIA                     -2

Case 2:20-cv-02291-DOC-KES Document 1187 Filed 03/11/26 Page 7 of 15 Page
Case 2:20-cv-02291-DOC-KES Document 1187 Filed 02/25/26 Page 6 of 12 Page
ID #:33669

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

11. To Appoint another Judicial Official to Determine da Question of Defendant David Ormon Carter disqualification on February 9, 2026.

12. To consolidate this instant case to Case Entitled Moon vs. Satan, Trump, Does / Roes 1-350 Inclusively, case no. 1:25-cv-03988-TSC.

13. To Meet and Confer re: Moon vs. Carter case no. 1:26-cv- pending - UNA , Anti-Stalking ( t.r.o.)

14. To Meet And Confer re: Moon vs. Murphy, case no. 1:26-cv-0557-UNA, Anti-Stalking (t.r.o. )

15. To joinder , Intervene and participate as Amicus Curie as Plaintiff, Plaintiff-Defendant Intervenor and Amicus Curie in da instant case no. 26-784, Writ of Mandamus currently on Appeal in da Ninth Circuit Court of Appeal.

16. Order to Defendant Donald John Trump, 'teflon don' by way of Executive Order to pay 'daredeemer' da lump sum of Seven (7) Billion Dollars through da Justice Fund for Default Judgment against Defendant Katheryn Ann Barger-Liebrich and da entire Los Angeles County Board of Supervisor and Chief Executive officer of 2021.

17. To hold a hearing on February 9, 2026 in department 10 A.

18. To order sanctions of $2500.00 against Defendant Karlen Dubon for lying and being in contempt of order of September 20, 2022 , pre-filing order.

19. 'daredeemer' reserves da RIGHTS to add more denials at da hearing on these matters.

20. Assign a criminal case no to Case 2:20-CV- 02291-DOC

DATED: February 25, 2026

by: _____

KING Adrian Damico Moon, 'daredeemer', Attorney In Pro Se

NOTICE OF CIVIL APPEAL AND MOTION FOR LEAVE OF COURT TO FILE REQUEST FOR ORDERS TO CONSOLIDATE ALL APPEALS CASE PENDING OR CLOSED IN THIS INSTANT CASE PENDING OR CLOSE TO LEAD IDENTICAL RELATED PENDING CASE NO. 26-5061 IN DA UNITED STATES COURT OF APPEAL DISTRICT OF COLUMBIA          -3-

Case 2:20-cv-02291-DOC-KES    Document 1187    Filed 03/11/26    Page 8 of 15    Page
Case 2:20-cv-02291-DOC-KES    Document 1175    Filed 02/25/26    Page 7 of 12    Page
ID #:33725
ID #:33670

# FROM DA KINGDOM OF Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN#Chosen one
926 La Canada Verdugo Rd Altadena CA 91001
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
Cell (771) 215-8153 admoon172@gmail.com

Attorney For Petitioner, Plaintiff, And Appellant In Pro se

LODGED
CLERK, U.S. DISTRICT COURT

FEB 25 2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPTUTY

## UNITED STATES DISTRICT COURT
## CIVIL AND CRIMINAL DIVISIONS
## IN DA CENTRAL DISTRICT OF CALIFORNIA

**ADRIAN DAMICO MOON,** an individual recipient of SNAP and suing in her official capacity as Czar of Homelessness and Anti-Semitic Reform,

Petitioner, Plaintiff, and Appellant,

vs.

**NINTH CIRCUIT DISTRICT COURT OF APPEAL, OFFICE OF DA CIRCUIT EXECUTIVE UNITED STATES COURT OF APPEAL, DAVID ORMON CARTER, MARY ANN MURPHY, ELIZABETH ANNE MITCHELL, MATTHEW DONALD UMHOFER, DIANE H. BANG , KAREN RUTH BASS, KATHERYN ANN BARGER-LIEBRICH, PATRICIA DONAHUE, SATAN, DOES/ROES 1-350 INCLUSIVELY , ET. AL.**

Respondents, Defendants, and Appellees,

**" JUDGMENT IS COMING "**

**# $7,000,000,000.00**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **2:20-CV-02291-DOC**

Lead Identical Pending Related Case:
**Moon vs. Satan, Roes/Does 1-350 et.al case nos.**
1:25-CV-03988-TS
26-5061, U.S. C.O.A.,D.C.
25-CO-0632, C.O.A. D.C.
2023 CCC 0025, BA332095, BA362256
Superior Court, D.C. and Los Angeles

**SUPPLEMENT IN SUPORT OF NOTICE OF CRIMINAL APPEAL :**

**AND MOTION FOR LEAVE COURT TO FILE REQUEST FOR ORDERS TO CONSOLIDATE ALL APPEAL IN THIS INSTANT CASE PENDING OR CLOSED TO LEAD IDENTICAL RELATED PENDING CASE NO 26-5061 IN DA UNITED STATES COURT OF APPEAL, DISTRICT OF COLUMBIA... ( Proposed) ORDER THEREON**

**COVID-19: HOST, HOAX, OR HOLY SPIRIT**

---

NOTICE OF CRIMINAL APPEAL AND MOTION FOR LEAVE OF COURT TO FILE REQUEST FOR ORDERS TO CONSOLIDATE ALL APPEALS CASE PENDING OR CLOSED IN THIS INSTANT CASE PENDING OR CLOSE TO LEAD IDENTICAL RELATED PENDING CASE NO. 26-5061 IN DA UNITED STATES COURT OF APPEAL DISTRICT OF COLUMBIA                                    -1

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

**NOTICE IS HEREBY GIVEN** that KING Adrian Damico Moon, 'daredeemer', Appellant hereby appeals to da Appellees United States Court of Appeals for da Ninth Circuit From: da orders of February 4, 2026 through February 23, 2026 , Docket Numbers 1148 through 1174 ET. SEQ.

**DENIAL OF CRIMINAL AND CIVIL MATTERS:**

1. Recusal of All Judicial Officers in Superior Court, Los Angeles County, Second Appellate District Court, Supreme Court of California, United States District Court ( Central, Southern, Eastern , Northern, ) of California, United States Supreme Court whereby Adrian Damico Moon, was , is , and to be a party to those Actions.

2. Da Most Qualified Person (s) to schedule a United States Congressional Hearing for investigation , indictment, impeachment, and prosecution against rogue Judicial officers in item 1.

3. Amend Plaintiff Adrian Damico Moon as First filed Plaintiff in lower court case no. 2:20-cv-02291-DOC.

4. File an Anti-Stalking ( t.r.o.) against David Ormon Carter and Mary Ann Murphy currently pending in da United States District Court , D.C. case no. 1:26-cv-0522-UNA and 1:26-cv-0524-UNA.

5. Consolidate case no. 2:20-02291-DOC into case no. 1:25-03988-TSC , FORTHWITH... pursuant to Amended Nunc Pro Tunc Order of January 9, 2026.

DATED: February 24, 2026       By : _____

KING Adrian Damico Moon, 'daredeemer' Appellant

**SUPPLEMENTAL OF DENIALS OF CRIMINAL AND CIVIL MATTERS:**

6. Vacate, Set-Aside , and Strike Prefiling order of David Ormon Carter dated September 20, 2022.

7. To pay 'daredeemer' da 1.8 Million Dollars exclusively.

8. To Depose Defendants Karen Ruth Bass on February 10, 2026

9. To Depose Defendant Katheryn Ann Barger-Liebrich on February 10, 2026

10. To Depose Defendant Sarah Steiberger on February 10, 2026.

EMERGENCY MOTION PURSUANT TO PRE-FILING ORDER OF DAVID ORMON CARTER DATED SEPTEMBER 2022 FOR MOTION FOR LEAVE OF COURT TO FILE MOTIONS ( Proposed) ORDER THEREON       -3

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

11. To Appoint another Judicial Official to Determine da Question of Defendant David Ormon Carter disqualification on February 9, 2026.

12. To consolidate this instant case to Case Entitled Moon vs. Satan, Trump, Does / Roes 1-350 Inclusively, case no. 1:25-cv-03988-TSC.

13. To Meet and Confer re: Moon vs. Carter case no. 1:26-cv- pending - UNA , Anti-Stalking ( t.r.o.)

14. To Meet And Confer re: Moon vs. Murphy, case no. 1:26-cv-0557-UNA, Anti-Stalking (t.r.o. )

15. To joinder , Intervene and participate as Amicus Curie as Plaintiff, Plaintiff-Defendant Intervenor and Amicus Curie in da instant case no. 26-784, Writ of Mandamus currently on Appeal in da Ninth Circuit Court of Appeal.

16. Order to Defendant Donald John Trump, 'teflon don' by way of Executive Order to pay 'daredeemer' da lump sum of Seven (7) Billion Dollars through da Justice Fund for Default Judgment against Defendant Katheryn Ann Barger-Liebrich and da entire Los Angeles County Board of Supervisor and Chief Executive officer of 2021.

17. To hold a hearing on February 9, 2026 in department 10 A.

18. To order sanctions of $2500.00 against Defendant Karlen Dubon for lying and being in contempt of order of September 20, 2022 , pre-filing order.

19. 'daredeemer' reserves da RIGHTS to add more denials at da hearing on these matters.

20. Assign a criminal case number to case No. 2:20-cv-02291-DOC

DATED: February 25, 2026

by: _____

KING Adrian Damico Moon, 'daredeemer', Attorney In Pro Se

Case 2:20-cv-02291-DOC-KES    Document 1187    Filed 03/11/26    Page 11 of 15   Page
Case 2:20-cv-02291-DOC-KES    Document 1178    Filed 02/25/26    Page 10 of 12   Page
ID #:33673

(Proposed)

ORDER

Case 2:20-cv-02291-DOC-KES    Document 1187    Filed 03/11/26    Page 12 of 15   Page
Case 2:20-cv-02291-DOC-KES    Document 1179    Filed 02/25/26    Page 11 of 12   Page
ID #:33674
ID #:33674

# FROM DA KINGDOM OF Adrian 'daredeemer'

### By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN#Chosen one
926 La Canada Verdugo Rd Altadena CA 91001
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
Cell (771) 215-8153  admoon172@gmail.com

Attorney For Petitioner, Plaintiff , And Appellant In Pro se

LODGED
CLERK, U.S. DISTRICT COURT

FEB 25 2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPTUTY

## UNITED STATES DISTRICT COURT
## CIVIL AND CRIMINAL DIVISIONS
## IN DA  CENTRAL DISTRICT OF CALIFORNIA

**ADRIAN DAMICO MOON**, an individual recipient of SNAP and suing in her official capacity as Czar of Homelessness and Anti-Semitic Reform,

Petitioner, Plaintiff, and Appellant,

vs.

**NINTH CIRCUIT DISTRICT COURT OF APPEAL, OFFICE OF DA CIRCUIT EXECUTIVE UNITED STATES COURT OF APPEAL, DAVID ORMON CARTER, MARY ANN MURPHY, ELIZABETH ANNE MITCHELL, MATTHEW DONALD UMHOFER, DIANE H. BANG , KAREN RUTH BASS, KATHERYN ANN BARGER-LIEBRICH, PATRICIA DONAHUE, SATAN, DOES/ROES 1-350 INCLUSIVELY , ET. AL.**

Respondents, Defendants, and Appellees,

" JUDGMENT IS COMING "

# $7,000,000,000.00

Case No.  **2:20-CV-02291-DOC**

Lead Identical Pending Related Case:
**Moon vs. Satan, Roes/Does 1-350 et.al case nos.**
1:25-CV-03988-TSC
26-5061, U.S. C.O.A.,D.C.
25-CO-0632, C.O.A. D.C.
2023 CCC 0025, BA332095, BA362256
Superior Court, D.C. and Los Angeles

**( Proposed ) ORDER THEREON**

**COVID-19: HOST, HOAX, OR HOLY SPIRIT**

Case 2:20-cv-02291-DOC-KES    Document 1187    Filed 03/11/26    Page 13 of 15    Page
Case 2:20-cv-02291-DOC-KES    Document 1173    Filed 02/25/26    Page 12 of 12    Page
ID #:33675
ID #:33675

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...
### ( Proposed) ORDER

As these matters came by regularly to da Courts having considered all case files and declaration of 'daredeemer' to da satisfaction that these matters ought to be Granted !

**FOR GOOD CAUSE SHOWING AND AGREED UPON BY ALL PARTIES AND NON-PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD AND ON THIS COURT'S OWN MOTION, IT IS SO ORDERED ,**

**THAT:**

1. This Emergency Motion pursuant to da pre-filing order of September 20, 2022 is hereby Granted in it's entirety.

2. da Notice of Civil and Criminal Appeal , Supplemental In Support of Notice of Criminal and Civil Appeal shall be filed and processed.

3. Adrian Damico Moon shall be allowed to Joinder, Intervene , and Participate as a Amicus Curie in da Writ of Mandamus in case no. 26-784 in da United States Ninth District Court of Appeal, forthwith.

4. Defendants David Ormon Carter and Karlen Dubon shall pay Adrian Damico Moon sanctions of $5,000.00 for actual cost and damages as a result of Obstruction of Justice in not holding Ex Parte Application and Deposition Hearings on February 9, and 10, 2026.  Made payable within (10) days of da date of this order.

And All or Any other relief this court deems just, proper and equitable. Amen and Amen

DATED : FEBRUARY          , 2026

HONORABLE                                                    JUDGE
UNITED STATES CENTRAL DISTRICT COURT

---

( Proposed) ORDER THEREON        -2-

Case 2:20-cv-02291-DOC-KES   Document 1187   Filed 03/11/26   Page 14 of 15   Page
Case 2:20-cv-02291-DOC-KES   Document 1385   Filed 03/09/26   Page 1 of 1   Page ID
ID #:33731
#:33713



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

Molly C. Dwyer
Clerk of Court

MAR 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

---

Docket Number:          26-1385
Originating Case Number:   2:20-cv-02291-DOC-KES
Case Title:             LA Alliance for Human Rights v. Moon, et al.

---

Dear Petitioner(s)/Appellant(s),

This is to acknowledge receipt of your case, which has been opened and assigned the above-listed U.S. Court of Appeals for the Ninth Circuit case number.

This case is subject to a pre-filing review order entered in case number 14-80006, and will be reviewed by the Court to determine whether it will be permitted to proceed.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

(13 of 13)

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Adrian Damio Moon
926 LA CANADA VERDUGO Rd
Altadena, CA 91001
(771) 215-8153   admoon172@gmail.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ADRIAN DAMICO MOON

PLAINTIFF(S),

v.

NINTH CIRCUIT DISTRICT COURT OF APPEAL; OFFICE OF DA CIRCUIT EXECUTIVE U.S. COURT OF APPEAL ET. AL see docket 1176

DEFENDANT(S).

**CASE NUMBER**

2:20-CV-02291-DOC(resx)

**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of ___Los Angeles___, State of California, and not a party to the above-entitled cause. On ___March 20,___ 20_26_, I served a true copy of ___Notice of Appeal and Motion for leave in forma Pauperis___ by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served.  Attach additional pages if necessary.)

Place of Mailing: ___Los Angeles___

Executed on ___March 10,___ 20_26_ at ___Los Angeles___, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_Signature of Person Making Service_

## ACKNOWLEDGEMENT OF SERVICE

I, ___Adrian D. Moon___, received a true copy of the within document on ___Notice of Appeal waiver of fees___.

see docket # 1176

_Signature_

_Party Served_