Name/Address of Attorney or Pro Per

Adrian Damian Moon
926 LA CANADA VERDUGO Rd
Altadena CA 91001

Telephone (771) 215-8153

☐ FPD    ☐ Apptd    ☐ CJA    ☒ Pro Per Se

**FILED**

2026 MAR 11  PM 3:50

CLERK US DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

ADRIAN DAMICO MOON

PLAINTIFF(S),

v.

NINTH CIRCUIT DISTRICT COURT OF APPEAL
OFFICE OF da Circuit Executive U.S.
COURT OF APPEAL ET. AL.

DEFENDANT(S).

see docket # 1176 et. seq.

CASE NUMBER: 2:20-cv-02291-DOC (RGK)

Motion and Affidavit for Leave to Appeal In Forma
Pauperis:    ☒ 28 U.S.C. 753(f)    CAN'T EXEMPT
             ☒ 28 U.S.C. 1915    $1501 et. seq

The undersigned Adrian Damico Moon , a party in the within action, moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for the preparation of a Court Reporter's transcript at government expense.

1. I believe I am entitled to redress, and the issues which I desire to present on my proposed appeal are the following:

   a. Not a Vexatious Litigant
   b. Schedule an U.S. Congressional Hearing for investigation
   c. indictment impeachment and prosecution

2. Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefor. I swear that the following responses are true.

   a. Are you presently employed? ☐ Yes  ☒ No. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. _____
   SNAP RECIPIENT

   b. Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source? ☐ Yes   ☐ No.
   If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.
   N/A

---

A-18 (04/10)       **MOTION AND AFFIDAVIT FOR LEAVE APPEAL IN FORMA PAUPERIS**       Page 1 of 2

c.   Are you presently employed in prison?   ☐ Yes   ☐ No.

If yes, state the number of hours you work per week and the hourly rate of pay.

_____

d.   Do you own any cash or do you have money in a checking or savings account?   ☐ Yes   ☐ No.

If the answer is yes, state the amount of money in each account separately as of six (6) months prior to the date of this affidavit. _____

_____

e.   Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? N/A _____

f.   In what year did you last file an income tax return? 2008 _____

g.   Approximately how much income did your last tax return reflect? N/A _____

h.   List the persons who are dependent upon you for support and state your relationship to those persons. N/A _____

i.   State monthly expenses, itemizing the major items. $ 2400.00 _____

I declare under penalty of perjury that the foregoing is true and correct.

3 -11 - 2026
_____
Date

_____
Signature of Party

_____
Signature of Attorney
(Disregard if filed in propria persona)