

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



**FILED**

MAR 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Molly C. Dwyer
Clerk of Court

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 26-1589 |
| Originating Case Number: | 2:20-cv-02291-DOC-KES |
| Case Title: | LA Alliance for Human Rights v. Moon, et al. |

Dear Petitioner(s)/Appellant(s),

This is to acknowledge receipt of your case, which has been opened and assigned the above-listed U.S. Court of Appeals for the Ninth Circuit case number.

This case is subject to a pre-filing review order entered in case number 14-80006, and will be reviewed by the Court to determine whether it will be permitted to proceed.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.