## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## <u>CIVIL MINUTES – GENERAL</u>

Case No. 2:20-cv-02291-DOC-KES                    Date:  April 2, 2026

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

PRESENT:

<u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER REQUIRING JOINT STATUS REPORT RE MEDIATION PROGRESS**

At the February 18, 2026 hearing the Court indicated on the record its desire to "mov[e] the case forward with respect to accountability and transparency, and out of concern about the cost to the public and people experiencing homelessness of these hearings." Supplemental Minutes for February 18, 2026 Hearing (Dkt. 1169) at 1. The Court noted that over three and a half years had passed since the Parties initially agreed to the appointment of a data monitor under Section 7.2 of the Settlement Agreement. *Id.* Despite this, the Parties have failed to come to a consensus over who shall serve as the agreed-upon data monitor.

Accordingly, at the February 18, 2026 hearing the Court "directed the Parties and CAO Matthew Szabo to immediately meet and confer to determine whether they could agree on who should serve as the data monitor." *Id.* After a brief recess the Parties represented that they had made "significant progress on the monitor issue" and requested that the Court recess so that they could continue discussion on the issue through mediation with Judge Andre Birotte. *Id.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                                    Date: April 2, 2026

Page 2

While the Court still desires to move forward in the most cost-effective manner possible, and the Court views a settlement on this issue to be the best outcome for all involved—the homeless, the government, and the citizens of Los Angeles—over a month has passed with no updates from the Parties. Consequently, the Court concludes it needs further information to determine whether it is necessary to resume full litigation in this matter and set another evidentiary hearing.

The Parties, including Intervenors, are **ORDERED** to file a Joint Status Report recommending how the Court move forward by no later than Wednesday, April 8, 2026 at noon.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                    Initials of Deputy Clerk: kdu

CIVIL-GEN