GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
    tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
    mmcrae@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
    bhamburger@gibsondunn.com
POONAM G. KUMAR, SBN 270802
    pkumar@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
    pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213.978.7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>              Plaintiffs,<br><br>      v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>              Defendant. | CASE NO. 2:20-cv-02291 DOC (KES)<br><br>Honorable David O. Carter, United States District Judge<br><br>**STIPULATION REGARDING CITY'S DEADLINE TO FILE QUARTERLY REPORT**<br><br>Action Filed:     March 10, 2020 |

Gibson, Dunn & Crutcher LLP

Defendant City of Los Angeles, Plaintiff LA Alliance for Human Rights, and Intervenors Los Angeles Community Action Network and LA Catholic Worker, by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, the City is obligated under Section 7.1 of the Settlement Agreement in this case to submit "quarterly status updates to the Court regarding its progress with" the Settlement Agreement ("Quarterly Reports").  Dkt. 429-1 at 9, § 7.1.

WHEREAS, the City has historically filed its Quarterly Reports within 15-days of the end of a quarter.  *See, e.g.*, Dkts. 892, 1010, 1051, 1138.

WHEREAS, the City requires additional time to collect and verify the information that will be included in its Quarterly Reports.

WHEREAS, the Parties agree that the City can take additional time to collect and verify the information that will be included in its Quarterly Reports.

WHEREAS, counsel for the County of Los Angeles was informed of this change and has stated that the County has no objection to it.

IT IS HEREBY STIPULATED AND AGREED THAT:

1.      Starting with the City's Quarterly Report for the Third Quarter of the City's Fiscal Year 2026 (i.e., the Quarter ending March 31, 2026), the City shall have until 30 days after the end of the quarter to prepare and submit its Quarterly Reports.

**IT IS SO STIPULATED.**

DATED:  April 3, 2026

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Bradley J. Hamburger*
Bradley J. Hamburger

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

Gibson, Dunn & Crutcher LLP

1

DATED:  April 3, 2026                    UMHOFER, MITCHELL & KING, LLP

                                         By: /s/ Elizabeth A. Mitchell
                                              Elizabeth A. Mitchell

                                         *Attorneys for Plaintiff*
                                         *LA ALLIANCE FOR HUMAN RIGHTS*


DATED:  April 3, 2026                    LEGAL AID FOUNDATION OF LOS ANGELES

                                         By: /s/ Shayla Myers
                                              Shayla Myers

                                         *Attorneys for Intervenors*
                                         *LOS ANGELES COMMUNITY ACTION*
                                         *NETWORK and LOS ANGELES*
                                         *CATHOLIC WORKER*


    I hereby attest that I have obtained the concurrences of each of the above signatories for the e-filing of this Joint Stipulation to Continue Scheduling Conference.



                                         By: /s/ Bradley J. Hamburger
                                              Bradley J. Hamburger

Gibson, Dunn &
Crutcher LLP