IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>        Defendant. | CASE NO. 2:20-cv-02291 DOC (KES)<br><br>Honorable David O. Carter,<br>United States District Judge<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING CITY'S DEADLINE TO FILE QUARTERLY REPORT** |

The Court, having reviewed the Stipulation Regarding the City's Deadline to File its Quarterly Reports, hereby order as follows:

1.     The Stipulation is GRANTED

2.     Beginning with the City's Quarterly Report for the Third Quarter of the City's fiscal year 2026 (i.e., the Quarter ending March 31, 2026), the City will file the report on or before 30 days after the end of the quarter.

**IT IS SO ORDERED.**

Date: _____                    _____

Hon. David O. Carter
United States District Judge
Central District of California

1
[PROPOSED] ORDER STIPULATION REGARDING CITY'S DEADLINE TO FILE
QUARTERLY REPORT
2:20-cv-02291 DOC (KES)