

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Case: 2:20cv2291  Doc: 1174

William R Wise
Elder Law and Disability Rights Center                    Jr.
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

-R-T-S-    927055560-1N          03/30/26

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

2:20-CV-02291-DOC

1174

Return to Sender

FILED
CLERK, U.S. DISTRICT COURT

APR 3 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT

APR - 2 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

FIRST-CLASS MAIL
IMI
$003.28
02/24/2026 ZIP 90012
043M31268156

Case: 2:20cv2291  Doc: 1174

William R Wise                                              Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

ryan.salsig@lacity.org), Nadia Ann Sarkis (dgreen@millerbarondess.com, docket@millerbarondess.com, nsarkis@millerbarondess.com), Kahn A Scolnick (kahn-a-scolnick-7581@ecf.pacerpro.com, kscolnick@gibsondunn.com, pacer-ca@gibsondunn.com), Carol A. Sobel (carolsobel@aol.com, carolsobellaw@gmail.com), Catherine Elizabeth Sweetser (cgallegos@sshhzlaw.com, csweetser@sshhzlaw.com), Jason H. Tokoro (aalamango@millerbarondess.com, briding@millerbarondess.com, jtokoro@millerbarondess.com), Matthew Donald Umhofer (calendaring@umklaw.com, jon@umklaw.com, matthew@umklaw.com), Brooke Alyson Weitzman (bweitzman@eldrcenter.org, lthely@eldrcenter.org, pamador-lopez@eldrcenter.org), Stephen Yagman (admin@yagmanlaw.net, filing@yagmanlaw.net), Brandon D Young (bdyoung@manatt.com, lgarcete@manatt.com), Daniel B. Garrie (daniel@lawandforensics.com), Michele Martinez (michele@michelecmartinez.com), Judge David O. Carter (crd_carter@cacd.uscourts.gov), Magistrate Judge Karen E. Scott (crd_scott@cacd.uscourts.gov, karen_scott@cacd.uscourts.gov)
--Non Case Participants: Christopher Thomas Casamassima (chris.casamassima@wilmerhale.com), Samuel A. Josephs (sjosephs@spertuslaw.com), Laura D Knapp (laura.knapp@coco.ocgov.com, marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com), Kent K Qian (kqian@oaklandcityattorney.org), Kiva Grace Schrager (kschrager@millerbarondess.com), Kenneth Stahl (beverly.dozier-jones@msrlegal.com, jane.martin@msrlegal.com, karen.irias@msrlegal.com), Marianne Van Riper (simon.perng@coco.ocgov.com)
--No Notice Sent:
Message-Id:<41994238@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Vexatious Litigant Filing (CV-115)
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 2/23/2026 at 4:45 PM PST and filed on 2/23/2026

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:** 1174