Name Adrian Damico Moon
Address 926 LA CANADA VERDUGO Rd.
City, State, Zip Altadena CA 91001
Phone (771) 215 - 8153
Fax _____
E-Mail admoon1772@gmail.com
☐ FPD    ☐ Appointed    ☐ CJA    ☒ Pro Per/ ☐ Retained

FILED

2026 APR -3 PM 4: 03

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.
LOS ANGELES

BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ADRIAN DAMICO MOON

PLAINTIFF(S),

v.

DAVID ORMON CARTER
KARLEN DUBON et al

DEFENDANT(S).

CASE NUMBER:

2:20.cv-02291-DOC(resx)

NOTICE OF APPEAL AND MOTION TO
Consolidate to C.O.A. No. 26-784; 26-1589

NOTICE IS HEREBY GIVEN that ____Adrian Moon____ hereby appeals to

*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☒ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:
☒ Anti-Stalking (T.R.O.)
☐ Bail status:

**Civil Matter**

☒ Order (specify): April 3, 2026
and subsequent filings on
APRIL 3, 2026
☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on April 3, 2026. Entered on the docket in this action on 1196 - 1200.

A copy of said judgment or order is attached hereto.

April 3, 2026
Date

Signature
☒ Appellant/ProSe    ☐ Counsel for Appellant    ☐ Deputy Clerk

Note:    The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the
attorneys for each party.  Also, if not electronically filed in a criminal case,  the Clerk shall be furnished a sufficient number
of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                    NOTICE OF APPEAL