**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Case: 2:20cv2291  Doc: 1187

William R Wise                                    Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

1187

Return to
Sender

FILED
CLERK, U.S. DISTRICT COURT

APR - 6 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2:20 CV 02291- DOC

RECEIVED
CLERK, U.S. DISTRICT COURT

APR - 6 2026

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

CV

-R-T-S-  927055011-1N

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

04/01/26

quadient
FIRST-CLASS MAIL
IMI
$002.44
03/16/2026 ZIP 90012
043M31268156
US POSTAGE

Case: 2:20cv2291  Doc: 1187

William R Wise                              Jr.
Elder Law and Disability Rights Center
1535 East 17th Street,  Suite 110
Santa Ana, CA 92705

carolsobellaw@gmail.com), Catherine Elizabeth Sweetser (cgallegos@sshhzlaw.com, csweetser@sshhzlaw.com), Jason H. Tokoro (aalamango@millerbarondess.com, briding@millerbarondess.com, jtokoro@millerbarondess.com), Manuel A. Abascal (manny.abascal@lw.com, manuel-abascal-7112@ecf.pacerpro.com), Paul L Hoffman (hoffpaul@aol.com, jwashington@sshhzlaw.com, sshhwilliam@gmail.com), Matthew Donald Umhofer (calendaring@umklaw.com, jon@umklaw.com, matthew@umklaw.com), Stephen Yagman (admin@yagmanlaw.net, filing@yagmanlaw.net), James N. Rotstein (jimmy-rotstein-2672@ecf.pacerpro.com, jrotstein@gibsondunn.com, pacer-ca@gibsondunn.com), Shayla Renee Myers (bschultz@lafla.org, lbautista@lafla.org, lschmidt@lafla.org, smyers@lafla.org), Daniel B. Garrie (daniel@lawandforensics.com), Michele Martinez (michele@michelecmartinez.com), Judge David O. Carter (crd_carter@cacd.uscourts.gov), Magistrate Judge Karen E. Scott (crd_scott@cacd.uscourts.gov, karen_scott@cacd.uscourts.gov)
--Non Case Participants: Marianne Van Riper (simon.perng@coco.ocgov.com), Kenneth Stahl (beverly.dozier-jones@msrlegal.com, jane.martin@msrlegal.com, karen.irias@msrlegal.com), Laura D Knapp (laura.knapp@coco.ocgov.com, marzette.lair@coco.ocgov.com, simon.perng@coco.ocgov.com), Samuel A. Josephs (sjosephs@spertuslaw.com), Christopher Thomas Casamassima (chris.casamassima@wilmerhale.com), Kiva Grace Schrager (kschrager@millerbarondess.com), Kent K Qian (kqian@oaklandcityattorney.org), Clerk, U S Court of Appeals - 9th Circuit, Pasadena (pasa_noa@ca9.uscourts.gov)
--No Notice Sent:
Message-Id:<42139772@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02291-DOC-KES LA Alliance for Human Rights et al v. City of Los Angeles et al Notice of Appeal to 9th Circuit Court of Appeals Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 3/13/2026 at 4:07 PM PDT and filed on 3/11/2026

| | |
|---|---|
| **Case Name:** | LA Alliance for Human Rights et al v. City of Los Angeles et al |
| **Case Number:** | 2:20-cv-02291-DOC-KES |
| **Filer:** | Adrian D. Moon |

**WARNING: CASE CLOSED on 09/29/2023**

**Document Number:**   1187