GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
   tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
   mmcrae@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
   bhamburger@gibsondunn.com
POONAM G. KUMAR, SBN 270802
   pkumar@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
   pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
VALERIE L. FLORES, SBN 138572
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone:  213.978.7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., | CASE NO. 2:20-cv-02291 DOC (KES) |
| Plaintiffs, | Honorable David O. Carter, United States District Judge |
| v. | **JOINT STATUS REPORT** |
| CITY OF LOS ANGELES, a Municipal entity, et al., | |
| Defendant. | Action Filed:    March 10, 2020 |

Gibson, Dunn & Crutcher LLP

Defendant City of Los Angeles, Plaintiff LA Alliance for Human Rights, and Intervenors Los Angeles Community Action Network and LA Catholic Worker, by and through their respective counsel of record, provide the following joint status report in accordance with the Court's April 2, 2026 minute order, Dkt. 1194.

Since the parties last appearance before this Court on February 18, 2026, the parties have diligently and in good faith discussed a proposed agreement to resolve a range of issues in this case. These efforts have included five joint mediation sessions with the Honorable Andre Birotte, multiple telephonic conferences between individual parties and Judge Birotte, and the exchange of at least eight versions of a proposed agreement. These efforts have borne fruit. Specifically, the parties have made substantial progress toward an agreement regarding the selection of a data monitor, the scope of work for the monitor, the contents of the City's quarterly reporting on a going-forward basis, and a resolution of the ongoing contempt proceedings. The parties continue to discuss other issues that are the subject of the City's pending appeals and section 8.2 motion and are in the process of scheduling an additional joint mediation session with Judge Birotte potentially as soon as April 13, but no later than April 20. Any agreement reached between counsel for the parties must be approved by the City Council, which is currently in recess until April 14, 2026.

Based on the foregoing, the parties believe they need additional time to continue their discussions. The parties therefore respectfully request that the Court continue to hold the ongoing evidentiary hearing in abeyance until the parties can conclude their discussions. The parties request permission to file a further status report updating the Court on the status of their discussions no later than May 8, 2026 at 12:00 P.M. The parties will promptly inform the Court of any agreement that is reached prior to that date.

Gibson, Dunn & Crutcher LLP

JOINT STATUS REPORT
2:20-cv-02291 DOC (KES)

DATED:  April 8, 2026                 GIBSON, DUNN & CRUTCHER LLP

                                      By: /s/ Bradley J. Hamburger
                                          Bradley J. Hamburger

                                      *Attorneys for Defendant*
                                      *CITY OF LOS ANGELES*

DATED:  April 8, 2026                 UMHOFER, MITCHELL & KING, LLP

                                      By: /s/ Elizabeth A. Mitchell
                                          Elizabeth A. Mitchell

                                      *Attorneys for Plaintiff*
                                      *LA ALLIANCE FOR HUMAN RIGHTS*

DATED:  April 8, 2026                 LEGAL AID FOUNDATION OF LOS ANGELES

                                      By: /s/ Shayla Myers
                                          Shayla Myers

                                      *Attorneys for Intervenors*
                                      *LOS ANGELES COMMUNITY ACTION*
                                      *NETWORK and LOS ANGELES*
                                      *CATHOLIC WORKER*

I hereby attest that I have obtained the concurrences of each of the above signatories for the e-filing of this Joint Stipulation to Continue Scheduling Conference.

                                      By: /s/ Bradley J. Hamburger
                                          Bradley J. Hamburger

Gibson, Dunn & Crutcher LLP

2
JOINT STATUS REPORT
2:20-cv-02291 DOC (KES)